JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES T. MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseño Indians*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO INDIANS**<br><br>Hearing Date: March 9, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to this Court's October 1, 2008 Order and December 19, 2008 Order, the Pechanga Band of Luiseño Indians ("Pechanga" or the "Tribe") hereby respectfully submits this status report summarizing settlement discussions related to Pechanga's un-quantified water rights claims. On September 24, 2008, the Tribe submitted a status report of settlement negotiations in which the Tribe requested the Court grant the 180 day litigation stay. As set forth in its September 24 status report the Tribe described its ongoing discussions with several settling parties, including its principal settling party, Rancho California Water District ("RCWD"). The Tribe has continued to engage in productive discussions with RCWD, Metropolitan Water District ("MWD") and the United States through the Federal Negotiating Team, which progress the Tribe articulated in its December 1, 2008 status report to the Court and most recently in its Opposition to Lift the Stay.

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

The Tribe's participation in this case is as a defendant, as Ramona and Cahuilla served their complaints on Pechanga like all other defendants. The Tribe has a unique status in this case however, because the Tribe has a very similar decree entitlement as Ramona and Cahuilla who are seeking quantification in these proceedings. The Tribe is dissimilar to Ramona and Cahuilla in two important aspects. First, the Tribe sought and was granted intervention in the Fallbrook litigation decades ago and the Tribe has since then participated in its own right in the case. Second, as noted in the original Motion for a Stay of the Proceedings, the Tribe has not at this time sought to confirm the water rights that were already established by Interlocutory Judgment 41. Rather, the Tribe began pursuing negotiations with its counterparts, primarily RCWD, long before the intervention litigation ensued. Since the initiation of the present cause, the Tribe has continued these discussions and transformed them into a form of settlement negotiations themselves.

The Tribe is continuing to make progress in those settlement discussions. As previously noted, the Tribe would prefer to settle its claims for water rights and injury to water rights, and, once settlement is reached, bring its settlement to this Court for approval. To that end, the Court's stay is providing Pechanga with the opportunity to avoid filing a motion to enforce its current water rights and instead make important steps towards a successful settlement with RCWD and the United States.

The Tribe is deeply concerned with the procedural issues that have arisen in this case, most notably the process of service issue. The Tribe is concerned that there is not a clear delineation of parties that should be served and bound by the Court's decree in this case. In its capacity as a defendant, Pechanga attended the service list meetings in which Ramona, Cahuilla and other landowners discussed ways to address the service issues. Pechanga observed that the parties have been unable to identify a consensual process for reaching agreement on curing the service issues. The Tribe therefore respectfully suggests that the service issue may need to be a Court governed process that resolves the service issues at the June 22, 2009 trial before the case

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

is heard on the merits. While the Tribe supports the Court establishing a process to resolve the procedural service issues, the Tribe strongly asserts that lifting the stay for any other issues at this time would be detrimental to the Tribe and its negotiating counterparts' efforts to reach an agreement. Furthermore, lifting the stay as to all issues would require the Tribe to devote significant resources to address the plaintiffs' litigation procedural motions, which resources would be better spent achieving the settlement for which a framework has already been developed.

As previously noted in the Tribe's Opposition to Lift the Stay, on December 17, 2008, the Tribe and RCWD announced an agreement on a framework, developed with the assistance of the MWD and the United States Federal Negotiating Team, that will resolve the Tribe's longstanding water related claims, including but not limited to claims to enforce its existing rights as decreed by Interlocutory Judgment 41 in the Santa Margarita River Basin, as well as its claims against the United States for a variety of water-related issues.[1] The Tribe continues to work with RCWD and the United States to finalize the terms of that agreement. The Tribe remains optimistic that it will achieve settlement on or near the April 28 deadline and before trial begins, however, it should be noted that the agreement will be contingent upon Congressional and Court approval.

Accordingly, the Tribe respectfully requests that the Court not lift the 180 day litigation stay.

RESPECTFULLY SUBMITTED,

Dated: March 2, 2009          Pechanga Band of Luiseño Indians

                              By: s/James T. Meggesto
                                  James T. Meggesto

---

[1] See Press Release "Pechanga and Rancho Water reach agreement on framework for water settlement" attached.

3

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Avenue, NW, Washington, D.C, 20036.

On March 2, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO INDIANS

by depositing a copy in the United States mail at 1333 New Hampshire Avenue, NW, Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA  92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA  92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

General Manager
Rancho CA RV Resort OA
P.O. Box 214
Aguanga, CA  92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA  92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA  92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

| | | |
|---|---|---|
| 1 | Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| 5 | Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| 8 | Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| 11 | Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92591 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| 14 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA 92539 |
| 18 | John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Linda Garcia<br>Riverside Co. Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| 21 | Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources<br>Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, DC 20026-4378 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |

5

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

| | |
|---|---|
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Craig Elitharp, Director of Operations<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Peter E. Von Haam, Sr. Deputy General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, DC 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |

6

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

| | |
|---|---|
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCO, TIDUS &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| Mary E. Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Michael J. Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |

7

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

| | |
|---|---|
| Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA 92591 |
| Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ 85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD 20814-3320 |
| Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams and Weathers LLL<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 |
| Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 | Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA 92064 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Anthony Madrigal<br>26 Lanyard Court<br>Sacramento, CA 95831 | Scott B. McElroy<br>Alice E. Walker<br>M. Catherine Condon<br>Daniel E. Steuer<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 |

8

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT

| | |
|---|---|
| Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Jackie Spanley<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| Alvin Greenwald<br>6010 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90036 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| Western Land Financial and Pacific Holt Corporation<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 2, 2009, at Washington, D.C.

s/*James T. Meggesto*
James T. Meggesto

9

PECHANGA BAND OF LUISEÑO INDIANS' MARCH 2 STATUS REPORT