## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES               Case No. 51cv1247 GT(RBB)
                                                   **Time Spent: 1 hr. 25 mins.**

HON. RUBEN B. BROOKS         CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

Scott McElroy (present)                 Curtis Berkey (present)

### Defendants

Edward Berghino (present)               Robert Edmunds (present)
Marguerite Battersby (present)          James Markman (present)
Robert Cohen (present)                  Tilden Kim (present)
Gerald Shoff (present)                  Michele Staples (present)
Randy Rutten (present)                  Marilyn Levin (present)
Jason Ackerman (present)
Tram Tran (present)

PROCEEDINGS:   _x_  In Chambers   ___ In Court   ___ Telephonic

A settlement conference was held.

DATE: March 9, 2009            IT IS SO ORDERED:   /s/ Ruben Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Thompson                      INITIALS: VL (mg/irc) Deputy
    All Parties of Record