## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    **Time Spent: 40 mins.**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

Plaintiffs

Defendants

Don Pongrace (present)
Rod Lewis (present)
Michael Cowett (present)

PROCEEDINGS:    x   In Chambers        In Court        Telephonic

A settlement conference was held.

A settlement conference is set for April 27, 2009, at 9:00 a.m.

**Counsel and representatives involved in the settlement between Pechanga and the Rancho California Water District parties shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE:  March 9, 2009           IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Thompson                                INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute02.wpd