Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Interention,*
*the Cahuilla Band of Indians*

**Additional Attorneys on page 2**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| CAHUILLA BAND OF INDIANS, ) | CASE NO. 51-cv-1247-SD-GT |
|  a federally recognized Indian tribe, ) | |
| ) | **STATUS REPORT** |
|     Plaintiff in Intervention, ) | |
| ) | Hearing Date:  April 27, 2009 |
|       v. ) | Time:       2:00 p.m. |
| ) | Courtroom:   8 |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, a public service corporation ) | Hon. Gordon Thompson, Jr. |
| of the State of California, et al., ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070
Fax: 510-548-7080
E-mail: cberkey@abwwlaw.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*


F. Patrick Barry
U.S. Department of Justice
ENRD - Indian Resources Sec.
P.O. Box 44378
Washington, DC 20026
Tel: 202/305-0254

*Attorney for the United States*

The Cahuilla Band of Indians, the Ramona Band of Cahuilla (together "Bands") and the United States (collectively "US and Bands") file this Status Report to advise the Court of the certain discussions that occurred at the March 10, 2009 settlement meeting. Counsel for the parties are available for a status conference beginning March 23, 2009.

1.      At the March 10, 2009 meeting, counsel for the United States proposed that the litigation should be limited to the resolution of the issues among the Bands and other water users in the Anza-Cahuilla Basin as that basin is defined in Interlocutory Judgment 33 as amended ("Basin"). Because of the lack of hydrologic impact on the Basin's water supplies from uses outside the Basin, the proposal contemplates that water users outside of the Basin would not be bound by the judgment or settlement and, therefore, would not need to be served for the in-Basin matters to proceed. Those out-of-Basin water users who have been served or have appeared would be dismissed. If there is a new service effort, out-of-Basin water users and property owners would not be served. The judgment or settlement resulting from the cases would make it clear that out of Basin water users would not be bound thereby. Among other things, because all of the water districts which contest whether they can represent property owners or water users in their service areas are located outside of the Basin, this approach would eliminate one of the more difficult issues related to service.

2.      Counsel for the Bands and counsel for the various non-tribal water users (some of whom are specially appearing) at the March 10 meeting support the proposal by counsel for the United States and have committed to presenting the proposal to their clients and developing the necessary documents to present the matter to the Court for approval. No one at the March 10 meeting objected to the proposal from a conceptual standpoint.

3.      Implementation of the proposed approach will take considerable effort. All counsel must discuss the proposal with their clients. On the boundary of the Basin, it will be necessary to identify with specificity those parcels that are in the Basin and those that are out of the Basin. In addition, the United States and the Bands, along with the water users, are examining whether it is possible to address all or certain of the other claimed defects in service

in light of the more limited number of parties that would be required to be served under the proposal.  The federal effort in this regard will require securing the necessary funding.  Finally, all counsel will have to agree to the necessary stipulation and other pleadings describing (1) the proposal and (2) the limits of any resulting judgment and settlement as to out-of-Basin water users.

4.     Addressing motions to quash service at this time will interfere with the ability of the parties to develop the necessary information and documentation for consideration by Court of the proposed limitation of the litigation to in-Basin water users.   Moreover, the proposal would eliminate the need to address certain of the issues that might be raised by the motions to quash and may avoid all such issues.

5.     The following counsel, some of whom are specially appearing and some of whom were not present at the March 10 meeting, have advised that they concur in this status report.

A.     Gerry Shoaf on behalf of Eastern Municipal Water District, Tim and Pamela Alder, and Mark, Linda and Jolene Allred.

B.     James Markman and Tilden Kim on behalf of various landowners in and out of the Basin.

C.     Michele A. Staples, Jackson, DeMarco, Tidus & Peckenpaugh, representing Jojoba Hills S.K.P, Resort, Inc. and specially appearing on behalf of the Domemigoni - Barton entities.

D.     Charles F. Robinson, Eric K. Behrens and Holly E. Ackley on behalf of the Regents of the University of California.


E.     Jason Ackerman on behalf of Western Municipal Water District and Elsinore Valley Municipal District.

F.     Robert K. Edmunds on behalf of the Ward and Reed Trusts.

Respectfully submitted this11th day of March, 2009.

<div style="margin-left:40%">

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505 Fax:  760-942-8515
Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
  & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021 Fax: 303-444-3490


    */s/ Scott B. McElroy*
By:_____
      Scott B. McElroy
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*


Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070
Fax: 510-548-7080
E-mail: cberkey@abwwlaw.com


*/s/ Curtis G. Brekey*, approved via e-mail
By:_____
   Curtis G. Berkey


*Attorney for Plaintiff-Intervenor*
  *Ramona Band of Cahuilla*



F. Patrick Barry
U.S. Department of Justice
ENRD - Indian Resources Sec.
P.O. Box 44378
Washington, DC 20026
Tel: 202/305-0254


*/s/ F. Patrick Barry*, approved via e-mail
By:_____


*Attorney for the United States*

</div>

## PROOF OF SERVICE

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action.  My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado.  On March 11, 2009, I electronically filed the foregoing *Status Report*  with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC ,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga,l anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W Binder, cwbinder@smrwm.org
Curtis G Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer ,dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, lrodriguez@mccarthyholthus.com,
        mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze,r george@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank ,gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com,
        dcolvin@akingump.com, dpongrace@akingump.com,
        jfukai@akingump.com, jmeggesto@akingump.com,
        msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net,
        jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com,
        teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com,
        pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,

wwendelstein@bcandblaw.com
Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com,
        cww@johnson-chambers.com
William Kenneth Koska,  william.koska@wallerlaw.com,
        beth.mccullough@wallerlaw.com

        I further certify that on March 11, 2009, I served the foregoing *Status Report* on the
following who are not registered with the CM/ECF system, by placing a copy of the document in
a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder,
Colorado, addressed as set forth below.  I am readily familiar with the firm's practice for
collecting and processing correspondence for mailing with the U.S. Postal Service on the same
day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
meter date is more than one day after date of deposit for mailing contained in this affidavit.

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry St.
Aguanga, CA  92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert H James
Sachse James Croswell and Lopardo
205 W. Alvarado Street, Suite 1
Fallbrook, CA 92028-2025

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on March 11, 2009.

*/s/ Scott B. McElroy*

_____

Scott B. McElroy