FILED

MAR 1 2 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature]            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Civil No. 51cv1247 GT(RBB)
                                   )
        Plaintiff,                 )   ORDER PARTIALLY LIFTING STAY
                                   )
RAMONA BAND OF CAHUILLA,           )
CAHUILLA BAND OF INDIANS, et       )
al.,                               )
                                   )
        Plaintiff-Intervenors,     )
                                   )
v.                                 )
                                   )
FALLBROOK PUBLIC UTILITY           )
DISTRICT, et al.,                  )
                                   )
        Defendants.                )
_____   )

The order previously issued by the Court imposing a stay in
this action is partially lifted to allow any water district that
(1) has appeared in this action, (2) has been served with a copy of
the complaint, or (3) otherwise has standing, including the Eastern
Municipal Water District, Elsinore Valley Municipal Water District,
Fallbrook Public Utility District, Rainbow Municipal Water
District, and Western Municipal Water District, to file a motion to
quash service of summons on the basis that it is not authorized to
accept service on behalf of anyone obtaining water from the

1

district.   The motion to quash shall be filed so that it may be heard on April 27, 2009, at 10:00 a.m. before Magistrate Judge Ruben B. Brooks.   The motions, oppositions, and reply memoranda shall comply with the page and format limitations contained in the local rules.

The stay in this action is also lifted for the limited purpose of permitting James Markman and B. Tilden Kim, of Richards, Watson & Gershon, counsel for Gregory V. Burnett and other landowners, to file, on behalf of no more than six representative landowner-clients with standing, a motion to quash service of summons on any of the following grounds:   (1) The  service of the complaint in this action by third-class mail fails to comply with the Federal Rules of Civil Procedure and is invalid; (2) the service of the complaint on fewer than all joint owners of an affected parcel of property is invalid; and (3) the service of the complaint on a predecessor owner is invalid as to a current owner.   The motion to quash shall be filed so that it may be heard on May 11, 2009, at 10:00 a.m. before Magistrate Judge Ruben B. Brooks.   The motions, oppositions, and reply memoranda shall comply with the page and format limitations contained in the local rules.

If counsel for any moving party determines that the grounds listed above cannot be raised in a motion to quash service of summons, counsel shall limit the motion to only those grounds that may be asserted in a motion to quash.

DATED:  March *12*, 2009

Gordon Thompson, Jr., Judge
United States District Court

cc:
All Parties of Record