MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)
**Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr. _____

Plaintiffs

Defendants

PROCEEDINGS:    _____ In Chambers    _____ In Court    _____ Telephonic

An in-person, attorneys-only status conference is set for March 23, 2009, at 2:00 p.m., to discuss finalizing any settlements that have been reached by the parties authorized to file motions to quash pursuant to the Court Order Partially Lifting Stay [doc. no. 5099].

DATE: March 17, 2009        IT IS SO ORDERED:  *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Thompson                   INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute03.wpd