## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    **Time Spent:** 2 hr. 35 mins.

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

| Patrick Barry (present) | Scott McElroy (present) |
| Rodney Lewis (present)  | Curtis Berkey (present) |

### Defendants

| Tilden Kim (present)      | Edward Bergffino (present, special- |
| Gerald Shoaf (present)    |  ly appearing for Frank Spitzer)    |
| Robert James (present)    | Michele Staples (present, specially |
| Jason Ackerman (present)  |  appearing for Domenigoni-Barton)   |
| Robert Cohen (present)    | Robert Edmunds (present, specially  |
|                           |  appearing for Ward and Reed Trusts |

PROCEEDINGS:   x   In Chambers      ____ In Court      ____ Telephonic

A settlement conference was held.


DATE: March 23, 2009         IT IS SO ORDERED: /s/ Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Thompson                       INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute04.wpd