FILED
MAR 2 4 2009

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS, et<br>al.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>    Defendants. | Civil No. 51cv1247 GT(RBB)<br><br>ORDER PARTIALLY LIFTING STAY<br>FOR THE PURPOSE OF FILING A<br>MOTION FOR LEAVE TO FILE A<br>SECOND AMENDED COMPLAINT IN<br>INTERVENTION AND DISMISS<br>CERTAIN NAMED DEFENDANTS FROM<br>THIS ACTION |

The order previously issued by the Court imposing a stay in this action is partially lifted to allow the Plaintiff-Intervenors to file a motion or motions to file a Second Amended Complaint in Intervention and to dismiss certain defendants from further proceedings by Plaintiff-Intervenors. The motion or motions, with the proposed Second Amended Complaint in Intervention, must be filed and served on or before April 1, 2009; any opposition must be filed and served on or before April 15, 2009; and any reply must be filed and served on or before April 20, 2009. The motion or

1 | motions will be heard on April 27, 2009, at 2:00 p.m. before United
2 | States District Judge Gordon Thompson, Jr.  The motions,
3 | oppositions, and reply memoranda shall comply with the page and
4 | format limitations contained in the local rules.

DATED: March 24, 2009

Gordon Thompson, Jr., Judge
United States District Court

cc:
All Parties of Record