Randy J. Rutten, State Bar No. 101308
Harry C. Carpelan, State Bar No. 102239
Gerald D. Shoaf, State Bar No. 41084
REDWINE AND SHERRILL
1950 Market Street
Riverside, California  92501-1720
Telephone No.:  (951) 684-2520
Facsimile No.:  (951) 684-9583
rrutten@redwineandsherrill.com
hcarpelan@redwineandsherrill.com
gshoaf@redwineandsherrill.com

Attorneys for Defendant,
EASTERN MUNICIPAL WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, <br><br> Plaintiff-Intervenors, <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br><br> Defendants. | Case No. CV 51-01247-GT-RBB <br><br> **NOTICE OF MOTION TO QUASH SERVICE FOR INSUFFICIENT SERVICE OF PROCESS OF COMPLAINTS IN INTERVENTION** <br><br><br> **DATE:**     **April 27, 2009** <br> **TIME:**      **10:00 A.M.** <br> **COURTROOM: "B"** <br> **JUDGE: Hon. Ruben B. Brooks** |

To: Plaintiff in Intervention, Cahuilla Band of Indians and Plaintiff in Intervention Ramona Band of Cahuilla, and their attorneys of record:

NOTICE IS HEREBY GIVEN that on April 27, 2009, at 10:00 a.m., or as soon after that time as counsel can be heard, Defendant EASTERN MUNICIPAL WATER DISTRICT (hereafter "EMWD") will move the Court, at Courtroom "B", United States Courthouse, 880 Front Street San Diego, California 92101, for an order quashing service of this action on EMWD as representative of all landowners within its boundaries for insufficiency of service of process, pursuant to Federal Rules of Civil Procedure, Rules

12(b)(5), 4(a)(1)(A) and (B),  4(d)(1)(A)(i) and (G), and 4(e)(1) or 4(e)(2)(C). This motion will be made on the grounds that:

1.    EMWD does not have statutory authority to represent the landowners within its boundary in water rights litigation affecting their private overlying water rights;

2.    Plaintiffs in intervention have not followed the strict requirements for contents or service of Summons or for obtaining a waiver of service of summons under FRCP Rule 4(a)(1)(A) and (B), Rule 4(d)(1)(A)(i) and (G), and Rule 4(e)(1) or 4(e)(2)(C).

3.    To the extent that all requirements of FRCP Rule 4 are deemed to have been satisfied, EMWD should be relieved from the responsibility of representing all landowners within its boundaries herein based on the mistake, inadvertence and excusable neglect of its lead General Counsel in signing and returning the Waiver of Summons on behalf of said landowners pursuant to FRCP Rule 60(b)(1).

Said motion is made and based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Gerald D. Shoaf in Support of the Motion, the exhibits thereto, and upon such other matters as may be presented to the court prior to or at the hearing on said motion.

DATED: March 26, 2009          Respectfully submitted,

REDWINE AND SHERRILL

By s/Gerald D. Shoaf
Gerald D. Shoaf
Randy J. Rutten
Harry C. Carpelan
1950 Market Street
Riverside, California  92501-1720
Telephone No.:  (951) 684-2520
gshoaf@redwineandsherrill.com
rrutten@redwineandsherrill.com
hcarpelan@redwineandsherrill.com

X:\WP2000\Harry\EMWD\Ramona Band\pleadings\Notice of Motion to Dismiss in EMWD-US v. Fallbrook 3-26-09.wpd

1   Randy J. Rutten, State Bar No. 101308
    Harry C. Carpelan, State Bar No. 102239
2   Gerald D. Shoaf, State Bar No. 41084
    REDWINE AND SHERRILL
3   1950 Market Street
    Riverside, California  92501-1720
4   Telephone No.:  (951) 684-2520
    Facsimile No.:  (951) 684-9583
5   rrutten@redwineandsherrill.com
    hcarpelan@redwineandsherrill.com
6   gshoaf@redwineandsherrill.com

7   Attorneys for Defendant,
    EASTERN MUNICIPAL WATER DISTRICT
8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN  DISTRICT OF CALIFORNIA

11
    UNITED STATES OF AMERICA,          )   Case No. CV 51-01247-GT-RBB
12                                     )
                    Plaintiff,         )
13                                     )
            vs.                        )   **CERTIFICATE OF**
14                                     )   **SERVICE/PROOF OF SERVICE**
    RAMONA BAND OF CAHUILLA,           )   **RE: EASTERN MUNICIPAL**
15  CAHUILLA BAND OF INDIANS,          )   **WATER DISTRICT'S MOTION**
                                       )   **TO QUASH SERVICE RE**
16              Plaintiff-Intervenors, )   **COMPLAINTS IN**
                                       )   **INTERVENTION**
17  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, et al.,                  )
18                                     )   **DATE:       April 27, 2009**
                Defendants.            )   **TIME:       10:00 A.M.**
19  _____  )   **COURTROOM: "B"**
                                           **JUDGE: Hon. Ruben B. Brooks**
20

21                    CERTIFICATE OF SERVICE

22          The undersigned hereby certifies that all counsel of record who are deemed to

23  have consented to electronic service are being served with a copy of the foregoing

24  document via the court's CM/ECF system, per Federal Rules of Civil Procedure Rule

25  5(b)(2)(D).

26          Any other counsel of record or unrepresented party will be served by first class

27  mail on March 27, 2009.

28                                  /s/Harry C. Carpelan

                                1                    cv 51-01247-GT-RBB
          CERT OF SERVICE/ POS RE EMWD'S Motion to Dismiss: Insufficient Service of Process

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I, the undersigned, say:  I am employed in the County of Riverside, State of California, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 1950 Market Street, Riverside, California 92501.

On March 27, 2009, I served a copy of the foregoing document on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

(X)   By Mail.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with United States Postal Service mail box on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

EXECUTED ON March 27, 2009, at Riverside, California.

( X )       [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


S/Jane F. Vaughn_____

SERVICE LIST CV 51-01247 GT-RBB

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

CERT OF SERVICE/ POS RE EMWD'S Motion to Dismiss: Insufficient Service of Process

| | |
|---|---|
| 1 | Barbara J. Carr Trust |
| | Barbara J. Carr, Trustee |
| 2 | 20571 Bexley Rd. |
| | Jamul, CA 91935-7945 |
| 3 | |
| | Billy Ward |
| 4 | P.O. Box 5878 |
| | San Diego, CA 92165 |
| 5 | |
| | Briar McTaggart |
| 6 | 1642 Merion Way 40E |
| | Seal Beach, CA 90740 |
| 7 | |
| | James L. Markman |
| 8 | Richards Watson & Gershon |
| | 1 Civic Center Circle |
| 9 | P.O. Box 1059 |
| | Brea, CA 92014-2932 |
| 10 | |
| | John S. Wilson |
| 11 | 14205 Minorca Cove |
| | Del Mar, CA 92014-2932 |
| 12 | |
| | Khyber Courchesne |
| 13 | 1264 Page St. |
| | San Francisco, CA 94117 |
| 14 | |
| | Marianne E. Pajot |
| 15 | |
| 16 | Mary E. Lee |
| | 41085 Lakeshore Blvd. |
| 17 | Aguanga, CA 92536 |
| 18 | Michael J. Machado |
| | P.O. box 391607 |
| 19 | Anza, CA 92539 |
| 20 | Pamela M. Machado |
| | P.O. Box 391607 |
| 21 | Anza, CA 92539 |
| 22 | Peggy Wilson |
| | 14205 Minorca Cove |
| 23 | Del Mar, CA 92014-2932 |
| 24 | Robert H. James |
| | Sachse James Croswell and Lopardo |
| 25 | 205 W. Alvarado St. |
| | Suite 1 |
| 26 | Fallbrook, CA 92028-2025 |
| 27 | Thomas C. Perkins |
| | 7037 Gaskin Pl. |
| 28 | Riverside, CA 92506 |

CERT OF SERVICE/ POS RE EMWD'S Motion to Dismiss: Insufficient Service of Process