Randy J. Rutten, State Bar No. 101308
Harry C. Carpelan, State Bar No. 102239
Gerald D. Shoaf, State Bar No. 41084
REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone No.: (951) 684-2520
Facsimile No.: (951) 684-9583
rrutten@redwineandsherrill.com
hcarpelan@redwineandsherrill.com
gshoaf@redwineandsherrill.com

Attorneys for Defendant,
EASTERN MUNICIPAL WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,

　　　　　Plaintiff-Intervenors,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

　　　　　Defendants.

Case No. CV 51-01247-GT-RBB

DECLARATION OF GERALD D. SHOAF AND EXHIBITS THERETO IN SUPPORT OF DEFENDANT, EASTERN MUNICIPAL WATER DISTRICT'S MOTION TO QUASH SERVICE FOR INSUFFICIENT SERVICE OF COMPLAINTS IN INTERVENTION

Date: April 27, 2009
Time: 10:00 a.m.
Courtroom: "B"
Judge: Hon. Ruben B. Brooks

I, Gerald D. Shoaf declare under penalty of perjury under the laws of the United States of America that:

1.　　I am an attorney at law duly licensed by the State of California and admitted to the United States District Court, Southern District of California. I am a

1. partner of Redwine and Sherrill, which is general counsel for Defendant EASTERN MUNICIPAL WATER DISTRICT ("EMWD" or "District") in this matter; I have acted as "lead" General Counsel for EMWD since at least 1985. I make this declaration in support of EMWD's Motion to Quash the attempt at service of all landowners within EMWD's service area by plaintiffs in intervention, Ramona Band of Cahuilla, Cahuilla Band of Indians (hereafter the Tribes).

2. As lead General Counsel, I am familiar with EMWD's service area; a map depicting same is attached hereto as Exhibit "A" to this Declaration; about 30% of the District's total service area is located within the Santa Margarita River watershed; the eastern most boundary of the District's service area within that watershed is approximately ten miles west of the Anza Basin.

3. As lead General Counsel, I am aware that EMWD does not claim any rights to groundwater or surface waters within the Santa Margarita River system and does not deliver any such waters to its customers within the Santa Margarita River watershed, or elsewhere; all water delivered by EMWD to retail or wholesale customers in the Santa Margarita River watershed is imported water purchased by EMWD from the Metropolitan Water District of Southern California.

4. When EMWD received copies of the First Amended Complaints in Intervention by the Ramona and Cahuilla Bands, Notice of Lawsuit and Request for Waiver of Service and a Waiver of Service, it was my understanding that EMWD was being sued and served on its own behalf and solely because it is a member of the Santa Margarita River Watermaster Steering Committee formally appointed to that position by this Court. I signed and returned the requested Waiver based on my belief that that action would save EMWD unnecessary fees and expense.

5. For that reason and because the Request for Waiver and Waiver had the appearance of similar documents served on my several water district clients as defendants on their own behalf in perhaps 15 or 20 earlier cases, I failed to note that

each of the two waiver documents contained a single reference, in an inconspicuous location, to the claim that EMWD was being served not only on its own behalf, but as representative of all the property owners "within its boundaries," most of which properties are located outside the Santa Margarita River watershed.

6.   I received no advance telephone call or email alerting me to the fact that the request was being made upon EMWD as representative of property owners, and nothing in the caption of either document alerted me to that purpose. Attached to this Declaration as Exhibits "B" and "C," respectively, are true and correct copies of the Notice of Lawsuit and Request for Waiver of Summons, and the Waiver, signed by myself on May 9, 2008. The only references to the service as representative of property owners are found in the Notice of Lawsuit, Ex. "B," at page 2, lines 9-10: "The Eastern Municipal Water District is being served as a party and in a representative capacity as agent for service for such landowners located within the District's boundaries," and in the Waiver, Ex. "C," at page 2, lines 8-10: "If it fails to do so, or does not obtain an extension of time within which to do so, a default judgment will be entered against Eastern Municipal Water District and the landowner parties it represents."

7.   Based on custom and practice, it is within my authority as lead General Counsel to accept service on behalf of EMWD of summons and complaints in litigation and, based upon my assumption that service was being attempted in this case on EMWD only and not as representative of landowners, I neither requested nor received authorization from EMWD to accept service on its behalf as representative of landowners, and the District is not an authorized agent for service on any unnamed landowner defendant. Had I realized that service was being attempted on EMWD as representative of landowners, I would not have signed and returned the Waiver. In signing the Waiver, I believed that I was signing on behalf of EMWD only.

8.   My understanding is that the Notice of Lawsuit and Request for Waiver

3

of Service and the Waiver, itself, along with the First Amended Complaints in Intervention were served on EMWD by third-class mail.

9. If EMWD is required to represent all landowners within its boundaries in this litigation, due process would require that it give notice of that fact to all such landowners and equity would require that it give each such landowner the opportunity to defend himself, herself, or itself. In any event, the result would be the same in terms of problems involving notice and service issues that resulted in the attempt by the Tribes to serve EMWD as representative of its landowners in the first case.

10. This Court has lifted the stay, previously ordered to enable settlement discussions to take place in this case, for the purposes of filing this Motion to Quash Service, and this is the first opportunity I have had to remedy the inadvertent execution of the Waiver.

I am competent to testify to the foregoing, which is true and correct.

Executed under penalty of perjury under the laws of the United States of America on March 26, 2009, at Riverside, California.

                                          S/Gerald D. Shoaf
                                          Gerald D. Shoaf

X:\WP2000\Harry\EMWD\Ramona Band\pleadings\Decl. of GDS for Motion to Quash-3-26-09.wpd

4

Decl. of Gerald D. Shoaf
cv-01247-GT-RBB

EXHIBIT "A"

# Eastern Municipal Water District
## USGS Quads with Santa Ana and San Diego Watersheds



EXHIBIT "B"

Received thru mail 5/5/08 BH

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

O: Tony Pack
C: Gerry Shoaf
C: Rav.
C: Jayne Joy
C: Charlie Bachmann
C: Behrooz Mortazavi
/Library

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 1247-SD-C<br><br>**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |

TO:  Anthony J. Pack, General Manager, Eastern Municipal Water District

**Why are you getting this?**

The Cahuilla Band of Indians and the Ramona Band of Cahuilla, federally-recognized Indian tribes, have filed claims to senior water rights under federal law to sufficient amounts of water for their present and future needs on their reservations, located in the Anza Valley area of the Santa Margarita

River Watershed. The claims have been filed in the case known as *United States of America, Ramona Band of Cahuilla and Cahuilla Band of Indians v. Fallbrook Public Utility District, et al.*, Civ. No. 1247-SD-C. It is being heard by the United States District Court for the Southern District of California. A copy of each of the complaints is enclosed. The claims were filed to establish the Tribes' right to water in a time of increasing land development and demand for water in the Anza area.

The court has ordered the Tribes to serve every landowner in the Santa Margarita River Watershed whose land overlays groundwater, or is riparian to surface streams, that are subject to the court's jurisdiction, as set forth in the Interlocutory Judgments in the case. The Eastern Municipal Water District is being served as a party and in a representative capacity as agent for service for such landowners located within the District's boundaries.

This Notice is not a summons or official notification from the federal court. It is a request that to avoid expenses, you waive formal service of a judicial summons by signing and returning the enclosed waiver form. To avoid these expenses, you must return the signed waiver within 45 days from April 30, 2008, which is the date this notice was sent. Thus, <u>the deadline for us to receive the signed waiver is June 14, 2008</u>. A stamped and addressed envelope is enclosed for your use in returning the waiver form. Please use this envelope in sending it to us. It is not necessary to send the waiver to both attorneys for the Tribes. An extra copy of the waiver is also enclosed for your records.

Eastern Municipal Water District may be assessed the expenses of service of the summons on the District if you fail to return the signed waiver to us by June 14, 2008, unless you have good cause for failing to do so. Please read carefully the statement concerning the duty of parties to waive service of the summons, which is set forth on the bottom of the waiver form.

**What happens next?**

If you return the signed waiver, we will file it with the court. This lawsuit will then proceed as if Eastern Municipal Water District and the landowner parties within its boundaries had been served on the date the waiver is filed, but no summons will be served on you. You will have 60 days from April 30, 2008 to answer or file a motion in response to the complaints. If you choose to answer or respond to the Tribes' complaints, you may file a single response to both or a separate response to each.

If we do not receive the signed waiver by June 14, 2008, we will arrange to have the summons and complaint served on you. And we may ask the court to require Eastern Municipal Water District to pay the expenses of making service.

We certify that this request is being sent to you on April 30, 2008.

Dated: April 30, 2008

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

WILLIAMS & WORKS, P.A.

By: s/Susan M. Williams
Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*

EXHIBIT "C"

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GT-RBB<br><br>**WAIVER OF SERVICE OF SUMMONS** |

**TO:   Curtis Berkey**                                                **Susan Williams**
      **Attorney for the Ramona Band of Cahuilla**                **Attorney for the Cahuilla Band of Indians**

Eastern Municipal Water District has received your request to waive service of a summons in this lawsuit, along with a copy of the complaint, two copies of this waiver form and a prepaid means of returning one signed copy of the waiver form to you.

  Eastern Municipal Water District agrees to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

  Eastern Municipal Water District understands it will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that it waives any objections to the absence of a summons, or of service.

  Eastern Municipal Water District also understands it must file and serve an answer or a motion under Rule 12 within 60 days from April 30, 2008, the date when this request was sent. If it fails to do so, or does not obtain an extension of time within which to do so, a default judgment will be entered against Eastern Municipal Water District and the landowner parties it represents.

Dated: May 9, 2008

_____     GERALD D. SHOAFE
Signature            Printed or Typed Name

Redwine and Sherrill
General Counsel
Title

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

  If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1  Randy J. Rutten, State Bar No. 101308
   Harry C. Carpelan, State Bar No. 102239
2  Gerald D. Shoaf, State Bar No. 41084
   REDWINE AND SHERRILL
3  1950 Market Street
   Riverside, California 92501-1720
4  Telephone No.: (951) 684-2520
   Facsimile No.: (951) 684-9583
5  rrutten@redwineandsherrill.com
   hcarpelan@redwineandsherrill.com
6  gshoaf@redwineandsherrill.com

7  Attorneys for Defendant,
   EASTERN MUNICIPAL WATER DISTRICT
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 51-01247-GT-RBB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE/PROOF OF SERVICE RE: EASTERN MUNICIPAL WATER DISTRICT'S MOTION TO QUASH SERVICE RE COMPLAINTS IN INTERVENTION** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | |
| Plaintiff-Intervenors, | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | **DATE:** April 27, 2009<br>**TIME:** 10:00 A.M.<br>**COURTROOM: "B"**<br>**JUDGE:** Hon. Ruben B. Brooks |

                    CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the court's CM/ECF system, per Federal Rules of Civil Procedure Rule 5(b)(2)(D).

    Any other counsel of record or unrepresented party will be served by first class mail on March 27, 2009.

                                        /s/Harry C. Carpelan

                                    1                    cv 51-01247-GT-RBB
CERT OF SERVICE/ POS RE EMWD'S Motion to Dismiss: Insufficient Service of Process

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I, the undersigned, say: I am employed in the County of Riverside, State of California, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 1950 Market Street, Riverside, California 92501.

On March 27, 2009, I served a copy of the foregoing document on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

(X) By Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service mail box on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

EXECUTED ON March 27, 2009, at Riverside, California.

( X ) [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

S/Jane F. Vaughn

SERVICE LIST CV 51-01247 GT-RBB

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

| | |
|---|---|
| 1 | Barbara J. Carr Trust |
| | Barbara J. Carr, Trustee |
| 2 | 20571 Bexley Rd. |
| | Jamul, CA 91935-7945 |
| 3 | |
| | Billy Ward |
| 4 | P.O. Box 5878 |
| | San Diego, CA 92165 |
| 5 | |
| | Briar McTaggart |
| 6 | 1642 Merion Way 40E |
| | Seal Beach, CA 90740 |
| 7 | |
| | James L. Markman |
| 8 | Richards Watson & Gershon |
| | 1 Civic Center Circle |
| 9 | P.O. Box 1059 |
| | Brea, CA 92014-2932 |
| 10 | |
| | John S. Wilson |
| 11 | 14205 Minorca Cove |
| | Del Mar, CA 92014-2932 |
| 12 | |
| | Khyber Courchesne |
| 13 | 1264 Page St. |
| | San Francisco, CA 94117 |
| 14 | |
| | Marianne E. Pajot |
| 15 | |
| 16 | Mary E. Lee |
| | 41085 Lakeshore Blvd. |
| 17 | Aguanga, CA 92536 |
| 18 | Michael J. Machado |
| | P.O. box 391607 |
| 19 | Anza, CA 92539 |
| 20 | Pamela M. Machado |
| | P.O. Box 391607 |
| 21 | Anza, CA 92539 |
| 22 | Peggy Wilson |
| | 14205 Minorca Cove |
| 23 | Del Mar, CA 92014-2932 |
| 24 | Robert H. James |
| | Sachse James Croswell and Lopardo |
| 25 | 205 W. Alvarado St. |
| | Suite 1 |
| 26 | Fallbrook, CA 92028-2025 |
| 27 | Thomas C. Perkins |
| | 7037 Gaskin Pl. |
| 28 | Riverside, CA 92506 |