Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Michele A. Staples, Bar No. 144392
mstaples@jdtplaw.com
Paige H. Gosney, Bar No. 252830
pgosney@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Tel: (949) 752-8585
Fax: (949) 752-0597

Attorneys for Specially Appearing Defendants Domenigoni-Barton Properties, Jean Domenigoni as Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E. Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim Domenigoni as Trustee of the S & K Domenigoni Revocable Trust

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>    Defendants. | CASE NO. CIV. 51-1247-SD-GT<br><br>**SPECIALLY APPEARING DOMENIGONI-BARTONS' JOINDER IN DEFENDANT EASTERN MUNICIPAL WATER DISTRICT'S MOTION TO QUASH SERVICE FOR INSUFFICIENT SERVICE OF PROCESS OF COMPLAINTS IN INTERVENTION AS TO DEFENDANT LANDOWNERS WITHIN ITS BOUNDARIES**<br><br>**Date:**    April 27, 2009<br>**Time:**    10:00 a.m.<br>**Courtroom:**    B<br>**Judge:**    Hon. Ruben B. Brooks |

1   Specially appearing defendants Domenigoni-Barton Properties, Jean Domenigoni as
2   Trustee for the Francis N. and Jean Domenigoni Trust, Elsa E. Barton as Trustee for the Elsa E.
3   Barton Trust, Andy Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Donald
4   Domenigoni as Co-Trustee for the L.G.D. Irrevocable Trust, Andy Domenigoni as Co-Trustee for
5   the A & C Domenigoni Family Trust, Cindy Domenigoni as Co-Trustee for the A & C
6   Domenigoni Family Trust, Donald Lee Domenigoni as Trustee for the Donald Lee Domenigoni
7   Trust, Steven Domenigoni as Trustee of the S & K Domenigoni Revocable Trust, and Kim
8   Domenigoni as Trustee of the S & K Domenigoni Revocable Trust (collectively, "**Domenigoni-**
9   **Bartons**"), specially appearing, hereby join Eastern Municipal Water District's ("**EMWD**")
10  Motion to Quash Service for Insufficient Service of Process regarding Plaintiff in Intervention,
11  Ramona Band of Cahuilla's and Plaintiff in Intervention, Cahuilla Band of Indians' (collectively,
12  the "**Tribes**") attempts to assert service of process on EMWD as representative of all landowners
13  within its boundaries, including the Domenigoni-Bartons as representative of all landowners
14  within its boundaries, including the Domenigoni-Bartons.

DATED: March 27, 2009           Respectfully submitted,

                                JACKSON, DeMARCO, TIDUS & PECKENPAUGH
                                    MICHAEL L. TIDUS
                                    MICHELE A. STAPLES
                                    PAIGE H. GOSNEY


                                By:   /s/   Michele A. Staples
                                      Michele A. Staples
                                Attorneys for Specially Appearing Defendants
                                Domenigoni-Barton Properties, Jean Domenigoni as
                                Trustee for the Francis N. and Jean Domenigoni Trust,
                                Elsa E. Barton as Trustee for the Elsa E. Barton Trust,
                                Andy Domenigoni as Co-Trustee for the L.G.D.
                                Irrevocable Trust, Donald Domenigoni as Co-Trustee
                                for the L.G.D. Irrevocable Trust, Andy Domenigoni as
                                Co-Trustee for the A & C Domenigoni Family Trust,
                                Cindy Domenigoni as Co-Trustee for the A & C
                                Domenigoni Family Trust, Donald Lee Domenigoni as
                                Trustee for the Donald Lee Domenigoni Trust, Steven
                                Domenigoni as Trustee of the S & K Domenigoni
                                Revocable Trust, and Kim Domenigoni as Trustee of
                                the S & K Domenigoni Revocable Trust

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of record will be served by facsimile transmission and/or first class mail on March 27, 2009.

/s/ Michele A. Staples