Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: 303/442-2021
Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS**<br><br>Hon. Gordon Thompson, Jr.<br><br>**Date: April 27, 2009**<br>**Time: 2:00 p.m.**<br>**Courtroom: 8** |

Case No.: 51cv1247-GT-RBB

1 | Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and this Court's Order of
2 | March 24, 2009, Plaintiff-Intervenor Ramona Band of Cahuilla and Plaintiff-Intervnor Cahuilla Band
3 | of Indians hereby move to dismiss without prejudice all claims against those defendants whose
4 | names appear on the attached Exhibits A and B. These lists include those defendants who own
5 | parcels of land located outside the boundaries of the Anza-Cahuilla Ground Water Sub-Basin, as
6 | defined in Interlocutory Judgment Number 33, and who have been served by the Tribes pursuant to
7 | Rule 4(d) of the Federal Rules of Civil Procedure in that they have returned executed waivers of
8 | service of the summons. The Motion is noticed for hearing at the date and time set forth in the
9 | caption above. The Motion is based on the accompanying Joint Memorandum of Points and
10 | Authorities in Support of the Motion to Dismiss, the Declaration of Oliver Page and the Proposed
11 | Order that is filed with the Motion.

Date: April 1, 2009

Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By:/s/Curtis G. Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

COAST LAW GROUP LLP

By:/s/Marco Gonzales
Marco Gonzales
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorney for Plaintiff-Intervenor,
Cahuilla Band of Indians*

```
 1                              McELROY, MEYER, WALKER & CONDON, P.C.
 2
                                By:/s/Scott B. McElroy
 3                                  Scott B. McElroy (Pro Hac Vice)
                                    M. Catherine Condon (Pro Hac Vice)
 4                                  1007 Pearl Street, Suite 220
                                    Boulder, Colorado
 5                                  Tel: 303/442-2021
                                    Fax: 303/444-3490
 6                                  E-mail: sbmcelroy@mmwclaw.com
                                    E-mail: ccondon@mmwclaw.com
 7
                                *Attorneys for Plaintiff-Intervenor,*
 8                              *Cahuilla Band of Indians*
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2                   Case No.: 51cv1247-GT-RBB
```