1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
6  *Ramona Band of Cahuilla*

7  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
8  169 Saxony Road, Suite 204
   Encinitas, CA 92024
9  Tel: 760/942-8505
   Fax: 760/942-8515
10

11 Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
12 1007 Pearl Street, Suite 220
   Boulder, CO 80302
13 Tel: 303/442-2021
   Fax: 303/444-3490
14 E-mail: sbmcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com
15 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
16
                UNITED STATES DISTRICT COURT
17
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
18

19 UNITED STATES OF AMERICA,              ) CIVIL NO.: 51-1247-GT-RBB
                                          )
20            Plaintiff,                   ) **DECLARATION OF OLIVER PAGE**
                                          ) **IN SUPPORT OF JOINT MOTION**
21 RAMONA BAND OF CAHUILLA, CAHUILLA      ) **TO DISMISS CLAIMS AGAINST**
   BAND OF INDIANS, et al.,               ) **CERTAIN DEFENDANTS**
22                                        )
             Plaintiff-Intervenors,        )
23                                        ) Hon. Gordon Thompson, Jr.
   v.                                     )
24                                        ) **Date:  April 27, 2009**
   FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) **Time:  2:00 p.m.**
25                                        ) **Courtroom: 8**
             Defendants.                   )
26 _____ )

27

28

                                                        Case No.: 51cv1247-GT-RBB

I, Oliver S. Page, hereby declare as follows:

1.  I make this declaration based on my personal knowledge. I have been retained by the United States Department of Justice to provide technical assistance regarding the hydrology of the Santa Margarita River Watershed in the above-captioned case.

2.  I am a licensed professional geologist in the State of California, P.G. 86. I specialize in matters relating to water resources and water rights. I am the CEO/CFO of Stetson Engineers, Inc. which maintains offices in San Rafael and Covina, California, Mesa, Arizona, Centennial, Colorado and Reno, Nevada. Stetson Engineers employs a staff that includes approximately 45 engineers, geologists and other professionals. For the past 18 years Stetson Engineers has been retained as engineering consultant to the U.S. Department of Justice in connection with *United States v. Fallbrook Public Utility District, et al.*

3.  I have been investigating the hydrology and geology of the Anza-Cahuilla Subbasin tributary to the Santa Margarita River since 1994 including the interrelationship of Cahuilla Creek flow and groundwater in the subbasin. Cahuilla Creek which drains the Subbasin is tributary to Wilson Creek which discharges into Vail Lake. There are no perennial streams in the Subbasin, all streams flow intermittently in response to rainfall.

4.  Cahuilla Creek exits the Subbasin at its western boundary west of Riverside Estates where it leaves the alluvial valley and enters a narrow canyon cut into the basement complex. Once leaving the Subbasin, Cahuilla Creek flows more than three miles through the bedrock canyon until it reaches its confluence with Wilson Creek.

5.  Stream flow measurements of Cahuilla Creek are limited to the period December 18, 1950 through September 30, 1954. These measurements were made by the California Division of Water Resources and reported in the Division's Bulletin No. 57, *Santa Margarita River Investigation, Volume II, 1956*. Analysis of the daily flow records during that period indicated that the median flow leaving the Subbasin was 0.1 cubic feet per second (cfs). A frequency analysis of the measured daily flows shows that about 96 percent of the time flows are less than 0.1 cfs.

6.     It is my opinion based upon experience and review of aerial photography that the riparian vegetation along the Cahuilla Creek in the three mile bedrock canyon consumes, through the process of evapotranspiration, the low stream flow before it reaches Wilson Creek.

7.     I conclude based upon my knowledge and studies of the hydrogeology of the Anza-Cahuilla Subbasin that current and future groundwater development in the Subbasin will not impact downstream water users. The basement rock forms a geologic impediment to the movement of groundwater from the Subbasin downstream to those areas outside the Subbasin.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2009

Oliver S. Page

2                          Case No.: 51cv1247-GT-RBB