```
 1  Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
 2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
 3  Berkeley, CA 94704
    Tel: 510/548-7070
 4  Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
 5  E-mail: swilliams@abwwlaw.com
    Attorneys for Plaintiff-Intervenor
 6  Ramona Band of Cahuilla

 7  Marco A. Gonzalez (CA State Bar No. 190832)
    COAST LAW GROUP LLP
 8  169 Saxony Road, Suite 204
    Encinitas, CA 92024
 9  Tel: 760/942-8505
    Fax: 760/942-8515
10
    Scott B. McElroy (Pro Hac Vice)
11  M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
12  1007 Pearl Street, Suite 220
    Boulder, CO 80302
13  Tel: 303/442-2021
    Fax: 303/444-3490
14  E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com
15  Attorneys for Plaintiff-Intervenor
    Cahuilla Band of Indians
16
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-1247-GT-RBB |
| Plaintiff, | **DECLARATION OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | Hon. Gordon Thompson, Jr. |
| Plaintiff-Intervenors, | Date: April 27, 2009<br>Time: 2:00 p.m. |
| v. | Courtroom: 8 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Case No.: 51cv1247-GT-RBB

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-captioned action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On April 1, 2009, I caused to be served the following documents in *United States of America, et al. v. Fallbrook Public Utility District, et al.,* Case No. 51-1247-SD-GT:

1) NOTICE OF JOINT MOTION AND JOINT MOTION TO DISMISS CERTAIN CLAIMS AGAINST CERTAIN DEFENDANTS

2) JOINT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS CERTAIN CLAIMS AGAINST CERTAIN DEFENDANTS

3) DECLARATION OF OLIVER PAGE IN SUPPORT OF JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS

4) [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS

5) NOTICE OF JOINT MOTION AND JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS

6) THE CAHUILLA BAND OF INDIANS AND THE RAMONA BAND OF CAHUILLA MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

7) CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION

8) RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION

9) [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION

10) DECLARATION OF SERVICE

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

| | |
|---|---|
| General Manager<br>Rancho Cal RV Resort CA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92362 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Linda Garcia<br>Riverside Co. Flood Control and Water Conservation Dist.<br>1995 Market Street<br>Riverside, CA 92501 |

| | |
|---|---|
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Craig Elitharp, Director of Operations<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Peter E. Von Haam, Sr. Deputy General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, D.C. 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |

| | | |
|---|---|---|
| 1 | Amy Gallaher | Mark Shaffer |
| 2 | Metropolitan Water District | 6837 NE New Brooklyn Road |
|   | P.O. Box 54153 | Bainbridge Island, WA 98110 |
| 3 | Los Angeles, CA 90054-0153 | |

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Billy Ward
P O Box 5878
San Diego, CA 92165

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

   I also certify that on April 1, 2009, paper copies of the documents listed above were mailed by United States mail by first class mail, postage prepaid, to each of the parties whose name appears on the list prepared by the Ramona Band of Cahuilla and the Cahuilla Band of Indians to mail the Notice of Lawsuit and Request for Waiver pursuant to Rule 4(d) of the Federal Rules of Civil Procedure on March 26, 2008 and April 17, 2008.

   I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 1, 2009, at Berkeley, California.

_____
Martha Morales