Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505
Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*
**Additional attorney on page 2**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51-cv-1247-GT-RBB |
| Plaintiff, | **NOTICE OF JOINT MOTION AND JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | |
| Plaintiffs in Intervention, | Hearing Date: April 27, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8 |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

1  Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
2    & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510-548-7070
4  Fax: 510-548-7080
   cberkey@abwwlaw.com
5
   *Attorney for Plaintiff in Intervention,*
6    *the Ramona Band of Cahuilla*

Pursuant to Fed. R. Civ. P. 15(a)(2), CivLR 15.1, and this Court's Order of March 24, 2009, Plaintiff-Intervenor Ramona Band of Cahuilla and Plaintiff-Intervenor Cahuilla Band of Indians, hereby move this Court for leave to file the Second Amended Complaints in Intervention The Motion is noticed for hearing at the date and time set forth in the caption above. The Motion is based on the accompanying *Memorandum of the Cahuilla Band of Indians and the Ramona Band of Cahuilla of Points and Authorities in Support of Their Motion for Leave to File Second Amended Complaints in Intervention.*

Respectfully submitted this 30th day of March, 2009.

    Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
    Encinitas, California 92024
    Tel: 760-942-8505 Fax: 760-942-8515

    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER
      & CONDON, P.C.
    1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
    Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
    ccondon@mmwclaw.com

        */s/ Scott B. McElroy*
By:_____
        Scott B. McElroy
    *Attorneys for Plaintiff in Intervention,*
      *the Cahuilla Band of Indians*

    Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS &
    WEATHERS LLP
    2030 Addison Street, Suite 410
    Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
    cberkey@abwwlaw.com

        */s/ Curtis G. Berkey*
By:_____
        Curtis G. Berkey
    *Attorney for Plaintiff in Intervention*
      *the Ramona Band of Cahuilla*