1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
3   Berkeley, CA 94704
    Tel: 510/548-7070
4   Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
5   E-mail: swilliams@abwwlaw.com

6   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*

7

8                UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,       ) CIVIL NO.: 51-1247-SD-GT
                                    )
11            Plaintiff,           )
                                    ) **RAMONA BAND OF CAHUILLA'S**
12                             ) **SECOND AMENDED**
    RAMONA BAND OF CAHUILLA, CAHUILLA ) **COMPLAINT IN INTERVENTION**
13   BAND OF INDIANS, et al.,        )
                                    )
14           Plaintiff-Intervenors,     )
                                    ) Hon. Gordon Thompson, Jr.
15   v.                             )
                                    ) **Date:  April 27, 2009**
16   FALLBROOK PUBLIC UTILITY DISTRICT,   ) **Time:  2:00 p.m.**
    et al.,                               ) **Courtroom: 8**
17              Defendants.         )
                                      )
18   ————————————————————— )

19

20                          **INTRODUCTION**

21        1.     This action was filed by the United States in 1951 to quiet title to its use of water

22   and to enjoin unlawful impairment of water rights in the Santa Margarita River System in San

23   Diego and Riverside Counties, California.  From the inception of this case, the United States has

24   represented the Ramona Band of Cahuilla as its trustee.  In the early stages of the case, the

25   United States asserted on behalf of the Band a right to water under the federal reserved water

26   rights doctrine in amounts sufficient to provide for the present and future needs of the members

27   of the Band.  On November 8, 1962, this Court entered an interlocutory judgment which

28   recognized a federal reserved water right for the Ramona Band of Cahuilla,

1   but this Court reserved final quantification until circumstances required it. *Findings of Fact,*

2   *Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of*

3   *Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection with*

4   *the Ramona, Cahuilla and Pechanga Reservations,* at page 24, No. 1247-SD-C (S.D. Cal. filed

5   January 25, 1951) ("Interlocutory Judgment No. 41"). On January 22, 2007, this Court granted

6   the Band's motion to intervene, and the Band's Complaint in Intervention was filed on January

7   23, 2007. The Band's First Amended Complaint was filed on July 2, 2007, in order to clarify

8   that the United States and its agencies are not defendants with regard to the Band's water rights

9   claims, and that they are plaintiffs aligned with the Band in seeking final quantification of the

10  Band's water rights. This Second Amended Complaint is filed in order to limit the scope of the

11  Tribes' claims to the Anza and Cahuilla Groundwater Basins (hereinafter "Anza-Cahuilla Sub-

12  Basin), as defined in Interlocutory Judgment Number 33, and to those defendants who use water

13  or claim rights to use water within that area that is subject to this Court's jurisdiction. The

14  Ramona Band of Cahuilla is not seeking to adjudicate its claims against entities that only use or

15  only claim rights to use surface and/or groundwater outside the Sub-Basin. The Ramona Band of

16  Cahuilla claims a prior and senior federal reserved right to  groundwater underlying the Ramona

17  Reservation within the Anza-Cahuilla Sub-Basin portion of the Santa Margarita River System.

18

19                          **JURISDICTION AND VENUE**

20      2.      This Court has jurisdiction over this action under 28 U.S.C. § 1345 (United States

21  as plaintiff); § 1331 (federal question) and § 1362 (federally-recognized Indian tribe asserting

22  federal question).  In addition, this Court retained jurisdiction following the entry of final

23  judgment on May 8, 1963.

24      3.      This Court has venue of this action under 28 U.S.C. § 1391(b) as a number of the

25  Defendants reside in this district and the Santa Margarita River System is located within the

26  geographical boundaries of the United States District Court for the Southern District of

27  California.

28

**PARTIES**

4.      Plaintiff-intervenor Ramona Band of Cahuilla is recognized by the United States as a sovereign Indian tribe eligible to receive the services of the Bureau of Indian Affairs.  The Band owns and occupies a reservation of approximately 560 acres, located in the far northeastern section of the Santa Margarita River System, as defined by this Court.  Since time immemorial, the members of the Band have used, and continue to use, the water resources and lands of the Anza Basin for subsistence, cultural, ceremonial, religious and commercial purposes.  The Ramona Band of Cahuilla is governed by a tribal council that is recognized by the Bureau of Indian Affairs as the lawful representative and government of the Band and its members.  The Band's headquarters are located in Anza, California.  The Band's past, present and future enjoyment of the waters of the Santa Margarita River System has been, is being and will continue to be injured by Defendants' on-going unlawful interference with the Band's federal reserved water right.

5.      The Defendants in this action are, persons, corporations, unincorporated associations, and other entities that use, or claim rights to use or deliver surface and/or groundwater subject to this Court's jurisdiction and within the Anza-Cahuilla Sub-Basin as defined in Interlocutory Judgment Number 33.  Some of the Defendants use or claim rights to use water in a manner that impairs or threatens to impair the federal reserved water right of the Ramona Band of Cahuilla.  The priority dates of the Defendants' claimed rights to use water are junior to the federally-protected water rights of the Ramona Band of Cahuilla and its members.

**FACTS**

6.      On November 8, 1962, this Court entered Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 41 concerning the rights to use the waters of the Santa Margarita River System held in trust by the United States in connection with the Ramona, Cahuilla and Pechanga Indian Reservations.  The interlocutory judgment was entered as a final judgment on May 8, 1963, and the Court of Appeals affirmed the judgment in *United States v. Fallbrook Public Utility District*, 347 F.2d 48, 61 (9th Cir. 1965).  This Court has continuing jurisdiction in this case.

7.     Interlocutory Judgment No. 41 establishes, *inter alia,* the following facts and legal conclusions.  The Ramona Indian Reservation was established by Executive Order of the President on December 29, 1891.  The Reservation is located in the most northeasterly portion of the Santa Margarita River watershed.  The Reservation consists of approximately 560 acres, of which approximately 321 acres lie within the Santa Margarita River watershed.  When it created the Ramona Reservation, the United States intended to reserve, and in fact did reserve, rights to the use of the Santa Margarita River system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of groundwaters, sufficient for the present and future needs of the Ramona Band of Cahuilla, with a priority date of December 29, 1891.

8.     The Ramona Reservation is located in the aboriginal territory of the Ramona Band of Cahuilla, who have used and occupied the area since time immemorial.  The Executive Order creating the Ramona Reservation set aside the land and resources of the Reservation for the benefit of the Ramona Band of Cahuilla and its members.

9.     Groundwater underlying the Ramona Reservation is in limited supply and is needed to satisfy the present and future needs of the Ramona Band of Cahuilla and its members.  The groundwater underlying the Ramona Reservation is the sole source of water for the Band and its members.  The Defendants' withdrawal and use of the groundwater underlying and adjacent to the Ramona Reservation adversely affects the ability of the Ramona Band of Cahuilla and its members to exercise their federal reserved water right, as established by this Court in Interlocutory Judgment No. 41.  Defendants' withdrawal and use of the groundwater underlying and adjacent to the Ramona Reservation is increasing, and, is further threatening the Band's ability to achieve economic self-sufficiency.  Unless the requested relief is granted, the rights and interests of the Ramona Band of Cahuilla and its members will be adversely affected and irreparably harmed by the Defendants.

## CLAIM FOR RELIEF

10.    The Ramona Band of Cahuilla repeats and realleges and incorporates by reference the allegations contained in paragraphs 1 through 9.

11.     The Executive Order of 1891 reserved for the Ramona Band of Cahuilla and its members an amount of groundwater sufficient to meet the present and future needs of the Band, including but not limited to water necessary to accomplish the purpose of the Executive Order to create a permanent home for the Ramona Band of Cahuilla where it could achieve economic self-sufficiency.

12.     The groundwater right reserved for the benefit of the Ramona Band of Cahuilla has a priority date of December 29, 1891.

13.     Withdrawal of groundwater by the Defendants infringes on the ability of the Ramona Band of Cahuilla to effectively exercise the federal reserved right to groundwater, thereby causing and continuing to cause irreparable injury to the Band and its members.

14.     Defendants' rights and use of groundwater underlying the Ramona Reservation are junior to the Ramona Band of Cahuilla's senior federal reserved water rights.

WHEREFORE, the Ramona Band of Cahuilla requests an order from this Court that:

(1)     declares and confirms that the Executive Order of 1891 reserved the Reservation and its resources for the benefit of the Ramona Band of Cahuilla and its members and reserved to the Band and its members the right to groundwater underlying the Ramona Reservation;

(2)     declares and confirms that the priority date of the groundwater reserved is December 29, 1891, as declared and decreed by this Court in Interlocutory Judgment No. 41;

(3)     quantifies as against the Defendants the Ramona Band of Cahuilla's right to groundwater underlying the Ramona Reservation in an amount sufficient to meet the present and future needs of the Ramona Band of Cahuilla on the Ramona Reservation;

(4)     declares and confirms that nothing in the resulting judgment shall bind or otherwise affect the rights of those parties to the *Fallbrook* litigation that use or claim rights to use surface and/or groundwater outside the Anza-Cahuilla Sub-Basin.;

(5)     enjoins the Defendants from withdrawing surface waters and groundwater in the Anza-Cahuilla Sub-Basin underlying the Ramona Reservation that are in conflict with the senior federal reserved water rights of the Ramona Band of Cahuilla and its members as, declared and decreed by this Court in Interlocutory Judgment No. 41;

1      (6)    retains this Court's jurisdiction for purposes of enforcement of its decree;

2      (7)    awards the Ramona Band of Cahuilla its costs of litigation, including reasonable

3 costs, expenses and disbursements, and reasonable attorneys' fees, as equity requires and

4 pursuant to federal statutes, including 28 U.S.C. § 2412;

5      (8)    grants such other and further relief as may be just and proper;

6                            Respectfully submitted,

7 Dated: March 30, 2009         ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP

9

10                    By: s/Curtis G. Berkey
                      Curtis G. Berkey

11                       Scott W. Williams
                      2030 Addison Street, Suite 410

12                       Berkeley, California 94704
                      Tel: 510/548-7070

13                       Fax: 510/548-7080
                      *Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*