Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: 303/442-2021
Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 51-1247-GT-RBB |
| Plaintiff, | ) |
| | ) **DECLARATION OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | ) |
| | ) Hon. Gordon Thompson, Jr. |
| Plaintiff-Intervenors, | ) |
| | ) **Date:   April 27, 2009** |
| v. | ) **Time: 2:00 p.m.** |
| | ) **Courtroom: 8** |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |
| | ) |

Case No.: 51cv1247-GT-RBB

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-captioned action.  My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On April 1, 2009, I caused to be served the following documents in *United States of America, et al. v. Fallbrook Public Utility District, et al.,* Case No. 51-1247-SD-GT:

1)   NOTICE OF JOINT MOTION AND JOINT MOTION TO DISMISS CERTAIN CLAIMS AGAINST CERTAIN DEFENDANTS

2)   JOINT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS CERTAIN CLAIMS AGAINST CERTAIN DEFENDANTS

3)   DECLARATION OF OLIVER PAGE IN SUPPORT OF JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS

4)   [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS

5)   NOTICE OF JOINT MOTION AND JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS

6)   THE CAHUILLA BAND OF INDIANS AND THE RAMONA BAND OF CAHUILLA MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

7)   CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION

8)   RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION

9)   [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION

10)   DECLARATION OF SERVICE

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

Case No.: 51cv1247-GT-RBB

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Elsa Barton
217 No. Palm
Hemet, CA 92543

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Billy Ward
P O Box 5878
San Diego, CA 92165

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

I also certify that on April 1, 2009, paper copies of the documents listed above were mailed by United States mail by first class mail, postage prepaid, to each of the parties whose name appears on the list prepared by the Ramona Band of Cahuilla and the Cahuilla Band of Indians to mail the Notice of Lawsuit and Request for Waiver pursuant to Rule 4(d) of the Federal Rules of Civil Procedure on March 26, 2008 and April 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 1, 2009, at Berkeley, California.

_Martha Morales_
Martha Morales

Case No.: 51cv1247-GT-RBB