1  JONATHAN M. DEER, Esq., State Bar No. 164837
   TURNER AUBERT & FRIEDMAN, LLP
2  8383 Wilshire Blvd., Ste. 510
   Beverly Hills, California 90211-2486
3  Telephone:   (323) 653-3900
   Telefax:     (323) 653-3021
4

5  Attorneys for Defendant JANNKI MITHAIWALA

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS<br><br>　　　　　Plaintiff-Intervenors,<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.<br><br>　　　　　Defendants.<br>_____ | CIVIL NO.: 1247-SD-C<br><br>**JANNKI MITHAIWALA'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date:  April 27, 2009<br>Time:  2:00 p.m.<br>Dept:  8 |

   Defendant JANNKI MITHAIWALA ("**Mithaiwala**") does not object to dismissal but objects to dismissal without imposing costs, including attorneys fees, on moving parties. A plaintiff's motion to dismiss is granted "on terms that the court considers proper." FRCP 41(a)(2); Cauley v. Wilson (7th Cir. 1985) 754 F2d 769, 771; Brown v. Baeke (10th Cir. 2005) 413 F3d 1121, 1123, 1126. This may include attorneys fees that would be duplicative if the case were refiled. Stevedoring Services of America v. Armilla Int'l, B.V. (9th Cir. 1989) 889 F2d 919, 921. Conditioning dismissal on the payment of such attorneys fees is typical. Cauley v. Wilson (7th Cir. 1985) 754 F2d 769, 771.

1

| UNITED STATES OF AMERICA<br>V. FALLBROK PUBLIC<br>UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S<br>OPPOSITION TO MOTION TO<br>DISMISS | 1247-SD-C |

1 In this case, the moving parties sued scores of people - including Mithaiwala - completely unnecessarily for the relief they are seeking, as moving parties admit in their moving papers on the Motion To Dismiss. Mithaiwala has incurred attorneys fees responding to the law suit. Inasmuch as the moving parties indicate their intention to amend the complaint, even the work on the answer is duplicative of work that would be necessary were Mithaiwala sued again. Her counsel would have to review and analyze the new complaint and prepare a new answer or other response responsive to the new complaint.

Moving parties may not hide behind sovereign immunity to avoid a dismissal conditioned upon paying costs. Conditioning a dismissal upon payment of costs is neither a counterclaim nor is it relief "different in kind". <u>Jicarilla Apache Tribe v. Andrus</u> (10th Cir. 1982) 687 F.2d 1324, 1344. Rather, it is simply payment of costs, as in any suit. Moreover, at the inception of this case, moving parties informed Mithaiwala that she would be subject to costs unless she voluntarily participated in the lawsuit by returning the signed "Waiver of Summons" in this case. She retained counsel and returned the waiver and was forced to participate in a suit that she need not have been involved in at all. It would be highly inequitable if cost obligations ran only one way. Mithaiwala incurred costs and fees in the amount of $2090, not including time spent on this opposition.

Wherefore, Mithaiwala requests that dismissal should be conditioned upon payment of costs as set forth herein.

Dated: April 10, 2009           Respectfully submitted

TURNER AUBERT & FRIEDMAN, LLP

By:    /s/Jonathan M. Deer
         JONATHAN M. DEER
         Attorney for Defendant JANNKIE
         MITHAIWALA

2

| UNITED STATES OF AMERICA V. FALLBROK PUBLIC UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S OPPOSITION TO MOTION TO DISMISS | 1247-SD-C |
|---|---|---|

**DECLARATION OF JONATHAN M. DEER**

I, Jonathan M. Deer, declare as follows:

1. I am lead counsel for Defendant Jannki Mithaiwala in this matter. I make this declaration in support of Jannki Mithaiwala's Opposition To Motion To Dismiss with which this is submitted. If called to testify in this matter, I could and would testify to the following of my own personal knowledge unless otherwise expressly stated herein.

2. I have been a licensed attorney since 1985 and have practiced primarily in the area of commercial litigation. I currently practice in Los Angeles, California. My customary rate for services similar to those rendered in this case is $275 per hour and that is the rate being charged to Mithaiwala for my services in this case. By virtue of my law practice, I am familiar with rates charged by other attorneys n the community and my rates are at or below rates in the community for similar services.

3. In this case, I reviewed the moving parties complaints, prepared answers, and reviewed the regular emails, correspondence and pleadings that were served upon me, and generally monitored the progress of the case. I have spent more than 7.6 hours performing these services. Accordingly, my client has incurred $2090 for my services. It is my opinion and I hereby testify that 7.6 hours to respond to and monitor ongoing complex litigation for almost a year is a reasonable amount of time and that $75 per hour for such services is reasonable fee.

4. It is my opinion and I hereby testify that none of the services performed by me in this case will be of any use in future litigation inasmuch as moving parties indicate they are amending their complaint so that, should my client be brought back into the case, any new complaint would need to be reviewed and analyzed. Moreover, the moving parties indicate in their motion that this defendant is not proper in the case, so there is no likelihood whatsoever that she will be brought back into the case in the future.

5. Before filing this opposition, I conferred with counsel for moving parties to seek to resolve the issue. Moving parties indicated they would oppose any request for

1  costs.
2      I declare under penalty of perjury that the foregoing is true and correct and that the
3  documents attached hereto are true and correct copies of what they purport to be.
4      Executed this 10th day of April, 2009, in Los Angeles, California.

                                                /s/Jonathan M. Deer
                                                JONATHAN M. DEER

4

| UNITED STATES OF AMERICA V. FALLBROK PUBLIC UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S OPPOSITION TO MOTION TO DISMISS | 1247-SD-C |
|---|---|---|

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8383 Wilshire Boulevard, Suite 510, Beverly Hills, California 90211.

     On April 10, 2009, I served the attached document described as **JANNKI MITHAIWALA'S OPPOSITION TO MOTION TO DISMISS** on the interested parties in this action:

(X)    by placing () the original (X) a true copy or copies thereof enclosed in sealed envelopes addressed as follows:

Susan M. Williams, Esq.  
Sarah S. Works, Esq.  
WILLIAMS & WORKS P.A.  
P.O. Box 1483  
Corrales, NM 87049  

Marco A. Gonzalez, Esq.  
Rory R. Wicks, Esq.  
COAST LAW GROUP, LLP  
169 Saxony Road, Ste 204  
Encinitas, CA 92024  

Curtis G. Berkey, Esq.  
Scott W. Williams, Esq.  
ALEXANDER, BERKEY, WILLIAMS  
  & WEATHERS LLP  
2030 Addison Street, Suite 410  
Berkeley, CA 94704  

[X]    **BY MAIL:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Turner, Aubert & Friedman at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the firm's practice the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

(X)    BY CM/ECF. I served the foregoing documents by filing them electronically, in compliance with the Electronic Case Filing rules.

Executed on April 10, 2009, at Beverly Hills, California.

(X)    FEDERAL:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____  
Steven Perez

5

| UNITED STATES OF AMERICA V. FALLBROK PUBLIC UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S OPPOSITION TO MOTION TO DISMISS | 1247-SD-C |
|---|---|---|