Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: 303/442-2021
Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>**DECLARATION OF OLIVER PAGE IN SUPPORT OF JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS**<br><br>Hon. Gordon Thompson, Jr.<br><br>**Date: April 27, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8** |

Case No.: 51cv1247-GT-RBB

I, Oliver S. Page, hereby declare as follows:

1. I make this declaration based on my personal knowledge. I have been retained by the United States Department of Justice to provide technical assistance regarding the hydrology of the Santa Margarita River Watershed in the above-captioned case.

2. I am a licensed professional geologist in the State of California, P.G. 86. I specialize in matters relating to water resources and water rights. I am the CEO/CFO of Stetson Engineers, Inc. which maintains offices in San Rafael and Covina, California, Mesa, Arizona, Centennial, Colorado and Reno, Nevada. Stetson Engineers employs a staff that includes approximately 45 engineers, geologists and other professionals. For the past 18 years Stetson Engineers has been retained as engineering consultant to the U.S. Department of Justice in connection with *United States v. Fallbrook Public Utility District, et al.*

3. I have been investigating the hydrology and geology of the Anza-Cahuilla Subbasin tributary to the Santa Margarita River since 1994 including the interrelationship of Cahuilla Creek flow and groundwater in the subbasin. Cahuilla Creek which drains the Subbasin is tributary to Wilson Creek which discharges into Vail Lake. There are no perennial streams in the Subbasin, all streams flow intermittently in response to rainfall.

4. Cahuilla Creek exits the Subbasin at its western boundary west of Riverside Estates where it leaves the alluvial valley and enters a narrow canyon cut into the basement complex. Once leaving the Subbasin, Cahuilla Creek flows more than three miles through the bedrock canyon until it reaches its confluence with Wilson Creek.

5. Stream flow measurements of Cahuilla Creek are limited to the period December 18, 1950 through September 30, 1954. These measurements were made by the California Division of Water Resources and reported in the Division's Bulletin No. 57, *Santa Margarita River Investigation, Volume II, 1956*. Analysis of the daily flow records during that period indicated that the median flow leaving the Subbasin was 0.1 cubic feet per second (cfs). A frequency analysis of the measured daily flows shows that about 96 percent of the time flows are less than 0.1 cfs.

6. It is my opinion based upon experience and review of aerial photography that the riparian vegetation along the Cahuilla Creek in the three mile bedrock canyon consumes, through the process of evapotranspiration, the low stream flow before it reaches Wilson Creek.

7. I conclude based upon my knowledge and studies of the hydrogeology of the Anza-Cahuilla Subbasin that current and future groundwater development in the Subbasin will not impact downstream water users. The basement rock forms a geologic impediment to the movement of groundwater from the Subbasin downstream to those areas outside the Subbasin.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2009

*Oliver S. Page*
Oliver S. Page