Robert H. James, Esq. #45384
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, Ca 92028-2025
Email: Bob@FallbrookLawOffice.com
Telephone: 760.728.1154

Attorneys for Fallbrook Public Utility District

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>  Defendants. | Case No. CIV.51-1247-SD-GT<br><br>SPECIALLY APPEARING FALLBROOK PUBLIC UTILITY DISTRICT'S JOINDER IN DEFENDANT EASTERN MUNICIPAL WATER DISTRICT'S MOTION TO QUASH SERVICE FOR INSUFFICIENT SERVICE OF PROCESS OF COMPLAINTS IN INTERVENTION AS TO DEFENDANT LANDOWNERS WITHIN ITS BOUNDARIES<br><br>Date:        April 27, 2009<br>Time:       10:00 a.m.<br>Court Room: B<br>Judge:       Hon. Ruben B. Brooks |

Specially appearing defendants Fallbrook Public Utility District's Motion to Quash Service, hereby joins Eastern Municipal Water District's Motion to Quash Service for Insufficient Service of Process regarding Plaintiff in Intervention, Ramona Band of Cahuilla's and Plaintiff in Intervention, Cahuilla Band of Indians' attempts to assert service of process on Eastern Municipal Water District as representative of all landowners within its boundaries, including the Fallbrook Public Utility District as representative of all landowners within its boundaries.

Date: April 10, 2009

Respectfully submitted,

Sachse, James & Lopardo

By: _____
Robert H. James

Attorney for Fallbrook Public Utility District

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Federal Rule of Civil Procedure 5 (b)(2)(D). Any other counsel of record will be serviced by facsimile transmission and/or first class mail on April 13, 2009.

*Shelly Amador*