1    Robert H. James, Esq.  #45384
     SACHSE, JAMES & LOPARDO
2    205 W. Alvarado St., Suite 1
     Fallbrook, Ca  92028-2025
3    Email: Bob@FallbrookLawOffice.com
     Telephone: 760.728.1154
4
     Attorneys for Fallbrook Public Utility District
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11

12
     UNITED STATES OF AMERICA,          )   Case No. CIV.51-1247-SD-GT
13                                      )
              Plaintiff,                )   PROOF OF SERVICE ON SPECIALLY
14   vs.                                )   APPEARING FALLBROOK PUBLIC
                                        )   UTILITY DISTRICT'S JOINDER IN
15   FALLBROOK PUBLIC UTILITY           )   DEFENDANT EASTERN MUNICIPAL
     DISTRICT, a public service corporation )  WATER DISTRICT'S MOTION TO
16   of the State of California, et al.  )   QUASH SERVICE FOR INSUFFICIENT
                                        )   SERVICE OF PROCESS OF COMPLAINTS
17            Defendants.               )   IN INTERVENTION AS TO DEFENDANT
                                        )   LANDOWNERS WITHIN ITS
18                                      )   BOUNDARIES
                                        )
19                                      )   Date:        April 27, 2009
                                        )   Time:        10:00 a.m.
20                                      )   Court Room:  B
                                        )   Judge:       Hon. Ruben B. Brooks
21   _____

22

23

1

**PROOF OF SERVICE**
*United States of America v. Fallbrook Public Utility District et al.*
*United States District Court-SD of California*
*Case No. 51-1247-SD-GT*

2

3

4

I, the undersigned, certify and declare that I am employed in the County of San Diego, State

5

of California. I am over the age of 18 and not a party to the above-entitled cause . My business

6

address is 205 W. Alvarado St., Fallbrook, CA 92028-2025.

7

8

9

On April 13, 2009, I served the foregoing document described as **PROPOSAL BY**

10

**SPECIALLY APPEARING FALLBROOK PUBLIC UTILITY-BARTONS FOR LIFTING**

11

**THE 180-DAY STAY TO RULE ON THE FALLBROOK PUBLIC UTILITY-BARTONS'**

12

**NOTICE OF NON SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINTS IN**

13

**INTERVENTION OF CAHUILLA BAND AND RAMONA BANK OF CAHUILLA INDIANS**

14

**PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE** on all

15

interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed

16

on the attached mailing list.

17

I caused such envelope with postage thereon fully prepaid to be placed in the United States

18

19

mail at Fallbrook, California.

20

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF

21

CALIFORNIA THAT THE ABOVE IS TRUE AND CORRECT AND THAT THIS PROOF OF

22

23

Proof of Service - Fallbrook Public Utility District's Joinder in EMWD's Motion to Quash Service
Case No. CIV.51-1247-SD-GT

1    SERVICE WAS EXECUTED ON APRIL 13, 2009, AT FALLBROOK, CALIFORNIA.

2                                                        /s/

3                                        _____

4                                        SHELLY AMADOR

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

2
3

MAILING LIST
*United States of America v. Fallbrook Public Utility District, et al:*
United States District Court- SD of California
Case No. 51-1247-SD-GT

4
5

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

6
7

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P o Box 5878
San Diego, CA 92165

8
9
10

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

11
12
13

John S Wilson
14205 Minorca Cove
Del Mar,CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

14
15

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
POBox 391607
Anza, CA 92539

16
17

Pamela M Machado
PO Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

18
19

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

20

21

22

23

24

25

26

27

28

Civ.51-1247-SD-GT

PROOF OF SERVICE
FALLBROOK PUBLIC UTILITY DISTRICT'S JOINDER IN EMWD'S MTN TO QUASH