1  Robert M. Cohen - #97488
   BARMASSE, COHEN & BURGE, LLP
2  30423 Canwood Street, Suite 208
   Agoura Hills, CA 91301
3  Phone:          (818) 991-7514

4  Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

5              UNITED STATES DISTRICT COURT

6           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>        Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION<br><br>Hon. Gordon Thompson Jr.<br><br>Date:      April 27, 2009<br>Time:     2:00 p.m.<br>Courtroom:  8 |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

    Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION hereby files its Opposition to the "Motion for Leave to File Second Amended Complaints in Intervention" by Plaintiff - Intervenor RAMONA BAND OF CAHUILLA and Plaintiff - Intervenor CAHUILLA BAND OF INDIANS.

## I.

## SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION OPPOSES THE MOTION TO AMEND ON THE SAME BASIS THAT IT OPPOSES THE MOTION TO DISMISS

    Plaintiff - Intervenor RAMONA BAND OF CAHUILLA and Plaintiff - Intervenor CAHUILLA BAND OF INDIANS are making simultaneous motions herein. They include a "Motion to Dismiss Defendants" as well as the instant "Motion for Leave to File Second

Amended Complaints".

Both motions are based upon a "hydrologic" analysis by Oliver Page. The analysis concludes that "out of Basin" water uses will not be impacted by "in Basin" water uses. Thus, the motions mirror each other and seek to remove "out of Basin" water users from this action through (1) dismissal and (2) removal from the service list of a second amended complaint.

SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION has filed and served an opposition to the motion to dismiss herein which includes declarations from David Huntley, PhD and Matt Rahn, PhD. Both declarations raise concerns with respect to the data utilized by Oliver Page as well as his conclusions concerning "out of Basin" impacts. The arguments, authority and declarations attached to the opposition to the motion to dismiss are hereby incorporated into this opposition by this reference. Plaintiff - Intervenor RAMONA BAND OF CAHUILLA and Plaintiff - Intervenor CAHUILLA BAND OF INDIANS have failed to unequivocally demonstrate that "out of basin" owners will not be impacted by any determination made in this action. The motion to amend demonstrates this fact by equivocally stating "there is **virtually** no likelihood that in-Basin groundwater uses will affect out-of-Basin water supplies". and "...the possibility that in-Basin surface water uses would affect out-of-Basin uses is **extremely remote**". [Motion to Amend, pg. 3, lines 15-17]

## II.
## CONCLUSION

Based on the authority, argument and evidence submitted in response to the Motion to Dismiss, SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION opposes the Motion to Amend herein. Plaintiffs have failed to demonstrate an adequate hydrologic rationale for removing Defendants from this matter via a motion to dismiss or a motion to amend.

BARMASSE, COHEN & BURGE

Dated: 4/13/09      By /s/Robert M. Cohen
ROBERT M. COHEN
Attorneys for Defendant SAN DIEGO
STATE UNIVERSITY RESEARCH
FOUNDATION

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re:   United States of America v. Fallbrook Public Utility District, et al.
      U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB
[No. 1247-SD-C]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 30423 Canwood Street, Suite 208, Agoura Hills, CA 91301.

On April 14, 2009, I electronically filed the foregoing document described as **OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga, 1anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@aabwwlaw.com, mmorles@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, 1rodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze, rgeorge@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
Goerge Chakmakis, george@chakmikislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com,
    msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@ammwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mflickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grenon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,

wwendelstein@bcandblaw.com
Scott B McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William Kenneth Koska, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com

     I further certify that on April 14, 2009, I served the foregoing **OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION** on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Agoura Hills, California, addressedd as set forth below. I am readily familar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Khyber Courchesne<br>1264 Page St<br>San Francisco, CA 94117 |
| Anna Gale James<br>40275 Curry Court<br>Agunga, CA 92536 | Marianne E Pajot<br>40225 Curry St<br>Aguanga, CA 92536 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Rd<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| James L. Markman<br>Richards, Watson & Gerson<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert H James<br>Sachse James Crowell & Lopardo<br>205 W. Alvarado St., Ste. 1<br>Fallbrook, CA 92028-2025 |

| | |
|---|---|
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |
| Susan M. Williams (Pro Hac Vice)<br>Sarah S. Works (Pro Hac Vice)<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049<br>505/899-7994  - FAX: 505/899-7972<br>**(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 14, 2009, at Agoura Hills, California.

/s/
Virginia Zaremba

(Updated 4/13/09)

---

3
PROOF OF SERVICE