Robert M. Cohen - #97488
BARMASSE, COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301
Phone:        (818) 991-7514

Attorneys for Defendant, SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>DECLARATION OF MATTHEW E. RAHN PHD IN SUPPORT OF OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS<br><br>Hon. Gordon Thompson Jr.<br><br>Date:         April 27, 2009<br>Time:        2:00 p.m.<br>Courtroom:  8 |

I, Matthew E. Rahn, PhD hereby declare as follows:

1.    I make this declaration based on my personal and professional knowledge. I am employed by San Diego State University (SDSU). I provide technical assistance regarding the hydrology and watershed management of the Santa Margarita River Watershed in the above-captioned case.

2.    I currently serve as a Director for research, education, and outreach programs at field stations owned and managed by SDSU throughout southern California. These field stations include the Santa Margarita Ecological Reserve, located in southwest Riverside County. The Reserve is approximately 4,500 acres and encompasses the first 5.1 miles of the Santa Margarita River.

---
1
DECLARATION OF MATTHEW E. RAHN PHD IN SUPPORT OF
OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO JOINT MOTION TO
DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS

3.      As a research scientist and adjunct professor in the College of Sciences, I have extensive experience in watershed management, environmental science, ecology, conservation, and policy. I have been directly involved in research related to the Santa Margarita River Watershed, including watershed management planning, water quality monitoring, and technical advising.

4.      The Santa Margarita River is known by local, state and federal agencies as an irreplaceable resource, and is currently being considered for listing under the federal Wild and Scenic Rivers Act. As our population increases, California's water resources have become severely impacted. Because of this unique status, SDSU and the Reserve is actively involved in several projects addressing water quality and watershed management, including collaborative research with the U.S. Bureau of Reclamation and Marine Corps Base Camp Pendleton.

5.      I have reviewed the declaration of Oliver Page submitted in support of the "Motion to Dismiss Claims Against Certain Defendants". It is my understanding that Stetson Engineers has been working specifically on Cahuilla Creek and Wilson Creek since 1994. However, the only support provided for the assertions in the declaration of Oliver Page is based on a review of aerial imagery and hydrologic data from the early 1950s. I am deeply concerned by the questionable use of historic data to support the conclusion that the majority of the water resources are lost to evapo-transpiration. Often the data collected in historic circumstances and in other studies are designed to address specific questions or hypotheses related to hydrology or geomorphology, and may not be applicable to the present case.

6.      It is also not clear whether or not rock formations create a "geologic impediment" to the movement of groundwater, effectively isolating the upper watershed from the lower as concluded by Oliver Page. Relevant studies and expert opinion suggest, quite to the contrary, that this area may not be hydrologically isolated from the lower watershed. Even when water flows over bedrock, the parent material and persistent seismic instability throughout the region suggests that the underlying geology may be significantly fractured, allowing for infiltration. Therefore, changes to the hydrology in the upper watershed could have effects on the lower portions,

particularly those below Vail Lake.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 4/10/09

MATTHEW E. RAHN, PHD

1.

---

3
DECLARATION OF MATTHEW E. RAHN PHD IN SUPPORT OF
OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO JOINT MOTION TO
DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS