Robert M. Cohen - #97488
BARMASSE, COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301
Phone:          (818) 991-7514

Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>DECLARATION OF DAVID HUNTLEY PHD IN SUPPORT OF OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS<br><br>Hon. Gordon Thompson Jr.<br><br>Date:      April 27, 2009<br>Time:      2:00 p.m.<br>Courtroom: 8 |

I, David Huntley, hereby declare as follows:

1. I make this declaration based on my personal and professional knowledge

2. I received a Ph.D. in Geological Engineering from the Colorado School of Mines in 1976. I received a Bachelor of Arts in Geology from the University of California, Santa Barbara, in 1972.

3. I began teaching and researching as an Assistant Professor of Geology at the University of Connecticut in 1976. I have been teaching and conducting research at San Diego State University since 1978. I currently hold the position of Professor Emeritus of Geological Sciences at San Diego State University. I served as Chair of the University's Department of Geological Sciences from 2001 - 2003. I have also served, and continue to serve, on numerous

---
1
DECLARATION OF DAVID HUNTLEY PHD IN SUPPORT OF
OPPOSITION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO JOINT MOTION TO
DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS

editorial and academic review boards for academic and professional journals regarding groundwater hydrology, remediation and environmental forensics.

4. Over the course of my career, I have served as the principal investigator in numerous groundwater investigations.

5. I have also acted as a groundwater hydrology consultant since 1976. In this capacity, I have extensive experience in assessing groundwater flow through various media as well as assessing groundwater resources.

6. I have reviewed the declaration of Oliver S. Page regarding the hydrology of Cahuilla Creek surface and subsurface flow.

7. Though I have not had the opportunity to conduct a detailed analysis of groundwater flow or groundwater resources of the Cahuilla Creek Sub-basin, I have several concerns about assertions made by Mr. Page in his declaration.

8. Mr. Page asserts that current and future groundwater development in the Cahuilla Sub-basin will not impact downstream users. He bases this on his conclusion that Cahuilla Creek drains the sub-basin and asserts that measurements show that all of the surface flow is consumed by evapotranspiration by vegetation along a narrow, bedrock-lined channel separating the sub-basin from Wilson Creek.

9. I have examined the topographic map of the Cahuilla Sub-basin and areas downstream of the basin, including Wilson Creek down to Vail Lake, and have examined satellite photographs of the same area. It appears likely to me that, while some of the groundwater with Cahuilla Sub-basin drains to the bedrock channel bounding Cahuilla Creek, some, and perhaps the majority, of the groundwater flows directly to the west to Wilson Creek. If correct, this means that the analysis of stream discharge records of Cahuilla Creek, the basis of Mr. Page's analysis, is largely irrelevant.

10. If the above conclusion (that groundwater flows directly from Cahuilla Sub-basin to Wilson Creek) is correct, it also means that increased groundwater production from Cahuilla Sub-basin will decrease flows in Wilson Creek and decrease water availability to users downstream of Cahuilla Sub-basin.

11. Even if all of the groundwater in Cahuilla Sub-basin discharges to Cahuilla Creek, Mr. Page's analysis of stream flow in the 1951 to 1954 time period does not accurately predict the long-term impact on downstream water users, as the period 1951 to 1954 was in the middle of a long-term period of below-normal precipitation that lasted from 1945 to 1977. Indeed, the precipitation in three of the four years (from 1951 to 1954) was below-average.

12. I have not had an opportunity to review the stream discharge records from Cahuilla Creek from 1951 to 1954, but it appears that at least one statement made by Mr. Page about that record is incorrect. He asserts that the median stream flow of Cahuilla Creek is 0.1 cubic feet per second (cfs). He also asserts that the flow of the creek is less than 0.1 cfs 96 percent of the time. Those two statements are inconsistent with each other. The median is defined as that flow that is exceeded 50 percent of the time, so if the median is 0.1 cfs, flow of the creek would be less than 0.1 cfs only 50 percent of the time. Conversely, if flow was less than 0.1 cfs 96 percent of the time, the median would be much less than 0.1 cfs.

13. It is therefore my opinion one cannot preclude downstream impacts from ground water withdrawal from Cahuilla Sub-basin based on the information presented in Mr. Page's declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/9/2009

DAVID HUNTLEY, PHD