GERALD BLANK (State Bar No. 50136)
Attorney at Law
LAW OFFICES OF GERALD BLANK (e mail: gblank@san.rr.com)
444 West "C" Street, Suite 200
San Diego, California 92101
tel:    (619)238-1111  fax: (619)238-1126

Counsel for objecting party/defendant, Sander Family Trust

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>    (Proposed) Plainitffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et.al.<br><br>    defendants. | Civil No. 1247-SD-C<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served on April 9, 2009, with a copy of the document entitled: **SANDER FAMILY TRUST'S REQUEST THAT PROPOSED MOTION TO DISMISS BE GRANTED ON CERTAIN CONDITIONS; POINTS AND AUTHORITIES AND DECLARATION OF COUNSEL IN SUPPORT THEREOF** via the Court's CM/ECF system per Federal Rules of Civil Procedure, Rules 5(b)(2)(E), and 5(b)(3). Any other counsel of record was served via First Class Mail on April 9, 2009.

Dated: April 14, 2009

_____
Mary Elena Joslyn