JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES T. MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseño Indians*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISEÑO INDIANS' OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS**<br><br>Hearing Date: April 27, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

<u>**Preliminary Statement**</u>

On April 1, 2009, the Cahuilla Band of Indians and Ramona Band of Cahuilla ("Plaintiffs") moved to dismiss certain defendants from this action, including the Pechanga Band of Luiseño Indians ("Pechanga"), pursuant to this Court's March 24, 2009 Order.[1] Plaintiffs moved to dismiss without prejudice all claims against, among others, the defendants listed in Exhibits A and B who own parcels of land located outside the boundaries of the Anza-Cahuilla Ground Water Sub-Basin, as defined in Interlocutory Judgment 33. Pechanga, which answered Plaintiffs' Complaint, is one of the defendants listed in Exhibit B. Pechanga opposes the

---

[1] *See* March 24, 2009 Order Partially Lifting Stay for the Purpose of Filing a Motion for Leave to File a Second Amended Complaint in Intervention and Dismiss Certain Named Defendants from this Action.

Plaintiffs' motion to dismiss and seeks Court approval to remain in the case for three principal reasons:

First, Pechanga needs to continue to participate in this action to ensure that its water rights will not be adversely affected by any water rights of Plaintiffs quantified in this action.

Second, Pechanga needs to be involved in the resolution of the fundamental issues of law that will be litigated in this action to ensure that its own rights are not adversely affected.

Third, although Pechanga has made progress in its settlement negotiations with certain parties, including RCWD, these settlement efforts may fail and therefore it may be necessary for Pechanga to seek to enforce its decreed water rights as a plaintiff in this action.

## Discussion

Pechanga has participated as a defendant throughout this action, as the Plaintiffs served their complaints on Pechanga like other defendants. Pechanga, however, is uniquely situated. Like Plaintiffs, Pechanga has a decree entitlement from Interlocutory Judgment 41. But Pechanga is dissimilar to the Plaintiffs in two important aspects. First, Pechanga was permitted to intervene in the Fallbrook litigation decades ago and since then has participated in its own right in the case. Second, as noted in the original Motion for a Stay of the Proceedings, Pechanga has not at this time sought to enforce its water rights that were already established by Interlocutory Judgment 41. Rather, Pechanga has pursued negotiations with its counterparts, primarily Rancho California Water District ("RCWD"), as well as Metropolitan Water District and the United States through the Federal Negotiating Team. Pechanga has provided the Court with updates of these negotiations through Status Reports, participation at Status Conferences, and filings in response to procedural issues and motions. Because of its unique status, Pechanga has been an active participant in this action and seeks to remain as a party to protect its interests.

First, Pechanga opposes dismissal in order to ensure that its water rights are not harmed by Plaintiffs' groundwater development and pumping. In their Motion, the Plaintiffs assert that the appropriate defendants to be bound by the adjudication of Plaintiffs' water rights should be limited to defendants who own land overlying ground water (or adjacent to surface streams)

2

subject to the Court's jurisdiction within the Anza-Cahuilla Sub-Basin, as defined in Interlocutory Judgment No. 33. The Plaintiffs also assert that groundwater development inside the Anza-Cahuilla Sub-Basin does not affect the availability of water outside that area. Plaintiffs base these assertions on statements in Oliver Page's Declaration that current and future groundwater development in the Sub-Basin will not impact downstream users. Thus, according to the Plaintiffs, because there is no impact, the dismissed defendants, including Pechanga, will not be at risk of adverse effects from the Plaintiffs' pumping inside the Sub-Basin. At this time, Pechanga has not had the opportunity to test or confirm the Plaintiffs' hydrologic conclusions with respect to the effects of pumping inside the Anza-Cahuilla Sub-Basin on down stream users. Accordingly, Pechanga believes that its continued participation in this action is imperative to ensure that the Plaintiffs' quantified water rights will not adversely affect Pechanga's water rights.

Second, Pechanga seeks to remain a party so that it can be involved in and contribute to judicial consideration of fundamental questions of law. As discussed above, Pechanga maintains a unique status in this case. Pechanga's water rights stem from Interlocutory Judgment 41 — the same Interlocutory Judgment pursuant to which the Plaintiffs are seeking to quantify their rights. As a result, fundamental questions of law that affect Pechanga will likely be considered by the Court as presented by both the Plaintiffs and defendants during trial. For example, the Court's conclusions of law regarding demonstrating or proving the Plaintiffs' prima facie entitlement could affect Pechanga and establish precedent that Pechanga could be forced to follow if it seeks to enforce its water rights in the future. Dismissal from the action could foreclose Pechanga's ability to put forth its position as to the quantification methodology the Court should endorse or apply. Furthermore, Pechanga fears that dismissal now might preclude it under the doctrines of law of the case or collateral estoppel from re-litigating important issues of law if, at any point in the future, Pechanga seeks to enforce its decreed water rights. Consequently, Pechanga should be permitted to continue to participate in this action to protect its own water rights.

3

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS

Third, as previously noted in Pechanga's Court filings, on December 17, 2008, Pechanga and RCWD announced an agreement on a framework, developed with the assistance of the MWD and the United States Federal Negotiating Team, to resolve Pechanga's longstanding water related claims, including but not limited to claims to enforce its existing rights in the Santa Margarita River Basin as decreed by Interlocutory Judgment 41, as well as its claims against the United States for a variety of water-related issues. While Pechanga has continued to work with RCWD, MWD, and the United States to finalize the terms of that agreement, it is uncertain whether the negotiations will ultimately be successful. Moreover, any settlement agreement that is reached would be contingent upon Congressional and Court approval. Given the uncertainty of a successful settlement, Pechanga is considering whether to move the Court in Pechanga's capacity as a plaintiff to protect its rights against any and all parties infringing on its decreed water rights. Pechanga respectfully requests that it not be dismissed from the action but instead afforded an opportunity to submit to the Court within 90 days a status report stating whether Pechanga will seek enforcement of its water rights as a party plaintiff in this action.

## Conclusion

For the foregoing reasons, Pechanga respectfully opposes dismissal and requests that it be allowed to remain in the action with the opportunity to submit a status report to the Court in 90 days.

RESPECTFULLY SUBMITTED,

Dated: April 15, 2009                     Pechanga Band of Luiseño Indians


By: *s/James T. Meggesto*
    James T. Meggesto

4

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Avenue, NW, Washington, D.C. 20036.

On April 15, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) PECHANGA BAND OF LUISEÑO INDIANS' OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS

by depositing a copy in the United States mail at 1333 New Hampshire Avenue, NW, Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho CA RV Resort OA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS

| | |
|---|---|
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92591 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Linda Garcia<br>Riverside Co. Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, DC 20026-4378 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |

6

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS

| | |
|---|---|
| Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Craig Elitharp, Director of Operations<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105 |
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA 92024 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Peter E. Von Haam, Sr. Deputy General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA 90054 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, DC 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |

7

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS

| | | |
|---|---|---|
| 1 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| 2 | | |
| 3 | | |
| 4 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 5 | | |
| 6 | | |
| 7 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCO, TIDUS &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 12 | | |
| 13 | | |
| 14 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| 15 | | |
| 16 | | |
| 17 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| 18 | | |
| 19 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| 20 | | |
| 21 | Mary E. Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| 22 | | |
| 23 | | |
| 24 | Michael J. Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA 92591 |
| Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ 85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD 20814-3320 |
| Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams and Weathers LLL<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 |
| Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 | Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA 92064 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Anthony Madrigal<br>26 Lanyard Court<br>Sacramento, CA 95831 | Scott B. McElroy<br>Alice E. Walker<br>M. Catherine Condon<br>Daniel E. Steuer<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 |

9

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS

| | |
|---|---|
| Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA  92539 | Jackie Spanley<br>AVMAC<br>43205 Chapman Road<br>Anza, CA  92539 |
| Alvin Greenwald<br>6010 Wilshire Boulevard, Suite 500<br>Los Angeles, CA  90036 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA  90012-2944 |
| Western Land Financial and Pacific Holt Corporation<br>23 Midway Street, Unit B<br>San Francisco, CA  94133 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA  92587 |
| Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA  92589-9017 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO  80524 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 15, 2009, at Washington, D.C.

<u>s/James T. Meggesto</u>
James T. Meggesto

10

PECHANGA'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS
CLAIMS AGAINST CERTAIN DEFENDANTS