EDMUND G. BROWN JR.
Attorney General of California
RICHARD J. MAGASIN
Supervising Deputy Attorney General
MARILYN H. LEVIN (SBN: 92800)
MICHAEL W. HUGHES (SBN: 242330)
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2612
Fax: (213) 897-2802
E-mail: Marilyn.Levin@doj.ca.gov
E-mail: MichaelW.Hughes@doj.ca.gov

*Attorneys for Specially Appearing Defendant Intervenor State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>**STATEMENT OF SPECIALLY APPEARING DEFENDANT INTERVENOR STATE OF CALIFORNIA REGARDING JOINT MOTIONS TO DISMISS AND JOINT MOTIONS FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION**<br><br>**[Appendix of Prior Court Pleadings filed concurrently herewith.]**<br><br>Date: April 27, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8<br>Judge: Hon. Gordon Thompson, Jr. |

///

///

///

///

///

///

## INTRODUCTION

The State of California, a defendant in intervention in the *U.S.A. v. Fallbrook Public Utility District, et al.* (Case No. 51-1247-SD) ("the Adjudication"), specially appears at this time to file this Statement regarding the Joint Motions to Dismiss and Joint Motions For Leave to File Second Amended Complaints in Intervention filed by the Ramona Band of Cahuilla Indians ("Ramona Tribe") and Cahuilla Band of Indians ("Cahuilla Tribe") (collectively the "Tribes").

In January, 1951, the United States sought to quiet title to its rights to the waters of the Santa Margarita River Watershed for use at the Marine Corps Base at Camp Pendleton, and sought to enjoin the alleged unlawful interference with its rights. The Adjudication eventually encompassed rights to the entire Santa Margarita River Watershed and became a "plenary suit to settle the correlative right of everyone interested in the waters." *California v. U.S.*, 235 F.2d 647 (9th Cir. 1956).

## I. THE JOINT MOTIONS TO DISMISS AND JOINT MOTIONS FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION

On March 24, 2009, this Court issued an Order lifting the Stay to allow the Ramona and Cahuilla Tribes to move this Court for leave to file Second Amended Complaints in Intervention and to file Motions to Dismiss Certain Defendants. (DKT. No. 5102.)

The State of California files this Statement to inform the Court of its interests in the prior adjudication and to advise the Court that it does not waive any of its rights or party status by not opposing these Motions at this time. The State of California is evaluating the myriad significant issues sought to be adjudicated by the Tribes' Second Amended Complaints, including the Tribes' aboriginal claims, and the amount and use proposed for the quantities of water they seek. The present litigation position of the State of California regarding the proposed quantification in the Anza-Cahuilla Sub-Basin has yet to be determined.

## II. THE INVOLVEMENT OF THE PEOPLE OF THE STATE OF CALIFORNIA IN THE PRIOR ADJUDICATION

In 1951, the California Legislature requested, and the United States invited, the People of the State of California ("State of California"), represented by the California Attorney General's

Office, to intervene in this case. On July 23, 1951, the California Attorney General's Office on behalf of the State of California filed a Motion to Intervene in that action. *See* Appendix of Prior Court Pleadings of Specially Appearing Defendant Intervenor State of California in Support of Statement ("Appendix") Exh. A. (Motion to Intervene filed on July 23, 1951) and Exh. B (Intervenor's Answer lodged on July 23, 1951 at 2:6-10.)

On August 15, 1951 the Court granted the State of California's Motion to Intervene. *See* Appendix Exh. C. (Stipulation and Order filed August 15, 1951.) The Motion stated that the People of the State of California "are entitled to intervene herein in their capacity as parens patriae…" (*See* Appendix Exh. A at 2:5-6.) The purpose of the intervention was, among other things, "for the clarification of the issues in this litigation, and for the benefit of all of the parties to this cause" and to ensure that "the rights of the United States of America to the use of water herein are to be measured in accordance with the laws of the State of California." *See* Appendix, Exh. D (Stipulation filed November 30, 1951 at 1:25-27 & 2:17-19; *United States v. Fallbrook*, 347 F.2d 48, 53 (9th Cir. 1965).)

As a defendant intervenor in this case, the People of the State of California had "full party status in the litigation" including the right to engage in discovery, to participate at trial, and to appeal the judgment. *United States v. California Mobile Home Park Mgt. Co.*, 107 F.3d 1374, 1378 (9th Cir. 1997. )

The importance of the involvement of the State of California at that time was embodied in a letter written by the Assistant U.S. Attorney General to the U.S. House of Representatives stating that the invitation to Edmund G. Brown, Attorney General of California was presented "with the idea in view of laying to rest any concern that the United States in some way might seek in this proceeding a greater right than that which it has acquired." *U.S. v. Fallbrook*, 101 F. Supp. 298, 299 (S.D. Cal. 1951). On June 23, 1952, the State of California, as defendant in intervention lodged an Amendment to Intervenor's Answer (*See* Appendix, Exh. E.) and on July 10, 1952, an Amended Answer was filed. *See* Appendix, Exh. F. That Answer added a third defense. On April 24, 1958, the State of California filed another Answer in response to the United States' Amended Complaint. *See* Appendix, Exh. G (Answer of Defendant in Intervention, The State of

California, to Complaint and Supplementary and Amendatory Complaints as Ordered Filed April 8 , 1958.) Among the responses, this Answer identified a fourth defense in which the State described specific parcels of land which had been tax deeded to the State of California and specific additional lands, other than tax deeded lands, located on unnamed tributaries of the Santa Margarita River. In addition, the fourth defense identified lands owned as part of the Anza Fire Control Station and the Temecula Fire Control Station and the right to extract water located in the ground below and to divert water from both the surface and sub-surface of the stream in such quantities as may be needed for any reasonable beneficial use, including storage for domestic, irrigation and fire-protection activities. *Id.* at pgs. 20-22.

While the California Attorney General's Office on behalf of the State of California was involved, there were numerous district court decisions, two Ninth Circuit cases cited above and a number of Interlocutory Judgments identifying parcels of property owned by the State of California at that time.

On November 8, 1962, this Court entered Interlocutory Judgment No. 41 addressing the water rights appurtenant to the Ramona, Cahuilla and Pechanga Tribes' Reservations. (DKT. No. 4430.) On May 8, 1963 a Final Judgment and Decree was issued. (DKT. No. 4489.) A Modified Final Judgment and Decree was entered on April 6, 1966 incorporating all the Interlocutory Judgments. (DKT. No. 4768.) The Court retained continuing jurisdiction for certain issues.

## III. THE TRIBES' COMPLAINTS IN INTERVENTION

On October 6, 2006 and October 19, 2006, the Cahuilla and Ramona Tribes respectively filed motions to intervene in the Adjudication. These motions were granted on January 22, 2007 and complaints in intervention were filed the same day. On July 2, 2007 and July 9, 2007, the Ramona and Cahuilla Tribes respectively filed First Amended Complaints in which they sought a judicial decree quantifying their water rights under the Adjudication and enjoining water

production alleged to interfere with those rights within the Santa Margarita River System.[1] (DKT. Nos. 4920 and 4921.)

The California Attorney General's Office discovered the existence of this revitalized lawsuit on or about August, 2008 by reading about it in the newspaper. The Attorney General's Office has attended a number of settlement meetings with the Ramona and Cahuilla Tribes, and observed a status conference on March 9, 2009, at which time the Court lifted the stay to allow the filing of Motions to Quash service by certain water districts and certain property owners. During this time of resolving service issues, the California Attorney General's Office has been attempting to determine what state agencies presently own properties in the Santa Margarita River Watershed, and what property was originally subject to the jurisdiction of the Court, and to evaluate the physical and legal impact of the various Complaints in Intervention.

Dated: April 15, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
MARILYN H. LEVIN
MICHAEL W. HUGHES
Deputy Attorneys General

By: MARILYN H. LEVIN
Deputy Attorney General
*Attorneys for Specially Appearing Defendant Intervenor State of California*

LA2008601401

[1] The Pechanga Band of Luiseno Indians has asserted in its request for a stay that it has been a plaintiff-intervenor and a party to this proceeding on its own behalf since 1975. (Statement of Material Facts in Support of A Joint Motion For A Temporary Stay of Proceedings, June 6, 2008 (DKT. No. 5007) and Order Granting Pechanga's Motion to Intervene dated January 16, 1975.) (DKT. No. 4790.)

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. Fallbrook Public Utility District, et al.**
USDC Case No.: **51-1247-GT-RBB**

I declare:

On April 15, 2009 I e-filed the following documents:

**STATEMENT OF SPECIALLY APPEARING DEFENDANT INTERVENOR STATE OF CALIFORNIA REGARDING JOINT MOTIONS TO DISMISS AND JOINT MOTIONS FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS IN INTERVENTION**

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case:

**[SEE THE ATTACHED E-MAIL LIST]**

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**[SEE THE ATTACHED MANUAL LIST]**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 15, 2009, at Los Angeles California.

Blanca Cabrera
Declarant

[signature]
Signature

**E-MAIL LIST**

**Marilyn H. Levin**
marilyn.levin@doj.ca.gov

**MILAN L. BRANDON**
mbrandon@brandon-law.com

**F Patrick Barry**
patrick.barry@usdoj.gov

**Curtis G Berkey**
cberkey@abwwlaw.com,mmorales@abwwlaw.com

**Charles W Binder**
cwbinder@smrwm.org

**Gerald (Jerry) Blank**
gblank@san.rr.com,mejoslyn@sbcglobal.net

**Mark L Brandon**
mbrandon@brandon-law.com,dslack@brandon-law.com

**Harry Campbell Carpelan**
hcarpelan@redwineandsherrill.com

**George Chakmakis**
george@chakmakislaw.com

**Robert M Cohen**
rcohen@bcandblaw.com,wwendelstein@bcandblaw.com,vzaremba@bcandblaw.com

**M. Catherine Condon**
ccondon@mmwclaw.com,dvitale@mmwclaw.com

**Michael Duane Davis**
michael.davis@greshamsavage.com,teri.gallagher@greshamsavage.com

**Jonathan M Deer**
jdeer@taflaw.net,jondeeresq@earthlink.net,gsuchniak@taflaw.net

**Elsinore Valley Municipal Water District**
matthew.green@bbklaw.com

**Matthew N Falley**
mfalley@ggfirm.com

**Mary L Fickel**
mfickel@sampsonlaw.net,bsampson@sampsonlaw.net

**Marco Antonio Gonzalez**
marco@coastlawgroup.com,sara@coastlawgroup.com

**Daniel J Goulding**
jhester@mccarthyholthus.com

**Matthew L Green**
matthew.green@bbklaw.com,lisa.grennon@bbklaw.com

**Robert H James**
bob@fallbrooklawoffice.com

**Robert H. James**
bob@fallbrooklawoffice.com

**Timothy P Johnson**
tjohnson@johnson-chambers.com,cww@johnson-chambers.com

**John A Karaczynski**
jkaraczynski@akingump.com,jmeggesto@akingump.com,jfukai@akingump.com,dcolvin@akingump.com,msobolefflevy@akingump.com,dpongrace@akingump.com,kamorgan@akingump.com

**B. Tilden Kim**
tkim@rwglaw.com,gduran@rwglaw.com

**William Kenneth Koska**
wkoska@koskalaw.com

**Bill J Kuenzinger**
bkuenzinger@bhsmck.com,rjones@bhsmck.com

**Gary D Leasure**
gleasure@garydleasure.com

**John Christopher Lemmo**
jl@procopio.com,laj@procopio.com

**Richard Alvin Lewis**
Rlewis@RichardLewis.com

**M.E.M. Limited Partnership**
prosenberg@hnattorneys.com

**MCMX, LLC**
sharper@bhsmck.com

**Anthony Madrigal**
anthonymad2002@yahoo.com

**Scott B. McElroy**
smcelroy@mmwclaw.com,dvitale@mmwclaw.com

**Peter J Mort**
pmort@akingump.com,jfukai@akingump.com

**Rancho California Water District**
matthew.green@bbklaw.com

**Patricia Grace Rosenberg**
prosenberg@hnattorneys.com

**Bryan D. Sampson**
mfickel@sampsonlaw.net

**Sander Family Trust**
gblank@san.rr.com

**Frank Spitzer**
george@chakmakislaw.com

**Thomas C Stahl**
Thomas.Stahl@usdoj.gov,efile.dkt.civ@usdoj.gov

**Michele A Staples**
mstaples@jdtplaw.com,pgosney@jdtplaw.com,dtankersley@jdtplaw.com

**Daniel E. Steuer**
dsteuer@mmwclaw.com,dvitale@mmwclaw.com

**Kevin Patrick Sullivan**
ksullivan@pshlawyers.com,kstanis@pshlawyers.com

**Donald R Timms**
dontimms@san.rr.com

**Alice E. Walker**
awalker@mmwclaw.com,dvitale@mmwclaw.com

**MANUAL LIST**

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J. Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Billy Ward
P.O. Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page St.
San Francisco, CA 94117

Marianne E. Pajot
40225 Curry Street
Aguanga, CA 92536

Mary E. Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert H. James
Sachse James Crowell and Lopardo
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028-2025

Thomas C. Perkins
7037 Gaskin Pl.
Riverside, CA 92506

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel. No. (505) 899-7994
Fax No. (505) 899-7972
Attorneys for Plaintiff-Intervenor
CAHUILLA BAND OF INDIANS

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Louldar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanille Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O.Box 555231
Marine Corps Base – Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. box 391372
Anza, CA 92539

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig, Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environmental and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Peter E.Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Jeffrey F. Ferre
Jill N.Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U.S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Louldar
P.O. Box 891510
Temecula, Ca 92591

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Avenue
Bethesda, MD 20814-3320