1  JOHN KARACZYNSKI (SBN 93108)
   RODNEY B. LEWIS (*Pro Hac Vice*)
2  JAMES T. MEGGESTO (*Pro Hac Vice*)
   Akin Gump Strauss Hauer & Feld LLP
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone: 310-229-1000
   E-mail: jkaraczynski@akingump.com
5  E-mail: rlewis@akingump.com
   E-mail: jmeggesto@akingump.com
6  *Attorneys for Plaintiff-Intervenor/Defendant*
   *Pechanga Band of Luiseño Indians*
7

8                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              Case No. 51-1247-SD-GT

11              Plaintiff,                **STATUS REPORT SUBMITTED BY
                                          PECHANGA BAND OF LUISEÑO
12      v.                                INDIANS**

13 FALLBROOK PUBLIC UTILITY               Hearing Date: April 27, 2009
   DISTRICT, *et al.*,                    Time: 2:00 p.m.
14                                        Courtroom: 8
                Defendants.
15                                        Hon. Gordon Thompson, Jr.

16

17        Pursuant to this Court's October 1, 2008 and December 19, 2008 Orders, the Pechanga

18 Band of Luiseño Indians ("Pechanga") hereby respectfully submits this status report

19 summarizing settlement discussions related to Pechanga's un-quantified water rights claims.

20        As set forth in Pechanga's previous status reports, Pechanga has been engaged in ongoing

21 discussions with several settling parties, including its principal settling party, Rancho California

22 Water District ("RCWD"). Pechanga has continued to engage in intense negotiations with

23 RCWD and Metropolitan Water District ("MWD") in an effort to reach settlement prior to the

24 April 27, 2009 status conference with Magistrate Brooks and the Court. To that end, Pechanga

25 met most recently with MWD on April 13, 2009 and RCWD on April 15, 2009. While a few

26 outstanding issues remain, the parties were able to resolve a number of technical issues at this

27 last set of meetings. Pechanga is meeting with RCWD again on April 22, 2009 to address the

28

PECHANGA BAND OF LUISEÑO INDIANS' APRIL 20 STATUS REPORT

1    remaining issues.  Pechanga is optimistic that resolution of outstanding issues will be reached, as

2    all parties involved have been making great efforts towards settlement.

3        Aside from Pechanga's settlement negotiations, on April 1, 2009, the Intervenor-

4    Plaintiffs Ramona and Cahuilla moved to dismiss Pechanga from this case.  In response, on April

5    15, 2009, Pechanga filed an Opposition to the Plaintiffs' Motion to Dismiss Certain Defendants

6    asserting that Pechanga's continued participation in the case is necessary for the following

7    reasons:  1) to ensure that Pechanga's water rights will not be adversely affected by any of

8    Plaintiffs' quantified water rights; 2) to ensure that Pechanga's own rights are not adversely

9    affected in the resolution of fundamental issues of law that will be likely litigated in the case; and

10   3) although Pechanga has made progress in its settlement negotiations with certain parties,

11   including RCWD, as discussed above, these settlement efforts may fail and therefore it may be

12   necessary for Pechanga to seek to enforce its decreed water rights as a plaintiff in this action.

13

14       RESPECTFULLY SUBMITTED,

15   Dated: April 20, 2009                    Pechanga Band of Luiseño Indians

16

17                                            By: s/James T. Meggesto
                                                  James T. Meggesto

18

19

20

21

22

23

24

25

26

27

28

PECHANGA BAND OF LUISEÑO INDIANS' APRIL 20 STATUS REPORT

1

**DECLARATION OF SERVICE BY U.S. MAIL**

2

I, the undersigned, declare as follows:

3

4      I am a citizen of the United States of America, over the age of 18 years, and not a party to
the above-entitled action. My business address is 1333 New Hampshire Avenue, NW,
5      Washington, D.C, 20036.

6      On April 20, 2009, I caused to be served the following document in *United States of
America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

7

8      1)   PECHANGA BAND OF LUISEÑO INDIANS' APRIL 20 STATUS REPORT

9      by depositing a copy in the United States mail at 1333 New Hampshire Avenue, NW,
Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

10

11     Nobuo Komota                              Agri-Empire, Inc.
       c/o Richard Woo                           P.O. Box 490
12     Soliton Tech                              San Jacinto, CA  92383
       2635 N. First Street, Suite 213
13     San Jose, CA  95134

14
       Bill Steele                               Director
15     U.S. Bureau of Reclamation                Riverside Co. Planning
       27708 Jefferson Ave., #202                4080 Lemon Street, 9th Floor
16     Temecula, CA  92590                       Riverside, CA  92501

17
       General Manager                           SDSU Field Station Programs
18     Rancho CA RV Resort OA                    ATTN: Matt Rahn, Reserve Director
       P.O. Box 214                              5500 Campanile Drive
19     Aguanga, CA  92536                        San Diego, CA  92182-4614

20
       Anthony J. Pack, General Manager          General Manager
21     Eastern MWD                               Rainbow MWD
       P.O. Box 8300                             3707 Old Highway 395
22     Perris, CA  92572-8300                    Fallbrook, CA  92028-9327

23
       Michael Lopez                             General Manager
24     Metropolitan Water District               Elsinore Valley MWD
       Lake Skinner Section                      P.O. Box 3000
25     33740 Borel Road                          Lake Elsinore, CA  92330
       Winchester, CA  92596

26

27

28

3

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92591

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

Linda Garcia
Riverside Co. Flood Control and Water
Conservation District
1995 Market Street
Riverside, CA 92501

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources
Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, DC 20026-4378

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

4

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA  92589-9017

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

David Glazer, Esq.
Environment and Natural Resources
Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA  92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA  92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA  92024

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA  92055-5008

Peter E. Von Haam, Sr. Deputy General
Counsel
Metropolitan Water District of Southern
California
P.O. Box 54153
Los Angeles, CA  90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, DC  20240

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA  92502

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM  87048

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA  92596

5

|   |   |   |
|---|---|---|
| 1 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| 2 |  |  |
| 3 |  |  |
| 4 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 5 |  |  |
| 6 |  |  |
| 7 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCO, TIDUS &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| 8 |  |  |
| 9 |  |  |
| 10 |  |  |
| 11 | Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| 12 |  |  |
| 13 |  |  |
| 14 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| 15 |  |  |
| 16 |  |  |
| 17 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| 18 |  |  |
| 19 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| 20 |  |  |
| 21 | Mary E. Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| 22 |  |  |
| 23 |  |  |
| 24 | Michael J. Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

6

PECHANGA BAND OF LUISEÑO INDIANS' APRIL 20 STATUS REPORT

| | |
|---|---|
| 1 | Marianne E. Pajot | Louidar |
| | 40225 Curry Court | P.O. Box 891510 |
| 2 | Aguanga, CA 92536-9742 | Temecula, CA 92591 |

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Curtis G. Berkey
Scott W. Williams
Alexander, Berkey, Williams and Weathers LLL
2030 Addison Street, Suite 410
Berkley, CA 94704

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Dyson Development
437 South Highway 101, Suite 217
Solana Beach, CA 92075

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Michael Gheleta
United States Department of Justice
Environment and Natural Resources
Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Anthony Madrigal
26 Lanyard Court
Sacramento, CA 95831

Scott B. McElroy
Alice E. Walker
M. Catherine Condon
Daniel E. Steuer
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

7

PECHANGA BAND OF LUISEÑO INDIANS' APRIL 20 STATUS REPORT

1   Elena Mafla, Chairman                Jackie Spanley
    AVMAC                                AVMAC
2   43205 Chapman Road                   43205 Chapman Road
    Anza, CA 92539                       Anza, CA 92539

3
    Alvin Greenwald                      Catherine M. Stites, General Counsel
4   6010 Wilshire Boulevard, Suite 500   Metropolitan Water District of Southern
    Los Angeles, CA 90036                California
5                                        700 North Alameda Street
6                                        Los Angeles, CA 90012-2944

7   Western Land Financial and Pacific Holt   Avalon Management Group, Inc.
    Corporation                          31608 Railroad Canyon Road
8   23 Midway Street, Unit B             Canyon Lake, CA 92587
    San Francisco, CA 94133
9

10  Bob Lemons                           Assad S. Safadi
    Rancho California Water District     Natural Resources Consulting Engineers,
11  P.O. Box 9017                        Inc.
    Temecula, CA 92589-9017              131 Lincoln Avenue, Suite 300
12                                       Fort Collins, CO 80524

13

14       I declare under penalty of perjury that the foregoing is true and correct, and that this
    Declaration was executed on April 20, 2009, at Washington, D.C.
15

16
                                         s/James T. Meggesto
17                                       James T. Meggesto

18

19

20

21

22

23

24

25

26

27

28
                                         8