Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-202, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
 *Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention,*
 *Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Civil No. 51-cv-1247-GT-RBB |
| )    | |
| Plaintiff,           ) | |
| )    | Hearing Date: April 27, 2009 |
| RAMONA BAND OF CAHUILLA,           ) | Time:             2:00 p.m. |
| CAHUILLA BAND OF INDIANS,           ) | Courtroom:     8 |
| )    | |
| Plaintiffs in Intervention,           ) | Hon. Gordon Thompson, Jr. |
| )    | |
| v.           ) | |
| FALLBROOK PUBLIC UTILITY           ) | **SECOND DECLARATION OF** |
| DISTRICT, et al.,           ) | **OLIVER PAGE** |
| )    | |
| Defendants.           ) | |
| _____ )    | |

Second Declaration of Oliver Page                                  1                                  Civil No. 51-cv-1247-GT-RBB

I, Oliver S. Page, hereby declare as follows:

1.    I make this declaration based on my personal knowledge. I have been retained by the United States Department of Justice to provide technical assistance regarding the hydrology of the Santa Margarita River Watershed in the above-captioned case.

2.    I am a licensed professional geologist in the State of California, P.G. 86. I specialize in matters relating to water resources and water rights. I am the CEO/CFO of Stetson Engineers Inc. which maintains offices in San Rafael and Covina, California, Mesa, Arizona, Centennial, Colorado and Reno, Nevada. Stetson Engineers employs a staff that includes approximately 45 engineers, geologists and other professionals. For the past 18 years Stetson Engineers has been retained as engineering consultant to the U.S. Department of Justice in connection with *United States v. Fallbrook Public Utility District, et al*.

3.    Stetson Engineers acquired the ownership/parcel information (GIS coverage) from the Riverside and San Diego Counties for the entire Santa Margarita River watershed. The parcel information, among other items includes, the parcel location and parcel owner.

4.    The digital data was sorted by parcel owner to identify those parcels owned by San Diego State University. Five parcels (Parcel Nos. 918050007, 918040011, 918060006, 918060017 and 918080002) were identified as owned by San Diego State University Foundation (Foundation). All parcels are located in Riverside County. The location of these parcels were plotted from the County GIS database.

5.    The general location of the Foundation parcels are shown on Figure 1, a map of the Santa Margarita River basin. These parcels are located downstream of the confluence of Murrieta Creek and Temecula Creek.

Second Declaration of Oliver Page          2          Civil No. 51-cv-1247-GT-RBB

6. Court documents, covering the water rights of the reach of the Santa Margarita River in the vicinity of the Foundation properties were reviewed. These documents included Exhibit A of the December 26, 1940 Stipulated Judgment and Order Amending Interlocutory Judgment No. 39 (April 9, 1963). Four of the five Foundation parcels were located. The fifth parcel owned by the Foundation was not located.

7. The legal descriptions of the Court parcels that coincided with County parcels of the water rights were plotted. The results are shown on Figure 2 and tabulated below.

| County Parcel No. | Court Parcel No. | Public Land Survey Description | Basis of Water Right |
|---|---|---|---|
| 918050007 | 83W-27-6 | SW ¼ SE ¼ Sec. 27, T.8S., R.3W | (1) |
| 918040011 | Section Fourth | NW ¼ SE ¼ and S ½ S ½ Sec. 33, T.8S., R.3W. | (2) |
| 918060006 | 83W-34 & 35-7 | S ½ NW ¼ Sec. 35, T.8S., R.3W. | (3) |
| 918060017 | 83W-33 & 34-55 | SW ¼ SW ¼ Sec. 34, T.8S., R.3W. | (2)(3) |
| 918080002 | -- | NW ¼ NE ¼ Sec. 26, T.8S., R.3W. | -- |

(1) Lands riparian to Santa Margarita River with Santa Margarita River watershed below Temecula Gorge and above boundary of Naval enclave (I.J. 39).
(2) Section Fourth, Exhibit A, Stipulated Judgment.
(3) Lands riparian to Stone Creek within Santa Margarita River watershed below Temecula Gorge and above boundary of Naval enclave (I.J. 39).

8. Two of the Foundation parcels (County No. 918060017 and 918060006) are County parcels riparian to Stone Creek, a tributary of the Santa Margarita River. The flow in Stone Creek is not related to the flow in the Santa Margarita River as it is tributary to the Santa Margarita River.

9. It appears that all of the identified Foundation parcels are riparian to either the Santa Margarita River or Stone Creek. Based upon *Geologic Map of the Oceanside 30' x 60' Quadrangle, California* (Kennedy, M.P., and S.S. Tam, 2005) narrow stream deposits overlying generally non-water bearing basement rock are present along the river throughout all of the

parcels. Diversion of water to serve the parcels must be from either direct surface diversion or surface diversion by pumping subterranean flow.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 4/20/09

*Oliver S. Page*
Oliver S. Page



j:\jn1593\VailRiparian_A.mxd 04/17/2008 Z. Stanley

STETSON ENGINEERS INC.

## LOCATION OF SAN DIEGO STATE UNIVERSITY FOUNDATION PARCELS, SANTA MARGARITA RIVER BASIN

N

0 2.5 5 Miles

FIGURE 1

FIGURE 2

j:\jn1593\Vail\Riparian_B.mxd 04/17/2008 Z. Stanley

STETSON ENGINEERS INC.

- Stream
- PLSS
- Riparian Parcel
- Riverside County Assessor's Parcel
- Fallbrook P.U.D.
- Rainbow Municipal Utility District
- Rancho California Water District

**SAN DIEGO STATE UNIVERSITY FOUNDATION PARCELS**

N

0 1,000 2,000 Feet

