1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS, & WEATHERS LLP
    2030 Addison Street, Suite 410
3   Berkeley, CA 94704
    Tel: 510/548-7070
4   Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
5   E-mail: swilliams@abwwlaw.com
    *Attorneys for Plaintiff-Intervenor*
6   *Ramona Band of Cahuilla*

7   Marco A. Gonzalez (CA State Bar No. 190832)
    COAST LAW GROUP LLP
8   169 Saxony Road, Suite 204
    Encinitas, CA 92024
9   Tel: 760/942-8505
    Fax: 760/942-8515
10

11  Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
12  McELROY, MEYER, WALKER & CONDON, P.C.
    1007 Pearl Street, Suite 220
13  Boulder, CO 80302
    Tel: 303/442-2021
14  Fax: 303/444-3490
    E-mail: sbmcelroy@mmwclaw.com
15  E-mail: ccondon@mmwclaw.com
    *Attorneys for Plaintiff-Intervenor*
16  *Cahuilla Band of Indians*

                UNITED STATES DISTRICT COURT
17
           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
18

19  UNITED STATES OF AMERICA,              )   CIVIL NO.: 51-1247-GT-RBB
                                           )
                    Plaintiff,             )
20                                         )
                                           )
21  RAMONA BAND OF CAHUILLA, CAHUILLA      )   **AFFIDAVIT OF DANIEL D. HART**
    BAND OF INDIANS, et al.,               )
22                                         )
                    Plaintiff-Intervenors, )
                                           )   Hon. Gordon Thompson, Jr.
23  v.                                     )
                                           )   **Date:  April 27, 2009**
24  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )   **Time:  2:00 p.m.**
                                           )   **Courtroom: 8**
25                  Defendants.            )
                                           )
26  _____)

27  _____

28

                                          Case No.: 51cv1247-GT-RBB

Daniel D. Hart, being first duly sworn, based upon his personal knowledge, review of records maintained by government agencies, and of professional publications, deposes and states:

      1.      I am a licensed professional geologist in the State of California, P.G. 4277. I have been employed as Senior Hydrogeologist with Natural Resources Consulting Engineers, Inc. (NRCE) since 2003.

      2.      I received a Master of Science degree in Geology from the University of Nevada, Reno, in 1978. I received a Bachelor of Science degree in Geology from the University of Idaho in 1974.

      3.      I was employed as a mineral exploration and mining geologist, active mostly in Nevada and California from 1978 to 1991. All of this experience was dealing with hard-rock geology and complex structural problems on a daily basis.

      4.      I have been employed as a consultant and in most cases as principal investigator in applied groundwater hydrogeology since 1991. Typical projects have included sub-regional and site characterizations using remote sensing and airborne and surface geophysical methods along with traditional field and office methods; water supply exploration; well construction and well testing; construction dewatering investigations in porous and hard-rock media; environmental contamination investigations; groundwater modeling; and monitoring system installation and monitoring plan design. I have carried out these projects in the western United States (including Alaska), Mexico, Honduras, El Salvador, Peru, Bolivia, Venezuela, Chile, Nigeria, Eritrea, and Tanzania.

      5.      I have co-authored several papers on applied hydrogeological topics.

      6.      I have been involved with the analysis of Anza and Cahuilla Basin hydrogeological issues for NRCE since 2003 and am familiar with all of the related published and unpublished hydrogeological material available for the basins.

      7.      I have reviewed the declarations of Oliver S. Page, David Huntley, and Matthew E. Rahn regarding the hydrology of Cahuilla creek surface and groundwater flow.

      8.      It is my opinion that the declaration of Oliver S. Page is technically correct that current and future groundwater use in Anza/Cahuilla sub-basin will not affect downstream users and vice versa. Although Mr. Page did not cite data to support this conclusion in his declaration, the conclusion is well supported in existing documents (e.g. Groundwater Systems, Inc. (unpublished report for Riverside

County Department of Health, 1990), Giessner and Mermod, 1974 (California Department of Water Resources [CDWR] Bull. 91-22), Moyle, 1976 (USGS WRI 76-10), and Woolfenden and Bright, 1988 (USGS WRIR 80-4029).

9.      The entire western margin of the Anza/Cahuilla sub-basin, including Cahuilla Gap, is comprised of basement complex igneous and metamorphic rocks.  Fresh rocks are essentially impermeable  (Hydraulic conductivity of 3.3e-4 to 3.3e-8 ft/day (Groundwater and Wells. Driscoll, 1986), and therefore preclude any interbasin groundwater flow.

10.     Groundwater flow may occur, however, where basement complex rocks are fractured and/or weathered.  Hydraulic conductivity of weathered and fractured igneous and metamorphic rocks range from 33 to $3.3e^{-2}$ ft/day (Driscoll).  For comparison, the hydraulic conductivity of alluvial materials ranges from 0.32 to 2,300 ft/day or greater (Driscoll).

11.     One such location of potentially fractured and weathered rock is a northeast-southwest-trending fault that appears to control the location of Cahuilla Creek at Cahuilla Gap.  This structure is evident on aerial photos of the area.  Cahuilla Creek follows the surface trace of this fault for about ¼ mile.  Based on the surface expression of this fault, its width is estimated to be approximately 50 feet.

12.     Other northeast-southwest-trending faults with the potential to transmit groundwater between basins may exist, but sufficiently detailed geologic mapping has not been conducted to accurately locate any such structures.

13.     Typically, near-surface igneous and metamorphic bedrock may be weathered to some depth, allowing for the development of permeability and therefore groundwater flow as Mr. Rahn asserts. Depth of weathering depends on a number of factors, including whether these rocks form hills or alluvial basement within a basin.  Depth of weathering in the absence of structural development is typically less in hills than it is beneath saturated alluvium because the more easily eroded weathered material is continuously stripped off of hills and transported and deposited in basins as fan deposits and alluvium. The weathered layer of bedrock is typically less than 100 feet beneath alluvial deposits within Anza/Cahuilla sub-basin as evident in well driller's logs.  In many cases, drillers must penetrate 200 feet or more in order to intercept small water bearing fractures that can provide adequate quantities of water for domestic use.  It is probable that the depth of weathering in the bedrock hills is less than 50 feet. Bare, fresh granite is exposed at the surface in many places.

14.     Mr. Rahn provides no evidence to support his assertion that depth of weathering in the bedrock hills forming the western margin of Cahuilla Valley is sufficient to allow any significant groundwater movement.  These hills rise 100 to 200 feet above the average water level in Cahuilla Valley.  This would require a depth of weathering of 300 to 400 feet in the hills in order to allow any groundwater flow from the adjacent basin.  Also Mr. Rahn fails to speculate or provide factual data for a rate of interbasin groundwater seepage.

15.     Inter-basin groundwater seepage is rarely postulated except when absolutely every other alternative has been comprehensively addressed in order to solve intractable basin water balance errors, i.e., a "fudge factor" is applied, and then only in light of hydrogeological support for the concept.  With regard to the eastern and western Santa Margarita River watersheds, neither has undergone the detailed level of study to postulate interbasin groundwater flow.

16.     It is evident from Mr. Huntley's declaration that he is unfamiliar with available existing reports for the sub-basin.  Mr. Page's statements regarding Cahuilla Creek base flow were originally cited in Mann (1961) and reiterated in GWS (1990).  These references estimate groundwater base flow through Cahuilla Gap to be 0.05 cubic feet per second (about 22 gpm or 36 acre-ft/year).  This baseflow occurs within fractured and weathered basement complex rocks.  Alluvial deposits are absent in some locations of the creek bed. Surface water flow only occurs in Cahuilla Creek during spring runoff and possibly other high-rainfall events.

17.     Groundwater flow through permeable fault zones such as that tentatively identified at Cahuilla Gap may be estimated using the Darcy flow equation.  In this equation, volumetric flow rate is equal to the hydraulic conductivity (K) times the hydraulic gradient (I) times the cross sectional area of the media (A): (V=KIA).  Using a midrange hydraulic conductivity for fractured/weathered granite of 1 ft/day, a gradient of 0.04 (for Cahuilla Creek along the fault), a fault width of 50 ft and a weathering depth of 200 ft (for an area of 10,000 $ft^2$), the equation indicates a throughflow rate of 400 $ft^3$/day or 3.3 ac-ft per year.  Without field confirmation of these variables, this estimate may have a range of ±2 orders of magnitude, i.e. 330 to 0.033 ac-ft/year.

18.     Since throughflow on any structure in this situation is relatively insensitive to head in the Cahuilla basin aquifer (a large change in head would be required to significantly change hydraulic

1  gradient over the length of the structure, groundwater fluctuations in the Cahuilla Basin will have little, if

2  any, effect on throughflow along the fault.

3       19.     I therefore conclude that groundwater cannot flow through the basement complex rocks

4  that form the western margin of the Anza/Cahuilla sub-basin at a sufficient rate to affect groundwater

5  availability in downgradient basins and that current and future groundwater use in the Anza/Cahuilla sub-

6  basin will not impact downstream water supply.

7

8  I have read the foregoing affidavit and affirm the same to be true to the best of my knowledge.   Further

9         affiant sayeth not.

10

11            Dated this _16 th_ day of April, 2009.

12

13                  _Daniel D. Hart_
                        Daniel D. Hart

14

15  STATE OF COLORADO      )
                        :     ss.

16  County of Larimer        )

17

18  SUBSCRIBED AND SWORN TO before me this _16th_ day of April, 2009.

19

20  _Lisa M. Johnson_

21     NOTARY PUBLIC

22

23

24

25

26

27

28

                                   LISA M JOHNSON
                                 Notary Public
                              State of Colorado

                              My Commission Expires
                              07/05/2010



# NATURAL RESOURCES CONSULTING ENGINEERS, INC.
## Fort Collins, Colorado

**Daniel Hart, M.S., P.G.**                                        *Senior Hydrogeologist*

### Special Skills and Expertise

Hydrogeological field investigations in diverse regions and climates; groundwater supply exploration and development; well design, construction, and aquifer test pumping programs; drilling management and supervision; application of geophysical methods for mineral and groundwater exploration; installation of groundwater monitoring systems for site characterization, leakage from industrial facilities (mainly mines), and seepage from landfills; preparation of sampling, monitoring, and drought contingency plans; environmental sampling and evaluation; satellite imagery interpretation; groundwater modeling.

### Education

**M.S., Geology**
University of Nevada, Reno, Nevada.  1978

**B.S., Geology**
University of Idaho, Moscow, Idaho.  1974

### Professional Registrations

**Registered Geologist,** Arizona, #27899, 1994
**Registered Geologist,** California, #4277, 1987
**Professional Geologist,** Wyoming, #3493, 2003

### Advanced Training

- *40-Hour OSHA HAZWOPER, 2003 (lapsed).*

- *FRAMES and MEPAS software training,* Wyoming DEQ and Pacific Northwest National Laboratory, Casper, Wyoming, 2003.

- *Visual MODFLOW*, Waterloo Hydrologic, Vancouver, B.C., 2000.

- *MODFLOW – Principles and Applications*, Colorado School of Mines, 1993.

- *Principles of Groundwater Hydrology*, NGWA, Tucson, Arizona, 1993.

- *Groundwater Analysis and Design of Dewatering Systems*, University of Missouri-Rolla in San Francisco, California, 1989.

- *Geostatistics – An Overview for Managers*, Golder Associates/D.G Krige and J.M. Rendu, Denver, Colorado, 1982.

*Experience*

**Senior Hydrogeologist**                                      **October 2003-Present**
**Natural Resources Consulting Engineers, Inc.**               **Fort Collins, Colorado**

- Responsible for the evaluation and quantification of available groundwater for irrigation feasibility studies on several Indian Reservations.
- Carries out a variety of field hydrogeological investigations, including monitoring well and water production, well installation, well and aquifer testing, sampling, mapping, geophysical studies, infiltration testing, and installation of dedicated monitoring equipment.
- Investigates surface water/groundwater relationships.
- Performs studies of groundwater hydrology related to Tribal water rights adjudication and to groundwater development and supply for Tribes and other entities.
- Responsible for groundwater assessment and development functions.
- Prepares drought contingency plans.
- Acts as an expert witness for groundwater-related issues.
- Researches groundwater aspects of water-rights quantification.

**Senior Geologist**                                           **April 2003-October 2003**
**WWC Engineering**                                            **Laramie, Wyoming**

- Involved in the investigation of public water supply projects, landfill hydrogeological investigations including installation and sampling of monitoring wells, environmental site assessments, and mine permitting.

**Senior Hydrogeologist/Modeler**                              **June 2000-September 2002**
**Nazca S.A.**                                                 **Santiago, Chile**

- Senior technical member of team engaged in exploration, acquisition, development, and marketing of groundwater resources in northern Chile.
- Conceptualized and completed numerical groundwater flow models, including detailed reports for several basins in northern Chile in support of client water rights applications.
- Compiled structural interpretations of satellite imagery covering several groundwater exploration regions and identified prospective drilling targets.
- Developed a water-demand center database for northern Chile.
- Established a catalog for company data, reports, and other documents facilitating due diligence reviews by third parties.

**Project Manager/Hydrogeologist**                             **March 1991-May 2000**
**Water Management Consultants, Inc.**                         **Denver, Colorado**

- Senior technical expert involved in a wide variety of field and analytical projects, primarily for the mining industry in North and South America. These included baseline geologic and hydrogeologic characterizations, water supply and dewatering investigations, and environmental monitoring and sampling programs. Typically managed complex field programs independently. Extensive on-site client interaction. Developed a high level of proficiency in production of technical reports of all investigations in association with a multidisciplinary project group.
- Conducted hydrogeological and groundwater resource investigations in arid to semi-arid and tropical to arctic regions in North and South America and Africa.

- Carried out geological data analyses for mine dewatering design, baseline hydrogeologic characterizations, groundwater contamination, and other applications.
- Designed and constructed groundwater monitoring and supply wells and conducted well and aquifer pumping tests.
- Designed and installed groundwater monitoring systems including dedicated sampling equipment, thermistors, and transducers.
- Conducted ground and surface water environmental sampling and evaluated baseline hydrochemical data.
- Designed and carried out geophysical surveys for groundwater exploration, wellfield design, and other hydrogeologic investigations.
- Provided training and mentored junior staff.
- Supervised drilling and geophysical subcontractors.
- Carried out structural and geological analyses using TM imagery for groundwater exploration and construction dewatering investigations in the U.S. and South America.
- Prepared sampling and analysis plans and QA/QC manuals.
- Prepared service proposals and prepared budget estimates.
- Authored several short papers in trade journals.

**Chief Mine Geologist**                                      **January 1985-December 1990**
**Independence Mining Company**                                              **Elko, Nevada**

- Responsible for local and sub-regional exploration, discovery, delineation, and production enhancement of gold reserves for the Big Springs Gold Project.
- Directed and mentored staffs of up to three assistant geologists and managed multiple core and rotary drilling rigs.
- Contributed substantially to the viability of the mine, the expansion of reserves, and more efficient production.
- Responsible for geologic mapping and sampling, management of geological and analytical databases, and resource estimation.
- Conducted hydrogeological studies, designed and implemented a pit dewatering system for project, including a water well and monitor well drilling, aquifer test pumping, and re-infiltration of discharge, contributing to prolonging the life of the mine.
- Carried out regional and detailed geologic mapping, soil, sediment, rock, and vegetation geochemical surveys and interpretation. Identified and delineated new gold resources, extending mine life.
- Reconciled predicted and actual production and improved production forecasting.
- Communicated with U.S. Forest Service and prepared plans of operations.
- Conceptualized and carried out mineralogical and geochemical studies for optimization of metallurgical process.
- Collected and interpreted geotechnical data for optimizing of pit design.
- Conducted ground geophysical surveys.
- Conducted mineral exploration and ore reserve delineation involving extensive geologic conceptualization. Included core and rotary drilling based on geological mapping, geochemical sampling, geophysics, and structural interpretations.
- Estimated mineral reserves using manual and computer methods.

**Exploration Geologist**                    **January 1982-December 1984**
**Atlas Precious Metals, Inc.**                                **Reno, Nevada**

- Instrumental in the discovery of the Gold Bar gold deposit near Eureka, Nevada. Project management of the delineation drilling and exploration program.
- Managed a temporary staff of up to 13.
- Set up a field sample preparation facility.
- Precious metal reconnaissance mapping, sampling, and prospect evaluation in California, Nevada, and Arizona. Application of VLF-EM geophysics, magnetics, and shallow refraction seismic methods.

## Relevant Computer Skills

- *Groundwater Models:* Visual MODFLOW, Groundwater Vistas
- *GIS/Graphics Software*: Surfer
- *Other:* Multimedia Environmental Pollution Assessment System (MEPAS)

## Languages

- Spanish (basic)

## Publications/Papers

Houston, J, Hart, D, and Houston, (2008). "A Neogene sedimentary deformation in the Chilean forearc and implications for Andean basin development, seismicity and uplift". *Journal of the Geological Society*; 2008; v. 165; issue.1; p. 291-306.

Houston, J. and Hart, D. (2004). "Theoretical head decay in closed basin aquifers: an insight into fossil groundwater and recharge events in the Andes of northern Chile." *Quarterly Journal of Engineering Geology and Hydrogeology*, May 2004; 37: 131 – 139.

Hart, D. (1999). "Satellite Imagery in Hydrogeologic Studies." *EOM*, 8(6).
---. (1999). "Satelite Imagery in Hydrogeologic Studies." *Mining Environ. Mgmt.,* 7(5).
---. (1996). "Water Fuels Growth in South America." *Intl. Groundwater Tech.,* 2(6).
---. (1978). *The Geology and Origin of the Green Mountain Massive Sulfide Deposit, Mariposa County, California,* M.S. thesis, University of Nevada; Reno, Nevada.