Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505
Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>a federally recognized Indian tribe,<br><br>    Plaintiff in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-SD-GT<br><br>**STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS**<br><br>Hearing Date: April 27, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to the Court's October 1, 2008 Order, the Cahuilla Band of Indians ("Band") submits this status report summarizing progress in settlement discussions with regard to its water rights claims. Since the filing of the Band's March 2, 2009 Status Report, the following progress has been made:

1. At the March 9, 2009 Status Conference and subsequent hearing with Magistrate Judge Brooks, the Court partially lifted the stay to allow certain parties to file motions to quash service of summons. *Order Partially Lifting Stay* (Mar. 12, 2009) ("March 12 Order"). Prior to the March 9 Status Conference, the Band, the Ramona Band of Cahuilla, the United States and the various water users and/or their attorneys had held numerous discussions regarding the adequacy of the FED. R. CIV. P. 4(d)(1) waiver requests. Pursuant to the Court's March 12 Order, the continuing issues relating to service are presently the subject of briefing among the parties.

2. After the March 9, 2009 Status Conference, the Band held one settlement meeting with the other parties on March 10, 2009. Representatives of the Band, the Federal Negotiating Team and a group of water users and/or their attorneys were in attendance at that meeting. The parties spent the majority of the time discussing how the case was to proceed, rather than the substantive issues regarding settlement. As the Band previously advised the Court, counsel for the United States proposed that the litigation should be limited to the resolution of the issues among the Bands and other water users in the Anza-Cahuilla Basin as that basin is defined in Interlocutory Judgment 33. Counsel for the Cahuilla Band and the Ramona Band and counsel for the various non-tribal water users supported the United States' proposal.

3. The parties subsequently met with Magistrate Judge Brooks on March 23, 2009. The Court thereafter determined that the Cahuilla Band and the Ramona Band (collectively "Bands") could file a motion or motions to dismiss their claims against certain defendants outside the Basin and a motion for leave to file a second amended complaint. *Order Partially Lifting Stay for the Purpose of Filing a Motion for Leave to File a Second Amended Complaint in Intervention and Dismiss Certain Defendants from this Action* (Mar. 24, 2009) ("March 24 Order").

4. Since the Court issued the March 12 Order and the March 24 Order, the Band has prepared and filed the following documents: *Joint Motion for Leave to File Second Amended Complaints in Intervention* (Apr. 1, 2009); *Cahuilla Band of Indians' Second Amended*

*Complaint in Intervention* (Apr. 1, 2009); *Joint Motion to Dismiss Claims Against Certain Defendants* (Apr. 1, 2009); *Response of Cahuilla Band of Indians and Ramona Band of Cahuilla in Opposition to Eastern Municipal Water District's Motion to Quash Service and Special Appearance Joinders in Said Motion, and Memorandum of Points and Authorities in Support of Response in Opposition* (Apr. 13, 2009); *Reply Memorandum of the Cahuilla Band of Indians and the Ramona Band of Cahuilla to the Oppositions by the Pechanga Band of Luiseño Indians and the San Diego State University Research Foundation and the Statement of the State of California* (Apr. 20, 2009); and *Ramona Band of Cahuilla and Cahuilla Band of Indians Joint Reply to Oppositions to Joint Motion to Dismiss Certain Claims* (Apr. 20, 2009). The Band must also file a response no later than April 27, 2009, to the *Notice of Motion and Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss; Memorandum of Points and Authorities* (Apr. 8, 2009), filed by James L. Markman on behalf of Defendants Gregory V. Burnett, Gordon Lanik and Matthew R. Rantanen.

    5.    Although the Band intends to schedule its next settlement meeting and move forward with settlement as soon as possible, the Band anticipates that the parties' efforts will be focused in the first instance on issues related to service.

    6.    Counsel for the Band continues to believe that a settlement remains possible in this case and respectfully requests that the stay be continued for another six months.

Respectfully submitted this 20th day of April, 2009.

    Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP LLP
    169 Saxony Road, Suite 204
    Encinitas, California 92024
    Tel: 760-942-8505 Fax: 760-942-8515

    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER
      & CONDON, P.C.
    1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
    Tel: 303-442-2021 Fax: 303-444-3490

        */s/ Scott B. McElroy*
    By:_____
        Scott B. McElroy

*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

**PROOF OF SERVICE**

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On April 20th, 2009, I electronically filed the foregoing ***Status Report*** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Elsinore Valley Municipal Water District, matthew.green@bbklaw.com
M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC, sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madrigal, anthonymad2002@yahoo.com
B. Tilden Kim, tkim@rwglaw.com, gduran@rwglaw.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W Binder, cwbinder@smrwm.org
Curtis G Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, jhester@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitzer, george@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@pshlawyers.com, kstanis@pshlawyers.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin, marilyn.levin@doj.ca.gov, blanca.cabrera@doj.ca.gov
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert H James, bob@fallbrooklawoffice.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,

wwendelstein@bcandblaw.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William Kenneth Koska, wkoska@koskalaw.com

I further certify that on April 20th, 2009, I served the foregoing *Status Report* on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry St.
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

1    I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

3    Executed on April 20, 2009.                                  /s/ Scott B. McElroy

                                                                                            _____
                                                                                            Scott B. McElroy