1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com

6  *Attorneys for Plaintiff-Intervenor*
   *Ramona Band of Cahuilla*

7

8                 UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              ) CIVIL NO.: 51-1247-GT-RBB
                                           )
11                      Plaintiff,         )
                                           )
12  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **STATUS REPORT SUBMITTED**
    BAND OF INDIANS, et al.,               ) **BY THE RAMONA BAND OF**
13                                         ) **CAHUILLA**
                                           )
14              Plaintiff-Intervenors,     )
                                           )
15  v.                                     ) Hon. Gordon Thompson, Jr.
                                           )
16  FALLBROOK PUBLIC UTILITY DISTRICT,     )
    et al.,                                ) **Date:  April 27, 2009**
17                                         ) **Time: 2:00 p.m.**
                      Defendants.          ) **Courtroom: 8**
18                                         )
                                           )
19

20        Pursuant to this Court's Order of October 1, 2008, Plaintiff-Intervenor Ramona Band of

21  Cahuilla ("Ramona" or "Tribe") submits this status report summarizing progress in settlement

22  discussions and litigation.  Since its last status report on March 2, 2009, the Tribe, in conjunction

23  with the Cahuilla Band of Indians and the United States, has sought to limit the adjudication of its

24  water rights claims to parties located within the Anza and Cahuilla Groundwater Basins, as defined

25  in Interlocutory Judgment No. 33.  This decision was the product of settlement discussions among

26  the parties.

27        The parties met with U.S. Magistrate Judge Brooks on March 23, 2009, for a settlement

28  conference.  Following that meeting, this Court issued an order partially lifting the Stay to allow the

1  Tribes to file a motion to dismiss and motion to amend their complaints.  On April 1, 2009, the

2  Tribes filed a Joint Motion to Dismiss Certain Claims against served defendants located outside this

3  sub-basin and a Joint Motion to Amend the Second Amended Complaints to drop claims against

4  unserved parties.  The Tribes served the Joint Motions on 2,700 parties, the same group that received

5  the Notice and Request for Waiver of Service of Summons under Rule 4(d).  Only five parties filed

6  responses to the Joint Motions, and the Tribes are filing their replies on April 20, 2009.

7         In addition, Magistrate Judge Brooks entered an order partially lifting the stay to allow

8  Eastern Municipal Water District to file a motion to quash service.  That motion was filed on March

9  27, 2009.  The motion was joined by Western Municipal Water District, Elsinore Valley Municipal

10  Water District, Fallbrook Public Utility District and the Domenigoni-Barton Properties.  The Tribes

11  filed a response brief on April 13, 2009.  Eastern Municipal Water District, Western Municipal

12  Water District and Elsinore Valley Water District filed their replies on April 20, 2009.

13         On April 8, 2009, Specially-Appearing Defendant Gregory Burnett filed a motion to quash

14  service, or in the alternative, motion to dismiss.  The Tribes response is due to be filed on April 27,

15  2009.

16         Although Ramona's recent efforts have been focused on the litigation described above, the

17  Tribe has sought to continue and advance settlement discussions with defendants located within the

18  Anza and Cahuilla Groundwater Basins.  The Tribe has prepared a concept paper to focus

19  discussions on measures to address the possibility that well-pumping in areas adjacent and near to

20  the Ramona Reservation may adversely impact the availability of water supplies on the Reservation.

21  That discussion paper has been shared with counsel for the largest group of defendants inside the

22  basin.  The next meeting to discuss settlement is scheduled for April 28, 2009, at 1:00 pm.

23         The Tribe, in conjunction with the Cahuilla Band of Indians and the United States Federal

24  Team, has undertaken discussions with the defendants to address concerns regarding the adequacy of

25  service pursuant to Rule 4(d).  The parties will continue their discussions in the coming weeks, and

26  proposals to resolve these issues are under active consideration.

27         Counsel for the Tribe continues to believe that the parties are progressing toward a settlement

28  of the Tribe's claims, and that the limitation of tribal claims to the Anza-Cahuilla Sub-Basin will

1  facilitate a settlement in the best interest of all of the parties.  Accordingly, the Tribe respectfully

2  requests that the stay be continued for another six months.

3                                   Respectfully submitted,

4  Dated: April 20, 2009            ALEXANDER, BERKEY, WILLIAMS &
                                    WEATHERS LLP
5
6                                   By: s/Curtis G. Berkey
                                        Curtis G. Berkey
7                                       Scott W. Williams
                                        2030 Addison Street, Suite 410
8                                       Berkeley, California 94704
                                        Tel: 510/548-7070
9                                       Fax: 510/548-7080
                                        *Attorneys for Plaintiff-Intervenor,*
10                                      *Ramona Band of Cahuilla*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On April 20, 2009, I caused to be served the following document(s) in <u>United States of America, et al.  v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1)      **STATUS REPORT SUBMITTED BY THE RAMONA BAND OF CAHUILLA**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 20, 2009, at Berkeley, California.

Martha Morales