Anthony Madrigal (SBN 91755)
26 Lanyard Court
Sacramento, California 95831
Tel: 951-310-5856
anthonymad2002@yahoo.com

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> RAMONA BAND OF CAHUILLA, <br> CAHUILLA BAND OF INDIANS, <br><br> Plaintiffs in Intervention, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br><br> Defendants. | Case No. 51-cv-1247-GT-RBB <br><br> **ATTORNEY ANTHONY MADRIGAL'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF IN INTERVENTION CAHUILLA BAND OF INDIANS** <br><br> **Oral Argument is not Required** <br><br> Hearing Date: May 11, 2009 <br> Time:         10:00 a.m. <br> Courtroom:    B <br><br> Hon. Ruben B. Brooks |

1 **PLEASE TAKE NOTICE** that, pursuant to CivLR 83.3(g)(3), Anthony Madrigal, attorney of record for Plaintiff in Intervention Cahuilla Band of Indians ("Tribe"), hereby moves the Court for leave to withdraw from this action.

The Tribe, which was served with a copy of this notice and motion pursuant to CivLR 83.3(g)(3)(a), does not oppose this request. Furthermore, if the Court grants the instant motion, the Tribe will continue to be represented by legal counsel in this action, as the attorneys of record from the Coast Law Group, L.L.P. and McElroy, Meyer, Walker & Condon, P.C. remain.

Hence, the requirements of CivLR 83.3(g)(3) having been fulfilled, Anthony Madrigal respectfully requests the Court to grant this motion and to allow him to withdraw from this action as an attorney of record for the Tribe.

DATED: April 23, 2009                               Respectfully submitted,

*/s/ Anthony Madrigal*

_____
Anthony Madrigal
26 Lanyard Court
Sacramento, California 95831
Tel: 951-310-5856
anthonymad2002@yahoo.com

# PROOF OF SERVICE

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On April 24, 2009, I electronically filed the foregoing *Attorney Anthony Madrigal's Notice of Motion and Motion to Withdraw as Attorney of Record for Plaintiff in Intervention Cahuilla Band of Indians* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Elsinore Valley Municipal Water District, matthew.green@bbklaw.com
M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC, sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madrigal, anthonymad2002@yahoo.com
B. Tilden Kim, tkim@rwglaw.com, gduran@rwglaw.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W Binder, cwbinder@smrwm.org
Curtis G Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, jhester@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitzer, george@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@pshlawyers.com, kstanis@pshlawyers.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin, marilyn.levin@doj.ca.gov, blanca.cabrera@doj.ca.gov
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com

3

1 | Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
2 | Robert H James, bob@fallbrooklawoffice.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,
3 | wwendelstein@bcandblaw.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
4 | Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
5 | William Kenneth Koska, wkoska@koskalaw.com

    I further certify that on April 24, 2009, I served the foregoing *Attorney Anthony Madrigal's Notice of Motion and Motion to Withdraw as Attorney of Record for Plaintiff in Intervention Cahuilla Band of Indians* on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Luther Salgado, Sr., Tribal Chairman<br>Cahuilla Band of Indians<br>52701 Hwy 371, P.O. Box 391760<br>Anza, CA  92539 | James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>PO Box 1059<br>Brea, CA 92822-1059 |
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | John S Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Marianne E Pajot<br>40225 Curry St.<br>Aguanga, CA  92536 |
| Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571Bexley Road<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P O Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P O Box 391607<br>Anza, CA 92539 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on April 24, 2009.                              */s/ Scott B. McElroy*

                                                        _____
                                                        Scott B. McElroy