# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES           Case No. 51cv1247 GT(RBB)
                                               **Time Spent:** 1 hr. 25 mins.

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

Don Dongrace (present)
Rodney Lewis (present)

### Defendants

C. Michael Cowett (present)
Patrick Barry (present)
Mike McPherson (present)

PROCEEDINGS:    x   In Chambers        ___ In Court        ___ Telephonic

A settlement conference was held.

An attorneys-only settlement conference is set for July 13, 2009, at 1:30 p.m.

DATE: April 27, 2009          IT IS SO ORDERED: *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Thompson                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute05.wpd