MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              **Time Spent: 20 mins.**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr. CD 1: 10:30:57-10:47:30

Plaintiffs

Defendants

PROCEEDINGS:  _____ In Chambers    x  In Court    _____ Telephonic

A motion hearing on the Motion to Quash Service for Insufficient Service of Process of Complaints in Intervention [doc. no. 5104] was heard.

The Court took the Motion under submission.

DATE: April 27, 2009          IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Thompson                        INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute06.wpd