MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE       Rptr.

Plaintiffs

Defendants

PROCEEDINGS: _____ In Chambers    _____ In Court    _____ Telephonic

   On April 29, 2009, United States District Court Judge Gordon Thompson, Jr., issued an order granting the joint motion filed by the Ramona Band of Cahuilla Indians and the Cahuilla Band of Indians to Dismiss Certain Defendants and granting their Joint Motion for Leave to File Second Amended Complaints in Intervention. (Doc. No. 5135.) As a result, the Motion to Quash Service for Insufficient Service of Process of Complaints in Intervention filed by the Eastern Municipal Water District [doc. no. 5104], the Joinders in the Motion, filed by Elsinore Valley Municipal Water District and Western Municipal Water District, [doc. nos. 5105, 5108] and the specially appearing Fallbrook Public Utility District's and Domengioni-Bartons' Joinders in the Motion to Quash [doc. nos. 5106, 5117] are all denied as moot.

   On April 8, 2009, a Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss, was filed by Defendants Burnett, Lanik and Rantanen [doc. no. 5111]. The Motion is set for hearing on May 11, 2009. On or before May 5, 2009, counsel for these Defendants shall file a supplemental brief stating that (1) the Motion is moot in light of Judge Thompson's April 29th order; (2) the Defendants withdraw their motion; or (3) the motion pertains to a live controversy (to be described in the supplemental brief) that should be addressed on May 11, 2009.

DATE: April 30, 2009       IT IS SO ORDERED: /s/ Ruben Brooks
                                             Ruben B. Brooks,
                                             U.S. Magistrate Judge
                                  INITIALS: VL (mg/irc) Deputy

cc: Judge Thompson
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute07.wpd