JAMES L. MARKMAN (043536)
B. TILDEN KIM (143937)
ERIN L. POWERS (245148)
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 626-8484
Facsimile:  (213) 626-0078
jmarkman@rwglaw.com
tkim@rwglaw.com
epowers@rwglaw.com

Attorneys for Defendants Gregory V. Burnett, Gordon Lanik, and Matthew R. Rantanen

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS, et al.<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>    Defendants. | Case No. 3:51-CV-01247-GT (RBB)<br><br>**SUPPLEMENTAL BRIEF RE MOTION TO QUASH SERVICE OF SUMMONS, OR IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Date: May 11, 2009<br>Time: 10:00 a.m.<br>Ctrm: Magistrate Ruben B. Brooks |

Supplemental Brief re Motion To Quash

12663\0002\1133554.1

Pursuant to the Court's April 30, 2009 order, Defendants Gregory V. Burnett, Gordon Lanik, and Matthew R. Rantanen (collectively "Defendants") submit this supplemental brief regarding the motion to quash, or in the alternative, motion to dismiss, currently scheduled to be heard on May 11, 2009. Defendants believe their motion has been rendered moot because of the Honorable Gordon Thompson, Jr.'s rulings on April 27, 2009.

Judge Thompson granted the Tribes' motion to file their second amended complaints. The Tribes will, of course, have to serve their second amended complaint on a revised list of defendants. Thus, the issues raised by Defendants' motion, *e.g.*, whether the Tribes' attempted service of their first amended complaints failed to meet the standards of the FRCP Rule 4(d), have been rendered moot. Accordingly, Defendants respectfully request the Court take off-calendar the May 11, 2009 hearing.

DATED: May 4, 2009

RICHARDS, WATSON & GERSHON
A Professional Corporation

By: _____
B. Tilden Kim
Attorneys for Defendants
Gregory V. Burnett, Gordon Lanik
and Matthew R. Rantanen

# PROOF OF SERVICE

I, Gabrielle Duran, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Richards, Watson & Gershon, 355 South Grand, 40th Floor, Los Angeles, California. On May 4, 2009, I served the within documents:

**SUPPLEMENTAL BRIEF RE MOTION TO QUASH SERVICE OF SUMMONS, OR IN THE ALTERNATIVE, MOTION TO DISMISS**

[ ]  by causing facsimile transmission of the document(s) listed above from (213) 626-8484 to the person(s) and facsimile number(s) set forth below on this date before 5:00 P.M. This transmission was reported as complete and without error. A copy of the transmission report(s), which was properly issued by the transmitting facsimile machine, is attached. Service by facsimile has been made pursuant to a prior written agreement between the parties.

[ X ]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

[ ]  by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a   agent for delivery, or deposited in a  box or other facility regularly maintained by , in an envelope or package designated by the express service carrier, with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  by causing personal delivery by First Legal Support Services, 1511 West Beverly Boulevard, Los Angeles, California 90026 of the document(s) listed above to the person(s) at the address(es) set forth below.

**See Attached Service List**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 4, 2009.



GABRIELLE DURAN

12663-0002\1128559v1.doc

# SERVICE LIST

| | | |
|---|---|---|
| Curtis G. Berkey<br>Scott W. Williams<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 Addison Street, Ste 410<br>Berkley, CA 94704 | Marco A. Gonzalez<br>Rory A. Wicks<br>169 Saxony Road, Ste 204<br>Coast Law Group, LLP<br>Encinitas, CA 92024 | Peter J. Mort<br>Rodney B. Lewis<br>James Meggesto<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Ste 2400<br>Los Angeles, CA 90067-3012 |
| Arthur L. Littleworth<br>James B. Gilpin<br>Matthew L. Green<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 | Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>U.S. DEPARTMENT OF JUSTICE<br>PO Box 44378<br>Washington, DC 20026-4378 | Donald R. Pongrace<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036 |
| Bill Steele<br>U.S. BUREAU OF RECLAMATION<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | General Manager<br>Rancho Cal RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | Anthony J. Pack, General Manager<br>Easter MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Ste 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| SDSU Field Station Programs<br>Attn: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 | Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Ste 1<br>Fallbrook, CA 92028 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 |
| General Manager<br>Elsinore Valley MWD<br>P. O. Box 3000<br>Lake Elsinore, CA 92330 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base – Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Jackie Spanley<br>AVMAC<br>P.O. Box 391312<br>Anza, CA 92539 |

12663-0002\1086710v1.doc

| | | |
|---|---|---|
| Alvin Greenwald<br>6010 Wilshire Blvd., Ste 500<br>Los Angeles, CA 90036 | Linda Garcia<br>Riverside Co. Flood Control and<br>Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA 92539 | Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA 92590 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456 |
| Susan M. Williams<br>Sarah S. Works<br>Williams & Works, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 | Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| David Glazer, Esq.<br>Environmental and Natural Resources<br>Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94133 | Western Land Financial<br>and Pacific Holt Corp<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Assad S. Safadi<br>Natural Resources Consulting<br>Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |
| Catherine M. Stites, General Counsel<br>Metropolitan Water District of<br>Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 | Jeffry F. Ferre<br>Jill N. Willis<br>Best Best & Krieger LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | Michael Gheleta<br>United States Department of Justice<br>Environmental and Natural Resources<br>Division<br>1961 Stout Street, Floor 8 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Ste K<br>San Rafael, CA 94901 | Lake Riverside Estates Community<br>Association<br>41610 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Rd.<br>Canyon Lake, CA 92587 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |

12663-0002\1086710v1.doc

| | | |
|---|---|---|
| Anna Gale James<br>40274 Curry Court<br>Aguanga, CA 92536 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 | James J. Fletcher<br>U.S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Micahel L. Tidus<br>Michele A. Staples<br>Benjamin T. Benumof<br>Jackson, DeMarcho, Tidus, Petersen & Peckengpaugh<br>2030 Main Street, Ste 1200<br>Irvine, CA 92614 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, CA WA 98110 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Dyson Development<br>437 South Highway 101, Ste 217<br>Solana Beach, CA 92075 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 |
| Briar McTaggart<br>642 Merion Way 40E<br>Seal Beach, CA 90740 | Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Mary E. Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>Peggy Wilson<br>4205 Minorca Cove<br>Del Mar, CA 92014-2932 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

12663-0002\1086710v1.doc