Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**CONCURRENCE OF CAHUILLA BAND OF INDIANS AND RAMONA BAND OF CAHUILLA TO SUPPLEMENTAL BRIEF RE MOTION TO QUASH SERVICE OF SUMMONS, OR IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Hearing Date: May 11, 2009<br>Time: 10:00 a.m.<br>Courtroom: B<br><br>Hon. Magistrate Judge Ruben B. Brooks |

The Cahuilla Band of Indians and the Ramona Band of Cahuilla (collectively "Tribes") respectfully concur in the Supplemental Brief filed on behalf of Defendants Gregory V. Burnett, Gordon Lanik, and Matthew R. Rantanen (collectively "Defendants") indicating that the Defendants' motion to quash, or in the alternative, motion to dismiss were rendered moot because of the rulings of the Honorable Gordon Thompson, Jr. on April 27, 2009. The Tribes also concur in Defendants' request that the Court take the May 11, 2009 hearing off of its calendar. *See Supplemental Brief re Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss* (May 4, 2009).

Respectfully submitted this 4th day of May, 2009.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505 Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
& CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*/s/ Scott B. McElroy*
By:______________________________
Scott B. McElroy
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com

*/s/ Curtis G. Berkey*
By:______________________________
Curtis G. Berkey
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

**PROOF OF SERVICE**

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On May 4, 2009, I electronically filed the foregoing *Concurrence of Cahuilla Band of Indians and Ramona Band of Cahuilla to Supplemental Brief re Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Elsinore Valley Municipal Water District, matthew.green@bbklaw.com
M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC, sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madrigal, anthonymad2002@yahoo.com
B. Tilden Kim, tkim@rwglaw.com, gduran@rwglaw.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W Binder, cwbinder@smrwm.org
Curtis G Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, jhester@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitzer, george@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@pshlawyers.com, kstanis@pshlawyers.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin, marilyn.levin@doj.ca.gov, blanca.cabrera@doj.ca.gov
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert H James, bob@fallbrooklawoffice.com

Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com, wwendelstein@bcandblaw.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William Kenneth Koska, wkoska@koskalaw.com
and to
Jason.Ackerman@bbklaw.com via personal e-mail

I further certify that on May 4, 2009, I served the foregoing *Concurrence of Cahuilla Band of Indians and Ramona Band of Cahuilla to Supplemental Brief re Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss* on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Marianne E Pajot
40225 Curry St.
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M Machado
P O Box 391607
Anza, CA 92539

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on May 4, 2009

*/s/ Scott B. McElroy*

Scott B. McElroy