## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent:

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE          Rptr.

<u>Plaintiffs</u>

<u>Defendants</u>

PROCEEDINGS:    ___  In Chambers    ___  In Court    ___  Telephonic

On May 4, 2009, Defendants Gregory V. Burnett, Gordon Lanik, and Matthew R. Rantanen submitted a Supplemental Brief Re Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss explaining that the issue has been rendered moot due to United States District Judge Gordon Thompson, Jr.'s, April 27, 2009, ruling [doc. no. 5137]. A Concurrence of Cahuilla Band of Indians and Ramona Band of Cahuilla to Supplemental Brief Re Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss, was also filed on May 4, 2009 [doc. no. 5138].

Accordingly, the motion hearing on the Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss [doc. no. 5111] on May 11, 2009, at 10:00 a.m. is denied as moot.

DATE: May 4, 2009          IT IS SO ORDERED:   *Ruben Brooks*
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Thompson                             INITIALS: VL (mg/irc) Deputy
    All Parties of Record