FILED
MAY 11 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>     Plaintiffs in Intervention,<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>     Defendants. | Civ. No. 51-cv-1247 GT(RBB)<br><br>**ORDER GRANTING ANTHONY MADRIGAL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF IN INTERVENTION CAHUILLA BAND OF INDIANS** |

The Court having reviewed *Attorney Anthony Madrigal's Notice of Motion and Motion to Withdraw as Attorney of Record for Plaintiff in Intervention Cahuilla Band of Indians* (May 4, 2009) (Doc. No. 5131) and being fully advised;

**IT IS ORDERED** that *Attorney Anthony Madrigal's Notice of Motion and Motion to Withdraw as Attorney of Record for Plaintiff in Intervention Cahuilla Band of Indians* is hereby

51cv1247 GT (RBB)



5140

1 | **GRANTED.** Attorney Anthony Madrigal shall be removed from the court's service list for this
2 | matter.

3

4    **IT IS SO ORDERED.**

5   Date _May 11, 2009_

                                          GORDON THOMPSON, JR.
                                          United States District Court Judge

                                          51 CV 1247 G.T.

cc: All counsel and parties without counsel