| | |
|---|---|
| 1 | Robert M. Cohen - #97488 |
| 2 | Walter E. Wendelstein - #199003<br>COHEN & BURGE, LLP |
| 3 | 30423 Canwood Street, Suite 208<br>Agoura Hills, CA 91301 |
| 4 | (818) 991-7514 |
| 5 | Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br><br>　　　　　　Proposed Plaintiff<br>　　　　　　In Intervention,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO.: 3:51-CV-1247-SD-GT (RBB)<br><br>**SUBSTITUTION OF ATTORNEY-CIVIL** |

The Court and all parties are notified that Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION makes the following substitution:

1. <u>Former Legal Representative:</u>     Robert M. Cohen (State Bar #: 97488)
　　　　　　　　　　　　　　　　　　　BARMASSE, COHEN & BURGE, LLP
　　　　　　　　　　　　　　　　　　　30423 Canwood St., Ste. 208
　　　　　　　　　　　　　　　　　　　Agoura Hills, CA 91301
　　　　　　　　　　　　　　　　　　　Telephone #: 818/991-7514  - Fax #: 818/991-8942

2. <u>New Legal Representative:</u>     Robert M. Cohen (State Bar #: 97488)
　　　　　　　　　　　　　　　　　　　COHEN & BURGE, LLP
　　　　　　　　　　　　　　　　　　　30423 Canwood St., Ste. 208
　　　　　　　　　　　　　　　　　　　Agoura Hills, CA 91301
　　　　　　　　　　　　　　　　　　　Telephone #: 818/991-7514  - Fax #: 818/991-8942

1
2  3. The party making this substitution is Defendant SAN DIEGO STATE UNIVERSITY
3  RESEARCH FOUNDATION.

4  4. I consent to this substitution.       SAN DIEGO STATE UNIVERSITY
                                            RESEARCH FOUNDATION
5  Date: 4/24/09
6                                           _____
                                            (Signature of Party)
7
8  5. I consent to this substitution.       BARMASSE, COHEN & BURGE, LLP
   Date: 4/20/09
9                                           _____
                                            (Signature of former Attorney)
10                                          Robert M. Cohen,
                                            Attorney for Defendant San Diego State
11                                          University Research Foundation

12 6. I consent to this substitution

13                                          COHEN & BURGE, LLP
14 Date: 4/20/09
                                            _____
15                                          (Signature of New attorney)
                                            Robert M. Cohen,
16                                          Attorney for Defendant San Diego State
                                            University Research Foundation
17

18               (Proposed) ORDER

19      IT IS SO ORDERED.

20 _____           _____
   Date                             Judge of the District Court
21
22
23
24
25
26
27
28

<u>PROOF OF SERVICE</u><br>
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re:   United States of America v. Fallbrook Public Utility District, et al.
      U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB [No. 1247-SD-C]

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 30423 Canwood Street, Suite 208, Agoura Hills, CA 91301.

     On May 12, 2009, I electronically filed the foregoing document described as **SUBSTITUTION OF ATTORNEY-CIVIL** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga,  1anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@aabwwlaw.com, mmorles@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, 1rodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze, rgeorge@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
Goerge Chakmakis, george@chakmikislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com,
    msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@ammwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mflickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grenon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com, wwendelstein@bcandblaw.com

|   |   |
|---|---|
| 1 | Scott B McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| 2 | Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov |
|   | Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
|   | William Kenneth Koska, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com |

I further certify that on May 12, 2009, I served the foregoing **SUBSTITUTION OF ATTORNEY** on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Agoura Hills, California, addressedd as set forth below. I am readily familar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Khyber Courchesne<br>1264 Page St<br>San Francisco, CA 94117 |
| Anna Gale James<br>40275 Curry Court<br>Agunga, CA 92536 | Marianne E Pajot<br>40225 Curry St<br>Aguanga, CA 92536 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Rd<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| James L. Markman<br>Richards, Watson & Gerson<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert H James<br>Sachse James Crowell & Lopardo<br>205 W. Alvardo St., Ste. 1<br>Fallbrook, CA 92028-2025 |

| | |
|---|---|
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |
| Susan M. Williams (Pro Hac Vice)<br>Sarah S. Works (Pro Hac Vice)<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049<br>505/899-7994 - FAX: 505/899-7972<br>**(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 12, 2009, at Agoura Hills, California.

/s/
Virginia Zaremba

(Updated 4/13/09)