**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  51-1247-SD-C |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | **DEFENDANT BRYAN D. SAMPSON'S MOTION FOR ATTORNEYS FEES AND COSTS** |
| Plaintiff-Intervenors, | |
| v. | Date:   N/A<br>Time:   N/A<br>Ctrm:   8, 3rd Floor<br>Judge:  Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Defendant Bryan D. Sampson hereby moves this Court for an Order awarding attorneys fees in the amount of $15,675.00 and costs in the amount of $965.65 against Plaintiff/Intervenors', the Ramona Band of Cahuilla Indians and the Cahuilla Band of Indians.

The Order is requested under 28 U.S.C. §2412, and Federal Rules of Civil Procedure, Rule 54 and 41.

The motion is made pursuant to an Order entered by the United States District Court, Southern District of California, 28 U.S.C. §2412, and  Federal Rules of Civil Procedure, Rule 54 and Rule 41.

DATED: May 12, 2009                                    **SAMPSON & ASSOCIATES**

                                    By:     /s/ Mary L. Fickel
                                            Mary L.  Fickel, Esq.
                                            Attorney for Defendant
                                            Bryan D. Sampson

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 • FACSIMILE (619)557-9425

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
MOTION FOR ATTORNEY'S FEES AND COSTS
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Atty.Fee.Costs\Mot..wpd