1  **SAMPSON & ASSOCIATES**
   Bryan D. Sampson, Esq. (#143143)
2  Mary L. Fickel, Esq. (#221872)
   2139 First Avenue
3  San Diego, California 92101
   Tel. (619) 557-9420 / Fax (619) 557-9425
4  bsampson@sampsonlaw.net

5  Attorneys for Defendant
   BRYAN D. SAMPSON
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA,           | Case No. 51-1247-SD-C
11 |                         Plaintiff,  |
12 | RAMONA BAND OF CAHUILLA,            | **DEFENDANT BRYAN D. SAMPSON'S NOTICE OF MOTION FOR ATTORNEYS FEES AND COSTS**
13 | CAHUILLA BAND OF INDIANS,           |
14 |                 Plaintiff-Intervenors, | Date:  N/A
15 | v.                                  | Time:  N/A
                                          | Ctrm:  8, 3rd Floor
16 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Judge: Hon. Gordon Thompson, Jr.
17 |                         Defendants. |

19     NOTICE IS HEREBY GIVEN that pursuant to the Court's Order, entered April 29, 2009,
20 Defendant Bryan D. Sampson ("Defendant Sampson") will and hereby does move this Court, under
21 28 U.S.C. §2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41, for an order awarding
22 attorneys fees in the amount of $15,675.00 and costs in the amount of $965.65 against Plaintiff-
23 Intervenors', the Ramona Band of Cahuilla Indians and the Cahuilla Band of Indians.
24     PLEASE TAKE FURTHER NOTICE that this motion is made pursuant to an order entered by
25 the United States District Court, Southern District of California, 28 USC §2412, Federal Rules of Civil
26 Procedure, Rule 54 and Rule 41.
27 / / /
28 / / /

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Atty.Fee.Costs\Not..wpd

1    PLEASE TAKE FURTHER NOTICE that this motion is based on this Notice and Motion, the
2    pleadings, records and files in this action, the accompanying Memorandum of Points and Authorities,
3    Exhibits and the Declaration of Mary L. Fickel.

4                                                            Respectfully submitted,

5    DATED: May 12, 2009                **SAMPSON & ASSOCIATES**

6
7                                       By:    /s/ Mary L. Fickel
                                                Mary L. Fickel, Esq.
                                                Attorney for Defendant
8                                               Bryan D. Sampson

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Atty.Fee.Costs\Not..wpd