Robert M. Cohen - #97488
Walter E. Wendelstein - #199003
COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301

(818) 991-7514

Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

FILED
MAY 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br><br>            Proposed Plaintiff<br>            In Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.<br><br>            Defendants. | CIVIL NO.: 3:51-CV-1247-SD-GT (RBB)<br><br>**SUBSTITUTION OF ATTORNEY-CIVIL** |

The Court and all parties are notified that Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION makes the following substitution:

1. <u>Former Legal Representative</u>:    Robert M. Cohen (State Bar #: 97488)
   BARMASSE, COHEN & BURGE, LLP
   30423 Canwood St., Ste. 208
   Agoura Hills, CA 91301
   Telephone #: 818/991-7514 - Fax #: 818/991-8942

2. <u>New Legal Representative</u>:    Robert M. Cohen (State Bar #: 97488)
   COHEN & BURGE, LLP
   30423 Canwood St., Ste. 208
   Agoura Hills, CA 91301
   Telephone #: 818/991-7514 - Fax #: 818/991-8942

---

1
SUBSTITUTION OF ATTORNEY - CIVIL            Case #: 51-cv-1247 GT-RBB

3. The party making this substitution is Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

4. I consent to this substitution.

Date: 4/24/09

SAN DIEGO STATE UNIVERSITY
RESEARCH FOUNDATION

_____
(Signature of Party)

5. I consent to this substitution.

Date: 4/20/09

BARMASSE, COHEN & BURGE, LLP

_____
(Signature of former Attorney)
Robert M. Cohen,
Attorney for Defendant San Diego State
University Research Foundation

6. I consent to this substitution

Date: 4/20/09

COHEN & BURGE, LLP

_____
(Signature of New attorney)
Robert M. Cohen,
Attorney for Defendant San Diego State
University Research Foundation

(Proposed) ORDER

IT IS SO ORDERED.

May 13 2009
Date

_____
Judge of the District Court