GERALD BLANK (State Bar No. 50136)
Attorney at Law
LAW OFFICES OF GERALD BLANK (e mail: gblank@san.rr.com)
444 West "C" Street, Suite 200
San Diego, California  92101
tel:    (619)238-1111  fax: (619)238-1126

Counsel for objecting party/defendant, Sander Family Trust

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>      (Proposed)<br>      Plainitffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et.al.<br><br>      defendants. | Civil No. 1247-SD-C<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served on April 9, 2009, with a copy of the document entitled: **SANDER FAMILY TRUST'S MOTION FOR ATTORNEY FEES; POINTS AND AUTHORITIES AND DECLARATION OF COUNSEL IN SUPPORT THEREOF.** via the Court's CM/ECF system per Federal Rules of Civil Procedure, Rules 5(b)(2)(E), and 5(b)(3). Any other counsel of record was served via First Class Mail on May 15, 2009.

Dated: May 15, 2009          /s/ Mary Elena Joslyn
                             Mary Elena Joslyn