GERALD BLANK (State Bar No. 50136)
Attorney at Law
LAW OFFICES OF GERALD BLANK (email: gblank@san.rr.com)
444 West "C" Street, Suite 200
San Diego, California 92101
tel: (619)238-1111 fax: (619)238-1126

Counsel for objecting party/defendant, Sander Family Trust

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable Gordon Thompson, Jr.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>(Proposed)<br>Plainitffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et.al.<br><br>defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1247-SD-C<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served on May 15, 2009, with a copy of the document entitled: **SANDER FAMILY TRUST'S MOTION FOR ATTORNEY FEES; POINTS AND AUTHORITIES AND DECLARATION OF COUNSEL IN SUPPORT THEREOF** via the Court's CM/ECF system per Federal Rules of Civil Procedure, Rules 5(b)(2)(E), and 5(b)(3). Any other counsel of record was served via First Class Mail on May 15, 2009.

Dated: May 15, 2009

/s/ Mary Elena Joslyn
Mary Elena Joslyn