```
 1  Robert M. Cohen - #97488
    Walter E. Wendelstein - #199003
 2  COHEN & BURGE, LLP
    699 Hampshire Road, Suite 207
 3  Thousand Oaks, CA 91361
    Telephone #:  805/449-4200
 4

 5
    Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION
 6

 7

 8                       UNITED STATES DISTRICT COURT

 9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,           )   CIVIL NO.: 3:51-CV-1247-SD-GT
12                                      )   (RBB)
                 Plaintiff,             )
13                                      )
    CAHUILLA BAND OF INDIANS, a federally)
14  recognized Indian tribe,            )   **NOTICE OF CHANGE OF**
                                        )   **ADDRESS AND TELEPHONE**
15              Proposed Plaintiff      )   **NUMBER**
                In Intervention,        )
16                                      )
          v.                            )
17                                      )
    FALLBROOK PUBLIC UTILITY DISTRICT, a)
18  public service corporation of the State of California,)
    et al.                              )
19                                      )
                                        )
20              Defendants.             )
                                        )
21  _____)

22  TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

23       PLEASE TAKE NOTICE that effective June 1, 2009, the law firm of COHEN &

24  BURGE, LLP, will change its address, telephone/fax numbers, and email to:

25       699 Hampshire Road, Suite 207
         Thousand Oaks, CA 91361
26       Telephone #:  805/449-4200
         Facsimile #:  805/449-4210
27       email:        www.cohenburgelaw.com

28       We appreciate your attention to the above.  Thank you for your professional courtesy and
    cooperation.
```

---

NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER          Case #: 51-cv-1247 GT-RBB

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re:   United States of America v. Fallbrook Public Utility District, et al.
   U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB [No. 1247-SD-C]

   I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 30423 Canwood Street, Suite 208, Agoura Hills, CA 91301.

   On May 15, 2009, I electronically filed the foregoing document described as **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga,  1anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@aabwwlaw.com, mmorles@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, 1rodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze, rgeorge@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
Goerge Chakmakis, george@chakmikislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@ammwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mflickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grenon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com, wwendelstein@bcandblaw.com
Scott B McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov

1  Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
2  William Kenneth Koska, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com

3      I further certify that on May 15, 2009, I served the foregoing **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER** on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Agoura Hills, California, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Khyber Courchesne<br>1264 Page St<br>San Francisco, CA 94117 |
| Anna Gale James<br>40275 Curry Court<br>Agunga, CA 92536 | Marianne E Pajot<br>40225 Curry St<br>Aguanga, CA 92536 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Rd<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| James L. Markman<br>Richards, Watson & Gerson<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert H James<br>Sachse James Crowell & Lopardo<br>205 W. Alvarado St., Ste. 1<br>Fallbrook, CA 92028-2025 |
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
505/899-7994  - FAX: 505/899-7972
**(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2009, at Agoura Hills, California.

/s/
Virginia Zaremba

(Updated 4/13/09)