JONATHAN M. DEER, Esq., State Bar No. 164837
TURNER AUBERT & FRIEDMAN, LLP
8383 Wilshire Blvd., Ste. 510
Beverly Hills, California 90211-2486
Telephone: (323) 653-3900
Telefax: (323) 653-3021

Attorneys for Defendant JANNKI MITHAIWALA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS<br><br>　　　　Plaintiff-Intervenors,<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.<br><br>　　　　Defendants.<br>_____ | CIVIL NO.: 51-1247-SD-C<br><br>**DEFENDANT JANNKI MITHAIWALA'S MOTION FOR ATTORNEYS FEES**<br><br>Date: N/A<br>Time: N/A<br>Dept: 8**, 3rd Floor**<br>Judge: Hon. Gordon Thompson, Jr. |

　　　Defendant JANNKI MITHAIWALA ("**Mithaiwala**") hereby moves this Court for an Order awarding attorneys fees in the amount of $2,365.00 against Plaintiff-Intervenors', the Ramona Band of Cahuilla Indians and the Cahuilla Band of Indians.

　　　The Order is requested under 28 U.S.C. §2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41.

///

1

UNITED STATES OF AMERICA
V. FALLBROK PUBLIC
UTILITY DISTRICT et al.

JANNKI MITHAIWALA'S
MOTION FOR
ATTORNEYS FEES

1247-SD-C

1      The motion is made pursuant to an Order entered by the United States District
2 Court, Southern District of California, 28 U.S.C. §2412, Federal Rules of Civil
3 Procedure, Rule 54 and Rule 41.
4 .
5 Dated:  May 15, 2009               Respectfully submitted.

                                       TURNER AUBERT & FRIEDMAN, LLP

                                       By:    /s/Jonathan M. Deer
                                             JONATHAN M. DEER
                                             Attorney for Defendant JANNKIE MITHAIWALA

UNITED STATES OF AMERICA      JANNKI MITHAIWALA'S      1247-SD-C
V. FALLBROK PUBLIC                  MOTION FOR
UTILITY DISTRICT et al.                ATTORNEYS FEES

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 8383 Wilshire Boulevard, Suite 510, Beverly Hills, California  90211.

     On May 15, 2009, I served the attached document described as **JANNKI MITHAIWALA'S MOTION FOR ATTORNEYS FEES** on the interested parties in this action:

(X)    by placing () the original (X) a true copy or copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Susan M. Williams, Esq.<br>Sarah S. Works, Esq.<br>WILLIAMS & WORKS P.A.<br>P.O. Box 1483<br>Corrales, NM 87049 | Marco A. Gonzalez, Esq.<br>Rory R. Wicks        , Esq.<br>COAST LAW GROUP, LLP<br>169 Saxony Road, Ste 204<br>Encinitas, CA 92024 |

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

()    **BY MAIL:**  I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  On the date set forth below, at the firm of Turner, Aubert & Friedman at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices.  Under the firm's practice the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

(X)    BY CM/ECF. I served the foregoing documents by filing them electronically, in compliance with the Electronic Case Filing rules.

Executed on May 15, 2009, at Beverly Hills, California.

(X)    FEDERAL:   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                    _____/s/_____
                                                       Greg Suchniak

F:\document\MARIE2\Deer\ADI-WATER RIGHTS\MITHAIWALA\Mtn Atty Fees 05.15.09.wpd

3

| UNITED STATES OF AMERICA<br>V. FALLBROK PUBLIC<br>UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S<br>MOTION FOR<br>ATTORNEYS FEES | 1247-SD-C |
|---|---|---|