JONATHAN M. DEER, Esq., State Bar No. 164837
TURNER AUBERT & FRIEDMAN, LLP
8383 Wilshire Blvd., Ste. 510
Beverly Hills, California 90211-2486
Telephone:   (323) 653-3900
Telefax:      (323) 653-3021

Attorneys for Defendant JANNKI MITHAIWALA

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-1247-SD-C |
| Plaintiff, | **DEFENDANT JANNKI MITHAIWALA'S NOTICE OF MOTION FOR ATTORNEYS FEES** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS | |
| Plaintiff-Intervenors, | Date: N/A<br>Time: N/A |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al. | Dept:  8**, 3rd Floor**<br>Judge: Hon. Gordon Thompson, Jr. |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to the Court's Order, entered April 29, 2009, Defendant JANNKI MITHAIWALA ("**Mithaiwala**") will and hereby does move this Court, under 28 U.S.C. §2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41, for an order awarding attorneys fees in the amount of $2,365.00 against Plaintiff-Intervenors', the Ramona Band of Cahuilla Indians and the Cahuilla Band of Indians.

PLEASE TAKE FURTHER NOTICE that this motion is made pursuant to an order entered by the United States District Court, Southern District of California, 28 U.S.C. §2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41.

1

1      PLEASE TAKE FURTHER NOTICE that this motion is based on this Notice and
2  Motion, the pleadings, records and files in this action, the accompanying Memorandum
3  of Points and Authorities and the Declaration of Jonathan M. Deer
4  .
5  Dated: May 15, 2009              Respectfully submitted.
6
7                              TURNER AUBERT & FRIEDMAN, LLP
8
9                              By:   /s/Jonathan M. Deer
                                   JONATHAN M. DEER
10                                    Attorney for Defendant JANNKIE MITHAIWALA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                               2

| UNITED STATES OF AMERICA V. FALLBROK PUBLIC UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S NOTICE OF MOTION FOR ATTORNEYS FEES | 1247-SD-C |
|---|---|---|

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8383 Wilshire Boulevard, Suite 510, Beverly Hills, California 90211.

     On May 15, 2009, I served the attached document described as **JANNKI MITHAIWALA'S NOTICE OF MOTION FOR ATTORNEY'S FEES** on the interested parties in this action:

(X)    by placing () the original (X) a true copy or copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Susan M. Williams, Esq.<br>Sarah S. Works, Esq.<br>WILLIAMS & WORKS P.A.<br>P.O. Box 1483<br>Corrales, NM 87049 | Marco A. Gonzalez, Esq.<br>Rory R. Wicks        , Esq.<br>COAST LAW GROUP, LLP<br>169 Saxony Road, Ste 204<br>Encinitas, CA 92024 |

Curtis G. Berkey, Esq.
Scott W. Williams, Esq.
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

()    **BY MAIL:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Turner, Aubert & Friedman at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the firm's practice the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

(X)    BY CM/ECF. I served the foregoing documents by filing them electronically, in compliance with the Electronic Case Filing rules.

Executed on May 15, 2009, at Beverly Hills, California.

(X)    FEDERAL:   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                        _____/s/_____
                                            Greg Suchniak

F:\document\MARIE2\Deer\ADI-WATER RIGHTS\MITHAIWALA\Ntc Mtn Atty Fees 05.15.09.wpd

3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V. FALLBROK PUBLIC<br>UTILITY DISTRICT et al. | JANNKI MITHAIWALA'S<br>NOTICE OF MOTION FOR<br>ATTORNEYS FEES | 1247-SD-C |