CHAKMAKIS & ASSOCIATES
301 No. Cañon Drive, Suite 315
BEVERLY HILLS, CALIFORNIA 90210
Telephone: 310.550.1555
Facsimile: 310.550.1151

George Chakmakis, State Bar No. 162634

Attorneys for Defendant

FRANK SPITZER

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>    Proposed Plaintiff<br>    In Intervention<br><br>    v.<br><br>FRANK SPITZER<br><br>    Defendant. | CIVIL NO. 51-1247-SD-C<br><br>DEFENDANT FRANK SPITZER'S MOTION FOR ATTORNEY FEES; MEMORANDUM OF POINTS AND AUTHORITIES, AND DECLARATION OF GEORGE CHAKMAKIS IN SUPPORT THEREOF<br><br>Courtroom:  8, 3rd Floor<br>Judge:      Hon. Gordon Thompson, Jr. |

TO: THE HONORABLE GORDON THOMPSON, JR., AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order, entered April 29, 2009, Defendant Frank Spitzer ("Spitzer") will and hereby does move this Court, under 28 U.S.C. § 2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41, for an order awarding attorneys fees in the amount of $24,840.00 against Plaintiff- Intervenors' the Ramona Band of Cahuilla Indians and the Cahuilla Band of Indians.

PLEASE TAKE FURTHER NOTICE that this motion is made pursuant to an order entered by the United States District Court, Southern District of California, 28 USC §2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41.

FRANK SPITZER'S MOTION FOR ATTORNEYS FEES AND COSTS

PLEASE TAKE FURTHER NOTICE that this motion is based on this Notice and Motion, the pleadings, records and files in this action, the accompanying Memorandum of Points and Authorities, Exhibits and the Declaration of George Chakmakis.

Date: May 15, 2009

CHAKMAKIS & ASSOCIATES

By: _____
George Chakmakis, attorneys for defendant
FRANK SPITZER

MEMORANDUM OF POINTS AND AUTHORITIES

INTRODUCTION

Defendant Frank Spitzer ("Spitzer") submits the following Memorandum of Points and Authorities in Support of his Motion for Attorney's Fees and Costs in the total amount of $24,840.00 against Plaintiff- Intervenors Ramona Band of Cahuilla ("Ramona") and Cahuilla Band of Indians ("Cahuilla" or jointly referred to as "Tribes"). Frank Spitzer owns 4 parcels of land in Warner Springs, California.

This Motion is based upon 28 U.S.C. §2412, Federal Rules of Civil Procedure, Rule 54 and Rule 41, and the Tribes failure and/or refusal to voluntarily dismiss Defendant Spitzer from this litigation.

FACTUAL BACKGROUND

Re: *Service Of The Summons & Complaint.* Plaintiff- Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (collectively referred to as the "Tribes") submitted the Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant Frank Spitzer. See Declaration of George Chakmakis. Spitzer's attorney immediately wrote to the Tribes' attorneys with notice of intent to seek attorney fee reimbursement for the frivolous lawsuit against Spitzer. Id. Thereafter, defendant Frank Spitzer's attorney executed the Waivers of Service of Summons and returned the same to the Tribes. Id. Defendant Spitzer prepared an Answer to the Complaint. Defendant Spitzer filed and served a Notice of Special Appearance on or about November 25, 2008. See Court Records.

1. THE COURT SHOULD ORDER THE TRIBES TO REIMBURSE SPITZER'S ATTORNEY FEES AND COSTS.

A district court may order the moving party to pay costs and fees of a party being dismissed under a motion brought under Federal Rules of Civil Procedure, Rule 41(a)(2), Stevedoring Services of America, et al., v. Armilla International B.V., et al, 889 F.2d 919, 921 (9th Cir. 1989). A plaintiff's good faith is a factor courts look to when determining whether to order an award of fees and costs. Id at 922. Upon granting a dismissal pursuant to Rule 41(a)(2), courts typically condition the dismissal on plaintiff reimbursing the defendant for court costs and attorney fees. Cauley v.

3

FRANK SPITZER'S MOTION FOR ATTORNEYS FEES AND COSTS

Wilson, 754 F2 769, 771 (7th Cir. 19850. This rule, initially adopted by the Seventh Circuit in Cauley, was later formally adopted by the Ninth Circuit in Koch v. Hankins, 8 F3d 650(9th Circuit 1993).

This court granted the Motion to Dismiss on April 29, 2009. That order also allows motions for attorney fees and costs by dismissed parties who filed either an answer or waiver of summons. Spitzer is part of that designated group and files the current motion for attorney fees and costs because he signed and submitted the subject Waiver of Service. See Declaration of George Chakmakis. Spitzer also filed a Notice of Special Appearance regarding the complaint. See Docket #5074. The Tribes should reimburse Spitzer's attorney fees and costs based on the dismissal, Spitzer's filings, and the admissions in the Declaration of Oliver Page (See Motion to Dismiss).

The Court entered the Order dismissing claims on April 29, 2009, that included Spitzer. See Court Records. In that Order, the Court set a filing date of no later than May 18, 2009. Id. Accordingly, defendant Spitzer had until May 18, 2009 to file his motion and defendant Spitzer's motion is timely. See Court Records.

Spitzer necessarily retained counsel and filed the pleadings because it was served with the Complaints in Intervention, a "Notice of Lawsuit and Request for Waiver of Service of Summons," and a "Waiver of Summons." Defendant Spitzer through his attorney then performed a thorough review of the court records in this case. Spitzer's attorney notified the Tribes' attorneys in writing as of April 2008 that the lawsuit was frivolous as to Spitzer. However, Spitzer has been included in this litigation for over a year. Defendant Spitzer has been forced to incur attorney fees and costs in his continuing attempts to have the Tribes recognize Spitzer's lack of involvement. As a result, defendant Spitzer has incurred costs and fees in the total amount of $24,840.00. See Declaration of George Chakmakis.

The Tribes unnecessarily sued allegedly 2,235 people and entities, in an attempt to achieve the relief they were seeking, as the moving parties admit in their Motion to Dismiss. Frank Spitzer has incurred attorneys fees responding to this law suit. Inasmuch as the Tribes indicate their intention to amend the complaint, any work, to date, would be duplicative of the work that would be necessary were Frank Spitzer to be named as a defendant again. His counsel would have to review

1 and analyze the new complaint and prepare a new response to the new complaint, and more status
2 conferences and settlement conferences would be necessary to return to the same point in the
3 litigation.
4     The Tribes may not seek protection behind a claim of sovereign immunity to avoid a
5 dismissal conditioned upon paying costs. Conditioning a dismissal upon payment of costs is
6 neither a counterclaim nor is it relief "different in kind." Jicarilla Apache Tribe v Andrus (10th Cir.
7 1982) 687 F.2d 1324, 1344. Rather , it is simply a payment of costs, as in any suit. Morever, at
8 the inception of this suit, the Tribes informed defendants that they would be subject to costs unless
9 they voluntarily participated in the lawsuit by returning the signed "Waiver of Summons" in this
10 case. It would be highly inequitable if costs obligations ran only in only one direction.
11    Statutory authority permits the imposition of costs and fees against the Tribes.
12 Specifically, federal trust responsibilities regarding Indian water rights fall under the Equal Access
13 to Justice Act ("EAJA"), 28 U.S.C. §2412. Northwest Indian Cemetery Protection Assoc., et al.,
14 v. Peterson, et al., 589 F. Supp. 921, 923 (N.D. Cal. 1983). "THE EAJA is a waiver of sovereign
15 immunity." Aageson Grain & Cattle v. United States Dept. Of Agriculture, 500 F.3d 1038, 1045
16 (9th Cir. 2007). When congress has waived sovereign immunity over certain subject matter, courts
17 should not "assume authority to narrow the waiver that Congress intended." United Stated v.
18 Kubrick, 444 U.S. 111, 118(1979) [citations omitted}. Additionally, the Tribes requested
19 attorney's fees and costs pursuant to the EAJA in their First Amended Complaints. See Court
20 Records. Accordingly, as the Tribes acknowledge by their First Amended Complaints in this
21 action, they do not have sovereign immunity as to the issue of attorney's fees and costs in this
22 matter.

### **CONCLUSION**

24     Based upon all of the foregoing, Frank Spitzer, as prevailing party by the Order of
25 Dismissal, respectfully requests the Court award him the incurred costs and fees in the total
26 amount of $24,840.00.
27 Date: May 15, 2009    CHAKMAKIS & ASSOCIATES
28        By: _____George Chakmakis, attorneys for Frank Spitzer

FRANK SPITZER'S MOTION FOR ATTORNEYS FEES AND COSTS

DECLARATION OF GEORGE CHAKMAKIS

1. I am lead counsel for defendant Frank Spitzer, in this matter. I make this declaration in support of Frank Spitzer's Motion for Attorney Fees and Costs with which this is submitted. If called to testify in this matter, I could and would testify to the following of my own personal knowledge unless expressly stated herein.

2. In April 2008, I was retained by Frank Spitzer regarding four parcels of land and the related improvements in Warner Springs, California. I am informed and believe that Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians submitted the Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant Frank Spitzer. I responded on Mr. Spitzer's behalf to two complaints in intervention received by Mr. Spitzer. Pursuant to the retainer, I completed the received Waiver of Service of Summons, and filed a Notice of Special Appearance. I have consulted with the attorneys in this matter and my client regarding the rights and interests in this litigation, and the potential impact on the value of Mr. Spitzer's property. The litigation has been a cloud on title since inception.

3. On April 29, 2008 I wrote to the Tribes' attorneys with notice of intent to seek attorney fee reimbursement for the frivolous lawsuit against Spitzer. See letter attached as Exhibit A. On May 8, 2008, at the Tribes specific request, I signed and submitted the Waiver of Service of Summons to Curtis Berkey, attorney for the Ramona Band of Cahuilla. See attached Waiver of Service marked as Exhibit B and incorporated herein by this reference.

4. In this case, I reviewed the complaints and other pleadings, reviewed and submitted the Waiver of Summons and Request for Waiver, prepared an answer, prepared and filed a Notice of Special Appearance and reviewed numerous e-mails, correspondence and pleadings that were served on me, and generally monitored the progress of the case. I also attended the settlement conferences noticed by the Tribes and attended by representatives of the United States government. I have spent more than 77.7 hours performing these services at $300.00 per hour. I spent 4.5 hours preparing this motion for attorney fees and costs at the rate of $340.00 per hour. Accordingly, my client has incurred 24,840.00 for my services. It is my opinion and I hereby testify that 82.2 hours to respond to and monitor ongoing complex litigation for over a year is a

1  reasonable amount of time and that $340.00 per hour is a reasonable fee.

2    5. It is my opinion and I hereby testify that the services performed by me in this case will be of any use in further litigation, inasmuch as moving parties indicate they are amending their complaint so that, should my client be brought back into the case, any new complaint would need to be reviewed and analyzed. Moreover, the moving parties indicate in their motion that this Defendant is not a proper party in this case, so there is no likelihood whatsoever, that he will be brought back into the case in the future.

    6. I have been a licensed attorney since 1992 and have practiced primarily in the areas of commercial and personal injury litigation. I currently practice in Beverly Hills, California. My customary rate for services similar to those rendered in this case is currently $375.00 per hour, however the rate being charged to Frank Spitzer is currently $340.00 per hour, and the prior rate before April 2008 was $300.00 per hour for my services. By virtue of my law practice, I am familiar with rates being charged by other attorneys and my rates are at or below rates in the community for similar services.

    I declare under penalty of perjury that the foregoing is true and correct and that the documents attached herein are true and correct copies of what they purport to be.

    Executed this 15th day of April 2009 in Beverly Hills, California

    George Chakmakis

FRANK SPITZER'S MOTION FOR ATTORNEYS FEES AND COSTS

# CHAKMAKIS & ASSOCIATES
### LAWYERS

VILLAGE ON CAÑON  
301 NORTH CAÑON DRIVE, SUITE 315  
BEVERLY HILLS, CALIFORNIA 90210

TELEPHONE 310 550 1555  
FACSIMILE 310 550 1151

VIA FAX 510.548.7080  
and U.S. MAIL

Alexander, Berkey, Williams & Weathers  
2030 Addison Street, Suite 410  
Berkely, CA 94704

Attention: Curtis G. Berkey, Esq.

Re: <u>Ramona Band of Cahuilla, et al. v. Fallbrook Public Utility, et al.</u>  
Case No.: 1247-SD-C

Dear Mr. Berkey:

    Please be advised that the undersigned represents Frank Spitzer; Erlys Spitzer is deceased. Please direct communications regarding this matter to my office.

    I am in receipt of your Notice of Lawsuit, but I only have part of the underlying Complaint. Please advise why my client is involved in this case. We request a continuance for responsive pleadings. I hope that you can resolve this matter with the other defendants that are probably more relevant. We will seek reimbursement from your client for attorney fees if forced to defend this frivolous lawsuit against my client.

    Please call my office to discuss.

Very truly yours,

CHAKMAKIS & ASSOCIATES

George Chakmakis

cc:  
Susan M. Williams, Esq.  
505.899.7972 fax  
Marco Gonzales, Esq.  
760.942.8515 fax



# hp LaserJet 4345mfp series 

## Fax Call Report     1

Chakmakis Levine
13105501151
2008-Apr-29 04:04 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 3307 | 2008-Apr-29 04:03 PM | Send | 15105487080 | 0:27 | 1 | Success |

### CHAKMAKIS & ASSOCIATES
LAWYERS

VILLAGE ON CAÑON
301 NORTH CAÑON DRIVE, SUITE 315
BEVERLY HILLS, CALIFORNIA 90210

TELEPHONE 310 550 1555
FACSIMILE 310 550 1151

VIA FAX 510.548.7080
and U.S. MAIL

Alexander, Berkey, Williams & Weathers
2030 Addison Street, Suite 410
Berkely, CA 94704

Attention: Curtis G. Berkey, Esq.

Re: Ramona Band of Cahuilla, et al. v. Fallbrook Public Utility, et al.
Case No.: 1247-SD-C

Dear Mr. Berkey:

    Please be advised that the undersigned represents Frank Spitzer; Erlys Spitzer is deceased. Please direct communications regarding this matter to my office.

    I am in receipt of your Notice of Lawsuit, but I only have part of the underlying Complaint. Please advise why my client is involved in this case. We request a continuance for responsive pleadings. I hope that you can resolve this matter with the other defendants that are probably more relevant. We will seek reimbursement from your client for attorney fees if forced to defend this frivolous lawsuit against my client.

    Please call my office to discuss.

Very truly yours,

CHAKMAKIS & ASSOCIATES

George Chakmakis

cc:
Susan M. Williams, Esq.
505.899.7972 fax
Marco Gonzales, Esq.
760.942.8515 fax

# hp LaserJet 4345mfp series



## Fax Call Report

1

Chakmakis Levine
13105501151
2008-Apr-29 04:16 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 3309 | 2008-Apr-29 04:15 PM | Send | 15058997972 | 0:35 | 1 | Success |

---

# CHAKMAKIS & ASSOCIATES
### LAWYERS

VILLAGE ON CAÑON
301 NORTH CAÑON DRIVE, SUITE 315
BEVERLY HILLS, CALIFORNIA 90210

TELEPHONE 310 550 1555
FACSIMILE 310 550 1151

VIA FAX 510.548.7080
and U.S. MAIL

Alexander, Berkey, Williams & Weathers
2030 Addison Street, Suite 410
Berkely, CA 94704

Attention: Curtis G. Berkey, Esq.

Re: <u>Ramona Band of Cahuilla, et al. v. Fallbrook Public Utility, et al.</u>
Case No.: 1247-SD-C

Dear Mr. Berkey:

    Please be advised that the undersigned represents Frank Spitzer; Erlys Spitzer is deceased. Please direct communications regarding this matter to my office.

    I am in receipt of your Notice of Lawsuit, but I only have part of the underlying Complaint. Please advise why my client is involved in this case. We request a continuance for responsive pleadings. I hope that you can resolve this matter with the other defendants that are probably more relevant. We will seek reimbursement from your client for attorney fees if forced to defend this frivolous lawsuit against my client.

    Please call my office to discuss.

Very truly yours,

CHAKMAKIS & ASSOCIATES

George Chakmakis

cc:
Susan M. Williams, Esq.
505.899.7972 fax
Marco Gonzales, Esq.
760.942.8515 fax

# hp LaserJet 4345mfp series 

## Fax Call Report | 1

Chakmakis Levine
13105501151
2008-Apr-29 04:17 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 3310 | 2008-Apr-29 04:16 PM | Send | 17609428515 | 0:54 | 1 | Success |

## CHAKMAKIS & ASSOCIATES
### LAWYERS

VILLAGE ON CAÑON
301 NORTH CAÑON DRIVE, SUITE 315
BEVERLY HILLS, CALIFORNIA 90210

TELEPHONE 310 550 1555
FACSIMILE 310 550 1151

VIA FAX 510.548.7080
and U.S. MAIL

Alexander, Berkey, Williams & Weathers
2030 Addison Street, Suite 410
Berkely, CA 94704

Attention: Curtis G. Berkey, Esq.

Re: <u>Ramona Band of Cahuilla, et al. v. Fallbrook Public Utility, et al.</u>
Case No.: 1247-SD-C

Dear Mr. Berkey:

    Please be advised that the undersigned represents Frank Spitzer; Erlys Spitzer is deceased. Please direct communications regarding this matter to my office.

    I am in receipt of your Notice of Lawsuit, but I only have part of the underlying Complaint. Please advise why my client is involved in this case. We request a continuance for responsive pleadings. I hope that you can resolve this matter with the other defendants that are probably more relevant. We will seek reimbursement from your client for attorney fees if forced to defend this frivolous lawsuit against my client.

    Please call my office to discuss.

Very truly yours,

CHAKMAKIS & ASSOCIATES

George Chakmakis

cc:
Susan M. Williams, Esq.
505.899.7972 fax
Marco Gonzales, Esq.
760.942.8515 fax

| | |
|---|---|
| 1 | Curtis G. Berkey (CA State Bar No. 195485) |
| 2 | Scott W. Williams (CA State Bar No. 097966) |
| 3 | ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP |
| 4 | 2030 Addison Street, Suite 410<br>Berkeley, CA 94704 |
| 5 | Tel: 510/548-7070<br>Fax: 510/548-7080 |
| 6 | E-mail: cberkey@abwwlaw.com<br>E-mail: swilliams@abwwlaw.com |

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO.: 1247-SD-C<br><br>**WAIVER OF SERVICE OF SUMMONS** |

TO: **Curtis Berkey**
**Attorney for the Ramona Band of Cahuilla**

**Susan Williams**
**Attorney for the Cahuilla Band of Indians**

I have received your request to waive service of a summons in this lawsuit, along with a copy of the complaint, two copies of this waiver form and a prepaid means of returning one signed copy of the waiver form to you.

Case No.: 05cv1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies
2  of the complaints in this lawsuit.
3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the
4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of
5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,
6  or of service.
7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under
8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or
9  do not obtain an extension of time within which to do so, a default judgment will be entered against me
10 or the entity I represent.

**Dated:**

Signature

George Chakmakis

Printed or Typed Name

Attorney for Frank Spitzer

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

2                                      Case No.: 05cv1247

# hp LaserJet 4345mfp series 

## Fax Call Report                                                                                    1

Chakmakis Levine
13105501151
2008-May-08 03:27 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 3360 | 2008-May-08 03:26 PM | Send | 15105487080 | 0:40 | 2 | Success |

```
May-07-08  17:45   From-Alexander,Berkey,Williams& Weathers LLP   510 548 7080   T-992   P.002/003   F-287
```

| | |
|---|---|
| 1  Curtis G. Berkey (CA State Bar No. 195485) | Susan M. Williams (Pro Hac Vice) |
| 2  Scott W. Williams (CA State Bar No. 097966) | Sarah S. Works (Pro Hac Vice) |
|    ALEXANDER, BERKEY, WILLIAMS | WILLIAMS & WORKS, P.A. |
| 3  & WEATHERS LLP | P.O. Box 1483 |
|    2030 Addison Street, Suite 410 | Corrales, NM 87049 |
| 4  Berkeley, CA 94704 | Tel: 505/899-7994 |
|    Tel: 510/548-7070 | Fax: 505/899-7972 |
| 5  Fax: 510/548-7080 | E-mail: swilliams@williamsandworks.net |
|    E-mail: cberkey@abwwlaw.com | |
| 6  E-mail: swilliams@abwwlaw.com | Attorneys for Plaintiff-Intervenor |
|    | Cahuilla Band of Indians |
| 7  Attorneys for Plaintiff-Intervenor | |
| 8  Ramona Band of Cahuilla | |
| 9  Marco Gonzales (CA State Bar No. 190832) | |
|    COAST LAW GROUP LLP | |
| 10 169 Saxony Road, Suite 204 | |
|    Encinitas, CA 92024 | |
| 11 Tel: 760/942-8505 | |
|    Fax: 760/942-8515 | |
| 12 | |
| 13 Attorneys for Plaintiff-Intervenor | |
|    Cahuilla Band of Indians | |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA | ) WAIVER OF SERVICE OF |
| BAND OF INDIANS, | ) SUMMONS |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

TO:  **Curtis Berkey**                        **Susan Williams**
     Attorney for the Ramona Band of Cahuilla   Attorney for the Cahuilla Band of Indians

I have received your request to waive service of a summons in this lawsuit, along with a copy of the complaint, two copies of this waiver form and a prepaid means of returning one signed copy of the waiver form to you.

Case No.: 05cv1247

1  CASE NO.: 51-1247-SD-C

2  <u>PROOF OF SERVICE BY MAIL</u>

3  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

4  I, Raffi Zargarian, declare:  I am a resident of the United States of America and am employed in

5  Beverly Hills, California;  I am over the age of 18 years and am not a party to the within action; my

6  business address is 301 No. Canon Drive, Suite 315, Beverly Hills, California 90210.  On May 18,

7  2009, I served the DEFENDANT FRANK SPITZER'S MOTION FOR ATTORNEY FEES;

8  MEMORANDUM OF POINTS AND AUTHORITIES, AND DECLARATION OF GEORGE

9  CHAKMAKIS IN SUPPORT THEREOF in said action by placing a true copy thereof enclosed in a

10  sealed envelope(s) addressed as follows:

11
12  See Attached Service List

13  I served the foregoing by electronic filing.  Pursuant to general order number 550, such document

14  was submitted via the court's electronic filing system to the office of the addressees listed below.

15  I declare under penalty of perjury under the laws of the State of California that the above is true and

16  correct.

17  Executed on May 18, 2009, at Beverly Hills, California.

18  _____

19  Raffi Zargarian,

20  Law Clerk at Chakmakis & Associates

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | |
| 3 | Curtis G. Berkey |
| | ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP |
| 4 | 2030 Addison Street, Suite 410 |
| | Berkeley, CA 94704 |
| 5 | |
| | Scott McElroy |
| 6 | M. Katherine Condon |
| | Alice E. Walker |
| 7 | Greene, Meyer & McElroy, P.C. |
| | 1007 Pearl Street, Suite 220 |
| 8 | Boulder, CO 80302 |
| 9 | John A. Karaczynski |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 10 | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA   90067 |
| 11 | |
| | C. Michael Cowett |
| 12 | BEST BEST & KRIEGER LLP |
| | 655 West Broadway, 15th Floor |
| 13 | San Diego, CA 92101 |
| 14 | Patrick Barry, Esq. |
| | Environment and Natural Resources Division |
| 15 | Indian Resources Section |
| | U.S. Department of Justice |
| 16 | P.O. Box 44378 |
| | Washington, D.C.  20026-4378 |
| 17 | |
| | Marco Gonzalez |
| 18 | Coast Law Group LLP |
| | 169 Saxony Rd. Ste. 204 |
| 19 | Encinitas, CA 92024 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |