```
 1  ROBERT K. EDMUNDS (SBN 89477)
    Email: robert.edmunds@bipc.com
 2  BUCHANAN INGERSOLL & ROONEY LLP
    One America Plaza
 3  600 West Broadway, Suite 1100
    San Diego, CA  92101
 4  Telephone:    619 239 8700
    Facsimile:    619 702 3898
 5
    Attorneys for Specially Appearing and Dismissed Defendants
 6  EDWARD F. REED TRUST, WARD FAMILY TRUST and
    WARD CREDIT TRUST
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-GT-RBB<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Judge:   Hon. Gordon Thompson, Jr.<br>Dept:    8<br>Date:    No Hearing Date Set<br>Time: |
|---|---|

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

The undersigned counsel of record for Specially Appearing and Dismissed Defendants EDWARD F. REED TRUST, WARD FAMILY TRUST and WARD CREDIT TRUST certify that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

| PARTY | CONNECTION |
|---|---|
| EDWARD F. REED TRUST | Dismissed Defendant |
| WARD FAMILY TRUST | Dismissed Defendant |
| WARD CREDIT TRUST | Dismissed Defendant |
| BRADLEY GATES | Trustee of the Edward R. Reed Trust |
| JEAN R. WARD | Trustee and Beneficiary of the Ward Family Trust and the Ward Credit Trust |
| CALENE FLEURKE | Contingent Beneficiary |
| LEA WARD | Contingent Beneficiary |

DATED: May 18, 2009                BUCHANAN INGERSOLL & ROONEY LLP

/s/ Robert K. Edmunds
By:    ROBERT K. EDMUNDS
       Attorneys for Specially Appearing and Dismissed
       Defendants EDWARD F. REED TRUST, WARD
       FAMILY TRUST and WARD CREDIT TRUST