ROBERT K. EDMUNDS (SBN 89477)
Email: robert.edmunds@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:    619 239 8700
Facsimile:     619 702 3898

Attorneys for Specially Appearing and Dismissed Defendants
EDWARD F. REED TRUST, WARD FAMILY TRUST and
WARD CREDIT TRUST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-1247-GT-RBB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. Gordon Thompson, Jr.<br>Dept:     8<br>Date:     No Hearing Date Set<br>Time: |

CERTIFICATE OF SERVICE                                             Case No.: 51-1247-GT-RBB

1. I am a resident of the State of California, over the age of eighteen years, and not a party to
2. the within action. My business is One America Plaza, 600 West Broadway, Suite 1100, San Diego,
3. CA 92101. On May 18, 2009, I served the within documents:

**1. NOTICE OF INTERESTED PARTIES**

**The following are those who are currently on the list to receive e-mail notices for this case:**

Elsinore Valley Municipal Water District   matthew.green@bbklaw.com

M.E.M. Limited Partnership   prosenberg@hnattorneys.com

MCMX, LLC   sharper@bhsmck.com

Rancho California Water District   matthew.green@bbklaw.com

Sander Family Trust   gblank@san.rr.com

Alice E. Walker   awalker@mmwclaw.com, dvitale@mmwclaw.com

B. Tilden Kim   tkim@rwglaw.com, gduran@rwglaw.com

Bill J Kuenzinger   bkuenzinger@bhsmck.com, rjones@bhsmck.com

Bryan D. Sampson   mfickel@sampsonlaw.net

Charles W Binder   cwbinder@smrwm.org

Curtis G Berkey   cberkey@abwwlaw.com, mmorales@abwwlaw.com

Daniel E. Steuer   dsteuer@mmwclaw.com, dvitale@mmwclaw.com

Daniel J Goulding   jhester@mccarthyholthus.com

Donald R Timms   dontimms@san.rr.com

F Patrick Barry   patrick.barry@usdoj.gov

Frank Spitzer   george@chakmakislaw.com

Gary D Leasure   gleasure@garydleasure.com

George Chakmakis   george@chakmakislaw.com

Gerald (Jerry) Blank   gblank@san.rr.com, mejoslyn@sbcglobal.net

CERTIFICATE OF SERVICE   Case No.: 51-1247-GT-RBB

| | |
|---|---|
| 1 | Harry Campbell Carpelan    hcarpelan@redwineandsherrill.com |

Harry Campbell Carpelan    hcarpelan@redwineandsherrill.com

John A Karaczynski    jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com

John Christopher Lemmo    jl@procopio.com, laj@procopio.com

Jonathan M Deer    jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

Kevin Patrick Sullivan    ksullivan@pshlawyers.com, kstanis@pshlawyers.com

M. Catherine Condon    ccondon@mmwclaw.com, dvitale@mmwclaw.com

MILAN L. BRANDON    mbrandon@brandon-law.com

Marco Antonio Gonzalez    marco@coastlawgroup.com, sara@coastlawgroup.com

Marilyn H Levin    marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Mark L Brandon    mbrandon@brandon-law.com, dslack@brandon-law.com

Mary L Fickel    mfickel@sampsonlaw.net, bsampson@sampsonlaw.net

Matthew L Green    matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

Matthew N Falley    mfalley@ggfirm.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

Michele A Staples    mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com

Patricia Grace Rosenberg    prosenberg@hnattorneys.com

Peter J Mort    pmort@akingump.com, jfukai@akingump.com

Richard Alvin Lewis    Rlewis@RichardLewis.com

Robert H James    bob@fallbrooklawoffice.com

Robert H. James    bob@fallbrooklawoffice.com

Robert M Cohen    rcohen@bcandblaw.com, vzaremba@bcandblaw.com, wwendelstein@bcandblaw.com

Scott B. McElroy    smcelroy@mmwclaw.com, dvitale@mmwclaw.com

| | |
|---|---|
| 1 | Thomas C Stahl    Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov |
| 2 | Timothy P Johnson    tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| 3 | William Kenneth Koska    wkoska@koskalaw.com |

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically with the **United States District Court for the Southern District of California**, on May 18, 2009.

**3:51-cv-1247 Notice has been delivered by other means to:**

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

| CERTIFICATE OF SERVICE | Case No.: 51-1247-GT-RBB |
|---|---|

1  Marianne E Pajot

2  Mary E Lee
   41085 Lakeshore Blvd.
3  Aguanga, CA 92536

4  Michael J Machado
   P O Box 391607
5  Anza, CA 92539

6
   Pamela M Machado
7  P O Box 391607
   Anza, CA 92539
8
   Peggy Wilson
9  14205 Minorca Cove
   Del Mar, CA 92014-2932
10

11 Thomas C Perkins
   7037 Gaskin Place
12 Riverside, CA 92506

13
   ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to
14 the persons at the addresses listed above and placed the envelope for collection and mailing,
   following our ordinary business practices. I am readily familiar with this business's practice for
15 collecting and processing correspondence for mailing. On the same day that correspondence is
   placed for collection and mailing, it is deposited in the ordinary course of business with the United
16 States Postal Service, in a sealed envelope with postage fully prepaid.

17      I declare under penalty of perjury under the laws of the State of California that the above is
   true and correct.
18
   Executed on May 18, 2009, at San Diego, California.
19
                                                        _____
20                                                      JACKIE FORJAIS

21

22

23

24

25

26

27

28

#255175-v1;0075009/000001                    - 4 -
CERTIFICATE OF SERVICE                                              Case No.: 51-1247-GT-RBB