1  ROBERT K. EDMUNDS (SBN 89477)
   Email: robert.edmunds@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   One America Plaza
3  600 West Broadway, Suite 1100
   San Diego, CA  92101
4  Telephone:    619 239 8700
   Facsimile:     619 702 3898
5
   Attorneys for Specially Appearing and Dismissed Defendants
6  EDWARD F. REED TRUST, WARD FAMILY TRUST, and
   WARD CREDIT TRUST
7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,            Case No. 51-1247-GT-RBB
11
                 Plaintiff,              **NOTICE OF MOTION AND MOTION
12                                       FOR DISMISSAL WITH PREJUDICE OR,
    RAMONA BAND OF CAHUILLA,             IN THE ALTERNATIVE, FOR
13  CAHUILLA BAND OF INDIANS, et al.,    ATTORNEYS' FEES AND COSTS**

14               Plaintiff-Intervenors,  Judge:    Hon. Gordon Thompson, Jr.
                                         Dept:     8
15         vs.                           Date:     No Hearing Date Set
                                         Time:
16  FALLBROOK PUBLIC UTILITY DISTRICT,
    et al.,
17
                 Defendants.
18

19
20
21
22
23
24
25
26
27
28

- 1 -

NOTICE OF MOTION AND MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE
ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS          Case No.: 51-1247-GT-RBB

| | |
|---|---|
| 1 | Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and with this Court's Order of |
| 2 | April 29, 2009, Specially Appearing and Dismissed Defendants Edward F. Reed Trust dated |
| 3 | December 17, 1964, Ward Family Trust dated June 16, 1981, and Ward Credit Trust (collectively, |
| 4 | the "Trusts") hereby move for a dismissal with prejudice or, in the alternative, for an award of |
| 5 | attorneys' fees and costs. Pursuant to this Court's Order of April 29, 2009, no hearing has been |
| 6 | scheduled for this Motion. |

The Motion is based on the accompanying Memorandum of Points and Authorities in Support of the Motion for Dismissal with Prejudice or, in the Alternative, for Attorneys' Fees and Costs, the Declaration of Bradley Gates, the Declaration of Robert K. Edmunds, and the Proposed Order that is filed with the Motion.

DATED: May 18, 2009           BUCHANAN INGERSOLL & ROONEY LLP


/s/ Robert K. Edmunds
By:   ROBERT K. EDMUNDS
      Attorneys for Specially Appearing and Dismissed
      Defendants EDWARD F. REED TRUST, WARD
      FAMILY TRUST and WARD CREDIT TRUST

- 1 -