1   ROBERT K. EDMUNDS (SBN 89477)
    Email: robert.edmunds@bipc.com
2   BUCHANAN INGERSOLL & ROONEY LLP
    One America Plaza
3   600 West Broadway, Suite 1100
    San Diego, CA 92101
4   Telephone:    619 239 8700
    Facsimile:    619 702 3898
5
    Attorneys for Specially Appearing and Dismissed Defendants
6   EDWARD F. REED TRUST, WARD FAMILY TRUST and
    WARD CREDIT TRUST
7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,               Case No. 51-1247-GT-RBB

12              Plaintiff,                    **DECLARATION OF BRADLEY GATES IN
                                              SUPPORT OF MOTION FOR DISMISSAL
13   RAMONA BAND OF CAHUILLA,                 WITH PREJUDICE OR, IN THE
     CAHUILLA BAND OF INDIANS, et al.,        ALTERNATIVE, FOR ATTORNEYS'
                                              FEES AND COSTS**
14              Plaintiff-Intervenors,
                                              Judge:        Hon. Gordon Thompson, Jr.
15        vs.                                 Dept:         8
                                              Date:         No Hearing Date Set
16   FALLBROOK PUBLIC UTILITY DISTRICT,       Time:
     et al.,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF BRADLEY GATES                          Case No.: 51-1247-GT-RBB

1    I, Bradley Gates, declare the following:

2         1.    I am a Trustee of that certain trust named the Edward F. Reed Trust dated December

3    17, 1964 (the "Reed Trust") and hereby file this declaration in that capacity. I have personal

4    knowledge of the facts contained herein, and if called as a witness I could testify competently to

5    such facts.

6         2.    The Reed Trust, with the Ward Family Trust dated June 16, 1981 and the Ward

7    Credit Trust (collectively, the "Trusts"), own certain unimproved real property (the "Property")

8    located in Riverside County, California, several miles to the west/southwest of and outside the

9    boundaries of the Anza-Cahuilla Ground Water Sub-Basin (the "Basin"). Exhibit "A" is a true and

10   correct copy of a map obtained from the Riverside County's Online Land Information System

11   indicating the location of the Property adjacent to State Route 79 South and west of the intersection

12   of State Routes 79 and 371.  The western boundary of the Basin is several miles to the

13   north/northeast of the SR 79-371 intersection.

14        3.    Several years ago, the Trusts applied to the County of Riverside for approval of a

15   tentative tract map, Tentative Tract Map No. 29010 (the "Map"), for the purpose of subdividing four

16   parcels into lots for approximately 32 single-family residences.

17        4.    On or about June 11, 2008, the Riverside County Planning Commission gave final

18   approval to the Map subject to, among other things, Condition of Approval No. 60 Planning 26

19   requiring the Trusts to demonstrate to the County's satisfaction the availability of an on-site water

20   supply that the Trusts could use without interference from the Ramona Band and the Cahuilla Band

21   of Indians. Exhibit "B" is a true and correct copy of minutes from the Planning Commission's

22   meeting on June 11, 2008 at which the Planning Commission considered and approved the Map as

23   Item No. 5.6 on its public hearing agenda.  Exhibit "C" is a true and correct copy of the Condition

24   of Approval No. 60 Planning 26.

25        I declare under penalty of perjury pursuant to the laws of the State of California that the

26

27

28
                                           - 1 -

DECLARATION OF BRADLEY GATES                          Case No.: 51-1247-GT-RBB

1  foregoing is true and correct and that this declaration was executed in *SAN JUAN CAPISTRANO*

2  California, on the 18th day of May, 2009.

3

4  _____
   BRADLEY GATES

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

DECLARATION OF BRADLEY GATES                                    Case No.: 51-1247-GT-RBB