## EXHIBIT LIST

| EXHIBIT | DESCRIPTION | PAGES |
|---------|-------------|-------|
| A | Riverside County Online Land Information System Map of the Property | A-1 |
| B | June 11, 2008 Riverside County Planning Commission Meeting Minutes | B-2, 3 |
| C | Condition of Approval | C-4 |



**ALLLMSACTIVITIES**

☐ PARCELS

*IMPORTANT*
This information is made available through the Riverside County Geographic Information System. The information is for reference purposes only. It is intended to be used as base level information only and is not intended to replace any recorded documents or other public records. Contact appropriate County Department or Agency if necessary. Reference to recorded documents and public records may be necessary and is advisable.

REPORT PRINTED ON...Fri May 15 14:12:42 2009

Exhibit A
1

Location: Planning Home: > Public Hearings > 2008 Planning Commission > June 11, 2008 PC Actions

## June 11, 2008 - Public Hearing

### Consent Calender

1.1      **NONE**

### 3.0 - ITEMS RECOMMENDED FOR CONTINUANCE WITHOUT DISCUSSION

3.1 **CONTINUED WITHOUT DISCUSSION TO 6/25/08** (VOTE 4-0) (Commissioner Snell absent)
**GENERAL PLAN AMENDMENT NO. 861**
Project Planner: Richard Fairhurst
Ph: (951) 955-6757 or E-mail rfairhur@rctlma.org

### 4.0 - ITEMS THAT STAFF RECOMMENDS APPROVAL UNDER ONE MOTION UNLESS A COMMISSION MEMBER OR MEMBER OF THE PUBLIC DESIRES TO DICUSS THE MATTER: 9:00 a.m. or as soon as possible thereafter

4.1 **APPROVED:** (VOTE 4-0) (Commissioner Snell absent)
**SPECIFIC PLAN NO. 266, SUBSTANTIAL CONFORMANCE NO. 4 / CHANGE OF ZONE NO. 7656**
Project Planner: Andrew Gonzalez
Ph: (951) 955-2137 or E-mail angonzal@rctlma.org

### 5.0 - PUBLIC HEARING - 9:00 a.m. or as soon as possible thereafter:

5.1 **BIFORCATED THE RECOMMENDATION OF OVERRIDING CONSIDERATIONS AND DIFFERED TO THE ADOPTION OF A RESOLUTION ON 6/25/08:** (VOTE 4-0) (Commissioner Snell absent)
**ENVIRONMENTAL IMPACT REPORT NO. 485 / TENTATIVE PARCEL MAP NO. 33942 / PLOT PLAN NO. 20699**
Project Planner: Christian Hinojosa
Ph: (951) 955-0972 or E-mail chinojos@rctlma.org

5.2 **APPROVED:** (VOTE 4-0) (Commissioner Snell absent)
**CONDITIONAL USE PERMIT NO. 3418**
Project Planner: Christian Hinojosa
Ph: (951) 955-0972 or E-mail chinojos@rctlma.org

5.3 **APPROVED:** (VOTE 3-1) (Commissioner Snell absent and Commissioner Roth opposed)
**TENTATIVE TRACT MAP NO. 29762**
Project Planner: Russell Brady
Ph: (951) 955-1888 or E-mail rbrady@rctlma.org

5.4 **CONTINUED TO 8/6/08:** (VOTE 4-0) (Commissioner Snell absent)
**PLOT PLAN NO. 21441 / TENTATIVE PARCEL MAP NO. 35071**
Project Planner: Russell Brady
Ph: (951) 955-1888 or E-mail rbrady@rctlma.org

5.5 **APPROVED:** (VOTE 4-0) (Commissioner Snell absent)
**CHANGE OF ZONE NO. 7629 / PLOT PLAN NO. 23285**
Project Planner: Alisa Krizek
Ph: (951) 955-9075 or E-mail akrizek@rctlma.org

5.6 **APPROVED:** (VOTE 4-0) (Commissioner Snell absent)
**TENTATIVE TRACT MAP NO. 29010**
Project Planner: Jeff Horn
Ph: (951) 955-4641 or E-mail jchorn@rctlma.org

5.7 **APPROVED:**
**PUBLIC USE PERMIT NO. 894**

Exhibit B
2

|  |  |  |
|---|---|---|
|  | **(VOTE 4-0)**<br>**(Commissioner Snell absent)** | Project Planner: Jim Phithayanukarn<br>Ph: (951) 955-5133 or E-mail jphithay@rctlma.org |
| 5.8 | **APPROVED:**<br>**(VOTE 4-0)**<br>**(Commissioner Snell absent)** | **CHANGE OF ZONE NO. 7586 / TENTATIVE TRACT MAP NO. 34747**<br>Project Planner: Jim Phithayanukarn<br>Ph: (951) 955-5133 or E-mail jphithay@rctlma.org |
| 5.9 | **CONTINUE WITH DISCUSSION OFF CALENDAR:**<br>**(VOTE 4-0)**<br>**(Commissioner Snell absent)** | **PUBLIC USE PERMIT NO. 778, REVISED PERMIT NO. 3**<br>Project Planner: Jeffery Childers<br>Ph: (951) 955-3626 or E-mail jchilder@rctlma.org |
| 5.10 | **APPROVED:**<br>**(VOTE 3-0)**<br>**(Commissioners Snell and Petty absent)** | **GENERAL PLAN AMENDMENT NO. 762 / CHANGE OF ZONE NO. 7207 / TENTATIVE TRACT MAP NO. 33987**<br>Project Planner: Jeffery Childers<br>Ph: (951) 955-3626 or E-mail jchilder@rctlma.org |
| 5.11 | **APPROVED:**<br>**(VOTE 3-0)**<br>**(Commissioners Snell and Petty absent)** | **CHANGE OF ZONE NO. 7525 / TENTATIVE PARCEL MAP NO. 35539**<br>Project Planner: Jeffery Childers<br>Ph: (951) 955-3626 or E-mail jchilder@rctlma.org |
| 5.12 | **APPROVED:**<br>**(VOTE 3-0)**<br>**(Commissioners Snell and Petty absent)** | **CHANGE OF ZONE NO. 7440 / PLOT PLAN NO. 22249**<br>Project Planner: Jeffery Childers<br>Ph: (951) 955-3626 or E-mail jchilder@rctlma.org |

Exhibit B
3

| 60.PLANNING 023 | MAP- ARCHAEOLOGIST RETAINED | Status: | Conditions: |
|---|---|---|---|
| PRIOR TO GRADING PRMT ISSUANCE | | INEFFECT | Outstanding |

Prior to the issuance of grading permits, a qualified archeologist shall be retained by the land divider for consultation and comment on the proposed grading by the land divider for consultation and comment on the proposed grading with respect to potential impacts to unique cultural resources. Should the Archeologist, after consultation with the appropriate Native American tribe(s) find the potential is high for impact to unique archeological resources (cultural resources and sacred sites), a pre-grading meeting between the archeologist, Native American monitor(s) and the excavation and grading contractor shall take place. During grading operations, when deemed necessary in the professional opinion of the retained archeologist or Native American monitor(s) (and/or as determined by the Planning Director), the archeologist, the archeologists onsite representative(s) and the Native American monitor(s) shall actively monitor all project related grading and construction and shall have the authority to temporarily divert, redirect, or halt grading activity to allow recovery of unique cultural resources. Prior to the issuance of grading permits, the NAME, ADDRESS and PHONE NUMBER of the retained archeologist shall be submitted to the Planning Department and the Department of Building and Safety- Grading Division. If the retained archeologist after consultation with the appropriate Native American tribe(s), finds no potential for impacts to unique cultural resources, a letter shall be submitted to the Planning Department certifying this finding by the retained qualified archeologist.

| 60.PLANNING 024 | MAP- NATIVE AMERICAN MONITOR | Status: | Conditions: |
|---|---|---|---|
| PRIOR TO GRADING PRMT ISSUANCE | | INEFFECT | Outstanding |

Tribal monitor(s) from the appropriate Native American Tribe(s) shall be required on-site during all ground disturbing activities. The Land divider/permit holder shall retain a qualified tribal monitor from the Pechanga Tribe. Prior to issuance of a grading permit the developer shall submit a copy of a signed contract between the appropriate Native American tribe and the land divider/permit holder for the monitoring of the project to the Planning Department and to the Department of Building and Safety. The Native American monitor(s) shall have the authority to monitor all ground disturbance activities and shall have the authority to temporarily divert, redirect or halt grading activities to allow recovery of Native American resources.

| 60.PLANNING 025 | MAP- CULTURAL ARTIFCT AGREEMNT | Status: | Conditions: |
|---|---|---|---|
| PRIOR TO GRADING PRMT ISSUANCE | | INEFFECT | Outstanding |

Prior to grading permit issuance, the applicant shall provide the Planning Director evidence of an Agreement with the appropriate Native American tribe that addresses the treatment and disposition of all cultural resources impacted as a result of the development. The Developer shall relinquish ownership of all cultural resources, including all archeological artifacts that are of Native American origin, found in the Project area to the Pechanga tribe for proper treatment and disposition.

| 60.PLANNING 026 | MAP - HYDROLOGICAL STUDY(2) | Status: | Conditions: |
|---|---|---|---|
| PRIOR TO GRADING PRMT ISSUANCE | | INEFFECT | Outstanding |

Prior to Recordation of the map or Prior to the Issuance of Grading Permit(s), whichever comes first: Detailed Hydrological Studies must be submitted to and approved by the Riverside County Planning Department and County Engineering Geologist that demonstrates that adequate water is available for each lot within the proposed subdivision. The County may secure the services of an independent third party hydrogeologist to assist in the review of the requisite study. All costs associated with this review shall be accommodated by the applicant. The professional Geologist and Hydrogeologist report shall document that the well is drawing water from the fractured bedrock formation and avoiding drawing water from the alluvial formation that is under the purview of the Watermaster managing the Santa Margarita River Watershed. [AMENDED PER PLANNING COMMISSION 6/11/08]

| 70.PLANNING 001 | MAP- ARCHEO PHASE II REQUIRED | Status: | Conditions: |
|---|---|---|---|
| PRIOR TO GRADING FINAL INSPECT | | INEFFECT | Outstanding |

Applicant shall perform, and provide to the Planning Department, an archeological phase II study prior to