1 | ROBERT K. EDMUNDS (SBN 89477)
Email: robert.edmunds@bipc.com
2 | BUCHANAN INGERSOLL & ROONEY LLP
ONE AMERICA PLAZA
3 | 600 West Broadway, Suite 1100
San Diego, CA 92101
4 | Telephone:     619 239 8700
Facsimile:     619 702 3898
5 |
Attorneys for Specially Appearing and Dismissed Defendants
6 | EDWARD F. REED TRUST, WARD FAMILY TRUST, and
WARD CREDIT TRUST
7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                    SOUTHERN DISTRICT OF CALIFORNIA

10 |

| UNITED STATES OF AMERICA, | Case No. 51-1247-GT-RBB |
| | |
| Plaintiff, | **DECLARATION OF ROBERT K. EDMUNDS IN SUPPORT OF MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | |
| Plaintiff-Intervenors, | |
| vs. | Judge:     Hon. Gordon Thompson, Jr. |
| | Dept:     8 |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Date:     No Hearing Date Set |
| | Time: |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBERT K. EDMUNDS' DECLARATION                    Case No.: 51-1247-GT-RBB

I, Robert K. Edmunds, declare:

1.      I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Southern District of California. I am an attorney with Buchanan Ingersoll & Rooney ("BIR") in its San Diego office. I have personal knowledge of the facts stated herein, and as to those facts stated on information and belief, believe them to be true, and if called upon, I could and would testify competently thereto.

2.      Since May, 2008, I, along with other BIR lawyers, have represented the Edward F. Reed Trust dated December 17, 1964, the Ward Family Trust dated June 16, 1981, and the Ward Credit Trust (collectively, the "Trusts") in connection with the claims that the Ramona Band of Cahuilla and the Cahuilla Band of Indians have asserted against the Trusts and others in the above-encaptioned action (the "Action"). BIR has also represented the Trusts in connection with certain applications for land-use entitlements for Tentative Tract Map No. 29010 that the Trusts submitted to the County of Riverside.

3.      I am informed and believe that in connection with BIR's representation of the Trusts in this Action, BIR attorneys and staff have expended more than 102.1 hours providing legal services in this matter and have advanced costs in an amount over $2,035.58 during the period commencing on May 27, 2008 and ending on April 30, 2009.

4.      Based on my review of the billing statements attached as Exhibit A and incorporated herein by this reference[1], which statements BIR prepares and maintains in the ordinary course of its business, the legal services BIR has rendered to the Trusts may be broken down into the following categories, numbers of hours, and amounts billed:

| CATEGORY | SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| Court Hearings | Prepare for and attend | 12.1 | $5,095.00 |

[1] The inclusion of the BIR billing statements as an exhibit to this declaration shall not constitute, and shall not be construed to constitute, a waiver by the Trusts of any evidentiary privileges, including, without limitation, the attorney-client privilege.

- 1 -

ROBERT K. EDMUNDS' DECLARATION                                    Case No.: 51-1247-GT-RBB

| | status conferences and hearings. | | |
|---|---|---|---|
| Settlement | Prepare for and attend settlement conferences with Ramona Band and/or Cahuilla Band | 50.9 | $22,436.00 |
| Legal Analysis | Research and analyze Tribes' claims, prior court proceedings and interlocutory judgments, possible defenses, etc. | 25.3 | $10,399.00 |
| Oral and Written Communications | With Clients | 3.7 | $1,398.00 |
| Oral and Written Communications | Among BIR attorneys and staff | 4.9 | $2,238.00 |
| Oral and Written Communications | With attorneys for the Tribes, the United States, and other defendants | 5.2 | $2,404.00 |
| **Total** | | 102.1 | **$43,970.00** |

5.      In addition the legal fees, BIR advanced the Trusts a total of $2,035.58 in costs and expenses for such things as mileage, copies, facsimile charges, and postage.

6.      None of the legal fees or costs described above include the legal fees charged or costs advanced by BIR related to its representation of the Trusts in connection with their applications for land-use entitlements for Tentative Tract Map No. 29010.

7.      The following brief biographies describe the qualifications of the person who provided the legal services described above:

a.      Robert K. Edmunds, Senior Attorney:

        Mr. Edmunds graduated from law school in 1978 and was admitted to the State Bar of California in 1979.  Mr. Edmunds has 30 years of experience with, among other things, commercial, business, and real estate litigation in state and federal courts; real estate sales,

ROBERT K. EDMUNDS' DECLARATION                                    Case No.: 51-1247-GT-RBB

1   acquisitions, and financing; and Native American law.  During the period of BIR's representation of

2   the Trusts, Mr. Edmunds' hourly billing rates were $415.00 and $450.00.

3        b.      <u>Keith R. Solar, Managing Partner</u>

4        Mr. Solar graduated from law school in 1985 and was admitted to the State Bar of

5   California in 1985.  With respect to water rights and water-related issues, Mr. Solar has extensive

6   experience negotiating and documenting the purchase, sale or lease of adjudicated groundwater

7   rights, groundwater, privately owned water systems, shares in mutual water companies, and

8   public/private partnerships for municipal water systems.  On behalf of private water clients, Mr.

9   Solar has particular experience, among other things, in analyzing the nature and priority of riparian,

10   overlying, appropriative or prescriptive water rights that such clients are applying or attempting to

11   apply to reasonable and beneficial use.  During the period of BIR's representation of the Trusts, Mr.

12   Solar's hourly billing rates were $480.00 and $520.00

13      I declare under penalty of perjury under the laws of the State of California that the foregoing

14   is true and correct and this Declaration is executed on the 18th day of May, 2008 at San Diego,

15   California.

16

17                     /s/ Robert K. Edmunds

                         Robert K. Edmunds

18

19

20

21

22

23

24

25

26

27

28

ROBERT K. EDMUNDS' DECLARATION            Case No.: 51-1247-GT-RBB