# Buchanan Ingersoll ⚌ Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRADLEY L. GATES
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

August 18, 2008
Invoice No. 10136620

**For Professional Services Rendered Through July 28, 2008:**

RE:   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
          0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 05/27/08 | R. Edmunds | 0.00 | Conference with K. Solar re water rights litigation (.3 hours at no charge) |
| 05/29/08 | R. Edmunds | 0.00 | Telephone call from Mr. Gates re preparation of response to lawsuit (.3 hours at no charge) |
| 05/30/08 | K. Solar | 0.60 | Gates -- Reviewed emails from SCA, RKE re water rights issues (.3); began to review background (.3). |
| 05/30/08 | R. Edmunds | 0.00 | Draft email to S. Alhadeff re initial analysis of water rights claims of tribes and client (.3 hours at no charge) |
| 05/30/08 | R. Edmunds | 0.30 | Review Court Order approving ex parte application for extensions of time (Ramona Water Rights litigation); draft email to C. Berkey re same |
| 06/10/08 | K. Solar | 2.50 | Gates -- Continued review of pleadings on file in litigation (U.S. complaint, Rancho Santa Margarita judgment, Ramona Band first amended complaint, Cahuilla first amended complaint) (2.5) |
| 06/12/08 | K. Solar | 1.50 | Gates -- Continued review of water rights documents (interlocutory judgment 41) (1.5) |
| 06/20/08 | K. Solar | 1.00 | Gates -- Telephone conference with RKE, M. Gage re water issues at Riverside County property, strategy for moving forward (.7); telephone conference with RKE re issues related to same (.3) |
| 06/20/08 | R. Edmunds | 0.70 | Conference call with Mr. Gates, T. Matthews, K. Solar re history of water use, status of TTM 29010 |
| 06/20/08 | R. Edmunds | 0.00 | Conference with K. Solar re water rights analysis (.3 hours at no charge) |
| 06/25/08 | K. Solar | 0.00 | Gates -- Reviewed ownership chain of title for Riverside property (.3 hours at no charge) |
| 06/25/08 | R. Edmunds | 0.60 | Review materials received from T. Mathews; research final and amended final judgments; draft email to K. Solar re same |
| 06/30/08 | K. Solar | 0.20 | Gates -- Conference with RKE re stay of litigation re Ramona Band, extension of time to answer, possible settlement (.2) |
| 06/30/08 | R. Edmunds | 1.80 | Attend hearing on motion for temporary stay re Ramona Band water rights case; draft email to Mr. Gates re same |

Exhibit A
Page 1

# Buchanan Ingersoll ∧ Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
        0075009-000001

Page 2
August 18, 2008
Invoice No. 10136620

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 07/14/08 | R. Edmunds | 0.80 | Telephone call with Mr. Gates re scheduled settlement meeting, possible exit from litigation; draft email to C. Berkey re location of property, exit from litigation |
| 07/14/08 | R. Edmunds | 0.30 | Review letter from C. Berkey re invitation to settlement meeting; draft email to Mr. Gates re same |
| 07/21/08 | K. Solar | 0.70 | Gates -- Conference with RKE re settlement conference (.2); brief review of materials received from client (.5) |
| 07/21/08 | R. Edmunds | 0.30 | Conference with K. Solar re settlement meeting |
| 07/24/08 | K. Solar | 0.30 | Gates -- Conference with RKE re results from Ramona Band settlement conference, issues with potential settlement (.3) |
| 07/24/08 | R. Edmunds | 0.40 | Conference with K. Solar re settlement meeting with Ramona Band |
| 07/24/08 | R. Edmunds | 2.40 | Prepare for settlement meeting with Ramona Band; attend same |
| 07/28/08 | R. Edmunds | 0.30 | Call to S. Williams re Cahuilla Tribe's claims (left message); draft email to S. Williams re same |

Total Hours   14.70

Total Fees   $6,542.50

## DESCRIPTION OF COSTS

| Description | Amount |
|------------|--------|
| 07/31/08.  Copies, faxes & postage at 4.00 percent | 261.70 |

Total Costs   $261.70

| Amount Due This Invoice: | $6,804.20 |
|---|---|

Exhibit A
Page 2

**Buchanan Ingersoll ▲ Rooney** LLP
Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
        0075009-000001

Page 3
August 18, 2008
Invoice No. 10136620

## TIMEKEEPER SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Solar | 6.80 | 480.00 | 3,264.00 |
| R. Edmunds | 7.90 | 415.00 | 3,278.50 |
| Total | 14.70 | | 6,542.50 |

Exhibit A
Page ⅜

**Buchanan Ingersoll ^ Rooney LLP**
Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com


BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

September 10, 2008
Invoice No. 10142466

**For Professional Services Rendered Through August 29, 2008:**

RE:    TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
       0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 08/19/08 | K. Solar | 0.50 | Reviewed and commented on proposed settlement outline from the Ramona Band (.5) |
| 08/20/08 | K. Solar | 0.30 | Conference with RKE re water rights issues involved in settlement proposed by Ramona Band (.3) |
| 08/20/08 | R. Edmunds | 1.00 | Review Ramona Band's proposed settlement talking points; conference with K. Solar re same |
| 08/27/08 | R. Edmunds | 4.50 | Prepare for second settlement meeting with Ramona Band; attend meeting |
| 08/28/08 | K. Solar | 0.20 | Conference with RKE re issues arising at settlement conference (.2) |
| 08/28/08 | R. Edmunds | 2.00 | Review proposed confidential settlement document; conference with K. Solar re analysis of Ramona Band settlement concepts; call to C. Berkey re same (left message); analyze Indian water rights |
| 08/29/08 | K. Solar | 1.10 | Began review of summary of Indian water rights law issues in context of proposed settlement discussions (.8) |

|  | Total Hours | 9.60 |  |

| | Total Fees | $4,120.50 |

**DESCRIPTION OF COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| 06/30/08 | On-Line Search Service - Pacer (June 2008) | 84.48 |
| 08/31/08 | Copies, faxes & postage at 4.00 percent | 164.82 |
|  | Total Costs | $249.30 |
|  | **Amount Due This Invoice:** | **$4,369.80** |

Exhibit A
Page 4

TAX ID: 25-0998703

**Buchanan Ingersoll ⚓ Rooney** LLP
Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
      0075009-000001

Page 2
September 10, 2008
Invoice No. 10142466

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Solar | 2.10 | 480.00 | 1,008.00 |
| R. Edmunds | 7.50 | 415.00 | 3,112.50 |
| Total | 9.60 | | 4,120.50 |

Exhibit A
Page **5**

# Buchanan Ingersoll & Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

October 13, 2008
Invoice No. 10151751

**For Professional Services Rendered Through September 30, 2008:**

RE:   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
      0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 08/29/08 | R. Edmunds | 0.80 | Review proposed confidentiality agreement; draft email to C. Berkey re comments on settlement proposal; telephone call from C. Berkey re same |
| 09/22/08 | K. Solar | 0.20 | Email from RKE and review of memorandum re settlement conference with federal negotiators (.2) |
| 09/29/08 | R. Edmunds | 2.00 | Prepare for and attend status conference; draft email to Mr. Gates re same |
| 09/30/08 | R. Edmunds | 4.40 | Prepare for and attend settlement meeting with Ramona Tribe attorney and Federal Negotiating Team |

Total Hours     7.40

Total Fees     $3,084.00

## DESCRIPTION OF COSTS

| Description | Amount |
|-----------|--------|
| 06/30/08 | Mileage R. K. Edmunds Attend court hearing regarding motion for a stay | 6.06 |
| 07/24/08 | Mileage R. K. Edmunds Travel to Ramona Band settlement meeting | 32.76 |
| 08/27/08 | Mileage R. K. Edmunds Attend second settlement meeting with Ramona Band | 69.03 |
| 09/30/08 | Copies, faxes & postage at 4.00 percent | 123.36 |

Total Costs     $231.21

**Amount Due This Invoice:     $3,315.21**

Exhibit A
Page 6

**Buchanan Ingersoll ⚙ Rooney** LLP
Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
      0075009-000001

Page 2
October 13, 2008
Invoice No. 10151751

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Solar | 0.20 | 480.00 | 96.00 |
| R. Edmunds | 7.20 | 415.00 | 2,988.00 |
| Total | 7.40 | | 3,084.00 |

Exhibit A
Page **7**

TAX ID: 25-0998793

# Buchanan Ingersoll ⅋ Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

November 12, 2008
Invoice No. 10160366

**For Professional Services Rendered Through October 30, 2008:**

RE:     TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
        0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 09/02/08 | K. Solar | 0.70 | Review and analysis of proposed settlement stipulation received from Ramona Band (.7) |
| 09/05/08 | K. Solar | 0.90 | Continued research into tribal water rights (.9) |
| 09/09/08 | K. Solar | 0.30 | Conference with RKE re issues, strategy for proposed settlement with Ramona Band (.3) |
| 09/09/08 | R. Edmunds | 1.00 | Conference with K. Solar re analysis of water rights, settlement ideas; research good faith settlements |
| 09/18/08 | R. Edmunds | 0.30 | Conference with C. Dantchev re petitioner refusal to dismiss for failure to exhaust administrative remedies |
| 10/22/08 | K. Solar | 0.40 | Review and analysis of proposed settlement outline (.4) |
| 10/22/08 | R. Edmunds | 1.00 | Analyze Ramona Band's revised settlement outline |
| 10/28/08 | R. Edmunds | 1.00 | Prepare for October 30 settlement conference |
| 10/29/08 | R. Edmunds | 0.50 | Draft email to C. Berkey re comments on Ramona Band's settlement framework |
| 10/30/08 | R. Edmunds | 4.30 | Prepare for and attend settlement meeting with Ramona Band and Federal Negotiating Team |

|  | Total Hours | 10.40 |  |

| | | |
|---|---|---|
| Fee Total | | $4,465.50 |
| Less Courtesy Discount | | ($446.55) |
| Adjusted Fee Total | | $4,018.95 |

## DESCRIPTION OF COSTS

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/08 | Mileage Mileage R. K. Edmunds Attend settlement meeting with Ramona Band and Federal Negotiati | 63.77 |
| 10/27/08 | On-Line Search Service - Pacer (September 2008) | 2.72 |

Exhibit A
Page

Pennsylvania  ::  New York  ::  Washington, DC  ::  Virginia  ::  Florida  ::  New Jersey  ::  Delaware  ::  California

TAX ID: 25-0998793

**Buchanan Ingersoll ⚘ Rooney** LLP
Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
      0075009-000001

Page 2
November 12, 2008
Invoice No. 10160366

| | Description | Amount |
|---|---|---|
| 10/31/08 | Copies, faxes & postage at 4.00 percent | 160.76 |
| | Total Costs | $227.25 |
| | **Amount Due This Invoice:** | **$4,246.20** |

Exhibit A
Page ⟍

TAX ID: 25-0998793

# Buchanan Ingersoll &amp; Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
        0075009-000001

Page 3
November 12, 2008
Invoice No. 10160366

## TIMEKEEPER SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Solar | 2.30 | 480.00 | 1,104.00 |
| R. Edmunds | 8.10 | 415.00 | 3,361.50 |
| Total | 10.40 | | 4,465.50 |

Exhibit A
Page 10

# Buchanan Ingersoll **&** Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

December 3, 2008
Invoice No. 10166071

**For Professional Services Rendered Through November 19, 2008:**

RE:   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/17/08 | R. Edmunds | 0.30 | Return call from J. Ackerman re settlement deal points with Ramona Band |
| 11/18/08 | K. Solar | 0.30 | Review and analysis of settlement framework and conference with RKE re same (.3) |
| 11/18/08 | R. Edmunds | 0.30 | Conference with K. Solar re analysis of settlement deal points |
| 11/19/08 | R. Edmunds | 3.80 | Prepare for settlement meeting with Ramona Band, US negotiating team; attend same |
| | Total Hours | 4.70 | |

Total Fees   $1,970.00

**DESCRIPTION OF COSTS**

| Description | Amount |
|------------|--------|
| 10/30/08   Mileage R. K. Edmunds Attend Ramona band settlement meeting | 32.76 |
| 11/24/08   On-Line Search Service - Pacer (San Diego Office) October 2008 | 4.88 |
| 11/30/08   Copies, faxes & postage at 4.00 percent | 78.80 |
| Total Costs | $116.44 |
| **Amount Due This Invoice:** | **$2,086.44** |

Exhibit A
Page *11*

# Buchanan Ingersoll & Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
      0075009-000001

Page 2
December 3, 2008
Invoice No. 10166071

## TIMEKEEPER SUMMARY

| Name | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| K. Solar | | 0.30 | 480.00 | 144.00 |
| R. Edmunds | | 4.40 | 415.00 | 1,826.00 |
| | Total | 4.70 | | 1,970.00 |

Exhibit A
Page 12

# Buchanan Ingersoll ⚜ Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

January 15, 2009
Invoice No. 10176470

**For Professional Services Rendered Through December 17, 2008:**

RE:   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
       0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/01/08 | R. Edmunds | 1.30 | Attend federal court status conference |
| 12/01/08 | R. Edmunds | 1.00 | Prepare for Cahuilla settlement meeting; conference with K. Solar re same |
| 12/02/08 | R. Edmunds | 6.70 | Attend Cahuilla Band settlement meeting |
| 12/03/08 | R. Edmunds | 0.30 | Review J. Markman letter to C. Berkey re framework language for settlement with Ramona Band |
| 12/03/08 | R. Edmunds | 0.30 | Draft email to C. Condon (Cahuilla's attorney) re location of Tract Map 29010 |
| 12/05/08 | R. Edmunds | 0.40 | Analyze potential settlement language; telephone call with J. Ackerman re same |
| 12/09/08 | K. Solar | 0.30 | Reviewed and commented on draft settlement principles (.3) |
| 12/09/08 | R. Edmunds | 0.30 | Telephone call with J. Markman re questions about draft settlement language |
| 12/16/08 | R. Edmunds | 6.50 | Attend settlement meeting with Ramona Band; attend settlement meeting with Cahuilla tribe |
| 12/17/08 | K. Solar | 0.40 | Conference with RKE re water law issues (.3); email from RKE to client re status of settlement discussions, outstanding issues (.1) |
| 12/17/08 | R. Edmunds | 0.70 | Draft status report for Mr. Gates; email same to Mr. Gates |
| 12/17/08 | R. Edmunds | 1.00 | Analyze Cahuilla settlement position; conference with K. Solar re same; telephone call with C. Binder re applicable interlocutory judgments |

Total Hours    19.20

Total Fees                $8,013.50

**DESCRIPTION OF COSTS**

Exhibit A
Page *13*

TAX ID: 25-0998793

**Buchanan Ingersoll ⚓ Rooney** LLP
Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
      0075009-000001

Page 2
January 15, 2009
Invoice No. 10176470

| Description | Amount |
|---|---|
| 11/19/08   Mileage R. K. Edmunds Travel to attend Ramona Band settlement meeting | 31.59 |
| 12/31/08   Copies, faxes & postage at 4.00 percent | 320.54 |
| Total Costs | $352.13 |
| **Amount Due This Invoice:** | **$8,365.63** |

Exhibit A
Page 14

# Buchanan Ingersoll ⚓ Rooney LLP
**Attorneys & Government Relations Professionals**

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
     0075009-000001

Page 3
January 15, 2009
Invoice No. 10176470

## TIMEKEEPER SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Solar | 0.70 | 480.00 | 336.00 |
| R. Edmunds | 18.50 | 415.00 | 7,677.50 |
| Total | 19.20 | | 8,013.50 |

Exhibit A
Page *15*

# Buchanan Ingersoll ⚙ Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3840
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

February 11, 2009
Invoice No. 10182311

**For Professional Services Rendered Through January 30, 2009:**

RE:   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
      0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 01/09/09 | R. Edmunds | 0.40 | Review Ramona Band's proposed revisions to settlement deal points |
| 01/14/09 | R. Edmunds | 0.30 | Review and reply to email from Mr. Gates re status of settlement discussions |
| 01/14/09 | R. Edmunds | 5.50 | Prepare for settlement meeting with Ramona Band; attend same |
| 01/15/09 | R. Edmunds | 0.30 | Draft email to C. Berkey re possible alternative settlement idea |
| 01/16/09 | R. Edmunds | 0.30 | Telephone call from W. Koska re ideas for completing settlements |
| 01/21/09 | R. Edmunds | 1.50 | Review settlement materials received from Watermaster C. Binder |
| 01/30/09 | R. Edmunds | 0.50 | Review email received from C. Berkey re separate settlement; telephone call with C. Berkey re same; draft email to C. Berkey re same |

| | | |
|---|---|---|
| Total Hours | 8.80 | |

|  | |
|--|--|
| Total Fees | $3,960.00 |

**DESCRIPTION OF COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/09 | On-Line Search Service - Pacer (December 2008) | 10.00 |
| 01/31/09 | Copies, faxes & postage at 4.00 percent | 158.40 |

| | |
|--|--|
| Total Costs | $168.40 |
| **Amount Due This Invoice:** | **$4,128.40** |

Exhibit A
Page 16

# Buchanan Ingersoll ▲ Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS

RE.  TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
    0075009-000001

Page 2
February 11, 2009
Invoice No. 10182311

## TIMEKEEPER SUMMARY

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Edmunds | | 8.80 | 450.00 | 3,960.00 |
| | Total | 8.80 | | 3,960.00 |

Exhibit A
Page 17

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: California

TAX ID: 26-0998793

**Buchanan Ingersoll ∧ Rooney** LLP
Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

March 16, 2009
Invoice No. 10190971

**For Professional Services Rendered Through February 24, 2009:**

RE:   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
         0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 02/03/09 | R. Edmunds | 0.60 | Draft email to C. Condon (Cahuilla Band attorney) re settlement meeting, lack of jurisdiction over tract map |
| 02/04/09 | R. Edmunds | 0.30 | Review email from C. Condon (Cahuilla attorney) re next settlement meeting, dismissal of Trusts |
| 02/04/09 | R. Edmunds | 0.30 | Conference with K. Solar re ideas for separate settlement |
| 02/09/09 | K. Solar | 0.10 | Email from RKE re status of proposed settlements (.1) |
| 02/09/09 | R. Edmunds | 0.40 | Review and reply to email from Mr. Gates re request for a status report |
| 02/13/09 | R. Edmunds | 0.40 | Return call from C. Berkey re analysis of separate settlement ideas under IJ-34A |
| 02/13/09 | R. Edmunds | 0.40 | Review Cahuilla Band settlement framework |
| 02/17/09 | R. Edmunds | 1.00 | Analyze Cahuilla Band's settlement proposal |
| 02/18/09 | R. Edmunds | 4.50 | Prepare for and attend Cahuilla Band settlement meeting |
| 02/19/09 | K. Solar | 0.20 | Conference with RKE re potential sale of desalinated water to Cahuilla Indian tribe (.2) |
| 02/19/09 | R. Edmunds | 1.30 | Analyze interlocutory judgments; telephone call with C. Binder re effect of interlocutory judgments on client's property; call to C. Berkey re same (left message) |
| 02/20/09 | R. Edmunds | 0.40 | Telephone call from W. Koska re settlement strategy; draft email to C. Berkey re additional settlement provision |
| 02/20/09 | R. Edmunds | 1.30 | Return telephone call from C. Berkey re Ramona and Cahuilla settlement proposals; analyze tract map condition of approval re water supply |
| 02/23/09 | R. Edmunds | 0.50 | Draft email to C. Berkey, C. Condon re comments on Ramona and Cahuilla settlement proposals |
| 02/24/09 | R. Edmunds | 0.30 | Review and reply to email from J. Markman re settlement steering committee, settlement comments sent to C. Berkey and C. Condas |

Total Hours    12.00

Exhibit A
Page 18

TAX ID: 25-0998793

# Buchanan Ingersoll ⚖ Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS

RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
        0075009-000001

Page 2
March 16, 2009
Invoice No. 10190971

|  |  |
|---|---|
| Total Fees | $5,421.00 |

## DESCRIPTION OF COSTS

| Date | Description | Amount |
|---|---|---|
| 12/02/08 | Mileage R. K. Edmunds Travel to/from Cahuilla Band settlement meeting | 93.60 |
| 12/16/08 | Mileage R. K. Edmunds Travel to/from Ramona and Cahuilla Band settlement meetings | 59.67 |
| 01/14/09 | Mileage R. K. Edmunds Travel to/from settlement meeting with Ramona Band | 56.10 |
| 02/20/09 | On-Line Search Service - Pacer (Pittsburgh) January 2009 | 3.68 |
| 02/28/09 | Copies, faxes & postage at 4.00 percent | 216.84 |

|  |  |
|---|---|
| Total Costs | $429.89 |
| **Amount Due This Invoice:** | **$5,850.89** |

Exhibit A
Page 19

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: California

TAX ID: 25-0998793

# Buchanan Ingersoll ∧ Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
      0075009-000001

Page 3
March 16, 2009
Invoice No. 10190971

## TIMEKEEPER SUMMARY

| Name | | Hours | Rate | Amount |
|------|---|------|------|--------|
| K. Solar | | 0.30 | 520.00 | 156.00 |
| R. Edmunds | | 11.70 | 450.00 | 5,265.00 |
| | Total | 12.00 | | 5,421.00 |

Exhibit A
Page **20**

TAX ID: 26-0998793

# Buchanan Ingersoll ⚖ Rooney LLP
Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com

BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

April 9, 2009
Invoice No. 10196511

**For Professional Services Rendered Through March 23, 2009:**

RE:   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
      0075009-000001

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 03/09/09 | R. Edmunds | 2.00 | Attend status conference with District Court; attend meeting with federal magistrate judge |
| 03/10/09 | R. Edmunds | 6.30 | Attend Cahuilla settlement meeting |
| 03/11/09 | R. Edmunds | 0.40 | Review draft status report received from S McElroy; review and reply to email from J. Ackerman re same; review and reply to email from M. Staples re same |
| 03/23/09 | R. Edmunds | 0.40 | Review email exchange between J. Markman and M. Levin (Deputy AG) re California's concerns about a limited adjudication of the Anza-Cahuilla Basin |
| 03/23/09 | R. Edmunds | 2.50 | Attend conference with Magistrate Judge re dismissal of out-of-basin property owners |
|  | Total Hours | 11.60 |  |

Total Fees            $5,220.00

**DESCRIPTION OF COSTS**

| Description | Amount |
|---|---|
| 02/18/09   Mileage R. K. Edmunds Attend Cahuilla Band settlement meeting | 63.80 |
| 03/26/09   On-Line Search Service - Pacer (February 2009) | 6.08 |
| 03/31/09   Copies, faxes & postage at 4.00 percent | 208.80 |
| Total Costs | $278.68 |
| **Amount Due This Invoice:** | **$5,498.68** |

Exhibit A
Page 21

**Buchanan Ingersoll ⅍ Rooney** LLP
Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH – WATER RIGHTS LITIGATION
      0075009-000001

Page 2
April 9, 2009
Invoice No. 10196511

**TIMEKEEPER SUMMARY**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Edmunds | 11.60 | 450.00 | 5,220.00 |
| Total | 11.60 | | 5,220.00 |

Exhibit A
Page 22

# Buchanan Ingersoll ∧ Rooney LLP
### Attorneys & Government Relations Professionals

Temecula/The Inland Empire
Overland Corporate Center
41607 Margarita Road, Suite 103
Temecula, CA 92591
T 951 719 3640
F 951 719 3650
www.buchananingersoll.com


BRAD GATES, TRUSTEE
28546 PASEO DIANA
SAN JUAN CAPISTRANO, CA 92675

May 13, 2009
Invoice No. 10204919

**For Professional Services Rendered Through April 27, 2009:**

RE:   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
       0075009-000001

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 04/06/09 | R. Edmunds | 0.50 | Draft status report; email same to Mr. Gates |
| 04/06/09 | R. Edmunds | 0.40 | Review joint motions to dismiss and to file second amended complaint |
| 04/07/09 | R. Edmunds | 0.70 | Telephone call from Mr. Gates re status of litigation and possible resolution, extra Trust parcel; research extra parcel; draft email to M. Morales re extra Trust parcel |
| 04/27/09 | R. Edmunds | 2.00 | Prepare for and attend status conference and hearings on motions to dismiss |

Total Hours    3.60

Total Fees    $1,620.00

**DESCRIPTION OF COSTS**

| Description | Amount |
|-------------|--------|
| 04/28/09 On-Line Search Service - Pacer (March 2009) San Diego | 7.92 |
| 04/30/09 Copies, faxes & postage at 4.00 percent | 64.80 |

Total Costs    $72.72

**Amount Due This Invoice:**    **$1,692.72**

Exhibit A
Page 23

# Buchanan Ingersoll & Rooney LLP
### Attorneys & Government Relations Professionals

REED AND WARD TRUSTS
RE.   TEMECULA CREEK RANCH - WATER RIGHTS LITIGATION
       0075009-000001

Page 2
May 13, 2009
Invoice No. 10204919

## TIMEKEEPER SUMMARY

| Name | | Hours | Rate | Amount |
|------|---|-------|------|--------|
| R. Edmunds | | 3.60 | 450.00 | 1,620.00 |
| | Total | 3.60 | | 1,620.00 |

Exhibit A
Page 24

TAX ID: 26-0998793