ROBERT K. EDMUNDS (SBN 89477)
Email: robert.edmunds@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Facsimile: 619 702 3898

Attorneys for Specially Appearing and Dismissed Defendants
EDWARD F. REED TRUST, WARD FAMILY TRUST and
WARD CREDIT TRUST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　Defendants. | Case No. 51-1247-GT-RBB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:　　Hon. Gordon Thompson, Jr.<br>Dept:　　8<br>Date:　　No Hearing Date Set<br>Time: |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business is One America Plaza, 600 West Broadway, Suite 1100, San Diego, CA 92101. On May 18, 2009, I served the within documents:

1. **NOTICE OF MOTION AND MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS;**

3. **DECLARATION OF BRADLEY GATES IN SUPPORT OF MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS;**

4. **DECLARATION OF ROBERT K. EDMUNDS IN SUPPORT OF MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS;**

5. **[PROPOSED] ORDER RE MOTION FOR DISMISSAL WITH PREJUDICE OR, IN THE ALTERNATIVE, FOR ATTORNEYS' FEES AND COSTS.**

**The following are those who are currently on the list to receive e-mail notices for this case:**

Elsinore Valley Municipal Water District    matthew.green@bbklaw.com

M.E.M. Limited Partnership    prosenberg@hnattorneys.com

MCMX, LLC    sharper@bhsmck.com

Rancho California Water District    matthew.green@bbklaw.com

Sander Family Trust    gblank@san.rr.com

Alice E. Walker    awalker@mmwclaw.com, dvitale@mmwclaw.com

B. Tilden Kim    tkim@rwglaw.com, gduran@rwglaw.com

Bill J Kuenzinger    bkuenzinger@bhsmck.com, rjones@bhsmck.com

Bryan D. Sampson    mfickel@sampsonlaw.net

Charles W Binder    cwbinder@smrwm.org

Curtis G Berkey    cberkey@abwwlaw.com, mmorales@abwwlaw.com

- 1 -

CERTIFICATE OF SERVICE    Case No.: 51-1247-GT-RBB

| | |
|---|---|
| 1 | Daniel E. Steuer     dsteuer@mmwclaw.com, dvitale@mmwclaw.com |
| 2 | Daniel J Goulding     jhester@mccarthyholthus.com |
| 3 | Donald R Timms     dontimms@san.rr.com |
| 4 | |
| 5 | F Patrick Barry     patrick.barry@usdoj.gov |
| 6 | Frank Spitzer     george@chakmakislaw.com |
| 7 | Gary D Leasure     gleasure@garydleasure.com |
| 8 | George Chakmakis     george@chakmakislaw.com |
| 9 | Gerald (Jerry) Blank     gblank@san.rr.com, mejoslyn@sbcglobal.net |
| 10 | Harry Campbell Carpelan     hcarpelan@redwineandsherrill.com |
| 11 | |
| 12 | John A Karaczynski     jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com |
| 13 | |
| 14 | John Christopher Lemmo     jl@procopio.com, laj@procopio.com |
| 15 | Jonathan M Deer     jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
| 16 | Kevin Patrick Sullivan     ksullivan@pshlawyers.com, kstanis@pshlawyers.com |
| 17 | M. Catherine Condon     ccondon@mmwclaw.com, dvitale@mmwclaw.com |
| 18 | MILAN L. BRANDON     mbrandon@brandon-law.com |
| 19 | Marco Antonio Gonzalez     marco@coastlawgroup.com, sara@coastlawgroup.com |
| 20 | |
| 21 | Marilyn H Levin     marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov |
| 22 | Mark L Brandon     mbrandon@brandon-law.com, dslack@brandon-law.com |
| 23 | Mary L Fickel     mfickel@sampsonlaw.net, bsampson@sampsonlaw.net |
| 24 | Matthew L Green     matthew.green@bbklaw.com, lisa.grennon@bbklaw.com |
| 25 | Matthew N Falley     mfalley@ggfirm.com |
| 26 | |
| 27 | Michael Duane Davis     michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
| 28 | Michele A Staples     mstaples@jdtplaw.com, dtankersley@jdtplaw.com, |

| | |
|---|---|
| CERTIFICATE OF SERVICE | Case No.: 51-1247-GT-RBB |

| | |
|---|---|
| 1 | pgosney@jdtplaw.com |
| 2 | Patricia Grace Rosenberg    prosenberg@hnattorneys.com |
| 3 | Peter J Mort    pmort@akingump.com, jfukai@akingump.com |
| 4 | Richard Alvin Lewis    Rlewis@RichardLewis.com |
| 5 | Robert H James    bob@fallbrooklawoffice.com |
| 6 | Robert H. James    bob@fallbrooklawoffice.com |
| 7-8 | Robert M Cohen    rcohen@bcandblaw.com, vzaremba@bcandblaw.com, wwendelstein@bcandblaw.com |
| 9 | Scott B. McElroy    smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| 10-11 | Thomas C Stahl    Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov |
| 12 | Timothy P Johnson    tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| 13 | William Kenneth Koska    wkoska@koskalaw.com |

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically with the **United States District Court for the Southern District of California**, on May 18, 2009.

**3:51-cv-1247 Notice has been delivered by other means to:**

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

CERTIFICATE OF SERVICE                                  Case No.: 51-1247-GT-RBB

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

- 4 -

CERTIFICATE OF SERVICE                                         Case No.: 51-1247-GT-RBB

Executed on May 18, 2009, at San Diego, California.

*/s/ Jackie Forjais*
JACKIE FORJAIS