1  Robert M. Cohen - #97488
   COHEN & BURGE, LLP
2  30423 Canwood Street, Suite 208
   Agoura Hills, CA 91301
3  Phone:       (818) 991-7514

4  Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-1247-GT-RBB |
| Plaintiff, | NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | RESEARCH FOUNDATION TO INTERVENE |
| Plaintiff-Intervenors, | Hon. Gordon Thompson Jr. |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | NO ORAL ARGUMENT REQUIRED |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION hereby files its motion to intervene.  The motion will be heard by the Honorable Gordon Thompson Jr in Courtroom 8 of the United States District Court located at 940 Front Street, San Diego, CA 92101-8900 - no oral argument required, unless determined to be required by the Honorable Gordon Thompson Jr.

SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION requests intervention under Federal Rule of Civil Procedure 24 as a matter of right or, in the alternative, permissive intervention.  The motion by SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is based upon the authority contained in the memorandum of points and authorities, exhibits and

1 | declaration of Robert M. Cohen filed concurrently with this notice.

2 | Dated: May 22, 2009.                     COHEN & BURGE

         By ___/s/_____
                 ROBERT M. COHEN
                 Attorneys for SAN DIEGO
                 STATE UNIVERSITY
                 RESEARCH FOUNDATION

---

2

NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE