1  Robert M. Cohen - #97488
   COHEN & BURGE, LLP
2  30423 Canwood Street, Suite 208
   Agoura Hills, CA 91301
3  Phone:        (818) 991-7514

4  Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

5

6                    UNITED STATES DISTRICT COURT

7            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,              )    CIVIL NO.: 51-1247-GT-RBB
                                          )
9              Plaintiff,                 )    NOTICE OF MOTION OF SAN
                                          )    DIEGO STATE UNIVERSITY
10 RAMONA BAND OF CAHUILLA, CAHUILLA      )    RESEARCH FOUNDATION TO
   BAND OF INDIANS,                       )    INTERVENE
11                                        )
               Plaintiff-Intervenors,     )    Hon. Gordon Thompson Jr.
12                                        )
          v.                              )
13                                        )
   FALLBROOK PUBLIC UTILITY DISTRICT, et  )
14 al.,                                   )
                                          )
15                                        )
               Defendants.                )
16 ─────────────────────────────────     )    NO ORAL ARGUMENT REQUIRED

17

18 TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

19        NOTICE is hereby given that Defendant SAN DIEGO STATE UNIVERSITY

20 RESEARCH FOUNDATION hereby files its motion to intervene.  The motion will be heard by

21 the Honorable Gordon Thompson Jr in Courtroom 8 of the United States District Court located at

22 940 Front Street, San Diego, CA 92101-8900 - no oral argument required, unless determined to

23 be required by the Honorable Gordon Thompson Jr.

24        SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION requests intervention

25 under Federal Rule of Civil Procedure 24 as a matter of right or, in the alternative, permissive

26 intervention.  The motion by SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

27 is based upon the authority contained in the memorandum of points and authorities, exhibits and

28

1   declaration of Robert M. Cohen filed concurrently with this notice.

2   Dated:  May 22, 2009.                    COHEN & BURGE

3

4                                       By ___/s/_____
5                                          ROBERT M. COHEN
                                           Attorneys for SAN DIEGO
6                                          STATE  UNIVERSITY
                                            RESEARCH FOUNDATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE