1 | Robert M. Cohen - #97488
COHEN & BURGE, LLP
2 | 30423 Canwood Street, Suite 208
Agoura Hills, CA 91301
3 | Phone:          (818) 991-7514

4 | Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

5

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO.: 51-1247-GT-RBB |
|        Plaintiff, | ) ) | DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) ) ) | OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE |
|        Plaintiff-Intervenors, | ) ) | Hon. Gordon Thompson Jr. |
|    v. | ) ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) ) ) | |
|        Defendants. | ) ) ) | Date:
Time:
Courtroom: |

I, Robert M. Cohen, hereby declare as follows:

1.      I am an attorney, licensed to practice before all State and Federal Courts of the State of California.  I am a partner at Cohen & Burge, LLP, attorneys of records for applicant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION in the above captioned matter.  I make this declaration based upon my personal and professional knowledge and would testify to same if requested to do so.

2.      This declaration is filed in support of the "Motion of SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION to Intervene" in the matter of United States of America et. al. v. Fallbrook Public Utility District, Case No. 51-1247-GT-RBB.     The motion seeks intervention under Federal Rule of Civil Procedure 24 as a matter of right or, in the alternative, permissive intervention.

3.      SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION (hereinafter referred to as the "FOUNDATION") was served with complaints in intervention by the TRIBES on or about April 17, 2008.  The FOUNDATION is a non profit, auxiliary organization charted to further the educational, research, and community service objectives of San Diego State University.  It performs activities including but not limited to, education, management, monitoring, outreach, planning, and research  at its field stations, including the Santa Margarita Ecological Reserve located in Riverside County, California.  It holds appropriative and/or riparian water rights to water located in the Santa Margarita River System in San Diego and Riverside Counties California.  FOUNDATION filed answers to the complaints in intervention on or about June 17, 2008.

4.      On  April 1, 2009, the TRIBES filed a Motion to Dismiss Claims Against Certain Defendants.  The FOUNDATION opposed this Motion.  On  April 29, 2009 the Court granted the Motion to Dismiss Claims Against Certain Defendants.  The order specifically stated that "Defendants who oppose their dismissal may file a motion to intervene". *(Order;  United States v. Fallbrook Pub. Util. Dist., No. 1247-SD-C (S.D. Cal. filed April 29, 2009)*

5.      For the period of April 17, 2008  to April 29, 2009  SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION (hereinafter referred to as "FOUNDATION") was an active Defendant in this matter.  FOUNDATION filed an answer to the complaints in intervention and participated actively in settlement discussions, mediations and court appearances.  FOUNDATION was removed from this action via a Motion to Dismiss on April 29, 2009. At the time of its ruling, and in its written ruling, the court invited intervention by FOUNDATION.  This motion to intervene is filed at the first practicable opportunity after having been dismissed from the action.

6.      On April 29, 2009 the court permitted TRIBES to file Second Amended Complaints in intervention.  As such, the TRIBES are just beginning the process of serving and prosecuting the new complaints and will not be prejudiced through the addition of FOUNDATION as a party at this juncture.   Discovery has not commenced concerning the new complaints, and this Court has not made any substantive rulings concerning quantification of water rights.

DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE

7.      FOUNDATION has protectable interests and/or rights to water in the Santa Margarita River System that may be impacted in this matter. At the time of their Motion to Dismiss, the TRIBES sought to dismiss Defendants based upon "technical analyses" performed subsequent to the filing of the Complaint *(Motion to Dismiss Claims Against Certain Defendants, pg. 2, lines 1-2)* The "technical analyses" consisted of a "hydrologic rationale" set forth in the Declaration of Oliver Page. *(Motion to Dismiss Claims Against Certain Defendants, pg. 2, lines 10-11)* In essence, Mr. Page contended that groundwater development on tribal lands inside the Anza-Cahuilla Sub- Basin would not impact the availability of water outside the Anza-Cahuilla Sub-Basin. *(Motion to Dismiss Claims Against Certain Defendants, pg. 2, lines 1-2)* Based on this analysis, the TRIBES contended that parties outside the basin would not be bound by any adjudication herein, their water use would not be restricted, and their water rights would not be prejudiced *(Motion to Dismiss Claims Against Certain Defendants, pg. 2, lines 18-21)*

8.      In opposition to the Motion to Dismiss, FOUNDATION provided declarations of David Huntley, PhD and Matt Rahn, PhD which are included in the Court's file and incorporated herein by this reference. Both Dr. Huntley and Dr. Rahn opined that the geology of the subject area may be such that water transmission extends outward from the Anza Cahuilla sub-basin to outlying areas. Discovery in this matter, including hydrogeologic investigations, will determine the extent to which any transmission of water occurs outside the sub-basin. Based on the foregoing, any determinations concerning water rights of the TRIBES in this matter will impact the water rights and/or use of FOUNDATION as well. FOUNDATION should be permitted to intervene as a matter of right to take part in discovery and argue for its water rights in the event of transmittal of water between the sub-basin and outlying areas.

9.      The FOUNDATION'S protectable interest is a finite resource - water. If a disposition in this matter results in quantification of the TRIBES water rights, said disposition could result in the diminishment and/or removal of water available to the FOUNDATION. This would "substantially affect" the FOUNDATION in a "practical sense". In other words, if this determination is made in FOUNDATION'S absence, the FOUNDATION will be unable to "unring the bell" concerning any water allocations. A determination of water rights in its

---

DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY
RESEARCH FOUNDATION TO INTERVENE

1  absence will impair or impede the ability of FOUNDATION to protect its interest in preserving

2  its water rights.   FOUNDATION would also be impacted in its ability to carry out its

3  educational, research, and community service objectives including but not limited to, education,

4  management, monitoring, outreach, planning, and research  at its field stations, including the

5  Santa Margarita Ecological Reserve located in Riverside County, California

6  10.      The TRIBES seek a quantification of their water rights in this action.  To the

7  extent that any water use by the TRIBES could potentially impact the water use and/or rights of

8  FOUNDATION, the interests of these parties as to this finite resource are diametrically opposed.

9  Additionally, no other party in this matter is seeking protection and/or quantification of the water

10  rights of FOUNDATION.  Therefore, no present party will "undoubtedly" make arguments

11  concerning the water rights of FOUNDATION and FOUNDATION is "capable and willing" to

12  make such arguments.  In addition, FOUNDATION is an "out of basin" Defendant and will offer

13  additional arguments concerning the potential impact of the quantification of the TRIBES water

14  rights on "out of basin" Defendants.  Based on the foregoing, FOUNDATION'S interests are not

15  adequately represented by existing parties.

16  11.      This matter presents common questions of law or fact concerning rights to water in the

17  Santa Margarita River System.  Additionally, based on the stage of the proceedings in this matter,

18  intervention by FOUNDATION will in no way prejudice the adjudication of any other claims

19  herein.

20  12.      Copies of proposed Answers to the (1) Second Amended Complaint in Intervention of the

21  Cahuilla Band of Indians and the (2) Second Amended Complaint in Intervention of the Ramona

22  Band of Cahuilla are attached as Exhibits "A" and "B" to the Motion, respectively.

23  I declare under penalty of perjury of the laws of the State of California that the foregoing is true

24  and correct.

25                                              /s/_____

26  Dated: May 22, 2009.                        ROBERT M. COHEN

27

28

DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY
RESEARCH FOUNDATION TO INTERVENE