Robert M. Cohen - #97488
COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301
Phone: (818) 991-7514

Attorneys for Intervenor Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br><br>　　　　Proposed Plaintiff<br>　　　　In Intervention,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 1247-SD-C<br><br>**ANSWER OF INTERVENOR SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO CAHUILLA BAND OF INDIANS SECOND AMENDED COMPLAINT IN INTERVENTION** |

Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION (hereinafter referred to as "Defendant"), answers the Second Amended Complaint in Intervention (hereinafter referred to as the "Complaint in Intervention") filed by Plaintiff CAHUILLA BAND OF INDIANS (hereinafter referred to as "Plaintiff"), as follows:

**ALLEGATIONS CONTAINED IN SECTION I - INTRODUCTION**

In response to paragraphs 1-8 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

### ALLEGATIONS CONTAINED IN SECTION II - JURISDICTION AND VENUE

In response to paragraphs 9 and 10 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

### ALLEGATIONS CONTAINED IN SECTION III - PARTIES

In response to paragraphs 11 and 12 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

### ALLEGATIONS CONTAINED IN SECTION IV - FACTUAL ALLEGATIONS

In response to paragraphs 13-29 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

### ALLEGATIONS CONTAINED IN SECTION V - CLAIM FOR RELIEF

In response to paragraphs 30-38 of the Complaint in Intervention of the Cahuilla Band of Indians, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

### AFFIRMATIVE DEFENSES

As and for affirmative defenses to the Claim for Relief set forth against it in the Cahuilla Band of Indians' Complaint in Intervention on file in the instant action, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State Claim)

As and for a first separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges that the

Cahuilla Band of Indians' Complaint in Intervention fails to state a claim against it upon which the Court can grant the relief sought.

## SECOND AFFIRMATIVE DEFENSE

(Estoppel)

As and for a second separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes, and on that basis alleges, that the Cahuilla Band of Indians is estopped from asserting a claim against it by reason of the facts that, there are a number of groundwater basins and sub-basins situated in the watershed, that any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property is in a portion of the watershed that is not a source of supply to the Cahuilla Band of Indians Reservation, and that the production and use of water on any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property does not have a material adverse effect on the water supply to the Cahuilla Band of Indians' Reservation.

## THIRD AFFIRMATIVE DEFENSE

(Reasonable and Beneficial Use)

As and for a third separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians' use of water, both presently and in the future, is limited by the reasonable and beneficial use limitations set forth in Article X, Section 2 of the California Constitution and Water Code § 100.

## FOURTH AFFIRMATIVE DEFENSE

(Riparian Rights)

As and for a fourth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that it has or may have riparian rights to surface waters flowing upon or adjacent to, or in the known and defined channels of underground streams from time to time flowing through any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property; and that, to the extent that it takes or claims the right to take water from such sources, the Cahuilla Band of Indians' claims are barred

as against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

## FIFTH AFFIRMATIVE DEFENSE

(Appropriative Rights)

As and for a fifth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION claims the appropriative rights to produce water from the basins and sub-basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties and water facilities are situated; and, to the extent that the basins and sub-basins over which the Cahuilla Band of Indians' Reservation and water production facilities are situated are separate and independent from the basins and sub-basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties and water production facilities are situated, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians is barred from the relief sought against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

## SIXTH AFFIRMATIVE DEFENSE

(Waiver)

As and for a sixth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that even if the facts alleged in the Cahuilla Band of Indians' Complaint in Intervention are true, and the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION denies the same, the Cahuilla Band of Indians has engaged in conduct and activities that it knew or should have known that the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION would, in fact, rely on to its prejudice and detriment, sufficient to constitute a waiver of any claims and demands against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION; and, accordingly, the Cahuilla Band of Indians is barred from the relief sought against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

## SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

As and for a seventh separate and affirmative defense to the Claim for Relief, the SAN

DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that the Cahuilla Band of Indians failed to take reasonable, prudent, and necessary steps to diminish, control and/or mitigate the damages allegedly suffered by the Cahuilla Band of Indians, if any.

### EIGHTH AFFIRMATIVE DEFENSE

(Failure to Do Equity)

As and for an eighth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that the Cahuilla Band of Indians' ability to obtain relief as prayed in the Cahuilla Band of Indians' Complaint in Intervention is or may be limited by reason of the Cahuilla Band of Indians' failure to do equity in the matters alleged in the Cahuilla Band of Indians' Complaint in Intervention.

### NINTH AFFIRMATIVE DEFENSE

(Comparative Fault)

As and for a ninth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that the Cahuilla Band of Indians failed to exercise ordinary care, caution and prudence in connection with its water production and the use of water by its members; and that the Cahuilla Band of Indians' lack of care, caution and prudence was independent of and unrelated to the actions, if any, of the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION; and to that extent, the Cahuilla Band of Indians' production and uses are unreasonable and non-beneficial, and the Cahuilla Band of Indians'' remedies and recovery, if any, should be proportionately reduced.

### TENTH AFFIRMATIVE DEFENSE

(Doctrine of Laches)

As and for a tenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians' claims are barred by the Doctrine of Laches.

### ELEVENTH AFFIRMATIVE DEFENSE

(Excuse)

As and for an eleventh separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any purported misconduct on its part, which is denied but alleged herein solely for the purpose of asserting this affirmative defense, has been excused by some or all of the Cahuilla Band of Indians' own misconduct.

### TWELFTH AFFIRMATIVE DEFENSE

(Justification)

As and for a twelfth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any production and use of water is and has been justified.

### THIRTEENTH AFFIRMATIVE DEFENSE

(Good Faith)

As and for a thirteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges a good faith belief that it had the rights to produce and use water it has produced and used.

### FOURTEENTH AFFIRMATIVE DEFENSE

(Lack of Good Faith)

As and for a fourteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of Indians is failing to act in good faith and to deal fairly in regards to this claim and on that basis, the Cahuilla Band of Indians is precluded from obtaining the relief sought in the Cahuilla Band of Indians' Complaint in Intervention.

### FIFTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

As and for a fifteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Cahuilla Band of

Indians' claims are barred by the applicable statutes of limitations.

### SIXTEENTH AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

As and for a sixteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that it may have additional affirmative defenses available of which the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is not fully aware at the present time. The SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION reserves the right to assert additional affirmative defenses after the same have been ascertained.

WHEREFORE, Defendant prays that:

1. That the Cahuilla Band of Indians take nothing by way of the Second Amended Complaint in intervention.
2. That the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION not be enjoined from withdrawing surface and underground water from any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties, or any other properties that the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION may hereafter own or to which it may have rights of use;
3. For attorney's fees as authorized by law;
4. For costs of suit herein incurred; and
5. For such other and further relief as the Court deems just and proper.

COHEN & BURGE

Dated: May 22, 2009.

By /s/ _____
ROBERT M. COHEN
Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION