Robert M. Cohen - #97488
COHEN & BURGE, LLP
30423 Canwood Street, Suite 208
Agoura Hills, CA 91301
Phone: (818) 991-7514

Attorneys for Intervenor Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 1247-SD-C<br><br>**ANSWER OF INTERVENOR SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLAINT INTERVENTION** |

Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION (hereinafter referred to as "Defendant"), answers the Second Amended Complaint in Intervention (hereinafter referred to as the "Complaint in Intervention") filed by Plaintiff RAMONA BAND OF CAHUILLA'S (hereinafter referred to as "Plaintiff"), as follows:

### ALLEGATIONS CONTAINED IN SECTION I - INTRODUCTION

In response to paragraph 1 of the Complaint in Intervention of the Ramona Band of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

---

1

ANSWER OF INTERVENOR SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO RAMONA BAND OF CAHUILLA'S FIRST AMENDED COMPLAINT IN INTERVENTION

**ALLEGATIONS CONTAINED IN SECTION II - JURISDICTION AND VENUE**

In response to paragraphs 2 and 3 of the Complaint in Intervention of the Ramona Band of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION III - PARTIES**

In response to paragraphs 4 and 5 of the Complaint in Intervention of the Ramona Band of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION IV - FACTS**

In response to paragraphs 6, 7, 8, and 9 of the Complaint in Intervention of the Ramona Band of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**ALLEGATIONS CONTAINED IN SECTION V - CLAIM FOR RELIEF**

In response to paragraphs 10, 11, 12, 13 and 14 of the Complaint in Intervention of the Ramona Band of Cahuilla, this answering Defendant has no information or belief sufficient to enable it to answer the allegations contained in said paragraphs and, basing its denial on said grounds, this answering Defendant generally and specifically denies each and every allegation contained herein.

**AFFIRMATIVE DEFENSES**

As and for affirmative defenses to the Claim for Relief set forth against it in the Ramona Band of Cahuilla Complaint in Intervention on file in the instant action, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State Claim)

As and for a first separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION affirmatively alleges that the Ramona Band of Cahuilla Complaint in Intervention fails to state a claim against it upon which the Court can grant the relief sought.

## SECOND AFFIRMATIVE DEFENSE

(Estoppel)

As and for a second separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes, and on that basis alleges, that the Ramona Band of Cahuilla is estopped from asserting a claim against it by reason of the facts that, there are a number of groundwater basins and sub-basins situated in the watershed, that any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property is in a portion of the watershed that is not a source of supply to the Ramona Band of Cahuilla Reservation, and that the production and use of water on any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property does not have a material adverse effect on the water supply to the Ramona Band of Cahuilla Reservation.

## THIRD AFFIRMATIVE DEFENSE

(Reasonable and Beneficial Use)

As and for a third separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla use of water, both presently and in the future, is limited by the reasonable and beneficial use limitations set forth in Article X, Section 2 of the California Constitution and Water Code § 100.

## FOURTH AFFIRMATIVE DEFENSE

(Riparian Rights)

As and for a fourth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that it has or may have

riparian rights to surface waters flowing upon or adjacent to, or in the known and defined channels of underground streams from time to time flowing through any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION property; and that, to the extent that it takes or claims the right to take water from such sources, the Ramona Band of Cahuilla claims are barred as against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

### FIFTH AFFIRMATIVE DEFENSE
(Appropriative Rights)

As and for a fifth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION claims the appropriative rights to produce water from the basins and sub-basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties and water facilities are situated; and, to the extent that the basins and sub-basins over which the Ramona Band of Cahuilla Reservation and water production facilities are situated are separate and independent from the basins and sub-basins over which any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties and water production facilities are situated, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla is barred from the relief sought against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION.

### SIXTH AFFIRMATIVE DEFENSE
(Waiver)

As and for a sixth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that even if the facts alleged in the Ramona Band of Cahuilla Complaint in Intervention are true, and the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION denies the same, the Ramona Band of Cahuilla has engaged in conduct and activities that it knew or should have known that the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION would, in fact, rely on to its prejudice and detriment, sufficient to constitute a waiver of any claims and demands against the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION; and, accordingly, the Ramona Band of Cahuilla is barred from the relief sought against the SAN DIEGO STATE

UNIVERSITY RESEARCH FOUNDATION.

## SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

As and for a seventh separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that the Ramona Band of Cahuillas failed to take reasonable, prudent, and necessary steps to diminish, control and/or mitigate the damages allegedly suffered by the Ramona Band of Cahuilla, if any.

## EIGHTH AFFIRMATIVE DEFENSE

(Failure to Do Equity)

As and for an eighth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that the Ramona Band of Cahuilla' ability to obtain relief as prayed in the Ramona Band of Cahuilla Complaint in Intervention is or may be limited by reason of the Ramona Band of Cahuilla failure to do equity in the matters alleged in the Ramona Band of Cahuilla Complaint in Intervention.

## NINTH AFFIRMATIVE DEFENSE

(Comparative Fault)

As and for a ninth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that the Ramona Band of Cahuilla failed to exercise ordinary care, caution and prudence in connection with its water production and the use of water by its members; and that the Ramona Band of Cahuilla lack of care, caution and prudence was independent of and unrelated to the actions, if any, of the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION; and to that extent, the Ramona Band of Cahuilla production and uses are unreasonable and non-beneficial, and the Ramona Band of Cahuilla remedies and recovery, if any, should be proportionately reduced.

## TENTH AFFIRMATIVE DEFENSE

(Doctrine of Laches)

As and for a tenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla claims are barred by the Doctrine of Laches.

## ELEVENTH AFFIRMATIVE DEFENSE

(Excuse)

As and for an eleventh separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any purported misconduct on its part, which is denied but alleged herein solely for the purpose of asserting this affirmative defense, has been excused by some or all of the Ramona Band of Cahuilla own misconduct.

## TWELFTH AFFIRMATIVE DEFENSE

(Justification)

As and for a twelfth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that any production and use of water is and has been justified.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Good Faith)

As and for a thirteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges a good faith belief that it had the rights to produce and use water it has produced and used.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Lack of Good Faith)

As and for a fourteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla is failing to act in good faith and to deal fairly in regards to this claim and on that basis, the Ramona Band of Cahuilla is precluded from obtaining the relief sought in the Ramona Band

of Cahuilla Complaint in Intervention.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

As and for a fifteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION alleges that the Ramona Band of Cahuilla claims are barred by the applicable statutes of limitations.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

As and for a sixteenth separate and affirmative defense to the Claim for Relief, the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is informed and believes and on that basis alleges that it may have additional affirmative defenses available of which the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is not fully aware at the present time. The SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION reserves the right to assert additional affirmative defenses after the same have been ascertained.

WHEREFORE, Defendant prays that:
1. That the Ramona Band of Cahuilla take nothing by way of the Second Amended Complaint in intervention.
2. That the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION not be enjoined from withdrawing surface and underground water from any SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION properties, or any other properties that the SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION may hereafter own or to which it may have rights of use;
3. For attorney's fees as authorized by law;
4. For costs of suit herein incurred; and

\\\
\\\

5. For such other and further relief as the Court deems just and proper.

COHEN & BURGE

Dated: May 22, 2009.         By /s/
                             ROBERT M. COHEN
                             Attorneys for Defendant SAN DIEGO
                             STATE UNIVERSITY RESEARCH
                             FOUNDATION