PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re: United States of America v. Fallbrook Public Utility District, et al.
U.S. District Court-Southern District of California Case No. 3:51-CV-01247-GT-RBB [No. 1247-SD-C]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 30423 Canwood Street, Suite 208, Agoura Hills, CA 91301.

On May 22, 2009, I electronically filed the foregoing document described as

1. **NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE;**
3. **DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION, ETC.**
4. **EXHIBIT A: ANSWER OF SDSURF TO CAHUILLA BAND OF INDIANS SECOND AMENDED COMPLAINT IN INTERVENTION;**
5. **EXHIBIT B: ANSWER OF SDSURF TO RAMONA BAND OF INDIANS SECOND AMENDED COMPLAINT IN INTERVENTION;**
6. **PROOF OF SERVICE (CM/ECF)**

with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga, 1anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@aabwwlaw.com, mmorles@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, 1rodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze, rgeorge@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
Goerge Chakmakis, george@chakmikislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@ammwclaw.com

|   |   |
|---|---|
| 1 | Milan L. Brandon, mbrandon@brandon-law.com |
|   | Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com |
| 2 | Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com |
|   | Mary L Fickel, mflickel@sampsonlaw.net, bsampson@sampsonlaw.net |
| 3 | Matthew L Green, matthew.green@bbklaw.com, lisa.grenon@bbklaw.com |
|   | Matthew N Falley, mfalley@ggfirm.com |
| 4 | Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
|   | Michele A Staples, mstaples@jtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com |
| 5 | Patricia Grace Rosenberg, prosenberg@hnattorneys.com |
|   | Peter J Mort, pmort@akingump.com, jfukai@akingump.com |
| 6 | Richard Alvin Lewis, Rlewis@RichardLewis.com |
|   | Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com, |
| 7 | wwendelstein@bcandblaw.com |
|   | Scott B McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| 8 | Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov |
|   | Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| 9 | William Kenneth Koska, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com |

I further certify that on May 22, 2009, I served the foregoing

1. **NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION TO INTERVENE;**
3. **DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION, ETC.**
4. **EXHIBIT A: ANSWER OF SDSURF TO CAHUILLA BAND OF INDIANS SECOND AMENDED COMPLAINT IN INTERVENTION;**
5. **EXHIBIT B: ANSWER OF SDSURF TO RAMONA BAND OF INDIANS SECOND AMENDED COMPLAINT IN INTERVENTION;**
6. **PROOF OF SERVICE (CM/ECF)**

on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Agoura Hills, California, addressedd as set forth below. I am readily familar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Khyber Courchesne<br>1264 Page St<br>San Francisco, CA 94117 |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Agunga, CA 92536 | Marianne E Pajot<br>40225 Curry St<br>Aguanga, CA 92536 |

| | |
|---|---|
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Rd<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| James L. Markman<br>Richards, Watson & Gerson<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert H James<br>Sachse James Crowell & Lopardo<br>205 W. Alvardo St., Ste. 1<br>Fallbrook, CA 92028-2025 |
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |
| Susan M. Williams (Pro Hac Vice)<br>Sarah S. Works (Pro Hac Vice)<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049<br>505/899-7994 - FAX: 505/899-7972<br>**(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2009, at Agoura Hills, California.

/s/
Virginia Zaremba