Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes,

Plaintiffs in Intervention,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

Case No. 51-cv-1247-GT-RBB

**NOTICE OF JOINT MOTION AND JOINT MOTION TO RECONSIDER**

Hearing Date: June 29, 2009
Time: 2:00 P.M.
Courtroom: 8

Hon. Gordon Thompson, Jr.

ORAL ARGUMENT NOT REQUIRED

Pursuant to CivLR 7.1(i), the Cahuilla Band of Indians and the Ramona Band of Cahuilla (collectively "Tribes") hereby jointly move the Court to reconsider its *Order* (April 29, 2009) ("Order"). Specifically, the Tribes move the Court to reconsider that portion of the Order whereby certain defendants residing outside the boundaries of the Anza-Cahuilla Sub-Basin who answered the Tribes' complaints were dismissed "with prejudice," and further request that those same defendants be dismissed "without prejudice." This motion is supported by the accompanying *Joint Memorandum of Points and Authorities in Support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's Joint Motion to Reconsider a Portion of the Court's April 29, 2009 Order* and *Certified Statement of Scott B. McElroy*. Oral argument on this motion is not required.

Respectfully submitted this 28th day of May, 2009.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505 Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
& CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

By: */s/ Scott B. McElroy*
Scott B. McElroy

*Attorneys for Plaintiff in Intervention, the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com

*/s/ Scott B. McElroy for*
By:__________________________
Curtis G. Berkey

*Attorney for Plaintiff in Intervention the Ramona Band of Cahuilla*

Notice of Joint Motion and Joint Motion to Reconsider 3 Case No. 51-cv-1247-GT-RBB