Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
   *Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
   *the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | **CERTIFIED STATEMENT OF SCOTT B. McELROY** |
| | Hearing Date: June 29, 2009 |
| Plaintiffs in Intervention, | Time:               2:00 p.m. |
| | Courtroom:     8 |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ORAL ARGUMENT NOT REQUIRED |
| Defendants. | |

I, Scott B. McElroy, hereby certify as follows:

1. I make this certified statement based on personal knowledge acquired as attorney of record for the Cahuilla Band of Indians.

2. On April 1, 2009, the Cahuilla Band of Indians and the Ramona Band of Cahuilla (collectively "Tribes") filed both a *Notice of Joint Motion and Joint Motion to Dismiss Claims Against Certain Defendants* and a *Joint Memorandum of Points and Authorities in Support of Motion to Dismiss Claims Against Certain Defendants* (collectively "Motion") with the Honorable Gordon Thompson, Jr.

3. In filing their Motion, the Tribes noticed the Court that as of right they were dismissing without prejudice those defendants residing outside the boundaries of the Anza-Cahuilla Sub-Basin ("Sub-Basin") who had not yet answered the Tribes' complaints. In addition, the Tribes asked the Court to dismiss "without prejudice" those defendants residing outside the Sub-Basin who did answer the Tribes' complaints (collectively "Answering Defendants").

4. Only Answering Defendant Sampson requested that the claims against him be dismissed with prejudice. *Defendant Bryan D. Sampson's Memorandum of Points and Authorities in Support of Opposition to Motion to Dismiss Claims against Certain Defendants* (April 13, 2009). Sampson argued that the determination in *Interlocutory Judgment No. 39A* that the property which he currently owns does not overlie groundwater that feeds or contributes to the Santa Margarita River warranted his dismissal with prejudice. *Id.* at 2. Sampson did not contest, nor could he, that the surface water on his land was subject to the Court's continuing jurisdiction and therefore that he was properly served under the Court's Orders. *Id.* at 5. He also did not commit that he would not seek to challenge the Tribes' use of water in the future.

5. On April 27, 2009, the Court heard oral argument on the Tribes' Motion.

6. On April 29, 2009, the Court ordered, inter alia, that all of the Answering Defendants

1     were dismissed "with prejudice."

2  7.    Contemporaneously with this certified statement, the Tribes are moving the Court to reconsider that portion of the April 29, 2009 order dismissing all of the Answering Defendants "with prejudice."

8.    The Tribes believe reconsideration is necessary because the issue of dismissal of all Answering Defendants with prejudice was not requested by any party and therefore the issue was not addressed in the prior briefing.  As a result, important background information on this case making dismissal with prejudice improper was not shown, nor was it shown how the Tribes are legally prejudiced by the dismissals with prejudice.

9.    I declare under penalty of perjury that all of the foregoing statements are true and correct.

Respectfully submitted this 28th day of May, 2009

                             Scott B. McElroy (Pro Hac Vice)
                             McELROY, MEYER, WALKER
                               & CONDON, P.C.
                             1007 Pearl Street, Suite 220
                             Boulder, Colorado 80302
                             Tel: 303-442-2021, Fax: 303-444-3490
                             sbmcelroy@mmwclaw.com
                             ccondon@mmwclaw.com

                                  */s/ Scott B. McElroy*
By: _____
                             Scott B. McElroy

                         *Attorneys for Plaintiff in Intervention,*
                            *the Cahuilla Band of Indians*

1
2
3
4   STATE OF COLORADO    )
                         )ss.
5   COUNTY OF BOULDER    )

6   Subscribed and sworn to before me by Scott B. McElroy this 28th day of May, 2009.

7                                            */s/ Kathryn Gibson*
8
                                             _____
9                                            Notary Public

10  My Commission expires: 4-14-2011

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4