Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: June 29, 2009<br>Time:        2:00 p.m.<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On May 28, 2009, I electronically filed the following documents

1. *Notice of Joint Motion and Joint Motion to Reconsider*;

2. *Joint Memorandum of Points and Authorities in Support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's Joint Motion to Reconsider a Portion of the Court's April 29, 2009 Order*;

3. *Certified Statement of Scott B. McElroy*; and

4. *Proof of Service*.

with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Elsinore Valley Municipal Water District matthew.green@bbklaw.com
M.E.M. Limited Partnership prosenberg@hnattorneys.com
MCMX, LLC sharper@bhsmck.com
Rancho California Water District matthew.green@bbklaw.com
Sander Family Trust gblank@san.rr.com
Alice E. Walker awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim tkim@rwglaw.com, gduran@rwglaw.com
Bill J Kuenzinger bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson mfickel@sampsonlaw.net
Charles W Binder cwbinder@smrwm.org
Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding jhester@mccarthyholthus.com
Donald R Timms dontimms@san.rr.com
F Patrick Barry patrick.barry@usdoj.gov
Frank Spitzer george@chakmakislaw.com
Gary D Leasure gleasure@garydleasure.com
George Chakmakis george@chakmakislaw.com
Gerald (Jerry) Blank gblank@san.rr.com, mejoslyn@sbcglobal.net
Harry Campbell Carpelan hcarpelan@redwineandsherrill.com
John A Karaczynski jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jfukai@akingump.com,
    jmeggesto@akingump.com, kamorgan@akingump.com,
    msobolefflevy@akingump.com
John Christopher Lemmo jl@procopio.com, laj@procopio.com
Jonathan M Deer jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan ksullivan@pshlawyers.com, kstanis@pshlawyers.com
M. Catherine Condon ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon mbrandon@brandon-law.com
Marco Antonio Gonzalez marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Proof of Service                           2                       Case No. 51-cv-1247

| | |
|---|---|
| 1 | Mark L Brandon mbrandon@brandon-law.com, dslack@brandon-law.com |
| 2 | Mary L Fickel mfickel@sampsonlaw.net, bsampson@sampsonlaw.net |
| | Matthew L Green matthew.green@bbklaw.com, lisa.grennon@bbklaw.com |
| 3 | Matthew N Falley mfalley@ggfirm.com |
| | Michael Duane Davis michael.davis@greshamsavage.com, |
| 4 | teri.gallagher@greshamsavage.com |
| | Michele A Staples mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com |
| 5 | Patricia Grace Rosenberg prosenberg@hnattorneys.com |
| | Peter J Mort pmort@akingump.com, jfukai@akingump.com |
| 6 | Richard Alvin Lewis Rlewis@RichardLewis.com |
| | Robert H James bob@fallbrooklawoffice.com |
| 7 | Robert K Edmunds robert.edmunds@bipc.com, jacqueline.forjais@bipc.com |
| | Robert M Cohen rcohen@bcandblaw.com, vzaremba@bcandblaw.com, |
| 8 | wwendelstein@bcandblaw.com |
| | Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| 9 | Thomas C Stahl Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov |
| | Timothy P Johnson tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| 10 | William Kenneth Koska wkoska@koskalaw.com |
| | and to |
| 11 | Jason.Ackerman@bbklaw.com via personal e-mail |

I further certify that on May 28, 2009, I served the aforementioned documents on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Wiederrich Family Trust | James L. Markman |
| 13440 St. Andrews Pl. | Richards Watson & Gershon |
| Poway, CA 92064 | 1 Civic Center Circle |
| | PO Box 1059 |
| Anna Gale James | Brea, CA 92822-1059 |
| 40275 Curry Court | |
| Aguanga, CA 92536 | John S Wilson |
| | 14205 Minorca Cove |
| Barbara J Carr Trust | Del Mar, CA 92014-2932 |
| Barbara J. Carr, Trustee | |
| 20571 Bexley Road | Khyber Courchesne |
| Jamul, CA 91935-7945 | 1264 Page Street |
| | San Francisco, CA 94117 |
| Billy Ward | |
| P O Box 5878 | Marianne E Pajot |
| San Diego, CA 92165 | 40225 Curry St. |
| | Aguanga, CA  92536 |
| Briar McTaggart | |
| 1642 Merion Way 40E | Mary E Lee |
| Seal Beach, CA 90740 | 41085 Lakeshore Blvd. |
| | Aguanga, CA 92536 |

Proof of Service           3           Case No. 51-cv-1247

1  Michael J Machado                    Thomas C Perkins
   P O Box 391607                        7037 Gaskin Place
2  Anza, CA 92539                        Riverside, CA 92506

3  Pamela M Machado
   P O Box 391607
4  Anza, CA 92539

5  Peggy Wilson
   14205 Minorca Cove
6  Del Mar, CA 92014-2932

7

8       I declare under penalty of perjury under the laws of the State of Colorado that the above
   is true and correct.
9

10      Executed on May 28, 2009                    */s/ Scott B. McElroy*
                                                    _____
11                                                  Scott B. McElroy

Proof of Service                    4                    Case No. 51-cv-1247