**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>Defendants. | Case No. 51-1247-SD-C<br><br><br><br>**PROOF OF SERVICE**<br><br><br><br><br><br><br>Ctrm: 8, 3rd Floor<br>Judge: Hon. Gordon Thompson, Jr. |

### DECLARATION OF SERVICE

I, Elizabeth Palmer, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

1

Case No. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Opp.Reconsider\POS.lp.wpd

On June 13, 2009, I served the following document:

- **DEFENDANT BRYAN D. SAMPSON'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO JOINT MOTION TO RECONSIDER A PORTION OF COURT'S APRIL 29, 2009 ORDER; AND**

- **DECLARATION OF MARY L. FICKEL IN SUPPORT OF DEFENDANT BRYAN D. SAMPSON'S OPPOSITION TO JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S APRIL 29, 2009 ORDER.**

on the following:

| | |
|---|---|
| Curtis G. Berkey, Esq.<br>Alexander, Berkey, Williams & Weathers, LLP<br>2030 Addison Street, Ste. 410<br>Berkeley, CA 94704<br>*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla's* | Marco A. Gonzalez, Esq.<br>Coast Law Group LLP<br>169 Saxony Rd. Ste. 204<br>Encinitas, CA 92024<br>*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians* |
| Patrick Barry (*Pro Hac Vice*)<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, D.C. 20026<br>*Attorney for the United States* | John Karaczynski, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>*Attorneys for Plaintiff-Intervenor/Defendant Pechanga Band of Luiseño Indians* |
| C. Michael Cowett, Esq.<br>Best Best & Krieger, LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101<br>*Attorneys for Rancho California Water District* | Scott B. McElroy, Esq.<br>Greene, Meyer & McElroy<br>1007 Pearl Street, Suite 220<br>Boulder, Colorado 80302<br>*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians* |

in the following manner of service:

☒ By Electronic Filing. Pursuant to General Order No. 550, such document was submitted via the Court's electronic filing system to the offices of the addressees where indicated.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 13, 2009, at San Diego, California.

*/s/ Elizabeth Palmer*
Elizabeth Palmer

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Pleading\Opp.Reconsider\POS.lp.wpd