JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES T. MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseño Indians*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>  Defendants. | Case No. 51-1247-SD-GT<br><br>**PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S APRIL 29, 2009 ORDER**<br><br>Hearing Date: June 29, 2009<br>Time: 2:00 p.m.<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

## I.   INTRODUCTION.

On April 1, 2009, the Cahuilla Band of Indians and Ramona Band of Cahuilla ("Plaintiffs") moved to dismiss certain defendants from this action, including the Pechanga Band of Luiseño Indians ("Pechanga"), pursuant to this Court's March 24, 2009 Order.[1] Pechanga filed a response opposing the Plaintiffs' motion to dismiss asserting that Pechanga's continued participation in the case was necessary to: 1) ensure that Pechanga's water rights would not be

---

[1] *See* March 24, 2009 Order Partially Lifting Stay for the Purpose of Filing a Motion for Leave to File a Second Amended Complaint in Intervention and Dismiss Certain Named Defendants from this Action.

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND
RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S
APRIL 29, 2009 ORDER

adversely affected by any of plaintiffs' quantified water rights; 2) ensure that Pechanga's own rights would not be adversely affected in the resolution of fundamental issues of law that would likely be litigated in the case; and 3) allow Pechanga to seek to enforce its decreed water rights as a plaintiff in the action should its settlement negotiations with certain parties prove unsuccessful. In its response in opposition, Pechanga also sought Court approval that it not be dismissed from the action but instead afforded an opportunity to submit to the Court within 90 days a status report stating whether Pechanga will seek enforcement of its water rights as a party plaintiff in this action.

On April 27, 2009, the Court heard the Plaintiffs' Joint Motion to Dismiss Certain Defendants and Joint Motion for Leave to File Second Amended Complaint. The Court's April 29, 2009 Order dismissed without prejudice all defendants who own land outside the boundaries of the Anza-Cahuilla Sub-Basin as defined by Interlocutory Judgment 33 who did not file an answer. The Court's Order dismissed <u>with</u> prejudice defendants who own land outside the boundaries of the Anza-Cahuilla Sub-Basin as defined by Interlocutory Judgment 33 and who did file an answer, including among others, Pechanga.

On May 28, 2009 Plaintiffs filed a Joint Motion to Reconsider the portion of the Court's Order dismissing answering defendants with prejudice. Because Pechanga filed an answer, the Court's determination of this point will determine whether Pechanga shall be dismissed from the Ramona and Cahuilla quantification proceeding with or without prejudice to any future claims by those tribes against Pechanga. As a result, Pechanga hereby respectfully submits this Response to the Joint Motion to Reconsider.

**II.    THE COURT SHOULD MAINTAIN ITS ORDER DISMISSING THE ANSWERING DEFENDANTS, INCLUDING PECHANGA, FROM THE RAMONA AND CAHUILLA QUANTIFICATION PROCEEDINGS *WITH* PREJUDICE.**

As the Court is well aware, Pechanga's recent participation in the proceedings initiated by Ramona and Cahuilla has been as a defendant because those tribes served their complaints on

2

1  Pechanga and all other parties they sought to bind through the proceedings as defendants.
2  Pechanga has a unique status in this case, however, because Pechanga has a similar decreed
3  entitlement to federally reserved water pursuant to Interlocutory Judgment 41. Nonetheless,
4  Pechanga is dissimilar to Plaintiffs in two important aspects. First, Pechanga sought and was
5  granted intervention in the Fallbrook litigation decades ago and Pechanga has since then
6  participated in its own right in the case. Second, as noted in the original Motion for a Stay of the
7  Proceedings, Pechanga has not at this time sought to quantify or enforce its water rights set forth
8  by Interlocutory Judgment 41. Rather, the Tribe began pursuing negotiations with its
9  counterparts, primarily Rancho California Water District ("RCWD"), long before Plaintiffs'
10 intervention litigation ensued.
11      In their Second Amended Complaints, Plaintiffs seek quantification against defendants as
12 to the right to groundwater underlying the Plaintiffs' reservations in an amount sufficient to meet
13 the present and future needs of the Plaintiffs on their Reservations. *See* Cahuilla Band of
14 Indians' Second Amended Complaint in Intervention at 9; *see* Ramona Band of Cahuilla's
15 Second Amended Complaint in Intervention at 5. Plaintiffs also seek an injunction against
16 defendants from withdrawing surface waters and groundwater in the Anza-Cahuilla Sub-Basin
17 underlying the Plaintiffs' reservations that are in conflict with the federally reserved rights
18 decreed in Interlocutory Judgment 41. *Id.* Moreover, in contradiction to their original prayers
19 for relief, the Plaintiffs in their Second Amended Complaints in Intervention now seek to dismiss
20 without prejudice certain defendants, including Pechanga, from the case, *see* Joint Memorandum
21 of Points and Authorities in Support of Motion to Dismiss Claims Against Certain Defendants at
22 2, on the basis that "[t]here is no impact from groundwater development inside the Anza-
23 Cahuilla Sub-Basin on the availability of water outside that area. The converse is also true;
24 water pumping outside this sub-basin will not have any measureable impact on the availability of
25 water for the Tribes' use on their Reservations inside the Sub-Basin." *Id.*

3

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND
RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S
APRIL 29, 2009 ORDER

Plaintiffs' Joint Motion to Reconsider the Court's Order is, in effect, directly contrary to their stated position that Plaintiffs would not be affected by defendants outside of the Sub-Basin, nor would defendants outside the Sub-Basin be affected by the Plaintiffs quantified water rights. If Plaintiffs' legal position, presumably formulated by technical assessment, that neither Plaintiffs nor answering defendants outside the Sub-Basin will be harmed by the quantification proceedings, then the Court should maintain its original order and dismiss the answering defendants with prejudice. Indeed, it is fair to presume that the Court's April 29 Order dismissing Pechanga and the answering defendants <u>with</u> prejudice accepted Plaintiffs' technical and legal assertion that neither Plaintiffs nor defendants would be affected by the Court's determination of the Plaintiffs' quantified decreed water rights. To hold otherwise defies the reasoning for dismissing answering defendants all together and submits answering defendants such as Pechanga to the additional added expense and effort of responding again to a potential complaint, or motion to enforce water rights,[2] when the Court has already determined that the Plaintiffs cannot be affected by Pechanga's use of its existing entitlement under the Fallbrook Decree. This would be not only unfair to Pechanga, but also not serve the interests of judicial economy.

While Pechanga maintains that the Court should uphold its initial Order dismissing answering defendants with prejudice, Pechanga does not object to being dismissed <u>with</u> prejudice as a defendant as long as Pechanga is able to participate in future Court proceedings that address common issues of law with respect to Interlocutory Judgment 41. The Court's consideration and resolution of such common questions of law with respect to Plaintiffs' quantification of their water rights will affect not only Plaintiffs but will also directly affect

---

[2] Pechanga notes that a motion to enforce either their existing water rights under the Fallbrook Decree, or under their rights as they are perhaps further to be defined, would have been perhaps a more appropriate manner for Ramona and Cahuilla to proceed in this case, once they had successfully intervened. While all parties to the Fallbrook Decree might been served the motion to further quantify and enforce such rights, service of the motion rather than a new complaint in a pending action might have avoided some of the confusion that has seemed to affect this proceeding to date as to how best to respond to the two tribes complaints.

4

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S APRIL 29, 2009 ORDER

Pechanga and its water rights, should Pechanga ever be required to seek enforcement of its decreed water rights.

## Conclusion

For the foregoing reasons, Pechanga respectfully requests that the Court sustain its April 29 Order such that Pechanga is dismissed with prejudice as a defendant but in any event, that Pechanga be permitted by the Court to continue to participate in Court proceedings that address common questions of law with respect to Interlocutory Judgment 41.

RESPECTFULLY SUBMITTED,

Dated: June 15, 2009         Pechanga Band of Luiseño Indians


By: *s/James T. Meggesto*
    James T. Meggesto

*Attorney for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseno Indians*

5

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Avenue, NW, Washington, D.C, 20036.

On June 15, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S APRIL 29, 2009 ORDER

by depositing a copy in the United States mail at 1333 New Hampshire Avenue, NW, Washington, D.C. 20036, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho CA RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |

| | | |
|---|---|---|
| 1 | Michael Lopez<br>Metropolitan Water District | General Manager<br>Elsinore Valley MWD |
| 2 | Lake Skinner Section<br>33740 Borel Road | P.O. Box 3000<br>Lake Elsinore, CA  92330 |
| 3 | Winchester, CA  92596 | |
| 4 | Jack S. Safely | Arthur L. Littleworth |
| 5 | Western MWD<br>P.O. Box 5286 | James B. Gilpin<br>C. Michael Cowett |
| 6 | Riverside, CA  92517 | BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor |
| 7 | | San Diego, CA  92101 |
| 8 | Louidar | Keith Lewinger, General Manager |
| 9 | c/o McMillan Farm Management<br>29379 Rancho California Road, #201 | Fallbrook Public Utility District<br>P.O. Box 2290 |
| 10 | Temecula, CA  92591 | Fallbrook, CA  92088 |
| 11 | Robert H. James, Esq. | Mike Luker |
| 12 | SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1 | Eastern MWD<br>P.O. Box 8300 |
| 13 | Fallbrook, CA  92028 | Perris, CA  92572-8300 |
| 14 | Richard & Christine McMillan | Counsel Western Bases |
| 15 | Gary & Patricia McMillan<br>McMillan Farm Management | P.O. Box 555231<br>Marine Corps Base - Bldg. 1254 |
| 16 | 29379 Rancho California Road, Suite 201<br>Temecula, CA  92591 | Camp Pendleton, CA  92055-5231 |
| 17 | | |
| 18 | Darwin Potter<br>Metropolitan Water District | Tulvio Durand, Chairman<br>AVMAC |
| 19 | Lake Skinner Section<br>33740 Borel Road | P.O. Box 390908<br>Anza, CA  92539 |
| 20 | Winchester, CA  92596 | |
| 21 | John Rossi, General Manager | Linda Garcia |
| 22 | Western MWD<br>P.O. Box 5286 | Riverside Co. Flood Control and Water<br>Conservation District |
| 23 | Riverside, CA  92517 | 1995 Market Street<br>Riverside, CA  92501 |

7

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND
RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S
APRIL 29, 2009 ORDER

| | |
|---|---|
| 1   Patrick Barry, Esq. | Larry Minor |
|     Amy S. Tryon | P.O. Box 398 |
| 2   Environment and Natural Resources | San Jacinto, CA  92581 |
|     Division | |
| 3   Indian Resources Section | |
|     U.S. Department of Justice | |
| 4   P.O. Box 44378 | |
|     Washington, DC  20026-4378 | |

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources
Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, DC  20026-4378

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA  92589-9017

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

David Glazer, Esq.
Environment and Natural Resources
Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA  92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA  92590

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA  92024

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA  92055-5008

Peter E. Von Haam, Sr. Deputy General
Counsel
Metropolitan Water District of Southern
California
P.O. Box 54153
Los Angeles, CA  90054

8

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND
RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S
APRIL 29, 2009 ORDER

| | |
|---|---|
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, DC 20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA 92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA 92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA 92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCO, TIDUS &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |

9

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND
RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S
APRIL 29, 2009 ORDER

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA  92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA  92165 |
| Mary E. Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA  92536 | John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA  92014-2932 |
| Michael J. Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA  92539 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA  91935-7945 |
| Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA  92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA  92591 |
| Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ  85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD  20814-3320 |
| Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams and Weathers LLL<br>2030 Addison Street, Suite 410<br>Berkley, CA  94704 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA  92536 |
| Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA  92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO  80132 |
| Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA  92014 | Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources Division<br>1961 Stout Street, Floor 8<br>Denver, CO  80294-1961 |
| Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA  92064 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA  92506 |

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S APRIL 29, 2009 ORDER

| | |
|---|---|
| 1<br>2<br>3<br>4 | Anthony Madrigal<br>26 Lanyard Court<br>Sacramento, CA 95831 | Scott B. McElroy<br>Alice E. Walker<br>M. Catherine Condon<br>Daniel E. Steuer<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |
| 5<br>6<br>7<br>8 | James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 |
| 9<br>10<br>11 | Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Jackie Spanley<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| 12<br>13<br>14 | Alvin Greenwald<br>6010 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90036 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| 15<br>16<br>17 | Western Land Financial and Pacific Holt Corporation<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| 18<br>19<br>20 | Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 15, 2009, at Washington, D.C.

*s/James T. Meggesto*
James T. Meggesto

11

PECHANGA BAND OF LUISEÑO INDIANS' RESPONSE TO CAHUILLA BAND OF INDIANS' AND RAMONA BAND OF CAHUILLA'S JOINT MOTION TO RECONSIDER A PORTION OF THE COURT'S APRIL 29, 2009 ORDER