## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE          Rptr.

Plaintiffs

Defendants

PROCEEDINGS:  _____ In Chambers   _____ In Court   _____ Telephonic

The settlement conference set by doc. no. 5133 for July 13, 2009, at 1:30 p.m. is vacated and reset for June 29, 2009, at 10:00 a.m.

DATE: June 15, 2009          IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Thompson                 INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute09.wpd