CHAKMAKIS & ASSOCIATES
301 No. Cañon Drive, Suite 315
BEVERLY HILLS, CALIFORNIA 90210
Telephone: 310.550.1555
Facsimile: 310.550.1151

George Chakmakis, State Bar No. 162634

Attorneys for Defendant

FRANK SPITZER

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Proposed Plaintiff<br>In Intervention<br><br>v.<br><br>FRANK SPITZER<br><br>Defendant. | CIVIL NO. 51-1247-SD-C<br><br>DEFENDANT FRANK SPITZER'S REPLY TO OPPOSITION RE MOTION FOR ATTORNEY FEES; MEMORANDUM OF POINTS AND AUTHORITIES, AND DECLARATION OF GEORGE CHAKMAKIS IN SUPPORT THEREOF<br><br>Courtroom: 8, 3rd Floor<br>Judge: Hon. Gordon Thompson, Jr. |

TO: THE HONORABLE GORDON THOMPSON, JR., AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant Frank Spitzer ("Spitzer") hereby replies to the Joint Opposition to Motions for Attorney Fees.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. SPITZER HAS PROVIDED SUFFICIENT EVIDENTIARY SUPPORT AND IS ENTITLED TO REIMBURSEMENT OF ATTORNEY FEES.

SPITZER joins the legal arguments submitted by the other moving defendants. The Tribes' arguments of immunity are not relevant to the issue of attorney fee reimbursement. The court has ruled on the issue of dismissals. SPITZER is a prevailing party at this point, and the Tribes are

1

1 responsible for the extensive legal work caused by the Tribes' litigation.  As indicated in the
2 Supplemental Declaration of George Chakmakis, SPITZER has a substantial financial interest in this
3 matter. SPITZER owns 4 parcels of land in Warner Springs, including a multi-million dollar estate,
4 two residential properties, and an undeveloped parcel of 86 acres. SPITZER was forced to protect
5 his investments from threats to his water rights.
6      SPITZER through his attorney, George Chakmakis, submitted a declaration under oath with
7 his original moving papers regarding the reasonableness of the legal fees incurred for the subject
8 litigation. In addition, SPITZER's attorney submits a supplemental declaration regarding the
9 attorney's fees with additional documentation. See attached Supplemental Declaration of George
10 Chakmakis. Herein, counsel provides the detailed billing that is claimed for reimbursement. Such
11 billing represents work that is not useful in any continuing litigation between the parties. See
12 Supplemental Declaration of George Chakmakis. The Tribes' claim in their Opposition that the
13 "attorneys' work consisted exclusively of investigation of the nature and scope of their water
14 rights...and sporadic settlement discussion" is simply untrue. As indicated in the Supplemental
15 Declaration of George Chakmakis, and the attached itemized billing detail, most of the billing was
16 related to the numerous settlement conferences and status conferences. The settlement conferences
17 were initiated by the tribes. A majority of the discussions at the settlement conferences involved
18 issues of which landowners were in the relevant areas, service on the landowners, and other
19 procedural issues. The work performed at the settlement conferences will not be applicable in any
20 continuing litigation after dismissals. Similarly, the numerous court status conferences primarily
21 involved the issue of proper service. Again, the work arising at the court status conferences is not
22 useful in any continuing litigation. See Supplemental Declaration of George Chakmakis.
23      Finally, the declarations of the attorneys are sufficient to determine the prevailing attorney
24 fee rates. The declarants have sufficient legal experience and knowledge of the legal community to
25 assert their opinions. As indicated in the Supplemental Declaration of George Chakmakis,
26 SPITZER's counsel has experience in other complex litigation matters, including an ongoing toxic
27 tort claim, and trial experience. Furthermore, the hourly rate of $300.00 is a relatively low fee rate.
28 //

## CONCLUSION

Based upon all of the foregoing, Frank Spitzer, as prevailing party by the Order of Dismissal, respectfully requests the Court award him the incurred costs and fees in the total amount of $24,840.00.

Date: June 18, 2009                    CHAKMAKIS & ASSOCIATES

                                       By: _____
                                           George Chakmakis
                                           Attorneys for Frank Spitzer

FRANK SPITZER'S REPLY RE MOTION FOR ATTORNEYS FEES AND COSTS

SUPPLEMENTAL DECLARATION OF GEORGE CHAKMAKIS

1. I am counsel for defendant Frank Spitzer, in this matter. I make this declaration in support of Frank Spitzer's (SPITZER) Reply re Motion for Attorney Fees and Costs with which this is submitted. If called to testify in this matter, I could and would testify to the following of my own personal knowledge unless expressly stated herein.

2. SPITZER has a substantial financial interest in this matter. SPITZER owns 4 parcels of land in Warner Springs, including a multi-million dollar estate, two residential properties, and an undeveloped parcel of 86 acres.

3. I have attached a listing of the legal services provided by my office for this matter. See itemized billing statement attached as Exhibit C. Although I spent over 100 hours on this matter, I have determined that 77.7 hours reasonably represents work that will not be useful in any future litigation. Most of the billing is related to the numerous settlement conferences and status conferences. The settlement conferences were initiated by the tribes. A majority of the discussions at the settlement conferences involved issues of which landowners were in the relevant areas, service on the landowners, and other procedural issues. The work performed at the settlement conferences will not be applicable in any continuing litigation after dismissals. Similarly, the numerous court status conferences primarily involved the issue of proper service. Again, the work arising at the court status conferences is not useful in any continuing litigation.

4. I have sufficient legal experience and knowledge of the legal community to assert my opinion regarding reasonable legal fee rates. I have experience in other complex litigation matters, including an ongoing toxic tort claim with over 50 parties, and an intellectual property case involving approximately 75 parties. Furthermore, my initial hourly rate of $300.00 is a relatively very low fee rate. The current hourly rate for new matters in my office is $375.00 per hour.

I declare under penalty of perjury that the foregoing is true and correct and that the documents attached herein are true and correct copies of what they purport to be.

Executed this 15th day of April 2009 in Beverly Hills, California

George Chakmakis

| | | | |
|---|---|---|---|
| 1 | | Exhibit C | |
| 2 | 04/26/08 | DRAFT REP LETTER TO CAHUILLA INDIAN | .7 hours |
| 3 | | ATTORNEYS, REVIEW INDIAN LAWSUIT, | |
| 4 | | STAY OF PROCEEDINGS | |
| 5 | | | |
| 6 | 07/23/08 | REVIEW FILE TO PREPARE FOR INDIAN | .6 hours |
| 7 | | WATER RIGHTS MEETING | |
| 8 | | | |
| 9 | 07/24/08 | APPEARANCE: INDIAN WATER RIGHTS | 4.3 hours |
| 10 | | SETTLEMENT AND STATUS MEETING, | |
| 11 | | CONFERENCE W/ CLIENT RE STATUS | |
| 12 | | | |
| 13 | 08/27/08 | APPEARANCE AT INDIAN WATER RIGHTS CASE | 6.4 hours |
| 14 | | SETTLEMENT CONFERENCE, MEETING | |
| 15 | | W/ RAMONA TRIBE ATTORNEY AND CHIEF, | |
| 16 | | | |
| 17 | 09/30/08 | APPEARANCE RE INDIAN WATER RIGHTS, | 5.2 hours |
| 18 | | WITH FEDERAL NEGOTIATION TEAM, | |
| 19 | | RAMONA TRIBE | |
| 20 | | | |
| 21 | 10/30/08 | APPEARANCE AT SETTLEMENT CONFERENCE | 4.8 hours |
| 22 | | RE RAMONA INDIAN WATER RIGHTS | |
| 23 | | | |
| 24 | 11/19/08 | APPEARANCE SETTLEMENT CONFERENCE RE | 5.8 hours |
| 25 | | RAMONA INDIAN WATER RIGHTS LAWSUIT | |
| 26 | | | |
| 27 | 11/25/08 | PREPARE PROOF OF SERVICE (VOLUMINOUS | .5 hours |
| 28 | | SERVICE LIST) FOR INDIAN WATER RIGHTS | |

FRANK SPITZER'S REPLY RE MOTION FOR ATTORNEYS FEES AND COSTS

| # | Date | Description | Hours |
|---|------|-------------|-------|
| 1 | | CASE, RE NOTICE OF SPECIAL APPEARANCE | |
| 3 | 11/25/08 | REVIEW RAMONA INDIAN STATUS REPORT RE INDIAN WATER RIGHTS CASE, EMAILS, LETTER FROM CAHUILLA TRIBE | .2 hours |
| 7 | 12/01/08 | APPEARANCE FEDERAL COURT RE INDIAN WATER RIGHTS LAWSUIT, FILE SPECIAL APPEARANCE | 6.5 hours |
| 11 | 12/02/08 | APPEARANCE FOR SETTLEMENT CONFERENCE W/ CAHUILLA BAND OF INDIANS RE WATER RIGHTS ANZA AND WARNER SPRINGS | 6.8 hours |
| 15 | 12/09/08 | DRAFT MEMO TO CLIENT RE RAMONA WATER RIGHTS SETTLEMENT CONFERENCE | .3 hours |
| 18 | 12/09/08 | FILE ELECTRONIC SPECIAL APPEARANCE PLEADING PER COURT CLERK | .1 hours |
| 21 | 12/15/08 | DRAFT MEMO TO CLIENT RE CAHUILLA SETTLEMENT CONFERENCE | .5 hours |
| 24 | 12/15/08 | DRAFT MEMO TO CLIENT RE FEDERAL COURT APPEARANCE, STATUS CONFERENCE, TRIAL SETTING RE INDIAN WATER RIGHTS CASE | .4 hours |
| 28 | 12/16/08 | APPEARANCE FOR CAHUILLA SETTLEMENT | 4.5 hours |

6

FRANK SPITZER'S REPLY RE MOTION FOR ATTORNEYS FEES AND COSTS

CONFERENCE

| Date | Description | Hours |
|---|---|---|
| 12/16/08 | APPEARANCE FOR RAMONA SETTLEMENT CONFERENCE | 4.8 hours |
| 12/16/08 | DRAFT MEMO TO CLIENT RE INDIAN WATER RIGHTS SETTLEMENT CONFERENCES re CAHUILLA TRIBE | .5 hours |
| 12/16/08 | DRAFT MEMO TO CLIENT RE RAMONA TRIBE'S SETTLEMENT CONFERENCE DECEMBER 16, 2008 | .6 hours |
| 01/14/09 | APPEARANCE FOR RAMONA SETTLEMENT CONFERENCE | 3.8 hours |
| 01/14/09 | APPEARANCE FOR PECHANGA SETTLEMENT CONFERENCE | 3 hours |
| 02/09/09 | APPEARANCE FOR SETTLEMENT CONFERENCE RE CAHUILLA, INDIAN WATER RIGHTS CONSOLIDATED CASE | 6.5 hours |
| 02/18/09 | APPEARANCE FOR INDIAN WATER RIGHTS SETTLEMENT CONFERENCE RE PECHANGA, CAHUILLA, RAMONA TRIBES | 6.8 hours |

| | | | |
|---|---|---|---|
| 1 | 03/06/09 | DRAFT MEMOS RE INDIAN WATER RIGHTS | 1.1 hours |
| 2 | | SETTLEMENT CONFERENCE - 2/9, 2/18 | |
| 3 | | | |
| 4 | 03/09/09 | APPEARANCE FEDERAL COURT RE | 5 hours |
| 5 | | STATUS CONFERENCE RE INDIAN WATER | |
| 6 | | RIGHTS CASES, STAY ORDERS | |
| 7 | | | |
| 8 | 03/10/09 | APPEARANCE SETTLEMENT CONFERENCE | 4.5 hours |
| 9 | | RE CAHUILLA TRIBE WATER RIGHTS | |
| 10 | | | |
| 11 | 03/23/09 | APPEARANCE FEDERAL COURT RE | 6.7 hours |
| 12 | | STATUS CONFERENCE RE INDIAN WATER | |
| 13 | | RIGHTS CASES, MOTIONS TO QUASH SERVICE, | |
| 14 | | LACK OF JURISDICTION | |
| 15 | | | |
| 16 | 04/15/09 | REVIEW MOTIONS, DRAFT OPPOSITION | 1.6 hours |
| 17 | | RE INDIAN WATER RIGHTS | |
| 18 | | | |
| 19 | 04/22/09 | DRAFT MEMO RE MARCH 9, 2009 | .5 hours |
| 20 | | FEDERAL COURT STATUS CONFERENCE | |
| 21 | | RE INDIAN WATER RIGHTS CASE, | |
| 22 | | AND MARCH 10 SETTLEMENT CONFERENCE | |
| 23 | | | |
| 24 | 04/27/09 | APPEARANCE FOR INDIAN WATER CASE | 7 hours |
| 25 | | FEDERAL COURT STATUS CONFERENCE, | |
| 26 | | AND HEARING ON MOTIONS | |
| 27 | | | |
| 28 | 05/01/09 | DRAFT MEMO RE APRIL 27 STATUS CONFERENCE | .4 hours |

8

FRANK SPITZER'S REPLY RE MOTION FOR ATTORNEYS FEES AND COSTS

| | | |
|---|---|---|
| 05/04/09- | DRAFT MOTION FOR ATTORNEY FEES REIMBURSEMENT | 4.7 hours |
| 05/18/09 | RE INDIAN WATER RIGHTS CASES | |

FRANK SPITZER'S REPLY RE MOTION FOR ATTORNEYS FEES AND COSTS