1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP LLP
3   169 Saxony Road, Suite 204
    Encinitas, California  92024
4   Tel:  760-942-8505
    Fax:  760-942-8515

5   Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
6   McELROY, MEYER, WALKER & CONDON, P.C.
    1007 Pearl Street, Suite 220
7   Boulder, Colorado  80302
    Tel:  303-442-2021
8   Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com

10  *Attorneys for Plaintiff in Intervention,*
    *the Cahuilla Band of Indians*

11

12              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
13

14  UNITED STATES OF AMERICA,          )
                                       )
15        Plaintiff,                   )
                                       )
16  CAHUILLA BAND OF INDIANS,          )          CASE NO. 51-cv-1247-RBB-GT
     a federally recognized Indian tribe, )
17                                     )     **STATUS REPORT SUBMITTED BY**
          Plaintiff in Intervention,   )     **CAHUILLA BAND OF INDIANS**
18                                     )
          v.                           )     Hearing Date: No hearing date set
19                                     )     Time:
    FALLBROOK PUBLIC UTILITY           )     Courtroom:    8
20  DISTRICT, a public service corporation )
    of the State of California, et al.,  )     Hon. Gordon Thompson, Jr.
21                                     )
          Defendants.                  )
22  _____ )

23          Pursuant to the Court's *Order* (Apr. 29, 2009) ("April 29 Order"), the Cahuilla Band of

24  Indians ("Tribe") submits this status report summarizing developments in the litigation and the

25  settlement discussions with regard to its water rights claims.  Since the filing of the Tribe's April

26  20, 2009 Status Report, the following progress has been made:

27

28

1.      As a result of the April 29 Order, the following events have occurred or are in the process of occurring as more fully discussed below:  (1) the Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") filed a *Notice of Joint Motion and Joint Motion to Reconsider* (May 28, 2009) ("Joint Motion to Reconsider"); (2) San Diego State University Research Foundation ("SDSU")  filed a motion to intervene; (3) five motions for attorneys fees and costs were filed; and (4) the Tribes are preparing to file the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (collectively "Second Amended Complaints") and serve the parties within the Anza-Cahuilla Sub-Basin.

a.      On May 28, 2009, the Tribes filed a Joint Motion to Reconsider asking the Court to reconsider that portion of the April 29 Order whereby the Court dismissed the defendants who filed answers "with prejudice."  Only two defendants responded to the Tribes' Joint Motion to Reconsider.  *Pechanga Band of Luiseño Indians' Response to Cahuilla Band of Indians' and Ramona Band of Cahuilla's Joint Motion to Reconsider a Portion of the Court's April 29, 2009 Order* (June 15, 2009); *Defendant Bryan D. Sampson's Memorandum of Points and Authorities in Support of Opposition to Joint Motion to Reconsider a Portion of Court's April 29, 2009 Order* (June 13, 2009).  On June 22, 2009, the Tribes filed their reply.  *Joint Memorandum of Points and Authorities in Support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's Joint Motion to Reconsider a Portion of the Court's April 29, 2009 Order* (June 22, 2009).  The Court has scheduled the matter for hearing on June 29, 2009 at 2:00 p.m.

b.      On May 22, 2009, SDSU filed its Motion to Intervene.  *Notice of Motion of San Diego State University Research Foundation to Intervene* (May 22, 2009).  The Tribes filed a joint response on June 8, 2009.  *Joint Response of the Cahuilla Band of Indians and Ramona Band of Cahuilla in Opposition to San Diego State University Research Foundation's Motion to Intervene* (June 8, 2009).  On June 10, 2009, SDSU filed its reply.  *Reply of San Diego State University Research Foundation to Joint Response of the Cahuilla Band of Indians*

*and Ramona Band of Cahuilla in Opposition to Motion to Intervene* (June 10, 2009).   The Court subsequently issued its Order denying SDSU's motion to intervene.   *Order* (June 17, 2009).

           c.      Defendants Bryan D. Sampson, Frank Spitzer, the Sander Family Trust, and Jannki Mithaiwala each moved for attorneys fees and costs.   *Defendant Bryan D. Sampson's Motion for Attorneys Fees and Costs* (May 13, 2009); *Sander Family Trust's Motion for Attorney Fees; Points and Authorities and Declaration of Counsel in Support Thereof* (May 15, 2009); *Defendant Jannki Mithaiwala's Motion for Attorneys Fees* (May 15, 2009); *Defendant Frank Spitzer's Motion for Attorney Fees; Memorandum of Points and Authorities, and Declaration of George Chakmakis in Support Thereof* (May 18, 2009).   The Tribes filed a response on June 1, 2009.   *Joint Memorandum of Points and Authorities in Support of the Ramona Band of Cahuilla's and Cahuilla Band of Indians' Opposition to Motions for Attorneys Fees* (June 1, 2009).

           The Edward F. Reed Trust, Ward Family Trust and Ward Credit Trust ("Trusts") filed a motion requesting that the Court change their dismissal without prejudice to a dismissal with prejudice or, in the alternative, that the Court award attorney fees and costs.   *Notice of Motion and Motion for Dismissal with Prejudice or, in the Alternative, for Attorneys' Fees and Costs* (May 18, 2009).   The Tribes filed their response on June 1, 2009.   *Joint Memorandum of Points and Authorities in Support of the Ramona Band of Cahuilla's and Cahuilla Band of Indians' Opposition to Edward F. Reed Trust Motion for Dismissal with Prejudice, or in the Alternative, for Attorneys' Fees and Costs* (June 1, 2009).

           Reply briefs were due on June 15, 2009.   Defendants Bryan D. Sampson and the Trusts timely filed their replies.   *Defendant Bryan D. Sampson's Reply Memorandum of Points and Authorities in Support of Motion for Attorneys Fees and Costs* (June 13, 2009); *Reply Memorandum of Points and Authorities in Response to the Joint Opposition of the Ramona Band of Cahuilla and Cahuilla Band of Indians to Motion for Dismissal with Prejudice or, in the Alternative, for Attorneys' Fees and Costs* (June 15, 2009).   Defendant Spitzer filed his reply out of time.   *Defendant Frank Spitzer's Reply to Opposition re Motion for Attorney Fees;*

1    *Memorandum of Points and Authorities; and Declaration of George Chakmakis in Support*

2    *Thereof* (June 18, 2009).  The Sander Family Trust and Jannki Mithaiwala did not file replies.

3    The Court previously indicated that it "will render its decision and issue an Order.  No oral

4    argument is required."  April 29 Order at 2.

5                 d.      Currently, the Tribes are working with the United States compiling an up-

6    to-date list of parties whose land and water is within the Anza-Cahuilla Sub-Basin.  As part of

7    that process, the Tribes and the United States are currently identifying the multiple owners for a

8    large number of parcels through examination of land ownership records maintained by Riverside

9    County.   Once the list is complete, the Tribes intend to file the Second Amended Complaints

10   with the Court and send notices of the lawsuit and requests for waiver of service of summons to

11   the parties on the list by first class mail, pursuant to FED. R. CIV. P. 4(d).

12           2.      No settlement meetings have been held since March 10, 2009.  The Cahuilla Tribe

13   scheduled a meeting on June 5, 2009 with the attorneys representing individuals and entities

14   residing inside the boundaries of the Anza-Cahuilla Sub-Basin.  However, the meeting was

15   cancelled and subsequently rescheduled with the assistance of the Federal Negotiating Team.

16   The meeting is scheduled to occur on June 30, 2009.

17   Respectfully submitted this 24th day of June, 2009.

18

19                                              Marco A. Gonzalez (SBN 190832)
                                                COAST LAW GROUP LLP
20                                              169 Saxony Road, Suite 204
                                                Encinitas, California  92024
21                                              Tel:  760-942-8505 Fax:  760-942-8515

22                                              Scott B. McElroy (Pro Hac Vice)
                                                M. Catherine Condon (Pro Hac Vice)
23                                              McELROY, MEYER, WALKER
                                                  & CONDON, P.C.
24                                              1007 Pearl Street, Suite 220
                                                Boulder, Colorado  80302
25                                              Tel:  303-442-2021 Fax: 303-444-3490

26                                                   */s/ Scott B. McElroy*
                                                By:_____
27                                                   Scott B. McElroy
                                                *Attorneys for Plaintiff in Intervention,*
28                                                  *the Cahuilla Band of Indians*

1

## PROOF OF SERVICE

2

    I, Scott B. McElroy, declare:

3

    I am a resident of the State of Colorado, over the age of 18 years, and not a party to the
within action.  My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St.,

4

Suite 220, Boulder, Colorado.  On June 24, 2009, I electronically filed the foregoing ***Status***
***Report***  with the Clerk of the Court using the CM/ECF system, which will generate and transmit a

5

notice of electronic filing to the following CM/ECF registrants:

6

**Elsinore Valley Municipal Water District** matthew.green@bbklaw.com

7

**M.E.M. Limited Partnership** prosenberg@hnattorneys.com
**MCMX, LLC** sharper@bhsmck.com

8

**Rancho California Water District** matthew.green@bbklaw.com
**Sander Family Trust** gblank@san.rr.com

9

**Alice E. Walker** awalker@mmwclaw.com, dvitale@mmwclaw.com
**B. Tilden Kim** tkim@rwglaw.com, gduran@rwglaw.com

10

**Bill J Kuenzinger** bkuenzinger@bhsmck.com, rjones@bhsmck.com
**Bryan D. Sampson** mfickel@sampsonlaw.net

11

**Charles W Binder** cwbinder@smrwm.org
**Curtis G Berkey** cberkey@abwwlaw.com, mmorales@abwwlaw.com

12

**Daniel E. Steuer** dsteuer@mmwclaw.com, dvitale@mmwclaw.com
**Daniel J Goulding** jhester@mccarthyholthus.com

13

**Donald R Timms** dontimms@san.rr.com
**F Patrick Barry** patrick.barry@usdoj.gov

14

**Frank Spitzer** george@chakmakislaw.com
**Gary D Leasure** gleasure@garydleasure.com

15

**George Chakmakis** george@chakmakislaw.com
**Gerald (Jerry) Blank** gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

16

**Harry Campbell Carpelan** hcarpelan@redwineandsherrill.com
**John A Karaczynski** jkaraczynski@akingump.com, dcolvin@akingump.com,

17

    dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com,
    kamorgan@akingump.com, msoboleflevy@akingump.com

18

**John Christopher Lemmo** jl@procopio.com, laj@procopio.com
**Jonathan M Deer** jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

19

**Kevin Patrick Sullivan** ksullivan@pshlawyers.com, kstanis@pshlawyers.com
**M. Catherine Condon** ccondon@mmwclaw.com, dvitale@mmwclaw.com

20

**Milan L. Brandon** mbrandon@brandon-law.com
**Marco Antonio Gonzalez** marco@coastlawgroup.com, sara@coastlawgroup.com

21

**Marilyn H Levin** marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
**Mark L Brandon** mbrandon@brandon-law.com, dslack@brandon-law.com

22

**Mary L Fickel** mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
**Matthew L Green** matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

23

**Matthew N Falley** mfalley@ggfirm.com
**Michael Duane** Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

24

**Michele A Staples** mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
**Patricia Grace Rosenberg** prosenberg@hnattorneys.com

25

**Peter J Mort** pmort@akingump.com, jfukai@akingump.com
**Richard Alvin Lewis** Rlewis@RichardLewis.com

26

**Robert H James** bob@fallbrooklawoffice.com
**Robert K Edmunds** robert.edmunds@bipc.com, jacqueline.forjais@bipc.com

27

28

Status Report                    Page 5                    Case No. 51-cv-1247-SD-GT

1   **Robert M Cohen** rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
        wwendelstein@cohenburgelaw.com
2   **Scott B. McElroy** smcelroy@mmwclaw.com, dvitale@mmwclaw.com
    **Thomas C Stahl** Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
3   **Timothy P Johnson** tjohnson@johnson-chambers.com, cww@johnson-chambers.com
    **William Kenneth Koska** wkoska@koskalaw.com
4

5           I further certify that on June 24, 2009, I served the foregoing ***Status Report*** on the
    following who are not registered with the CM/ECF system, by placing a copy of the document in
6   a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder,
    Colorado, addressed as set forth below. I am readily familiar with the firm's practice for
7   collecting and processing correspondence for mailing with the U.S. Postal Service on the same
    day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
8   motion of the party served, service is presumed invalid if postal cancellation date or postage
    meter date is more than one day after date of deposit for mailing contained in this affidavit.

9
    Wiederrich Family Trust                          Khyber Courchesne
10  13440 St. Andrews Pl.                            1264 Page Street
    Poway, CA 92064                                  San Francisco, CA 94117
11
    Anna Gale James                                  Marianne E Pajot
12  40275 Curry Court                                40225 Curry St.
    Aguanga, CA 92536                                Aguanga, CA  92536
13
    Barbara J Carr Trust                             Mary E Lee
14  Barbara J. Carr, Trustee                         41085 Lakeshore Blvd.
    20571Bexley Road                                 Aguanga, CA 92536
15  Jamul, CA 91935-7945
                                                     Michael J Machado
16  Billy Ward                                       P O Box 391607
    P O Box 5878                                     Anza, CA 92539
17  San Diego, CA 92165
                                                     Pamela M Machado
18  Briar McTaggart                                  P O Box 391607
    1642 Merion Way 40E                              Anza, CA 92539
19  Seal Beach, CA 90740
                                                     Peggy Wilson
20  James L. Markman                                 14205 Minorca Cove
    Richards Watson & Gershon                        Del Mar, CA 92014-2932
21  1 Civic Center Circle
    PO Box 1059                                      Thomas C Perkins
22  Brea, CA 92822-1059                              7037 Gaskin Place
                                                     Riverside, CA 92506
23
    John S Wilson
24  14205 Minorca Cove
    Del Mar, CA 92014-2932
25
            I declare under penalty of perjury under the laws of the State of Colorado that the above is
26  true and correct.

27          Executed on June 24, 2009.                    */s/ Scott B. McElroy*
                                                    _____
28                                                       Scott B. McElroy