ORIGINAL



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Civ. No. 51-1247 GT(RBB)<br><br>ORDER |

On May 28, 2008, Plaintiffs, the Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), filed a Joint Motion for Reconsideration that portion of this Court's April 29, 2009 Order that dismissed with prejudice certain defendants residing outside the Anza-Cahuilla Sub-Basin. Defendant, Bryan Sampson filed an Opposition on June 13, 2009. The Pechanga Band of Luiseno Indians ("Pechanga") filed a Response on June 15, 2009. The Tribes filed their Reply on June 22, 2009. Additionally, in a Reply for a Motion for Attorneys' Fees and Costs, the Edward F. Reed Trust, the Ward Family Trust, and the Ward Credit Trust ("Trusts") requests this Court to reconsider the portion of the April 29, 2009 Order that dismissed the Trusts without prejudice.

The Court has fully considered this matter, including a review of all the briefs filed, the authorities cited therein and the arguments presented. In this review, the Court finds no reason to change the April 29, 2009 in any manner. The Court still retains continuing jurisdiction over the various water rights in the Santa Margarita River Watershed ("Watershed). Additionally, all water right holders within the Watershed may still assert their respective rights as necessary. Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration is **DENIED.**

**IT IS SO ORDERED.**

June 25, 2009
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel