Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**STATUS REPORT SUBMITTED BY THE RAMONA BAND OF CAHUILLA**<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to this Court's Order of April 29, 2009, Plaintiff-Intervenor Ramona Band of Cahuilla submits this status report summarizing developments in litigation and negotiations. This Court partially lifted the stay to allow answering defendants to file motions for attorneys fees and costs. Four such motions were filed. The Tribe, jointly with Plaintiff-Intervenor Cahuilla Band of Indians, filed its memorandum in opposition to those motions on June 1, 2009. In addition, the Edward F. Reed Trust, Ward Family Trust and Ward Credit Trust filed a motion for dismissal with prejudice, or in the alternative, for an award of attorneys fees and costs. The Tribes filed their opposition to that motion on June 1, 2009. Also, the Tribes filed a memorandum in opposition to the motion of San Diego State University Research Foundation to intervene. This Court denied that

motion by order on June 17, 2009. Docket No. 5164. On May 28, 2009, the Tribes filed a motion to reconsider a portion of this Court's dismissal order, requesting that this Court revise the order to dismiss the Tribes' claims without prejudice for those answering defendants outside the Anza-Cahuilla Basin. This Court denied that motion by order on June 25, 2009. Docket No. 5168.

This Court's April 29 Order also granted the Tribes leave to file their second amended complaints. In light of this Order, on April 30, 2009, Magistrate Judge Ruben B. Brooks denied as moot the Motion to Quash Service for Insufficient Service of Process of Complaints in Intervention filed by Eastern Municipal Water District and the Joinders in the Motion filed by Elsinore Valley Municipal Water District and Western Municipal Water District. Docket No. 5136. On May 4, 2009, the Tribes filed a brief with Magistrate Judge Ruben B. Brooks noting that this Court's Order also mooted the motion to quash service filed by Defendants Gregory V. Burnett, Gordon Lanik and Matthew R. Rantanen. On May 4, 2009, Magistrate Judge Brooks denied the motion as moot. Docket No. 5139.

Immediately following the entry of the April 29 dismissal order, the Tribes and the United States began the work of developing and finalizing an up-to-date list of parties within the Anza-Cahuilla Sub-Basin who own land overlying groundwater or adjacent to surface streams that are subject to this Court's jurisdiction pursuant to Interlocutory Judgment No. 33. This work includes identification of multiple owners for a large number of parcels through examination of land ownership records maintained by Riverside County. The party list is necessary in order to mail Notices of the filing of the Second Amended Complaints and Requests for Waiver of Service of Process under Rule 4(d) of the Federal Rules of Civil Procedure. The Tribes have undertaken discussions with attorneys for parties within the Anza-Cahuilla Sub-Basin in order to minimize the possibility of disputes regarding the sufficiency of service.

Ramona has also continued its settlement discussions with representatives of parties inside the Anza-Cahuilla Sub-Basin. Counsel for the parties met on April 28 to continue these discussions. The parties are focused on broad settlement principles and in particular on measures to address the question of whether and to what extent well pumping in the Sub-Basin may adversely impact the water supply available to the Tribe on its Reservation. The Discussion Concept Paper prepared by

1  the Tribe serves as the focal point for these discussions. The parties are exchanging views with
2  regard to various technical questions related to the well interference issue, and they expect to
3  continue these discussions in the coming weeks.

Respectfully submitted,

Dated: June 25, 2009

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis G. Berkey
   Curtis G. Berkey
   Scott W. Williams
   2030 Addison Street, Suite 410
   Berkeley, California 94704
   Tel: 510/548-7070
   Fax: 510/548-7080
   *Attorneys for Plaintiff-Intervenor,*
   *Ramona Band of Cahuilla*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On June 25, 2009, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) **STATUS REPORT SUBMITTED BY THE RAMONA BAND OF CAHUILLA**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on June 25, 2009, at Berkeley, California.

_Martha Morales_
Martha Morales