MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES            Case No. 51cv1247 GT(RBB)
                                                Time Spent: 35 mins.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE        Rptr.

Plaintiffs

Defendants

PROCEEDINGS: _____ In Chambers   _____ In Court   _____ Telephonic

A settlement conference for the Pechanga settlement was held.

An attorneys-only settlement conference for those involved in the Pechanga settlement only is set for September 8, 2009, at 2:00 p.m.

DATE: June 29, 2009        IT IS SO ORDERED:  /s/ Ruben Brooks
                                              Ruben B. Brooks,
                                              U.S. Magistrate Judge
cc: Judge Thompson                            INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute10.wpd