1  JONATHAN B. SOKOL (SBN 131806)
   jsokol@ggfirm.com
2  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
3  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
4  Telephone: 310.553.3610
   Fax: 310.553.0687
5
   Attorneys for Defendant Roy C. Pursche,
6  Trustee of the Roy C. Pursche Trust
   (incorrectly sued as Roy C. Pursche Trust)
7
8                UNITED STATES DISTRICT COURT
9                SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | Case No. 3:51-cv-01247-GT-RBB
12 |              Plaintiff,             | **NOTICE OF CHANGE OF LEAD COUNSEL FOR DEFENDANT ROY C. PURSCHE, TRUSTEE OF THE ROY C. PURSCHE TRUST (INCORRECTLY SUED AS ROY C. PURSCHE TRUST)**
13 | CAHUILLA BAND OF INDIANS,           |
14 |              Plaintiff-Intervenors, |
15 | v.                                  |
16 | FALLBROOK PUBLIC UTILITY DISTRICT, et al., |
17 |                                     |
18 |              Defendants.            |

19
20
21  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF
22  RECORD IN THE ABOVE-ENTITLED ACTION:
23
24       PLEASE TAKE NOTICE that, commencing immediately, Jonathan B. Sokol
25  of Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of the Stars,
26  Suite 2100, Los Angeles, California 90067-4590, telephone (310) 553-
27  3610/facsimile (310) 553-0687, will act as lead counsel in this matter for Defendant
28  Roy C. Pursche, Trustee of the Roy C. Pursche Trust, incorrectly sued as Roy C.

72510-00007/1663520.1

NOTICE OF CHANGE OF LEAD COUNSEL FOR
DEFENDANT PURSCHE (3:51-CV-01247)

1  Pursche Trust in the above-entitled action.  Please update your records to reflect
2  that Matthew N. Falley is no longer associated with Greenberg Glusker Fields
3  Claman & Machtinger LLP.

DATED:  July 1, 2009

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: s/JONATHAN B. SOKOL
    JONATHAN B. SOKOL
Attorneys for Defendant Roy C. Pursche,
Trustee of the Roy C. Pursche Trust
(incorrectly sued as Roy C. Pursche
Trust)