1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
4  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
5  *Ramona Band of Cahuilla*

6  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
7  1140 S. Coast Hwy. 101, Encinitas, CA 92024
   Tel: 760/942-8505, Fax: 760/942-8515
8  Email: marco@coastlawgroup.com

9  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
10 McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220, Boulder, CO 80302
11 Tel: 303/442-2021, Fax: 303/444-3490
   E-mail: sbmcelroy@mmwclaw.com
12 E-mail: ccondon@mmwclaw.com
   *Attorneys for Plaintiff-Intervenor*
13 *Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GT-RBB |
| Plaintiff, | **NOTICE OF JOINT MOTION AND JOINT MOTION TO EXTEND TIME FOR FILING ANSWERS TO SECOND AMENDED COMPLAINTS** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | |
| Plaintiff-Intervenors, | Hon. Gordon Thompson, Jr. |
| v. | **Date:** No hearing date set<br>**Time:** |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | **Courtroom: 8** |
| Defendants. | **ORAL ARGUMENT NOT REQUIRED** |

Case No.: 51-cv-1247-GT-RBB

1    Pursuant to Fed. R. Civ. P. 6(b), Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (collectively "Tribes") hereby jointly move the Court for an order extending the time to answer until such time as ordered by this Court for parties who:  (1) execute the waiver of service of summons of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (collectively "Second Amended Complaints"); (2) are personally served with a summons and copies of the Second Amended Complaints; and (3) previously executed the waiver of service of summons.  This motion is supported by the accompanying *Joint Memorandum of Points and Authorities in Support of Motion to Extend Time to Answer Second Amended Complaints* and the *Declaration of Curtis G. Berkey* (July 10, 2009).  Oral argument on this motion is not required.

Date: July 10, 2009                     Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By:/s/Curtis G. Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505
Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: /s/Scott B. McElroy
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021
    Fax: 303/444-3490
    E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*