1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
4  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
5  *Ramona Band of Cahuilla*

6  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
7  1140 S. Coast Hwy. 101, Encinitas, CA 92024
   Tel: 760/942-8505, Fax: 760/942-8515
8  Email: marco@coastlawgroup.com

9  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
10 McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220, Boulder, CO 80302
11 Tel: 303/442-2021, Fax: 303/444-3490
   E-mail: sbmcelroy@mmwclaw.com
12 E-mail: ccondon@mmwclaw.com
   *Attorneys for Plaintiff-Intervenor*
13 *Cahuilla Band of Indians*

14
                    UNITED STATES DISTRICT COURT
15
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
16

17 UNITED STATES OF AMERICA,              )  CIVIL NO.: 51-CV-1247-GT-RBB
                                          )
18                        Plaintiff,      )  **JOINT MEMORANDUM OF**
                                          )  **POINTS AND AUTHORITIES IN**
19 RAMONA BAND OF CAHUILLA,               )  **SUPPORT OF MOTION TO**
   CAHUILLA BAND OF INDIANS, et al.,      )  **EXTEND TIME TO ANSWER**
20                                        )  **SECOND AMENDED**
                 Plaintiff-Intervenors,   )  **COMPLAINTS**
21                                        )
   v.                                     )  Hon. Gordon Thompson, Jr.
22                                        )
   FALLBROOK PUBLIC UTILITY DISTRICT,     )  **Date:  No hearing date set**
   et al.,                                )  **Time:**
23                                        )  **Courtroom: 8**
                          Defendants.     )
24                                        )  **ORAL ARGUMENT NOT REQUIRED**
                                          )
25 ──────────────────────────────────    )

26
                                          Case No.: 51-cv-1247-GT-RBB

# I. **BACKGROUND.**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (collectively "Tribes") hereby jointly move the Court for an order extending the time to answer until such time as ordered by this Court for parties who:  (1) execute the waiver of service of summons of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (collectively "Second Amended Complaints"); (2) are personally served with a summons and copies of the Second Amended Complaints; and (3) previously executed the waiver of service of summons.

On April 29, 2009, this Court granted the Tribes' *Joint Motion for Leave to File Second Amended Complaints in Intervention* (Apr. 1, 2009), which limited the Tribes' water rights claims to parties and parcels located within the Anza-Cahuilla Sub-Basin.  *Order* (Apr. 29, 2009).  Because the 120-day time limit for service begins to run from the date the Tribes file their Second Amended Complaints, and because the Tribes and the United States must complete the arduous task of compiling an up-to-date list of parties whose land and water is located within the Anza-Cahuilla Sub-Basin, the Tribes have not yet filed the Second Amended Complaints with the Court.  *Declaration of Curtis Berkey* ¶ 3 (July 10, 2009).

Based on the amount of work performed thus far, the Tribes expect the final list to contain more than 2,100 names and addresses, including multiple owners for a large number of parcels.  Once the list is complete, the Tribes intend to file the Second Amended Complaints with the Court and send notices of the lawsuit and requests for waivers of service of summons to most of  the parties on the list by first class mail, pursuant to Fed. R. Civ. P. 4(d).  The Tribes also intend to personally serve certain parties on the list, including those parties who fail to return the waiver of service.  In addition, although the Tribes are not required to serve those persons who previously signed a waiver, the Tribe will send them or their attorneys copies of

1  the Second Amended Complaints as parties under Fed. R. Civ. P. 5(a)(1)(B), and they will

2  therefore be required to file answers.  Berkey Declaration ¶¶ 6, 7.

3  ## II.  TIME TO FILE ANSWER.

4        Under the federal rules, the notice of the lawsuit must give a defendant a reasonable

5  time of at least 30 days after the request for waiver of service of summons is sent to return the

6  signed waiver.  Fed. R. Civ. P.  4(d)(1)(F).  The notice and waiver request must "inform the

7  defendant, using text prescribed in Form 5, of the consequences of waiving and not waiving

8  service."  Fed. R. Civ. P.  4(d)(2)(D).  The notice must also contain a statement indicating that if

9  the defendant timely returns the waiver, the defendant will have 60 days from the date the

10  notice and request are mailed to the defendant to file an answer.  Fed. R. Civ. P.  4(d)(3); Fed.

11  R. Civ. P. 12(a)(1)(A)(ii).  This information is provided in Form 5:

12       If you return the signed waiver, I will file it with the court.  The action will then
13       proceed as if you had been served on the date the waiver is filed, but no
     summons will be served on you and you will have 60 days from the date this
     notice is sent (see the date below) to answer the complaint . . . .
14

15  Appendix of Forms, Form 5.

16        As to those defendants which the Tribes personally serve, the federal rules require that

17  the defendant must file an answer within 20 days after service of the summons and complaint.

18  Fed. R. Civ. P.  12(a)(1)(A)(i).  As to those defendants who previously signed a waiver, their

19  obligation to file an answer has been suspended pending the lifting of the stay.  *Order Granting*

20  *Joint Motion for a Temporary Stay of Proceedings Pending Settlement Negotiations* (June 30,

21  2008).  Once the stay is lifted, they will be obligated to file an answer.

22        In light of these various deadlines for filing an answer, it is extremely likely that the

23  deadlines for the majority of the defendants will fall during the pendency of the stay, or before

24  October 28, 2009.  Berkey Declaration ¶ 8.  To avoid confusion on the part of defendants, both

25  those represented by counsel and those not represented by counsel, and to provide for a uniform

26  answer deadline, the Tribes respectfully request that this Court suspend the obligation of the

three groups of parties to answer within the 60-day period, the 20-day period or upon lifting of the stay, respectively, and instead order that the deadline for answering will be set by further order of this Court.  In addition, the parties are engaged in settlement discussions, and the obligation to file answers on threat of default if a party fails to so file is likely to retard progress, as the parties will be required to devote time and resources to litigation that could otherwise be committed to settlement.

      For reasons of judicial economy, the Tribes request that the time to answer be suspended until further order of this Court.  The Tribes believe an order is necessary to avoid confusion about the obligation to file answers during the pendency of the stay, and to enable the parties to continue settlement discussions unimpeded by the need to file answers.

Date: July 10, 2009                  Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By:/s/Curtis G. Berkey_____
     Curtis G. Berkey
     Scott W. Williams
     2030 Addison Street, Suite 410
     Berkeley, California 94704
     Tel: 510/548-7070
     Fax: 510/548-7080
     E-mail: cberkey@abwwlaw.com
     E-mail: swilliams@abwwlaw.com

     *Attorneys for Plaintiff-Intervenor,*
     *Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760-942-8505 Fax: 760-942-8515
Email: marco@coastlawgroup.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

McELROY, MEYER, WALKER & CONDON, P.C.

By:/s/Scott B. McElroy
     Scott B. McElroy (Pro Hac Vice)
     M. Catherine Condon (Pro Hac Vice)
     1007 Pearl Street, Suite 220
     Boulder, Colorado
     Tel: 303/442-2021
     Fax: 303/444-3490
     E-mail: sbmcelroy@mmwclaw.com
     E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Case No.: 51-cv-1247-GT-RBB