1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
4  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
5  *Ramona Band of Cahuilla*

6  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
7  1140 S. Coast Hwy. 101, Encinitas, CA 92024
   Tel: 760/942-8505, Fax: 760/942-8515
8  Email: marco@coastlawgroup.com

9  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
10 McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220, Boulder, CO 80302
11 Tel: 303/442-2021, Fax: 303/444-3490
   E-mail: sbmcelroy@mmwclaw.com
12 E-mail: ccondon@mmwclaw.com
   *Attorneys for Plaintiff-Intervenor*
13 *Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GT-RBB |
| Plaintiff, | **DECLARATION OF CURTIS BERKEY IN SUPPORT OF MOTION TO EXTEND TIME TO ANSWER SECOND AMENDED COMPLAINTS** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | |
| Plaintiff-Intervenors, | Hon. Gordon Thompson, Jr. |
| v. | **Date:  No hearing date set** |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | **Time:** |
| Defendants. | **Courtroom: 8** |

Case No.: 51-cv-1247-GT-RBB

I, Curtis G. Berkey, hereby declare as follows:

1. I am counsel for the Ramona Band of Cahuilla as Plaintiff-Intervenor in the above-captioned case. This declaration is based on my personal knowledge.

2. On April 29, 2009, this Court granted the Joint Motion of Plaintiff-Intervenor Ramona Band of Cahuilla and Plaintiff-Intervenor Cahuilla Band of Indians for Leave to File Second Amended Complaints. Docket No. 5135. This Court also stayed litigation in this case to and including October 28, 2009,

3. The Tribes, in conjunction with Plaintiff the United States, are preparing an up-to-date list of parties who own land overlying ground water or adjacent to surface water that is subject to this Court's jurisdiction under Interlocutory Judgment No. 33. The final list will include parcels owned by a single owner and parcels owned by multiple owners.

4. After the list is complete, the Tribes intend to file their Second Amended Complaints with the Court and mail by first class mail Notices of Lawsuit and Request for Waiver of Service of Summons, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. Both single and multiple owners will be sent such mailings. The Tribes estimate the number of mailings to total 2,100.

5. Under Rule 4(d)(3), the time to answer the Second Amended Complaints will be 60 days from the date the Tribes sent the request for waiver of service of the summons. The Notice to be sent by the Tribes must include a deadline for filing answers. Rule 4(d)(1)(D), Appendix of Forms, Form 5, Federal Rules of Civil Procedure.

6. The Tribe also intends to personally serve certain defendants within the Anza-Cahuilla Sub-Basin, and for this category of defendants, the time to file an answer will be 20 days after being served with the summons and Second Amended Complaints. Rule 12(a)(A)(i).

7. Pursuant to Rule 5(a)(1)(B), the Tribe intends to mail copies of the Second Amended Complaints to those defendants who signed and returned waivers of service of summons for the Tribes' first amended complaints. These parties will be required to answer the Second Amended Complaint once the stay is lifted. *Order Granting Joint Motion for a Temporary Stay of Proceedings Pending Settlement Negotiations* (June 30, 2008).

8. Unless the time to answer is extended, the deadline for filing answers will likely fall within the period in which this case is stayed.

9. The Tribes and parties within the Anza-Cahuilla Sub-Basin are currently engaged in settlement discussions.

10. The Tribes believe that extending the time to answer will avoid confusion about the obligation to answer the Second Amended Complaints during the pendency of the stay and facilitate settlement discussions.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 10, 2009                                        Respectfully submitted,


/s/Curtis G. Berkey
Curtis G. Berkey