Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Highway 101
Encinitas, California 92024
Tel: 760-942-8505
Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Interention,
the Cahuilla Band of Indians*

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> CAHUILLA BAND OF INDIANS, ) <br> a federally recognized Indian tribe, ) <br> ) <br> Plaintiff in Intervention, ) <br> ) <br> v. ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, a public service corporation ) <br> of the State of California, et al., ) <br> ) <br> Defendants. ) | CASE NO. 51-cv-1247-GT-RBB <br><br> **NOTICE OF ADDRESS CHANGE OF LOCAL COUNSEL** <br><br> Hearing Date: <br> Time: <br> Courtroom:   8 <br><br> Hon. Gordon Thompson, Jr. |

Notice of Address Change                       1                       CASE NO. 51-cv-1247-GT-RBB

Notice is hereby given that the address of local counsel for the Cahuilla Band of Indians has changed. The new address is:

>  Marco A. Gonzalez (SBN 190832)
>  COAST LAW GROUP LLP
>  1140 S. Coast Highway 101
>  Encinitas, California 92024

The telephone number, facsimile number, and e-mail remain the same.

Respectfully submitted July 17, 2009

>  Marco A. Gonzalez (SBN 190832)
>  COAST LAW GROUP LLP
>  1140 S. Coast Highway 101
>  Encinitas, California 92024
>  Tel: 760-942-8505  Fax: 760-942-8515
>
>  Scott B. McElroy (Pro Hac Vice)
>  M. Catherine Condon (Pro Hac Vice)
>  McELROY, MEYER, WALKER
>    & CONDON, P.C.
>  1007 Pearl Street, Suite 220
>  Boulder, Colorado 80302
>  Tel: 303-442-2021  Fax: 303-444-3490
>
>  By: _____/s/ Scott B. McElroy_____
>       Scott B. McElroy
>
>  *Attorneys for Plaintiff in Intervention,*
>  *the Cahuilla Band of Indians*

**PROOF OF SERVICE**

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is Greene, Meyer & McElroy, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On July 17, 2009, I electronically filed the foregoing *Notice of Address Change of Local Counsel* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

**Elsinore Valley Municipal Water District** matthew.green@bbklaw.com
**M.E.M. Limited Partnership** prosenberg@hnattorneys.com
**MCMX, LLC** sharper@bhsmck.com
**Rancho California Water District** matthew.green@bbklaw.com
**Sander Family Trust** gblank@san.rr.com
**Alice E. Walker** awalker@mmwclaw.com, dvitale@mmwclaw.com
**B. Tilden Kim** tkim@rwglaw.com, gduran@rwglaw.com
**Bill J Kuenzinger** bkuenzinger@bhsmck.com, rjones@bhsmck.com
**Bryan D. Sampson** mfickel@sampsonlaw.net
**Charles W Binder** cwbinder@smrwm.org
**Curtis G Berkey** cberkey@abwwlaw.com, mmorales@abwwlaw.com
**Daniel E. Steuer** dsteuer@mmwclaw.com, dvitale@mmwclaw.com
**Daniel J Goulding** jhester@mccarthyholthus.com
**Donald R Timms** dontimms@san.rr.com
**F Patrick Barry** patrick.barry@usdoj.gov
**Frank Spitzer** george@chakmakislaw.com
**Gary D Leasure** gleasure@garydleasure.com
**George Chakmakis** george@chakmakislaw.com
**Gerald (Jerry) Blank** gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
**Harry Campbell Carpelan** hcarpelan@redwineandsherrill.com
**John A Karaczynski** jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com,
    kamorgan@akingump.com, msobolefflevy@akingump.com
**John Christopher Lemmo** jl@procopio.com, laj@procopio.com
**Jonathan M Deer** jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
**Kevin Patrick Sullivan** ksullivan@pshlawyers.com, kstanis@pshlawyers.com
**M. Catherine Condon** ccondon@mmwclaw.com, dvitale@mmwclaw.com
**Milan L. Brandon** mbrandon@brandon-law.com
**Marco Antonio Gonzalez** marco@coastlawgroup.com, sara@coastlawgroup.com
**Marilyn H Levin** marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
**Mark L Brandon** mbrandon@brandon-law.com, dslack@brandon-law.com
**Mary L Fickel** mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
**Matthew L Green** matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
**Matthew N Falley** mfalley@ggfirm.com
**Michael Duane** Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
**Michele A Staples** mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
**Patricia Grace Rosenberg** prosenberg@hnattorneys.com
**Peter J Mort** pmort@akingump.com, jfukai@akingump.com
**Richard Alvin Lewis** Rlewis@RichardLewis.com
**Robert H James** bob@fallbrooklawoffice.com
**Robert K Edmunds** robert.edmunds@bipc.com, jacqueline.forjais@bipc.com
**Robert M Cohen** rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
    wwendelstein@cohenburgelaw.com

Notice of Address Change    3    CASE NO. 51-cv-1247-GT-RBB

1 **Scott B. McElroy** smcelroy@mmwclaw.com, dvitale@mmwclaw.com
**Thomas C Stahl** Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
2 **Timothy P Johnson** tjohnson@johnson-chambers.com, cww@johnson-chambers.com
**William Kenneth Koska** wkoska@koskalaw.com

I further certify that on July 17, 2009, I served the foregoing *Notice of Address Change of Local Counsel* on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry St.
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on July 17, 2009

*/s/ Scott B. McElroy*

Scott B. McElroy

Notice of Address Change          4          CASE NO. 51-cv-1247-GT-RBB