FILED
JUL 22 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | CIVIL NO.: 51-1247-GT-RBB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING ANSWERS TO SECOND AMENDED COMPLAINTS**<br><br>Hon. Gordon Thompson, Jr.<br><br>**Date:** No hearing date set<br>**Time:**<br>**Courtroom:** |

UPON CONSIDERATION of the Plaintiff-Intervenor Ramona Band of Cahuilla and Cahuilla Band of Indians' *Notice and Joint Motion to Extend Time for Filing Answers to Second Amended Complaints*, and the *Joint Memorandum and Authorities in Support of Motion to Extend Time to Answer Second Amended Complaints*,

**IT IS ORDERED,** that the Joint Motion is **GRANTED**;

**IT IS FURTHER ORDERED,** that the following parties shall not be required to file answers to the Second Amended Complaints of Plaintiff-Intervenors until such time as ordered by this Court: (1) those who execute the waiver of service of summons of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (collectively "Second Amended Complaints"); (2) those who are

Case No.: 51cv1247-GT-RBB

personally served with a summons and copies of the Second Amended Complaints; and (3) those who previously executed the waiver of service of summons.

**IT IS SO ORDERED.**

July 22, 2009
Date

GORDON THOMPSON, JR.
United States District Judge