```
1  Robert M. Cohen - #97488
   COHEN & BURGE, LLP
2  699 Hampshire Road, Suite 207
   Thousand Oaks, CA 91361
3
   (805) 449-4200
4
5  Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 1247-SD-C<br><br>**NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION FOR AMICUS CURIAE STATUS AND REQUEST FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**<br><br>Hon. Gordon Thompson, Jr.<br><br>**NO ORAL ARGUMENT REQUIRED** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　Notice is hereby given that Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION hereby files its motion for amicus curiae status and for leave to file an amicus curiae brief. The motion will be heard by the Honorable Gordon Thompson, Jr., in Courtroom 8 of the United States District Court located at 940 Front Street, San Diego, CA 92101-8900 - no oral argument required, unless determined to be required by Honorable Gordon Thompson, Jr.

---
1
**NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION FOR AMICUS CURIAE STATUS AND REQUEST FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION requests amicus curiae status and requests leave to file an amicus curiae brief. The motion by SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION is based upon the authority contained in the memorandum of points and authorities, exhibits, and declaration of Robert M. Cohen filed concurrently with this notice.

Dated: August 10, 2009

COHEN & BURGE, LLP

By /s/
ROBERT M. COHEN
Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION