```
1  Robert M. Cohen - #97488
   Walter E. Wendelstein - #199003
2  COHEN & BURGE, LLP
   699 Hampshire Road, Suite 207
3  Thousand Oaks, CA   91361
4  (805) 449-4200
5  Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | CIVIL NO.: 1247-SD-C<br><br>**PROOF OF SERVICE**<br><br><br><br><br><br><br>Ctrm: 8, 3rd Floor<br>Judge Hon. Gordon Thompson, Jr. |

**DECLARATION OF SERVICE**

I, Virginia Zareba, declare:

I am a citizen of the United States and I am employed in the County of Ventura, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 699 Hampshire Road, Suite 207, Thousand Oaks, CA 91361.

I further declare that on August 10, 2009, I electronically filed the foregoing document(s) described as:

1)　　　**NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH**

---

1
DECLARATION OF PROOF OF SERVICE

FOUNDATION FOR AMICUS CURIAE STATUS AND REQUEST FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF;

2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION FOR AMICUS CURIAE STATUS AND REQUEST FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF;

3) DECLARATION OF ROBERT M. COHEN IN SUPPORT OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION FOR AMICUS CURIAE STATUS AND REQUEST FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

4) DECLARATION OF PROOF OF SERVICE

with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC,sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga, 1anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@aabwwlaw.com, mmorles@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, 1rodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze, rgeorge@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
Goerge Chakmakis, george@chakmikislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@ammwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mflickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grenon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com

1  Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com, wwendelstein@bcandblaw.com
2  Scott B McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
3  Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
   Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
4  William Kenneth Koska, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com

I further declare that I served the above listed document(s) on the following parties who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepared, in the United States mail at Thousand Oaks, California, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepared in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Khyber Courchesne<br>1264 Page St<br>San Francisco, CA 94117 |
| Anna Gale James<br>40275 Curry Court<br>Agunga, CA 92536 | Marianne E Pajot<br>40225 Curry St<br>Aguanga, CA 92536 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Rd<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| James L. Markman<br>Richards, Watson & Gerson<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert H James<br>Sachse James Crowell & Lopardo<br>205 W. Alvarado St., Ste. 1<br>Fallbrook, CA 92028-2025 |

3
DECLARATION OF PROOF OF SERVICE

| | |
|---|---|
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |
| Susan M. Williams (Pro Hac Vice)<br>Sarah S. Works (Pro Hac Vice)<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM 87049<br>505/899-7994 - FAX: 505/899-7972<br>**(Attys for Plaintiff-Intervenor CAHUILLA BAND OF INDIANS)** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 10, 2009, at Thousand Oaks, California.

/s/
Virginia Zareba

---

4
DECLARATION OF PROOF OF SERVICE