**ORIGINAL**

**FILED**

AUG 2 5 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Civ. No. 51-1247 GT(RBB)<br><br>ORDER |

On August 8, 2009, Defendant, San Diego State University Research Foundation ("SDSU Foundation"), filed a Motion for *Amicus Curie* status and leave to file an *Amicus Curie* brief. The SDSU Foundation correctly asserts that it has protectable interests and rights to the water in the Santa Margarita River watershed. Accordingly,

Defendant's Motion for *Amicus Curie* status and to file an *Amicus Curie* brief is **GRANTED**.

**IT IS SO ORDERED**.

August 24, 2009
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel