Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>a federally recognized Indian tribe,<br><br>    Plaintiff in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>**STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS**<br><br>Hearing Date:  No hearing date set<br>Time:<br>Courtroom:     8<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to the Court's *Order* (Apr. 29, 2009) ("April 29 Order"), the Cahuilla Band of Indians ("Tribe") submits this status report summarizing developments in the litigation and the settlement discussions with regard to its water rights claims. Since the filing of the Tribe's June 24, 2009 Status Report, the following progress has been made:

1. **Service.**  Currently the Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") are preparing to file the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (collectively "Second Amended Complaints") and serve the parties within the Anza-Cahuilla Sub-Basin.  Efforts to allow the Tribes to send out notices of the lawsuit and requests for waiver are substantially underway.  The Tribes are working with the United States compiling an up-to-date list of parties whose land and water is within the Anza-Cahuilla Sub-Basin.  As part of that process, the Tribes and the United States are currently completing the process of identifying the multiple owners for a large number of parcels through examination of land ownership records maintained by Riverside County.

Once the list of parties is complete, the Tribes intend to file the Second Amended Complaints with the Court and send notices of the lawsuit, requests for waiver of service of summons and the Second Amended Complaints ("waiver packets") to the parties on the list by first class mail, pursuant to FED. R. CIV. P. 4(d).  In addition, the Tribes intend to personally serve the State of California, Riverside County and a few of the landowners within the Anza-Cahuilla Sub-Basin.  Prior to filing the next Status Report with the Court which is due on October 28, 2009, the Tribes intend to mail out all of the waiver packets to the parties and personally serve the governmental entities and the handful of landowners within the Sub-Basin mentioned above.  It is unlikely, however, that the Tribes will have personally served all of the the individuals who refuse to sign the requests for waiver of service of summons prior to the filing of its next Status Report.

2. **Settlement Meetings.**  A settlement meeting was held on June 30, 2009 with the attorneys representing individuals and entities residing inside the boundaries of the Anza-Cahuilla Sub-Basin.  The purpose of the meeting was to develop a constructive path forward for future settlement negotiations.  Ground rules for future settlement meetings were proposed and generally agreed to by the attorneys present at the meeting.

A subsequent meeting was scheduled to take plan on August 18, 2009. However, the meeting was postponed until after the waiver packets have been mailed out and certain individuals have been personally served. The Cahuilla Tribe believes the settlement negotiations will be more fruitful once these events have occurred. The Tribe is hopeful that this meeting will occur either at the end of September or first part of October.

Respectfully submitted this 28th day of August, 2009.

        Marco A. Gonzalez (SBN 190832)
        COAST LAW GROUP LLP
        169 Saxony Road, Suite 204
        Encinitas, California 92024
        Tel: 760-942-8505 Fax: 760-942-8515

        Scott B. McElroy (Pro Hac Vice)
        M. Catherine Condon (Pro Hac Vice)
        McELROY, MEYER, WALKER
          & CONDON, P.C.
        1007 Pearl Street, Suite 220
        Boulder, Colorado 80302
        Tel: 303-442-2021 Fax: 303-444-3490

          /s/ Scott B. McElroy
By:_____
        Scott B. McElroy
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

## PROOF OF SERVICE

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On August 28, 2009, I electronically filed the foregoing ***Status Report*** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

**Elsinore Valley Municipal Water District** matthew.green@bbklaw.com
**M.E.M. Limited Partnership** prosenberg@hnattorneys.com
**MCMX, LLC** sharper@bhsmck.com
**Rancho California Water District** matthew.green@bbklaw.com
**Sander Family Trust** gblank@san.rr.com
**Alice E. Walker** awalker@mmwclaw.com, dvitale@mmwclaw.com
**B. Tilden Kim** tkim@rwglaw.com, gduran@rwglaw.com
**Bill J Kuenzinger** bkuenzinger@bhsmck.com, rjones@bhsmck.com
**Bryan D. Sampson** mfickel@sampsonlaw.net
**Charles W Binder** cwbinder@smrwm.org
**Curtis G Berkey** cberkey@abwwlaw.com, mmorales@abwwlaw.com

**Daniel E. Steuer** dsteuer@mmwclaw.com, dvitale@mmwclaw.com
**Daniel J Goulding** jhester@mccarthyholthus.com
**Donald R Timms** dontimms@san.rr.com
**F Patrick Barry** patrick.barry@usdoj.gov
**Frank Spitzer** george@chakmakislaw.com
**Gary D Leasure** gleasure@garydleasure.com
**George Chakmakis** george@chakmakislaw.com
**Gerald (Jerry) Blank** gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
**Harry Campbell Carpelan** hcarpelan@redwineandsherrill.com
**John A Karaczynski** jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
**John Christopher Lemmo** jl@procopio.com, laj@procopio.com
**Jonathan M Deer** jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
**Kevin Patrick Sullivan** ksullivan@pshlawyers.com, kstanis@pshlawyers.com
**M. Catherine Condon** ccondon@mmwclaw.com, dvitale@mmwclaw.com
**Milan L. Brandon** mbrandon@brandon-law.com
**Marco Antonio Gonzalez** marco@coastlawgroup.com, sara@coastlawgroup.com
**Marilyn H Levin** marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
**Mark L Brandon** mbrandon@brandon-law.com, dslack@brandon-law.com
**Mary L Fickel** mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
**Matthew L Green** matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
**Matthew N Falley** mfalley@ggfirm.com
**Michael Duane** Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
**Michele A Staples** mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
**Patricia Grace Rosenberg** prosenberg@hnattorneys.com
**Peter J Mort** pmort@akingump.com, jfukai@akingump.com
**Richard Alvin Lewis** Rlewis@RichardLewis.com
**Robert H James** bob@fallbrooklawoffice.com
**Robert K Edmunds** robert.edmunds@bipc.com, jacqueline.forjais@bipc.com

**Robert M Cohen** rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
**Scott B. McElroy** smcelroy@mmwclaw.com, dvitale@mmwclaw.com
**Thomas C Stahl** Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
**Timothy P Johnson** tjohnson@johnson-chambers.com, cww@johnson-chambers.com
**William Kenneth Koska** wkoska@koskalaw.com

   I further certify that on August ___, 2009, I served the foregoing *Status Report* on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

Wiederrich Family Trust                          Anna Gale James
13440 St. Andrews Pl.                            40275 Curry Court
Poway, CA 92064                                  Aguanga, CA 92536

| | |
|---|---|
| Barbara J Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 | Marianne E Pajot<br>40225 Curry St.<br>Aguanga, CA 92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Mary E Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>PO Box 1059<br>Brea, CA 92822-1059 | Michael J Machado<br>P O Box 391607<br>Anza, CA 92539 |
| | Pamela M Machado<br>P O Box 391607<br>Anza, CA 92539 |
| John S Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| | Thomas C Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |

   I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

       Executed on 8/28/09                                         /s/ Scott B. McElroy
                                                                   _____
                                                                         Scott B. McElroy