

1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
3   Berkeley, CA 94704
    Tel: 510/548-7070
4   Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
5   E-mail: swilliams@abwwlaw.com

6   *Attorneys for Plaintiff-Intervenor*
    *Ramona Band of Cahuilla*
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              ) CIVIL NO.: 51-cv-1247-GT-RBB
                                           )
11                  Plaintiff,             )
                                           )
12  RAMONA BAND OF CAHUILLA, CAHUILLA      ) **STATUS REPORT SUBMITTED**
    BAND OF INDIANS, et al.,               ) **BY THE RAMONA BAND OF**
13                                         ) **CAHUILLA**
                                           )
14              Plaintiff-Intervenors,     )
                                           )
15  v.                                     ) Hon. Gordon Thompson, Jr.
                                           )
16  FALLBROOK PUBLIC UTILITY DISTRICT,     )
    et al.,                                )
17                                         )
                  Defendants.              )
18                                         )
                                           )
19  ─────────────────────────────────────── )

20

21         Pursuant to this Court's Order of April 29, 2009, Plaintiff-Intervenor Ramona Band of

22  Cahuilla ("Tribe") submits this status report summarizing developments in litigation and

23  negotiations since the Tribe's last report.  Since the filing of the Tribe's report on June 25, 2009, the

24  following progress has been made:

25      1.      **Service of Second Amended Complaints.**

26         The Tribe's efforts since the last status report have focused on preparation of the list of

27  defendants for service of the Second Amended Complaint under Rule 4(d) of the Federal Rules of

28  Civil Procedure.  The Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes") are

1   preparing to file the complaints with the Court and serve the parties within the Anza-Cahuilla Sub-

2   Basin, in accordance with this Court's order of April 28, 2009, granting the Tribes' request to limit at

3   present the scope of their claims to that area.  The work of compiling an accurate, up-to-date list of

4   such parties is nearly complete.  The bulk of this work has centered on identifying the multiple

5   owners for hundreds of parcels, which entails meticulous and time consuming examination of land

6   ownership records, principally deeds, maintained by the County of Riverside.  The Tribes are

7   working with the consultants for the United States in compiling this list.

8        Once the list of parties is complete, the Tribes intend to file the Second Amended Complaints

9   with the Court and, pursuant to Rule 4(d), send by First Class Mail notices of the lawsuit, requests

10   for waiver of service of summons and the Second Amended Complaints ("waiver packets") to the

11   parties on the list.  In addition, the Tribes intend to personally serve the Second Amended

12   Complaints and the summons on the State of California, Riverside County and a representative few

13   defendant landowners within the Anza-Cahuilla Sub-Basin.  Also, the Tribes must effect service on

14   those defendants who refuse to sign and return the waiver of service of summons.  Judging from our

15   experience with the notification of the First Amended Complaints, it is unlikely that the Tribes will

16   be able to complete personal service on the non-waiving defendants before the filing of the next

17   status report on October 28, 2009.

18        Pursuant to Rule 5(a)(1)(B), the Tribes will also mail the Second Amended Complaints to

19   those defendants who signed and returned waivers of service of summons for the First Amended

20   Complaints, because they are already parties. The Tribes estimate this number to be approximately

21   300.  At the same time, the Tribes will file copies of those waivers with the Court.  The Tribes are

22   considering a request to this Court for an order pursuant to Rule 5 and the Court's inherent authority

23   establishing procedures for service of subsequent pleadings and papers in this case, as it involves "an

24   unusually large number of defendants." Fed. Rule Civ. Pro. Rule 5(c)(1).  In the absence of such an

25   order, each pleading filed by any party with the Court must be served by mail on hundreds, if not

26   thousands, of parties.

27

28

1

### 2.    Settlement Efforts.

2        To date, the Ramona Band has conducted settlement discussions with representatives of the

3    parties and the Federal Negotiating Team separate and apart from the settlement discussions

4    involving the Cahuilla Band of Indians.  Recently, the Tribes and the parties have considered

5    consolidating these heretofore separate settlement discussions into a single process.  Although no

6    final decisions have been made, it is thought that joining these efforts will be more efficient for the

7    Tribes, the United States and the defendants.  Separate discussions may still be required to take into

8    account the unique circumstances and proposals of the two Tribes, but overall the Ramona Band

9    believes a single process is in its interest.  Like the Cahuilla Band, the Ramona Band believes

10   settlement discussions will bear more fruit and progress more efficiently once the Tribes have mailed

11   the waiver packets and the identities of the served parties and their interests are known and

12   articulated.  The Ramona Band expects the next settlement meeting to occur in late September or

13   early October, depending on the schedules of the participants.

14                                        Respectfully submitted,

15   Dated: August 28, 2009            ALEXANDER, BERKEY, WILLIAMS &
                                       WEATHERS LLP
16

17                                     By: s/Curtis G. Berkey
                                          Curtis G. Berkey
18                                        Scott W. Williams
                                          2030 Addison Street, Suite 410
19                                        Berkeley, California 94704
                                          Tel: 510/548-7070
20                                        Fax: 510/548-7080

21                                     *Attorneys for Plaintiff-Intervenor,*
                                       *Ramona Band of Cahuilla*

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On August 28, 2009, I caused to be served the following document(s) in <u>United States of America, et al.  v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1)      STATUS REPORT SUBMITTED BY THE RAMONA BAND OF CAHUILLA

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
8141 W. Gelding Dr.
Peoria, AZ 85381-5600

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

James L. Markman
Richards Watson Gershon
P.O. Box 1059
Brea, CA 92822-1059

     I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 28, 2009, at Berkeley, California.

Martha Morales