Robert M. Cohen - #97488
COHEN & BURGE, LLP
699 Hampshire Road, Suite 207
Thousand Oaks, CA 91361
Phone:          (805) 449-4200

Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 1247-SD-C<br><br>**NOTICE OF ORDER RE AMICUS CURIAE STATUS OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION**<br><br>Hon. Gordon Thompson, Jr. |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　　Notice is hereby given that Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION has been granted amicus curiae status in the above captioned matter. A true and correct copy of the Order signed by the Honorable Gordon Thompson Jr on August 24, 2009 is attached hereto as Exhibit "A".

　　　Accordingly Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION requests that you place its attorneys of record - Cohen & Burge, LLP - on your respective service lists herein.

Dated: August 28, 2009　　　　COHEN & BURGE, LLP

　　　　　　　　　　　　　　　By /s/
　　　　　　　　　　　　　　　ROBERT M. COHEN
　　　　　　　　　　　　　　　Attorneys for Defendant SAN DIEGO
　　　　　　　　　　　　　　　STATE UNIVERSITY RESEARCH FOUNDATION

---

1

**NOTICE OF MOTION OF SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION FOR AMICUS CURIAE STATUS AND REQUEST FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**