1  Robert M. Cohen - #97488
   Walter E. Wendelstein - #199003
2  COHEN & BURGE, LLP
   699 Hampshire Road, Suite 207
3  Thousand Oaks, CA   91361

4  (805) 449-4200

5  Attorneys for Defendant SAN DIEGO STATE UNIVERSITY RESEARCH FOUNDATION

6

7
                      UNITED STATES DISTRICT COURT
8
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,              )   CIVIL NO.:  1247-SD-C
                                           )
12                    Plaintiff,           )   **DECLARATION OF PROOF OF**
                                           )   **SERVICE**
13  RAMONA BAND OF CAHUILLA, CAHUILLA      )
    BAND OF INDIANS,                       )
14                                         )
                 Plaintiff-Intervenors,    )
15                                         )
             v.                            )
16                                         )
    FALLBROOK PUBLIC UTILITY DISTRICT, et  )
17  al.,                                   )   Ctrm:  8, 3rd Floor
                                           )   Judge Hon. Gordon Thompson, Jr.
18                                         )
                    Defendants.            )
19  _____ )

20

21                    **DECLARATION OF SERVICE**

22      I, Virginia Zareba, declare:

23      I am a citizen of the United States and I am employed in the County of Ventura, State of

24  California.  I am over the age of 18 years and not a party to the within action; my business

25  address is: 699 Hampshire Road, Suite 207, Thousand Oaks, CA 91361.

26      I further declare that on August 28, 2009, I electronically filed the foregoing document(s)

27  described as:

28  1)   **NOTICE OF ORDER RE AMICUS CURIAE STATUS OF SAN DIEGO STATE**
         **UNIVERSITY RESEARCH FOUNDATION;**

---
                              1
                DECLARATION OF PROOF OF SERVICE

2)   **ORDER (executed by Judge G. Thompson, Jr., and filed on August 25, 2009);**

3)   **DECLARATION OF PROOF OF SERVICE**

with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice

of electronic filing to the following CM/ECF registrants:

M.E.M. Limited Partnership, prosenberg@hnattorneys.com
MCMX, LLC, sharper@bhsmck.com
Rancho California Water District, matthew.green@bbklaw.com
Sander Family Trust, gblank@san.rr.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
Anthony Madriga, 1anthonymad2002@yahoo.com
Bill J Kuenzinger, bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@aabwwlaw.com, mmorles@abwwlaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding, 1rodriguez@mccarthyholthus.com, mpodmenik@mccarthyholthus.com
Donald R Timms, dontimms@san.rr.com
F Patrick Barry, patrick.barry@usdoj.gov
Frank Spitze, rgeorge@chakmakislaw.com
Gary D Leasure, gleasure@garydleasure.com
Goerge Chakmakis, george@chakmikislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mejoslyn@sbcglobal.net
John A Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com,
      dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com,
      msobolefflevy@akingump.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Jonathan M Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan, ksullivan@swgsgp.com, kstanis@swgsgp.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@ammwclaw.com
Milan L. Brandon, mbrandon@brandon-law.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
Mark L Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel, mflickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green, matthew.green@bbklaw.com, lisa.grenon@bbklaw.com
Matthew N Falley, mfalley@ggfirm.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples, mstaples@jtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Peter J Mort, pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Robert M Cohen, rcohen@bcandblaw.com, vzaremba@bcandblaw.com,
wwendelstein@bcandblaw.com
Scott B McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl, Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William Kenneth Koska, william.koska@wallerlaw.com, beth.mccullough@wallerlaw.com

I further declare that I served the above listed document(s) on the following parties who

are not registered with the CM/ECF system, by placing a copy of the document in a sealed

envelope with postage thereon fully prepared, in the United States mail at Thousand Oaks,

California, addressed as set forth below.  I am readily familiar with the firm's practice for

collecting and processing correspondence for mailing with the U.S. Postal Service on the same

day with postage thereon fully prepared in the ordinary course of business.  I am aware that on

motion of the party served, service is presumed invalid if postal cancellation date or postage

meter date is more than one day after date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| Wiederrich Family Trust<br>13440 St. Andrews Pl.<br>Poway, CA 92064 | Khyber Courchesne<br>1264 Page St<br>San Francisco, CA 94117 |
| Anna Gale James<br>40275 Curry Court<br>Agunga, CA 92536 | Marianne E Pajot<br>40225 Curry St<br>Aguanga, CA 92536 |
| Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Rd<br>Jamul, CA 91935-7945 | Mary E Lee<br>41085 Lakeshore Blvd<br>Aguanga, CA 92536 |
| Billy Ward<br>P.O. Box 5878<br>San Diego, CA 92165 | Michael J Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Pamela M Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| James L. Markman<br>Richards, Watson & Gerson<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert H James<br>Sachse James Crowell & Lopardo<br>205 W. Alvardo St., Ste. 1<br>Fallbrook, CA 92028-2025 |
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |

DECLARATION OF PROOF OF SERVICE

1
2
3
4
5

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
505/899-7994 - FAX: 505/899-7972
**(Attys for Plaintiff-Intervenor CAHUILLA
BAND OF INDIANS)**

6
7

      I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

8
9

      Executed on August 28, 2009, at Thousand Oaks, California.

/s/
Virginia Zareba

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
DECLARATION OF PROOF OF SERVICE