## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                     Case No. 51cv1247 GT(RBB)
                                                         Time Spent: _____

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE             Rptr. _____

Plaintiffs

Defendants

PROCEEDINGS:  _____ In Chambers   _____ In Court   _____ Telephonic

The attorneys-only Pechanga settlement conference on September 8, 2009, at 2:00 p.m. is vacated and reset for October 19, 2009, at 1:30 p.m.

DATE: September 2, 2009          IT IS SO ORDERED:  *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc: Judge Thompson                                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record