Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLAINT IN INTERVENTION**<br><br>Hon. Gordon Thompson, Jr. |

**INTRODUCTION**

1. This action was filed by the United States in 1951 to quiet title to its use of water and to enjoin unlawful impairment of water rights in the Santa Margarita River System in San Diego and Riverside Counties, California. From the inception of this case, the United States has represented the Ramona Band of Cahuilla as its trustee. In the early stages of the case, the United States asserted on behalf of the Band a right to water under the federal reserved water rights doctrine in amounts sufficient to provide for the present and future needs of the members of the Band. On November 8, 1962, this Court entered an interlocutory judgment which recognized a federal reserved water right for the Ramona Band of Cahuilla,

but this Court reserved final quantification until circumstances required it. *Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 41 Concerning the Rights to the Use of Waters of Santa Margarita River Stream System Held in Trust by the U.S.A. in Connection with the Ramona, Cahuilla and Pechanga Reservations,* at page 24, No. 1247-SD-C (S.D. Cal. filed January 25, 1951) ("Interlocutory Judgment No. 41"). On January 22, 2007, this Court granted the Band's motion to intervene, and the Band's Complaint in Intervention was filed on January 23, 2007. The Band's First Amended Complaint was filed on July 2, 2007, in order to clarify that the United States and its agencies are not defendants with regard to the Band's water rights claims, and that they are plaintiffs aligned with the Band in seeking final quantification of the Band's water rights. This Second Amended Complaint is filed in order to limit the scope of the Tribes' claims to the Anza and Cahuilla Groundwater Basins (hereinafter "Anza-Cahuilla Sub-Basin), as defined in Interlocutory Judgment Number 33, and to those defendants who use water or claim rights to use water within that area that is subject to this Court's jurisdiction. The Ramona Band of Cahuilla is not seeking to adjudicate its claims against entities that only use or only claim rights to use surface and/or groundwater outside the Sub-Basin. The Ramona Band of Cahuilla claims a prior and senior federal reserved right to groundwater underlying the Ramona Reservation within the Anza-Cahuilla Sub-Basin portion of the Santa Margarita River System.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action under 28 U.S.C. § 1345 (United States as plaintiff); § 1331 (federal question) and § 1362 (federally-recognized Indian tribe asserting federal question). In addition, this Court retained jurisdiction following the entry of final judgment on May 8, 1963.

3. This Court has venue of this action under 28 U.S.C. § 1391(b) as a number of the Defendants reside in this district and the Santa Margarita River System is located within the geographical boundaries of the United States District Court for the Southern District of California.

## PARTIES

4. Plaintiff-intervenor Ramona Band of Cahuilla is recognized by the United States as a sovereign Indian tribe eligible to receive the services of the Bureau of Indian Affairs. The Band owns and occupies a reservation of approximately 560 acres, located in the far northeastern section of the Santa Margarita River System, as defined by this Court. Since time immemorial, the members of the Band have used, and continue to use, the water resources and lands of the Anza Basin for subsistence, cultural, ceremonial, religious and commercial purposes. The Ramona Band of Cahuilla is governed by a tribal council that is recognized by the Bureau of Indian Affairs as the lawful representative and government of the Band and its members. The Band's headquarters are located in Anza, California. The Band's past, present and future enjoyment of the waters of the Santa Margarita River System has been, is being and will continue to be injured by Defendants' on-going unlawful interference with the Band's federal reserved water right.

5. The Defendants in this action are, persons, corporations, unincorporated associations, and other entities that use, or claim rights to use or deliver surface and/or groundwater subject to this Court's jurisdiction and within the Anza-Cahuilla Sub-Basin as defined in Interlocutory Judgment Number 33. Some of the Defendants use or claim rights to use water in a manner that impairs or threatens to impair the federal reserved water right of the Ramona Band of Cahuilla. The priority dates of the Defendants' claimed rights to use water are junior to the federally-protected water rights of the Ramona Band of Cahuilla and its members.

## FACTS

6. On November 8, 1962, this Court entered Findings of Fact, Conclusions of Law and Interlocutory Judgment No. 41 concerning the rights to use the waters of the Santa Margarita River System held in trust by the United States in connection with the Ramona, Cahuilla and Pechanga Indian Reservations. The interlocutory judgment was entered as a final judgment on May 8, 1963, and the Court of Appeals affirmed the judgment in *United States v. Fallbrook Public Utility District*, 347 F.2d 48, 61 (9th Cir. 1965). This Court has continuing jurisdiction in this case.

7. Interlocutory Judgment No. 41 establishes, *inter alia,* the following facts and legal conclusions. The Ramona Indian Reservation was established by Executive Order of the President on December 29, 1891. The Reservation is located in the most northeasterly portion of the Santa Margarita River watershed. The Reservation consists of approximately 560 acres, of which approximately 321 acres lie within the Santa Margarita River watershed. When it created the Ramona Reservation, the United States intended to reserve, and in fact did reserve, rights to the use of the Santa Margarita River system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of groundwaters, sufficient for the present and future needs of the Ramona Band of Cahuilla, with a priority date of December 29, 1891.

8. The Ramona Reservation is located in the aboriginal territory of the Ramona Band of Cahuilla, who have used and occupied the area since time immemorial. The Executive Order creating the Ramona Reservation set aside the land and resources of the Reservation for the benefit of the Ramona Band of Cahuilla and its members.

9. Groundwater underlying the Ramona Reservation is in limited supply and is needed to satisfy the present and future needs of the Ramona Band of Cahuilla and its members. The groundwater underlying the Ramona Reservation is the sole source of water for the Band and its members. The Defendants' withdrawal and use of the groundwater underlying and adjacent to the Ramona Reservation adversely affects the ability of the Ramona Band of Cahuilla and its members to exercise their federal reserved water right, as established by this Court in Interlocutory Judgment No. 41. Defendants' withdrawal and use of the groundwater underlying and adjacent to the Ramona Reservation is increasing, and, is further threatening the Band's ability to achieve economic self-sufficiency. Unless the requested relief is granted, the rights and interests of the Ramona Band of Cahuilla and its members will be adversely affected and irreparably harmed by the Defendants.

**CLAIM FOR RELIEF**

10. The Ramona Band of Cahuilla repeats and realleges and incorporates by reference the allegations contained in paragraphs 1 through 9.

11. The Executive Order of 1891 reserved for the Ramona Band of Cahuilla and its members an amount of groundwater sufficient to meet the present and future needs of the Band, including but not limited to water necessary to accomplish the purpose of the Executive Order to create a permanent home for the Ramona Band of Cahuilla where it could achieve economic self-sufficiency.

12. The groundwater right reserved for the benefit of the Ramona Band of Cahuilla has a priority date of December 29, 1891.

13. Withdrawal of groundwater by the Defendants infringes on the ability of the Ramona Band of Cahuilla to effectively exercise the federal reserved right to groundwater, thereby causing and continuing to cause irreparable injury to the Band and its members.

14. Defendants' rights and use of groundwater underlying the Ramona Reservation are junior to the Ramona Band of Cahuilla's senior federal reserved water rights.

WHEREFORE, the Ramona Band of Cahuilla requests an order from this Court that:

(1) declares and confirms that the Executive Order of 1891 reserved the Reservation and its resources for the benefit of the Ramona Band of Cahuilla and its members and reserved to the Band and its members the right to groundwater underlying the Ramona Reservation;

(2) declares and confirms that the priority date of the groundwater reserved is December 29, 1891, as declared and decreed by this Court in Interlocutory Judgment No. 41;

(3) quantifies as against the Defendants the Ramona Band of Cahuilla's right to groundwater underlying the Ramona Reservation in an amount sufficient to meet the present and future needs of the Ramona Band of Cahuilla on the Ramona Reservation;

(4) declares and confirms that nothing in the resulting judgment shall bind or otherwise affect the rights of those parties to the *Fallbrook* litigation that use or claim rights to use surface and/or groundwater outside the Anza-Cahuilla Sub-Basin.;

(5) enjoins the Defendants from withdrawing surface waters and groundwater in the Anza-Cahuilla Sub-Basin underlying the Ramona Reservation that are in conflict with the senior federal reserved water rights of the Ramona Band of Cahuilla and its members as, declared and decreed by this Court in Interlocutory Judgment No. 41;

1  (6) retains this Court's jurisdiction for purposes of enforcement of its decree;

2  (7) awards the Ramona Band of Cahuilla its costs of litigation, including reasonable costs, expenses and disbursements, and reasonable attorneys' fees, as equity requires and pursuant to federal statutes, including 28 U.S.C. § 2412;

3  (8) grants such other and further relief as may be just and proper;

Respectfully submitted,

Dated: March 30, 2009

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis G. Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On September 18, 2009, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLAINT IN INTERVENTION

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
8141 W. Gelding Dr.
Peoria, AZ 85381-5600

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

James L. Markman
Richards Watson Gershon
P.O. Box 1059
Brea, CA 92822-1059

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 18, 2009, at Berkeley, California.

_____
Martha Morales