|    |    |
|----|----|
| 1  |    |
| 2  | Marco A. Gonzalez (SBN 190832) |
|    | COAST LAW GROUP, L.L.P. |
| 3  | 1140 S. Coast Hwy Suite 101 |
|    | Encinitas, California 92024 |
| 4  | Tel: 760-942-8505, Fax: 760-942-8515 |
|    | marco@coastlawgroup.com |
| 5  |    |
|    | Scott B. McElroy (Pro Hac Vice) |
| 6  | M. Catherine Condon (Pro Hac Vice) |
|    | McELROY, MEYER, WALKER & CONDON, P.C. |
| 7  | 1007 Pearl Street, Suite 220 |
|    | Boulder, Colorado  80302 |
| 8  | Tel:  303-442-2021, Fax: 303-444-3490 |
|    | sbmcelroy@mmwclaw.com |
| 9  | ccondon@mmwclaw.com |

*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 51-cv-1247-GT-RBB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, | ) | |
| CAHUILLA BAND OF INDIANS, | ) | Hearing Date: |
| federally recognized Indian tribes, | ) | Time: |
| | ) | Courtroom:   8 |
| Plaintiffs in Intervention, | ) | |
| | ) | Hon. Gordon Thompson, Jr. |
| v. | ) | |
| | ) | |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, a public service corporation | ) | |
| of the State of California, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On September 18, 2009, I electronically filed the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and this *Proof of*

Proof of Service                                                                                          Case No. 51-cv-1247

*Service* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Elsinore Valley Municipal Water District matthew.green@bbklaw.com
M.E.M. Limited Partnership prosenberg@hnattorneys.com
MCMX, LLC sharper@bhsmck.com
Rancho California Water District matthew.green@bbklaw.com
Sander Family Trust gblank@san.rr.com
Alice E. Walker awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim tkim@rwglaw.com, gduran@rwglaw.com
Bill J Kuenzinger bkuenzinger@bhsmck.com, rjones@bhsmck.com
Bryan D. Sampson mfickel@sampsonlaw.net
Charles W Binder cwbinder@smrwm.org
Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding jhester@mccarthyholthus.com
Donald R Timms dontimms@san.rr.com
F Patrick Barry patrick.barry@usdoj.gov
Frank Spitzer george@chakmakislaw.com
Gary D Leasure gleasure@garydleasure.com
George Chakmakis george@chakmakislaw.com
Gerald (Jerry) Blank gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan hcarpelan@redwineandsherrill.com
John A Karaczynski jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo jl@procopio.com, laj@procopio.com
Jonathan B. Sokol jsokol@greenbergglusker.com
Jonathan M Deer jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan ksullivan@pshlawyers.com, kstanis@pshlawyers.com
M. Catherine Condon ccondon@mmwclaw.com, dvitale@mmwclaw.com
Milan L. Brandon mbrandon@brandon-law.com
Marco Antonio Gonzalez marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Mark L Brandon mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Matthew N Falley mfalley@ggfirm.com
Michael Duane Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg prosenberg@hnattorneys.com
Peter J Mort pmort@akingump.com, jfukai@akingump.com

Richard Alvin Lewis Rlewis@RichardLewis.com
Robert H James bob@fallbrooklawoffice.com
Robert K Edmunds robert.edmunds@bipc.com, jacqueline.forjais@bipc.com
Robert M Cohen rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
Timothy P Johnson tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William Kenneth Koska wkoska@koskalaw.com

I further certify that on September 18, 2009, I served the aforementioned documents on the following who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth below. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

Wiederrich Family Trust
13440 St. Andrews Pl.
Poway, CA 92064

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Billy Ward
P O Box 5878
San Diego, CA 92165

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry St.
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Proof of Service　　　　　　　　　　　3　　　　　　　　　　　Case No. 51-cv-1247

| | | |
|---|---|---|
| 1 | Michael J Machado | Peggy Wilson |
| 2 | P O Box 391607 | 14205 Minorca Cove |
|   | Anza, CA 92539 | Del Mar, CA 92014-2932 |
| 3 | Pamela M Machado | |
| 4 | P O Box 391607 | Thomas C Perkins |
|   | Anza, CA 92539 | 7037 Gaskin Place |
| 5 |   | Riverside, CA 92506 |

     I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

     Executed on September 18, 2009.

                                                            */s/ Scott B. McElroy*
                                                         Scott B. McElroy