1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
6  *Ramona Band of Cahuilla*

7  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
8  1140 S. Coast Highway 101
   Encinitas, CA 92024
9  Tel: 760/942-8505
   Fax: 760/942-8515
10
   Scott B. McElroy (Pro Hac Vice)
11 M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
12 1007 Pearl Street, Suite 220
   Boulder, CO 80302
13 Tel: 303/442-2021
   Fax: 303/444-3490
14 E-mail: sbmcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com
15 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

16

UNITED STATES DISTRICT COURT

17

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  UNITED STATES OF AMERICA, | ) CIVIL NO.: 51-CV-1247-GT-RBB |
| 20         Plaintiff, | ) **RAMONA BAND OF CAHUILLA** |
| | ) **AND CAHUILLA BAND OF** |
| 21  RAMONA BAND OF CAHUILLA, CAHUILLA | ) **INDIANS NOTICE OF FILING OF** |
|      BAND OF INDIANS, et al., | ) **WAIVERS OF SERVICE OF** |
| 22 | ) **SUMMONS** |
|         Plaintiff-Intervenors, | ) |
| 23 | ) |
|     v. | ) Hon. Gordon Thompson, Jr. |
| 24 | ) |
|     FALLBROOK PUBLIC UTILITY DISTRICT, et al., ) |
| 25 | ) |
|         Defendants. | ) |
| 26 | ) |
| 27 | ) |

28

Case No.: 51-cv-1247-GT-RBB

Pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes") hereby provide notice of filing of the waivers of service of summons which were signed after the Tribes filed their First Amended Complaints. Attached to this Notice as Exhibit A are the original signed waivers received by counsel for the Tribes. Because the Second Amended Complaints limit the scope of the Tribes' claims to the Anza-Cahuilla Sub-Basin, as defined in Interlocutory Judgment No. 33, the Tribes are filing only those waivers executed by parties located within the boundaries of this area.

For the Court's and the parties' convenience, also attached to this Notice as Exhibit B is a list of the defendants within the Anza-Cahuilla Sub-Basin who have returned signed waivers. In accordance with Rule 4(d)(4), this action may proceed against these defendants "as if a summons and complaint had been served at the time of filing the waiver." In this case, that is the date of this Notice. Pursuant to Rule 5(a), the Tribes will serve copies of the Second Amended Complaints on these defendants shortly after they are filed with this Court.

Date: September 18, 2009

Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By:/s/Curtis G. Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

COAST LAW GROUP LLP

By:/s/Marco Gonzales
Marco Gonzales
1140 S. Coast Highway 101
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515
E-mail: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: /s/Scott B. McElroy
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021
    Fax: 303/444-3490
    E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On September 18, 2009, I caused to be served the following document(s) in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-1247-SD-GT:

1) **RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS' NOTICE OF FILING OF WAIVERS OF SERVICE OF SUMMONS**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA 92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

General Manager
Rancho Cal RV Resort CA
P.O. Box 214
Aguanga, CA 92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA 92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA 92517

Arthur L. Littleworth
James B. Gilpin
C. Michael Cowett
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA 92101

Louidar
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Robert H. James, Esq.
SACHSE, JAMES & LOPARDO
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92362

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA 92596

John Rossi, General Manager
Western MWD
P.O. Box 5286
Riverside, CA 92517

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA 92539

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Keith Lewinger, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Counsel Western Bases
P.O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Tulvio Durand, Chairman
AVMAC
P.O. Box 390908
Anza, CA 92539

Linda Garcia
Riverside Co. Flood Control and Water Conservation Dist.
1995 Market Street
Riverside, CA 92501

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

David Glazer, Esq.
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA 92590

Peter E. Von Haam, Sr. Deputy General Counsel
Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, D.C. 20240

Elsa Barton
217 No. Palm
Hemet, CA 92543

Anza Mutual Water Company
P.O. Box 390117
Anza, CA 92539-0117

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

Michael J Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA 92596

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA 92055-5013

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA 92507-2471

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Billy Ward
P O Box 5878
San Diego, CA 92165

John S Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Barbara J Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Louidar
P.O. Box 891510
Temecula, CA 92591

| | |
|---|---|
| Eugene Franzoy<br>Franzoy Consulting, Inc.<br>8141 W. Gelding Dr.<br>Peoria, AZ 85381-5600 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD 20814-3320 |
| Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA 92064 | James L. Markman<br>Richards Watson Gershon<br>P.O. Box 1059<br>Brea, CA 92822-1059 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on September 18, 2009, at Berkeley, California.

*/s/ Martha Morales*

Martha Morales