# EXHIBIT A

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Susan M. Williams (Pro Hac Vice)
Sarah S. Works (Pro Hac Vice)
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM 87049
Tel: 505/899-7994
Fax: 505/899-7972
E-mail: swilliams@williamsandworks.net

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Marco Gonzales (CA State Bar No. 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 1247-SD-C |
| Plaintiff, | ) |
| | ) |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | ) **WAIVER OF SERVICE OF** ) **SUMMONS** |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) |
| Defendants. | ) |

**TO:    Curtis Berkey**
**Attorney for the Ramona Band of Cahuilla**

**Susan Williams**
**Attorney for the Cahuilla Band of Indians**

I have received your request to waive service of a summons in this lawsuit, along with a copy of the complaint, two copies of this waiver form and a prepaid means of returning one signed copy of the waiver form to you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 04/17/08

     Signature

12

13   Printed or Typed Name

14

15                   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

            **Signature**

12

13  *William P. Heckethorn*
            **Printed or Typed Name**

14

15      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4/15/08

                          **Signature**

12                      EUNICE E HENDERSON

13                      NOAH J HENDERSON

                          **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

      *Eric Ortiz*
**Signature**

12

13        ERIC - ORTIZ
**Printed or Typed Name**

14

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

12    4-9-08

             *Randall Hamblin*  *Patricia Hamblin*
             **Signature**

13            RANDALL HAMBLIN  PATRICIA HAMBLIN
             **Printed or Typed Name**

14

15         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

ARthur Pizzanello
**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-9-08

12  * I AM AN "INDIAN"   Signature   *Pamela S. Cormier*   *Russell F. Cormier III*

13  AND THIS IS BEING   *RUSSELL F. CORMIER III*

14  "SIGNED UNDER DURESS"   **Printed or Typed Name**   *Pamela S. Cormier*

Mr. Russell Cormier III
42595 Roundup Dr.
Aguanga, CA 92536-9675

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

*Larry S. Buccat*

**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-10-08        *Marilyn J Martin*

12                    **Signature**

13                    *Marilyn J. Martin*
                         **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-10-2008

                                                           Nannette Holzer

12                                       **Signature**

13                                        Nannette Holzer

                                       **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** _April 10, 2008_                          _Signature_

12                                                        _Jacqueline Drowier_

13                                                        **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:**

             **Signature**

12

13            Jesse MATTINA
            **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4/8/08

                                  **Signature**

13                                  **Printed or Typed Name**

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2     of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4     court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5     Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6     or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8     Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9     do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:**                                    _____
                                                      **Signature**

12

13                                                   Bob  Fitts
                                                      **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property. If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28    summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4-15-08

                           *Mr. Lorenzo Canales*

                          **Signature**

13                           *LORENZO. CANALES*

                          **Printed or Typed Name**

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

                                                         Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                              _Signature_

12   *April 16, 2008*

13                                                           BOB R FRANZEN
                                                            **Printed or Typed Name**

14

15                  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-14-08                 *Marvin F. Rommelberg*

                                      **Signature**

12

13                                 *MARVIN F. RAMMELSBERG*

                                      **Printed or Typed Name**

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 5-9-08                                          _Bill Dye_
                                                          **Signature**

12
                                                          BILL DYE
13                                                        **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

VIC JOHNSTON

**Printed or Typed Name**

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:** 4-11-08

Signature

John Brett

**Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

_Ronald L. Chaplin_
**Signature**

_Ronald L. Chaplin_
**Printed or Typed Name**

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

     **Signature**

     PEGGY CARVER

13   **Printed or Typed Name**

14

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

DAVid FaRRUggiə
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                              **Signature**

12

13                               **Printed or Typed Name**

14

15      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

Bill E Long
RAE JEAN LONG
**Printed or Typed Name**

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4-7-08

        *Frederick W Clark*
        **Signature**

12

13      FREDERICK W CLARK
        **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                      *Elsie Abrisz*

12                     **Signature**

                      ELSIE ABRISZ

13                     **Printed or Typed Name**

14

15       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20     "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24     If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

_Signature_

_Printed or Typed Name_

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

12

13  **Signature:**

    **Printed or Typed Name**

14

15    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

               *Paul B. Alatorre*

12                **Signature**

               PAUL B. ALATORRE

13               **Printed or Typed Name**

14

15     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20     "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24     If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

    Charles Minert
    **Signature**

12
    CHARLES MINERT
13  **Printed or Typed Name**

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4-14-2008

12                                         _____
                                           **Signature**

13                                         KERRY R DREYER
                                           **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4-14-08                          *Floyd L. Maxwell Jr.*
                                                  **Signature**

12                                               FLOYD L. MAXWELL Jr.

13                                               **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

*Karen Vestakis*
**Signature**

*Karen Vestakis*
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** April 13, 08                    _Richard A Beckley_ / _Rosebud B Beckley_
                                                 **Signature**

12
                                                 _Richard A Beckley_ / _Rosebud B Beckley_
13                                               **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                          _/ Susan M. Quinn_

12                            **Signature**

                          Charles A. Quinn / Susan M. Quinn

13                            **Printed or Typed Name**

14

15                   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

_Perrie Patterson_
**Signature**

PERRIE PATTERSON
**Printed or Typed Name**

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

12   April 12, 2008

          *Michael N Brajevich*
**Signature**

13             Michael N. Brajevich
**Printed or Typed Name**

14

15       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** 4-14-08

                                     *Cornelius Overgaauw*

12                                      **Signature**

                                     *CORNELIUS OVERGAAUW*

13                                      **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20 "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property. If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24 If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28 summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

            **Signature**

12

13            JOHN W. PAULSEN

            **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:**

                                    **Signature**

12

13                                       **Printed or Typed Name**

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

Case No.: 05cv1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**  4-4-08

Signature

12

13  **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   APRIL 3, '2008        _Louis J. A. Villar_
                                         **Signature**

12

13                                       LOUIS  J. A. VILLAR
                                         **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                             **Signature**

12

13                                       Angus A. McColl

                                     **Printed or Typed Name**

14

15               **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                                             Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

         Signature

12

13   _____

         Lisa Cathum

         **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   4/7/08                          _James Manuel_
                                                    **Signature**

12                                                 JAMES MANUEL

13                                                 **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** April 8th 2008            *Mark B Wilmer*
                                          **Signature**

12

13                                   *MARK B WILMER JR*
                                          **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

12   *april 8, 2008*

13   MARGARET L. HERBENICK

**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4-08-08

Signature

EMiLiE  LANSFORD

**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** 4/7/08

                                       Gary D. Acker

12                                      **Signature**

13                                      Gary D. Acker

                                     **Printed or Typed Name**

14

15         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

                       Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

13  ANTONY   WIDGERY

_Barbara Widgery_
**Signature**

BARBARA   WIDGERY
**Printed or Typed Name**

15  ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:**               *Branko Sindicich Darline Sindicich*
                               **Signature**

12

13                          *BRANKO SINDICICH*    Darline Sindicich
                             **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property. If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28 summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

S. Fermano
**Signature**

S. Fermano
**Printed or Typed Name**

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

_Joseph Macalino_ (signature)
**Signature**

12

13  _Manuel Laranang_ (signature)

14  MANUEL LARANANG

JOSEPH   MACALINO
**Printed or Typed Name**

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                 *Jackson W. Gerly*

12                      **Signature**

13                  *Jackson W. Gerly*
                       **Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

          Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

                                **Signature**

12

13                                   Thomas   M  McGinty
                                **Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

Trinidad Arellano

**Printed or Typed Name**

12

13

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                          *E. O. Humphries*
                                         **Signature**

12

13                                       *Eugene O. Humphries*
                                         **Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1         I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7         I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:**

        **Signature**

12

13         Peter Emery     Glenda
        **Printed or Typed Name**    Emery

14

15      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16         Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20         "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property. If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24         If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28 summons had been served.

        Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                          **Signature**

12

13                                          Robert Freeman
                                        **Printed or Typed Name**

14

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                                                                          Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

   **Signature**

   NATALIE J. BRANNIAN

   **Printed or Typed Name**

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  4/5/08

Signature

**Signature**

Richard E. Van DerLinden

**Printed or Typed Name**

S. K. Van Der Linda

SANDRA K. VAN DER LINDEN

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

2                              Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

*Jack A. Petty*

**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-5-08          X      _Janice M. Petty_

12                                             **Signature**

13                                   JANICE M. PETTY
                                           **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                                          Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  April 3, 2008                  _Deanna M. Ibarra_
                                                **Signature**

12
                                                _Deanna M. Ibarra_
13                                              **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**   04/16/08                             _Signature_

12                                                    **Signature**

13                                                    ANH V. TRANPHUOC
                                                      **Printed or Typed Name**

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

_Leroy J. Hicks_
**Signature**

12

_Lucy J. Hicks_
13  **Printed or Typed Name**

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

         _____
         **Signature**

         _____
         **Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:** *&amp; Mailed 4/23/08*        *Edythmae Gautschy*

12                                  **Signature**

     *PLEASE BE ON NOTICE*    *EDYTHMAE GAUTSCHY*

13                                    **Printed or Typed Name**

14    *CORRECT ADDRESS: 7122 BLUESAILS DRIVE, HUNTINGTON BEACH,*

15    *CA 92647*

     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property. If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28    summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   4/23/08                          _Christopher A. Visperas - POA_
                                                   **Signature**

12
                 _Jr. Visperas - Co-owner_       _CHRISTOPHER A. VISPERAS_
13                                                **Printed or Typed Name**
         _MARITLOR  M. VISPERAS_
14

15                    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

# GENERAL POWER OF ATTORNEY

> PREAMBLE: This is a military Power of Attorney prepared pursuant to Title 10, United States Code, Section 1044b, and executed by a person authorized to receive legal assistance from the military service. Federal law exempts this power of attorney from any requirement of form, substance, formality, or recording that is prescribed for powers of attorney by the laws of a state, the District of Columbia, or a territory, commonwealth, or possession of the United States. Federal law specifies that this power of attorney shall be given the same legal effect as a power of attorney prepared and executed in accordance with the laws of the jurisdiction where it is presented.

## KNOW ALL PERSONS BY THESE PRESENTS:

That I, **Christopher A. Visperas**, of the State of California, a member of the United States Armed Forces, currently at **Camp Pendleton, California**, pursuant to Military Orders, do hereby appoint, **Mariflor M. Visperas**, of **Camp Pendleton, California**, my true and lawful attorney-in-fact to manage and conduct all my affairs and act in all matters in my name and in my behalf. Such acts shall include:

1. To lease, sell, use, establish title to, register, insure, transfer, mortgage, maintain, manage, pledge, exchange or otherwise dispose of or encumber any and all of my property, real, personal, or mixed, including motor vehicles of any kind, and to execute and deliver good and sufficient deeds or other instruments for the lease, conveyance, mortgage, maintenance, or transfer of the same.

2. To buy, receive, lease, accept or otherwise acquire in my name and for my account, property, real, personal or mixed upon such terms, considerations and conditions as my said attorney-in-fact shall deem appropriate.

3. To transact all business of mine on my behalf including entering into contracts and the making of such investments as my attorney shall deem sound.

4. To institute and prosecute, or to appear and defend, any claims or litigation involving me or my interest. This shall include, but not be limited to, the authority to present a claim against the United States for damage to or loss of personal property.

5. To prepare, execute, and file all tax returns and to receive and negotiate all tax refund checks.

6. To execute all documents needed for travel of my family members and transportation or storage of my property, as authorized by law and Military regulations; to sign for and clear government or other quarters in the best interests of my family members and in accordance with law and Military regulations.

7. To demand, act to receive, and receive, all sums of money which are now or will become owing or belonging to me, and to institute accounts on my behalf and to deposit, draw upon or expend such funds of mine as are necessary in furtherance of the powers granted herein. This shall include, but not be limited to, the authority to receive, endorse, cash, or deposit negotiable instruments made payable to me and drawn upon the Treasurer, or other fiscal officer or depository of the United States or any state, possession, or territory of the United States.

The above described powers are merely examples of the authority granted by this document and not in limitation or definition thereof.

**I HEREBY GIVE AND GRANT UNTO MY ATTORNEY FULL POWER AND AUTHORITY TO DO AND PERFORM EACH AND EVERY ACT AND MATTER CONCERNING MY ESTATE, PROPERTY, AND AFFAIRS AS FULLY AND EFFECTUALLY TO ALL INTENTS AND PURPOSES AS I COULD DO LEGALLY IF I WERE PRESENT.**

**I HEREBY AUTHORIZE MY ATTORNEY TO INDEMNIFY AND HOLD HARMLESS ANY THIRD PARTY WHO ACCEPTS AND ACTS UNDER OR IN ACCORDANCE WITH THIS POWER OF ATTORNEY.**

This Power of Attorney shall become effective when I sign and execute it below. Further, unless sooner revoked or terminated by me, this Power of Attorney shall become NULL and VOID on 22 Aug 2008.

I intend for this to be a **DURABLE Power of Attorney**. This Power of Attorney will continue to be effective if I become disabled, incapacitated, or incompetent; or when the United States Government determines that I am in a military status of "missing," "missing in action," or " prisoner of war." All acts done by my Attorney

**POWER OF ATTORNEY OF CHRISTOPHER A. VISPERAS**

hereunder shall have the same effect and inure to the benefit of and bind myself and my heirs as if I were competent, and not disabled, incapacitated, or incompetent.

I shall be considered disabled or incapacitated for purposes of this power of attorney if a physician, based on that physician's examination, certifies in writing at a date subsequent to the date which this power of attorney is executed, that I am disabled from or incapable of exercising control over my person, property, personal affairs, or financial affairs. I authorize the physician who so certifies, to disclose my physical or mental condition to another person for purposes of this power of attorney. A third party who accepts this power of attorney, endorsed by proper physician certification of my disability or incapacity, is held harmless and fully protected from any action taken under this power of attorney.

Notwithstanding my inclusion of a specific expiration date herein, if on that specified expiration date I should be or have been properly certified, in writing, by a physician to be disabled from or incapable of exercising control over my person, property, personal affairs, or financial affairs, then this Power of Attorney shall remain valid and in full effect until sixty (60) days after I have recovered from such disability **UNLESS OTHERWISE REVOKED OR TERMINATED BY ME.** Furthermore, if on the above-specified expiration date, or during the sixty (60) day period preceding that specified expiration date, I should be or have been determined by the United States Government to be a military status of "missing," "missing in action," or "prisoner of war," then this Power of Attorney shall remain valid and in full effect until sixty (60) days after I have returned to the United States military control following termination of such status **UNLESS OTHERWISE REVOKED OR TERMINATED BY ME.**

**I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY THIS DOCUMENT.**

All business transacted hereunder for me or for my account shall be transacted in my name, and all endorsements and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date, 16 August 2007.

Christopher A. Visperas

WITH THE ARMED FORCES OF THE UNITED STATES
AT CAMP PENDLETON, CALIFORNIA

Subscribed, sworn to and acknowledged before me by **Christopher A. Visperas**, who is known to me to be a member of the Armed Forces of the United States serving on Active Duty, on 16 August 2007. This acknowledgment is executed in my official capacity under the authority granted by Title 10, United States Code, Section 1044a, which also states that no seal is required on this acknowledgment.

JACOB W. JONES
Sergeant, USMC
15th MEU, I MEF
Camp Pendleton, CA

**AUTHORIZED TO ADMINISTER OATHS AND ACT AS NOTARY PUBLIC UNDER TITLE 10, U.S. CODE, SECTION 1044A. NO SEAL REQUIRED BY LAW.**

POWER OF ATTORNEY OF CHRISTOPHER A. VISPERAS

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4/26/08

12  _Carol Ann Smith_

13  _Carol Ann Smith_

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

**Signature**

_Daniel Hurtado_

**Printed or Typed Name**

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** April 23, 2008

12

13   On behalf of Anza Congregation
     of Jehovah's Witnesses

     _James M. McCabe_
     **Signature**

14                                          James M. McCabe
                                            **Printed or Typed Name**

                                            McCabe Law
                                            4817 Santa Monica Ave., Ste. B
15                                          San Diego CA  92107-2850

     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 90 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:** *April 22, 2008*

*Janice E. Nilsen*
**Signature**

*JANICE E. NILSEN*
**Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   4-22-08

Signature

BARRY WAUGAMAN

Printed or Typed Name

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

John Cooben

**Printed or Typed Name**

12

13

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:**

_Theodore C Fortner_
**Signature**

12

13    _Theodore C. Fortner_
**Printed or Typed Name**

14

15    ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28    summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11  **Dated:** April 15, 2008

                                    *Joan K. McKinnon*  (Chairman/Jimmy)

12                               **Signature**

                    *Charles E. McKinnon* and

13                            **Printed or Typed Name**

14                    *Joan K. McKinnon*

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

*Eleanor M. Schmeling*
**Signature**

*Eleanor M. Schmeling*
**Printed or Typed Name**

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                  *Robert D. Schmeling*
                                              **Signature**

12                                            Robert D. Schmeling

13                                            **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                       **Signature**

12

13                         Esther Farsi
                       **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:** *April 23, 2008*

*Helen Patchick*
**Signature**

*HELEN PATCHICK*
**Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

_Signature_

_Debra   Martinez_
**Printed or Typed Name**

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** 4-22-08                      _Dod Quintana_

12                                        **Signature**

13                                        _Dod Quintana_
                                         **Printed or Typed Name**

14

15      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:** 4/22/08

_____   _Renee A. Grano_
**Signature**

_CHARLES J. GRANO_   _Renee A. GRANO_
**Printed or Typed Name**


## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** 4/21/08

                        **Signature**

12           Serena Riggs / Dameon Riggs

13                    **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

_JoAnne M. Jorgensen_
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

     *Jerome C. Jorgensen*
     **Signature**

12

13   JEROME C. JORGENSEN
     **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

**Signature**

**Printed or Typed Name**

14

15                    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

2                                              Case No.: 05cv1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-28-08

                          *Robert L. White*

12                            **Signature**

                          *Robert L. White*

13                            **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                            *CM Vranick  E.D. Forrest*

                            **Signature**

12      *4/12/08*

                           *CHARLES M. VRANICH*

13                             **Printed or Typed Name**

14

15             **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                      *TNA*
                            *Cheryl Britton (Theiss)*
                            **Signature**

12

13                          *Cheryl Britton*
                            **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:** 4-26-08

    **Signature**

12

13    **Printed or Typed Name**

14

15    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28    summons had been served.

1         I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7         I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

                   *Mary Jane Bruce*      4/25/08
                            **Signature**

12

13                *MARY JANE BRUCE*
                           **Printed or Typed Name**

14

15                     *— Helen Miller 04/25/08*

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   4-25-08

Signature

Printed or Typed Name

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

2                    Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

12   *4-25-08*

Signature *Clark E. Knight*

13   Printed or Typed Name *Charles E. Knight*

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

DARLENE  C.  JAMES
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** Santos Rivera

12   deceased

13   1-1-99

     wife

     _____
     **Signature**

     Beatrice Rivera
     _____
     **Printed or Typed Name**

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**  4/20/08

                               **Signature**

12                            CHARUN/A EURPONGPAN

13                            **Printed or Typed Name**

14

15      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

**Signature**

Thomas Robinson Jr.
**Printed or Typed Name**

14

15                    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:**

*Thomas C. Robinson*
**Signature**

12

13    THOMAS C. ROBINSON
**Printed or Typed Name**

14

15    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property. If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28    summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

**Signature**

Angeles Keela
**Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

                        Case No.: 05cv1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies
2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the
4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of
5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,
6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under
8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or
9  do not obtain an extension of time within which to do so, a default judgment will be entered against me
10 or the entity I represent.

11 **Dated:**   4/18/08

Signature

QUANG NGOC HUYNH.
**Printed or Typed Name**

15 ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a
18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**
19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20 "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been
21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or
22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other
23 defenses or objections, but you cannot object to the absence of a summons or of service.

24 If you waive service, then you must, within the time specified on the waiver form, serve an answer or
25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served
26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered
27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a
28 summons had been served.

Case No.: 05cv1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

_Carol Deichsel_
**Signature**

CAROL J. DEICHSEL
**Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

2

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

_____
**Signature**

Milan S. Gerard
**Printed or Typed Name**

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

   Signature

   TERRY NAVRATIL

   **Printed or Typed Name**

12

13

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

            **Signature**

12

13            TRAVIS G. ASHBROOK
            **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

                      Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                              _Max M Miller_   _Nancy J. Miller_
                                             **Signature**

12   april, 10, 2008

13                                           MAX C. MILLER   NANCY J. MILLER
                                             **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**    *4-14-08*        *Naomi S. Alvarado*
                                   **Signature**

12
                                   *NAOMI  S. ALVARADO*
13                                 **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4-14-08

12                                              Signature

13                                              Joe M. Alvarado
                                                **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  April 3rd, 2008

     _Douglas O'Brien  Dolores A. O'Brien_
     **Signature**

12

13   _Douglas O'Brien_, Dolores A. O'Brien
     **Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

     Signature

     ROGER SNYDER
     **Printed or Typed Name**

12

13

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

12

LEROY A DEITER

13  **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  4/6/08

          _____
          **Signature**

12

13          _____
          **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20     "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24     If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Dennis G McCusick

**Printed or Typed Name**

12

13

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

_____
Signature

Thomas Perkins
**Printed or Typed Name**

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

Printed or Typed Name

15  ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

2

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**  May 20, 2008

                                **Signature**

12

13                                 Gill Lawlyes

                                 **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Fernando Arnegu

**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   4-20-08

Signature

12

13   THONGCHAI VACHIRASOMBOON
     **Printed or Typed Name**

14   CHANTANATHIP VACHIRASOMBOON

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  4 - 20 - 2008

_Eva T. Pena_
**Signature**

12

13   _Eva T. Pena_
**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4/18/8

Signature

12

13   JAMES MILLER Alicia Miller

**Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

2

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

*Dona A. Anderson*

**Signature**

12

13   *Dona A. Anderson*

**Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.  *What does this mean?*

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Jose Rizo

**Signature**

Jose Rizo

12

13   **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Printed or Typed Name

4-27-08

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4-20-08

Rosemary L Garcia
**Signature**

12

13  Rosemary L. Garcia
**Printed or Typed Name**

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4/25/08

                                        _____
12                                      **Signature**

13                                      HELEN PARK
                                        **Printed or Typed Name**

14

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

4-28-08

**Printed or Typed Name**

15                    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

**Dated:** 4-21-08

Signature

Printed or Typed Name

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

George Durham

Signature

George Durham

Printed or Typed Name

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

12   5-5-08

     Signature

13   SHARED RICHARD

     **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Roberta Rae Zajac
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

_Blane Balle_
**Printed or Typed Name**

14

15    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                    **Signature**

12

13                              KIM BAIlE

                                   **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:**

*Ben Bledsoe*
**Signature**

*BEN BLEDSOE*
**Printed or Typed Name**

12

13

14

15 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 5/1/08

12   _____
     **Signature**

13   _____
     **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                           **Signature**

12                                        STEVEN LOCKHART

13                                         **Printed or Typed Name**

14

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 4/15/08

      Signature

13  MICHAEL J. MACHADO
      **Printed or Typed Name**

15  ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4/15/08

_____
**Signature**

_____
PAMELA MACHADO / AKA PAMELA BARTHOLOME
**Printed or Typed Name**

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  *4-26-08*

         *Leighvon Garst*
         **Signature**

12

13       *LEIGHVON GARST*
         **Printed or Typed Name**

14

15                      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

                                          2                          Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

        _Brian McTaggart, Trustee_
        **Signature**

13        BRIAR McTAGGART
        **Printed or Typed Name**

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

                                        2                        Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                      _____

12                                      **Signature**

13                          C. GRAY

                                    **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

                                              Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                  _Richard Martin_
                                               **Signature**

12                                              Richard Martin

13                                              **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** MAY 8 2008

                _Robert C McAllister_

12                    **Signature**

                    Robert C. McAllister

13                    **Printed or Typed Name**

14

15     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20     "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24     If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 5/9/8

    Signature

13

    Printed or Typed Name

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

    Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

12   5/5/08

       Signature

       ENEDINA T Gutierrez

       JUAN F Gutierrez

13     **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1         I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7         I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

    **Signature**

12

    DAVID J Williamson

13       **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies
2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the
4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of
5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,
6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under
8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or
9    do not obtain an extension of time within which to do so, a default judgment will be entered against me
10   or the entity I represent.

11   **Dated:**  5/5/08

         Margaret Helm
         **Signature**

12
13       MARGARET HELM
         **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a
18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**
19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been
21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or
22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other
23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or
25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served
26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered
27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a
28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

*IRENE M. PARK*
**Printed or Typed Name**

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**   5/6/08

                                          **Signature**

13  DANIEL D. ADAMS
                                  **Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  5-6-08

             _Signature_

12

13           TED MEIER
             **Printed or Typed Name**

14

15           **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 5/5/08

Signature

FRANCIS CZERNER
**Printed or Typed Name**

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 5 - 5 - 08

        **Signature**

12

13           **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Jeffrey Rawton

**Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**  5/1/08                          _____

                                                     Signature

12

13                                                   ARTHUR GINN
                                                     **Printed or Typed Name**

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

Printed or Typed Name

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

Printed or Typed Name

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2     of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4     court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5     Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6     or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8     Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9     do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:**

                                              **Signature**

12

13                                            MARY LEE
                                           **Printed or Typed Name**

14

15    ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28    summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 5/7/08

                                       **Signature**

12

13                                        Stella Reyes

                                      **Printed or Typed Name**

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:**

**Signature**

$\mathcal{D}$ONALD L. FAILS

**Printed or Typed Name**

15 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

12

13  Printed or Typed Name

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   5-7-08

**Signature**

12

13   MARY LORENZEN

**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 5/8/08

            **Signature**

12

13              DEBRA LEWIS, Esq.

            **Printed or Typed Name**

14              For Gary Totah

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                              Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**                                 _Warren Hodge_
                                              **Signature**

12  5/10/08

13                                            _WARREN  HODGES_
                                              **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

12  _4-7-08_

                                            **Signature**

13                                      _Carlos Agunder_

                                          **Printed or Typed Name**

14

15       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

_N.S. McClure_
Signature

_MARK G. McCLURE_
Printed or Typed Name

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                  5-5-08                    _____
                                                          **Signature**

12

13                                                        _____
                                                          **Printed or Typed Name**   Terry F. Piper

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** May 9, 2008

      _____

      **Signature**

12

13   Patricia Rosenberg, Attorney for

      **Printed or Typed Name**

14   MEM Ltd. Partnership

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can  till make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11  **Dated:** 4-19-08

    **Signature**

13    ARTHUR RINGHAND
    **Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property. If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28    summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

                                    *Michael Floyd*
                                    **Signature**

12

                                    *Michael Floyd*
13                                  **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                         Signature

                         Printed or Typed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

**expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

the defendant's property.  If the waiver is signed and returned, you can still make these and all other

defenses or objections, but you cannot object to the absence of a summons or of service.

      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

within this time, or an extension of time to respond is not obtained, a default judgment may be entered

against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

summons had been served.

Case No.: 05cv1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:**

*Linda M Brown*
**Signature**
*Linda M. Brown*
**Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

Printed or Typed Name

12

13

14

15  ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   5 - 4 - 0 3 .                       _Robert Dunham_
                                                       **Signature**

12                                                     _Robert Dunham_
13                                                     **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                        **Signature**

12

13                          **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                                    Case No.: 05cv1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                    **Signature**

12                                    MARK  LAWRENCE

13                                    **Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                        Case No.: 05cv1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7     I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 5-5-08

                                **Signature**

                                JOHN S. WILSON

                                **Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20     "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24     If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

T̶I̶M̶O̶T̶H̶Y̶  A  F̶R̶E̶I̶I̶
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1  I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7  I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

_____
Signature

MANUEL MASIEL
Printed or Typed Name

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** May 1, 2008

        _V. Syyphul_
        **Signature**

12

13      VARAPORN  SIRIJANYAKUL
        **Printed or Typed Name**

14

15  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                          *Robert D Wheeler*

12                          **Signature**

                         *Robert D. Wheeler*

13                          **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                    Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**  5/3/08

    *Dennis P. Coats*
**Signature**

12

13      DENNIS P. COATS
**Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

_Herbert W. Kuehne_     _Marlene C. Kuehne_
**Signature**

12   _Herbert W. Kuehne_   _Marlene e. Kuehne_

13   **Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

_Ante Golem_
_Joan Golem_
**Signature**

_ANTE & JOAN GOLEM_
**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** 4/30/2008          _for CHAI Family Trust_

12     Signature

13     Gene E. CHAI    FOR CHAI FAMILY TRUST

    **Printed or Typed Name**

14

15      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20     "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property. If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24     If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28 summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4/30/08

Signature

FRANK T. LINDSTROM
HOLLY A. LINDSTROM

**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1         I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7         I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

                                           **Signature**

13                                           **Printed or Typed Name**

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20        "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24        If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

                                                                          Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                              *Yvonne DiCecco*   *Marie Vella-Bonavita*
                                             **Signature**

12

13                                           *YVONNE DiCECCO*   *MARIE VELLA-BONAVITA*
                                             **Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   5/5/2008

Signature

12

13   JOCEPH M. TRAN
**Printed or Typed Name**

14

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2 of the complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4 court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5 Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6 or of service.

7      I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8 Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9 do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** 05/05/2008

12                                       **Signature**

13                               Deborah A. Lypasca

                              **Printed or Typed Name**

14

15               **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 05/09/2008.   _____
                              **Signature**

12

13  PASYAN LUPASCU
    **Printed or Typed Name**

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 05/05/2008

   _____
   **Signature**

   CORNELIU RUSU
   **Printed or Typed Name**

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:** 05/05/2008

                                                       **Signature**

12

13                                             LUCIA RUSU

                                         **Printed or Typed Name**

14

15             **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                                             Signature

12

13                                             JONATHAN DOME

                                       **Printed or Typed Name**

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

 *Signature*

**Signature**

MANFRED  RIDDER

**Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** May 5, 2008

     _____
     **Signature**

12

13   Tomás Rodriguez
     **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 20080505

12   1120                          _____
                                   **Signature**

13                                 WALTER W GARR II
                                   **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**  5/4/08

Signature

12

13  *William A. Segui*
**Printed or Typed Name**

14

15        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    We, or the entity we represent, agree to save the expense of serving a summons and additional

2    copies of the complaints in this lawsuit.

3    We understand that we, or the entity we represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona

5    Band of Cahuilla and the Cahuilla Band of Indians, but that we waive any objections to the absence of a

6    summons, or of service.

7    We also understand that we, or the entity we represent, must file and serve an answer or a motion

8    under Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If we fail to do

9    so, or do not obtain an extension of time within which to do so, a default judgment will be entered

10   against us or the entity we represent.

11   **Dated:**

*Carolyn S Kefalas*
Signature of Owner*

*Diane C. Jones*
Signature of Co-Owner*

12
13   *Carolyn G Kefalas*
Printed or Typed Name

*Diane C. Jones*
Printed or Typed Name

14   * Both signatures are required

15               **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**                              *Diane C. Jones*
                                           **Signature**

12
                                           *DiANe C. Jones*
13                                         **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                  Signature

12   

13                                               Printed or Typed Name   JAY L. KEFALAS

14

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                            **Signature**

12

13                              **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

*Carolyn G. Kefalas*

13   **Printed or Typed Name**

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

We, or the entity we represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

We understand that we, or the entity we represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that we waive any objections to the absence of a summons, or of service.

We also understand that we, or the entity we represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If we fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against us or the entity we represent.

**Dated:**

_Jay L Kefalas_
Signature of Owner*

_Carolyn G Kefalas_
Signature of Co-Owner*

JAY L. KEFALAS
Printed or Typed Name

CAROLYN G Kefalas
Printed or Typed Name

**\* Both signatures are required**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                              *Ray Munson / Nancy Morris*

12                                **Signature**

                         RAYMOND MUNSON / NANCY MORRIS

13                              **Printed or Typed Name**

14

15           **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

                                 Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 5/6/08

    Signature

12

13   Printed or Typed Name

14

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**                   *Michael Gallegos*

                                    **Signature**

12

13                            Michael Gallegas

                                    **Printed or Typed Name**

14

15                  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   5/7/08

   Signature

12

13   Printed or Typed Name    Joe Copowich

14

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons, or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

**Dated:** 4/15/08

_____
**Signature**

Colleen Murray
**Printed or Typed Name**

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served within this time, or an extension of time to respond is not obtained, a default judgment may be entered against you. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case No.: 05cv1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Roger D. Scott

**Signature**

ROGER D. SCOTT

**Printed or Typed Name**

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to so do, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                              *Fred Pradels*
                                            **Signature**

12
                                            *FRED  PRADELS*
13                                          **Printed or Typed Name**

14

15          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11   **Dated:**

_Signature_

**Signature**

_MELVIN W. LINKE_

**Printed or Typed Name**

14

15           **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28    summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

*Elizabeth J. Boevers*
**Signature**

*ELIZABETH J. BOEVERS*
**Printed or Typed Name**

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

12   _April 24, 2008_                              Signature

13   _Nick J. Beale_
                                                   **Printed or Typed Name**

14

15                      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7        I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

                      *Frances L. DiMeglio*

12                        **Signature**

                      *Frances L. DiMeglio*

13                        **Printed or Typed Name**

14

15       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10    or the entity I represent.

11    **Dated:** 4-26-2008

**Signature**

12

13    KATHRYN HODDICK    *previously Anderson*

**Printed or Typed Name**

14

15    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17    unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18    lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19    **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21    brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22    the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23    defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25    a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26    within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27    against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28    summons had been served.

2

Case No.: 05cv1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**

Signature

12

13  *Jack    Weide*

JACK   WEIDE

**Printed or Typed Name**

14

15  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20      "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24      If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Bradley G. Olive
**Printed or Typed Name**

12

13

14

15   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**                                  Lincoln J. Schlotterback
    **Signature**

12

13                                               Lincoln J. Schlotterback
    **Printed or Typed Name**

14

15              **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24  If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** May 7, 08            Rose Bellitti

12                                   Signature

13                                   ROSE BELLITTI,

14                                   Printed or Typed Name

     PETE BELLITTI, Deceased Nov 25 1998

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**   4-15-08

                                   **Signature**

13                                 Salvador P. Miranda
                              **Printed or Typed Name**

15   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

_Signature_

_Will Mason_
**Printed or Typed Name**

14

15            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

_Steven Norman_

**Printed or Typed Name**

12

13

14

15                   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2   of the complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4   court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5   Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6   or of service.

7   I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8   Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9   do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**

Signature

Richard Beck

Printed or Typed Name

15   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

2

Case No.: 05cv1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10 or the entity I represent.

11 **Dated:** ⸻⸻⸻⸻

                            **Signature**

12

13                             **Printed or Typed Name**

14

15           **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17 unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18 lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19 **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21 brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22 the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23 defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25 a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26 within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27 against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28 summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                        _____

                                                        **Signature**

12

13                                                      *Crystian Martley , President , JCM GROUP, M C.*
                                                        **Printed or Typed Name**  *Managing Member ,*
                                                        *ANZA Contractors 10, LLC*

14

15                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent.  If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 4/10/08                                    *C. L. Gray*
                                                           **Signature**

12                                                          C. L. GRAY

13                                                          **Printed or Typed Name**

14

15                **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you.  By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.