# EXHIBIT B

## LIST OF DEFENDANTS WITHIN THE ANZA-CAHUILLA SUB-BASIN
## WHO HAVE RETURNED SIGNED WAIVERS

| | | | |
|---|---|---|---|
| 1. | Aberman, A. | 64. | Finke, Melvin |
| 2. | Abrisz, Elsie | 65. | Fitts, Bob |
| 3. | Acker, Gary | 66. | Floyd, Michael |
| 4. | Adams, Daniel | 67. | Fortner, Theodore |
| 5. | Agundez, Carlos | 68. | Franzen, Bob |
| 6. | Alatorre, Paul | 69. | Freeman, Robert |
| 7. | Alvarado, Joe | 70. | Freil, Timothy |
| 8. | Alvarado, Naomi | 71. | Gallegos, Michael |
| 9. | Anderson, Dona | 72. | Garcia, Rosemary |
| 10. | Anderson, Kathryn | 73. | Garst, Leighvon |
| 11. | Anza Congregation Jehovah's Witnesses, Inc. | 74. | Gascon, Francisco D., Estate of |
| 12. | Anza Contrerras 10 | 75. | Gautschy, Edythmae |
| 13. | Arrellano, Trinidad | 76. | Gerard, Milan |
| 14. | Arriaga, Fernando | 77. | Gerbl, Jackson |
| 15. | Ashbrook, Travis | 78. | Gilpin, Cathy |
| 16. | Balle, Blane | 79. | Ginn, Arthur |
| 17. | Balle, Kim | 80. | Godfrey, Roy |
| 18. | Bayley, John | 81. | Golem, Ante |
| 19. | Beale, Nicholas | 82. | Golem, Joan |
| 20. | Beckley, Richard | 83. | Grano, Charles |
| 21. | Beckley, Rosebud | 84. | Grano, Renee |
| 22. | Bellitti, Rose | 85. | Grant, Henry |
| 23. | Bledsoe, Ben | 86. | Gray, Charlie |
| 24. | Boevers, Elizabeth | 87. | Gutierrez, Enedina |
| 25. | Brajevich, Michael | 88. | Gutierrez, Juan |
| 26. | Brannian, Natalie | 89. | Hamblin, Patricia |
| 27. | Brett, John | 90. | Hamblin, Randall |
| 28. | Brown, Howard | 91. | Heckethorn, William |
| 29. | Brown, Linda | 92. | Hemet Unified School District |
| 30. | Bruce, Mary | 93. | Henderson, Eunice |
| 31. | Buccat, Larry | 94. | Henderson, Noah |
| 32. | Canales, Lorenzo | 95. | Herbenick, Margaret |
| 33. | Carr, Walter | 96. | Hicks, Lucy J. 1996 Rev. Trust |
| 34. | Carver, Peggy | 97. | Hjelm, Margaret |
| 35. | Chai, Gene | 98. | Hodges, Warren |
| 36. | Chaplin, Ronald | 99. | Hollenbeck, Richard T. |
| 37. | Clark, Frederick | 100. | Holzer, Nannette |
| 38. | Coats, Dennis | 101. | Humphries, Eugene |
| 39. | Cooper, John | 102. | Hurtado, Daniel |
| 40. | Cormier, Pamela | 103. | Huynh, Quang |
| 41. | Cormier, Russell | 104. | Ibarra, Deanna |
| 42. | Crawley, Jeffrey | 105. | James, Darlene |
| 43. | Crawley, Lynnette M. | 106. | Johnston, Victor |
| 44. | Czerner, Francis | 107. | Jones, Diane |
| 45. | Deichsel, Carol | 108. | Jones, William |
| 46. | Deiter, Betty | 109. | Jorgensen, Jerome |
| 47. | Deiter, Leroy | 110. | Jorgensen, Joanne |
| 48. | Dicecco, Yvonne | 111. | Keeler, Angeles |
| 49. | Dimeglio, Frances | 112. | Kefalas, Carolyn |
| 50. | Done, Jonathan | 113. | Kefalas, Jay |
| 51. | Downer, Jacqueline | 114. | Knight, Charles |
| 52. | Dreyer, Kerry | 115. | Kuehne, Herbert |
| 53. | Dunham, Robert | 116. | Kuehne, Marlene |
| 54. | Durham, George | 117. | Lansford, Emily |
| 55. | Dye, Bill | 118. | Laranang, Manuel |
| 56. | Dyson, Larry for Dyson Dev | 119. | Latham, Lisa |
| 57. | Emery, Glenda | 120. | Lawlyes, Bill |
| 58. | Emery, Peter | 121. | Lawrence, Mark |
| 59. | Eurpongpan, Charan | 122. | Lee, Mary |
| 60. | Fails, Donald | 123. | Lickver, Gary |
| 61. | Farruggia, David | 124. | Lindstrom, Frank |
| 62. | Farsi, Esther | 125. | Lindstrom, Holly |
| 63. | Fermano, Stephen | 126. | Lockhart, Steven |

| | | | | |
|---|---|---|---|---|
| 127. | Loftis, Frank | | 195. | Quinn, Susan |
| 128. | Long, Bill | | 196. | Quinones, Noel |
| 129. | Long, Rae Jean | | 197. | Quintana, Rod |
| 130. | Loomis, Jeff | | 198. | Rammelsberg, Marvin |
| 131. | Lopes, Jon | | 199. | Ramos, Brik |
| 132. | Lopez, Charlotte | | 200. | Rauton, Jeffrey |
| 133. | Lopez, Marciano | | 201. | Recht, Jane |
| 134. | Lorenzen, Mary | | 202. | Reyes, Stella |
| 135. | Lupascu, Deborah | | 203. | Ridder, Hans |
| 136. | Lupascu, Rasvan | | 204. | Ridder, Manfred |
| 137. | Macalino, Joseph | | 205. | Riggs, Dameon |
| 138. | Mach, Aurora | | 206. | Riggs, Serena |
| 139. | Machado Land Inv. Corp. | | 207. | Ringhand, Arthur |
| 140. | Machado, Mike | | 208. | Rivera, Beatrice |
| 141. | Machado, Pamela | | 209. | Rizo, Jose |
| 142. | Manahu, James | | 210. | Roberts, George |
| 143. | Martin, Marilyn | | 211. | Roberts, Joanne |
| 144. | Martin, Richard | | 212. | Robertson, Bobby |
| 145. | Martinez, Debra | | 213. | Robinson, Thomas |
| 146. | Martinez, Nemorio | | 214. | Robinson, Thomas Jr. |
| 147. | Masiel, Manuel | | 215. | Rodriguez, Joel |
| 148. | Mason, Will | | 216. | Rodriguez, Maricano |
| 149. | Mattina, Jesse | | 217. | Rodriguez, Marlene |
| 150. | Maxwell, Floyd | | 218. | Rodriguez, Tomas |
| 151. | McCallister, Robert | | 219. | Rusu, Corneliu |
| 152. | McClure, Mark | | 220. | Rusu, Lucia |
| 153. | McColl, Angus | | 221. | Saldana, Rafael |
| 154. | McGinty, Thomas | | 222. | Schlotterback, Lincoln |
| 155. | McKinnon, Charles | | 223. | Schmeling, Eleanor |
| 156. | McKinnon, Joan | | 224. | Schmeling, Robert |
| 157. | McKusick, Dennis | | 225. | Scott, Roger |
| 158. | McTaggart, Briar | | 226. | Segui, William |
| 159. | Meier, Theodore | | 227. | Sharko, Richard |
| 160. | MEM Ltd. Partnership | | 228. | Sindicich, Branko |
| 161. | Miller, Alicia | | 229. | Sindicich, Darlene |
| 162. | Miller, Helen | | 230. | Sirijanyakul, Varaporn |
| 163. | Miller, James | | 231. | Smith, Carol Ann |
| 164. | Miller, Max | | 232. | Synder, Roger |
| 165. | Miller, Nancy | | 233. | Taylor, Rosalie |
| 166. | Minert, Charles | | 234. | Thaiss, Cheryl |
| 167. | Miranda, Salvador | | 235. | Thibault, Raymond |
| 168. | Moore, Jeffrey | | 236. | Timms, Donald |
| 169. | Morris, Nancy | | 237. | Totah, Gary |
| 170. | Munson, Raymond | | 238. | Totah, Lynda |
| 171. | Murray, Colleen | | 239. | Tran, Joseph |
| 172. | Navratil, Terry | | 240. | Tran, Hoang |
| 173. | Nilsen, Janice | | 241. | Tranphuoc, Anh |
| 174. | Norman, Steven | | 242. | Vachirasomboon, Chantanathip for Vachirasomboon Family Trust |
| 175. | O'Brien, Dolores | | | |
| 176. | O'Brien, Douglas | | 243. | Vachiraqsomboon, Thongchai for Vachirasomboon Family Trust |
| 177. | Olive, Bradley | | | |
| 178. | Ortiz, Eric | | 244. | Vanderlinden, Richard |
| 179. | Overgaauw, Cornelius | | 245. | Vanderlinden, Sandra |
| 180. | Park, Helen | | 246. | Vestakis, Karen J. Trust |
| 181. | Park, Irene | | 247. | Villar, Louis |
| 182. | Parker, Dustin | | 248. | Visperas, Christopher |
| 183. | Patchick, Helen | | 249. | Visperas, Mariflor |
| 184. | Patterson, Perrie | | 250. | Vranich, Charles |
| 185. | Paulsen, John | | 251. | Waugaman, Barry |
| 186. | Pena, Eva | | 252. | Weide, Jack |
| 187. | Perkins, Tom | | 253. | Wheeler, Robert |
| 188. | Petty, Jack | | 254. | White, Robert |
| 189. | Petty, Janice | | 255. | Widgery, Antony |
| 190. | Piper, Jerry | | 256. | Widgery, Barbara |
| 191. | Pizzanello, Arthur | | 257. | Williamson, David |
| 192. | Popowich, Joseph | | 258. | Wilmer, Mark |
| 193. | Pradels, Fred | | 259. | Wilson, John |
| 194. | Quinn, Charles | | 260. | Zajac, Roberta |