WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



October 3, 2009

Honorable Gordon Thompson, Jr.
Senior District Judge
United States District Court
Southern District of California
940 Front Street, 3rd Floor, Chambers 8
San Diego, CA 92101

Re:   U.S. v Fallbrook Public Utility District, et al., Civ. No. 1247-SD-T (S.D.Cal.)
      Annual Watermaster Reports for Water Years 1989 through 2007

Dear Judge Thompson:

   Enclosed is a CD containing a PDF file for each of the Santa Margarita River Watershed Annual Watermaster Reports for Water Years 1989 through 2007. If you have any questions please do hesitate to call.

                              Sincerely,

                              Chas W. Binder

                              Charles W. Binder, P.E.
                              Watermaster

Enclosure