# SANTA MARGARITA RIVER WATERSHED

# ANNUAL WATERMASTER REPORT

# WATER YEAR 2004-05

### UNITED STATES OF AMERICA
### V.
### FALLBROOK PUBLIC UTILITY DISTRICT, ET AL

### CIVIL NO. 1247 - SD-T

CHARLES W. BINDER
WATERMASTER
P. O. BOX 631
FALLBROOK, CA.   92088
(760) 728-1028
FAX (760) 728-1990

AUGUST 2006

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

# TABLE OF CONTENTS

<u>Page No.</u>

1. Summary_____ 1

2. Introduction
   2.1 Background_____ 5
   2.2 Authority_____ 5
   2.3 Scope_____ 5

3. Surface Water Availability and Use
   3.1 Surface Flow_____ 7
   3.2 Surface Water Diversions_____13
   3.3 Water Storage _____13

4. Subsurface Water Availability
   4.1 General_____17
   4.2 Extractions_____17
   4.3 Water Levels_____19
   4.4 Groundwater Storage_____24

5. Imports/Exports
   5.1 General_____31
   5.2 Water Year 2004-05_____34
   5.3 Water Years 1966-2005_____36
   5.4 Lake Skinner_____36
   5.5 Diamond Valley Lake_____39

6. Water Rights
   6.1 General_____41
   6.2 Appropriative Surface Water Rights_____43
   6.3 Fallbrook PUD Proposal to Change Point of Diversion_____47

7. Water Production and Use
   7.1 General _____49
   7.2 Water Purveyors_____50
   7.3 Indian Reservations_____69
   7.4 Small Water Systems_____71
   7.5 Irrigation Water Use_____71

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Page No.

8. Unauthorized Water Use
    8.1 General_____73
    8.2 Unauthorized Small Storage Ponds_____73
    8.3 Rancho California Water District Water Use_____73
    8.4 Cahuilla Band Request for Moratorium_____74
    8.5 Exportation of Treated Wastewater Derived from Native Waters_____75

9. Threats to Water Supply
    9.1 General_____77
    9.2 High Nitrate Concentrations_____77
    9.3 Potential Overdraft Conditions_____78
    9.4 Salt Balance_____79

10. Water Quality
    10.1 Surface Water Quality_____81
    10.2 Groundwater Quality_____81

11. Cooperative Water Resource Management Agreement
    11.1 General_____87
    11.2 Required Flows_____87
    11.3 Water Quality_____90
    11.4 Monitoring Programs_____90

12. Five Year Projection of Watermaster Office Tasks, Expenditures and Requirements
    12.1 General_____91
    12.2 Normal Tasks_____91
    12.3 Additional Tasks_____91
    12.4 Projected Expenditures_____92

13. Watermaster Office Budget 2006-07_____93

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## LIST OF TABLES

Page No.

3.1 - Stream Gaging Stations_____ 8

3.2 - Measured Surface Water Flow 2004-05_____ 9

3.3 - Surface Water Diversions to Storage_____14

3.4 - Surface Water Diversions to Use_____15

3.5 - Water in Storage_____16

4.1 - Water Production by Substantial Users_____18

4.2 - Groundwater Storage at Camp Pendleton_____25

4.3 - Changes in Groundwater Storage Murrieta-Temecula Groundwater Area____27

4.4 - Changes in Useable Groundwater Storage Murrieta-Temecula
      Groundwater Area_____28

5.1 - Storage in State Water Project and Colorado River Reservoirs_____32

5.2 - Imports/Exports 2004-05_____35

5.3 - Total Dissolved Solids Concentration of Imported Water 2004-05_____37

5.4 - Imports/Exports 1966-2005_____38

6.1 - Appropriative Water Rights Permits & Licenses_____44

6.2 - Pre-1914 Appropriative Water Rights_____46

7.1 - Water Production and Use  _____51

7.2 - Definitions of Water Use by Municipal Water Purveyors_____52

7.3 - Water Deliveries to Temecula Valley Regional Water Reclamation Facility___55

7.4 - Rancho California Water District, Permit 7032 Area Water Use_____60

7.5 - Rancho California Water District, Rancho Division
      Return Flow Credit 2004-05_____62

7.6 - Rancho California Water District, Santa Rosa Division
      Return Flow Credit 2004-05_____63

7.7 – Percent Production from Younger Alluvium
      in Rancho California Water District Wells_____66

iii

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

7.8  – Rancho California Water District Well Production
From Younger and Older Alluvium_____67

10.1 – Ranges in Average Daily Concentration of Dissolved Oxygen, pH,
Specific Conductance and Temperature at Santa Margarita River
Near Temecula_____82

11.1 – Monthly Summary of Required Flows, Discharges, Credits and Accounts,
Cooperative Water Resource Management Agreement
2005 Calendar Year_____88

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## LIST OF FIGURES

1.1 - Local Production 1996 - 2005 ... 2
1.2 - Imports 1996 - 2005 ... 2
1.3 - Total Production 1996 - 2005 ... 3
3.1 - Annual Streamflow for Santa Margarita River near Temecula ... 11
3.2 - Annual Precipitation for Wildomar Gage ... 12
4.1 - Water Level Elevations Well No. 8S/2W-12H1 ... 19
4.2 - Water Level Elevations Well No. 10S/4W-7J1 ... 20
4.3 - Water Level Elevations Well No. 7S/3W-20C9 ... 21
4.4 - Water Level Elevations Well No. 7S/3E-21G1 ... 22
4.5 - Water Level Elevations Pechanga Indian Reservation Wells ... 23
5.1 - Storage in State Water Project 1995 - 2005 ... 33
5.2 - Storage in Colorado River Reservoirs 1995 - 2005 ... 33
10.1 - Total Dissolved Solids Concentration RCWD Well 8S/2W-12K ... 83
10.2 - Total Dissolved Solids Concentration Camp Pendleton Well 10S/4W-7A2 ... 84
10.3 - Nitrate Concentration Camp Pendleton Well 10S/4W-7A2 ... 85

## APPENDICES

### Appendix A - Production and Use Water Year 2004-05

Table A-1    Eastern Municipal Water District
Table A-2    Elsinore Valley Municipal Water District
Table A-3    Fallbrook Public Utility District
Table A-4    Metropolitan Water District
Table A-5    Murrieta County Water District
Table A-6    Rainbow Municipal Water District
Table A-7    Rancho California Water District
Table A-8    U.S.M.C. - Camp Pendleton
Table A-9    U. S. Naval Weapons Station, Fallbrook Annex
Table A-10   Miscellaneous Water Production and Import

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

### Appendix B - Production and Use Water Years 1965-66 To 2004-05

| | |
|---|---|
| Table B-1 | Eastern Municipal Water District |
| Table B-2 | Elsinore Valley Municipal Water District |
| Table B-3 | Fallbrook Public Utility District |
| Table B-4 | Fallbrook Public Utility District (Wastewater) |
| Table B-5 | Metropolitan Water District |
| Table B-6 | Murrieta County Water District |
| Table B-7 | Rainbow Municipal Water District |
| Table B-8 | Rancho California Water District |
| Table B-9 | U.S.M.C. - Camp Pendleton |
| Table B-10 | U. S. Naval Weapons Station, Fallbrook Annex |
| Table B-11 | Miscellaneous Water Production and Import |

### Appendix C - Substantial Water Users 2004-05

### Appendix D - Water Quality Data

| | | Last Published |
|---|---|---|
| Table D-1 | Surface Streams Sampled by Camp Pendleton | 1992-93 |
| Table D-2 | Surface Streams Sampled by Rancho California Water District | 1998-99 |
| Table D-2.1 | Nutrient Sampling by Rancho California Water District | 2002-03 |
| Table D-3 | Wells in Murrieta County Water District | 2004-05 |
| Table D-4 | Wells in Rancho California Water District | 2004-05 |
| Table D-5 | Wells on Indian Reservations | 2004-05 |
| Table D-6 | Wells on Camp Pendleton | 2004-05 |
| Table D-7 | Eastern Municipal Water District | 1992-93 |
| Table D-8 | Eastern Municipal Water District | 1992-93 |
| Table D-9 | Eastern Municipal Water District | 1992-93 |
| Table D-10 | Eastern Municipal Water District | 1993-94 |
| Table D-11 | Wells in Domenigoni Valley | 1994-95 |
| Table D-12 | Surface Water Sampled by USGS on Cahuilla Creek | 2004-05 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

**Appendix E – Cooperative Water Resource Management Agreement
Required Flows and Accounts – Calendar Year 2005**

**Appendix F – Annual Report Issues Subordinated During Effective Period of the
Cooperative Water Resource Management Agreement**

**MAP**

Major Water Purveyors                                        Bound at back of report

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 1 - SUMMARY

Section 1 - A summary of the Santa Margarita River Watershed Annual Watermaster Report for the 2004-05 Water Year.

Section 2 - This Annual Watermaster Report is prepared pursuant to Section II of the U. S. District Court Order dated March 13, 1989. The Court has retained jurisdiction over all surface flows of the Santa Margarita River Watershed and all underground waters determined by the Court to be subsurface flow of streams or creeks or which is determined by the Court to add to, support or contribute to the Santa Margarita River stream system. Local vagrant groundwaters that do not support the Santa Margarita River stream system are outside Court jurisdiction.

Section 3 - Surface water flows were well above normal in 2004-05. Flows for long-term stations on Murrieta Creek at Temecula, the Santa Margarita River near Temecula, and the Santa Margarita River at Ysidora were 784.8%, 619.3% and 654.7% respectively of their long-term averages. Direct surface diversions to use totaled 509 acre feet compared with 429 acre feet in 2003-04. The total quantity of water in storage in the Watershed on September 30, 2005, was 849,571 acre feet, of which 33,967 acre feet were Santa Margarita River water and 815,604 acre feet were imported water.

Section 4 - Groundwater extractions were 41,303 acre feet compared to 41,698 acre feet in 2003-04. Water purveyors pumped 37,138 acre feet and 4,165 acre feet were pumped by other substantial users. Total annual local production including surface diversions for use for the period 1996-2005 is shown on Figure 1.1.

Section 5 - During 2004-05, 89,589 acre feet of water were imported and distributed in the Santa Margarita River Watershed. This compares with 94,528 acre feet in 2003-04 and represents a 5.22 percent decrease. Net exports, including wastewater, were 19,026 acre feet, compared to 16,294 acre feet in 2004. Annual imports for the period 1996-2005 are shown on Figure 1.2.

Section 6 - Water rights during the 1950's and 1960's consisted primarily of riparian and overlying rights. Other rights included appropriative rights and federal reserved rights. More recently, water purveyors in the Watershed have begun exercising groundwater appropriative rights. Except for appropriative rights, water rights generally have not been quantified in the watershed. Perfected appropriative surface water rights on file with the State Water Resources Control Board (SWRCB) amount to 906,892 gallons per day which corresponds to 1.4 cfs or 2.78 acre feet per day of direct diversion rights and 44,313.5 acre feet of active storage rights.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 1.1



Figure 1.2



WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Section 7 - Total imported supplies plus local production totaled 132,662 acre feet compared to 136,655 reported in 2003-04.  Of that quantity, 42,413 acre feet were used for agriculture; 9,901 acre feet were used for commercial purposes; and 59,096 acre feet were used for domestic purposes; 63 acre feet were discharged to Murrieta Creek; 5 acre feet were discharged to Temecula Creek; 4 acre feet were discharged to Santa Gertrudis Creek; 3,312 acre feet were discharged by Rancho California WD during 2004-05 pursuant to the Cooperative Water Resources Management Agreement (CWRMA) (3,259 acre feet to the Santa Margarita River from MWD WR-34 and 53 acre feet to Murrieta Creek from the System River Meter); 3,571 acre feet of fresh water were exported by Camp Pendleton; and 5,162 acre feet were recharged by Rancho California WD to storage.  The overall system loss was 9,135 acre feet. System gain or loss is the result of many factors including errors in measurement, differences between periods of use and periods of production, leakage and unmeasured uses.

Total annual production for the period 1996-2005 is shown on Figure 1.3

Figure 1.3



SANTA MARGARITA RIVER WATERSHED
TOTAL PRODUCTION 1996 TO 2005

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Section 8 – Use of water from small storage ponds may be unauthorized. During 2004-05 the Cahuilla Band of Indians requested a moratorium on increased water use in the Anza/Cahuilla/Terwilliger Valley area. Camp Pendleton has taken the position that exportation of treated wastewater, the source of which is the native waters of the Santa Margarita River system, without an appropriative right for such exportation, is unauthorized use of water.

Section 9 - Threats to water supply include high nitrate levels in Rainbow Creek and Anza Valley in past years, potential overdraft conditions in the Murrieta-Temecula and Anza groundwater basins, and salt balance issues in the upper Watershed.

Section 10 – The U. S. Geological Survey (USGS) monitored surface water quality at the Temecula gaging station on the Santa Margarita River. Total dissolved solids concentrations ranged from about 100 mg/l to about 900 mg/l. Surface water samples were also taken by the USGS at two locations on Cahuilla Creek and one location at a tributary to Cahuilla Creek. The total dissolved solids concentrations for the Cahuilla Creek samples ranged from 337 mg/l to 529 mg/l.

Groundwater samples from wells were analyzed for water quality by Camp Pendleton, Murrieta County Water District, Rancho California WD, and the USGS (on Indian Reservations) during 2004-05. The two primary constituents of interest are nitrates and total dissolved solids. One sample showed concentrations exceeding the drinking water standard for nitrates of 45 mg/l as nitrate (or 10 mg/l as N). The sample exceeding the standard was collected from a small stand-alone domestic well on the Pechanga Indian Reservation that is not connected to the Pechanga Water System. The Basin Plan Objective for total dissolved solids of 750 mg/l was exceeded in eight of ten wells at Camp Pendleton; and in one of four wells at Murrieta County WD. No water from wells on the Pechanga Indian Reservation or in Rancho California WD exceeded the Basin Plan Objective for total dissolved solids.

Section 11 - The Cooperative Water Resource Management Agreement between Camp Pendleton and Rancho California Water District was approved by the District Court on August 20, 2002. During the 2005 calendar year, Rancho California WD discharged 4,396.9 acre feet to the Santa Margarita River. Contributions to Camp Pendleton's groundwater account totaled 2,543.7 acre feet, bringing the total groundwater in storage to 5,000 acre feet.

Section 12 - Projected Watermaster tasks for the next five years are listed.

Section 13 - A total Watermaster budget of $450,000 is proposed for the 2006-07 Water Year. This budget includes $281,700 for the Watermaster Office and $168,300 for operation of gaging stations by the USGS.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 2 - INTRODUCTION

2.1     Background

On January 25, 1951, the United States of America filed Complaint No. 1247 in the United States District Court for the Southern District of California to seek a judicial determination of all respective water rights within the Santa Margarita River Watershed. The Final Judgment and Decree was entered on May 8, 1963, and appealed to the U. S. Court of Appeals. A Modified Final Judgment and Decree was entered on April 6, 1966. Among other things, the Decree provided that the Court:

> . . . retains continuing jurisdiction of this cause as to the use of all surface waters within the watershed of the Santa Margarita River and all underground or sub-surface waters within the watershed of the Santa Margarita River, which are determined in any of the constituent parts of this Modified Final Judgment to be a part of the sub-surface flow of any specific river or creek, or which are determined in any of the constituent parts of this Modified Final Judgment to add to, contribute to, or support the Santa Margarita River stream system.

In March 1989, the Court issued an Order appointing the Watermaster to administer and enforce the provisions of the Modified Final Judgment and Decree and subsequent orders of the Court.  The appointing Order described the Watermaster's powers and duties as well as procedures for funding and operating the Watermaster's office.  Also in 1989, the Court appointed a Steering Committee that at the conclusion of 2004-05 was comprised of representatives from the United States, Eastern Municipal Water District, Fallbrook Public Utility District, Metropolitan Water District of Southern California, Pechanga Tribe, and Rancho California Water District.  The purposes of the Steering Committee are to assist the Court, to facilitate litigation, and to assist the Watermaster.

2.2     Authority

Section II of the appointing Order requires that the Watermaster submit a written report containing his findings and conclusions to the Court promptly after the end of each water year.

2.3     Scope

The subjects addressed in this report are responsive to Section II of the appointing Order.  Information and data contained in this report are based on information reported to the Watermaster by others.   Therefore, the Watermaster does not guarantee the completeness and accuracy of the information presented in this report, although most of the data presented are based on measurements.  Estimates by the Watermaster are so noted.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 3 - SURFACE WATER AVAILABILITY AND USE

3.1    Surface Flow

Over the years, flows in the Santa Margarita River Watershed have been measured at the stations listed on Table 3.1.  A number of these stations have been discontinued. During Water Year 2004-05 the USGS operated 13 stations under an agreement with the Watermaster.  These include three stations where Riverside County Flood Control and Water Conservation District shares the local costs with the Watermaster.  In addition to stream flows, the USGS also measures water elevation at Vail Lake.

The USGS also operates several stations in the watershed under contract with Camp Pendleton.  These include stream gaging stations on Fallbrook Creek and on the outlet channel and spillway for Lake O'Neill.  The USGS also operates a tidal water level recorder on the Santa Margarita River at its mouth.

Monthly flows for stations in Water Year 2004-05 are shown on Table 3.2.  Those flows consist of USGS discharge determinations available at the time this report is published.  Official USGS discharges for 2004-05 are published by the USGS in its annual Water Resources Data report.

In considering the historical record of flow at these stations, it should be recognized that the long term averages include variations in watershed conditions such as level of development, groundwater production, return flows, impoundments and vegetative use as well as hydrologic conditions, changes in gaging station locations and other factors. Descriptions of the various historical locations of gaging stations may be found in the publication, *Water Resources Data - California*, which is published annually by the USGS. In addition, records of stream flow at the stations operated by the USGS may be found on the Internet at *http://www.usgs.gov*.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.1

### SANTA MARGARITA RIVER WATERSHED
## STREAM GAGING STATIONS
### 2004-05

| STATION NAME | STATION NO. | AREA SQ MI | RECORDED BY | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temecula Creek Near Aguanga | 11042400 | 131 | USGS | | | | 8/57 •• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••• |
| Wilson Creek Above Vail Lake | 11042490 | 122 | USGS | | | | | | | 10/89 | 10/94 ••••• | |
| Temecula Creek At Vail Dam | 11042520 | 320 | USGS | 2/23 ••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | 10/77 ••••••• | | | |
| Vail Lake at Temecula (Reservoir Storage) | 11042510 | 320 | USGS | | | 10/48 • | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••• |
| Pechanga Creek Near Temecula | 11042631 | 13.8 | USGS | | | | | | | 10/87 •• | ••••••••• | •••••• |
| Warm Springs Creek Near Murrieta | 11042800 | 55.4 | USGS | | | | | | | 10/87 •• | ••••••••• | •••••• |
| Santa Gertrudis Creek Near Temecula | 11042900 | 90.1 | USGS | | | | | | | 10/87 •• | • •••••••• | •••••• |
| Murrieta Creek At Tenaja Road | 11042700 | 30 | USGS | | | | | | | | 10/97 •• | •••••• |
| Murrieta Creek At Temecula | 11043000 | 222 | USGS | 10/25 •••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••• |
| Santa Margarita River Near Temecula | 11044000 | 588 | USGS | 2/23 ••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••• |
| Rainbow Creek Near Fallbrook | 11044250 | 10.3 | USGS | | | | | | | | 9/89 ••••••••• | •••••• |
| Sandia Creek Near Fallbrook | 11044350 | 21.1 | USGS | | | | | | | | 9/89 ••••••••• | •••••• |
| Santa Margarita River At FPUD Sump 1/ | 11044300 | 620 | USGS | 10/24 ••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | 9/80 • | 9/89 ••••••••• | •••••• |
| Santa Margarita River Tributary Near Fallbrook | 11044600 | 0.52 | USGS | | | | | 10/61 9/65 •••• | | | | |
| DeLuz Creek Near DeLuz | 11044800 | 33 | USGS | | | | | | | | 10/92 ••••••• | •••••• |
| DeLuz Creek Near Fallbrook 2/ | 11044900 | 47.5 | USGS/ USMC | | | | 2/51 •••••••• | •••••••••• | 77 ••••••• | | 9/89-9/90 • | 4/02-2/03 • |
| Santa Margarita River Near DeLuz Station | 11045000 | 705 | USGS | 10/24 - 9/26 •• | | | | | | | | |
| Fallbrook Creek 3/ Near Fallbrook | 11045300 | 6.97 | USGS/ USMC | | | | | 10/64 ••••• | 9/76 ••••••• | 12/88 • | •••••••••• | •••••• |
| Santa Margarita River At Ysidora 4/ | 11046000 | 723 | USGS | 3/23 ••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••••••• | •••••• |
| WATER YEAR ENDING | | | | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 |

1/ Period of record includes measurements for Santa Margarita near Fallbrook (#11044500) for period October 1924 to September 1980
2/ Recorded by USMC, Camp Pendleton October 1966 to 1977     3/ Recorded by USMC, Camp Pendleton prior to October 1993
4/ Station temporarily operated as SMR at USMC Diversion Dam near Ysidora #11045050 from February 26, 1999 to September 27, 2001

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.2

*SANTA MARGARITA RIVER WATERSHED*
**MEASURED SURFACE WATER FLOW**
2004-05
Quantities in Acre Feet

| GAGING STATION | DRAINAGE AREA SQ MI | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | WATER YEAR TOTAL | ANNUAL AVERAGE THRU 2004 | YEARS OF RECORD THRU 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temecula Creek Near Aguanga | 131 | 170 | 98 | 1,010 | 7,760 | 6,450 | 1,680 | 682 | 396 | 177 | 79 | 63 | 46 | 18,611 | 5,580 | 47 |
| Pechanga Creek Near Temecula | 13.8 | 44 | 5 | 197 | --- | --- | --- | 25 | 0 | 0 | 0 | 0 | 0 | 271 [1] | 562 | 17 |
| Warm Springs Creek Near Murrieta | 55.4 | 880 | 170 | 831 | 7,020 | 5,070 | 486 | 81 | 37 | 0 | 0 | 1 | 0 | 14,576 | 2,720 | 17 |
| Santa Gertrudis Creek Near Temecula | 90.2 | 861 | 156 | 970 | 6,360 | 4,480 | 1,800 | 565 | 47 | 12 | 0 | 0 | 0 | 15,251 | 2,520 | 17 |
| Murrieta Creek At Tenaja Road | 30 | 1,550 | 605 | 3,120 | 7,970 | 9,280 | 1,090 | 330 | 142 | 16 | 1 | 0 | 0 | 24,104 | 1,630 | 7 |
| Murrieta Creek At Temecula | 222 | 6,360 | 1,170 | 5,590 | 31,370 | 24,240 | 3,570 | 967 | 354 | 27 | 15 | 10 | 5 | 73,678 | 9,387 | 80 |
| Santa Margarita River Near Temecula | 588 | 7,790 | 1,400 | 7,070 | 34,750 | 27,010 | 3,700 | 1,080 | 974 | 722 | 651 | 597 | 586 | 86,330 | 13,939 / 20,390 | 56 (1949-2004) / 26 (1923-48) |
| Rainbow Creek Near Fallbrook | 10.3 | 327 | 88 | 369 | 6,220 | 3,070 | 680 | 244 | 134 | 72 | 42 | 40 | 51 | 11,337 | 2,350 | 15 |
| Sandia Creek Near Fallbrook | 21.1 | 1,010 | 752 | 936 | 7,610 | 6,420 | 1,780 | 1,090 | 625 | 519 | 361 | 296 | 268 | 21,667 | 6,660 | 15 |
| Santa Margarita River At FPUD Sump | 620 | 10,380 | 1,560 | 10,540 | 32,090 | 31,230 | 5,630 | 3,010 | 1,730 | 940 | 837 | 747 | 718 | 99,412 | 29,170 | 15 |
| DeLuz Creek Near DeLuz | 33 | 911 | 370 | 1,030 | 12,970 | 9,500 | 2,920 | 763 | 395 | 190 | 108 | 85 | 86 | 29,328 | 9,420 | 12 (1993-2004) |
| Santa Margarita River At Ysidora | 723 | 13,130 | 2,690 | 7,500 | 91,860 | 38,780 | 14,560 | 5,150 | 3,760 | 1,570 | 958 | 791 | 794 | 181,543 | 27,726 [2] / 31,390 | 56 (1949-2004) / 26 (1923-48) |
| Fallbrook Creek Near Fallbrook | 6.97 | 211 | 37 | 175 | 1,540 | 1,420 | 290 | 113 | 48 | 37 | 27 | 14 | 13 | 3,925 | 1,140 / 1,462 [3] | 16 (1989-2004) / 12 (1965-76) |

1/  Water year total under-reports flows due to missing records for January through March
2/  Includes record of two years at Santa Margarita River at USMC Diversion Dam near Ysidora station
3/  Includes wastewater flows

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Total flows at four long-term stations for Water Years 2003-04 and 2004-05 are compared with their averages in the tabulation below.  Average flows for the Santa Margarita River stations near Temecula and near Ysidora are shown for two periods: before and after Vail Dam was constructed (1923 to 1948, and 1949 to 2004).

| | TOTAL FLOW | | AVERAGE FLOW |
| | 2003-04 | 2004-05 | Through 2004 |
| | Acre Feet | Acre Feet | Acre Feet |
|---|---|---|---|
| Temecula Creek Near Aguanga | 566 | 18,611 | 5,580 (1957-2004) |
| Murrieta Creek At Temecula | 3,434 | 73,678 | 9,387 (1925-2004) |
| Santa Margarita River Near Temecula | 7,215 | 86,330 | 13,939 (1949-2004) 20,390 (1923-1948) |
| Santa Margarita River Near Ysidora (various locations) | 12,762 | 181,543 | 27,726 (1949-2004) 31,390 (1923-1948) |

The foregoing tabulation indicates that 2004-05 was a very wet year.  Flows for long-term stations on Murrieta Creek at Temecula, the Santa Margarita River near Temecula and the Santa Margarita River at Ysidora were 784.8%, 619.3% and 654.7% of their long-term averages respectively.  Flows at Temecula Creek near Aguanga were 333.5% of the long-term average.

The Santa Margarita River near Temecula station is of particular interest relative to discharge requirements specified in the Cooperative Water Resources Management Agreement (CWRMA) between Camp Pendleton and Rancho California WD, as described in Section 11.  The long-term time series for annual streamflow for Santa Margarita River near Temecula is shown in Figure 3.1 indicating 2004-05 flows were the third highest for the period of record.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 3.1



It is also interesting to review long-term precipitation records relative to long-term streamflow. Figure 3.2 shows the long-term time series for annual precipitation for the Wildomar gage maintained by the Riverside County Flood Control and Water Conservation District. The Wildomar gage is specified in the CWRMA for determining water year types in establishing Rancho California WD discharge requirements to meet flows for the Santa Margarita River near Temecula. Inspecting Figure 3.2 shows the annual precipitation for 2004-05 was the highest for the period of record.

Monthly flows shown in Table 3.2 consist primarily of naturally occurring surface runoff, including return flows, except for Rancho California WD discharges into the Santa Margarita River and Murrieta Creek. Most of Rancho California WD discharges are pursuant to the CWRMA. During water year 2004-05 the total CWRMA discharges into the Santa Margarita River and Murrieta Creek equaled 3,312 acre feet.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The discharges into Santa Margarita River totaled 3,259 acre feet from outlet WR-34, located just upstream from the Santa Margarita River near Temecula gaging station. The discharges into Murrieta Creek occurred during the period November 7-18, 2004, when the pipeline serving WR-34 was shut down. The discharges to Murrieta Creek totaled 53 acre feet from the potable system at the System River Meter.

Figure 3.2



During 2004-05, Rancho California WD also released: 5 acre feet from wells into Temecula Creek; 63 acre feet from wells into Murrieta Creek; and 4 acre feet from wells into Santa Gertrudis Creek.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## 3.2   Surface Water Diversions

Surface diversions to surface water storage and groundwater storage during 2003-04 and 2004-05 are shown in Table 3.3.   In general, diversions to surface storage at Vail Lake and Lake O'Neill are computed as being equal to inflow less spill, however, diversion to surface storage at Vail Lake excludes inflow during the period from May 1 through October 31 when Permit 7032 does not allow such diversions.  Inflow to Vail is calculated as the sum of evaporation, spill, releases and change of storage.  Inflow into Vail Lake during the period when diversions are not permitted is released and not credited to groundwater storage.

Direct surface diversions for 2004-05 are shown in Table 3.4.  The use is primarily irrigation.  Estimated consumptive uses, losses and returns are also shown.

## 3.3   Water Storage

Major water storage facilities in the Santa Margarita River Watershed are listed on Table 3.5, together with the water in storage on September 30, 2004, and September 30, 2005.  Total Santa Margarita River stream system water in storage at the end of Water Year 2004-05 totaled 33,967 acre feet, compared to 16,682 acre feet at the end of the previous year.  Imported water in storage in Lake Skinner and Diamond Valley Lake, both operated by Metropolitan Water District of Southern California (MWD), is also shown on Table 3.5.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.3

*SANTA MARGARITA RIVER WATERSHED*
**SURFACE WATER DIVERSIONS TO STORAGE**
**2004-05**
Quantities in Acre Feet

**Surface Water Storage**

| | Vail Lake | | Lake O'Neill | |
|---|---|---|---|---|
| | 2003-04 | 2004-05 | 2003-04 | 2004-05 |
| Storage end of prior year | 17,981 | 15,860 | 830 | 822 |
| Inflow - Total | 898 *R* | 21,737 | 1,959 [1] | 7,715 [2] |
| Inflow to be Bypassed | 109 *R* | 1,340 | 0 | 0 |
| Spill | 0 | 0 | 0 | 2,559 |
| Diversions to Surface Storage | 789 [3] *R* | 20,397 [3] | 1,959 [4] | 5,156 [4] |
| Annual Evaporation | 3,019 | 4,246 | 414 | 342 |
| Releases - Total | 0 | 71 | 687 | 2,761 |
| Release to GW Storage | 0 [5] | 0 [5] | 686 | 2,761 |
| Apparent Seepage to GW | 0 | 0 | 866 [6] | 2,189 [6] |
| Change of Storage | (2,121) | 17,420 | (8) | (135) |
| Storage End of Year | 15,860 *R* | 33,280 | 822 | 687 |

**Groundwater Storage**

| | | | | |
|---|---|---|---|---|
| Recharge Release from Storage Facility | 0 | 0 | 0 | 0 |
| Direct Recharge | 0 | 0 | 5,343 | 7,727 [7] |

---

[1]   1,555  AF diverted from the Santa Margarita River and 404 AF estimated inflow from Fallbrook Creek

[2]   1,913 AF diverted from the Santa Margarita River and 5,802 estimated inflow from Fallbrook Creek

[3]   Inflow less Spill less Inflow (Oct 1 to Oct 31 and May 1 to Sept 30)

[4]   Inflow less Spill

[5]   Total Release less Inflow to be bypassed

[6]   Includes seepage losses, leakage through flashboards and unaccounted for water

[7]   Includes 6,973 AF of direct recharge and 754 AF of indirect recharge

*R*   Revised

14

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.4

*SANTA MARGARITA RIVER WATERSHED*
**SURFACE WATER DIVERSIONS TO USE**
**2004-05**
Quantities in Acre Feet

|  | Surface Diversions | Consumptive Use[1] | Losses[2] | Returns[3] |
|---|---|---|---|---|
| Blue Bird Ranch | 31.0 | 21.0 | 3.0 | 7.0 |
| James Carter | 52.0 | 35.0 | 5.0 | 12.0 |
| Chambers | 5.0 | 3.5 | 0.5 | 1.0 |
| Cal June, Inc. | 132.0 | 89.0 | 13.0 | 30.0 |
| Agri-Empire, Inc. Kohler Canyon | 96.0 | 65.0 | 10.0 | 21.0 |
| Papac | 38.0 | 25.0 | 4.0 | 9.0 |
| Sage Ranch Nursery | 100.0 | 68.0 | 10.0 | 22.0 |
| Daily Family Trust | 7.0 | 5.0 | 1.0 | 1.0 |
| San Diego State University Foundation | 48.0 | 32.0 | 5.0 | 11.0 |
| TOTAL | 509.0 | 343.5 | 51.5 | 114.0 |

---

[1]   Consumptive use equals 75% of Diversions less Losses
[2]   Losses equal 10% of Diversions
[3]   Returns equal 25% of Diversions less Losses

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.5

*SANTA MARGARITA RIVER WATERSHED*
**WATER IN STORAGE**
**2004-05**
Quantities in Acre Feet

| **Santa Margarita River Storage** | **Total Capacity** | **Water in Storage** 9/30/2004 | 9/30/2005 |
|---|---|---|---|
| Dunn Ranch Dam | 90 | 0 | 0 |
| Upper Chihuahua Creek Reservoir | ± 47 | 0 | 0 |
| Vail Lake | 49,370 | 15,860 *R* | 33,280 |
| Lake O'Neill | 1,200 | 822 | 687 |
| **Subtotal** | **50,707** | **16,682** | **33,967** |
| **Imported Water Storage** | | | |
| Lake Skinner | 44,000 | 39,217 | 41,422 |
| Diamond Valley Lake | 800,000 | 521,653 | 774,182 |
| **Subtotal** | **844,000** | **560,870** | **815,604** |
| **TOTAL STORAGE** | **894,707** | **577,552** | **849,571** |

*R* - Revised

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 4 - SUBSURFACE WATER AVAILABILITY

4.1   General

Much of the water from the Santa Margarita River stream system is obtained by pumping subsurface water. The Court has identified two basic types of subsurface water in its interlocutory judgments. One type is vagrant, local, percolating waters that do not add to, support or contribute to the Santa Margarita River or its tributaries. Such waters have been determined to be outside the continuing jurisdiction of the Court. These waters are typically found in the basement complex and/or residuum deposits in the Watershed. Wells tapping these deposits typically have low yields.

Other subsurface waters were found by the Court to add to, contribute to and support the Santa Margarita River and/or its tributaries. Aquifers containing such waters have been designated by the Court as younger alluvium and older alluvium. Younger alluvial deposits are commonly exposed along streams and in valleys. Older alluvium may be found underneath younger alluvium and is not limited to areas along stream channels. Older alluvium may or may not be exposed at ground surface. The use of subsurface water found in younger and older alluvium is generally under the continuing jurisdiction of the Court and is reported upon in this report.

4.2   Extractions

Production of Santa Margarita River water by substantial water users in the Watershed from all sources is listed on Table 4.1 by hydrologic area along with estimated consumptive use and return flows. Recovery of imported water that has been directly recharged is not included in Table 4.1. Substantial water users include water purveyors as well as private irrigators who irrigate eight acres or more or use an equivalent quantity of water.

In 2004-05, production by purveyors totaled 37,138 acre feet, compared to 35,648 acre feet in 2003-04. Monthly quantities are shown in Appendix A and annual production for water years between 1966 and 2005 is shown in Appendix B.

The quantities of subsurface extractions by private irrigators are based on the irrigated acreage and the crop type. These quantities are reported in Appendix C to total 4,165 acre feet in 2004-05. Of the subsurface extractions, 75 percent is estimated to have been consumptively used and 25 percent to have been return flow. Return flow is that portion of the total deliveries that is not consumed. Although return flows average about 25 percent, such flows are affected with the type of use (domestic, commercial and irrigation), the type of irrigation application (drip, micro-sprinkler, furrow), and exports from watersheds.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 4.1

*SANTA MARGARITA RIVER WATERSHED*

## SANTA MARGARITA RIVER WATER PRODUCTION BY SUBSTANTIAL USERS

2004-05

| HYDROLOGIC AREA | WATER PURVEYOR PRODUCTION ACRE FEET | OTHER IRRIGATED ACRES | OTHER IRRIGATION PRODUCTION ACRE FEET | TOTAL GROUNDWATER PRODUCTION ACRE FEET | SURFACE WATER DIVERSIONS ACRE FEET | TOTAL PRODUCTION ACRE FEET | ESTIMATED CONSUMPTIVE USE ACRE FEET [1] | ESTIMATED RETURN FLOW ACRE FEET |
|---|---|---|---|---|---|---|---|---|
| Wilson Creek Above Aguanga GWA Includes Anza Valley (Lake Riverside, Anza MWC, Cahuilla) | 288 | 526 [2] | 1,578 | 1,866 | 0 | 1,866 | 1,400 | 466 |
| Temecula Creek Above Aguanga GWA (Butterfield Oaks MHP) | 9 | 160 | 325 | 334 | 134 | 468 | 341 | 127 |
| Aguanga GWA (Outdoor Resorts) (Jojoba Hills) | 254 | 96 | 278 | 532 | 0 | 532 | 399 | 133 |
| Upper Murrieta Creek (Warm Springs Creek above 7S/3W-14) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lower Murrieta Creek (Santa Gertrudis/Tucalota Creek above 7S/2W-18 -- Includes FPUD Diversion from Lake Skinner) | 0 | 410 | 43 | 43 | 1,361 | 1,404 | 951 | 453 |
| Murrieta-Temecula GWA (RCWD, MCWD, EMWD, Pechanga and Hawthorn) | 30,368 | 841 | 1,344 | 31,712 | 52 | 31,764 | 23,819 | 7,945 |
| Santa Margarita River Below the Gorge | | | | | | | | |
| Deluz Creek | 0 | 235 | 581 | 581 | 43 | 624 | 465 | 159 |
| Sandia Creek | 0 | 65 | 0 | 0 | 132 | 132 | 89 | 43 |
| Rainbow Creek | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Santa Margarita River (USMC) | 6,219 | 20 | 16 | 6,235 | 48 | 6,283 | 2,030 | 682 |
| TOTAL | 37,138 | 2,353 | 4,165 | 41,303 | 1,770 [3] | 43,073 | 29,493 | 10,008 |

1/ Estimated consumptive use is equal to 75% of groundwater production plus 75% of surface diversions less 10%
except for Camp Pendleton where export of 3,571 acre feet is excluded and return flows include any measured wastewater returns.
2/ Includes lands overlying deep aquifer in Anza Valley.
3/ Includes surface diversion for irrigation, commercial and domestic use.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Total production of Santa Margarita River water, surface diversions and groundwater production by water purveyors and private irrigators is listed on Table 4.1.

4.3    Water Levels

Water levels in selected wells in the Watershed are measured periodically by various entities.  Historical water levels in five wells at various locations in the Watershed are shown in this report on Figures 4.1, 4.2, 4.3, 4.4 and 4.5.

Figure 4.1 shows water levels in Well No. 8S/2W-12H1 (Windmill Well) located in the Rancho California WD service area downstream from Vail Lake.  Note the extended drawdown from 1945 to 1978, the major recoveries during the wet years in 1980 and 1993, and the effect of relatively dry years after 1980 and after 1993.  Water levels rose 4.3 feet in 2004-05.  It should be noted that the Windmill Well is located in Pauba Valley about 1.5 miles downslope from the Valle de los Caballos (VDC) recharge area, where releases from Vail Lake as well as imported water are recharged.  In water year 2004-05, 16,504 acre feet of imported water were recharged in the VDC of which 69 percent was recovered in the same year.

FIGURE 4.1



**WATER LEVEL ELEVATIONS**
8S/2W-12H1 - RCWD WINDMILL WELL NO. 417

Collar El. 1216.7 Feet; Depth 515 Feet; Drilled in Alluvium
Ref: RCWD reports (1920-2005)

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.2 shows water levels at Camp Pendleton in Well No. 10S/4W-7J1, a monitoring well located in the Upper Sub-basin. Fluctuations in recent years illustrate recharge during the winter months and drawdown each summer, with the water levels generally between 82 and 90 feet in elevation. Water levels in Well 7J1 rose 2.9 feet between June of 2004 and July of 2005 when measurements were made.

FIGURE 4.2

**WATER LEVEL ELEVATIONS**
10S/4W-7J1 - CAMP PENDLETON

Ground El. 93 Feet; Depth 138.8 Feet; Perf. Unknown; Drilled in Alluvium
Camp Pendleton Records (1950-72) (1988-2005); Leeds Hill Study (1973-85) Dates Estimated

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.3 shows water levels from production Well No. 7S/3W-20C9 (Holiday Well) in the Murrieta County Water District service area. Water levels in this well remained unchanged at the end of 2004-05. Water levels in the Lynch Well, 7S/3W-17R2, which serves as a monitoring well and had no production in 2004-05, declined 35 feet.

FIGURE 4.3

WATER LEVEL ELEVATIONS
7S/3W-20C9 - MCWD HOLIDAY WELL

Ground El. 1090 Feet; Depth 307 Feet; Perf. 60 - 307 Feet
Murrieta County Water District Records

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.4 shows water levels for Well No. 7S/3E-21G1, Anza Mutual Water Company's Well No. 1, a production well located in the Anza Valley. Water levels in this well rose 20 feet this year. As may be noted from Figure 4.4, recent measurements show annual 50 foot fluctuations in groundwater levels at this well, partly in response to the operation of nearby irrigation wells. Current levels are within the historical range.

FIGURE 4.4



[1] Static water levels plotted after April 1999
Ground El. 3862.6 Feet; Depth 260 Feet; Perf. 20 - 260 Feet;  Drilled in Alluvium
Anza Mutual Water Co. Well No. 1 (1987-2005); DWR Bulletin 91-22 (1950-73)

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.5 shows water levels at Well No. 8S/2W-29G1, located in Wolf Valley on the Kelsey Tract of the Pechanga Indian Reservation. The well is not used for water production and its depth as measured in 1972 was 159 feet. Water levels collected since 1925 reflect unconfined groundwater levels. As shown on Figure 4.5 the groundwater levels have fluctuated within a 44 foot range above and below elevation 1050 feet in response to wet years and dry periods until recently. In the past few dry years, levels have declined below their usual range. In November 2004, this well went dry. In order to continue to monitor water levels on the Pechanga Indian Reservation, water levels for Well No. 8S/2W-29B9 are also shown on Figure 4.5. Well No. 8S/2W-29B9 is completed in the younger alluvium. As shown on Figure 4.5 water levels for Well No. 8S/2W-29B9 coincide with water levels for the common period of record for Well No. 8S/2W-29G1. Water levels in Well 8S/2W-29B9 declined by 13 feet in 2004-05.

FIGURE 4.5

**WATER LEVEL ELEVATIONS**
PECHANGA INDIAN RESERVATION WELLS

8S/2W-29G1:  Ground El. 1091.1 Feet; Depth 159.1 Feet
8S/2W-29B9:  Ground El. 1075.93 Feet; Depth 113.0 Feet
U.S. Geological Survey Records

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Changes in water levels in the above noted wells between the end of the previous water year and the end of the 2005 water year are shown below:

| Well | Water Elevation 2004 Feet | Water Elevation 2005 Feet | Change in Water Level Feet |
|------|------|------|------|
| RCWD  8S/2W-12H1 | 1122.2 | 1126.5 | Up    4.3 |
| USMC 10S/4W-7J1 | 85.0 | 87.9 * | Up    2.9 |
| MCWD 7S/3W-20C9 | 993.0 | 993.0 ** | No Change |
| Anza MWC 7S/3E-21G1 | 3801.1 | 3821.1 | Up    20.0 |
| Pechanga IR 8S/2W-29B9 | 1007.5 | 994.1 | Down  13.4 |
| Pechanga IR 8S/2W-29G1 | 1006.9 | N/A | Well Dry |

\*    7/30//05
\*\*   11/30/05

## 4.4.  Groundwater Storage

Bulletin 118 Update 2003 prepared by the State of California Department of Water Resources describes three groundwater basins in the Santa Margarita River Watershed: Santa Margarita Valley, Temecula Valley, and Coahuila Valley.  These basins are also known as the Santa Margarita Groundwater Basin, the Murrieta-Temecula Groundwater Basin, and the Anza Groundwater Basin.  Groundwater storage in each of these basins is described in this section.

Santa Margarita Groundwater Basin – The Santa Margarita Groundwater Basin is located along the Santa Margarita River at Camp Pendleton and includes three sub-basins: Upper, Chappo, and Ysidora.  Useable groundwater storage is summarized in Table 4.2.   Table 4.2 shows that the total combined storage for all the sub-basins between the depths of 5 and 100 feet is 48,100 acre feet. However, much of that storage is below sea level.  Thus, the useable capacity is considered to be 28,700 acre feet as shown in Table 4.2.  In 2004-05 useable groundwater storage in place was computed for all three sub-basins to be 28,634 acre feet.  The useable storage in place for the Upper and Chappo sub-basins amounted to 26,204 acre feet in 2003-04.  There was no storage computed for the Ysidora sub-basin in 2003-04, however storage in 2002-03 was 1,086 acre feet.  Thus the total storage in 2003-04 (including the prior year for the Ysidora sub-basin) was 27,290 acre feet.  Thus there was an increase in groundwater storage in place of 1,344 acre feet for the water year as defined.  It may be noted that classification of storage as useable is made without allowances for maintenance of riparian habitat.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 4.2

SANTA MARGARITA RIVER WATERSHED
GROUNDWATER STORAGE AT CAMP PENDLETON
2004-05
Quantities in Acre Feet

| | Sub-basin | | | |
|---|---|---|---|---|
| I.  Available Storage | Upper | Chappo | Ysidora | Total |
| A.  Total Storage [1] AF | 12,500 | 27,000 | 8,600 | 48,100 |
| B.  Useable Storage AF | 12,500 | 15,000 [2] | 1,200 [3] | 28,700 |
| | | | | |
| II. Unused Storage | | | | |
| A.  Wells used for Depth | 10S/4W-7J1 | 10S/4W-18L1 | 11S/5W-11D4 | |
| B.  Depth to Water – Feet [4] | 5.1 | 0 | 5.5 | |
| C.  Depth below 5 Feet | 0.1 | 0 | 0.5 | ----- |
| D.  Average Area  - Acres [5] | 840 | 2,520 | 1,060 | ----- |
| E.  Specific Yield [6] | 0.216 | 0.130 | 0.090 | ----- |
| F.  Unused  Storage  below 5 Feet | 18 | 0 | 48 | ----- |
| | | | | |
| III. Useable Storage in Place – AF [7] | 12,482 | 15,000 | 1,152 | 28,634 |
| IV. Useable Storage in Place 2003-04 [8] | 11,957 | 14,247 | 1,086 | 27,290 |
| V.  Change in Storage 2004-05 | 525 | 753 | 66 | 1,344 |

[1] Computed by USGS (Worts, C. F., Jr. and Boss, R. F., Geology and Ground-Water Resources of Camp Pendleton, CA, July 1954) as the storage between depths of 5 and 100 feet.
[2] Storage between 5 foot depth and sea level.
[3] Storage between 5 foot depth and 10 feet above sea level.
[4] Reported by Camp Pendleton, groundwater depth for 10S/4W-7J1 measured at the end of July 2005.
[5] Average area estimated over depth interval for unused storage.
[6] From Worts and Boss for depth interval of 5 to 50 feet.
[7] Useable storage includes stored water reserved for riparian habitat; however specific amount stored for such purposes not delineated.
[8] Includes storage in Ysidora sub-basin for 2002-03.

Murrieta-Temecula Groundwater Basin – The Murrieta-Temecula Groundwater Basin is located along Murrieta and Temecula Creeks in the Upper Santa Margarita River Watershed.  Total groundwater storage at the end of water year 2001 was computed for each of 22 hydrologic subareas that make up the Groundwater Basin.  These computations were based on the areal extent of each subarea, the thickness of each of three aquifers, (younger alluvium, Pauba aquifer and Temecula aquifer), a specific yield for each aquifer, and the depth to water in each aquifer at the end of the water year.  Specific yields were based on unconfined conditions for all aquifers.  The total groundwater storage in the uppermost 500 feet as of September 30, 2001, was estimated at 1,340,556 acre feet.

Annual changes in groundwater storage have been computed for the years since 2001 using two methodologies – a water budget method and a groundwater level method.  The water budget method determines the change in storage as the difference between the major elements of inflow and outflow to the groundwater area.  Table 4.3 shows the changes for water years 2002, 2003, and 2004, to be minus 7,696 acre feet, minus 4,595 acre feet, and minus 7,205 acre feet respectively, and for water year 2005 to be an increase of 28,998 acre feet.

The groundwater level method is based on the changes in water levels in key wells in the hydrologic sub-areas as shown on Table 4.4.  Unfortunately water levels were not available in 2005 for key wells in Subareas 5, 13, 16 and 17.  Well 402, the key well in sub-area 5, has not been measured in many years, thus sub-area 5 has been excluded from the computation in recent years.  Apparently, roots have prevented measurement of water levels in Well 414, the key well in sub-area 13 in 2004 and 2005.  Sub-areas 16 and 17 overlie the Temecula aquifer that has a storativity of 0.0036 so water level changes in those subareas produce relatively minor storage changes compared to a similar change in the younger alluvium or Pauba aquifers.  Changes in storage under the groundwater level method are shown to be minus 4,824 acre feet, minus 7,778 acre feet, and minus 2,287 acre feet for water years 2002, 2003 and 2004 respectively, and an increase of 597 acre feet for water year 2005.

The foregoing two methods are based on independent measurements and estimates, although the resulting approximations of the change of storage are generally comparable except in 2005, a very wet year.  It will take testing over a number of years under varying hydrologic conditions to refine these approaches.  At present it may be concluded that the general order of magnitude of the annual change in storage in water years 2002, 2003, and 2004 may be in the approximate range of minus 4,000 to minus 8,000 acre feet per year, and that there was probably an increase in storage in 2005.  The positive change in useable groundwater storage in 2005 was related to the wet hydrologic conditions.

These values will be compared with those computed with the groundwater model when the model is updated.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 4.3

*SANTA MARGARITA RIVER WATERSHED*
**CHANGES IN GROUNDWATER STORAGE**
MURRIETA-TEMECULA GROUNDWATER AREA
Water Budget Method
Quantities in Acre Feet

| Elements of Inflow | Water Year Ending | | | |
|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 |
| Releases from Vail [1] | (314) | (658) | (109) R | (1,269) |
| Releases from Lake Skinner [2] | 146 | 67 | 153 | 2,710 |
| Freshwater Releases to Stream [3] | 715 | 4,896 | 3,146 | 3,384 |
| Reclaimed Water Released to Stream [4] | 2,180 | 104 | 0 | 0 |
| Recharged Imported Water [5] | 16,265 | 15,694 | 16,088 | 16,504 |
| Return Flow from RCWD Groundwater Production [6] | 9,132 | 8,782 | 8,360 | 8,958 |
| Return Flow from Import Direct Use [7] | 3,607 | 3,745 | 5,149 | 3,422 |
| Return Flow from Applied Wastewater [8] | 2,153 | 1,684 | 1,490 | 1,598 |
| Underflow and Tributary Inflow [9] | 4,932 | 24,874 | 5,727 | 122,596 |
| Subtotal | 38,816 | 59,188 | 40,004 | 157,903 |
| **Elements of Outflow** | | | | |
| Riparian Evapotranspiration and Underflow [10] | 508 | 508 | 508 | 508 |
| Total RCWD Groundwater Production [11] | 39,706 | 38,184 | 36,347 | 38,948 |
| Net Pumping by Others [12] | 2,948 | 3,160 | 3,139 | 3,119 |
| Surface Outflow [13] | 3,350 | 21,931 | 7,215 | 86,330 |
| Subtotal | 46,512 | 63,783 | 47,209 | 128,905 |
| **Change in Groundwater Storage** | (7,696) | (4,595) | (7,205) | 28,998 |

R - Revision
1 - Table A-7, Vail Release and Recharge
2 - Section 5.4
3 - Table A-7, SMR Release
4 - Table A-7, Reclaimed Wastewater, Murrieta Creek Discharge (ceased October 18, 2002)
5 - Table A-7, Footnote 2
6 - Table 7.8, Total Production times 0.23
7 - Rancho Division Imports, Section 7.2 RCWD, Imported Return Flows, times 0.23
8 - Reclaimed Wastewater Table A-7, Reuse in SMRW plus Table A-1, Reuse in SMRW, times 0.23
9 - Murrieta Creek Flow times 1.6697 which is based on a correlation between Murrieta Creek flow
     and Tributary Inflow, Areal Recharge and Subsurface Inflow for the period 1977-1998 as shown in
     Table II-10, Vol. II, Geology and Hydrology, Surface and Ground Water Model of the
     Murrieta-Temecula Ground Water Basin, California, dated January 31, 2003.
10 - Table II-10, Vol. II, Geology and Hydrology, Surface and Ground Water Model of the
     Murrieta-Temecula Ground Water Basin, California, dated January 31, 2003.
11 - Table 7.8 Total Production
12 - The sum of Groundwater Production from Table A-1, A-5, Appendix C Murrieta-Temecula
     Groundwater Area, times .77
13 - Table 3.2 Santa Margarita near Temecula

TABLE 4.4

SANTA MARGARITA RIVER WATERSHED
CHANGES IN USEABLE GROUNDWATER STORAGE
MURRIETA-TEMECULA GROUNDWATER AREA
Groundwater Level Method

| Sub-area | Key Aquifer | Specific Yield/ Storativity | Key Well | Aquifer Area Acres | Water Depth at End of Water Year (Feet) | | | | | Change in Depth (Feet) | | | | Change in Storage in Water Year (Acre Feet) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2001 | 2002 | 2003 | 2004 | 2005 | 2001-2002 | 2002-2003 | 2003-2004 | 2004-2005 | 2002 | 2003 | 2004 | 2005 |
| 1 | Temecula | 0.0036 | 301 | 1371 | 141.36 | 131.68 | 182.82 | 128.08 | 122.82 | 9.68 | (51.14) | 54.74 | 5.26 | 48 | (252) | 270 | 26 |
| 2 | Pauba | 0.0398 | 439 | 479 | 36.12 | 40.97 | 35.92 | 37.98 | 25.74 | (4.85) | 5.05 | (2.06) | 12.24 | (92) | 96 | (39) | 233 |
| 3 | Pauba | 0.0309 | 146 | 802 | 29.02 | 33.95 | 28.51 | 31.92 | 24.23 | (4.93) | 5.44 | (3.41) | 7.69 | (122) | 135 | (85) | 191 |
| 4 | Pauba | 0.0350 | 401 [1] | 694 | 40.61 | 77.35 | 97.21 | 80.03 | 69.93 | (36.74) | (19.86) | 17.18 | 10.10 | (892) | (482) | 417 | 245 |
| 5 | Pauba | 0.0319 | 402 [1] | 1322 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | Pauba | 0.0698 | 495 | 1562 | 65.47 | 73.07 | 77.00 | 86.60 | 89.10 | (7.60) | (3.93) | (9.60) | (2.50) | (829) | (428) | (1,047) | (273) |
| 7 | Temecula | 0.0012 | 211 [4] | 719 | 163.98 | 166.12 | 145.89 | 144.38 | 134.38 | (2.14) | 20.23 | 1.51 | 10.00 | (2) | 17 | 1 | 9 |
| 8 | Qyal | 0.20 | 492 [5] | 339 | 30.60 | 30.48 | 28.32 | 30.27 | 27.56 | 0.12 | 2.16 | (1.95) | 2.71 | 8 | 146 | (132) | 184 |
| | Pauba | 0.0891 | 492 [5] | 496 | 30.60 | 30.48 | 28.32 | 30.27 | 27.56 | 0.12 | 2.16 | (1.95) | 2.71 | 5 | 95 | (86) | 120 |
| 9 | Temecula | 0.0036 | 410 | 2066 | 307.75 | 286.85 | 289.46 | 282.57 | 324.13 | 20.90 | (2.61) | 6.89 | (41.56) | 155 | (19) | 51 | (309) |
| 10 | Qyal | 0.20 | 426 | 1438 | 42.42 | 44.95 | 41.46 | 41.45 | 38.96 | (2.53) | 3.49 | 0.01 | 2.49 | (728) | 1,004 | 3 | 716 |
| | Pauba | 0.0746 | 426 | 1165 | 42.42 | 44.95 | 41.46 | 41.45 | 38.96 | (2.53) | 3.49 | 0.01 | 2.49 | (220) | 303 | 1 | 216 |
| 11 | Qyal | 0.20 | 422 | 1405 | 57.74 | 53.55 | 57.86 | 59.01 | 60.32 | 4.19 | (4.31) | (1.15) | (1.31) | 1,177 | (1,211) | (323) | (368) |
| | Pauba | 0.0634 | 422 | 1413 | 57.74 | 53.55 | 57.86 | 59.01 | 60.32 | 4.19 | (4.31) | (1.15) | (1.31) | 375 | (386) | (103) | (117) |
| 12 | Qyal | 0.20 | 417 | 1769 | 77.00 | 89.33 | 93.17 | 94.52 | 90.22 | (12.33) | (3.84) | (1.35) | 4.30 | (4,362) | (1,359) | (478) | 1,521 |
| | Pauba | 0.0422 | 417 | 752 | 77.00 | 89.33 | 93.17 | 94.52 | 90.22 | (12.33) | (3.84) | (1.35) | 4.30 | (391) | (122) | (43) | 136 |
| 13 | Qyal | 0.20 | 414 [2] | 898 | 62.07 | 60.71 | 58.60 | --- | --- | 1.36 | 2.11 | --- | --- | 244 | 379 | --- | --- |
| | Pauba | 0.0198 | 414 [2] | 398 | 62.07 | 60.71 | 58.60 | --- | --- | 1.36 | 2.11 | --- | --- | 11 | 17 | --- | --- |
| 14 | Temecula | 0.0036 | 462 | 2084 | 390.62 | 400.18 | 423.76 | 430.42 | 427.18 | (9.56) | (23.58) | (6.66) | 3.24 | (72) | (177) | (50) | 24 |
| 15 | Temecula | 0.0036 | 464 | 1347 | 313.31 | 314.88 | 315.33 | 317.75 | 319.97 | (1.57) | (0.45) | (2.42) | (2.22) | (8) | (2) | (12) | (11) |
| 16 | Temecula | 0.0036 | 209 [3] | 1967 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17 | Temecula | 0.0036 | 139 [3] | 2008 | 451.31 | 451.40 | --- | 452.62 | --- | (0.09) | --- | --- | --- | (1) | --- | --- | --- |
| 18 | Pauba | 0.0967 | 129 [4] | 1546 | 198.02 | 197.33 | 199.00 | 200.39 | 204.12 | 0.69 | (1.67) | (1.39) | (3.73) | 103 | (250) | (208) | (558) |
| 19 | Temecula | 0.0036 | 466 | 1562 | 309.75 | 277.24 | 321.37 | 322.61 | 323.07 | 32.51 | (44.13) | (1.24) | (0.46) | 183 | (248) | (7) | (3) |
| 20 | Pauba | 0.0738 | 493 | 3231 | 258.24 | 254.00 | 275.35 | 275.21 | 280.13 | 4.24 | (21.35) | 0.14 | (4.92) | 1,011 | (5,091) | 33 | (1,173) |
| 21 | Pauba | 0.1392 | 463 | 2303 | 55.37 | 56.70 | 56.42 | 57.83 | 54.92 | (1.33) | 0.28 | (1.41) | 2.91 | (426) | 90 | (452) | 933 |
| MCWD | Pauba | 0.0325 | Lynch | 1008 | 44.00 | 44.00 | 45.00 | 45.00 | 80.00 | 0.00 | (1.00) | 0.00 | (35.00) | 0 | (33) | 0 | (1,147) |
| TOTAL | | | | | | | | | | | | | | (4,824) | (7,778) | (2,287) | 597 |

1 - Well 402 not measured -sub-area excluded
2 - For 2002 used reading on June 30, 2002; for 2003 used reading on January 2003; excluded for 2004 and 2005
3 - For 1999 used reading of September 1999; for 2003 used reading on April 7, 2002; sub area excluded in 2003 and 2005
4 - For 2003 used reading of July 21, 2003; for 2004 used reading on August 29, 2004
5 - For 2005 used reading of August 28, 2005

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Anza Groundwater Basin – The Anza Groundwater Basin is located along Cahuilla Creek in the upper portion of the Santa Margarita River Watershed.

The most recent study that determined storage volumes was conducted by Riverside County in 1990. That study concluded that the groundwater storage of about 182,200 acre feet in 1950 had decreased to about 165,000 acre feet in 1986. The study also concluded that ". . . basin hydrogeologic features, production facilities conditions, and locations/depths of storage . . ." limited the useable portion to 40% of the groundwater storage or about 56,200 acre feet in 1986.

During 2004-05 a series of water level measurements were made by the USGS in Anza Valley under contract with the Bureau of Indian Affairs.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 5 - IMPORTS/EXPORTS

5.1   General

Court Orders require the Watermaster to determine the quantities of imported water used in the Watershed. Most of the water imported into the Santa Margarita River Watershed is delivered by Metropolitan Water District of Southern California (MWD) to local districts. MWD obtains its water from the State Water Project (SWP) and the Colorado River. Both the SWP and the Colorado River system have major storage reservoirs to provide long-term carryover storage. The quantities of water in storage at the end of the water year in the major reservoirs in each system are indicated on Table 5.1. Total storage in the SWP for the last ten years is shown graphically on Figure 5.1. Similarly, total storage for the Colorado River Reservoirs for the last ten years is shown on Figure 5.2. It may be seen from Table 5.1 that during Water Year 2004-05 water in storage in the SWP increased from 2.91 million acre feet on September 30, 2004 to 4.42 million acre feet on September 30, 2005. Storage on September 30, 2005 corresponds to about 83 percent of the total SWP storage capacity.

Water in storage in the Colorado River system increased 5.1 million acre feet from the prior year to 34.6 million acre feet on September 30, 2005. On September 30, 2005 those reservoirs contained 54 percent of their total combined capacity.

The State Department of Water Resources prepares projections of water availability in the SWP for the coming year (2006) on a monthly basis from February through May. The report dated May 1, 2006, indicates that statewide precipitation October 1 through April 30 was 140 percent of average. As of April 18, 2006, the SWP allocation for 2006 will meet 100 percent of contractors' requests.

The following entities imported water directly or indirectly from MWD into the Santa Margarita River Watershed:

> Eastern Municipal Water District
> Elsinore Valley Municipal Water District
> Fallbrook Public Utility District
> Murrieta County Water District
> Rainbow Municipal Water District
> Rancho California Water District
> U. S. Naval Weapons Station – Fallbrook Annex
> Western Municipal Water District

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 5.1

*SANTA MARGARITA RIVER WATERSHED*
**STORAGE IN STATE WATER PROJECT
AND COLORADO RIVER RESERVOIRS**
Thousands of Acre Feet /1

### STATE WATER PROJECT RESERVOIRS

| Reservoir | Total Capacity | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oroville | 3,540 | 2,736 | 2,140 | 2,832 | 2,427 | 1,920 | 1,488 | 1,400 | 2,284 | 1,753 | 2,877 |
| San Luis (State Share) | 1,060 | 740 | 462 | 900 | 592 | 388 | 516 | 394 | 653 | 514 | 925 |
| Pyramid | 171 | 158 | 163 | 161 | 155 | 164 | 162 | 165 | 165 | 161 | 160 |
| Castaic | 324 | 284 | 237 | 306 | 288 | 285 | 287 | 310 | 314 | 298 | 306 |
| Silverwood | 73 | 40 | 73 | 71 | 72 | 70 | 72 | 72 | 70 | 72 | 72 |
| Perris | 132 | 126 | 105 | 124 | 125 | 110 | 122 | 115 | 114 | 116 | 82 |
| Total | 5,300 | 4,084 | 3,180 | 4,394 | 3,659 | 2,937 | 2,647 | 2,456 | 3,600 | 2,914 | 4,422 |
| Percent of Capacity | | 77% | 60% | 83% | 69% | 55% | 50% | 46% | 68% | 55% | 83% |

### MAJOR COLORADO RIVER RESERVOIRS

| Reservoir | Total Capacity | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Flaming Gorge | 3,789 | 3,364 | 3,599 | 3,580 | 3,425 | 3,010 | 2,982 | 2,675 | 2,635 | 2,679 | 3,177 |
| Blue Mesa | 941 | 686 | 761 | 624 | 740 | 560 | 597 | 275 | 387 | 507 | 588 |
| Navajo | 1,709 | 1,203 | 1,543 | 1,380 | 1,558 | 1,357 | 1,409 | 872 | 729 | 935 | 1,516 |
| Powell | 27,000 | 21,155 | 22,802 | 22,404 | 22,997 | 20,939 | 19,135 | 14,468 | 12,109 | 9,170 | 11,939 |
| Mead | 28,537 | 21,614 | 23,769 | 25,126 | 24,592 | 22,444 | 19,873 | 17,093 | 15,618 | 13,937 | 15,219 |
| Mohave | 1,818 | 1,578 | 1,674 | 1,729 | 1,515 | 1,523 | 1,610 | 1,577 | 1,643 | 1,605 | 1,573 |
| Havasu | 648 | 597 | 580 | 565 | 584 | 566 | 567 | 565 | 562 | 589 | 554 |
| Total | 64,442 | 50,197 | 54,728 | 55,408 | 55,411 | 50,399 | 46,173 | 37,525 | 33,683 | 29,422 | 34,566 |
| Percent of Capacity | | 78% | 85% | 86% | 86% | 78% | 72% | 58% | 52% | 46% | 54% |

1/ Storage reported for end of water year on September 30

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

FIGURE 5.1



FIGURE 5.2



In addition to net deliveries through member agencies, MWD, pursuant to a Court Order, delivered 556 acre feet of water for irrigation of lands in Domenigoni Valley within the Santa Margarita Watershed during 2004-05.

Water is also imported into the Santa Margarita River Watershed from adjacent watersheds. Such importation occurs from the Santa Ana Watershed where Elsinore Valley MWD delivers water to a portion of its service area that is inside the Santa Margarita River Watershed. Elsinore Valley MWD obtains its supply from imports or from wells outside the Santa Margarita River Watershed.

At Camp Pendleton, there is a pipeline connection to wells located in the Las Flores Creek Watershed to the north of the Santa Margarita River Watershed. Water can be either imported or exported through that line, depending on relative water demands and pumping capacities.

Exportations from the Santa Margarita River Watershed include water pumped at Camp Pendleton that is used in the San Luis Rey River Watershed to the south or in the Las Flores Creek Watershed to the north. Some of the water exported at Camp Pendleton is returned to the Watershed as wastewater; however, in 2004-05 all wastewater from Camp Pendleton was exported to the Oceanside Outfall on a temporary basis. Wastewater from the Fallbrook area and the Naval Weapons Station located on Camp Pendleton is exported by the Fallbrook Public Utility District and wastewater in the Elsinore Valley MWD is exported by that district. Rancho California WD exports water into the San Mateo Creek Watershed.

Eastern MWD uses a 24-inch pipeline along Winchester Road to transport wastewater from the Temecula Valley Regional Water Reclamation Facility to areas within the Watershed for reuse as well as for export of up to 10 MGD from the Watershed. A total of 11,676 acre feet of treated wastewater were exported by Eastern MWD in 2004-05.

The following paragraphs of this report describe imports and exports during Water Year 2004-05 and during the period 1966-2005. There is also discussion of MWD's Lake Skinner and Diamond Valley Lake operations.

5.2    Water Year 2004-05

During 2004-05 a total of 89,589 acre feet of water were imported and distributed in the Santa Margarita River Watershed. This compares with 94,528 acre feet in 2003-04 and represents a 5.22 percent decrease. Water quantities imported into and exported from the Santa Margarita River Watershed for months during Water Year 2004-05 are listed on Table 5.2

TABLE 5.2

## SANTA MARGARITA RIVER WATERSHED
## IMPORTS/EXPORTS
2004-05

Quantities in Acre Feet

| YEAR MONTH | NET IMPORTS | | | | | | | | | | EXPORTS | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | ------ CAMP PENDLETON ------ | | | | | | | |
| | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD | MWD 1/ | MURRIETA COUNTY WD | RAINBOW MWD | RANCHO CAL WD | U.S. NAVAL WS | WESTERN MWD 2/ | TOTAL IMPORTS | EXPORTS 3/ | RECLAIMED WASTEWATER IMPORT RECHARGED | NET EXPORT | U.S. NAVAL WS | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD | TOTAL EXPORT |
| **2004** | | | | | | | | | | | | | | | | | | |
| OCT | 1,463 | 851 | 783 | 55 | 1 | 230 | 4,412 | 4 | 4 | 7,803 | 398 | 0 | 398 | 0.9 | 776 | 60 | 147 | 1,387 |
| NOV | 1,027 | 369 | 359 | 9 | 6 | 91 | 1,515 | 1 | 4 | 3,381 | 239 | 0 | 239 | 0.9 | 899 | 72 | 136 | 1,347 |
| DEC | 1,257 | 450 | 415 | 0 | 0 | 57 | 2,240 | 2 | 4 | 4,425 | 254 | 0 | 254 | 1.1 | 1,007 | 63 | 148 | 1,470 |
| **2005** | | | | | | | | | | | | | | | | | | |
| JAN | 743 | 429 | 251 | 15 | 0 | 69 | 806 | 0 | 3 | 2,316 | 259 | 0 | 259 | 2.0 | 1,287 | 75 | 224 | 1,842 |
| FEB | 386 | 346 | 226 | 10 | 0 | 84 | 1,367 | 3 | 2 | 2,424 | 269 | 0 | 269 | 4.3 | 1,106 | 69 | 177 | 1,622 |
| MAR | 946 | 316 | 295 | 4 | 0 | 46 | 1,300 | 3 | 4 | 2,914 | 272 | 0 | 272 | 3.6 | 1,214 | 70 | 177 | 1,732 |
| APR | 1,974 | 499 | 739 | 1 | 0 | 87 | 2,808 | 3 | 6 | 6,117 | 361 | 0 | 361 | 1.0 | 1,063 | 73 | 136 | 1,634 |
| MAY | 2,107 | 808 | 1,844 | 10 | 1 | 105 | 4,067 | 4 | 6 | 8,952 | 400 | 0 | 400 | 0.4 | 1,050 | 99 | 140 | 1,689 |
| JUNE | 2,752 | 873 | 1,046 | 148 | 1 | 150 | 5,403 | 7 | 7 | 10,384 | 495 | 0 | 495 | 0.5 | 803 | 93 | 125 | 1,519 |
| JULY | 3,312 | 1,002 | 1,284 | 109 | 12 | 195 | 7,729 | 5 | 8 | 13,656 | 575 | 0 | 575 | 0.5 | 835 | 77 | 124 | 1,615 |
| AUG | 3,467 | 1,284 | 1,342 | 125 | 16 | 244 | 7,484 | 5 | 7 | 13,974 | 590 | 0 | 590 | 0.6 | 835 | 94 | 130 | 1,650 |
| SEPT | 2,724 | 988 | 1,118 | 70 | 38 | 252 | 8,040 | 6 | 7 | 13,243 | 513 | 0 | 513 | 0.6 | 801 | 82 | 118 | 1,514 |
| TOTAL | 22,158 | 8,215 | 9,702 | 556 | 75 | 1,610 | 47,171 | 40 | 62 | 89,589 | 4,625 | 0 | 4,625 | 16 | 11,676 | 927 | 1,782 | 19,026 |

1/ Metropolitan Water District direct deliveries in Domenigoni Valley
2/ Improvement District A - Rainbow Canyon Only (WR-13)
3/ Includes total export of first time use of 3,571 acre feet plus 1,054 acre feet of wastewater from in-basin use that was exported to Oceanside Outfall as shown on Table A-9

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The quality of the water supplies imported through the MWD system in 2004-05 is indicated by the average monthly total dissolved solids at the Skinner Treatment Plant effluent line as shown on Table 5.3. The table also shows the percent of imported water obtained from the SWP. Water imported by Elsinore Valley MWD has the same quality as the MWD system.

5.3    Water Years 1966-2005

Water quantities imported by districts into the Santa Margarita River Watershed during Water Years 1966-2005 are shown on Table 5.4. Total imports to these districts are measured; however some districts serve lands outside the Watershed. For these districts, which include Eastern MWD, Elsinore Valley MWD, Fallbrook PUD and Rainbow MWD, the portion delivered in the Santa Margarita River Watershed must be estimated.

Review of the historical trend of total imports shown on Table 5.4 indicates significant year-to-year variations with relatively low imports in wet years and higher imports in dry years, combined with an underlying growth rate to serve increasing municipal water demands in the Murrieta-Temecula area.

Exports over the 1966-2005 period are also shown on Table 5.4. These include estimated water exports on Camp Pendleton less estimated wastewater returns, as well as an estimate of exports by the Fallbrook Public Utility District and the Naval Weapons Station after 1983, and Elsinore Valley MWD after 1986. Exports by Eastern MWD were initiated in 1992-1993 and Rancho California WD began exporting water in 2002-03. Exports do not include water that naturally flows from the Santa Margarita River into the Pacific Ocean.

5.4    Lake Skinner

Lake Skinner is a 44,000 acre foot reservoir constructed by MWD on Tucalota Creek, within the Santa Margarita River Watershed. The purpose of Lake Skinner is to provide regulatory and emergency storage capacity for water imported to southern California. MWD does not have a water right to store or divert water in Lake Skinner. Accordingly, a Memorandum of Understanding and Agreement on Operation of Lake Skinner (MOU), dated November 12, 1974, approved by the Court on January 16, 1975, contains provisions to protect Santa Margarita River Watershed water users from potential effects of Lake Skinner on either subsurface or surface flows.

Protection against a decrease in subsurface flows caused by the dam is afforded by a provision in the MOU that requires that MWD release water from Lake Skinner into Tucalota Creek if groundwater levels in Well AV-28B fall below an elevation of 1356.64 feet. At the end of September 30, 2005, the well level was 1362.77 feet.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 5.3

## SANTA MARGARITA RIVER WATERSHED
## TOTAL DISSOLVED SOLIDS
## CONCENTRATION OF IMPORTED WATER

| YEAR MONTH | TOTAL DISSOLVED SOLIDS MG/L /1 | | PERCENT STATE PROJECT WATER | |
|---|---|---|---|---|
| | 2003-04 | 2004-05 | 2003-04 | 2004-05 |
| OCT | 482 | 477 | 31 | 38 |
| NOV | 540 | 487 | 22 | 38 |
| DEC | 563 | 531 | 19 | 32 |
| JAN | 574 | 490 | 18 | 42 |
| FEB | 498 | 386 | 40 | 69 |
| MAR | 466 | 406 | 45 | 60 |
| APR | 473 | 448 | 41 | 48 |
| MAY | 480 | 511 | 38 | 38 |
| JUNE | 491 | 539 | 38 | 31 |
| JULY | 482 | 539 | 37 | 29 |
| AUG | 480 | 539 | 38 | 33 |
| SEPT | 466 | 511 | 38 | 42 |

1/ As measured in the Skinner Treatment Plant Effluent line.

* - Skinner Plant treated a blend of Lake Perris
    and Diamond Valley Lake waters

TABLE 5.4

## SANTA MARGARITA RIVER WATERSHED
## IMPORTS/EXPORTS
### Quantities in Acre Feet

| | IMPORTS | | | | | | | | | | EXPORTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | CAMP PENDLETON | | | | | | | |
| YEAR | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD [1] | MWD [2] | MURRIETA COUNTY WD | RAINBOW MWD | RANCHO CAL WD [3] | U.S. NAVAL WS | WESTERN MWD [4] | TOTAL IMPORTS | EXPORTS | WASTEWATER RETURNS | NET EXPORT | U.S. NAVAL WS | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD | TOTAL EXPORTS |
| 1966 | 1,604 | N/R | 3,351 | 0 | 0 | 1,308 | 0 | 0 | 24 | 6,287 | 3,251 | 974 | 2,277 | 0 | 0 | 0 | 0 | 2,277 |
| 1967 | 1,630 | N/R | 2,852 | 0 | 0 | 1,095 | 0 | 0 | 20 | 5,597 | 3,180 | 1,243 | 1,937 | 0 | 0 | 0 | 0 | 1,937 |
| 1968 | 1,464 | N/R | 3,423 | 0 | 0 | 1,377 | 0 | 0 | 27 | 6,291 | 3,368 | 1,214 | 2,154 | 0 | 0 | 0 | 0 | 2,154 |
| 1969 | 1,741 | N/R | 2,837 | 0 | 0 | 1,253 | 0 | 0 E | 25 | 5,856 | 3,276 | 1,170 | 2,106 | 0 | 0 | 0 | 0 | 2,106 |
| 1970 | 1,417 | N/R | 3,538 | 0 | 0 | 1,689 | 0 | 0 E | 31 | 6,675 | 3,809 | 1,113 | 2,696 | 0 | 0 | 0 | 0 | 2,696 |
| 1971 | 1,383 | N/R | 3,405 | 0 | 0 | 1,850 | 0 | 76 E | 34 | 6,548 | 3,527 | 1,090 | 2,437 | 0 | 0 | 0 | 0 | 2,437 |
| 1972 | 1,470 | N/R | 3,916 | 0 | 0 | 2,037 | 0 | 115 E | 34 | 7,572 | 3,543 | 1,168 | 2,375 | 0 | 0 | 0 | 0 | 2,375 |
| 1973 | 1,533 | N/R | 3,210 | 0 | 0 | 1,616 | 0 | 115 E | 30 | 6,504 | 3,544 | 1,187 | 2,357 | 0 | 0 | 0 | 0 | 2,357 |
| 1974 | 1,601 | N/R | 3,967 | 0 | 0 | 2,049 | 0 | 115 E | 36 | 7,768 | 3,532 | 1,140 | 2,392 | 0 | 0 | 0 | 0 | 2,392 |
| 1975 | 1,969 | N/R | 3,597 | 0 | 0 | 1,247 | 0 | 115 E | 34 | 6,962 | 3,098 | 1,530 | 1,568 | 0 | 0 | 0 | 0 | 1,568 |
| 1976 | 2,493 | N/R | 4,627 | 0 | 0 | 2,239 | 119 | 115 E | 35 | 9,628 | 3,619 | 1,497 | 2,122 | 0 | 0 | 0 | 0 | 2,122 |
| 1977 | 2,947 | N/R | 5,212 | 0 | 0 | 2,343 | 1,845 | 115 E | 24 | 12,486 | 3,194 | 1,416 | 1,778 | 0 | 0 | 0 | 0 | 1,778 |
| 1978 | 2,551 | 569 | 5,202 | 0 | 0 | 2,188 | 5,774 | 115 E | 26 | 16,425 | 3,071 | 1,283 | 1,788 | 0 | 0 | 0 | 0 | 1,788 |
| 1979 | 1,894 | 712 | 5,723 | 0 | 0 | 2,348 | 7,009 | 115 E | 23 | 17,824 | 4,756 | 1,427 | 3,329 | 0 | 0 | 0 | 0 | 3,329 |
| 1980 | 1,192 | 696 | 6,404 | 0 | 0 | 2,489 | 10,126 | 115 E | 25 | 21,047 | 3,651 | 1,405 | 2,246 | 0 | 0 | 0 | 0 | 2,246 |
| 1981 | 716 | 798 | 8,543 | 0 | 0 | 3,153 | 15,282 | 115 E | 34 | 28,642 | 3,892 | 1,249 | 2,643 | 0 | 0 | 0 | 0 | 2,643 |
| 1982 | 1,112 | 678 | 7,079 | 0 | 0 | 2,460 | 13,378 | 115 E | 34 | 24,856 | 3,761 | 1,273 | 2,488 | 0 | 0 | 0 | 0 | 2,488 |
| 1983 | 1,211 | 658 | 6,720 | 0 | 0 | 2,190 | 5,752 | 115 E | 26 | 16,672 | 3,000 | 1,242 | 1,758 | 26 E | 0 | 0 | 1,003 | 2,787 |
| 1984 | 699 | 816 | 8,506 | 0 | 0 | 3,068 | 6,716 | 115 E | 26 | 19,946 | 3,243 | 1,120 | 2,123 | 26 E | 0 | 0 | 1,032 | 3,181 |
| 1985 | 679 | 808 | 7,831 | 0 | 0 | 3,410 | 7,158 | 102 | 27 | 20,015 | 3,377 | 1,200 | 2,177 | 26 E | 0 | 0 | 1,060 | 3,263 |
| 1986 | 760 | 882 | 8,585 | 0 | 0 | 2,945 | 11,174 | 94 | 34 | 24,474 | 3,326 | 981 | 2,345 | 16 P | 0 | 0 | 1,096 | 3,457 |
| 1987 | 1,155 | 938 | 8,656 | 0 | 0 | 3,390 | 7,564 | 116 | 36 | 21,855 | 3,444 | 1,799 | 1,645 | 26 | 0 | 4 | 1,129 | 2,805 |
| 1988 | 2,047 | 1,032 | 8,033 | 0 | 0 | 2,985 | 17,854 | 120 | 36 | 32,108 | 3,457 | 1,872 | 1,585 | 26 | 0 | 55 | 1,154 | 2,820 |
| 1989 | 3,746 | 1,341 | 9,066 | 0 | 0 | 3,003 | 22,895 | 128 | 23 | 40,202 | 3,418 | 1,446 | 1,972 | 23 | 0 | 74 | 1,181 | 3,250 |
| 1990 | 5,601 | 2,255 | 10,103 | 0 | 0 | 3,818 | 22,030 | 145 | 22 | 43,974 | 2,971 | 1,451 | 1,520 | 27 | 0 | 114 | 1,271 | 2,932 |
| 1991 | 9,479 | 2,421 | 7,962 | 0 | 0 | 2,904 | 21,238 | 109 | 21 | 44,134 | 2,168 | 1,219 | 949 | 13 | 0 | 134 | 960 | 2,056 |
| 1992 | 8,583 | 2,190 | 7,893 | 0 | 0 | 2,277 | 16,931 | 99 | 25 | 38,000 | 2,426 | 1,548 | 878 | 7 | 0 | 140 | 1,083 | 2,108 |
| 1993 | 7,150 | 3,183 | 7,250 | 0 | 0 | 1,651 | 16,386 | 117 | 31 | 35,768 | 2,702 | 1,501 | 1,201 | 5 | 705 | 150 | 1,255 | 2,529 |
| 1994 | 4,625 | 3,221 | 6,538 | 0 | 0 | 1,661 | 15,108 | 125 | 29 | 31,750 | 2,781 | 1,611 | 1,170 | 10 | 3,159 | 170 | 1,068 | 5,603 |
| 1995 | 4,960 | 3,117 | 7,993 | 547 | 0 | 1,815 | 23,600 | 100 | 35 | 43,689 | 3,577 | 1,493 | 2,084 | 5 | 3,908 | 185 | 1,153 | 6,428 |
| 1996 | 4,181 | 4,181 | 7,894 | 1,005 | 0 | 1,429 | 26,992 | 109 | 30 | 42,935 | 3,689 | 2,084 | 1,605 | 5 | 2,993 | 213 | 1,035 | 6,330 |
| 1997 | 3,284 | 4,283 | 7,430 | 3,521 | 0 | 1,601 | 19,584 | 97 | 31 | 47,542 | 3,643 | 1,932 | 1,711 | 5 | 3,201 | 226 | 1,021 | 6,165 |
| 1998 | 5,117 | 5,100 | 7,430 | 5,023 | 0 | 1,601 | 34,490 | 111 | 41 | 58,913 | 3,742 | 2,073 | 1,669 | 8 | 4,513 | 247 | 1,482 | 7,919 |
| 1999 | 4,327 | 6,134 | 7,430 | 3,781 | 0 | 1,727 | 34,490 | 111 | 41 | 58,041 | 3,558 | 2,130 | 1,428 | 8 | 4,133 | 254 | 1,377 | 7,197 |
| 2000 | 7,256 | 7,172 | 9,365 | 712 | 0 | 2,217 | 55,409 | 104 | 42 | 82,277 | 4,072 | 2,115 | 1,957 | 7 | 3,649 | 279 | 1,634 | 7,526 |
| 2001 | 5,948 | 6,592 | 8,398 | 689 | 0 | 1,804 | 41,823 | 73 | 59 | 65,386 | 3,653 | 2,075 | 1,578 | 9 | 4,457 | 310 | 1,643 | 7,996 |
| 2002 | 8,117 | 7,596 | 9,580 | 595 | 0 | 1,876 | 53,748 | 97 | 64 | 81,673 | 3,701 | 1,950 | 1,751 | 8 | 5,325 | 412 | 1,495 | 8,992 |
| 2003 | 9,062 | 7,091 | 9,130 | 495 | 102 | 1,510 | 50,680 | 88 | 42 | 78,200 | 3,767 | 1,688 | 2,079 | 9 | 7,636 | 483 | 1,706 | 11,914 |
| 2004 | 9,138 | 8,438 | 11,749 | 766 | 330 | 1,886 | 62,096 | 73 | 50 | 94,528 | 4,951 [5][R] | 0 R | 4,951 | 10 | 9,115 | 600 | 1,620 | 16,294 R |
| 2005 | 22,158 | 8,215 | 9,702 | 556 | 75 | 1,610 | 47,171 | 40 | 62 | 89,589 | 4,625 [5] | 0 | 4,625 | 16 | 11,676 | 927 | 1,782 | 19,026 |

1/ Includes DeLuz Heights MWD prior to 1991
2/ Metropolitan Water District direct deliveries in Domenigoni Valley
3/ Net imports for period 2003-2005
4/ Improvement District A - Rainbow Canyon Only (WR-13)
5/ Includes export for first time plus wastewater from in-basin use exported to Oceanside Outfall

N/R - Not Reported    P - Partial year data
E - Estimate    R - Revised

The MOU also provides that all local surface inflow that enters Lake Skinner will be released into Tucalota Creek. In its 1980 modification the MOU provides that local surface inflow is to be determined by using the hydrologic equation for Lake Skinner that is specified in the MOU. That equation is used to determine inflow and the related release for large flood events. However, in many years the local inflow is small compared to the large quantities of imported water inflow and outflow at Lake Skinner. The error of measurement for these large inflows and outflows is larger than the local inflow in many instances. Accordingly, MWD also monitors the flow in Tucalota Creek, Rawson Creek and Middle Creek during storms and uses those observations to supplement the hydrologic equation.

On February 16, 2005, the Court approved an Order Amending the MOU to provide for diversions from Lake Skinner after specified releases are made. In 2004-05 a total of 1,261 acre feet were accumulated in Lake Skinner and diverted to Fallbrook PUD.

Also a total of 2,710 acre feet were released into Tucalota Creek.

## 5.5    Diamond Valley Lake

Diamond Valley Lake is located in Diamond and Domenigoni Valleys within the Santa Margarita River Watershed. The Lake was created by three dams, one each at the east and west ends of Domenigoni/Diamond Valley and a saddle dam at the low point on the north rim. The East Dam diverts surface and groundwater flows from a 4.2 square mile drainage area in the Santa Margarita River Watershed, known as Goodhart Canyon, into the Santa Ana River Watershed. The West Dam intercepts existing westward surface and subsurface flows from an additional 13.19 square mile area. These intercepted flows may or may not be offset by seepage losses from the reservoir when filled.

MWD does not have a water right to store local waters in the reservoir, so a Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir (now known as Diamond Valley Lake) (MOU) was developed and approved by the Court on January 19, 1995. Among other things, the MOU provides:

The quantity and quality of surface runoff that would flow past the West Dam in the absence of the Reservoir will be determined and a like quantity of water of similar quality will be released from the Reservoir or San Diego Canal (SDC) into Warm Springs Creek.

The MOU indicates that the required releases would be determined by measuring the surface inflows into Goodhart Canyon Detention Basin. A quantity equal to 4.1 times the measured flow will be released into Warm Springs Creek.

Total required releases into Warm Springs Creek during 2004-05 were 114.9 acre feet.

Although all surface waters within the Santa Margarita River Watershed in Domenigoni Valley and Diamond Valley are subject to the continuing jurisdiction of the Court, groundwater contained within the younger alluvium, north of the south line of Section 9, Township 6 South, Range 2 West, SBM is not considered by the Court to be a part of the Santa Margarita River system as long as groundwater levels are below an elevation of 1400 feet. During 2004-05 groundwater elevations in Well MO-6, which is located along the south line of Section 9, increased 3.47 feet from 1357.76 feet at the beginning of the water year to 1361.23 feet at the end of the water year.

During 2004-05, there were no injections into the Domenigoni Valley groundwater basin pursuant to Agreements for Mitigation of Groundwater. As previously noted the groundwater in the Domenigoni Valley groundwater basin is outside this Court's jurisdiction when groundwater levels are below 1400 feet.

## SECTION 6 - WATER RIGHTS

6.1 General

Water is used in the Santa Margarita River Watershed under a variety of water rights. In the early 1960's, the U. S. District Court in its Interlocutory Judgments described water rights in the Watershed as primarily riparian rights and overlying rights. Riparian rights belong to owners of land parcels located adjacent to streams in the Watershed or overlying younger alluvium deposits generally along the stream channels. Overlying rights were divided by the Court into two categories based on the location where the water is obtained and used. Water extracted from lands where subsurface waters add to, contribute to and support the Santa Margarita River stream system was found to be subject to the continuing jurisdiction of the Court. Lands in this category were identified by the Court and listed in Interlocutory Judgments. In general, these parcels of land overlie younger or older alluvium deposits. The Court has stated that the issue of apportionment of water rights has not been presented to the Court, but the Court would litigate the apportionment if and when in the future it becomes necessary to do so.

The other category of overlying use applies to parcels of land where subsurface flows do not add to, contribute to or support the Santa Margarita River stream system. These parcels were also identified by the Court and found to be outside the continuing jurisdiction of the Court. In general, these lands overlie basement complex or residuum deposits.

The Court also described a number of other rights in the Watershed. These included surface water appropriative water rights that have been administered by the State of California since 1914. These rights are discussed in the following subsection of this report.

In Interlocutory Judgment No. 41, the Court found that the United States reserved rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Cahuilla, Pechanga and Ramona Indian Reservations, including rights to the use of groundwaters sufficient for the present and future needs of the Indians residing thereon. In Interlocutory Judgment No. 44, the Court recognized and reserved water rights for lands within the Cleveland and San Bernardino National Forests and for lands being administered pursuant to the Taylor Grazing Act.

Since the early 1960's there have been substantial changes in water use in the Watershed, especially in the Murrieta-Temecula Groundwater Area. During the 1950's and early 1960's when this case was under active litigation, most of the water use in the Murrieta-Temecula area consisted of individual property owners pumping water for use on their own properties. In 1965, the Rancho California WD was formed. The District developed Agency Agreements with most of the landowners within the District. In these Agency Agreements, the landowners "...without transferring any water rights and

privileges pertaining to said land...." designated the District as their exclusive agent for the development and management of their water supply.

Thus, many landowners within the Rancho California WD are not exercising their overlying rights.   Instead, Rancho California WD pumps groundwater and uses it throughout the District area as agent on behalf of the landowners.

Rancho California WD also pumps water as a groundwater appropriator along with Murrieta CWD.

Another change from the early 1960's is the large scale importation of water into the Santa Margarita River Watershed by Rancho California WD.   A portion of such importation finds its way into the groundwater aquifers.   The legal status of return flows from imported supplies as well as direct recharge of imported water was clarified by the final judgment in *City of Los Angeles v. City of San Fernando, et al.,* 1975 14 Cal. 3rd 199.   This decision in the Supreme Court of the State of California made two major findings with respect to imported water.

The first was that agencies have the right to recharge and store imported water in a groundwater basin and to extract the imported water for use, subject to applicable state and federal laws.   In addition, agencies that import and deliver water to lands overlying a groundwater basin have a continuing right to extract the return flow from such water.   The return flow is that portion of the imported supply that percolates into the groundwater basin. In the San Fernando case this portion was found to range from 20 percent to 35.7 percent of the imported supplies.

The Rancho Division of the Rancho California WD overlies the Murrieta-Temecula Groundwater Area.   Thus a portion of the import supply delivered to the Rancho Division of Rancho California WD percolates into the underlying aquifers.

Imported water is also supplied to the Santa Rosa Division within Rancho California WD, however only a relatively small part of this division overlies the Murrieta-Temecula Groundwater Area.   Thus there is less imported water return flow from the Santa Rosa Division.

Classification of Rancho California WD supplies into various water right categories is discussed in Section 7 of this Report.

Camp Pendleton representatives contend that the Court has jurisdiction over imported water to the full extent that imported water, as well as its use, its returns and its products, affects in any significant manner the water rights within the Watershed over which the Court has traditionally asserted its jurisdiction.   Other parties dispute the Court's jurisdiction over imported water.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

6.2    Appropriative Surface Water Rights

Another broad category of water rights used in the Watershed is surface water appropriative rights.  Since 1914, these rights have been administered by the SWRCB.

A list of current permits, licenses and other active rights obtained from the SWRCB is shown on Table 6.1.  A permit by the SWRCB authorizes construction of a project, sets terms for the project's completion and development of water use and may impose other conditions.  After the permittee demonstrates that construction is complete, water is being put to use and the permit conditions have been met, the SWRCB can issue a license. The license remains in effect as long as the license conditions are met and the water is put to beneficial use.

Perfected direct diversion rights and active storage rights from creeks in the Watershed are summarized below:

| | Direct Diversions Gallons Per Day | Storage Acre Feet |
|---|---|---|
| Cahuilla Valley | 720 | 5 |
| Cottonwood Creek | 485,000 | 60 |
| Cutea Creek | 5,825 | --- |
| DeLuz Creek | 4,700 | 100 |
| Fern Creek | 213,000 | 100 |
| Kohler Canyon | 158,000 | 40 |
| Long Canyon Spring | 89 | --- |
| Rainbow Creek | --- | 0.5 |
| Rattlesnake Canyon | 12,000 | --- |
| Temecula Creek | 25,820 | 40,000 |
| Sandia Canyon | --- | 8 |
| Sourdough Spring | 55 | --- |
| Santa Margarita River | 133 | 4,000 |
| Nelson Creek | 1,550 | --- |
| TOTAL | 906,892 | 44,313.5 |

These direct diversion rights of 906,892 gallons per day correspond to 1.4 cfs or 2.78 acre feet per day.

43

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 6.1

*SANTA MARGARITA RIVER WATERSHED*
**APPROPRIATIVE WATER RIGHTS**

**PERMITS AND LICENSES**

| I.D. NO. | OWNER | FILING DATE | SOURCE OF WATER | POINT OF DIVERSION | AMOUNT | USE | STATUS |
|---|---|---|---|---|---|---|---|
| 6629 | William H. & Sandra J. Cyrus | 4/9/30 | Coahuila Valley | Sec. 4, 7S, 3E | DD-720 gpd | D | License |
| 6893 | Earl C. & Mamie LaBine | 2/13/31 | Temecula Creek | Sec. 20, 9S, 2E | DD-820 gpd | D/I | License |
| 7035 | Nyla Lawler | 8/10/31 | Cutca Creek | Sec. 29, 9S, 1E | DD-5725 gpd | D/I | License |
| 7731 | Earl C. & Mamie LaBine | 11/02/33 | Temecula Creek | Sec. 20, 9S, 2E | DD-7200 gpd | D/I | License |
| 9137 | Goodarz Irani | 10/07/37 | Temecula Creek | Sec. 12, 9S, 1E | DD-400 gpd | D | License |
| 9291 | Luis Olivos | 5/13/38 | Nelson Creek | Sec. 23, 8S, 5W | DD-1550 gpd | D | License |
| 10806 | James R., Phyllis & Bruce Gramn | 4/22/44 | Temecula Creek | Sec. 34, 9S, 2E | DD-2880 gpd | D | License |
| 11161 | Roy C. Pursche & J. Zink | 9/26/45 | Rattlesnake Canyon | Sec. 28, 9S, 2E | DD-12,000 gpd | D | License |
| 11518 | Rancho California Water District | 8/16/46 | Temecula Creek | Sec. 10, 8S, 1W | ST-40,000 AF | D/I/R | Permit |
| 11587 | U. S. Bureau of Reclamation | 10/11/46 | Santa Margarita River | Sec. 12, 9S, 4W | ST-10,000 AF | D/I/M | Permit |
| 12178 | Fallbrook Public Utility District | 11/28/47 | Santa Margarita River | Sec. 3, 7S, 4W | ST-10,000 AF | D/I/M | Permit |
| 12179 | U. S. Bureau of Reclamation | 11/28/47 | Santa Margarita River | Sec. 12, 9S, 4W | ST-10,000 AF | D/I/M | Permit |
| 13505 | David H. & Kathleen C. Lypps | 12/12/49 | Cottonwood Creek | Sec. 30, 8S, 4W | DD-0.75 cfs & ST-42 AF | R/S | License |
| 17239 | Ward Family Trust | 8/15/56 | Temecula Creek | Sec. 20, 9S, 2E | DD-120 gpd | D/E | License |
| 20507 | David H. & Kathleen C. Lypps | 11/24/61 | Cottonwood Creek | Sec. 19, 8S, 4W Sec. 30, 8S, 4W | ST-18 AF | I/R | License |
| 20608 | Pete and Dorothy Prestininzi | 2/13/62 | DeLuz Creek | Sec. 20, 8S, 4W | ST-100 AF | D/I/R | License |
| 20742 | U. S. Cleveland National Forest | 4/24/62 | Sourdough Spring | Sec. 25, 9S, 1E | ST-0.55 gpd | E | License |
| 21074 | U. S. Cleveland National Forest | 12/07/62 | Cutca Spring | Sec. 17, 9S, 1E | DD-100 gpd | S/W | License |
| 21471A | U. S. Department of Navy | 9/23/63 | Santa Margarita River | Sec. 5, 10S, 4W Sec. 2, 11S, 5W | ST-4,000 AF | D/I/M/Z | License |
| 21471B | U. S. Bureau of Reclamation | 9/23/63 | Santa Margarita River | Sec. 32, 9S, 4W | ST-165,000 AF | D/I/M/Z | Permit |
| 27756 | James R. Grammer | 5/23/83 | Temecula Creek | Sec. 3, 10S, 2E | DD-14,400 gpd | I/S | Permit |
| 28133 | Charles F. Ruggles | 5/14/84 | Cahuilla Creek | Sec. 15, 8S, 2E | ST-5AF | E/H/I/R/S | Permit |

**OTHER RIGHTS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05751S/Federal | U. S. Cleveland National Forest | 1/01/70 | Long Canyon Spring | Sec. 16, 9S, 1E | DD-89 gpd | E/R/S/W | |
| 000024/State | Judge Dial Perkins | 12/26/86 | Santa Margarita River | Sec. 12, 9S, 4W | DD-133.3 gpd | D | |
| 000751/State | Lawrence Butler | 5/31/67 | Fern Creek | Sec. 31, 8S, 4W | DD-0.33 cfs ST-100 AF | I | |
| 011411/State | Agri Empire, Inc. | 5/16/84 | Kohler Canyon | Sec. 33, 9S, 2E | DD-0.245 cfs ST-40 AF | I/S | |
| 012235/State | William A. & Lois D. Cunningham | 8/27/85 | DeLuz Creek | Sec. 4, 9S, 4W | DD-4700 gpd | D/I | |
| 001583/Stock | George F. Yackey | 12/27/77 | Sandia Canyon | Sec. 25, 8S, 4W | ST-8.0 AF | S | |
| 002380/Stock | Chris R. & Jeanette L. Duarte | 12/16/77 | Rainbow Creek | Sec. 12, 9S, 3W | ST-0.5 AF | S | |

KEY TO USE:  DD - Direct Diversion   D - Domestic   R - Recreation   E - Fire Protection   H - Fish Culture
ST - Diversion to Storage   I - Irrigation   M - Municipal   S - Stockwatering   Z - Other
W - Fish & Wildlife Protection and/or Enhancement

Storage rights shown in Table 6.1 include 185,000 acre feet of storage rights on the Santa Margarita River held by the U. S. Bureau of Reclamation (ID Nos. 11587, 12179, and 21471B) that have not been exercised. The time period during which these rights must be exercised has recently been extended by the SWRCB to December 31, 2008.

Table 6.1 also lists other rights recognized by the SWRCB. These rights generally are based on Statements of Water Diversion and Use that have been filed with the SWRCB. Such statements include one by the United States on behalf of the Cleveland National Forest, which states that the diversion and use of water from Long Canyon Spring is made pursuant to a withdrawal and reservation of the land and resources for National Forest System purposes as of February 14, 1907.

Besides the federal filing, there are also Statements of Water Diversion and Use filed by individuals.   Three of these statements represent riparian or pre-1914 appropriative diversions from DeLuz Creek, Fern Creek and Santa Margarita River that have been reported to the SWRCB.   The other statement represents a pre-1914 appropriative right to divert water from a spring in Kohler Canyon into a 40 acre foot reservoir.

The last two rights noted on Table 6.1 represent filings made in 1977 pursuant to Subchapter 2.5 to Chapter 3 of Title 23 of the California Code of Regulations.   That subchapter deals with Water Rights for Stockponds.

In addition to appropriative rights under SWRCB jurisdiction, there are a number of nonstatutory appropriative rights that were established prior to 1914.   These rights continue to be used to support diversions of water from the Santa Margarita River stream system.   Such rights, which are listed in the various Interlocutory Orders developed in this litigation, are shown on Table 6.2.

In 1990-91, in Order No. 91-07, the SWRCB revised its Order No. 89-25 entitled, "Order Adopting Declaration of Fully Appropriated Stream Systems and Specifying Conditions for Acceptance of Applications and Registrations."   These Orders list the Santa Margarita River stream system as fully appropriated "from the confluence of the Santa Margarita River and the Pacific Ocean upstream including all tributaries where hydraulic continuity exists."

The consequences of this Order are as follows:

1.     The Board is precluded from accepting any application to appropriate water from the Santa Margarita River System except where the proposed appropriation is consistent with conditions contained in the Declaration.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 6.2

*SANTA MARGARITA RIVER WATERSHED*
**PRE - 1914 APPROPRIATIVE WATER RIGHTS**
**Listed in Interlocutory Decrees**

| LISTED OWNER | CURRENT OWNER | DATE OF APPROPRIATION | SOURCE OF WATER | POINT OF DIVERSION | AMOUNT | USE |
|---|---|---|---|---|---|---|
| Anderson, Nina B. | Nezami, Mohammed | April 11, 1892 | Fern Creek | NW 1/4 Of SE 1/4 Sec 31, T8S, R4W | 32 gpm | Irrigation |
| Butler, Lawrence W. and Mary C. | Vanginkel, Norman Tr and Vanginkel, Deborah San Diego Gas & Electric | Sept. 23, 1896 | Fern Creek | NW 1/4 Of SE 1/4 Sec 31, T8S, R4W | Capacity of 8 inch pipe | Irrigation |
| Wilson, Samuel M. and Hazel A. | Shirley, Robert G. and Bobbi J. | Aug. 3, 1911 | DeLuz Creek | NW 1/4 Of SW 1/4 Sec 32, T8S, R4W | 50 miner's inches 65 AF/Yr | Irrigation |
| United States | United States | 1883 | Santa Margarita River | Sec 5, T10S, R4W | 20 cfs 1200 AF/Yr | Domestic Irrigation Stock Water |

2.      Initiation of a water right pursuant to the Water Rights Permitting Reform
        Act of 1988 (Water code Section 1228 et seq.) --that is, by registering small
        use domestic appropriations--is precluded, except where the proposed
        appropriation is consistent with conditions contained in the Declaration.
        Small use domestic appropriations refer to uses that do not exceed direct
        diversions of 4,500 gallons per day or diversion by storage of 10 acre feet
        per year for incidental aesthetic, recreational, or fish and wildlife purposes.

3.      Pursuant to Water Code Section 1206(a) the Board is authorized, but not
        required, to cancel pending applications where inconsistent with conditions
        contained in the Declaration; previous Orders implement a procedure for
        disposition of such applications pending on the effective date of the
        Declaration.

The Order provides for reconsideration of the Order either upon petition of an
interested party or upon the Board's own motion.

## 6.3   Fallbrook PUD Changes Point of Diversion and Place of Use for Permit No. 11356

On November 20, 2001, the Chief of the Division of Water Rights of the State
Water Resources Control Board authorized an Order Approving Changes in Source Point
of Diversion, Place of Use and Amending the Permit (No. 11356). The permit allows
Fallbrook PUD to store and divert up to 10,000 AF per year from Lake Skinner. The
Court approved an Order Amending the Memorandum of Understanding and Agreement
on Operation of Lake Skinner on February 16, 2005. The Amendment provides for
diversions from Lake Skinner after specified releases are made. In February 2005, a total
of 1,045 acre feet were accumulated in Lake Skinner for Fallbrook PUD. In March an
additional 216 acre feet accumulated for total diversions of 1,261 acre feet in 2004-05.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 7 - WATER PRODUCTION AND USE

7.1   <u>General</u>

Water production and use data were obtained from several types of substantial users including water purveyors, Indian Reservations, mobile home parks and private landowners. Private landowners who qualify as substantial water users are those who irrigate eight or more acres or who produce or use an equivalent quantity of water.

Major water purveyors who reported production and use data in 2004-05 Water Year are listed as follows:

>        Anza Mutual Water Company
>        Eastern Municipal Water District
>        Elsinore Valley Municipal Water District
>        Fallbrook Public Utility District
>        Lake Riverside Estates
>        Metropolitan Water District of Southern California
>        Murrieta County Water District
>        Rainbow Municipal Water District
>        Rancho California Water District
>        U. S. Marine Corps, Camp Pendleton including U.S. Naval Weapons
>            Station, Fallbrook Annex
>        Western Municipal Water District

Lake Riverside Estates is listed with major water purveyors although it does not deliver water to customers.  However it does produce make-up water for losses from Lake Riverside.

In addition to the major purveyors, there are a number of smaller water systems in the Watershed.  Of these, Butterfield Oaks Mobile Home Park, Jojoba Hills SKP Resort, Outdoor Resorts Rancho California, Inc. and Hawthorn Water System are substantial users.

Three Indian Reservations, the Cahuilla, Pechanga and Ramona, are noted in Interlocutory Judgment No. 41, the Judgment that deals with Water Rights on Indian Reservations in the Watershed.  Estimates and/or measurements of water production and use are reported for the Cahuilla and Pechanga Indian Reservations; the Ramona Reservation has no reported water use.

A portion of a fourth Reservation, the Pauma Mission Reserve Tract of the Pauma Yuima Band of Mission Indians, is also located within the Watershed.  However, these lands overlie basement complex, which waters have been found by the Court to not add to, support or contribute to the Santa Margarita River stream system.

The final category of water users is private landowners who use water primarily for irrigation.

The water use data collected for the 2004-05 Water Year are summarized on Table 7.1. Total imported supplies plus local production totaled 132,662 acre feet compared to 136,655 reported in 2003-04. Of that quantity, 42,413 acre feet were used for agriculture; 9,901 acre feet were used for commercial purposes; 59,096 acre feet were used for domestic purposes; 63 acre feet were discharged to Murrieta Creek; 5 acre feet were discharged to Temecula Creek; 4 AF were discharged to Santa Gertrudis Creek; 3,312 acre feet were discharged by Rancho California WD during 2004-05 pursuant to the Cooperative Water Resources Management Agreement (CWRMA) (3,259 acre feet to the Santa Margarita River from MWD WR-34 and 53 acre feet to Murrieta Creek from the System River Meter); 3,571 acre feet of fresh water were exported by Camp Pendleton; and 5,162 acre feet were recharged by Rancho California WD to storage. The overall system loss was 9,135 acre feet. System gain or loss is the result of many factors including errors in measurement, differences between periods of use and periods of production, leakage and unmeasured uses.

Monthly production and use data for major water purveyors are attached to this report as Appendix A. Uses are listed under agricultural, ag/domestic, commercial and domestic categories. The definition of agricultural, ag/domestic, commercial and domestic uses varies for the different purveyors in the Watershed. Accordingly definitions of these uses for major water purveyors are shown on Table 7.2. It is noted that much of the non-agricultural water use in the Watershed can also be considered municipal use, which includes both the domestic and commercial uses shown in tables in this report. Similar data for Water Years 1966-2005 are summarized in tables presented in Appendix B. Appendix C presents information on substantial users outside purveyor service areas.

## 7.2    Water Purveyors

### Anza Mutual Water Company

Anza Mutual Water Company's service area is in the eastern part of the Watershed in the Anza Valley. Production is from two wells: Well No. 1 drilled in 1951 and perforated from 20 feet to 260 feet; and Well No. 2 drilled later to a depth of 287 feet and perforated in the bottom 130 feet. Production for 2004-05 was 38.26 acre feet from Well No. 1 as shown in Appendix A, Table A-10. Well No. 2 was not in use for 2004-05. The depth of water in Well No. 1 rose about 20 feet from last fall and then remained at 42.5 feet.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.1

### SANTA MARGARITA RIVER WATERSHED
## WATER PRODUCTION AND USE
2004-05
Quantities in Acre Feet

| | PRODUCTION | | | USE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | WELL/ SURFACE | IMPORT | TOTAL | AG | COMM | DOM | LOSS | TOTAL | WATER RIGHT |
| **WATER PURVEYORS** | | | | | | | | | |
| Anza Mutual Water Company | 38 | 0 | 38 | 0 | 0 | 34 | 4 [1/] | 38 | Appropriative |
| Eastern MWD | 0 | 22,158 | 22,158 | 0 | 0 | 20,680 | 1,478 | 22,158 | Appropriative |
| Elsinore Valley MWD | 0 | 8,215 | 8,215 [12/] | 104 | 3,044 | 5,067 | 0 | 8,215 | --------- |
| Fallbrook PUD | 1,261 | 9,702 | 10,963 | 4,654 | 1,170 | 3,043 | 2,096 | 10,963 | Appropriative |
| Lake Riverside Estates | 208 | 0 | 208 | 0 | 208 [2/] | 0 | 0 | 208 | Appropriative |
| Metropolitan Water District | 0 | 556 | 556 | 528 | 0 [3/] | 0 | 28 | 556 | --------- |
| Murrieta CWD | 2,098 | 75 | 2,173 | 262 | 274 | 1,539 | 98 | 2,173 | Appropriative |
| Rainbow MWD | 0 | 1,610 | 1,610 | 1,331 | 0 | 133 | 146 | 1,610 | --------- |
| Rancho California WD | 27,606 [4/] | 47,171 [5/] | 74,777 | 30,099 [6/] | 4,748 | 26,395 | 13,535 [7/] | 74,777 | Various |
| U.S.M.C. - Camp Pendleton | 6,219 | 0 | 6,219 | 514 | ------ [8/] | 1,921 | 3,784 [1/] [9/] | 6,219 | Appropriative/ Riparian |
| U.S. Naval Weapons Station | 0 | 40 | 40 | 0 | ------ [8/] | 36 | 4 [1/] | 40 | --------- |
| Western MWD | 0 | 62 | 62 | 0 | 56 | 0 | 6 [1/] | 62 | --------- |
| **INDIAN RESERVATIONS** | | | | | | | | | |
| Cahuilla | 42 | 0 | 42 | 0 | ------ | 42 | 0 | 42 | Overlying/Reserved |
| Pechanga | 608 | 0 | 608 | 140 | 401 | 61 | 6 | 608 | Overlying/Reserved |
| **SMALL WATER SYSTEMS** | | | | | | | | | |
| Butterfield Oaks | 9 | 0 | 9 | 0 | 0 | 8 | 1 [1/] | 9 | Riparian/Overlying |
| Outdoor Resorts | 187 | 0 | 187 | 158 | 0 | 26 | 3 [1/] | 187 | Overlying |
| Jojoba Hills SKP Resort | 67 | 0 | 67 | 0 | 0 | 60 | 7 [1/] | 67 | Overlying |
| Hawthorn Water System | 56 | 0 | 56 | 0 | 0 | 51 | 5 [1/] | 56 | Appropriative |
| **OTHER SUBSTANTIAL USERS** | 4,674 [10/] | 0 | 4,674 | 4,623 | 0 | 0 | 51 [11/] | 4,674 | |
| **TOTAL** | 43,073 | 89,589 | 132,662 | 42,413 | 9,901 | 59,096 | 21,252 [13/] | 132,662 | |

1/ Assumes 10% system loss
2/ Recreation Use
3/ Construction use at Diamond Valley Lake
4/ 26,469 AF production from Old Alluvium and 1,136 AF of Vail Recovery
5/ Includes 28,429 AF direct use; 16,504 AF direct recharge; 3,259 AF from MWD WR-34; 53 AF from System River Meter; and minus 1,074 AF export
6/ 25,138 AF Ag, and 4,961 Ag/Domestic
7/ 63 AF discharged into Murrieta Creek; 5 AF discharged into Temecula Creek; 4 AF into Santa Gertrudis Creek; 3,259 AF discharged into Santa Margarita River from MWD WR-34; 53 AF from System River Meter; and 5,162 AF of import remaining in storage; and a system loss of 4,989 AF
8/ Listed with Domestic uses
9/ Includes exports of 3,571 acre feet
10/ 509 AF for surface diversion plus 4,815 AF from groundwater as shown in Appendix C
minus 42 AF on the Cahuilla Reservation and minus 608 AF on the Pechanga Reservation
11/ 10% of surface diversions
12/ Sales figures
13/ Includes an overall system loss of 9,135 AF

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.2

*SANTA MARGARITA RIVER WATERSHED*
**DEFINITIONS OF WATER USE**
**BY MUNICIPAL WATER PURVEYORS**
2004-05

| DISTRICT | AGRICULTURAL | DOMESTIC | COMMERCIAL |
|---|---|---|---|
| EASTERN MUNICIPAL WATER DISTRICT | A commercial enterprise producing a crop/livestock on at least 5 acres and able to accept a delivery of at least 24 consecutive hours | Single family, multiple units and agricultural uses of less than 5 acres | Not reported |
| ELSINORE VALLEY MUNICIPAL WATER DISTRICT | Delivery of water for agricultural purposes in growing or raising for commerce, trade or industry or for use by public eduational or correctional institutions | Delivery of water to single family residential customers in single, detached residential units | Delivery of water to multi-family residential units; commercial, industrial establishments; cities, political sub-divisions or quasi-governmental associations |
| FALLBROOK PUBLIC UTILITY DISTRICT | AG - A commercial enterprise producing a crop/livestock/fowl on at least 1 acre fully used for ag purposes; can include incidental domestic use related to residency AG/DOM - Water used for both ag and domestic purposes | Single family, multi-unit and large domestic residences and the first 20,000 gallons used by an ag/domestic meter | Offices, businesses, schools and hydrants |
| RAINBOW MUNICIPAL WATER DISTRICT | AG- 1 acre or more of plantable, resalable products DOM/AG - Same as Ag with a house on the parcel | DOMESTIC - Homes | Generally no commercial use in district |
| RANCHO CALIFORNIA WATER DISTRICT | AG - 1 acre or more of plantable, resalable products GOLF - Outside water use at golf courses VINEYARDS - Outside irrigation for vineyards | DOMESTIC - Homes MULTIPLE - Apartments and Condominiums | COMMERCIAL - Office buildings, industrial users other than agri-businesses   FLOATING - Fire hydrants used during construction CONSTRUCTION - Other fire hydrants used for grading |
| | LANDSCAPE - Landscaping around freeways, parking lots, office buildings, median strips, AG/DOM - First 1600 c.f. for each user alloted to domestic, and the balance to agriculture | | LAKE SKINNER - Recreational use at Lake Skinner |
| | | | MISCELLANEOUS - Schools, fire departments, parks, government agencies  DETECTOR CK. METERS - Only used when there is a fire |
| MURRIETA COUNTY WATER DISTRICT | Agricultural uses and irrigation for crops | Homes and multiple units | Businesses, public agencies, schools and construction |
| USMC, CAMP PENDLETON | Irrigation - Water used for ag purposes, not landscaping, golf courses or parks | Camp Supply - Includes landscaping, golf courses parks and | Reported under Camp Supply |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Interlocutory Judgment No. 33 divides aquifers in Anza Valley at this location into two categories:  the shallow aquifer and the deep aquifer.  Based on information available to the Court the shallow aquifer was determined to include the younger and older alluvial deposits in the Anza Groundwater Basin and extend to a maximum but variable depth of approximately 100 feet.  The deep aquifer underlies the shallow aquifer in an area about one-half mile in width and two miles in length, within portions of Sections 16, 17, 21, 22, 27 and 28 of Township 7 South, Range 3 East, SBM.  Anza Mutual Water Company's wells are within the area of the deep aquifer.  From the perforated intervals in the wells, it may be concluded that most of the production from Well No. 1 and all of the production from Well No. 2 are from the deep aquifer.  Interlocutory Judgment No. 33 concluded that waters contained in the deep aquifer did not add to, support or contribute to the Santa Margarita River stream system and were, therefore, declared to be outside the Court's jurisdiction.

Thus, most of the water produced by the Anza Mutual Water Company is outside the Court's jurisdiction.  The relatively small portion pumped from the shallow aquifer in Well No. 1 is pumped under a groundwater appropriative right.   Data for Water Years 1989 -2005 are shown in Appendix Table B-11.

Eastern Municipal Water District

Eastern MWD is a member agency of MWD and its service area includes a portion of the Rancho California WD and Murrieta County WD.  Within the Watershed, the District wholesales water to those districts and also retails water directly to consumers. Water sold to Rancho California WD and Murrieta County WD is not listed in this report as imported water to Eastern MWD.

Eastern MWD's service area outside Rancho California WD and Murrieta County WD is located in the northern part of the Watershed.  Water for their service area is imported.

Imports, not including water wholesaled to Rancho California WD or Murrieta County WD or delivered to Elsinore Valley MWD, totaled 27,636 acre feet.  A portion of that import amounting to 5,518 acre feet was exported from the Santa Margarita River Watershed resulting in net import to the watershed of 22,158 acre feet.  These data are shown in Appendix A.

Eastern MWD's had no groundwater production in the Santa Margarita River Watershed.

In addition to importing fresh water, Eastern MWD also reclaims wastewater at its Temecula Valley Regional Water Reclamation Facility.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Disposition of wastewater from the Temecula Valley Regional Water Reclamation Facility (Facility) service area for Water Years 2003-04 and 2004-05 is shown below:

|  | 2003-04 | | 2004-05 | |
|---|---|---|---|---|
|  | Quantity | Percent | Quantity | Percent |
|  | AF | % | AF | % |
| Used in Santa Margarita | 3,221 | 26 | 2,664 | 19 |
| Used outside Santa Margarita | 3,688 | 30 | 2,690 | 19 |
| Reuse | 6,909 | 56 | 5,354 | 38 |
| Unaccounted for Production | 5,427 | 44 | 8,986 | 62 |
| TOTAL PRODUCTION | 12,336 | 100 | 14,340 | 100 |

It can be noted that the quantities of reclaimed wastewater used within the Santa Margarita River Watershed decreased from 3,221 acre feet in 2003-04 to 2,664 acre feet in 2004-05. During the same period reuse outside the Santa Margarita River Watershed decreased from 3,688 acre feet to 2,690 acre feet. From the foregoing it may be concluded that 19 percent of the wastewater is reused in the watershed and 19 percent is used outside the watershed. Unaccounted for production increased from 5,427 acre feet to 8,986 acre feet. Unaccounted for production includes changes of storage in Winchester and Sun City storage ponds, evaporation and percolation losses, and discharges to the Santa Ana Watershed.

Because of concerns about the potential export of native Santa Margarita water, the sources of water supply to the Facility service area were determined and are shown on Table 7.3. In 2004-05, 20 percent of the supply to the service area was groundwater. Thus, the percent of groundwater supply exceeded the percentage of wastewater reused within the Santa Margarita Watershed by one percentage point, and on a proportional basis there was some export of native waters. It is noted that Rancho California WD does not agree with this method for calculating export of native waters. In part, this export was due to the very wet year and related lack of demand for wastewater for reuse.

Estimates of water production and use for the period 1966-2005 are shown in Appendix B.

TABLE 7.3

## SANTA MARGARITA RIVER WATERSHED
### WATER DELIVERIES TO TEMECULA VALLEY
### REGIONAL WATER RECLAMATION FACILITY SERVICE AREA

| | 2000 AF | 2000 % | 2001 AF | 2001 % | 2002 AF | 2002 % | 2003 AF | 2003 % | 2004 AF | 2004 % | 2005 AF | 2005 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Eastern MWD** Deliveries to TVRWRF Service Area | | | | | | | | | | | | |
| 1. Groundwater | 630 | | 355 | 35.8% | 13 | | 0 | | 0 | | 0 | |
| 2. Import 1/ | 7,256 | | 5,948 | 64.2% | 8,117 | | 9,062 | | 9,138 | | 22,158 | |
| 3. Total | 7,886 | | 6,303 | 100.0% | 8,130 | | 9,062 | | 9,138 | | 22,158 | |
| **Rancho California WD** Deliveries to TVRWRF Service Area | | | | | | | | | | | | |
| 1. Groundwater 2/ | 7,149 | | 7,481 | | 6,427 | | 6,697 | | 6,879 | | 8,486 | |
| 2. Import 3/ | 8,643 | | 8,076 | | 11,791 | | 11,231 | | 13,341 | | 10,696 | |
| 3. Total 4/ | 15,792 | | 15,557 | | 18,218 | | 17,928 | | 20,220 | | 19,182 | |
| **Total Deliveries to TVRWRF Service Area** | | | | | | | | | | | | |
| 1. Groundwater | 7,779 | 32.9% | 7,836 | 35.8% | 6,440 | 24.4% | 6,697 | 24.8% | 6,879 | 23.4% | 8,486 | 20.5% |
| 2. Import | 15,899 | 67.1% | 14,024 | 64.2% | 19,908 | 75.6% | 20,293 | 75.2% | 22,479 | 76.6% | 32,854 | 79.5% |
| 3. Total | 23,678 | 100.0% | 21,860 | 100.0% | 26,348 | 100.0% | 26,990 | 100.0% | 29,358 | 100.0% | 41,340 | 100.0% |

1/ EMWD imports are based on discharges from EM-17.
2/ Based on ratio of groundwater to total production in Rancho Division of RCWD
3/ Based on ratio of import to total production in Rancho Division of RCWD
4/ Total RCWD deliveries in TVRWRF Service Area

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Elsinore Valley Municipal Water District

Elsinore Valley MWD provides water to its service area around Lake Elsinore, a portion of which is within the Santa Margarita River Watershed. Elsinore Valley MWD obtains its supply from ten wells, all located outside the Santa Margarita River Watershed, and also imports MWD water through Eastern MWD and Western MWD.

As shown in Appendix A, the District reports that 8,215 acre feet of imported water was delivered in the portion of their service area that is inside the Santa Margarita River Watershed in 2004-05. Also during 2004-05, approximately 927 acre feet of wastewater were exported from that same area.

Production and use during the period 1966 to 2005 are shown in Appendix B.

Fallbrook Public Utility District

In 2004-05, Fallbrook PUD imported 17,452 acre feet through its contract with the San Diego County Water Authority as shown in Appendix A. Of this quantity, 3,101 acre feet were delivered to the former DeLuz Heights Water District service area that is entirely within the Santa Margarita River Watershed. Of the remaining importations it is estimated that 46 percent, or 6,601 acre feet, were delivered to lands inside the Santa Margarita River Watershed. The remainder was delivered to lands in the adjacent San Luis Rey River Watershed. Thus, imports to the Watershed totaled 9,702 acre feet in 2004-05. In addition, Fallbrook PUD received 1,261 acre feet of water by exchange for water diverted at Lake Skinner for a total production of 10,963 acre feet.

In addition, the District has three wells; however, in 2004-05, there was no pumpage from these wells. In 2004-05 Fallbrook PUD reclaimed 1,822 acre feet of wastewater of which 24 acre feet were reused in the watershed.

Production during the period 1966 to 2005 included direct diversions from the Santa Margarita River for water years before 1972 as well as imported water and well production as shown in Appendix B.

Lake Riverside Estates

Lake Riverside Estates pumps water from Well No. 7S/2E-32C1, into Lake Riverside to replace evaporation losses. Production for 2004-05 was 208 acre feet as shown in Appendix A, Table A-10. The production well was drilled in 1962 and is located in an area of younger alluvium in the Cahuilla Groundwater Basin. The driller's log shows sand and clay for the entire well depth of 338 feet.

Interlocutory Judgment No. 33 indicates that the owners of lands in the Cahuilla Groundwater Basin have correlative overlying rights to the use of the groundwater that is the basis for this production. Data for 1989 – 2005 are shown on Appendix Table B-11.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Metropolitan Water District of Southern California

Pursuant to a Court Order, MWD delivered 556 acre feet of imported water for irrigation of lands in Domenigoni Valley. MWD did not import any water for groundwater recharge and there was no water used for construction purposes. As previously noted, the groundwater in the Domenigoni Valley groundwater basin is outside this Court's jurisdiction when groundwater levels are below 1400 feet. This production is shown in Appendix A and production for the period 1966-2005 is shown in Appendix B.

Murrieta County Water District

Murrieta CWD serves an area in the vicinity of the town of Murrieta. In Water Year 2004-05, Murrieta CWD produced 2,098 acre feet of water from five wells as shown in the following tabulation and imported 75 acre feet as shown in Appendix A.

| Well Designation | Well Name | 2004-05 Production Acre Feet | Casing Depth Feet | Water Depth Feet | Well Depth Feet | Perforated Interval Feet |
|---|---|---|---|---|---|---|
| 7S/3W-20 | Clay | 826 | 101 | 252 – 350 | 940 | 330 – 350 370 – 470 680 – 790 830 – 900 |
| 7S/3W-20C9 | Holiday | 218 | 25 | 80 – 102 | 307 | 60 – 307 |
| 7S/3W-20G5 | House | 0 | 50 | 173 – 192 * | 298 | 120 – 252 |
| 7S/3W-17R2 | Lynch | 0 | 26 | 37 – 80 | 212 | 172 – 212 |
| 7S/3W-18J2 | North | 503 | 50 | 238 – 288 | 650 | 240 - 260 500 – 640 |
| 7S/3W-20D | South | 435 | 50 | 170 – 180 | 446 | 120 – 446 |
| 7S/3W-7M | Alson | 116 | 50 | 270 –310 | 416 | 106 – 416 |
| TOTAL | | 2,098 | | | | |

* Dry in 8/31/05 and 9/30/05

All of these wells are located in the Murrieta-Temecula Groundwater Area. Interlocutory Judgment No. 30 indicates the younger alluvium deposits in Murrieta Valley extend in various depths to a maximum of approximately 30 feet from the ground surface.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The Court noted that it was impossible, based on evidence available in 1962, to determine with exactness the depth of the younger alluvial deposits throughout the Valley. However, the Court did retain continuing jurisdiction so that subsequent findings could be made, if needed.  Older alluvial deposits are found below the younger alluvium.

Six of the seven Murrieta CWD wells are perforated at depths of 106 feet or more. One of the Murrieta CWD wells (Holiday) has perforations beginning at a depth of 60 feet. This depth is well below the maximum depth of younger alluvium found by the Court in 1962. In addition, water depths in the Holiday well ranged from 80 to 102 feet in 2004-05. Accordingly all of Murrieta CWD well production is from the older alluvium under a groundwater appropriative right.

Production for the period between 1966 and 2005 is shown in Appendix B.

Rainbow Municipal Water District

Rainbow MWD is located in San Diego County in the south-central part of the Watershed.  In recent years about ten percent of the District's imported supply is delivered to the portion of the District's service area inside the Watershed.  Most of the District is in the San Luis Rey River Watershed.  As shown in Appendix A, total deliveries of imported water in the Watershed in 2004-05 amounted to 1,610 acre feet.

Total imports to the District for years between 1966 and 2005 as well as the estimated portion served inside the Santa Margarita River Watershed, are shown in Appendix B.

Rancho California Water District

Rancho California WD serves water to a 99,600 acre service area in the central portion of the Watershed.  The District produced water from 47 wells in 2004-05 and also imported water, as shown in Appendix A.  Use is shown in Appendix A under the categories of agriculture, ag/domestic, commercial and domestic.  In Water Year 2004-05, well production of native water included 27,606 acre feet from the Murrieta-Temecula Groundwater Area.  This quantity included 26,470 acre feet from the older alluvium, and 1,136 acre feet of recovered Vail recharge.  Import supplies totaled 48,245 acre feet of which 28,429 acre feet were direct use, 16,504 acre feet were recharged, and 3,312 acre feet were discharged by Rancho California WD during 2004-05 pursuant to the CWRMA (3,259 acre feet to the Santa Margarita River from MWD WR-34 and 53 acre feet to Murrieta Creek from the System River Meter).  A portion of that import amounting to 1,074 acre feet were exported from the Santa Margarita River Watershed resulting in net import to the watershed of 47,171.  During 2004-05, use totaled 74,777 acre feet including 25,138 acre feet by agriculture; 4,961 acre feet by ag/domestic; 4,748 acre feet by commercial; 26,395 acre feet by domestic; 3,384 acre feet were released into Murrieta

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Creek, Temecula Creek, Santa Gertrudis Creek and the Santa Margarita River; 5,162 acre feet of import was recharged to storage; and 4,989 acre feet were system loss.

The District reclaimed and reused 4,284 acre feet of wastewater during the year, in addition to 941 acre feet obtained from Eastern MWD for reuse.

Rancho California WD produces groundwater under a variety of rights as follows:

1. Recovery of water appropriated at Vail Lake
2. Recovery of import return flows and recharged imported water
3. Groundwater appropriative rights
4. As agent on behalf of overlying landowners

Vail Appropriation

Rancho California WD's Vail Dam appropriative rights are described in Application No. 11518 as amended on June 17, 1947, and in Permit 7032. That right provides that the District may store up to 40,000 acre feet in Vail Reservoir each year between November 1 and April 30, subject to applicable limitations, and that the water so stored may be used for irrigation and domestic uses incidental to farming operations on 3,797 acres of land between May 1 and October 31. Such use may be by direct diversion from Vail Lake or by recovery with wells of water released from Vail and spread downstream in Pauba Valley.

The place of use for irrigation and domestic use is described as follows:

Sections 5, 6, 7 and 18; T8S, R1W
Sections 1, 10 through 21, 28 and 29; T8S, R2W
Sections 13 and 24; T8S, R3W.

In 1971, the Permit was amended to add recreational use at Vail Reservoir within Section 10, T8S, R1W.

No water was released from Vail during 2004-05 for groundwater recharge. Releases from Vail for groundwater recharge for the period 1980 to 2004 are shown in Appendix B.

Water use in the Permit 7032 service area is shown on Table 7.4. This use will be compared with well production from the younger alluvium in a later section of this report.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.4

*SANTA MARGARITA RIVER WATERSHED*
**RANCHO CALIFORNIA WATER DISTRICT**
**PERMIT 7032 AREA WATER USE**
2004-05

Quantities in Acre Feet

| MONTH YEAR | AG | COMM | AG/DOM | DOM | TOTAL |
|---|---|---|---|---|---|
| 2004 | | | | | |
| OCT | 45 | 28 | 78 | 125 | 276 |
| NOV | 10 | 12 | 25 | 65 | 112 |
| DEC | 10 | 12 | 26 | 48 | 96 |
| | | | | | |
| 2005 | | | | | |
| JAN | 8 | 10 | 20 | 46 | 84 |
| FEB | 9 | 11 | 12 | 43 | 75 |
| MAR | 6 | 11 | 9 | 40 | 66 |
| APR | 17 | 18 | 26 | 62 | 124 |
| MAY | 23 | 15 | 37 | 87 | 163 |
| JUNE | 44 | 31 | 133 | 125 | 332 |
| JULY | 52 | 32 | 154 | 142 | 380 |
| AUG | 51 | 33 | 133 | 150 | 367 |
| SEPT | 53 | 33 | 154 | 153 | 394 |
| | | | | | |
| TOTAL | 329 | 246 | 807 | 1,087 | 2,469 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Imported Water Return Flows

During 2004-05, Rancho California WD imported 28,429 acre feet of water for direct use compared to 43,936 acre feet in 2003-04.   Quantities of imported water delivered to the Rancho Division and the Santa Rosa Division are shown below for Water Years 2003-04 and 2004-05.

| Month | Rancho Division Imports | | Santa Rosa Division Net Imports | | Total Imports | |
|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2004 | 2005 | 2004 | 2005 |
| October | 2,031 | 1,480 | 2,123 | 1,251 | 4,154 | 2,731 |
| November | 512 | 215 | 561 | 189 | 1,073 | 404 |
| December | 456 | 228 | 548 | 287 | 1,004 | 515 |
| January | 993 | 0 | 994 | 0 | 1,987 | 0 |
| February | 353 | 0 | 310 | 0 | 663 | 0 |
| March | 1,178 | 3 | 1,156 | 2 | 2,334 | 5 |
| April | 1,679 | 798 | 1,453 | 754 | 3,132 | 1,552 |
| May | 2,828 | 1,205 | 2,808 | 1,132 | 5,636 | 2,337 |
| June | 2,744 | 1,947 | 2,483 | 1,704 | 5,227 | 3,651 |
| July | 3,666 | 3,168 | 3,361 | 2,802 | 7,027 | 5,970 |
| August | 3,125 | 3,072 | 2,893 | 2,800 | 6,108 | 5,872 |
| September | 2,822 | 2,763 | 2,859 | 2,629 | 5,681 | 5,392 |
| Total | 22,387 | 14,879 | 21,549 | 13,550 | 43,936 | 28,429 |

Return flows for 2004-05 based on imported water use in the Rancho Division and Santa Rosa Division are shown on Table 7.5 and on Table 7.6.

In those tables, imported water is allocated to agricultural, ag/domestic, commercial and domestic uses in each of eight hydrogeologic areas in the Rancho Division service area and three hydrogeologic areas in the Santa Rosa Division service area.   This allocation is the proportion of the total deliveries to each use that is made up of imported water.   In 2004-05, 56.08 percent of the supply to the Rancho Division was imported and 62.30 percent of the supply to the Santa Rosa Division was imported.

In general the Santa Rosa Division does not overlie the groundwater area. However there are several areas classified as being in the Santa Rosa Division that do overlie the groundwater area and generate return flows from imported supplies.   Data from most of these lands have been reported since December 1991.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.5

## *SANTA MARGARITA RIVER WATERSHED*
## RANCHO CALIFORNIA WATER DISTRICT
## RETURN FLOW CREDIT
### 2004-05
### RANCHO DIVISION
Quantities in Acre Feet

HYDROGEOLOGIC AREAS

| | 0 NO HYDRO-GEO CODE | 1 MURRIETA WOLF 1/2 QYAL 1/2 QTOAL | 2 SANTA GERTRUDIS QYAL | 3 LOWER MESA QTOAL | 4 PAUBA QYAL | 5 SOUTH MESA QTOAL | 6 UPPER MESA QTOAL | 7 PALOMAR QTOAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **AGRICULTURAL \*** | | | | | | | | | |
| Total Use | 870.20 | 598.49 | 631.96 | 2,504.92 | 353.95 | 678.10 | 648.47 | 703.29 | 6,989.37 |
| % Import | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | |
| Import Use | 488.04 | 335.65 | 354.43 | 1,404.84 | 198.50 | 380.30 | 363.68 | 394.43 | 3,919.87 |
| % Credit | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | |
| Credit | 122.01 | 83.91 | 88.61 | 351.21 | 49.63 | 95.07 | 90.92 | 98.61 | 979.97 |
| **AG/DOMESTIC** | | | | | | | | | |
| Total Use | 512.74 | 36.97 | 0.00 | 22.16 | 657.99 | 32.41 | 428.19 | 165.03 | 1,855.49 |
| % Import | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | |
| Import Use | 287.56 | 20.73 | 0.00 | 12.43 | 369.02 | 18.18 | 240.14 | 92.56 | 1,040.62 |
| % Credit | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | |
| Credit | 71.89 | 5.18 | 0.00 | 3.11 | 92.26 | 4.54 | 60.04 | 23.14 | 260.15 |
| **COMMERCIAL** | | | | | | | | | |
| Total Use | 243.19 | 1,314.02 | 907.73 | 1,009.24 | 185.29 | 216.88 | 140.67 | 6.01 | 4,023.04 |
| % Import | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | |
| Import Use | 136.39 | 736.95 | 509.08 | 566.02 | 103.92 | 121.63 | 78.89 | 3.37 | 2,256.25 |
| % Credit | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | |
| Credit | 13.64 | 73.69 | 50.91 | 56.60 | 10.39 | 12.16 | 7.89 | 0.34 | 225.63 |
| **DOMESTIC** | | | | | | | | | |
| Total Use | 1,019.46 | 1,845.10 | 2,152.98 | 11,535.45 | 581.50 | 3,470.22 | 1,422.01 | 449.90 | 22,476.62 |
| % Import | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | 56.08 | |
| Import Use | 571.75 | 1,034.79 | 1,207.46 | 6,469.46 | 326.12 | 1,946.22 | 797.51 | 252.32 | 12,605.63 |
| % Credit | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | |
| Credit | 142.94 | 258.70 | 301.87 | 1,617.37 | 81.53 | 486.55 | 199.38 | 63.08 | 3,151.41 |
| **TOTAL USE** | 2,645.59 | 3,794.58 | 3,692.67 | 15,071.77 | 1,778.73 | 4,397.61 | 2,639.33 | 1,324.23 | 35,344.52 |
| **TOTAL** | | | | | | | | | |
| Total Import Use | 1,483.73 | 2,128.13 | 2,070.97 | 8,452.75 | 997.57 | 2,466.32 | 1,480.22 | 742.67 | 19,822.37 |
| Total Credit | 350.47 \*\* | 421.49 | 441.38 | 2,028.28 | 233.80 | 598.34 | 358.22 | 185.16 | 4,617.15 |
| Total Credit Qyal | | 210.74 | 441.38 | | 233.80 | | | | 885.93 |
| Total Credit Qtoal | | 210.74 | | 2,028.28 | | 598.34 | 358.22 | 185.16 | 3,380.75 |

\* Includes golf course and landscape irrigation
\*\* This credit not applied to either Qyal or Qtoal

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.6

*SANTA MARGARITA RIVER WATERSHED*
**RANCHO CALIFORNIA WATER DISTRICT**
**RETURN FLOW CREDIT**
2004-05
**SANTA ROSA DIVISION**
Quantities in Acre Feet

HYDROGEOLOGIC AREAS

|  | 1 MURRIETA WOLF 1/2 QYAL 1/2 QTOAL | 3 LOWER MESA QTOAL | 8 RTS 279, 280 & 285 1/4 QYAL 3/4 QTOAL | TOTAL |
|---|---|---|---|---|
| **AGRICULTURAL \*** | | | | |
| Total Use | 0.00 | 0.00 | 507.22 | 507.22 |
| % Import | 62.30 | 62.30 | 62.30 | |
| Import Use | 0.00 | 0.00 | 316.01 | 316.01 |
| % Credit | 25.00 | 25.00 | 25.00 | |
| Credit | 0.00 | 0.00 | 79.00 | 79.00 |
| **AG/DOMESTIC** | | | | |
| Total Use | 0.00 | 0.00 | 0.00 | 0.00 |
| % Import | 62.30 | 62.30 | 62.30 | |
| Import Use | 0.00 | 0.00 | 0.00 | 0.00 |
| % Credit | 25.00 | 25.00 | 25.00 | |
| Credit | 0.00 | 0.00 | 0.00 | 0.00 |
| **COMMERCIAL** | | | | |
| Total Use | 2.05 | 0.00 | 566.32 | 568.37 |
| % Import | 62.30 | 62.30 | 62.30 | |
| Import Use | 1.28 | 0.00 | 352.83 | 354.11 |
| % Credit | 10.00 | 10.00 | 10.00 | |
| Credit | 0.13 | 0.00 | 35.28 | 35.41 |
| **DOMESTIC** | | | | |
| Total Use | 0.00 | 0.00 | 1,323.02 | 1,323.02 |
| % Import | 62.30 | 62.30 | 62.30 | |
| Import Use | 0.00 | 0.00 | 824.27 | 824.27 |
| % Credit | 25.00 | 25.00 | 25.00 | |
| Credit | 0.00 | 0.00 | 206.07 | 206.07 |
| **TOTAL USE** | 2.05 | 0.00 | 2,396.56 | 2,398.62 |
| **TOTAL** | | | | |
| Total Import Use | 1.28 | 0.00 | 1,493.11 | 1,494.39 |
| Total Credit | 0.13 | 0.00 | 320.35 | 320.48 |
| Total Credit Qyal | 0.06 | | 80.09 | 80.15 |
| Total Credit Qtoal | 0.06 | 0.00 | 240.27 | 240.33 |

\* Includes golf course and landscape irrigation

63

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The percentage of imported water that becomes return flow varies according to the use as follows:

| | |
|---|---|
| Agricultural Use | 25% |
| Ag/Domestic Use | 25% |
| Commercial Use | 10% |
| Domestic Use | 25% |

Based on the foregoing factors, the return flow credit for 2004-05 is computed to be 4,617.15 acre feet for the Rancho Division and 320.48 acre feet for the Santa Rosa Division, as shown on Tables 7.5 and 7.6 respectively.

Some of the hydrogeologic areas overlie older alluvium and some overlie younger alluvium. Comparison of exposures of younger alluvium with maps of the District's hydrogeologic areas indicates that the Santa Gertrudis, Pauba and half of the Murrieta-Wolf areas overlie younger alluvium. The area of the Santa Rosa Division that overlies the groundwater area is one-fourth in the younger alluvium and three-fourths in the older alluvium. Import return flows in these areas can be credited against pumping from the younger alluvium. These credits for 2004-05 are 885.93 acre feet for the Rancho Division and 80.15 acre feet for the Santa Rosa Division, as shown on Tables 7.5 and 7.6 respectively.

Rancho California WD imported an additional 16,504 acre feet of water for groundwater recharge in 2004-05, of which 11,342 acre feet were recovered.

Division of Local Water

During 2004-05, Rancho California WD pumped 38,948 acre feet of groundwater, comprised of 27,606 acre feet of local water and 11,342 acre feet of recovered imported water. Some of this water was pumped from the younger alluvium and some from the older alluvium. The Court determined that water in both the younger alluvium and older alluvium adds to, contributes to and supports the Santa Margarita River stream system. The primary reason for differentiating between younger alluvium and older alluvium production is that, in California, production from the younger alluvium is generally considered to be governed by water rights that apply to the regulation of surface waters. Production from the older alluvium is generally considered to be governed by regulations that apply to groundwater.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

During joint development of a groundwater model of the area it was necessary to develop estimates of the transmissivity for each aquifer. These estimates were based on pumping tests. The resulting transmissivity values were then used to estimate the relative groundwater production from each aquifer. For Rancho California WD wells, the percent production estimated to originate in the younger alluvium is shown in Table 7.7.

Production from the younger alluvium and older alluvium for 2004-05 using the percentages noted in Table 7.7 is presented in Table 7.8. It may be noted that 12,478 acre feet were pumped from the younger alluvium and 26,470 acre feet were pumped from the older alluvium in 2004-05.

The production of 12,478 acre feet from the younger alluvium, as shown on Table 7.8 includes recovery of 1,136 acre feet of Vail recharge and 11,342 acre feet of import recharge. The recovered Vail recharge was used for authorized uses in the Permit 7032 service area as shown in Table 7.4. Although there were no Vail releases to groundwater storage in 2004-05 there is sufficient unrecovered recharge from prior years to offset the use of 1,136 acre feet in 2004-05. Rancho California WD imported 16,504 acre feet of water in 2004-05 for direct recharge of which 11,342 acre feet were recovered leaving 5,162 acre feet as unrecovered direct recharge.

Imported water carryover to 2004-05 includes the following:

|   |   | AF |
|---|---|---|
| 1. | Carryover from 2003-04 | 27,227 |
| 2. | Unrecovered direct recharge in 2004-05 | 5,162 |
| 3. | Import Return Flow Credit for 2004-05 | 966 |
| 4. | Total Carryover to 2005-06 | 33,355 |

Thus, there was no unauthorized use under Permit 7032 in 2004-05 and 33,355 acre feet of imported supplies remain available to offset younger alluvium production in future years.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.7

### SANTA MARGARITA RIVER WATERSHED
## PERCENT PRODUCTION FROM YOUNGER ALLUVIUM IN
## RANCHO CALIFORNIA WATER DISTRICT WELLS

| RCWD WELL NO. | LOCATION TOWNSHIP/ RANGE/ SECTION | SEAL DEPTH FEET | PERFORATED INTERVAL FEET | DEPTH YOUNGER ALLUVIUM FEET | PERCENT YOUNGER ALLUVIUM % | | REMARKS |
|---|---|---|---|---|---|---|---|
| 106 | 7S/3W-26R1 | 55 | 130-210; 250-310; 340-440; 700-740; 780-980 | 0 | 0.0% | Murrieta | No. 108 Winchester, clay 0'-40' |
| 107 | 7S/3W-26J1 | 55 | 60-120; 190-260; 280-300; 390-590 | 58 | 0.0% | Murrieta | No. 105 - gravel & clay 58'-84' |
| 108 | 7S/3W-25E1 | | 60-110; 190-280; 350-410; 430-450; 470-490; | 55 | 0.0% | Murrieta | Formerly No. 109 gravel/sandy clay 55'-70' |
| 109 | 8S/2W-17J1 | 52 | 70-150; 170-210 | 75 | 84.0% | | Brown clay and gravel 75' to 105' |
| 110 | 8S/1W-6K1 | 54 | 75-155 | 165 | 97.0% | | Clay 165'-190'. Prior to 10/23/97 perf int. 70-150; 200-240; 320-380; 420- |
| 113 | 7S/2W-25H1 | 52 | 96-136; 275-462; 482- | Shallow | 0.0% | | |
| 116 | 8S/1W-6J | Unknown | 60-120; 140-200; 220-260; 270-330; 370-390 | 150 | 94.0% | | Clay 150'-170' |
| 119 | 8S/2W-19J | 55 | 170-260; 300-470 | | 0.0% | Wolf Valley | Perforated below 170' |
| 123 | 8S/1W-7B | 55 | 100-260; 300-380; 420- | 135 | 65.0% | | Brown Sand Clay 135'-210' |
| 129 | 7S/2W-20L | Unknown | 180-290; 416-480; 520-600 | Shallow | 0.0% | Santa Gertrudis | Qyal very shallow along Santa Gertrudis Creek |
| 132 | 8S/1W-7D | 55 | 70-390; 430-500 | 135 | 82.0% | | Brown Clay Streaks 135'-175' |
| 135 | 7S/3W-27M10 | 55 | 120-170 | 50 | 0.0% | Murrieta Valley | Silty clay  50'-69' |
| 141 | 8S/2W-11P | 55 | 120-190; 215-235; 270-380; 430-510 | 104 | 0.0% | | Silt & sand 104'-185'; Well 11L1 is 112' |
| 144 | 7S/3W-27D | 55 | 983-1123; 1143-1283; 1343-1483; 1503-1743 | 25 | 0.0% | Murrieta Valley | Sand with silty clay 25'-45' |
| 146 | 7S/3W-28 | 50 | 50-190 | 42 | 0.0% | Murrieta | |
| 152 | 8S/1W-5K | 50 | 70-470; 490-540 | 130 | 90.8% | | Forebay |
| 153 | 8S/1W-5K3 | 50 | 50-220 | 170 | 99.0% | | Forebay |
| 157 | 8S/1W-5L | 50 | 50-210 | 128 | 96.8% | | Forebay |
| 158 | 8S/1W-5K | 50 | 50-210 | 100 | 96.5% | | Forebay |
| 205 | 7S/3W-35A | 50 | 150-1000 | 10 | 0.0% | Santa Gertrudis/ | Sandy clay 10'-20' |
| 210 | 8S/2W-12K | None | 48-228 | 140 | 94.0% | | Clay cobblestones 160'-167', 175'- |
| 218 | 8S/2W-20B5 | 27 | 48-289 | 40 | 0.0% | | Old 28; clay with sand layer 40'-60'; now monitoring wells 427, 428 and |
| 466 | 8S/3W-1P2 | Unknown | 106-822 | 49 | 0.0% | Long Canyon | Old 219, Cantarini, hard clay 49'-60' |
| 220 | 7S/3W-26Q1 | 34 | 114-450 | 58 | 0.0% | | Clay 58' - 73' |
| 487 | 8S/2W-12K1 | Unknown | 50-100; 100-140 | 140 | 100.0% | | Old 221, JK, Exh. 16, Monitoring well since 1983 |
| 223 | 8S/2W-20C1 | Unknown | 48-250 | 60 | 94.0% | Wolf Valley | CAT Well; east of Wildomar Fault; nearby Exh 16 wells 17Q @62' & 17M @55' are also east of Wildomar |
| 224 | 8S/2W-15D | Unknown | 48-250 | 106 | 68.0% | | Old Well 50, clay 106'-138' |
| 230 | 8S/2W-11J1 | Unknown | 24-31; 32.5-34; 35-40; 61-65; 70-76; 80-85; 86.5-91; 92.5-98.5 | >119 | 100.0% | | Old Well 30, depth of well is 119' |
| 231 | 8S/2W-20B6 | 55 | 80-120; 150-270 | 35 | 0.0% | | Old 104, P-34, Clay 20'-23'; 35'-41'; East of Wildomar Fault |
| 232 | 8S/2W-11J3 | 51 | 95-135; 175-215; 235-295 | 135 | 92.0% | | Old 111, 105, P-31; coarse sand & clay 135' - 155' |
| 233 | 8S/2W-12K2 | 51 | 95-135; 175-215; 235- | 145 | 88.0% | | Old 112, P32; sand and clay at 145'- |
| 234 | 8S/2W-11P1 | 52 | 80-100; 120-140; 200-240; 280-320; 340-400 | 125 | 74.0% | | Brown Clay at 125'; sand and clay at 125'-140' |
| 235 | 8S/3W-1Q1 | 55 | Unknown | Shallow | 0.0% | Long Canyon | |
| 240 | 8S/2W-11L1 | Unknown | 48-298 | 112 | 86.0% | | Old Well No. 40; clay 112'-136' |
| 301 | 7S/3W-18Q1 | 93 | 140-280; 280-520; 540- | 26 | 0.0% | Murrieta | Old JR1; blue clay 26'-32' |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.8

### SANTA MARGARITA RIVER WATERSHED
### RANCHO CALIFORNIA WATER DISTRICT
### WELL PRODUCTION FROM YOUNGER AND OLDER ALLUVIUM
2004-05
Quantities in Acre Feet

| WELL NO. | QYAL | QTOAL | TOTAL |
|---|---|---|---|
| 101 | 0.00 | 410.00 | 410.00 |
| 102 | 0.00 | 214.00 | 214.00 |
| 106 | 0.00 | 295.00 | 295.00 |
| 108 | 0.00 | 181.00 | 181.00 |
| 109 | 300.72 | 57.28 | 358.00 |
| 110 | 1,455.00 | 45.00 | 1,500.00 |
| 113 | 0.00 | 567.00 | 567.00 |
| 118 | 0.00 | 1,257.00 | 1,257.00 |
| 119 | 0.00 | 1,276.00 | 1,276.00 |
| 120 | 0.00 | 1,121.00 | 1,121.00 |
| 121 | 0.00 | 0.00 | 0.00 |
| 122 | 0.00 | 1,260.00 | 1,260.00 |
| 123 | 92.95 | 50.05 | 143.00 |
| 124 | 0.00 | 602.00 | 602.00 |
| 125 | 0.00 | 1,209.00 | 1,209.00 |
| 126 | 0.00 | 1,404.00 | 1,404.00 |
| 128 | 0.00 | 1,597.00 | 1,597.00 |
| 129 | 0.00 | 0.00 | 0.00 |
| 130 | 0.00 | 464.00 | 464.00 |
| 131 | 0.00 | 564.00 | 564.00 |
| 132 | 710.94 | 156.06 | 867.00 |
| 133 | 0.00 | 794.00 | 794.00 |
| 135 | 0.00 | 21.00 | 21.00 |
| 138 | 0.00 | 1,662.00 | 1,662.00 |
| 139 | 0.00 | 831.00 | 831.00 |
| 140 | 0.00 | 177.00 | 177.00 |
| 141 | 0.00 | 453.00 | 453.00 |
| 143 | 0.00 | 420.00 | 420.00 |
| 144 | 0.00 | 363.00 | 363.00 |
| 145 | 0.00 | 723.00 | 723.00 |
| 146 | 0.00 | 5.00 | 5.00 |
| 149 | 0.00 | 330.00 | 330.00 |
| 151 | 0.00 | 0.00 | 0.00 |
| 152 | 2,493.37 | 252.63 | 2,746.00 |
| 153 | 2,148.30 | 21.70 | 2,170.00 |
| 155 | 0.00 | 177.00 | 177.00 |
| 157 | 1,654.31 | 54.69 | 1,709.00 |
| 158 | 1,487.07 | 53.93 | 1,541.00 |
| 201 | 0.00 | 0.00 | 0.00 |
| 203 | 0.00 | 183.00 | 183.00 |
| 205 | 0.00 | 1,597.00 | 1,597.00 |
| 207 | 0.00 | 0.00 | 0.00 |
| 208 | 0.00 | 0.00 | 0.00 |
| 209 | 0.00 | 0.00 | 0.00 |
| 210 | 97.76 | 6.24 | 104.00 |
| 211 | 0.00 | 0.00 | 0.00 |
| 215 | 0.00 | 13.00 | 13.00 |
| 216 | 0.00 | 805.00 | 805.00 |
| 217 | 0.00 | 774.00 | 774.00 |
| 231 | 0.00 | 367.00 | 367.00 |
| 232 | 561.20 | 48.80 | 610.00 |
| 233 | 989.12 | 134.88 | 1,124.00 |
| 234 | 487.66 | 171.34 | 659.00 |
| 235 | 0.00 | 894.00 | 894.00 |
| 301 | 0.00 | 0.00 | 0.00 |
| 302 | 0.00 | 0.00 | 0.00 |
| 309 | 0.00 | 2,407.00 | 2,407.00 |
| TOTAL | 12,478.40 | 26,469.61 | 38,948.00 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

<u>Western Municipal Water District</u>

Western MWD wholesales imported water to Rancho California WD and also serves water to its Improvement District A near the southern boundary of Riverside County along I-15 freeway. Deliveries to Rancho California WD are included under Rancho California WD.

In Water Year 2004-05, imports to Improvement District A amounted to approximately 62 acre feet as shown in Appendix Table A-10.

Deliveries to Improvement District A through turnout WR-13 for the period 1966 to 2005 are shown in Table 5.4 and Appendix Table B-11.

<u>U. S. Marine Corps - Camp Pendleton</u>

Camp Pendleton is located on the coastal side of the Santa Margarita River Watershed. Water is provided by 15 wells that produced 6,219 acre feet in Water Year 2004-05. This production is from the younger alluvium and is based on riparian and appropriative rights. Of this quantity, 3,571 acre feet were exported to areas of the Base outside the Watershed as shown in Appendix A.

As a result of the Regional Board's Cease and Desist Order (CDO) No. 94-52 and the Consent Decree in Case No. 02-CV-0499 IEG (AJB) in the Federal District Court for the Southern District of California, Camp Pendleton temporarily exports its wastewater effluent to the Oceanside Outfall under NPDES Permit No. CA0109347. This will continue until completion of its new wastewater treatment facilities and receipt of all necessary approvals. Accordingly, in the water year 2004-05 2,758 acre feet of wastewater was exported by Camp Pendleton to the Oceanside Outfall.

Production and estimated use inside and outside the Watershed, as well as wastewater returns, are shown in Appendix B for the period 1966-2005.

In addition to the operations at Camp Pendleton involving diversions from the Santa Margarita River, water is also imported by the Naval Weapons Station (NWS). The NWS occupies about 9,148 acres in the northeastern part of Camp Pendleton. Since 1969 the NWS has relied on imported water delivered via Fallbrook PUD for its supply. Wastewater is exported from the NWS and the Watershed via an outfall line also used by the Fallbrook Public Utility District. In 2004-05, 40 acre feet were imported of which 16 acre feet of wastewater were exported, as shown in Appendix A. Imports and use between 1966 and 2005 are shown in Appendix B.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

7.3    Indian Reservations

Water use information about the Cahuilla, Pechanga and Ramona Indian Reservations in the Watershed is described in the following sections:

Cahuilla Indian Reservation

In general, domestic water use on the Cahuilla Indian Reservation is not measured, however reports indicate that 300 people reside on the Reservation. These residents use water primarily for domestic purposes as well as for livestock watering and grazing. Annual domestic water use, based on 125 gallons per capita per day, amounts to a total annual use of about 42 acre feet from wells listed in Appendix C.

The foregoing estimate is for total domestic water use on the Reservation. A portion of this use may not be under Court jurisdiction, but the estimate will be used until individual well production quantities are available to allow determination of the portion under Court jurisdiction. The estimated domestic use is included on Table 4.1 under water purveyor production.

An additional 5 acre feet were put to commercial use at a casino. This water was pumped from well 7S/2E-26B3 that overlies basement complex and is outside court jurisdiction.

Under federal law, production from groundwaters within the lands of the Cahuilla Indian Reservation in either the younger or older alluvial deposits which are a part of the shallow aquifer of the Anza Ground Water Area or which are part of the Cahuilla Ground Water Basin can be considered to be under a federal reserved right, in accordance with Interlocutory Judgment No. 41 which provides as follows in Order No. 3:

> IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River which under natural conditions would be physically available on the Cahuilla Indian Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with priority dates of December 27, 1875, for lands transferred by the Executive Order of that date; March 14, 1887, for lands transferred by the Executive Order of that date; December 29, 1891, for lands transferred by the Executive Order of that date.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Pechanga Indian Reservation

During 2004-05, water well production by the Pechanga Water System amounted to 608 acre feet, as shown in Appendix A, Table A-10. Information about system wells is shown in the following tabulation:

| Well Designation 8S/2W | Name | Water Depth Feet | Well Depth Feet | Perf. Interval Feet |
|---|---|---|---|---|
| 28R1 | Ball Park | 74.15 | 1,000 | 126 - 996 |
| 29A2 | New Kelsey | 107.47 | 425 | 105 - 415 |
| 29B10 | Eduardo | 189.27 | 697 | 437 - 687 |
| 29B11 | Eagle III | 86.40 | 645 | 275 - 635 |
| 29F3 | New Stevenson | 65.36 | 247 | 100 – 240 |
| 29J3 | South Boundary | 113.08 | 350 | 150 - 340 |

The wells listed above are in areas of younger alluvium at ground surface. The depth of the younger alluvium in Wolf Valley was estimated by representatives of Rancho California WD and the United States for Rancho California WD Wells No. 117 (8S/2W-20E) and No. 119 (8S/2W-19J) to be in the range of 120 to 170 feet in depth. Thus, based on available well construction data, some of the production is from the younger alluvium and some from the older alluvium. Under state law production from the wells that originate in the older alluvium can be considered to be under a groundwater appropriative right or an overlying right, depending on the circumstances at each well.

Under federal law, production from groundwaters that originate in either younger or older alluvium within the Murrieta-Temecula Ground Water Area can be considered to be under a federal reserved right, in accordance with Interlocutory Judgment No. 41 which provides as follows in Order No. 7:

> IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Pechanga Indian Reservation, including rights to the use of ground waters sufficient for the present and future needs of the Indians residing thereon with priority dates of June 27, 1882, for those lands established by the Executive Order of that date; January 9, 1907, for those lands transferred by the Executive Order of that date; August 29, 1893, for those lands added to the Reservation by Patent on that date; and May 25, 1931, for those lands added to the Reservation by Patent of that date.

Production for the Pechanga Water System for Water Years 1991- 2005 is shown on Appendix Table B-11.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Ramona Indian Reservation

The Ramona Indian Reservation occupies 560 acres of land of which 321 acres are inside the Watershed.   The Ramona Reservation has no reported water use or residents.

Under federal law, production from groundwaters contained in shallow aquifer of the Anza Ground Water Basin overlain by lands of the Ramona Indian Reservation within the watershed of the Santa Margarita River can be considered to be under a federal reserved right, in accordance with Interlocutory Judgment No. 41 that provides as follows in Order No. 1:

> IT IS ORDERED, ADJUDGED AND DECREED that the United States of America when it established the Ramona Indian Reservation intended to reserve and did reserve rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with a priority date of December 29, 1891.

7.4     Small Water Systems

There are a number of mobile home parks in the Watershed.   These range from relatively permanent structures, to those catering to recreational vehicles and campgrounds.   Water production from wells is shown in Appendix A, Table A-10 for Butterfield Oaks Mobile Home Park, Hawthorn Water System, Outdoor Resorts Rancho California, Inc., and Jojoba Hills SKP Resort.   Data for previous water years is shown on Appendix Table B-11.

7.5     Irrigation Water Use

Estimated water production reported by substantial users for irrigation in the Santa Margarita River Watershed is shown on Table 7.1 to be 4,674 acre feet.   This quantity includes 4,165 acre feet of well production and 509 acre feet of surface diversion as shown in Appendix C.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 8 - UNAUTHORIZED WATER USE

8.1    General

From time to time there are complaints of unauthorized water uses of various types in the Watershed.  Such complaints are investigated when they are brought to the attention of the Watermaster.   The status of the current list of unauthorized uses is described as follows:

8.2    Unauthorized Small Storage Ponds

Many small dams and reservoirs have been constructed on streams in the Watershed.  The legal basis for these ponds is described in the 1988-89 Watermaster Report.  Basically, the Court has held that storage of water in ponds less than 10 acre feet in capacity and used for stock watering is a valid use of riparian water.  The Court has also held that:

The temporary or non-seasonal impoundment by riparian owners for the purpose of providing a head for irrigation or for the purpose of temporarily accumulating sufficient water to make possible efficient irrigation is a proper riparian use of water.

Criteria for determining non-seasonal storage of irrigation water have yet to be developed.

8.3    Rancho California Water District Water Use

A number of unauthorized water use issues raised by the United States were settled with the completion of a Cooperative Water Resource Management Agreement (CWRMA) between the United States on behalf of Camp Pendleton, and Rancho California Water District.

Although the CWRMA provides that the United States withdraw its protest of Rancho California WD's application to the State Water Resources Control Board to change the place of use, type of use and re-diversion facilities in Permit 7032, protests by U. S. Fish and Wildlife Service, the U. S. Bureau of Indian Affairs and the California Sportfishing Alliance have not been resolved.

73

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

8.4   Cahuilla Band Request for Moratorium

On April 20, 2005, the Cahuilla Band of Indians published the following notice requesting a moratorium on increased water use in the Anza/Cahuilla/Terwilliger Valley area:

To whom it may concern:

Notice is hereby given to all water users, potential water users, and other interested parties in the Anza/Cahuilla/Tewilliger (sic) Valley that the Cahuilla Band of Indians possesses an Aboriginal and Senior reserved water right in the above mentioned valley. The Cahuilla Band has determined that increasing water use by non-Indians threatens the Cahuilla Band's reserved water rights. Therefore, the Cahuilla Band is notifying all interested parties and all present and potential water users that any increased use above present amounts or uses infringes on the Band's reserved right.

The Cahuilla Band further requests a moratorium on increased use until this issue can be resolved with all water users and interested parties in the above mentioned valley. The Cahuilla Band is fully prepared to take all necessary steps to enforce this moratorium and its reserved water rights.

Nothing in this notice shall be deemed or construed as a waiver of any of the rights of the Cahuilla Band of Indians, including the right to take alternate or different positions in the future as to any matter. Should you require more information please contact the Cahuilla Band of Indians through its Chairperson, Jerome Salgado, Sr.

The notice was published in the local newspapers as well as sent to County officials, local water districts and businesses, nearby Indian Bands, the California State Department of Water Resources and the Watermaster.

Following receipt of the notice, a meeting was held with representatives of the Cahuilla Band to discuss the request.  On July 20, 2005, a letter was sent to the Cahuilla Band suggesting that certain information would be useful for the Court to consider the request, including:

1. The basis for the Band's determination that increasing water use threatens the Cahuilla Band's reserved rights;
2. A description of lands to be included in the requested moratorium;
3. A description of the existing users, uses and amounts not impacted by the moratorium;
4. A plan for enforcing the moratorium;
5. The current status of discussions with non-Indian water users to resolve this issue.

Cahuilla Band representatives have indicated they are developing the suggested information.

8.5    Exportation of Treated Wastewater Derived from Native Waters

Camp Pendleton has renewed its prior complaint asserting that the exportation of treated wastewater, the source of which is the native waters of the Santa Margarita River System, without an appropriative right as the legal basis for such importation is unauthorized water use.  The exporters of treated wastewater do not agree with this assertion.  At the request of Camp Pendleton, the Watermaster will review this issue.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 9 - THREATS TO WATER SUPPLY

### 9.1   General

General threats to the long-term water supply in the Santa Margarita River Watershed, which have been described in previous Watermaster Reports, are as follows:

1.   High nitrate concentrations in Rainbow Creek and in Anza Valley.

2.   Potential overdraft conditions at various locations in the Watershed.

3.   Potentially adverse salt balance conditions in the upper Santa Margarita River area.

### 9.2   High Nitrate Concentrations

In past years, high concentrations of nitrate have been measured in Anza Valley and on Rainbow Creek.  Conditions in Anza Valley were generally described in the 1993-94 report.

During the 2004-05 year the Riverside County Department of Health Services was contacted to obtain water quality and related data for wells constructed in the Anza Valley and arrangements were made to obtain such data in 2005-06.

In 1999 the Regional Water Quality Control Board began preparation of a Total Maximum Daily Load (TMDL) plan for Rainbow Creek.  In the draft TMDL the Regional Board concluded that the observed concentrations on nitrate were far in excess of 1.0 mg/l, a goal for nitrate that may be computed using a ratio of 10 parts nitrogen to one part phosphorous and the desired Basin Plan goal of 0.1 mg/l phosphorous.  The draft TMDL further reports that the concentrations that exceed the Basin Plan goals for biostimulatory substances have caused excessive algae growth at various locations along Rainbow Creek.

The draft TMDL calls for a 28% reduction in nitrogen and phosphorous loads to meet drinking water standards for nitrate (10 mg/l as nitrogen) within four years after the TMDL is approved by the EPA.  Thereafter the load allocations are to be reduced by 10% every four years until biostimulatory goals are met.

Meeting the initial 28% reduction will require loading reduction of 70 – 80% for commercial nurseries, irrigated agricultural lands, residential land uses and septic tanks.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The draft TMDL also requires the County of San Diego to develop and implement a watershed management plan for nutrients. This plan is to describe measures to achieve the necessary reductions. The County will also be responsible for investigating groundwater and septic tank conditions.

On February 9, 2005, the Regional Board adopted a Resolution to Amend the Water Quality Control Plan for Total Nitrogen and Total Phosphorus Total Maximum Loads for Rainbow Creek. Subsequently in 2004-05 the TMDL was forwarded to the State Water Resources Control Board for their approval.

9.3    Potential Overdraft Conditions

Previous Watermaster reports have noted concerns about overdraft conditions in Anza Valley and in the Murrieta-Temecula area. The 1989-90 Watermaster Report described a water supply study, conducted by a consultant to Riverside County, which concluded that Anza Valley water use in 1986 was approximately equal to the perennial yield and that as of 1986 useable groundwater in storage approximated 56,000 acre feet. No further studies relative to groundwater use in Anza Valley are available. Historical measurements of groundwater levels for Anza Mutual Water Company's Well No. 1 (7S/3E-21G1) located in Anza Valley are plotted in this Report on Figure 4.4. It can be noted that the water level in October 2004 is within the general range observed since the early 1970's.

No recent published studies of safe yield are available for the Murrieta-Temecula area. Groundwater resources in much of the area are being managed by Rancho California WD. The District prepares an annual groundwater production program with the goal of developing the maximum perennial yield from the basin. The District monitors water levels and well production in each of several hydrogeologic subareas. Each year that data, combined with other information including water quality, natural and artificial recharge, pump settings, and well construction factors, are used to develop a recommended production program. Production rates are commonly lowered in subareas where water levels have declined over several years, and production rates are increased in areas where decline has not occurred. As a final check the recommended production rates are checked using the latest version of the Rancho California WD groundwater model.

In addition, Rancho California WD in cooperation with Camp Pendleton is in the process of refining a multi-level groundwater monitoring network, pursuant to the Cooperative Water Resource Management Agreement. The purpose of the network is to develop data for use in assessing safe yield operations.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Groundwater level data for three wells in the Murrieta-Temecula Groundwater Area are included in this report as Figures 4.1, 4.3 and 4.5. Water levels in the Windmill Well (8S/2W-12H1) located at the eastern part of Pauba Valley rose 4.3 feet in 2004-05. Water levels in Well 7S/3W-20C9 in the Murrieta CWD area had no change from last year. Well 8S/2W-29G1 on the Pechanga Indian Reservation in Wolf Valley became dry at the end of 2003-04. The declining water levels in Well 8S/2W-29G1 appear to be attributed to recent relatively dry hydrologic conditions and pumping of production wells on the Reservation, in particular the nearby New Kelsey Well. As can be seen from the long-term hydrographs, the foregoing groundwater levels in Rancho California WD and MCWD areas are at the low end of the broad range of groundwater levels experienced in recent years. To allow continued monitoring of water levels on the Reservation, Well No. 29G1 is being replaced with Well No. 8S/2W-29B9 which declined 13.4 feet.

9.4    Salt Balance

A key issue in management of a groundwater basin is potential build up of salts from imported water supplies. Such a build-up could decrease the usability of waters in a basin. Consideration must be given to measures that allow export of salts from a basin to offset the salt load in water entering the groundwater basin.

During 2004-05, Eastern MWD exported 2,690 acre feet of treated wastewater from the watershed for reuse. An additional 8,986 acre feet were exported for operational reasons. At an average total dissolved solids concentration of 650 mg/l there is approximately 1,768 pounds of salt in every acre foot of wastewater. Thus in 2004-05, approximately 10,322 tons of salt were exported by Eastern MWD.

In addition to export of treated wastewater, the salt balances of the Murrieta-Temecula groundwater area and the lower Santa Margarita River groundwater area are affected by discharges from wells into Murrieta Creek, Temecula Creek and Santa Gertrudis Creek. In 2004-05 wells discharged 72 acre feet, as shown below, together with estimated total dissolved solids in the water.

| Well No. | Release Acre Feet | TDS mg/l | Sample Date |
|---|---|---|---|
| 101 | 8 | 440 | 8/09/05 |
| 102 | 2 | 700 | 6/20/95 |
| 108 | 4 | 350 | 5/16/00 |
| 109 | 5 | 970 | 6/19/03 |
| 118 | 52 | 580 | 11/08/02 |
| 135 | 1 | 1260 | 9/17/97 |
| Total | 72 | | |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 10 - WATER QUALITY

10.1   Surface Water Quality

The USGS collected continuous water quality measurements for dissolved oxygen, pH, specific conductance and temperature at the Santa Margarita River gaging stations near Temecula during 2004-05. Data collected at the station are published by the USGS in its annual Water Resource Data report. The highest average daily high and the lowest average daily low for each parameter for each month are shown in Table 10.1 for months in water year 2005.

The USGS also sampled two locations on Cahuilla Creek and one location at an unnamed tributary to Cahuilla Creek. The water quality data for the Cahuilla Creek samples are shown in Appendix Table D-12. TDS concentrations ranged from 337 mg/l to 529 mg/l. Nitrate as N ranged from .23 mg/l to 3.05 mg/l, well below the drinking water standard of 10 mg/l.

Surface water quality data collected in prior years by Camp Pendleton, Eastern MWD, and Rancho California WD are listed in earlier Watermaster reports.

10.2   Groundwater Quality

During 2004-05 water quality data were collected from wells at Murrieta County WD, Rancho California WD, Pechanga Indian Reservation, and Camp Pendleton.

Murrieta County WD sampled four wells in 2004-05. Concentrations of total dissolved solids ranged from 440 to 980 mg/l as shown in Appendix Table D-3. Total dissolved solids in one of the wells exceeded the Basin Plan Objective of 750 mg/l. Concentrations of nitrates were far below the drinking water standard of 45 mg/l as nitrate, ranging from less than 2 mg/l to 35 mg/l.

Water quality data for Rancho California WD wells are shown in Appendix Table D-4. Samples were collected from 36 wells during 2004-05. Of the 36 wells, 24 wells were analyzed for nitrates only. In these wells, nitrate concentrations ranged up to 26 mg/l as nitrate, with the drinking water standard being 45 mg/l as nitrate. Samples from the remaining 12 wells were subjected to standard chemical analysis. TDS concentrations increased from the previous year in six wells, and decreased in six wells.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 10.1

## *SANTA MARGARITA RIVER WATERSHED*

### RANGES IN AVERAGE DAILY CONCENTRATION
### OF DISSOLVED OXYGEN, PH, SPECIFIC CONDUCTANCE AND TEMPERATURE
### AT SANTA MARGARITA RIVER NEAR TEMECULA

### Water Year 2004-05

| COLLECTION MONTH/YEAR | DISSOLVED OXYGEN mg/l | | pH | | SPECIFIC CONDUCTANCE microsiemens/cm | | TEMPERATURE Deg C | |
|---|---|---|---|---|---|---|---|---|
| | High | Low | High | Low | High | Low | High | Low |
| 2004 | | | | | | | | |
| October | 8.6 | 5.7 | 7.9 | 7.1 | 1170 | 412 | 22.3 | 17.2 |
| November | 10.4 | 7.5 | 8.1 | 7.2 | 1320 | 409 | 19.0 | 13.3 |
| December | 12.1 | 9.4 | 8.1 | 7.3 | 1010 | 836 | 14.4 | 9.7 |
| | | | | | | | | |
| 2005 | | | | | | | | |
| January | 11.0 | 9.5 | 9.0 | 7.3 | 1250 | 1180 | 10.9 | 7.6 |
| February | 11.7 | 8.6 | 9.1 | 7.3 | 1070 | 184 | N/R | N/R |
| March | 10.4 | 6.3 | 8.7 | 6.8 | 1210 | 207 | N/R | N/R |
| April | 10.3 | 6.2 | 7.9 | 7.0 | 1310 | 631 | N/R | N/R |
| May | 9.5 | 4.6 | 8.3 | 7.4 | 1260 | 751 | 22.4 | 15.2 |
| June | 8.7 | 7.6 | 8.7 | 8.1 | 900 | 533 | 25.0 | 22.4 |
| July | 8.5 | 6.5 | 8.5 | 8.0 | 924 | 496 | 28.2 | 24.1 |
| August | 8.8 | 7.0 | 8.3 | 8.1 | 925 | 825 | 28.4 | 24.6 |
| September | 9.0 | 7.0 | 8.3 | 7.7 | 938 | 748 | 26.7 | 19.0 |

NR - No Record

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Total dissolved solids concentrations for Rancho California WD Well 210 are shown on Figure 10.1 for samples collected since 1957 when the well was constructed. The figure shows a decline in TDS from approximately 900 mg/l for the samples collected during the 1960's to the 500-600 mg/l range in recent years.

FIGURE 10.1



WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Appendix Table D-5 shows water quality data collected by the USGS from wells on Indian Reservations.  In 2004-05 samples were collected from six wells on the Pechanga Indian Reservation.  Nitrate concentrations exceeded 10 mg/l as N for well 28Q2 that is used as a monitoring well.  Total dissolved solids concentrations ranged from 233 to 514 mg/l.

During 2004-05 samples of groundwater were collected from 10 wells at Camp Pendleton as shown on Appendix Table D-6.  These wells were subjected to standard chemical analysis with results generally consistent with the historical results. Of the 10 wells sampled, eight provided one or more samples where total dissolved solids concentrations exceeded 750 mg/l, the Basin Plan Objective.   This result is the same as last year.

In seven of the 10 wells, one or more of the samples taken had total dissolved solids concentration that exceeded those in the prior year.  A sample from Well No. 10S/5W-26C3 had a total dissolved solids concentration of 1260 mg/l, which was 63% higher than the average of the previous three samples.

Historical total dissolved solids concentrations for Camp Pendleton Well 7A2 are shown on Figure 10.2 for samples collected since mid-1950.  The figure shows a decline between mid-1950 and 1970, then a period of increasing concentration to levels in the 550-950 mg/l range.  Analysis of samples collected in 2004-05 indicated total dissolved solids concentrations of 610, 630, 750, and 943 mg/l.

FIGURE 10.2



84

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Historical nitrate concentrations for the same well (7A2) are shown on Figure 10.3. Eight samples collected in 2003-04 and 2004-05 indicated there were no detected concentrations of nitrate.

FIGURE 10.3



WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 11 – COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

11.1   General

On August 20, 2002, the Cooperative Water Resource Management Agreement (CWRMA) between Camp Pendleton and Rancho California WD was approved by the District Court. Among other things, the CWRMA provides that on May 1 of each year the Technical Advisory Committee is to compute a hydrologic index for the year based on streamflow and precipitation between October and April. In May 2005 it was determined that 2005 was a "Very Wet" year. The hydrologic index for the year establishes the required flows at the Santa Margarita River near Temecula gaging station for the calendar year. Required flows for 2004-05, a "Very Wet" year, are listed in Section 5 of the CWRMA and are shown on Table 11.1.

The CWRMA also settled, for the duration of the Agreement, a number of ongoing water right issues between Camp Pendleton and Rancho California WD. In recent years these issues have been noted in the annual Watermaster report or have been the subject of comments by the United States about the annual Watermaster report. In order to avoid this perennial controversy, these issues have been consolidated in Appendix F to this report.

11.2   Required Flows

Under the CWRMA Rancho California WD guarantees that the ten-day moving average of the measured flows at the Santa Margarita River gaging station near Temecula shall meet the required flows for each month during the year. In order to meet the required flows, Rancho California WD discharges make-up water from MWD's Outlet WR-34 into the river immediately upstream from the USGS gaging station.

Flow requirements are based on two-thirds of the median natural flow of the Santa Margarita River at the Gorge for a given hydrologic condition. During the winter period (January through April) the District shall maintain a ten-day running average equal to 11.5 cfs less carry-over credits less requested Foregone Make-Up Water. The District may earn Climatic Credits if it has provided Make-Up Water in excess of its Actual Requirement. The Climatic Credit is equal to the Make-Up Water released less the Actual Requirement less Credits, but not less than 3.0 cfs. The Actual Requirement is determined on May 1 of each year and applied retroactively to the flows during the winter period.

During the non-winter period (May through December) the District shall maintain a ten-day running average equal to the flow requirements specified in the Agreement as determined on May 1st less requested Foregone Make-Up Water. When the District is required to provide Make-Up Water in any calendar year in excess of 4,000 acre feet, it may apply a credit for such excess during the following two winter periods. At no time is the District required to make up more than 11.5 cfs.

TABLE 11.1

*SANTA MARGARITA RIVER WATERSHED*

**MONTHLY SUMMARY OF REQUIRED FLOWS,**
**DISCHARGES, CREDITS AND ACCOUNTS**
**COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT**

**2005 - VERY WET YEAR**

| Month | USGS Provisional Discharge AF | USGS Website Daily Discharge AF | Minimum Flow Maintenance Requirement cfs /1 | Section 5 Flows cfs /2 | No. of Days 10-Day Moving Average is Less Than Required Flow | Discharge from WR-34 Per MWD AF | Climatic Credits Earned AF /3 | Camp Pendleton Groundwater Account | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Input AF | Cumulative Balance AF /4 |
| Jan | 34,750.0 | 32,138.2 | 6.62 | 24.1 | 0 | 0.0 | 0.0 | 774.7 | 3,231.1 |
| Feb | 27,010.0 | 24,666.4 | 6.62 | 24.1 | 0 | 0.0 | 0.0 | 699.8 | 3,930.8 |
| Mar | 3,700.0 | 4,010.6 | 6.62 | 24.1 | 0 | 0.0 | 0.0 | 774.7 | 4,705.6 |
| Apr | 1,080.0 | 1,374.0 | 6.62 | 24.1 | 5 | 24.0 | 0.0 | 294.4 | 5,000.0 |
| May | 974.0 | 910.6 | 11.5 * | 15.7 | 1 | 583.8 | 0.0 | 0.0 | 5,000.0 |
| June | 722.0 | 718.0 | 11.5 * | 12.2 | 1 | 666.8 | 0.0 | 0.0 | 5,000.0 |
| July | 651.0 | 651.2 | 9.7 | 9.7 | 0 | 601.9 | 0.0 | 0.0 | 5,000.0 |
| Aug | 597.0 | 572.0 | 9.2 | 9.2 | 0 | 554.6 | 0.0 | 0.0 | 5,000.0 |
| Sept | 586.0 | 526.0 | 9.4 | 9.4 | 0 | 543.4 | 0.0 | 0.0 | 5,000.0 |
| Oct | 719.0 | 758.5 | 10.1 | 10.1 | 0 | 550.7 | 0.0 | 0.0 | 5,000.0 |
| Nov | 521.0 | 562.8 | 11.5/4.5 ** | 11.5 | 3 | 509.5 | 0.0 | 0.0 | 5,000.0 |
| Dec | 335.0 | 328.3 | 5.3 ** | 13.5 | 0 | 362.2 | 0.0 | 0.0 | 5,000.0 |
| **TOTAL** | **71,645.0** | **67,216.5** | | | **10** | **4,396.9** | **0.0** | **2,543.7** | **FULL** |

\* - Maximum make up water is 11.5 cfs

\*\* From November 23 through December 31, 2005, Camp Pendleton requested to forego Make-Up Water on November 23
by reducing the required flow to simulate Below Normal Hydrologic Conditions

1 - Minimum Flow Maintenance Requirement equals 11.5 cfs less 2.03 cfs CAP Credit less 2.85 Climatic Credit

2 - The Table in Section 5 of the CWRMA sets forth guaranteed monthly flows at the gorge once the Hydrologic Condition for the calendar year is established.

3 - Climatic Credits equal the WR-34 discharges less actual Flow Requirements which is the flow indicated in Section 5 of the CRWMA less applicable credits but not less than 3.0 cfs.

4 - Camp Pendleton's rights to groundwater equals the Flow indicated in Section 5 of the CWRMA less the Actual Flow Maintenance Requirement which cannot be less than 3.0 cfs.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The measured daily flows, the ten-day moving average, and the differences between the moving average and the required flows are shown in Appendix E. Two listings of daily discharges are shown in the tables in Appendix E: the USGS provisional discharge and the USGS website discharge. The discharges shown on the website are those that dictate daily decisions regarding the quantities of Make-Up Water required and those discharges are used to compute the ten-day moving average. The provisional discharge is a more refined estimate developed later by the USGS and published in their annual reports. The number of days each month when the ten-day moving average was less than the required flow is summarized on Table 11-1. It can be noted that the moving average was less than the required flow on 10 days during the year.

Of the 10 days, five occurred in April when the ten-day average flow dropped below the required 6.6 cfs by 0.1 to 0.6 cfs on five days.

During the 2003 calendar year, Rancho California WD discharges to the Santa Margarita River through MWD's Outlet WR-34 as measured by Rancho California WD totaled 5,484 acre feet. Since the District receives Credits for Make-Up Water in excess of 4,000 acre feet in a calendar year, there are 1,484 acre feet of Cap Credit available to be applied to reduce flow requirements during the two following winter periods (January – April) of 2004 and 2005. In 2004 Rancho California WD applied 1001.9 acre feet of these Credits during the winter period. In 2005 the remaining 482 acre feet of Credits were used.

Also in 2005, Climatic Credits of 677.7 acre feet were used. Those credits were accumulated in 2004.

The CWRMA also provides that Camp Pendleton may acquire rights to groundwater above the gorge by foregoing its right to make-up water from the District, or to the extent that the District's Actual Flow Maintenance requirements are less than the flows in the table in Section 5 of the CWRMA.

During 2005, 2,543.7 acre feet were contributed to Camp Pendleton's groundwater account bringing the total balance to 5,000 acre feet, the maximum provided for under the CWRMA.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## 11.3   Water Quality

The U. S. Geological Survey continuously monitors four parameters of water quality at the Santa Margarita River near Temecula gaging station, including dissolved oxygen, pH, specific conductance, and temperature.   The daily averages for each of these parameters are reported annually.   Monthly highs and lows for each parameter are listed in Table 10.1 for the water year ending September 30, 2005.

## 11.4   Monitoring Programs

The Agreement provides for the establishment of two monitoring programs:  one to assess the impacts of operations on water supply, water quality and riparian habitat within Camp Pendleton, and; one to assess safe yield operations at Rancho California Water District.  During 2004-05, Camp Pendleton continued to develop a monitoring plan based on a similar monitoring plan for the Santa Margarita River developed by the Nature Conservancy.   Also in 2004-05, the Technical Advisory Committee continued to investigate the construction of a multi-level monitoring well for the Murrieta-Temecula groundwater basin.