## ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

ATTORNEYS AT LAW
www.abwwlaw.com

2030 ADDISON STREET, SUITE 410
BERKELEY, CALIFORNIA 94704
PH: (510) 548-7070
FAX: (510) 548-7080

1930 18TH STREET N.W., SUITE B2
WASHINGTON, D.C. 20009
PH: (202) 797-2548
FAX: (202) 797-2550

CURTIS G. BERKEY *(CA, D.C.)*
SCOTT W. WILLIAMS *(CA, VA)*
THOMAS WEATHERS *(CA, WA)*
DAVID H. HOUSE *(CA, MT)*
ROVIANNE A. LEIGH *(CA, HI)*

PAUL ALEXANDER *(D.C.)*
ALEXANDRA C. PAGE *(D.C.)*

October 2, 2009

**Via Overnight Service**
Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

Re:     United States of America v. Fallbrook Public Utility District, et al..
        Case No. 51-1247-SD-GT

Dear Clerk:

Enclosed please find the original and two copies of each of the following documents for issuance by the Court :

1) **SUMMONS IN A CIVIL ACTION ( for Alexander, Berkey, Williams & Weathers, attorneys for Plaintiff-Intervenor the Ramona Band of Cahuilla)**

2) **SUMMONS IN A CIVIL ACTION (for McElroy, Meyer, Walker & Condon, P.C., attorneys of record for Plaintiff-Intervenor the Cahuilla Band of Indians)**

Please return the originals and copies in the FedEx envelope provided herein.

Should you have any questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS

Martha Morales
Secretary to Curtis Berkey

Encl.