JONATHAN B. SOKOL (SBN 131806)
jsokol@ggfirm.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant Roy C. Pursche,
Trustee of the Roy C. Pursche Trust
(incorrectly sued as Roy C. Pursche Trust)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 3:51-cv-01247-GT-RBB<br><br>**REQUEST BY COUNSEL FOR DEFENDANT ROY C. PURSCHE, TRUSTEE OF THE ROY C. PURSCHE TRUST (INCORRECTLY SUED AS ROY C. PURSCHE TRUST) TO BE REMOVED FROM ELECTRONIC NOTIFICATION SERVICE** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that, commencing immediately, Jonathan B. Sokol of Greenberg Glusker Fields Claman & Machtinger LLP, lead counsel in this matter for Defendant Roy C. Pursche, Trustee of the Roy C. Pursche Trust

("Pursche"), incorrectly sued as Roy C. Pursche Trust in the above-entitled action, requests to be removed from the electronic notification list.

DATED: October 16, 2009

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: s/JONATHAN B. SOKOL
JONATHAN B. SOKOL
Attorneys for Defendant Roy C. Pursche, Trustee of the Roy C. Pursche Trust (incorrectly sued as Roy C. Pursche Trust)

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

72510-00007/1663520.1

2

REQUEST OF DEFENDANT PURSCHE TO BE
REMOVED FROM NOTIFICATION (3:51-CV-01247)