```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
```

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent: 45 mins.

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE            Rptr.

                              Plaintiffs

Rodney Lewis (present)
Michael Cowett (present)

                              Defendants

Patrick Barry (present)
Douglas Garcia (present)

PROCEEDINGS:   x   In Chambers      ___ In Court      ___ Telephonic

An attorneys-only settlement conference regarding the settlement between the Rancho California Water District and the Pechanga Band of Luiseno Indians was held.

A joint status report regarding the settlement between Rancho California and Pechanga and a proposed procedure to approve the settlement, directed to the attention of Magistrate Judge Ruben Brooks and United States District Court Judge Gordon Thompson, Jr., must be filed no later than December 14, 2009.

A telephonic, attorneys-only settlement conference for the attorneys participating in today's conference is set for March 11, 2010, at 8:00 a.m.

Counsel for Rancho California is to initiate the call.

DATE: October 19, 2009        IT IS SO ORDERED:  *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Thompson                              INITIALS: VL (mg/irc) Deputy
     All Parties of Record