Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>    Plaintiff, )<br>         )<br>CAHUILLA BAND OF INDIANS, )<br> a federally recognized Indian tribe, )<br>         )<br>    Plaintiff in Intervention, )<br>         )<br>    v. )<br>         )<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, a public service corporation )<br>of the State of California, et al., )<br>         )<br>    Defendants. )<br>_____ ) | CASE NO. 51-cv-1247-RBB-GT<br><br>**STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS**<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:      8<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to the Court's *Order* (Apr. 29, 2009), the Cahuilla Band of Indians ("Tribe") submits this status report summarizing developments in the litigation and the settlement discussions with regard to its water rights claims.  Since the filing of the Tribe's August 26, 2009 Status Report, the following progress has been made:

1. **Service.**  On September 18, 2009, the Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") filed the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* and *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (collectively "Second Amended Complaints").  On or before September 24, 2009, the Tribes sent out notices of the lawsuit, requests for waiver and Second Amended Complaints ("waiver packets") to the majority of the parties whose land and water is within the Anza-Cahuilla Sub-Basin by first class mail, pursuant to FED. R. CIV. P. 4(d).  The deadline for returning the waiver requests for the majority of the parties is November 9, 2009.  However, due to the difficulty in locating certain individuals, approximately 100 waiver packets were sent out later.  The deadline for returning these waiver requests is December 7, 2009.

In addition, the Tribes are currently personally serving the governmental entities and a handful of landowners within the Sub-Basin.  Since the deadlines for returning the waiver requests has not arrived, the Tribes do not know how many individuals will refuse to sign the waiver requests and, therefore, need to be personally served.  The process of serving all of the individuals who refuse to sign the waiver requests cannot begin until after the deadlines have passed.

Pursuant to FED. R. CIV. P. 5(a)(1)(B), the Tribes have also mailed by first class mail copies of the Second Amended Complaints to those persons and entities who signed the waiver requests for the First Amended Complaints.

2. **Settlement Meetings.**  A meeting was held on June 30, 2009 with the attorneys representing individuals and entities residing inside the boundaries of the Anza-Cahuilla Sub-Basin.  The purpose of the meeting was to develop a constructive path forward for future settlement negotiations.  Ground rules for future settlement meetings were proposed and generally agreed to by the attorneys present at the meeting.  Now that substantial progress has been made on revised service, the Tribe expects to devote substantial efforts to the settlement process.  The attorneys for various parties are currently discussing the settlement process and how this process will proceed in the future.

3. **Case Management Order.**  Within approximately two weeks, the Tribes intend to present the other attorneys in this case with a proposed motion requesting that the Court issue a case management order setting forth the procedure for providing copies of documents filed in this matter to the large number of defendants who have signed waivers and thereby made parties to this case.  Thereafter, the Tribes will file the proposal with the Court.

4. **Request to Extend Stay.**  The Tribe intends to schedule its next settlement meeting and move forward with settlement as soon as possible.  Counsel for the Tribe continues to believe that a settlement remains possible in this case.  The process of serving all of the parties is ongoing.  The Tribes previously requested that the parties not be required to answer or file a responsive pleading until further order of Court.  The Court granted this request.  *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If the Court lifts the stay and requires the parties to file answers or other responsive pleadings to the Second Amended Complaints, the parties will be required to devote their time and resources to litigation that could otherwise be devoted to the settlement process.

Based on the foregoing, the Tribe respectfully requests that the stay be continued for another six months.

Respectfully submitted this 28th day of October, 2009.

        Marco A. Gonzalez (SBN 190832)
        COAST LAW GROUP LLP
        169 Saxony Road, Suite 204
        Encinitas, California 92024
        Tel: 760-942-8505 Fax: 760-942-8515

        Scott B. McElroy (Pro Hac Vice)
        M. Catherine Condon (Pro Hac Vice)
        McELROY, MEYER, WALKER
          & CONDON, P.C.
        1007 Pearl Street, Suite 220
        Boulder, Colorado 80302
        Tel: 303-442-2021 Fax: 303-444-3490

        */s/ Scott B. McElroy*
By:_____
        Scott B. McElroy
        *Attorneys for Plaintiff in Intervention,*
          *the Cahuilla Band of Indians*