Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy Suite 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, ) | |
| ) | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, ) | |
| CAHUILLA BAND OF INDIANS, ) | Hearing Date: |
| federally recognized Indian tribes, ) | Time: |
| ) | Courtroom:   8 |
| Plaintiffs in Intervention, ) | |
| ) | Hon. Gordon Thompson, Jr. |
| v. ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, a public service corporation ) | |
| of the State of California, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On October 28, 2009, I electronically filed the *Status Report* and this *Proof of Service* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| 1 | Alice E. Walker awalker@mmwclaw.com, dvitale@mmwclaw.com |
| 2 | B. Tilden Kim tkim@rwglaw.com, gduran@rwglaw.com |
| 3 | Bill J Kuenzinger bkuenzinger@bhsmck.com, rjones@bhsmck.com |
|   | Bryan D. Sampson mfickel@sampsonlaw.net |
| 4 | Charles W Binder cwbinder@smrwm.org |
|   | Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com |
| 5 | Daniel E. Steuer dsteuer@mmwclaw.com, dvitale@mmwclaw.com |
| 6 | Daniel J Goulding jhester@mccarthyholthus.com |
|   | Donald R Timms dontimms@san.rr.com |
| 7 | F Patrick Barry patrick.barry@usdoj.gov |
|   | Frank Spitzer george@chakmakislaw.com |
| 8 | Gary D Leasure gleasure@garydleasure.com |
| 9 | George Chakmakis george@chakmakislaw.com |
|   | Gerald (Jerry) Blank gblank@san.rr.com, mary@geraldblank.sdcoxmail.com |
| 10 | Harry Campbell Carpelan hcarpelan@redwineandsherrill.com |
| 11 | John A Karaczynski jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com |
| 12 | John Christopher Lemmo jl@procopio.com, laj@procopio.com |
| 13 | Jonathan B. Sokol jsokol@greenbergglusker.com |
| 14 | Jonathan M Deer jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
|    | Kevin Patrick Sullivan ksullivan@pshlawyers.com, kstanis@pshlawyers.com |
| 15 | M. Catherine Condon ccondon@mmwclaw.com, dvitale@mmwclaw.com |
| 16 | Milan L. Brandon mbrandon@brandon-law.com |
|    | Marco Antonio Gonzalez marco@coastlawgroup.com, sara@coastlawgroup.com |
| 17 | Marilyn H Levin marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov |
|    | Mark L Brandon mbrandon@brandon-law.com, dslack@brandon-law.com |
| 18 | Mary L Fickel mfickel@sampsonlaw.net, bsampson@sampsonlaw.net |
| 19 | Matthew L Green matthew.green@bbklaw.com, lisa.grennon@bbklaw.com |
|    | Matthew N Falley mfalley@ggfirm.com |
| 20 | Michael Duane Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
| 21 | Michele A Staples mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com |
| 22 | Patricia Grace Rosenberg prosenberg@hnattorneys.com |
| 23 | Peter J Mort pmort@akingump.com, jfukai@akingump.com |
|    | Richard Alvin Lewis Rlewis@RichardLewis.com |
| 24 | Robert H James bob@fallbrooklawoffice.com |
| 25 | Robert K Edmunds robert.edmunds@bipc.com, jacqueline.forjais@bipc.com |
|    | Robert M Cohen rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com |
| 26 | Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| 27 | Thomas C Stahl Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov |
| 28 | Timothy P Johnson tjohnson@johnson-chambers.com, cww@johnson-chambers.com |

William Kenneth Koska wkoska@koskalaw.com

I further certify that on October 28, 2009, I served the aforementioned documents on those names appearing on the attached **Exhibit A** who are not registered with the CM/ECF system, by placing a copy of the documents in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado, addressed as set forth thereon. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

     I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

     Executed on October 28, 2009.

                                            */s/ Scott B. McElroy*

                                            _____

                                            Scott B. McElroy

## Proof of Service - Exhibit A

A. DEAN ABERMAN
1577 HILL AVE
LOS ANGELES  CA  90041

ELSIE ABRISZ
560 W 10TH ST
PERRIS  CA  92570

GARY ACKER
2530 ALISTER AVE
TUSTIN  CA  92782

DANIEL ADAMS
27115 AVA MONTE
MISSION VIEJO  CA  92692

CARLOS AGUNDEZ
42204 RAMBLING LN
AGUANGA  CA.  92536

PAUL ALATORRE
4872 MERLYN ST
HEMET  CA  92544

JOE ALVARADO
NAOMI ALVARADO
5069 ARGONNE CT
SAN DIEGO  CA  92117

DONA ANDERSON
6118 QUAIL DR
LAKE ISABELLA  CA  93240

KATHRYN ANDERSON
40725 BROOK TRAILS WAY
AGUANGA  CA.  92536

ANZA CONGREGATION
 JEHOVAHS WITNESSES INC
P O BOX 391518
ANZA  CA  92539

ANZA CONTRERRAS 10
40575 CALLE FIESTA
TEMECULA  CA  92591

TRINIDAD ARELLANO
8227 S DISNEY AVE
WHITTIER  CA  90606

FERNANDO ARRIAGA
P O BOX 892504
TEMECULA  CA  92589

TRAVIS ASHBROOK
37611 REGAL BLUE TR
ANZA  CA.  92539

BLANE BALLE
KIMBERLY BALLE
108 S 320 E
IVINS  UT  84738

JOHN BAYLEY
P O BOX 163
AGUANGA  CA  92536

NICHOLAS BEALE
P O BOX 391756
ANZA  CA  92539

RICHARD BECKLEY
ROSEBUD BECKLEY
58731 BURNT VALLEY RD
ANZA  CA.  92539

ROSE BELLITTI
1025 S EUCLID AVE
SAN GABRIEL  CA  91776

BEN BLEDSOE
P O BOX 391339
ANZA  CA  92539

ELIZABETH BOEVERS
P O BOX 390195
ANZA  CA  92539

MICHAEL BRAJEVICH
20804 REYNOLDS DR
TORRANCE  CA  90503

NATALIE BRANNIAN
4637 TONI LN
LA MESA  CA  91941

JOHN BRETT
9 OLD WOOD RD
POMONA  CA  91766

HOWARD BROWN
LINDA BROWN
49555 PAIUTE CT
AGUANGA  CA.  92536

MARY BRUCE
8240 CAMPBELL CT
HEMET  CA  92545

LARRY BUCCAT
1297 LONG VIEW DR
CHULA VISTA  CA  91915

LORENZO CANALES
19551 TOPEKA LN
HUNTINGTON BEACH  CA  92646

BARBARA J CARR TRUST
BARBARA J. CARR, TRUSTEE
20571BEXLEY ROAD
JAMUL, CA 91935-7945

WALTER CARR
48680 FOREST SPRINGS RD
AGUANGA  CA.  92536

PEGGY CARVER
P O BOX 391794
ANZA  CA  92539

GENE CHAI
41785 LAKESHORE BLV
AGUANGA  CA.  92536

RONALD CHAPLIN
1314 EAST PUENTE AVE
WEST COVINA  CA  91790

FREDERICK CLARK
P O BOX 390479
ANZA  CA  92539

DENNIS COATS
49873 OCHOBEE CT
AGUANGA  CA.  92536

JOHN COOPER
2342 DALADIER DR
RCH PALOS VERDES  CA  90275

RUSSELL CORMIER
PAMELA CORMIER
42595 ROUNDUP DR
AGUANGA  CA.  92536

KHYBER COURCHESNE
1264 PAGE STREET
SAN FRANCISCO, CA 94117

JEFFREY CRAWLEY
LYNETTE CRAWLEY
P O BOX 390405
ANZA  CA  92539

FRANCIS CZERNER
270 N EL CAMINO REAL F104
ENCINITAS CA  92024

CAROL DEICHSEL
58580 YAW RD
ANZA  CA.  92539

LEROY DEITER
BETTY DEITER
P O BOX 1345
SAN JUAN CAPO  CA  92693

YVONNE DICECCO
5202 TIERRA BONITA DR
WHITTIER  CA  90601

FRANCES DIMEGLIO
P O BOX 390403
ANZA  CA  92539

JONATHAN DONE
27718 BALBOA CT
SUN CITY  CA  92585

JACQUELINE DOWNER
P O BOX 390521
ANZA  CA  92539

KERRY DREYER
41755 LAKESHORE BLV
AGUANGA  CA.  92536

ROBERT DUNHAM
41917 PLUM ST
MURRIETA  CA  92562

GEORGE DURHAM
3722 BAGLEY AVE N
SEATTLE  WA  98103

BILL DYE
24701 RAYMOND WAY 168
LAKE FOREST  CA  92630

LARRY DYSON
DYSON DEVELOPMENT
437 S HIGHWAY 101 NO 217
SOLANA BEACH  CA  92075

PETER EMERY
GLENDA EMERY
49920 INDIAN ROCK RD
AGUANGA  CA.  92536

CHARAN EURPONGPAN
11174 BERTHA PL
CERRITOS  CA  90701

DONALD FAILS
49505 PAIUTE CT
AGUANGA  CA.  92536

DAVID FARRUGGIA
49891 CHEYENNE CT
AGUANGA  CA.  92536

ESTHER FARSI
31394 JANELLE LN
WINCHESTER  CA  92596

STEPHEN FERMANO
1818 W 238TH ST
TORRANCE  CA  90501

MELVIN FINKE
49260 DALEWOOD CT
AGUANGA  CA.  92536

BOB FITTS
76 6309 HAKU PL
KAILUA KONA  HI  96740

MICHAEL FLOYD
49675 CHEROKEE CT
AGUANGA  CA.  92536

THEODORE FORTNER
P O BOX 390359
ANZA  CA  92539

BOB FRANZEN
49920 HOPI CT
AGUANGA  CA  92536

ROBERT FREEMAN
1697 CURRY COMB DR
SAN MARCOS  CA  92069

TIMOTHY FREIL
14321 144TH ST SE
SNOHOMISH  WA  98290

MICHAEL GALLEGOS
5209 ECLIPSE AVE
MIRA LOMA  CA  91752

ROSEMARY GARCIA
49790 CHEROKEE CT
AGUANGA  CA.  92536

LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH  CA  90810

ESTATE OF FRANCISCO D GASCON
C/O JAXON MILLER
6529 RIVERSIDE AVE NO 153
RIVERSIDE  CA  92506

EDITHMAE GAUTSCHY
C/O LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH  CA  90810

MILAN GERARD
16496 MANGO WAY
LAKE ELSINORE  CA  92539

JACKSON GERBL
1170 N RAMONA BLV
SAN JACINTO  CA  92582

CATHY GILPIN
1649 CALMIN WAY
FALLBROOK  CA  92028

ARTHUR GINN
11545 BUTTER CREEK RD
MOORPARK  CA  93021

ROY GODFREY
P O BOX 390834
ANZA  CA  92539

ANTE GOLEM
JOAN GOLEM
23315 OCEAN AVE
TORRANCE  CA  90505

CHARLES GRANO
RENEE GRANO
P O BOX 133029
BIG BEAR LAKE  CA  92315

CHARLIE GRAY
125 N STAGECOACH
FALLBROOK  CA  92028

JUAN GUTIERREZ
ENEDINA GUTIERREZ
13904 MASLINE ST
BALDWIN PARK  CA  91706

RANDALL HAMBLIN
PATRICIA HAMBLIN
49275 IRONWOOD WAY
AGUANGA  CA.  92536

WILLIAM HECKETHORN
60645 LUPIN WAY
ANZA  CA  92539

HEMET UNIFIED SCHOOL DISTRICT
Richard Beck
2350 E LATHAM AVE
HEMET  CA  92545

MARGARET HERBENICK
223 DESMENT
HAMILTON  MT  59840

NOAH HENDERSON
EUNICE HENDERSON
PO BOX 391275
ANZA  CA  92539

LUCY HICKS REV TRUST
24901 GEORGIA SUE
LAGUNA HILLS  CA  92653

MARGARET HJELM
5110 N PITTSBURGH AVE
NORRIDGE  IL  60706

WARREN HODGES
19021 FARIMAN DR
CARSON  CA  90746

RICHARD T HOLLENBECK
P O BOX 390373
ANZA  CA  92539

NANNETTE HOLZER
55935 ATLANTIC AVE
ANZA  CA.  92539

EUGENE HUMPHRIES
P O BOX 391302
ANZA  CA  92539

DANIEL HURTADO
54895 HARVEY HILL RD
ANZA  CA.  92539

QUANG HUYNH
633 ASCOT DR
VISTA CA  92083

DEANNA IBARRA
6947 BETTYHILL DR
SAN DIEGO  CA  92117

ANNA GALE JAMES
40275 CURRY COURT
AGUANGA, CA 92536

DARLENE JAMES
72645 HEDGEHONG ST
PALM DESERT  CA  92260

VICTOR JOHNSTON
853 HAMPTON CT
VISTA  CA  92083

DIANE JONES
3052 LEES AVE
LONG BEACH  CA  90808

WILLIAM JONES
2932 BUENA CREEK RD
VISTA  CA  92084

JEROME JORGENSEN
JOANNE JORGENSEN
434 ROSPAW WAY
PLACENTIA  CA  92670

ANGELES KEELER
2262 SALT AIR DR
SANTA ANA  CA  92705

JAY KEFALAS
CAROLYN KEFALAS
3052 LEES AVE
LONG BEACH  CA  90808

CHARLES KNIGHT
82230 E SOLAR CT
INDIO  CA  92201

HERBERT KUEHNE
MARLENE KUEHNE
2228 E WHITE LANTERN LN
ORANGE  CA  92667

EMILIE LANSFORD
3409 HERMITAGE CT
OCEAN SPRINGS  MS  39564

MANUEL LARANANG
11109 BRIGANTINE ST
CERRITOS  CA  90703

LISA LATHAM
49082 TROTTER LN
AGUANGA  CA.  92536

BILL LAWLYES
49330 DALEWOOD
AGUANGA  CA.  92536

MARK LAWRENCE
40843 N TANFORAN CT
AGUANGA  CA.  92536

MARY LEE
42010 ROLLING HILLS DR
AGUANGA  CA  92536

GARY LICKVER
P O BOX 1778
SAN MARCOS  CA  92069

FRANK LINDSTROM
HOLLY LINDSTROM
50110 HIGHWAY 371
ANZA  CA.  92539

STEVEN LOCKHART
32692 1 2 ORTEGA HIGHWAY
LAKE ELSINORE  CA  92530

BILL LONG
RAE JEAN LONG
P O BOX 390654
ANZA  CA  92539

JEFF LOOMIS
35110 AVENIDA LA CRESTA
MURRIETA  CA  92562

JON LOPES
958 POSTAL WAY STE 4B
VISTA  CA  92083

MARICANO LOPEZ
CHARLOTTE LOPEZ
1810 W LIGHTHALL ST
W COVINA CA  91790

MARY LORENZEN
715 S SYLVAN ST
ANAHEIM  CA  92804

RASVAN LUPASCU
DEBORAH LUPASCU
221456 SUMMIT HILL DR
LAKE FOREST CA  92630

JOSEPH MACALINO
6833 WINTERBERRY WAY
CORONA  CA  92880

AURORA MACH
2324 MANCHESTER AVE
CARDIFF  CA  92007

MIKE MACHADO
PAMELA MACHADO
P O BOX 391607
ANZA  CA  92539

JAMES MANUHU
18296 HOLLOWTREE LN
RIVERSIDE  CA  92504

JAMES L. MARKMAN
RICHARDS WATSON & GERSHON
1 CIVIC CENTER CIRCLE
PO BOX 1059
BREA, CA 92822-1059

MARILYN MARTIN
P O BOX 390294
ANZA  CA  92539

RICHARD MARTIN
175 WALNUT HILLS DR
SAN MARCOS  CA  92069

DEBRA MARTINEZ
21801 EMBASSY AVE
LONG BEACH  CA  90810

MANUEL MASIEL
42080 ROUNDUP RD
AGUANGA  CA.  92536

WILL MASON
49795 GELDING WAY
AGUANGA  CA.  92536

JESSE MATTINA
17837 1ST AVE S PMB 319
NORMANDY PARK  WA  98148

FLOYD MAXWELL
56105 MURIEL LN
ANZA  CA.  92539

ROBERT MCALLISTOR
7 POWDERHOUSE RD
DOVER  MA  2030

MARK MCCLURE
48920 LAKE CANYON DR
AGUANGA  CA.  92536

ANGUS MCCOLL
2553 MAJELLA RD
VISTA  CA  92084

THOMAS MCGINTY
107 PALM DR
PLACENTIA  CA  92670

CHARLES MCKINNON
JOAN MCKINNON
2547 E NORM PL
ANAHEIM  CA  92806

DENNIS MCKUSICK
35901 BINGLEY CT
MURRIETA  CA  92562

BRIAR MCTAGGART
1642 MERION WAY NO 40 E
SEAL BEACH  CA  90740

THEODORE MEIER
40095 BAY MEADOWS WAY
AGUANGA  CA.  92536

MEM LTD PARTNERSHIP
P O BOX 746
LAKEHEAD  CA  96051

HELEN MILLER
8240 CAMPBELL CT
HEMET  CA  92545

JAMES MILLER
ALICIA MILLER
42675 ROUNDUP DR
AGUANGA  CA.  92536

MAX MILLER  
NANCY MILLER  
P O BOX 390576  
ANZA  CA  92539  

CHARLES MINERT  
49565 FLIGHTLINE WAY  
AGUANGA  CA.  92536  

SALVADOR MIRANDA  
P O BOX 391031  
ANZA  CA  92539  

JEFFREY MOORE  
31941 CORYDON ST NO 1  
LAKE ELSINORE  CA  92530  

NANCY MORRIS  
49945 CHEYENNE CT  
AGUANGA  CA.  92536  

RAYMOND MUNSON  
49945 CHEYENNE CT  
AGUANGA  CA.  92536  

COLLEEN MURRAY  
38390 MCDONALD LN  
ANZA  CA  92539  

TERRY NAVRATIL  
59715 GRANDON  
ANZA  CA  92539  

JANICE NILSEN  
ALMEV 4  
4515 MANDAL NORWAY  

STEVEN NORMAN  
56795 MOUNT RD  
ANZA  CA.  92539  

DOUGLAS OBRIEN  
DOLORES OBRIEN  
3642 EVEREST AVE  
RIVERSIDE  CA  92503  

BRADLEY OLIVE  
5905 VIA DEL TECOLOTE  
YORBA LINDA  CA  92887  

ERIC ORTIZ  
P O BOX 7  
SUN CITY  CA  92586  

CORNELIUS OVERGAAUW  
6143 CAPETOWN  
LAKEWOOD  CA  90713  

MARIANNE E PAJOT  
40225 CURRY ST.  
AGUANGA, CA  92536  

HELEN PARK  
P O BOX 3420  
LA HABRA  CA  90632  

IRENE PARK  
377 SHERWOOD CT  
THOUSAND OAKS  CA  91361  

DUSTIN PARKER  
P O BOX 390827  
ANZA  CA  92539  

HELEN PATCHICK  
1942 BUTLER AVE  
LOS ANGELES  CA  90025  

PERRIE PATTERSON  
23 TAYLOR AVE  
PALM DESERT  CA  92260  

JOHN PAULSEN  
42480 RIVERDALE DR  
AGUANGA  CA.  92536  

EVA PENA  
80870 US HIGHWAY NO 139  
INDIO  CA  92201  

TOM PERKINS  
7037 GASKIN PL  
RIVERSIDE  CA  92506  

JACK PETTY  
JANICE PETTY  
49705 MESCALERO CT  
AGUANGA  CA.  92536  

JERRY PIPER  
24751 VIA ALVORADO  
MISSION VIEJO  CA  92692  

ARTHUR PIZZANELLO  
4229 BOXWOOD DR  
DENTON  TX  76208  

JOSEPH POPOWICH  
49359 SQUAW PEAK CT  
AGUANGA  CA.  92536  

FRED PRADELS  
1337 SKYROS WAY  
ENCINITAS  CA  92024  

CHARLES QUINN  
57790 MITCHELL RD  
ANZA  CA.  92539  

SUSAN QUINN  
57790 MITCHELL RD  
ANZA  CA.  92539  

NOEL QUINONES  
18 WILLOWBROOK LN  
POMONA  CA  91766  

ROD QUINTANA  
82599 OLEANDER  
INDIO  CA  92201  

MARVIN RAMMELSBERG  
6131 E CLIFFWAY DR  
ORANGE  CA  92869  

BRIK RAMOS  
P O BOX 729  
PALM SPRINGS  CA  92263  

JEFFREY RAUTON  
42470 LAKESHORE BLV  
AGUANGA  CA.  92536  

JANE RECHT  
P O BOX 390878  
ANZA  CA  92539  

STELLA REYES  
809 AUZERAIS AVE UNT 434  
SAN JOSE  CA  95126  

MANFRED RIDDER  
P O BOX 127  
ANGELUS OAKS  CA  92305  

HANS RIDDER  
455 W 12TH ST  
CLAREMONT  CA  91711  

DAMEON RIGGS  
SERENA RIGGS  
55880 MITCHELL RD  
ANZA  CA.  92539  

ARTHUR RINGHAND  
1660 LEORA LN  
ENCINITAS  CA  92024  

BEATRICE RIVERA  
P O BOX 390561  
ANZA  CA  92539  

JOSE RIZO  
P O BOX 391228  
ANZA  CA  92539  

GEORGE ROBERTS  
JOANNE ROBERTS  
22082 CAPISTRANO LN  
HUNTINGTON BEACH  CA  92646  

BOBBY ROBERTSON  
49660 IRONWOOD WAY  
AGUANGA  CA.  92536  

THOMAS ROBINSON  
466 W CALDWELL ST  
COMPTON  CA  90220  

THOMAS ROBINSON, JR.  
466 W CALDWELL ST  
COMPTON  CA  90220  

JOEL RODRIGUEZ  
MARLENE RODRIGUEZ  
1810 W LIGHTHALL ST  
W COVINA CA  91790  

TOMAS RODRIGUEZ  
6638 BLANCHARD AVE  
FONTANA  CA  92336

CORNELIU RUSU
LUCIA RUSU
25122 ARMAGOSA DR
LAGUNA NIGUEL  CA  92677

RAFAEL SALDANA
19615 GLENWOOD AVE
RIVERSIDE  CA  92508

LINCOLN SCHLOTTERBACK
1203 CITRUS PL
COSTA MESA  CA  92626

ROBERT SCHMELING, TRUSTEE
ELEANOR SCHMELING, TRUSTEE
P O BOX 5028
HEMET  CA  92544

ROGER SCOTT
40045 BAY MEADOWS WAY
AGUANGA  CA.  92536

WILLIAM SEGUI
2002 ZOLDER CT
EL CAJON  CA  92019

RICHARD SHARKO
11245 HUNTLEY PL
CULVER CITY  CA  90230

BRANKO SINDICICH
DARLINE SINDICICH
885 W 23RD ST
SAN PEDRO  CA  90731

VARAPORN SIRIJANYAKUL
8600 CONTRERAS ST 65
PARAMOUNT  CA  90723

CAROL ANN SMITH
54895 HARVEY HILL RD
ANZA  CA.  92539

ROGER SNYDER
42358 RIVERDALE DR
AGUANGA  CA  92536

ROSALIE TAYLOR
P O BOX 390224
ANZA  CA  92539

CHERYL THAISS
48244 NORWEGIAN HOLLOW
SOLDIERS GROVE  WI  54655

RAYMOND THIBAULT
603 E PALM AVE
ORANGE  CA  92666

DONALD TIMMS
5335 JAMESTOWN RD
SAN DIEGO  CA  92117

JOSEPH TRAN
167 S LINHAVEN
ANAHEIM  CA  92804

ANH TRANPHUOC
5804 TANGLEWOOD DR
RALEIGH  NC  27616

VACHIRASOMBOON FAMILY TRUST
C/O THONGCHA VACHIRASOMBOON
C/O CHANTANATHIP VACHIRASOMBOON
1350 COVINGTON CT
CROWN POINT  IN  46307

RICHARD VANDERLINDEN
SANDRA VANDERLINDEN
34711 LYN AVE
HEMET  CA  92545

KAREN J. VESTAKIS
32971 PATERNO ST
TEMECULA  CA  92592

LOUIS VILLAR
P O BOX 390441
ANZA  CA  92539

CHRISTOPHER VISPERAS
MARIFLOR VISPERAS
5453 PARROLETTE CT
OCEANSIDE  CA  92057

CHARLES VRANICH
15885 BRENDA LN
RIVERSIDE  CA  92506

BILLY WARD
P O BOX 5878
SAN DIEGO, CA 92165

BARRY WAUGAMAN
51945 AVD VELASCO
LA QUINTA  CA  92253

JACK WEIDE
1011 FLORIDA ST
HUNTINGTON BEACH  CA  92648

ROBERT WHEELER
P O BOX 390467
ANZA  CA  92539

ROBERT WHITE
1421 E ST ANDREWS
SANTA ANA  CA  92705

ANTONY WIDGERY
BARBARA WIDGERY
8975 LAWRENCE DR NO 108
ESCONDIDO  CA  92026

WIEDERRICH FAMILY TRUST
13440 ST. ANDREWS PL.
POWAY, CA 92064

DAVID WILLIAMSON
49692 WILDFLOWER CT
AGUANGA  CA.  92536

MARK WILMER
7530 DESCANSO
LAS VEGAS  NV  89123

JOHN WILSON
PEGGY WILSON
14205 MINORCA COVE
DEL MAR  CA  92014

ROBERTA ZAJAC
40450 BROOK TRAILS WAY
AGUANGA  CA.  92536