FILED
NOV 0 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>    Plaintiff-Intervenors<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | Civ. No. 51-1247 GT(RBB)<br><br>ORDER |

Upon consideration of the Status Reports filed by Plaintiff-Intervenor Ramona Band of Cahuilla Indians, Plaintiff-Intervenor Cahuilla Band of Indians, it is hereby ordered:

1. The stay that is presently in effect, shall be continued until April 28, 2010 to facilitate settlement negotiations.

2. Plaintiff-Intervenor Ramona Band of Cahuilla Indians, and Plaintiff-Intervenor Cahuilla Band of Indians shall file status reports on or before December 1, 2009; February 23, 2010; and

April 27, 2010 to provide an update on the status of settlement negotiations.

**IT IS ORDERED**.

_11-06-09_
date

_[signature]_
GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel