| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS<br>ATTORNEYS AT LAW<br>2030 ADDISON STREET, SUITE 410<br>BERKLEY, CA  94704 | (510) 548-7070 | |
| | REFERENCE NUMBER<br>OS366342-01 | |
| ATTORNEY FOR (NAME)   RAMONA BAND OF CAHUILLA, ET AL | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |
| SHORT NAME OF CASE<br>UNITED STATES, ET AL vs. FALLBROOK PUBLIC, ET AL | | |

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>51CV1247GTRBB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL ACTION; RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLAINT IN INTERVENTION

**Name of Defendant:** STATE OF CALIFORNIA
**Person Served:** L. KLEAR FOR EDMUND G BROWN JR
**Title:** ATTORNEY GENERAL

**Date of Delivery:** 10/26/09
**Time of Delivery:** 02:30 pm

**Place of Service:** 1300 "I" STREET
SACRAMENTO, CA 94244-2550     (Business)

**Date of Mailing:** 10/26/09
**Place of Mailing:** SACRAMENTO

**Physical Description:**
AGE: 60   HAIR: GREY   HEIGHT: 5'8"   RACE: C
SEX: M    EYES: BLUE   WEIGHT: 150LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
                          [ ] California Code of Civil Procedure

**Fee for service:** $ 34.28

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2009-67
Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814     Client File #1028
(916) 441-4396
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: October 27, 2009
at: SACRAMENTO, California.

Signature: _____
Name: KENNETH PINETTE
Title: REGISTERED CALIFORNIA PROCESS SERVER