1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP LLP
2   169 Saxony Road, Suite 204
    Encinitas, California 92024
3   Tel: 760-942-8505
    Fax: 760-942-8515
4
5   Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
7   Tel: 303-442-2021
    Fax: 303-444-3490
8   sbmcelroy@mmwclaw.com
    ccondon@mmwclaw.com
9
    *Attorneys for Plaintiff in Intervention,*
10  *the Cahuilla Band of Indians*

11
    Curtis G. Berkey (CA State Bar No. 195485)
12  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
13  Berkeley, California 94704
    Tel: 510-548-7070
14  Fax: 510-548-7080
    cberkey@abwwlaw.com
15
    *Attorneys for Plaintiff in Intervention,*
16  *Ramona Band of Cahuilla*

17

18

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | UNITED STATES OF AMERICA, ) | CASE NO. 51-cv-1247 GT (RBB) |
| 20 | Plaintiff, ) | **STATUS REPORT SUBMITTED BY** |
| 21 | CAHUILLA BAND OF INDIANS, ) | **CAHUILLA BAND OF INDIANS AND** |
| | a federally recognized Indian tribe, ) | **RAMONA BAND OF CAHUILLA** |
| 22 | RAMONA BAND OF CAHUILLA, ) | |
| 23 | Plaintiffs in Intervention, ) | Hearing Date: No hearing date set |
| | ) | Time: |
| | ) | Courtroom: 8 |
| 24 | v. ) | |
| 25 | FALLBROOK PUBLIC UTILITY ) | Hon. Gordon Thompson, Jr. |
| 26 | DISTRICT, a public service corporation ) | |
| | of the State of California, et al., ) | |
| 27 | Defendants. ) | |
| 28 | | |

Pursuant to the Court's *Order* (Nov. 6, 2009), the Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") submit this status report summarizing developments in the litigation and the settlement discussions with regard to their water rights claims. Since the filing of the Tribes' October 28, 2009 Status Reports, the following progress has been made:

1.   **Service.**  On or before September 24, 2009, the Tribes sent out Notices of Lawsuit and Requests for Waiver of Service of Summons and Second Amended Complaints ("waiver packets") to all but a small number of those individuals and entities determined to own land overlying groundwater or adjacent to surface water determined to be within the Anza-Cahuilla Sub-Basin by first class mail, pursuant to Fed. R. Civ. P. 4(d). The deadline for returning the waiver requests was November 9, 2009.

In addition, with respect to the small number of individuals mentioned above who were difficult to locate, approximately 100 waiver packets were sent out later. Their deadline for returning the waiver requests is December 7, 2009.

Further, the Tribes personally served a small number of landowner defendants, the State of California and the County of Riverside.

Pursuant to Fed. R. Civ. P. 5(a)(1)(B), the Tribes also mailed by first class mail copies of the Second Amended Complaints to those persons and entities who signed the waiver requests for the First Amended Complaints.

The Tribes estimate that the total number of individuals and entities subject to the Tribes' Second Amended Complaints total 2,108. To date, the Tribes have received 529 waivers. Since the deadlines for returning the waiver requests have passed for the majority of the individuals, the Tribes are now working out the process for serving all of the individuals who refuse to sign the waivers.

2.   **Settlement Meetings.**  A meeting was held on June 30, 2009, with the attorneys representing individuals and entities residing inside the boundaries of the Anza-Cahuilla Sub-Basin. The purpose of the meeting was to develop a constructive path forward for future settlement negotiations. Ground rules for future settlement meetings were proposed and

generally agreed to by the attorneys present at the meeting.  Now that substantial progress has been made on revised service, the Tribe expects to devote substantial efforts to the settlement process.  Attorneys for the defendants have agreed to organize the next meeting.

       3.    **Case Management Order.**  The Tribes have drafted a case management order setting forth a proposed procedure for providing copies of documents filed in this matter to the large number of defendants who have signed waivers and who are thereby made parties in this case.  Within approximately 10 days, the Tribes intend to present the other attorneys in this case with this proposed motion and order.  Thereafter, the Tribes will file the motion and proposed order with the Court.

       Respectfully submitted this 1st day of December, 2009.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
169 Saxony Road, Suite 204
Encinitas, California  92024
Tel:  760-942-8505 Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
  & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021 Fax: 303-444-3490

*/s/ Scott B. McElroy*
By:_____
    Scott B. McElroy
*Attorneys for Plaintiff in Intervention,*
*  the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070; Fax: 510-548-7080

*/s/ Curtis G. Berkey*
By:_____
    Curtis G. Berkey
*Attorneys for Plaintiff in Intervention,*
*  Ramona Band of Cahuilla*

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On December 1, 2009, I caused to be served the following document(s) in United States of America, et al. v. Fallbrook Public Utility District, et al., Case No. 51-1247-GT(RBB):

1) STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS AND RAMONA BAND OF CAHUILLA

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

NOBUO KOMOTA
C/O RICHARD WOO
SOLITON TECH
2635 N. FIRST STREET, SUITE 213
SAN JOSE, CA 95134

AGRI-EMPIRE, INC.
P.O. BOX 490
SAN JACINTO, CA 92383

BILL STEELE
U.S. BUREAU OF RECLAMATION
27708 JEFFERSON AVE., #202
TEMECULA, CA 92590

DIRECTOR
RIVERSIDE CO. PLANNING
4080 LEMON STREET, 9TH FLOOR
RIVERSIDE, CA 92501

GENERAL MANAGER
RANCHO CAL RV RESORT CA
P.O. BOX 214
AGUANGA, CA 92536

SDSU FIELD STATION PROGRAMS
ATTN: MATT RAHN, RESERVE
DIRECTOR
5500 CAMPANILE DRIVE
SAN DIEGO, CA 92182-4614

ANTHONY J. PACK, GENERAL
MANAGER
EASTERN MWD
P.O. BOX 8300
PERRIS, CA 92572-8300

GENERAL MANAGER
RAINBOW MWD
3707 OLD HIGHWAY 395
FALLBROOK, CA 92028-9327

MICHAEL LOPEZ
METROPOLITAN WATER DISTRICT
LAKE SKINNER SECTION
33740 BOREL ROAD
WINCHESTER, CA 92596

GENERAL MANAGER
ELSINORE VALLEY MWD
P.O. BOX 3000
LAKE ELSINORE, CA 92330

JACK S. SAFELY
WESTERN MWD
P.O. BOX 5286
RIVERSIDE, CA 92517

ARTHUR L. LITTLEWORTH
JAMES B. GILPIN
C. MICHAEL COWETT
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

LOUIDAR
C/O MCMILLAN FARM MANAGEMENT
29379 RANCHO CALIFORNIA ROAD, #201
TEMECULA, CA 92591

KEITH LEWINGER, GENERAL MANAGER
FALLBROOK PUBLIC UTILITY DISTRICT
P.O. BOX 2290
FALLBROOK, CA 92088

ROBERT H. JAMES, ESQ.
SACHSE, JAMES & LOPARDO
205 W. ALVARADO ST., SUITE 1
FALLBROOK, CA 92028

MIKE LUKER
EASTERN MWD
P.O. BOX 8300
PERRIS, CA 92572-8300

RICHARD & CHRISTINE MCMILLAN
GARY & PATRICIA MCMILLAN
MCMILLAN FARM MANAGEMENT
29379 RANCHO CALIFORNIA ROAD,
SUITE 201
TEMECULA, CA 92362

COUNSEL WESTERN BASES
P.O. BOX 555231
MARINE CORPS BASE - BLDG. 1254
CAMP PENDLETON, CA 92055-5231

DARWIN POTTER
METROPOLITAN WATER DISTRICT
LAKE SKINNER SECTION
33740 BOREL ROAD
WINCHESTER, CA 92596

TULVIO DURAND, CHAIRMAN
AVMAC
P.O. BOX 390908
ANZA, CA 92539

JOHN ROSSI, GENERAL MANAGER
WESTERN MWD
P.O. BOX 5286
RIVERSIDE, CA 92517

LINDA GARCIA
RIVERSIDE CO. FLOOD CONTROL AND
WATER CONSERVATION DIST.
1995 MARKET STREET
RIVERSIDE, CA 92501

JAMES CARTER
P.O. BOX 28739
SANTA ANA, CA 92799-8739

LARRY MINOR
P.O. BOX 398
SAN JACINTO, CA 92581

BRIAN BRADY, GENERAL MANAGER
RANCHO CALIFORNIA WD
P.O. BOX 9017
TEMECULA, CA 92589-9017

CRAIG ELITHARP, DIRECTOR OF
OPERATIONS
RANCHO CALIFORNIA WATER DISTRICT
P.O. BOX 9017
TEMECULA, CA 92589-9017

MICHAEL E. MCPHERSON, ESQ.
344 PLUMOSA AVENUE
VISTA, CA 92083

DAVID GLAZER, ESQ.
ENVIRONMENT AND NATURAL
RESOURCES DIVISION NATURAL

NATURAL RESOURCES SECTION
U.S. DEPARTMENT OF JUSTICE
301 HOWARD STREET, SUITE 1050
SAN FRANCISCO, CA 94105

MANUEL HAMILTON
JOSEPH HAMILTON
P.O. BOX 391372
ANZA, CA 92539

LESLIE CLEVELAND
U.S. BUREAU OF RECLAMATION
27708 JEFFERSON AVENUE, #202
TEMECULA, CA 92590

ASSISTANT CHIEF OF STAFF
ENVIRONMENTAL SECURITY
BOX 555008
MARINE CORPS BASE
CAMP PENDLETON, CA 92055-5008

PETER E. VON HAAM, SR. DEPUTY
GENERAL COUNSEL
METROPOLITAN WATER DISTRICT OF
SOUTHERN CALIFORNIA
P.O. BOX 54153
LOS ANGELES, CA 90054

PAMELA WILLIAMS
OFFICE OF THE SOLICITOR
U.S. DEPARTMENT OF THE INTERIOR
DIVISION OF INDIAN AFFAIRS
1849 C STREET, NW, ROOM 6456
WASHINGTON, D.C. 20240

JEFFRY F. FERRE
JILL N. WILLIS
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CA 92502

ELSA BARTON
217 NO. PALM
HEMET, CA 92543

DON FORSYTH
METROPOLITAN WATER DISTRICT
33752 NEWPORT ROAD
WINCHESTER, CA 92596

ANZA MUTUAL WATER COMPANY
P.O. BOX 390117
ANZA, CA 92539-0117

ASSISTANT CHIEF OF STAFF,
FACILITIES
ATTN: OFFICE OF WATER RESOURCES
BOX 555013
CAMP PENDLETON, CA 92055-5013

CHAIRPERSON
CAHUILLA BAND OF INDIANS
P.O. BOX 391760
ANZA, CA 92539

JAMES J. FLETCHER
U. S. DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
1451 RESEARCH PARK DRIVE
RIVERSIDE, CA 92507-2471

AMY GALLAHER
METROPOLITAN WATER DISTRICT
P.O. BOX 54153
LOS ANGELES, CA 90054-0153

MARK SHAFFER
6837 NE NEW BROOKLYN ROAD
BAINBRIDGE ISLAND, WA 98110

STEPHEN B. REICH
STETSON ENGINEERS, INC.
2171 E. FRANCISCO BLVD., SUITE K
SAN RAFAEL, CA 94901

THOMAS PERKINS
7037 GASKIN PLACE
RIVERSIDE, CA 92506

KHYBER COURCHESNE
1264 PAGE STREET
SAN FRANCISCO, CA 94117

BRIAR MCTAGGART
1642 MERION WAY 40E
SEAL BEACH, CA 90740

ANNA GALE JAMES
40275 CURRY COURT
AGUANGA, CA 92536

BILLY WARD
P O BOX 5878
SAN DIEGO, CA 92165

MARY E LEE
41085 LAKESHORE BLVD.
AGUANGA, CA 92536

JOHN S WILSON
PEGGY WILSON
14205 MINORCA COVE
DEL MAR, CA 92014-2932

MICHAEL J MACHADO
PAMELA M. MACHADO
P O BOX 391607
ANZA, CA 92539

BARBARA J CARR TRUST
BARBARA J. CARR, TRUSTEE
20571 BEXLEY ROAD
JAMUL, CA 91935-7945

MARIANNE E. PAJOT
40225 CURRY COURT
AGUANGA, CA 92536-9742

LOUIDAR
P.O. BOX 891510
TEMECULA, CA 92591

EUGENE FRANZOY
FRANZOY CONSULTING, INC.
8141 W. GELDING DR.
PEORIA, AZ 85381-5600

STEVE LARSON
S.S. PAPADOPILOS & ASSOCIATES
7944 WISCONSIN AVE.
BETHESDA, MD 20814-3320

WIEDERRICH FAMILY TRUST
13440 ST. ANDREWS PLACE
POWAY, CA 92064

JAMES L. MARKMAN
RICHARDS WATSON GERSHON
P.O. BOX 1059
BREA, CA 92822-1059

**Persons Who Signed Waiver of
Service for First Amended
Complaint in Intervention**

A. DEAN ABERMAN
1577 HILL AVE
LOS ANGELES  CA  90041

ELSIE ABRISZ
560 W 10TH ST
PERRIS  CA  92570

GARY ACKER
2530 ALISTER AVE
TUSTIN  CA  92782

DANIEL ADAMS
27115 AVA MONTE
MISSION VIEJO  CA  92692

CARLOS AGUNDEZ
42204 RAMBLING LN
AGUANGA  CA.  92536

PAUL ALATORRE
4872 MERLYN ST
HEMET  CA  92544

JOE ALVARADO
NAOMI ALVARADO
5069 ARGONNE CT
SAN DIEGO  CA  92117

DONA ANDERSON
6118 QUAIL DR
LAKE ISABELLA  CA  93240

KATHRYN ANDERSON (HODDICK)
40725 BROOK TRAILS WAY
AGUANGA  CA.  92536

ANZA CONGREGATION
 JEHOVAHS WITNESSES INC
P O BOX 391518
ANZA  CA  92539

ANZA CONTRERRAS 10
40575 CALLE FIESTA
TEMECULA  CA  92591

TRINIDAD ARELLANO
8227 S DISNEY AVE
WHITTIER  CA  90606

FERNANDO ARRIAGA
P O BOX 892504
TEMECULA  CA  92589

TRAVIS ASHBROOK
37611 REGAL BLUE TR
ANZA  CA.  92539

BLANE BALLE
KIMBERLY BALLE
108 S 320 E
IVINS UT 84738

JOHN BAYLEY
P O BOX 163
AGUANGA CA 92536

NICHOLAS BEALE
P O BOX 391756
ANZA CA 92539

RICHARD BECKLEY
ROSEBUD BECKLEY
58731 BURNT VALLEY RD
ANZA CA. 92539

ROSE BELLITTI
1025 S EUCLID AVE
SAN GABRIEL CA 91776

BEN BLEDSOE
P O BOX 391339
ANZA CA 92539

ELIZABETH BOEVERS
P O BOX 390195
ANZA CA 92539

MICHAEL BRAJEVICH
20804 REYNOLDS DR
TORRANCE CA 90503

NATALIE BRANNIAN
4637 TONI LN
LA MESA CA 91941

JOHN BRETT
9 OLD WOOD RD
POMONA CA 91766

HOWARD BROWN
LINDA BROWN
269 LYNN STREET
PEABODY, MA 01960-6535

MARY BRUCE
8240 CAMPBELL CT
HEMET CA 92545

LARRY BUCCAT
1297 LONG VIEW DR
CHULA VISTA CA 91915

LORENZO CANALES
19551 TOPEKA LN
HUNTINGTON BEACH CA 92646

WALTER CARR III
48680 FOREST SPRINGS RD
AGUANGA CA. 92536

PEGGY CARVER
P O BOX 391794
ANZA CA 92539

GENE CHAI
41785 LAKESHORE BLV
AGUANGA CA. 92536

RONALD CHAPLIN
1314 EAST PUENTE AVE
WEST COVINA CA 91790

FREDERICK CLARK
P O BOX 390479
ANZA CA 92539

DENNIS COATS
49873 OCHOBEE CT
AGUANGA CA. 92536

JOHN COOPER
2342 DALADIER DR
RCH PALOS VERDES CA 90275

RUSSELL CORMIER
PAMELA CORMIER
42595 ROUNDUP DR
AGUANGA CA. 92536

JEFFREY CRAWLEY
LYNETTE CRAWLEY
P O BOX 390405
ANZA CA 92539

FRANCIS CZERNER
270 N EL CAMINO REAL F104
ENCINITAS CA 92024

CAROL DEICHSEL
58580 YAW RD
ANZA CA. 92539

LEROY DEITER
BETTY DEITER
P O BOX 1345
SAN JUAN CAPO CA 92693

YVONNE DICECCO
5202 TIERRA BONITA DR
WHITTIER CA 90601

FRANCES DIMEGLIO
P O BOX 390403
ANZA CA 92539

JONATHAN DONE
27718 BALBOA CT
SUN CITY CA 92585

JACQUELINE DOWNER
P. O. BOX 390521
ANZA CA 92539

KERRY DREYER
41755 LAKESHORE BLV
AGUANGA CA. 92536

ROBERT DUNHAM
41917 PLUM ST
MURRIETA CA 92562

GEORGE DURHAM
3722 BAGLEY AVE N
SEATTLE WA 98103

BILL DYE
24701 RAYMOND WAY 168
LAKE FOREST CA 92630

LARRY DYSON
DYSON DEVELOPMENT
437 S HIGHWAY 101 NO 217
SOLANA BEACH CA 92075

PETER EMERY
GLENDA EMERY
49920 INDIAN ROCK RD
AGUANGA CA. 92536

CHARAN EURPONGPAN
11174 BERTHA PL
CERRITOS CA 90701

DONALD FAILS
49505 PAIUTE CT
AGUANGA CA. 92536

DAVID FARRUGGIA
49891 CHEYENNE CT
AGUANGA CA. 92536

ESTHER FARSI
31394 JANELLE LN
WINCHESTER CA 92596

STEPHEN FERMANO
1818 W 238TH ST
TORRANCE CA 90501

MELVIN FINKE
49260 DALEWOOD CT
AGUANGA CA. 92536

BOB FITTS
76 6309 HAKU PL
KAILUA KONA HI 96740

MICHAEL FLOYD
49675 CHEROKEE CT
AGUANGA CA. 92536

THEODORE FORTNER
P O BOX 390359
ANZA CA 92539

BOB FRANZEN
49920 HOPI CT
AGUANGA CA 92536

ROBERT FREEMAN
1697 CURRY COMB DR
SAN MARCOS CA 92069

TIMOTHY FREIL
14321 144TH ST SE
SNOHOMISH WA 98290

MICHAEL GALLEGOS
5209 ECLIPSE AVE
MIRA LOMA CA 91752

ROSEMARY GARCIA
49790 CHEROKEE CT
AGUANGA CA. 92536

LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH CA 90810

ESTATE OF FRANCISCO D GASCON
C/O JAXON MILLER
6529 RIVERSIDE AVE NO 153
RIVERSIDE CA 92506

EDITHMAE GAUTSCHY
C/O LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH CA 90810

MILAN GERARD
16496 MANGO WAY
LAKE ELSINORE CA 92539

JACKSON GERBL
1170 N RAMONA BLV
SAN JACINTO CA 92582

CATHY GILPIN
1649 CALMIN WAY
FALLBROOK CA 92028

ARTHUR GINN
11545 BUTTER CREEK RD
MOORPARK CA 93021

ROY GODFREY
P O BOX 390834
ANZA CA 92539

ANTE GOLEM
JOAN GOLEM
23315 OCEAN AVE
TORRANCE CA 90505

CHARLES GRANO
RENEE GRANO
P O BOX 133029
BIG BEAR LAKE CA 92315

CHARLIE GRAY
125 N STAGECOACH
FALLBROOK CA 92028

JUAN GUTIERREZ
ENEDINA GUTIERREZ
13904 MASLINE ST
BALDWIN PARK CA 91706

RANDALL HAMBLIN
PATRICIA HAMBLIN
49275 IRONWOOD WAY
AGUANGA CA. 92536

WILLIAM HECKETHORN
60645 LUPIN WAY
ANZA CA 92539

HEMET UNIFIED SCHOOL
DISTRICT
Richard Beck
2350 E LATHAM AVE
HEMET CA 92545

MARGARET HERBENICK
223 DESMENT
HAMILTON MT 59840

NOAH HENDERSON
EUNICE HENDERSON
PO BOX 391275
ANZA CA 92539

LUCY HICKS REV TRUST
24901 GEORGIA SUE
LAGUNA HILLS CA 92653

MARGARET HJELM
5110 N PITTSBURGH AVE
NORRIDGE IL 60706

WARREN HODGES
19021 FARIMAN DR
CARSON CA 90746

RICHARD T HOLLENBECK
P O BOX 390373
ANZA CA 92539

NANNETTE HOLZER
55935 ATLANTIC AVE
ANZA CA. 92539

EUGENE HUMPHRIES
P O BOX 391302
ANZA CA 92539

DANIEL HURTADO
54895 HARVEY HILL RD
ANZA CA. 92539

QUANG HUYNH
633 ASCOT DR
VISTA CA 92083

DEANNA IBARRA
6947 BETTYHILL DR
SAN DIEGO CA 92117

DARLENE JAMES
72645 HEDGEHONG ST
PALM DESERT CA 92260

VICTOR JOHNSTON
853 HAMPTON CT
VISTA CA 92083

DIANE JONES
3052 LEES AVE
LONG BEACH CA 90808

WILLIAM JONES
2932 BUENA CREEK RD
VISTA CA 92084

JEROME JORGENSEN
JOANNE JORGENSEN
434 ROSPAW WAY
PLACENTIA CA 92670

ANGELES KEELER
2262 SALT AIR DR
SANTA ANA CA 92705

JAY KEFALAS
CAROLYN KEFALAS
3052 LEES AVE
LONG BEACH CA 90808

CHARLES KNIGHT
82230 E SOLAR CT
INDIO CA 92201

HERBERT KUEHNE
MARLENE KUEHNE
2228 E WHITE LANTERN LN
ORANGE CA 92667

EMILIE LANSFORD
3409 HERMITAGE CT
OCEAN SPRINGS MS 39564

MANUEL LARANANG
11109 BRIGANTINE ST
CERRITOS CA 90703

LISA LATHAM
49082 TROTTER LN
AGUANGA CA. 92536

BILL LAWLYES
49330 DALEWOOD
AGUANGA CA. 92536

MARK LAWRENCE
40843 N TANFORAN CT
AGUANGA CA. 92536

MARY LEE
42010 ROLLING HILLS DR
AGUANGA CA 92536

GARY LICKVER
P O BOX 1778
SAN MARCOS CA 92069

FRANK LINDSTROM
HOLLY LINDSTROM
PMB 107
751027 HENRY ST., SUITE 111A
KAILUA KONA, HI 96740-3154

STEVEN LOCKHART
32692 1 2 ORTEGA HIGHWAY
LAKE ELSINORE CA 92530

BILL LONG
RAE JEAN LONG
P O BOX 390654
ANZA CA 92539

JEFF LOOMIS
35110 AVENIDA LA CRESTA
MURRIETA CA 92562

JON LOPES
958 POSTAL WAY STE 4B
VISTA CA 92083

MARICANO LOPEZ
CHARLOTTE LOPEZ
1810 W LIGHTHALL ST
W COVINA CA 91790

MARY LORENZEN
715 S SYLVAN ST
ANAHEIM CA 92804

RASVAN LUPASCU
DEBORAH LUPASCU
221456 SUMMIT HILL DR
LAKE FOREST CA 92630

JOSEPH MACALINO
6833 WINTERBERRY WAY

CORONA  CA 92880

AURORA MACH
2324 MANCHESTER AVE
CARDIFF  CA 92007

MIKE MACHADO
PAMELA MACHADO
P O BOX 391607
ANZA  CA 92539

JAMES MANUHU
18296 HOLLOWTREE LN
RIVERSIDE  CA 92504

MARILYN MARTIN
P O BOX 390294
ANZA  CA 92539

RICHARD MARTIN
175 WALNUT HILLS DR
SAN MARCOS  CA 92069

DEBRA MARTINEZ
21801 EMBASSY AVE
LONG BEACH  CA 90810

MANUEL MASIEL
42080 ROUNDUP RD
AGUANGA  CA. 92536

WILL MASON
49795 GELDING WAY
AGUANGA  CA. 92536

JESSE MATTINA
17837 1ST AVE S PMB 319
NORMANDY PARK  WA 98148

FLOYD MAXWELL
56105 MURIEL LN
ANZA  CA. 92539

ROBERT MCALLISTOR
7 POWDERHOUSE RD
DOVER  MA 2030

MARK MCCLURE
48920 LAKE CANYON DR
AGUANGA  CA. 92536

ANGUS MCCOLL
2553 MAJELLA RD
VISTA  CA 92084

THOMAS MCGINTY
107 PALM DR
PLACENTIA  CA 92670

CHARLES MCKINNON
JOAN MCKINNON
2547 E NORM PL
ANAHEIM  CA 92806

DENNIS MCKUSICK
35901 BINGLEY CT
MURRIETA  CA 92562

BRIAR MCTAGGART
1642 MERION WAY NO 40 E
SEAL BEACH  CA 90740

THEODORE MEIER
40095 BAY MEADOWS WAY
AGUANGA  CA. 92536

MEM LTD PARTNERSHIP
P O BOX 746
LAKEHEAD  CA 96051

HELEN MILLER
8240 CAMPBELL CT
HEMET  CA 92545

JAMES MILLER
ALICIA MILLER
42675 ROUNDUP DR
AGUANGA  CA. 92536

MAX MILLER
NANCY MILLER
P O BOX 390576
ANZA  CA 92539

CHARLES MINERT
49565 FLIGHTLINE WAY
AGUANGA  CA. 92536

SALVADOR MIRANDA
P O BOX 391031
ANZA  CA 92539

JEFFREY MOORE
31941 CORYDON ST NO 1
LAKE ELSINORE  CA 92530

NANCY MORRIS
49945 CHEYENNE CT
AGUANGA  CA. 92536

RAYMOND MUNSON
49945 CHEYENNE CT
AGUANGA  CA. 92536

COLLEEN MURRAY
38390 MCDONALD LN
ANZA  CA 92539

TERRY NAVRATIL
59715 GRANDON
ANZA  CA 92539

JANICE NILSEN
ALMEV 4
4515 MANDAL NORWAY

STEVEN NORMAN
56795 MOUNT RD
ANZA  CA. 92539

DOUGLAS OBRIEN
DOLORES OBRIEN
3642 EVEREST AVE
RIVERSIDE  CA 92503

BRADLEY OLIVE
5905 VIA DEL TECOLOTE
YORBA LINDA  CA 92887

ERIC ORTIZ
P O BOX 7
SUN CITY  CA 92586

CORNELIUS OVERGAAUW
6143 CAPETOWN
LAKEWOOD  CA 90713

HELEN PARK
1911 W. SNEAD STREET
LA HABRA, CA 90631-9507

IRENE PARK
377 SHERWOOD CT
THOUSAND OAKS  CA 91361

DUSTIN PARKER
7879 CERRITOS AVE.
STANTON, CA 90680-1685

HELEN PATCHICK
1942 BUTLER AVE
LOS ANGELES  CA 90025

PERRIE PATTERSON
23 TAYLOR AVE
PALM DESERT  CA 92260

JOHN PAULSEN
42480 RIVERDALE DR
AGUANGA  CA. 92536

EVA PENA
80870 US HIGHWAY NO 139
INDIO  CA 92201

TOM PERKINS
7037 GASKIN PL
RIVERSIDE  CA 92506

JACK PETTY
JANICE PETTY
49705 MESCALERO CT
AGUANGA  CA. 92536

JERRY PIPER
24751 VIA ALVORADO
MISSION VIEJO  CA 92692

ARTHUR PIZZANELLO
29568 BRANWIN ST.
MURRIETA, CA 92563-5896

JOSEPH POPOWICH
49359 SQUAW PEAK CT
AGUANGA  CA. 92536

FRED PRADELS
1337 SKYROS WAY
ENCINITAS  CA 92024

CHARLES QUINN
57790 MITCHELL RD
ANZA  CA. 92539

SUSAN QUINN
57790 MITCHELL RD
ANZA  CA. 92539

NOEL QUINONES
18 WILLOWBROOK LN
POMONA  CA 91766

ROD QUINTANA
82599 OLEANDER
INDIO  CA 92201

MARVIN RAMMELSBERG
6131 E CLIFFWAY DR
ORANGE CA 92869

BRIK RAMOS
P O BOX 729
PALM SPRINGS CA 92263

JEFFREY RAUTON
42470 LAKESHORE BLV
AGUANGA CA. 92536

JANE RECHT
P O BOX 390878
ANZA CA 92539

STELLA REYES
809 AUZERAIS AVE UNT 434
SAN JOSE CA 95126

MANFRED RIDDER
P O BOX 127
ANGELUS OAKS CA 92305

HANS RIDDER
455 W 12TH ST
CLAREMONT CA 91711

DAMEON RIGGS
SERENA RIGGS
55880 MITCHELL RD
ANZA CA. 92539

ARTHUR RINGHAND
1660 LEORA LN
ENCINITAS CA 92024

BEATRICE RIVERA
P O BOX 390561
ANZA CA 92539

JOSE RIZO
P O BOX 391228
ANZA CA 92539

GEORGE ROBERTS
JOANNE ROBERTS
22082 CAPISTRANO LN
HUNTINGTON BEACH CA 92646

BOBBY ROBERTSON
49660 IRONWOOD WAY
AGUANGA CA. 92536

THOMAS ROBINSON
466 W CALDWELL ST
COMPTON CA 90220

THOMAS ROBINSON, JR.
466 W CALDWELL ST
COMPTON CA 90220

JOEL RODRIGUEZ
MARLENE RODRIGUEZ
1810 W LIGHTHALL ST
W COVINA CA 91790

TOMAS RODRIGUEZ
6638 BLANCHARD AVE
FONTANA CA 92336

CORNELIU RUSU
LUCIA RUSU
25122 ARMAGOSA DR
LAGUNA NIGUEL CA 92677

RAFAEL SALDANA
19615 GLENWOOD AVE
RIVERSIDE CA 92508

LINCOLN SCHLOTTERBACK
1203 CITRUS PL
COSTA MESA CA 92626

ROBERT SCHMELING, TRUSTEE
ELEANOR SCHMELING, TRUSTEE
P O BOX 5028
HEMET CA 92544

ROGER SCOTT
40045 BAY MEADOWS WAY
AGUANGA CA. 92536

WILLIAM SEGUI
2002 ZOLDER CT
EL CAJON CA 92019

RICHARD SHARKO
11245 HUNTLEY PL
CULVER CITY CA 90230

BRANKO SINDICICH
DARLINE SINDICICH
885 W 23RD ST
SAN PEDRO CA 90731

VARAPORN SIRIJANYAKUL
8600 CONTRERAS ST 65
PARAMOUNT CA 90723

CAROL ANN SMITH
54895 HARVEY HILL RD
ANZA CA. 92539

ROGER SNYDER
42358 RIVERDALE DR
AGUANGA CA 92536

ROSALIE TAYLOR
P O BOX 390224
ANZA CA 92539

CHERYL THAISS
48244 NORWEGIAN HOLLOW
SOLDIERS GROVE WI 54655

RAYMOND THIBAULT
603 E PALM AVE
ORANGE CA 92666

DONALD TIMMS
5335 JAMESTOWN RD
SAN DIEGO CA 92117

JOSEPH TRAN
167 S LINHAVEN
ANAHEIM CA 92804

ANH TRANPHUOC
5804 TANGLEWOOD DR
RALEIGH NC 27616

VACHIRASOMBOON FAMILY TRUST
C/O THONGCHAI VACHIRASOMBOON
C/O CHANTANATHIP VACHIRASOMBOON
1350 COVINGTON CT
CROWN POINT IN 46307

RICHARD VANDERLINDEN
SANDRA VANDERLINDEN
34711 LYN AVE
HEMET CA 92545

KAREN J. VESTAKIS
32971 PATERNO ST
TEMECULA CA 92592

LOUIS VILLAR
P O BOX 390441
ANZA CA 92539

CHRISTOPHER VISPERAS
MARIFLOR VISPERAS
5453 PARROLETTE CT
OCEANSIDE CA 92057

CHARLES VRANICH
15885 BRENDA LN
RIVERSIDE CA 92506

BARRY WAUGAMAN
51945 AVD VELASCO
LA QUINTA CA 92253

JACK WEIDE
1011 FLORIDA ST
HUNTINGTON BEACH CA 92648

ROBERT WHEELER
P O BOX 390467
ANZA CA 92539

ROBERT WHITE
1421 E ST ANDREWS
SANTA ANA CA 92705

ANTONY WIDGERY
BARBARA WIDGERY
8975 LAWRENCE DR NO 108
ESCONDIDO CA 92026

DAVID WILLIAMSON
49692 WILDFLOWER CT
AGUANGA CA. 92536

JOHN S WILSON
PEGGY WILSON
14205 MINORCA COVE
DEL MAR, CA 92014-2932

MARK WILMER
7530 DESCANSO
LAS VEGAS NV 89123

ROBERTA ZAJAC
40450 BROOK TRAILS WAY
AGUANGA CA. 92536

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 1, 2009, at Berkeley, California.

Gloria Coronado