1   JOHN KARACZYNSKI (SBN 93108)
    RODNEY B. LEWIS (*Pro Hac Vice*)
2   JAMES T. MEGGESTO (*Pro Hac Vice*)
    Akin Gump Strauss Hauer & Feld LLP
3   2029 Century Park East, Suite 2400
    Los Angeles, California 90067-3012
4   Telephone: 310-229-1000
    E-mail: jkaraczynski@akingump.com
5   E-mail: rlewis@akingump.com
    E-mail: jmeggesto@akingump.com
6   *Attorneys for Plaintiff-Intervenor/Defendant*
    *Pechanga Band of Luiseño Indians*
7

8   C. MICHAEL COWETT
    Best Best & Krieger LLP
    655 West Broadway, 15th Floor
9   San Deigo, CA   92101
    Telephone: 619-525-1336
10  E-mail:  Michael.Cowett@bbklaw.com
    *Attorney for Rancho California Water District*
11

12  PATRICK BARRY (*Pro Hac Vice*)
    Department of Justice
13  P.O. Box 44378
    Washington, D.C.  20026-4378
14  Telephone: 202-305-0254
    E-mail: Patrick.Barry@usdoj.gov
15  *Attorney for the United States*

16                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
17

18  UNITED STATES OF AMERICA,              Case No. 51-1247-SD-GT

19                  Plaintiff,             **JOINT STATUS REPORT SUBMITTED
                                           BY PECHANGA BAND OF LUISEÑO
20       v.                                MISSION INDIANS, RANCHO
                                           CALIFORNIA WATER DISTRICT, AND
21  FALLBROOK PUBLIC UTILITY               THE UNITED STATES**
    DISTRICT,  *et al.*,
22

23                  Defendants.            Hon. Gordon Thompson, Jr.

24

25          Pursuant to this Court's October 19, 2009 Order, the Pechanga Band of Luiseño Indians

26  ("Pechanga"), Rancho California Water District ("RCWD") and the United States (collectively

27  the "Moving Parties") hereby respectfully submit this status report summarizing settlement

28

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

1   discussions to confirm finally Pechanga's federal reserved water rights and to settle certain other

2   related claims, and providing a proposed procedure to approve the settlement.

3        As set forth in previous status reports, and conveyed at the settlement conferences with

4   Magistrate Judge Brooks, the Moving Parties, along with Eastern Municipal Water District

5   ("EMWD") and Metropolitan Water District ("MWD") have been engaged in intense ongoing

6   negotiations in an effort to reach settlement.  As a result, the Moving Parties have recently

7   reached a settlement which has been formalized in the Pechanga Band of Luiseño Mission

8   Indians Water Rights Settlement Agreement ("Settlement Agreement"), along with additional

9   agreements as exhibits to the overarching Settlement Agreement.[1]  While the Moving Parties

10   have not executed the Settlement Agreement at this point, on November 16, 2009 legal counsel

11   for the Moving Parties, excluding the United States, signed a letter to Congresswoman Bono

12   Mack indicating that they had reviewed the Settlement Agreement and advised their respective

13   clients that the Settlement Agreement is ready for consideration and approval by their respective

14   governing bodies.[2]  Accordingly, the Settlement Agreement is ready for final execution.

15        Significantly, the Moving Parties also worked together and have come to agreement on

16   language for the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act

17   ("Act") which, among other things, will ratify, authorize and confirm the Settlement Agreement.

18   Congresswoman Bono Mack introduced the Act on December 11, 2009 as H.R. 4285, (attached

19   as Exhibit 1) which was co-sponsored by Congressman Issa, Congressman Calvert,

20   Congressman Baca, Congressman Grijalva and Congresswoman Richardson.  The Moving

21   Parties are optimistic that the Act will be scheduled for a hearing before the House Natural

22   Resources Subcommittee of Water and Power at the earliest possible opportunity and that the bill

23

24   [1] The exhibits incorporated in the Settlement Agreement are as follows:  Amended and Restated Groundwater
Management Agreement; Recycled Water Agreement and Amendment No. 1 to the Recycled Water Agreement;
Recycled Water Transfer Agreement; Recycled Water Scheduling Agreement; Recycled Water Infrastructure
25   Agreement; Extension of Service Area Agreement; ESAA Capacity Agreement and ESAA Water Delivery
Agreement.

26   [2] Signatories to the Settlement Agreement include Pechanga, RCWD, EMWD and the United States.  The United
States, however, is not authorized to sign the Settlement Agreement until after Congress passes the settlement
legislation, which directs and authorizes the Secretary of Interior to execute the Settlement Agreement on behalf of
27   the United States.

28

2

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

1   will proceed through the Subcommittee in regular order.  The Moving Parties also anticipate that

2   the Act will be introduced in the Senate in early 2010.

3          In accordance with the Court's October 19, 2009 Order, the Moving Parties respectfully

4   submit as exhibits to this Joint Status Report a proposed procedure to approve the settlement.  As

5   part of the procedure to approve the settlement, the Moving Parties propose the following

6   documents be filed with the Court:

7          (1)    Joint Motion and Stipulation to Enter a Scheduling Order to Consider Motions to

8                 Implement the Pechanga Band of Luiseño Mission Indians Water Rights

9                 Settlement Agreement (attached as Exhibit 2);

10         (2)    a Proposed Order Scheduling Notice of the Stipulation and Judgment (seeking

11                approval of the Pechanga Band of Luiseño Mission Indians Water Rights

12                Settlement Agreement), Responses and/or Objections to the Stipulation and

13                Replies to Responses and/or Objections (attached as Exhibit 3);

14         (3)    Form of Notice of Pending Settlement (attached as Exhibit 4);

15         (4)    Stipulation and Request for Entry of Judgment and Decree (attached as Exhibit

16                5); and

17         (5)    Proposed Judgment and Decree (attached as Exhibit 6).

18

19   Together, these documents provide a proposed procedure for this Court to consider and approve

20   the Settlement Agreement in order for the Settlement Agreement to become enforceable.  The

21   proposed procedure also provides the necessary notice of the Settlement Agreement through

22   newspaper circulation, mailings to the Fallbrook mailing list and access to the Settlement

23   Agreement and Act at common locations (*i.e.*, local libraries), such that individuals have the

24   opportunity to file objections, the Moving Parties have the opportunity to respond and the Court

25   has the opportunity to resolve any and all issues.  This is the nature of notice that has been

26   required by other federal district courts considering similar petitions for approval of an Indian

27   water rights settlement. (See Exhibit 7).

28

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

1    The Moving Parties' proposed procedure for approving the settlement is in draft form, in

2    order to review and confer with the Court as to whether the Moving Parties' proposed procedure

3    is satisfactory.  The Moving Parties respectfully request that the proposed procedure be discussed

4    at the next telephonic settlement conference on March 11, 2010 or at such earlier date as the

5    Court so chooses.

6

7

8

9    RESPECTFULLY SUBMITTED,

10   Dated: December 14, 2009                    Pechanga Band of Luiseño Mission Indians

11

12                                              By: *s/James T. Meggesto*
                                                    James T. Meggesto

13

14                                              Rancho California Water District

15                                              By: *s/C. Michael Cowett*
                                                    C. Michael Cowett

16

17                                              United States of America

18                                              By: *s/Patrick Barry*
                                                    Patrick Barry

19

20

21

22

23

24

25

26

27

28                                              4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE BY U.S. MAIL**

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012.

On December 14, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1)  JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

by depositing a copy in the United States mail at 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Nobuo Komota | Agri-Empire, Inc. |
| c/o Richard Woo | P.O. Box 490 |
| Soliton Tech | San Jacinto, CA  92383 |
| 2635 N. First Street, Suite 213 | |
| San Jose, CA  95134 | |
| | |
| Bill Steele | Director |
| U.S. Bureau of Reclamation | Riverside Co. Planning |
| 27708 Jefferson Ave., #202 | 4080 Lemon Street, 9th Floor |
| Temecula, CA  92590 | Riverside, CA  92501 |
| | |
| General Manager | SDSU Field Station Programs |
| Rancho CA RV Resort OA | ATTN: Matt Rahn, Reserve Director |
| P.O. Box 214 | 5500 Campanile Drive |
| Aguanga, CA  92536 | San Diego, CA  92182-4614 |
| | |
| Anthony J. Pack, General Manager | General Manager |
| Eastern MWD | Rainbow MWD |
| P.O. Box 8300 | 3707 Old Highway 395 |
| Perris, CA  92572-8300 | Fallbrook, CA  92028-9327 |

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Michael Lopez<br>Metropolitan Water District | General Manager<br>Elsinore Valley MWD |
| 2 | Lake Skinner Section<br>33740 Borel Road | P.O. Box 3000<br>Lake Elsinore, CA  92330 |
| 3 | Winchester, CA  92596 | |
| 4 | Jack S. Safely | Arthur L. Littleworth |
| 5 | Western MWD<br>P.O. Box 5286 | James B. Gilpin<br>C. Michael Cowett |
| 6 | Riverside, CA  92517 | BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor |
| 7 | | San Diego, CA  92101 |
| 8 | Louidar | Keith Lewinger, General Manager |
| 9 | c/o McMillan Farm Management<br>29379 Rancho California Road, #201 | Fallbrook Public Utility District<br>P.O. Box 2290 |
| 10 | Temecula, CA  92591 | Fallbrook, CA  92088 |
| 11 | Robert H. James, Esq. | Mike Luker |
| 12 | SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1 | Eastern MWD<br>P.O. Box 8300 |
| 13 | Fallbrook, CA  92028 | Perris, CA  92572-8300 |
| 14 | Richard & Christine McMillan<br>Gary & Patricia McMillan | Counsel Western Bases<br>P.O. Box 555231 |
| 15 | McMillan Farm Management<br>29379 Rancho California Road, Suite 201 | Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA  92055-5231 |
| 16 | Temecula, CA  92591 | |
| 17 | Darwin Potter | Tulvio Durand, Chairman |
| 18 | Metropolitan Water District<br>Lake Skinner Section | AVMAC<br>P.O. Box 390908 |
| 19 | 33740 Borel Road<br>Winchester, CA  92596 | Anza, CA  92539 |
| 20 | | |
| 21 | John Rossi, General Manager<br>Western MWD | Linda Garcia<br>Riverside Co. Flood Control and Water |
| 22 | P.O. Box 5286<br>Riverside, CA  92517 | Conservation District<br>1995 Market Street |
| 23 | | Riverside, CA  92501 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | 6 | |

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

1

Patrick Barry, Esq.
Amy S. Tryon
Environment and Natural Resources
Division
Indian Resources Section
U.S. Department of Justice
P.O. Box 44378
Washington, DC  20026-4378

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

2

3

4

5

6

Brian Brady, General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA  92589-9017

Craig Elitharp, Director of Operations
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

7

8

9

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

David Glazer, Esq.
Environment and Natural Resources
Division
Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105

10

11

12

13

Manuel Hamilton
Joseph Hamilton
P.O. Box 391372
Anza, CA  92539

Leslie Cleveland
U.S. Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA  92590

14

15

16

James Carter
P.O. Box 28739
Santa Ana, CA 92799-8739

Marco A. Gonzalez
Rory R. Wicks
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA  92024

17

18

19

Assistant Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA  92055-5008

Peter E. Von Haam, Sr. Deputy General
Counsel
Metropolitan Water District of Southern
California
P.O. Box 54153
Los Angeles, CA  90054

20

21

22

23

24

25

26

27

28

7

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | |
|---|---|
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, DC  20240 | Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA  92502 |
| Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM  87048 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA  92596 |
| Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA  92539-0117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA  92055-5013 |
| Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA  92539 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA  92507-2471 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA  92543 | Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCO, TIDUS &<br>PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA  92614 |
| Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA  90054-0153 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA  98110 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA  94901 | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA  92088 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA  94117 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA  90740 |

8

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |
| 2 | | |
| 3 | Mary E. Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA 92536 | John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| 4 | | |
| 5 | | |
| 6 | Michael J. Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA 92539 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA 91935-7945 |
| 7 | | |
| 8 | | |
| 9 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA 92591 |
| 10 | | |
| 11 | Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ 85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD 20814-3320 |
| 12 | | |
| 13 | | |
| 14 | Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams and Weathers LLL<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA 92536 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA 92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO 80132 |
| 19 | | |
| 20 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA 92014 | Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources<br>Division<br>1961 Stout Street, Floor 8<br>Denver, CO 80294-1961 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA 92064 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

9

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Anthony Madrigal<br>26 Lanyard Court | Scott B. McElroy<br>Alice E. Walker |
| 2 | Sacramento, CA 95831 | M. Catherine Condon<br>Daniel E. Steuer |
| 3 | | McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220 |
| 4 | | Boulder, CO 80302 |

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
43205 Chapman Road
Anza, CA 92539

Alvin Greenwald
6010 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern
California
700 North Alameda Street
Los Angeles, CA 90012-2944

Western Land Financial and Pacific Holt
Corporation
23 Midway Street, Unit B
San Francisco, CA 94133

Avalon Management Group, Inc.
31608 Railroad Canyon Road
Canyon Lake, CA 92587

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Assad S. Safadi
Natural Resources Consulting Engineers,
Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

        I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 14, 2009, at 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012.

                                                        *s/Davina Colvin*
                                                        Davina Colvin

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES