IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br><br><br>FALLBROOK PUBLIC<br><br>UTILITY DISTRICT, et al., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIV. NO. 3:51-cv-01247<br><br>(Assigned to Hon. Gordon Thompson)<br><br>**JOINT MOTION AND STIPULATION**<br>**TO ENTER A SCHEDULING ORDER**<br>**TO CONSIDER MOTIONS TO**<br>**IMPLEMENT THE PECHANGA BAND**<br>**OF LUISEÑO MISSION INDIANS**<br>**WATER RIGHTS SETTLEMENT**<br>**AGREEMENT** |

The Pechanga Band of Luiseño Mission Indians on its own behalf and on behalf of its members ("Pechanga"), Rancho California Water District ("RCWD"), Eastern Municipal Water District ("EMWD"), and the United States in its capacity as trustee for Pechanga and Pechanga's allottees (the "United States") request that the Court enter a scheduling order setting forth deadlines to consider several motions necessary to implement the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement (the "Settlement Agreement").

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  INTRODUCTION**

Pechanga, RCWD, EMWD and the United States have entered into the Settlement Agreement to provide for a comprehensive settlement of Pechanga's water rights and claims against various parties.[1]  Congress has authorized, ratified and approved the Settlement Agreement in the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act. Pub.

---

[1] This Motion is not intended to be a detailed explanation of the Settlement Agreement. For all purposes, the meaning of the Settlement Agreement should be determined from the Agreement itself without reference to this Motion.

L. No. ___-___ (the "Act").  The Act and the Settlement Agreement resolve certain disputes between Pechanga and other parties to this action.

As a condition of enforceability of the Settlement Agreement, the Settlement Agreement and the Act require that this Court approve the Settlement Agreement to the extent of its jurisdiction.  The Moving Parties have filed a separate Motion requesting that this Court approve a proposed Stipulation of Judgment and Order Pursuant to Stipulation ("Motion for Approval of Settlement").

To facilitate this Court's consideration of the Motion for Approval of Settlement, the Moving Parties herein request the Court to enter a Scheduling Order.  It is necessary that the Scheduling Order be entered because, pursuant to the Act, the last date on which the Settlement Agreement can become effective is December 31, 2015.  The Court will need to consider and resolve any potential objections to the Settlement Agreement well prior to this date to provide the Secretary of the Interior the opportunity to take all actions necessary prior to the publication in the Federal Register Notice. *See* Act § ___.

All parties on the current ____mailing list will receive copies of all filings.  The notice of settlement will also be published at least once per week for three consecutive weeks in a paper of general circulation in _____,____, Counties, California.

To meet the schedule imposed by the Act, the Moving Parties request the Court to enter the proposed Scheduling Order lodged herewith providing as follows:

| | |
|---|---|
| Suggested date for entry of Proposed Scheduling Order by Court | _____, 2010 |
| Notice Served and Published | _____, 2010 |
| Response and Objections to all Motions | _____, 2010 |
| Replies to Responses and Objections | _____, 2010 |

**II.    CONCLUSION**

The Moving Parties request that the Court enter the Proposed Scheduling Order setting out the procedures to consider the Motion for Approval of Settlement.  In order to meet this schedule, the Moving Parties also request that the Court require that any party who opposes this Motion to file an opposition to this Motion no later than ____, 2010, that all replies to the oppositions be filed no later than ____, 2010, and that no party be required to file a response to any motion other than this one until there has been a ruling regarding the Proposed Scheduling Order.

RESPECTFULLY SUBMITTED this ____ day of _____, 2010