IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC<br>UTILITY DISTRICT, et al.,<br><br><br><br><br><br><br><br>Defendants. | CIV. NO. 3:51-cv-01247<br><br>(Assigned to Hon. Gordon Thompson)<br><br>**ORDER SCHEDULING NOTICE OF THE STIPULATION AND JUDGMENT (SEEKING APPROVAL OF THE PECHANGA BAND OF LUISEÑO MISSION INDIANS WATER RIGHTS SETTLEMENT AGREEMENT); RESPONSES AND/OR OBJECTIONS TO THE STIPULATION AND REPLIES TO RESPONSES AND/OR OBJECTIONS** |

The Pechanga Band of Luiseño Mission Indians ("Pechanga"), Rancho California Water District ("RCWD"), Eastern Municipal Water District ("EMWD"), and the United States in its capacity as trustee for Pechanga and Pechanga's allottees (the "United States") [having stipulated], requesting that this Court enter a scheduling order to consider the Stipulation of Judgment (Seeking Approval of the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement), and good cause appearing:

**IT IS ORDERED** as follows:

1. The Moving Parties shall serve a Notice of Pending Settlement in United States v. Fallbrook Public Utility District, et al. Civ. No. 3:51-cv-01247, through First Class Mail, to all parties on the [service list to be determined].

2. The Moving Parties shall publish notice of the pending settlement at least once per week for three consecutive weeks in a newspaper of general circulation in [      ] Counties, California by _____, 2010.

  3. Any party wishing to file a Response and/or Objection to the Stipulation of Judgment (Seeking Approval of the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement) shall do so no later than _____, 2010.

  4. The Moving Parties may file Replies to the Responses and/or Objections no later than ____, 2010.

  5. The Court will thereafter schedule any necessary additional proceedings concerning the Stipulation of Judgment (Seeking Approval of the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement).

  DATED: _____.

                _____
                The Honorable Gordon Thompson