**FORM OF NOTICE OF PENDING SETTLEMENT**
UNITED STATES v. FALLBROOK PUBLIC UTILITY DISTRICT ET AL.
CIV. NO. 3:51-CV-01247
(Assigned to Hon. Gordon Thompson)

1. The Pechanga Band of Luiseño Mission Indians ("Pechanga"), Rancho California Water District ("RCWD"), Eastern Municipal Water District ("EMWD") and the United States have reached a settlement regarding issues relating to *United States v. Fallbrook Public Utility District et al*. Civ. No. 3:51-cv-01247, and certain other matters.

2. Copies of the following "Settlement Documents" are available for public review:

   a. Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement;

   b. Amended and Restated Groundwater Management Agreement;

   c. Recycled Water Agreement and Amendment No. 1 to the Recycled Water Agreement;

   d. Recycled Water Transfer Agreement;

   e. Recycled Water Scheduling Agreement;

   f. Recycled Water Infrastructure Agreement;

   g. Extension of Service Area Agreement;

   h. ESAA Capacity Agreement;

   i. ESAA Water Delivery Agreement;

   j. Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act; and

   k. Form of Proposed Stipulation and Judgment

3. Copies of the Settlement Documents are available during normal business hours for your review at the following places:

   a. Clerk, United States District Court
      Southern District of California
      880 Front Street, Suite 4290
      San Diego, CA 92101-8900

1

      b.      Rancho California Water District
              42135 Winchester Road
              Temecula, CA 92590

      c.      Eastern Municipal Water District
              2270 Trumble Road
              Perris, CA 92572-8300

      d.      Temecula Public Library
              30600 Pauba Rd.
              Temecula, CA 92592

      e.      Grace Mellman Community Library
              41000 County Center Dr.
              Temecula, CA

      f.      [other places to be identified as necessary]

4.      If you claim rights under the Modified Final Judgment and Decree, commonly referred to as the "Fallbrook Decree", you may have a right to object to the settlement. Any objection should be filed on or before _____, with the United States District Court for the Southern District of California at the following address:

      Clerk, United States District Court
      Southern District of California
      880 Front Street, Suite 4290
      San Diego, CA 92101-8900

With a copy mailed or delivered to:

      Pechanga Band of Luiseño Mission Indians
      Pechanga Indian Reservation
      Attn:   John Macarro
      12705 Pechanga Road
      Temecula, CA  92592

      and

      Michael Cowett
      Best Best & Krieger
      655 West Broadway
      Fifteenth Floor
      San Diego, CA 92101

      and

        Gerry Shoaf
        1950 Market St.
        Riverside, CA 92501

The copies of the objections will be distributed electronically to attorneys for other parties who have appeared in this case through a court distribution system by the attorneys for Pechanga, RCWD and EMWD. Unless you are represented by such an attorney, you may not receive copies of objections and related documents filed by other persons. Copies of those documents will be available at the Office of the Clerk, United States District Court, Southern District of California, 880 Front Street, Suite 4290, San Diego, CA 92101-8900.