JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES T. MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseño Indians*

C. MICHAEL COWETT
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Deigo, CA   92101
Telephone: 619-525-1336
E-mail: Michael.Cowett@bbklaw.com
*Attorney for Rancho California Water District*

PATRICK BARRY (*Pro Hac Vice*)
Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378
Telephone: 202-305-0254
E-mail: Patrick.Barry@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT, AND THE UNITED STATES**<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to this Court's October 19, 2009 Order, the Pechanga Band of Luiseño Indians ("Pechanga"), Rancho California Water District ("RCWD") and the United States (collectively the "Moving Parties") hereby respectfully submit this status report summarizing settlement

1  discussions to confirm finally Pechanga's federal reserved water rights and to settle certain other
2  related claims, and providing a proposed procedure to approve the settlement.

3  As set forth in previous status reports, and conveyed at the settlement conferences with
4  Magistrate Judge Brooks, the Moving Parties, along with Eastern Municipal Water District
5  ("EMWD") and Metropolitan Water District ("MWD") have been engaged in intense ongoing
6  negotiations in an effort to reach settlement. As a result, the Moving Parties have recently
7  reached a settlement which has been formalized in the Pechanga Band of Luiseño Mission
8  Indians Water Rights Settlement Agreement ("Settlement Agreement"), along with additional
9  agreements as exhibits to the overarching Settlement Agreement.[1] While the Moving Parties
10 have not executed the Settlement Agreement at this point, on November 16, 2009 legal counsel
11 for the Moving Parties, excluding the United States, signed a letter to Congresswoman Bono
12 Mack indicating that they had reviewed the Settlement Agreement and advised their respective
13 clients that the Settlement Agreement is ready for consideration and approval by their respective
14 governing bodies.[2] Accordingly, the Settlement Agreement is ready for final execution.

15 Significantly, the Moving Parties also worked together and have come to agreement on
16 language for the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act
17 ("Act") which, among other things, will ratify, authorize and confirm the Settlement Agreement.
18 Congresswoman Bono Mack introduced the Act on December 11, 2009 as H.R. 4285, (attached
19 as Exhibit 1) which was co-sponsored by Congressman Issa, Congressman Calvert,
20 Congressman Baca, Congressman Grijalva and Congresswoman Richardson. The Moving
21 Parties are optimistic that the Act will be scheduled for a hearing before the House Natural
22 Resources Subcommittee of Water and Power at the earliest possible opportunity and that the bill

---

[1] The exhibits incorporated in the Settlement Agreement are as follows: Amended and Restated Groundwater Management Agreement; Recycled Water Agreement and Amendment No. 1 to the Recycled Water Agreement; Recycled Water Transfer Agreement; Recycled Water Scheduling Agreement; Recycled Water Infrastructure Agreement; Extension of Service Area Agreement; ESAA Capacity Agreement and ESAA Water Delivery Agreement.

[2] Signatories to the Settlement Agreement include Pechanga, RCWD, EMWD and the United States. The United States, however, is not authorized to sign the Settlement Agreement until after Congress passes the settlement legislation, which directs and authorizes the Secretary of Interior to execute the Settlement Agreement on behalf of the United States.

2

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

will proceed through the Subcommittee in regular order. The Moving Parties also anticipate that the Act will be introduced in the Senate in early 2010.

In accordance with the Court's October 19, 2009 Order, the Moving Parties respectfully submit as exhibits to this Joint Status Report a proposed procedure to approve the settlement. As part of the procedure to approve the settlement, the Moving Parties propose the following documents be filed with the Court:

(1) Joint Motion and Stipulation to Enter a Scheduling Order to Consider Motions to Implement the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement (attached as Exhibit 2);

(2) a Proposed Order Scheduling Notice of the Stipulation and Judgment (seeking approval of the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement), Responses and/or Objections to the Stipulation and Replies to Responses and/or Objections (attached as Exhibit 3);

(3) Form of Notice of Pending Settlement (attached as Exhibit 4);

(4) Stipulation and Request for Entry of Judgment and Decree (attached as Exhibit 5); and

(5) Proposed Judgment and Decree (attached as Exhibit 6).

Together, these documents provide a proposed procedure for this Court to consider and approve the Settlement Agreement in order for the Settlement Agreement to become enforceable. The proposed procedure also provides the necessary notice of the Settlement Agreement through newspaper circulation, mailings to the Fallbrook mailing list and access to the Settlement Agreement and Act at common locations (*i.e.*, local libraries), such that individuals have the opportunity to file objections, the Moving Parties have the opportunity to respond and the Court has the opportunity to resolve any and all issues. This is the nature of notice that has been required by other federal district courts considering similar petitions for approval of an Indian water rights settlement. (See Exhibit 7).

3

The Moving Parties' proposed procedure for approving the settlement is in draft form, in order to review and confer with the Court as to whether the Moving Parties' proposed procedure is satisfactory. The Moving Parties respectfully request that the proposed procedure be discussed at the next telephonic settlement conference on March 11, 2010 or at such earlier date as the Court so chooses.

RESPECTFULLY SUBMITTED,

Dated: December 14, 2009        Pechanga Band of Luiseño Mission Indians

                                By: *s/James T. Meggesto*
                                    James T. Meggesto


                                Rancho California Water District

                                By: *s/C. Michael Cowett*
                                    C. Michael Cowett


                                United States of America

                                By: *s/Patrick Barry*
                                    Patrick Barry

4

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012.

On December 14, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

by depositing a copy in the United States mail at 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012, in an envelope with first class postage fully paid, addressed as follows:

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA  92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA  92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

General Manager
Rancho CA RV Resort OA
P.O. Box 214
Aguanga, CA  92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA  92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA  92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92028-9327

5

| | |
|---|---|
| Michael Lopez<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Jack S. Safely<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 | Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA 92028 | Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA 92591 | Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 | Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA 92539 |
| John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA 92517 | Linda Garcia<br>Riverside Co. Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |

6

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Patrick Barry, Esq. | Larry Minor |
| | Amy S. Tryon | P.O. Box 398 |
| 2 | Environment and Natural Resources Division | San Jacinto, CA  92581 |
| 3 | Indian Resources Section | |
| | U.S. Department of Justice | |
| 4 | P.O. Box 44378 | |
| 5 | Washington, DC  20026-4378 | |
| 6 | Brian Brady, General Manager | Craig Elitharp, Director of Operations |
| | Rancho California WD | Rancho California Water District |
| 7 | P.O. Box 9017 | P.O. Box 9017 |
| | Temecula, CA  92589-9017 | Temecula, CA  92589-9017 |
| 8 | | |
| 9 | Michael E. McPherson, Esq. | David Glazer, Esq. |
| | 344 Plumosa Avenue | Environment and Natural Resources |
| 10 | Vista, CA  92083 | Division |
| | | Natural Resources Section |
| 11 | | U.S. Department of Justice |
| 12 | | 301 Howard Street, Suite 1050 |
| | | San Francisco, CA  94105 |
| 13 | | |
| 14 | Manuel Hamilton | Leslie Cleveland |
| | Joseph Hamilton | U.S. Bureau of Reclamation |
| 15 | P.O. Box 391372 | 27708 Jefferson Avenue, #202 |
| | Anza, CA  92539 | Temecula, CA  92590 |
| 16 | | |
| 17 | James Carter | Marco A. Gonzalez |
| | P.O. Box 28739 | Rory R. Wicks |
| 18 | Santa Ana, CA 92799-8739 | Coast Law Group LLP |
| | | 169 Saxony Road, Suite 204 |
| 19 | | Encinitas, CA  92024 |
| 20 | Assistant Chief of Staff | Peter E. Von Haam, Sr. Deputy General |
| | Environmental Security | Counsel |
| 21 | Box 555008 | Metropolitan Water District of Southern |
| | Marine Corps Base | California |
| 22 | Camp Pendleton, CA  92055-5008 | P.O. Box 54153 |
| | | Los Angeles, CA  90054 |

7

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Pamela Williams<br>Office of the Solicitor | Jeffry F. Ferre<br>Jill N. Willis |
| 2 | U.S. Department of the Interior<br>Division of Indian Affairs | BEST BEST & KRIEGER LLP<br>3750 University Avenue |
| 3 | 1849 C Street, NW, Room 6456<br>Washington, DC 20240 | P.O. Box 1028<br>Riverside, CA 92502 |
| 4 | | |
| 5 | Susan M. Williams<br>Sarah S. Works | Don Forsyth<br>Metropolitan Water District |
| 6 | WILLIAMS & WORKS, P.A.<br>P.O. Box 1483 | 33752 Newport Road<br>Winchester, CA 92596 |
| 7 | Corrales, NM 87048 | |
| 8 | | |
| 9 | Anza Mutual Water Company<br>P.O. Box 390117 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources |
| 10 | Anza, CA 92539-0117 | Box 555013<br>Camp Pendleton, CA 92055-5013 |
| 11 | Chairperson | James J. Fletcher |
| 12 | Cahuilla Band of Indians<br>P.O. Box 391760 | U. S. Department of the Interior<br>Bureau of Indian Affairs |
| 13 | Anza, CA 92539 | 1451 Research Park Drive<br>Riverside, CA 92507-2471 |
| 14 | | |
| 15 | Elsa Barton<br>217 No. Palm | Michael L. Tidus<br>Michele A. Staples |
| 16 | Hemet, CA 92543 | JACKSON, DEMARCO, TIDUS &<br>PECKENPAUGH |
| 17 | | 2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| 18 | | |
| 19 | Amy Gallaher<br>Metropolitan Water District | Mark Shaffer<br>6837 NE New Brooklyn Road |
| 20 | P.O. Box 54153<br>Los Angeles, CA 90054-0153 | Bainbridge Island, WA 98110 |
| 21 | | |
| 22 | Stephen B. Reich<br>Stetson Engineers, Inc. | Charles W. Binder, Watermaster<br>Santa Margarita River Watershed |
| 23 | 2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | P.O. Box 631<br>Fallbrook, CA 92088 |
| 24 | | |
| 25 | Khyber Courchesne<br>1264 Page Street | Briar McTaggart<br>1642 Merion Way 40E |
| 26 | San Francisco, CA 94117 | Seal Beach, CA 90740 |
| 27 | | |
| 28 | 8 | |

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | |
|---|---|
| 1 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA 92165 |

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Billy Ward
P O Box 5878
San Diego, CA 92165

Mary E. Lee
41085 Lakeshore Blvd.
Aguanga, CA 92536

John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J. Machado
Pamela M. Machado
P O Box 391607
Anza, CA 92539

Barbara J. Carr Trust
Barbara J. Carr, Trustee
20571 Bexley Road
Jamul, CA 91935-7945

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536-9742

Louidar
P.O. Box 891510
Temecula, CA 92591

Eugene Franzoy
Franzoy Consulting, Inc.
1392 W. Stacey Lane
Tempe, AZ 85284

Steve Larson
S.S. Papadopilos & Associates
7944 Wisconsin Ave.
Bethesda, MD 20814-3320

Curtis G. Berkey
Scott W. Williams
Alexander, Berkey, Williams and Weathers LLL
2030 Addison Street, Suite 410
Berkley, CA 94704

Lake Riverside Estates Community Assoc.
41610 Lakeshore Blvd.
Aguanga, CA 92536

Dyson Development
437 South Highway 101, Suite 217
Solana Beach, CA 92075

Anza Holdings LLC
1220 Spinnaker Trail
Monument, CO 80132

Anza Acreage, LLC
1310 Stratford Court
Del Mar, CA 92014

Michael Gheleta
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Floor 8
Denver, CO 80294-1961

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA 92064

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

9

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | |
|---|---|
| Anthony Madrigal<br>26 Lanyard Court<br>Sacramento, CA 95831 | Scott B. McElroy<br>Alice E. Walker<br>M. Catherine Condon<br>Daniel E. Steuer<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Temecula Ranchos<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA 92591 |
| Elena Mafla, Chairman<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 | Jackie Spanley<br>AVMAC<br>43205 Chapman Road<br>Anza, CA 92539 |
| Alvin Greenwald<br>6010 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90036 | Catherine M. Stites, General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012-2944 |
| Western Land Financial and Pacific Holt Corporation<br>23 Midway Street, Unit B<br>San Francisco, CA 94133 | Avalon Management Group, Inc.<br>31608 Railroad Canyon Road<br>Canyon Lake, CA 92587 |
| Bob Lemons<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Assad S. Safadi<br>Natural Resources Consulting Engineers, Inc.<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 14, 2009, at 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012.

<i>s/Davina Colvin</i><br>
Davina Colvin

10

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES