JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES T. MEGGESTO (*Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com
*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseño Indians*

C. MICHAEL COWETT
Best Best & Krieger LLP
655 West Broadway, 15ᵗʰ Floor
San Deigo, CA  92101
Telephone: 619-525-1336
E-mail:  Michael.Cowett@bbklaw.com
*Attorney for Rancho California Water District*

PATRICK BARRY (*Pro Hac Vice*)
Department of Justice
P.O. Box 44378
Washington, D.C.  20026-4378
Telephone: 202-305-0254
E-mail: Patrick.Barry@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,  *et al.,*<br><br>Defendants. | Case No. 51-1247-SD-GT<br><br>**JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT, AND THE UNITED STATES**<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to this Court's October 19, 2009 Order, the Pechanga Band of Luiseño Indians ("Pechanga"), Rancho California Water District ("RCWD") and the United States (collectively the "Moving Parties") hereby respectfully submit this status report summarizing settlement

1  discussions to confirm finally Pechanga's federal reserved water rights and to settle certain other

2  related claims, and providing a proposed procedure to approve the settlement.

3       As set forth in previous status reports, and conveyed at the settlement conferences with

4  Magistrate Judge Brooks, the Moving Parties, along with Eastern Municipal Water District

5  ("EMWD") and Metropolitan Water District ("MWD") have been engaged in intense ongoing

6  negotiations in an effort to reach settlement.  As a result, the Moving Parties have recently

7  reached a settlement which has been formalized in the Pechanga Band of Luiseño Mission

8  Indians Water Rights Settlement Agreement ("Settlement Agreement"), along with additional

9  agreements as exhibits to the overarching Settlement Agreement.[1]  While the Moving Parties

10  have not executed the Settlement Agreement at this point, on November 16, 2009 legal counsel

11  for the Moving Parties, excluding the United States, signed a letter to Congresswoman Bono

12  Mack indicating that they had reviewed the Settlement Agreement and advised their respective

13  clients that the Settlement Agreement is ready for consideration and approval by their respective

14  governing bodies.[2]  Accordingly, the Settlement Agreement is ready for final execution.

15       Significantly, the Moving Parties also worked together and have come to agreement on

16  language for the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act

17  ("Act") which, among other things, will ratify, authorize and confirm the Settlement Agreement.

18  Congresswoman Bono Mack introduced the Act on December 11, 2009 as H.R. 4285, (attached

19  as Exhibit 1) which was co-sponsored by Congressman Issa, Congressman Calvert,

20  Congressman Baca, Congressman Grijalva and Congresswoman Richardson.  The Moving

21  Parties are optimistic that the Act will be scheduled for a hearing before the House Natural

22  Resources Subcommittee of Water and Power at the earliest possible opportunity and that the bill

---

[1] The exhibits incorporated in the Settlement Agreement are as follows:  Amended and Restated Groundwater Management Agreement; Recycled Water Agreement and Amendment No. 1 to the Recycled Water Agreement; Recycled Water Transfer Agreement; Recycled Water Scheduling Agreement; Recycled Water Infrastructure Agreement; Extension of Service Area Agreement; ESAA Capacity Agreement and ESAA Water Delivery Agreement.

[2] Signatories to the Settlement Agreement include Pechanga, RCWD, EMWD and the United States.  The United States, however, is not authorized to sign the Settlement Agreement until after Congress passes the settlement legislation, which directs and authorizes the Secretary of Interior to execute the Settlement Agreement on behalf of the United States.

2

1    will proceed through the Subcommittee in regular order.  The Moving Parties also anticipate that

2    the Act will be introduced in the Senate in early 2010.

3          In accordance with the Court's October 19, 2009 Order, the Moving Parties respectfully

4    submit as exhibits to this Joint Status Report a proposed procedure to approve the settlement.  As

5    part of the procedure to approve the settlement, the Moving Parties propose the following

6    documents be filed with the Court:

7          (1)    Joint Motion and Stipulation to Enter a Scheduling Order to Consider Motions to

8                 Implement the Pechanga Band of Luiseño Mission Indians Water Rights

9                 Settlement Agreement (attached as Exhibit 2);

10         (2)    a Proposed Order Scheduling Notice of the Stipulation and Judgment (seeking

11                approval of the Pechanga Band of Luiseño Mission Indians Water Rights

12                Settlement Agreement), Responses and/or Objections to the Stipulation and

13                Replies to Responses and/or Objections (attached as Exhibit 3);

14         (3)    Form of Notice of Pending Settlement (attached as Exhibit 4);

15         (4)    Stipulation and Request for Entry of Judgment and Decree (attached as Exhibit

16                5); and

17         (5)    Proposed Judgment and Decree (attached as Exhibit 6).

18

19   Together, these documents provide a proposed procedure for this Court to consider and approve

20   the Settlement Agreement in order for the Settlement Agreement to become enforceable.  The

21   proposed procedure also provides the necessary notice of the Settlement Agreement through

22   newspaper circulation, mailings to the Fallbrook mailing list and access to the Settlement

23   Agreement and Act at common locations (*i.e.*, local libraries), such that individuals have the

24   opportunity to file objections, the Moving Parties have the opportunity to respond and the Court

25   has the opportunity to resolve any and all issues.  This is the nature of notice that has been

26   required by other federal district courts considering similar petitions for approval of an Indian

27   water rights settlement.  (See Exhibit 7.)

28
                                                   3

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

1    The Moving Parties' proposed procedure for approving the settlement is in draft form, in

2    order to review and confer with the Court as to whether the Moving Parties' proposed procedure

3    is satisfactory.  The Moving Parties respectfully request that the proposed procedure be discussed

4    at the next telephonic settlement conference on March 11, 2010 or at such earlier date as the

5    Court so chooses.

6

7

8    RESPECTFULLY SUBMITTED,

9    Dated: December 14, 2009                    Pechanga Band of Luiseño Mission Indians

10

11                                              By: *s/James T. Meggesto*
                                                    James T. Meggesto

12

13

14                                              Rancho California Water District

15                                              By: *s/C. Michael Cowett*
                                                    C. Michael Cowett

16

17                                              United States of America

18                                              By: *s/Patrick Barry*
                                                    Patrick Barry

19

20

21

22

23

24

25

26

27

28                                        4

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012.

On December 14, 2009, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-1247-SD-GT:

1) JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

by depositing a copy in the United States mail at 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Nobuo Komota<br>c/o Richard Woo<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Agri-Empire, Inc.<br>P.O. Box 490<br>San Jacinto, CA 92383 |
| Bill Steele<br>U.S. Bureau of Reclamation<br>27708 Jefferson Ave., #202<br>Temecula, CA 92590 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |
| General Manager<br>Rancho CA RV Resort OA<br>P.O. Box 214<br>Aguanga, CA 92536 | SDSU Field Station Programs<br>ATTN: Matt Rahn, Reserve Director<br>5500 Campanile Drive<br>San Diego, CA 92182-4614 |
| Anthony J. Pack, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92028-9327 |

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Michael Lopez<br>Metropolitan Water District | General Manager<br>Elsinore Valley MWD |
| 2 | Lake Skinner Section<br>33740 Borel Road | P.O. Box 3000<br>Lake Elsinore, CA  92330 |
| 3 | Winchester, CA  92596 | |
| 4 | Jack S. Safely | Arthur L. Littleworth |
| 5 | Western MWD<br>P.O. Box 5286 | James B. Gilpin<br>C. Michael Cowett |
| 6 | Riverside, CA  92517 | BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor |
| 7 | | San Diego, CA  92101 |
| 8 | Louidar | Keith Lewinger, General Manager |
| 9 | c/o McMillan Farm Management<br>29379 Rancho California Road, #201 | Fallbrook Public Utility District<br>P.O. Box 2290 |
| 10 | Temecula, CA  92591 | Fallbrook, CA  92088 |
| 11 | Robert H. James, Esq. | Mike Luker |
| 12 | SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1 | Eastern MWD<br>P.O. Box 8300 |
| 13 | Fallbrook, CA  92028 | Perris, CA  92572-8300 |
| 14 | Richard & Christine McMillan<br>Gary & Patricia McMillan | Counsel Western Bases<br>P.O. Box 555231 |
| 15 | McMillan Farm Management<br>29379 Rancho California Road, Suite 201 | Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA  92055-5231 |
| 16 | Temecula, CA  92591 | |
| 17 | Darwin Potter | Tulvio Durand, Chairman |
| 18 | Metropolitan Water District<br>Lake Skinner Section | AVMAC<br>P.O. Box 390908 |
| 19 | 33740 Borel Road<br>Winchester, CA  92596 | Anza, CA  92539 |
| 20 | | |
| 21 | John Rossi, General Manager<br>Western MWD | Linda Garcia<br>Riverside Co. Flood Control and Water |
| 22 | P.O. Box 5286<br>Riverside, CA  92517 | Conservation District<br>1995 Market Street |
| 23 | | Riverside, CA  92501 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

6

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Patrick Barry, Esq. | Larry Minor |
| 2 | Amy S. Tryon<br>Environment and Natural Resources | P.O. Box 398<br>San Jacinto, CA  92581 |
|  | Division | |
| 3 | Indian Resources Section | |
| 4 | U.S. Department of Justice<br>P.O. Box 44378 | |
| 5 | Washington, DC  20026-4378 | |
| 6 | Brian Brady, General Manager | Craig Elitharp, Director of Operations |
|  | Rancho California WD | Rancho California Water District |
| 7 | P.O. Box 9017 | P.O. Box 9017 |
| 8 | Temecula, CA  92589-9017 | Temecula, CA  92589-9017 |
| 9 | Michael E. McPherson, Esq. | David Glazer, Esq. |
|  | 344 Plumosa Avenue | Environment and Natural Resources |
| 10 | Vista, CA  92083 | Division |
|  | | Natural Resources Section |
| 11 | | U.S. Department of Justice |
| 12 | | 301 Howard Street, Suite 1050<br>San Francisco, CA  94105 |
| 13 | | |
| 14 | Manuel Hamilton | Leslie Cleveland |
|  | Joseph Hamilton | U.S. Bureau of Reclamation |
| 15 | P.O. Box 391372 | 27708 Jefferson Avenue, #202 |
|  | Anza, CA  92539 | Temecula, CA  92590 |
| 16 | | |
| 17 | James Carter | Marco A. Gonzalez |
|  | P.O. Box 28739 | Rory R. Wicks |
| 18 | Santa Ana, CA 92799-8739 | Coast Law Group LLP |
|  | | 169 Saxony Road, Suite 204 |
| 19 | | Encinitas, CA  92024 |
| 20 | Assistant Chief of Staff | Peter E. Von Haam, Sr. Deputy General |
|  | Environmental Security | Counsel |
| 21 | Box 555008 | Metropolitan Water District of Southern |
|  | Marine Corps Base | California |
| 22 | Camp Pendleton, CA  92055-5008 | P.O. Box 54153<br>Los Angeles, CA  90054 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | |
|---|---|
| 1 | Pamela Williams<br>Office of the Solicitor |
| 2 | U.S. Department of the Interior<br>Division of Indian Affairs |
| 3 | 1849 C Street, NW, Room 6456<br>Washington, DC  20240 |
| 4 | |

Pamela Williams
Office of the Solicitor
U.S. Department of the Interior
Division of Indian Affairs
1849 C Street, NW, Room 6456
Washington, DC  20240

Jeffry F. Ferre
Jill N. Willis
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA  92502

Susan M. Williams
Sarah S. Works
WILLIAMS & WORKS, P.A.
P.O. Box 1483
Corrales, NM  87048

Don Forsyth
Metropolitan Water District
33752 Newport Road
Winchester, CA  92596

Anza Mutual Water Company
P.O. Box 390117
Anza, CA  92539-0117

Assistant Chief of Staff, Facilities
Attn: Office of Water Resources
Box 555013
Camp Pendleton, CA  92055-5013

Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA  92539

James J. Fletcher
U. S. Department of the Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA  92507-2471

Elsa Barton
217 No. Palm
Hemet, CA  92543

Michael L. Tidus
Michele A. Staples
JACKSON, DEMARCO, TIDUS &
PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, CA  92614

Amy Gallaher
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054-0153

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA  98110

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA  94901

Charles W. Binder, Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA  92088

Khyber Courchesne
1264 Page Street
San Francisco, CA  94117

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA  90740

8

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA  92536 | Billy Ward<br>P O Box 5878<br>San Diego, CA  92165 |
| 3 | Mary E. Lee<br>41085 Lakeshore Blvd.<br>Aguanga, CA  92536 | John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA  92014-2932 |
| 6 | Michael J. Machado<br>Pamela M. Machado<br>P O Box 391607<br>Anza, CA  92539 | Barbara J. Carr Trust<br>Barbara J. Carr, Trustee<br>20571 Bexley Road<br>Jamul, CA  91935-7945 |
| 9 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA  92536-9742 | Louidar<br>P.O. Box 891510<br>Temecula, CA  92591 |
| 11 | Eugene Franzoy<br>Franzoy Consulting, Inc.<br>1392 W. Stacey Lane<br>Tempe, AZ  85284 | Steve Larson<br>S.S. Papadopilos & Associates<br>7944 Wisconsin Ave.<br>Bethesda, MD  20814-3320 |
| 14 | Curtis G. Berkey<br>Scott W. Williams<br>Alexander, Berkey, Williams and Weathers LLL<br>2030 Addison Street, Suite 410<br>Berkley, CA  94704 | Lake Riverside Estates Community Assoc.<br>41610 Lakeshore Blvd.<br>Aguanga, CA  92536 |
| 18 | Dyson Development<br>437 South Highway 101, Suite 217<br>Solana Beach, CA  92075 | Anza Holdings LLC<br>1220 Spinnaker Trail<br>Monument, CO  80132 |
| 20 | Anza Acreage, LLC<br>1310 Stratford Court<br>Del Mar, CA  92014 | Michael Gheleta<br>United States Department of Justice<br>Environment and Natural Resources<br>Division<br>1961 Stout Street, Floor 8<br>Denver, CO  80294-1961 |
| 24 | Wiederrich Family Trust<br>13440 St. Andrews Place<br>Poway, CA  92064 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA  92506 |

9

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

| | | |
|---|---|---|
| 1 | Anthony Madrigal<br>26 Lanyard Court<br>Sacramento, CA 95831 | Scott B. McElroy<br>Alice E. Walker<br>M. Catherine Condon<br>Daniel E. Steuer<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |

1
2
3
4
5

Anthony Madrigal
26 Lanyard Court
Sacramento, CA 95831

Scott B. McElroy
Alice E. Walker
M. Catherine Condon
Daniel E. Steuer
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

6
7
8

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA 92591

9
10
11

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA 92539

Jackie Spanley
AVMAC
43205 Chapman Road
Anza, CA 92539

12
13
14

Alvin Greenwald
6010 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern
California
700 North Alameda Street
Los Angeles, CA 90012-2944

15
16
17

Western Land Financial and Pacific Holt
Corporation
23 Midway Street, Unit B
San Francisco, CA 94133

Avalon Management Group, Inc.
31608 Railroad Canyon Road
Canyon Lake, CA 92587

18
19
20

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Assad S. Safadi
Natural Resources Consulting Engineers,
Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

21
22
23
24

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 14, 2009, at 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3012.

25
26

*s/Davina Colvin*
Davina Colvin

27
28

10

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES