IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br><br>FALLBROOK PUBLIC<br>UTILITY DISTRICT,  et al.,<br><br>_____) | CIV. NO. 3:51-cv-01247<br><br>(Assigned to Hon. Gordon Thompson)<br><br>**STIPULATION AND REQUEST FOR**<br>**ENTRY OF JUDGMENT AND DECREE** |

   THIS STIPULATION, dated as of _____, 2009, is entered into among the United States of America, the Pechanga Band of Luiseño Mission Indians ("Pechanga"), Eastern Municipal Water District, and Rancho California Water District.

   WHEREAS,

   1. The water rights claims of Pechanga, its Members and Allottees and the United States acting on behalf of Pechanga, its Members and Allottees are to be permanently settled by agreement among the parties to this Stipulation.  The terms of the Settlement Agreement among the parties to this Stipulation and Request for Entry of Judgment and Decree, hereinafter referred to as the "Settlement Agreement", were ratified and approved by Congress in the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act, P.L. ___-___.  A copy of the Settlement Agreement is attached hereto as Exhibit 1 and by this reference incorporated herein.

   2. Some of the water supplies that are the subject of the Settlement Agreement among the parties are subject to the jurisdiction of this Court.

   3. The parties to this Stipulation are submitting the Settlement Agreement to this Court for its approval, to the extent of its jurisdiction, pursuant to Section ___ of the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act, P.L. ___-___.

   NOW THEREFORE,

4. The parties to this Stipulation request that, upon this Court's approval of the Stipulation and Settlement Agreement, and upon the date the Secretary of the Interior causes to be published in the Federal Register a statement of findings that the conditions set forth in Section ___ of the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Act have occurred, this Court enter the Judgment and Decree attached as Exhibit 2 hereto fully, finally and permanently adjudicating the rights of Pechanga, its Members and Allottees and of the United States acting on behalf of Pechanga, its Members and Allottees to the water supplies within this Court's jurisdiction as provided by the terms of the Settlement Agreement.

RESPECTFULLY SUBMITTED this __ day of _____.

United States of America

By:_____

Pechanga Band of Luiseño Mission Indians

By:_____

Eastern Municipal Water District

By:_____

Rancho California Water District

By:_____