# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiff and Plaintiffs in Intervention,<br><br>vs.<br><br>GILA VALLEY IRRIGATION DISTRICT, *et al.*<br><br>Defendants. | No.   CV 31-59-TUC-SRB<br>aka Globe Equity No. 59<br>(Assigned to Hon. Susan R. Bolton)<br><br>ORDER SCHEDULING NOTICE OF THE STIPULATION AND JUDGMENT (SEEKING APPROVAL OF THE AMENDED AND RESTATED GILA RIVER INDIAN COMMUNITY WATER RIGHTS SETTLEMENT AGREEMENT) AND JOINT MOTION FOR WATER COMMISSIONER TO ASSUME DUTIES UNDER SETTLEMENT AGREEMENT REQUEST FOR FUNDING OF THOSE DUTIES; RESPONSES AND OR OBJECTIONS TO THE STIPULATION AND/OR MOTION AND REPLIES TO RESPONSES AND/OR OBJECTION |

The Gila River Indian Community; the San Carlos Irrigation and Drainage District; the United States in its capacity as Trustee for the Community and the Community's allottees (the "United States"); the Gila Valley Irrigation District; the Franklin Irrigation District; the City of Safford; the Brown Canal Company, the Curtis Canal Company, the Dodge-Nevada Canal Company, the Graham Canal Company, the Highland Canal Company, the Montezuma Canal Company, the San Jose Canal Company, the Smithville Canal Company, and the Union Canal Company all of the Gila Valley Irrigation District; the New Model Canal Company; the Valley Canal Company; the NM New Model Community Ditch Association; the Sunset Ditch Company; and Phelps Dodge Corporation having stipulated, requesting that this Court enter a scheduling order to consider the Stipulation of Judgment (Seeking Approval of

725349.1
9/22/2006

1  the Amended and Restated Gila River Indian Community Water Rights Settlement
2  Agreement) and the Joint Motion for Water Commissioner to Assume Duties Under
3  Settlement Agreement and Request for Funding of Those Duties, and good cause
4  appearing:
5    **IT IS ORDERED** as follows:
6    1. The Moving Parties shall serve a Notice of Pending Settlement in United
7  States, et al. vs. Gila Valley Irrigation District, et al. No. CV 31-59-TUC-SRB (aka
8  Globe Equity No. 59) [the Pumping Complaint], through First Class Mail, to all parties
9  on the List of Parties Known to Have Filed Answers to the Pumping Complaint
10 provided by the Moving Parties by January 9, 2007.
11   2. The Moving Parties shall publish notice of the pending settlement at least
12 once per week for three consecutive weeks in a newspaper of general circulation in
13 Graham, Greenlee, Gila, Maricopa, and Pinal Counties, Arizona, and in Hildago
14 County, New Mexico by January 9, 2007.
15   3. Any party wishing to file a Response and/or Objection to the Stipulation of
16 Judgment (Seeking Approval of the Amended and Restated Gila River Indian
17 Community Water Rights Settlement Agreement) and/or the Joint Motion for Water
18 Commissioner to Assume Duties Under Settlement Agreement and Request for Funding
19 of Those Duties shall do so no later than March 19, 2007.
20   4. The Moving Parties may file Replies to the Responses and/or Objections no
21 later than April 16, 2007.
22   5. The Court will thereafter schedule any necessary additional proceedings
23 concerning the Stipulation of Judgment (Seeking Approval of the Amended and
24 Restated Gila River Indian Community Water Rights Settlement Agreement) and the
25 Joint Motion for Water Commissioner to Assume Duties Under Settlement Agreement
26 / / /
27 / / /
28 / / /

1 | and Request for Funding of Those Duties.

2

3 | Dated this 12th day of December, 2006.

4

5

6

7 | _____
Susan R. Bolton
8 | United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28