Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
Scott W. Williams (SBN 097966)
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com, swiliams@abwwlaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>    Plaintiffs in Intervention,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants.<br>_____ | Case No. 51-cv-1247-GT-RBB<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR EXTENSION OF TIME TO SERVE PROCESS**<br><br>Hearing Date:   June 29, 2009<br>Time:           2:00 P.M.<br>Courtroom:      8<br><br>Hon. Gordon Thompson, Jr.<br><br>ORAL ARGUMENT NOT REQUIRED |

Pursuant to FED. R. CIV. P. 4(m), FED. R. CIV. P. 6(b), and CivLR 4.1(a), Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla hereby move this court for a 120-day extension of time to serve process. This Motion is accompanied by a *Memorandum of Points and Authorities in Support of the Joint Motion for Extension of Time to Serve Process*.

Date: January 13, 2010

Respectfully submitted

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,
  Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
Scott W. Williams (SBN 097966)
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com,
swiliams@abwwlaw.com
*Attorneys for Plaintiff in Intervention,
  the Ramona Band of Cahuilla*

      */s/ M. Catherine Condon*
By:_____
      M. Catherine Condon