FILED
JAN 1 4 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE PROCESS**<br><br>Hearing Date:<br>Time:<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr. |

Upon consideration of the *Notice of Joint Motion and Jont Motion for Extension of Tiome to Serve Process* and *Memorandum of Points and Authorities in Support of the Joint Motion for an Extension of Time to Serve Process* filed by Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes"), it is hereby ordered:

The Tribes are granted a 120-day extension to serve process on the defendants; i.e. April 16, 2010.

**IT IS ORDERED.**

Jan. 14 2010
Date

_____
GORDON THOMPSON, JR.
United States District Judge

cc:   All counsel and parties without counsel