1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410, Berkeley, CA 94704
3   Tel: 510/548-7070, Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
4   E-mail: swilliams@abwwlaw.com
    *Attorneys for Plaintiff-Intervenor*
5   *Ramona Band of Cahuilla*

6   Marco A. Gonzalez (CA State Bar No. 190832)
    COAST LAW GROUP LLP
7   1140 S. Coast Hwy. 101
    Encinitas, CA 92024
8   Tel: 760/942-8505, Fax: 760/942-8515
    Email: marco@coastlawgroup.com
9
    Scott B. McElroy (Pro Hac Vice)
10  M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
11  1007 Pearl Street, Suite 220, Boulder, CO 80302
    Tel: 303/442-2021, Fax: 303/444-3490
12  E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com
13  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*

14

15                    UNITED STATES DISTRICT COURT

16                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  UNITED STATES OF AMERICA, | ) CIVIL NO.: 51-CV-1247-GT-RBB |
| 18           Plaintiff, | ) **NOTICE OF JOINT MOTION AND** |
|    | ) **JOINT MOTION FOR ORDER** |
| 19  RAMONA BAND OF CAHUILLA, CAHUILLA | ) **REGARDING SERVICE OF** |
|     BAND OF INDIANS, et al., | ) **PLEADINGS AND OTHER PAPERS** |
| 20           Plaintiff-Intervenors, | ) |
| 21  v. | ) Hon. Gordon Thompson, Jr. |
| 22  FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) Date:  No hearing date set |
|    | ) Time: |
| 23           Defendants. | ) Courtroom: 8 |

Case No.: 51-cv-1247-GT-RBB

1    Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (Tribes)
2 hereby move for an Order establishing service procedures for pleadings and other papers related to
3 the Tribes' claims in this case.  This Joint Motion is based on the accompanying Memorandum of
4 Points and Authorities in Support of Joint Motion for Order Regarding Service of Pleadings and
5 Other Papers and the proposed Order that accompanies the Motion.

Date: January 14, 2010                    Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: /s/Curtis G. Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com

    *Attorneys for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505
Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: /s/Scott B. McElroy
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021
    Fax: 303/444-3490
    E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

Case No.: 51-cv-1247-GT-RBB