| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS<br>ATTORNEYS AT LAW<br>2030 ADDISON STREET, SUITE 410<br>BERKLEY, CA 94704 | (510) 548-7070 | |
| | REFERENCE NUMBER<br>0S366346-01 | |
| ATTORNEY FOR (NAME) U.S. V. FALLBROOK PUD, ET AL | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
UNITED STATES, ET AL vs. FALLBROOK PUBLIC, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>51CV1247GTRBB |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL ACTION; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION

**Name of Defendant:** STATE OF CALIFORNIA
**Person Served:** L. KLEAR FOR EDMUND G BROWN JR
**Title:** ATTORNEY GENERAL

**Date of Delivery:** 10/26/09
**Time of Delivery:** 02:30 pm

**Place of Service:** 1300 "I" STREET
SACRAMENTO, CA 94244-2550    (Business)

**Date of Mailing:** 10/26/09
**Place of Mailing:** SACRAMENTO

**Physical Description:**
AGE: 60    HAIR: GREY    HEIGHT: 5'8"    RACE: C
SEX: M    EYES: BLUE    WEIGHT: 150LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
                          [ ] California Code of Civil Procedure

**Fee for service:** $ 62.03

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2009-67
Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814    *Client File #1028*
(916) 441-4396
30C/0S366346-01

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: October 27, 2009
at: SACRAMENTO, California.

Signature: /s/
Name: KENNETH PINETTE
Title: REGISTERED CALIFORNIA PROCESS SERVER