MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent: _____
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE      Rptr. _____

Plaintiffs

Defendants

PROCEEDINGS:   ____  In Chambers    ____  In Court    ____  Telephonic

The telephonic, attorneys-only settlement conference on March 11, 2010, at 8:00 a.m. is vacated and reset as an in-person settlement conference on April 16, 2010, at 8:30 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: March 1, 2010        IT IS SO ORDERED:   _Ruben Brooks_
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Thompson                     INITIALS: VL (mg/irc) Deputy
    All Parties of Record