1 | PATRICK BARRY
**Attorney, Department of Justice**
**Environment and Natural Resources Division**
2 | **Indian Resources Section**
**P.O. Box 44378**
3 | **Washington, D.C. 20026-4378**

4 | Telephone: (202) 305-0254
5 | patrick.barry@usdoj.gov

6 | SBA #006056

7 | **Attorney for Plaintiff**
**United States of America**

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11 |                                                                )
                                                                   )
12 |                                                                )   **CIVIL NO. 51-CV-1247-GT-RBB**
   | **UNITED STATES OF AMERICA**                                  )
13 |                                                                )   **UNITED STATES' RESPONSE TO**
   |                                  **Plaintiff,**                )   **CAHUILLA BAND OF INDIANS AND**
14 |                                                                )   **RAMONA BAND OF CAHUILLA**
   |                                                                )   **JOINT REQUEST FOR ORDER**
15 |                                  **v.**                        )   **REGARDING SERVICE**
   |                                                                )
16 | **FALLBROOK PUBLIC UTILITY**                                   )   **Hon. Gordon Thompson, Jr.**
   | **DISTRICT, a public service corporation**                    )
17 | **of the State of California, et al.,**                        )   **Date:  No hearing date set.**
   |                                                                )   **Time:**
18 |                                  **Defendants.**               )   **Courtroom:    8**
   |                                                                )

19 |

20 |                                                  **I**

21 |                                        **INTRODUCTION**

22 |        The Cahuilla Band of Indians and the Ramona Band of Cahuilla (collectively referred to

23 | as "Tribes") have asked this Court to enter an order authorizing the parties to "serve pleadings

24 | and other papers related to the Tribes' claims by posting them on a website created for this

25 | purpose and by posting notice of the filing in local newspapers." Tribes' Memorandum at I.

26 | The United States has contacted the Tribes' attorneys and discussed this proposal suggesting

27 |

28 |
Response to Joint Request for Order                          Case No. 51- cv -1247 - GT - RBB

1  modifications to bring the proposal in line with similar processes in other water adjudications in

2  the west.  The United States suggestions below have been reviewed by the Tribes and the United

3  States is authorized to state that they agree to any modifications that are suggested.

**ARGUMENT**

5       The Tribes' proposal, as we understand it, is to provide notice to all parties who have

6  either waived service or been personally served with the Tribes' respective Complaints in

7  Intervention that in the future pleadings and other papers related to the Tribes' claims will be

8  posted on a website created for that purpose, and that notice of the filing will be posted in local

9  newspapers.  After consulting with the Tribes' attorneys, the United States suggests that the

10 Tribes' request be modified to provide additional service (by email) and to provide additional

11 safeguards to those individuals and attorneys who request such service.

12      The process that the United States has discussed with the Tribes, which is described in

13 more detail below, is similar, but not identical, to the rules of service provided in the Gila River

14 Adjudication, *In Re: The General Adjudication of All Rights to Use Water in the Gila River*

15 *System and Source*, W-1, W-2, W-3 and W-4, Maricopa County Superior Court, Arizona.  In that

16 adjudication, the Court adopted a "Court Approved" mailing list that was established because

17 strict compliance with the Arizona Rules of Civil Procedure "requiring that nearly all papers filed

18 with the Court subsequent to the original complaint be served upon each of the parties, would

19 work a severe financial hardship on many parties, and might discourage, or even prevent them

20 from actively participating in this action." *Matter of Rights to Use of Gila River*, 171 Ariz. 230,

21 248, 830 P.2d 442 460 (1992).  The Gila River Adjudication rules have worked well for the

22 parties in that case.

23      Specifically, the United States proposes the following modifications to the Tribes'

24 requested Order:

25      1.      That notice be provided to all parties in this matter describing that a Court

26 approved service list is being compiled.

27           .

28

1    2.    That any party wishing to receive *electronic* copies of any filing by the Tribes

2   should provide to the Court an individual email address.

3    3.    That every 90 days, an updated list shall be published by the Court to inform

4   parties of updates, if any.

5    4.    That any filing in this matter related to the Tribes' Complaints shall be served

6   electronically to anyone who has requested that they be included in the Court approved mailing

7   list.

8    5.    That the Tribes will establish and maintain a website upon which all pleadings

9   and other papers filed regarding the Tribes' claims would be lodged for inspection by any

10  individual that did not wish to receive electronic service.

11   Because these procedures are sufficient to satisfy the due process requirements for

12  service, the United States believes the Tribes' proposal for notice by publication may be deleted.

13   The United States suggests that such notice will be cost-efficient for the Court and all of

14  the parties, and equally effective as the methods of notice set forth in Rule 5, Fed.R.Civ.P.

15   Respectfully submitted this __16th__ day of March, 2010.

16

17    /S/ Patrick Barry _____
      Patrick Barry
18    Department of Justice
      Environment and Natural Resource Division
19    Indian Resources Section
      P.O. Box 44378
20    601 D. Street, N.W.   Room 3012
      Washington, D.C. 20004
21
      Telephone:  (202) 305-0254
22    patrick.barry@usdoj.gov

23    *Attorney for the United States*

24

25

26

27

28

1 | PATRICK BARRY
  | Attorney, Department of Justice
2 | Environment and Natural Resources Division
  | Indian Resources Section
3 | P.O. Box 44378
  | Washington, D.C. 20026-4378
4 |
  | Telephone: (202) 305-0254
5 | patrick.barry@usdoj.gov

6 | SBA #006056

7 | Attorney for Plaintiff
  | United States of America

8 |

9 | UNITED STATES DISTRICT COURT

10 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|                                              |
|----------------------------------------------|
| UNITED STATES OF AMERICA ) | CIVIL NO. 51-CV-1247-GT-RBB |
| Plaintiff, ) | |
| ) | PROOF OF SERVICE |
| v. ) | |
| ) | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, a public service corporation ) | Date:  No hearing date set |
| of the State of California, et al., ) | Time: |
| ) | Courtroom:  8 |
| Defendants. ) | |

I, Patrick Barry, declare:

That on March 16, 2010, I electronically filed and transmitted the *"United States'*

*Response to Cahuilla Band of Indians and Ramona Band of Cahuilla Joint Request for Order*

*Regarding Service"* to the Clerk of the Court using the CM/ECF system, which will generate and

transmit a notice of electronic filing to the following CM/ECF registrants:

**Daniel J Goulding** jhester@mccarthyholthus.com

**Gerald (Jerry) Blank** gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

**Mark L Brandon** mbrandon@brandon-law.com, dslack@brandon-law.com

Proof of Service                                    CIVIL NO. 51-CV-1247-GT-RBB

1  **Robert H James** bob@fallbrooklawoffice.com

2  **Robert K Edmunds** robert.edmunds@bipc.com, jacqueline.forjais@bipc.com

3  **Thomas C Stahl** Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov,

4      lori.macdonald@usdoj.gov

5  **Robert M Cohen** rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,

6      wwendelstein@cohenburgelaw.com

7  **Michael Duane Davis** michael.davis@greshamsavage.com,

8      teri.gallagher@greshamsavage.com

9  **Harry Campbell Carpelan** hcarpelan@redwineandsherrill.com

10  **John A Karaczynski** jkaraczynski@akingump.com, dcolvin@akingump.com,

11      dpongrace@akingump.com, jfukai@akingump.com,

12      · jmeggesto@akingump.com,   kamorgan@akingump.com,

13      msobolefflevy@akingump.com

14  **William K. Koska** wkoska@koskalaw.com, alice.ross@clmlawfirm.com,

15      bill.koska@clmlawfirm.com

16  **Scott B. McElroy** smcelroy@mmwclaw.com, dvitale@mmwclaw.com

17  **Peter J Mort** pmort@akingump.com, jfukai@akingump.com

18  **Jonathan B. Sokol** jsokol@greenbergglusker.com

19  **B. Tilden Kim** tkim@rwglaw.com, gduran@rwglaw.com

20  **Michele A Staples** mstaples@jdtplaw.com, dtankersley@jdtplaw.com,

21      pgosney@jdtplaw.com

22  **Bill J Kuenzinger** bkuenzinger@bhsmck.com, rjones@bhsmck.com

23  **Marco Antonio Gonzalez** marco@coastlawgroup.com, sara@coastlawgroup.com

24  **John Christopher Lemmo** jl@procopio.com, laj@procopio.com

25  **Kevin Patrick Sullivan** ksullivan@pshlawyers.com, kstanis@pshlawyers.com

26  **Matthew N Falley** mfalley@ggfirm.com

27  **Gary D Leasure** gleasure@garydleasure.com

28

Proof of Service                    2              CIVIL NO. 51-CV-1247-GT-RBB

1  **Mary L Fickel** mfickel@sampsonlaw.net, bsampson@sampsonlaw.net

2  **Timothy P Johnson** tjohnson@johnson-chambers.com, cww@johnson-chambers.com

3  **Matthew L Green** matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

4  **F Patrick Barry** patrick.barry@usdoj.gov

5  **Marilyn H Levin** marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

6  **Curtis G Berkey** cberkey@abwwlaw.com, mmorales@abwwlaw.com

7  **Richard Alvin Lewis** Rlewis@RichardLewis.com

8  **Patricia Grace Rosenberg** prosenberg@hnattorneys.com

9  **Jonathan M Deer** jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

10  **Alice E. Walker** awalker@mmwclaw.com, dvitale@mmwclaw.com

11  **M. Catherine Condon** ccondon@mmwclaw.com, dvitale@mmwclaw.com

12  **Daniel E. Steuer** dsteuer@mmwclaw.com, dvitale@mmwclaw.com

13  **George Chakmakis** george@chakmakislaw.com

14  **Charles W Binder** cwbinder@smrwm.org

15  **Donald R Timms** dontimms@san.rr.com

16      I further certify that on March 16, 2010, I served the aforementioned document on those

17  names appearing on the attached **Exhibit A**, who are not registered with the CM/ECF system, by

18  placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the

19  United States mail.

20      Dated:      March 16, 2010.

21                  /S/   Patrick Barry
                    Patrick Barry
22                  Department of Justice
                    Environment and Natural Resource Division
23                  Indian Resources Section
                    P.O. Box 44378
24                  601 D. Street, N.W.   Room 3012
                    Washington, D.C. 20004
25
                    Telephone:  (202) 305-0254
26                  patrick.barry@usdoj.gov

27                  *Attorney for the United States*

28

Proof of Service                    3                CIVIL NO. 51-CV-1247-GT-RBB

## Proof of Service - Exhibit A

A. DEAN ABERMAN
1577 HILL AVE
LOS ANGELES CA 90041

ELSIE ABRISZ
560 W 10TH ST
PERRIS CA 92570

GARY ACKER
2530 ALISTER AVE
TUSTIN CA 92782

DANIEL ADAMS
27115 AVA MONTE
MISSION VIEJO CA 92692

CARLOS AGUNDEZ
42204 RAMBLING LN
AGUANGA CA. 92536

PAUL ALATORRE
4872 MERLYN ST
HEMET CA 92544

JOE ALVARADO
NAOMI ALVARADO
5069 ARGONNE CT
SAN DIEGO CA 92117

DONA ANDERSON
6118 QUAIL DR
LAKE ISABELLA CA 93240

KATHRYN ANDERSON
40725 BROOK TRAILS WAY
AGUANGA CA. 92536

ANZA CONGREGATION
 JEHOVAHS WITNESSES INC
P O BOX 391518
ANZA CA 92539

ANZA CONTRERRAS 10
40575 CALLE FIESTA
TEMECULA CA 92591

TRINIDAD ARELLANO
8227 S DISNEY AVE
WHITTIER CA 90606

FERNANDO ARRIAGA
P O BOX 892504
TEMECULA CA 92589

TRAVIS ASHBROOK
37611 REGAL BLUE TR
ANZA CA. 92539

BLANE BALLE
KIMBERLY BALLE
108 S 320 E
IVINS UT 84738

JOHN BAYLEY
P O BOX 163
AGUANGA CA 92536

NICHOLAS BEALE
P O BOX 391756
ANZA CA 92539

RICHARD BECKLEY
ROSEBUD BECKLEY
58731 BURNT VALLEY RD
ANZA CA. 92539

ROSE BELLITTI
1025 S EUCLID AVE
SAN GABRIEL CA 91776

BEN BLEDSOE
P O BOX 391339
ANZA CA 92539

ELIZABETH BOEVERS
P O BOX 390195
ANZA CA 92539

MICHAEL BRAJEVICH
20804 REYNOLDS DR
TORRANCE CA 90503

NATALIE BRANNIAN
4637 TONI LN
LA MESA CA 91941

JOHN BRETT
9 OLD WOOD RD
POMONA CA 91766

HOWARD BROWN
LINDA BROWN
49555 PAIUTE CT
AGUANGA CA. 92536

MARY BRUCE
8240 CAMPBELL CT
HEMET CA 92545

LARRY BUCCAT
1297 LONG VIEW DR
CHULA VISTA CA 91915

LORENZO CANALES
19551 TOPEKA LN
HUNTINGTON BEACH CA 92646

BARBARA J CARR TRUST
BARBARA J. CARR, TRUSTEE
20571BEXLEY ROAD
JAMUL, CA 91935-7945

WALTER CARR
48680 FOREST SPRINGS RD
AGUANGA CA. 92536

PEGGY CARVER
P O BOX 391794
ANZA CA 92539

GENE CHAI
41785 LAKESHORE BLV
AGUANGA CA. 92536

RONALD CHAPLIN
1314 EAST PUENTE AVE
WEST COVINA CA 91790

FREDERICK CLARK
P O BOX 390479
ANZA CA 92539

DENNIS COATS
49873 OCHOBEE CT
AGUANGA CA. 92536

JOHN COOPER
2342 DALADIER DR
RCH PALOS VERDES CA 90275

RUSSELL CORMIER
PAMELA CORMIER
42595 ROUNDUP DR
AGUANGA CA. 92536

KHYBER COURCHESNE
1264 PAGE STREET
SAN FRANCISCO, CA 94117

JEFFREY CRAWLEY
LYNETTE CRAWLEY
P O BOX 390405
ANZA CA 92539

FRANCIS CZERNER C/O A CZERNER
736 BONITA DR
ENCINITAS CA 92024

CAROL DEICHSEL
58580 YAW RD
ANZA CA. 92539

LEROY DEITER
BETTY DEITER
P O BOX 1345
SAN JUAN CAPO CA 92693

YVONNE DICECCO
5202 TIERRA BONITA DR
WHITTIER CA 90601

FRANCES DIMEGLIO
P O BOX 390403
ANZA CA 92539

JONATHAN DONE
27718 BALBOA CT
SUN CITY CA 92585

JACQUELINE DOWNER
P O BOX 390521
ANZA CA 92539

KERRY DREYER
41755 LAKESHORE BLV
AGUANGA CA. 92536

ROBERT DUNHAM
41917 PLUM ST
MURRIETA CA 92562

GEORGE DURHAM
3722 BAGLEY AVE N
SEATTLE WA 98103

BILL DYE
24701 RAYMOND WAY 168
LAKE FOREST CA 92630

LARRY DYSON
DYSON DEVELOPMENT
437 S HIGHWAY 101 NO 202
SOLANA BEACH CA 92075

PETER EMERY
GLENDA EMERY
49920 INDIAN ROCK RD
AGUANGA CA. 92536

CHARAN EURPONGPAN
11174 BERTHA PL
CERRITOS CA 90701

DONALD FAILS
49505 PAIUTE CT
AGUANGA CA. 92536

DAVID FARRUGGIA
49891 CHEYENNE CT
AGUANGA CA. 92536

ESTHER FARSI
31394 JANELLE LN
WINCHESTER CA 92596

STEPHEN FERMANO
1818 W 238TH ST
TORRANCE CA 90501

MELVIN FINKE
49260 DALEWOOD CT
AGUANGA CA. 92536

BOB FITTS
76 6309 HAKU PL
KAILUA KONA HI 96740

MICHAEL FLOYD
49675 CHEROKEE CT
AGUANGA CA. 92536

THEODORE FORTNER
P O BOX 390359
ANZA CA 92539

BOB FRANZEN
49920 HOPI CT
AGUANGA CA 92536

ROBERT FREEMAN
1697 CURRY COMB DR
SAN MARCOS CA 92069

TIMOTHY FREIL
14321 144TH ST SE
SNOHOMISH WA 98290

MICHAEL GALLEGOS
5209 ECLIPSE AVE
MIRA LOMA CA 91752

ROSEMARY GARCIA
49790 CHEROKEE CT
AGUANGA CA. 92536

LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH CA 90810

ESTATE OF FRANCISCO D GASCON
C/O JAXON MILLER
6529 RIVERSIDE AVE NO 153
RIVERSIDE CA 92506

EDITHMAE GAUTSCHY
C/O LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH CA 90810

MILAN GERARD
16496 MANGO WAY
LAKE ELSINORE CA 92539

JACKSON GERBL
1170 N RAMONA BLV
SAN JACINTO CA 92582

CATHY GILPIN
1649 CALMIN WAY
FALLBROOK CA 92028

ARTHUR GINN
11545 BUTTER CREEK RD
MOORPARK CA 93021

ROY GODFREY
P O BOX 390834
ANZA CA 92539

ANTE GOLEM
JOAN GOLEM
23315 OCEAN AVE
TORRANCE CA 90505

CHARLES GRANO
RENEE GRANO
P O BOX 133029
BIG BEAR LAKE CA 92315

CHARLIE GRAY
125 N STAGECOACH
FALLBROOK CA 92028

JUAN GUTIERREZ
ENEDINA GUTIERREZ
13904 MASLINE ST
BALDWIN PARK CA 91706

RANDALL HAMBLIN
PATRICIA HAMBLIN
49275 IRONWOOD WAY
AGUANGA CA. 92536

WILLIAM HECKETHORN
60645 LUPIN WAY
ANZA CA 92539

HEMET UNIFIED SCHOOL
DISTRICT
Richard Beck
2350 E LATHAM AVE
HEMET CA 92545

MARGARET HERBENICK
223 DESMENT
HAMILTON MT 59840

NOAH HENDERSON
EUNICE HENDERSON
PO BOX 391275
ANZA CA 92539

LUCY HICKS REV TRUST
24901 GEORGIA SUE
LAGUNA HILLS CA 92653

MARGARET HJELM
5110 N PITTSBURGH AVE
NORRIDGE IL 60706

WARREN HODGES
19021 FARIMAN DR
CARSON CA 90746

RICHARD T HOLLENBECK
P O BOX 390373
ANZA CA 92539

NANNETTE HOLZER
55935 ATLANTIC AVE
ANZA CA. 92539

EUGENE HUMPHRIES
P O BOX 391302
ANZA CA 92539

DANIEL HURTADO
54895 HARVEY HILL RD
ANZA CA. 92539

QUANG HUYNH
39742 PINEDALE WAY
MURRIETTA CA 92562

DEANNA IBARRA
6947 BETTYHILL DR
SAN DIEGO CA 92117

ANNA GALE JAMES
40275 CURRY COURT
AGUANGA, CA 92536