MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES           Case No. 51cv1247 GT(RBB)
                                                Time Spent: 1 hr.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

### Plaintiffs

### Defendants

| Katie Morgan (present)   | Don Pongrace (present)    |
| Patrick Barry (present)  | Andrew Masiel (present)   |
| Douglas Garcia (present) | Lindsay Puckett (present) |
| Rodney Lewis (present)   | Chuck Binder (present)    |

PROCEEDINGS:  _____ In Chambers   _____ In Court   _____ Telephonic

A settlement conference was held.

Another settlement conference with attorneys Katie Morgan, Patrick Barry, Douglas Garcia, Rodney Lewis, Don Pongrace, Andrew Masiel, Lindsay Puckett and Chuck Binder is set for June 24, 2010, at 2:00 p.m.

Parties are to submit a settlement brief to chambers by June 17, 2010.

DATE: April 16, 2010        IT IS SO ORDERED:   /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Thompson                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute14.wpd