1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
3  Berkeley, CA 94704
   Tel: 510/548-7070
4  Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
5  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
6  *Ramona Band of Cahuilla*

7  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
8  1140 S. Coast Highway 101
   Encinitas, CA 92024
9  Tel: 760/942-8505
   Fax: 760/942-8515
10
   Scott B. McElroy (Pro Hac Vice)
11 M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
12 1007 Pearl Street, Suite 220
   Boulder, CO 80302
13 Tel: 303/442-2021
   Fax: 303/444-3490
14 E-mail: sbmcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com
15 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

16
17                    UNITED STATES DISTRICT COURT

18                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  UNITED STATES OF AMERICA, | ) CIVIL NO.: 51-CV-1247-GT-RBB |
| 20              Plaintiff, | ) **NOTICE OF JOINT MOTION AND** |
| | ) **JOINT MOTION FOR** |
| 21  RAMONA BAND OF CAHUILLA, CAHUILLA | ) **REIMBURSEMENT OF COSTS** |
|      BAND OF INDIANS, et al., | ) **AND ATTORNEYS FEES** |
| 22         Plaintiff-Intervenors, | ) |
| 23  v. | ) **Date:  No hearing date set** |
| | ) **Time:** |
| 24  FALLBROOK PUBLIC UTILITY DISTRICT, et al., | ) **Courtroom: 8** |
| 25              Defendants. | ) Hon. Gordon Thompson, Jr. |

Case No.: 51-cv-1247-GT-RBB

1   Pursuant to Rule 4(d)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff-Intervenor
2   Ramona Band of Cahuilla and Plaintiff-Intervenor Cahuilla Band of Indians (collectively "Tribes")
3   hereby move the Court for an order requiring the eighteen Defendants who failed to waive service of
4   process to reimburse the Tribes for the cost of personally serving them.  Pursuant to Rule 4(d)(2)(B),
5   the Tribes also request reasonable attorneys fees associated with this motion to collect the costs of
6   service.  The Tribes' request is supported by the *Memorandum of Points and Authorities in Support*
7   *of Joint Motion for Reimbursement of Costs and Attorneys Fees,* the *Declaration of Catherine*
8   *Condon,* and the *Declaration of Curtis Berkey*, which are filed concurrently with this motion.
9   Pursuant to CivLR 72.1(b), the Tribes consent to the referral of this Joint Motion to U.S. Magistrate
10  Judge Ruben B. Brooks for disposition.

11  Date:   April 23, 2010                                Respectfully submitted,

12                                                       ALEXANDER, BERKEY, WILLIAMS &
                                                         WEATHERS LLP
13
                                                         By:/s/Curtis G. Berkey
14                                                           Curtis G. Berkey
                                                             Scott W. Williams
15                                                           2030 Addison Street, Suite 410
                                                             Berkeley, California 94704
16                                                           Tel: 510/548-7070     Fax: 510/548-7080
                                                             E-mail: cberkey@abwwlaw.com
17                                                           E-mail: swilliams@abwwlaw.com
                                                             *Attorneys for Plaintiff-Intervenor,*
18                                                           *Ramona Band of Cahuilla*

19                                                           Marco Gonzales
                                                             COAST LAW GROUP LLP
20                                                           1140 S. Coast Highway 101
                                                             Encinitas, CA  92024
21                                                           Tel: 760/942-8505    Fax: 760/942-8515
                                                             *Attorney for Plaintiff-Intervenor,*
22                                                           *Cahuilla Band of Indians*

23                                                       McELROY, MEYER, WALKER & CONDON, P.C.

24                                                       By:/s/Scott B. McElroy
                                                             Scott B. McElroy (Pro Hac Vice)
25                                                           M. Catherine Condon (Pro Hac Vice)
                                                             1007 Pearl Street, Suite 220
26                                                           Boulder, Colorado 80302
                                                             Tel: 303/442-2021    Fax: 303/444-3490
27                                                           E-mail: sbmcelroy@mmwclaw.com
                                                             E-mail: ccondon@mmwclaw.com
28                                                           *Attorneys for Plaintiff-Intervenor,*
                                                             *Cahuilla Band of Indians*