# EXHIBIT B

# ProServe Process Service

www.proserveproces
sservice.com
Suite 9-354
La Quinta, CA 92253
760-775-7830
888-432-1824 FAX

Invoice No. 1001
Bill To Alexander, Berkey, Williams &
Address 2030 Addison Street, #410
Berkeley, CA 94704
Phone 510-548-7070
Fax 510-548-7080

## Due Upon Receipt

| Date | Time of Service | Name | Address | Amount |
|------|-----------------|------|---------|--------|
| 4/3/2010 | 5:50pm | Clara Follis | 681 Rolling Hills Road, Vista, CA 92081 | $65.00 |
| 4/3/2010 | 5:50pm | Ernest Follis | 681 Rolling Hills Road, Vista, CA 92081 | $10.00 |
| 4/3/2010 | 4:30pm | Lee Theodore | 38250 Via Coleta, Murrieta, CA 92563 | $55.00 |
| 4/3/2010 | 4:30pm | June Theodore | 38250 Via Coleta, Murrieta, CA 92563 | $10.00 |
| 4/3/2010 | 11:40am | Jack Tsushima | 25370 Nestwa Trail, Idyllwild, CA 92549 | $45.00 |
| 4/3/2010 | 11:40am | Carolyn Tsushima | 25370 Nestwa Trail, Idyllwild, CA 92549 | $10.00 |
| 4/3/2010 | 7:20pm | Ben Frascona | 41260 Lake Riverside Drive, Aguanga, CA 92536 | $45.00 |
| 4/3/2010 | 7:20pm | Sandra Frascona | 41260 Lake Riverside Drive, Aguanga, CA 92536 | $10.00 |
| 4/3/2010 | 2:30pm | Juan Chavez | 37200 Old Forest Road, Anza, CA 92539 | $35.00 |
| 4/3/2010 | 7:45pm | Ruth Gallentine | 37380 Bohlen Road, Anza, CA 92539 | $35.00 |
| 4/3/2010 | 7:45pm | William Gallentine | 37380 Bohlen Road, Anza, CA 92539 | $10.00 |
| 4/3/2010 | 2:10pm | Sherri Rondeau | 37730 Pine Road, Anza, CA 92539 | $35.00 |
| 4/3/2010 | 2:45pm | Patrick Truxillo | 36990 Bautista Road, Anza, CA 92539 | $35.00 |
| 4/3/2010 | 1:42pm | Clarence Young | 57488 Mount Road, Anza, CA 92539 | $35.00 |
| 4/3/2010 | 1:42pm | Chiquita Young | 57488 Mount Road, Anza, CA 92539 | $10.00 |
| 4/4/2010 | 4:35pm | Melvin Hayes | 42275 Hawthorne Street, Murrieta, CA 92562 | $55.00 |
| 4/5/2010 | 8:30pm | Leighton Mills | 2447 N. Shady Forest Lane, Orange, CA 92867 | $55.00 |
| 4/5/2010 | 8:30pm | Valerie Mills | 2447 N. Shady Forest Lane, Orange, CA 92867 | $55.00 |
| | | | | |
| | | | | |
| | | | Total | $610.00 |