# EXHIBIT C

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Highway 101
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: 303/442-2021
Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GT-RBB<br><br>**DECLARATION OF CURTIS BERKEY IN SUPPORT OF JOINT MOTION FOR REIMBURSEMENT OF COSTS AND ATTORNEYS FEES**<br><br>**Date:** No hearing date set<br>**Time:**<br>**Courtroom: 8**<br><br>Hon. Gordon Thompson, Jr. |

Case No.: 51-cv-1247-GT-RBB

I, Curtis Berkey, hereby declare as follows:

1. I make this declaration based on my personal knowledge.

2. I am counsel for the Ramona Band of Cahuilla, a plaintiff-intervener in the above-captioned case.

3. This declaration is submitted in support of the *Joint Motion for Reimbursement of Costs and Attorneys Fees* filed herein on behalf of the Ramona Band of Cahuilla and Cahuilla Band of Indians (Tribes).

4. I am the managing partner at Alexander, Berkey, Williams & Weathers LLP, a law firm of seven attorneys devoted exclusively to representing Indian tribes and tribal interests.

5. I have practiced federal Indian law for more than 30 years, having represented Indian tribes, tribal organizations and tribal communities in complex litigation and administrative matters involving *inter alia* land rights, water rights, cultural resource protection, environmental protection, and the right to self-government.

6. I have published many articles in scholarly journals on federal Indian law and have lectured widely in the field at conferences and CLE events. I currently co-teach an advanced seminar in the subject at UC Berkeley Boalt Hall School of Law.

7. My standard rate for legal services on behalf of Indian tribes is $225 per hour. That is the rate charged the Ramona Band of Cahuilla for representation in the above-captioned case.

8. The following costs and attorneys fees have been incurred by the Ramona Band of Cahuilla in serving the Defendants subject to this *Joint Motion for Reimbursement of Costs and Attorneys Fees* and in preparation of the Joint Motion:

    a. Costs of Personal Service      $ 305.00

    b. Postage:      $

    c. Attorneys Fees (preparation of motion)      $ 1,620.00

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 22, 2010          Respectfully submitted,

/s/Curtis Berkey
Curtis Berkey