Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Highway 101
Encinitas, CA 92024
Tel: 760/942-8505
Fax: 760/942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: 303/442-2021
Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor
Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GT-RBB<br><br>**NOTICE OF JOINT MOTION AND STIPULATION SUBSTITUTING PARTY**<br><br>**Date:** No hearing date set<br>**Time:**<br>**Courtroom: 8**<br><br>Hon. Gordon Thompson, Jr. |

1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
4  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
5  *Ramona Band of Cahuilla*

6  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
7  1140 S. Coast Hwy. 101
   Encinitas, CA 92024
8  Tel: 760/942-8505, Fax: 760/942-8515
   Email: marco@coastlawgroup.com
9
   Scott B. McElroy (Pro Hac Vice)
10 M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
11 1007 Pearl Street, Suite 220, Boulder, CO 80302
   Tel: 303/442-2021, Fax: 303/444-3490
12 E-mail: smcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com
13 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GT-RBB |
| Plaintiff, | **STIPULATION SUBSTITUTING PARTY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | |
| Plaintiff-Intervenors, | Hon. Gordon Thompson, Jr. |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Date:<br>Time:<br>Courtroom: |
| Defendants. | |

The undersigned parties to this action stipulate and agree as follows:

1) Defendants John S. M. Wilson and Peggy Wilson, trustees of the John S. M. Wilson and Peggy Wilson Trust ("Wilsons"), have sold their property within the Anza-Cahuilla Sub-Basin,

1  Assessor Parcel Number 584-040-015-5 ("Subject Property"), located at Lot 97, Tract 3925 Lake
2  Riverside Estates, County of Riverside, to Timothy Jones and Linda Jones.
3      2)    By reason of the Wilsons' transfer of their interest in the subject property, they no
4  longer use or claim rights to use surface and/or ground water within the Anza-Cahuilla Sub-Basin.
5      3)    Timothy Jones and Linda Jones, husband and wife, as joint tenants of the Subject
6  Property, are hereby substituted as parties to this action in place of the Wilsons.

Date: March 31, 2010                     Respectfully submitted,

ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP

By: /s/ Curtis Berkey
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, California 92024
Tel: 760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: /s/ Scott McElroy
Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
1007 Pearl Street, Suite 220
Boulder, Colorado
Tel: 303/442-2021; Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*

| | |
|---|---|
| Dated: 3-13-2010 | JOHN S.M. WILSON AND PEGGY WILSON TRUST |
| | By: _John S.M. Wilson, Trustee_ <br> John S.M. Wilson, Trustee <br> John S.M. Wilson and Peggy Wilson Trust <br> 14205 Minorca Cove <br> Del Mar, CA 92014-2932 |
| | By: _Peggy Wilson, Trustee_ <br> Peggy Wilson, Trustee <br> John S.M. Wilson and Peggy Wilson Trust <br> 14205 Minorca Cove <br> Del Mar, CA 92014-2932 |