Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California  92024
marco@coastlawgroup.com
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,
Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>  a federally recognized Indian tribe,<br>RAMONA BAND OF CAHUILLA,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>**STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS  AND THE RAMONA BAND OF CAHUILLA**<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:    8<br><br>Hon. Gordon Thompson, Jr. |

Pursuant to the Court's *Order* (Nov. 6, 2009), the Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") submit this status report summarizing developments in the litigation and the settlement discussions with regard to their water rights claims. Since the filing of the February 23, 2010 Status Report by the Tribes, the following progress has been made:

## I. SERVICE

A. **Waivers.** The Tribes estimate that the total number of individuals and entities subject to the Tribes' Second Amended Complaints total approximately 2,095. To date, the Tribes have received waivers from approximately 876 individuals and entities, 625 of which we intend to file with the Court in the near future.[1] The Tribes have also personally served 25 individuals and entities and have filed the Returns of Service with the Court. Thus, there are approximately 1,194 individuals and entities remaining to be served. The Tribes recently began personally serving the remaining 1,194 individuals who refused to sign the waiver requests but to date have not received any Returns of Service from the process server.

B. **Reimbursement of Costs for Personal Service.** The Tribes recently personally served 18 individuals who had previously refused to sign the waiver requests. The Tribes subsequently filed their *Memorandum of Points and Authorities in Support of Joint Motion for Reimbursement of Costs and Attorneys Fees* (Apr. 23, 2010) ("Joint Motion") seeking an order from the Court requiring the 18 defendants who failed to waive service to reimburse the Tribes for the cost of personally serving them. Pursuant to FED. R. CIV. P. 4(d)(2), the Tribes also requested reasonable attorneys fees associated with their motion to collect the costs of service. Pursuant to CivLR 72.1(b), the Tribes consented to the referral of their Joint Motion to Magistrate Judge Brooks. To date, the Court has not issued its Order.

C. **Extension of Deadline to August 27, 2010 to Complete Personal Service.** The Tribes previously requested an extension of 120 days to complete service of process on the remaining defendants. *Notice of Joint Motion and Joint Motion for Extension of Time to Serve*

---

[1] The Tribes previously filed 251 waivers with the Court.

*Process* ("Service Motion").  The Court granted the Service Motion.  *Order* (Jan 14, 2010).  The Tribes' current deadline for completion of service is May 14, 2010.  Although the Tribes have recently served 18 individuals and are in the process of personally serving the remaining 1,194 individuals and entities, it is a time-consuming process.  The Tribes must now investigate and obtain current street addresses for hundreds of the non-waiving Defendants.  Accordingly, the Tribes request an extension of time to complete service of process to August 27, 2010.

## II.  SETTLEMENT MEETINGS

A meeting was held on April 1, 2010 with the attorneys representing certain individuals and entities residing inside the boundaries of the Anza-Cahuilla Sub-Basin.  The Water Master and representatives for the United States, the State and the two Tribes also attended.  The purpose of the meeting was to discuss a proposed framework for settlement and discuss the work of the Technical Committee.  The settlement parties also discussed the status of personal service and the need to extend the stay.  Another settlement meeting is scheduled for May 19, 2010, following additional work by the Technical Committee.

## III.  CASE MANAGEMENT ORDER

On January 14, 2010, the Tribes filed with the Court a *Notice of Joint Motion and Joint Motion for Order Regarding Service of Pleadings and Other Papers*, addressing the difficult issue of service of pleadings and other papers on those parties who the Tribes have successfully joined as parties in the case.  The Court issued its Order on April 14, 2010.  Pursuant to the Order, and as previously mentioned, the Tribes are in the process of personally serving the remaining 1,194 individuals and entities with a Summons and their Second Amended Complaints.  The Tribes will attach the *Instructions for Future Filing and Service of Documents* ("Instructions") to their Second Amended Complaints.  The Tribes will provide the Court with a list of all Defendants served once that process is complete.

In addition, with respect to those parties who have signed Waivers which have not been filed with the Court at this time, the Tribes intend to draft a letter to those individuals and entities who are not represented by counsel and enclose the Instructions so that those parties will be

apprised of the alternative method for filing and serving future documents approved by the Court. The Tribes assume that all of the parties who have signed Waivers which the Tribes previously filed with the Court were sent a copy of the Court's Order.

### VI. REQUEST TO EXTEND STAY TO OCTOBER 27, 2010

The Tribes have scheduled another settlement meeting on May 19, 2010 and expect subsequent meetings to occur. Counsel for the Tribes continue to believe that a settlement remains possible in this case. Indeed, the other attorneys present at the April 1 settlement meeting echoed this belief. The process of serving all of the parties is ongoing. The Tribes previously requested that the parties not be required to answer or file a responsive pleading until further order of Court. The Court granted this request. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If the Court lifts the stay and requires the parties to file answers or other responsive pleadings to the Second Amended Complaints, the parties will be required to devote their time and resources to litigation that could otherwise be devoted to the settlement process.

Based on the foregoing, the Tribes respectfully request that the stay be continued for another six months, to October 27, 2010.

Respectfully submitted this 26th day of April, 2010.

> Marco A. Gonzalez (SBN 190832)
> COAST LAW GROUP LLP
> 1140 S. Coast Hwy 101
> Encinitas, California  92024
> Tel: 760-942-8505  Fax: 760-942-8515
>
> Scott B. McElroy (Pro Hac Vice)
> M. Catherine Condon (Pro Hac Vice)
> McELROY, MEYER, WALKER
>   & CONDON, P.C.
> 1007 Pearl Street, Suite 220
> Boulder, Colorado  80302
> Tel: 303-442-2021  Fax: 303-444-3490
>
> */s/ Scott B. McElroy*
> By:_____
>   Scott B. McElroy
> *Attorneys for Plaintiff in Intervention,*
>   *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070

By: _/s/ Curtis G. Berkey_____
    Curtis G. Berkey
*Attorneys for Plaintiff in Intervention,
Ramona Band of Cahuilla*