1    JAMES L. MARKMAN (043536)
    B. TILDEN KIM (198326)
2    RICHARDS, WATSON & GERSHON
    A Professional Corporation
3    355 South Grand Avenue, 40th Floor
    Los Angeles, CA 90071-3101
4    Telephone: (213) 626-8484
    Facsimile: (213) 626-0078
5
    Attorneys for Specially Appearing
6    Defendant GREGORY V. BURNETT

7

8               UNITED STATES DISTRICT COURT

9

10          SOUTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1247-SD-C |
| Plaintiff, | **PARTIAL OPPOSITION TO FURTHER STAYS** |
| vs. | Stay Lifted: April 28, 2010 |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | Time: 2 p.m.<br>Courtroom: 8 |
| Plaintiff-Intervenors, | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

12663-0002\1224385v1.doc

1   Defendant Gregory V. Burnett, specially appearing, hereby submits this

2   partial opposition to any further stays past the current April 28, 2010 date.

3

4   **MEMORANDUM OF POINTS AND AUTHORITIES**

5

6   **I.   INTRODUCTION**

7   This matter has been stayed since 2008 .  The stay is currently scheduled to

8   be lifted on April 28, 2010.  In anticipation of the Cahuilla Band of Indians' and

9   the Ramona Band of Cahuilla Indians' (collectively "the Tribes") request for

10   further imposition of that stay, Burnett seeks the court's consideration of the

11   following issues in connection with its decision to impose any further stays.

12   First, there have been on-going settlement discussions, both on technical and

13   legal issues.  Those settlement meetings have taken place roughly on a bi-monthy

14   basis.  The next one is scheduled to take place on May 19, 2010.

15   Without any firm deadlines imposed by the Court, there remains a

16   significant chance that settlement discussions may reach an impasse, or crawl at a

17   snail's pace, or both.  Thus, Burnett believes the Court's appointment of Magistrate

18   Ruben B. Brooks, and scheduling bi-monthly settlement conferences (as is

19   currently the case with the Pechanga settlement) may greatly facilitate the

20   settlement process.

21   Second, rather than 6 to 9 month stays that the Court has previously imposed

22   in this matter, 3-month stays may provide more incentive and motivation to

23   finalize settlement discussions.

24   Finally, the court should consider establishing a briefing schedule for those

25   parties who wish to advocate or oppose any further stays.  In requesting any further

26   stays, the Tribes should be required to explain the direction and results of

27   settlement efforts.

28   The unresolved nature of this lawsuit has caused severe prejudice to Burnett

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

12663-0002/1224385v1.doc

1   and other literally thousands of landowners whose title have been clouded by this

2   on-going, yet stayed lawsuit.  Accordingly, the Tribes need to describe the results

3   of settlement process on an on-going basis to Magistrate Brooks and to the Court.

4

5   **II.    CONCLUSION**

6         For the foregoing reasons, (1) the Court should consider setting briefing

7   schedules for any further requests for stays; (2) any further stays should be

8   imposed for three-month period(s) so that the Court can more closely monitor

9   settlement progress; and, (3) the Court should consider appointing Magistrate

10  Ruben B. Brooks to preside over current settlement discussions between the Tribes

11  and the landowner defendants, much as it has already done with the parties to the

12  Pechanga settlement.

13

14  DATED:   April 27, 2010        JAMES L. MARKMAN
                                   B. TILDEN KIM
15                                 RICHARDS, WATSON & GERSHON,
                                    A Professional Corporation
16

17

18                                 By: _____

19                                     James L. Markman
                                       Attorneys for Specially Appearing
20                                     Defendant Gregory V. Burnett

21

22

23

24

25

26

27

28

-2-

**PROOF OF SERVICE**

I, Gabrielle Duran, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Richards, Watson & Gershon, 355 South Grand, 40th Floor, Los Angeles, California.  On April 27, 2010, I served the within documents:

**PARTIAL OPPOSITION TO FURTHER STAYS**

[ ]   by causing facsimile transmission of the document(s) listed above from (213) 626-8484 to the person(s) and facsimile number(s) set forth below on this date before 5:00 P.M.  This transmission was reported as complete and without error.  A copy of the transmission report(s), which was properly issued by the transmitting facsimile machine, is attached.  Service by facsimile has been made pursuant to a prior written agreement between the parties.

[ X ]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

[ ]   by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a   agent for delivery, or deposited in a   box or other facility regularly maintained by , in an envelope or package designated by the express service carrier, with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   by causing personal delivery by First Legal Support Services, 1511 West Beverly Boulevard, Los Angeles, California  90026 of the document(s) listed above to the person(s) at the address(es) set forth below.

## See Attached Service List

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 27, 2010.

GABRIELLE DURAN

1

## SERVICE LIST

2

| Curtis G. Berkey | Marco A. Gonzalez | Scott B. McElroy |
|---|---|---|
| Scott W. Williams | COAST LAW GROUP LLP | M. Catherine Condon |
| ALEXANDER, BERKEY, | 1140 S. Coast Highway 101 | McELROY, MEYER, WALKER |
| WILLIAMS & WEATHERS LLP | Encinitas, CA 92024 | & CONDON, P.C. |
| 2030 Addison Street, Ste 410 | | 1007 Pearl Street, Suite 220 |
| Berkley, CA 94704 | | Boulder, CO 80302 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28