```
 1
 2   Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP, L.L.P.
 3   1140 S. Coast Hwy 101
     Encinitas, California 92024
 4   Tel: 760-942-8505, Fax: 760-942-8515
     marco@coastlawgroup.com
 5
     Scott B. McElroy (Pro Hac Vice)
 6   M. Catherine Condon (Pro Hac Vice)
     McELROY, MEYER, WALKER & CONDON, P.C.
 7   1007 Pearl Street, Suite 220
     Boulder, Colorado  80302
 8   Tel:  303-442-2021, Fax: 303-444-3490
     sbmcelroy@mmwclaw.com
 9   ccondon@mmwclaw.com
     Attorneys for Plaintiff in Intervention,
10    the Cahuilla Band of Indians

11   Curtis G. Berkey
     ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
     2030 Addison Street, Suite 410
13   Berkeley, CA 94704
     Tel: 510-548-7070, Fax: 510-548-7080
14   cberkey@abwwlaw.com
     Attorney for Plaintiff in Intervention
15    the Ramona Band of Cahuilla
```

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>RAMONA BAND OF CAHUILLA, )<br>CAHUILLA BAND OF INDIANS, )<br>federally recognized Indian tribes, )<br>)<br>  Plaintiffs in Intervention, )<br>)<br>  v. )<br>)<br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, a public service corporation )<br>of the State of California, et al., )<br>)<br>  Defendants. )<br>_____ ) | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: June 29, 2009<br>Time:           2:00 p.m.<br>Courtroom:    8<br><br>Hon. Gordon Thompson, Jr. |

I, M. Catherine Condon, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On April 28, 2010 I electronically filed the ***Cahuilla Band of Indians' and the Ramona Band of Cahuilla's Response to Partial Opposition to Further Stays*** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim tkim@rwglaw.com, gduran@rwglaw.com
Bill J Kuenzinger bkuenzinger@bhsmck.com, rjones@bhsmck.com
Charles W Binder cwbinder@smrwm.org
Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding jhester@mccarthyholthus.com
Donald R Timms dontimms@san.rr.com
F Patrick Barry patrick.barry@usdoj.gov
Gary D Leasure gleasure@garydleasure.com
George Chakmakis george@chakmakislaw.com
Gerald (Jerry) Blank gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan hcarpelan@redwineandsherrill.com
John A Karaczynski jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
John Christopher Lemmo jl@procopio.com, laj@procopio.com
Jonathan M Deer jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan ksullivan@pshlawyers.com, kstanis@pshlawyers.com
M. Catherine Condon ccondon@mmwclaw.com, dvitale@mmwclaw.com
Marco Antonio Gonzalez marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Mark L Brandon mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green matthew.green@bbklaw.com, amelia.mendez@bbklaw.com
Michael Duane Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg prosenberg@hnattorneys.com
Peter J Mort pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis Rlewis@RichardLewis.com
Robert H James bob@fallbrooklawoffice.com
Robert K Edmunds robert.edmunds@bipc.com, jacqueline.forjais@bipc.com
Robert M Cohen rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas C Stahl Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, lori.macdonald@usdoj.gov
Timothy P Johnson tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William K. Koska wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

1   I further certify that on April 28, 2010, I served the aforementioned document on those names appearing on the attached **Exhibit A**, who are not registered with the CM/ECF system, by placing a copy of the document in a sealed envelope with postage thereon fully prepaid, in the United States mail at Boulder, Colorado.  I am readily familiar with the firm's practice for collecting and processing correspondence for mailing with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on April 28, 2010.

*/s/ M. Catherine Condon*

M. Catherine Condon

## Proof of Service - Exhibit A

A MART GAS
P O BOX 391852
ANZA  CA  92539

A. DEAN ABERMAN
1577 HILL AVE
LOS ANGELES  CA  90041

ELSIE ABRISZ
560 W 10TH ST
PERRIS  CA  92570

GARY ACKER
2530 ALISTER AVE
TUSTIN  CA  92782

DANIEL ADAMS
27115 AVA MONTE
MISSION VIEJO  CA  92692

AGRI EMPIRE
C/O LARRY MINOR
REG. AGT
630 W SEVENTH ST
SAN JACINTO  CA  92583

CARLOS AGUNDEZ
42204 RAMBLING LN
AGUANGA  CA.  92536

PAUL ALATORRE
4872 MERLYN ST
HEMET  CA  92544

JOE ALVARADO
NAOMI ALVARADO
5069 ARGONNE CT
SAN DIEGO  CA  92117

DONA ANDERSON
6118 QUAIL DR
LAKE ISABELLA  CA  93240

KATHRYN ANDERSON
40725 BROOK TRAILS WAY
AGUANGA  CA.  92536

ANZA CONGREGATION
 JEHOVAHS WITNESSES INC
P O BOX 391518
ANZA  CA  92539

ANZA CONTRERRAS 10
40575 CALLE FIESTA
TEMECULA  CA  92591

TRINIDAD ARELLANO
8227 S DISNEY AVE
WHITTIER  CA  90606

FERNANDO ARRIAGA
P O BOX 892504
TEMECULA  CA  92589

TRAVIS ASHBROOK
37611 REGAL BLUE TR
ANZA  CA.  92539

BLANE BALLE
KIMBERLY BALLE
108 S 320 E
IVINS  UT  84738

JOHN BAYLEY
P O BOX 163
AGUANGA  CA  92536

NICHOLAS BEALE
P O BOX 391756
ANZA  CA  92539

RICHARD BECKLEY
ROSEBUD BECKLEY
58731 BURNT VALLEY RD
ANZA  CA.  92539

ROSE BELLITTI
1025 S EUCLID AVE
SAN GABRIEL  CA  91776

BEN BLEDSOE
P O BOX 391339
ANZA  CA  92539

ELIZABETH BOEVERS
P O BOX 390195
ANZA  CA  92539

MICHAEL BRAJEVICH
20804 REYNOLDS DR
TORRANCE  CA  90503

NATALIE BRANNIAN
4637 TONI LN
LA MESA  CA  91941

JOHN BRETT
9 OLD WOOD RD
POMONA  CA  91766

HOWARD BROWN
LINDA BROWN
49555 PAIUTE CT
AGUANGA  CA.  92536

MARY BRUCE
8240 CAMPBELL CT
HEMET  CA  92545

LARRY BUCCAT
1297 LONG VIEW DR
CHULA VISTA  CA  91915

GREGORY BURNETT
P O BOX 391111
ANZA  CA  92536

LORENZO CANALES
19551 TOPEKA LN
HUNTINGTON BEACH  CA  92646

BARBARA J CARR TRUST
BARBARA J. CARR, TRUSTEE
20571BEXLEY ROAD
JAMUL, CA 91935-7945

WALTER CARR
48680 FOREST SPRINGS RD
AGUANGA  CA.  92536

PEGGY CARVER
P O BOX 391794
ANZA  CA  92539

GENE CHAI
41785 LAKESHORE BLV
AGUANGA  CA.  92536

RONALD CHAPLIN
1314 EAST PUENTE AVE
WEST COVINA  CA  91790

JUAN CHAVEZ
37200 OLD FOREST RD
ANZA  CA  92539

FREDERICK CLARK
P O BOX 390479
ANZA  CA  92539

DENNIS COATS
49873 OCHOBEE CT
AGUANGA  CA.  92536

JOHN COOPER
2342 DALADIER DR
RCH PALOS VERDES  CA  90275

RUSSELL CORMIER
PAMELA CORMIER
42595 ROUNDUP DR
AGUANGA  CA.  92536

KHYBER COURCHESNE
1264 PAGE STREET
SAN FRANCISCO, CA 94117

JEFFREY CRAWLEY
LYNETTE CRAWLEY
P O BOX 390405
ANZA  CA  92539

FRANCIS CZERNER C/O A
CZERNER
736 BONITA DR
ENCINITAS  CA  92024

CAROL DEICHSEL
58580 YAW RD
ANZA  CA.  92539

LEROY DEITER
BETTY DEITER
P O BOX 1345
SAN JUAN CAPO  CA  92693

YVONNE DICECCO
5202 TIERRA BONITA DR
WHITTIER  CA  90601

FRANCES DIMEGLIO
P O BOX 390403
ANZA  CA  92539

JONATHAN DONE
27718 BALBOA CT
SUN CITY  CA  92585

JACQUELINE DOWNER
P O BOX 390521
ANZA  CA  92539

KERRY DREYER
41755 LAKESHORE BLV
AGUANGA  CA.  92536

ROBERT DUNHAM
41917 PLUM ST
MURRIETA  CA  92562

GEORGE DURHAM
3722 BAGLEY AVE N
SEATTLE  WA  98103

BILL DYE
24701 RAYMOND WAY 168
LAKE FOREST  CA  92630

LARRY DYSON
DYSON DEVELOPMENT
437 S HIGHWAY 101 NO 202
SOLANA BEACH  CA  92075

PETER EMERY
GLENDA EMERY
49920 INDIAN ROCK RD
AGUANGA  CA.  92536

CHARAN EURPONGPAN
11174 BERTHA PL
CERRITOS  CA  90701

DONALD FAILS
49505 PAIUTE CT
AGUANGA  CA.  92536

DAVID FARRUGGIA
49891 CHEYENNE CT
AGUANGA  CA.  92536

ESTHER FARSI
31394 JANELLE LN
WINCHESTER  CA  92596

STEPHEN FERMANO
1818 W 238TH ST
TORRANCE  CA  90501

MELVIN FINKE
49260 DALEWOOD CT
AGUANGA  CA.  92536

BOB FITTS
76 6309 HAKU PL
KAILUA KONA  HI  96740

MICHAEL FLOYD
49675 CHEROKEE CT
AGUANGA  CA.  92536

ENEST & CLARA FOLLIS
681 ROLLING HILLS RD
VISTA  CA  92083

THEODORE FORTNER
P O BOX 390359
ANZA  CA  92539

BOB FRANZEN
49920 HOPI CT
AGUANGA  CA  92536

BEN & SANDRA FRASCONA
41260 LAKE RIVERSIDE DR
AGUANGA  CA  92536

ROBERT FREEMAN
1697 CURRY COMB DR
SAN MARCOS  CA  92069

TIMOTHY FREIL
14321 144TH ST SE
SNOHOMISH  WA  98290

MICHAEL GALLEGOS
5209 ECLIPSE AVE
MIRA LOMA  CA  91752

WILLIAM & RUTH GALLENTINE
37380 BOHLEN RD
ANZA  CA  92539

ROSEMARY GARCIA
49790 CHEROKEE CT
AGUANGA  CA.  92536

LEIGHVON GARST
1847 LINCOLN ST
LONG BEACH  CA  90810

ESTATE OF FRANCISCO D GASCON
C/O JAXON MILLER
6529 RIVERSIDE AVE NO 153
RIVERSIDE  CA  92506

EDITHMAE GAUTSCHY
7122 BLUE SAILS DR
HUNTINGTON BCH  CA  91647

MILAN GERARD
16496 MANGO WAY
LAKE ELSINORE  CA  92539

JACKSON GERBL
1170 N RAMONA BLV
SAN JACINTO  CA  92582

CATHY GILPIN
1649 CALMIN WAY
FALLBROOK  CA  92028

ARTHUR GINN
11545 BUTTER CREEK RD
MOORPARK  CA  93021

ROY GODFREY
P O BOX 390834
ANZA  CA  92539

ANTE GOLEM
JOAN GOLEM
23315 OCEAN AVE
TORRANCE  CA  90505

CHARLES GRANO
RENEE GRANO
P O BOX 133029
BIG BEAR LAKE  CA  92315

CHARLIE GRAY
125 N STAGECOACH
FALLBROOK  CA  92028

JUAN GUTIERREZ
ENEDINA GUTIERREZ
13904 MASLINE ST
BALDWIN PARK  CA  91706

MELVIN HALES
42275 HAWTHORNE ST
MURRIETA  CA  92562

RANDALL HAMBLIN
PATRICIA HAMBLIN
49275 IRONWOOD WAY
AGUANGA  CA.  92536

WILLIAM HECKETHORN
60645 LUPIN WAY
ANZA  CA  92539

HEMET UNIFIED SCHOOL
DISTRICT
Richard Beck
2350 E LATHAM AVE
HEMET  CA  92545

MARGARET HERBENICK
223 DESMENT
HAMILTON  MT  59840

NOAH HENDERSON
EUNICE HENDERSON
PO BOX 391275
ANZA  CA  92539

LUCY HICKS REV TRUST
24901 GEORGIA SUE
LAGUNA HILLS  CA  92653

MARGARET HJELM
5110 N PITTSBURGH AVE
NORRIDGE  IL  60706

WARREN HODGES
19021 FARIMAN DR
CARSON  CA  90746

RICHARD T HOLLENBECK
P O BOX 390373
ANZA  CA  92539

NANNETTE HOLZER
55935 ATLANTIC AVE
ANZA  CA.  92539

EUGENE HUMPHRIES
P O BOX 391302
ANZA  CA  92539

DANIEL HURTADO
54895 HARVEY HILL RD
ANZA  CA.  92539

QUANG HUYNH
39742 PINEDALE WAY
MURRIETTA  CA  92562

DEANNA IBARRA
6947 BETTYHILL DR
SAN DIEGO  CA  92117

ANNA GALE JAMES
40275 CURRY COURT
AGUANGA, CA 92536

DARLENE JAMES
72645 HEDGEHOG ST
PALM DESERT  CA  92260

VICTOR JOHNSTON
853 HAMPTON CT
VISTA  CA  92083

DIANE JONES
3052 LEES AVE
LONG BEACH  CA  90808

WILLIAM JONES
2932 BUENA CREEK RD
VISTA  CA  92084

JEROME JORGENSEN
JOANNE JORGENSEN
434 ROSPAW WAY
PLACENTIA  CA  92670

ANGELES KEELER
2262 SALT AIR DR
SANTA ANA  CA  92705

JAY KEFALAS
CAROLYN KEFALAS
3052 LEES AVE
LONG BEACH  CA  90808

CHARLES KNIGHT
82230 E SOLAR CT
INDIO  CA  92201

HERBERT KUEHNE
MARLENE KUEHNE
2228 E WHITE LANTERN LN
ORANGE  CA  92667

GORDON LANIK
P O BOX 391273
ANZA  CA  92539

EMILIE LANSFORD
3409 HERMITAGE CT
OCEAN SPRINGS  MS  39564

MANUEL LARANANG
11109 BRIGANTINE ST
CERRITOS  CA  90703

LISA LATHAM
49082 TROTTER LN
AGUANGA  CA.  92536

BILL LAWLYES
49330 DALEWOOD
AGUANGA  CA.  92536

MARK LAWRENCE
40843 N TANFORAN CT
AGUANGA  CA.  92536

MARY LEE
42010 ROLLING HILLS DR
AGUANGA  CA 92536

GARY LICKVER
P O BOX 1778
SAN MARCOS  CA  92069

FRANK LINDSTROM
HOLLY LINDSTROM
50110 HIGHWAY 371
ANZA  CA.  92539

STEVEN LOCKHART
30143 SKIPSTONE WAY
MENIFEE  CA  92530

BILL LONG
RAE JEAN LONG
P O BOX 390654
ANZA  CA  92539

JEFF LOOMIS
35110 AVENIDA LA CRESTA
MURRIETA  CA  92562

JON LOPES
27581 BRADLEY RD NO 104
SUN CITY  CA  92586

MARICANO LOPEZ
CHARLOTTE LOPEZ
1810 W LIGHTHALL ST
W COVINA CA  91790

MARY LORENZEN
715 S SYLVAN ST
ANAHEIM  CA  92804

RASVAN LUPASCU
DEBORAH LUPASCU
221456 SUMMIT HILL DR
LAKE FOREST  CA  92630

JOSEPH MACALINO
6833 WINTERBERRY WAY
CORONA  CA  92880

AURORA MACH
2324 MANCHESTER AVE
CARDIFF  CA  92007

MIKE MACHADO
PAMELA MACHADO
P O BOX 391607
ANZA  CA  92539

JAMES MANUHU
18296 HOLLOWTREE LN
RIVERSIDE  CA  92504

JAMES L. MARKMAN
RICHARDS WATSON & GERSHON
1 CIVIC CENTER CIRCLE
PO BOX 1059
BREA, CA 92822-1059

MARILYN MARTIN
P O BOX 390294
ANZA  CA  92539

RICHARD MARTIN
175 WALNUT HILLS DR
SAN MARCOS  CA  92069

DEBRA MARTINEZ
21801 EMBASSY AVE
LONG BEACH  CA  90810

MANUEL MASIEL
42080 ROUNDUP RD
AGUANGA  CA.  92536

WILL MASON
49795 GELDING WAY
AGUANGA  CA.  92536

JESSE MATTINA
17837 1ST AVE S PMB 319
NORMANDY PARK  WA  98148

FLOYD MAXWELL
56105 MURIEL LN
ANZA  CA.  92539

ROBERT MCALLISTOR
7 POWDERHOUSE RD
DOVER  MA  2030

MARK MCCLURE
48920 LAKE CANYON DR
AGUANGA  CA.  92536

ANGUS MCCOLL
2553 MAJELLA RD
VISTA  CA  92084

THOMAS MCGINTY
107 PALM DR
PLACENTIA  CA  92670

CHARLES MCKINNON
JOAN MCKINNON
2547 E NORM PL
ANAHEIM  CA  92806

DENNIS MCKUSICK
35901 BINGLEY CT
MURRIETA  CA  92562

BRIAR MCTAGGART
1642 MERION WAY NO 40 E
SEAL BEACH  CA  90740

THEODORE MEIER
40095 BAY MEADOWS WAY
AGUANGA  CA.  92536

MEM LTD PARTNERSHIP
P O BOX 746
LAKEHEAD  CA  96051

HELEN MILLER
8240 CAMPBELL CT
HEMET  CA  92545

JAMES MILLER
ALICIA MILLER
42675 ROUNDUP DR
AGUANGA  CA.  92536

MAX MILLER
NANCY MILLER
P O BOX 390576
ANZA  CA  92539

LEIGHTON & VALERIE MILLS
C/O  L S MILLS
P O BOX 11821
SANTA ANA  CA,92711

CHARLES MINERT
49565 FLIGHTLINE WAY
AGUANGA  CA.  92536

SALVADOR MIRANDA
P O BOX 391031
ANZA  CA  92539

JEFFREY MOORE
31941 CORYDON ST NO 1
LAKE ELSINORE  CA  92530

NANCY MORRIS
49945 CHEYENNE CT
AGUANGA  CA.  92536

RAYMOND MUNSON
49945 CHEYENNE CT
AGUANGA  CA.  92536

COLLEEN MURRAY
38390 MCDONALD LN
ANZA  CA  92539

TERRY NAVRATIL
59715 GRANDON
ANZA  CA  92539

JANICE NILSEN
ALMEV 4
4515 MANDAL NORWAY

STEVEN NORMAN
56795 MOUNT RD
ANZA  CA.  92539

DOUGLAS OBRIEN
DOLORES OBRIEN
3642 EVEREST AVE
RIVERSIDE  CA  92503

BRADLEY OLIVE
5905 VIA DEL TECOLOTE
YORBA LINDA  CA  92887

ERIC ORTIZ
P O BOX 7
SUN CITY  CA  92586

CORNELIUS OVERGAAUW
6143 CAPETOWN
LAKEWOOD  CA  90713

MARIANNE E PAJOT
40225 CURRY ST.
AGUANGA, CA  92536

HELEN PARK
P O BOX 3420
LA HABRA  CA  90632


IRENE PARK
377 SHERWOOD CT
THOUSAND OAKS  CA  91361

DUSTIN PARKER
7879 CERRITOS AVE
STANTON  CA  90680

HELEN PATCHICK
1942 BUTLER AVE
LOS ANGELES  CA  90025

PERRIE PATTERSON
23 TAYLOR AVE
PALM DESERT  CA  92260

JOHN PAULSEN
42480 RIVERDALE DR
AGUANGA  CA.  92536

EVA PENA
80870 US HIGHWAY NO 139
INDIO  CA  92201

TOM PERKINS
7037 GASKIN PL
RIVERSIDE  CA  92506

JACK PETTY
JANICE PETTY
49705 MESCALERO CT
AGUANGA  CA.  92536

JERRY PIPER
24751 VIA ALVORADO
MISSION VIEJO  CA  92692

ARTHUR PIZZANELLO
29568 BRANWIN ST
MURIETTA  CA  92563

JOSEPH POPOWICH
49359 SQUAW PEAK CT
AGUANGA  CA.  92536

FRED PRADELS
1337 SKYROS WAY
ENCINITAS  CA  92024

CHARLES QUINN
57790 MITCHELL RD
ANZA  CA.  92539

SUSAN QUINN
57790 MITCHELL RD
ANZA  CA.  92539

NOEL QUINONES
18 WILLOWBROOK LN
POMONA  CA  91766

ROD QUINTANA
82599 OLEANDER
INDIO  CA  92201

MARVIN RAMMELSBERG
6131 E CLIFFWAY DR
ORANGE  CA  92869

BRIK RAMOS
P O BOX 729
PALM SPRINGS  CA  92263

JEFFREY RAUTON
42470 LAKESHORE BLV
AGUANGA  CA.  92536

JANE RECHT
P O BOX 390878
ANZA  CA  92539

STELLA REYES
809 AUZERAIS AVE UNT 434
SAN JOSE  CA  95126

MANFRED RIDDER
P O BOX 127
ANGELUS OAKS  CA  92305

HANS RIDDER
455 W 12TH ST
CLAREMONT  CA  91711

DAMEON RIGGS
SERENA RIGGS
55880 MITCHELL RD
ANZA CA.  92539

ARTHUR RINGHAND
1660 LEORA LN
ENCINITAS  CA  92024

BEATRICE RIVERA
P O BOX 390561
ANZA  CA  92539

RIVERSIDE COUNTY
BILL LUNA
4080 LEMON ST 4TH FL
RIVERSIDE CA  92501

RIVERSIDE COUNTY FLOOD CONT
WARREN D. WILLIAMS, GEN MGR
1995 MARKET ST
RIVERSIDE  CA  92501

JOSE RIZO
P O BOX 391228
ANZA  CA  92539

SHERRIE RONDEAU
37730 PINE RD
ANZA  CA  92539

GEORGE ROBERTS
JOANNE ROBERTS
22082 CAPISTRANO LN
HUNTINGTON BEACH  CA  92646

BOBBY ROBERTSON
49660 IRONWOOD WAY
AGUANGA  CA.  92536

THOMAS ROBINSON
466 W CALDWELL ST
COMPTON  CA  90220

THOMAS ROBINSON, JR.
466 W CALDWELL ST
COMPTON  CA  90220

JOEL RODRIGUEZ
MARLENE RODRIGUEZ
1810 W LIGHTHALL ST
W COVINA  CA  91790

TOMAS RODRIGUEZ
6638 BLANCHARD AVE
FONTANA  CA  92336

CORNELIU RUSU
LUCIA RUSU
25122 ARMAGOSA DR
LAGUNA NIGUEL  CA  92677

RAFAEL SALDANA
19615 GLENWOOD AVE
RIVERSIDE  CA  92508

LINCOLN SCHLOTTERBACK
1203 CITRUS PL
COSTA MESA  CA  92626

ROBERT SCHMELING, TRUSTEE
ELEANOR SCHMELING, TRUSTEE
P O BOX 5028
HEMET  CA  92544

ROGER SCOTT
40045 BAY MEADOWS WAY
AGUANGA  CA.  92536

WILLIAM SEGUI
2002 ZOLDER CT
EL CAJON  CA  92019

RICHARD SHARKO
11245 HUNTLEY PL
CULVER CITY  CA  90230

BRANKO SINDICICH
DARLINE SINDICICH
885 W 23RD ST
SAN PEDRO  CA  90731

VARAPORN SIRIJANYAKUL
8600 CONTRERAS ST 65
PARAMOUNT  CA  90723

CAROL ANN SMITH
54895 HARVEY HILL RD
ANZA  CA.  92539

ROGER SNYDER
42358 RIVERDALE DR
AGUANGA  CA  92536

STATE OF CALIF
EDMOND G. BROWN, JR.
ATTY GEN
1300 "I" STREET
SACRAMENTO  CA  94244

ROSALIE TAYLOR
P O BOX 390224
ANZA  CA  92539

CHERYL THAISS
48244 NORWEGIAN HOLLOW
SOLDIERS GROVE  WI  54655

LEE & JUNE THEODORE
38250 VIA COLETA
MURRIETA  CA  92563

RAYMOND THIBAULT
603 E PALM AVE
ORANGE  CA  92666

DONALD TIMMS
5335 JAMESTOWN RD
SAN DIEGO  CA  92117

JOSEPH TRAN
167 S LINHAVEN
ANAHEIM  CA  92804

ANH TRANPHUOC
5804 TANGLEWOOD DR
RALEIGH  NC  27616

PATRICK TRUXILLO
36990 BAUTISTA RD
ANZA  CA  92539

JACK & CAROLYN TSUSHIMA
P O BOX 2366
IDYLLWILD  CA  92549

VACHIRASOMBOON FAMILY
TRUST
C/O THONGCHA
VACHIRASOMBOON
C/O CHANTANATHIP
VACHIRASOMBOON
1350 COVINGTON CT
CROWN POINT  IN  46307

RICHARD VANDERLINDEN
SANDRA VANDERLINDEN
34711 LYN AVE
HEMET  CA  92545

KAREN J. VESTAKIS
32971 PATERNO ST
TEMECULA  CA  92592

LOUIS VILLAR
P O BOX 390441
ANZA  CA  92539

CHRISTOPHER VISPERAS
MARIFLOR VISPERAS
5453 PARROLETTE CT
OCEANSIDE  CA  92057

CHARLES VRANICH
15885 BRENDA LN
RIVERSIDE  CA  92506

BILLY WARD
P O BOX 5878
SAN DIEGO, CA  92165

BARRY WAUGAMAN
51945 AVD VELASCO
LA QUINTA  CA  92253

JACK WEIDE
1011 FLORIDA ST
HUNTINGTON BEACH  CA  92648

ROBERT WHEELER
P O BOX 390467
ANZA  CA  92539

ROBERT WHITE
1421 E ST ANDREWS
SANTA ANA  CA  92705

ANTONY WIDGERY
BARBARA WIDGERY
8975 LAWRENCE DR NO 108
ESCONDIDO  CA  92026

WIEDERRICH FAMILY TRUST
13440 ST. ANDREWS PL.
POWAY, CA 92064

DAVID WILLIAMSON
49692 WILDFLOWER CT
AGUANGA  CA.  92536

MARK WILMER
7530 DESCANSO
LAS VEGAS  NV  89123

JOHN WILSON
PEGGY WILSON
14205 MINORCA COVE
DEL MAR  CA  92014

CLARENCE & CHIQUITA YOUNG
57488 MOUNT RD
ANZA  CA  92539

ROBERTA ZAJAC
40450 BROOK TRAILS WAY
AGUANGA  CA.  92536