**William B. Lee   42010 Rolling Hills Drive, Aguanga, California 92536**
**Telephone  (951) 763-9644   aeromer@ix.netcom.com**

United States District Court
Southern District Of California
Clerk of the Court
880 Front Street, Room 4290
San Diego, California 92101



FILED
MAY 10 2010
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Civ. No. 51-1247 GT(RBB)

UNITED STATES OF AMERICA,
Plaintiff,

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.,
Plaintiff-Intervenors

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

## NOTICE OF CHANGE OF ADDRESS

I, William B. Lee, hereby declare that the mailing address for my primary residence has changed from 41085 Lakeshore Blvd., Aguanga, CA 92536 to 42010 Rolling Hills Drive, Aguanga, CA 92536.  I declare under the penalty of perjury that the above is true and correct.

_William B. Lee_
(Signature)

5-6-2010
(Date)

Civ. No. 51-1247 GT(RBB)