*Mary E. Lee  42010 Rolling Hills Drive, Aguanga, California  92536*
*Telephone  (951) 763-9644*  aguangalee@earthlink.net

United States District Court
Southern District Of California
Clerk of the Court
880 Front Street, Room 4290
San Diego, California 92101

FILED
MAY 1 0 2010

Civ. No. 51-1247 GT(RBB)

UNITED STATES OF AMERICA
Plaintiff,

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.,
Plaintiff-Intervenors

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.,

## NOTICE OF CHANGE OF ADDRESS

I, Mary E. Lee, hereby declare that the mailing address for my primary residence has changed from 41085 Lakeshore Blvd., Aguanga, CA 92536 to 42010 Rolling Hills Drive, Aguanga, CA 92536.  I declare under the penalty of perjury that the above is true and correct.

_____       5/6/10
(Signature)                   (Date)

Civ. No. 51-1247 GT(RBB)