*Mary E. Lee  42010 Rolling Hills Drive,  Aguanga,  California  92536*
*Telephone  (951) 763-9644   aguangalee@earthlink.net*

## DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

On May 6, 2010 I caused to be served the following document in <u>United States of</u>

<u>America, et al., v. Fallbrook Public Utility District, et al.,</u> Case No. 51-cv-1247-GT-RBB:

1) NOTICE OF CHANGE OF ADDRESS

by depositing a copy in the United States Post Office at Aguanga, California in an

envelope with first class postage and certified service fully paid addressed as follows:

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Highway 101
Encinitas, CA 92024

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on May 6, 2010 at Aguanga, California.

Mary E. Lee

Civ. No. 51-1247 GT(RBB)