## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)
                                                        Time Spent: _____
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                         Rptr.

### Plaintiffs

### Defendants

| Katie Morgan    | Don Pongrace    |
| Patrick Barry   | Andrew Masiel   |
| Douglas Garcia  | Lindsay Puckett |
| Rodney Lewis    | Chuck Binder    |

PROCEEDINGS:    _____ In Chambers    _____ In Court    _____ Telephonic

A settlement status conference and continued settlement conference are set for August 4, 2010, at 1:30 p.m.  The Watermaster, Chuck Binder, and counsel for the parties listed in this Order are to appear at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185, San Diego, California, and participate:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and M. Catherine Condon)

2.  The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Scott Williams)

3.  The United States (attorney Patrick Barry)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  Individual landowners represented by Richards, Watson & Gershon (attorney James L. Markman)

6.  Agri-Empire, Inc. (attorney Robert Davis)

7.  The Hemet School District (attorney Jeff Hoskinson)

8.  The State of California (attorney Marilyn Levin)

DATE: May 13, 2010           IT IS SO ORDERED:  /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Thompson                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute15.wpd