FILED
MAY 1 8 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>     Plaintiff-Intervenors<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>     Defendants. | Civ. No. 51-1247 GT(RBB)<br><br>**ORDER** |

    This order addresses several outstanding issues raised in this case. The first issue is the Tribes' request to continue the stay until October 27, 2010. Defendant, Gregory Burnett ("Mr. Burnett"), in his Partial Opposition requests the imposition of certain conditions before granting any further stays in this case. The Tribes' in their Response to Mr. Burnett's Opposition, state that they agree with all the conditions except one.

    Mr. Burnett requests that this Court appoint Magistrate Judge Brooks to oversee the settlement process. The Tribes support this request. Accordingly, Magistrate Judge Brooks shall oversee the settlement process. The initial settlement conference before Magistrate Judge Brooks

will be set up through his chambers.

Next, Mr. Burnett requests a briefing schedule for those parties seeking further stays or to oppose further stays. The Court will not set a briefing schedule. However, issues regarding future stays may be discussed before Magistrate Judge Brooks. The Court will make all final decisions regarding the granting of proposed further stays and the length of those proposed stays.

Finally, Mr. Burnett seeks to limit any further stays to just 3 months. The Court will not limit all further stays to just three months.

The second issue before the Court is the Tribes' Motion for Attorneys Fees and Costs. The Court deems this issue is best decided when this litigation is complete. Accordingly, this motion is **Denied Without Prejudice**.

The final issue is a Motion and Stipulation Substituting Party. Defendants John and Peggy Wilson sold their property within the Anza-Cahuilla Sub-Basin to Timothy and Linda Jones. The Tribes and the Wilsons signed a stipulation substituting the Jones as a party in this action. However, the Jones' did not sign this stipulation. All parties must sign any stipulation. Accordingly, this Motion is **DENIED**.

**IT IS ORDERED** that the Tribes' request to extend the stay until October 27, 2010 is **GRANTED**.

**IT IS FURTHER ORDERED** that Magistrate Judge Brooks oversee the settlement process. The initial settlement conference before Magistrate Judge Brooks will be set up through his chambers.

**IT IS FURTHER ORDERED** that there will be no predetermined briefing schedule for requesting or opposing furthers stays. Nor will the Court limit all future stays to only three months.

**IT IS FURTHER ORDERED** that the Tribes' Motion for Attorneys' Fees and Costs is **DENIED WITHOUT PREJUDICE.**

//
//
//
//

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that the Tribes Motion and Stipulation Substituting Party is |
| 2 | **DENIED.** |
| 3 | **IT IS SO ORDERED.** |

May 18, 2010
date

GORDON THOMPSON, JR.
United States District Judge

cc:  All counsel and parties without counsel