MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent: _____
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

Plaintiffs

Defendants

PROCEEDINGS:  _____ In Chambers   _____ In Court   _____ Telephonic

A settlement status conference and continued settlement conference are set for June 24, 2010, at 3:00 p.m. The Watermaster, Chuck Binder, and counsel for the parties listed in this Order are to appear at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185, San Diego, California, and participate:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and M. Catherine Condon)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Scott Williams)

3. The United States (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by Richards, Watson & Gershon (attorney James L. Markman)

6. Agri-Empire, Inc. (attorney Robert Davis)

7. The Hemet School District (attorney Jeff Hoskinson)

8. The State of California (attorney Marilyn Levin or associate counsel)

DATE: June 3, 2010            IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge

cc: Judge Thompson                    INITIALS: VL (mg/irc) Deputy
    All Parties of Record