**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES            Case No. 51cv1247 GT(RBB)
                                                Time Spent: 1 hr. 5 mins.
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

<u>Plaintiffs</u>

Katie Morgan (present)              Patrick Barry (present)
Rodney Lewis (present)              Douglas Garcia (present)

<u>Defendants</u>

Don Pongrace (present)              Lindsay Puckett (present)
Andrew Masiel (present)             Chuck Binder (present)

_____             _____
_____             _____
_____             _____
_____             _____

PROCEEDINGS:    x   In Chambers _____   In Court _____   Telephonic

A settlement conference was held.

Counsel is to call chambers to schedule a follow-up conference.

DATE: June 24, 2010          IT IS SO ORDERED:   _Ruben Brooks_
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Thompson                   INITIALS:  VL (mq/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute16.frm