MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent: 1 hr. 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

Patrick Barry (present)                Douglas Garcia (present)

### Defendants

Chuck Binder (present)                 John Flocken (present)
Curtis Berkey (present)                Marilyn Levin (present)
Scott McElroy (present)                Jeff Hoskinson (present)
M. Catherine Condon (present)          Robert Davis (present)
James Markman (present)

PROCEEDINGS:   x   In Chambers      ___ In Court      ___ Telephonic

A settlement conference was held.

Counsel is to call chambers to schedule a follow-up conference.

DATE: June 24, 2010          IT IS SO ORDERED:  /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Thompson                   INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\Minute17.wpd