DAVID LEVENTHAL, Esq., State Bar No. 156531
**LAW OFFICES OF LEVENTHAL & ASSOCIATES**
18565 Soledad Canyon Road, Suite 300
Santa Clarita, California, 91351
Telephone: 661-251-1000
Facsimile: 661-251-4700
www.leventhallawfirm.com
dave@leventhallawfirm.com
Notice & service not accepted via email unless confirmed in writing.

Attorneys for Defendant
LEIGHTON MILLS

# UNITED STATES DISTRICT COURT
# SOUTHER DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 51-cv-01247-GT-RBB |
|---|---|
| Plaintiff, | **ANSWER OF LEIGHTON MILLS TO SECOND AMENDED COMPLAINT IN INTERVENTION** |
| vs. | |
| CAHUILLA BAND OF INDIANS, | |
| Plaintiff in Intervention, | |
| AND RELATED CROSS-ACTIONS | |

In Answer to the Second Complaint in Intervention, Defendant LEIGHTON MILLS denies paragraphs 1 through 29, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant LEIGHTON MILLS hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Complaint in Intervention Complaint:

1. The allegations in the Second Complaint in Intervention do not state sufficient facts to constitute a cause of action against Defendant.

2. The allegations in the Second Complaint in Intervention, and each alleged cause of action set forth therein, are vague, ambiguous, uncertain, and unintelligible, and as such, facts to allege facts sufficient to constitute a cause of action against Defendant.

3. The Cahuilla Tribe does not possess any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute, or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

5. The use and withdrawl of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Leighton Mills under his real property, thereby entitling Leighton Mills to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Complaint in Intervenion.

Respectfully Submitted,

LEVENTHAL & ASSOCIATES

By: _____
DAVID LEVENTHAL
Attorneys for Plaintiff
LEIGHTON MILLS

ANSWER OF LEIGHTON MILLS TO SECOND AMENDED COMPLAINT IN INTERVENTION

PROOF OF SERVICE BY MAIL

I am an employee in the County of Los Angeles, State of California, for the office of a member of the bar of this court for whom the service was made. I am over the age of 18 and not a party to the within action. My business address is 18565 Soledad Canyon Road, Suite 300, Santa Clarita, California, 91351.

I am readily familiar with the practices of Leventhal & Associates for the collection and processing of correspondence and pleadings for mailing with the United States Postal Service. Under that practice, correspondence and pleadings are collected daily and deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Clarita, California in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On June 16, 2010, I served the foregoing document(s) described as:

ANSWER OF LEIGHTON MILLS TO SECOND AMENDED COMPLAINT IN INTERVENTION

on all interested parties in this action by placing for collection and mailing on the above date, following ordinary business practices, a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Santa Clarita, California, addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

This law office has a "Digital Office Policy" pursuant to which we routinely request that persons receiving documents from our office accept service via email in lieu of service per the Code of Civil Procedure. To the extent that any person listed herein has received and accepted this document via email and expressly waived service per the CCP via reply email, the foregoing declaration is not applicable.

Executed on June 16, 2010, at Santa Clarita, California.

_____
CORINNE ANDREWS

## SERVICE LIST

Marco A. Gonzalez ( SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy Suite 101
Encinitas, California 92024


Scott B. McElroy ( Pro Hac Vice)
M. Cathrine Condon ( Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302