**AMENDED MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)

                                                        Time Spent:
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                                   Rptr.

                              Plaintiffs

Patrick Barry (present)                Douglas Garcia (present)

                              Defendants

Chuck Binder                           John Flocken
Curtis Berkey                          Marilyn Levin
Scott McElroy                          Jeff Hoskinson
M. Catherine Condon                    Robert Davis
James Markman

PROCEEDINGS:       ___ In Chambers      ___ In Court      ___ Telephonic

A settlement conference was held on June 24, 2010.

An attorneys-only settlement conference is set for October 4, 2010, at 1:30 p.m.

DATE: July 28, 2010           IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Thompson                                INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA1951cv1247\AMMinute17.wpd