YOUR NAME MICHAEL ROBERTS
YOUR ADDRESS 41625 LAKEFRONT DRIVE, AGUANGA, CA 92536
YOUR TELEPHONE NUMBER 951-763-0720; cvrinc@earthlink.net

FILED
AUG 2 4 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

UNITED STATES OF AMERICA,
    Plaintiff,
CAHUILLA BAND OF INDIANS
Plaintiff in Intervention,

    -v-

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation of
the State of California, et al.
    Defendants

Case No. 51-cv-1247-GT-RBB
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

ANSWER OF MICHAEL ROBERTS TO SECOND COMPLAINT

In answer to the Second Complaint in Intervention, Defendant MICHAEL ROBERTS denies paragraphs 1 through 29, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant MICHAEL ROBERTS hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Complaint in Intervention Complaint:

1. The allegations in the Second Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in Second Complaint of Intervention, and each alleged cause of action set forth therein, are vague, ambiguous, uncertain, and unintelligible, and as such, facts to alleged facts sufficient to constitute a cause of action against Defendant.

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

1 | YOUR NAME    MICHAEL ROBERTS
  | YOUR ADDRESS   41625 LAKEFRONT DRIVE, AGUANGA, CA 92536
2 | YOUR TELEPHONE NUMBER   951-763-0720; cvrinc@earthlink.net

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

UNITED STATES OF AMERICA,
    Plaintiff,
CAHUILLA BAND OF INDIANS
Plaintiff in Intervention,

    -v-

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation of
the State of California, et al.
    Defendants

Case No._____
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

ANSWER OF MICHAEL ROBERTS TO SECOND COMPLAINT

~~Plaintiff alleges~~:

3. The Cahuilla Tribe does not possess any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute, or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to MICHAEL ROBERTS under his real property, thereby entitling MICHAEL ROBERTS to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Complaint of Intervention.

Respectfully Submitted,

By: *[signature]*
MICHAEL ROBERTS, 08/19/2010

(2)

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

| | |
|---|---|
| 1 | YOUR NAME  MICHAEL ROBERTS |
| 2 | YOUR ADDRESS  41625 LAKEFRONT DRIVE, AGUANGA, CA 92536<br>YOUR TELEPHONE NUMBER  951-763-0720; cvrinc@earthlink.net |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

UNITED STATES OF AMERICA,
    Plaintiff,
CAHUILLA BAND OF INDIANS
Plaintiff in Intervention,

    -v-

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation of
the State of California, et al.
    Defendants

Case No._____
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

ANSWER OF MICHAEL ROBERTS TO SECOND COMPLAINT

~~Plaintiff alleges~~:

SERVICE LIST

Marco A. Gonzalez (SBN)
COAST LAW GROUP, LLP
1140 S. Coast Hwy Suite 101
Encinitas, California 92024

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302

Curtis G. Berkey
Scott W. Williams
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)