Carolyn Ellison
John Ellison
IN PROPRIA PERSONA
49975 Indian Rock
Aguanga, CA 92536
(951) 763-0051

Attorney for: IN PROPRIA PERSONA

ORIGINAL

FILED
SEP 2 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.,
Plaintiff in Intervention,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation
of the State of California, et al.,
    Defendants.

CASE NO. 51-CV-1247-GT-RBB

ANSWER OF CAROLYN ELLISON TO SECOND AMENDED COMPLAINT IN INTERVENTION

In response to the Second Complaint in Intervention, Defendant CAROLYN ELLISON denies paragraphs 1 through 14, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant CAROLYN ELLISON hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to constitute a cause



1 of action against the Defendant.

2      3. The Ramona Band of Cahuilla does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

     4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

     5. The use and withdrawal of water by the Ramona Band of Cahuilla under the Cahuilla Reservation is impairing the water available to Defendant CAROLYN ELLISON under her real property, thereby entitling Defendant CAROLYN ELLISON to compensation and injunctions identical to those sought by the Ramona Band of Cahuilla in its Second Amended Complaint in Intervention.

Dated: Sept. 16, 2010      Respectfully submitted,

*Carolyn Ellison*
CAROLYN ELLISON

| | |
|---|---|
| 1 | Carolyn Ellison |
| | John Ellison |
| 2 | IN PROPRIA PERSONA |
| | 49975 Indian Rock |
| 3 | Aguanga, CA 92536 |
| | (951) 763-0051 |
| 4 | |
| 5 | Attorney for: IN PROPRIA PERSONA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.,
Plaintiff in Intervention,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation
of the State of California, et al.,
    Defendants.

CASE NO. 51-CV-1247-GT-RBB

DECLARATION OF SERVICE

Person served: Curtis G. Berkey

Date served: Sept. 17, 2010

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

ANSWER OF CAROLYN ELLISON TO
SECOND AMENDED COMPLAINT IN INTERVENTION

in the following manner:

by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U. S. Mail at Temecula, California on September 17, 2010.

Executed on September 17, 2010 at Temecula, California.

Pony Walker

PAGE 1 OF 1

DECLARATION OF SERVICE      CASE NO. 51-CV-1247-GT-RBB