Carolyn Ellison
John Ellison
IN PROPRIA PERSONA
49975 Indian Rock
Aguanga, CA 92536
(951) 763-0051

Attorney for:  IN PROPRIA PERSONA

ORIGINAL

FILED

SEP 2 2 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS, et al.,<br>Plaintiff in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br>Defendants. | CASE NO. 51-CV-1247-GT-RBB<br><br>ANSWER   OF JOHN ELLISON<br>TO SECOND AMENDED COMPLAINT<br>IN INTERVENTION |

In response to the Second Complaint in Intervention, Defendant JOHN ELLISON denies paragraphs 1 through 14, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant JOHN ELLISON hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1.  The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2.  The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to constitute a cause

John Ellison's   Answer to
Second Amended Complaint in Intervention

1   of action against the Defendant.

2        3.  The Ramona Band of Cahuilla does not posses any right or power to

3   affect or impair real property rights or water rights beyond the boundary of the

4   Cahuilla Reservation.

5        4.  The United States of America  lacks authority under its Constitution to

6   engage in any act, treaty, statute or regulation which impairs property rights

7   (including real property rights and riparian rights) established under California

8   State law.

9        5.  The use and withdrawal of water by the Ramona Band of Cahuilla

10  under the Cahuilla Reservation is impairing the water available to Defendant

11  JOHN ELLISON under her real property, thereby entitling Defendant JOHN

12  ELLISON to compensation and injunctions identical to those sought by the

13  Ramona Band of Cahuilla in its Second Amended Complaint in Intervention.

14  Dated: Sept. 16, 2010                    Respectfully submitted,

15

16                                          *John Ellison*

17                                          JOHN ELLISON

18

19

20

21

22

23

24

25

26

27

28

PAGE 2 OF 2

John Ellison's  Answer to
Second Amended Complaint in Intervention                CASE NO. 51-cv-1247-GT-RBB

1   Carolyn Ellison
    John Ellison
2   IN PROPRIA PERSONA
    49975 Indian Rock
3   Aguanga, CA 92536
    (951) 763-0051
4

5   Attorney for:  IN PROPRIA PERSONA

6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )
        Plaintiff,                     )
11  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS, et al.,  )
12  Plaintiff in Intervention,         )
                                       )   CASE NO. 51-CV-1247-GT-RBB
13  vs.                                )
                                       )   DECLARATION OF SERVICE
14  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation  )   Person served: Curtis G. Berkey
15  of the State of California, et al.,     )
        Defendants.                    )   Date served: Sept. 17, 2010
16  _____)

17      I, the undersigned, declare under penalty of perjury that I am over the age

18  of eighteen years and not a party to this action; that I served the above named

19  person the following documents:

20                    ANSWER OF JOHN ELLISON TO
              SECOND AMENDED COMPLAINT IN INTERVENTION
21  in the following manner:

22      by placing a copy in a separate envelope, with postage fully prepaid, for

23  each address named below and depositing each in the U. S. Mail at Temecula,

24  California on September 17, 2010.

25      Executed on September 17, 2010 at Temecula, California.

26

27                              _____
                                Pony Walker
28

DECLARATION OF SERVICE                          CASE NO. 51-CV-1247-GT-RBB