1  Carolyn Ellison
   John Ellison
2  IN PROPRIA PERSONA
   49975 Indian Rock
3  Aguanga, CA 92536
   (951) 763-0051
4

5  Attorney for:  IN PROPRIA PERSONA

6

7

**ORIGINAL**

FILED

SEP 2 2 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA...
BY _____

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )
           Plaintiff,                  )
11  CAHUILLA BAND OF INDIANS           )
    Plaintiff in Intervention,         )
12                                     )
    vs.                                )   CASE NO. 51-cv-1247-GT-RBB
13                                     )
    FALLBROOK PUBLIC UTILITY           )
14  DISTRICT, a public service corporation )   ANSWER  OF CAROLYN ELLISON
    of the State of California, et al.,  )   TO SECOND AMENDED COMPLAINT
15         Defendants.                  )
                                       )
16  _____

17      In response to the Second Complaint in Intervention, Defendant

18  CAROLYN ELLISON denies paragraphs 1 through 38, inclusive.

19      Without limiting or waiving its right to assert additional affirmative

20  defenses which are discovered subsequent to the filing and service of this

21  Answer, Defendant CAROLYN ELLISON hereby alleges and asserts the

22  following as separate and affirmative defenses to each and every cause of

23  action set forth in the Second Amended Complaint in Intervention:

24      1.  The allegations in the Second Amended Complaint in Intervention do

25  not state sufficient facts to constitute a cause of action against the Defendant.

26      2.  The allegations in the Second Amended Complaint in Intervention,

27  and each alleged cause of action set forth therein are vague, ambiguous,

28  uncertain and unintelligible, and as such, fails to allege facts sufficient to

Carolyn Ellison's   Answer to
Second Amended Complaint in Intervention        CASE NO. 51-cv-1247-GT-RBB

1   constitute a cause of action against the Defendant.

2       3. The Cahuilla Tribe does not posses any right or power to affect   or

3   impair real property rights or water rights beyond the boundary of the Cahuilla

4   Reservation.

5       4. The United States of America  lacks authority under its Constitution

6   to engage in any act, treaty, statute or regulation which impairs property rights

7   (including real property rights and riparian rights) established under California

8   State law.

9       5. The use and withdrawal of water by the Cahuilla Tribe under the

10  Cahuilla Reservation is impairing the water available to Defendant CAROLYN

11  ELLISON under her real property, thereby entitling Defendant CAROLYN

12  ELLISON to compensation and injunctions identical to those sought by the

13  Cahuilla Tribe in its Second Amended Complaint in Intervention.

14  Dated: Sept. _16_, 2010                     Respectfully submitted,

15

16                                              _Carolyn Ellison_____
                                                CAROLYN ELLISON
17

18

19

20

21

22

23

24

25

26

27

28

Carolyn Ellison's  Answer  to
Second Amended Complaint in Intervention                    CASE NO. 51-CV-1247-GT-RBB

1 Carolyn Ellison
 John Ellison
2 IN PROPRIA PERSONA
 49975 Indian Rock
3 Aguanga, CA 92536
 (951) 763-0051
4

5 Attorney for:  IN PROPRIA PERSONA

6

7

8       UNITED STATES DISTRICT COURT

9      SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>CAHUILLA BAND OF INDIANS<br>Plaintiff in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br>   Defendants. | CASE NO. 51-CV-1247-GT-RBB<br><br>DECLARATION OF SERVICE<br><br>Person served: Scott McElroy, Esq.<br><br>Date served: Sept. 17, 2010 |

17    I, the undersigned, declare under penalty of perjury that I am over the

18 age of eighteen years and not a party to this action; that I served the above

19 named person the following documents:

20      ANSWER OF CAROLYN ELLISON TO
    SECOND AMENDED COMPLAINT IN INTERVENTION
21 in the following manner:

22    by placing a copy in a separate envelope, with postage fully prepaid, for

23 each address named below and depositing each in the U. S. Mail at

24 Temecula, California on September 17, 2010.

25    Executed on September 17, 2010 at Temecula, California.

26

27           Pony Walker

28

Declaration of Service           CASE NO. 51-CV-1247-GT-RBB