1 | Carolyn Ellison
John Ellison
2 | IN PROPRIA PERSONA
49975 Indian Rock
3 | Aguanga, CA 92536
(951) 763-0051
4

5 | Attorney for: IN PROPRIA PERSONA

ORIGINAL

FILED
SEP 2 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
CAHUILLA BAND OF INDIANS
Plaintiff in Intervention,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation
of the State of California, et al.,
    Defendants.

CASE NO. 51-cv-1247-GT-RBB

ANSWER OF JOHN ELLISON
TO SECOND AMENDED COMPLAINT

In response to the Second Complaint in Intervention, Defendant JOHN ELLISON denies paragraphs 1 through 38, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant JOHN ELLISON hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to

1 constitute a cause of action against the Defendant.

2     3. The Cahuilla Tribe does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

    4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

    5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant JOHN ELLISON under his real property, thereby entitling Defendant JOHN ELLISON to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: Sept. 16, 2010        Respectfully submitted,

_____
JOHN ELLISON

```
 1  Carolyn Ellison
    John Ellison
 2  IN PROPRIA PERSONA
    49975 Indian Rock
 3  Aguanga, CA 92536
    (951) 763-0051
 4
 5  Attorney for: IN PROPRIA PERSONA
 6
 7
 8              UNITED STATES DISTRICT COURT
 9            SOUTHERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,      )
           Plaintiff,              )
11  CAHUILLA BAND OF INDIANS       )
    Plaintiff in Intervention,     )
12                                 )   CASE NO. 51-CV-1247-GT-RBB
    vs.                            )
13                                 )   DECLARATION OF SERVICE
    FALLBROOK PUBLIC UTILITY       )
14  DISTRICT, a public service corporation )  Person served: Scott McElroy, Esq.
    of the State of California, et al.,    )
15         Defendants.             )   Date served: Sept. 17, 2010
                                   )
16
17      I, the undersigned, declare under penalty of perjury that I am over the
18  age of eighteen years and not a party to this action; that I served the above
19  named person the following documents:
20           ANSWER OF JOHN ELLISON TO
         SECOND AMENDED COMPLAINT IN INTERVENTION
21  in the following manner:
22      by placing a copy in a separate envelope, with postage fully prepaid, for
23  each address named below and depositing each in the U. S. Mail at
24  Temecula, California on September 17, 2010.
25      Executed on September 17, 2010 at Temecula, California.
26
27                                           _____
                                             Pony Walker
28
```

PAGE 1 OF 1

Declaration of Service                         CASE NO. 51-CV-1247-GT-RBB