## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES      Case No. 51cv1247 GT(RBB)

Time Spent: 25 mins.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE      Rptr.

### Plaintiffs

Patrick Barry (present)      Douglas Garcia (present)

### Defendants

Chuck Binder (present)      John Flocken (present)
Curtis Berkey (present)      Marilyn Levin (present)
Scott McElroy (present)      Jeff Hoskinson (present)
M. Catherine Condon (present)      Robert Davis (present)
James Markman (present)

PROCEEDINGS:    x    In Chambers      ___ In Court      ___ Telephonic

A settlement conference was held.

A settlement conference is set for January 18, 2011, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: October 4, 2010      IT IS SO ORDERED:    *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Thompson      INITIALS: VL (mg/irc) Deputy
     All Parties of Record