Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California  92024
marco@coastlawgroup.com
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| CAHUILLA BAND OF INDIANS, | ) CASE NO. 51-cv-1247-RBB-GT |
| RAMONA BAND OF CAHUILLA, | ) |
| federally recognized Indian tribes, | ) **NOTICE OF JOINT MOTION AND** |
| | ) **JOINT MOTION TO EXTEND STAY** |
| Plaintiffs in Intervention, | ) **AND DEADLINE TO COMPLETE** |
| | ) **PERSONAL SERVICE** |
| v. | ) |
| | ) Hearing Date:  No hearing date set |
| FALLBROOK PUBLIC UTILITY | ) Time: |
| DISTRICT, a public service corporation | ) Courtroom:     8 |
| of the State of California, et al., | ) |
| | ) Hon. Gordon Thompson, Jr. |
| Defendants. | ) |
| | ) ORAL ARGUMENT NOT REQUIRED |

1    Pursuant to FED. R. CIV. P. 4(m), FED. R. CIV. P. 6(b), and CivLR 4.1(a), Plaintiff-

2   Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla respectfully move this Court

3   for a six-month extension of the stay, until April 27, 2011; and a four-month extension of time to

4   complete service of process, until February 24, 2011.  This Motion is accompanied by a

5   *Memorandum of Points and Authorities in Support of the Joint Motion to Extend Stay and*

6   *Deadline to Complete Personal Service*.

7    Respectfully submitted this 18th  day of October, 2010.

8    Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP LLP
9    1140 S. Coast Hwy 101
     Encinitas, California  92024
10   Tel:  760-942-8505 Fax:  760-942-8515

11   Scott B. McElroy (Pro Hac Vice)
12   M. Catherine Condon (Pro Hac Vice)
     McELROY, MEYER, WALKER
13     & CONDON, P.C.
     1007 Pearl Street, Suite 220
14   Boulder, Colorado  80302
     Tel:  303-442-2021 Fax: 303-444-3490
15

          */s/ Scott B. McElroy*
16   By:_____
          Scott B. McElroy
17   *Attorneys for Plaintiff in Intervention,*
       *the Cahuilla Band of Indians*
18

19

20   Curtis G. Berkey
     ALEXANDER, BERKEY, WILLIAMS &
21   WEATHERS LLP
     2030 Addison Street, Suite 410
22   Berkeley, California  94704
     Tel: 510-548-7070
23

          */s/ Curtis G. Berkey*
24   By:_____
          Curtis G. Berkey
25   *Attorneys for Plaintiff in Intervention,*
       *Ramona Band of Cahuilla*
26

27

28