Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
marco@coastlawgroup.com
Tel: 760-942-8505
Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, federally recognized Indian tribes,

Plaintiffs in Intervention,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

CASE NO. 51-cv-1247-RBB-GT

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT MOTION TO EXTEND STAY AND DEADLINE TO COMPLETE PERSONAL SERVICE**

Hearing Date: No hearing date set
Time:
Courtroom: 8

Hon. Gordon Thompson, Jr.

ORAL ARGUMENT NOT REQUIRED

Pursuant to FED. R. CIV. P. 4(m), FED. R. CIV. P. 6(b), and CivLR 4.1(a), Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla (collectively "Tribes") respectfully move this Court for a six-month extension of the stay, until April 27, 2011; and a four-month extension of time to complete service of process, until February 24, 2011.

**I. <u>REQUEST TO EXTEND STAY TO APRIL 27, 2011</u>**

On April 27, 2010, the Tribes requested that the Court continue the stay for an additional six months. *Status Report Submitted by Cahuilla Band of Indians and the Ramona Band of Cahuilla* (Apr. 27, 2010) ("April 27 Status Report"). On May 18, 2010, the Court extended the stay until October 27, 2010. *Order* (May 18, 2010). Since the Tribes filed the April 27 Status Report, the Water Master and representatives for the Tribes, the United States, the State of California, the County of Riverside and certain individuals and entities residing inside the boundaries of the Anza-Cahuilla Sub-Basin have participated in settlement meetings on May 19, 2010, June 14, 2010, June 24, 2010 and September 14, 2010. The parties have also conferred by telephone several times. The parties have scheduled additional settlement meetings to take place on November 9, 2010 and November 30, 2010, and expect subsequent meetings to occur. Reasonable progress is being made toward a resolution of the case.

Magistrate Judge Brooks held a Status Conference on June 24, 2010 and another one on October 4, 2010, at which time counsel for the Tribes indicated that they continue to be optimistic that a settlement remains possible in this case. Indeed, the other attorneys present at the October 4 Status Conference echoed this belief. Counsel for the Tribes briefed Magistrate Judge Brooks regarding this request to extend the stay for an additional six-month period. At that time, Magistrate Judge Brooks indicated that counsel for the Tribes could advise the Court that he recommended that the stay be extended.

In addition, the Tribes previously requested that the parties not be required to answer or file a responsive pleading until further order of Court. The Court granted this request. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If the Court lifts the stay and requires the parties to file answers or other

responsive pleadings to the Second Amended Complaints, the parties will be required to devote their time and resources to litigation that could otherwise be devoted to the settlement process.

Based on the foregoing, the Tribes respectfully request that the stay be continued for six months, to April 27, 2011.

## II. REQUEST TO EXTEND DEADLINE TO FEBRUARY 24, 2011 TO COMPLETE PERSONAL SERVICE

The process of completing personal service is proceeding well but is not complete. *See Notice of Joint Motion and Joint Motion for Extension of Time to Serve Process* (Jan. 13, 2010); *Memorandum of Points and Authorities in Support of the Joint Motion for an Extension of Time to Serve Process* (Jan. 13. 2010); *Order* (Jan 14, 2010); *Status Report Submitted by Cahuilla Band of Indians and the Ramona Band of Cahuilla* (Apr. 27, 2010).

The Tribes have completed personal service on approximately two-thirds of the individuals and entities and expect to have attempted personal service on the remainder by early November. The reason the Tribes have not been able to complete service on all individuals is due to various circumstances including, but not limited to: (1) some individuals have moved and the new address has been difficult to ascertain; (2) some individuals have sold their property; (3) some individuals have died; (4) some individuals reside in gated homes and refuse to allow the process server access; (5) at some of the listed addresses, the house is vacant or empty and there is no indication of where the owner may be found; and (6) some individuals have dogs running free in their fenced-in yards, which may make access to the house dangerous. Counsel for the Tribes are currently following up with respect to each of the individuals in which the process server was unable to complete personal service. This is an extremely time-consuming process.

Based on the foregoing, the Tribes respectfully request an extension of time to complete personal service of process to February 24, 2011.

Respectfully submitted this 18th day of October, 2010.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505 Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021 Fax: 303-444-3490

*/s/ Scott B. McElroy*
By:________________________________
Scott B. McElroy
*Attorneys for Plaintiff in Intervention, the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070

*/s/ Curtis G. Berkey*
By:________________________________
Curtis G. Berkey
*Attorneys for Plaintiff in Intervention, Ramona Band of Cahuilla*