Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>　　　Plaintiffs in Intervention,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>　　　Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:　　　　2:00 p.m.<br>Courtroom:　　8<br><br>Hon. Gordon Thompson, Jr. |

I, Daryl Ann Vitale, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On October 18, 2010, I electronically filed the ***Notice of Joint Motion and Joint Motion to Extend Stay and Deadline to Complete Personal Service*** and ***Memorandum of Points and Authorities in Support of the Joint Motion to Extend Stay and Deadline to Complete Personal Service*** with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

**Alice E. Walker** awalker@mmwclaw.com, dvitale@mmwclaw.com
**B. Tilden Kim** tkim@rwglaw.com, gduran@rwglaw.com
**Bill J Kuenzinger** bkuenzinger@bhsmck.com, rjones@bhsmck.com
**Charles W Binder** cwbinder@smrwm.org
**Curtis G Berkey** cberkey@abwwlaw.com, mmorales@abwwlaw.com
**Daniel E. Steuer** dsteuer@mmwclaw.com, dvitale@mmwclaw.com
**Daniel J Goulding** jhester@mccarthyholthus.com
**Donald R Timms** dontimms@san.rr.com
**F Patrick Barry** patrick.barry@usdoj.gov
**Gary D Leasure** gleasure@garydleasure.com
**George Chakmakis** george@chakmakislaw.com
**Gerald (Jerry) Blank** gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
**Harry Campbell Carpelan** hcarpelan@redwineandsherrill.com
**John A Karaczynski** jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com, msobolefflevy@akingump.com
**John Christopher Lemmo** jl@procopio.com, laj@procopio.com
**Jonathan M Deer** jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
**Kevin Patrick Sullivan** ksullivan@pshlawyers.com, kstanis@pshlawyers.com
**M. Catherine Condon** ccondon@mmwclaw.com, dvitale@mmwclaw.com
**Marco Antonio Gonzalez** marco@coastlawgroup.com, sara@coastlawgroup.com
**Marilyn H Levin** marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
**Mark L Brandon** mbrandon@brandon-law.com, dslack@brandon-law.com
**Mary L Fickel** mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
**Matthew L Green** matthew.green@bbklaw.com, amelia.mendez@bbklaw.com
**Michael Duane Davis** michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
**Michele A Staples** mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
**Patricia Grace Rosenberg** prosenberg@hnattorneys.com
**Peter J Mort** pmort@akingump.com, jfukai@akingump.com
**Richard Alvin Lewis** Rlewis@RichardLewis.com
**Robert H James** bob@fallbrooklawoffice.com
**Robert K Edmunds** robert.edmunds@bipc.com, jacqueline.forjais@bipc.com
**Robert M Cohen** rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
**Scott B. McElroy** smcelroy@mmwclaw.com, dvitale@mmwclaw.com
**Thomas C Stahl** Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, lori.macdonald@usdoj.gov
**Timothy P Johnson** tjohnson@johnson-chambers.com, cww@johnson-chambers.com
**William K. Koska** wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

**David Leventhal** davelevlaw@yahoo.com

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on October 18, 2010

Daryl Ann Vitale