FILED
NOV 2 3 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, <br><br> Plaintiffs in Intervention, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., <br><br> Defendants. | Case No. 51-cv-1247-GT-RBB <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF STAY AND EXTENSION OF TIME TO SERVE PROCESS** <br><br> Hearing Date: <br> Time: <br> Courtroom:   8 <br><br> Hon. Gordon Thompson, Jr. |

Upon consideration of the *Notice of Joint Motion and Joint Motion to Extend Stay and Deadline to Complete Personal Service* and *Memorandum of Points and Authorities in Support of the Joint Motion to Extend Stay and Deadline to Complete Personal Service* filed by Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes"), it is hereby ordered:

The Tribes are granted a six-month extension of the stay, until April 27, 2011; and

The Tribes are granted a four-month extension to serve process on the defendants, until February 24, 2011.

**IT IS ORDERED.**

October 21 2010
Date

_____
GORDON THOMPSON, JR.
United States District Judge

cc:   All counsel and parties without counsel