**WATERMASTER**

SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



November 1, 2010

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
940 Front Street
San Diego, CA 92101

Re:   U.S. v. Fallbrook Public Utility District, et al., Civil No. 1247-SD-GT-RBB (S.D. Cal)
      Final Annual Watermaster Report for Water Year 2008-09

Dear Judge Thompson:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989, and my letter of September 23, 2010, this is to inform the Court that no written objections were filed within 30 days of service of mailing the above-captioned annual report to the parties listed on the Watermaster Distribution List. Accordingly, please find the enclosed CD containing a PDF file of the final Annual Watermaster Report for Water Year 2008-09 for posting on the electronic docket.

If you have any questions please do not hesitate to call.

Sincerely,

Chas W. Binder

Charles W. Binder, P.E.
Watermaster

Enclosure
cc (w/o Encl.):  Honorable Ruben B. Brooks