# *SANTA MARGARITA RIVER WATERSHED*

## ANNUAL WATERMASTER REPORT

## WATER YEAR 2008-09

## *UNITED STATES OF AMERICA*
## *V.*
## *FALLBROOK PUBLIC UTILITY DISTRICT, ET AL*

## CIVIL NO. 1247-SD-GT-RBB

**CHARLES W. BINDER**
**WATERMASTER**
**P. O. BOX 631**
**FALLBROOK, CA.   92088**
**(760) 728-1028**
**FAX (760) 728-1990**

**September 2010**

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

# TABLE OF CONTENTS

Page No.

1. Summary_____ 1

2. Introduction
   2.1 Background_____ 5
   2.2 Authority_____ 5
   2.3 Scope_____ 5

3. Surface Water Availability and Use
   3.1 Surface Flow_____ 7
   3.2 Surface Water Diversions_____ 13
   3.3 Water Storage _____ 13

4. Subsurface Water Availability
   4.1 General_____ 19
   4.2 Extractions_____ 19
   4.3 Water Levels_____ 21
   4.4 Groundwater Storage_____ 26

5. Imports/Exports
   5.1 General_____ 33
   5.2 Water Year 2008-09_____ 37
   5.3 Water Years 1966-2009 _____ 37
   5.4 Lake Skinner_____ 41
   5.5 Diamond Valley Lake_____ 42

6. Water Rights
   6.1 General_____ 45
   6.2 Appropriative Surface Water Rights_____ 47
   6.3 Fallbrook PUD Changes Point of Diversion and Place of Use_____ 51
   6.4 Federal Reserved Water Rights Claims by
       Cahuilla and Ramona Bands _____ 52
   6.5 Federal Reserved Water Rights Claims by
       Pechanga Band _____ 52

7. Water Production and Use
   7.1 General _____ 53
   7.2 Water Purveyors_____ 54
   7.3 Indian Reservations_____ 74
   7.4 Small Water Systems_____ 77
   7.5 Irrigation Water Use_____ 77

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Page No.

8.  Unauthorized Water Use
    8.1  General_____ 79
    8.2  Unauthorized Small Storage Ponds_____ 79
    8.3  Rancho California Water District Water Use_____ 79
    8.4  Exportation of Treated Wastewater Derived from Native Waters_____ 80

9.  Threats to Water Supply
    9.1  General_____ 81
    9.2  High Nitrate Concentrations_____ 81
    9.3  Potential Overdraft Conditions_____ 83
    9.4  Salt Balance_____ 84
    9.5  High Arsenic Concentrations_____ 85
    9.6  High Fluoride Concentrations_____ 85
    9.7  Quagga Mussel _____ 85

10.  Water Quality
    10.1  Surface Water Quality_____ 89
    10.2  Groundwater Quality_____ 89

11.  Cooperative Water Resource Management Agreement
    11.1  General_____ 95
    11.2  Required Flows_____ 98
    11.3  Water Quality_____ 99
    11.4  Monitoring Programs_____ 99

12.  Five Year Projection of Watermaster Office Tasks, Expenditures and Requirements
    12.1  General_____ 101
    12.2  Normal Tasks_____ 101
    12.3  Additional Tasks_____ 101
    12.4  Projected Expenditures_____ 102

13.  Watermaster Office Budget 2010-11_____ 103

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

# LIST OF TABLES

Page No.

3.1 – Stream Gaging Stations_____ 8

3.2 – Measured Surface Water Flow 2008-09_____ 9

3.3 – Surface Water Diversions to Storage for Vail Lake_____14

3.4 – Surface Water Diversions to Storage for Lake O'Neill _____ 15

3.5 – Surface Water Diversions to Use_____16

3.6 – Water in Storage_____17

4.1 – Water Production by Substantial Users_____20

4.2 – Groundwater Storage at Camp Pendleton_____27

4.3 – Changes in Groundwater Storage Murrieta-Temecula Groundwater Area____29

4.4 – Changes in Useable Groundwater Storage Murrieta-Temecula
        Groundwater Area_____30

5.1 – Storage in State Water Project and Colorado River Reservoirs_____34

5.2 – Imports/Exports 2008-09_____38

5.3 – Total Dissolved Solids Concentration of Imported Water 2008-09_____39

5.4 – Imports/Exports 1966-2009_____40

6.1 – Appropriative Water Rights Permits & Licenses_____48

6.2 – Pre-1914 Appropriative Water Rights_____50

7.1 – Water Production and Use  _____55

7.2 – Definitions of Water Use by Municipal Water Purveyors_____56

7.3 – Water Deliveries to Temecula Valley Regional Water Reclamation
        Service Area _____59

7.4 – Rancho California Water District, Permit 7032 Operations_____64

7.5 – Rancho California Water District, Rancho Division
        Return Flow Credit 2008-09_____65

7.6 – Rancho California Water District, Santa Rosa Division
        Return Flow Credit 2008-09_____66

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

7.7 – Percent Production from Younger Alluvium
    In Rancho California Water District Wells_____69

7.8 – Rancho California Water District Well Production
    From Younger and Older Alluvium_____70

10.1 – Ranges in Average Daily Concentration of Dissolved Oxygen, pH,
    Specific Conductance and Temperature at Santa Margarita River
    Near Temecula_____90

11.1 – Monthly Summary of Required Flows, Discharges, Credits and Accounts,
    Cooperative Water Resource Management Agreement
    2009 Calendar Year_____96

11.2 – Monthly Summary of Required Flows, Discharges, Credits and Accounts,
    Cooperative Water Resource Management Agreement
    2008 Calendar Year_____97

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## LIST OF FIGURES

1.1 – Local Production 2000-2009_____ 2
1.2 – Imports 2000 - 2009_____ 2
1.3 – Total Production 2000 - 2009_____ 3
3.1 – Annual Streamflow for Santa Margarita River near Temecula_____ 11
3.2 – Annual Precipitation for Wildomar Gage_____ 12
4.1 – Water Level Elevations Well No. 8S/2W-12H1_____ 21
4.2 – Water Level Elevations Well No. 10S/4W-7J1_____ 22
4.3 – Water Level Elevations Well No. 7S/3W-20C9_____ 23
4.4 – Water Level Elevations Well No. 7S/3E-21G1_____ 24
4.5 – Water Level Elevations Pechanga Indian Reservation Wells_____ 25
5.1 – Storage in State Water Project 2000 - 2009_____ 35
5.2 – Storage in Colorado River Reservoirs 2000 - 2009_____ 35
10.1 – Total Dissolved Solids Concentration RCWD Well 8S/2W-12K_____ 91
10.2 – Total Dissolved Solids Concentration Camp Pendleton Well 10S/4W-7A2__ 92
10.3 – Nitrate Concentration Camp Pendleton Well 10S/4W-7A2_____ 93

## APPENDICES

### Appendix A - Production and Use Water Year 2008-09

Table A-1     Eastern Municipal Water District
Table A-2     Elsinore Valley Municipal Water District
Table A-3     Fallbrook Public Utility District
Table A-4     Metropolitan Water District
Table A-5     Pechanga Indian Reservation
Table A-6     Rainbow Municipal Water District
Table A-7     Rancho California Water District
Table A-8     U.S.M.C. - Camp Pendleton
Table A-9     U. S. Naval Weapons Station, Fallbrook Annex
Table A-10    Western Municipal Water District – Murrieta Division
Table A-11    Miscellaneous Water Production and Import

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## Appendix B - Production and Use Water Years 1965-66 To 2008-09

Table B-1     Eastern Municipal Water District
Table B-2     Elsinore Valley Municipal Water District
Table B-3     Fallbrook Public Utility District
Table B-4     Fallbrook Public Utility District (Wastewater)
Table B-5     Metropolitan Water District
Table B-6     Pechanga Indian Reservation
Table B-7     Rainbow Municipal Water District
Table B-8     Rancho California Water District
Table B-9     U.S.M.C. - Camp Pendleton
Table B-10    U. S. Naval Weapons Station, Fallbrook Annex
Table B-11    Western Municipal Water District – Murrieta Division
Table B-12    Miscellaneous Water Production and Import

## Appendix C - Substantial Water Users 2008-09

## Appendix D - Water Quality Data

|  |  | Last Published |
|---|---|---|
| Table D-1 | Surface Streams Sampled by Camp Pendleton | 1992-93 |
| Table D-2 | Surface Streams Sampled by Rancho California Water District | 1998-99 |
| Table D-2.1 | Nutrient Sampling by Rancho California Water District | 2002-03 |
| Table D-3 | Wells in Western Municipal Water District – Murrieta Division | 2008-09 |
| Table D-4 | Wells in Rancho California Water District | 2008-09 |
| Table D-5 | Wells on Indian Reservations | 2008-09 |
| Table D-6 | Wells on Camp Pendleton | 2008-09 |
| Table D-7 | Eastern Municipal Water District | 1992-93 |
| Table D-8 | Eastern Municipal Water District | 1992-93 |
| Table D-9 | Eastern Municipal Water District | 1992-93 |
| Table D-10 | Eastern Municipal Water District | 1993-94 |
| Table D-11 | Wells in Domenigoni Valley | 1994-95 |
| Table D-12 | Surface Water Sampled by USGS on Cahuilla Creek | 2008-09 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

**Appendix E.1 – Cooperative Water Resource Management Agreement**
**Required Flows and Accounts – Calendar Year 2009**

**Appendix E.2 – Cooperative Water Resource Management Agreement**
**Pala Park Groundwater Monitoring Well**

**Appendix E.3 – Cooperative Water Resource Management Agreement**
**Wolf Valley Groundwater Monitoring Well**

**Appendix F – Annual Report Issues Subordinated During Effective Period of the**
**Cooperative Water Resource Management Agreement**

**MAP**

Major Water Purveyors                                    Bound at back of report

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 1 - SUMMARY

Section 1 - A summary of the Santa Margarita River Watershed Annual Watermaster Report for the 2008-09 Water Year.

Section 2 - This Annual Watermaster Report is prepared pursuant to Section II of the U. S. District Court Order dated March 13, 1989.  The Court has retained jurisdiction over all surface flows of the Santa Margarita River Watershed and all underground waters determined by the Court to be subsurface flow of streams or creeks or which is determined by the Court to add to, support or contribute to the Santa Margarita River stream system.  Local vagrant groundwaters that do not support the Santa Margarita River stream system are outside Court jurisdiction.

Section 3 - Surface water flows varied in Water Year 2008-09.  Flows for long-term stations on Murrieta Creek at Temecula, the Santa Margarita River near Temecula, and the Santa Margarita River at Ysidora were 91%, 99% and 63% of their long-term averages, respectively.  Flows at Temecula Creek near Aguanga were 41% of the long term average.  Direct surface diversions to use totaled 986 acre feet compared with 987 acre feet in 2007-08. The total quantity of water in storage in the Watershed on September 30, 2009, was 414,065 acre feet, of which 22,709 acre feet were Santa Margarita River water and 391,356 acre feet were imported water.

Section 4 - Groundwater extractions were 42,258 acre feet compared to 40,608 acre feet in 2007-08 as shown on Table 4.1.  Water purveyors pumped 36,697 acre feet and 5,561 acre feet were pumped by other substantial users.  Total annual local production including surface diversions for use for the period 2000-2009 is shown on Figure 1.1.

Section 5 - During 2008-09, 86,612 acre feet of net imports were distributed for use within the Santa Margarita River Watershed, as shown Table 5.2.  This compares with 89,119 acre feet in 2007-08 and represents a decrease of 2.8 percent.  Annual imports for the period 2000-2009 are shown on Figure 1.2 and Table 5.4.  Exports of wastewater and native water for use outside the watershed in 2008-09 were 19,069 acre feet.  This compares with 19,975 acre feet in 2007-08 and represents a decrease of 4.5 percent.

Section 6 - Water rights during the 1950's and 1960's consisted primarily of riparian and overlying rights.  Other rights included appropriative rights and federal reserved rights. More recently, water purveyors in the Watershed have begun exercising groundwater appropriative rights.  Except for surface water appropriative rights, water rights generally have not been quantified in the watershed.  Perfected appropriative surface water rights on file with the State Water Resources Control Board (SWRCB) amount to 906,892 gallons per day which corresponds to 1.4 cfs or 2.78 acre feet per day of direct diversion rights and 44,313.5 acre feet of active storage rights.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 1.1



Figure 1.2



Section 7 –Total imported supplies plus local production totaled 129,714 acre feet compared to 130,745 acre feet reported in 2007-08.  Of that quantity, 47,095 acre feet were used for agriculture; 7,908 acre feet were used for commercial purposes; 59,303 acre feet were used for domestic purposes; 26 acre feet were discharged to Murrieta Creek; 11 acre feet were discharged to Santa Gertrudis Creek; 5,265 acre feet were discharged by Rancho California WD during 2008-09 pursuant to the Cooperative Water Resources Management Agreement (CWRMA) (3,992 acre feet to the Santa Margarita River from MWD WR-34 and 1,052 acre feet to Murrieta Creek from the System River Meter and 221 acre feet from the potable connection to WR-34 outlet pipe); 3,146 acre feet of fresh water were exported by Camp Pendleton; and 2,357 acre feet were recharged by Rancho California WD to storage.  The overall system loss was 4,879 acre feet. System gain or loss is the result of many factors including errors in measurement, differences between periods of use and periods of production, leakage and unmeasured uses.  This data are shown on Table 7.1.

Total annual production for the period 2000-2009 is shown on Figure 1.3.

Figure 1.3



3

Section 8 – Use of water from small storage ponds may be unauthorized. Camp Pendleton has taken the position that exportation of treated wastewater, the source of which is the native waters of the Santa Margarita River system, without legal authority for such exportation, is unauthorized use of water.

Section 9 - Threats to water supply include high nitrate levels in Rainbow Creek and Anza Valley in past years, potential overdraft conditions in the Murrieta-Temecula and Anza groundwater basins, and salt balance issues in the upper Watershed. Additional threats have been recently identified including high concentrations of nitrates, arsenic and fluoride in the Murrieta-Temecula area as well as the discovery of the quagga mussel in imported supplies.

Section 10 – The U. S. Geological Survey (USGS) monitored surface water quality at the Temecula gaging station on the Santa Margarita River.

Groundwater samples from wells were analyzed for water quality by Camp Pendleton, Western MWD - Murrieta Division, Rancho California WD, and the USGS (on Indian Reservations) during 2008-09. The two primary constituents of interest are nitrates and total dissolved solids (TDS). The Basin Plan Objective for TDS of 750 mg/l was exceeded in seven of nine wells at Camp Pendleton. Two wells sampled by Rancho California WD showed concentrations exceeding 750 mg/l, the Basin Plan Objective.

Section 11 - The Cooperative Water Resource Management Agreement between Camp Pendleton and Rancho California Water District was approved by the District Court on August 20, 2002. During the 2009 calendar year, Rancho California WD discharged 4,795 acre feet to the Santa Margarita River to meet flow requirements under the Agreement. During 2009, 3,092 acre feet were calculated as input to the groundwater account but the balance was already at the maximum balance of 5,000 acre feet and no additional water was credited to the account.

Section 12 - Projected Watermaster tasks for the next five years are listed.

Section 13 - A total Watermaster budget for the Water Year 2010-11 is proposed to be $566,160. This budget includes $334,630 for the Watermaster Office and $231,525 for operation of gaging stations and groundwater monitoring by the USGS.

4

## SECTION 2 - INTRODUCTION

### 2.1    Background

On January 25, 1951, the United States of America filed Complaint No. 1247 in the United States District Court for the Southern District of California to seek a judicial determination of all respective water rights within the Santa Margarita River Watershed. The Final Judgment and Decree was entered on May 8, 1963, and appealed to the U. S. Court of Appeals. A Modified Final Judgment and Decree was entered on April 6, 1966. Among other things, the Decree provided that the Court:

> . . . retains continuing jurisdiction of this cause as to the use of all surface waters within the watershed of the Santa Margarita River and all underground or sub-surface waters within the watershed of the Santa Margarita River, which are determined in any of the constituent parts of this Modified Final Judgment to be a part of the sub-surface flow of any specific river or creek, or which are determined in any of the constituent parts of this Modified Final Judgment to add to, contribute to, or support the Santa Margarita River stream system.

In March 1989, the Court issued an Order appointing the Watermaster to administer and enforce the provisions of the Modified Final Judgment and Decree and subsequent orders of the Court.  The appointing Order described the Watermaster's powers and duties as well as procedures for funding and operating the Watermaster's office.  Also in 1989, the Court appointed a Steering Committee that at the conclusion of 2008-09 was comprised of representatives from the United States, Eastern Municipal Water District, Fallbrook Public Utility District, Metropolitan Water District of Southern California, Pechanga Tribe, Western Municipal Water District, and Rancho California Water District.   The purposes of the Steering Committee are to assist the Court, to facilitate litigation, and to assist the Watermaster.

### 2.2    Authority

Section II of the appointing Order requires that the Watermaster submit a written report containing findings and conclusions to the Court promptly after the end of each water year.

### 2.3    Scope

The subjects addressed in this report are responsive to Section II of the appointing Order.  Information and data contained in this report are based on information reported to the Watermaster by others.   Therefore, the Watermaster does not guarantee the completeness and accuracy of the information presented in this report, although most of the data presented are based on measurements.  Estimates by the Watermaster are so noted.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 3 - SURFACE WATER AVAILABILITY AND USE

3.1    Surface Flow

Over the years, flows in the Santa Margarita River Watershed have been measured at the stations listed on Table 3.1.  A number of these stations have been discontinued. During Water Year 2008-09 the USGS operated 13 stations under an agreement with the Watermaster.  These include three stations where Riverside County Flood Control and Water Conservation District shares the local costs with the Watermaster.  In addition to stream flows, the USGS also measures water elevation and precipitation at Vail Lake.

The USGS also operates several stations in the watershed under contract with Camp Pendleton.  These include stream gaging stations on Fallbrook Creek and on the outlet channel and spillway for Lake O'Neill.  The USGS also operates a tidal water level recorder on the Santa Margarita River at its mouth.

Monthly flows for stations in Water Year 2008-09 are shown on Table 3.2.  Those flows consist of USGS discharge determinations available at the time this report is published.  Official USGS discharges for 2008-09 are published by the USGS at the following website:  _http://waterdata.usgs.gov/ca/nwis/sw_

In considering the historical record of flow at these stations, it should be recognized that the long term averages include variations in watershed conditions such as level of development, groundwater production, return flows, impoundments and vegetative use as well as hydrologic conditions, changes in gaging station locations and other factors. Descriptions of the various historical locations of gaging stations may be found in the publication, _Water Resources Data - California_, which was published annually by the USGS in hard copy form through Water Year 2003-04.  For subsequent years the gaging station descriptions can be found at the website provided above.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.1

*SANTA MARGARITA RIVER WATERSHED*
**STREAM GAGING STATIONS**
2008-09

| STATION NAME | STATION NO. | AREA SQ MI | RECORDS FROM | PERIOD OF RECORD |||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 |
| Temecula Creek Near Aguanga | 11042400 | 131 | USGS | | | | 8/57 •• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• |
| Wilson Creek Above Vail Lake | 11042490 | 122 | USGS | | | | | | | 10/89 ••••• | 10/94 ••••• | |
| Temecula Creek At Vail Dam | 11042520 | 320 | USGS | 2/23 ••••••• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | 10/77 •••••• | | | |
| Vail Lake at Temecula (Reservoir Storage) | 11042510 | 320 | USGS | | | 10/48 • •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• |
| Pechanga Creek Near Temecula | 11042631 | 13.8 | USGS | | | | | | | 10/87 •• •••••••• | •••••••• | •••••••• |
| Warm Springs Creek Near Murrieta | 11042800 | 55.4 | USGS | | | | | | | 10/87 •• •••••••• | •••••••• | •••••••• |
| Santa Gertrudis Creek Near Temecula | 11042900 | 90.1 | USGS | | | | | | | 10/87 •• • •••••••• | •••••••• | •••••••• |
| Murrieta Creek Near Murrieta | 11042700 | 30 | USGS | | | | | | | | 10/97 •• | •••••••• |
| Murrieta Creek At Temecula | 11043000 | 222 | USGS | 10/25 •••• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• |
| Santa Margarita River Near Temecula | 11044000 | 588 | USGS | 2/23 ••••••• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• |
| Rainbow Creek Near Fallbrook | 11044250 | 10.3 | USGS | | | | | | | | 9/89 •••••••••• | •••••••• |
| Sandia Creek Near Fallbrook | 11044350 | 21.1 | USGS | | | | | | | | 9/89 •••••••••• | •••••••• |
| Santa Margarita River At FPUD Sump 1/ | 11044300 | 620 | USGS | 10/24 ••••• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | 9/80 • | 9/89 • | |
| Santa Margarita River Tributary Near Fallbrook | 11044600 | 0.52 | USGS | | | | | 10/61 9/65 •••• | | | | |
| DeLuz Creek Near DeLuz | 11044800 | 33 | USGS | | | | | | | | 10/92 ••••••• | •••••••• |
| DeLuz Creek Near Fallbrook 2/ | 11044900 | 47.5 | USGS/ USMC | | | | 2/51 •••••••• | •••••••• | 77 •••••••• | | 9/89-9/90 | 4/02-2/03 • |
| Santa Margarita River Near DeLuz Station | 11045000 | 705 | USGS | 10/24 - 9/26 •• | | | | | | | | |
| Fallbrook Creek 3/ Near Fallbrook | 11045300 | 6.97 | USGS/ USMC | | | | | 10/64 ••••• | 9/76 ••••••• | 12/88 • | •••••••• | •••••••• |
| Santa Margarita River At Ysidora 4/ | 11046000 | 723 | USGS | 3/23 ••••••• •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• | •••••••• |
| WATER YEAR ENDING | | | | 1920 | 1930 | 1940 | 1950 | 1960 | 1970 | 1980 | 1990 | 2000 |

1/ Period of record includes measurements for Santa Margarita near Fallbrook (#11044500) for period October 1924 to September 1980
2/ Recorded by USMC, Camp Pendleton October 1966 to 1977          3/ Recorded by USMC, Camp Pendleton prior to October 1993
4/ Station temporarily operated as SMR at USMC Diversion Dam near Ysidora #11045050 from February 26, 1999 to September 27, 2001

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.2

## *SANTA MARGARITA RIVER WATERSHED*
## MEASURED SURFACE WATER FLOW
2008-09
Quantities in Acre Feet

| GAGING STATION | DRAINAGE AREA SQ MI | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | WATER YEAR TOTAL | ANNUAL AVERAGE THRU 2008 | YEARS OF RECORD THRU 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temecula Creek Near Aguanga | 131 | 22 | 36 | 448 | 145 | 1,080 | 299 | 153 | 60 | 35 | 7 | 7 | 10 | 2,302 | 5,650 | 51 |
| Pechanga Creek Near Temecula [1] | 13.1 | 0 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 488 | 21 |
| Warm Springs Creek Near Murrieta | 55.4 | 0 | 137 | 1,170 | 20 | 605 | 14 | 13 | 0 | 0 | 0 | 0 | 0 | 1,959 | 3,120 | 21 |
| Santa Gertrudis Creek Near Temecula | 90.2 | 0 | 88 | 577 | 0 | 366 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,031 | 2,960 | 21 |
| Murrieta Creek Near Murrieta [2] | 30 | 0 | 105 | 936 | 1 | 757 | 46 | 3 | 0 | 0 | 0 | 0 | 0 | 1,848 | ----- [3] 4,430 | ----- 8 (1998-2005) |
| Murrieta Creek At Temecula | 222 | 475 | 794 | 4,550 | 50 | 3,230 | 20 | 7 | 5 | 2 | 1 | 0 | 0 | 9,134 | 10,086 | 84 |
| Santa Margarita River Near Temecula | 588 | 480 | 916 | 5,780 | 634 | 3,800 | 664 | 645 | 224 | 680 | 708 | 241 | 176 | 14,948 | 15,084 20,390 | 60 (1949-2008) 26 (1923-48) |
| Rainbow Creek Near Fallbrook | 10.3 | 10 | 32 | 622 | 61 | 276 | 49 | 25 | 16 | 12 | 7 | 6 | 4 | 1,119 | 2,720 | 19 |
| Sandia Creek Near Fallbrook | 21.1 | 75 | 165 | 704 | 442 | 693 | 446 | 276 | 239 | 171 | 76 | 48 | 42 | 3,377 | 7,130 | 19 |
| Santa Margarita River At FPUD Sump | 620 | 488 | 1,050 | 6,330 | 990 | 5,470 | 966 | 744 | 463 | 857 | 708 | 271 | 136 | 18,473 | 30,670 | 19 |
| DeLuz Creek Near DeLuz | 33 | 0 | 0 | 358 | 113 | 522 | 182 | 60 | 1 | 0 | 0 | 0 | 0 | 1,236 | 9,270 | 16 (1993-2008) |
| Santa Margarita River At Ysidora | 723 | 643 | 467 | 8,110 | 889 | 6,670 | 1,600 | 724 | 345 | 322 | 270 | 42 | 0 | 20,082 | 31,637 [4] 31,390 | 60 (1949-2008) 26 (1923-48) |
| Fallbrook Creek Near Fallbrook | 6.97 | 0 | 5 | 212 | 36 | 118 | 30 | 12 | 3 | 1 | 0 | 0 | 0 | 418 | 1,283 1,462 [5] | 20 (1989-2008) 12 (1965-76) |

1/  In summer 2006 gaging location was moved upstream 0.4 miles from prior location to current location 100 feet upstream of Metropolitan Water District pipe crossing, 0.4 miles upstream of the Rainbow Canyon Road/Old Highway 395 Bridge.
2/  Previously published as Murrieta Creek at Tenaja Road
3/  Continuous record stopped on February 22, 2005 in lieu of bridge installation. Only discharge measurements were taken from February 2005 until September 2007.
4/  Includes record of two years at Santa Margarita River at USMC Diversion Dam near Ysidora station
5/  Includes wastewater flows

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Total flows at four long-term stations for Water Years 2007-08 and 2008-09 are compared with their averages in the tabulation below. Average flows for the Santa Margarita River stations near Temecula and near Ysidora are shown for two periods: before and after Vail Dam was constructed (1923 to 1948, and 1949 to 2006).

|  | TOTAL FLOW | | AVERAGE FLOW |
|  | 2007-08 | 2008-09 | Through 2008 |
|  | Acre Feet | Acre Feet | Acre Feet |
| Temecula Creek<br>Near Aguanga | 4,220 | 2,302 | 5,650 (1957-2008) |
| Murrieta Creek<br>At Temecula | 16,713 | 9,134 | 10,086 (1925-2008) |
| Santa Margarita River<br>Near Temecula | 23,071 | 14,948 | 15,084 (1949-2008)<br>20,390 (1923-1948) |
| Santa Margarita River<br>At Ysidora (various locations) | 30,966 | 20,082 | 31,637 (1949-2008)<br>31,390 (1923-1948) |

The foregoing tabulation indicates the flows for Water Year 2008-09 were varied compared to average flows for the indicated periods through 2008. Flows for long-term stations on Murrieta Creek at Temecula, the Santa Margarita River near Temecula and the Santa Margarita River at Ysidora were 91%, 99% and 63% of their long-term averages, respectively. Flows at Temecula Creek near Aguanga were 41% of the long-term average.

The Santa Margarita River near Temecula station is of particular interest relative to discharge requirements specified in the Cooperative Water Resources Management Agreement (CWRMA) between Camp Pendleton and Rancho California WD, as described in Section 11. The long-term time series for annual streamflow for Santa Margarita River near Temecula is provided on Figure 3.1 showing the 2008-09 flows were in the third quartile and less than the flows for the prior year.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 3.1



It is also interesting to review long-term precipitation records relative to long-term streamflow. Figure 3.2 shows the long-term time series for annual precipitation for the Wildomar gage maintained by the Riverside County Flood Control and Water Conservation District. The Wildomar gage is specified in the CWRMA for determining water year types in establishing Rancho California WD discharge requirements to meet flows for the Santa Margarita River near Temecula. The long-term average precipitation for the Wildomar Gage for the period 1914 through 2009 is 13.94 inches. The reported precipitation for Water Year 2008-09 is 11.81 inches, which is in the third quartile for the period of record.

Monthly flows shown in Table 3.2 consist primarily of naturally occurring surface runoff, including return flows, except for Rancho California WD discharges into the Santa Margarita River and Murrieta Creek. Most of the Rancho California WD discharges are pursuant to the CWRMA. During Water Year 2008-09 the total CWRMA discharges into the Santa Margarita River and Murrieta Creek equaled 5,265 acre feet.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

The discharges into Santa Margarita River totaled 3,992 acre feet from outlet WR-34, located just upstream from the Santa Margarita River near Temecula gaging station.  In 2009 Rancho California WD extended a pipeline from its distribution system to discharge at the same location as the outlet WR-34.  Discharges from the potable connection to the Santa Margarita River totaled 221 acre feet.  Additional discharges into Murrieta Creek occurred during the periods when the pipeline serving WR-34 was shut down or when Rancho California WD elected to discharge from the System River Meter due to quagga mussel concerns as described in Section 9.  The discharges to Murrieta Creek totaled 1,052 acre feet from the System River Meter.

Figure 3.2



During 2008-09, Rancho California WD also released 26 acre feet from wells into Murrieta Creek, and 11 acre feet from wells into Santa Gertrudis Creek.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## 3.2    Surface Water Diversions

Surface diversions to surface water storage and groundwater storage are shown in Table 3.3 for Vail Lake and Table 3.4 for Lake O'Neill.   In general, diversions to surface storage at Vail Lake and Lake O'Neill are computed as being equal to inflow less spill, however, diversion to surface storage at Vail Lake excludes inflow during the period from May 1 through October 31 when Permit 7032 does not allow such diversions.  Inflow to Vail Lake is calculated as the sum of evaporation, spill, releases and change of storage. Inflow into Vail Lake during the period when diversions are not permitted is released and not credited to groundwater storage.

Direct surface diversions for 2008-09 are shown in Table 3.5.  The use is primarily irrigation.  Estimated consumptive uses, losses and returns are also shown.

## 3.3    Water Storage

Major water storage facilities in the Santa Margarita River Watershed are listed on Table 3.6, together with the water in storage on September 30, 2008 and September 30, 2009.  Total Santa Margarita River stream system water in storage at the end of Water Year 2008-09 totaled 22,709 acre feet, compared to 25,039 acre feet at the end of the previous year.  Imported water in storage in Lake Skinner and Diamond Valley Lake, both operated by Metropolitan Water District of Southern California (MWD), is also shown on Table 3.6.

13

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.3

*SANTA MARGARITA RIVER WATERSHED*
**SURFACE WATER DIVERSIONS TO STORAGE FOR VAIL LAKE**
**2008-09**
Quantities in Acre Feet

|  | Surface Water Storage | | |
|---|---|---|---|
|  | **2006-07** | **2007-08** | **2008-09** |
| Storage end of prior year | 30,300 | 26,450 | 24,160 |
| Inflow - Total | 1,145 | 6,664 | 3,227 |
| Inflow to be Bypassed [1] | 209 | 216 | 225 |
| Spill | 0 | 0 | 0 |
| Diversions to Surface Storage [2] | 936 | 6,448 | 3,002 |
| Annual Evaporation | 4,082 | 3,893 | 4,006 |
| Releases - Total | 913 | 5,061 | 1,461 |
| Release to GW Storage [3] | 704 | 4,845 | 1,236 |
| Change of Storage | (3,850) | (2,290) | (2,240) |
| Storage End of Year | 26,450 | 24,160 | 21,920 |
|  | Groundwater Storage | | |
| Recharge Release from Vail Lake | 704 | 4,845 | 1,236 [4] |

Data reported by Rancho California WD except end of year storage
   reported by U. S. Geological Survey
1/  Inflow to be bypassed Oct 1 to Oct 31 and May 1 to Sept 30 in accordance
    with Permit 7032
2/  Inflow less Spill less Inflow to be Bypassed
3/  Total Release less Inflow to be Bypassed
4/  Includes 929 AF rediverted into Upper VDC recharge basins

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.4

*SANTA MARGARITA RIVER WATERSHED*
**SURFACE WATER DIVERSIONS TO STORAGE FOR LAKE O'NEILL**
**2008-09**
Quantities in Acre Feet

| | Surface Water Storage | | |
|---|---|---|---|
| | **2006-07** | **2007-08** | **2008-09** |
| Storage end of prior year | 496 | 615 | 879 |
| Inflow - Total | 1,547 [1] | 3,253 [2] | 1,730 [3] |
| Spill | 0 | 0 | 78 |
| Diversions to Surface Storage | 1,547 [4] | 3,253 [4] | 1,652 [4] |
| Annual Evaporation | 353 | 394 | 501 |
| Releases - Total | 334 | 1,510 | 836 |
| Release to GW Storage | 334 | 1,510 | 836 |
| Apparent Seepage to GW | 741 [5] | 1,084 [5] | 405 [5] |
| Change of Storage | (119) | 264 | (90) |
| Storage End of Year | 615 | 879 | 789 |
| | Groundwater Storage | | |
| Recharge Release from Lake O'Neill | 1,075 [6] | 2,594 [6] | 1,241 [6] |
| Deliveries to Recharge Ponds | 3,886 | 7,788 | 6,335 |
| Indirect Recharge from Ditch System | 1,099 | 1,330 | 1,119 |
| **TOTAL** | 6,060 | 11,712 | 8,695 |

1/  1,230 AF diverted from the Santa Margarita River, 211 estimated inflow from
    Fallbrook Creek, 44 AF from local runoff, and 62 AF from rainfall on lake surface
2/  2,047 diverted from the Santa Margarita River, 734 AF estimated inflow
    from Fallbrook Creek, 322 AF from local runoff, and 150 AF from rainfall on lake surface
3/  1,065 AF diverted from the Santa Margarita River, 418 AF estimated inflow from
    Fallbrook Creek, 145 AF from local runoff, and 102 AF from rainfall on lake surface
4/  Inflow less Spill
5/  Includes seepage losses, leakage through flashboards and unaccounted for water
6/  Includes Release to GW Storage and Apparent Seepage to GW from Lake O'Neill

15

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.5

*SANTA MARGARITA RIVER WATERSHED*
**SURFACE WATER DIVERSIONS TO USE**
**2008-09**
Quantities in Acre Feet

| DIVERTER | Surface Diversions | Consumptive | | Return |
| | | Use[1] | Loss[2] | |
| --- | --- | --- | --- | --- |
| Blue Bird Ranch | 31.5 | 21.2 | 3.2 | 7.1 |
| James Carter | 145 | 97.9 | 14.5 | 32.6 |
| Chambers | 7 | 4.7 | 0.7 | 1.6 |
| Cal June, Inc. | 9 | 6.1 | 0.9 | 2.0 |
| Papac | 38 | 25.7 | 3.7 | 8.6 |
| Sage Ranch Nursery | 100 | 67.5 | 10.0 | 22.5 |
| Rose Family 1985 Trust | 7 | 4.7 | 0.7 | 1.6 |
| Val Verde Partners (Strange) | 250 | 168.8 | 25.0 | 56.2 |
| Wilson Creek Dev. LLC | 350 | 236.2 | 35.0 | 78.8 |
| Cahuilla Indian Reservation | 5.6 | 3.7 | 0.7 | 1.2 |
| San Diego State University | 43.1 | 29.1 | 4.3 | 9.7 |
| **TOTAL** | 986.2 | 665.6 | 98.7 | 221.9 |

[1]  Consumptive use equals 75% of Diversions less Losses
[2]  Losses equal 10% of Diversions
[3]  Returns equal 25% of Diversions less Losses

16

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 3.6

*SANTA MARGARITA RIVER WATERSHED*
**WATER IN STORAGE**
2008-09
Quantities in Acre Feet

| Santa Margarita River Storage | Total Capacity 1/ | Water in Storage | |
|---|---|---|---|
| | | 9/30/2008 | 9/30/2009 |
| Dunn Ranch Dam | 90 | 0 | 0 |
| Upper Chihuahua Creek Reservoir | 47 | 0 | 0 |
| Vail Lake | 49,370 | 24,160 | 21,920 |
| Lake O'Neill | 1,380 | 879 | 789 |
| **SUBTOTAL** | **50,887** | **25,039** | **22,709** |
| | | | |
| **Imported Water Storage** | | | |
| Lake Skinner | 44,000 | 37,340 | 40,085 |
| Diamond Valley Lake | 810,000 | 490,891 | 351,271 |
| **SUBTOTAL** | **854,000** | **528,231** | **391,356** |
| | | | |
| **TOTAL STORAGE** | **904,887** | **553,270** | **414,065** |

1/ Capacity shown is current capacity reported by owner. Original capacity or decreed capacity may not be reflected in this table.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 4 - SUBSURFACE WATER AVAILABILITY

4.1    General

Much of the water from the Santa Margarita River stream system is obtained by pumping subsurface water. The Court has identified two basic types of subsurface water in its interlocutory judgments. One type is vagrant, local, percolating waters that do not add to, support or contribute to the Santa Margarita River or its tributaries. Such waters have been determined to be outside the continuing jurisdiction of the Court. These waters are typically found in the basement complex and/or residuum deposits in the Watershed. Wells tapping these deposits typically have low yields.

Other subsurface waters were found by the Court to add to, contribute to and support the Santa Margarita River and/or its tributaries. Aquifers containing such waters have been designated by the Court as younger alluvium and older alluvium. Younger alluvial deposits are commonly exposed along streams and in valleys. Older alluvium may be found underneath younger alluvium and is not limited to areas along stream channels. Older alluvium may or may not be exposed at ground surface. The use of subsurface water found in younger and older alluvium is generally under the continuing jurisdiction of the Court and is reported upon in this report.

4.2    Extractions

Total production of Santa Margarita River water by substantial water users in the Watershed from all sources is listed on Table 4.1 by hydrologic area along with estimated consumptive use and return flows. Recovery of imported water that has been directly recharged is not included in Table 4.1. Substantial water users include water purveyors as well as private irrigators who irrigate eight acres or more or use an equivalent quantity of water.

In 2008-09, production by purveyors totaled 36,697 acre feet, compared to 35,291 acre feet in 2007-08. Monthly quantities are shown in Appendix A and annual production for water years between 1966 and 2009 is shown in Appendix B.

The quantities of subsurface extractions by private irrigators are based on the irrigated acreage and the crop type. These quantities are reported in Appendix C to total 5,561 acre feet in 2008-09. Of the subsurface extractions, 75 percent is estimated to have been consumptively used and 25 percent to have been return flow. Return flow is that portion of the total deliveries that is not consumed. Although return flows average about 25 percent, such flows are affected with the type of use (domestic, commercial and irrigation), the type of irrigation application (drip, micro-sprinkler, furrow), and exports from watersheds.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 4.1

*SANTA MARGARITA RIVER WATERSHED*
**SANTA MARGARITA RIVER WATER PRODUCTION BY SUBSTANTIAL USERS**
2008-09

| HYDROLOGIC AREA | WATER PURVEYOR PRODUCTION ACRE FEET | OTHER IRRIGATED ACRES * | OTHER IRRIGATION PRODUCTION ACRE FEET * | TOTAL GROUNDWATER PRODUCTION ACRE FEET | SURFACE WATER DIVERSIONS ACRE FEET * | TOTAL PRODUCTION ACRE FEET | ESTIMATED CONSUMPTIVE USE ACRE FEET [1] | ESTIMATED RETURN FLOW ACRE FEET |
|---|---|---|---|---|---|---|---|---|
| **Wilson Creek** Above Aguanga GWA Includes Anza Valley *(Lake Riverside, Anza MWC, Cahuilla)* | 425 | 398 [2] | 833 | 1,258 | 6 | 1,264 | 948 | 316 |
| **Temecula Creek** Above Aguanga GWA *(Butterfield Oaks MHP)* | 23 | 297 | 833 | 856 | 38 | 894 | 668 | 226 |
| **Aguanga GWA** *(Outdoor Resorts) (Jojoba Hills)* | 560 | 570 | 1,911 | 2,471 | 600 | 3,071 | 2,258 | 813 |
| **Upper Murrieta Creek** (Warm Springs Creek above 7S/3W-14) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Lower Murrieta Creek** (Santa Gertrudis/Tucalota Creek above 7S/2W-18 -- Includes FPUD Diversion from Lake Skinner) | 0 | 410 | 43 | 43 | 100 | 143 | 100 | 43 |
| **Murrieta-Temecula GWA** *(RCWD **, WMWD (Murrieta Division), EMWD, Pechanga and Hawthorn)* | 29,291 | 857 | 1,327 | 30,618 | 145 | 30,763 | 23,061 | 7,702 |
| **Santa Margarita River Below the Gorge** | | | | | | | | |
| Deluz Creek | 0 | 294 | 610 | 610 | 45 | 655 | 488 | 167 |
| Sandia Creek | 0 | 55 | 0 | 0 | 9 | 9 | 6 | 3 |
| Rainbow Creek | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Santa Margarita River *(USMC)* | 6,398 | 19 | 4 | 6,402 | 43 | 6,445 | 2,471 | 828 |
| **TOTAL** | 36,697 | 2,900 | 5,561 | 42,258 | 986 [3] | 43,244 | 30,000 | 10,098 |

1/ Estimated consumptive use is equal to 75% of Total Groundwater Production plus 75% of Surface Water Diversions less 10% (CU = .75 {GW + .90 * SW}),
    except for Camp Pendleton where export of 3,146 acre feet is excluded and return flows include any measured wastewater returns to the watershed.
2/ Includes lands overlying deep aquifer in Anza Valley.
3/ Includes surface water diversion for irrigation, commercial and domestic use.
* - Data taken from Appendix C.
** - RCWD pumped an additional 367 AF that was exported to the San Mateo Watershed

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

4.3    Water Levels

Water levels in selected wells in the Watershed are measured periodically by various entities.  Historical water levels in five wells at various locations in the Watershed are shown in this report on Figures 4.1, 4.2, 4.3, 4.4 and 4.5.

Figure 4.1 shows water levels in Well No. 8S/2W-12H1 (Windmill Well) located in the Rancho California WD service area downstream from Vail Lake.  Note the extended drawdown from 1945 to 1978, the major recoveries during the wet years in 1980 and 1993, and the effect of relatively dry years after 1980 and after 1993.  Water levels declined 5.5 feet between September 30, 2008 and September 30, 2009. It should be noted that the Windmill Well is located in Pauba Valley about 1.5 miles downslope from the Valle de los Caballos (VDC) recharge area, where releases from Vail Lake as well as imported water are recharged.  In Water Year 2008-09, 14,828 acre feet of imported water were recharged in the VDC of which 84 percent was recovered in the same year.

FIGURE 4.1



Collar El. 1216.7 Feet; Depth 515 Feet; Drilled in Alluvium
Ref: RCWD reports (1920-2009)

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.2 shows water levels at Camp Pendleton in Well No. 10S/4W-7J1 (previously referred to as 10S/4W-7J4) a monitoring well located in the Upper Sub-basin. Fluctuations in recent years illustrate recharge during the winter months and drawdown each summer, with the water levels generally between 82 and 90 feet in elevation. Water levels in Well 7J1 declined 0.8 feet in the period between September 2008 and September 2009.

FIGURE 4.2



Ground El. 92 Feet; Depth 141 Feet; Perf. Unknown; Drilled in Alluvium
Camp Pendleton Records (1950-72) (1988-2009); Leeds Hill Study (1973-85) Dates Estimated
* Well previously referred to as 10S/4W-7J4

22

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.3 shows water levels from Holiday Well No. 7S/3W-20C9 in the Murrieta Division service area of Western Municipal Water District.  The Holiday Well was used as a production well until February 2006 but now is used only as a monitoring well.  Water levels in this well declined by 6 feet between September 30, 2008 and August 31, 2009. Water levels in the Lynch Well, 7S/3W-17R2, which serves as a monitoring well and had no production in 2008-09, rose by 3 feet.

FIGURE 4.3



Ground El. 1090 Feet; Depth 307 Feet; Perf. 60 - 307 Feet
Western Municipal Water District

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.4 shows water levels for Well No. 7S/3E-21G1, Anza Mutual Water Company Well No. 1, a production well located in the Anza Valley.  Water levels in this well rose 20 feet by the end of 2008-09.  As may be noted from Figure 4.4, recent measurements show annual 50 foot fluctuations in groundwater levels at this well, partly in response to the operation of nearby irrigation wells.  Current levels are within the historical range.

FIGURE 4.4



[1] Static water levels plotted after April 1999
Ground El. 3862.6 Feet; Depth 260 Feet; Perf. 20 - 260 Feet; Drilled in Alluvium
Anza Mutual Water Co. Well No. 1 (1987-2009); DWR Bulletin 91-22 (1950-73)

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Figure 4.5 shows water levels at Well No. 8S/2W-29G1, located in Wolf Valley on the Kelsey Tract of the Pechanga Indian Reservation. The well is not used for water production and its depth as measured in 1972 was 159 feet. Water levels collected since 1925 reflect unconfined groundwater levels. As shown on Figure 4.5 the groundwater levels have fluctuated within a 44 foot range above and below elevation 1050 feet in response to wet years and dry periods until recently. In the past few dry years, levels have declined below their usual range. In November 2004, this well went dry due to the preceding relatively dry hydrological conditions and pumping of the nearby New Kelsey Well on the Pechanga Reservation. In order to continue to monitor water levels on the Pechanga Indian Reservation, water levels for Well No. 8S/2W-29B9 are also shown on Figure 4.5. Well No. 8S/2W-29B9 is completed in the younger alluvium. As shown on Figure 4.5 water levels for Well No. 8S/2W-29B9 coincide with water levels for the common period of record for Well No. 8S/2W-29G1. Water levels in Well 8S/2W-29B9 declined by 1.3 feet in 2008-09.

FIGURE 4.5



8S/2W-29G1:  Ground El. 1091.1 Feet; Depth 159.1 Feet
8S/2W-29B9:  Ground El. 1075.93 Feet; Depth 113.0 Feet
U.S. Geological Survey Records

Changes in water levels in the above noted wells between the end of the previous
Water Year and the end of the 2009 Water Year are shown below:

| Well | Water Elevation 2008 Feet | Water Elevation 2009 Feet | Change in Water Level Feet |
|---|---|---|---|
| RCWD 8S/2W-12H1 | 1131.0 | 1125.5 | Down 5.5 |
| USMC 10S/4W-7J1* | 85.1 | 84.3 | Down 0.8 |
| WMWD 7S/3W-20C9 | 1028.0 | 1022.0** | Down 6.0 |
| Anza MWC 7S/3E-21G1 | 3800.6 | 3820.6 | Up 20.0 |
| Pechanga IR 8S/2W-29B9 | 974.3*** | 973.0**** | Down 1.3 |
| Pechanga IR 8S/2W-29G1 | N/A | N/A | Well Dry |

\*    Well previously referred to as 10S/4W-7J4
\*\*   Reading taken 8/31/09
\*\*\*  Reading taken 9/4/08
\*\*\*\* Reading taken 8/27/09

## 4.4.  Groundwater Storage

Bulletin 118 Update 2003 prepared by the State of California Department of Water
Resources describes three groundwater basins in the Santa Margarita River Watershed:
Santa Margarita Valley, Temecula Valley, and Coahuila (Cahuilla) Valley. These basins
are also known as the Santa Margarita Groundwater Basin, the Murrieta-Temecula
Groundwater Basin, and the Anza Groundwater Basin. Groundwater storage in each of
these basins is described in this section.

Santa Margarita Groundwater Basin – The Santa Margarita Groundwater Basin is
located along the Santa Margarita River at Camp Pendleton and includes three sub-
basins: Upper, Chappo, and Ysidora. Useable groundwater storage is summarized in
Table 4.2. Table 4.2 shows that the total combined storage for all the sub-basins
between the depths of 5 and 100 feet is 48,100 acre feet. However, much of that storage
is below sea level. Thus, the useable capacity is considered to be 28,700 acre feet as
shown in Table 4.2. In 2008-09 useable groundwater storage in place was computed for
all three sub-basins to be 26,601 acre feet. The useable storage in place for the three
sub-basins amounted to 26,423 acre feet in 2007-08. Thus there was an increase in
groundwater storage in place of 178 acre feet for the water year. It may be noted that
classification of storage as useable is made without allowances for maintenance of
riparian habitat.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Table 4.2

*SANTA MARGARITA RIVER WATERSHED*

**GROUNDWATER STORAGE AT CAMP PENDLETON**
2008-09
Quantities in Acre Feet

| | | Sub-basin | | |
|---|---|---|---|---|
| | Upper | Chappo | Ysidora | Total |
| I. Available Storage | | | | |
| A. Total Storage [1] | 12,500 | 27,000 | 8,600 | 48,100 |
| B. Useable Storage | 12,500 | 15,000 [2] | 1,200 [3] | 28,700 |
| | | | | |
| II. Unused Storage | | | | |
| A. Wells used for Depth | 10S/4W-7J1* | 10S/4W-18L1 | 11S/5W-11D4 | |
| B. Land Surface Elevation - Feet | 92.0 | 73.6 | 18.8 | |
| C. Depth to Water - Feet [4] | 7.7 | 8.3 | 10.4 | |
| D. Depth below 5 Feet | 2.7 | 3.3 | 5.4 | ---- |
| E. Average Area - Acres [5] | 840 | 2,550 | 1,060 | ---- |
| F. Specific Yield [6] | 0.216 | 0.130 | 0.090 | ---- |
| G. Unused Storage below 5 Feet | 490 | 1,094 | 515 | ---- |
| | | | | |
| III. Useable Storage in Place [7] | 12,010 | 13,906 | 685 | 26,601 |
| | | | | |
| IV. Useable Storage in Place 2007-08 | 12,170 | 13,816 | 437 R | 26,423 R |
| | | | | |
| V. Change in Storage 2008-09 | (160) | 90 | 248 | 178 |

1 Computed by USGS (Worts, F. C., Jr. and Boss, R. F., *Geology and Ground-Water Resources of Camp Pendleton, CA, July 1954)* as the storage between depths of 5 and 100 feet
2 Storage between 5 foot depth and sea level
3 Storage between 5 foot depth and 10 feet above sea level
4 Reported by Camp Pendleton as end of September values unless noted otherwise
5 Average area estimated over depth interval for unused storage
6 From Worts and Boss for depth interval of 5 to 50 feet
7 Useable storage includes stored water reserved for riparian habitat; however specific amount stored for such purposes not delineated.
 * Previously referred to as Well 10S/4W-7J4
 R -- Revised

Murrieta-Temecula Groundwater Basin – The Murrieta-Temecula Groundwater Basin is located along Murrieta and Temecula Creeks in the Upper Santa Margarita River Watershed. Total groundwater storage at the end of water year 2001 was computed for each of 22 hydrologic subareas that make up the Groundwater Basin. These computations were based on the areal extent of each subarea, the thickness of each of three aquifers, (younger alluvium, Pauba aquifer and Temecula aquifer), a specific yield for each aquifer, and the depth to water in each aquifer at the end of the water year. Specific yields were based on unconfined conditions for all aquifers. The total groundwater storage in the uppermost 500 feet as of September 30, 2001, was estimated at 1,340,556 acre feet.

Annual changes in groundwater storage have been computed for the years since 2001 using two methodologies – a water budget method and a groundwater level method. The water budget method determines the change in storage as the difference between the major elements of inflow and outflow to the groundwater area. Table 4.3 shows the changes for Water Years 2005 through 2009. The change in groundwater storage for Water Year 2009 calculated using the water budget method is a decrease of 6,670 acre feet.

The groundwater level method is based on the changes in water levels in key wells in the hydrologic sub-areas as shown on Table 4.4. Unfortunately water levels were not available in 2009 for key wells in Subareas 5, 13, 16 and 17. Well 402, the key well in sub-area 5, has not been measured in many years, thus sub-area 5 has been excluded from the computation in recent years. Apparently, roots have prevented measurement of water levels in Well 414, the key well in sub-area 13 since 2003. Sub-areas 16 and 17 overlie the Temecula aquifer that has a storativity of 0.0036 so water level changes in those subareas produce relatively minor storage changes compared to a similar change in the younger alluvium or Pauba aquifers. Changes in storage under the groundwater level method for Water Years 2005 through 2009 are shown in Table 4.4. The change in groundwater storage for Water Year 2009 is calculated as a loss of 1,104 acre feet.

The foregoing two methods are based on independent measurements and estimates. The estimates from the two methods are generally comparable for 2009 as well as 2002 through 2004 as reported in prior Watermaster reports. The estimates from the two methods for 2005 through 2008 indicate differences in the results. It will take testing over a number of years under varying hydrologic conditions to refine these approaches. These values will be compared with those computed with the groundwater model when the model is updated.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 4.3

SANTA MARGARITA RIVER WATERSHED
**CHANGES IN GROUNDWATER STORAGE**
MURRIETA-TEMECULA GROUNDWATER AREA
Water Budget Method
Quantities in Acre Feet

| Elements of Inflow | Water Year Ending | | | | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 |
| Releases from Vail [1] | (1,269) | 1,399 | 704 | 4,845 | 1,236 |
| Releases from Lake Skinner [2] | 2,710 | 292 | 54 | 132 | 142 |
| Freshwater Releases to Stream [3] | 3,384 | 4,923 | 3,859 | 4,092 | 5,302 |
| Reclaimed Water Released to Stream [4] | 0 | 0 | 0 | 0 | 0 |
| Recharged Imported Water [5] | 16,504 | 18,820 | 14,175 | 12,419 | 14,828 |
| Return Flow from RCWD Groundwater Production [6] | 8,958 | 9,250 | 9,137 | 8,660 | 9,325 |
| Return Flow from Import Direct Use [7] | 3,422 | 4,397 | 5,428 | 4,725 | 3,903 |
| Return Flow from Applied Wastewater [8] | 1,598 | 1,818 | 1,904 | 1,335 | 1,565 |
| Underflow and Tributary Inflow [9] | 123,020 | 9,212 | 785 | 27,906 | 15,251 |
| Subtotal | 158,327 | 50,111 | 36,046 | 64,114 | 51,552 |
| **Elements of Outflow** | | | | | |
| Riparian Evapotranspiration and Underflow [10] | 508 | 508 | 508 | 508 | 508 |
| Total RCWD Groundwater Production [11] | 38,948 | 40,216 | 39,727 | 37,653 | 40,541 |
| Net Pumping by Others [12] | 3,119 | 3,265 | 3,066 | 1,841 | 2,225 |
| Surface Outflow [13] | 86,330 | 11,271 | 3,894 | 23,071 | 14,948 |
| Subtotal | 128,905 | 55,260 | 47,195 | 63,073 | 58,222 |
| **Change in Groundwater Storage** | 29,422 | (5,149) | (11,149) | 1,041 | (6,670) |

1 - Table A-7, Vail Release and Recharge
2 - Section 5.4
3 - Table A-7, SMR Release
4 - Table A-7, Reclaimed Wastewater, Murrieta Creek Discharge (ceased October 18, 2002)
5 - Table A-7, Footnote 3
6 - Table 7.8, Total Production times 0.23
7 - Rancho Division Direct Use Imports, Table A-7 Footnote 3, times 0.23
8 - The sum of: (Reclaimed Wastewater Table A-7, Reuse in SMRW) plus (Table A-1, Reuse in SMRW), plus
    (Table A-5 Pechanga's Reclaimed Wastewater from EMWD), times 0.23
9 - Murrieta Creek Flow times 1.6697 which is based on a correlation between Murrieta Creek flow
    and Tributary Inflow, Areal Recharge and Subsurface Inflow for the period 1977-1998 as shown in
    Table II-10, Vol. II, Geology and Hydrology, Surface and Ground Water Model of the
    Murrieta-Temecula Ground Water Basin, California, dated January 31, 2003.
10 - Table II-10, Vol. II, Geology and Hydrology, Surface and Ground Water Model of the
    Murrieta-Temecula Ground Water Basin, California, dated January 31, 2003.
11 - Table 7.8 Total Production
12 - The sum of Groundwater Production from: [Table A-1 (EMWD), A-5 (Pechanga IR), A-10 (WMWD Murieta Division,
    previously A-5), Appendix C Murrieta-Temecula Groundwater Area], times .77
13 - Table 3.2 Santa Margarita near Temecula

TABLE 4.4

*SANTA MARGARITA RIVER WATERSHED*
CHANGES IN USEABLE GROUNDWATER STORAGE
MURRIETA-TEMECULA GROUNDWATER AREA
Groundwater Level Method

| Sub-area | Key Aquifer | Specific Yield/ Storativity | Key Well | Aquifer Area Acres | Water Depth at End of Water Year Feet | | | | | Change in Depth Feet | | | | | Change in Storage in Water Year Acre Feet | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2005 | 2006 | 2007 | 2008 | 2009 | 2004-2005 | 2005-2006 | 2006-2007 | 2007-2008 | 2008-2009 | 2005 | 2006 | 2007 | 2008 | 2009 |
| 1 | Temecula | 0.0036 | 301 [4] | 1371 | 122.82 | 116.54 | 129.00 | 166.96 | 198.02 | 5.26 | 6.28 | (12.46) | (37.96) | (31.06) | 26 | 31 | (61) | (187) | (153) |
| 2 | Pauba | 0.0398 | 439 | 479 | 25.74 | 31.17 | 37.10 | 39.81 | 34.73 | 12.24 | (5.43) | (5.93) | (2.71) | 5.08 | 233 | (104) | (113) | (52) | 97 |
| 3 | Pauba | 0.0309 | 146 | 802 | 24.23 | 28.96 | 33.36 | 43.80 | 34.38 | 7.69 | (4.73) | (4.40) | (10.44) | 9.42 | 191 | (117) | (109) | (259) | 233 |
| 4 | Pauba | 0.0350 | 401 | 694 | 69.93 | 169.80 | 82.71 | 175.88 | 111.37 | 10.10 | (99.87) | 87.09 | (93.17) | 64.51 | 245 | (2,426) | 2,115 | (2,263) | 1,567 |
| 5 | Pauba | 0.0319 | 402 [1] | 1322 | — | — | — | — | — | (2.50) | (0.78) | (11.36) | (6.44) | 1.73 | (273) | (85) | (1,239) | (702) | 189 |
| 6 | Pauba | 0.0698 | 485 | 1562 | 89.00 | 89.88 | 101.24 | 107.68 | 105.95 | 10.00 | (0.37) | 46.58 | (84.16) | 12.31 | 9 | (0) | 40 | (73) | 11 |
| 7 | Pauba | 0.0012 | 211 [2] | 719 | 134.38 | 134.75 | 88.17 | 172.33 | 160.02 | 2.71 | (1.84) | 10.68 | (10.89) | 1.26 | 184 | (125) | 724 | (738) | 85 |
| 8 | Qyal | 0.20 | 492 [3] | 339 | 27.56 | 29.40 | 18.72 | 29.61 | 28.35 | 2.71 | (1.84) | 10.68 | (10.89) | 1.26 | 120 | (81) | 472 | (481) | 56 |
| 9 | Pauba | 0.0891 | 492 [3] | 496 | 27.56 | 29.40 | 18.72 | 29.61 | 28.35 | (41.56) | (3.47) | (0.29) | 2.41 | (7.50) | (309) | (14) | (26) | 18 | (56) |
| 10 | Temecula | 0.0036 | 410 | 2066 | 324.13 | 326.04 | 329.51 | 327.10 | 334.60 | 2.49 | (4.95) | (0.29) | 1.01 | 2.07 | 716 | (1,424) | (83) | 290 | 595 |
| 11 | Qyal | 0.0746 | 426 | 1438 | 38.96 | 43.91 | 44.20 | 43.19 | 41.12 | 2.49 | (4.95) | (0.29) | 1.01 | 2.07 | 216 | (430) | (25) | 88 | 180 |
| | Pauba | 0.20 | 426 | 1165 | 60.32 | 60.54 | 61.49 | 61.33 | 62.32 | (1.31) | (0.22) | (0.95) | 0.16 | 0.99 | (368) | (62) | (267) | 45 | (278) |
| 12 | Qyal | 0.0634 | 422 | 1405 | 60.32 | 60.54 | 61.49 | 61.33 | 62.32 | (1.31) | (0.22) | (0.95) | 0.16 | 0.99 | (117) | (20) | (85) | 14 | (89) |
| | Pauba | 0.20 | 422 | 1413 | 90.22 | 85.21 | 82.85 | 85.74 | 91.19 | 4.30 | 5.01 | 2.36 | (2.89) | (5.45) | 1,521 | 1,773 | 835 | (1,022) | (1,928) |
| 13 | Qyal | 0.0422 | 417 [5] | 1769 | 90.22 | 85.21 | 82.85 | 85.74 | 91.19 | 4.30 | 5.01 | 2.36 | (2.89) | (5.45) | 136 | 159 | 75 | (92) | (173) |
| | Qyal | 0.20 | 417 [5] | 752 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| | Qyal | 0.20 | 414 [1] | 898 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 14 | Pauba | 0.0198 | 414 [1] | 398 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 15 | Temecula | 0.0036 | 464 | 2084 | 427.18 | 409.71 | 420.46 | 407.13 | 423.20 | 3.24 | 17.47 | (10.75) | 13.33 | (16.07) | 24 | 131 | (81) | 100 | (121) |
| 16 | Temecula | 0.0036 | 462 | 1347 | 319.97 | 321.97 | 324.01 | 325.67 | 325.30 | (2.22) | (2.00) | (2.04) | (1.66) | 0.37 | (11) | (10) | (10) | (8) | 2 |
| 17 | Temecula | 0.0036 | 209 [1] | 1967 | — | — | — | — | 503.60 | — | — | — | — | — | — | — | — | — | — |
| 18 | Temecula | 0.0036 | 139 [2] | 2008 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 19 | Pauba | 0.0967 | 466 | 1546 | 204.12 | 204.62 | 205.22 | 212.51 | 217.39 | (3.73) | (0.50) | (0.60) | (7.29) | (4.88) | (558) | (75) | (90) | (1,090) | (730) |
| 20 | Temecula | 0.0036 | 466 | 1562 | 323.07 | 298.35 | 287.03 | 292.00 | 297.70 | 0.46 | 24.72 | 11.32 | (4.97) | (5.70) | (3) | 139 | 64 | (28) | (32) |
| 21 | Pauba | 0.0738 | 493 | 3231 | 280.13 | 273.78 | 267.95 | 268.00 | 270.75 | (4.92) | 6.35 | 5.83 | 5.83 | (2.73) | (1,173) | 1,514 | 1,390 | (17) | (651) |
| * | Pauba | 0.1392 | 463 | 2303 | 54.92 | 55.04 | 55.81 | 55.44 | 55.46 | 2.91 | (0.12) | (0.77) | 0.37 | 0.02 | 933 | (38) | (247) | 119 | (6) |
| | Pauba | 0.0325 | Lynch | 1008 | 80.00 | 67.00 | 63.00 | 72.00 | 69.00 | (35.00) | 13.00 | 4.00 | (9.00) | 3.00 | (1,147) | 426 | 131 | (295) | 98 |
| TOTAL | | | | | | | | | | | | | | | 597 | (838) | 3,411 | (6,633) | (1,104) |

1 - Well not measured - sub-area excluded for change in storage calculation
2 - For 2007 used reading of April 29, 2007
3 - For 2005 used reading of August 28, 2005
4 - For 2006 used reading of July 30, 2006
5 - For 2007 used reading of March 4, 2007
* A portion of Murrieta Division of Western MWD

30

Anza Groundwater Basin – The Anza Groundwater Basin is located along Cahuilla Creek in the upper portion of the Santa Margarita River Watershed.

The most recent study that determined storage volumes was conducted by Riverside County in 1990. That study concluded that the groundwater storage of about 182,200 acre feet in 1950 had decreased to about 165,000 acre feet in 1986. The study also concluded that ". . . basin hydrogeologic features, production facilities conditions, and locations/depths of storage . . ." limited the useable portion to 40% of the groundwater storage or about 56,200 acre feet in 1986.

During Water Years 2005 through 2009 a series of water level measurements were made by the USGS in Anza Valley under contract with the Bureau of Indian Affairs. The data from these measurements are available at the USGS website: *http://nwis.waterdata.usgs.gov/ca/nwis/gwlevels* .

The wells included in the program can be located by selecting the latitude-longitude box selection criteria and specifying the following bounds:

North Latitude - 33° 37' 00"
South Latitude - 33° 30' 00"
West Longitude - 116° 48' 00"
East Longitude - 116° 38' 00"

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 5 - IMPORTS/EXPORTS

5.1    General

Court Orders require the Watermaster to determine the quantities of imported water used in the Watershed.  Most of the water imported into the Santa Margarita River Watershed is delivered by Metropolitan Water District of Southern California (MWD) to local districts.  MWD obtains its water from the State Water Project (SWP) and the Colorado River.  Both the SWP and the Colorado River system have major storage reservoirs to provide long-term carryover storage.  The quantities of water in storage at the end of the water year in the major reservoirs in each system are indicated on Table 5.1.  Total storage in the SWP for the last ten years is shown graphically on Figure 5.1. Similarly, total storage for the Colorado River Reservoirs for the last ten years is shown on Figure 5.2.  It may be seen from Table 5.1 that during Water Year 2008-09 water in storage in the SWP increased from 1.87 million acre feet on September 30, 2008 to 2.06 million acre feet on September 30, 2009.  Storage on September 30, 2009 corresponds to about 39 percent of the total SWP storage capacity.

Water in storage in the Colorado River system increased 0.1 million acre feet from 33.7 million acre feet in the prior year to 33.8 million acre feet on September 30, 2009. On September 30, 2009 those reservoirs contained 52 percent of their total combined capacity.

The California Department of Water Resources prepares projections of water availability in the SWP for the coming year (2010) on a monthly basis from February through May.  The report DWR Bulletin 120-4-10 dated May 1, 2010, indicated that statewide precipitation October 1 through April 30 was 110 percent of average compared to 80 percent last year.  As of June 22, 2010, the SWP allocation for 2010 will meet 50 percent of contractors' requests.

The following entities imported water directly or indirectly from MWD into the Santa Margarita River Watershed:

> Eastern Municipal Water District
> Elsinore Valley Municipal Water District
> Fallbrook Public Utility District
> Rainbow Municipal Water District
> Rancho California Water District
> U. S. Naval Weapons Station – Fallbrook Annex
> Western Municipal Water District

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 5.1

*SANTA MARGARITA RIVER WATERSHED*
**STORAGE IN STATE WATER PROJECT
AND COLORADO RIVER RESERVOIRS**
Thousands of Acre Feet /1

### STATE WATER PROJECT RESERVOIRS

| Reservoir | Total Capacity | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oroville | 3,540 | 1,920 | 1,488 | 1,400 | 2,284 | 1,753 | 2,877 | 2,833 | 1,568 | 1,097 | 1,337 |
| San Luis (State Share) | 1,060 | 388 | 516 | 394 | 653 | 514 | 925 | 911 | 445 | 200 | 224 |
| Pyramid | 171 | 164 | 162 | 165 | 165 | 161 | 160 | 163 | 166 | 163 | 166 |
| Castaic | 324 | 285 | 287 | 310 | 314 | 298 | 306 | 266 | 313 | 268 | 200 |
| Silverwood | 73 | 70 | 72 | 72 | 70 | 72 | 72 | 72 | 73 | 71 | 70 |
| Perris | 132 | 110 | 122 | 115 | 114 | 116 | 82 | 72 | 66 | 69 | 62 |
| Total | 5,300 | 2,937 | 2,647 | 2,456 | 3,600 | 2,914 | 4,422 | 4,317 | 2,631 | 1,868 | 2,059 |
| Percent of Capacity | | 55% | 50% | 46% | 68% | 55% | 83% | 81% | 50% | 35% | 39% |

### MAJOR COLORADO RIVER RESERVOIRS

| Reservoir | Total Capacity | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Flaming Gorge | 3,789 | 3,010 | 2,982 | 2,675 | 2,635 | 2,679 | 3,177 | 3,130 | 3,063 | 3,024 | 3,394 |
| Blue Mesa | 941 | 560 | 597 | 275 | 387 | 507 | 588 | 667 | 687 | 650 | 651 |
| Navajo | 1,709 | 1,357 | 1,409 | 872 | 729 | 935 | 1,516 | 1,420 | 1,510 | 1,319 | 1,314 |
| Powell | 27,000 | 20,939 | 19,135 | 14,468 | 12,109 | 9,170 | 11,939 | 11,917 | 11,929 | 14,509 | 15,463 |
| Mead | 28,537 | 22,444 | 19,873 | 17,093 | 15,618 | 13,937 | 15,219 | 13,887 | 12,505 | 12,013 | 10,933 |
| Mohave | 1,818 | 1,523 | 1,610 | 1,577 | 1,643 | 1,605 | 1,573 | 1,584 | 1,545 | 1,586 | 1,501 |
| Havasu | 648 | 566 | 567 | 565 | 562 | 589 | 554 | 555 | 576 | 584 | 564 |
| Total | 64,442 | 50,399 | 46,173 | 37,525 | 33,683 | 29,422 | 34,566 | 33,160 | 31,815 | 33,685 | 33,820 |
| Percent of Capacity | | 78% | 72% | 58% | 52% | 46% | 54% | 51% | 49% | 52% | 52% |

1/  Storage reported for end of water year on September 30

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

FIGURE 5.1



FIGURE 5.2



In addition to net deliveries through member agencies, MWD, pursuant to a Court Order, imported 465 acre feet of water into the Santa Margarita River Watershed for irrigation of lands in Domenigoni Valley during 2008-09. MWD also imported an additional 142 acre feet into the Watershed as a result of maintenance releases from its storage and delivery system. MWD records show the maintenance releases included 50 acre feet from Lake Skinner to Tucalota Creek. The remaining releases were made from various locations on the delivery system including 17 acre feet to tributaries of Tucalota Creek, 66 acre feet to tributaries of Murrieta Creek, and 9 acre feet to Murrieta Creek.

Water is also imported into the Santa Margarita River Watershed from adjacent watersheds. Such importation occurs from the Santa Ana Watershed where Elsinore Valley MWD delivers water to a portion of its service area that is inside the Santa Margarita River Watershed. Elsinore Valley MWD obtains its supply from imports or from wells outside the Santa Margarita River Watershed.

At Camp Pendleton there is a pipeline connection to wells located in the Las Flores Creek Watershed to the north of the Santa Margarita River Watershed. Water can be either imported or exported through that line, depending on relative water demands and pumping capacities.

Exportations from the Santa Margarita River Watershed include water pumped at Camp Pendleton that is used in the San Luis Rey River Watershed to the south or in the Las Flores Creek Watershed to the north. The wastewater that is derived from the exported fresh water is returned to the watershed for treatment at the Southern Region Tertiary Treatment Plant. Reclaimed wastewater is used for irrigation both within and outside the watershed. Treated wastewater in excess of reclaimed use is exported for discharge at the Oceanside Outfall. Wastewater from the Fallbrook area and the Naval Weapons Station is exported by the Fallbrook Public Utility District and wastewater in the Elsinore Valley MWD is exported by that district. Rancho California WD exports water into the San Mateo Creek Watershed.

Eastern MWD uses a 24-inch pipeline along Winchester Road to transport wastewater from the Temecula Valley Regional Water Reclamation Facility to areas within the Watershed for reuse as well as for export of up to 10 MGD from the Watershed. Eastern MWD uses a second, 48-inch pipeline along Palomar Valley for delivery of reclaimed wastewater for reuse and export from the Watershed. Rancho California WD also uses the Palomar Valley pipeline for exporting wastewater from the Watershed. The exported wastewater can be reused outside the watershed, delivered to storage facilities or discharged to Temescal Creek. In 2008-09, Eastern MWD's export of wastewater that was discharged to Temescal Creek was 2,772 acre feet. Rancho California WD had no export of wastewater for discharge to Temescal Creek in 2009.

The following paragraphs of this report describe imports and exports during Water Year 2008-09 and during the period 1966-2009. There is also discussion of MWD's Lake Skinner and Diamond Valley Lake operations.

## 5.2   Water Year 2008-09

During 2008-09 a total of 86,612 acre feet of water of net imported supplies were distributed for use in the Santa Margarita River Watershed. This compares with 89,119 acre feet in 2007-08 and represents a decrease of approximately three percent.  The term net imports is used because several entities report gross imports into the Santa Margarita River Watershed but due to system configurations and operations a portion of the gross imports may be transported to serve areas outside of the watershed.  Thus, the net imports reflect the quantities of imported supplies used within the Santa Margarita River Watershed.  Net imports into the Santa Margarita River Watershed are listed on Table 5.2 for Water Year 2008-09.

The water exported from the Santa Margarita River Watershed for 2008-09 primarily includes wastewater except for Camp Pendleton and Rancho California WD. As described in Section 7, Camp Pendleton exports native water for use outside the watershed.  Also, Rancho California WD exports groundwater as part of a blended water supply to serve customers in the San Mateo Watershed.   Exports from the Santa Margarita River Watershed for 2008-09 were 19,069 acre feet as shown on Table 5.2. This compares to 19,975 acre feet in 2007-08 and represents a decrease of about 5 percent.

The quality of the water supplies imported through the MWD system in 2008-09 is indicated by the average monthly total dissolved solids at the Skinner Treatment Plant effluent line as shown on Table 5.3.  The table also shows the percent of imported water obtained from the SWP.  Water imported by Elsinore Valley MWD has the same quality as the MWD system.

## 5.3   Water Years 1966-2009

Water quantities imported by districts into the Santa Margarita River Watershed during Water Years 1966-2009 are shown on Table 5.4.  Total imports to these districts are measured; however some districts serve lands outside the Watershed.  For these districts, which include Eastern MWD, Elsinore Valley MWD, Fallbrook PUD and Rainbow MWD, the portion delivered in the Santa Margarita River Watershed must be estimated.

Review of the historical trend of total imports shown on Table 5.4 indicates significant year-to-year variations with relatively low imports in wet years and higher imports in dry years, combined with an underlying growth rate to serve increasing municipal water demands in the Murrieta-Temecula area.

TABLE 5.2

## SANTA MARGARITA RIVER WATERSHED
### IMPORTS/EXPORTS
2008-09

Quantities in Acre Feet

| YEAR MONTH | NET IMPORTS | | | | | | | | | | EXPORTS 3/ | | | | | | | | |
| | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD | MWD 1/ | MURRIETA DIVISION WESTERN MWD | RAINBOW MWD | RANCHO CAL WD | U.S. NAVAL WS | WESTERN MWD 2/ | TOTAL NET IMPORTS | CAMP PENDLETON | | | | | ELSINORE VALLEY MWD | FALLBROOK PUD | RANCHO CAL WD 7/ | TOTAL EXPORTS |
| | | | | | | | | | | | EXPORTS 4/ | WASTEWATER RETURNS 5/ | NET EXPORT | U.S. NAVAL WS | EASTERN MWD 6/ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2008** | | | | | | | | | | | | | | | | | | | |
| OCT | 1,658 | 799 | 1,002 | 69 | 174 | 184 | 5,865 | 7 | 5 | 9,763 | 719 | 107 | 612 | 1.2 | 1,060 | 77 | 91 | 39 | 1,880 |
| NOV | 260 | 838 | 660 | 29 | 177 | 227 | 3,895 | 6 | 4 | 6,096 | 448 | 94 | 354 | 0.9 | 1,056 | 93 | 102 | 35 | 1,641 |
| DEC | 753 | 564 | 275 | 8 | 104 | 117 | 1,793 | 9 | 3 | 3,626 | 352 | 61 | 291 | 1.1 | 1,241 | 89 | 108 | 30 | 1,760 |
| **2009** | | | | | | | | | | | | | | | | | | | |
| JAN | 782 | 443 | 416 | 22 | 71 | 51 | 2,176 | 4 | 3 | 3,968 | 355 | 70 | 285 | 0.4 | 1,220 | 93 | 103 | 20 | 1,721 |
| FEB | 625 | 429 | 245 | 82 | 79 | 103 | 999 | 5 | 3 | 2,570 | 318 | 58 | 260 | 0.8 | 1,193 | 78 | 91 | 25 | 1,648 |
| MAR | 1,385 | 529 | 618 | 34 | 49 | 53 | 3,455 | 6 | 4 | 6,133 | 414 | 91 | 323 | 0.8 | 1,187 | 89 | 108 | 14 | 1,722 |
| APR | 1,359 | 621 | 755 | 34 | 104 | 120 | 3,804 | 5 | 4 | 6,806 | 441 | 109 | 332 | 0.6 | 910 | 90 | 93 | 32 | 1,458 |
| MAY | 1,620 | 810 | 790 | 106 | 150 | 135 | 4,821 | 5 | 5 | 8,442 | 455 | 114 | 341 | 0.9 | 968 | 87 | 94 | 32 | 1,521 |
| JUNE | 1,385 | 976 | 759 | 42 | 170 | 220 | 4,733 | 7 | 4 | 8,296 | 475 | 105 | 370 | 0.9 | 835 | 91 | 92 | 39 | 1,428 |
| JULY | 1,887 | 963 | 984 | 71 | 174 | 172 | 6,972 | 8 | 6 | 11,237 | 569 | 120 | 449 | 1.5 | 836 | 93 | 93 | 35 | 1,508 |
| AUG | 1,726 | 1,181 | 978 | 59 | 207 | 255 | 6,041 | 6 | 4 | 10,457 | 545 | 114 | 431 | 1.2 | 831 | 97 | 86 | 32 | 1,478 |
| SEPT | 1,032 | 922 | 1,075 | 51 | 195 | 215 | 5,716 | 6 | 6 | 9,218 | 509 | 107 | 402 | 1.5 | 690 | 92 | 83 | 36 | 1,305 |
| **TOTAL** | 14,472 | 9,075 | 8,557 | 607 | 1,654 | 1,852 | 50,270 | 74 | 51 | 86,612 | 5,600 | 1,150 | 4,450 | 12 | 12,027 | 1,069 | 1,144 | 367 | 19,069 |

1/ Metropolitan Water District direct deliveries in Domenigoni Valley as shown on Table A-4 plus miscellaneous maintenance releases.
2/ Improvement District A - Rainbow Canyon Only (WR-13)
3/ All exports are wastewater except as noted for Camp Pendleton and Rancho California WID.
4/ Agricultural and Camp Supply use outside the SMRW, reclaimed use outside the SMRW, plus export to Oceanside Outfall as shown on Table A-8.
5/ Estimated as reclaimed percentage of Camp Supply use outside the SMRW as shown on Table A-8.
6/ Includes Other Reuse shown on Table A-1 which includes changes of storage in Winchester and Sun City storage ponds, evaporation and percolation losses, and discharges to Temescal Creek in the Santa Ana Watershed for discharge to Temescal Creek.
7/ Includes groundwater used in San Mateo Watershed and wastewater exported via Palomar Valley pipeline.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 5.3

## SANTA MARGARITA RIVER WATERSHED
## TOTAL DISSOLVED SOLIDS
## CONCENTRATION OF IMPORTED WATER

| YEAR MONTH | TOTAL DISSOLVED SOLIDS MG/L /1 | | PERCENT STATE PROJECT WATER | |
|---|---|---|---|---|
| | 2007-08 | 2008-09 | 2007-08 | 2008-09 |
| OCT | 438 | 576 | 54 | 22 |
| NOV | 439 | 543 | 55 | 30 |
| DEC | 490 | 541 | 43 | 32 |
| JAN | 502 | 614 | 42 | 17 |
| FEB | 280 | 643 | 36 | 6 |
| MAR | 304 | 625 | 36 | 8 |
| APR | 518 | 587 | 38 | 12 |
| MAY | 512 | 566 | 38 | 19 |
| JUNE | 590 | 575 | 20 | 21 |
| JULY | 554 | 537 | 32 | 30 |
| AUG | 556 | 536 | 27 | 28 |
| SEPT | 573 | 540 | 23 | 23 |

1/ As measured in the Skinner Treatment Plant Effluent line.

* - Skinner Plant treated a blend of California State Project Water and Colorado River water

TABLE 5.4

## SANTA MARGARITA RIVER WATERSHED
## IMPORTS/EXPORTS

Quantities in Acre Feet

| | NET IMPORTS | | | | | | | | | | CAMP PENDLETON | | | EXPORTS 5/ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER YEAR | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD 1/ | MWD 2/ | MURRIETA DIVISION WESTERN MWD | RAINBOW MWD | RANCHO CAL WD 3/ | U.S. NAVAL WS | WESTERN MWD 4/ | TOTAL IMPORTS | EXPORTS | WASTEWATER RETURNS | NET EXPORT | U.S. NAVAL WS | EASTERN MWD | ELSINORE VALLEY MWD | FALLBROOK PUD | RANCHO CAL WD 7/ | TOTAL EXPORTS |
| 1966 | 1,604 | N/R | 3,351 | | | 1,308 | 0 | 0 | 24 | 6,287 | 3,251 | 974 | 2,277 | 0 | 0 | 0 | 0 | | 2,277 |
| 1967 | 1,630 | N/R | 2,852 | | | 1,095 | 0 | 0 | 20 | 5,597 | 3,160 | 1,243 | 1,937 | 0 | 0 | 0 | 0 | | 1,937 |
| 1968 | 1,464 | N/R | 3,423 | | | 1,377 | 0 | 0 | 27 | 6,291 | 3,368 | 1,214 | 2,154 | 0 | 0 | 0 | 0 | | 2,154 |
| 1969 | 1,741 | N/R | 2,837 | | | 1,253 | 0 | 0 E | 25 | 5,856 | 3,276 | 1,170 | 2,106 | 0 | 0 | 0 | 0 | | 2,106 |
| 1970 | 1,417 | N/R | 3,538 | | | 1,689 | 0 | 0 E | 31 | 6,675 | 3,809 | 1,113 | 2,696 | 0 | 0 | 0 | 0 | | 2,696 |
| 1971 | 1,383 | N/R | 3,405 | | | 1,660 | 0 | 76 E | 34 | 6,548 | 3,527 | 1,090 | 2,437 | 0 | 0 | 0 | 0 | | 2,437 |
| 1972 | 1,470 | N/R | 3,916 | | | 2,037 | 0 | 115 E | 34 | 6,572 | 3,543 | 1,168 | 2,375 | 0 | 0 | 0 | 0 | | 2,375 |
| 1973 | 1,533 | N/R | 3,210 | | | 1,616 | 0 | 115 E | 36 | 6,752 | 3,532 | 1,140 | 2,357 | 0 | 0 | 0 | 0 | | 2,357 |
| 1974 | 1,601 | N/R | 3,967 | | | 2,049 | 0 | 115 E | 35 | 7,768 | 3,098 | 1,530 | 2,392 | 0 | 0 | 0 | 0 | | 2,392 |
| 1975 | 1,969 | N/R | 3,597 | | | 1,247 | 119 | 115 E | 24 | 9,628 | 3,619 | 1,497 | 1,568 | 0 | 0 | 0 | 0 | | 1,568 |
| 1976 | 2,493 | N/R | 4,627 | | | 2,239 | 1,845 | 115 E | 26 | 12,486 | 3,194 | 1,416 | 2,122 | 0 | 0 | 0 | 0 | | 2,122 |
| 1977 | 2,947 | N/R | 5,212 | | | 2,343 | 5,774 | 115 E | 24 | 16,425 | 4,756 | 1,283 | 1,778 | 0 | 0 | 0 | 0 | | 1,778 |
| 1978 | 2,551 | 569 | 5,202 | | | 2,188 | 7,009 | 115 E | 24 | 17,824 | 3,651 | 1,427 | 1,788 | 0 | 0 | 0 | 0 | | 1,788 |
| 1979 | 1,694 | 712 | 5,723 | | | 2,348 | 10,126 | 115 E | 25 | 21,047 | 3,782 | 1,405 | 3,329 | 0 | 0 | 0 | 0 | | 3,329 |
| 1980 | 1,192 | 696 | 6,404 | | | 2,489 | 13,282 | 115 E | 34 | 24,474 | 3,761 | 1,249 | 2,246 | 0 | 0 | 0 | 0 | | 2,246 |
| 1981 | 716 | 798 | 6,643 | | | 3,155 | 8,500 | 115 E | 26 | 19,946 | 3,000 | 1,273 | 2,643 | 0 | 0 | 0 | 0 | | 2,643 |
| 1982 | 1,112 | 678 | 7,079 | | | 2,460 | 13,378 | | 26 | 24,733 | 3,243 | 1,242 | 2,488 | 0 | 0 | 0 | 0 | | 2,488 |
| 1983 | 1,211 | 658 | 6,720 | | | 2,190 | 5,752 | | 27 | 16,752 | 3,377 | 1,120 | 2,177 | 0 | 0 | 0 | 1,003 | | 3,181 |
| 1984 | 699 | 816 | 8,506 | | | 3,068 | 6,716 | | 26 | 19,946 | 3,326 | 1,200 | 2,149 | 0 | 0 | 0 | 1,032 | | 3,263 |
| 1985 | 679 | 808 | 7,831 | | | 3,410 | 7,158 | | 27 | 20,015 | 3,444 | 981 | 2,203 | 0 | 0 | 0 | 1,060 | | 3,283 |
| 1986 | 760 | 882 | 8,585 | | | 2,945 | 11,174 | | 34 | 24,474 | 3,457 | 1,799 | 2,361 | 0 | 0 | 0 | 1,096 | | 3,457 |
| 1987 | 1,155 | 938 | 8,656 | | | 3,390 | 7,564 | | 36 | 21,855 | 3,457 | 1,872 | 1,476 | 0 | 0 | 4 | 1,129 | | 2,605 |
| 1988 | 2,047 | 1,032 | 8,033 | | | 2,985 | 7,854 | | 36 | 32,108 | 3,643 | 1,446 | 1,636 | 26 E | 0 | 55 | 1,154 | | 2,820 |
| 1989 | 3,746 | 1,341 | 9,066 | | | 3,003 | 22,895 | | 22 | 40,202 | 3,577 | 1,451 | 1,988 | 26 E | 0 | 74 | 1,181 | | 3,250 |
| 1990 | 5,601 | 2,255 | 10,103 | | | 2,904 | 22,030 | | 22 | 43,434 | 3,742 | 1,219 | 1,561 | 26 P | 0 | 114 | 1,271 | | 2,932 |
| 1991 | 9,479 | 2,421 | 7,962 | | | 2,277 | 21,238 | | 25 | 45,162 | 3,558 | 1,548 | 666 | 16 P | 0 | 134 | 1,260 | | 2,056 |
| 1992 | 8,593 | 2,190 | 7,893 | | | 1,965 | 16,931 | | 38 | 38,008 | 4,072 | 1,926 | 1,265 | 26 | 0 | 140 | 1,083 | | 2,508 |
| 1993 | 5,393 | 1,914 | 6,925 | | | 1,651 | 11,411 | | 37 | 27,756 | 3,653 | 2,426 | 403 | 26 | 705 | 150 | 1,255 | | 2,529 |
| 1994 | 7,150 | 3,221 | 7,250 | | | 1,651 | 16,386 | | 37 | 35,768 | 3,701 | 2,329 | 1,199 | 27 | 3,159 | 170 | 1,068 | | 5,603 |
| 1995 | 4,625 | 3,117 | 6,538 | 547 | | 1,661 | 15,108 | | 35 | 31,750 | 3,767 | 2,781 | 1,184 | 13 | 3,908 | 185 | 1,153 | | 6,428 |
| 1996 | 4,960 | 4,181 | 7,993 | 1,005 | | 1,815 | 23,600 | | 30 | 43,689 | | 1,611 | 2,117 | 0 | 2,993 | 213 | 1,035 | | 6,330 |
| 1997 | 3,284 | 4,283 | 7,894 | 3,521 | | 1,429 | 26,892 | | 41 | 47,542 | | 1,493 | 1,730 | 0 | 3,201 | 226 | 1,021 | | 6,165 |
| 1998 | 5,117 | 5,100 | 6,382 | 5,023 | | 1,601 | 29,584 | | 41 | 52,848 | | 1,932 | 1,682 | 16 | 4,513 | 247 | 1,482 | | 7,919 |
| 1999 | 4,327 | 5,134 | 7,420 | 3,781 | | 1,727 | 53,480 | | 59 | 58,041 | | 2,073 | 1,424 | 16 | 4,133 | 254 | 1,377 | | 7,197 |
| 2000 | 7,256 | 7,172 | 9,365 | 712 | | 2,217 | 55,409 | | 64 | 82,277 | | 2,130 | 979 | 12 | 4,649 | 310 | 1,634 | | 7,528 |
| 2001 | 5,948 | 6,592 | 8,398 | 494 | | 1,804 | 41,823 | | 42 | 85,386 | | 2,115 | 612 | 6 | 5,325 | 412 | 1,643 | | 7,896 |
| 2002 | 8,117 | 7,596 | 9,580 | 595 | | 1,676 | 54,148 | | 50 | 81,873 | | 2,075 | 1,950 | 6 | 7,636 | 483 | 1,495 | | 8,992 |
| 2003 | 9,062 | 7,091 | 9,130 | 495 | 102 | 1,510 | 50,744 | | 62 | 78,264 | 3,767 | 1,688 | 2,079 | 5 | 9,115 | 600 | 1,706 | 64 | 11,978 |
| 2004 | 9,138 | 8,438 | 11,749 | 766 | 330 | 1,888 | 62,408 | | 66 | 94,840 | 4,951 6/ | 0 6/ | 4,951 | 7 | 11,676 | 927 | 1,620 | 312 | 16,606 |
| 2005 | 10,858 | 8,215 | 9,702 | 556 | 75 | 1,610 | 47,614 | | 45 | 78,732 | 4,625 6/ | 0 6/ | 4,625 | 8 | 10,906 | 938 | 1,782 | 1,574 | 20,600 |
| 2006 | 14,161 | 9,819 | 10,622 | 506 | 316 | 1,851 | 60,611 | | 54 | 98,016 | 4,912 6/ | 0 6/ | 4,912 | 9 | 10,553 | 837 | 1,716 | 1,379 | 19,859 |
| 2007 | 15,398 | 10,811 | 12,292 | 660 | 723 | 2,262 | 63,818 | | 51 | 106,079 | 5,152 6/ | 0 6/ | 5,152 | 10 | 12,789 | 1,142 | 1,142 | 364 | 18,060 |
| 2008 | 14,952 | 9,951 | 8,934 | 493 | 2,180 | 1,790 | 50,683 | | | 89,119 | 4,774 6/ | 0 6/ | 4,774 | 8 | 12,027 | 901 | 1,139 | 361 | 18,060 |
| 2009 | 14,472 | 9,075 | 8,557 | 607 | 1,654 | 1,852 | 50,270 | | | 86,612 | 5,600 8/ | 1,150 | 4,450 | 12 | 12,027 | 1,069 | 1,144 | 367 | 19,069 |

1/ Includes DeLuz Heights MWD prior to 1991
2/ Metropolitan Water District direct deliveries in Domenigoni Valley plus miscellaneous maintenance releases beginning 2009
3/ For period 2003 to present values shown are net imports excluding imported water delivered to San Mateo Watershed
4/ Improvement District A - Rainbow Canyon Only (WR-13)
5/ All exports are wastewater except as noted for Camp Pendleton and Rancho Cal WD
6/ Includes export of native water plus wastewater from in-basin use
7/ Includes groundwater used in San Mateo Watershed and wastewater exported to Santa Ana Watershed
8/ Includes export of native water plus reclaimed wastewater

N/R - Not Reported
P - Partial year data
E - Estimate

40

Exports over the 1966-2009 period are also shown on Table 5.4. These include estimated water exports on Camp Pendleton less estimated wastewater returns, as well as an estimate of exports by the Fallbrook Public Utility District and the Naval Weapons Station after 1983, and Elsinore Valley MWD after 1986. Exports by Eastern MWD were initiated in 1992-1993 and Rancho California WD began exporting water in 2002-03. Exports do not include water that naturally flows from the Santa Margarita River into the Pacific Ocean.

## 5.4    Lake Skinner

Lake Skinner is a 44,000 acre foot reservoir constructed by MWD on Tucalota Creek, within the Santa Margarita River Watershed. The purpose of Lake Skinner is to provide regulatory and emergency storage capacity for water imported to southern California. MWD does not have a water right to store or divert water in Lake Skinner. Accordingly, a Memorandum of Understanding and Agreement on Operation of Lake Skinner (MOU), dated November 12, 1974, approved by the Court on January 16, 1975, contains provisions to protect Santa Margarita River Watershed water users from potential effects of Lake Skinner on either subsurface or surface flows.

Protection against a decrease in subsurface flows caused by the dam is afforded by a provision in the MOU that requires that MWD release water from Lake Skinner into Tucalota Creek if groundwater levels in Well AV-28B fall below an elevation of 1356.64 feet. At the end of September 30, 2009, the well level was 1358.45 feet, a decline of 3.35 feet compared to September 30, 2008.

The MOU also provides that all local surface inflow that enters Lake Skinner will be released into Tucalota Creek. In its 1980 modification the MOU provides that local surface inflow is to be determined by using the hydrologic equation for Lake Skinner that is specified in the MOU. That equation is used to determine inflow and the related release for large flood events. However, in many years the local inflow is small compared to the large quantities of imported water inflow and outflow at Lake Skinner. The error of measurement for these large inflows and outflows is larger than the local inflow in many instances. Accordingly, MWD also monitors the flow in Tucalota Creek, Rawson Creek and Middle Creek during storms and uses those observations to supplement the hydrologic equation.

On February 16, 2005, the Court approved an Order Amending the MOU to provide for diversion from Lake Skinner on Fallbrook PUD's behalf after specified releases are made, according to State Water Resource Control Board Permit 11356 and the amended Lake Skinner MOU. In 2008-09 no water accumulated in Lake Skinner for diversion to Fallbrook PUD.

In 2008-09 MWD records show no local inflow to Lake Skinner and thus there were no required releases in accordance with the MOU. However, MWD released 50 acre feet from Lake Skinner in 2008-09 into Tucalota Creek for maintenance purposes.

## 5.5    Diamond Valley Lake

Diamond Valley Lake is located in Diamond and Domenigoni Valleys within the Santa Margarita River Watershed. The Lake was created by three dams, one each at the east and west ends of Domenigoni/Diamond Valley and a saddle dam at the low point on the north rim. The East Dam diverts surface and groundwater flows from a 4.2 square mile drainage area in the Santa Margarita River Watershed, known as Goodhart Canyon, into the Santa Ana River Watershed. The West Dam intercepts existing westward surface and subsurface flows from an additional 13.19 square mile area.

MWD does not have a water right to store local waters in the reservoir, so a Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir (now known as Diamond Valley Lake) (MOU) was developed and approved by the Court on January 19, 1995. Among other things, the MOU provides:

The quantity and quality of surface runoff that would flow past the West Dam in the absence of the Reservoir will be determined and a like quantity of water of similar quality will be released from the Reservoir or San Diego Canal (SDC) into Warm Springs Creek.

The MOU indicates that the required releases would be determined by measuring the surface inflows into Goodhart Canyon Detention Basin. A quantity equal to 4.1 times the measured flow will be released into Warm Springs Creek.

Total required releases into Warm Springs Creek during 2008-09 were 16.385 acre feet. The total released during the year was 17.473 acre feet.

Although all surface waters within the Santa Margarita River Watershed in Domenigoni Valley and Diamond Valley are subject to the continuing jurisdiction of the Court, groundwater contained within the younger alluvium, north of the south line of Section 9, Township 6 South, Range 2 West, SBM is not considered by the Court to be a part of the Santa Margarita River system as long as groundwater levels are below an elevation of 1400 feet. During 2008-09 groundwater elevations in Well MO-6, which is located along the south line of Section 9, increased 4.68 feet from 1360.99 feet at the beginning of the water year to 1365.67 feet on October 19, 2009.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

During 2008-09, there were no injections into the Domenigoni Valley groundwater basin pursuant to Agreements for Mitigation of Groundwater. However, pursuant to a Court Order, MWD imported 465 acre feet of water into the Santa Margarita River Watershed for irrigation of lands in Domenigoni Valley. As previously noted the groundwater in the Domenigoni Valley groundwater basin is outside this Court's jurisdiction when groundwater levels are below 1400 feet.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 6 - WATER RIGHTS

### 6.1 General

Water is used in the Santa Margarita River Watershed under a variety of water rights. In the early 1960's, the U. S. District Court in its Interlocutory Judgments described water rights in the Watershed as primarily riparian rights and overlying rights. Riparian rights belong to owners of land parcels located adjacent to streams in the Watershed or overlying younger alluvium deposits generally along the stream channels. Overlying rights were divided by the Court into two categories based on the location where the water is obtained and used. Water extracted from lands where subsurface waters add to, contribute to and support the Santa Margarita River stream system was found to be subject to the continuing jurisdiction of the Court. Lands in this category were identified by the Court and listed in Interlocutory Judgments. In general, these parcels of land overlie younger or older alluvium deposits. The Court has stated that the issue of apportionment of water rights has not been presented to the Court, but the Court would litigate the apportionment if and when in the future it becomes necessary to do so.

The other category of overlying use applies to parcels of land where subsurface flows do not add to, contribute to or support the Santa Margarita River stream system. These parcels were also identified by the Court and found to be outside the continuing jurisdiction of the Court. In general, these lands overlie basement complex or residuum deposits.

The Court also described a number of other rights in the Watershed. These included surface water appropriative water rights that have been administered by the State of California since 1914. These rights are discussed in the following subsection of this report.

In Interlocutory Judgment No. 41, the Court found that the United States reserved rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Cahuilla, Pechanga and Ramona Indian Reservations, including rights to the use of groundwater, sufficient for the present and future needs of the Indians residing thereon. In Interlocutory Judgment No. 44, the Court recognized and reserved water rights for lands within the Cleveland and San Bernardino National Forests and for lands being administered pursuant to the Taylor Grazing Act.

Since the early 1960's there have been substantial changes in water use in the Watershed, especially in the Murrieta-Temecula Groundwater Area. During the 1950's and early 1960's when this case was under active litigation, most of the water use in the Murrieta-Temecula area consisted of individual property owners pumping water for use on their own properties. In 1965, the Rancho California WD was formed. The District developed Agency Agreements with most of the landowners within the District. In these

Agency Agreements, the landowners "...without transferring any water rights and privileges pertaining to said land...." designated the District as their exclusive agent for the development and management of their water supply.

Thus, many landowners within the Rancho California WD are not exercising their overlying rights. Instead, Rancho California WD pumps groundwater and uses it throughout the District area as agent on behalf of the landowners.

Rancho California WD also pumps water as a groundwater appropriator along with Western Municipal Water District within its Murrieta Division.

Another change from the early 1960's is the large scale importation of water into the Santa Margarita River Watershed by Rancho California WD. A portion of such importation finds its way into the groundwater aquifers. The legal status of return flows from imported supplies as well as direct recharge of imported water was clarified by the final judgment in *City of Los Angeles v. City of San Fernando, et al.,* 1975 14 Cal. 3rd 199. This decision in the Supreme Court of the State of California made two major findings with respect to imported water.

The first was that agencies have the right to recharge and store imported water in a groundwater basin and to extract the imported water for use, subject to applicable state and federal laws. In addition, agencies that import and deliver water to lands overlying a groundwater basin have a continuing right to extract the return flow from such water. The return flow is that portion of the imported supply that percolates into the groundwater basin. In the San Fernando case this portion was found to range from 20 percent to 35.7 percent of the imported supplies.

The Rancho Division of the Rancho California WD overlies the Murrieta-Temecula Groundwater Area. Thus a portion of the import supply delivered to the Rancho Division of Rancho California WD percolates into the underlying aquifers.

Imported water is also supplied to the Santa Rosa Division within Rancho California WD, however only a relatively small part of this division overlies the Murrieta-Temecula Groundwater Area. Thus there is less imported water return flow from the Santa Rosa Division.

Classification of Rancho California WD supplies into various water right categories is discussed in Section 7 of this Report.

Camp Pendleton representatives contend that the Court has jurisdiction over imported water to the full extent that imported water, as well as its use, its returns and its products, affects in any significant manner the water rights within the Watershed over which the Court has traditionally asserted its jurisdiction. Other parties dispute the Court's jurisdiction over imported water.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## 6.2    Appropriative Surface Water Rights

Another broad category of water rights used in the Watershed is surface water appropriative rights.  Since 1914, these rights have been administered by the SWRCB.

A list of current permits, licenses and other active rights obtained from the SWRCB is shown on Table 6.1.  A permit by the SWRCB authorizes water diversion, sets terms for the water project's completion and development of water use, and may impose other conditions.  After the permittee demonstrates that construction is complete, water is being put to use and the permit conditions have been met, the SWRCB can issue a license. The license remains in effect as long as the license conditions are met and the water is put to beneficial use.

Active direct diversion rights and storage rights from creeks in the Watershed are summarized below:

|  | Direct Diversions Gallons Per Day | Storage Acre Feet |
|---|---|---|
| Cahuilla Valley | 720 | 5 |
| Cottonwood Creek | 485,000 | 60 |
| Cutea Creek | 5,825 | --- |
| DeLuz Creek | 4,700 | 100 |
| Fern Creek | 213,000 | 100 |
| Kohler Canyon | 158,000 | 40 |
| Long Canyon Spring | 89 | --- |
| Rainbow Creek | --- | 0.5 |
| Rattlesnake Canyon | 12,000 | --- |
| Temecula Creek | 25,820 | 40,000 |
| Sandia Canyon | --- | 8 |
| Sourdough Spring | 55 | --- |
| Santa Margarita River | 133 | 4,000 |
| Nelson Creek | 1,550 | --- |
| TOTAL | 906,892 | 44,313.5 |

These direct diversion rights of 906,892 gallons per day correspond to 1.4 cfs or 2.78 acre feet per day.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 6.1

*SANTA MARGARITA RIVER WATERSHED*
**APPROPRIATIVE WATER RIGHTS**

**PERMITS AND LICENSES**

| I.D. NO. | OWNER | FILING DATE | SOURCE OF WATER | POINT OF DIVERSION | AMOUNT | USE | STATUS |
|---|---|---|---|---|---|---|---|
| 6629 | William H. & Sandra J. Cyrus | 4/9/30 | Coahuila Valley | Sec. 4, 7S, 3E | DD-720 gpd | D | License |
| 6893 | Earl C. & Mamie LaBine | 2/13/31 | Temecula Creek | Sec. 20, 9S, 2E | DD-820 gpd | D/I | License |
| 7035 | Nyla Lawler | 8/10/31 | Cutca Creek | Sec. 29, 9S, 1E | DD-5725 gpd | D/I | License |
| 7731 | Earl C. & Mamie LaBine | 11/02/33 | Temecula Creek | Sec. 20, 9S, 2E | DD-7200 gpd | D/I | License |
| 9137 | Goodarz Irani | 10/07/37 | Temecula Creek | Sec. 12, 9S, 1E | DD-400 gpd | D | License |
| 9291 | Luis Olivos | 5/13/38 | Nelson Creek | Sec. 23, 8S, 5W | DD-1550 gpd | D | License |
| 10806 | James R., Phyllis & Bruce Grammer | 4/22/44 | Temecula Creek | Sec. 34, 9S, 2E | DD-2880 gpd | D | License |
| 11161 | Roy C. Pursche & Barbara Booth | 9/26/45 | Rattlesnake Canyon | Sec. 28, 9S, 2E | DD-12,000 gpd | D/I | License |
| 11518 | Rancho California Water District | 8/16/46 | Temecula Creek | Sec. 10, 8S, 1W | ST-40,000 AF | D/I/IN/M/R | Permit |
| 11587 | U. S. Bureau of Reclamation | 10/11/46 | Santa Margarita River | Sec. 12, 9S, 4W | ST-10,000 AF | D/I/M | Permit |
| 12178 | Fallbrook Public Utility District | 11/28/47 | Santa Margarita River | Sec. 3, 7S, 4W | ST-10,000 AF | D/I/M | Permit |
| 12179 | U. S. Bureau of Reclamation | 11/28/47 | Santa Margarita River | Sec. 12, 9S, 4W | ST-10,000 AF | D/I/M | Permit |
| 13505 | David H. & Kathleen C. Lypps | 12/12/49 | Cottonwood Creek | Sec. 30, 8S, 4W | DD-0.75 cfs & ST-42 AF | R/S | License |
| 17239 | Ward Family Trust | 8/15/56 | Temecula Creek | Sec. 20, 9S, 2E | DD-120 gpd | D/E | License |
| 20507 | David H. & Kathleen C. Lypps | 11/24/61 | Cottonwood Creek | Sec. 19, 8S, 4W Sec. 30, 8S, 4W | ST-18 AF | I/R | License |
| 20608 | Pete and Dorothy Prestininzi | 2/13/62 | DeLuz Creek | Sec. 20, 8S, 4W | ST-100 AF | D/I/R | License |
| 20742 | U. S. Cleveland National Forest | 4/24/62 | Sourdough Spring | Sec. 25, 9S, 1E | DD-55 gpd | E | License |
| 21074 | U. S. Cleveland National Forest | 12/07/62 | Cutca Spring | Sec. 17, 9S, 1E | DD-100 gpd | S/W | License |
| 21471A | U. S. Department of Navy | 9/23/63 | Santa Margarita River | Sec. 5, 10S, 4W Sec. 2, 11S, 5W | ST-4,000 AF | D/I/M/Z | License |
| 21471B | U. S. Bureau of Reclamation | 9/23/63 | Santa Margarita River | Sec. 32, 9S, 4W | ST-165,000 AF | D/I/M/Z | Permit |
| 27756 | James R. Grammer | 5/23/83 | Temecula Creek | Sec. 3, 10S, 2E | DD-14,400 gpd | I/S | Permit |
| 28133 | Charles F. Ruggles | 5/14/84 | Cahuilla Creek | Sec. 15, 8S, 2E | ST-5AF | E/H/I/R/S | Permit |

**OTHER RIGHTS**

| I.D. NO. | OWNER | FILING DATE | SOURCE OF WATER | POINT OF DIVERSION | AMOUNT | USE | STATUS |
|---|---|---|---|---|---|---|---|
| 05751S/Federal | U. S. Cleveland National Forest | 1/01/70 | Long Canyon Spring | Sec. 16, 9S, 1E | DD-89 gpd | E/R/S/W | |
| 000024/State | Judge Dial Perkins | 12/26/86 | Santa Margarita River | Sec. 12, 9S, 4W | DD-133.3 gpd | D | |
| 000751/State | Lawrence Butler | 5/31/67 | Fern Creek | Sec. 31, 8S, 4W | DD-0.33 cfs ST-100 AF | I | |
| 011411/State | Agri Empire, Inc. | 5/16/84 | Kohler Canyon | Sec. 33, 9S, 2E | DD-0.245 cfs ST-40 AF | I/S | |
| 012235/State | William A. & Lois D. Cunningham | 8/27/85 | DeLuz Creek | Sec. 4, 9S, 4W | DD-4700 gpd | D/I | |
| 001583/Stock | George F. Yackey | 12/27/77 | Sandia Canyon | Sec. 25, 8S, 4W | ST-8.0 AF | S | |
| 002380/Stock | Chris R. & Jeanette L. Duarte | 12/16/77 | Rainbow Creek | Sec. 12, 9S, 3W | ST-0.5 AF | S | |

| KEY TO USE: | DD - Direct Diversion | D - Domestic | R - Recreation | E - Fire Protection | H - Fish Culture |
|---|---|---|---|---|---|
| | ST - Diversion to Storage | I - Irrigation | M - Municipal | S - Stockwatering | Z - Other |
| | IN - Industrial | | W - Fish & Wildlife Protection and/or Enhancement | | |

Storage rights shown in Table 6.1 include 185,000 acre feet of storage rights on the Santa Margarita River held by the U. S. Bureau of Reclamation (ID Nos. 11587, 12179, and 21471B) that have not been exercised. The deadline for exercising these rights is currently set at December 31, 2008. On November 14, 2008, the U. S. Bureau of Reclamation filed petitions for time extensions for completion of beneficial use under the three permits. On September 14, 2009 change petitions were filed to amend the permits to conform to the Santa Margarita Conjunctive Use Project being developed jointly by the U. S. Bureau of Reclamation, Department of the Navy Marine Corps Base Camp Pendleton, and Fallbrook Public Utility District. Those extension and change petitions have been accepted and in accordance with SWRCB Order 2009-0063-EXEC they are under consideration in tandem.

Table 6.1 also lists other rights recognized by the SWRCB. These rights generally are based on Statements of Water Diversion and Use that have been filed with the SWRCB. Such statements include one by the United States on behalf of the Cleveland National Forest, which states that the diversion and use of water from Long Canyon Spring is made pursuant to a withdrawal and reservation of the land and resources for National Forest System purposes as of February 14, 1907.

Besides the federal filing, there are also Statements of Water Diversion and Use filed by individuals. Three of these statements represent riparian or pre-1914 appropriative diversions from DeLuz Creek, Fern Creek and Santa Margarita River that have been reported to the SWRCB. The other statement represents a pre-1914 appropriative right to divert water from a spring in Kohler Canyon into a 40 acre foot reservoir.

The last two rights noted on Table 6.1 represent filings made in 1977 pursuant to Subchapter 2.5 to Chapter 3 of Title 23 of the California Code of Regulations. That subchapter deals with Water Rights for Stockponds.

In addition to appropriative rights under SWRCB jurisdiction, there are a number of nonstatutory appropriative rights that were established prior to 1914. These rights continue to be used to support diversions of water from the Santa Margarita River stream system. Such rights, which are listed in the various Interlocutory Orders developed in this litigation, are shown on Table 6.2.

In 1990-91, in Order No. 91-07, the SWRCB revised its Order No. 89-25 entitled, "Order Adopting Declaration of Fully Appropriated Stream Systems and Specifying Conditions for Acceptance of Applications and Registrations." These Orders list the Santa Margarita River stream system as fully appropriated "from the confluence of the Santa Margarita River and the Pacific Ocean upstream including all tributaries where hydraulic continuity exists."

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 6.2

### SANTA MARGARITA RIVER WATERSHED
### PRE - 1914 APPROPRIATIVE WATER RIGHTS
### Listed in Interlocutory Decrees

| LISTED OWNER | CURRENT OWNER | DATE OF APPROPRIATION | SOURCE OF WATER | POINT OF DIVERSION | AMOUNT | USE |
|---|---|---|---|---|---|---|
| Anderson, Nina B. | Nezami, Mohammed | April 11, 1892 | Fern Creek | NW 1/4 Of SE 1/4 Sec 31, T8S, R4W | 32 gpm | Irrigation |
| Butler, Lawrence W. and Mary C. | Vanginkel, Norman Tr and Vanginkel, Deborah San Diego Gas & Electric | Sept. 23, 1896 | Fern Creek | NW 1/4 Of SE 1/4 Sec 31, T8S, R4W | Capacity of 8 inch pipe | Irrigation |
| Wilson, Samuel M. and Hazel A. | Shirley, Robert G. and Bobbi J. | Aug. 3, 1911 | DeLuz Creek | NW 1/4 Of SW 1/4 Sec 32, T8S, R4W | 50 miner's inches 65 AF/Yr | Irrigation |
| United States | United States | 1883 | Santa Margarita River | Sec 5, T10S, R4W | 20 cfs 1200 AF/Yr | Domestic Irrigation |

The consequences of this Order are as follows:

1.    The Board is precluded from accepting any application to appropriate water from the Santa Margarita River System except where the proposed appropriation is consistent with conditions contained in the Declaration.

2.    Initiation of a water right pursuant to the Water Rights Permitting Reform Act of 1988 (Water code Section 1228 et seq.) --that is, by registering small use domestic appropriations--is precluded, except where the proposed appropriation is consistent with conditions contained in the Declaration. Small use domestic appropriations refer to uses that do not exceed direct diversions of 4,500 gallons per day or diversion by storage of 10 acre feet per year for incidental aesthetic, recreational, or fish and wildlife purposes.

3.    Pursuant to Water Code Section 1206(a) the Board is authorized, but not required, to cancel pending applications where inconsistent with conditions contained in the Declaration; previous Orders implement a procedure for disposition of such applications pending on the effective date of the Declaration.

The Order provides for reconsideration of the Order either upon petition of an interested party or upon the Board's own motion.

## 6.3    Fallbrook PUD Changes Point of Diversion and Place of Use for Permit No. 11356

On November 20, 2001, the Chief of the Division of Water Rights of the State Water Resources Control Board authorized an Order Approving Changes in Source Point of Diversion, Place of Use and Amending the Permit (No. 11356). The permit allows Fallbrook PUD to divert and store up to 10,000 acre feet per year at Lake Skinner. The Court approved an Order Amending the Memorandum of Understanding and Agreement on Operation of Lake Skinner on February 16, 2005. The Amendment provides for diversions from Lake Skinner after specified releases are made.

On December 18, 2009, Fallbrook PUD filed a petition for a time extension for completion of beneficial use under Permit No. 11356. The petition was accepted and noticed by the SWRCB on January 23, 2009 and is pending.

## 6.4    Federal Reserved Water Rights Claims by Cahuilla and Ramona Bands

On October 6, 2006, the Cahuilla Band of Indians filed a Motion to Intervene as
Plaintiff-Intervenor in *United States v. Fallbrook Public Utility District, et al.* The Cahuilla
Band also filed a Complaint asking the Court to quantify its federal reserved water rights
by confirming elements of the water rights as declared and decreed by the Court in
Interlocutory Judgment No. 41. On October 16, 2006, the Ramona Band of Cahuilla filed
a similar motion and Complaint. On January 22, 2007, the Court issued an Order
granting the Motions to Intervene and filing the Complaints in Intervention. On February
25, 2009, the Court ordered the Cahuilla Band and Ramona Band as plaintiffs to serve by
April 30, 2009 all water right holders subject to the Court's jurisdiction within the entire
watershed. Service was completed and the parties commenced negotiations. On April 1,
2009, the Cahuilla and Ramona Bands filed motions to dismiss claims against certain
downstream defendants and to file second amended complaints to limit the claims to the
Anza-Cahuilla Groundwater Area. On April 29, 2009, the Court issued an Order granting
the motions. The parties are progressing with negotiations and Court proceedings for
quantification of each Band's federal reserved water rights based on the second
amended complaints.

## 6.5    Federal Reserved Water Rights Claims by Pechanga Band

In 1974, the Pechanga Band of Luiseño Indians filed a Motion to intervene as a
Plaintiff-Intervenor in *United States v. Fallbrook Public Utility District, et al.* and in 1975
the Court granted the Motion. Rather than filing a complaint asking the Court to quantify
its federal reserved water rights, the Pechanga Band is in the process of resolving its
claims to water rights in the Santa Margarita River Watershed through a comprehensive
settlement agreement with the United States and principal water districts, including
Rancho California WD, Eastern MWD, and Metropolitan Water District. On December
17, 2009, Pechanga and Rancho California WD announced an agreement on a
framework, developed with the assistance of Metropolitan Water District and the United
States Federal Negotiating Team, to resolve Pechanga's water rights claims. On April 27,
2009, Pechanga and Rancho California WD agreed to a Settlement Conceptual
Agreement and on June 11, 2009, the Rancho California WD Board approved the
Settlement Conceptual Agreement. On November 16, 2009, the parties announced the
Pechanga Water Rights Settlement Agreement was finalized. On December 11, 2009
and January 26, 2010 the Pechanga Indian Water Rights Settlement Act was introduced
in the United States House of Representatives and Senate, respectively. The parties are
now in the process of obtaining Congressional and Court approvals.

## SECTION 7 - WATER PRODUCTION AND USE

### 7.1    General

Water production and use data were obtained from several types of substantial users including water purveyors, Indian Reservations, mobile home parks and private landowners. Private landowners who qualify as substantial water users are those who irrigate eight or more acres or who produce or use an equivalent quantity of water.

Major water purveyors who reported production and use data in the 2008-09 Water Year are listed as follows:

> Anza Mutual Water Company
> Eastern Municipal Water District
> Elsinore Valley Municipal Water District
> Fallbrook Public Utility District
> Lake Riverside Estates
> Metropolitan Water District of Southern California
> Rainbow Municipal Water District
> Rancho California Water District
> U. S. Marine Corps, Camp Pendleton
> U.S. Naval Weapons Station, Fallbrook Annex
> Western Municipal Water District

Lake Riverside Estates is listed with major water purveyors although it does not deliver water to customers.  However it does produce make-up water for losses from Lake Riverside.

In addition to the major purveyors, there are a number of smaller water systems in the Watershed.  Of these, Butterfield Oaks Mobile Home Park, Jojoba Hills SKP Resort, Outdoor Resorts Rancho California, Inc. and Hawthorn Water System are substantial users.

Three Indian Reservations, the Cahuilla, Pechanga and Ramona, are noted in Interlocutory Judgment No. 41, the Judgment that deals with Water Rights on Indian Reservations in the Watershed.  Estimates and/or measurements of water production and use are reported for the Cahuilla, Pechanga and Ramona Indian Reservations.

A portion of a fourth Reservation, the Pauma Mission Reserve Tract of the Pauma Yuima Band of Mission Indians, is also located within the Watershed.  However, these lands overlie basement complex, which waters have been found by the Court to not add to, support or contribute to the Santa Margarita River stream system.

The final category of water users is private landowners who use water primarily for irrigation.

The water use data collected for the 2008-09 Water Year are summarized on Table 7.1. Total imported supplies plus local production totaled 129,714 acre feet compared to 130,745 reported in 2007-08. Of that quantity, 47,095 acre feet were used for agriculture; 7,908 acre feet were used for commercial purposes; 59,303 acre feet were used for domestic purposes; 26 acre feet were discharged to Murrieta Creek; 11 acre feet were discharged to Santa Gertrudis Creek; 5,265 acre feet were discharged by Rancho California WD during 2008-09 pursuant to the Cooperative Water Resources Management Agreement (CWRMA) (3,992 acre feet to the Santa Margarita River from MWD WR-34; 1,052 acre feet to Murrieta Creek from the System River Meter and 221 acre feet from the potable connection to WR-34 outlet pipe); 3,146 acre feet of fresh water were exported by Camp Pendleton; and 2,357 acre feet were recharged by Rancho California WD to storage. The overall system loss was 4,879 acre feet. System gain or loss is the result of many factors including errors in measurement, differences between periods of use and periods of production, leakage and unmeasured uses.

Monthly production and use data for major water purveyors are attached to this report as Appendix A. Uses are listed under agricultural, ag/domestic, commercial and domestic categories. The definition of agricultural, ag/domestic, commercial and domestic uses varies for the different purveyors in the Watershed. Accordingly definitions of these uses for major water purveyors are shown on Table 7.2. It is noted that much of the non-agricultural water use in the Watershed can also be considered municipal use, which includes both the domestic and commercial uses shown in tables in this report. Similar data for Water Years 1966-2009 are summarized in tables presented in Appendix B. Appendix C presents information on substantial users outside purveyor service areas.

## 7.2    Water Purveyors

### Anza Mutual Water Company

Anza Mutual Water Company's service area is in the eastern part of the Watershed in the Anza Valley. Production is from two wells: Well No. 1 drilled in 1951 and perforated from 20 feet to 260 feet; and Well No. 2 drilled later to a depth of 287 feet and perforated in the bottom 130 feet. Production for 2008-09 was 34.13 acre feet from Well No. 1 as shown in Appendix A, Table A-11. Well No. 2 was not in use for 2008-09. Water levels in Well No. 1 increased 20 feet from last year.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.1

### *SANTA MARGARITA RIVER WATERSHED*
### **WATER PRODUCTION AND USE**
2008-09
Quantities in Acre Feet

| | PRODUCTION | | | USE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | WELL/ SURFACE | IMPORT | TOTAL | AG | COMM | DOM | LOSS | TOTAL | WATER RIGHT |
| **WATER PURVEYORS** | | | | | | | | | |
| Anza Mutual Water Company | 34 | 0 | 34 | 0 | 0 | 31 | 3 [1] | 34 | Appropriative |
| Eastern MWD | 0 | 14,472 | 14,472 | 0 | 0 | 13,748 | 724 | 14,472 | Appropriative |
| Elsinore Valley MWD | 0 | 9,075 | 9,075 [12] | 147 | 2,015 | 6,913 | 0 | 9,075 | --------- |
| Fallbrook PUD | 0 | 8,557 | 8,557 | 4,151 | 533 | 3,363 | 510 | 8,557 | Appropriative |
| Lake Riverside Estates | 348 | 0 | 348 | 0 | 348 [2] | 0 | 0 | 348 | Appropriative |
| Metropolitan Water District | 0 | 465 | 465 | 441 | 0 [3] | 0 | 24 | 465 | --------- |
| Murrieta Division of Western MWD | 861 | 1,654 | 2,515 | 396 | 219 | 1,723 | 177 | 2,515 | Appropriative |
| Rainbow MWD | 0 | 1,852 | 1,852 | 1,463 | 0 | 220 | 169 | 1,852 | --------- |
| Rancho California WD | 27,453 [4] | 50,270 [5] | 77,723 | 32,797 [6] | 4,306 | 30,159 | 10,461 [7] | 77,723 | Various |
| U.S.M.C. - Camp Pendleton | 6,398 | 0 | 6,398 | 273 | ------ [8] | 2,681 | 3,444 [1][9] | 6,398 | Appropriative/ Riparian |
| U.S. Naval Weapons Station | 0 | 74 | 74 | 0 | ------ [8] | 67 | 7 [1] | 74 | --------- |
| Western MWD Improvement District A Through Rancho California WD | 0 | 51 | 51 | 0 | 46 | 0 | 5 [1] | 51 | --------- |
| **INDIAN RESERVATIONS** | | | | | | | | | |
| Cahuilla | 49 | 0 | 49 | 0 | ------ | 49 | 0 | 49 | Overlying/Reserved |
| Pechanga | 952 | 0 | 952 | 548 | 441 | 195 | (232) [13] | 952 | Overlying/Reserved |
| **SMALL WATER SYSTEMS** | | | | | | | | | |
| Butterfield Oaks | 23 | 0 | 23 | 8 | 0 | 13 | 2 [1] | 23 | Riparian/Overlying |
| Outdoor Resorts | 492 | 0 | 492 | 429 | 0 | 57 | 6 [1] | 492 | Overlying |
| Jojoba Hills SKP Resort | 68 | 0 | 68 | 0 | 0 | 61 | 7 [1] | 68 | Overlying |
| Hawthorn Water System | 25 | 0 | 25 | 0 | 0 | 23 | 2 [1] | 25 | Appropriative |
| **OTHER SUBSTANTIAL USERS** | 6,541 [10] | 0 | 6,541 | 6,442 | 0 | 0 | 99 [11] | 6,541 | |
| **TOTAL** | **43,244** | **86,470** | **129,714** | **47,095** | **7,908** | **59,303** | **15,408** [14] | **129,714** | |

1/ Assumes 10% system loss
2/ Recreation Use
3/ Construction use at Diamond Valley Lake
4/ 26,584 AF production from Old Alluvium and 1,236 AF of Vail Recovery less 367 AF exported to the San Mateo Watershed
5/ Includes 32,168 AF direct use; 14,828 AF direct recharge; 3,992 AF from MWD WR-34; and minus 718 AF export
6/ 26,811 AF Ag, and 5,986 AF Ag/Domestic
7/ 26 AF discharged into Murrieta Creek; 11 AF discharged into Santa Gertrudis Creek; 3,992 AF discharged into Santa Margarita River from MWD WR-34; 1,052 AF from System River Meter; 221 AF from potable connection to WR-34 outlet pipe and 2,357 AF of import remaining in storage; and a system loss of 2,802 AF
8/ Listed with Domestic uses
9/ Includes exports of 3,146 acre feet
10/ 986 AF for surface diversion plus 5,604 AF from groundwater as shown in Appendix C, minus 49 AF on the Cahuilla Reservation
11/ 10% of surface diversions
12/ Sales figures
13/ Includes a system loss of 36 acre feet, minus 268 acre feet of reclaimed wastewater from EMWD, accounted for on Table A-1. See Table A-5 for Pechanga production and use
14/ Includes an overall system loss of 4,879 AF

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.2

### SANTA MARGARITA RIVER WATERSHED
### DEFINITIONS OF WATER USE
### BY MUNICIPAL WATER PURVEYORS
2008-09

| DISTRICT | AGRICULTURAL | DOMESTIC | COMMERCIAL |
|---|---|---|---|
| **EASTERN MUNICIPAL WATER DISTRICT** | A commercial enterprise producing a crop/livestock on at least 5 acres and able to accept a delivery of at least 24 consecutive hours | Single family, multiple units and agricultural uses of less than 5 acres | Not reported |
| **ELSINORE VALLEY MUNICIPAL WATER DISTRICT** | Delivery of water for agricultural purposes in growing or raising for commerce, trade or industry or for use by public eduational or correctional institutions | Delivery of water to single family residential customers in single, detached residential units | Delivery of water to multi-family residential units; commercial, industrial establishments; cities, political sub-divisions or quasi-governmental associations |
| **FALLBROOK PUBLIC UTILITY DISTRICT** | AG - A commercial enterprise producing a crop/livestock/fowl on at least 1 acre fully used for ag purposes; can include incidental domestic use related to residency AG/DOM - Water used for both ag and domestic purposes | Single family, multi-unit and large domestic residences and the first 20,000 gallons used by an ag/domestic meter | Offices, businesses, schools and hydrants |
| **PECHANGA INDIAN RESERVATION** | Irrigation, including water used for golf course, parks, grass areas, and landscaping | Residential | Resort, on-Reservation businesses, tribal facilities |
| **RAINBOW MUNICIPAL WATER DISTRICT** | AG- 1 acre or more of plantable, resalable products DOM/AG - Same as Ag with a house on the parcel | DOMESTIC - Homes | Generally no commercial use in district |
| **RANCHO CALIFORNIA WATER DISTRICT** | AG - 1 acre or more of plantable, resalable products GOLF - Outside water use at golf courses VINEYARDS - Outside irrigation for vineyards LANDSCAPE - Landscaping around freeways, parking lots, office buildings. median strips. AG/DOM - First 1600 c.f. for each user alloted to domestic, and the balance to agriculture | DOMESTIC - Homes MULTIPLE - Apartments and Condominiums | COMMERCIAL - Office buildings, industrial users other than agri-businesses  FLOATING - Fire hydrants used during construction CONSTRUCTION - Other fire hydrants used for grading LAKE SKINNER - Recreational use at Lake Skinner<br><br>MISCELLANEOUS - Schools, fire departments, parks, government agencies  DETECTOR CK. METERS - Only used when there is a fire |
| **MURRIETA DIVISION OF WESTERN MUNICIPAL WATER DISTRICT** | Agricultural uses and irrigation for crops | Homes and multiple units | Businesses, public agencies, schools and construction |
| **USMC, CAMP PENDLETON** | Irrigation - Water used for ag purposes, not landscaping, golf courses or parks | Camp Supply - Includes landscaping, parks and commercial use | Reported under Camp Supply |

Interlocutory Judgment No. 33 divides aquifers in Anza Valley at this location into two categories: the shallow aquifer and the deep aquifer. Based on information available to the Court the shallow aquifer was determined to include the younger and older alluvial deposits in the Anza Groundwater Basin and extend to a maximum but variable depth of approximately 100 feet. The deep aquifer underlies the shallow aquifer in an area about one-half mile in width and two miles in length, within portions of Sections 16, 17, 21, 22, 27 and 28 of Township 7 South, Range 3 East, SBM. Anza Mutual Water Company's wells are within the area of the deep aquifer. From the perforated intervals in the wells, it may be concluded that most of the production from Well No. 1 and all of the production from Well No. 2 are from the deep aquifer. Interlocutory Judgment No. 33 concluded that waters contained in the deep aquifer did not add to, support or contribute to the Santa Margarita River stream system and were, therefore, declared to be outside the Court's jurisdiction.

Thus, most of the water produced by the Anza Mutual Water Company is outside the Court's jurisdiction. The relatively small portion pumped from the shallow aquifer in Well No. 1 is pumped under a groundwater appropriative right. Data for Water Years 1989 -2009 are shown in Appendix Table B-12.

#### Eastern Municipal Water District

Eastern MWD is a member agency of MWD and its service area includes a portion of the Rancho California WD and the Murrieta Division of Western MWD. Within the Watershed, the District wholesales water to those districts and also retails water directly to consumers. Water sold to Rancho California WD and the Murrieta Division of Western MWD is not listed in this report as imported water to Eastern MWD.

Eastern MWD's service area outside Rancho California WD and the Murrieta Division of Western MWD is located in the northern part of the Watershed. Water for the Eastern MWD retail service area is all imported with no groundwater production during 2008-09.

Imports, not including water wholesaled to Rancho California WD or the Murrieta Division of Western MWD or delivered to Elsinore Valley MWD, totaled 16,919 acre feet. A portion of that import amounting to 2,447 acre feet was exported from the Santa Margarita River Watershed for delivery to Eastern MWD's retail customers located outside the watershed, resulting in net import to the watershed of 14,472 acre feet. These data are shown in Appendix A.

In addition to importing fresh water, Eastern MWD also reclaims wastewater at its Temecula Valley Regional Water Reclamation Facility.

Disposition of wastewater from the Temecula Valley Regional Water Reclamation Facility (Facility) service area for Water Years 2007-08 and 2008-09 is shown below:

| Use | 2007-08 | | 2008-09 | |
|---|---|---|---|---|
| | Quantity | Percent | Quantity | Percent |
| | AF | % | AF | % |
| Reuse in Santa Margarita | 1,450 | 10 | 2,615 | 18 |
| Reuse outside Santa Margarita | 5,925 | 42 | 6,786 | 46 |
| Subtotal | 7,375 | 52 | 9,401 | 64 |
| Discharge to Dissipater at Temescal Creek | 4,210 | 29 | 2,772 | 19 |
| Other | 2,654 | 19 | 2,469 | 17 |
| TOTAL | 14,239 | 100 | 14,642 | 100 |

It can be noted that the quantities of reclaimed wastewater used within the Santa Margarita River Watershed increased from 1,450 acre feet in 2007-08 to 2,615 acre feet in 2008-09. During the same period reuse outside the Santa Margarita River Watershed increased from 5,925 acre feet to 6,786 acre feet. From the foregoing it may be concluded that 18 percent of the wastewater is reused in the watershed and 46 percent is used outside the watershed. The quantity of wastewater discharged to the dissipater at Temescal Creek decreased from 4,210 acre feet to 2,772 acre feet. The Other use decreased from 2,654 acre feet to 2,469 acre feet. This Other use includes changes of storage in Winchester and Sun City storage ponds, as well as evaporation and percolation losses.

Because of concerns about the potential export of native Santa Margarita water, the sources of water supply to the Facility service area were determined and are shown on Table 7.3. In 2008-09, 15 percent of the supply to the service area was groundwater. Thus, the percent of groundwater supply was less than the percentage of wastewater reused within the Santa Margarita Watershed, and on a proportional basis there was no export of native waters. It is noted that Rancho California WD does not agree with this method for calculating export of native waters.

TABLE 7.3

## SANTA MARGARITA RIVER WATERSHED
### WATER DELIVERIES TO TEMECULA VALLEY
### REGIONAL WATER RECLAMATION FACILITY SERVICE AREA

| | 2005 AF | % | 2006 AF | % | 2007 AF | % | 2008 AF | % | 2009 AF | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Eastern MWD** | | | | | | | | | | |
| Deliveries to TVRWRF Service Area | | | | | | | | | | |
| 1. Groundwater | 0 | | 0 | | 0 | | 0 | | 0 | |
| 2. Import 1/ | 10,858 | | 14,161 | | 15,398 | | 14,952 | | 14,472 | |
| 3. Total | 10,858 | | 14,161 | | 15,398 | | 14,952 | | 14,472 | |
| | | | | | | | | | | |
| **Rancho California WD** | | | | | | | | | | |
| Deliveries to TVRWRF Service Area | | | | | | | | | | |
| 1. Groundwater 2/ | 8,486 | | 8,150 | | 5,923 | | 5,700 | | 5,230 | |
| 2. Import 3/ | 10,696 | | 12,753 | | 17,230 | | 16,431 | | 15,609 | |
| 3. Total 4/ | 19,182 | | 20,903 | | 23,153 | | 22,131 | | 20,839 | |
| | | | | | | | | | | |
| **Total Deliveries to TVRWRF Service Area** | | | | | | | | | | |
| 1. Groundwater | 8,486 | 28.2% | 8,150 | 23.2% | 5,923 | 15.4% | 5,700 | 15.4% | 5,230 | 14.8% |
| 2. Import | 21,554 | 71.8% | 26,914 | 76.8% | 32,628 | 84.6% | 31,383 | 84.6% | 30,081 | 85.2% |
| 3. Total | 30,040 | 100.0% | 35,064 | 100.0% | 38,551 | 100.0% | 37,083 | 100.0% | 35,311 | 100.0% |

1/ EMWD imports are based on discharges from EM-17.
2/ Based on ratio of groundwater to total production in Rancho Division of RCWD
3/ Based on ratio of import to total production in Rancho Division of RCWD
4/ Total RCWD deliveries in TVRWRF Service Area

On August 4, 2009, a Judgment was entered in *United States and Fallbrook Public Utility District v. Eastern Municipal Water District and Rancho California Water District* (CV 04-8182 CBM (RNBx), United States District Court, Central District of California) pertaining to the export of treated wastewater from the Santa Margarita River Watershed. For purposes of this annual report the export of treated wastewater will be reported consistent with prior annual reports with no changes pursuant to the recent Judgment. Once this case is resolved pending any motions for reconsideration and possible appeals, the Watermaster will reevaluate the calculations and reporting to be included in future annual reports.

Estimates of water production and use for the period 1966-2009 are shown in Appendix B.

### Elsinore Valley Municipal Water District

Elsinore Valley MWD provides water to its service area around Lake Elsinore, a portion of which is within the Santa Margarita River Watershed. Elsinore Valley MWD obtains its supply from ten wells, all located outside the Santa Margarita River Watershed, and also imports MWD water through Eastern MWD and Western MWD.

As shown in Appendix A, the Elsinore Valley MWD reports that 9,075 acre feet of imported water was delivered in the portion of its service area that is inside the Santa Margarita River Watershed in 2008-09. Also during 2008-09, approximately 1,069 acre feet of wastewater were exported from that same area.

Production and use during the period 1966 to 2009 are shown in Appendix B.

### Fallbrook Public Utility District

In 2008-09, Fallbrook PUD imported 15,355 acre feet through its contract with the San Diego County Water Authority as shown in Appendix A. Of this quantity, 2,767 acre feet were delivered to the former DeLuz Heights Water District service area that is entirely within the Santa Margarita River Watershed. Of the remaining importations it is estimated that 46 percent, or 5,790 acre feet, were delivered to lands inside the Santa Margarita River Watershed. The remainder was delivered to lands in the adjacent San Luis Rey River Watershed. Thus, imports to the Watershed totaled 8,557 acre feet in 2008-09. Fallbrook PUD did not receive any water diverted at Lake Skinner for 2008-09. It is noted the District is working with the Watermaster to refine estimates of deliveries inside and outside the watershed, and such refinements will be included in future annual reports.

In addition, the District has three wells; however, in 2008-09, there was no pumpage from these wells. In 2008-09, Fallbrook PUD treated 1,187 acre feet of wastewater from areas served within the Watershed, of which 31 acre feet were reused in the Watershed, and the remainder was exported.

Production during the period 1966 to 2009 included direct diversions from the Santa Margarita River for water years before 1972 as well as imported water and well production as shown in Appendix B.

### Lake Riverside Estates

Lake Riverside Estates pumps water from Well No. 7S/2E-32C1, into Lake Riverside to replace evaporation losses. Production for 2008-09 was 348 acre feet as shown in Appendix A, Table A-11. The production well was drilled in 1962 and is located in an area of younger alluvium in the Cahuilla Groundwater Basin. The well was drilled to a depth of 338 feet.

Interlocutory Judgment No. 33 indicates that the owners of lands in the Cahuilla Groundwater Basin have correlative overlying rights to the use of the groundwater that is the basis for this production. Data for 1989 - 2009 are shown on Appendix Table B-12.

### Metropolitan Water District of Southern California

Pursuant to a Court Order, MWD imported 465 acre feet of water into the Santa Margarita River Watershed for irrigation of lands in Domenigoni Valley. MWD did not import any water for groundwater recharge and there was no water used for construction purposes. As previously noted, the groundwater in the Domenigoni Valley groundwater basin is outside this Court's jurisdiction when groundwater levels are below 1400 feet. This production is shown in Appendix A and production for the period 1966 - 2009 is shown in Appendix B.

### Rainbow Municipal Water District

Rainbow MWD is located in San Diego County in the south-central part of the Watershed. In 2008-09 the District imported a total of 27,075 acre feet of water as shown on Table B-7. However, most of the District is in the San Luis Rey River Watershed and only about seven percent of the District's imported supply was delivered to the portion of the District's service area inside the Santa Margarita River Watershed. As shown in Appendix A, total deliveries of imported water in the Santa Margarita River Watershed in 2008-09 amounted to 1,852 acre feet.

The import production for years between 1966 and 2009 is shown in Appendix B.

### Rancho California Water District

Rancho California WD serves water to a 99,600 acre service area in the central portion of the Watershed. The District produced water from 47 wells in 2008-09 and also imported water, as shown in Appendix A. Use is shown in Appendix A under the categories of agriculture, ag/domestic, commercial and domestic. In Water Year 2008-09

well production of native water included 27,820 acre feet from the Murrieta-Temecula Groundwater Area. This quantity included 26,584 acre feet from the older alluvium, and 1,236 acre feet of recovered Vail recharge. A portion of the groundwater amounting to 367 acre feet was exported for use in the San Mateo Watershed, resulting in a net well production of 27,453 acre feet.

Import supplies totaled 50,988 acre feet of which 32,168 acre feet were used for direct use, 14,828 acre feet were recharged, and 3,992 acre feet were discharged by Rancho California WD to the Santa Margarita River from MWD Meter WR-34 during 2008-09 pursuant to the CWRMA. A portion of that import amounting to 718 acre feet were exported from the Santa Margarita River Watershed resulting in net import to the Watershed of 50,270 acre feet.

During 2008-09, use totaled 77,723 acre feet including 26,811 acre feet by agriculture; 5,986 acre feet by ag/domestic; 4,306 acre feet by commercial; 30,159 acre feet by domestic; 5,302 acre feet were released into Murrieta Creek, Temecula Creek, Santa Gertrudis Creek and the Santa Margarita River; 2,357 acre feet of import were recharged to storage; and 2,802 acre feet were system loss.

In 2008-09 Rancho California WD did not export wastewater from the Watershed to the dissipater at Temescal Creek in the Santa Ana Watershed.

Rancho California WD produces groundwater under a variety of rights as follows:

1.   Recovery of water appropriated at Vail Lake
2.   Recovery of import return flows and recharged imported water
3.   Groundwater appropriative rights
4.   As agent on behalf of overlying landowners

### Vail Appropriation

Rancho California WD's Vail Dam appropriative rights are described in Application No. 11518 as amended on June 17, 1947, and in Permit 7032 originally issued on February 18, 1948. Permit 7032 was subsequently amended on July 28, 1971 and April 22, 2009. The water right provides that the District may store up to 40,000 acre feet in Vail Reservoir each year between November 1 and April 30, subject to applicable limitations. The water so stored may be used for recreational uses at Vail Lake and municipal, domestic, industrial, and irrigation uses within the entire service area of Rancho California WD. Such uses may be by direct diversion from Vail Lake or by recovery of water released from Vail and spread downstream in Pauba Valley. Points of re-diversion for recovery from underground storage are permitted for 12 production wells: Rancho California WD Well Nos. 109, 110, 123, 132, 152, 153, 157, 158, 210, 232, 233, and 234.

A total of 1,236 acre feet were released from Vail during 2008-09 for groundwater recharge. Releases from Vail for groundwater recharge for the period 1980 to 2009 are shown on Appendix Table B-8.

Permit 7032 operations for 2008-09 are summarized on Table 7.4. The recovery from groundwater recharge for 2008-09 was 1,236 acre feet corresponding to the amount released from Vail for recharge and thus there was no change in the Vail recharge account balance.

It is noted with the issuance of the amended Permit 7032 in 2009 the place of use, purposes of use, and permitted points of re-diversion were changed. Accordingly, the reporting of Permit 7032 operations needs to be modified to reflect the changed permit conditions. Table 7.4 was modified to reflect the changes subject to further refinement as part of the update of the CWRMA groundwater model. The reporting on Table 7.4 reflects the assumption that all water released from Vail for recharge in 2008-09 was recovered from the younger alluvium by pumping from the permitted recovery wells. The remainder of the pumping from the younger alluvium was apportioned to direct import recharge. The updated groundwater model will be used to develop a refined accounting methodology for recharge and recovery of Vail releases and imported water. The updated model will also be used to evaluate the status of and accounting for the Vail recharge account and the imported water carryover account.

### Imported Water Return Flows

Return flows for 2008-09 based on imported water use in the Rancho Division and Santa Rosa Division are shown on Table 7.5 and on Table 7.6.

In those tables, imported water is allocated to agricultural, ag/domestic, commercial and domestic uses in each of eight hydrogeologic areas in the Rancho Division service area and three hydrogeologic areas in the Santa Rosa Division service area. This allocation is the proportion of the total deliveries to each use that is made up of imported water. In 2008-09, 58.89 percent of the supply to the Rancho Division was imported and 65.02 percent of the supply to the Santa Rosa Division was imported.

In general the Santa Rosa Division does not overlie the groundwater area. However there are several areas classified as being in the Santa Rosa Division that do overlie the groundwater area and generate return flows from imported supplies. Data from most of these lands have been reported since December 1991.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

### TABLE 7.4

*SANTA MARGARITA RIVER WATERSHED*
**RANCHO CALIFORNIA WATER DISTRICT**
**PERMIT 7032 OPERATIONS**
2008-09
Quantities in Acre Feet

| | | |
|---|---:|---:|
| Diversion to Storage in Vail Lake [1] | | 3,002 |
| Release to Groundwater Storage [1] | | 1,236 |
| Recovery from Groundwater Storage [2][3] | | |
|     Younger Alluvium | 1,236 | |
|     Older Alluvium | 0 | |
|     Total | | 1,236 |
| Vail Recharge Account Balance from 2007-08 | | 54,297 |
| Release minus Recovery | | 0 |
| Vail Recharge Account Balance for 2008-09 | | 54,297 |

1/ See Table 3.3
2/ Permitted Points of Re-Diversion RCWD Well Nos. 109, 110, 123, 132, 152, 153, 157, 158, 210, 232, 233 and 234
3/ Total pumping from Vail recovery wells is greater than amount shown as recovered under Permit 7032.
Total pumping from the 12 recovery wells shown on Table 7.8.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.5

### *SANTA MARGARITA RIVER WATERSHED*
## RANCHO CALIFORNIA WATER DISTRICT
## RETURN FLOW CREDIT
2008-09
**RANCHO DIVISION**
Quantities in Acre Feet

HYDROGEOLOGIC AREAS

| | 0 NO HYDRO-GEO CODE | 1 MURRIETA WOLF 1/2 QYAL 1/2 QTOAL | 2 SANTA GERTRUDIS QYAL | 3 LOWER MESA QTOAL | 4 PAUBA QYAL | 5 SOUTH MESA QTOAL | 6 UPPER MESA QTOAL | 7 PALOMAR QTOAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **AGRICULTURAL *** | | | | | | | | | |
| Total Use | 886.09 | 936.50 | 608.62 | 2,522.30 | 329.06 | 759.60 | 679.18 | 837.56 | 7,558.91 |
| % Import | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | |
| Import Use | 521.79 | 551.48 | 358.40 | 1,485.30 | 193.77 | 447.30 | 399.95 | 493.21 | 4,451.20 |
| % Credit | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | |
| Credit | 130.45 | 137.87 | 89.60 | 371.33 | 48.44 | 111.83 | 99.99 | 123.30 | 1,112.80 |
| **AG/DOMESTIC** | | | | | | | | | |
| Total Use | 559.12 | 42.15 | 0.00 | 36.21 | 517.56 | 40.06 | 438.01 | 150.67 | 1,783.78 |
| % Import | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | |
| Import Use | 329.25 | 24.82 | 0.00 | 21.32 | 304.77 | 23.59 | 257.93 | 88.73 | 1,050.41 |
| % Credit | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | |
| Credit | 82.31 | 6.21 | 0.00 | 5.33 | 76.19 | 5.90 | 64.48 | 22.18 | 262.60 |
| **COMMERCIAL** | | | | | | | | | |
| Total Use | 264.79 | 1,249.74 | 837.56 | 782.56 | 220.92 | 131.20 | 51.94 | 7.69 | 3,546.39 |
| % Import | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | |
| Import Use | 155.93 | 735.93 | 493.21 | 460.83 | 130.09 | 77.26 | 30.58 | 4.53 | 2,088.36 |
| % Credit | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | |
| Credit | 15.59 | 73.59 | 49.32 | 46.08 | 13.01 | 7.73 | 3.06 | 0.45 | 208.84 |
| **DOMESTIC** | | | | | | | | | |
| Total Use | 1,302.87 | 2,428.93 | 2,553.76 | 11,811.47 | 740.50 | 3,797.78 | 1,829.51 | 595.48 | 25,060.32 |
| % Import | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | 58.89 | |
| Import Use | 767.22 | 1,430.32 | 1,503.83 | 6,955.40 | 436.06 | 2,236.39 | 1,077.34 | 350.66 | 14,757.22 |
| % Credit | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | |
| Credit | 191.80 | 357.58 | 375.96 | 1,738.85 | 109.01 | 559.10 | 269.34 | 87.67 | 3,689.30 |
| ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| **TOTAL USE** | 3,012.87 | 4,657.32 | 3,999.94 | 15,152.55 | 1,808.03 | 4,728.64 | 2,998.64 | 1,591.40 | 37,949.40 |
| ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| **TOTAL** | | | | | | | | | |
| Total Import Use | 1,774.18 | 2,742.55 | 2,355.44 | 8,922.85 | 1,064.69 | 2,784.54 | 1,765.80 | 937.13 | 22,347.19 |
| Total Credit | 420.16 ** | 575.25 | 514.88 | 2,161.59 | 246.66 | 684.55 | 436.86 | 233.60 | 5,273.54 |
| Total Credit Qyal | | 287.62 | 514.88 | | 246.66 | | | | 1,049.16 |
| Total Credit Qtoal | | 287.62 | | 2,161.59 | | 684.55 | 436.86 | 233.60 | 3,804.22 |

* Includes golf course and landscape irrigation
** This credit not applied to either Qyal or Qtoal

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.6

*SANTA MARGARITA RIVER WATERSHED*
**RANCHO CALIFORNIA WATER DISTRICT**
**RETURN FLOW CREDIT**
2008-09
**SANTA ROSA DIVISION**
Quantities in Acre Feet

HYDROGEOLOGIC AREAS

| | 1 MURRIETA WOLF 1/2 QYAL 1/2 QTOAL | 3 LOWER MESA QTOAL | 8 RTS 279, 280 & 285 1/4 QYAL 3/4 QTOAL | TOTAL |
|---|---|---|---|---|
| **AGRICULTURAL *** | | | | |
| Total Use | 0.00 | 0.00 | 589.65 | 589.65 |
| % Import | 65.02 | 65.02 | 65.02 | |
| Import Use | 0.00 | 0.00 | 383.39 | 383.39 |
| % Credit | 25.00 | 25.00 | 25.00 | |
| Credit | 0.00 | 0.00 | 95.85 | 95.85 |
| **AG/DOMESTIC** | | | | |
| Total Use | 0.00 | 0.00 | 0.00 | 0.00 |
| % Import | 65.02 | 65.02 | 65.02 | |
| Import Use | 0.00 | 0.00 | 0.00 | 0.00 |
| % Credit | 25.00 | 25.00 | 25.00 | |
| Credit | 0.00 | 0.00 | 0.00 | 0.00 |
| **COMMERCIAL** | | | | |
| Total Use | 0.00 | 0.00 | 607.08 | 607.08 |
| % Import | 65.02 | 65.02 | 65.02 | |
| Import Use | 0.00 | 0.00 | 394.72 | 394.72 |
| % Credit | 10.00 | 10.00 | 10.00 | |
| Credit | 0.00 | 0.00 | 39.47 | 39.47 |
| **DOMESTIC** | | | | |
| Total Use | 0.00 | 0.00 | 1,409.30 | 1,409.30 |
| % Import | 65.02 | 65.02 | 65.02 | |
| Import Use | 0.00 | 0.00 | 916.32 | 916.32 |
| % Credit | 25.00 | 25.00 | 25.00 | |
| Credit | 0.00 | 0.00 | 229.08 | 229.08 |
| **TOTAL USE** | 0.00 | 0.00 | 2,606.02 | 2,606.02 |
| **TOTAL** | | | | |
| Total Import Use | 0.00 | 0.00 | 1,694.43 | 1,694.43 |
| Total Credit | 0.00 | 0.00 | 364.40 | 364.40 |
| Total Credit Qyal | 0.00 | | 91.10 | 91.10 |
| Total Credit Qtoal | 0.00 | 0.00 | 273.30 | 273.30 |

* Includes golf course and landscape irrigation

The percentage of imported water that becomes return flow varies according to the use as follows:

| | |
|---|---|
| Agricultural Use | 25% |
| Ag/Domestic Use | 25% |
| Commercial Use | 10% |
| Domestic Use | 25% |

Based on the foregoing factors, the return flow credit for 2008-09 is computed to be 5,273.54 acre feet for the Rancho Division and 364.40 acre feet for the Santa Rosa Division, as shown on Tables 7.5 and 7.6 respectively.

Some of the hydrogeologic areas overlie older alluvium and some overlie younger alluvium. Comparison of exposures of younger alluvium with maps of the District's hydrogeologic areas indicates that the Santa Gertrudis, Pauba and half of the Murrieta-Wolf areas overlie younger alluvium. The area of the Santa Rosa Division that overlies the groundwater area is one-fourth in the younger alluvium and three-fourths in the older alluvium. Import return flows in these areas can be credited against pumping from the younger alluvium. These credits for 2008-09 are 1,049.16 acre feet for the Rancho Division and 91.10 acre feet for the Santa Rosa Division, as shown on Tables 7.5 and 7.6 respectively.

Rancho California WD imported an additional 14,828 acre feet of water for groundwater recharge in 2008-09, of which 12,471 acre feet were recovered.

### Division of Local Water

During 2008-09, Rancho California WD pumped 40,541 acre feet of groundwater, comprised of 28,070 acre feet of local water and 12,471 acre feet of recovered imported water. Some of this water was pumped from the younger alluvium and some from the older alluvium. The Court determined that water in both the younger alluvium and older alluvium adds to, contributes to and supports the Santa Margarita River stream system. The primary reason for differentiating between younger alluvium and older alluvium production is that, in California, production from the younger alluvium is generally considered to be governed by water rights that apply to the regulation of surface waters. Production from the older alluvium is generally considered to be governed by regulations that apply to groundwater. Of the 28,070 acre feet of local water, 250 acre feet were delivered to the Pechanga Indian Reservation under the terms of the Wolf Valley Groundwater Management Agreement. This production is shown on Appendix Table A-5.

During joint development of a groundwater model of the area it was necessary to develop estimates of the transmissivity for each aquifer. These estimates were based on pumping tests. The resulting transmissivity values were then used to estimate the relative groundwater production from each aquifer. For Rancho California WD wells, the percent production estimated to originate in the younger alluvium is shown in Table 7.7.

Production from the younger alluvium and older alluvium for 2008-09 using the percentages noted in Table 7.7 is presented in Table 7.8. It may be noted that 13,707 acre feet were pumped from the younger alluvium and 26,834 acre feet were pumped from the older alluvium in 2008-09.

The production of 13,707 acre feet from the younger alluvium, as shown on Table 7.8 includes recovery of 1,236 acre feet of Vail recharge and 12,471 acre feet of direct import recharge. The recovered Vail recharge of 1,236 acre feet is determined as the total Vail release from recharge shown on Table 7.4

Rancho California WD imported 14,828 acre feet of water in 2008-09 for direct recharge of which 12,471 acre feet were recovered leaving 2,357 acre feet as unrecovered direct recharge.

Imported water carryover to 2008-09 includes the following:

|  |  | AF |
|---|---|---|
| 1. | Carryover from 2007-08 | 46,941 |
| 2. | Unrecovered direct recharge in 2008-09 | 2,357 |
| 3. | Import Return Flow Credit for 2008-09 | 1,140 |
| 4. | Total Carryover to 2009-10 | 50,438 |

Thus, 50,438 acre feet of imported supplies remain available to offset younger alluvium production in future years.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.7

## *SANTA MARGARITA RIVER WATERSHED*
## PERCENT PRODUCTION FROM YOUNGER ALLUVIUM IN RANCHO CALIFORNIA WATER DISTRICT WELLS

| RCWD WELL NO. | LOCATION TOWNSHIP/ RANGE/ SECTION | SEAL DEPTH FEET | PERFORATED INTERVAL FEET | DEPTH YOUNGER ALLUVIUM FEET | PERCENT YOUNGER ALLUVIUM % | | REMARKS |
|---|---|---|---|---|---|---|---|
| 106 | 7S/3W-26R1 | 55 | 130-210; 250-310; 340-440; 700-740; 780-980 | 0 | 0.0% | Murrieta | No. 108 Winchester, clay 0'-40' |
| 107 | 7S/3W-26J1 | 55 | 60-120; 190-260; 280-300; 390-590 | 58 | 0.0% | Murrieta | No. 105 - gravel & clay 58'-84' |
| 108 | 7S/3W-25E1 | 55 | 60-110; 190-280; 350-410; 430-450; 470-490: 530-590 | 55 | 0.0% | Murrieta | Formerly No. 109 gravel/sandy clay 55'-70' |
| 109 | 8S/2W-17J1 | 52 | 70-150; 170-210 | 75 | 84.0% | | Brown clay and gravel 75' to 105' |
| 110 | 8S/1W-6K1 | 54 | 75-155 | 165 | 97.0% | | Clay 165'-180'. Prior to 10/23/97 perf int. 70-150; 200-240; 320-380; 420-460 |
| 113 | 7S/2W-25H1 | 52 | 96-136; 275-462; 482-542 | Shallow | 0.0% | | |
| 116 | 8S/1W-6J | Unknown | 60-120; 140-200; 220-260; 270-330; 370-390 | 150 | 94.0% | | Clay 150'-170' |
| 119 | 8S/2W-19J | 55 | 170-260; 300-470 | | 0.0% | Wolf Valley | Perforated below 170' |
| 123 | 8S/1W-7B | 55 | 100-260; 300-380; 420-500 | 135 | 65.0% | | Brown Sand Clay 135'-210' |
| 129 | 7S/2W-20L | Unknown | 180-290; 416-480; 520-600 | Shallow | 0.0% | Santa Gertrudis Creek | Qyal very shallow along Santa Gertrudis Creek |
| 132 | 8S/1W-7D | 55 | 70-390; 430-500 | 135 | 82.0% | | Brown Clay Streaks 135'-175' |
| 135 | 7S/3W-27M10 | 55 | 70-170 | 50 | 0.0% | Murrieta Valley | Silty clay 50'-69' |
| 141 | 8S/2W-11P | 55 | 120-190; 215-235; 270-380; 430-510 | 104 | 0.0% | | Silt & sand 104'-185'; Well 11L1 is 112' |
| 144 | 7S/3W-27D | 55 | 983-1123; 1143-1283; 1343-1483; 1503-1743 | 25 | 0.0% | Murrieta Valley | Sand with silty clay 25'-45' |
| 146 | 7S/3W-28 | 50 | 50-190 | 42 | 0.0% | Murrieta | |
| 152 | 8S/1W-5K | 50 | 70-470; 490-540 | 130 | 90.8% | | Forebay |
| 153 | 8S/1W-5K3 | 50 | 50-220 | 170 | 99.0% | | Forebay |
| 157 | 8S/1W-5L | 50 | 50-210 | 128 | 96.8% | | Forebay |
| 158 | 8S/1W-5K | 50 | 50-210 | 100 | 96.5% | | Forebay |
| 205 | 7S/3W-35A | 50 | 150-1000 | 10 | 0.0% | Santa Gertrudis/ Murrieta Valley | Sandy clay 10'-20' |
| 210 | 8S/2W-12K | None | 48-228 | 140 | 94.0% | | Clay cobblestones 160'-167', 175'-227' |
| 218 | 8S/2W-20B5 | 27 | 48-289 | 40 | 0.0% | | Old 28; clay with sand layer 40'-60'; now monitoring wells 427, 428 and 429 |
| 466 | 8S/3W-1P2 | Unknown | 106-822 | 49 | 0.0% | Long Canyon | Old 219, Cantarini, hard clay 49'-60' |
| 220 | 7S/3W-26Q1 | 34 | 114-450 | 58 | 0.0% | | Clay 58' - 73' |
| 467 | 8S/2W-12K1 | Unknown | 50-100; 100-140 | 140 | 100.0% | | Old 221, JK, Exh. 16, Monitoring well since 1983 |
| 223 | 8S/2W-20C1 | Unknown | 48-250 | 60 | 94.0% | Wolf Valley | CAT Well; east of Wildomar Fault; nearby Exh 16 wells 17Q @62' & 17M @55' are also east of Wildomar Fault |
| 224 | 8S/2W-15D | Unknown | 48-250 | 106 | 68.0% | | Old Well 50, clay 106'-138' |
| 230 | 8S/2W-11J1 | Unknown | 24-31; 32.5-34; 35-40; 61-65; 70-76; 80-85; 86.5-91; 92.5-98.5 | >119 | 100.0% | | Old Well 30, depth of well is 119' |
| 231 | 8S/2W-20B6 | 55 | 80-120; 150-270 | 35 | 0.0% | | Old 104, P-34, Clay 20'-23'; 35'-41'; East of Wildomar Fault |
| 232 | 8S/2W-11J3 | 51 | 95-135; 175-215; 235-295 | 135 | 92.0% | | Old 111, 105, P-31; coarse sand & clay 135' - 155' |
| 233 | 8S/2W-12K2 | 51 | 95-135; 175-215; 235-295 | 145 | 88.0% | | Old 112, P32; sand and clay at 145'-220' |
| 234 | 8S/2W-11P1 | 52 | 80-100; 120-140; 200-240; 280-320; 340-400 | 125 | 74.0% | | Brown Clay at 125'; sand and clay at 125'-140' |
| 235 | 8S/3W-1Q1 | 55 | Unknown | Shallow | 0.0% | | |
| 240 | 8S/2W-11L1 | Unknown | 48-298 | 112 | 86.0% | Long Canyon | Old Well No. 40; clay 112'-136' |
| 301 | 7S/3W-18Q1 | 93 | 140-280; 280-520; 540-640 | 26 | 0.0% | Murrieta | Old JR1; blue clay 26'-32' |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 7.8

### SANTA MARGARITA RIVER WATERSHED
### RANCHO CALIFORNIA WATER DISTRICT
### WELL PRODUCTION FROM YOUNGER AND OLDER ALLUVIUM
2008-09
Quantities in Acre Feet

| WELL NO. | QYAL | QTOAL | TOTAL |
|---|---|---|---|
| 101 | 0.00 | 137.00 | 137.00 |
| 102 | 0.00 | 225.00 | 225.00 |
| 106 | 0.00 | 429.00 | 429.00 |
| 108 | 0.00 | 864.00 | 864.00 |
| 109 | 585.48 | 111.52 | 697.00 |
| 110 | 1,288.16 | 39.84 | 1,328.00 |
| 113 | 0.00 | 554.00 | 554.00 |
| 118 | 0.00 | 1,066.00 | 1,066.00 |
| 119 * | 0.00 | 991.00 | 991.00 |
| 120 | 0.00 | 285.00 | 285.00 |
| 121 | 0.00 | 0.00 | 0.00 |
| 122 * | 0.00 | 762.00 | 762.00 |
| 123 | 104.65 | 56.35 | 161.00 |
| 124 | 0.00 | 550.00 | 550.00 |
| 125 | 0.00 | 560.00 | 560.00 |
| 126 | 0.00 | 1,339.00 | 1,339.00 |
| 128 | 0.00 | 0.00 | 0.00 |
| 129 | 0.00 | 0.00 | 0.00 |
| 130 | 0.00 | 908.00 | 908.00 |
| 131 | 0.00 | 1,096.00 | 1,096.00 |
| 132 | 1,116.02 | 244.98 | 1,361.00 |
| 133 | 0.00 | 705.00 | 705.00 |
| 135 | 0.00 | 108.00 | 108.00 |
| 138 | 0.00 | 2,273.00 | 2,273.00 |
| 139 | 0.00 | 945.00 | 945.00 |
| 140 | 0.00 | 955.00 | 955.00 |
| 141 | 0.00 | 551.00 | 551.00 |
| 143 | 0.00 | 811.00 | 811.00 |
| 144 | 0.00 | 500.00 | 500.00 |
| 145 | 0.00 | 809.00 | 809.00 |
| 146 | 0.00 | 69.00 | 69.00 |
| 149 | 0.00 | 365.00 | 365.00 |
| 151 | 0.00 | 0.00 | 0.00 |
| 152 | 1,891.36 | 191.64 | 2,083.00 |
| 153 | 1,460.25 | 14.75 | 1,475.00 |
| 155 | 0.00 | 32.00 | 32.00 |
| 156 | 0.00 | 780.00 | 780.00 |
| 157 | 2,132.50 | 70.50 | 2,203.00 |
| 158 | 1,682.00 | 61.01 | 1,743.00 |
| 201 | 0.00 | 0.00 | 0.00 |
| 203 | 0.00 | 705.00 | 705.00 |
| 205 | 0.00 | 447.00 | 447.00 |
| 207 | 0.00 | 0.00 | 0.00 |
| 208 | 0.00 | 0.00 | 0.00 |
| 209 | 0.00 | 0.00 | 0.00 |
| 210 | 576.22 | 36.78 | 613.00 |
| 211* | 0.00 | 494.00 | 494.00 |
| 215 | 0.00 | 483.00 | 483.00 |
| 216 | 0.00 | 102.00 | 102.00 |
| 217 | 0.00 | 1,055.00 | 1,055.00 |
| 231 | 0.00 | 0.00 | 0.00 |
| 232 | 865.72 | 75.28 | 941.00 |
| 233 | 1,749.44 | 238.56 | 1,988.00 |
| 234 | 255.30 | 89.70 | 345.00 |
| 235 | 0.00 | 1,115.00 | 1,115.00 |
| 301 | 0.00 | 0.00 | 0.00 |
| 302 | 0.00 | 0.00 | 0.00 |
| 309 | 0.00 | 2,533.00 | 2,533.00 |
| **TOTAL** | **13,707.10** | **26,833.90** | **40,541.00** |

\* - A total of 250 AF of water from Wells 119, 122 and 211 was delivered to Pechanga Indian Reservation for their use.

## Western Municipal Water District

Western MWD operations within the Watershed are comprised of three categories. First, Western MWD wholesales imported water to Rancho California WD. Deliveries to Rancho California WD are included under Rancho California WD. Second, Western MWD serves water to its Murrieta Division in the vicinity of the City of Murrieta. Third, Western MWD serves imported water to its Improvement District A near the southern boundary of Riverside County along the I-15 freeway. Improvement District A is operated by Rancho California WD under an operations and maintenance contract on behalf of Western MWD.

### *Murrieta Division*

In November 2005, Western MWD merged with the Murrieta County Water District assuming their operations in an area in the vicinity of the City of Murrieta. Prior Watermaster Reports present information under Murrieta County Water District.

All of the Murrieta Division of Western MWD wells are located in the Murrieta-Temecula Groundwater Area. Interlocutory Judgment No. 30 indicates the younger alluvium deposits in Murrieta Valley extend in various depths to a maximum of approximately 30 feet from the ground surface.

The Court noted that it was impossible, based on evidence available in 1962, to determine with exactness the depth of the younger alluvial deposits throughout the Valley. However, the Court did retain continuing jurisdiction so that subsequent findings could be made, if needed. Older alluvial deposits are found below the younger alluvium.

Six of the seven Murrieta Division wells are perforated at depths of 106 feet or more. The Holiday Well has perforations beginning at a depth of 60 feet. This depth is well below the maximum depth of younger alluvium found by the Court in 1962. In addition, water depths in the Holiday Well ranged from 64 to 70 feet in 2008-09, and there has been no production from the Holiday Well since March 2006. Accordingly all of Murrieta Division well production is from the older alluvium under a groundwater appropriative right.

In Water Year 2008-09, the Murrieta Division of Western MWD produced 861 acre feet of water from the North Well and imported 1,654 acre feet as shown in Appendix Table A-10.

The following table itemizes the production from the Murrieta Division wells:

| Well Designation | Well Name | 2008-09 Production Acre Feet | Casing Depth Feet | Water Depth Feet | Well Depth Feet | Perforated Interval Feet |
|---|---|---|---|---|---|---|
| 7S/3W-20 | New Clay | 0 | 101 | 245 – 290 | 940 | 330 – 350<br>370 – 470<br>680 – 790<br>830 – 900 |
| 7S/3W-20C9 | Holiday | 0 | 25 | 64 – 70 | 307 | 60 – 307 |
| 7S/3W-20G5 | House | 0 | 50 | * | 298 | 120 – 252 |
| 7S/3W-17R2 | Lynch | 0 | 26 | 59 – 74 | 212 | 172 – 212 |
| 7S/3W-18J2 | North | 861 | 50 | 261 – 297 | 650 | 240 – 260<br>500 – 640 |
| 7S/3W-20D | South | 0 | 50 | * | 446 | 120 – 446 |
| 7S/3W-7M | Alson | 0 | 50 | * | 416 | 106 – 416 |
| TOTAL | | 861 | | | | |

\* Water levels not measured during Water Year 2008-09

Western MWD's Murrieta Division production for the period between 1966 and 2009 is shown in Appendix Table B-11.

### Improvement District A

In Water Year 2008-09, imports to Improvement District A amounted to approximately 51 acre feet as shown in Appendix Table A-11. Deliveries to Improvement District A through turnout WR-13 for the period 1966 to 2009 are shown in Table 5.4 and Appendix Table B-12.

### U. S. Marine Corps - Camp Pendleton

Camp Pendleton is located on the coastal side of the Santa Margarita River Watershed. Water was provided by 12 wells that produced 6,398 acre feet in Water Year 2008-09: three wells used for agricultural production and nine wells used for Camp Supply. This production is from the younger alluvium and is based on riparian and appropriative rights. The water is used for both agricultural use and Camp Supply including domestic and commercial uses as well as irrigation for landscaping and park areas. For 2008-09, 882 acre feet were used for agricultural use and 5,516 acre feet were used for Camp Supply. Camp Pendleton water use is located both inside and outside the Watershed. A total of 3,252 acre feet were used inside the Watershed and 3,146 acre feet were exported to areas of the Base outside the Watershed. The production and use of water for Camp Pendleton are shown on Appendix Table A-8.

Beginning in December 2008 all wastewater for Camp Pendleton is treated at the Southern Region Tertiary Treatment Plant replacing the regional treatment Plant Nos. 1, 2, 3, and 13. On March 11, 2009, the Regional Water Quality Control Board issued Order No. R9-2009-0021 for a Master Reclamation Permit for the Camp Pendleton Southern Region Tertiary Treatment Plant. Wastewater effluent is discharged to either: (1) approved areas for use of reclaimed water for irrigation purposes; or (2) the Oceanside Outfall under NPDES Permit No. CA0109347, Order No. R9-2003-0155, and Order No. R9-2008-0096. The approved areas for use of reclaimed water are located both within and outside the Watershed. In Water Year 2008-09 the total amount of reclaimed wastewater for Camp Pendleton was 2,503 acre feet as shown on Appendix Table A-8. A total of 537 acre feet were reclaimed for irrigation purposes with 49 acre feet used within the Watershed and 488 acre feet used outside the Watershed. An additional 1,966 acre feet of reclaimed wastewater were exported by Camp Pendleton to the Oceanside Outfall.

Production and estimated use inside and outside the Watershed, as well as wastewater reclamation and use, are shown in Appendix B for the period 1966-2009. It is noted the format and reporting shown in Appendix Table B-9 were changed for the Annual Watermaster Report for Water Year 2008-09. Prior reports show for the period 1966 through 2003 reclaimed use inside the Watershed reported as recharged wastewater from ponds and recharge areas. In addition, the prior reports distinguished the source of the recharged wastewater between wastewater treated within or outside the Watershed at the various regional treatment plants. The format and reporting for Water Year 2008-09 in Appendix Tables A-8 and B-9 reflect current and anticipated operations for the foreseeable future. Accordingly the prior format is obsolete and the reader is directed to prior reports from 2008 and earlier for additional information regarding historical wastewater operations.

## U. S. Naval Weapons Station, Fallbrook Annex

The U. S. Naval Weapons Station (NWS) occupies about 9,148 acres northeast of Camp Pendleton. Since 1969 the NWS has relied on imported water delivered via Fallbrook PUD for its supply. Wastewater is exported from the NWS and the Watershed via an outfall line also used by the Fallbrook Public Utility District. In 2008-09, 74 acre feet were imported of which 12 acre feet of wastewater were exported, as shown in Appendix A. Imports and use between 1966 and 2009 are shown in Appendix B.

### 7.3    Indian Reservations

Water use information about the Cahuilla, Pechanga and Ramona Indian Reservations in the Watershed is described in the following sections:

## Cahuilla Indian Reservation

In general, domestic water use on the Cahuilla Indian Reservation is not measured, however reports indicate that 309 people reside on the Reservation. These residents use water primarily for domestic purposes. Annual domestic water use, based on 125 gallons per capita per day, amounts to a total annual use of about 43 acre feet from wells listed in Appendix C. In addition reports indicate Reservation non-irrigated lands are used for the grazing of 500 cattle. Based on a daily requirement of 10 gallons per head per day, the annual use is estimated to be about 6 acre feet.

The foregoing estimate is for total domestic water use on the Reservation. A portion of this use may not be under Court jurisdiction, but the estimate will be used until individual well production quantities are available to allow determination of the portion under Court jurisdiction. The estimated domestic use and stock watering is included on Table 4.1 under water purveyor production.

An additional 5 acre feet pumped from well 7S/2E-26B3 were put to commercial use at a casino. This water overlies basement complex and is outside Court jurisdiction.

Under federal law, production from groundwaters within the lands of the Cahuilla Indian Reservation in either the younger or older alluvial deposits which are a part of the shallow aquifer of the Anza Ground Water Area or which are part of the Cahuilla Ground Water Basin can be considered to be under a federal reserved right, in accordance with Interlocutory Judgment No. 41 which provides as follows in Order No. 3:

*IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River which under natural conditions would be physically available on the Cahuilla Indian Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with priority dates of December 27, 1875, for lands transferred by the Executive Order of that date; March 14, 1887, for lands transferred by the Executive Order of that date; December 29, 1891, for lands transferred by the Executive Order of that date.*

Pechanga Indian Reservation

On December 21, 2006 the Pechanga Band of Luiseño Mission Indians and Rancho California WD entered into a Groundwater Management Agreement for the Wolf Valley Groundwater Basin. The Pechanga Band and Rancho California WD agreed to manage jointly groundwater pumping from the basin and to manage the basin to protect groundwater resources. Among other things the agreement provides for Rancho California WD to deliver pumped groundwater from its wells to Pechanga.

During 2008-09, Pechanga received 250 acre feet of delivered groundwater from Rancho California WD. In addition the Pechanga Water System produced 702 acre feet from wells, and received 268 acre feet of reclaimed wastewater from Eastern MWD, resulting in a total production for Pechanga of 1,220 acre feet. The monthly production and uses for the Pechanga Indian Reservation are shown in Appendix A, Table A-5. Information about Pechanga Water System wells is shown below:

| Well Designation 8S/2W | Name | 2008 Water Depth Feet | 2009 Water Depth Feet | Well Depth Feet | Perforated Interval Feet |
|---|---|---|---|---|---|
| 29A2 | Kelsey | 142 | 144 | 425 | 105 - 415 |
| 29B10 | Eduardo | 285 | 252 | 697 | 437 - 687 |
| 29B11 | Eagle III | 191 | 173 | 645 | 275 - 635 |
| 29J3 | South Boundary | --- | --- | 350 | 150 - 340 |
| 28M5 | Cell Tower | 216 | 158 | 518 | 372 - 432 |
|  |  |  |  |  | 468 - 508 |

The total groundwater pumping for the Pechanga Water System wells decreased from 865 acre feet in 2007-08 to 702 acre feet in 2008-09. The total pumping in Wolf Valley by Rancho California WD Well Nos. 119, 122 and 211 for both the district's use and for delivery to Pechanga also decreased from 2,827 acre feet in 2007-08 to 2,247 acre feet in 2008-09. Therefore, the total pumping in Wolf Valley for 2008-09 decreased by 743 acre feet.

The wells listed above are in areas of younger alluvium at ground surface. The depth of the younger alluvium in Wolf Valley was estimated by representatives of Rancho California WD and the United States for Rancho California WD Wells No. 495 (8S/2W-20E) and No. 119 (8S/2W-19J) to be in the range of 120 to 170 feet in depth. Thus, based on available well construction data, some of the production is from the younger alluvium and some from the older alluvium. Under state law production from the wells that originate in the older alluvium can be considered to be under a groundwater appropriative right or an overlying right, depending on the circumstances at each well.

Under federal law, production from groundwaters that originate in either the younger or older alluvium within the Murrieta-Temecula Ground Water Area can be considered to be under a federal reserved right, in accordance with Interlocutory Judgment No. 41 which provides as follows in Order No. 7:

*IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America intended to reserve, and did reserve, rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Pechanga Indian Reservation, including rights to the use of ground waters sufficient for the present and future needs of the Indians residing thereon with priority dates of June 27, 1882, for those lands established by the Executive Order of that date; January 9, 1907, for those lands transferred by the Executive Order of that date; August 29, 1893, for those lands added to the Reservation by Patent on that date; and May 25, 1931, for those lands added to the Reservation by Patent of that date.*

Production and uses for the Pechanga Indian Reservation for Water Years 1991- 2009 are shown on Appendix Table B-6.

Ramona Indian Reservation

The Ramona Indian Reservation occupies 560 acres of land of which 321 acres are inside the Watershed. The water supply is provided for domestic use by two individual wells. Total production for 2008-09 is reported as 2.4 acre feet. It has not been determined whether the groundwater production is under Court jurisdiction and thus the estimated water use is not included in the various water use tabulations provided throughout the report.

Under federal law, production from groundwaters contained in shallow aquifer of the Anza Ground Water Basin overlain by lands of the Ramona Indian Reservation within the watershed of the Santa Margarita River can be considered to be under a federal reserved right, in accordance with Interlocutory Judgment No. 41 that provides as follows in Order No. 1:

> IT IS ORDERED, ADJUDGED AND DECREED that the United States of America when it established the Ramona Indian Reservation intended to reserve and did reserve rights to the use of the waters of the Santa Margarita River stream system which under natural conditions would be physically available on the Ramona Reservation, including rights to the use of ground waters, sufficient for the present and future needs of the Indians residing thereon with a priority date of December 29, 1891.

### 7.4    Small Water Systems

There are a number of small water systems for mobile home parks in the Watershed. These range from relatively permanent structures, to those catering to recreational vehicles and campgrounds. Water production from wells is shown in Appendix A, Table A-11 for Butterfield Oaks Mobile Home Park, Hawthorn Water System, Outdoor Resorts Rancho California, Inc., and Jojoba Hills SKP Resort. Data for previous water years is shown on Appendix Table B-12.

### 7.5    Irrigation Water Use

Estimated water production reported by substantial users for irrigation in the Santa Margarita River Watershed is shown on Table 7.1 to be 6,541 acre feet. This quantity includes 5,561 acre feet of well production and 980 acre feet of surface diversion as shown in Appendix C.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 8 - UNAUTHORIZED WATER USE

### 8.1   General

From time to time there are complaints of unauthorized water uses of various types in the Watershed.  Such complaints are investigated in accordance with the powers and duties of the Watermaster.  The status of the current list of unauthorized uses is described as follows:

### 8.2   Unauthorized Small Storage Ponds

Many small dams and reservoirs have been constructed on streams in the Watershed.  The legal basis for these ponds is described in the 1988-89 Watermaster Report.  Basically, the Court has held that storage of water in ponds less than 10 acre feet in capacity and used for stock watering is a valid use of riparian water.  The Court has also held that:

> The temporary or non-seasonal impoundment by riparian owners for the purpose of providing a head for irrigation or for the purpose of temporarily accumulating sufficient water to make possible efficient irrigation is a proper riparian use of water.

Criteria for determining non-seasonal storage of irrigation water have yet to be developed.

### 8.3   Rancho California Water District Water Use

A number of unauthorized water use issues raised by the United States are settled so long as the Cooperative Water Resource Management Agreement (CWRMA) between the United States on behalf of Camp Pendleton and Rancho California Water District is in effect.

As further explained in Section 11, many of these issues are described in Appendix F.  One area of past concern pertains to Rancho California WD's petition to the State Water Resources Control Board (SWRCB) to change the place of use, type of use and re-diversion facilities in Permit 7032.  On April 22, 2009, the SWRCB issued an order and amended Permit 7032 with the desired changes and conditions to resolve concerns by Camp Pendleton and the U. S. Fish and Wildlife Service.  The reporting of Vail Lake operations in accordance with Amended Permit 7032 is provided on Table 3.3 and in Section 7.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## 8.4    Exportation of Treated Wastewater Derived from Native Waters

Camp Pendleton continues to assert that the exportation of treated wastewater, the source of which is the native waters of the Santa Margarita River System, without a legal basis for such exportation is an unauthorized water use. Once the so-called "Four-Party Case" in *United States and Fallbrook Public Utility District v. Eastern Municipal Water District and Rancho California Water District* (CV 04-8182 CBM (RNBx), United States District Court, Central District of California) is resolved, the Watermaster will reevaluate the calculations and reporting of exportation of treated wastewater to be included in future annual reports.

## SECTION 9 - THREATS TO WATER SUPPLY

### 9.1    General

General threats to the long-term water supply in the Santa Margarita River Watershed, which have been described in previous Watermaster Reports, are as follows:

1.    High nitrate concentrations in Rainbow Creek and in Anza Valley.

2.    Potential overdraft conditions at various locations in the Watershed.

3.    Potentially adverse salt balance conditions in the upper Santa Margarita River area.

Additional threats to the long-term water supply have been recently identified and are described in the following sections. These additional threats include: (1) high nitrate concentrations in the Murrieta-Temecula area, (2) high concentrations of arsenic and fluoride in the Murrieta-Temecula area, and (3) discovery of the quagga mussel in imported supplies from the Colorado River system.

### 9.2    High Nitrate Concentrations

In past years, high concentrations of nitrate have been measured in Anza Valley and on Rainbow Creek. Conditions in Anza Valley were generally described in the 1993-94 report. Additional water quality data for Anza Valley have been collected periodically by the Riverside County Department of Health Services and the USGS.

As described in prior Watermaster Reports, in 1999 the Regional Water Quality Control Board, San Diego Region (Regional Board) began preparation of a plan for Total Maximum Daily Loads (TMDLs) for Total Nitrogen and Total Phosphorus on Rainbow Creek. On February 9, 2005, the Regional Board adopted an amendment to the Basin Plan to include the Total Nitrogen and Total Phosphorus TMDLs and implementation plan. The State Water Resources Control Board, on November 16, 2005, and Office of Administrative Law, on February 1, 2006, subsequently approved the Basin Plan amendment. The U.S. Environmental Protection Agency granted final approval of the TMDLs on March 22, 2006.

The full plan and amendment are presented on the Regional Board's website: http://www.waterboards.ca.gov/sandiego/tmdls/rainbow%20creek.html.

Key elements of the Rainbow Creek TMDL program are summarized below:

1.  The TMDL Numeric Targets for nitrate (as nitrogen) is 10 mg/L, total nitrogen is 1.0 mg/L, and total phosphorous is 0.1 mg/L.

2.  The TMDLs for total nitrogen and total phosphorous discharges into Rainbow Creek are calculated to be 1,658 kilograms of nitrogen per year and 165 kilograms of phosphorous per year. The TMDLs are defined as the maximum loads that Rainbow Creek can receive and will attain water quality objectives and protection of designated beneficial uses.

3.  A 74 percent overall reduction of total nitrogen loading and an 85 percent overall reduction of total phosphorous loading to Rainbow Creek from point sources (Caltrans) and nonpoint sources (commercial nurseries, agricultural lands, residential land uses, and septic tanks) are required to meet the TMDLs.

4.  Nutrient wasteload and load reductions are required over a 16-year phased compliance schedule.

In December 2006 the Regional Board approved its internal Transfer Plan to transfer work on the TMDL program from the development team to the watershed branch for implementation of the program. The implementation tasks and schedule are described in the final technical report for the TMDL program. Implementation is proceeding including the Regional Board awarding grants for San Diego County to conduct a nutrient study and monitoring program as well as working with Caltrans to renew its Statewide Storm Water Permit to incorporate objectives of the Rainbow Creek TMDL program.

Recent data show high concentrations of nitrate pose a risk to water supplies in the Murrieta-Temecula area. In January 2006, Western MWD ceased production from the Holiday Well because nitrate concentrations exceeded the Maximum Contaminant Level (MCL) of 45 mg/l. The depth to the top of the perforated interval for the Holiday Well is only 60 feet and the high nitrate concentrations appear to be a result of nearby septic systems and agricultural practices. Concentrations of nitrate for some of the other Western MWD and Rancho California WD wells in the Murrieta-Temecula area have been detected in the range of 20 to 25 mg/l, which is below the MCL. The other Western MWD and Rancho California WD wells have deeper perforated intervals than the Holiday Well.

## 9.3 Potential Overdraft Conditions

Previous Watermaster reports have noted concerns about overdraft conditions in Anza Valley and in the Murrieta-Temecula area. Previous studies for Anza Valley include 1976 and 1988 reports by the U. S. Geological Survey and a 1990 report by a consultant to Riverside County. No further studies relative to groundwater use in Anza Valley are available. Historical measurements of groundwater levels for Anza Mutual Water Company's Well No. 1 (7S/3E-21G1) located in Anza Valley are plotted in this Report on Figure 4.4.

No recent published studies of safe yield are available for the Murrieta-Temecula area. Groundwater resources in much of the area are being managed by Rancho California WD. The District prepares an annual groundwater production program with the goal of developing the maximum perennial yield from the basin. The District monitors water levels and well production in each of several hydrogeologic subareas. Each year that data, combined with other information including water quality, natural and artificial recharge, pump settings, and well construction factors, are used to develop a recommended production program. Production rates are commonly lowered in subareas where water levels have declined over several years, and production rates are increased in areas where decline has not occurred. As a final check the recommended production rates are checked using the latest version of the Rancho California WD groundwater model.

In addition, Rancho California WD in cooperation with Camp Pendleton is in the process of refining a multi-level groundwater monitoring network, pursuant to the Cooperative Water Resource Management Agreement. The purpose of the network is to develop data for use in assessing safe yield operations. In September 2006 the USGS began drilling and constructing the Pala Park Groundwater Monitoring Well as part of this network. The monitoring well was completed with six piezometers and continuous water level recording devices. In 2009 the groundwater monitoring network was expanded to include the Wolf Valley Monitoring Well previously constructed by the USGS under a cooperative program with the Pechanga Band. Groundwater levels and water quality data for the two monitoring wells are reported in Appendix E.

Groundwater level data for three additional wells in the Murrieta-Temecula Groundwater Area are included in this report as Figures 4.1, 4.3 and 4.5. Water levels in the Windmill Well (8S/2W-12H1) located at the eastern part of Pauba Valley declined 5.5 feet in 2008-09. Water levels in Well 7S/3W-20C9 in the Murrieta Division of Western MWD area declined 6 feet from last year.

Well 8S/2W-29G1 on the Pechanga Indian Reservation in Wolf Valley became dry at the end of 2003-04. The declining water levels in Well 8S/2W-29G1 appear to be attributed to recent relatively dry hydrologic conditions and pumping of the nearby New Kelsey Well. To allow continued monitoring of water levels on the Reservation, Well No. 29G1 is being replaced with Well No. 8S/2W-29B9 which declined 1.3 feet.

## 9.4   Salt Balance

A key issue in management of a groundwater basin is potential build up of salts from imported water supplies and use of reclaimed wastewater. Such a build-up could decrease the usability of waters in a basin. Consideration must be given to measures that allow desalination of water supplies and export of salts from a basin to offset the salt load in water entering the groundwater basin.

During 2008-09, Eastern MWD exported 6,786 acre feet of treated wastewater from the watershed for reuse and 2,772 acre feet were exported for operational reasons for discharge to Temescal Creek. Additional treated wastewater may have been exported from the watershed through recirculation in the system but such additional amounts have not been determined. At an average Total Dissolved Solids (TDS) concentration of 650 mg/l there is approximately 1,768 pounds of salt in every acre foot of wastewater. Thus in 2008-09, approximately 8,450 tons of salt were exported by Eastern MWD through the export of 9,558 acre feet of wastewater.

In addition to export of treated wastewater, the salt balances of the Murrieta-Temecula groundwater area and the lower Santa Margarita River groundwater area are affected by discharges from wells into Murrieta Creek, Temecula Creek and Santa Gertrudis Creek. In 2008-09 wells discharged 37 acre feet, as shown below, together with estimated total dissolved solids for each well. Additional water quality data for the wells are provided in Appendix D.

| Well No. | Release Acre Feet | TDS mg/l | Sample Date |
|---|---|---|---|
| 101 | 5 | 810 | 6/25/09 |
| 102 | 3 | 700 | 6/20/95 |
| 106 | 10 | 340 | 7/01/09 |
| 108 | 1 | 370 | 8/05/09 |
| 118 | 18 | 610 | 6/04/09 |
| Total | 37 | | |

The salt balance for the Murrieta-Temecula groundwater area is affected by the use of reclaimed wastewater for irrigation. The total use of reclaimed wastewater by Eastern Municipal WD, Rancho California WD, and the Pechanga Band within the Santa Margarita River Watershed for 2008-09 was 6,806 acre feet compared to 5,805 acre feet in 2007-08 and compared to 690 acre feet in 1986-87. Assuming an average TDS concentration of wastewater of 650 mg/l, the salt loading for 6,806 acre feet of reclaimed wastewater is approximately 6,020 tons. It is expected that the use of reclaimed wastewater within the watershed will increase in the future including expanded use of reclaimed wastewater by the Pechanga Band and expanded use by agricultural customers of Rancho California WD.

Trend analyses of TDS levels from groundwater samples throughout the Murrieta-Temecula groundwater area show a mix of increasing and decreasing trends depending upon location and aquifer. A more detailed study should be conducted to analyze available data and develop a comprehensive regional salinity management plan.

## 9.5    High Arsenic Concentrations

The maximum contaminant level (MCL) for arsenic is 10 ug/l. High concentrations of arsenic have been detected in groundwater wells for both the Murrieta Division of Western MWD and Rancho California WD posing a risk to water supplies in the Murrieta-Temecula area. In November 2007 Western MWD ceased pumping from the New Clay Well due to arsenic levels exceeding the MCL.

The elevated arsenic levels have significantly impacted groundwater pumping and distribution system operations for Rancho California WD. Two wells have been taken out of production due to arsenic levels exceeding the MCL. In 2009 two other wells showed levels exceeding the MCL but were still in operation under approved blending plans.

## 9.6    High Fluoride Concentrations

The MCL for fluoride is 2 mg/l and samples exhibiting high concentrations of arsenic often show high concentrations of fluoride in the Murrieta-Temecula area. High levels of fluoride are impacting operations for Rancho California WD. One of the wells operating by Rancho California WD under an approved blending plan for arsenic was originally approved for blending due to fluoride levels exceeding the MCL.

## 9.7    Quagga Mussel

In early January 2007 the invasive, non-native quagga mussel was discovered in Lake Mead. Subsequently MWD discovered the mussel throughout the Colorado River Aqueduct system including in August 2007 finding the mussels in Lake Skinner. To date no mussels have been found in Diamond Valley Lake.

The quagga mussel is indigenous to the Ukraine and was discovered in the United States in September 1989 with the first sighting in the Great Lakes.   The quagga mussel is a small freshwater mollusk ranging in size from microscopic in the embryonic stage to about two inches in length at the adult stage.   The mussels can be transported during the larval stage with currents or running water and at the adult stage by attaching to hard surfaces such as boats.

The quagga mussel is a filter feeder removing food and nutrients from the water column decreasing the food source for zooplankton and therefore altering the food web. The filtration of the water also alters water clarity impacting aquatic plants and water chemistry.  The economic impact is also significant because these species can rapidly colonize hard surfaces, clogging water intake structures, pipes, and screens and reducing pumping and distribution capacities.    Costs are also associated with maintenance of facilities and control of the species.

Since the discovery of quagga mussels in the Colorado River Aqueduct and Lake Skinner, MWD has implemented various control activities.   In July 2007, the aqueduct was shut down for ten days for inspection, chlorination, and removal of adult populations.  Also in July 2007, MWD initiated continuous chlorination in the Colorado Aqueduct to control the spread of quagga mussels.  Releases from Lake Skinner are chlorinated at the outlet tower prior to distribution through the raw water delivery system.

Effective October 10, 2007, Assembly Bill 1683 added Section 2301(a)(1) to the California Fish and Game Code prohibiting the release of quagga mussels into the waters of the state.  Assembly Bill 1683 also requires development of a quagga mussel control plan.  On December 8, 2007 MWD temporarily suspended required releases of water to Tucalota Creek from Lake Skinner and Warm Springs Creek from the San Diego Canal near Diamond Valley Lake.  These required releases would have been made in accordance with memoranda of agreement for releasing native inflows from the reservoirs.  On March 6, 2008 MWD provided notice to the parties in *United States v. Fallbrook Public Utility District, et al.* regarding the temporary suspension of required releases of native water inflows from Lake Skinner and Diamond Valley Lake.  In June 2008, MWD provided notice to the parties in *United States v. Fallbrook Public Utility District, et al.* regarding the resumption of required releases of native water inflows from Lake Skinner and Diamond Valley Lake, according to MWD's Action Plan submitted to California Department of Fish and Game on May 30, 2008.  In 2009 there were no required releases of native water from Lake Skinner.  The total required releases from Diamond Valley Lake were 16.385 acre feet.  The actual releases were 17.473 acre feet and were made in accordance with the approved quagga mussel control plan.

Infestation by the quagga mussel has also altered Rancho California WD operations in accordance with the Cooperative Water Resource Management Agreement. Beginning on April 10, 2008 Rancho California WD periodically ceased making releases of raw water from Turnout WR-34 on the MWD Pipeline No. 5 to meet make-up flow requirements for the Santa Margarita River. Alternatively Rancho California WD release make-up flows from its treated water distribution system at the System River Meter located just upstream of the Murrieta Creek at Temecula gaging station or from the potable connection to the WR-34 discharge location. The treated water is de-chlorinated prior to release to Murrieta Creek.

On July 17, 2009, Rancho California WD submitted its quagga mussel response and control action plan to the California Department of Fish and Game. Key components of the plan include:

- Raw MWD water is released into the Santa Margarita Watershed only when chlorinating is being performed at Lake Skinner.

- All watercraft vessels, trailers, and equipment are being inspected before launching in Vail Lake.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 10 - WATER QUALITY

### 10.1   Surface Water Quality

The USGS collected continuous water quality measurements for dissolved oxygen, pH, specific conductance and temperature at the Santa Margarita River near Temecula gaging station during 2008-09.  Data collected at the station are published by the USGS. The highest average daily high and the lowest average daily low for each parameter for each month are shown in Table 10.1 for months in Water Year 2009.

Surface water quality data collected by the USGS in 2004-05 for Cahuilla Creek are shown in Appendix Table D-12.  No surface water quality data for Cahuilla Creek were collected in 2008-09.

Surface water quality data collected in prior years by Camp Pendleton, Eastern MWD, and Rancho California WD are listed in earlier Watermaster reports.

### 10.2   Groundwater Quality

During 2008-09 water quality data were collected from wells at Western MWD – Murrieta Division, Rancho California WD, Pechanga Indian Reservation, and Camp Pendleton.

Western MWD – Murrieta Division sampled three wells in 2008-09 as shown in Appendix D-3.  Two of the wells were sampled for nitrates only with one sampling for each well.  The North Well was sampled 14 times and included six samples subjected to standard chemical analysis.  Concentrations of nitrates were generally below the drinking water standard of 45 mg/l as nitrate for samples in the three wells ranged from less than 1 mg/l to 6.7 mg/l.

Water quality data for Rancho California WD wells are shown in Appendix Table D-4.  Samples were collected from 44 wells during 2008-09.  Of the 44 wells, 31 wells were analyzed for nitrates and TDS only.  Nitrate concentrations ranged up to 24 mg/l as nitrate, with the drinking water standard being 45 mg/l as nitrate.  The remaining 13 wells were subjected to standard chemical analysis.  Samples from two wells (Wells 101 and 109) show TDS concentrations exceeding 750 mg/l, the Basin Plan objective.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

TABLE 10.1

*SANTA MARGARITA RIVER WATERSHED*

**RANGES IN AVERAGE DAILY CONCENTRATION
OF DISSOLVED OXYGEN, PH, SPECIFIC CONDUCTANCE AND TEMPERATURE
AT SANTA MARGARITA RIVER NEAR TEMECULA**

Water Year 2008-09

| COLLECTION MONTH/YEAR | DISSOLVED OXYGEN mg/l | | pH | | SPECIFIC CONDUCTANCE microsiemens/cm | | TEMPERATURE Deg C | |
|---|---|---|---|---|---|---|---|---|
| | High | Low | High | Low | High | Low | High | Low |
| 2008 | | | | | | | | |
| October | 8.9 | 7.6 | 8.2 * | 7.4 * | 1,020 * | 906 * | 24.7 | 17.3 |
| November | 8.9 | 6.9 | 8.4 * | 7.0 * | 1,540 * | 139 * | 21.5 | 13.2 |
| December | 9.0 * | 8.0 * | 8.0 * | 7.7 * | 1,200 * | 887 * | 19.3 * | 14.8 * |
| | | | | | | | | |
| 2009 | | | | | | | | |
| January | 10.6 | 8.2 | 8.3 | 8.0 | 1,090 | 820 | 20.2 | 11.9 |
| February | 10.6 * | 8.4 * | 8.4 * | 8.0 * | 1,080 * | 326 * | 19.6 * | 11.0 * |
| March | 11.2 | 9.8 | 8.4 | 8.0 | 1,060 | 962 | 17.0 | 13.5 |
| April | 10.1 * | 8.8 * | 8.4 * | 8.2 * | 1,020 * | 958 * | 18.6 * | 16.1 * |
| May | 9.6 | 7.5 | 8.4 | 8.0 | 1,130 | 877 | 22.0 | 18.0 |
| June | 8.3 | 7.5 | 8.6 | 8.2 | 940 | 879 | 24.1 | 20.8 |
| July | 7.8 * | 7.1 * | 8.8 * | 8.1 * | 935 * | 740 * | 29.6 * | 24.0 * |
| August | 7.9 | 6.2 | 8.4 | 7.9 | 896 | 744 | 29.1 | 26.9 |
| September | 8.2 | 6.2 | 8.5 | 7.9 | 966 | 883 | 29.3 | 25.6 |

* - Partial Record - Indicates months with interruptions in record at times due to malfunction of recording
equipment.  High and low values indicated for days with reported data.  Daily data and number of days
with no record can be viewed at the following website:  *http://web10capp.er.usgs.gov/adr06_lookup/search.jsp*
searching by site number 11044000

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Total dissolved solids concentrations for Rancho California WD Well 210 are shown on Figure 10.1 for samples collected since 1957 when the well was constructed. The figure shows a decline in TDS from approximately 900 mg/l for the samples collected during the 1960's to the 500-600 mg/l range in recent years.  As described in Section 9, trend analyses for other wells throughout the Murrieta-Temecula area show a mix of increasing and decreasing trends in TDS levels depending upon location and aquifer.

FIGURE 10.1



WATERMASTER
SANTA MARGARITA RIVER WATERSHED

During 2008-09 samples of groundwater were collected from ten wells at Camp Pendleton as shown on Appendix Table D-6. One well was tested for nitrates only and nine wells were subjected to standard chemical analysis with results generally consistent with the historical results. Of the nine wells sampled, seven provided a sample where TDS concentrations exceeded 750 mg/l, the Basin Plan Objective. Eight wells were tested for TDS levels in both 2008 and 2009. Six of the eight wells showed TDS concentrations that exceeded those in the prior years and two wells showed a decline of TDS concentrations over the previous year.

Historical TDS concentrations for Camp Pendleton Well 7A2 are shown on Figure 10.2 for samples collected since mid-1950. The figure shows a decline between mid-1950 and 1970, then a period of increasing concentrations to levels in the 550-950 mg/l range. Analysis of the sample collected in 2008-09 indicated TDS concentrations of 780 mg/l, a decrease of 120 mg/l compared to the sample taken last year.

FIGURE 10.2



Historical nitrate concentrations for the same well (7A2) are shown on Figure 10.3. The one sample collected in 2008-09 shows a nitrate concentration of 22 mg/l, an increase from last year.

FIGURE 10.3



WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 11 – COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

11.1   <u>General</u>

On August 20, 2002, the Cooperative Water Resource Management Agreement (CWRMA) between Camp Pendleton and Rancho California WD was approved by the District Court.   The CWRMA provisions specify required accounting will be reported on a calendar year basis and accordingly Section 11 and Appendix E, which serve as the annual report required under CWRMA, present data reported on a calendar year basis. However, the remainder of the Annual Watermaster Report is prepared on a water year basis requiring the CWRMA calendar year reporting to be converted to a water year basis to be incorporated into other sections of the report.   The water year period begins on October 1 and concludes on September 30 of the following year.

The CWRMA provides that on May 1 of each year the Technical Advisory Committee is to compute a hydrologic index for the year based on streamflow and precipitation between October and April.   In May 2009 the hydrologic index was determined and the year classified as an "Above Normal" hydrologic year.   The hydrologic year establishes the required flows at the Santa Margarita River near Temecula gaging station for the calendar year.   Required flows for 2008-09, an "Above Normal" year, are listed in Section 5 of the CWRMA and are shown on Table 11.1.

As indicated above, CWRMA calendar year accounting must be converted to a water year basis for other sections of the annual report.   The data for October through December 2008 for the various accounts are needed to convert the amounts shown on Table 11.1 to water year values.   These data for October through December 2008 were reported in the prior year Annual Watermaster Report.   To assist the reader in calculating water year amounts for various CWRMA operations, Table 11.2 in the current report is a repeat of Table 11.1 from the prior year report.   Additional information concerning the operations underlying the values reported on Table 11.2 can be found in the prior year report.

Prior to implementation of the Cooperative Water Resources Management Agreement entered into by Rancho California Water District (RCWD) and the United States on behalf of Camp Pendleton, there were each year contentions raised by Camp Pendleton with respect to various aspects of the Annual Watermaster Report.   These contentions are settled so long as that agreement is in effect.   Accordingly, there is no need to raise those particular issues or publish them in the main text of the annual report or in related correspondence.

TABLE 11.1

*SANTA MARGARITA RIVER WATERSHED*

**MONTHLY SUMMARY OF REQUIRED FLOWS,
DISCHARGES, CREDITS AND ACCOUNTS
COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT**

2009 CALENDAR YEAR - ABOVE NORMAL YEAR

| Month | USGS Official Discharge AF | USGS Website Daily Discharge AF | Minimum Flow Maintenance Requirement cfs /1,2 | Section 5 Flows cfs /3 | No. of Days 10-Day Moving Average is Less Than Required Flow | Discharge from WR-34 Per MWD AF /4 | Climatic Credits Earned AF /5 | Camp Pendleton Groundwater Account /6 Input AF | Cumulative Balance AF |
|---|---|---|---|---|---|---|---|---|---|
| Jan | 633.9 | 664.5 | 10.6 | 17.8 | 0 | 642.1 * | 0.0 | 387.4 | 5,000.0 |
| Feb | 3,798.3 | 3,798.3 | 10.6 | 17.8 | 0 | 223.7 ** | 0.0 | 349.9 | 5,000.0 |
| Mar | 664.5 | 664.5 | 10.6 | 17.8 | 0 | 656.3 | 0.0 | 387.4 | 5,000.0 |
| Apr | 645.0 | 645.0 | 10.6 | 17.8 | 0 | 623.4 | 0.0 | 374.9 | 5,000.0 |
| May | 223.7 | 222.5 | 5,7/3.0 | 11.7 | 0 | 227.8 *** | 0.0 | 12.3 | 5,000.0 |
| June | 680.3 | 686.3 | 11.5 | 9.4 | 0 | 709.1 | 0.0 | 0.0 | 5,000.0 |
| July | 708.1 | 708.1 | 11.5 | 7.8 | 0 | 746.0 | 0.0 | 0.0 | 5,000.0 |
| Aug | 240.6 | 226.1 | 6,5/3.0 | 7.6 | 0 | 254.0 | 0.0 | 248.1 | 5,000.0 |
| Sept | 176.3 | 178.7 | 3.0 | 7.4 | 0 | 186.7 | 0.0 | 261.8 | 5,000.0 |
| Oct | 184.3 | 184.7 | 3.0 | 7.7 | 0 | 202.6 + | 0.0 | 289.0 | 5,000.0 |
| Nov | 184.1 | 178.7 | 3.0 | 8.8 | 0 | 189.3 ++ | 0.0 | 345.1 | 5,000.0 |
| Dec | 2,906.8 | 2,907.0 | 3.3 | 10.4 | 0 | 133.7 | 0.0 | 436.6 | 5,000.0 |
| CALENDAR YEAR TOTAL | 11,045.9 | 11,064.4 | | | 0 | 4,794.6 | 0.0 | 3,092.4 | FULL |

Monthly totals are rounded to the nearest tenth of an acre foot.

1 – Minimum Flow Maintenance Requirement for January thru April equals 11.5 cfs less 0.9 cfs CAP Credit less 0 Climatic Credit.

2 – On April 30, 2009, Camp Pendleton requested a modification to the flow requirements to aid in a water quality and habitat study. Flow requirements were reduced in May and increased in June, July and Augst, with no net change in required flows. The flow requirement was decreased in May from 11.5 cfs to 3.0 cfs with an intermediate flow requirement of 5.7 cfs for the first four days of May. Flow requirements were increased for June, July and August from 9.4 cfs, 7.8 cfs, and 7.6 cfs, respectively, to 11.5 cfs, 11.5 cfs, and 10 cfs, respectively. Subsequently, from August 1 through December 31, 2009, Camp Pendleton requested to forego make-up water and reduce the required flow to simulate Critically Dry Hydrologic Conditions. The request to forego water reduced the modified August flow requirement from 10 cfs to 3.0 cfs, with a 6.5 cfs intermediate flow period from August 1-5. The intermediate flows in May and August were intended to provide a transition between the high and low flows.

3 – The Table in Section 5 of the CWRMA sets forth guaranteed monthly flows at the gorge once the Hydrologic Condition for the calendar year is established.

4 – CAP Credit equals WR-34 discharge in excess of 4,000 AF, for 2009 the CAP Credit earned was 795 AF.

*. – Includes 46.4 AF from System River Meter and 105.6 AF from potable connection to WR-34 outlet pipe from January 24 – 31 for MWD shutdown

**. – Includes 21.3 AF from System River Meter and 48.4 AF from potable connection to WR-34 outlet pipe from February 1 – 4 for MWD shutdown

***. – Includes 67.3 AF from potable connection to WR-34 outlet pipe from May 3 – 12 and May 27 for MWD Shutdown

+. – Includes 2.5 AF from potable connection to WR-34 outlet pipe on October 31 because of MWD shutdown

++. – Includes 56.8 AF from potable connection to WR-34 outlet pipe from November 1 – 10 because of MWD shutdown

5 – Climatic Credits equal the WR-34 discharges less actual Flow Requirements, which is the flow indicated in Section 5 of the CRWMA less applicable credits but not less than 3.0 cfs. No climatic credits can be earned during an Above Normal Year.

6 – Camp Pendleton's rights to groundwater equals the Flow indicated in Section 5 of the CWRMA less the Actual Flow Maintenance Requirement which cannot be less than 3.0 cfs. Input to groundwater account shown but cumulative balance did not increase due to account balance maximum of 5,000 AF.

TABLE 11.2

*SANTA MARGARITA RIVER WATERSHED*

MONTHLY SUMMARY OF REQUIRED FLOWS,
DISCHARGES, CREDITS AND ACCOUNTS
COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

2008 CALENDAR YEAR - ABOVE NORMAL YEAR

| Month | USGS Official Discharge AF | USGS Website Daily Discharge AF | Minimum Flow Maintenance Requirement cfs /1 | Section 5 Flows cfs /2 | No. of Days 10-Day Moving Average is Less Than Required Flow /3 | Discharge from WR-34 Per MWD AF /4 | Climatic Credits Earned AF /5 | Camp Pendleton Groundwater Account /6 Input AF | Camp Pendleton Groundwater Account /6 Cumulative Balance AF |
|---|---|---|---|---|---|---|---|---|---|
| Jan | 11,378.0 | 11,511.1 | 6.4 | 17.8 | 0 | 193.0 | 0.0 | 387.4 | 5,000.0 |
| Feb | 2,207.6 | 2,300.0 | 6.4 | 17.8 | 0 | 131.2 * | 0.0 | 362.4 | 5,000.0 |
| Mar | 410.6 | 404.4 | 6.4 | 17.8 | 0 | 346.5 | 0.0 | 387.4 | 5,000.0 |
| Apr | 386.6 | 392.3 | 6.4 | 17.8 | 0 | 328.3 ** | 0.0 | 374.9 | 5,000.0 |
| May | 1,249.5 | 1,245.0 | 11.5 | 11.7 | 0 | 494.2 *** | 0.0 | 12.3 | 5,000.0 |
| June | 582.5 | 573.0 | 9.4 | 9.4 | 0 | 532.4 **** | 0.0 | 0.0 | 5,000.0 |
| July | 494.9 | 494.9 | 7.8 | 7.8 | 0 | 473.6 + | 0.0 | 0.0 | 5,000.0 |
| Aug | 469.3 | 479.6 | 7.6 | 7.6 | 0 | 480.2 + | 0.0 | 0.0 | 5,000.0 |
| Sept | 455.2 | 448.7 | 7.4 | 7.4 | 0 | 456.5 + | 0.0 | 0.0 | 5,000.0 |
| Oct | 480.0 | 479.4 | 7.7 | 7.7 | 1 | 481.3 + | 0.0 | 0.0 | 5,000.0 |
| Nov | 916.0 | 908.2 | 3.0 | 8.8 | 1 | 407.4 + | 0.0 | 126.5 | 5,000.0 |
| Dec | 5,780.0 | 5,874.7 | 3.3 | 10.4 | 0 | 107.0 + | 0.0 | 436.6 | 5,000.0 |
| CALENDAR YEAR TOTAL | 24,810.2 | 25,111.3 | | | 2 | 4,431.7 | 0.0 | 2,087.4 | FULL |

Monthly totals are rounded to the nearest tenth of an acre foot.

1 - Minimum Flow Maintenance Requirement for January thru April equals 11.5 cfs less 0 cfs less 5.1 Climatic Credit
except for November and December when required flows were reduced to flows of Critically Dry Year per agreement of parties commencing on Nov 20, 2008
2 - The Table in Section 5 of the CWRMA sets forth guaranteed monthly flows at the gorge once the Hydrologic Condition for the calendar year is established.
3 - The 2 days in October and November when the 10-day moving average was less than the required flow were minus 0.1.
4 - CAP Credit equals WR-34 discharge in excess of 4,000 AF; for 2009 the CAP Credit earned was 432 AF
5 - Climatic Credits equal the WR-34 discharges less actual Flow Requirements, which is the flow indicated in Section 5 of the CRWMA less applicable
credits but not less than 3.0 cfs.  No climatic credits can be earned during an Above Normal Year
6 - Camp Pendleton's rights to groundwater equals the Flow indicated in Section 5 of the CWRMA less the Actual Flow Maintenance Requirement which
cannot be less than 3.0 cfs.  Input to groundwater account shown but cumulative balance did not increase due to account balance maximum of 5,000 AF
* Includes 65 AF from System River Meter during February 17 - 22, 2008.
** Includes 224.7 AF from System River Meter during April 10 - 30, 2008.
*** Includes 78.8 AF from System River Meter during May 1 - 4, 2008.
**** Includes 233.3 AF from System River Meter during June 17 - 30, 2008
+ All flows from July 1 through December 30, 2008 were from System River Meter.  December 31 flow of 11.9 AF was from WR-34.

11.2   Required Flows

Under the CWRMA Rancho California WD guarantees that the ten-day moving average of the measured flows at the Santa Margarita River near Temecula gaging station shall meet the required flows for each month during the year.  In order to meet the required flows, Rancho California WD discharges make-up water from MWD's Outlet WR-34 into the river immediately upstream from the USGS gaging station.

Flow requirements are based on two-thirds of the median natural flow of the Santa Margarita River at the Gorge for a given hydrologic year type.  During the winter period (January through April) the District shall maintain a ten-day running average equal to 11.5 cfs less carry-over credits less requested Foregone Make-Up Water, but not less than 3.0 cfs.  The District may earn Climatic Credits in Below Normal and Critically Dry years if it has provided Make-Up Water in excess of the Actual Requirement.  The Climatic Credit is equal to the Make-Up Water released less the Actual Requirement less Credits.  The Actual Requirement is determined on May 1 of each year and applied retroactively to the flows during the winter period.  During the non-winter period (May through December) the District shall maintain a ten-day running average equal to the flow requirements specified in the Agreement as determined on May 1st less requested Foregone Make-Up Water.  When the District is required to provide Make-Up Water in any calendar year in excess of 4,000 acre feet, it may apply a CAP Credit for such excess during the following two winter periods.  At no time is the District required to make up more than 11.5 cfs.

The measured daily flows, the ten-day moving average, and the differences between the moving average and the required flows are shown in Appendix E-1.  Two listings of daily discharges are shown in the tables in Appendix E-1:  the USGS official discharge and the USGS website discharge.  The discharges shown on the website are those that dictate daily decisions regarding the quantities of Make-Up Water required and those discharges are used to compute the ten-day moving average. The official discharge is a more refined estimate developed later by the USGS for publication.

The number of days each month when the ten-day moving average was less than the required flow is summarized on Table 11.1.  For calendar year 2009 there were no days when the moving average was less than the required flow.  Rancho California WD released water from the System River Meter to meet the required flows under CWRMA during certain periods of the year due to MWD operational shutdowns and quagga mussel threats.

During calendar year 2009 the total releases by Rancho California WD from WR-34, including releases from the System River Meter and the potable connection were 4,795 acre feet.  No climatic credits were used in calendar year 2009 and no climatic credits were earned in accordance with CWRMA provisions that no climatic credits can be earned in an Above Normal Year.

CAP Credits of 795 acre feet were accumulated in calendar year 2009 for use in subsequent years to meet required releases by Rancho California WD.

The CWRMA also provides that Camp Pendleton may acquire rights to groundwater above the gorge by foregoing its right to make-up water from the District, or to the extent that the District's Actual Flow Maintenance requirements are less than the flows in the table in Section 5 of the CWRMA. The maximum cumulative balance for the Camp Pendleton groundwater account is 5,000 acre feet. During calendar year 2009, 3,092 acre feet were calculated as input to the groundwater account but the balance was already at the maximum balance of 5,000 acre feet and no additional water was credited to the account.

## 11.3   Water Quality

The U. S. Geological Survey continuously monitors four parameters of water quality at the Santa Margarita River near Temecula gaging station, including dissolved oxygen, pH, specific conductance, and temperature. The daily averages for each of these parameters are reported annually. Monthly highs and lows for each parameter are listed in Table 10.1 for the water year ending September 30, 2009.

## 11.4   Monitoring Programs

The CWRMA provides for the establishment of two monitoring programs: (1) Section 5(g) provides for a program to assess the impacts of operations on water supply, water quality and riparian habitat within Camp Pendleton and (2) Section 7(d) provides for a program to assess safe yield operations of Rancho California WD through the use of a multi-level groundwater monitoring network and periodic updates of the CWRMA Groundwater Model.

During 2007-08, Camp Pendleton initiated the Section 5(g) program named as the Lower Santa Margarita River Watershed Monitoring Program (Program) to evaluate whether the increased flows under CWRMA influence threatened and endangered species, riparian and wetland habitats, or water quality downstream. The Program will also support other water quality monitoring and watershed management activities in the Santa Margarita River Watershed. A copy of the Statement of Work for the Lower Santa Margarita River Watershed Monitoring Program was provided in the 2007 and 2008 Annual Watermaster Reports. The monitoring was funded for a two-year period and the final report, *Hydrological and Biological Support to Lower Santa Margarita River Watershed Monitoring Program Water Years 2008-2009* was published on February 21, 2010. A copy of the final report can be found at the following website: *http://www.usbr.gov/lc/socal/planning*.

In September 2006 the USGS under contract with Camp Pendleton and Rancho California WD constructed a multi-level monitoring well for the Murrieta-Temecula groundwater basin in accordance with Section 7(d) of CWRMA. The Pala Park Groundwater Monitoring Well is located near the confluence of Pechanga and Temecula creeks and was completed to a total depth of 1,499 feet. Six piezometers were installed for continuous water level recording in the saturated zone for the lower five screened intervals and a temperature probe for the upper-most screened interval to detect moisture in the unsaturated zone. The USGS monitoring program for the Pala Park Groundwater Monitoring Well is included in the ongoing Watermaster budget beginning in year 2007-08.

In 2009 the groundwater monitoring program was expanded to include the Wolf Valley Monitoring Well that was previously constructed under a cooperative agreement between the USGS and the Pechanga Band. Two piezometers are installed at the Wolf Valley Well. Approved Watermaster funding of the water quality monitoring for Pala Park Well was used for water quality sampling at both the Pala Park and Wolf Valley wells in 2009. The groundwater level monitoring for the Wolf Valley Well was funded by the Pechanga Band.

Information concerning the construction of the Pala Park and Wolf Valley monitoring wells, groundwater levels, and water quality data can be found at the following website: *http://ca.water.usgs.gov/temecula/*. Information obtained from the website as well as supplemental information for the Pala Park Groundwater Monitoring Well can be found in Appendix E-2. Construction information, groundwater levels, and water quality data for the Wolf Valley Groundwater Monitoring Well are provided in Appendix E-3.

Also during 2007 Camp Pendleton and Rancho California WD initiated an effort to update the CWRMA Groundwater Model in accordance with Section 7(d). Work on updating the groundwater model continued during 2009. The update will incorporate data collected from the Pala Park Groundwater Monitoring Well and other wells in the Murrieta-Temecula groundwater basin as well as take advantage of recent software and computing advancements.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 12 - FIVE YEAR PROJECTION OF WATERMASTER OFFICE TASKS, EXPENDITURES AND REQUIREMENTS

### 12.1   General

Projected tasks over the next five years are listed below in two categories: normal tasks, which are part of the usual Watermaster office operation; and additional tasks, which are foreseen but are not part of the normal office operations.

### 12.2   Normal Tasks

Tasks that are normally part of the Watermaster Office operation are as follows:

1. Update List of Substantial Users
2. Collect Water Production, Use, Import and Availability Data
3. Collect Well Location, Construction and Water Level Data
4. Administer Water Rights
5. Collect Water Quality Data
6. Monitor Water Quality and Water Right Activities
7. Administer Lake Skinner and Diamond Valley Lake MOU's
8. Administer Steering Committee Matters
9. Prepare Court Reports/Budgets
10. Monitor Streamflow and Water Quality Measuring
11. Data Management
12. Administer Cooperative Water Resource Management Agreement

### 12.3   Additional Tasks

Tasks that have been identified but which are not part of normal operations are as follows:

1. Prepare List of All Water Users Under Court Jurisdiction
2. Prepare Inventory of Ponds and Reservoirs
3. Determine Salt Balance

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

12.4   Projected Expenditures

Projected expenditures for the current year and over the next five years are listed as follows:

| Year | | Watermaster Office | USGS Groundwater Monitoring | USGS Gaging Stations | Total |
|---|---|---|---|---|---|
| Current Year | 2009-10 | $327,820 | $22,100 | $201,750 | $551,670 |
| Projected Years | 2010-11 | $334,635 | $27,700 | $203,850 | $566,160 |
| | 2011-12 | $344,700 | $61,900 | $209,900 | $616,500 |
| | 2012-13 | $355,000 | $63,800 | $216,200 | $635,000 |
| | 2013-14 | $365,700 | $65,700 | $222,700 | $654,100 |
| | 2014-15 | $376,700 | $67,700 | $239,400 | $673,800 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 13 - WATERMASTER OFFICE BUDGET 2010-2011

A total Watermaster Budget of $566,160 for the Water Year ending September 30, 2011 is shown below.

This budget includes $334,635 for the Watermaster Office and $231,525 for USGS gaging station operations and groundwater monitoring. The budgeted cost for services provided by the U. S. Geological Survey is based on the annual renewal of a cooperative agreement with the Watermaster.

| | APPROVED BUDGET CURRENT YEAR 2009-10 | PROPOSED BUDGET 2010-11 |
|---|---|---|
| **Watermaster Office** | | |
| Rent | $   14,500 | $   14,500 |
| Accounting Services | 6,100 | 6,100 |
| Supplies | 1,200 | 1,200 |
| General Liability & Professional Insurance | 500 | 500 |
| Printing | 7,900 | 7,000 |
| Audit | 6,000 | 6,300 |
| Publications | 2,600 | 2,000 |
| Clerical/Data Management | 78,700 | 82,700 |
| Telephone/Internet | 2,700 | 2,700 |
| Miscellaneous Operating/Maintenance | 1,720 | 1,835 |
| Mileage/Travel | 800 | 800 |
| Office Equipment and Software | 2,000 | 2,000 |
| IT System/Website | 10,000 | 10,000 |
| **Watermaster** | | |
| Consulting Services | 174,000 | 177,000 |
| Travel Reimbursement | 20,000 | 20,000 |
| **SUBTOTAL WATERMASTER OFFICE** | **$ 327,820** | **$ 334,635** |
| | | |
| **USGS** | | |
| Gaging Station Operation and Maintenance | $ 174,100 | $ 175,925 |
| Water Quality Operation and Maintenance | 27,650 | 27,900 |
| Groundwater Monitoring Wells Water Levels | 11,300 | 16,800 |
| Groundwater Monitoring Wells Water Quality | 10,800 | 10,900 |
| **SUBTOTAL USGS** | **$ 223,850** | **$  231,525** |
| | | |
| **TOTAL** | **$ 551,670** | **$ 566,160** |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED