Case 3:51-cv-01247-JO-SBC   Document 5269   Filed 11/23/10   PageID.54756   Page 1 of 3

ORIGINAL

Linda Caldwell
Thomas Caldwell
31805 Temecula Parkway
PMB 674
Temecula, CA 92592
(951) 763-2799

Attorney for: IN PROPRIA PERSONA

FILED

NOV 23 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
    Plaintiff, )
RAMONA BAND OF CAHUILLA, )
CAHUILLA BAND OF INDIANS, et al., )
Plaintiff in Intervention, )
    )
vs. )
    )
FALLBROOK PUBLIC UTILITY )
DISTRICT, a public service corporation )
of the State of California, et al., )
    Defendants. )
_____ )

CASE NO. 51-cv-1247-GT-RBB

LINDA CALDWELL'S ANSWER TO RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLAINT IN INTERVENTION

In response to the Second Complaint in Intervention, Defendant LINDA CALDWELL denies paragraphs 1 through 14, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant LINDA CALDWELL hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous,

uncertain and unintelligible, and as such, fails to allege facts sufficient to constitute a cause of action against the Defendant.

3. The Ramona Band of Cahuilla does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

5. The use and withdrawal of water by the Ramona Band of Cahuilla under the Cahuilla Reservation is impairing the water available to Defendant LINDA CALDWELL under her real property, thereby entitling Defendant LINDA CALDWELL to compensation and injunctions identical to those sought by the Ramona Band of Cahuilla in its Second Amended Complaint in Intervention.

Dated: Nov. 10, 2010

Respectfully submitted,

_____
LINDA CALDWELL

| | |
|---|---|
| 1 | Linda Caldwell |
| | Thomas Caldwell |
| 2 | 31805 Temecula Parkway |
| | PMB 674 |
| 3 | Temecula, CA 92592 |
| | (951) 763-2799 |
| 4 | |
| 5 | Attorney for: IN PROPRIA PERSONA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., Plaintiff in Intervention, vs. FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., Defendants. | CASE NO. 51-CV-1247-SD-GT DECLARATION OF SERVICE Person served: Curtis G. Berkey Date served: Nov. 12, 2010 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

ANSWER OF LINDA CALDWELL TO
SECOND AMENDED COMPLAINT IN INTERVENTION

in the following manner:

by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U. S. Mail at Temecula, California on November 12, 2010.

Executed on November 12, 2010 at Temecula, California.

Pony Walker