ORIGINAL

1   Thomas Caldwell
    31805 Temecula Parkway
2   PMB 674
    Temecula, CA 92592
3   (951) 763-2799

FILED
NOV 2 3 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4   Attorney for: IN PROPRIA PERSONA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
CAHUILLA BAND OF INDIANS
Plaintiff in Intervention,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation
of the State of California, et al.,
    Defendants.

CASE NO. 51-cv-1247-GT-RBB

ANSWER OF THOMAS CALDWELL
TO CAHUILLA BAND OF INDIANS'
SECOND AMENDED COMPLAINT
IN INTERVENTION

In response to the Second Complaint in Intervention, Defendant THOMAS CALDWELL denies paragraphs 1 through 38, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant THOMAS CALDWELL hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to constitute a cause of action against the Defendant.

3. The Cahuilla Tribe does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant THOMAS CALDWELL under his real property, thereby entitling Defendant THOMAS CALDWELL to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: Nov. 19, 2010         Respectfully submitted,

X _____  **Fax Signature Attached**
THOMAS CALDWELL

3. The Cahuilla Tribe does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant THOMAS CALDWELL under his real property, thereby entitling Defendant THOMAS CALDWELL to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: Nov. 15, 2010         Respectfully submitted,

                             X _____
                             THOMAS CALDWELL

PAGE 2 OF 2
Thomas Caldwell's Answer to
Second Amended Complaint in Intervention          CASE NO: 51-cv-1247-GT-RBB
Received Time Nov. 15. 1:59PM

```
 1  Linda Caldwell
    Thomas Caldwell
 2  31805 Temecula Parkway
    PMB 674
 3  Temecula, CA 92592
    (951) 763-2799
 4
    Attorney for: IN PROPRIA PERSONA
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   SOUTHERN DISTRICT OF CALIFORNIA
 9  UNITED STATES OF AMERICA,       )
10       Plaintiff,                 )
    CAHUILLA BAND OF INDIANS        )
11  Plaintiff in Intervention,      )
                                    )   CASE NO. 51-CV-1247-GT-RBB
12  vs.                             )
                                    )   DECLARATION OF SERVICE
13  FALLBROOK PUBLIC UTILITY        )
    DISTRICT, a public service      )   Person served: Scott McElroy, Esq.
14  corporation of the State of     )
    California, et al.,             )   Date served: Nov. 15, 2010
15       Defendants.                )
                                    )
16
         I, the undersigned, declare under penalty of perjury that I am over the
17
    age of eighteen years and not a party to this action; that I served the above
18
    named person the following documents:
19
                    ANSWER OF THOMAS CALDWELL TO
20           SECOND AMENDED COMPLAINT IN INTERVENTION
    in the following manner:
21
         by placing a copy in a separate envelope, with postage fully prepaid, for
22
    each address named below and depositing each in the U. S. Mail at
23
    Temecula, California on November 15, 2010.
24
         Executed on November 15, 2010 at Temecula, California.
25
26                                          _____
27                                          Pony Walker
28
```

PAGE 1 OF 1

Declaration of Service                                    CASE NO. 51-CV-1247-GT-RBB