1  Carl Gage
   Donna Gage
2  IN PRO PER
   40685 Tumbleweed Trail
3  Aguanga, CA 92536
   Telephone: 951-763-2299
4

5  Attorney for: IN PROPRIA PERSONA

FILED
NOV 3 0 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )
           Plaintiff,             )
11 CAHUILLA BAND OF INDIANS       )
   Plaintiff in Intervention,     )
12                                )
   vs.                            )   CASE NO. 51-cv-1247-GT-RBB
13                                )
   FALLBROOK PUBLIC UTILITY       )
14 DISTRICT, a public service corporation )
   of the State of California, et al., )   ANSWER OF CARL GAGE
15       Defendants.              )   TO SECOND AMENDED COMPLAINT
                                  )
16 _____)

17     In response to the Second Complaint in Intervention, Defendant CARL
18 GAGE denies paragraphs 1 through 38, inclusive.
19     Without limiting or waiving its right to assert additional affirmative
20 defenses which are discovered subsequent to the filing and service of this
21 Answer, Defendant CARL GAGE hereby alleges and asserts the following as
22 separate and affirmative defenses to each and every cause of action set forth
23 in the Second Amended Complaint in Intervention:
24     1. The allegations in the Second Amended Complaint in Intervention do
25 not state sufficient facts to constitute a cause of action against the Defendant.
26     2. The allegations in the Second Amended Complaint in Intervention,
27 and each alleged cause of action set forth therein are vague, ambiguous,
28 uncertain and unintelligible, and as such, fails to allege facts sufficient to

---

CARL GAGE's Answer to
Second Amended Complaint in Intervention

PAGE 1 OF 2

CASE NO. 51-cv-1247-GT-RBB

1  constitute a cause of action against the Defendant.

2      3. The Cahuilla Tribe does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

    4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

    5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant CARL GAGE under his real property, thereby entitling Defendant CARL GAGE to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: November ___, 2010    Respectfully submitted,

*/s/ Carl Gage*
_____
CARL GAGE

---

CARL GAGE's Answer to
Second Amended Complaint in Intervention    PAGE 2 OF 2    CASE NO. 51-cv-1247-GT-RBB

1 | Carl Gage
2 | Donna Gage
    IN PRO PER
3 | 40685 Tumbleweed Trail
    Aguanga, CA 92536
4 | Telephone: 951-763-2299

5 | Attorney for: IN PROPRIA PERSONA

**FILED**
NOV 3 0 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6
7
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,
        Plaintiff,
11 | CAHUILLA BAND OF INDIANS
    Plaintiff in Intervention,
12 |
    vs.
13 |
    FALLBROOK PUBLIC UTILITY
14 | DISTRICT, a public service corporation
    of the State of California, et al.,
15 |      Defendants.
16 |

CASE NO. 51-CV-1247-GT-RBB

DECLARATION OF SERVICE

Person served: Scott McElroy, Esq.

Date served: November 22, 2010

17 |     I, the undersigned, declare under penalty of perjury that I am over the
18 | age of eighteen years and not a party to this action; that I served the above
19 | named person the following documents:

20 | ANSWER OF CARL GAGE TO
     SECOND AMENDED COMPLAINT IN INTERVENTION
21 | in the following manner:

22 |     by placing a copy in a separate envelope, with postage fully prepaid, for
23 | each address named below and depositing each in the U. S. Mail at
24 | Temecula, California on November 22, 2010.

25 |     Executed on November 22, 2010 at Temecula, California.

26
27
28 |                                    Pony Walker

Declaration of Service          PAGE 1 OF 1          CASE NO. 51-CV-1247-GT-RBB