1 Carl Gage
  Donna Gage
2 IN PRO PER
  40685 Tumbleweed Trail
3 Aguanga, CA 92536
  Telephone: 951-763-2299
4

5 Attorney for: IN PROPRIA PERSONA

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )
           Plaintiff,               )
11 RAMONA BAND OF CAHUILLA,         )
   CAHUILLA BAND OF INDIANS, et al.,)
12 Plaintiff in Intervention,       )
                                    )      CASE NO. 51-CV-1247-GT-RBB
13 vs.                              )
                                    )
14 FALLBROOK PUBLIC UTILITY         )      ANSWER OF CARL GAGE
   DISTRICT, a public service corporation ) TO SECOND AMENDED COMPLAINT
15 of the State of California, et al., )   IN INTERVENTION
         Defendants.                )
16 _____ )

17     In response to the Second Complaint in Intervention, Defendant CARL
18 GAGE denies paragraphs 1 through 14, inclusive.
19     Without limiting or waiving its right to assert additional affirmative defenses
20 which are discovered subsequent to the filing and service of this Answer,
21 Defendant CARL GAGE hereby alleges and asserts the following as separate and
22 affirmative defenses to each and every cause of action set forth in the Second
23 Amended Complaint in Intervention:
24     1. The allegations in the Second Amended Complaint in Intervention do
25 not state sufficient facts to constitute a cause of action against the Defendant.
26     2. The allegations in the Second Amended Complaint in Intervention, and
27 each alleged cause of action set forth therein are vague, ambiguous, uncertain
28 and unintelligible, and as such, fails to allege facts sufficient to constitute a cause



CARL GAGE's Answer                    PAGE 1 OF 2
to Second Amended Complaint in Intervention
                                                  CASE NO. 51-CV-1247-GT-RBB

1 of action against the Defendant.

2     3. The Ramona Band of Cahuilla does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

    4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

    5. The use and withdrawal of water by the Ramona Band of Cahuilla under the Cahuilla Reservation is impairing the water available to Defendant CARL GAGE under his real property, thereby entitling Defendant CARL GAGE to compensation and injunctions identical to those sought by the Ramona Band of Cahuilla in its Second Amended Complaint in Intervention.

Dated: November ___, 2010     Respectfully submitted,

*/s/ Carl Gage*
_____
CARL GAGE

Carl Gage
Donna Gage
IN PRO PER
40685 Tumbleweed Trail
Aguanga, CA 92536
Telephone: 951-763-2299

Attorney for: IN PROPRIA PERSONA

**FILED**

NOV 3 0 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS, et al.,<br>Plaintiff in Intervention,<br>vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br>Defendants. | CASE NO. 51-CV-1247-GT-RBB<br><br>DECLARATION OF SERVICE<br><br>Person served: Curtis G. Berkey<br><br>Date served: November 22, 2010 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

ANSWER OF CARL GAGE TO
SECOND AMENDED COMPLAINT IN INTERVENTION
in the following manner:

by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U. S. Mail at Temecula, California on November 22, 2010.

Executed on November 22, 2010 at Temecula, California.

_____
Pony Walker

DECLARATION OF SERVICE                PAGE 1 OF 1                CASE NO. 51-CV-1247-GT-RBB