```
1  Carl Gage
   Donna Gage
2  IN PRO PER
   40685 Tumbleweed Trail
3  Aguanga, CA 92536
   Telephone: 951-763-2299
4
```

**FILED**
NOV 3 0 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5  Attorney for: IN PROPRIA PERSONA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>CAHUILLA BAND OF INDIANS<br>Plaintiff in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br>     Defendants. | CASE NO. 51-cv-1247-GT-RBB<br><br>ANSWER OF DONNA GAGE<br>TO SECOND AMENDED COMPLAINT |

In response to the Second Complaint in Intervention, Defendant DONNA GAGE denies paragraphs 1 through 38, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant DONNA GAGE hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to

1 | constitute a cause of action against the Defendant.

2 |     3. The Cahuilla Tribe does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

    4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

    5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant DONNA GAGE under her real property, thereby entitling Defendant DONNA GAGE to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: November ___, 2010     Respectfully submitted,

_____
DONNA GAGE

| | |
|---|---|
| 1 | Carl Gage |
| 2 | Donna Gage<br>IN PRO PER |
| 3 | 40685 Tumbleweed Trail<br>Aguanga, CA 92536 |
| 4 | Telephone: 951-763-2299 |

**FILED**

**NOV 30 2010**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5  Attorney for: IN PROPRIA PERSONA

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,
    Plaintiff,
11  CAHUILLA BAND OF INDIANS
    Plaintiff in Intervention,
12
    vs.
13
    FALLBROOK PUBLIC UTILITY
14  DISTRICT, a public service corporation
    of the State of California, et al.,
15      Defendants.

CASE NO. 51-CV-1247-GT-RBB

DECLARATION OF SERVICE

Person served: Scott McElroy, Esq.

Date served: November 22, 2010

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

ANSWER OF DONNA GAGE TO
SECOND AMENDED COMPLAINT IN INTERVENTION

in the following manner:

by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U. S. Mail at Temecula, California on November 22, 2010.

Executed on November 22, 2010 at Temecula, California.

_____
Pony Walker

PAGE 1 OF 1

Declaration of Service                                    CASE NO. 51-cv-1247-GT-RBB