```
 1  Carl Gage
    Donna Gage
 2  IN PRO PER
    40685 Tumbleweed Trail
 3  Aguanga, CA 92536
    Telephone: 951-763-2299
 4
 5  Attorney for: IN PROPRIA PERSONA
```

FILED
NOV 3 0 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.,
Plaintiff in Intervention,

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,
    Defendants.

CASE NO. 51-CV-1247-GT-RBB

ANSWER OF DONNA GAGE TO SECOND AMENDED COMPLAINT IN INTERVENTION

In response to the Second Complaint in Intervention, Defendant DONNA GAGE denies paragraphs 1 through 14, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant DONNA GAGE hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to constitute a cause



of action against the Defendant.

3. The Ramona Band of Cahuilla does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

5. The use and withdrawal of water by the Ramona Band of Cahuilla under the Cahuilla Reservation is impairing the water available to Defendant DONNA GAGE under her real property, thereby entitling Defendant DONNA GAGE to compensation and injunctions identical to those sought by the Ramona Band of Cahuilla in its Second Amended Complaint in Intervention.

Dated: November ___, 2010     Respectfully submitted,

*/s/ Donna Gage*
DONNA GAGE

1  Carl Gage
   Donna Gage
2  IN PRO PER
   40685 Tumbleweed Trail
3  Aguanga, CA 92536
   Telephone: 951-763-2299
4

**FILED**

NOV 30 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5  Attorney for: IN PROPRIA PERSONA

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )
            Plaintiff,               )
11 RAMONA BAND OF CAHUILLA,          )
   CAHUILLA BAND OF INDIANS, et al., )
12 Plaintiff in Intervention,        )
                                     )   CASE NO. 51-CV-1247-GT-RBB
13 vs.                               )
                                     )   DECLARATION OF SERVICE
14 FALLBROOK PUBLIC UTILITY          )
   DISTRICT, a public service corporation )
15 of the State of California, et al., )  Person served: Curtis G. Berkey
            Defendants.              )
16 _____)   Date served: November 22, 2010

17       I, the undersigned, declare under penalty of perjury that I am over the age

18 of eighteen years and not a party to this action; that I served the above named

19 person the following documents:

20              ANSWER OF DONNA GAGE TO
         SECOND AMENDED COMPLAINT IN INTERVENTION
21 in the following manner:

22       by placing a copy in a separate envelope, with postage fully prepaid, for

23 each address named below and depositing each in the U. S. Mail at Temecula,

24 California on November 22, 2010.

25       Executed on November 22, 2010 at Temecula, California.

26

27                                          _____
                                            Pony Walker
28

---

DECLARATION OF SERVICE                PAGE 1 OF 1

CASE NO. 51-CV-1247-GT-RBB