ORIGINAL

```
FILED
DEC 0 8 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY
```

Diane Mannschreck
Robert Mannschreck
IN PRO PER
1600 Kiowa Ave
Lake Havasu City, AZ 86403
Telephone: 928-680-7700

Attorney for: IN PROPRIA PERSONA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>CAHUILLA BAND OF INDIANS<br>Plaintiff in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT. A public service corporation<br>of the State of California, et al.,<br>    Defendants. | CASE NO. 51-cv-1247-GT-RBB<br><br>ANSWER OF ROBERT MANNSCHRECK<br>TO SECOND AMENDED COMPLAINT<br>IN INTERVENTION |

In response to the Second Amended Complaint in Intervention, Defendant ROBERT MANNSCHRECK denies paragraphs 1 through 38, inclusive.

Without limiting or waiving his right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant ROBERT MANNSCHRECK hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention,

page 1 of 3
Answer of ROBERT MANNSCHRECK    Case No. 51-cv-01247-GT-RBB
to Second Amended Complaint in Intervention

and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to constitute a cause of action against the Defendant ROBERT MANNSCHRECK.

3. The Cahuilla Tribe does not possess any right or power to *affect* or impair real property trights or water rights beyond the boundary of the Cahuilla Reservation.

4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State Law.

5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant ROBERT MANNSCHRECK under his real property, thereby entitling Defendant ROBERT MANNSCHRECK to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: December 3, 2010               Respectfully submitted,

                                      ROBERT MANNSCHRECK

page 2 of 3
Answer of ROBERT MANNSCHRECK          Case No. 51-cv-01247-GT-RBB
to Second Amended Complaint in Intervention

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF ROBERT MANNSCHRECK TO SECOND AMENDED COMPLAINT IN INTERVENTION was this date served upon Scott McElroy and Curtis G. Berkey by placing a copy of the same in the United States Mail, postage prepaid, and sent to their address as follows:

Scott McElroy
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

Curtis G. Berkey
Alexander, Berkey, Williams & Weathers LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704

Aguanga, CA this 3rd day of December, 2010.

ROBERT MANNSCHRECK