1  Edward Lueras
   623 Beverly Blvd.
   Fullerton, CA 96833
2  Telephone:  714-525-9436

3  Attorney for: IN PROPRIA PERSONA

FILED

2011 JAN 14  PM 1:01

CLERK US DI____ ____RT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

4                    **UNITED STATES DISTRICT COURT**
                     **SOUTHERN DISTRICT OF CALIFORNIA**
5

6

7  UNITED STATES OF AMERICA,        ) Case No. 51-cv-1247-GT-RBB
                                    )
8           Plaintiff,              ) ANSWER OF EDWARD LUERAS TO
                                    ) SECOND AMENDED COMPLAINT IN
                                    ) INTERVENTION OF RAMONA BAND OF
9  RAMONA BAND OF CAHUILLA,         ) CAHUILLA
   CAHUILLA BAND OF INDIANS, et     )
10 al.                              )
                                    )
11                                  )
        Plaintiff-Intervenors       )
12                                  )
        vs.                         )
13 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, et al.,                )
14         Defendants.              )

15

16      In response to RAMONA BAND OF CAHUILLA ("Ramona") Second

17 Amended Complaint in Intervention, EDWARD LUERAS ("Defendant")

18 lacks sufficient information or belief to respond to the

19 allegations contained in paragraphs 1 through 14, inclusive,

20 and, therefore, denies the allegations on that ground.

21                      **AFFIRMATIVE DEFENSES**

22      Without limiting or waiving his right to assert additional

23 affirmative defenses which are discovered subsequent to the

24 filing and service of this Answer, Defendant hereby alleges and

25 asserts the following as separate and affirmative defenses to

26 each and every cause of action set forth in the Second Amended

27 Complaint in Intervention:

28                  **FIRST AFFIRMATIVE DEFENSE**

Answer of EDWARD LUERAS                    Case No. 51-cv-01247-GT-RBB
To Second Amended Complaint in Intervention

1

2 The allegations in the Second Amended Complaint in Intervention

3 do not state sufficient facts to constitute a cause of action

4 against Defendant.

5 **SECOND AFFIRMATIVE DEFENSE**

6 The allegations in the Second Amended Complaint in Intervention,

7 alleged causes of action set forth therein are vague, ambiguous,

8 uncertain and unintelligible, and as such, fail to allege facts

9 sufficient to constitute a cause of action against the

10 Defendant.

11 **THIRD AFFIRMATIVE DEFENSE**

12 Ramona does not possess any right or power to affect or impair

13 real property rights of water rights beyond the boundary of the

14 Cahuilla Reservation.

15 **FORTH AFFIRMATIVE DEFENSE**

16 The United States of America lacks authority under its

17 Constitution to engage in any act, treaty, statue or regulation

18 which impairs property rights established under California State

19 Law.

20 **FIFTH AFFIRMATIVE DEFENSE**

21 The use and withdrawal of water by Ramona under the Cahuilla

22 Reservation is impairing the water available to Defendant under

23 his real property, thereby entitling Defendant to compensation

24 and injunctions identical to those sought by Ramona in the

25 Second Amended Complaint in Intervention.

26 **SIXTH AFFIRMATIVE DEFENSE**

27

28

Answer of EDWARD LUERAS                        Case No. 51-cv-01247-GT-RBB
To Second Amended Complaint in Intervention

1  Defendant alleges that Plaintiff-Intervenors are estopped from

2  asserting rights to quantification because of changed

3  circumstances in the last 45 years.

**SEVENTH AFFIRMATIVE DEFENSE**

5  Defendant alleges that Plaintiff-Intervenors are barred from

6  recovery by the doctrine of laches.

**EIGHTH AFFIRMATIVE DEFENSE**

8  Defendant alleges that the damages, in any, are too speculative

9  in nature and cannot be quantified.

**NINTH AFFIRMATIVE DEFENSE**

11 Each and every claim asserted in the Second Amended Complaint is

12 barred by Defendant appropriated rights to water.

**TENTH AFFIRMATIVE DEFENSE**

14 Defendant alleges that the proposed allocation would result in

15 taking of disproportionate share of water, to the detriment of

16 Defendant.

**ELEVENTH AFFIRMATIVE DEFENSE**

18 The Second Amended Complaint is barred by the statute of

19 limitations.

**TWELFTH AFFIRMATIVE DEFENSE**

21 The Second Amended Complaint is barred by the doctrine of

22 waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

24 Ramona failed and neglected to mitigate its damages so as to

25 reduce or diminish its claim.

**FORTEENTH AFFIRMATIVE DEFENSE**

Answer of EDWARD LUERAS                    Case No. 51-cv-01247-GT-RBB
To Second Amended Complaint in Intervention

1  The Second Amended Complaint fails because Defendant reasonably

2  relied on Ramona's acts or omissions, whereby Ramona is estopped

3  from asserting its claim.

**FIFTEENTH AFFIRMATIVE DEFENSE**

5  The Second Amended Complaint is barred by the doctrine of

6  collateral estoppel based on findings previously made in this

7  matter, including, but not limited to findings in Interlocutory

8  Judgment numbers 33, 34, 40 and 41.

**SIXTEENTH AFFIRMATIVE DEFENSE**

10  The Second Amended Complaint is barred as a result of Ramona's

11  unclean hands.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

13  If Ramona suffered or sustained any damage or injury, the same

14  was directly and proximately contributed by Ramona through

15  negligence, recklessness, fault, and unlawful conduct.  Ramona's

16  alleged damages shall be reduced in proportion of fault

17  attributable to Ramona.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

19  If Ramona suffered or sustained any damage or injury, the same

20  was directly and proximately contributed by other parties or

21  entities through negligence, recklessness, fault, and unlawful

22  conduct.  Ramona's alleged damages shall be reduced in

23  proportion of fault attributable to such other persons or

24  entities.

**NINETEENTH AFFIRMATIVE DEFENSE**

26  Defendant is excused from any and all liability because at all

27  times material herein, Defendant's domestic wells and water

28  usage have been open and notorious, known to Ramona.

Answer of EDWARD LUERAS                    Case No. 51-cv-01247-GT-RBB
To Second Amended Complaint in Intervention

## TWENTIETH AFFIRMATIVE DEFENSE

Defendant has equal rights to water resources as provided by private property rights, guarantees under the law.  Indian reservations and their provisions are the responsibility of the United States Government and not individual citizens, who lack the duty, resources, and funding to insure compliance.

## TWENTY FIRST AFFIRMATIVE DEFENSE

Ramona's use of water is limited by the reasonable and beneficial use limitations set forth in Article X, Section 2, of the California Constitution and Water Code section 1000.

## TWENTY SECONDTH AFFIRMATIVE DEFENSE

Ramona's asserted intervention operates in effect to deny Defendant equal protection guarantees under the Fourteenth Amendment.

WHEREFORE, Defendant prays for judgment as follows:

1. Judgment be entered in favor of Defendant.

2. Defendant be dismissed with prejudice.

3. Ramona obtain no relief whatsoever in the Second Amended Complaint.

4. If this matter goes to trial, a trial by jury is hereby demanded.

5. For costs of suit incurred herein.

6. For any further relief as deemed just and proper.

Dated: __1-13-11__          _____

                           EDWARD LUERAS

Answer of EDWARD LUERAS                    Case No. 51-cv-01247-GT-RBB
To Second Amended Complaint in Intervention

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF EDWARD LUERAS TO SECOND AMENDED COMPLAINT IN INTERVENTION was this date served upon Curtis G. Berkey by placing a copy of the same in the United States Mail, postage prepaid, and sent to their address as follows:

Curtis G. Berkey

Scott W. Williams

Alexander, Berkey, Williams & Weathers LLP

2030 Addison Street, Suite 410

Berkley, CA 94704

Los Angeles, CA this 13th day of January, 2011

GILBERT SAUCEDO

Answer of EDWARD LUERAS                           Case No. 51-cv-01247-GT-RBB
To Second Amended Complaint in Intervention