MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent: 45 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)

### Defendants

Chuck Binder (present)               John Flocken (present)
Curtis Berkey (present)              Marilyn Levin (present)
Scott McElroy (present)              Jeff Hoskinson (present)
M. Catherine Condon (present)        Robert Davis (present)
James Markman (present)              Matthew Duarte (present)
Gordon Lanik (present)

PROCEEDINGS:    x   In Chambers       ___   In Court     ___   Telephonic

A settlement conference was held.

A telephonic status conference with Chuck Binder, Curtis Berkey, John Flocken, David Huff, Marilyn Levin, James Markman, and Scott McElroy is set for March 1, 2011, at 8:00 a.m.  Counsel for Agri-Empire is also to participate in the telephonic conference.

An additional telephonic status conference with these seven individuals is set for March 29, 2011, at 8:00 a.m.  Counsel for Agri-Empire is to participate in this conference as well.

Attorney Patrick Barry is to make arrangements for both conference calls.

Dated: January 18, 2011

                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Thompson                     INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record