(SPACE BELOW FOR FILING STAMP ONLY)

**FULLERTON, LEMANN, SCHAEFER & DOMINICK, LLP**
215 North D Street, First Floor
San Bernardino, California 92401-1712
Telephone (909) 889-3691
Telecopier (909) 888-5119

Wilfrid C. Lemann, SBN 80306
David P. Colella, SBN 238245
Attorneys for Defendant,
THE ROMAN CATHOLIC BISHOP OF
SAN BERNARDINO, a Corporation Sole

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>    Plaintiff in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California; et al.<br><br>    Defendants. | Case No.: 51-cv-1247-GT-RBB<br><br>**ANSWER OF THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO TO THE SECOND AMENDED COMPLAINT IN INTERVENTION OF RAMONA BAND OF CAHUILLA** |

Defendant THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO ("Defendant") hereby responds to the Second Amended Complaint in Intervention ("SAC") of RAMONA BAND OF CAHUILLA ("Ramona") on file herein as follows:

1.   Defendant lacks sufficient information or belief to respond to the allegations contained in Paragraphs 1 through 14, inclusive, of the SAC, and on that basis denies the allegations made therein.

//

//

1

As a further and separate answer to the SAC on file herein, Defendant alleges the following affirmative defenses to the entire SAC as follows:

### FIRST AFFIRMATIVE DEFENSE

1. Neither the SAC in its entirety, nor any cause of action purportedly contained therein, states facts sufficient to constitute any cause of action against this Defendant.

### SECOND AFFIRMATIVE DEFENSE

2. Ramona does not possess any right or power to affect or impair real property rights beyond the boundary of the Ramona Reservation.

### THIRD AFFIRMATIVE DEFENSE

3. The United States of America lacks authority to engage in any act, treaty, statute or regulation which impairs property rights of Defendant established under the laws of the State of California.

### FOURTH AFFIRMATIVE DEFENSE

4. The use and withdrawal of water by Ramona under the Ramona Reservation is impairing the water available to Defendant under its real property, thereby entitling Defendant to compensatory and injunctive relief identical to that sought by Ramona in the SAC.

### FIFTH AFFIRMATIVE DEFENSE

5. Ramona is estopped from asserting each and every cause of action against this Defendant by reason of its conduct and activities on which this Defendant has relied to its prejudice and detriment, and, accordingly, Ramona is barred from seeking relief on each and every cause of action of the SAC against this Defendant.

### SIXTH AFFIRMATIVE DEFENSE

6. Ramona's claims, and each of them, are barred by the doctrine of laches as a result of Ramona's unreasonable and inexcusable delay in the commencement of this action to the prejudice of this Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

7. Ramona's claims, and each of them, are barred by the doctrine of unclean hands.

//

2

ANSWER OF THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO TO THE SECOND AMENDED COMPLAINT IN INTERVENTION OF THE RAMONA BAND OF CAHUILLA

CASE NO. 51-CV-1247-GT-RBB

### EIGHTH AFFIRMATIVE DEFENSE

8. Each and every claim asserted in the SAC is barred by this Defendant's appropriated rights to water.

### NINTH AFFIRMATIVE DEFENSE

9. Ramona's proposed allocation of water rights would result in the taking of a disproportionate share of water, all to the unreasonable detriment of this Defendant.

### TENTH AFFIRMATIVE DEFENSE

10. Ramona has engaged in conduct and activities which it knew or should have known that this Defendant would in fact rely on to their prejudice and detriment, sufficient to constitute a waiver of any claims and demands against this Defendant; and, accordingly, Ramona is barred from the relief sought on each and every cause of action in the SAC against this Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

11. Ramona has failed to take reasonable, prudent, and necessary steps to diminish, control and/or mitigate the damages allegedly suffered by Ramona, if any, and is therefore barred from recovery herein, or in the alternative, should have the damages reduced by that amount attributable to the failure to mitigate.

### TWELFTH AFFIRMATIVE DEFENSE

12. Ramona's claims, and each of them, are barred by the applicable statute of limitations.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. The SAC is barred by the doctrine of collateral estoppel based on finding previously made in this matter, including but not to findings in Interlocutory Judgment Nos. 33, 34, 40, 41.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. Ramona's claims, and each of them, are too speculative in nature to the extent they cannot be quantified.

//

//

//

3

ANSWER OF THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO TO THE SECOND AMENDED COMPLAINT IN INTERVENTION OF THE RAMONA BAND OF CAHUILLA

CASE NO. 51-CV-1247-GT-RBB

### FIFTEENTH AFFIRMATIVE DEFENSE

15. The damages and injury alleged by Ramona in the SAC were caused directly and proximately by Ramona through its negligence, recklessness, and unlawful conduct. Therefore, Ramona's damages must be reduced in proportion to the fault attributable to Ramona.

### SIXTEENTH AFFIRMATIVE DEFENSE

16. The damages and injury alleged by Ramona in the SAC were caused directly and proximately by other parties not including this Defendant through his/her/its negligence, recklessness, and unlawful conduct. Therefore, Ramona's damages must be reduced in proportion to the fault attributable to these other parties.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17. Defendant is excused from any liability under the claims of the SAC because at all times relevant herein, Defendant's water wells and/or water usage have been open, notorious, and known to Ramona.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18. Ramona's use of water is limited by the reasonable and beneficial use restrictions set forth in the California Constitution, Article X, Section 2 and California Water Code, Section 1000, *et seq*.

### NINETEENTH AFFIRMATIVE DEFENSE

19. Ramona's asserted intervention operates, in effect, to deny Defendant its equal protection guarantees under the United States Constitution, Fourteenth Amendment.

### TWENTIETH AFFIRMATIVE DEFENSE

20. Defendant has equal rights to water resources as provided by private property rights guaranteed under local, state, and federal laws. Indian reservation and the provisions applicable thereto are the responsibility of the government of the United States and not individual citizens or this Defendant who lack the duty, resources and funding to insure compliance therewith.

//

//

//

4

ANSWER OF THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO TO THE SECOND AMENDED COMPLAINT IN INTERVENTION OF THE RAMONA BAND OF CAHUILLA

CASE NO. 51-CV-1247-GT-RBB

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. This Defendant presently have insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses. This Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates that such additional affirmative defenses are appropriate.

WHEREFORE, Defendant prays as follows:

1. Ramona take nothing by its SAC, and that the SAC be dismissed with prejudice;

2. Defendant be awarded judgment in this action and its reasonable attorneys' fees and costs incurred in defending this action;

3. If this matter proceeds to trial, Defendant hereby demands a trial by jury; and

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: February 3, 2011    FULLERTON, LEMANN, SCHAEFER & DOMINICK, LLP

By: s/David P. Colella
David P. Colella, Attorneys for Defendant,
THE ROMAN CATHOLIC BISHOP
OF SAN BERNARDINO
E-mail: dcolella@flsd.com

5

ANSWER OF THE ROMAN CATHOLIC BISHOP OF SAN    CASE NO. 51-CV-1247-GT-RBB
BERNARDINO TO THE SECOND AMENDED COMPLAINT
IN INTERVENTION OF THE RAMONA BAND OF CAHUILLA