Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California  92024
marco@coastlawgroup.com
Tel:  760-942-8505
Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe,<br>RAMONA BAND OF CAHUILLA,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>**STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS AND THE RAMONA BAND OF CAHUILLA**<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:    8<br><br>Hon. Gordon Thompson, Jr. |

The Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") submit this status report summarizing the status of service on the individuals and entities subject to the Tribes' Second Amended Complaints:

## I. STATUS OF SERVICE

A.  **Waivers.**  Pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, the Tribes hereby provide notice of filing under separate cover 792 waivers of service of summons which were signed after the Tribes filed their Second Amended Complaints. Attached to this Status Report as Exhibit A is a list of the individuals and entities who signed the waivers. On September 19, 2009, the Tribes filed 251 waivers with the Court which were received by counsel for the Tribes after filing their First Amended Complaints.

B.  **Personal Service.**  Personal service on the non-waiving defendants is essentially complete except for a small amount of follow-up administrative work. The Tribes have attempted to complete personal service on all of the individuals and entities subject to the Tribes' Second Amended Complaints. A number of challenging circumstances has prolonged the service process, including, but not limited to: (1) some individuals have moved and the new address has been difficult to ascertain; (2) some individuals have sold their property; (3) some individuals have died; (4) some individuals reside in gated homes and refuse to allow the process server access; (5) at some of the listed addresses, the house is vacant or empty and there is no indication of where the owner may be found; and (6) some individuals have dogs running free in their fenced-in yards, which may make access to the house dangerous. Counsel for the Tribes are currently following up with respect to each of the individuals for which the process servers were unable to complete personal service. This has been an extremely time-consuming process.

In addition, although the process servers have completed personal service (or attempted to complete personal service but were unable to due to the circumstances set forth above), the process servers have not yet provided the attorneys for the Tribes with all of the Returns of Service. Completing all the paperwork for service on hundreds of individuals is a time-

consuming process.  As soon as the Tribes' attorneys have obtained the remaining Returns of Service, which we expect to be completed soon, we will file them with the Court.

In the interim, the Tribes are providing the Court with all of the Returns of Service received to date.  Thus, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, the Tribes hereby provide notice of filing under separate cover 520 Returns of Service for the Cahuilla Band and 456 Returns of Service for the Ramona Band, reflecting that personal service has been completed with respect to those individuals and entities.  Attached to this Status Report as Exhibit B is a list of the individuals and entities who were served with the Cahuilla Band's Second Amended Complaint.  Attached to this Status Report as Exhibit C is a list of the individuals and entities who were served with the Ramona Band's Second Amended Complaint.

In addition, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure which authorizes service on individuals within the United States in accordance with state law, the Tribes completed service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt." CAL. CIV. PROC. CODE § 415.40.  Thus, the Tribes are also providing notice of filing under separate cover 31 Proofs of Service reflecting that personal service has been completed with respect to those individuals residing outside the State of California.  Attached to this Status Report as Exhibit D is the list of those individuals and entities who were served by certified mail.

**C.    Publication of Notice.**  In the event it is not possible to personally serve the small number of individuals and entities remaining to be served, the Tribes will file a motion with the Court requesting an order authorizing the Tribes to publish notice.  The motion will outline the process followed to complete personal service, the outside sources consulted to ascertain the various kinds of information needed and the result of each search.

## II. REQUEST TO EXTEND DEADLINE TO APRIL 27, 2011 TO COMPLETE PERSONAL SERVICE

Based on the foregoing, the Tribes respectfully request that the deadline for completing personal service be extended to April 27, 2011.

Respectfully submitted this 25th day of February, 2011.

    Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP LLP
    1140 S. Coast Hwy 101
    Encinitas, California  92024
    Tel:  760-942-8505 Fax:  760-942-8515

    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER
      & CONDON, P.C.
    1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
    Tel:  303-442-2021 Fax: 303-444-3490

        */s/ Scott B. McElroy*
By: _____
    Scott B. McElroy
*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*

    Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS &
    WEATHERS LLP
    2030 Addison Street, Suite 410
    Berkeley, California  94704
    Tel: 510-548-7070

        */s/ Curtis G. Berkey*
By: _____
    Curtis G. Berkey
*Attorneys for Plaintiff in Intervention,
Ramona Band of Cahuilla*