## WAIVERS OF SERVICE

| # | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 1 | SHARON | ACKER |
| 2 | MARTY | ADAMS |
| 3 | CONNIE | ADAMS |
| 4 | BRENDA | ADAMS |
| 5 | SILVA | ADJOYAN |
| 6 | CECILIO | AGUILA |
| 7 | SUZANNE | AGUNDEZ |
| 8 | TIMOTHY | AIKEN |
| 9 | STANLEY | AIKEN |
| 10 | TODD | AIKEN |
| 11 | WILLIAM | AINSWORTH |
| 12 | ALVIN | AKERS |
| 13 | RUTH | AKERS |
| 14 | ROBERT | ALLEN |
| 15 | DEANNA | ALLEN |
| 16 | ROBERT | ALLOWAY |
| 17 | JEFFREY | ALOIA |
| 18 | KIMBERLY | ALVARADO GUTIERREZ |
| 19 | OLGA | ALVAREZ |
| 20 | MARTHA | AMAYA |
| 21 | ALIN | ANAYA |
| 22 | DAVID | ANDERSON |
| 23 | LINDA | ANDERSON |
| 24 | DWAYNE | ANDERSON |
| 25 | JUDY | ANDERSON |
| 26 | MICHAEL | ANDERSON |
| 27 | JUDY | ANDERSON |
| 28 | | ANZA DEVEVELOPMENT CORP |
| 29 | | ANZA ELECTRIC COOPERATIVE INC |
| 30 | | ANZA FIRST SOUTHERN BAPTIST CHURCH |
| 31 | | ANZA MUTUAL WATER CO |
| 32 | | ANZA RANCHES ASSOCIATES LTD |
| 33 | TONY | AQUILANO |
| 34 | MARYANN | AQUILANO |
| 35 | KRIKOR | ARABIAN |
| 36 | DENISSE | ARELLANO |
| 37 | MARTHA | ARRIAGA |
| 38 | FREDRICK | ASHER |
| 39 | MARINA | ASHER |
| 40 | EVELYN DARE | ATKISON TRUST |
| 41 | DOROTHY | BABCOCK |
| 42 | LESTER | BACKUS |
| 43 | SUSAN | BACKUS |
| 44 | H KEATS | BAKER |
| 45 | GEORGE | BANERIAN |
| 46 | ARPI | BANERIAN |
| 47 | LOEL | BANTA |
| 48 | CYNTHIA | BANTA |
| 49 | VINCENT | BANTA |
| 50 | ANITA | BANTA |
| 51 | ROMULO | BANZON |
| 52 | IGAAL | BARAK |
| 53 | GLORIA | BARAY |
| 54 | CINDY | BARKER |

Hard copies submitted by McElroy, Meyer, Walker & Condon, P.C.


EXHIBIT A

**WAIVERS OF SERVICE**

|  | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 55 | CLARENCE DALE | BARKLEY |
| 56 | MAXINE | BARKLEY |
| 57 | HOWARD | BARRETT |
| 58 | ALICE | BAYLEY |
| 59 | ANDY | BAZAR |
| 60 | NORA | BAZAR |
| 61 | FREDRICK | BEARD |
| 62 | SUSAN | BEARD |
| 63 | DONALD | BECKER |
| 64 | JAMES | BELL |
| 65 | SHARILYN | BELL |
| 66 | JOHN | BELLESI |
| 67 | PAULA | BELLESI |
| 68 | PHILLIP | BENSON |
| 69 | PATRICIA | BENSON |
| 70 | HELEN | BENTLEY |
| 71 |  | BERRINCHE |
| 72 |  | BERRO MARILYN LIVING TRUST |
| 73 | ROBERT | BERRY |
| 74 | RAMONA | BERRY |
| 75 | BRIAN | BIGGERS |
| 76 | JONATHAN | BLACKBURN |
| 77 | BENITA | BLACKBURN |
| 78 | STEPHEN | BLACKWELL |
| 79 | SHARON | BLOCHER |
| 80 | ROBERT | BOERNER |
| 81 | LAURA | BOERNER |
| 82 | FRAUKE | BOKKES |
| 83 | MARIE VELLA | BONAVITA |
| 84 | TIMOTHY | BONIVER |
| 85 | CLAUDE | BONNET |
| 86 | KATHERINE | BONNET |
| 87 | CHARLES | BOOTH |
| 88 | JEFFERY | BOSEN |
| 89 | SHIRLEEN | BOSEN |
| 90 | MICHAEL | BOWERS |
| 91 | PATRICK | BOWERS |
| 92 | BERNARDINA | BOWERS |
| 93 | EDWIN | BRACHMAN |
| 94 | EVELYN | BRAJEVICH |
| 95 | BLAZ | BRAJEVICH |
| 96 | GREG | BRANDS |
| 97 | FRIEDA | BRANDS |
| 98 | FAYE | BREAKFIELD |
| 99 | KELLY | BRENGLE |
| 100 | MONICA | BRETT SERLE |
| 101 | KATHRYN | BRIDGE |
| 102 | JAMES | BRIDGE |
| 103 | LESLIE | BRIDGE |
| 104 | WINIFRED | BRIGGS |
| 105 | SCOTT | BRILES |
| 106 | PAULA | BRILES |
| 107 | LEON | BRITTON |
| 108 | GLORIA | BRITTON |

# WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 109 | ERIN | BRUNSON |
| 110 | | BRYANT GENE R ESTATE OF |
| 111 | PHYLLIS | BUCK |
| 112 | KATHRYN | BUCKLAND |
| 113 | FRANKLIN | BUCKLAND |
| 114 | | BUDGET FINANCING COMPANY |
| 115 | ROBERT | BUSCHMANN |
| 116 | MARJORIE | BUSCHMANN |
| 117 | JEFFREY | BUSHNELL |
| 118 | PATRICIA | BUSHNELL |
| 119 | MANUEL | BUSTILLOS |
| 120 | ROBERT | CALHOUN |
| 121 | DEANE | CALHOUN |
| 122 | ANITA | CALLENDER |
| 123 | LESLIE | CALLENDER |
| 124 | JESUS | CAMARENA |
| 125 | RONALD | CAMPBELL |
| 126 | ROBIN | CAMPBELL |
| 127 | BRENDA | CAMPOS |
| 128 | PHILIP | CANADAY |
| 129 | MARK | CANCHOLA |
| 130 | TENA | CANCHOLA |
| 131 | JOHN | CANNON |
| 132 | | CANTARANO ANITA M LIVING TRUST |
| 133 | VERNON | CARLSEN |
| 134 | PAULA | CARLSEN |
| 135 | SCOTT | CARPENTER |
| 136 | JODY | CARPENTER |
| 137 | JACK | CARR |
| 138 | HELEN | CARR |
| 139 | DOUGLAS | CAUDEL |
| 140 | KIM | CAUDEL |
| 141 | FRANK | CERNEY |
| 142 | MARY | CERNEY |
| 143 | LEIGH | CHAI |
| 144 | PRISCILLA | CHASE |
| 145 | J ROGER | CHASTAIN |
| 146 | JANE | CHASTAIN |
| 147 | CHARLES | CHEEK |
| 148 | NYNA | CHEEK |
| 149 | YUNGMING | CHEN |
| 150 | DAE | CHOI |
| 151 | SOOK | CHOI |
| 152 | ROSEMARY | CLARK |
| 153 | DONNA L. | CLAYTOR, TRUSTEE |
| 154 | MARSHALL | CLAYTOR, TRUSTEE |
| 155 | | CLEAR VIEW RANCH |
| 156 | DAVID | CLEGG |
| 157 | LINDA | CLEGG |
| 158 | KATHY | COATS |
| 159 | FREDRICK | COCHRANE |
| 160 | NATALIE | COCHRANE |
| 161 | MARY | COFFIN |
| 162 | RONALD | COOK |

## WAIVERS OF SERVICE

|  | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 163 | CHRISTINE | COOK |
| 164 | ERNEST | COON |
| 165 | LAURELLE | COON |
| 166 | DONALD | COOPER |
| 167 | ROBIN | COOPER |
| 168 | TREVOR | CORMAN |
| 169 |  | CORP PRESIDING BISHOP CHURCH OF LDS |
| 170 | RAYMOND | COTE |
| 171 | JOHN | CRONK |
| 172 | KATHLYN | CURNOW |
| 173 | DONALYN | CUTLER |
| 174 | DAVID | CUTLER |
| 175 | RUTH | CYRIACKS, TRUSTEE |
| 176 |  | D K QUALITY CONST INC |
| 177 | MICHAEL | DAVIES |
| 178 | RENETTE | DAVIES |
| 179 | CRAIG | DAVIS |
| 180 | TEKA | DAVIS |
| 181 | RONALD | DAWSON |
| 182 | MARY LOU | DAWSON |
| 183 | JOSEFINA | DE FILIPPIS |
| 184 | DEBORAH | DEBOER |
| 185 | VIRATANA | DEEDAS |
| 186 | KALLIKA | DEEDAS |
| 187 | SANTO | DEFAZIO |
| 188 | JOAN | DEFAZIO |
| 189 | PHILIP | DEGREGORY |
| 190 | LORFY | DELGADO |
| 191 | JOCELYN | DELGADO |
| 192 | RICHARD | DEMARCO |
| 193 | DONNA | DEMARCO |
| 194 | STEVEN | DENHAM |
| 195 | PATRICIA | DENHAM |
| 196 | PATRICK | DENNIS |
| 197 | IMA | DENNIS |
| 198 | EMIL | DENZEL |
| 199 | CLARENCE | DEVRIES |
| 200 | JOYCE | DEVRIES |
| 201 | RONALD | DINICOLA |
| 202 | ALDO | DOMENICHINI |
| 203 | CHRISTINE | DOMENICHINI |
| 204 | RONALD | DONLEY |
| 205 | KAREN | DONLEY |
| 206 | DONALD | DOWNING |
| 207 | REBECCA | DOWNING |
| 208 | MICHAEL | DUNAGAN |
| 209 | DIANE | DUNAGAN |
| 210 | ARTHER | DYCK |
| 211 | TAMMY | DYCK |
| 212 | MICHAEL | EGGER, TRUSTEE |
| 213 | JERRY | EGGERING |
| 214 | SANDRA | EGGERING |
| 215 | DON | ELLINGTON |
| 216 | PATRICIA | ELLINGTON |

**WAIVERS OF SERVICE**

|  | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 217 | DOROTHY | ELLINGTON |
| 218 | VIRGIL | ELMORE |
| 219 | ELLEN | ELMORE |
| 220 | JOHN | ENEIM |
| 221 | CHRISTINE | ENEIM |
| 222 | SHIRLEY | ERNST |
| 223 |  | ESTRELLA ESCROW PENSION TRUST |
| 224 | RHONDA | EVANS |
| 225 | LAUREL | FAILS |
| 226 | NORMAN | FALEONO |
| 227 | M. ALICIA | FALEONO |
| 228 | MARIA | FELIX |
| 229 | ADELLA | FENNESSY |
| 230 | LOUISE | FINKE |
| 231 | ANNE | FIRESTONE |
| 232 | MARTIN | FISCHER |
| 233 | IRENE | FISCHER |
| 234 | DARON | FISLER |
| 235 | SETH | FLOYD |
| 236 | DOROTHY | FOGEL |
| 237 | RONALD | FOLCKA |
| 238 | JANET | FOLCKA |
| 239 | GEORGE | FRANCO |
| 240 | LIVARE | FRANCO |
| 241 | MARGARETHA | FRANZEN |
| 242 | DENNIS | FRASIER |
| 243 | CAROL | FRASIER |
| 244 | EDWINA | FREEMAN |
| 245 | GEORGE | FRENCH |
| 246 | NORA | FRENCH |
| 247 | TEDDY | FREY |
| 248 | LINDA | FREY |
| 249 | LINDA | FRICK |
| 250 | CARL | GAGE |
| 251 | DONNA | GAGE |
| 252 | ERIC | GAHLER |
| 253 | FELIPE | GALINDO |
| 254 | BEVERLY | GALLEGOS |
| 255 | ROBERTO | GAMINO |
| 256 | ESTHER | GAMINO |
| 257 | MARY ELLEN | GARCIA |
| 258 | ANTONIO | GARCIA |
| 259 | JEANNE | GARCIA |
| 260 | BARBARA | GARCIA |
| 261 | BARBARA | GARLOCK |
| 262 | LENTON | GARRISON |
| 263 | ROBYN | GARRISON |
| 264 | EDWARD | GAUNTT |
| 265 | RON | GAUTHIER |
| 266 | PAULA | GAUTHIER |
| 267 | HOWARD | GELLINCK |
| 268 | KATHLEEN | GELLINCK |
| 269 | HELEN A | GEROW, TRUST |
| 270 | DONALD | GIECK |

**WAIVERS OF SERVICE**

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 271 | ROBERT | GIFFIN |
| 272 | BERTRAND | GIFFIN |
| 273 | CATHERINE | GIFFIN |
| 274 | CHARLES | GILBERT |
| 275 | MARGARET | GILBERT |
| 276 | STELLA | GINEZ |
| 277 | MANUEL | GINEZ, JR. |
| 278 | KATRINA | GINN |
| 279 | HELEN | GLACY |
| 280 | SHARRON | GLEASON |
| 281 | KENNETH | GOLDEN |
| 282 | STANLEY | GOODRICH |
| 283 | JANE | GRABOWSKI MILLER |
| 284 | DAVID | GRAHAM |
| 285 | JUDY | GRAHAM |
| 286 | HENRY | GRANT TRUST |
| 287 | BETH | GRAY |
| 288 | ROCKY | GRAY |
| 289 | KADER | GRAY |
| 290 | ALVIN | GREENWALD |
| 291 | AUDREE | GREENWALD |
| 292 | DON | GRITTON |
| 293 | ADELA | GUARDADO |
| 294 | GUILLERMO | GUERRERO |
| 295 | GRISELDA | GUERRERO |
| 296 | LEONEL | GUILLEN |
| 297 | STEVEN | GUILLORY |
| 298 | NIKI | GUILLORY |
| 299 | HARUTYUN | GULLAPYAN |
| 300 | DOUGLAS | GUNN |
| 301 | ROBIN | GUNN |
| 302 | MARTIN | GUTIERREZ |
| 303 | RILEY | GUYE |
| 304 | CAROLYN SUE | GUYE |
| 305 | SAHIR | HADDAD |
| 306 | CHRISTOPHER | HALEY |
| 307 | JAMES | HALLEY |
| 308 | CRISTINA | HALLEY |
| 309 | DONNIE | HAMILTON |
| 310 | KATHRYN | HAMILTON |
| 311 | BEATRICE | HAMMERSTRAND |
| 312 | CATHERINE | HANLEY, TRUSTEE |
| 313 | THOMAS | HARPOLE |
| 314 | GALE | HARPOLE |
| 315 | RICHARD | HASSELMANN |
| 316 | RALPH | HATCHER |
| 317 | DORTHY | HATCHER |
| 318 | RICHARD | HAWES |
| 319 | MARY | HAWES |
| 320 | MYRNA | HAWTHORN |
| 321 | RICHARD | HEBETS |
| 322 | GAIL | HEBETS |
| 323 | JAYSON | HEBETS |
| 324 | CAROLYN | HEBETS |

**WAIVERS OF SERVICE**

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 325 | LISA | HECKETHORN |
| 326 | CHRISTOPHER | HEINTSCHEL |
| 327 | LISA HARUYE | HELLERUD |
| 328 | MARVIN | HENDERSON |
| 329 | EUNICE | HENDERSON |
| 330 | NOAH | HENDERSON |
| 331 | DAVID | HENDRY |
| 332 | CINDY | HENDRY |
| 333 | M | HENKIN |
| 334 | RHONDA | HICKS |
| 335 | TROND | HILDAHL |
| 336 | JAMES | HILE |
| 337 | BRETT | HIRSCHI |
| 338 | ROBERT | HJELM |
| 339 | CHARLENE | HODGES |
| 340 | DENISE | HODGES ALLOWAY |
| 341 | MARC | HOFFING |
| 342 | SYLVIA | HOFFMASTER |
| 343 | LESTER H. | HOOVER, TRUSTE |
| 344 | SACHA | HOPE |
| 345 | EDWARD | HOPKINS |
| 346 | NANCY | HOPKINS |
| 347 | LINDA | HOPKINS |
| 348 | JOHN | HOPKINS |
| 349 | WILLIAM | HOSBAND |
| 350 | PATSY | HOSBAND |
| 351 | RICHARD | HOTCHKISS |
| 352 | MERCEDES | HOTCHKISS |
| 353 | MARSHA | HOULE |
| 354 | REX | HUFFMAN |
| 355 | COLLEEN B | HUFFMAN |
| 356 | NEVA | HUMPHRIES |
| 357 | FRANCINE | HUNKE |
| 358 | CAROLYN | HUNT |
| 359 | BOBBIE | HURST |
| 360 | KEVIN | IVES |
| 361 | JUDITH | IVES |
| 362 | FLETCHER | JACKSON |
| 363 | LYNNE | JACKSON |
| 364 | BENJAMIN | JARA |
| 365 | GLORIA | JARA |
| 366 | VICTORIA | JARVIS |
| 367 | PHILLIP | JAUREGUI |
| 368 | SHARON | JAUREGUI |
| 369 | STEWART | JEWELL |
| 370 | SHERRI | JEWELL |
| 371 | HILDA | JIMENEZ BARAK |
| 372 | ERNEST | JOHNS |
| 373 | TRUDY | JOHNS |
| 374 | SHERRY | JOHNSTON |
| 375 | COY | JONES |
| 376 | LARRY | JORDAN |
| 377 | CLIFFORD | JORDAN |
| 378 | BERNARD | JORGE |

**WAIVERS OF SERVICE**

|  | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 379 | DONNA | JORGE |
| 380 | HECTOR | JUAREZ |
| 381 | PETRA | JUAREZ |
| 382 | MARY | JULIANO |
| 383 | RICHARD | JULIANO |
| 384 | SHIRLEY | KAMEI |
| 385 | MICHAEL | KAMEI |
| 386 | GENE | KAMINSKI |
| 387 | BETTY | KAMINSKI |
| 388 | LONNY | KANOUSE |
| 389 | AMBER | KANOUSE |
| 390 | NEIL | KAPPLE |
| 391 | SHAHAN | KAPRIELIAN |
| 392 | SHARON | KAZMARK |
| 393 | GARY | KELLER |
| 394 | JANA | KELSO |
| 395 | DENNIS | KELTNER |
| 396 | LEANNA | KELTNER |
| 397 | GEORGE | KIMBALL, SR |
| 398 | SHIRLEY | KIMBALL |
| 399 | KEVIN | KING |
| 400 | TERESA | KING |
| 401 | WILLIAM | KLYM |
| 402 | ROSEMARY | KLYM |
| 403 | RAYMOND | KNOTT |
| 404 | ELAINE | KNOTT |
| 405 | STEVEN | KOVACHY |
| 406 | MERRIE | KRAATZ |
| 407 | ALVIN | KRANZ |
| 408 | ROBERT | KREUTZER |
| 409 | JEAN | KREUTZER |
| 410 |  | KSY INV |
| 411 | CHUN | KUAN |
| 412 | MARLENE | KURODA |
| 413 | BETTY | LACKEY |
| 414 |  | LAKE RIVERSIDE SUMMIT, LLC |
| 415 | JOHN | LAMDIN |
| 416 | VALENTINA | LAMDIN |
| 417 | JAMES | LANGE |
| 418 | DAWNA | LANGE |
| 419 | JAMES | LANIK |
| 420 | JOSE | LANIK |
| 421 | DANIEL | LANIK |
| 422 | ALICIA | LANIK |
| 423 | JOSEPH | LANNOM |
| 424 | MARY | LANNOM |
| 425 | NORBERT | LAPASINSKI |
| 426 | FLORENCE | LAPASINSKI |
| 427 | LAWRENCE | LARIMER |
| 428 | CAROL | LARIMER |
| 429 | CHAY | LAU |
| 430 | TINA | LAU |
| 431 | WAYNE | LAUBE |
| 432 | SUSAN | LAUBE |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 433 | DHIAN | LAUREN |
| 434 | DON | LAVOIE |
| 435 | PENNY | LAVOIE |
| 436 | JAMES | LAWRENCE |
| 437 | BRENDA | LAWRENCE |
| 438 | KARINA | LAWRENCE |
| 439 | MARK | LAWRENCE |
| 440 | ANNETTE | LAWYER |
| 441 | DONALD | LEDWICK |
| 442 | PENELOPE | LEDWICK |
| 443 | WILLIAM | LEE |
| 444 | PHILIP | LEHMAN |
| 445 | VICKI | LEMKE |
| 446 | DONALD | LERCH |
| 447 | JOAN | LERCH |
| 448 | KENNETH | LEWIS |
| 449 | KATHLEEN | LEWIS |
| 450 | TERRY | LINDSAY |
| 451 | KIM | LIUZZI |
| 452 | MICHELLE | LIUZZI |
| 453 | NICOLE | LIUZZI |
| 454 | JOAN | LIVELY |
| 455 | SARAH | LOCKHART |
| 456 | ROBERT | LOPEZ |
| 457 | STELLA | LOPEZ |
| 458 | ROBERT | LUCERO |
| 459 | LYDIA | LUCERO |
| 460 | JESUS | LUEVANOS |
| 461 | ROBERT | LUNA |
| 462 | REBECCA | LUNA |
| 463 | DORENE | MABBOTT |
| 464 | ROSE M | MACALINO |
| 465 | LARRY | MACLEAN |
| 466 | RANDY | MAHER |
| 467 | FERNANDO | MANALOTO |
| 468 | GINA | MANALOTO |
| 469 | KENNETH | MANN |
| 470 | ANNE | MANN |
| 471 | STEPHEN | MANNIX |
| 472 | DELISA | MANNIX |
| 473 | STEVE | MANSEAU |
| 474 | LAURA | MANSEAU |
| 475 | JAMES | MANUHU |
| 476 | JEANNE | MANUHU |
| 477 | GARRY | MARCHANT |
| 478 | JANICE | MARCHANT |
| 479 | JAMES | MARTENS |
| 480 | TIMMIE | MARTENS |
| 481 | CHARLES | MARTIN |
| 482 | PATRICIA | MARTIN |
| 483 | RICHARD | MARTIN |
| 484 | RUDY | MARTINEZ |
| 485 | CONNIE | MARTINEZ |
| 486 | BASILIO | MARTINEZ |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 487 | ELVERA | MAURER |
| 488 | FLOYD | MAXWELL |
| 489 | CECILIA | MAXWELL |
| 490 | MICHAEL | MAY |
| 491 | BARBARA | MAY |
| 492 | JAMES D | MCCAFFERTY |
| 493 | SHEILA | MCCAFFERTY |
| 494 | LEANN | MCCLAIN |
| 495 | KATHLEEN | MCCOY |
| 496 | ELIZABETH | MCCOY |
| 497 | CHAD | MCCOY |
| 498 | MORSE | MCDONALD |
| 499 | JOHN | MCGEE |
| 500 | CATHLEEN | MCGEE |
| 501 | JEAN | MCKUSICK |
| 502 | WILLIAM | MCPHILLIPS |
| 503 | KATHLEEN | MCPHILLIPS |
| 504 | DENNIS | MCQUEARY |
| 505 | PAULA | MCQUEARY |
| 506 | RICHARD | MEAD |
| 507 | LYNETTE | MEAD |
| 508 | JORGE | MEDINA |
| 509 | CHERYL | MEDINA |
| 510 | JOSE | MENDOZA |
| 511 | TOMMY | MENDOZA |
| 512 | PEGGY | MENDOZA |
| 513 | DEAN | METZGER |
| 514 | LAURA | METZGER |
| 515 | EMANUEL | MILLER |
| 516 | JOSEPH | MILLER |
| 517 | LAVONNE | MILLER |
| 518 | FRANK | MILLER |
| 519 | ROBERT | MITCHELL |
| 520 | MARY | MOHN |
| 521 | ALFRED | MONTIJO |
| 522 | LINDA | MOORE |
| 523 | GARLAND | MOORE |
| 524 | GUY | MOORE |
| 525 | ROBIN | MOORE |
| 526 | RODRIGO | MORENO |
| 527 | ROBERT | MORGAN |
| 528 | JUDITH | MORGAN |
| 529 | RICHARD | MORGON |
| 530 | ALFRED | MORI |
| 531 | BEATRICE | MORI |
| 532 | CHERYL | MROCH |
| 533 | KENNETH | MUCHEMORE |
| 534 | GLORIA | MUCHEMORE |
| 535 | JODY | MUELLER |
| 536 | JAMES | MUELLER |
| 537 | JOHN | NACHEL |
| 538 | DEBORAH | NACHEL |
| 539 | RICHARD | NAGEL |
| 540 | JEWELL | NAGEL |

# WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 541 | ELIZABETH | NAGY |
| 542 | RAUL | NAVARRO |
| 543 | SUSANA | NAVARRO |
| 544 | NGA | NGUYEN |
| 545 | AURA | NORMAN |
| 546 | DEBBIE | NORRIS |
| 547 | BOB | NORTH |
| 548 | ROSALIA | OCONNOR |
| 549 | VIOLET | OLEARY |
| 550 | CHERYL | OLSEN |
| 551 | STEVEN | PACKARD |
| 552 | REBECCA | PACKARD |
| 553 | FELISA | PAGULAYAN |
| 554 | JEWEL | PARIS |
| 555 | BRIAN | PARSONS |
| 556 | ALBERT | PASCUA |
| 557 | MARLA | PASCUA |
| 558 | WALTER | PERKINS |
| 559 | JUANITA | PETERMAN |
| 560 | FRANK | PETRILLO |
| 561 | GENE | PETRILLO |
| 562 | GEORGE | PHELPS |
| 563 | M ANN | PHELPS |
| 564 | ROBERT | PHILBROOK |
| 565 | PHILIP | PINTO |
| 566 | PATRICIA | PINTO |
| 567 | JENNIFER | PIPER |
| 568 | KATHLEEN | PIZULA |
| 569 | ARTHUR | PIZZANELLO |
| 570 | | PLUEGER FAMILY TRUST |
| 571 | DOUGLAS | POCIUS |
| 572 | ROYLENE | POCIUS |
| 573 | DARREL | PONTIUS |
| 574 | HELEN | PONTIUS |
| 575 | ALBERT | POSTON |
| 576 | DEBBIE | POSTON |
| 577 | FRED | PRADELS |
| 578 | KARIS | PRADELS |
| 579 | PAUL | PRICE |
| 580 | DANIEL | QUINTANA |
| 581 | GLORIA | QUINTANA |
| 582 | ROBERTO | RAMOS |
| 583 | BEATRIZ | RAMOS |
| 584 | ANTONIO | RAMOS |
| 585 | MAGDALENA | RAMOS |
| 586 | FRED | RANCK |
| 587 | MATTHEW | RASICH |
| 588 | STEPHEN | RASMUSSEN |
| 589 | MAUREEN | RATHBURN |
| 590 | CAROL | RAY |
| 591 | NANCY | REDLER |
| 592 | STEPHEN | REDLER |
| 593 | EDWARD | REMBOLD |
| 594 | MARGARET | REMBOLD |

# WAIVERS OF SERVICE

|     | FIRST NAME | LAST NAME/CORP NAME |
|-----|------------|---------------------|
| 595 | GEORGE | REY |
| 596 | NELLY | REY |
| 597 | MARTIN | REYES |
| 598 | DORA | REYES |
| 599 | MARK | REYNOLDS |
| 600 | JAMIE | REYNOLDS |
| 601 | FLOYD | RICHARD |
| 602 | HANS | RIDDER |
| 603 | DAWN | RIDDER |
| 604 | GARY | RINEY |
| 605 | JOANADAIR | RINEY |
| 606 | LAVERNE | RIOS |
| 607 | LISA | RIOS |
| 608 |  | RITE TIME PHARMACEUTICALS INC |
| 609 | BOBBY | ROBERTSON |
| 610 | LAWRENCE | ROBINSON |
| 611 | CATHRYN | ROBINSON |
| 612 | MOLLIE | ROCKMAKER |
| 613 | RAY | RODRIGUEZ |
| 614 | MARIA SARRANO | RODRIGUEZ |
| 615 | RICHARD | ROGERS |
| 616 |  | ROMAN CATHOLIC BISHOP OF SB |
| 617 | MICHAEL | ROSAMOND |
| 618 | SIBYLLE | ROSAMOND |
| 619 | RAMON | ROSAS |
| 620 | DUANE | ROWE |
| 621 | BRENDA | ROWE |
| 622 | DONALD | ROY |
| 623 | JULIE | ROY |
| 624 | CARMINE | ROZZO |
| 625 | CARLY | ROZZO |
| 626 | MAURINE | RUNION |
| 627 | ROBERT | RUSSELL |
| 628 | GERALD | RUSSELL |
| 629 | SARAH | RUSSELL |
| 630 | SABA | SABA |
| 631 | SHIRLEY | SABA |
| 632 | ROY | SAKAMOTO |
| 633 | MIDORI | SAKAMOTO |
| 634 | ALDO | SALDANA |
| 635 | EMILIO | SANCHEZ |
| 636 | GILDARDO | SANDOVAL |
| 637 | SUSANNA | SANDOVAL |
| 638 | VALENTIN | SANTILLAN |
| 639 | IRMA | SANTILLAN |
| 640 | JAMES | SAPP |
| 641 | ANDREW | SCHLEI |
| 642 | DANIELLE | SCHLEI |
| 643 | BARBARA | SCHMIDT |
| 644 | ANN | SCHOFIELD |
| 645 | ROLAND | SCHOLTEN |
| 646 | PATRICIA | SCHOLTEN |
| 647 | RAYMOND | SCHOOLEY |
| 648 | WENDELL | SCHUBERT |

## WAIVERS OF SERVICE

|  | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 649 | SHARON | SCHUBERT |
| 650 | JULIE | SCHULTZ |
| 651 | SUSAN | SCOTT |
| 652 | BARRY | SCOTT |
| 653 | DEBORAH | SCOTT |
| 654 | CRAIG | SCUDDER |
| 655 | SHELLEY | SCUDDER |
| 656 |  | SELF REALIZATION FELLOWSHIP CHURCH |
| 657 | OSCAR | SESMA |
| 658 | JOYCE | SESMA |
| 659 | THERESE | SHAFFER |
| 660 | JANICE | SHAW |
| 661 | DENNIS | SHEEHAN |
| 662 | BARRY | SHEINBAUM |
| 663 |  | SHEPHERD OF THE VALLEY LUTHERAN CH OF ANZA |
| 664 | DEBRA | SHERIDAN |
| 665 | LEWIS | SHRADER |
| 666 | KAREN | SHRADER |
| 667 | JUDY | SILBERBERGER |
| 668 | VAN | SIMMONS |
| 669 | DIANE | SIMMONS |
| 670 | LOTHIAN | SKELTON |
| 671 | MARY | SMITH |
| 672 | LUTHER | SMITH |
| 673 | DONALD | SMITH |
| 674 | JENNIFER | SMITH |
| 675 | DONALD EUGENE | SMITH |
| 676 | ROGER | SNYDER |
| 677 | GEORGE | SOCQUET |
| 678 | JEANNE | SOCQUET |
| 679 | RENA | SOLIS |
| 680 | PHILIP | SPATAFORA |
| 681 | MARY | SPEZIALE |
| 682 | CAROL | STALMAN |
| 683 | LEANNE | STANDLEY |
| 684 | HARLEY | STEGMAN, ESTATE OF |
| 685 | KENDALL | STEINMETZ |
| 686 | GREGORY | STIGALL |
| 687 | SANDRA | STIGALL |
| 688 |  | STILLWATER CAPITAL |
| 689 | CHARLES | STOGSDILL |
| 690 | VERA | STOGSDILL |
| 691 | ROBERT | STONE |
| 692 | BOBBIE JEAN | STONE |
| 693 | RODGER | STRADER |
| 694 | KIMBERLY | STRADER |
| 695 | ROBERT | STRAWHECKER |
| 696 | KATHLEEN | STRAWHECKER |
| 697 | DENISE | SULLIVAN |
| 698 | ELWIN | SUMMERS |
| 699 | DEBORAH | SUMMERS |
| 700 | DEAN | SUTTON |
| 701 | KRISTIN | SUTTON |

## WAIVERS OF SERVICE

|     | FIRST NAME | LAST NAME/CORP NAME |
|-----|------------|---------------------|
| 702 | PAUL | SWANCOTT |
| 703 | VANESSA | SWANCOTT |
| 704 | JOHN | SWANSON |
| 705 | SONJA | SWANSON |
| 706 | ANGELIA | TABB |
| 707 | WING | TAM |
| 708 | DARRYL | TAYLOR |
| 709 | MARILYN | TAYLOR |
| 710 |  | TCHILLINGIRIAN RAFFY & ROSETTE 2005 TRUST |
| 711 | DONALD | THERIAULT |
| 712 | MAXINE | THORWALDSON TRUST |
| 713 | JAMES | THRONE, ESTATE OF |
| 714 | JOVANNA | TINAJERO |
| 715 | JULIA | TORRICELLI |
| 716 | HOANG | TRAN |
| 717 | RICHARD | TURULL |
| 718 | ANGELINA | TURULL |
| 719 | SHERRILL | UPHAM |
| 720 | ARMANDO | VALDEZ |
| 721 | LARRY | VANDIVER |
| 722 | DOROTHY | VANDIVER |
| 723 | WILLIAM | VENEGAS |
| 724 | MARCELLA | VENEGAS |
| 725 |  | VERIZON CALIFORNIA, INC. |
| 726 | GERALD | VIK |
| 727 | JOSEF | VOLKMANN |
| 728 | RITA | VOLKMANN |
| 729 |  | WACHOVIA MORTGAGE, FSB |
| 730 | DANIEL | WAGNER |
| 731 | KERRI | WAGNER |
| 732 | CHARLES | WAGNER |
| 733 | BRENDA | WAGNER |
| 734 | JAMES | WAGONER |
| 735 | W KENNETH | WALDRON LIVING TRUST |
| 736 | EDWARD | WALL |
| 737 | COREY | WALLACE |
| 738 | LISA | WALLACE |
| 739 | GEORGE | WANKET |
| 740 | SUSAN | WANKET |
| 741 | PAUL | WARANCH |
| 742 | DWAYNE | WARD |
| 743 | KALLI ANN | WARD |
| 744 | HOMER | WARE |
| 745 | DONALD | WATSON |
| 746 | PAMELA | WATSON |
| 747 | BARRY | WAUGAMAN |
| 748 | MARK | WAYLAND |
| 749 | KATHLEEN | WAYLAND |
| 750 | SHEILA | WEAVER |
| 751 | SEYMOUR | WEISS |
| 752 | SHARI | WEISS |
| 753 | BONNIE | WELSH |
| 754 | NANCY | WEST |

# WAIVERS OF SERVICE

|   | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 755 | THOMAS | WHEAT |
| 756 | RITA | WHEAT |
| 757 | PATRICIA | WHITTLE |
| 758 | VICTOR | WIGER |
| 759 | WILLIAM | WILLIAMS |
| 760 | DAVID | WILLIAMS |
| 761 | DONNA | WILLIAMS |
| 762 | DONALD | WILLIAMS |
| 763 | KIM | WILLIAMS |
| 764 | FRANCES | WILLIAMS |
| 765 | JESSICA | WILSON |
| 766 | NYMAN | WILSON |
| 767 | SHELLI | WILSON |
| 768 | STANTON | WILSON |
| 769 | LINDA | WILSON |
| 770 | MICHAEL | WISDA |
| 771 | MARY | WISDA |
| 772 | DOROTHY | WONDELL |
| 773 | ROGER | WOOD |
| 774 | TERRI | WOOD |
| 775 | DONALD | WOODS |
| 776 | KATJA | WOODS |
| 777 | HELEN | WOOLLEY |
| 778 | WAYNE | WORTHINGTON |
| 779 | GARY | WRIGHT |
| 780 | RHONDA | WRIGHT |
| 781 | SEYED | YAGHOUBI |
| 782 | CATHERINE | YASKIVICH |
| 783 | LOUIS | YEP |
| 784 | MARGIE | YEP |
| 785 | CHINUAN | YU |
| 786 | FRED | ZADICK |
| 787 | JUAN | ZAVALA |
| 788 | HOWARD | ZIMMERMAN |
| 789 | DEBRA | ZIMMERMAN |
| 790 | DAVID | ZINDA |
| 791 | JENNIFER | ZINDA |
| 792 | MARTIN | ZWANG, TRUST |