## CAHUILLA PROOFS OF SERVICE

|    | FIRST NAME       | LAST NAME/CORPORATION          |
|----|------------------|--------------------------------|
| 1  | KATHLEEN         | ABERMAN                        |
| 2  | LOUIS            | ACEVEDO                        |
| 3  | CECILIO          | AGUILA                         |
| 4  | MIGUEL           | AGUILA                         |
| 5  | WILLIAM          | AKRAWI                         |
| 6  | HEMERLINDA       | ALATORRE                       |
| 7  | DANIEL           | AMES                           |
| 8  | KATHRYN          | AMES                           |
| 9  | ALMA A.          | ANAYA                          |
| 10 | KAREN            | ANDREWS                        |
| 11 | ROBERT STUART    | ANDREWS                        |
| 12 |                  | ANZA 40                        |
| 13 |                  | ANZA CIVIC IMPROVEMENT LEAGUE  |
| 14 |                  | ANZA VIEJO                     |
| 15 | ALICE            | ARCHER                         |
| 16 | HECTOR           | ARIETA                         |
| 17 | ZITA             | ARMENTA                        |
| 18 | HELEN            | ARMSTRONG                      |
| 19 | LAWRENCE         | ARMSTRONG                      |
| 20 | JOHN             | BAILES                         |
| 21 | JOSE IGNACIO     | BALTIERREZ                     |
| 22 | ROSALIE          | BALTIERREZ                     |
| 23 | FRED             | BANAGA                         |
| 24 | GERALDINE F.     | BANAGA                         |
| 25 | RALPH            | BANUELOS                       |
| 26 | VINCE            | BARBATO                        |
| 27 | CARMEN           | BARBEITO                       |
| 28 | ORIBIA           | BARRON                         |
| 29 | CARRIE           | BARTHOLOMEW                    |
| 30 | GUADALUPE        | BATIN                          |
| 31 | SYD              | BATIN                          |
| 32 | DAN              | BAXTER                         |
| 33 | LETICIA          | BAXTER                         |
| 34 | DIANNA           | BEIN                           |
| 35 | PAUL             | BEIN                           |
| 36 | ROZELLA          | BELL                           |
| 37 | DEANNA           | BELLO                          |
| 38 | GARY             | BELLO                          |
| 39 | CARLOS           | BERTOT                         |
| 40 | DARLENE          | BERTRAND                       |
| 41 | KENNETH          | BERTRAND                       |
| 42 | GEORGE           | BICKEL                         |
| 43 | ELEANOR          | BLACK, TRUSTEE                 |
| 44 | ROBERT           | BLACK, TRUSTEE                 |

Hard copies submitted by McElroy, Meyer, Walker & Condon, P.C.


EXHIBIT B

## CAHUILLA PROOFS OF SERVICE

|    | FIRST NAME | LAST NAME/CORPORATION |
|----|------------|-----------------------|
| 45 | KATHRYN | BLAIR |
| 46 | GLEN | BOLLSCHWEILER |
| 47 | JERRY | BONANNO |
| 48 | DEBORAH | BOOTH |
| 49 | KYLE | BOOTH |
| 50 | LARRY | BOSWELL |
| 51 | PAT | BOSWELL |
| 52 | SAMUEL | BOURGEOIS |
| 53 | TINA | BOURGEOIS |
| 54 | PAMELA | BOWMAN |
| 55 | ROBERT | BOWMAN |
| 56 | KEVIN | BROWN |
| 57 | LORI | BROWN |
| 58 | MARLENE | BROWN |
| 59 | MICHAEL | BROWN |
| 60 | VANESSA | BUCCAT |
| 61 | BRIAN | BURCH |
| 62 | VALERIE | BURGESS |
| 63 | RONALD | BURLESON |
| 64 | CHRISTOPHER | BURNS |
| 65 | CARMEN | BUSTAMANTE |
| 66 | HUGO | BUSTAMANTE |
| 67 |  | CA COMMUNITIES LOANS FIRST CORP |
| 68 | LINDA | CALDWELL |
| 69 | THOMAS | CALDWELL |
| 70 | HORTENCIA | CANALES |
| 71 | TERRY | CANTRELL |
| 72 | ALISSA | CARVER |
| 73 | JOSE | CASTRO |
| 74 | JUAN | CASTRO |
| 75 | MARIA | CASTRO |
| 76 | ALLEN | CEASER |
| 77 | NORITA | CEASER |
| 78 | MARIA | CESPON |
| 79 | DAVID | CHAN |
| 80 | LAURIE | CHAN |
| 81 |  | CHANDLER INA MAE ESTATE OF |
| 82 | ISABEL | CHAPLIN |
| 83 | PATRICK | CHELLING |
| 84 | NAN WOO | CHIN |
| 85 | TANG | CHIN |
| 86 | DANIEL | CHRISTOPHERSON |
| 87 |  | CHURCH OF REFORMATION 200522 |
| 88 | BONNIE | CLABAUGH |
| 89 | JAMES | CLABAUGH |

## CAHUILLA PROOFS OF SERVICE

|  | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 90 |  | CLG INC |
| 91 | RUSSELL | COATES |
| 92 | MARK | COLLINS |
| 93 | ART | COMBS, TRUST |
| 94 | ERLE | COMER |
| 95 | KIM | COMER |
| 96 | MARIA | CONTRERAS |
| 97 | PAMELA | COOPER |
| 98 | MANUEL | CORRAL |
| 99 | LORRETTA | CORRIGAN |
| 100 | JESUS | CORTEZ |
| 101 | ROBERT | CORTEZ |
| 102 |  | COUFAL ENTERPRISES INC |
| 103 | BOBBY | COUNTS |
| 104 | JANET | CRAMER, TRUSTEE |
| 105 | WILLIAM | CRAMER, JR., TRUSTEE |
| 106 | SUSAN | CRANE |
| 107 | RAUL | CRUZ |
| 108 | THOMAS | CULVER |
| 109 | SUZANNE | CULVINER |
| 110 | WILLIAM | CULVINER |
| 111 | SANDRA | CYRUS |
| 112 | WILLIAM | CYRUS |
| 113 | SHERRIE | DEARMAN |
| 114 | RUSSELL | DECHENNE |
| 115 | SUZANNE | DECHENNE |
| 116 | ELIZABETH | DELNERO |
| 117 | RICK | DELNERO |
| 118 | LOUIS | DEMARTINO |
| 119 | BRUCE | DEMENGE |
| 120 | VICKIE | DEMENGE |
| 121 | ANUREE | DESILVA |
| 122 | JAYALATH | DESILVA |
| 123 | BARRY | DICKSON |
| 124 | BEVERLY | DITTMER |
| 125 | RONALD | DITTMER |
| 126 | CHRISTIE | DIXSON |
| 127 | FRANKLIN | DIXSON |
| 128 | JACK | DOEZIE |
| 129 | JUDY | DOEZIE |
| 130 | CLIFF | DOMBRADY |
| 131 | SHEILA | DOMBRADY |
| 132 | HILARY | DONE |
| 133 | L JEAN | DORES |
| 134 | DONALD | DOUGLAS |

## CAHUILLA PROOFS OF SERVICE

|     | FIRST NAME | LAST NAME/CORPORATION |
|-----|------------|------------------------|
| 135 | LINDA      | DOUGLAS                |
| 136 | KEVIN      | DRAKE                  |
| 137 | DANIEL     | DUQUETTE               |
| 138 | DONNA      | DUQUETTE               |
| 139 | RODNEY     | DUQUETTE               |
| 140 | ANDRE      | DURANGO                |
| 141 | MIRIAM     | DURANGO                |
| 142 | TERESA     | DURRANT                |
| 143 | ROBERT     | EGGERING               |
| 144 | LINDA      | ELLINGTON              |
| 145 |            | ELLINGTONS ANZA GAS SERVICE |
| 146 | MARTHA     | ELLIOTT                |
| 147 | CAROLYN    | ELLISON                |
| 148 | JOHN       | ELLISON                |
| 149 | ELLIOTT    | ENGSTROM               |
| 150 | JEAN       | ENGSTROM               |
| 151 | BERTHA     | ESTRELLA               |
| 152 | MOISES     | ESTRELLA               |
| 153 | RAMIRO     | ESTRELLA               |
| 154 | PATRICIA   | FAIR                   |
| 155 | DONALD     | FEELEY                 |
| 156 | DIANE      | FERRELL                |
| 157 | ROY        | FERRELL                |
| 158 | LESLIE     | FIRTH                  |
| 159 | LAYNE      | FLEMING                |
| 160 | MELBA      | FLEMING                |
| 161 | PEDRO      | FLORES                 |
| 162 | TERESA     | FLORES                 |
| 163 | RONALD     | FOLMAR                 |
| 164 | CHARLENE   | FRANCK                 |
| 165 | ROBERT     | FREDBERG               |
| 166 | XOCHITL    | FREDBERG               |
| 167 | GREGG      | FREEMAN                |
| 168 | MARCIA     | FREEMAN                |
| 169 |            | G & D FAMILY TRUST     |
| 170 | ANNA       | GARCIA                 |
| 171 | JAMES      | GARCIA                 |
| 172 | MARIO      | GARCIA                 |
| 173 | TAMBIA     | GERBL                  |
| 174 | DOUGLAS    | GESSWEIN               |
| 175 | SANDRA     | GESSWEIN               |
| 176 | GERALD     | GINN                   |
| 177 | MARIA      | GODINEZ                |
| 178 | VICTOR     | GODINEZ                |
| 179 | JOSE       | GOMEZ                  |

# CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 180 | ALFREDO | GONZALEZ |
| 181 | FANNY | GONZALEZ |
| 182 | LINDA | GOODHEIM |
| 183 | EVERETT | GORDON |
| 184 | ERNA | GRAY |
| 185 | PAUL | GRAY |
| 186 | BRENDA | GREEN |
| 187 | SHELLEY | GREEN |
| 188 | PAMELA | GREYSHOCK |
| 189 | JANET | HAAKE |
| 190 | JOHN | HAJEK |
| 191 | MICHELE | HAJEK |
| 192 | WILLIAM | HALL |
| 193 | SHAWN | HANSON |
| 194 | GERALD | HARMAN |
| 195 | BILL | HARMON |
| 196 | PAMELA | HAZELETT BURLESON |
| 197 | WILLIAM | HEATH |
| 198 | ROBERT | HEDRICK |
| 199 | VIRGINIA | HEDRICK |
| 200 | ANDREW | HERNANDEZ |
| 201 | ELADIO | HERNANDEZ |
| 202 | JENNIFER | HERNANDEZ |
| 203 | MARGARITA | HERNANDEZ |
| 204 | JULIO | HERRERIA |
| 205 | JOHN | HIGHTOWER |
| 206 | LETA | HILL |
| 207 | SHARON | HILLMAN |
| 208 | JOAN | HINNANT |
| 209 | LORI | HITCHCOCK |
| 210 | ROGER | HODGDON |
| 211 | RUTH | HODGDON |
| 212 | ROBERT | HOLCOMB |
| 213 | JAMES | HOLZER |
| 214 | | HOPE TRUST DEED CO |
| 215 | PETER | HORTON |
| 216 | MATHEW | HUNDSHAMER |
| 217 | SARA | HUNDSHAMER |
| 218 | ALTON | HUNGERFORD |
| 219 | DONNA | HUNGERFORD |
| 220 | MARIE | HUYNH |
| 221 | ANSLEY | HYMAN |
| 222 | DOREEN | HYMAN |
| 223 | | IRONTREE MANAGEMENT CO INC |
| 224 | JESUS | JACOBO |

## CAHUILLA PROOFS OF SERVICE

|     | FIRST NAME | LAST NAME/CORPORATION |
|-----|------------|----------------------|
| 225 | JULIE      | JACOBO               |
| 226 | SERGIO     | JIMENEZ              |
| 227 | YOLANDA    | JIMENEZ              |
| 228 | BAMBI      | JOHNSON              |
| 229 | MELINDA    | JOHNSON              |
| 230 | RICHARD    | JOHNSON              |
| 231 | SAM        | JOHNSON              |
| 232 | CLEMENT    | JOHNSTON             |
| 233 | TRUDY      | JOHNSTON             |
| 234 | KELLI      | JONES                |
| 235 | LESLIE     | JOYNER               |
| 236 | SHARON     | KEAN                 |
| 237 | STEVEN     | KEAN                 |
| 238 | MARGARET   | KELLEY               |
| 239 | CONSTANCE  | KEY                  |
| 240 | GEORGE     | KIMBALL              |
| 241 | HARRY      | KING                 |
| 242 | KERRI      | KING                 |
| 243 | LYNN       | KING                 |
| 244 | SHERRY     | KING                 |
| 245 | LANA       | KINNEY               |
| 246 | MARLIN     | KINSER               |
| 247 | VIRGINIA   | KINSER               |
| 248 | DIANA      | KLINGSPORN           |
| 249 | MARK       | KLINGSPORN           |
| 250 | RONALD     | KLOPF                |
| 251 | WILLIAM    | KOHL                 |
| 252 | MARGARET   | KOHLER               |
| 253 | JOHANNA    | KUCHLER SHATSKY      |
| 254 | STARR      | LACKEY               |
| 255 | CELESTINA  | LANGRELL             |
| 256 | LAURENCE   | LANGRELL             |
| 257 | MICHAEL    | LANGRELL             |
| 258 | WILLIAM    | LANGRELL             |
| 259 | CHERI      | LANZISERA            |
| 260 | ROCCO      | LANZISERA            |
| 261 | BARBARA    | LARA                 |
| 262 | JESSE      | LARA                 |
| 263 | MARIA      | LARIOS               |
| 264 | LARRY      | LARSEN               |
| 265 | LEEYVONE   | LARSEN               |
| 266 | KAY        | LAWSON               |
| 267 | LAWRENCE   | LAWSON               |
| 268 | CHARLES    | LAYNE                |
| 269 | JEAN       | LAYNE                |

# CAHUILLA PROOFS OF SERVICE

|  | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 270 |  | LCL ANZA PROP |
| 271 | STEVEN | LEASH |
| 272 | MARTIN | LEONARD |
| 273 | VERONICA | LERIDA |
| 274 | JEFFREY | LEWIS |
| 275 | GLORIA | LICON |
| 276 | SIDNEY | LICON |
| 277 | LARRY | LINDER |
| 278 | RICHARD | LOCKETT |
| 279 | HERMELINDA | LOPEZ |
| 280 | RENE | LOPEZ |
| 281 | RICARDO | LOPEZ |
| 282 | SUSANA | LOPEZ |
| 283 | HARRY | LORENZEN |
| 284 | PATRICK | LOVATO |
| 285 | ROBIN | LOVATO |
| 286 | JOHN | LOVE |
| 287 | TERRESSA | LOVE |
| 288 |  | MACHADO LAND INV CORP |
| 289 | EDWARD | MADRID |
| 290 | SUSAN | MADRID |
| 291 | CELESTE | MAHONEY |
| 292 | JOHN | MAHONEY |
| 293 | LADISLAV | MALEK |
| 294 | SYLVIA | MALEK |
| 295 | ROSE | MALALEL |
| 296 | MARY | MALLOY |
| 297 | VIKEN | MANJIKIAN |
| 298 | ROBERT | MANN |
| 299 | MANUEL | MANZO |
| 300 | CAMERINA | MARIN |
| 301 | DENNIS | MARKOWSKI |
| 302 | EDWARD | MARQUEZ |
| 303 | EDELMIRO | MARTINEZ |
| 304 | LEOSANTA | MARTINEZ |
| 305 | MARTHA | MARTINEZ |
| 306 | NEMORIO | MARTINEZ |
| 307 | EDWARD | MARTINI |
| 308 | NORMA | MARTINI |
| 309 | DIANE SUE | MARX |
| 310 | BRYCE | MASON |
| 311 | LINDSEY | MASON |
| 312 | JAMES | MATTHEWS |
| 313 | TERI | MATTSON |
| 314 | CATHERINE | MCARDLE |

**CAHUILLA PROOFS OF SERVICE**

|     | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 315 | SANDRA | MCGINTY |
| 316 | MIDGE | MCGOLDRICK |
| 317 | JOE | MCMICHAEL |
| 318 | SUSAN | MCMICHAEL |
| 319 | KIRBY | MCMILLAN |
| 320 | MICHELE | MCMILLAN |
| 321 | TOMMIE | MCMILLIEN |
| 322 | PATRICIA | METZLER |
| 323 | JUAN | MEZA |
| 324 | LUCIA | MEZA |
| 325 |  | MI CASA HOLDING |
| 326 | DARCY | MIKAL |
| 327 | JOHN | MIKAL |
| 328 | ALONZO | MIKE |
| 329 | ANDREA | MILBACHER KOHL |
| 330 | ARACELI | MILLAN |
| 331 | JESUS | MILLAN |
| 332 | CAROL | MILLS |
| 333 | ROY | MILLS |
| 334 | KENNETH | MOLLIE |
| 335 | SCOTT | MONGEON |
| 336 | NANCY | MONTREY |
| 337 | GEORGINA | MORA |
| 338 | RAMON | MORA |
| 339 | EDELTRAUD | MULFORD |
| 340 | IGNACIO | MUNOZ |
| 341 | LILA | MUNOZ |
| 342 | GONZALO | MURILLO |
| 343 | LILA | MURILLO |
| 344 | RONALD | NEAL |
| 345 | TERRI | NEAL |
| 346 | ROBERT | NELSON |
| 347 | TAMMY | NGUYEN |
| 348 | VERNON | NIEVAR |
| 349 | JOSEFINA | NILO |
| 350 | PONCIANO | NILO |
| 351 | LINDA | NIOTIS |
| 352 | JAMES | ODLE |
| 353 | ANNETTE | OGREN |
| 354 | KENNETH | OGREN |
| 355 | DOROTHY | OLSEN |
| 356 | KENNETH | OLSEN |
| 357 | BIBIANA | ORDONEZ |
| 358 | CECILIO | OROZCO |
| 359 | CRISTINA | OROZCO |

## CAHUILLA PROOFS OF SERVICE

|     | FIRST NAME | LAST NAME/CORPORATION |
|-----|------------|----------------------|
| 360 |            | PACIFIC HOLT CORP    |
| 361 |            | PACIFIC WESTERN      |
| 362 | JAMES      | PALMER               |
| 363 | WILLIAM    | PEARSON              |
| 364 | HERNAN     | PEDRAZA              |
| 365 | JUDITH     | PEDRAZA              |
| 366 | DOMINGA    | PEREZ                |
| 367 | RUTILIO    | PEREZ                |
| 368 | SALVADOR   | PEREZ                |
| 369 | MARY       | PERKINS              |
| 370 | RAZELLE    | PERKINS              |
| 371 | ANNA       | PETERSON             |
| 372 | MYRA       | PETERSON             |
| 373 | CLARENCE   | PHILLIPS             |
| 374 | JAMES      | PHIPPS               |
| 375 | VONDA      | PHIPPS               |
| 376 | SABRENA    | PIZZANELLO           |
| 377 | LISA       | POPOWICH             |
| 378 | BONNIE     | POWELL               |
| 379 | EDWARD     | POWELL               |
| 380 | SYLVIA     | QUINONES             |
| 381 | ANNA       | QUINTANA             |
| 382 | BEETHOVEN  | QUINTO               |
| 383 | ESTRELLA   | QUINTO               |
| 384 | LETICIA    | RAMIREZ              |
| 385 | VICENTE    | RAMIREZ              |
| 386 | GARY       | RASMUSSEN            |
| 387 | KRISTINE   | RASMUSSEN            |
| 388 | JOILENE    | RAYMOND              |
| 389 | RICHARD    | RAYMOND              |
| 390 | DAVID      | RICE                 |
| 391 | JOY        | RICHARD              |
| 392 | KENNETH    | RICHARDSON           |
| 393 | ROSALINDA  | RICHARDSON           |
| 394 | DOUGLAS    | RIECH                |
| 395 | INES       | RIVERA               |
| 396 | MANUEL     | RIVERA               |
| 397 | CALI       | RIZZI                |
| 398 | CLAYTON    | RIZZI                |
| 399 | MICHAEL    | ROBERTS              |
| 400 | MICHELLE   | ROBERTS              |
| 401 | MARY       | ROCHEFORT            |
| 402 | ANGELA     | RODRIGUEZ            |
| 403 | IGNACIO    | RODRIGUEZ            |
| 404 | JORGE      | RODRIGUEZ            |

## CAHUILLA PROOFS OF SERVICE

|     | FIRST NAME  | LAST NAME/CORPORATION |
|-----|-------------|------------------------|
| 405 | KELLY       | RODRIGUEZ              |
| 406 | REFUGIO     | RODRIGUEZ              |
| 407 | RICHARD     | RODRIGUEZ              |
| 408 | TINA        | RODRIGUEZ              |
| 409 | DAVID       | ROMERO                 |
| 410 | MARY        | ROMERO                 |
| 411 | DARYL       | ROPER                  |
| 412 | JERI        | ROPER                  |
| 413 | JUAN        | ROSALES                |
| 414 | MARIA       | ROSAS                  |
| 415 | NASARIO     | ROSAS                  |
| 416 | RHONDA      | ROSE                   |
| 417 | JOHANN      | ROTTLER                |
| 418 | CHRISTIAN   | RUSOVICK               |
| 419 | JOHN        | RUSSO                  |
| 420 | TAMMY       | RUSSO                  |
| 421 | CONCEPCION  | SALAS                  |
| 422 | PLACIDO     | SALAS                  |
| 423 | ARTURO      | SALAZAR                |
| 424 | CARLOS      | SALDANA                |
| 425 | RITA        | SALDIVAR               |
| 426 | LUIS        | SANCHEZ                |
| 427 | OLGA        | SANCHEZ                |
| 428 | GREG        | SANDLING               |
| 429 | JUNE        | SATO                   |
| 430 | LEONARD     | SAVALA                 |
| 431 | CINDY       | SCHEUBER               |
| 432 | THOMAS      | SCHEUBER               |
| 433 | JOHN        | SHANKO                 |
| 434 | ABBAS       | SHARGHI                |
| 435 | ANNE        | SHED                   |
| 436 | DIANE       | SIEKER                 |
| 437 | JAVIER      | SILVA                  |
| 438 | MARIA       | SILVA                  |
| 439 |             | SITL INV               |
| 440 | DARCY       | SKINNER SANDLING       |
| 441 | MARY        | SKROBIZA KAPPLE        |
| 442 | BRIAN       | SMITH                  |
| 443 | DIANA       | SOLOMON                |
| 444 | PHILLIP     | SOLOMON                |
| 445 | MARY        | SORIANO                |
| 446 | ROBERT      | SORIANO                |
| 447 | SELENA      | STAFFORD               |
| 448 | WILLIAM     | STAFFORD               |
| 449 | RAYMOND     | STOCKWELL              |

## CAHUILLA PROOFS OF SERVICE

|     | FIRST NAME | LAST NAME/CORPORATION |
|-----|------------|----------------------|
| 450 | MARGARET | STRACHAN |
| 451 | JESSE | STRICKLAND |
| 452 | NINA | STRICKLAND |
| 453 | BALBINA | STUDANS |
| 454 | NARCIZO | SUALEZ |
| 455 | BONNIE | SUTTERFIELD |
| 456 | JOHN WILLIAM | SWAIN TRUST |
| 457 | CHERI | SZUTZ |
| 458 | RANDALL | SZUTZ |
| 459 | BARRE | TAYLOR |
| 460 | SUSAN | TAYLOR |
| 461 | ROBERT | TAYLOR |
| 462 |  | TBG INC |
| 463 | ROBERT | TETERS |
| 464 |  | THE BANK OF HEMET |
| 465 | ELIAZAR | TOLEDO |
| 466 | MARIA | TOLEDO |
| 467 | JOHN | TOOLE |
| 468 | RICKI | TOOLE |
| 469 | LANCE | TRIGUEIRO |
| 470 | PATRICIA | TRIGUEIRO |
| 471 | PATRICIA | TURNER |
| 472 | ERIC | TUSLER |
| 473 | KAREN | TUSLER |
| 474 | PENNY | UMBELL |
| 475 | ABRAHAM PINEDA | VALDEZ |
| 476 | IRENE | VALDEZ |
| 477 | GRACE | VALENZUELA |
| 478 | RUBEN | VALENZUELA |
| 479 | JACQUELYN | VANDENBURGH |
| 480 | LELAND | VANDENBURGH |
| 481 | JOANNE | VAUGHN |
| 482 | KARIN | VAUGHN |
| 483 | KIM ANDREWS | VELASCO |
| 484 | VICTOR | VELASCO |
| 485 | MARIA | VELASQUEZ |
| 486 | MIGUEL | VELASQUEZ |
| 487 | BARBARA | VELENZUELA |
| 488 | PATRICIA | VERNIER |
| 489 | KENNETH | VICKERS |
| 490 | ARTHUR | VILLESCAS |
| 491 | SAUNDRA | VILLESCAS |
| 492 | JOE | VIZCAINO |
| 493 | WANDA | VIZCAINO |
| 494 | MARTHA | VRANICH |

## CAHUILLA PROOFS OF SERVICE

|   | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 495 | ELIZABETH | WADSWORTH |
| 496 | EUGENE | WADSWORTH |
| 497 | BARBARA | WALKER |
| 498 | LARRY | WALKER |
| 499 | CHRISTOPHER | WALTERS |
| 500 | KELLY ALICE | WALTERS |
| 501 | NEAL | WANKET |
| 502 | PEGGY | WANKET |
| 503 | ANNALIE | WEBER |
| 504 | CHRISTOPHER | WEBER |
| 505 | LISA | WEST KLOPF |
| 506 |  | WESTERN LAND FINANCIAL |
| 507 | STEVE | WILLIAMS |
| 508 | CHRISTINE | WILSON |
| 509 | DENNIS | WOHLMAN |
| 510 | FIONA | WOHLMAN |
| 511 | HELEN | WONG |
| 512 | RICHARD | WONG |
| 513 | MARIA | WOOD |
| 514 | ROBERTO | WOOD CRUZ |
| 515 | BILLY | WOOTEN |
| 516 | CONSUELO | WOOTEN |
| 517 | DENNIS | WRENN |
| 518 | ROBYN | YOUNG |
| 519 | MICHAEL | ZAPPIA |
| 520 | SUMMER | ZAPPIA |