# EXHIBIT C

## Ramona Proofs

1. Kathleen Aberman
2. Luis Acevedo
3. Manuel Aguila
4. Cecilio Aguila
5. William Akrawi
6. Hemerlinda Alatorre
7. Daniel Ames
8. Kathryn Ames
9. Alma A. Anaya
10. Robert Stuart Andrews
11. Karen Andrews
12. Anza Viejo c/o Lloyd Mize
13. Alice Archer c/o George Kimball
14. Hector Arieta
15. Zita Armenta
16. Lawrence Armstrong
17. Helen Armstrong
18. Davetta Austin
19. John Bailes
20. Fred Banaga
21. Geraldine F. Banaga
22. Ralph Banuelos
23. Vince Barbato
24. Carmen Barbeito
25. Carrie Bartholomew
26. Oribia Barron
27. Syd Batin
28. Guadalupe Batin
29. Leticia Baxter
30. Dan Baxter
31. Carlos Bertot
32. Kenneth Bertrand
33. Darlene Bertrand
34. Deanna Bello
35. Gary Bello
36. Robert Black
37. Eleanor Black
38. Kathryn Blair
39. Glen Bollschweiler
40. Kyle Booth
41. Deborah Booth
42. Larry Boswell
43. Pat Boswell
44. Michael Brown
45. Vanessa Buccat
46. Brian Burch
47. Valerie Burgess
48. Ronald Burleson
49. Pamela Hazelett Burleson
50. Christopher Burns
51. Hugo Bustamente
52. Carmen Bustamante
53. CA Community Loans First Corp., c/o Timothy Sabo, Agent for Service
54. CLG, Inc., c/o Anita Cantarano, Agent for Service
55. Thomas Caldwell
56. Linda Caldwell
57. Hortencia Canales
58. Terry Cantrell
59. Alissa Carver
60. Juan Castro
61. Maria Castro
62. Jose Castro
63. Norita Ceaser
64. Allen Ceaser
65. Maria Cespon
66. David ChanFebruary 24, 2011
67. Laurie Chan
68. Estate of Ina Mae Chandler c/o Jeglin Swanson
69. Isabel Chaplin
70. Tang Chin
71. Nan Woo Chin
72. Daniel Christopherson
73. Church of Reformation - who served?
74. James Clabaugh
75. Bonnie Clabaugh - wrong one
76. Russell Coates
77. Mark Collins
78. Art Combs Trust
79. Kim Comer
80. Erle Comer
81. Maria Contreras
82. Pamela Cooper
83. Manuel Corral
84. Lorretta Corrigan
85. Jesus Cortez
86. Robert Cortez
87. Coufal Enterprises c/o Glen Coufal, Agent for Service
88. William Cramer
89. Janet Cramer
90. Susan Crane
91. Raul Cruz
92. Thomas Culver
93. William Culviner
94. Suzanne Culviner
95. Sandra Cyrus
96. Williams Cyrus
97. Sherrie Dearman
98. Rick Delnero
99. Elizabeth Delnero
100. Louis DeMartino
101. Vickie Demenge
102. Bruce Demenge
103. Anuree Desilva
104. Jayalath Desilva
105. Barry Dickson
106. Ronald Dittmer
107. Beverly Dittmer
108. Franklin Dixson
109. Christie Dixson
110. Jack Doezie
111. Judy Doezie
112. Cliff Dombrady
113. Sheila Dombrady
114. Hilary Done
115. L. Jean Dores
116. Donald Douglas
117. Linda Douglas
118. Kevin Drake

Hard copies submitted by Alexander, Berkey Williams & Weathers LLP

EXHIBIT C

119. Donna Duquette
120. Daniel Duquette
121. Rodney Duquette
122. Andre Durango
123. Miriam Durango
124. Teresa Durrant
125. Robert Eggering
126. Linda Ellington
127. Martha Elliott
128. John Ellison
129. Carolyn Ellison
130. Elliott Engstrom
131. Jean Engstrom
132. Moises Estrella
133. Ramiro Estrella
134. Bertha Estrella
135. Patricia Fair
136. Donald Feeley
137. Diane Ferrell
138. Roy Ferrell
139. Leslie Firth
140. Sheila Fitzgerald
141. Pedro Flores
142. Teresa Flores
143. Ronald Folmar
144. Charlene Franck
145. Marcia Freeman
146. Tambia Gerbl
147. Douglas Gesswein
148. Sandra Gesswein
149. Gerald Ginn
150. Victor Godinez
151. Maria Godinez
152. Jose Gomez
153. Linda Goodheim
154. Alfredo Gonzalez
155. Fanny Gonzalez
156. Everett Gordon
157. Paul Gray
158. Erna Gray
159. Shelley Green
160. Brenda Green
161. Pamela Greyshock
162. Janet Haake
163. John Hajek
164. Michele Hajek
165. William Hall
166. Shawn Hanson
167. Bill Harmon
168. William Heath
169. Robert Hedrick
170. Virginia Hedrick
171. Elado Hernandez
172. Margarita Hernandez
173. Andrew Hernandez
174. Jennifer Hernandez
175. Julio Herreria
176. John Hightower
177. Leta Hill
178. Sharon Hillman
179. Lori Hitchcock
180. Roger Hodgdon
181. Ruth Hodgdon
182. Robert Holcomb
183. James Holzer
184. Hope Trust Deed Co. C/o Jack R.S. Thomas, Agent for Service
185. Peter Horton
186. Mathew Hundshamer
187. Sara Hundshamer
188. Marie Huynh
189. Ansley Hyman
190. Doreen Hyman
191. Irontree Management Co., Inc., c/o Michael Machado, Agent for Service
192. Jesus Jacobo
193. Julie Jacobo
194. Sergio Jimenez
195. Yolanda Jimenez
196. Richard Johnson
197. Clement Johnson
198. Sam Johnson
199. Bambi Johnson
200. Melinda Johnson
201. Trudy Johnston
202. Kelli Jones
203. Leslie Joyner
204. Constance Key
205. George Kimbal
206. Harry King
207. Lynn King
208. Sherry King
209. Kerri King
210. Marlin Kinser
211. Virginia Kinser
212. Martin Klingsporn
213. Diana Klingsporn
214. Ronald Klopf
215. Lisa West Klopf
216. William Kohl
217. Andrea Milbacher Kohl
218. Steven Kran
219. Sharon Kran
220. LCL Anza Prop. c/o Terry Cantrell, Agent for Service
221. Starr Lackey
222. Rocco Lanzisera
223. Cheri Lanzisera
224. Jesse Lara
225. Barbara Lara
226. Maria Larios
227. Larry Larsen
228. Leeyvone Larson
229. Charles Lane
230. Michael Langrell
231. Celestina Langrell
232. Laurence Langrell
233. William R. Langrell
234. Lawrence Lawson
235. Kay Lawson
236. Jean Layne
237. Steven Leash
238. Martin Leonard
239. Veronica Lerida
240. Sidney Licon
241. Gloria Licon
242. Larry Linder
243. Richard Lockett
244. Rene Lopez
245. Ricardo Lopez
246. Susana Lopez
247. Hermelinda Lopez

| # | Name | # | Name |
|---|---|---|---|
| 248. | Harry Lorenzen | 313. | Cecilio Orozco |
| 249. | Patrick Lovato | 314. | Cristina Orozco |
| 250. | Robin Lovato | 315. | James Palmer |
| 251. | John Love | 316. | Hernan Pedraza |
| 252. | Terressa Love | 317. | Judith Pedraza |
| 253. | Machado Land Inv. Corp., c/o Michael Machado, Agent for Service | 318. | Rutilio Perez |
| | | 319. | Dominga Perez |
| 254. | Edward Madrid | 320. | Razelle Perkins |
| 255. | Susan Madrid | 321. | Mary Perkins |
| 256. | Rose Malalel | 322. | Myra Peterson |
| 257. | Ladislav Malek | 323. | Clarence Phillips |
| 258. | Sylvia Malek | 324. | James Phipps |
| 259. | Mary Malloy | 325. | Vonda Phipps |
| 260. | Manuel Manzo | 326. | Sabrena Pizzanello |
| 261. | Camerina Marin | 327. | Lisa Popowich |
| 262. | Dennis Markowski | 328. | Edward Powell |
| 263. | Edward Marquez | 329. | Bonnie Powell |
| 264. | Martha Martinez | 330. | Sylvia Quinones |
| 265. | Edelmiro Martinez | 331. | Anna Quintana |
| 266. | Nemorio Martinez | 332. | Beethoven Quinto |
| 267. | Leosanta Martinez | 333. | Estrella Quinto |
| 268. | Edward Martini | 334. | Vicente Ramirez |
| 269. | Norma Martini | 335. | Leticia Ramirez |
| 270. | Bryce Mason | 336. | Gary Rasmussen |
| 271. | Lindsey Mason | 337. | Kristine Rasmussen |
| 272. | James Matthews | 338. | David Rice |
| 273. | Teri Mattson | 339. | Joy Richard |
| 274. | Catherine McArdle | 340. | Kenneth Richardsonb |
| 275. | Sandra McGinty | 341. | Rosalinda Richardsn |
| 276. | Midge McGoldrick | 342. | Douglas Riech |
| 277. | Michele McMillan | 343. | Manuel Rivera |
| 278. | Kirby McMillan | 344. | Ines Rivera |
| 279. | Tommie McMillien | 345. | Clayton Rizzi |
| 280. | Judith Menage | 346. | Cali Rizzi |
| 281. | Patricia Metzler | 347. | Michael Roberts |
| 282. | Lucia Meza | 348. | Michelle Roberts |
| 283. | Juan Meza | 349. | Mary Rochefort |
| 284. | Mi Casa Holding c/o Mary Hsu, Agent for Service | 350. | Refugio Rodriguez |
| 285. | Roy Mills | 351. | Jorge Rodriguez |
| 286. | Carol Mills | 352. | Kelly Rodriguez |
| 287. | John Mikal | 353. | Ignacio Rodriguez |
| 288. | Darcy Mikal | 354. | Tina Rodriguez |
| 289. | Alonzo Mike | 355. | David Romero |
| 290. | Araceli Millan | 356. | Mary Romero |
| 291. | Jesus Millan | 357. | Jeri Roper |
| 292. | Kenneth Mollie | 358. | Daryl Roper |
| 293. | Scott Mongeon | 359. | Juan Rosales |
| 294. | Nancy Montrey | 360. | Sibylle Rosamond |
| 295. | Ramon Mora | 361. | Michael Rosamond |
| 296. | Georgina Mora | 362. | Nasario Rosas |
| 297. | Edeltraud Mulford | 363. | Maria Rosas |
| 298. | Ignacio Munoz | 364. | Rhonda Rose |
| 299. | Lila Munoz | 365. | Johann Rottler |
| 300. | Gonzalo Murillo | 366. | Christian Rusovick |
| 301. | Lilia Murillo | 367. | Tammy Russo |
| 302. | Ronald Neal | 368. | John Russo |
| 303. | Terri Neal | 369. | SITL, Inv., c/o Joseph Huband, Agent for Service |
| 304. | Robert Nelson | 370. | Arturo Salazar |
| 305. | Tammy Nguyen | 371. | Carlos Saldana |
| 306. | Ponciano Nilo | 372. | Rita Saldivar |
| 307. | Josefina Nilo | 373. | Luis Sanchez |
| 308. | Linda Niotis | 374. | Olga Sanchez |
| 309. | James Odle | 375. | Greg Sandling |
| 310. | Kenneth Ogren | 376. | Darcy Skinner Sandling |
| 311. | Annette Ogren | 377. | June Sato |
| 312. | Bibiana Ordonez | 378. | Ramon Savala |

379. Thomas Scheuber
380. Cindy Scheuber
381. John Shanko
382. Abbas Sharghi
383. Johanna Kuchler Shatsky
384. Anne Shed
385. Diane Sieker
386. Javier Silva
387. Maria Silva
388. Brian Smith
389. Phillip Solomon
390. Diana Solomon
391. Mary Soriano
392. Robert Soriano
393. William Stafford
394. Selena Stafford
395. Margaret Strachan
396. Balbina Studans
397. Narcizo Sualez
398. Bonnie Sutterfield
399. John William Swain Trust, c.o Donald Douglas
400. Cheri Szutz
401. Randall Szutz
402. TBG, Inc., c/o Gordon Lanik, Agent for Service
403. Robert Taylor
404. Patricia Taylor
405. Barre Taylor
406. Eliazar Toledo
407. Maria Toledo
408. John Toole
409. Ricki Toole
410. Eric Tusler
411. Karen Tusler
412. Penny Umbell
413. Abraham Pineda Valdez
414. Irene Valdez
415. Rubin Valenzuela
416. Ruben Valenzuela
417. Grace Valenzuela
418. Grace Kirkham Valenzuela
419. Leland Vandenburg
420. Jacquelyn Vandenburg
421. Joanne Vaughn
422. Karen Vaughn
423. Victor Velasco
424. Kim Andrews Velasco
425. Miguel Velasquez
426. Maria Velasquez
427. Barbara Velenzuela
428. Kenneth Vickers
429. Saundra Villescas
430. Arthur Villescas
431. Joe Vizcaino
432. Wanda Vizcaino
433. Martha Vranich
434. Eugene Wadsworth
435. Elizabeth Wadsworth
436. Barbara Walker
437. Larry Walker
438. Kelly Alice Walters
439. Christopher Walters
440. Peggy Wanket
441. Neal Wanket
442. Christopher Weber
443. Annalie Weber
444. Steve Williams
445. Christine Wilson
446. Dennis Wohlman
447. Fiona Wohlman
448. Richard Wong
449. Helen Wong
450. Roberto Wood (Cruz)
451. Maria Wood
452. Billy Wooten
453. Consuelo Wooten
454. Dennis Wrenn
455. Summer Zappia
456. Michael Zappia