# PROOFS OF SERVICE - OUT OF STATE INDIVIDUALS

| FIRST NAME | LAST NAME/CORPORATION |
|---|---|
| 1 MICHELYN | BROWN (1) |
| 2 TRANQUELINO | CONTRERAS (1) |
| 3 ZOE | DURHAM (1) |
| 4 JOHNNIE | FITTS (1) |
| 5 STELLA | FREIL (1) |
| 6 JOHN | FRENCH (1) |
| 7 ANA GLORIA | GOMEZ (1) |
| 8 | HUNTER MANAGEMENT, INC. (1) |
| 9 GOVBARDHANARAO | KONERU (2) |
| 10 JOHN | LANSFORD (1) |
| 11 DIANA | LOGSTON (1) |
| 12 LUCINDA | LYNCH (1) |
| 13 DIANE | MANNSCHRECK (2) |
| 14 ROBERT | MANNSCHRECK (2) |
| 15 GREGARY | MARTEL (2) |
| 16 DENNIS | NGUYEN (2) |
| 17 DIANE | NGUYEN (2) |
| 18 WINSTON | NIVER (2) |
| 19 MARIA | PEREZ (2) |
| 20 SALVADOR | PEREZ RAMIREZ (2) |
| 21 DOROTHY | ROHRER (2) |
| 22 MELVYN | |
| 23 | SOUTHWEST MONTANA PLASTIC SURGERY (1) |
| 24 PEGGY | STAGLIANO (2) |
| 25 DONNA | STEWART (2) |
| 26 SAMUEL | STEWART (2) |
| 27 ELAINE | STILLMAN (2) |
| 28 ROBERT | STILLMAN (2) |
| 29 CHARLES | TERRY (2) |
| 30 EDNA LEE | TERRY (2) |
| 31 PHANHOA | TRAN (2) |

(1) Hard copies submitted by Alexander, Berkey Williams & Weathers LLP
(2) Hard copies submitted by McElroy, Meyer, Walker & Condon, P.C.



EXHIBIT D