Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

Proof of Service                                                                         Case No. 51-cv-1247

I, Scott B. McElroy, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On February 25, 2011 I electronically filed the *Status Report Submitted by Cahuilla Band of Indians and the Ramona Band of Cahuilla* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim tkim@rwglaw.com, lpomatto@rwglaw.com
Bill J Kuenzinger bkuenzinger@bdasports.com, rjones@bhsmck.com
Charles W Binder cwbinder@smrwm.org
Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding jhester@mccarthyholthus.com
David Leventhal davelevlaw@yahoo.com
David Philip Colella dcolella@flsd.com
Donald R Timms dontimms@san.rr.com
F Patrick Barry patrick.barry@usdoj.gov
Gary D Leasure gleasure@garydleasure.com
George Chakmakis george@chakmakislaw.com
Gerald (Jerry) Blank gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan hcarpelan@redwineandsherrill.com
John A Karaczynski jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
John Christopher Lemmo jl@procopio.com, laj@procopio.com
Jonathan M Deer jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan ksullivan@pshlawyers.com, kstanis@pshlawyers.com
Linda Caldwell goforthvillage2@yahoo.com
M. Catherine Condon ccondon@mmwclaw.com, dvitale@mmwclaw.com
Marco Antonio Gonzalez marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Mark L Brandon mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green matthew.green@bbklaw.com, amelia.mendez@bbklaw.com
Michael Duane Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg prosenberg@hnattorneys.com
Peter J Mort pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis Rlewis@RichardLewis.com
Robert H James bob@fallbrooklawoffice.com
Robert K Edmunds robert.edmunds@bipc.com, lynda.west@bipc.com, sdtemp2@bipc.com
Robert M Cohen rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas Caldwell goforthvillage2@yahoo.com
Thomas C Stahl Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, lori.macdonald@usdoj.gov
Timothy P Johnson tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William K. Koska wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

I further certify that on February 25, 2011, I served the Notice of Electronic Filing via U.S. Mail, postage prepaid, on the following individuals:

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | John S Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Marianne E Pajot<br>[Hold no address] |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Mary E Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 |
| Diane Mannschreck<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 | Michael J Machado<br>P O Box 391607<br>Anza, CA 92539 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M Machado<br>P O Box 391607<br>Anza, CA 92539 |
| Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>PO Box 1059<br>Brea, CA 92822-1059 | Robert Mannschreck<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |
| | Thomas C Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on February 25, 2011.

_____
Scott B. McElroy