### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES      Case No. 51cv1247 GT(RBB)

                                                   Time Spent: 25 mins.

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                   Rptr.

#### Plaintiffs

Patrick Barry (present)               Douglas Garcia (present)

#### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Jeff Hoskinson |
| M. Catherine Condon (present) | Robert Davis (present) |
| James Markman (present) | Matthew Duarte |
| Gordon Lanik | Patrick Barry (present) |

PROCEEDINGS: _____ In Chambers     _____ In Court     __X__ Telephonic

A telephonic, attorneys-only status conference with Patrick Barry, Chuck Binder, Curtis Berkey, John Flocken, Marilyn Levin, James Markman, Scott McElroy, and Catherine Condon was held. Counsel for Agri-Empire, Rob Davis, also participated; counsel for the County of Riverside, David Huff, did not participate in the conference.

Dated: March 1, 2011

                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Thompson                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record