FILED

MAR 0 2 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA<br>BAND OF INDIANS, et al.,<br><br>      Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>      Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**ORDER EXTENDING TIME TO<br>SERVE PROCESS**<br><br><br>Date:   No hearing date set<br>Time:<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr. |

Upon consideration of the *Status Report Submitted by the Cahuilla Band of Indians and the Ramona Band of Cahuilla,* (the Tribes) and the request to extend the deadline for completing personal service, it is hereby ordered:

The Tribes are granted an extension to and including April 27, 2011, to complete personal service on the defendants.

**IT IS SO ORDERED.**

Date: 3-2-11

GORDON THOMPSON, JR.
United States District Judge

cc:    All Counsel and parties without counsel

Case No.: 51cv1247-GT-RBB