# ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

### ATTORNEYS AT LAW
www.abwwlaw.com

2030 ADDISON STREET, SUITE 410
BERKELEY, CALIFORNIA 94704
PH: (510) 548-7070
FAX: (510) 548-7080

1930 18ᵀᴴ STREET N.W., SUITE B2
WASHINGTON, D.C. 20009
PH: (202) 797-2548
FAX: (202) 797-2550

CURTIS G. BERKEY *(CA, D.C.)*
SCOTT W. WILLIAMS *(CA, VA)*
THOMAS WEATHERS *(CA, WA)*
DAVID H. HOUSE *(CA, MT)*
ROVIANNE A. LEIGH *(CA, HI)*

PAUL ALEXANDER *(D.C.)*
ALEXANDRA C. PAGE *(D.C.)*



FILED

MAR. 0 2 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

February 25, 2011

**Via Overnight Service**
Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

      Re:    <u>United States of America v. Fallbrook Public Utility District, et al.,</u>
              Case No. 51-1247-SD-GT

Dear Clerk:

      Enclosed please find original paper copies of the following Proofs of Service from the Ramona Band of Cahuilla pursuant to the Status Report submitted by the Cahuilla Band of Indians and the Ramona Band of Cahuilla and filed with the Court on February 25, 2011 (Docket #5284):

      1)      Proofs of Service by process server (Exhibit C to Status Report)
      2)      Proofs of Service via Certified Mail (Exhibit D to Status Report)

      Should you have any questions regarding this matter, please do not hesitate to contact our office.

              Very truly yours,

              ALEXANDER, BERKEY, WILLIAMS & WEATHERS

              Martha Morales
              Secretary to Curtis Berkey

Encl.

## PROOFS OF SERVICE - OUT OF STATE INDIVIDUALS

| FIRST NAME | LAST NAME/CORPORATION |
|---|---|
| 1 MICHELYN | BROWN (1) |
| 2 TRANQUELINO | CONTRERAS (1) |
| 3 ZOE | DURHAM (1) |
| 4 JOHNNIE | FITTS (1) |
| 5 STELLA | FREIL (1) |
| 6 JOHN | FRENCH (1) |
| 7 ANA GLORIA | GOMEZ (1) |
| 8 | HUNTER MANAGEMENT, INC. (1) |
| 9 GOVBARDHANARAO | KONERU (2) |
| 10 JOHN | LANSFORD (1) |
| 11 DIANA | LOGSTON (1) |
| 12 LUCINDA | LYNCH (1) |
| 13 DIANE | MANNSCHRECK (2) |
| 14 ROBERT | MANNSCHRECK (2) |
| 15 GREGARY | MARTEL (2) |
| 16 DENNIS | NGUYEN (2) |
| 17 DIANE | NGUYEN (2) |
| 18 WINSTON | NIVER (2) |
| 19 MARIA | PEREZ (2) |
| 20 SALVADOR | PEREZ RAMIREZ (2) |
| 21 DOROTHY | ROHRER (2) |
| 22 MELVYN | |
| 23 | SOUTHWEST MONTANA PLASTIC SURGERY (1) |
| 24 PEGGY | STAGLIANO (2) |
| 25 DONNA | STEWART (2) |
| 26 SAMUEL | STEWART (2) |
| 27 ELAINE | STILLMAN (2) |
| 28 ROBERT | STILLMAN (2) |
| 29 CHARLES | TERRY (2) |
| 30 EDNA LEE | TERRY (2) |
| 31 PHANHOA | TRAN (2) |

(1) Hard copies submitted by Alexander, Berkey Williams & Weathers LLP
(2) Hard copies submitted by McElroy, Meyer, Walker & Condon, P.C.



ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado  80302
7  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9    *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15            **IN THE UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
16

17 UNITED STATES OF AMERICA,        )   Case No. 51-cv-1247-GT-RBB
                                    )
18         Plaintiff,               )
                                    )   **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,         )
   CAHUILLA BAND OF INDIANS,        )   Hearing Date: No Hearing Date Set
20 federally recognized Indian tribes, )  Time:        2:00 p.m.
                                    )   Courtroom:   8
21         Plaintiffs in Intervention, )
                                    )   Hon. Gordon Thompson, Jr.
22         v.                       )
                                    )
23 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, a public service corporation )
24 of the State of California, et al., )
                                    )
25         Defendants.              )
                                    )
26

27

28

I, the undersigned, declare as follows:

1.   At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.   On November 10, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Michelyn Brown, at the following address: 8820 Ray Ct., Twinsburg, OH 44087.

3.   As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 15, 2010.

4.   Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.   The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.   I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature:  _Martha Morales_

Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

Proof of Service                                     2                                     Case No. 51-cv-1247

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelyn Brown
8820 Ray Ct. 4
Twinsburg, OH
44087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Michelyn Brown_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery  11-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 2559 9467

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley, CA 94704

4+2842
MM

# ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado 80302
7  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9    *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15         **IN THE UNITED STATES DISTRICT COURT**
           **SOUTHERN DISTRICT OF CALIFORNIA**
16

17 UNITED STATES OF AMERICA,           )   Case No. 51-cv-1247-GT-RBB
                                       )
18         Plaintiff,                  )
                                       )   **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,            )
   CAHUILLA BAND OF INDIANS,           )   Hearing Date: No Hearing Date Set
20 federally recognized Indian tribes, )   Time:        2:00 p.m.
                                       )   Courtroom:   8
21         Plaintiffs in Intervention, )
                                       )   Hon. Gordon Thompson, Jr.
22         v.                          )
                                       )
23 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, a public service corporation )
24 of the State of California, et al., )
                                       )
25         Defendants.                 )
   _____ )
26

27

28

   Proof of Service                                    Case No. 51-cv-1247

1    I, the undersigned, declare as follows:

2    1.    At all times during the matter described below I was over the age of eighteen (18) years
            and was not a party to the above-captioned matter.

3

4    2.    On November 10, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies
            of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint*

5           *in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second
            Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for*

6           *Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to
            Defendant Tranquelino Contreras, at the following address: 207 N. Washington Ave.,

7           Arlington, VA 98223.

8    3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the
            address listed above, was actually received by the addressee or a resident therein, and

9           signed for by said recipient on November 22, 2010.

10   4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals
            within the United States in accordance with state law.

11

12   5.    The above-described manner of service complies with section 415.40 of the California
            Civil Procedure Code, which authorizes service on individuals outside the State of
            California "by sending a copy of the summons and of the complaint to the person to be

13          served by first-class mail, postage prepaid, requiring a return receipt."

14   6.    I declare under penalty of perjury and under the laws of the United State of America that
            the foregoing statements are, to the best of my knowledge, true and correct.

15

16   Dated this 22nd day of February, 2011.

17

18                              Signature:    Martha Morales

19                                            Martha Morales
                                              ALEXANDER, BERKEY, WILLIAMS
20                                            & WEATHERS LLP
                                              2030 Addison Street, Suite 410
21                                            Berkeley, CA 94704
                                              Tel: 510/548-7070
22

23

24

25

26

27

28

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tranquelino Contreras
207 N. Washington Ave.
Arlington, VA
98223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Elidia Garcia_    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  1-22-10

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0001 2558 9932

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    EVERETT WA S
22 NOV 2010 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley, CA 94704

542

ORIGINAL

1   Marco A. Gonzalez (SBN 190832)
    *COAST LAW GROUP, L.L.P.*
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
7   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9   *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  UNITED STATES OF AMERICA,        )   Case No. 51-cv-1247-GT-RBB
                                     )
18          Plaintiff,               )
                                     )   **PROOF OF SERVICE**
19  RAMONA BAND OF CAHUILLA,         )
    CAHUILLA BAND OF INDIANS,        )   Hearing Date: No Hearing Date Set
20  federally recognized Indian tribes, )  Time:        2:00 p.m.
                                     )   Courtroom:   8
21          Plaintiffs in Intervention, )
                                     )   Hon. Gordon Thompson, Jr.
22          v.                       )
                                     )
23  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, a public service corporation )
24  of the State of California, et al., )
                                     )
25          Defendants.              )
                                     )
26  _____ )

27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On November 17, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Zoe Durham, at the following address: 3722 Bagley Ave., N, Seattle, WA 98103.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 22, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature: _Martha Morales_
Martha Morales
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zoe Durham
3722 Bagley Ave N
Seattle, WA
        98103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                11/23/10

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 2558 9949

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

A.B.W.W.
2030 Addison St. #410
Berkeley, CA  94704

ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado  80302
7  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9  *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11  & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14  *the Ramona Band of Cahuilla*

15          IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
16
17 UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                      )
18          Plaintiff,                )
                                      )   **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,           )
   CAHUILLA BAND OF INDIANS,          )   Hearing Date: No Hearing Date Set
20 federally recognized Indian tribes,)   Time:        2:00 p.m.
                                      )   Courtroom:   8
21          Plaintiffs in Intervention,)
                                      )   Hon. Gordon Thompson, Jr.
22          v.                        )
                                      )
23 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, a public service corporation )
24 of the State of California, et al.,)
                                      )
25          Defendants.               )
                                      )
26
27
28

   Proof of Service                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On November 17, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Johnnie Fitts, at the following address: 76 6309 Haku Place, Kailua Kona, HI 96740.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 20, 2010.

4. Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5. The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.


Signature: _Martha Morales_
Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnnie Fitts
76 6309 Haku Pl.
Kailua Kona, HI
96740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☒ Addressee

B. Received by ( Printed Name)       C. Date of Delivery

Robert Fitts                          11/20/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0001 2558 9956

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

22 NOV 2010 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley, CA 94704

ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado  80302
7  Tel:  303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9    *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15               **IN THE UNITED STATES DISTRICT COURT**
                 **SOUTHERN DISTRICT OF CALIFORNIA**
16

17 UNITED STATES OF AMERICA,           )   Case No. 51-cv-1247-GT-RBB
                                       )
18          Plaintiff,                 )
                                       )   **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,            )
   CAHUILLA BAND OF INDIANS,           )   Hearing Date: No Hearing Date Set
20 federally recognized Indian tribes, )   Time:        2:00 p.m.
                                       )   Courtroom:    8
21       Plaintiffs in Intervention,   )
                                       )   Hon. Gordon Thompson, Jr.
22          v.                         )
                                       )
23 FALLBROOK PUBLIC UTILITY            )
   DISTRICT, a public service corporation )
24 of the State of California, et al.,  )
                                       )
25          Defendants.                )
                                       )
26

27

28

   Proof of Service                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On November 18, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Stella Freil, at the following address: 14321 144th Street, SE, Snohomish, WA 98290.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 22, 2010.

4. Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5. The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature: *Martha Moral*
Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- ☑ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stella Freil
14321 144 TH St, SE
Snohomish, WA
98290

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
T FREIL                            11/22/11

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 2559 7852

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

A B W W
2030 Addison St. #410
Berkeley, CA 94704

542

*ORIGINAL*

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
7   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9     *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14    *the Ramona Band of Cahuilla*

15              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  UNITED STATES OF AMERICA,         )     Case No. 51-cv-1247-GT-RBB
                                      )
18            Plaintiff,              )
                                      )
19  RAMONA BAND OF CAHUILLA,          )     **PROOF OF SERVICE**
    CAHUILLA BAND OF INDIANS,         )
20  federally recognized Indian tribes, )   Hearing Date: No Hearing Date Set
                                      )     Time:        2:00 p.m.
21         Plaintiffs in Intervention,  )   Courtroom:   8
                                      )
22            v.                      )     Hon. Gordon Thompson, Jr.
                                      )
23  FALLBROOK PUBLIC UTILITY          )
    DISTRICT, a public service corporation )
24  of the State of California, et al.,  )
                                      )
25            Defendants.             )
                                      )
26

27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.     At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.     On November 18, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Ana Gloria Gomez, at the following address: 207 N. Washington Ave., Arlington, VA 98223.

3.     As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 22, 2010.

4.     Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.     The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.     I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature: _Martha Morales_

Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- ☑ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☑ Print your name and address on the reverse so that we can return the card to you.
- ☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ana Gloria Gomez
207 N. Washington Ave.
Arlington, VA
98223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elidia Garcia   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  11-22-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)      7006 2760 0001 2559 7876

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

22 NOV 2010 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

AB.NW
2030 Addison St. #410
Berkeley, CA 94704

342

ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado 80302
7  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9    *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15             **IN THE UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
16

17 UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                      )
18        Plaintiff,                  )
                                      )   **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,           )
   CAHUILLA BAND OF INDIANS,          )   Hearing Date: No Hearing Date Set
20 federally recognized Indian tribes,)   Time:        2:00 p.m.
                                      )   Courtroom:   8
21        Plaintiffs in Intervention, )
                                      )   Hon. Gordon Thompson, Jr.
22        v.                          )
                                      )
23 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, a public service corporation )
24 of the State of California, et al., )
                                      )
25        Defendants.                 )
                                      )
26 _____)

27

28

   Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On November 18, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant John French, at the following address: 2100 Silverstone, Meridian, ID 83642.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 22, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.


Signature:  _____
Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

John French
2100 Silverstone
Meridian, ID
                83642

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
BRUCE COTTRELL   11-22

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0001 2559 7869

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley CA 94704

ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado  80302
7  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9   *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11  & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14  *the Ramona Band of Cahuilla*

15          **IN THE UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
16

17 UNITED STATES OF AMERICA,        )   Case No. 51-cv-1247-GT-RBB
                                    )
18          Plaintiff,              )
                                    )   **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,         )
   CAHUILLA BAND OF INDIANS,        )   Hearing Date: No Hearing Date Set
20 federally recognized Indian tribes, )   Time:       2:00 p.m.
                                    )   Courtroom:   8
21          Plaintiffs in Intervention, )
                                    )   Hon. Gordon Thompson, Jr.
22          v.                      )
                                    )
23 FALLBROOK PUBLIC UTILITY         )
   DISTRICT, a public service corporation )
24 of the State of California, et al., )
                                    )
25          Defendants.             )
                                    )
26  _____)

27

28

   Proof of Service                                Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.   At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.   On January 26, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Hunter Management, Inc., c/o the President/CEO, at the following address: 15010 SE Laurie Ave., Portland, OR 97267.

3.   As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient.

4.   Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.   The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.   I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature: _Martha Morales_

Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hunter Management, Inc.
C/O President/CEO
15010 SE Laurie Ave.
Portland, OR 97267

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Chann Hunter

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

68282

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0001 2559 9450

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE
PORTLAND OR 972

23 NOV 2010 PM 8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley, CA 94704



UNITED STATES POSTAL SERVICE

PORTLAND OR

23 NOV 2010 PM 8

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABNW
2030 Addison St. #410
Berkeley, CA 94704

# ORIGINAL

1
Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.

2
1140 S. Coast Hwy 101
Encinitas, California 92024

3
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

4

5
Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.

6
1007 Pearl Street, Suite 220
Boulder, Colorado  80302

7
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com

8
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*

9
*the Cahuilla Band of Indians*

10
Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS

11
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410

12
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080

13
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*

14
*the Ramona Band of Cahuilla*

15
## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

16

17
UNITED STATES OF AMERICA,           )

18
          Plaintiff,                          )

19
RAMONA BAND OF CAHUILLA,            )
CAHUILLA BAND OF INDIANS,           )

20
federally recognized Indian tribes,        )

21
          Plaintiffs in Intervention,           )

22
          v.                                    )

23
FALLBROOK PUBLIC UTILITY           )
DISTRICT, a public service corporation  )

24
of the State of California, et al.,            )

25
          Defendants.                         )

26

27

28

Case No. 51-cv-1247-GT-RBB

**PROOF OF SERVICE**

Hearing Date: No Hearing Date Set
Time:          2:00 p.m.
Courtroom:   8

Hon. Gordon Thompson, Jr.

Proof of Service                                   Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On November 19, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant John Lansford, at the following address: 3409 Hermitage Ct., Ocean Springs, MS 39564.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 27, 2010.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.


Signature:   *Martha Morales*
             Martha Morales
             ALEXANDER, BERKEY, WILLIAMS
             & WEATHERS LLP
             2030 Addison Street, Suite 410
             Berkeley, CA 94704
             Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Lansford
3409 Hermitage Ct.
Ocean Springs, MS.
39564

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Emilia Lansford_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E Lansford   11-07-0

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 2559 9351

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE  MS 39
27 NOV 2010 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. # 410
Berkeley, CA 94704

3-42

ORIGINAL

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
7   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9   *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
16

17  UNITED STATES OF AMERICA,      )   Case No. 51-cv-1247-GT-RBB
                                   )
18          Plaintiff,             )
                                   )   **PROOF OF SERVICE**
19  RAMONA BAND OF CAHUILLA,       )
    CAHUILLA BAND OF INDIANS,      )   Hearing Date: No Hearing Date Set
20  federally recognized Indian tribes, )   Time:       2:00 p.m.
                                   )   Courtroom:   8
21          Plaintiffs in Intervention,  )
                                   )   Hon. Gordon Thompson, Jr.
22          v.                     )
                                   )
23  FALLBROOK PUBLIC UTILITY       )
    DISTRICT, a public service corporation )
24  of the State of California, et al.,    )
                                   )
25          Defendants.            )
                                   )
26

27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On November 19, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Diana Logston, at the following address: 709 NE 80th Terrace, Kansas City, MO 64118.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 23, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.


Signature: _Martha Morales_
Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diana Logston
709 NE 80TH Ter.
Kansas City, MO
64118-1512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Christine Logston_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
11-03

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0001 2559 9368

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
KANSAS CITY 641-651

24 NOV 2010 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

ABWW
2030 Addison St. #410
Berkeley, CA 94704

E-42

# ORIGINAL

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:     2:00 p.m.<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On November 17, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Lucinda Lynch, at the following address: 1615 Young Street, Santa Fe, NM 87505.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 29, 2010.

4. Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5. The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature:  *Martha Morales*

Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lucinda Lynch
1615 Young St.
Santa Fe, NM
87505

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lucinda Lynch_   ☐ Agent   ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Lucinda Lynch   11-29-10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0001 2558 9925

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley, CA 94704

42
MM

ORIGINAL

1    Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP, L.L.P.
2    1140 S. Coast Hwy 101
     Encinitas, California 92024
3    Tel: 760-942-8505, Fax: 760-942-8515
     marco@coastlawgroup.com
4

5    Scott B. McElroy (Pro Hac Vice)
     M. Catherine Condon (Pro Hac Vice)
     McELROY, MEYER, WALKER & CONDON, P.C.
6    1007 Pearl Street, Suite 220
     Boulder, Colorado 80302
7    Tel: 303-442-2021, Fax: 303-444-3490
     sbmcelroy@mmwclaw.com
8    ccondon@mmwclaw.com
     *Attorneys for Plaintiff in Intervention,*
9      *the Cahuilla Band of Indians*

10    Curtis G. Berkey
     ALEXANDER, BERKEY, WILLIAMS
11    & WEATHERS, L.L.P.
     2030 Addison Street, Suite 410
12    Berkeley, CA 94704
     Tel: 510-548-7070, Fax: 510-548-7080
13    cberkey@abwwlaw.com
     *Attorney for Plaintiff in Intervention*
14      *the Ramona Band of Cahuilla*

15
            **IN THE UNITED STATES DISTRICT COURT**
16            **SOUTHERN DISTRICT OF CALIFORNIA**

17    UNITED STATES OF AMERICA,    )    Case No. 51-cv-1247-GT-RBB
                              )
18        Plaintiff,            )
                              )    **PROOF OF SERVICE**
19    RAMONA BAND OF CAHUILLA,    )
     CAHUILLA BAND OF INDIANS,    )    Hearing Date: No Hearing Date Set
20    federally recognized Indian tribes,    )    Time:      2:00 p.m.
                              )    Courtroom:    8
21        Plaintiffs in Intervention,    )
                              )    Hon. Gordon Thompson, Jr.
22        v.                   )
                              )
23    FALLBROOK PUBLIC UTILITY    )
     DISTRICT, a public service corporation )
24    of the State of California, et al.,    )
                              )
25        Defendants.          )
                              )
26

27

28

Proof of Service                                            Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On February 4, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Southwest Montana Plastic Surgery c/o William R. Mealer, M.D., agent for service, at the following address: 300 N. Willson Ave., Ste. 300-C, Bozeman, MT 59715.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 22nd day of February, 2011.

Signature: *Martha Morale*
Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Southwest Montana
    Plastic Surgery
c/o William R. Mealer, M.D.
President, Agent for Service
300 N. Willson Ave, STE 300-C
Bozeman, MT 59715

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X 

□ Agent
□ Addressee

B. Received by ( Printed Name )       C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☒ Certified Mail        □ Express Mail
   □ Registered            ☒ Return Receipt for Merchandise
   □ Insured Mail          □ C.O.D.

4. Restricted Delivery? (Extra Fee)              □ Yes

2. Article Number
   (Transfer from service label)       7006 2760 0001 2559 7821

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABWW
2030 Addison St. #410
Berkeley, CA 94704

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

A.B.WW
2030 Addison St. # 410
Berkeley, CA 94704



# EXHIBIT C

## Ramona Proofs

| | | | | |
|---|---|---|---|---|
| 1. | Kathleen Aberman | | 60. | Juan Castro |
| 2. | Luis Acevedo | | 61. | Maria Castro |
| 3. | Manuel Aguila | | 62. | Jose Castro |
| 4. | Cecilio Aguila | | 63. | Norita Ceaser |
| 5. | William Akrawi | | 64. | Allen Ceaser |
| 6. | Hemerlinda Alatorre | | 65. | Maria Cespon |
| 7. | Daniel Ames | | 66. | David Chan |
| 8. | Kathryn Ames | | 67. | Laurie Chan |
| 9. | Alma A. Anaya | | 68. | Estate of Ina Mae Chandler c/o Jeglin Swanson |
| 10. | Robert Stuart Andrews | | 69. | Isabel Chaplin |
| 11. | Karen Andrews | | 70. | Tang Chin |
| 12. | Anza Viejo c/o Lloyd Mize | | 71. | Nan Woo Chin |
| 13. | Alice Archer c/o George Kimball | | 72. | Daniel Christopherson |
| 14. | Hector Arieta | | 73. | Church of Reformation |
| 15. | Zita Armenta | | 74. | James Clabaugh |
| 16. | Lawrence Armstrong | | 75. | Bonnie Clabaugh |
| 17. | Helen Armstrong | | 76. | Russell Coates |
| 18. | Davetta Austin | | 77. | Mark Collins |
| 19. | John Bailes | | 78. | Art Combs Trust |
| 20. | Fred Banaga | | 79. | Kim Comer |
| 21. | Geraldine F. Banaga | | 80. | Erle Comer |
| 22. | Ralph Banuelos | | 81. | Comorre Family Trust |
| 23. | Vince Barbato | | 82. | Maria Contreras |
| 24. | Carmen Barbeito | | 83. | Pamela Cooper |
| 25. | Carrie Bartholomew | | 84. | Manuel Corral |
| 26. | Oribia Barron | | 85. | Lorretta Corrigan |
| 27. | Syd Batin | | 86. | Jesus Cortez |
| 28. | Guadalupe Batin | | 87. | Robert Cortez |
| 29. | Leticia Baxter | | 88. | Coufal Enterprises c/o Glen Coufal, Agent for Service |
| 30. | Dan Baxter | | | |
| 31. | Carlos Bertot | | 89. | William Cramer |
| 32. | Kenneth Bertrand | | 90. | Janet Cramer |
| 33. | Darlene Bertrand | | 91. | Susan Crane |
| 34. | Deanna Bello | | 92. | Raul Cruz |
| 35. | Gary Bello | | 93. | Thomas Culver |
| 36. | Robert Black | | 94. | William Culviner |
| 37. | Eleanor Black | | 95. | Suzanne Culviner |
| 38. | Kathryn Blair | | 96. | Sandra Cyrus |
| 39. | Glen Bollschweiler | | 97. | Williams Cyrus |
| 40. | Kyle Booth | | 98. | Sherrie Dearman |
| 41. | Deborah Booth | | 99. | Rick Delnero |
| 42. | Larry Boswell | | 100. | Elizabeth Delnero |
| 43. | Pat Boswell | | 101. | Louis DeMartino |
| 44. | Michael Brown | | 102. | Vickie Demenge |
| 45. | Vanessa Buccat | | 103. | Bruce Demenge |
| 46. | Brian Burch | | 104. | Anuree Desilva |
| 47. | Valerie Burgess | | 105. | Jayalath Desilva |
| 48. | Ronald Burleson | | 106. | Barry Dickson |
| 49. | Pamela Hazelett Burleson | | 107. | Ronald Dittmer |
| 50. | Christopher Burns | | 108. | Beverly Dittmer |
| 51. | Hugo Bustamente | | 109. | Franklin Dixson |
| 52. | Carmen Bustamante | | 110. | Christie Dixson |
| 53. | CA Community Loans First Corp., c/o Timothy Sabo, Agent for Service | | 111. | Jack Doezie |
| | | | 112. | Judy Doezie |
| 54. | CLG, Inc., c/o Anita Cantarano, Agent for Service | | 113. | Cliff Dombrady |
| 55. | Thomas Caldwell | | 114. | Sheila Dombrady |
| 56. | Linda Caldwell | | 115. | Hilary Done |
| 57. | Hortencia Canales | | 116. | L. Jean Dores |
| 58. | Terry Cantrell | | 117. | Donald Douglas |
| 59. | Alissa Carver | | 118. | Linda Douglas |

EXHIBIT

C

| | | | | |
|---|---|---|---|---|
| 119. | Kevin Drake | | 185. | Hope Trust Deed Co. C/o Jack R.S. Thomas, Agent for Service |
| 120. | Donna Duquette | | 186. | Peter Horton |
| 121. | Daniel Duquette | | 187. | Mathew Hundshamer |
| 122. | Rodney Duquette | | 188. | Sara Hundshamer |
| 123. | Andre Durango | | 189. | Marie Huynh |
| 124. | Miriam Durango | | 190. | Ansley Hyman |
| 125. | Teresa Durrant | | 191. | Doreen Hyman |
| 126. | Robert Eggering | | 192. | Irontree Management Co., Inc., c/o Michael Machado, Agent for Service |
| 127. | Linda Ellington | | 193. | Jesus Jacobo |
| 128. | Martha Elliott | | 194. | Julie Jacobo |
| 129. | John Ellison | | 195. | Sergio Jimenez |
| 130. | Carolyn Ellison | | 196. | Yolanda Jimenez |
| 131. | Elliott Engstrom | | 197. | Richard Johnson |
| 132. | Jean Engstrom | | 198. | Sam Johnson |
| 133. | Moises Estrella | | 199. | Bambi Johnson |
| 134. | Ramiro Estrella | | 200. | Melinda Johnson |
| 135. | Bertha Estrella | | 201. | Clement Johnston |
| 136. | Patricia Fair | | 202. | Trudy Johnston |
| 137. | Donald Feeley | | 203. | Kelli Jones |
| 138. | Diane Ferrell | | 204. | Leslie Joyner |
| 139. | Roy Ferrell | | 205. | Steven Kean |
| 140. | Leslie Firth | | 206. | Sharon Kean |
| 141. | Sheila Fitzgerald | | 207. | Constance Key |
| 142. | Pedro Flores | | 208. | George Kimbal |
| 143. | Teresa Flores | | 209. | Harry King |
| 144. | Ronald Folmar | | 210. | Lynn King |
| 145. | Charlene Franck | | 211. | Sherry King |
| 146. | Marcia Freeman | | 212. | Kerri King |
| 147. | Tambia Gerbl | | 213. | Marlin Kinser |
| 148. | Douglas Gesswein | | 214. | Virginia Kinser |
| 149. | Sandra Gesswein | | 215. | Martin Klingsporn |
| 150. | Gerald Ginn | | 216. | Diana Klingsporn |
| 151. | Victor Godinez | | 217. | Ronald Klopf |
| 152. | Maria Godinez | | 218. | Lisa West Klopf |
| 153. | Jose Gomez | | 219. | William Kohl |
| 154. | Linda Goodheim | | 220. | Andrea Milbacher Kohl |
| 155. | Alfredo Gonzalez | | 221. | LCL Anza Prop. c/o Terry Cantrell, Agent for Service |
| 156. | Fanny Gonzalez | | 222. | Starr Lackey |
| 157. | Everett Gordon | | 223. | Rocco Lanzisera |
| 158. | Paul Gray | | 224. | Cheri Lanzisera |
| 159. | Erna Gray | | 225. | Jesse Lara |
| 160. | Shelley Green | | 226. | Barbara Lara |
| 161. | Brenda Green | | 227. | Maria Larios |
| 162. | Pamela Greyshock | | 228. | Larry Larsen |
| 163. | Janet Haake | | 229. | Leeyvone Larson |
| 164. | John Hajek | | 230. | Michael Langrell |
| 165. | Michele Hajek | | 231. | Celestina Langrell |
| 166. | William Hall | | 232. | Laurence Langrell |
| 167. | Shawn Hanson | | 233. | William R. Langrell |
| 168. | Bill Harmon | | 234. | Lawrence Lawson |
| 169. | William Heath | | 235. | Kay Lawson |
| 170. | Robert Hedrick | | 236. | Charles Layne |
| 171. | Virginia Hedrick | | 237. | Jean Layne |
| 172. | Eladio Hernandez | | 238. | Steven Leash |
| 173. | Margarita Hernandez | | 239. | Martin Leonard |
| 174. | Andrew Hernandez | | 240. | Veronica Lerida |
| 175. | Jennifer Hernandez | | 241. | Sidney Licon |
| 176. | Julio Herreria | | 242. | Gloria Licon |
| 177. | John Hightower | | 243. | Larry Linder |
| 178. | Leta Hill | | 244. | Richard Lockett |
| 179. | Sharon Hillman | | 245. | Rene Lopez |
| 180. | Lori Hitchcock | | 246. | Ricardo Lopez |
| 181. | Roger Hodgdon | | 247. | Susana Lopez |
| 182. | Ruth Hodgdon | | | |
| 183. | Robert Holcomb | | | |
| 184. | James Holzer | | | |

| | | | | |
|---|---|---|---|---|
| 248. | Hermelinda Lopez | | 313. | Bibiana Ordonez |
| 249. | Harry Lorenzen | | 314. | Cecilio Orozco |
| 250. | Patrick Lovato | | 315. | Cristina Orozco |
| 251. | Robin Lovato | | 316. | James Palmer |
| 252. | John Love | | 317. | Hernan Pedraza |
| 253. | Terressa Love | | 318. | Judith Pedraza |
| 254. | Machado Land Inv. Corp., c/o Michael Machado, Agent for Service | | 319. | Rutilio Perez |
| | | | 320. | Dominga Perez |
| 255. | Edward Madrid | | 321. | Razelle Perkins |
| 256. | Susan Madrid | | 322. | Mary Perkins |
| 257. | Rose Malalel | | 323. | Myra Peterson |
| 258. | Ladislav Malek | | 324. | Clarence Phillips |
| 259. | Sylvia Malek | | 325. | James Phipps |
| 260. | Mary Malloy | | 326. | Vonda Phipps |
| 261. | Manuel Manzo | | 327. | Sabrena Pizzanello |
| 262. | Camerina Marin | | 328. | Lisa Popowich |
| 263. | Dennis Markowski | | 329. | Edward Powell |
| 264. | Edward Marquez | | 330. | Bonnie Powell |
| 265. | Martha Martinez | | 331. | Sylvia Quinones |
| 266. | Edelmiro Martinez | | 332. | Anna Quintana |
| 267. | Nemorio Martinez | | 333. | Beethoven Quinto |
| 268. | Leosanta Martinez | | 334. | Estrella Quinto |
| 269. | Edward Martini | | 335. | Vicente Ramirez |
| 270. | Norma Martini | | 336. | Leticia Ramirez |
| 271. | Bryce Mason | | 337. | Gary Rasmussen |
| 272. | Lindsey Mason | | 338. | Kristine Rasmussen |
| 273. | James Matthews | | 339. | Frank Redd |
| 274. | Teri Mattson | | 340. | David Rice |
| 275. | Catherine McArdle | | 341. | Joy Richard |
| 276. | Sandra McGinty | | 342. | Kenneth Richardson |
| 277. | Midge McGoldrick | | 343. | Rosalinda Richardson |
| 278. | Michele McMillan | | 344. | Douglas Riech |
| 279. | Kirby McMillan | | 345. | Manuel Rivera |
| 280. | Tommie McMillien | | 346. | Ines Rivera |
| 281. | Judith Menage | | 347. | Clayton Rizzi |
| 282. | Patricia Metzler | | 348. | Cali Rizzi |
| 283. | Lucia Meza | | 349. | Michael Roberts |
| 284. | Juan Meza | | 350. | Michelle Roberts |
| 285. | Mi Casa Holding c/o Mary Hsu, Agent for Service | | 351. | Mary Rochefort |
| 286. | Roy Mills | | 352. | Refugio Rodriguez |
| 287. | Carol Mills | | 353. | Jorge Rodriguez |
| 288. | John Mikal | | 354. | Kelly Rodriguez |
| 289. | Darcy Mikal | | 355. | Ignacio Rodriguez |
| 290. | Alonzo Mike | | 356. | Tina Rodriguez |
| 291. | Araceli Millan | | 357. | David Romero |
| 292. | Jesus Millan | | 358. | Mary Romero |
| 293. | Kenneth Mollie | | 359. | Jeri Roper |
| 294. | Scott Mongeon | | 360. | Daryl Roper |
| 295. | Nancy Montrey | | 361. | Juan Rosales |
| 296. | Ramon Mora | | 362. | Sibylle Rosamond |
| 297. | Georgina Mora | | 363. | Michael Rosamond |
| 298. | Edeltraud Mulford | | 364. | Nasario Rosas |
| 299. | Ignacio Munoz | | 365. | Maria Rosas |
| 300. | Lila Munoz | | 366. | Rhonda Rose |
| 301. | Gonzalo Murillo | | 367. | Johann Rottler |
| 302. | Lilia Murillo | | 368. | Christian Rusovick |
| 303. | Ronald Neal | | 369. | Tammy Russo |
| 304. | Terri Neal | | 370. | John Russo |
| 305. | Robert Nelson | | 371. | SITL. Inv., c/o Joseph Huband, Agent for Service |
| 306. | Tammy Nguyen | | 372. | Arturo Salazar |
| 307. | Ponciano Nilo | | 373. | Carlos Saldana |
| 308. | Josefina Nilo | | 374. | Rita Saldivar |
| 309. | Linda Niotis | | 375. | Luis Sanchez |
| 310. | James Odle | | 376. | Olga Sanchez |
| 311. | Kenneth Ogren | | 377. | Greg Sandling |
| 312. | Annette Ogren | | 378. | Darcy Skinner Sandling |

| | |
|---|---|
| 379. | June Sato |
| 380. | Leonard Savala |
| 381. | Thomas Scheuber |
| 382. | Cindy Scheuber |
| 383. | Glorita Schlotterback |
| 384. | John Shanko |
| 385. | Abbas Sharghi |
| 386. | Johanna Kuchler Shatsky |
| 387. | Anne Shed |
| 388. | Diane Sieker |
| 389. | Javier Silva |
| 390. | Maria Silva |
| 391. | Brian Smith |
| 392. | Phillip Solomon |
| 393. | Diana Solomon |
| 394. | Mary Soriano |
| 395. | Robert Soriano |
| 396. | William Stafford |
| 397. | Selena Stafford |
| 398. | Margaret Strachan |
| 399. | Balbina Studans |
| 400. | Narcizo Sualez |
| 401. | Bonnie Sutterfield |
| 402. | John William Swain Trust, c.o Donald Douglas |
| 403. | Cheri Szutz |
| 404. | Randall Szutz |
| 405. | TBG, Inc., c/o Gordon Lanik, Agent for Service |
| 406. | Michael Tannler |
| 407. | Robert Taylor |
| 408. | Patricia Taylor |
| 409. | Barre Taylor |
| 410. | Eliazar Toledo |
| 411. | Maria Toledo |
| 412. | John Toole |
| 413. | Ricki Toole |
| 414. | Eric Tusler |
| 415. | Karen Tusler |
| 416. | Penny Umbell |
| 417. | Abraham Pineda Valdez |
| 418. | Irene Valdez |
| 419. | Rubin Valenzuela |
| 420. | Ruben Valenzuela |
| 421. | Grace Valenzuela |
| 422. | Grace Kirkham Valenzuela |
| 423. | Leland Vandenburg |
| 424. | Jacquelyn Vandenburg |
| 425. | Joanne Vaughn |
| 426. | Karen Vaughn |
| 427. | Victor Velasco |
| 428. | Kim Andrews Velasco |
| 429. | Miguel Velasquez |
| 430. | Maria Velasquez |
| 431. | Barbara Velenzuela |
| 432. | Kenneth Vickers |
| 433. | Saundra Villescas |
| 434. | Arthur Villescas |
| 435. | Joe Vizcaino |
| 436. | Wanda Vizcaino |
| 437. | Martha Vranich |
| 438. | Eugene Wadsworth |
| 439. | Elizabeth Wadsworth |
| 440. | Barbara Walker |
| 441. | Larry Walker |
| 442. | Kelly Alice Walters |
| 443. | Christopher Walters |
| 444. | Peggy Wanket |
| 445. | Neal Wanket |
| 446. | Christopher Weber |
| 447. | Annalie Weber |
| 448. | Steve Williams |
| 449. | Christine Wilson |
| 450. | Dennis Wohlman |
| 451. | Fiona Wohlman |
| 452. | Richard Wong |
| 453. | Helen Wong |
| 454. | Roberto Wood (Cruz) |
| 455. | Maria Wood |
| 456. | Billy Wooten |
| 457. | Consuelo Wooten |
| 458. | Dennis Wrenn |
| 459. | Summer Zappia |
| 460. | Michael Zappia |

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

.TO: (Name and Address of Defendant)

KATHLEEN ABERMAN
1577 HILL AVE
LOS ANGELES  CA  90041

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070                                              ▣

   An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
   by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  TELEPHONE NO.:  FOR COURT USE ONLY

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR

Ref. No. or File No.    RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KATHLEEN ABERMAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1577 HILL AVENUE
LOS ANGELES, CA 90041

ON: December 6, 2010
AT: 10:08 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 10, 2011.**

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS17992/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐
            vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LOUIS ACEVEDO
450 S SANDERSON AVE
SAN JACINTO  CA  92582

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070 CURTIS G. BERKEY, ESQ., # 195485 2030 ADDISON STREET, SUITE # 410 BERKELEY, CA 94704 | | | |
| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LOUIS ACEVEDO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

450 S SANDERSON AVENUE
SAN JACINTO, CA 92585

ON: October 7, 2010
AT: 04:20 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17229/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MIGUEL AGUILA
37580 TRIPP FLATS RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                           ✠

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **01/27/11** |
| NAME OF SERVER **Louis Picarone** | TITLE **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Miguel Aguila on 01/27/11 to the following address: 37580 Tripp Flats Road, Anza, CA 92539.

**STATEMENT OF SERVICE FEES**

| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11
                          Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| Alexander, Berkey, Williams & Weathers LLP | |
| 2030 Addison Street, Suite 410 | |
| Berkeley, CA 94704 | |
| Telephone : 510-548-7070          Fax: 510-548-7080 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL. | Case Number: 51-cv-1247-GT-RBB |
|---|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Miguel Aguila _____ as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/27/10 | 11:32am | Residence | Locked gate, no access. |
| 07/29/10 | 1:48pm | Residence | Locked gate, no access. |
| 7/30/10 | 3:16pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments: There are cobwebs on the gate so it has been sometime since someone has been there.

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 5.00
   e. I am: (3) Registered California Process Server:
     (i) Owner
     (ii) Registration No.: 841
     (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 08/09/2010

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CECILIO AGUILA
37580 TRIPP FLATS RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Cecilio Aguila on 01/27/11 to the following address: 37580 Tripp Flats Road, Anza, CA 92539.

### STATEMENT OF SERVICE FEES

| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Alexander, Berkey, Williams & Weathers LLP | | | | |
| 2030 Addison Street, Suite 410 | | | | |
| Berkeley, CA 94704 | | | | |
| Telephone : 510-548-7070          Fax: 510-548-7080 | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
     Cecilio Aguila                                                            as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/27/10 | 11:32am | Residence | Locked gate, no access. |
| 07/29/10 | 1:48pm | Residence | Locked gate, no access. |
| 7/30/10 | 3:16pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments: There are cobwebs on the gate so it has been sometime since someone has been there.

3)   **Person Executing:**                          Recoverable Costs Per CCP 1033.5(a)(4)(B)
         a. Louis Picarone                               d. The fee for service was: 17.50
         b. ProServe Process Service                 e. I am: (3) Registered California Process Server:
         79-405 Highway 111, Suite 9-354                  (i) Owner
         La Quinta, CA 92253                              *(ii) Registration No.:* 841
         c. 760.702.5561                                  *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
         Date: 08/09/2010

                                                            Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

WILLIAM AKRAWI
25721 NELLIE GAIL RD
LAGUNA HILLS  CA  92653

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                        ☐

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| By C. ECNA, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: WILLIAM AKRAWI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

25721 NELLIE GAIL ROAD
LAGUNA HILLS, CA 92653

ON: November 21, 2010
AT: 07:40 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DAVID AKRANI; CO-OCCUPANT - 27ish, 190lbs, 5'10", black hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 50.00

County:  LOS ANGELES
Registration No.:  3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order#: EAS17789/GProof36

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.   FOR COURT USE ONLY

**ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP**   **(510) 548-7070**
**CURTIS G. BERKEY, ESQ., # 195485**
**2030 ADDISON STREET, SUITE # 410**
**BERKELEY, CA  94704**

ATTORNEY FOR (Name):   **PLAINTIFF-INTERVENOR**   | Ref. No. or File No. |   **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **51-cv-1247-GT-RBB** |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  WILLIAM AKRAWI

25721 NELLIE GAIL ROAD
LAGUNA HILLS, CA 92653

As enumerated below:

11/15/2010  03:07 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/18/2010  08:19 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  07:40 am
HOME - SUB-SERVED TO DAVID AKRANI; CO-OCCUPANT; 27ish, 190lbs, 5'10", black hair, Caucasian male.

Fee for Service: 50.00
County:  LOS ANGELES
Registration No.:  3587
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

**ARTURO CHARYA**

---

**DECLARATION OF DILIGENCE**

Order#: EAS17789/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**                FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**WILLIAM AKRAWI**
**25721 NELLIE GAIL ROAD**
**LAGUNA HILLS, CA 92653**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17789/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☩

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HEMERLINDA ALATORRE
4872 MERLYN ST
HEMET CA 92544

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

C. ECINA

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070 | | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA 94704 | Ref. No. or File No. | | |
| ATTORNEY FOR *(Name)*:   PLAINTIFF-INTERVENOR | RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HEMERLINDA ALATORRE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4872 MERLYN STREET
HEMET, CA 92544

ON: October 7, 2010
AT: 05:25 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
   County:  SAN BERNARDINO
   Registration No.:  1058
   EXCALIBUR ATTORNEY SERVICE
   1007 B West College Avenue, #486
   Santa Rosa, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 2, 2010.

Signature: _____
          ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17151/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DANIEL AMES
49955 MOJAVE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                   ✠

An *answer to the complaint* which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                              , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/25/10 | |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 | |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| **x** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Kathryn Ames, Wife |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/25/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et 🞠
     vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHRYN AMES
49955 MOJAVE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 8/25/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | | |
|---|---|---|
| **x** | Served personally upon the defendant.  Place where served: | 49955 Mojave Court, Aguanga, CA 92536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| | Name of person with whom the summons and complaint were left: | |
| | Return unexecuted: | |
| | Other (specify): | |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/25/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

## SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ALMA A. ANAYA
4156 MOUNTAIN DR
SAN BERNARDINO  CA  92407

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/21/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|
| **✗** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Anna Diaz |
| | Name of person with whom the summons and complaint were left: |
| | Return unexecuted: |
| | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/21/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT STUART ANDREWS
49868 PAWNEE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Robert Stuart Andrews on 01/21/11 to the following address: 49868 Pawnee Court, Aguanga, CA 92536. |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 9225[3]

Address of Server

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070        Fax: 510-548-7080 | | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| AFFIDAVIT OF REASONABLE<br>DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Robert Stuart Andrews at 49868 Pawnee Court, Aguanga, CA 92536 as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/31/10 | 8:30am | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:16am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 4:32pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 12:43pm | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)   *Person Executing:*
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 0.0
      e. I am: (3) Registered California Process Server:
         (i) Owner
         *(ii) Registration No.:* 841
         *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

                                                                Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KAREN ANDREWS
49868 PAWNEE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Karen Andrews on 01/21/11 to the following address: 49868 Pawnee Court, Aguanga, CA 92536. |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Karen Andrews at 49868 Pawnee Court, Aguanga, CA 92536          as follows:

2)    **DOCUMENTS:**    SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/31/10 | 8:30am | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:16am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 4:32pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 12:43pm | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates.
However, this property has its own individual gates surrounding property that are locked.

3)    *Person Executing:*
       a. Louis Picarone
       b. ProServe Process Service
       79-405 Highway 111, Suite 9-354
       La Quinta, CA 92253
       c. 760.702.5561

       Recoverable Costs Per CCP 1033.5(a)(4)(B)
       d. The fee for service was: 0.0
       e. I am: (3) Registered California Process Server:
       (i) Owner
       (ii) *Registration No.:* 841
       (iii) *County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       Date: 01/21/11

                                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

## SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANZA VIEJO
SERVE: LLOYD MIZE
31213 TEMECULA PKWY NO 100
TEMECULA  CA  92592

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECua

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | (510) 548-7070 | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | | | |

| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ANZA VIEJO; SERVE - LLOYD MIZE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

31213 TEMECULA PARKWAY, #100
TEMECULA, CA 92592

ON: October 30, 2010
AT: 03:15 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 1, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
LISA "DOE"; RECEPTIONIST AND PERSON IN CHARGE - 30ish, 130lbs, 5'4", brown hair, Caucasian female

Manner of service  in compliance with Federal Rules of Civil Procedure.
Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 16, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):  **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 26, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  ANZA VIEJO; SERVE - LLOYD MIZE

31213 TEMECULA PARKWAY, #100
TEMECULA, CA 92592

As enumerated below:

09/30/2010  05:45 pm
WORK - THE ADDRESS PROVIDED IS A REAL ESTATE BUSINESS WHICH WAS FOUND TO BE CLOSED AT THIS TIME.

10/04/2010  09:20 am
WORK - THE ADDRESS PROVIDED IS CLOSED AT THIS TIME.

10/30/2010  03:15 pm
WORK - DOCUMENTS SUB-SERVED TO LISA "DOE" WHO STATED SHE WILL DELIVER THE DOCUMENTS TO LLOYD MIZE WHEN HE RETURNS; [LISA "DOE"] 30ish, 130lbs, 5'4", brown hair, Caucasian female.

Fee for Service: 50.00
County:  **SAN BERNARDINO**
Registration No.:  1058
**EXCALIBUR ATTORNEY SERVICE**
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010.**

Signature: _____

ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17241/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **RAMONA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On November 1, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> ANZA VIEJO; SERVE - LLOYD MIZE
> 31213 TEMECULA PARKWAY  #100
> TEMECULA, CA 92592

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma   P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD,  STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010**.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17241/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ALICE ARCHER
C/O GEORGE KIMBALL
37479 REGAL BLUE TRL
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNA

By _____ , Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 06/25/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

[ x ]   Served personally upon the defendant.  Place where served:  37479 Regal Blue Trail, Anza, CA 92539

[ ]   Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ]   Return unexecuted:

[ ]   Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/25/10

Date                    Signature of Server
                        79-405 Highway 111, #9-354, La Quinta, CA 92253

                        Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HECTOR ARIETA
46700 JUNI HILLS DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                              ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
| NAME OF SERVER **Louis Picarone** | TITLE U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>John Doe (Lori Hitchcock's Father)<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify):<br><br>Sub-served to Lori Hitchcock's father, 5'9", 220 lbs., white/male, grey hair, 60 years old. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       09/02/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ZITA ARMENTA
39875 BAUTISTA
ANZA  CA  92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

    An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent 6rder of the Gourt pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  06/28/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| **☒** | Served personally upon the defendant.  Place where served: 39875 Bautista Road, Anza, CA 92539 |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LAWRENCE ARMSTRONG
25529 BLACKWOOD RD
MURRIETA  CA  92563

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070 CURTIS G. BERKEY, ESQ., # 195485 2030 ADDISON STREET, SUITE # 410 BERKELEY, CA 94704 | | |

| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LAWRENCE ARMSTRONG

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

25529 BLACKWOOD ROAD
MURRIETA, CA 92563

ON: October 6, 2010
AT: 04:40 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
    County: SAN BERNARDINO
    Registration No.: 1058
    EXCALIBUR ATTORNEY SERVICE
    1007 B West College Avenue, #486
    Santa Rosa, CA 95401
    (877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17190/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HELEN ARMSTRONG
25529 BLACKWOOD RD
MURRIETA CA  92563

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECNA | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070 | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | |
| 2030 ADDISON STREET, SUITE # 410 | | |
| BERKELEY, CA  94704 | | |

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **HELEN ARMSTRONG**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

25529 BLACKWOOD ROAD
MURRIETA, CA 92563

ON: October 6, 2010
AT: 04:40 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
                        ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17189/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DAVETTA AUSTIN
PMB 144
3410 LA SIERRA AVE STE F
RIVERSIDE  CA   92503

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:  _____ |
| | Return unexecuted: |
| ✗ | Other (specify):   This is a Postal Annex, gave to Manager Marie, she said she would put in her box. White/female, 35 yrs old, 5'5", 130 lbs., green eyes, brown hair. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN BAILES
40685 TUMBLEWEED TR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNA

By _____, Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to John Bailes on 01/21/11 to the following address: 40685 Tumbleweed Trail, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  01/21/11

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070        Fax: 510-548-7080 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
John Bailes at 40685 Tumbleweed Trail, Aguanga, CA 92536 _____ as follows:

2)    **DOCUMENTS:**    SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 1:38pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 11:32am | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 10:32am | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)    *Person Executing:*
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 0.0
    e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 01/21/11 _____

                                      Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

FRED BANAGA
38500 BAHRMAN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                    ✛

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/28/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **×** | Served personally upon the defendant.  Place where served: 38500 Bahrmam, Anza, CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| | Return unexecuted: |
| | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/28/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GERALDINE F. BANAGA
38500 BAHRMAN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                             ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |

C. ECANA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/28/10 |

| | |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [x] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:  Fred Banaga |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10

_Date_

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RALPH BANUELOS
38071 WHITMORE
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/25/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served:  38071 Whitmore, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/25/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VINCE BARBATO
57025 DERRY LN
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

▣

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECANA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/26/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served: 57025 Derry Lane, Anza, CA 92539 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/26/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CARMEN BARBEITO
29532 GEORGETOWN LN
TEMECULA  CA  92591

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____\*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 1 5 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR *(Name):*   **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | **51-cv-1247-GT-RBB** |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **CARMEN BARBEITO**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

29532 GEORGETOWN LANE
TEMECULA, CA 92591

ON: October 9, 2010
AT: 08:35 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: **50.00**
County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____
**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS17242/GProof37

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CARRIE BARTHOLOMEW
38205 GREEN VALLEY RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                            ✛

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 06/25/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: 38205 Green Valley Road, Anza, CA 92539 |
|---|---|

| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

| | Return unexecuted: |
|---|---|

| | Other (specify): |
|---|---|

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/25/10

                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ORIBIA BARRON
87140 KOKELL ST
THERMAL  CA  92274

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.:   FOR COURT USE ONLY

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref. No. or File No.

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR   RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ORIBIA BARRON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

87140 KOKELL STREET
THERMAL, CA 92274

ON: October 12, 2010
AT: 06:34 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: RIVERSIDE
Registration No.: 1149
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 25, 2010.

Signature: _____
KELLY McINTURFF

## PROOF OF SERVICE

Order#: EAS17272/GProof37

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SYD BATIN
37861 LOUISE AVE
ANZA  CA.  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                              ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/27/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served: 37861 Louis Avenue, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/27/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ■
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GUADALUPE BATIN
37861 LOUISE AVE
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

■

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| **✗** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>    Name of person with whom the summons and complaint were left: Syd Batin |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/27/10
                                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a *public service*
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LETICIA BAXTER
49364 MEADOWVIEW WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/31/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served:  49364 Meadowview Way, Aguanga, CA 92536 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/31/10
                        Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DAN BAXTER
49364 MEADOWVIEW WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070                                                     ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    OCT 1 5 2009

CLERK                                                                    DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 8/31/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|

[×]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Leticia Baxter, Wife

Name of person with whom the summons and complaint were left:

| | Return unexecuted: |
|---|---|

| | Other (specify): |
|---|---|

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/31/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et +
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CARLOS BERTOT
29001 PRESTWICK RD
SUN CITY  CA  92586

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO.: 88 (510) 548-7070
FOR COURT USE ONLY

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CARLOS BERTOT - 60ish, 160lbs, 5'8", brown hair, hispanic male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

29001 PRESTWICK ROAD
SUN CITY, CA 92586

ON: October 4, 2010
AT: 09:15 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

# PROOF OF SERVICE

Order#: EAS17235/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KENNETH BERTRAND
105 GERONIMO ST
PALM SPRINGS  CA  92264

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/03/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served:  105 Geronimo Street, Palm Springs, CA 92264 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/03/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

**SUMMONS IN A CIVIL ACTION**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DARLENE BERTRAND
105 GERONIMO ST
PALM SPRINGS  CA  92264

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/03/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] Served personally upon the defendant.  Place where served: | 105 Geronimo Street, Palm Springs, CA 92264 |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| [ ] Return unexecuted: | |
| [ ] Other (specify): | |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/03/11

Date                    Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DEANNA BELLO
37440 OLD FOREST
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                    ☒

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECADA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** |
|---|

| Service of the Summons and Complaint was made by me | DATE  06/27/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served:  37740 Old Forrest, Anza, CA 92539 |
|---|---|

☐   Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐   Return unexecuted:

☐   Other (specify):

| **STATEMENT OF SERVICE FEES** | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     06/27/10

Date                 Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GARY BELLO
37440 OLD FOREST
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*\_\_\_\_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 1 5 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  06/27/10 |
|---|---|

| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

[  ] Served personally upon the defendant.  Place where served: _____

[✗] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  Deanna Bello _____

[  ] Return unexecuted: _____

[  ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:             06/27/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▪
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT BLACK, TRUSTEE
2012 KELTON AVE
LOS ANGELES CA 90025

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECINA | |
| By                              , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
**ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP**
**CURTIS G. BERKEY, ESQ., # 195485**
**2030 ADDISON STREET, SUITE # 410**
**BERKELEY, CA  94704**

TELEPHONE NO:
(510) 548-7070

FOR COURT USE ONLY

ATTORNEY FOR (Name):  **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **51-cv-1247-GT-RBB** |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **ROBERT BLACK, TRUSTEE**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**2012 KELTON AVENUE**
**LOS ANGELES, CA 90025**

ON: **December 5, 2010**
AT: **11:30 am**

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: **50.00**
  County:  **ORANGE**
  Registration No.:  **1687**
  **EXCALIBUR ATTORNEY SERVICE**
  **1007 B West College Avenue, #486**
  **Santa Rosa, CA 95401**
  **(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 11, 2011.**

Signature: _____
                    **LUIS ARELLANO**

# PROOF OF SERVICE

Order#: EAS18012/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

.TO: (Name and Address of Defendant)

ELEANOR BLACK, TRUSTEE
2012 KELTON AVE
LOS ANGELES  CA  90025

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                         ⊞

    An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECUA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070
FOR COURT USE ONLY

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Ref. No. or File No.: RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ELEANOR BLACK, TRUSTEE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2012 KELTON AVENUE
LOS ANGELES, CA 90025

ON: December 5, 2010
AT: 11:30 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ROBERT BLACK; CO-OCCUPANT - 33ish, 200lbs, 5'11", blonde hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00
County: ORANGE
Registration No.: 1687
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 11, 2011.

Signature: 

LUIS ARELLANO

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:

**ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP** **TELEPHONE NO.** (510) 548-7070
**CURTIS G. BERKEY, ESQ., # 195485**
**2030 ADDISON STREET, SUITE # 410**
**BERKELEY, CA 94704**

| ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR** | Ref. No. or File No. **RAMONA BAND** | FOR COURT USE ONLY |

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **51-cv-1247-GT-RBB** |

I received the within process on November 16, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **ELEANOR BLACK, TRUSTEE**

      **2012 KELTON AVENUE**
      **LOS ANGELES, CA 90025**

As enumerated below:

**11/29/2010 09:36 am**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 07:20 am**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010 02:15 pm**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/05/2010 11:30 am**
      HOME - SUB-SERVICE; ROBERT BLACK; CO-OCCUPANT; [ROBERT BLACK] 33ish, 200lbs, 5'11", blonde hair, Caucasian male.

Fee for Service: **25.00**

County: **ORANGE**
Registration No.: **1687**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, STE # 486**
**SANTA ROSA, CA 95407**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 11, 2011**.

Signature:

      **LUIS ARELLANO**

**DECLARATION OF DILIGENCE**

Order#: EAS18U14/GProof40

CURTIS G. BERKEY, ESQ.                                    SBN: #195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

TELEPHONE NO.: **(510) 548-7070**        FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| CASE NUMBER: |
| **51-cv-1247-GT-RBB** |

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **RAMONA BAND** |

I am a citizen of the United States and employed in the County of ORANGE, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, STE # 486, SANTA ROSA, CA 95407.

On December 7, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**ELEANOR BLACK, TRUSTEE**
**2012 KELTON AVENUE**
**LOS ANGELES, CA 90025**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25 . 00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, STE #**
**486**
**SANTA ROSA, CA 95407**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 11, 2011.**

Signature:

**PROOF OF SERVICE BY MAIL**

Order#-EAS18014/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHRYN BLAIR
55525 MITCHELL RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                  ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECANA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/25/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served:  55525 Mitchell Road, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/25/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GLEN BOLLSCHWEILER
49980 INDIAN ROCK RD
AGUANGA  CA.  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **01/27/11** |
| NAME OF SERVER   **Louis Picarone** | TITLE **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

　　Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Glen Bollschweiler on 01/27/11 to the following address: 49980 Indian Rock Road, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  **$22.50** | | SERVICES | TOTAL **$22.50** |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:　　　　**01/27/11**
　　　　　　　　　　　Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**
Address of Server

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | For Court Use Only | | |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
     Glen Bollschweiler                                    as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/11/10 | 1:50pm | Residence | Locked gate, no access. |
| 08/12/10 | 3:10pm | Residence | Locked gate, no access. |
| 08/14/10 | 11:46am | Residence | Locked gate, no access. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Other comments:

3)   **Person Executing:**                                  Recoverable Costs Per CCP 1033.5(a)(4)(B)
     a. Louis Picarone                                      d. The fee for service was: 22.50
     b. ProServe Process Service                            e. I am: (3) Registered California Process Server:
     79-405 Highway 111, Suite 9-354                            (i) Owner
     La Quinta, CA 92253                                        *(ii) Registration No.:* 841
     c. 760.702.5561                                            *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 08/14/10

                                                         Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KYLE BOOTH
37310 BAUTISTA CYN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/25/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant. Place where served: 37310 Bautista Canyon Road, Anza, CA 92253 |
|---|---|
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/25/10

Date                Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

l)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DEBORAH BOOTH
37310 BAUTISTA CYN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/25/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|

| **✗** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left:  Kyle Booth

| | Return unexecuted: |
|---|---|

| | Other (specify): |
|---|---|

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/25/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LARRY BOSWELL
53653 DENNY DR
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 1 5 2009

DATE

C. ECANA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 06/28/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| [ x ] | Served personally upon the defendant. Place where served: 53653 Denny Drive, Anza, CA 92539 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PAT BOSWELL
53653 DENNY DR
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 2 2009

DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: |
| [✗] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left:  Larry Boswell |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS. et ☒ <br> **vs** <br> FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | **SUMMONS IN A CIVIL ACTION** <br> Case No. 51-cv-1247-GT-RBB |

TO: (Name and Address of Defendant)

MICHAEL BROWN
56040 MITCHELL RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:  56040 Mitchell Road, Anza, CA 92539

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/27/10
          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VANESSA BUCCAT
1297 LONG VIEW DR
CHULA VISTA  CA  91915

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                      ⊞

An answer to the complaint which is herewith served upon you, within _____ *_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.: (510) 548-7070

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:   **PLAINTIFF-INTERVENOR**

Ref. No. or File No.   **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: VANESSA BUCCAT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1297 LONG VIEW DRIVE
CHULA VISTA, CA 91915

ON: December 15, 2010
AT: 06:28 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____
JAIME TORRES

# PROOF OF SERVICE

Order#: EAS18021/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

.TO: (Name and Address of Defendant)

BRIAN BURCH
49700 MESCALERO CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent Order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/25/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant. Place where served: _____ |
|---|---|
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Steve Packard<br>Name of person with whom the summons and complaint were left: _____ |
|   | Return unexecuted: |
|   | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:　　08/25/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VALERIE BURGESS
38010 WHITMORE RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECHA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/25/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x**  Served personally upon the defendant.  Place where served: | 38010 Whitmore Road, Anza, CA 92539 |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| Return unexecuted: | |
| Other (specify): | |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/25/10

                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RONALD BURLESON
49195 FLIGHTLINE WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|                          |                |
| ------------------------ | -------------- |
| W. Samuel Hamrick, Jr.   | OCT 15 2009    |
| CLERK                    | DATE           |
| C. ECNA                  |                |
| By                 , Deputy Clerk |       |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  09/08/10 |
| NAME OF SERVER  **Louis Picarone** | TITLE  **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **✗** | Served personally upon the defendant.  Place where served:  49195 Flightline Way, Aguanga, CA 92536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the summons and complaint were left: |
| | Return unexecuted: |
| | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         09/08/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PAMELA HAZELETT BURLESON
49195 FLIGHTLINE WAY
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 09/08/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served:  49195 Flightline Way, Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/08/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHRISTOPHER BURNS
39450 S KIRBY RD
ANZA CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                               ✠

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| --- | --- |
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/25/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **☒** | Served personally upon the defendant.  Place where served: 39450 S. Kirby, Anza, CA 92539 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:            06/25/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◼

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HUGO BUSTAMANTE
23035 WILLOW VIEW CIR
VALENCIA CA 91354

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

◼

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.:  (510) 548-7070

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HUGO BUSTAMANTE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

23035 WILLOW VIEW CIRCLE
VALENCIA, CA 91354

ON: December 2, 2010
AT: 05:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CARMEN "DOE"; ADULT OCCUPANT THAT STATED SHE WAS THE DAUGHTER OF THE SERVEE - 29ish, 165lbs, 5'4", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 50.00

County:  LOS ANGELES
Registration No.:  6575
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
RICHARD SANTOS

## PROOF OF SERVICE

Order#: EAS18022/GProof38

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):   **PLAINTIFF-INTERVENOR**

Ref. No. or File No.   **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 16, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  HUGO BUSTAMANTE

23035 WILLOW VIEW CIRCLE
VALENCIA, CA 91354

As enumerated below:

11/30/2010  05:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  10:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  05:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  05:00 pm
HOME - SUB-SERVICE TO CARMEN "DOE"; ADULT OCCUPANT THAT STATED SHE WAS THE DAUGHTER OF THE SERVEE; 29ish, 165lbs, 5'4", brown hair, Caucasian female.

Fee for Service: 50.00
County:  **LOS ANGELES**
Registration No.:  6575
**EXCALIBUR ATTORNEY SERVICES**
1007 B. WEST COLLEGE AVENUE SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
RICHARD SANTOS

DECLARATION OF DILIGENCE

Order#: EAS18022/GProof40

| · CURTIS G. BERKEY, ESQ. | SBN: # 195485 | FOR COURT USE ONLY |
|---|---|---|

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: **(510) 548-7070**          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
51-cv-1247-GT-RBB

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **RAMONA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE SUITE A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**HUGO BUSTAMANTE
23035 WILLOW VIEW CIRCLE
VALENCIA, CA 91354**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843**

Sonoma   R459

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature:

Julie Anne Mendoza

**PROOF OF SERVICE BY MAIL**

Order#: EAS18022/GProof7

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◼
**vs**
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CARMEN BUSTAMANTE
23035 WILLOW VIEW CIR
VALENCIA  CA  91354

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                ◼

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):  **PLAINTIFF-INTERVENOR**

Ref. No. or File No.

**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **CARMEN BUSTAMANTE**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

23035 WILLOW VIEW CIRCLE
VALENCIA, CA 91354

ON: December 2, 2010
AT: 05:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CARMEN "DOE"; ADULT OCCUPANT THAT STATED SHE WAS THE DAUGHTER OF THE SERVEE - 29ish, 165lbs, 5'4", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6575
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010.**

Signature: _____

**RICHARD SANTOS**

## PROOF OF SERVICE

Order#: EAS18023/GProof/38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   TELEPHONE NO.: (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):  **PLAINTIFF-INTERVENOR**

Ref. No. or File No.: **RAMONA BAND**

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  **CARMEN BUSTAMANTE**

23035 WILLOW VIEW CIRCLE
VALENCIA, CA 91354

As enumerated below:

11/30/2010  05:00 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  10:00 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  05:45 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  05:00 pm
        HOME - SUB-SERVICE TO CARMEN "DOE"; ADULT OCCUPANT THAT STATED SHE WAS THE DAUGHTER OF THE SERVEE; 29ish, 165lbs, 5'4", brown hair, Caucasian female.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6575
EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____

RICHARD SANTOS

DECLARATION OF DILIGENCE

Order#: EAS18023/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE SUITE A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

    CARMEN BUSTAMANTE
    23035 WILLOW VIEW CIRCLE
    VALENCIA, CA 91354

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**1007 B. WEST COLLEGE AVENUE SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _Julie Anne Mackquisic_

**PROOF OF SERVICE BY MAIL**

Order#: EAS18023/GProof

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CA Community Loans First Corporatior
c/o Timothy Sabo
650 E Hospitality Lane #600
San Bernardino, CA 92408

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  10/14/10 |
| NAME OF SERVER  **Louis Picarone** | TITLE  U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Carol Safaber

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): Sub-served at Timothy Sabo's law firm located at: 650 E. Hospitality Lane #600, San Bernandino, CA 92408

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL  $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          10/14/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CLG INC
SERVE: ANITA CANTARANO,
REGISTERED AGENT
39745 HOMESTEAD HILL RD
ANZA-CA-92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                              ▣

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNIA

By _____, Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served: 3975 Homestead Hill Road, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10

                                Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Thomas Caldwell
31085 Temecula Parkway
Temecula, CA 92592

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                      ✠

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.
ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | RAMONA BAND

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: THOMAS CALDWELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

31805 TEMECULA PARKWAY
TEMECULA, CA 92592

ON: October 9, 2010
AT: 09:55 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 12, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MEGAN MAGNUSON; PERSON-IN-CHARGE - 25ish, 120lbs, 5'6", black hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 12, 2010

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18465/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | (510) 548-7070 | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | | | |
| ATTORNEY FOR *(Name)*:   **PLAINTIFF-INTERVENOR** | Ref. No. or File No. **RAMONA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 24, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  **THOMAS CALDWELL**

    **31805 TEMECULA PARKWAY**
    **TEMECULA, CA 92592**

As enumerated below:

10/06/2010  06:45 pm
    HOME - THE ADDRESS PROVIDED IS A UPS STORE LOCATION; THE ADDRESS IS CLOSED AT THIS TIME.

10/08/2010  03:10 pm
    HOME - PER "JANE DOE" NO INFORMATION WAS GIVEN AS TO THE LOCATION OF THE POST OFFICE BOX RENTED BY THE SERVEE

10/09/2010  09:55 am
    HOME - DOCUMENTS SUB-SERVED TO MEGAN MAGNUSON; PERSON IN CHARGE; AND LEFT IN THE BOX OF THE SERVEE BUT SHE
    WOULD NOT RELEASE THE BOX NUMBER TO THE PROCESS SERVER; [MEGAN MAGNUSON] 25ish, 120lbs, 5'6", black hair, Caucasia
    female.

Fee for Service: 25.00
  County:  **SAN BERNARDINO**
  Registration No.:  **1058**
  **EXCALIBUR ATTORNEY SERVICE**
  **231 E. ALESSANDRO BOULEVARD, STE #**
  **A368**
  **RIVERSIDE, CA 92508**
  **(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 12, 2010

Signature: _____
        **ROBERT SEE**

## DECLARATION OF DILIGENCE

Order#: EAS18465/GProof40

CURTIS G. BERKEY, ESQ.          SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

TELEPHONE NO.: **(510) 548-7070**      FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **RAMONA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 12, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

        **THOMAS CALDWELL**
        **31805 TEMECULA PARKWAY**
        **TEMECULA, CA 92592**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00

County:

Registration No.:

**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 12, 2010

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS18465/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Linda Caldwell
31805 Temecula Parkway
Temecula, CA 92592

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                      ✛

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                               OCT 1 5 2009

CLERK                                                            DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| | Ref. No. or File No. |
| ATTORNEY FOR *(Name):*    PLAINTIFF-INTERVENOR | RAMONA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LINDA CALDWELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

31805 TEMECULA PARKWAY
TEMECULA, CA 92592

ON: October 9, 2010
AT: 09:55 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MEGAN MAGNUSON; PERSON-IN-CHARGE - 25ish, 120lbs, 5'6", black hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on: October 11, 200

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18464/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.: (510) 548-7070

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 24, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LINDA CALDWELL

31805 TEMECULA PARKWAY
TEMECULA, CA 92592

As enumerated below:

10/06/2010  06:45 pm
        HOME - THE ADDRESS PROVIDED IS A UPS STORE LOCATION; THE ADDRESS IS CLOSED AT THIS TIME.

10/08/2010  03:10 pm
        HOME - PER "JANE DOE" NO INFORMATION WAS GIVEN AS TO THE LOCATION OF THE POST OFFICE BOX RENTED BY THE SERVEE

10/09/2010  09:55 am
        HOME - DOCUMENTS SUB-SERVED TO MEGAN MAGNUSON; PERSON IN CHARGE; AND LEFT IN THE BOX OF THE SERVEE BUT SHE WOULD NOT RELEASE THE BOX NUMBER TO THE PROCESS SERVER; [MEGAN MAGNUSON] 25ish, 120lbs, 5'6", black hair, Caucasia female.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 11, 2010

Signature: _____
                ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS18464/GProof40

CURTIS G. BERKEY, ESQ.                                    SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070              FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**LINDA CALDWELL
31805 TEMECULA PARKWAY
TEMECULA, CA 92592**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on : October 11, 2010

Signature: _____

**PROOF OF SERVICE BY MAIL**

Order#: EAS18464/GProof/

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HORTENCIA CANALES
19551 TOPEKA LN
HUNTINGTON BEACH  CA  92646

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070

FOR COURT USE ONLY

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HORTENCIA CANALES

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19551 TOPEKA LANE
HUNTINGTON BEACH, CA 92646

ON: November 21, 2010
AT: 06:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 60ish, 5'8", gray hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP88 (510) 548-7070<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | TELEPHONE NO.: | |
| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: HORTENCIA CANALES

19551 TOPEKA LANE
HUNTINGTON BEACH, CA 92646

As enumerated below:

11/19/2010 07:10 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 09:15 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:10 pm
HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 60ish, 5'8", gray hair, Hispanic male.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS17795/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS: ..
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each):* **UNITED STATES OF AMERICA**

DEFENDANT *(name each):* **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**HORTENCIA CANALES
19551 TOPEKA LANE
HUNTINGTON BEACH, CA 92646**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma
Registration No.: P-459
**EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _Julie Anna Magdaleno_

**PROOF OF SERVICE BY MAIL**

Order#: EAS17795/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TERRY CANTRELL
33045 BRIGGS RD
MENIFEE  CA  92584

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.: (510) 548-7070

FOR COURT USE ONLY

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: **TERRY CANTRELL**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**33045 BRIGGS ROAD
MENIFEE, CA 92584**

ON: **October 6, 2010**
AT: **06:10 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **50.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
ROBERT SEE

# PROOF OF SERVICE

Order#: EAS17183/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ALISSA CARVER
56880 DICKSON WAY
ANZA CA  92539

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

✛

   An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA
SP

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/25/10 | |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 | |
| Check one box below to indicate appropriate method of service | | |

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served: 56880 Dickson Way, Anza, CA 92539 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  06/25/10

_____   Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◘
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JUAN CASTRO
39695 CREATIVE DR
TEMECULA  CA  92591

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              OCT 1 5 2009

_____                    _____
CLERK                                                    DATE

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | (510) 548-7070 | |
| ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR** | Ref. No. or File No.<br>**RAMONA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **JUAN CASTRO**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

39695 CREATIVE DRIVE
TEMECULA, CA 92591

ON: October 24, 2010
AT: 09:35 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 24, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JUAN CASTRO JR.; SON AND ADULT OCCUPANT - 23ish, 230lbs, 6', black hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 15, 2010.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR**

Ref. No. or File No. **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 27, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: JUAN CASTRO

39695 CREATIVE DRIVE
TEMECULA, CA 92591

As enumerated below:

10/18/2010 04:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

10/21/2010 02:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

10/24/2010 09:35 am
HOME - SUB-SERVICE TO JUAN CASTRO JR.; SON AND ADULT OCCUPANT; 23ish, 230lbs, 6', black hair, Hispanic male.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 15, 2010**.

Signature: _____
ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17243/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 24, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**JUAN CASTRO**
**39695 CREATIVE DRIVE**
**TEMECULA, CA 92591**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Riverside
Registration No.: 1000
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 15, 2010.**

Signature:

Julie Anne Moczulski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17243/GPro·