Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HARRY KING
2844 W BRIDGEPORT AVE
ANAHEIM  CA  92804

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

FOR COURT USE ONLY

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | (510) 548-7070 | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | | RAMONA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HARRY KING

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

ON: November 28, 2010
AT: 11:20 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 19, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME - 40ish, 5'6",170lbs,  brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | (510) 548-7070 | |
| ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **HARRY KING**

**2844 W BRIDGEPORT AVENUE**
**ANAHEIM, CA 92804**

As enumerated below:

**11/18/2010 09:00 am**
        HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/19/2010 12:00 pm**
        HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/21/2010 06:20 pm**
        HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/28/2010 11:20 am**
        HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME; ["JANE DOE"] 40ish, 5'6", 170lbs, brown hair, Caucasian female.

Fee for Service: **25.00**
County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
                    ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order#: EAS17825/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each):* **UNITED STATES OF AMERICA**

DEFENDANT *(name each):* **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **HARRY KING**
> **2844 W BRIDGEPORT AVENUE**
> **ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on

Signature: Julie Anne MacArthur

PROOF OF SERVICE BY MAIL

Order#: EAS17825/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◼

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LYNN KING
2844 W BRIDGEPORT AVE
ANAHEIM  CA  92804

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By _____ , Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP     (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):     **PLAINTIFF-INTERVENOR**

Ref. No. or File No.

RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **LYNN KING**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804**

ON: **November 28, 2010**
AT: **11:20 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 29, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME - 40ish, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: **25.00**

County: **LOS ANGELES**
Registration No.: **6437**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## PROOF OF SERVICE

Order#: EAS17824/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.

**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | **51-cv-1247-GT-RBB** |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LYNN KING

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

As enumerated below:

11/18/2010 09:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010 12:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/28/2010 11:20 am
HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME; ["JANE DOE"] 40ish, 5'6", 170lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 8, 2011.**

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## DECLARATION OF DILIGENCE

Order#: EAS17824/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| CASE NUMBER: |
| 51-cv-1247-GT-RBB |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: RAMONA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**LYNN KING
2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Ann Magdaleski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17824/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et 🔲

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SHERRY KING
2844 W BRIDGEPORT AVE
ANAHEIM  CA  92804

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 1 5 2009

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*  TELEPHONE NO.: (510) 548-7070  FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR *(Name):*  PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SHERRY KING

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

ON: November 28, 2010
AT: 11:20 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 29, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO GIVE HER NAME - [JANE DOE] 40ish, 5'6", 170lbs, brown hair, Caucasian female

**Manner of service** *in compliance with Federal Rules of Civil Procedure.*
Fee for Service: 50.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS17823/GProof/38

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: TELEPHONE NO.: FOR COURT USE ONLY

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR**

Ref. No. or File No.

**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SHERRY KING

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

As enumerated below:

**11/18/2010 09:00 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/19/2010 12:00 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/21/2010 06:20 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/28/2010 11:20 am**
HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO GIVE HER NAME; [JANE DOE] 40ish, 5'6", 170lbs, brown hair, Caucasian female.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS17823/GProof40

CURTIS G. BERKEY, ESQ.   SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 29, 2010, I mailed copies of the:
~~November~~

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

SHERRY KING
2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
Julie Anne Hogdowski

PROOF OF SERVICE BY MAIL

Order#: EAS17823/GProof7

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Kerri King
42399 Rambling Lane
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                    ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| By _____, Deputy Clerk | |

*Summons in a Civil Action*

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | | |
| ATTORNEY FOR *(Name)*:   PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **KERRI KING**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**42399 RAMBLING LANE**
**AGUANGA, CA 92536**

ON: **October 8, 2010**
AT: **02:40 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 1, 2010

Signature: _____
**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS18501/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED.STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et █
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARLIN KINSER
42105 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                            █

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK                                                                             DATE

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174);

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  08/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE   U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Jim "Doe"

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify):

Sub-served to Jim, white/male, dirty blonde  hair, beard, 5'10", 200 lbs., 45 years old.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         08/27/10
                        Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VIRGINIA KINSER
42105 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 1 5 2009

DATE

C. ECANA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  08/27/10 |
| NAME OF SERVER  **Louis Picarone** | TITLE  U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant.  Place where served: |
|---|---|
| ✗ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Jim "Doe" |
|   | Name of person with whom the summons and complaint were left: |
|   | Return unexecuted: |
| ℗ | Other (specify): |
|   | Sub-served to Jim, white/male, dirty blonde  hair, beard, 5'10", 200 lbs., 45 years old. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/27/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARK KLINGSPORN
42222 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____\*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 1 5 2009

| W. Samuel Hamrick, Jr. | DATE |
|---|---|
| CLERK | |

C. ECANIA

By _____ , Deputy Clerk

*Summons in a Civil Action*

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

　　　　Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Mark Klingsporn on 01/27/11 to the following address: 42222 Lakefront Drive, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:　　　01/27/11

　　　　　　　Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | | For Court Use Only |
|---|---|---|
| Telephone : 510-548-7070          Fax: 510-548-7080 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:    Time:    Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Mark Klingsporn                                                          as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:55pm | Residence | Locked gate, no access. |
| 08/20/10 | 12:10pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:20pm | Residence | Locked gate, no access. |

Other comments:

3)   **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 22.50
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 08/27/10

                                                                 Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DIANA KLINGSPORN
42222 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                           , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
| --- | --- |
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Diana Klingsporn on 01/27/11 to the following address: 42222 Lakefront Drive, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
| --- | --- | --- | --- |
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      01/27/11
                  Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:* | | | | For Court Use Only |
|---|---|---|---|---|
| Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704 | | | | |
| Telephone : 510-548-7070          Fax: 510-548-7080 | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Diana Klingsporn as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:55pm | Residence | Locked gate, no access. |
| 08/20/10 | 12:10pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:20pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:

3)   *Person Executing:*                                    Recoverable Costs Per CCP 1033.5(a)(4)(B)
    a. Louis Picarone                                    d. The fee for service was: 5.00
    b. ProServe Process Service                      e. I am: (3) Registered *California Process Server:*
    79-405 Highway 111, Suite 9-354                  (i) Owner
    La Quinta, CA 92253                                      *(ii) Registration No.:* 841
    c. 760.702.5561                                              *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 08/27/10

                                     Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RONALD KLOPF
41035 LAKESHORE BLV
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **[x]**  Served personally upon the defendant.  Place where served: | 41035 Lakeshore Blvd, Aguanga, CA 92536 |
| [ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| [ ]  Return unexecuted: | |
| [ ]  Other (specify): | |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LISA WEST KLOPF
41035 LAKESHORE BLV
AGUANGA CA. 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ⊞

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              OCT 15 2009

CLERK                                                        DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action                                             Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served:  41035 Lakeshore Blvd, Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

WILLIAM KOHL
43479 MCCLAIN LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                         ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____              OCT 15 2009
    W. Samuel Hamrick, Jr.
            CLERK                                              DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to William Kohl on 01/21/11 to the following address: 43479 McClain Lane, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | | |
|---|---|---|
| **Attorney or Party Without Attorney:**<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | | For Court Use Only |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
William Kohl at 43479 McClain Lane, Aguanga, CA 92536     as follows:

2)    **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/20/10 | 8:55am | Residence | No answer |
| 08/31/10 | 12:11pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 1:22pm | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)    **Person Executing:**
        a. Louis Picarone
        b. ProServe Process Service
        79-405 Highway 111, Suite 9-354
        La Quinta, CA 92253
        c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
        d. The fee for service was: 0.0
        e. I am: (3) Registered California Process Server:
            (i) Owner
            *(ii) Registration No.:* 841
            *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANDREA MILBACHER KOHL
43479 MCCLAIN LN
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| | Return unexecuted: |
| **x**  Other (specify): | See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Andrea Milbacher Kohl on 01/21/11 to the following address: 43479 McClain Lane, Aguanga, CA 92536. |

### STATEMENT OF SERVICE FEES

| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:            01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070        Fax: 510-548-7080 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Andrea Milbacher Kohl at 43479 McClain Lane, Aguanga, CA 92536 as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/20/10 | 8:55am | Residence | No answer |
| 08/31/10 | 12:11pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 1:22pm | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)   **Person Executing:**
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
(ii) Registration No.: 841
(iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LCL ANZA PROP
SERVE:  TERRY CANTRELL
57475 HIGHWAY 371
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070                                                        ✠

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____                    OCT 1 5 2009

CLERK                                                                              DATE

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/03/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: 57475 Highway 371, Anza, CA 92539 |
|---|---|

| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/03/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

STARR LACKEY
56686 DICKSON WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                            ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

<table>
<tr><td>W. Samuel Hamrick, Jr.</td><td>OCT 1 5 2009</td></tr>
<tr><td>CLERK</td><td>DATE</td></tr>
<tr><td>C. ECINA<br>SENA</td><td></td></tr>
<tr><td>By _____, Deputy Clerk</td><td></td></tr>
</table>

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE |
|---|

| Service of the Summons and Complaint was made by me | DATE  07/07/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|

| **✗** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  Larry Linder |

| | Return unexecuted: |
|---|---|

| | Other (specify): |
|---|---|

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/07/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROCCO LANZISERA
39380 CARY RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                     ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

C. ECNA

By _____, Deputy Clerk

OCT 1 5 2009

**DATE**

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served: 39380 Cary Rd, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/05/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHERI LANZISERA
39380 CARY RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                              ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent Order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left:   Rocco Lanzisera

☐ Return unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/05/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JESSE LARA
37575 HILL ST
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/07/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served:  37575 Hill St, Anza, CA  92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/07/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BARBARA LARA
37575 HILL ST
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070                                                                    ☒

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| By _____ C. ECNA SP , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/07/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

[ ]   Served personally upon the defendant.  Place where served: _____

[✗]   Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: Jesse Lara _____

[ ]   Return unexecuted:

[ ]   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         07/07/10
                           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARIA LARIOS
3216 W 110TH ST
INGLEWOOD  CA  90303

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                    ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>,CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | (510) 548-7070 | |
| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARIA LARIOS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3216 W 110TH STREET
INGLEWOOD, CA 90303

ON: December 8, 2010
AT: 10:35 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 10, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ARTURO SALAZAR; CO-OCCUPANT - 37ish, 230lbs, 6'1", black hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: **ORANGE**
Registration No.: 1687
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 18, 2011.

Signature: _____

LUIS ARELLANO

## PROOF OF SERVICE

Order#: EAS18079/GProof38

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
,CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO. (510) 548-7070

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | **51-cv-1247-GT-RBB** |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MARIA LARIOS

     3216 W 110TH STREET
     INGLEWOOD, CA 90303

As enumerated below:

**11/29/2010  08:36 pm**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010  07:29 am**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010  11:42 am**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/04/2010  03:00 pm**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/05/2010  08:55 am**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/08/2010  10:35 pm**
     HOME - SUB-SERVICE TO ARTURO SALAZAR; CO-OCCUPANT; [ARTURO SALAZAR] 37ish, 230lbs, 6'1", black hair, Hispanic male.

(CONTINUED ON NEXT PAGE)

Order#: EAS18079/GProof40

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | (510) 548-7070 | |

| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

(CONTINUED FROM PREVIOUS PAGE)

Fee for Service: 25.00

County:  ORANGE
Registration No.:  1687
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, STE # 486
SANTA ROSA, CA 95407
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 18, 2011.

Signature: _____

LUIS ARELLANO

---

**DECLARATION OF DILIGENCE**

Order#: EAS18079/GProof40

CURTIS G. BERKEY, ESQ.                                    SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

                                                          FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
| PROOF OF SERVICE BY MAIL | | | | | RAMONA BAND |

I am a citizen of the United States and employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, STE # 486, SANTA ROSA, CA 95407.

On December 10, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> MARIA LARIOS
> 3216 W 110TH STREET
> INGLEWOOD, CA 90303

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, STE #
486
SANTA ROSA, CA 95407
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 18, 2011.

Signature:

PROOF OF SERVICE BY MAIL

Order#: EAS18079/CP/oof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LARRY LARSEN
40195 REED VALLEY RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  09/02/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

[ ]  Served personally upon the defendant.  Place where served:

[✗]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Leeyvone Larsen, Wife

Name of person with whom the summons and complaint were left:

[ ]  Return unexecuted:

[ ]  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/02/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LEEYVONE LARSEN
40195 REED VALLEY RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant.  Place where served: 40195 Reed Valley Road, Aguanga, CA 92536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         09/02/10
                            Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MICHAEL C LANGRELL
3225 POINT CEDAR DR
WEST COVINA  CA  91792

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                          ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP CURTIS G. BERKEY, ESQ., # 195485 2030 ADDISON STREET, SUITE # 410 BERKELEY, CA  94704 | (510) 548-7070 | |

ATTORNEY FOR (Name):   **PLAINTIFF-INTERVENOR**

Ref. No. or File No.   **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL C. LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 3, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CELESTINA L. LANGRELL; CO-OCCUPANT - 80ish, 160lbs, 5'5, gray hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County:  **LOS ANGELES**
Registration No.:  **6406**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010**.

Signature: _____

**ARTURO RUIZ**

## PROOF OF SERVICE

Order#. EAS18076/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):  **PLAINTIFF-INTERVENOR**   Ref. No. or File No.  **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:  51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  MICHAEL C. LANGRELL

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

As enumerated below:

11/30/2010  09:30 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  03:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  10:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  04:00 pm
HOME - SUB-SERVICE TO CELESTINA L. LANGRELL; CO-OCCUPANT; [CELESTINA L. LANGRELL] 80ish, 160lbs, 5'5", gray hair, Hispanic female.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

**DECLARATION OF DILIGENCE**

Order#: EAS18076/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF*(name each):* **UNITED STATES OF AMERICA**

DEFENDANT*(name each):* **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
51-cv-1247-GT-RBB

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 3, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

MICHAEL C. LANGRELL
3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Ramona  D-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: Julie Anne Marquez

PROOF OF SERVICE BY MAIL

Order#: EAS18076/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CELESTINA L LANGRELL
3225 POINT CEDAR DR
WEST COVINA  CA  91792

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | (510) 548-7070 | |
| ATTORNEY FOR (Name):  PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CELESTINA L. LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18077/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LAURENCE LANGRELL
3225 POINT CEDAR DR
WEST COVINA  CA  91792

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                         ⊞

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| By                          , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | (510) 548-7070 | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | | | |
| ATTORNEY FOR (Name): | PLAINTIFF-INTERVENOR | Ref. No. or File No. | |
| | | RAMONA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LAURENCE LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 3, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CELESTINA L. LANGRELL; CO-OCCUPANT - 80ish, 160lbs, 5'5, gray hair, Hispanic female

*Manner of service* in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18078/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):    TELEPHONE NO.:    FOR COURT USE ONLY

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LAURENCE LANGRELL

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

As enumerated below:

11/30/2010 09:30 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010 03:45 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 10:20 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010 04:00 pm
    HOME - SUB-SERVICE TO CELESTINA L. LANGRELL; CO-OCCUPANT; [CELESTINA L. LANGRELL] 80ish, 160lbs, 5'5", gray hair, Hispanic female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
                    ARTURO RUIZ

DECLARATION OF DILIGENCE

Order#. EAS18078/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|
| | | | | RAMONA BAND |

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 3, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

LAURENCE LANGRELL
3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Ramona P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: Julie Anne Mandola

PROOF OF SERVICE BY MAIL

Order#: EAS18078/GProof

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

WILLIAM R. LANGRELL
3225 POINT CEDAR DR
WEST COVINA  CA  91792

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                 ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: WILLIAM R. LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CELESTINA L. LANGRELL; CO-OCCUPANT - 80ish, 160lbs, 5'5", gray hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18148/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
**ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP**
**CURTIS G. BERKEY, ESQ., # 195485**
**2030 ADDISON STREET, SUITE # 410**
**BERKELEY, CA 94704**

TELEPHONE NO.: (510) 548-7070

ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR**

Ref. No. or File No.
**RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:
**UNITED STATES OF AMERICA**

DEFENDANT:
**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | **51-cv-1247-GT-RBB** |

I received the within process on November 18, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: WILLIAM R. LANGRELL

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

As enumerated below:

11/30/2010  09:30 am
     HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  03:45 pm
     HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  10:20 am
     HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  04:00 pm
     HOME - SUB-SERVICE TO CELESTINA L. LANGRELL; CO-OCCUPANT; [CELESTINA L. LANGRELL] 80ish, 160lbs, 5'5", gray hair, Hispanic female.

Fee for Service: 25.00
County: **LOS ANGELES**
Registration No.: **6406**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010**.

Signature: _____
     **ARTURO RUIZ**

## DECLARATION OF DILIGENCE

Order#: EAS18148/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**   FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**WILLIAM R. LANGRELL**
**3225 POINT CEDAR DRIVE**
**WEST COVINA, CA 91792**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order#: EAS18148/GProof7

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LAWRENCE LAWSON
4509 UNIVERSITY
RIVERSIDE CA 92501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECHUA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [x] | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Lawrence Lawson on 01/21/11 to the following address: 4509 University Avenue Riverside, CA 92501. |

## STATEMENT OF SERVICE FEES

| TRAVEL  $32.50 | | SERVICES | TOTAL $32.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | For Court Use Only |
|---|---|
| Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | **Case Number:** 51-cv-1247-GT-RBB |
|---|---|
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
      Lawrence Lawson at 4509 University Avenue Riverside, CA 92501   as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 10/14/10 | 7:16am | Residence | No access to front door, private gate surrounding property is locked. |
| 10/16/10 | 2:14pm | Residence | No access to front door, private gate surrounding property is locked. |
| 10/17/10 | 6:25pm | Residence | No access to front door, private gate surrounding property is locked. |

Other comments: This home is surrounded by a private gate that is locked.

The house sits back approximately 200 feet from entrance so I can not get anyone's attention.

3)   **Person Executing:**                                            Recoverable Costs Per CCP 1033.5(a)(4)(B)
        a. Louis Picarone                                                 d. The fee for service was: 0.0
        b. ProServe Process Service                              e. I am: (3) Registered California Process Server:
        79-405 Highway 111, Suite 9-354                                  (i) Owner
        La Quinta, CA 92253                                               *(ii) Registration No.:* 841
        c. 760.702.5561                                                  *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
        Date: 01/21/11

                                                                        Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KAY LAWSON
4509 UNIVERSITY
RIVERSIDE CA 92501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                  ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | (510) 548-7070 | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | | | |
| ATTORNEY FOR *(Name):*   PLAINTIFF-INTERVENOR | Ref. No. or File No.   RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:   51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KAY LAWSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**4509 UNIVERSITY**
**RIVERSIDE, CA 92501**

ON: October 6, 2010
AT: 09:50 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  November 1, 2010

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS18502/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHARLES LAYNE
2920 BAVARIA DR
CORONA  CA  92881

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  8/15/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

[ **x** ]  Served personally upon the defendant.  Place where served:  2920 Bavaria Dr, Corona, CA 92399

[ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ]  Return unexecuted:

[ ]  Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/15/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JEAN LAYNE
2920 BAVARIA DR
CORONA  CA  92881

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECANA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/15/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 2920 Bavaria Dr, Corona, CA 92399 |

| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |

Name of person with whom the summons and complaint were left:

| | Return unexecuted: |

| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/15/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et **⊞**
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

STEVEN LEASH
37360 BOHLEN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                    **⊞**

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
**CLERK**
C. ECNA

By _____ , Deputy Clerk

OCT 1 5 2009
**DATE**

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **07/05/10** |
| NAME OF SERVER   **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [×] | Served personally upon the defendant.  Place where served:  **37360 Bohlen Rd, Anza, CA 92539** |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  **$17.50** | | SERVICES | TOTAL **$17.50** | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/05/10

                              Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARTIN LEONARD
42460 LAKE SHORE BLV
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Martin Leonard on 01/27/11 to the following address: 42460 Lakeshore Blvd, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| **Attorney or Party Without Attorney:** | For Court Use Only |
|---|---|
| Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | |

| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Martin Leonard                                              as follows:

2)    **DOCUMENTS:**    SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 3:26pm | Residence | Locked gate, no access. |
| 08/20/10 | 1:55pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:04pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:

3)    **Person Executing:**
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

      Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 22.5
      e. I am: (3) Registered California Process Server:
            (i) Owner
            *(ii) Registration No.:* 841
            *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      Date: 08/27/10

                                                                            Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VERONICA LERIDA
19655 HORVAT LN
LAKE ELSINORE  CA  92530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK                                                        DATE

C. ECHA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: |  |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | (510) 548-7070 | |
| CURTIS G. BERKEY, ESQ., # 195485 | | |
| 2030 ADDISON STREET, SUITE # 410 | | |
| BERKELEY, CA  94704 | | |
| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref. No. or File No.  RAMONA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:  51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: VERONICA LERIDA - 60ish, 160lbs, 5'7", brown hair, caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19655 HORVAT LANE
LAKE ELSINORE, CA 92530

ON: October 4, 2010
AT: 12:30 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 2, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17175/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SIDNEY LICON
81412 SENEGAL CT
INDIO  CA  92236

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  12/18/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **☒** Served personally upon the defendant.  Place where served: | 81412 Senegal Court, Indio, CA 92236 |

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  12/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GLORIA LICON
81412 SENEGAL CT
INDIO  CA  92236

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                     ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **12/18/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant. Place where served: **81412 Senegal Court, Indio, CA 92236** |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL **$5.00** | | SERVICES | TOTAL **$5.00** | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        12/18/10
                         Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

.TO: (Name and Address of Defendant)

LARRY LINDER
56686 DICKSON WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/07/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served: 56686 Dickson Way, Anza, CA  92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/07/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICHARD LOCKETT
41055 LAKE RIVERSIDE
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                                , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 41055 Lake Riverside, Aguanga, CA 92536 |
|---|---|---|

| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

| ☐ | Return unexecuted: |
|---|---|

| ☐ | Other (specify): |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▪

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RENE LOPEZ
40520 LAKE RIVERSIDE DR
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  09/08/10 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant.  Place where served:   40520 Lake Riverside Dr., Aguanga, CA 92536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/08/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICARDO LOPEZ
42475 RAMBLING LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within \_\_\_\_\_ * \_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ricardo Lopez on 01/21/11 to the following address: 42475 Rambling Lane, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

l)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ricardo Lopez at 42475 Rambling Lane, Aguanga, CA 92536   as follows:

2)    **DOCUMENTS:**    SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 4:45pm | Residence | Individual property gates locked and no access to front door. |
| 08/20/10 | 12:59pm | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:12am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 8:40am | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)    **Person Executing:**
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 0.0
    e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SUSANA LOPEZ
42475 RAMBLING LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

⊞

An answer to the complaint which is herewith served upon you, within _____\* \_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECINA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Susana Lopez on 01/21/11 to the following address: 42475 Rambling Lane, Aguanga, CA 92536.

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070        Fax: 510-548-7080 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Susana Lopez at 42475 Rambling Lane, Aguanga, CA 92536      as follows:

2) **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 4:45pm | Residence | Individual property gates locked and no access to front door. |
| 08/20/10 | 12:59pm | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:12am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 8:40am | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) **Person Executing:**
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 0.0
    e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HERMELINDA LOPEZ
50323 KENMORE ST
COACHELLA  CA  92236

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              OCT 1 5 2009

_____        _____
CLERK                                                    DATE

C. EONA

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Hermelinda Lopez on 01/21/11 to the following address 50323 Kenmore Street, Coachella, CA 92236.

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

| | |
|---|---|
| Executed on:          01/21/11 | |
| Date | Signature of Server |
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | For Court Use Only |
|---|---|
| *Attorney or Party Without Attorney:*<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | |

| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Hermelinda Lopez at 50323 Kenmore Street Coachella, CA 92236   as follows:

2)   **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/24/10 | 3:48pm | Residence | No access, locked and enclosed front yard. |
| 08/26/10 | 9:55am | Residence | No access, locked and enclosed front yard. |
| 12/16/10 | 12:38pm | Residence | No access, locked and enclosed front yard. |
| 12/18/11 | 7:37am | Residence | No access, locked and enclosed front yard . |

Other comments:

3)   *Person Executing*:
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
*(ii) Registration No.:* 841
*(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HARRY LORENZEN
715 S SYLVAN ST
ANAHEIM  CA  92804

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR      RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HARRY LORENZEN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

715 S SYLVAN STREET
ANAHEIM, CA 92804

ON: November 21, 2010
AT: 05:25 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

"JANE" LORENZEN; CO-OCCUPANT - 60ish, 170lbs, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.: (510) 548-7070   FOR COURT USE ONLY

ATTORNEY FOR (Name):  PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve
said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.
Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: HARRY LORENZEN

715 S SYLVAN STREET
ANAHEIM, CA 92804

As enumerated below:

11/18/2010  08:40 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  11:40 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  05:25 pm
    HOME - SUB-SERVICE TO "JANE" LORENZEN; CO-OCCUPANT; 60ish, 170lbs, 5'6", brown hair, Caucasian female.

Fee for Service: 50.00
    County:  LOS ANGELES
    Registration No.:  6437
    EXCALIBUR ATTORNEY SERVICES
    231 E. ALESSANDRO BOULEVARD.,
    SUITE A368
    RIVERSIDE, CA 92508
    (877) 378-3843

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 7, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS17830/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070        FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | RAMONA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**HARRY LORENZEN**
**715 S SYLVAN STREET**
**ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Orange   P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: Julie Anne Magdaleno

PROOF OF SERVICE BY MAIL

Order#: EAS17830/GProof

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PATRICK LOVATO
49911 CHEYENNE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                                              ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECMA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **✗** | Served personally upon the defendant. Place where served: 49911 Cheyenne Court, Aguanga, CA 91536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBIN LOVATO
49911 CHEYENNE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                              ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/20/10** |
| NAME OF SERVER   **Louis Picarone** | TITLE **Riverside County #841** |

| Check one box below to indicate appropriate method of service |
|---|

| | Served personally upon the defendant. Place where served: _____ |
|---|---|
| **✗** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | **Patrick Lovato, Husband** |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

| **STATEMENT OF SERVICE FEES** | | | | |
|---|---|---|---|---|
| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/20/10

Date        Signature of Server

**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

I)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN LOVE
38300 HARPER LN
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                      ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| [ x ] | Served personally upon the defendant.  Place where served: 38300 Harper Ln, Anza, CA 92539 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/05/10
                         Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TERRESSA LOVE
38300 HARPER LN
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  John Love

☐ Return unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/05/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MACHADO LAND INV CORP
SERVE: MICHAEL J. MACHADO,
REG. AGT
38420 BAHRMAN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704          ⊞
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/31/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ✗ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  White male, brown hair, 6', thin build, approximately 40 years old. |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/31/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
      vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    EDWARD MADRID
    48775 FOREST SPRINGS RD
    AGUANGA  CA  92536

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

    An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECANA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Susan Madrid, Wife

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         08/20/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SUSAN MADRID
48775 FOREST SPRINGS RD
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\144311 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served: 48775 Forest Springs Rd, Aguanga, CA 91536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/20/10

|  | |
|---|---|
| Date | Signature of Server |
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
**vs**
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROSE MALALEL
15011 PINTURA DR
HACIENDA HGTS CA 91745

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                    ✚

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECHA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | (510) 548-7070 | |

| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROSE MALALEL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

15011 PINTURA DRIVE
HACIENDA HEIGHTS, CA 91745

ON: December 2, 2010
AT: 10:30 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT THAT REFUSED TO PROVIDE NAME - 45ish, 160lbs, 5'7", blonde hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18091/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | (510) 548-7070 | |

| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ROSE MALALEL

        15011 PINTURA DRIVE
        HACIENDA HEIGHTS, CA 91745

As enumerated below:

**11/30/2010 09:15 am**
        HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 04:00 pm**
        HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010 10:25 am**
        HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 10:30 am**
        HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT THAT REFUSED TO PROVIDE NAME; 45ish, 160lbs, 5'7", blonde hair, Caucasian female.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
        ARTURO RUIZ

**DECLARATION OF DILIGENCE**

Order#: EAS18091/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each):* **UNITED STATES OF AMERICA**

DEFENDANT *(name each):* **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:  **RAMONA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **ROSE MALALEL**
> **15011 PINTURA DRIVE**
> **HACIENDA HEIGHTS, CA 91745**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.: P-459
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature

Julie Ann Macdonald

**PROOF OF SERVICE BY MAIL**

Order#: EAS16091/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▄

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LADISLAV MALEK
1353 EL NIDO DR
FALLBROOK  CA  92028

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent 6rder of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.:   FOR COURT USE ONLY

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LADISLAV MALEK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1353 EL NIDO DRIVE
FALLBROOK, CA 92028

ON: November 15, 2010
AT: 02:15 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 16, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
SYLVIA MALEK; WIFE AND ADULT OCCUPANT - 40ish, 125lbs, 5'4", black hair, Caucasian female

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 16, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17149/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | (510) 548-7070 | |

| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 24, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LADISLAV MALEK

1353 EL NIDO DRIVE
FALLBROOK, CA 92028

As enumerated below:

11/01/2010 05:05 pm
   HOME - NO RESPONSE AT GIVEN ADDRESS.

11/08/2010 10:20 am
   HOME - NO RESPONSE AT GIVEN ADDRESS.

11/15/2010 02:15 pm
   HOME - SUB-SERVICE TO SYLVIA MALEK; WIFE AND ADULT OCCUPANT; [SYLVIA MALEK] 40ish, 125lbs, 5'4", black hair, Caucasian female.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 16, 2010.

Signature: _____
ROBERT SEE

---

## DECLARATION OF DILIGENCE

Order#: EAS17149/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

132          SBN: # 195485          FOR COURT USE ONLY

TELEPHONE NO.: **(510) 548-7070**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each):* **UNITED STATES OF AMERICA**

DEFENDANT *(name each):* **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On November 16, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**LADISLAV MALEK
1353 EL NIDO DRIVE
FALLBROOK, CA 92028**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma R459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010.**

Signature: Julie Anne Hoodquist

**PROOF OF SERVICE BY MAIL**

Order#: EAS17149/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et +

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SYLVIA MALEK
1353 EL NIDO DR
FALLBROOK  CA  92028

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | (510) 548-7070 | |

| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SYLVIA MALEK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1353 EL NIDO DRIVE
FALLBROOK, CA 92028

ON: November 15, 2010
AT: 02:15 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 16, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17147/GProof37