

**McELROY, MEYER, WALKER & CONDON**
ATTORNEYS AT LAW

SCOTT B. MCELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON

DANIEL E. STEUER
GREGG DE BIE

OF COUNSEL
PHOEBE ANNE GREYSON

*Via Overnight Courier*

February 25, 2011



FILED

MAR. 0 4 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Re:    *United States of America v. Fallbrook Public Utility District*, Case No. 51-1247-SD-GT

Dear Sir or Madam:

Pursuant to Magistrate Judge Brooks' instructions at the Status Conference held on January 18, 2011, we are enclosing for filing the original waivers and proofs referenced in the Status Report and attached Exhibits A-D filed with the Court on February 25, 2011.

Thank you for your assistance in this regard.

Sincerely,

*M Catherine Cndn*

M. Catherine Condon
MCC/dav
enc.:    As stated
cc:      Tribal Council (*without enclosures*)
         Anthony Madrigal

1007 PEARL STREET, SUITE 220   BOULDER, COLORADO 80302   WWW.MMWCLAW.COM   303-442-2021   FAX 303-444-3490
A Professional Corporation

**Other Documents**

3:51-cv-01247-GT -RBB United States of America v. Fallbrook Public Utility District
STAYED

### U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered by McElroy, Scott on 2/25/2011 at 2:14 PM PST and filed on 2/25/2011

| | |
|---|---|
| **Case Name:** | United States of America v. Fallbrook Public Utility District |
| **Case Number:** | 3:51-cv-01247-GT -RBB |
| **Filer:** | Cahuilla Band of Indians |
| **Document Number:** | 5284 |

**Docket Text:**
**STATUS REPORT** *Submitted by Cahuilla Band of Indians and the Ramona Band of Cahuilla* **by Cahuilla Band of Indians. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D)(McElroy, Scott)**

**3:51-cv-01247-GT -RBB Notice has been electronically mailed to:**

Alice E. Walker     awalker@mmwclaw.com, dvitale@mmwclaw.com

B. Tilden Kim     tkim@rwglaw.com, lpomatto@rwglaw.com

Bill J Kuenzinger     bkuenzinger@bdasports.com, rjones@bhsmck.com

Charles W Binder     cwbinder@smrwm.org

Curtis G Berkey     cberkey@abwwlaw.com, mmorales@abwwlaw.com

Daniel E. Steuer     dsteuer@mmwclaw.com, dvitale@mmwclaw.com

Daniel J Goulding     jhester@mccarthyholthus.com

David Leventhal     davelevlaw@yahoo.com

David Philip Colella     dcolella@flsd.com

Donald R Timms     dontimms@san.rr.com

F Patrick Barry     patrick.barry@usdoj.gov



Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
marco@coastlawgroup.com
Tel: 760-942-8505
Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>**STATUS REPORT SUBMITTED BY CAHUILLA BAND OF INDIANS AND THE RAMONA BAND OF CAHUILLA**<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

The Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") submit this status report summarizing the status of service on the individuals and entities subject to the Tribes' Second Amended Complaints:

## I. STATUS OF SERVICE

A.    **Waivers.** Pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, the Tribes hereby provide notice of filing under separate cover 792 waivers of service of summons which were signed after the Tribes filed their Second Amended Complaints. Attached to this Status Report as Exhibit A is a list of the individuals and entities who signed the waivers. On September 19, 2009, the Tribes filed 251 waivers with the Court which were received by counsel for the Tribes after filing their First Amended Complaints.

B.    **Personal Service.** Personal service on the non-waiving defendants is essentially complete except for a small amount of follow-up administrative work. The Tribes have attempted to complete personal service on all of the individuals and entities subject to the Tribes' Second Amended Complaints. A number of challenging circumstances has prolonged the service process, including, but not limited to: (1) some individuals have moved and the new address has been difficult to ascertain; (2) some individuals have sold their property; (3) some individuals have died; (4) some individuals reside in gated homes and refuse to allow the process server access; (5) at some of the listed addresses, the house is vacant or empty and there is no indication of where the owner may be found; and (6) some individuals have dogs running free in their fenced-in yards, which may make access to the house dangerous. Counsel for the Tribes are currently following up with respect to each of the individuals for which the process servers were unable to complete personal service. This has been an extremely time-consuming process.

In addition, although the process servers have completed personal service (or attempted to complete personal service but were unable to due to the circumstances set forth above), the process servers have not yet provided the attorneys for the Tribes with all of the Returns of Service. Completing all the paperwork for service on hundreds of individuals is a time-

consuming process. As soon as the Tribes' attorneys have obtained the remaining Returns of Service, which we expect to be completed soon, we will file them with the Court.

In the interim, the Tribes are providing the Court with all of the Returns of Service received to date. Thus, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, the Tribes hereby provide notice of filing under separate cover 520 Returns of Service for the Cahuilla Band and 456 Returns of Service for the Ramona Band, reflecting that personal service has been completed with respect to those individuals and entities. Attached to this Status Report as Exhibit B is a list of the individuals and entities who were served with the Cahuilla Band's Second Amended Complaint. Attached to this Status Report as Exhibit C is a list of the individuals and entities who were served with the Ramona Band's Second Amended Complaint.

In addition, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure which authorizes service on individuals within the United States in accordance with state law, the Tribes completed service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt." CAL. CIV. PROC. CODE § 415.40.  Thus, the Tribes are also providing notice of filing under separate cover 31 Proofs of Service reflecting that personal service has been completed with respect to those individuals residing outside the State of California. Attached to this Status Report as Exhibit D is the list of those individuals and entities who were served by certified mail.

C.    **Publication of Notice.**  In the event it is not possible to personally serve the small number of individuals and entities remaining to be served, the Tribes will file a motion with the Court requesting an order authorizing the Tribes to publish notice. The motion will outline the process followed to complete personal service, the outside sources consulted to ascertain the various kinds of information needed and the  result of each search.

## II. **REQUEST TO EXTEND DEADLINE TO APRIL 27, 2011**
## **TO COMPLETE PERSONAL SERVICE**

Based on the foregoing, the Tribes respectfully request that the deadline for completing

personal service be extended to April 27, 2011.

Respectfully submitted this 25th  day of February, 2011.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California  92024
Tel:  760-942-8505 Fax:  760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
    & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021 Fax: 303-444-3490

                    */s/ Scott B. McElroy*
By:_____
                    Scott B. McElroy
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*


Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California  94704
Tel: 510-548-7070

                    */s/ Curtis G. Berkey*
By:_____
                    Curtis G. Berkey
*Attorneys for Plaintiff in Intervention,.*
  *Ramona Band of Cahuilla*

# WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 1 | SHARON | ACKER |
| 2 | MARTY | ADAMS |
| 3 | CONNIE | ADAMS |
| 4 | BRENDA | ADAMS |
| 5 | SILVA | ADJOYAN |
| 6 | CECILIO | AGUILA |
| 7 | SUZANNE | AGUNDEZ |
| 8 | TIMOTHY | AIKEN |
| 9 | STANLEY | AIKEN |
| 10 | TODD | AIKEN |
| 11 | WILLIAM | AINSWORTH |
| 12 | ALVIN | AKERS |
| 13 | RUTH | AKERS |
| 14 | ROBERT | ALLEN |
| 15 | DEANNA | ALLEN |
| 16 | ROBERT | ALLOWAY |
| 17 | JEFFREY | ALOIA |
| 18 | KIMBERLY | ALVARADO GUTIERREZ |
| 19 | OLGA | ALVAREZ |
| 20 | MARTHA | AMAYA |
| 21 | ALIN | ANAYA |
| 22 | DAVID | ANDERSON |
| 23 | LINDA | ANDERSON |
| 24 | DWAYNE | ANDERSON |
| 25 | JUDY | ANDERSON |
| 26 | MICHAEL | ANDERSON |
| 27 | JUDY | ANDERSON |
| 28 | | ANZA DEVEVELOPMENT CORP |
| 29 | | ANZA ELECTRIC COOPERATIVE INC |
| 30 | | ANZA FIRST SOUTHERN BAPTIST CHURCH |
| 31 | | ANZA MUTUAL WATER CO |
| 32 | | ANZA RANCHES ASSOCIATES LTD |
| 33 | TONY | AQUILANO |
| 34 | MARYANN | AQUILANO |
| 35 | KRIKOR | ARABIAN |
| 36 | DENISSE | ARELLANO |
| 37 | MARTHA | ARRIAGA |
| 38 | FREDRICK | ASHER |
| 39 | MARINA | ASHER |
| 40 | EVELYN DARE | ATKISON TRUST |
| 41 | DOROTHY | BABCOCK |
| 42 | LESTER | BACKUS |
| 43 | SUSAN | BACKUS |
| 44 | H KEATS | BAKER |
| 45 | GEORGE | BANERIAN |
| 46 | ARPI | BANERIAN |
| 47 | LOEL | BANTA |
| 48 | CYNTHIA | BANTA |
| 49 | VINCENT | BANTA |
| 50 | ANITA | BANTA |
| 51 | ROMULO | BANZON |
| 52 | IGAAL | BARAK |
| 53 | GLORIA | BARAY |
| 54 | CINDY | BARKER |

Hard copies submitted by
McElroy, Meyer, Walker &
Condon, P.C.



EXHIBIT
A

# WAIVERS OF SERVICE



| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 55 | CLARENCE DALE | BARKLEY |
| 56 | MAXINE | BARKLEY |
| 57 | HOWARD | BARRETT |
| 58 | ALICE | BAYLEY |
| 59 | ANDY | BAZAR |
| 60 | NORA | BAZAR |
| 61 | FREDRICK | BEARD |
| 62 | SUSAN | BEARD |
| 63 | DONALD | BECKER |
| 64 | JAMES | BELL |
| 65 | SHARILYN | BELL |
| 66 | JOHN | BELLESI |
| 67 | PAULA | BELLESI |
| 68 | PHILLIP | BENSON |
| 69 | PATRICIA | BENSON |
| 70 | HELEN | BENTLEY |
| 71 | | BERRINCHE |
| 72 | | BERRO MARILYN LIVING TRUST |
| 73 | ROBERT | BERRY |
| 74 | RAMONA | BERRY |
| 75 | BRIAN | BIGGERS |
| 76 | JONATHAN | BLACKBURN |
| 77 | BENITA | BLACKBURN |
| 78 | STEPHEN | BLACKWELL |
| 79 | SHARON | BLOCHER |
| 80 | ROBERT | BOERNER |
| 81 | LAURA | BOERNER |
| 82 | FRAUKE | BOKKES |
| 83 | MARIE VELLA | BONAVITA |
| 84 | TIMOTHY | BONIVER |
| 85 | CLAUDE | BONNET |
| 86 | KATHERINE | BONNET |
| 87 | CHARLES | BOOTH |
| 88 | JEFFERY | BOSEN |
| 89 | SHIRLEEN | BOSEN |
| 90 | MICHAEL | BOWERS |
| 91 | PATRICK | BOWERS |
| 92 | BERNARDINA | BOWERS |
| 93 | EDWIN | BRACHMAN |
| 94 | EVELYN | BRAJEVICH |
| 95 | BLAZ | BRAJEVICH |
| 96 | GREG | BRANDS |
| 97 | FRIEDA | BRANDS |
| 98 | FAYE | BREAKFIELD |
| 99 | KELLY | BRENGLE |
| 100 | MONICA | BRETT SERLE |
| 101 | KATHRYN | BRIDGE |
| 102 | JAMES | BRIDGE |
| 103 | LESLIE | BRIDGE |
| 104 | WINIFRED | BRIGGS |
| 105 | SCOTT | BRILES |
| 106 | PAULA | BRILES |
| 107 | LEON | BRITTON |
| 108 | GLORIA | BRITTON |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 109 | ERIN | BRUNSON |
| 110 | | BRYANT GENE R ESTATE OF |
| 111 | PHYLLIS | BUCK |
| 112 | KATHRYN | BUCKLAND |
| 113 | FRANKLIN | BUCKLAND |
| 114 | | BUDGET FINANCING COMPANY |
| 115 | ROBERT | BUSCHMANN |
| 116 | MARJORIE | BUSCHMANN |
| 117 | JEFFREY | BUSHNELL |
| 118 | PATRICIA | BUSHNELL |
| 119 | MANUEL | BUSTILLOS |
| 120 | ROBERT | CALHOUN |
| 121 | DEANE | CALHOUN |
| 122 | ANITA | CALLENDER |
| 123 | LESLIE | CALLENDER |
| 124 | JESUS | CAMARENA |
| 125 | RONALD | CAMPBELL |
| 126 | ROBIN | CAMPBELL |
| 127 | BRENDA | CAMPOS |
| 128 | PHILIP | CANADAY |
| 129 | MARK | CANCHOLA |
| 130 | TENA | CANCHOLA |
| 131 | JOHN | CANNON |
| 132 | | CANTARANO ANITA M LIVING TRUST |
| 133 | VERNON | CARLSEN |
| 134 | PAULA | CARLSEN |
| 135 | SCOTT | CARPENTER |
| 136 | JODY | CARPENTER |
| 137 | JACK | CARR |
| 138 | HELEN | CARR |
| 139 | DOUGLAS | CAUDEL |
| 140 | KIM | CAUDEL |
| 141 | FRANK | CERNEY |
| 142 | MARY | CERNEY |
| 143 | LEIGH | CHAI |
| 144 | PRISCILLA | CHASE |
| 145 | J ROGER | CHASTAIN |
| 146 | JANE | CHASTAIN |
| 147 | CHARLES | CHEEK |
| 148 | NYNA | CHEEK |
| 149 | YUNGMING | CHEN |
| 150 | DAE | CHOI |
| 151 | SOOK | CHOI |
| 152 | ROSEMARY | CLARK |
| 153 | DONNA L. | CLAYTOR, TRUSTEE |
| 154 | MARSHALL | CLAYTOR, TRUSTEE |
| 155 | | CLEAR VIEW RANCH |
| 156 | DAVID | CLEGG |
| 157 | LINDA | CLEGG |
| 158 | KATHY | COATS |
| 159 | FREDRICK | COCHRANE |
| 160 | NATALIE | COCHRANE |
| 161 | MARY | COFFIN |
| 162 | RONALD | COOK |

WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 163 | CHRISTINE | COOK |
| 164 | ERNEST | COON |
| 165 | LAURELLE | COON |
| 166 | DONALD | COOPER |
| 167 | ROBIN | COOPER |
| 168 | TREVOR | CORMAN |
| 169 | | CORP PRESIDING BISHOP CHURCH OF LDS |
| 170 | RAYMOND | COTE |
| 171 | JOHN | CRONK |
| 172 | KATHLYN | CURNOW |
| 173 | DONALYN | CUTLER |
| 174 | DAVID | CUTLER |
| 175 | RUTH | CYRIACKS, TRUSTEE |
| 176 | | D K QUALITY CONST INC |
| 177 | MICHAEL | DAVIES |
| 178 | RENETTE | DAVIES |
| 179 | CRAIG | DAVIS |
| 180 | TEKA | DAVIS |
| 181 | RONALD | DAWSON |
| 182 | MARY LOU | DAWSON |
| 183 | JOSEFINA | DE FILIPPIS |
| 184 | DEBORAH | DEBOER |
| 185 | VIRATANA | DEEDAS |
| 186 | KALLIKA | DEEDAS |
| 187 | SANTO | DEFAZIO |
| 188 | JOAN | DEFAZIO |
| 189 | PHILIP | DEGREGORY |
| 190 | LORFY | DELGADO |
| 191 | JOCELYN | DELGADO |
| 192 | RICHARD | DEMARCO |
| 193 | DONNA | DEMARCO |
| 194 | STEVEN | DENHAM |
| 195 | PATRICIA | DENHAM |
| 196 | PATRICK | DENNIS |
| 197 | IMA | DENNIS |
| 198 | EMIL | DENZEL |
| 199 | CLARENCE | DEVRIES |
| 200 | JOYCE | DEVRIES |
| 201 | RONALD | DINICOLA |
| 202 | ALDO | DOMENICHINI |
| 203 | CHRISTINE | DOMENICHINI |
| 204 | RONALD | DONLEY |
| 205 | KAREN | DONLEY |
| 206 | DONALD | DOWNING |
| 207 | REBECCA | DOWNING |
| 208 | MICHAEL | DUNAGAN |
| 209 | DIANE | DUNAGAN |
| 210 | ARTHER | DYCK |
| 211 | TAMMY | DYCK |
| 212 | MICHAEL | EGGER, TRUSTEE |
| 213 | JERRY | EGGERING |
| 214 | SANDRA | EGGERING |
| 215 | DON | ELLINGTON |
| 216 | PATRICIA | ELLINGTON |

 WAIVERS OF SERVICE 

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 217 | DOROTHY | ELLINGTON |
| 218 | VIRGIL | ELMORE |
| 219 | ELLEN | ELMORE |
| 220 | JOHN | ENEIM |
| 221 | CHRISTINE | ENEIM |
| 222 | SHIRLEY | ERNST |
| 223 | | ESTRELLA ESCROW PENSION TRUST |
| 224 | RHONDA | EVANS |
| 225 | LAUREL | FAILS |
| 226 | NORMAN | FALEONO |
| 227 | M. ALICIA | FALEONO |
| 228 | MARIA | FELIX |
| 229 | ADELLA | FENNESSY |
| 230 | LOUISE | FINKE |
| 231 | ANNE | FIRESTONE |
| 232 | MARTIN | FISCHER |
| 233 | IRENE | FISCHER |
| 234 | DARON | FISLER |
| 235 | SETH | FLOYD |
| 236 | DOROTHY | FOGEL |
| 237 | RONALD | FOLCKA |
| 238 | JANET | FOLCKA |
| 239 | GEORGE | FRANCO |
| 240 | LIVARE | FRANCO |
| 241 | MARGARETHA | FRANZEN |
| 242 | DENNIS | FRASIER |
| 243 | CAROL | FRASIER |
| 244 | EDWINA | FREEMAN |
| 245 | GEORGE | FRENCH |
| 246 | NORA | FRENCH |
| 247 | TEDDY | FREY |
| 248 | LINDA | FREY |
| 249 | LINDA | FRICK |
| 250 | CARL | GAGE |
| 251 | DONNA | GAGE |
| 252 | ERIC | GAHLER |
| 253 | FELIPE | GALINDO |
| 254 | BEVERLY | GALLEGOS |
| 255 | ROBERTO | GAMINO |
| 256 | ESTHER | GAMINO |
| 257 | MARY ELLEN | GARCIA |
| 258 | ANTONIO | GARCIA |
| 259 | JEANNE | GARCIA |
| 260 | BARBARA | GARCIA |
| 261 | BARBARA | GARLOCK |
| 262 | LENTON | GARRISON |
| 263 | ROBYN | GARRISON |
| 264 | EDWARD | GAUNTT |
| 265 | RON | GAUTHIER |
| 266 | PAULA | GAUTHIER |
| 267 | HOWARD | GELLINCK |
| 268 | KATHLEEN | GELLINCK |
| 269 | HELEN A | GEROW, TRUST |
| 270 | DONALD | GIECK |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 271 | ROBERT | GIFFIN |
| 272 | BERTRAND | GIFFIN |
| 273 | CATHERINE | GIFFIN |
| 274 | CHARLES | GILBERT |
| 275 | MARGARET | GILBERT |
| 276 | STELLA | GINEZ |
| 277 | MANUEL | GINEZ, JR. |
| 278 | KATRINA | GINN |
| 279 | HELEN | GLACY |
| 280 | SHARRON | GLEASON |
| 281 | KENNETH | GOLDEN |
| 282 | STANLEY | GOODRICH |
| 283 | JANE | GRABOWSKI MILLER |
| 284 | DAVID | GRAHAM |
| 285 | JUDY | GRAHAM |
| 286 | HENRY | GRANT TRUST |
| 287 | BETH | GRAY |
| 288 | ROCKY | GRAY |
| 289 | KADER | GRAY |
| 290 | ALVIN | GREENWALD |
| 291 | AUDREE | GREENWALD |
| 292 | DON | GRITTON |
| 293 | ADELA | GUARDADO |
| 294 | GUILLERMO | GUERRERO |
| 295 | GRISELDA | GUERRERO |
| 296 | LEONEL | GUILLEN |
| 297 | STEVEN | GUILLORY |
| 298 | NIKI | GUILLORY |
| 299 | HARUTYUN | GULLAPYAN |
| 300 | DOUGLAS | GUNN |
| 301 | ROBIN | GUNN |
| 302 | MARTIN | GUTIERREZ |
| 303 | RILEY | GUYE |
| 304 | CAROLYN SUE | GUYE |
| 305 | SAHIR | HADDAD |
| 306 | CHRISTOPHER | HALEY |
| 307 | JAMES | HALLEY |
| 308 | CRISTINA | HALLEY |
| 309 | DONNIE | HAMILTON |
| 310 | KATHRYN | HAMILTON |
| 311 | BEATRICE | HAMMERSTRAND |
| 312 | CATHERINE | HANLEY, TRUSTEE |
| 313 | THOMAS | HARPOLE |
| 314 | GALE | HARPOLE |
| 315 | RICHARD | HASSELMANN |
| 316 | RALPH | HATCHER |
| 317 | DORTHY | HATCHER |
| 318 | RICHARD | HAWES |
| 319 | MARY | HAWES |
| 320 | MYRNA | HAWTHORN |
| 321 | RICHARD | HEBETS |
| 322 | GAIL | HEBETS |
| 323 | JAYSON | HEBETS |
| 324 | CAROLYN | HEBETS |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 325 | LISA | HECKETHORN |
| 326 | CHRISTOPHER | HEINTSCHEL |
| 327 | LISA HARUYE | HELLERUD |
| 328 | MARVIN | HENDERSON |
| 329 | EUNICE | HENDERSON |
| 330 | NOAH | HENDERSON |
| 331 | DAVID | HENDRY |
| 332 | CINDY | HENDRY |
| 333 | M | HENKIN |
| 334 | RHONDA | HICKS |
| 335 | TROND | HILDAHL |
| 336 | JAMES | HILE |
| 337 | BRETT | HIRSCHI |
| 338 | ROBERT | HJELM |
| 339 | CHARLENE | HODGES |
| 340 | DENISE | HODGES ALLOWAY |
| 341 | MARC | HOFFING |
| 342 | SYLVIA | HOFFMASTER |
| 343 | LESTER H. | HOOVER, TRUSTE |
| 344 | SACHA | HOPE |
| 345 | EDWARD | HOPKINS |
| 346 | NANCY | HOPKINS |
| 347 | LINDA | HOPKINS |
| 348 | JOHN | HOPKINS |
| 349 | WILLIAM | HOSBAND |
| 350 | PATSY | HOSBAND |
| 351 | RICHARD | HOTCHKISS |
| 352 | MERCEDES | HOTCHKISS |
| 353 | MARSHA | HOULE |
| 354 | REX | HUFFMAN |
| 355 | COLLEEN B | HUFFMAN |
| 356 | NEVA | HUMPHRIES |
| 357 | FRANCINE | HUNKE |
| 358 | CAROLYN | HUNT |
| 359 | BOBBIE | HURST |
| 360 | KEVIN | IVES |
| 361 | JUDITH | IVES |
| 362 | FLETCHER | JACKSON |
| 363 | LYNNE | JACKSON |
| 364 | BENJAMIN | JARA |
| 365 | GLORIA | JARA |
| 366 | VICTORIA | JARVIS |
| 367 | PHILLIP | JAUREGUI |
| 368 | SHARON | JAUREGUI |
| 369 | STEWART | JEWELL |
| 370 | SHERRI | JEWELL |
| 371 | HILDA | JIMENEZ BARAK |
| 372 | ERNEST | JOHNS |
| 373 | TRUDY | JOHNS |
| 374 | SHERRY | JOHNSTON |
| 375 | COY | JONES |
| 376 | LARRY | JORDAN |
| 377 | CLIFFORD | JORDAN |
| 378 | BERNARD | JORGE |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 379 | DONNA | JORGE |
| 380 | HECTOR | JUAREZ |
| 381 | PETRA | JUAREZ |
| 382 | MARY | JULIANO |
| 383 | RICHARD | JULIANO |
| 384 | SHIRLEY | KAMEI |
| 385 | MICHAEL | KAMEI |
| 386 | GENE | KAMINSKI |
| 387 | BETTY | KAMINSKI |
| 388 | LONNY | KANOUSE |
| 389 | AMBER | KANOUSE |
| 390 | NEIL | KAPPLE |
| 391 | SHAHAN | KAPRIELIAN |
| 392 | SHARON | KAZMARK |
| 393 | GARY | KELLER |
| 394 | JANA | KELSO |
| 395 | DENNIS | KELTNER |
| 396 | LEANNA | KELTNER |
| 397 | GEORGE | KIMBALL, SR |
| 398 | SHIRLEY | KIMBALL |
| 399 | KEVIN | KING |
| 400 | TERESA | KING |
| 401 | WILLIAM | KLYM |
| 402 | ROSEMARY | KLYM |
| 403 | RAYMOND | KNOTT |
| 404 | ELAINE | KNOTT |
| 405 | STEVEN | KOVACHY |
| 406 | MERRIE | KRAATZ |
| 407 | ALVIN | KRANZ |
| 408 | ROBERT | KREUTZER |
| 409 | JEAN | KREUTZER |
| 410 | | KSY INV |
| 411 | CHUN | KUAN |
| 412 | MARLENE | KURODA |
| 413 | BETTY | LACKEY |
| 414 | | LAKE RIVERSIDE SUMMIT, LLC |
| 415 | JOHN | LAMDIN |
| 416 | VALENTINA | LAMDIN |
| 417 | JAMES | LANGE |
| 418 | DAWNA | LANGE |
| 419 | JAMES | LANIK |
| 420 | JOSE | LANIK |
| 421 | DANIEL | LANIK |
| 422 | ALICIA | LANIK |
| 423 | JOSEPH | LANNOM |
| 424 | MARY | LANNOM |
| 425 | NORBERT | LAPASINSKI |
| 426 | FLORENCE | LAPASINSKI |
| 427 | LAWRENCE | LARIMER |
| 428 | CAROL | LARIMER |
| 429 | CHAY | LAU |
| 430 | TINA | LAU |
| 431 | WAYNE | LAUBE |
| 432 | SUSAN | LAUBE |

 WAIVERS OF SERVICE 

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 433 | DHIAN | LAUREN |
| 434 | DON | LAVOIE |
| 435 | PENNY | LAVOIE |
| 436 | JAMES | LAWRENCE |
| 437 | BRENDA | LAWRENCE |
| 438 | KARINA | LAWRENCE |
| 439 | MARK | LAWRENCE |
| 440 | ANNETTE | LAWYER |
| 441 | DONALD | LEDWICK |
| 442 | PENELOPE | LEDWICK |
| 443 | WILLIAM | LEE |
| 444 | PHILIP | LEHMAN |
| 445 | VICKI | LEMKE |
| 446 | DONALD | LERCH |
| 447 | JOAN | LERCH |
| 448 | KENNETH | LEWIS |
| 449 | KATHLEEN | LEWIS |
| 450 | TERRY | LINDSAY |
| 451 | KIM | LIUZZI |
| 452 | MICHELLE | LIUZZI |
| 453 | NICOLE | LIUZZI |
| 454 | JOAN | LIVELY |
| 455 | SARAH | LOCKHART |
| 456 | ROBERT | LOPEZ |
| 457 | STELLA | LOPEZ |
| 458 | ROBERT | LUCERO |
| 459 | LYDIA | LUCERO |
| 460 | JESUS | LUEVANOS |
| 461 | ROBERT | LUNA |
| 462 | REBECCA | LUNA |
| 463 | DORENE | MABBOTT |
| 464 | ROSE M | MACALINO |
| 465 | LARRY | MACLEAN |
| 466 | RANDY | MAHER |
| 467 | FERNANDO | MANALOTO |
| 468 | GINA | MANALOTO |
| 469 | KENNETH | MANN |
| 470 | ANNE | MANN |
| 471 | STEPHEN | MANNIX |
| 472 | DELISA | MANNIX |
| 473 | STEVE | MANSEAU |
| 474 | LAURA | MANSEAU |
| 475 | JAMES | MANUHU |
| 476 | JEANNE | MANUHU |
| 477 | GARRY | MARCHANT |
| 478 | JANICE | MARCHANT |
| 479 | JAMES | MARTENS |
| 480 | TIMMIE | MARTENS |
| 481 | CHARLES | MARTIN |
| 482 | PATRICIA | MARTIN |
| 483 | RICHARD | MARTIN |
| 484 | RUDY | MARTINEZ |
| 485 | CONNIE | MARTINEZ |
| 486 | BASILIO | MARTINEZ |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 487 | ELVERA | MAURER |
| 488 | FLOYD | MAXWELL |
| 489 | CECILIA | MAXWELL |
| 490 | MICHAEL | MAY |
| 491 | BARBARA | MAY |
| 492 | JAMES D | MCCAFFERTY |
| 493 | SHEILA | MCCAFFERTY |
| 494 | LEANN | MCCLAIN |
| 495 | KATHLEEN | MCCOY |
| 496 | ELIZABETH | MCCOY |
| 497 | CHAD | MCCOY |
| 498 | MORSE | MCDONALD |
| 499 | JOHN | MCGEE |
| 500 | CATHLEEN | MCGEE |
| 501 | JEAN | MCKUSICK |
| 502 | WILLIAM | MCPHILLIPS |
| 503 | KATHLEEN | MCPHILLIPS |
| 504 | DENNIS | MCQUEARY |
| 505 | PAULA | MCQUEARY |
| 506 | RICHARD | MEAD |
| 507 | LYNETTE | MEAD |
| 508 | JORGE | MEDINA |
| 509 | CHERYL | MEDINA |
| 510 | JOSE | MENDOZA |
| 511 | TOMMY | MENDOZA |
| 512 | PEGGY | MENDOZA |
| 513 | DEAN | METZGER |
| 514 | LAURA | METZGER |
| 515 | EMANUEL | MILLER |
| 516 | JOSEPH | MILLER |
| 517 | LAVONNE | MILLER |
| 518 | FRANK | MILLER |
| 519 | ROBERT | MITCHELL |
| 520 | MARY | MOHN |
| 521 | ALFRED | MONTIJO |
| 522 | LINDA | MOORE |
| 523 | GARLAND | MOORE |
| 524 | GUY | MOORE |
| 525 | ROBIN | MOORE |
| 526 | RODRIGO | MORENO |
| 527 | ROBERT | MORGAN |
| 528 | JUDITH | MORGAN |
| 529 | RICHARD | MORGON |
| 530 | ALFRED | MORI |
| 531 | BEATRICE | MORI |
| 532 | CHERYL | MROCH |
| 533 | KENNETH | MUCHEMORE |
| 534 | GLORIA | MUCHEMORE |
| 535 | JODY | MUELLER |
| 536 | JAMES | MUELLER |
| 537 | JOHN | NACHEL |
| 538 | DEBORAH | NACHEL |
| 539 | RICHARD | NAGEL |
| 540 | JEWELL | NAGEL |



**WAIVERS OF SERVICE**

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 541 | ELIZABETH | NAGY |
| 542 | RAUL | NAVARRO |
| 543 | SUSANA | NAVARRO |
| 544 | NGA | NGUYEN |
| 545 | AURA | NORMAN |
| 546 | DEBBIE | NORRIS |
| 547 | BOB | NORTH |
| 548 | ROSALIA | OCONNOR |
| 549 | VIOLET | OLEARY |
| 550 | CHERYL | OLSEN |
| 551 | STEVEN | PACKARD |
| 552 | REBECCA | PACKARD |
| 553 | FELISA | PAGULAYAN |
| 554 | JEWEL | PARIS |
| 555 | BRIAN | PARSONS |
| 556 | ALBERT | PASCUA |
| 557 | MARLA | PASCUA |
| 558 | WALTER | PERKINS |
| 559 | JUANITA | PETERMAN |
| 560 | FRANK | PETRILLO |
| 561 | GENE | PETRILLO |
| 562 | GEORGE | PHELPS |
| 563 | M ANN | PHELPS |
| 564 | ROBERT | PHILBROOK |
| 565 | PHILIP | PINTO |
| 566 | PATRICIA | PINTO |
| 567 | JENNIFER | PIPER |
| 568 | KATHLEEN | PIZULA |
| 569 | ARTHUR | PIZZANELLO |
| 570 | | PLUEGER FAMILY TRUST |
| 571 | DOUGLAS | POCIUS |
| 572 | ROYLENE | POCIUS |
| 573 | DARREL | PONTIUS |
| 574 | HELEN | PONTIUS |
| 575 | ALBERT | POSTON |
| 576 | DEBBIE | POSTON |
| 577 | FRED | PRADELS |
| 578 | KARIS | PRADELS |
| 579 | PAUL | PRICE |
| 580 | DANIEL | QUINTANA |
| 581 | GLORIA | QUINTANA |
| 582 | ROBERTO | RAMOS |
| 583 | BEATRIZ | RAMOS |
| 584 | ANTONIO | RAMOS |
| 585 | MAGDALENA | RAMOS |
| 586 | FRED | RANCK |
| 587 | MATTHEW | RASICH |
| 588 | STEPHEN | RASMUSSEN |
| 589 | MAUREEN | RATHBURN |
| 590 | CAROL | RAY |
| 591 | NANCY | REDLER |
| 592 | STEPHEN | REDLER |
| 593 | EDWARD | REMBOLD |
| 594 | MARGARET | REMBOLD |



**WAIVERS OF SERVICE**

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 595 | GEORGE | REY |
| 596 | NELLY | REY |
| 597 | MARTIN | REYES |
| 598 | DORA | REYES |
| 599 | MARK | REYNOLDS |
| 600 | JAMIE | REYNOLDS |
| 601 | FLOYD | RICHARD |
| 602 | HANS | RIDDER |
| 603 | DAWN | RIDDER |
| 604 | GARY | RINEY |
| 605 | JOANADAIR | RINEY |
| 606 | LAVERNE | RIOS |
| 607 | LISA | RIOS |
| 608 | | RITE TIME PHARMACEUTICALS INC |
| 609 | BOBBY | ROBERTSON |
| 610 | LAWRENCE | ROBINSON |
| 611 | CATHRYN | ROBINSON |
| 612 | MOLLIE | ROCKMAKER |
| 613 | RAY | RODRIGUEZ |
| 614 | MARIA SARRANO | RODRIGUEZ |
| 615 | RICHARD | ROGERS |
| 616 | | ROMAN CATHOLIC BISHOP OF SB |
| 617 | MICHAEL | ROSAMOND |
| 618 | SIBYLLE | ROSAMOND |
| 619 | RAMON | ROSAS |
| 620 | DUANE | ROWE |
| 621 | BRENDA | ROWE |
| 622 | DONALD | ROY |
| 623 | JULIE | ROY |
| 624 | CARMINE | ROZZO |
| 625 | CARLY | ROZZO |
| 626 | MAURINE | RUNION |
| 627 | ROBERT | RUSSELL |
| 628 | GERALD | RUSSELL |
| 629 | SARAH | RUSSELL |
| 630 | SABA | SABA |
| 631 | SHIRLEY | SABA |
| 632 | ROY | SAKAMOTO |
| 633 | MIDORI | SAKAMOTO |
| 634 | ALDO | SALDANA |
| 635 | EMILIO | SANCHEZ |
| 636 | GILDARDO | SANDOVAL |
| 637 | SUSANNA | SANDOVAL |
| 638 | VALENTIN | SANTILLAN |
| 639 | IRMA | SANTILLAN |
| 640 | JAMES | SAPP |
| 641 | ANDREW | SCHLEI |
| 642 | DANIELLE | SCHLEI |
| 643 | BARBARA | SCHMIDT |
| 644 | ANN | SCHOFIELD |
| 645 | ROLAND | SCHOLTEN |
| 646 | PATRICIA | SCHOLTEN |
| 647 | RAYMOND | SCHOOLEY |
| 648 | WENDELL | SCHUBERT |

**WAIVERS OF SERVICE**

|     | FIRST NAME | LAST NAME/CORP NAME |
|-----|------------|---------------------|
| 649 | SHARON | SCHUBERT |
| 650 | JULIE | SCHULTZ |
| 651 | SUSAN | SCOTT |
| 652 | BARRY | SCOTT |
| 653 | DEBORAH | SCOTT |
| 654 | CRAIG | SCUDDER |
| 655 | SHELLEY | SCUDDER |
| 656 | | SELF REALIZATION FELLOWSHIP CHURCH |
| 657 | OSCAR | SESMA |
| 658 | JOYCE | SESMA |
| 659 | THERESE | SHAFFER |
| 660 | JANICE | SHAW |
| 661 | DENNIS | SHEEHAN |
| 662 | BARRY | SHEINBAUM |
| 663 | | SHEPHERD OF THE VALLEY LUTHERAN CH OF ANZA |
| 664 | DEBRA | SHERIDAN |
| 665 | LEWIS | SHRADER |
| 666 | KAREN | SHRADER |
| 667 | JUDY | SILBERBERGER |
| 668 | VAN | SIMMONS |
| 669 | DIANE | SIMMONS |
| 670 | LOTHIAN | SKELTON |
| 671 | MARY | SMITH |
| 672 | LUTHER | SMITH |
| 673 | DONALD | SMITH |
| 674 | JENNIFER | SMITH |
| 675 | DONALD EUGENE | SMITH |
| 676 | ROGER | SNYDER |
| 677 | GEORGE | SOCQUET |
| 678 | JEANNE | SOCQUET |
| 679 | RENA | SOLIS |
| 680 | PHILIP | SPATAFORA |
| 681 | MARY | SPEZIALE |
| 682 | CAROL | STALMAN |
| 683 | LEANNE | STANDLEY |
| 684 | HARLEY | STEGMAN, ESTATE OF |
| 685 | KENDALL | STEINMETZ |
| 686 | GREGORY | STIGALL |
| 687 | SANDRA | STIGALL |
| 688 | | STILLWATER CAPITAL |
| 689 | CHARLES | STOGSDILL |
| 690 | VERA | STOGSDILL |
| 691 | ROBERT | STONE |
| 692 | BOBBIE JEAN | STONE |
| 693 | RODGER | STRADER |
| 694 | KIMBERLY | STRADER |
| 695 | ROBERT | STRAWHECKER |
| 696 | KATHLEEN | STRAWHECKER |
| 697 | DENISE | SULLIVAN |
| 698 | ELWIN | SUMMERS |
| 699 | DEBORAH | SUMMERS |
| 700 | DEAN | SUTTON |
| 701 | KRISTIN | SUTTON |

WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 702 | PAUL | SWANCOTT |
| 703 | VANESSA | SWANCOTT |
| 704 | JOHN | SWANSON |
| 705 | SONJA | SWANSON |
| 706 | ANGELIA | TABB |
| 707 | WING | TAM |
| 708 | DARRYL | TAYLOR |
| 709 | MARILYN | TAYLOR |
| 710 | | TCHILLINGIRIAN RAFFY & ROSETTE 2005 TRUST |
| 711 | DONALD | THERIAULT |
| 712 | MAXINE | THORWALDSON TRUST |
| 713 | JAMES | THRONE, ESTATE OF |
| 714 | JOVANNA | TINAJERO |
| 715 | JULIA | TORRICELLI |
| 716 | HOANG | TRAN |
| 717 | RICHARD | TURULL |
| 718 | ANGELINA | TURULL |
| 719 | SHERRILL | UPHAM |
| 720 | ARMANDO | VALDEZ |
| 721 | LARRY | VANDIVER |
| 722 | DOROTHY | VANDIVER |
| 723 | WILLIAM | VENEGAS |
| 724 | MARCELLA | VENEGAS |
| 725 | | VERIZON CALIFORNIA, INC. |
| 726 | GERALD | VIK |
| 727 | JOSEF | VOLKMANN |
| 728 | RITA | VOLKMANN |
| 729 | | WACHOVIA MORTGAGE, FSB |
| 730 | DANIEL | WAGNER |
| 731 | KERRI | WAGNER |
| 732 | CHARLES | WAGNER |
| 733 | BRENDA | WAGNER |
| 734 | JAMES | WAGONER |
| 735 | W KENNETH | WALDRON LIVING TRUST |
| 736 | EDWARD | WALL |
| 737 | COREY | WALLACE |
| 738 | LISA | WALLACE |
| 739 | GEORGE | WANKET |
| 740 | SUSAN | WANKET |
| 741 | PAUL | WARANCH |
| 742 | DWAYNE | WARD |
| 743 | KALLI ANN | WARD |
| 744 | HOMER | WARE |
| 745 | DONALD | WATSON |
| 746 | PAMELA | WATSON |
| 747 | BARRY | WAUGAMAN |
| 748 | MARK | WAYLAND |
| 749 | KATHLEEN | WAYLAND |
| 750 | SHEILA | WEAVER |
| 751 | SEYMOUR | WEISS |
| 752 | SHARI | WEISS |
| 753 | BONNIE | WELSH |
| 754 | NANCY | WEST |

## WAIVERS OF SERVICE

| | FIRST NAME | LAST NAME/CORP NAME |
|---|---|---|
| 755 | THOMAS | WHEAT |
| 756 | RITA | WHEAT |
| 757 | PATRICIA | WHITTLE |
| 758 | VICTOR | WIGER |
| 759 | WILLIAM | WILLIAMS |
| 760 | DAVID | WILLIAMS |
| 761 | DONNA | WILLIAMS |
| 762 | DONALD | WILLIAMS |
| 763 | KIM | WILLIAMS |
| 764 | FRANCES | WILLIAMS |
| 765 | JESSICA | WILSON |
| 766 | NYMAN | WILSON |
| 767 | SHELLI | WILSON |
| 768 | STANTON | WILSON |
| 769 | LINDA | WILSON |
| 770 | MICHAEL | WISDA |
| 771 | MARY | WISDA |
| 772 | DOROTHY | WONDELL |
| 773 | ROGER | WOOD |
| 774 | TERRI | WOOD |
| 775 | DONALD | WOODS |
| 776 | KATJA | WOODS |
| 777 | HELEN | WOOLLEY |
| 778 | WAYNE | WORTHINGTON |
| 779 | GARY | WRIGHT |
| 780 | RHONDA | WRIGHT |
| 781 | SEYED | YAGHOUBI |
| 782 | CATHERINE | YASKIVICH |
| 783 | LOUIS | YEP |
| 784 | MARGIE | YEP |
| 785 | CHINUAN | YU |
| 786 | FRED | ZADICK |
| 787 | JUAN | ZAVALA |
| 788 | HOWARD | ZIMMERMAN |
| 789 | DEBRA | ZIMMERMAN |
| 790 | DAVID | ZINDA |
| 791 | JENNIFER | ZINDA |
| 792 | MARTIN | ZWANG, TRUST |

**CAHUILLA PROOFS OF SERVICE**

|    | FIRST NAME | LAST NAME/CORPORATION |
|----|------------|----------------------|
| 1  | KATHLEEN | ABERMAN |
| 2  | LOUIS | ACEVEDO |
| 3  | CECILIO | AGUILA |
| 4  | MIGUEL | AGUILA |
| 5  | WILLIAM | AKRAWI |
| 6  | HEMERLINDA | ALATORRE |
| 7  | DANIEL | AMES |
| 8  | KATHRYN | AMES |
| 9  | ALMA A. | ANAYA |
| 10 | KAREN | ANDREWS |
| 11 | ROBERT STUART | ANDREWS |
| 12 | | ANZA 40 |
| 13 | | ANZA CIVIC IMPROVEMENT LEAGUE |
| 14 | | ANZA VIEJO |
| 15 | ALICE | ARCHER |
| 16 | HECTOR | ARIETA |
| 17 | ZITA | ARMENTA |
| 18 | HELEN | ARMSTRONG |
| 19 | LAWRENCE | ARMSTRONG |
| 20 | JOHN | BAILES |
| 21 | JOSE IGNACIO | BALTIERREZ |
| 22 | ROSALIE | BALTIERREZ |
| 23 | FRED | BANAGA |
| 24 | GERALDINE F. | BANAGA |
| 25 | RALPH | BANUELOS |
| 26 | VINCE | BARBATO |
| 27 | CARMEN | BARBEITO |
| 28 | ORIBIA | BARRON |
| 29 | CARRIE | BARTHOLOMEW |
| 30 | GUADALUPE | BATIN |
| 31 | SYD | BATIN |
| 32 | DAN | BAXTER |
| 33 | LETICIA | BAXTER |
| 34 | DIANNA | BEIN |
| 35 | PAUL | BEIN |
| 36 | ROZELLA | BELL |
| 37 | DEANNA | BELLO |
| 38 | GARY | BELLO |
| 39 | CARLOS | BERTOT |
| 40 | DARLENE | BERTRAND |
| 41 | KENNETH | BERTRAND |
| 42 | GEORGE | BICKEL |
| 43 | ELEANOR | BLACK, TRUSTEE |
| 44 | ROBERT | BLACK, TRUSTEE |

Hard copies submitted by McElroy, Meyer, Walker & Condon, P.C.


EXHIBIT
B

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 45 | KATHRYN | BLAIR |
| 46 | GLEN | BOLLSCHWEILER |
| 47 | JERRY | BONANNO |
| 48 | DEBORAH | BOOTH |
| 49 | KYLE | BOOTH |
| 50 | LARRY | BOSWELL |
| 51 | PAT | BOSWELL |
| 52 | SAMUEL | BOURGEOIS |
| 53 | TINA | BOURGEOIS |
| 54 | PAMELA | BOWMAN |
| 55 | ROBERT | BOWMAN |
| 56 | KEVIN | BROWN |
| 57 | LORI | BROWN |
| 58 | MARLENE | BROWN |
| 59 | MICHAEL | BROWN |
| 60 | VANESSA | BUCCAT |
| 61 | BRIAN | BURCH |
| 62 | VALERIE | BURGESS |
| 63 | RONALD | BURLESON |
| 64 | CHRISTOPHER | BURNS |
| 65 | CARMEN | BUSTAMANTE |
| 66 | HUGO | BUSTAMANTE |
| 67 | | CA COMMUNITIES LOANS FIRST CORP |
| 68 | LINDA | CALDWELL |
| 69 | THOMAS | CALDWELL |
| 70 | HORTENCIA | CANALES |
| 71 | TERRY | CANTRELL |
| 72 | ALISSA | CARVER |
| 73 | JOSE | CASTRO |
| 74 | JUAN | CASTRO |
| 75 | MARIA | CASTRO |
| 76 | ALLEN | CEASER |
| 77 | NORITA | CEASER |
| 78 | MARIA | CESPON |
| 79 | DAVID | CHAN |
| 80 | LAURIE | CHAN |
| 81 | | CHANDLER INA MAE ESTATE OF |
| 82 | ISABEL | CHAPLIN |
| 83 | PATRICK | CHELLING |
| 84 | NAN WOO | CHIN |
| 85 | TANG | CHIN |
| 86 | DANIEL | CHRISTOPHERSON |
| 87 | | CHURCH OF REFORMATION 200522 |
| 88 | BONNIE | CLABAUGH |
| 89 | JAMES | CLABAUGH |

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 90 | | CLG INC |
| 91 | RUSSELL | COATES |
| 92 | MARK | COLLINS |
| 93 | ART | COMBS, TRUST |
| 94 | ERLE | COMER |
| 95 | KIM | COMER |
| 96 | MARIA | CONTRERAS |
| 97 | PAMELA | COOPER |
| 98 | MANUEL | CORRAL |
| 99 | LORRETTA | CORRIGAN |
| 100 | JESUS | CORTEZ |
| 101 | ROBERT | CORTEZ |
| 102 | | COUFAL ENTERPRISES INC |
| 103 | BOBBY | COUNTS |
| 104 | JANET | CRAMER, TRUSTEE |
| 105 | WILLIAM | CRAMER, JR., TRUSTEE |
| 106 | SUSAN | CRANE |
| 107 | RAUL | CRUZ |
| 108 | THOMAS | CULVER |
| 109 | SUZANNE | CULVINER |
| 110 | WILLIAM | CULVINER |
| 111 | SANDRA | CYRUS |
| 112 | WILLIAM | CYRUS |
| 113 | SHERRIE | DEARMAN |
| 114 | RUSSELL | DECHENNE |
| 115 | SUZANNE | DECHENNE |
| 116 | ELIZABETH | DELNERO |
| 117 | RICK | DELNERO |
| 118 | LOUIS | DEMARTINO |
| 119 | BRUCE | DEMENGE |
| 120 | VICKIE | DEMENGE |
| 121 | ANUREE | DESILVA |
| 122 | JAYALATH | DESILVA |
| 123 | BARRY | DICKSON |
| 124 | BEVERLY | DITTMER |
| 125 | RONALD | DITTMER |
| 126 | CHRISTIE | DIXSON |
| 127 | FRANKLIN | DIXSON |
| 128 | JACK | DOEZIE |
| 129 | JUDY | DOEZIE |
| 130 | CLIFF | DOMBRADY |
| 131 | SHEILA | DOMBRADY |
| 132 | HILARY | DONE |
| 133 | L JEAN | DORES |
| 134 | DONALD | DOUGLAS |

**CAHUILLA PROOFS OF SERVICE**

|     | FIRST NAME | LAST NAME/CORPORATION |
| --- | --- | --- |
| 135 | LINDA | DOUGLAS |
| 136 | KEVIN | DRAKE |
| 137 | DANIEL | DUQUETTE |
| 138 | DONNA | DUQUETTE |
| 139 | RODNEY | DUQUETTE |
| 140 | ANDRE | DURANGO |
| 141 | MIRIAM | DURANGO |
| 142 | TERESA | DURRANT |
| 143 | ROBERT | EGGERING |
| 144 | LINDA | ELLINGTON |
| 145 |  | ELLINGTONS ANZA GAS SERVICE |
| 146 | MARTHA | ELLIOTT |
| 147 | CAROLYN | ELLISON |
| 148 | JOHN | ELLISON |
| 149 | ELLIOTT | ENGSTROM |
| 150 | JEAN | ENGSTROM |
| 151 | BERTHA | ESTRELLA |
| 152 | MOISES | ESTRELLA |
| 153 | RAMIRO | ESTRELLA |
| 154 | PATRICIA | FAIR |
| 155 | DONALD | FEELEY |
| 156 | DIANE | FERRELL |
| 157 | ROY | FERRELL |
| 158 | LESLIE | FIRTH |
| 159 | LAYNE | FLEMING |
| 160 | MELBA | FLEMING |
| 161 | PEDRO | FLORES |
| 162 | TERESA | FLORES |
| 163 | RONALD | FOLMAR |
| 164 | CHARLENE | FRANCK |
| 165 | ROBERT | FREDBERG |
| 166 | XOCHITL | FREDBERG |
| 167 | GREGG | FREEMAN |
| 168 | MARCIA | FREEMAN |
| 169 |  | G & D FAMILY TRUST |
| 170 | ANNA | GARCIA |
| 171 | JAMES | GARCIA |
| 172 | MARIO | GARCIA |
| 173 | TAMBIA | GERBL |
| 174 | DOUGLAS | GESSWEIN |
| 175 | SANDRA | GESSWEIN |
| 176 | GERALD | GINN |
| 177 | MARIA | GODINEZ |
| 178 | VICTOR | GODINEZ |
| 179 | JOSE | GOMEZ |

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 180 | ALFREDO | GONZALEZ |
| 181 | FANNY | GONZALEZ |
| 182 | LINDA | GOODHEIM |
| 183 | EVERETT | GORDON |
| 184 | ERNA | GRAY |
| 185 | PAUL | GRAY |
| 186 | BRENDA | GREEN |
| 187 | SHELLEY | GREEN |
| 188 | PAMELA | GREYSHOCK |
| 189 | JANET | HAAKE |
| 190 | JOHN | HAJEK |
| 191 | MICHELE | HAJEK |
| 192 | WILLIAM | HALL |
| 193 | SHAWN | HANSON |
| 194 | GERALD | HARMAN |
| 195 | BILL | HARMON |
| 196 | PAMELA | HAZELETT BURLESON |
| 197 | WILLIAM | HEATH |
| 198 | ROBERT | HEDRICK |
| 199 | VIRGINIA | HEDRICK |
| 200 | ANDREW | HERNANDEZ |
| 201 | ELADIO | HERNANDEZ |
| 202 | JENNIFER | HERNANDEZ |
| 203 | MARGARITA | HERNANDEZ |
| 204 | JULIO | HERRERIA |
| 205 | JOHN | HIGHTOWER |
| 206 | LETA | HILL |
| 207 | SHARON | HILLMAN |
| 208 | JOAN | HINNANT |
| 209 | LORI | HITCHCOCK |
| 210 | ROGER | HODGDON |
| 211 | RUTH | HODGDON |
| 212 | ROBERT | HOLCOMB |
| 213 | JAMES | HOLZER |
| 214 | | HOPE TRUST DEED CO |
| 215 | PETER | HORTON |
| 216 | MATHEW | HUNDSHAMER |
| 217 | SARA | HUNDSHAMER |
| 218 | ALTON | HUNGERFORD |
| 219 | DONNA | HUNGERFORD |
| 220 | MARIE | HUYNH |
| 221 | ANSLEY | HYMAN |
| 222 | DOREEN | HYMAN |
| 223 | | IRONTREE MANAGEMENT CO INC |
| 224 | JESUS | JACOBO |

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 225 | JULIE | JACOBO |
| 226 | SERGIO | JIMENEZ |
| 227 | YOLANDA | JIMENEZ |
| 228 | BAMBI | JOHNSON |
| 229 | MELINDA | JOHNSON |
| 230 | RICHARD | JOHNSON |
| 231 | SAM | JOHNSON |
| 232 | CLEMENT | JOHNSTON |
| 233 | TRUDY | JOHNSTON |
| 234 | KELLI | JONES |
| 235 | LESLIE | JOYNER |
| 236 | SHARON | KEAN |
| 237 | STEVEN | KEAN |
| 238 | MARGARET | KELLEY |
| 239 | CONSTANCE | KEY |
| 240 | GEORGE | KIMBALL |
| 241 | HARRY | KING |
| 242 | KERRI | KING |
| 243 | LYNN | KING |
| 244 | SHERRY | KING |
| 245 | LANA | KINNEY |
| 246 | MARLIN | KINSER |
| 247 | VIRGINIA | KINSER |
| 248 | DIANA | KLINGSPORN |
| 249 | MARK | KLINGSPORN |
| 250 | RONALD | KLOPF |
| 251 | WILLIAM | KOHL |
| 252 | MARGARET | KOHLER |
| 253 | JOHANNA | KUCHLER SHATSKY |
| 254 | STARR | LACKEY |
| 255 | CELESTINA | LANGRELL |
| 256 | LAURENCE | LANGRELL |
| 257 | MICHAEL | LANGRELL |
| 258 | WILLIAM | LANGRELL |
| 259 | CHERI | LANZISERA |
| 260 | ROCCO | LANZISERA |
| 261 | BARBARA | LARA |
| 262 | JESSE | LARA |
| 263 | MARIA | LARIOS |
| 264 | LARRY | LARSEN |
| 265 | LEEYVONE | LARSEN |
| 266 | KAY | LAWSON |
| 267 | LAWRENCE | LAWSON |
| 268 | CHARLES | LAYNE |
| 269 | JEAN | LAYNE |

# CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 270 | | LCL ANZA PROP |
| 271 | STEVEN | LEASH |
| 272 | MARTIN | LEONARD |
| 273 | VERONICA | LERIDA |
| 274 | JEFFREY | LEWIS |
| 275 | GLORIA | LICON |
| 276 | SIDNEY | LICON |
| 277 | LARRY | LINDER |
| 278 | RICHARD | LOCKETT |
| 279 | HERMELINDA | LOPEZ |
| 280 | RENE | LOPEZ |
| 281 | RICARDO | LOPEZ |
| 282 | SUSANA | LOPEZ |
| 283 | HARRY | LORENZEN |
| 284 | PATRICK | LOVATO |
| 285 | ROBIN | LOVATO |
| 286 | JOHN | LOVE |
| 287 | TERRESSA | LOVE |
| 288 | | MACHADO LAND INV CORP |
| 289 | EDWARD | MADRID |
| 290 | SUSAN | MADRID |
| 291 | CELESTE | MAHONEY |
| 292 | JOHN | MAHONEY |
| 293 | LADISLAV | MALEK |
| 294 | SYLVIA | MALEK |
| 295 | ROSE | MALALEL |
| 296 | MARY | MALLOY |
| 297 | VIKEN | MANJIKIAN |
| 298 | ROBERT | MANN |
| 299 | MANUEL | MANZO |
| 300 | CAMERINA | MARIN |
| 301 | DENNIS | MARKOWSKI |
| 302 | EDWARD | MARQUEZ |
| 303 | EDELMIRO | MARTINEZ |
| 304 | LEOSANTA | MARTINEZ |
| 305 | MARTHA | MARTINEZ |
| 306 | NEMORIO | MARTINEZ |
| 307 | EDWARD | MARTINI |
| 308 | NORMA | MARTINI |
| 309 | DIANE SUE | MARX |
| 310 | BRYCE | MASON |
| 311 | LINDSEY | MASON |
| 312 | JAMES | MATTHEWS |
| 313 | TERI | MATTSON |
| 314 | CATHERINE | MCARDLE |

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 315 | SANDRA | MCGINTY |
| 316 | MIDGE | MCGOLDRICK |
| 317 | JOE | MCMICHAEL |
| 318 | SUSAN | MCMICHAEL |
| 319 | KIRBY | MCMILLAN |
| 320 | MICHELE | MCMILLAN |
| 321 | TOMMIE | MCMILLIEN |
| 322 | PATRICIA | METZLER |
| 323 | JUAN | MEZA |
| 324 | LUCIA | MEZA |
| 325 | | MI CASA HOLDING |
| 326 | DARCY | MIKAL |
| 327 | JOHN | MIKAL |
| 328 | ALONZO | MIKE |
| 329 | ANDREA | MILBACHER KOHL |
| 330 | ARACELI | MILLAN |
| 331 | JESUS | MILLAN |
| 332 | CAROL | MILLS |
| 333 | ROY | MILLS |
| 334 | KENNETH | MOLLIE |
| 335 | SCOTT | MONGEON |
| 336 | NANCY | MONTREY |
| 337 | GEORGINA | MORA |
| 338 | RAMON | MORA |
| 339 | EDELTRAUD | MULFORD |
| 340 | IGNACIO | MUNOZ |
| 341 | LILA | MUNOZ |
| 342 | GONZALO | MURILLO |
| 343 | LILA | MURILLO |
| 344 | RONALD | NEAL |
| 345 | TERRI | NEAL |
| 346 | ROBERT | NELSON |
| 347 | TAMMY | NGUYEN |
| 348 | VERNON | NIEVAR |
| 349 | JOSEFINA | NILO |
| 350 | PONCIANO | NILO |
| 351 | LINDA | NIOTIS |
| 352 | JAMES | ODLE |
| 353 | ANNETTE | OGREN |
| 354 | KENNETH | OGREN |
| 355 | DOROTHY | OLSEN |
| 356 | KENNETH | OLSEN |
| 357 | BIBIANA | ORDONEZ |
| 358 | CECILIO | OROZCO |
| 359 | CRISTINA | OROZCO |

**CAHUILLA PROOFS OF SERVICE**

|  | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 360 |  | PACIFIC HOLT CORP |
| 361 |  | PACIFIC WESTERN |
| 362 | JAMES | PALMER |
| 363 | WILLIAM | PEARSON |
| 364 | HERNAN | PEDRAZA |
| 365 | JUDITH | PEDRAZA |
| 366 | DOMINGA | PEREZ |
| 367 | RUTILIO | PEREZ |
| 368 | SALVADOR | PEREZ |
| 369 | MARY | PERKINS |
| 370 | RAZELLE | PERKINS |
| 371 | ANNA | PETERSON |
| 372 | MYRA | PETERSON |
| 373 | CLARENCE | PHILLIPS |
| 374 | JAMES | PHIPPS |
| 375 | VONDA | PHIPPS |
| 376 | SABRENA | PIZZANELLO |
| 377 | LISA | POPOWICH |
| 378 | BONNIE | POWELL |
| 379 | EDWARD | POWELL |
| 380 | SYLVIA | QUINONES |
| 381 | ANNA | QUINTANA |
| 382 | BEETHOVEN | QUINTO |
| 383 | ESTRELLA | QUINTO |
| 384 | LETICIA | RAMIREZ |
| 385 | VICENTE | RAMIREZ |
| 386 | GARY | RASMUSSEN |
| 387 | KRISTINE | RASMUSSEN |
| 388 | JOILENE | RAYMOND |
| 389 | RICHARD | RAYMOND |
| 390 | DAVID | RICE |
| 391 | JOY | RICHARD |
| 392 | KENNETH | RICHARDSON |
| 393 | ROSALINDA | RICHARDSON |
| 394 | DOUGLAS | RIECH |
| 395 | INES | RIVERA |
| 396 | MANUEL | RIVERA |
| 397 | CALI | RIZZI |
| 398 | CLAYTON | RIZZI |
| 399 | MICHAEL | ROBERTS |
| 400 | MICHELLE | ROBERTS |
| 401 | MARY | ROCHEFORT |
| 402 | ANGELA | RODRIGUEZ |
| 403 | IGNACIO | RODRIGUEZ |
| 404 | JORGE | RODRIGUEZ |

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 405 | KELLY | RODRIGUEZ |
| 406 | REFUGIO | RODRIGUEZ |
| 407 | RICHARD | RODRIGUEZ |
| 408 | TINA | RODRIGUEZ |
| 409 | DAVID | ROMERO |
| 410 | MARY | ROMERO |
| 411 | DARYL | ROPER |
| 412 | JERI | ROPER |
| 413 | JUAN | ROSALES |
| 414 | MARIA | ROSAS |
| 415 | NASARIO | ROSAS |
| 416 | RHONDA | ROSE |
| 417 | JOHANN | ROTTLER |
| 418 | CHRISTIAN | RUSOVICK |
| 419 | JOHN | RUSSO |
| 420 | TAMMY | RUSSO |
| 421 | CONCEPCION | SALAS |
| 422 | PLACIDO | SALAS |
| 423 | ARTURO | SALAZAR |
| 424 | CARLOS | SALDANA |
| 425 | RITA | SALDIVAR |
| 426 | LUIS | SANCHEZ |
| 427 | OLGA | SANCHEZ |
| 428 | GREG | SANDLING |
| 429 | JUNE | SATO |
| 430 | LEONARD | SAVALA |
| 431 | CINDY | SCHEUBER |
| 432 | THOMAS | SCHEUBER |
| 433 | JOHN | SHANKO |
| 434 | ABBAS | SHARGHI |
| 435 | ANNE | SHED |
| 436 | DIANE | SIEKER |
| 437 | JAVIER | SILVA |
| 438 | MARIA | SILVA |
| 439 | | SITL INV |
| 440 | DARCY | SKINNER SANDLING |
| 441 | MARY | SKROBIZA KAPPLE |
| 442 | BRIAN | SMITH |
| 443 | DIANA | SOLOMON |
| 444 | PHILLIP | SOLOMON |
| 445 | MARY | SORIANO |
| 446 | ROBERT | SORIANO |
| 447 | SELENA | STAFFORD |
| 448 | WILLIAM | STAFFORD |
| 449 | RAYMOND | STOCKWELL |

# CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 450 | MARGARET | STRACHAN |
| 451 | JESSE | STRICKLAND |
| 452 | NINA | STRICKLAND |
| 453 | BALBINA | STUDANS |
| 454 | NARCIZO | SUALEZ |
| 455 | BONNIE | SUTTERFIELD |
| 456 | JOHN WILLIAM | SWAIN TRUST |
| 457 | CHERI | SZUTZ |
| 458 | RANDALL | SZUTZ |
| 459 | BARRE | TAYLOR |
| 460 | SUSAN | TAYLOR |
| 461 | ROBERT | TAYLOR |
| 462 | | TBG INC |
| 463 | ROBERT | TETERS |
| 464 | | THE BANK OF HEMET |
| 465 | ELIAZAR | TOLEDO |
| 466 | MARIA | TOLEDO |
| 467 | JOHN | TOOLE |
| 468 | RICKI | TOOLE |
| 469 | LANCE | TRIGUEIRO |
| 470 | PATRICIA | TRIGUEIRO |
| 471 | PATRICIA | TURNER |
| 472 | ERIC | TUSLER |
| 473 | KAREN | TUSLER |
| 474 | PENNY | UMBELL |
| 475 | ABRAHAM PINEDA | VALDEZ |
| 476 | IRENE | VALDEZ |
| 477 | GRACE | VALENZUELA |
| 478 | RUBEN | VALENZUELA |
| 479 | JACQUELYN | VANDENBURGH |
| 480 | LELAND | VANDENBURGH |
| 481 | JOANNE | VAUGHN |
| 482 | KARIN | VAUGHN |
| 483 | KIM ANDREWS | VELASCO |
| 484 | VICTOR | VELASCO |
| 485 | MARIA | VELASQUEZ |
| 486 | MIGUEL | VELASQUEZ |
| 487 | BARBARA | VELENZUELA |
| 488 | PATRICIA | VERNIER |
| 489 | KENNETH | VICKERS |
| 490 | ARTHUR | VILLESCAS |
| 491 | SAUNDRA | VILLESCAS |
| 492 | JOE | VIZCAINO |
| 493 | WANDA | VIZCAINO |
| 494 | MARTHA | VRANICH |

## CAHUILLA PROOFS OF SERVICE

| | FIRST NAME | LAST NAME/CORPORATION |
|---|---|---|
| 495 | ELIZABETH | WADSWORTH |
| 496 | EUGENE | WADSWORTH |
| 497 | BARBARA | WALKER |
| 498 | LARRY | WALKER |
| 499 | CHRISTOPHER | WALTERS |
| 500 | KELLY ALICE | WALTERS |
| 501 | NEAL | WANKET |
| 502 | PEGGY | WANKET |
| 503 | ANNALIE | WEBER |
| 504 | CHRISTOPHER | WEBER |
| 505 | LISA | WEST KLOPF |
| 506 | | WESTERN LAND FINANCIAL |
| 507 | STEVE | WILLIAMS |
| 508 | CHRISTINE | WILSON |
| 509 | DENNIS | WOHLMAN |
| 510 | FIONA | WOHLMAN |
| 511 | HELEN | WONG |
| 512 | RICHARD | WONG |
| 513 | MARIA | WOOD |
| 514 | ROBERTO | WOOD CRUZ |
| 515 | BILLY | WOOTEN |
| 516 | CONSUELO | WOOTEN |
| 517 | DENNIS | WRENN |
| 518 | ROBYN | YOUNG |
| 519 | MICHAEL | ZAPPIA |
| 520 | SUMMER | ZAPPIA |

EXHIBIT C

Ramona Proofs

| | | | | |
|---|---|---|---|---|
| 1. | Kathleen Aberman | 60. | Juan Castro |
| 2. | Luis Acevedo | 61. | Maria Castro |
| 3. | Manuel Aguila | 62. | Jose Castro |
| 4. | Cecilio Aguila | 63. | Norita Ceaser |
| 5. | William Akrawi | 64. | Allen Ceaser |
| 6. | Hemerlinda Alatorre | 65. | Maria Cespon |
| 7. | Daniel Ames | 66. | David ChanFebruary 24, 2011 |
| 8. | Kathryn Ames | 67. | Laurie Chan |
| 9. | Alma A. Anaya | 68. | Estate of Ina Mae Chandler c/o Jeglin Swanson |
| 10. | Robert Stuart Andrews | 69. | Isabel Chaplin |
| 11. | Karen Andrews | 70. | Tang Chin |
| 12. | Anza Viejo c/o Lloyd Mize | 71. | Nan Woo Chin |
| 13. | Alice Archer c/o George Kimball | 72. | Daniel Christopherson |
| 14. | Hector Arieta | 73. | Church of Reformation - who served? |
| 15. | Zita Armenta | 74. | James Clabaugh |
| 16. | Lawrence Armstrong | 75. | Bonnie Clabaugh - wrong one |
| 17. | Helen Armstrong | 76. | Russell Coates |
| 18. | Davetta Austin | 77. | Mark Collins |
| 19. | John Bailes | 78. | Art Combs Trust |
| 20. | Fred Banaga | 79. | Kim Comer |
| 21. | Geraldine F. Banaga | 80. | Erle Comer |
| 22. | Ralph Banuelos | 81. | Maria Contreras |
| 23. | Vince Barbato | 82. | Pamela Cooper |
| 24. | Carmen Barbeito | 83. | Manuel Corral |
| 25. | Carrie Bartholomew | 84. | Lorretta Corrigan |
| 26. | Oribia Barron | 85. | Jesus Cortez |
| 27. | Syd Batin | 86. | Robert Cortez |
| 28. | Guadalupe Batin | 87. | Coufal Enterprises c/o Glen Coufal, Agent for Service |
| 29. | Leticia Baxter | 88. | William Cramer |
| 30. | Dan Baxter | 89. | Janet Cramer |
| 31. | Carlos Bertot | 90. | Susan Crane |
| 32. | Kenneth Bertrand | 91. | Raul Cruz |
| 33. | Darlene Bertrand | 92. | Thomas Culver |
| 34. | Deanna Bello | 93. | William Culviner |
| 35. | Gary Bello | 94. | Suzanne Culviner |
| 36. | Robert Black | 95. | Sandra Cyrus |
| 37. | Eleanor Biack | 96. | Williams Cyrus |
| 38. | Kathryn Blair | 97. | Sherrie Dearman |
| 39. | Glen Bollschweiler | 98. | Rick Delnero |
| 40. | Kyle Booth | 99. | Elizabeth Delnero |
| 41. | Deborah Booth | 100. | Louis DeMartino |
| 42. | Larry Boswell | 101. | Vickie Demenge |
| 43. | Pat Boswell | 102. | Bruce Demenge |
| 44. | Michael Brown | 103. | Anuree Desilva |
| 45. | Vanessa Buccat | 104. | Jayalath Desilva |
| 46. | Brian Burch | 105. | Barry Dickson |
| 47. | Valerie Burgess | 106. | Ronald Dittmer |
| 48. | Ronald Burleson | 107. | Beverly Dittmer |
| 49. | Pamela Hazelett Burleson | 108. | Franklin Dixson |
| 50. | Christopher Burns | 109. | Christie Dixson |
| 51. | Hugo Bustamente | 110. | Jack Doezie |
| 52. | Carmen Bustamante | 111. | Judy Doezie |
| 53. | CA Community Loans First Corp., c/o Timothy Sabo, Agent for Service | 112. | Cliff Dombrady |
| 54. | CLG, Inc., c/o Anita Cantarano, Agent for Service | 113. | Sheila Dombrady |
| 55. | Thomas Caldwell | 114. | Hilary Done |
| 56. | Linda Caldwell | 115. | L. Jean Dores |
| 57. | Hortencia Canales | 116. | Donald Douglas |
| 58. | Terry Cantrell | 117. | Linda Douglas |
| 59. | Alissa Carver | 118. | Kevin Drake |

Hard copies submitted by Alexander, Berkey Williams & Weathers LLP

EXHIBIT
tabbies
C

| | | | |
|---|---|---|---|
| 119. | Donna Duquette | | for Service |
| 120. | Daniel Duquette | 185. | Peter Horton |
| 121. | Rodney Duquette | 186. | Mathew Hundshamer |
| 122. | Andre Durango | 187. | Sara Hundshamer |
| 123. | Miriam Durango | 188. | Marie Huynh |
| 124. | Teresa Durrant | 189. | Ansley Hyman |
| 125. | Robert Eggering | 190. | Doreen Hyman |
| 126. | Linda Ellington | 191. | Irontree Management Co., Inc., c/o Michael |
| 127. | Martha Elliott | | Machado, Agent for Service |
| 128. | John Ellison | 192. | Jesus Jacobo |
| 129. | Carolyn Ellison | 193. | Julie Jacobo |
| 130. | Elliott Engstrom | 194. | Sergio Jimenez |
| 131. | Jean Engstrom | 195. | Yolanda Jimenez |
| 132. | Moises Estrella | 196. | Richard Johnson |
| 133. | Ramiro Estrella | 197. | Clement Johnson |
| 134. | Bertha Estrella | 198. | Sam Johnson |
| 135. | Patricia Fair | 199. | Bambi Johnson |
| 136. | Donald Feeley | 200. | Melinda Johnson |
| 137. | Diane Ferrell | 201. | Trudy Johnston |
| 138. | Roy Ferrell | 202. | Kelli Jones |
| 139. | Leslie Firth | 203. | Leslie Joyner |
| 140. | Sheila Fitzgerald | 204. | Constance Key |
| 141. | Pedro Flores | 205. | George Kimbal |
| 142. | Teresa Flores | 206. | Harry King |
| 143. | Ronald Folmar | 207. | Lynn King |
| 144. | Charlene Franck | 208. | Sherry King |
| 145. | Marcia Freeman | 209. | Kerri King |
| 146. | Tambia Gerbl | 210. | Marlin Kinser |
| 147. | Douglas Gesswein | 211. | Virginia Kinser |
| 148. | Sandra Gesswein | 212. | Martin Klingsporn |
| 149. | Gerald Ginn | 213. | Diana Klingsporn |
| 150. | Victor Godinez | 214. | Ronald Klopf |
| 151. | Maria Godinez | 215. | Lisa West Klopf |
| 152. | Jose Gomez | 216. | William Kohl |
| 153. | Linda Goodheim | 217. | Andrea Milbacher Kohl |
| 154. | Alfredo Gonzalez | 218. | Steven Kran |
| 155. | Fanny Gonzalez | 219. | Sharon Kran |
| 156. | Everett Gordon | 220. | LCL Anza Prop. c/o Terry Cantrell, Agent for |
| 157. | Paul Gray | | Service |
| 158. | Erna Gray | 221. | Starr Lackey |
| 159. | Shelley Green | 222. | Rocco Lanzisera |
| 160. | Brenda Green | 223. | Cheri Lanzisera |
| 161. | Pamela Greyshock | 224. | Jesse Lara |
| 162. | Janet Haake | 225. | Barbara Lara |
| 163. | John Hajek | 226. | Maria Larios |
| 164. | Michele Hajek | 227. | Larry Larsen |
| 165. | William Hall | 228. | Leeyvone Larson |
| 166. | Shawn Hanson | 229. | Charles Lane |
| 167. | Bill Harmon | 230. | Michael Langrell |
| 168. | William Heath | 231. | Celestina Langrell |
| 169. | Robert Hedrick | 232. | Laurence Langrell |
| 170. | Virginia Hedrick | 233. | William R. Langrell |
| 171. | Elado Hernandez | 234. | Lawrence Lawson |
| 172. | Margarita Hernandez | 235. | Kay Lawson |
| 173. | Andrew Hernandez | 236. | Jean Layne |
| 174. | Jennifer Hernandez | 237. | Steven Leash |
| 175. | Julio Herreria | 238. | Martin Leonard |
| 176. | John Hightower | 239. | Veronica Lerida |
| 177. | Leta Hill | 240. | Sidney Licon |
| 178. | Sharon Hillman | 241. | Gloria Licon |
| 179. | Lori Hitchcock | 242. | Larry Linder |
| 180. | Roger Hodgdon | 243. | Richard Lockett |
| 181. | Ruth Hodgdon | 244. | Rene Lopez |
| 182. | Robert Holcomb | 245. | Ricardo Lopez |
| 183. | James Holzer | 246. | Susana Lopez |
| 184. | Hope Trust Deed Co. C/o Jack R.S. Thomas, Agent | 247. | Hermelinda Lopez |



| | |
|---|---|
| 248. | Harry Lorenzen |
| 249. | Patrick Lovato |
| 250. | Robin Lovato |
| 251. | John Love |
| 252. | Terressa Love |
| 253. | Machado Land Inv. Corp., c/o Michael Machado, Agent for Service |
| 254. | Edward Madrid |
| 255. | Susan Madrid |
| 256. | Rose Malalel |
| 257. | Ladislav Malek |
| 258. | Sylvia Malek |
| 259. | Mary Malloy |
| 260. | Manuel Manzo |
| 261. | Camerina Marin |
| 262. | Dennis Markowski |
| 263. | Edward Marquez |
| 264. | Martha Martinez |
| 265. | Edelmiro Martinez |
| 266. | Nemorio Martinez |
| 267. | Leosanta Martinez |
| 268. | Edward Martini |
| 269. | Norma Martini |
| 270. | Bryce Mason |
| 271. | Lindsey Mason |
| 272. | James Matthews |
| 273. | Teri Mattson |
| 274. | Catherine McArdle |
| 275. | Sandra McGinty |
| 276. | Midge McGoldrick |
| 277. | Michele McMillan |
| 278. | Kirby McMillan |
| 279. | Tommie McMillien |
| 280. | Judith Menage |
| 281. | Patricia Metzler |
| 282. | Lucia Meza |
| 283. | Juan Meza |
| 284. | Mi Casa Holding c/o Mary Hsu, Agent for Service |
| 285. | Roy Mills |
| 286. | Carol Mills |
| 287. | John Mikal |
| 288. | Darcy Mikal |
| 289. | Alonzo Mike |
| 290. | Araceli Millan |
| 291. | Jesus Millan |
| 292. | Kenneth Mollie |
| 293. | Scott Mongeon |
| 294. | Nancy Montrey |
| 295. | Ramon Mora |
| 296. | Georgina Mora |
| 297. | Edeltraud Mulford |
| 298. | Ignacio Munoz |
| 299. | Lila Munoz |
| 300. | Gonzalo Murillo |
| 301. | Lilia Murillo |
| 302. | Ronald Neal |
| 303. | Terri Neal |
| 304. | Robert Nelson |
| 305. | Tammy Nguyen |
| 306. | Ponciano Nilo |
| 307. | Josefina Nilo |
| 308. | Linda Niotis |
| 309. | James Odle |
| 310. | Kenneth Ogren |
| 311. | Annette Ogren |
| 312. | Bibiana Ordonez |

| | |
|---|---|
| 313. | Cecilio Orozco |
| 314. | Cristina Orozco |
| 315. | James Palmer |
| 316. | Hernan Pedraza |
| 317. | Judith Pedraza |
| 318. | Rutilio Perez |
| 319. | Dominga Perez |
| 320. | Razelle Perkins |
| 321. | Mary Perkins |
| 322. | Myra Peterson |
| 323. | Clarence Phillips |
| 324. | James Phipps |
| 325. | Vonda Phipps |
| 326. | Sabrena Pizzanello |
| 327. | Lisa Popowich |
| 328. | Edward Powell |
| 329. | Bonnie Powell |
| 330. | Sylvia Quinones |
| 331. | Anna Quintana |
| 332. | Beethoven Quinto |
| 333. | Estrella Quinto |
| 334. | Vicente Ramirez |
| 335. | Leticia Ramirez |
| 336. | Gary Rasmussen |
| 337. | Kristine Rasmussen |
| 338. | David Rice |
| 339. | Joy Richard |
| 340. | Kenneth Richardsonb |
| 341. | Rosalinda Richardsn |
| 342. | Douglas Riech |
| 343. | Manuel Rivera |
| 344. | Ines Rivera |
| 345. | Clayton Rizzi |
| 346. | Cali Rizzi |
| 347. | Michael Roberts |
| 348. | Michelle Roberts |
| 349. | Mary Rochefort |
| 350. | Refugio Rodriguez |
| 351. | Jorge Rodriguez |
| 352. | Kelly Rodriguez |
| 353. | Ignacio Rodriguez |
| 354. | Tina Rodriguez |
| 355. | David Romero |
| 356. | Mary Romero |
| 357. | Jeri Roper |
| 358. | Daryl Roper |
| 359. | Juan Rosales |
| 360. | Sibylle Rosamond |
| 361. | Michael Rosamond |
| 362. | Nasario Rosas |
| 363. | Maria Rosas |
| 364. | Rhonda Rose |
| 365. | Johann Rottler |
| 366. | Christian Rusovick |
| 367. | Tammy Russo |
| 368. | John Russo |
| 369. | SITL, Inv., c/o Joseph Huband, Agent for Service |
| 370. | Arturo Salazar |
| 371. | Carlos Saldana |
| 372. | Rita Saldivar |
| 373. | Luis Sanchez |
| 374. | Olga Sanchez |
| 375. | Greg Sandling |
| 376. | Darcy Skinner Sandling |
| 377. | June Sato |
| 378. | Ramon Savala |

| | |
|---|---|
| 379. | Thomas Scheuber |
| 380. | Cindy Scheuber |
| 381. | John Shanko |
| 382. | Abbas Sharghi |
| 383. | Johanna Kuchler Shatsky |
| 384. | Anne Shed |
| 385. | Diane Sieker |
| 386. | Javier Silva |
| 387. | Maria Silva |
| 388. | Brian Smith |
| 389. | Phillip Solomon |
| 390. | Diana Solomon |
| 391. | Mary Soriano |
| 392. | Robert Soriano |
| 393. | William Stafford |
| 394. | Selena Stafford |
| 395. | Margaret Strachan |
| 396. | Balbina Studans |
| 397. | Narcizo Sualez |
| 398. | Bonnie Sutterfield |
| 399. | John William Swain Trust, c.o Donald Douglas |
| 400. | Cheri Szutz |
| 401. | Randall Szutz |
| 402. | TBG, Inc., c/o Gordon Lanik, Agent for Service |
| 403. | Robert Taylor |
| 404. | Patricia Taylor |
| 405. | Barre Taylor |
| 406. | Eliazar Toledo |
| 407. | Maria Toledo |
| 408. | John Toole |
| 409. | Ricki Toole |
| 410. | Eric Tusler |
| 411. | Karen Tusler |
| 412. | Penny Umbell |
| 413. | Abraham Pineda Valdez |
| 414. | Irene Valdez |
| 415. | Rubin Valenzuela |
| 416. | Ruben Valenzuela |
| 417. | Grace Valenzuela |
| 418. | Grace Kirkham Valenzuela |
| 419. | Leland Vandenburg |
| 420. | Jacquelyn Vandenburg |
| 421. | Joanne Vaughn |
| 422. | Karen Vaughn |
| 423. | Victor Velasco |
| 424. | Kim Andrews Velasco |
| 425. | Miguel Velasquez |
| 426. | Maria Velasquez |
| 427. | Barbara Velenzuela |
| 428. | Kenneth Vickers |
| 429. | Saundra Villescas |
| 430. | Arthur Villescas |
| 431. | Joe Vizcaino |
| 432. | Wanda Vizcaino |
| 433. | Martha Vranich |
| 434. | Eugene Wadsworth |
| 435. | Elizabeth Wadsworth |
| 436. | Barbara Walker |
| 437. | Larry Walker |
| 438. | Kelly Alice Walters |
| 439. | Christopher Walters |
| 440. | Peggy Wanket |
| 441. | Neal Wanket |
| 442. | Christopher Weber |
| 443. | Annalie Weber |
| 444. | Steve Williams |

| | |
|---|---|
| 445. | Christine Wilson |
| 446. | Dennis Wohlman |
| 447. | Fiona Wohlman |
| 448. | Richard Wong |
| 449. | Helen Wong |
| 450. | Roberto Wood (Cruz) |
| 451. | Maria Wood |
| 452. | Billy Wooten |
| 453. | Consuelo Wooten |
| 454. | Dennis Wrenn |
| 455. | Summer Zappia |
| 456. | Michael Zappia |

## PROOFS OF SERVICE - OUT OF STATE INDIVIDUALS

| FIRST NAME | LAST NAME/CORPORATION |
|---|---|
| 1 MICHELYN | BROWN (1) |
| 2 TRANQUELINO | CONTRERAS (1) |
| 3 ZOE | DURHAM (1) |
| 4 JOHNNIE | FITTS (1) |
| 5 STELLA | FREIL (1) |
| 6 JOHN | FRENCH (1) |
| 7 ANA GLORIA | GOMEZ (1) |
| 8 | HUNTER MANAGEMENT, INC. (1) |
| 9 GOVBARDHANARAO | KONERU (2) |
| 10 JOHN | LANSFORD (1) |
| 11 DIANA | LOGSTON (1) |
| 12 LUCINDA | LYNCH (1) |
| 13 DIANE | MANNSCHRECK (2) |
| 14 ROBERT | MANNSCHRECK (2) |
| 15 GREGARY | MARTEL (2) |
| 16 DENNIS | NGUYEN (2) |
| 17 DIANE | NGUYEN (2) |
| 18 WINSTON | NIVER (2) |
| 19 MARIA | PEREZ (2) |
| 20 SALVADOR | PEREZ RAMIREZ (2) |
| 21 DOROTHY | ROHRER (2) |
| 22 MELVYN | |
| 23 | SOUTHWEST MONTANA PLASTIC SURGERY (1) |
| 24 PEGGY | STAGLIANO (2) |
| 25 DONNA | STEWART (2) |
| 26 SAMUEL | STEWART (2) |
| 27 ELAINE | STILLMAN (2) |
| 28 ROBERT | STILLMAN (2) |
| 29 CHARLES | TERRY (2) |
| 30 EDNA LEE | TERRY (2) |
| 31 PHANHOA | TRAN (2) |

(1) Hard copies submitted by Alexander, Berkey Williams & Weathers LLP
(2) Hard copies submitted by McElroy, Meyer, Walker & Condon, P.C.



1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the.

12  entity I represent.

13  Dated 9-26-09

    Signature

    Sharon L Acker

    Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1          I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3          I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7          I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _11 - 3 - 09_

*Brenda Adams*
Signature

*Brenda Adams*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        . I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10 - 14 - 09

                *Connie Adams*
                Signature

14                   Connie Adams

15                   Printed Name

16

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections *to the*

4  *lawsuit,* the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated __10 / 14 / 09__

                                           _Marty R. Adams_
                                           Signature

14

15                                             MARTY R. ADAMS
                                           Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

17

18

19

20

21

22

23

24

25

26

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10/23/09*

    Signature

14

15  Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11/2/09_

                                                  _Suzanne M. Ogay_

14                                          Signature

15                                   _Suzanne M Agajuez_

                                       Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/2/09_

Signature _____

14

Printed Name _STAN AIKEN_

15

16

17   ┌─────────────────────────────────────────────────────────────┐
     │     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
18
Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19   unnecessary expenses of serving a summons and complaint. A defendant who is located
     in the United States and who fails to return a signed waiver of service requested by a
20   plaintiff located in the United States **will be required to pay the expenses of service
     unless the defendant shows good cause for its failure to sign and return the waiver.**
21
"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
22   has been brought in an improper venue, or that the court has no jurisdiction over this
     matter or over the defendant or the defendant's property. If the waiver is signed and
23   returned, you can still make these and all other defenses or objections, but you cannot
     object to the absence of a summons or of service.
24
Following the waiver of service, the Court will set a deadline for your obligation to file an
25   answer or motion under Rule 12. You have no obligation to respond until the Court sets
     the deadline. You will be notified when the Court sets the deadline. If you fail to file an
26   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     respond, a default judgment may be entered against you.

27

28

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  10 - 1 - 0 9

_____
Signature

Timothy Aiton
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-4-2009_

Signature

_Todd M. Aiken_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                        2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 6/22/10

14                                                    Signature

15                                                    William Ainsworth

16                                                    Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

REC'D JUN 22 2010

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9-29-09                                  

                                              Signature

14

15                                              Printed Name

16

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2     copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4     lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5     Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6     the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8     answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9     *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated  9-29-09

                                      Ruth Akers

14                                        Signature

                                      Ruth AKERS

15                                          Printed Name

16

17    ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19    in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22    matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23    object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25    the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26    respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  _10-6-09_ .

                                          ___Deanna Allen___
                                          Signature

14

15                                        _Deanna Allen_
                                          Printed Name

16

17   | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |
     | --- |

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10 -6 -09_

Signature

_Robert Allen_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  _10/26/09_

Signature

Printed Name

14

15

16

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

17

18

19

20

21

22

23

24

25

26

27

28

Aloia, Jeffrey

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated 9/30/09

                                          Signature

14

15                                            Jeffrey M. Aloia
                                        Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

17

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19    in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22    matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23    object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25    the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26    respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009): If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10-01/09__


Signature

KIMBERLY ALVARADO GUTIERREZ
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _11 -14- 09_               _Olga Alvarez_
14                                 Signature

15                              _Olga Alvarez_
                                   Printed Name

16

17      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated Sept 27, 2009

Signature

14   MARTHA M. AMAYA

15   Printed Name

16
17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  *If the waiver is signed and
    returned,* you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28
Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 11|6|09.

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6 - 11    10

  Signature

  DWAYNE ANDERSON
  Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                  2                        Case No. 51-cv-1247

REC'D JUN 15 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and·serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _/- ) ) -2010_

          _____
          Signature

          _David Anderson_
          Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate·in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and· returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7         I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _June 18, 2010_                          _____
                                                    Signature

14

15                                                  _Andy Anderson_

16                                                  Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                    REC'D JUN 28 2010  No. 1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated /–11–2010

    _Linda Anderson_
    Signature

14

15  Linda Anderson
    Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18
19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
    in the United States and who fails to return a signed waiver of service requested by a
20  plaintiff located in the United States **will be required to pay the expenses of service**
    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6·18·10

14                              Signature

15                              Michael Anderson

16                              Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                        2                      Case No. 51-cv-1247

REC'D JUN 23 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/4/09

_Signature_

Printed Name JAMES A. ST. PIERRE

ANZA DEVELOPMENT CORP.

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  10-1-09

Anza Electric Cooperative

*Gloria Britton, Gen Mgr.*
Signature

Gloria Britton
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10-5-09*

                                                    *Shirley Harbeck*

14                                Signature
                              *ANZA FIRST SOUTHERN BAPTIST CHURCH*

15                                   *SHIRLEY HARBECK*
                              Printed Name   *TREASURER*

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

RWG #1371

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  *5-12-10*

14                                         Signature

15                                         *Philip Canaday*, President
                                           Printed Name
16                                         ANZA Mutual Water Co, Inc.

17  ┌─────────────────────────────────────────────────────────────────┐
    │ **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.
    └─────────────────────────────────────────────────────────────────┘
27

28

Anza Ranches Associates

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _5-14-10_

WESTERN RESOURCES, INC., GENERAL PARTNER
ANZA RANCHES ASSOCIATES, LTD.

BY: _Jay Ey, President_
Signature

_JERALD EISENBERG_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN - 4 2010

1     .     I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated /0 - 23 - 0 9

              Signature

14

15               MAry Ann Aguilano

              Printed Name

16

17       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**
20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26 respond, a default judgment may be entered against you.

27

28

Waiver                           2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_____9.29.09_____

     Signature_____

14

15   Printed Name  Tony Aguicaro

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10 - 22 - 09__

Signature

Printed Name _Krikor Arabian_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  10/30/09

Signature

Denisse Arellano
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated   10/1/09

                            *Martha Arriaga*
14                             Signature

                            *Martha Arriaga*
15                             Printed Name

16

17     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _SEPT 29 2009_                    _Fred C. Asher_
                                                Signature

14

15                                              _FREDERICK A. ASHER_
                                                Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  *If you fail to file an*
    *answer or motion on the date ordered by the Court, or fail to obtain an extension of time to*

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *SEPT 29, 09*                    *Marina Asher*
                                            Signature

14                                          *MARINA. ASHER*

15                                          Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

Atkison Trust, Evelyn Dare

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___10/8/09___

              *Kimberly Brandstater, trustee for*

14               Signature   *Evelyn Dare Atkison Trust*

15               *Kimberlee Brandstater*
             Printed Name

16

17      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3        I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _10 - 5 - 09_

                             _Dorothy Babcock,_
                             Signature

                             _Dorothy Babcock_
                             Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Baskus, Lester

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 6/16/2010

 _____
 Signature

 _____
 Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN 18 2010

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated __5/20/10__

Signature _Susan Backus_

Printed Name _SUSAN BACKUS_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                          2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-6-09*

Signature

*H. KEATS BAKER*

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                                        2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  9 - 2 8 - 09

                             Signature

                             ARPE  BANERIAN

                             Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"*Good cause*" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all *defenses* or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___9 - 2 8 - 09___

Signature _____

Printed Name _____  BANERJIAN

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated Oct. 1, 2009

        Anita C. Banta
        Signature

14

        Anita C. Banta
        Printed Name

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/10/09

Signature *Cindy Banta*

14   Printed Name CINDY BANTA

15

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/10/09_

       Signature

       _LOEL_  _BANTA_
       Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                     Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated /0-2-09

         _____
         Signature

         Vincent Scott Banta
         Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  10 - 20 - 09 _____

                                        _____
                                        Signature

14

15                                       Romulo  S.  Banzon
                                        _____
                                        Printed Name

16

17 | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 1/10/10

Signature

Printed Name Iogal Barak

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated _10/1/09_

                                                   _Signature_

                                                 Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10 - 12 - 09_

     Signature _Cindy Barker_

14

15   Printed Name _CINDY BARKER_

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  _MAY 15, 2010_

Clarence Dale + Maxine Barkley
Signature

CLARENCE DALE + MAXINE BARKLEY
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 *Cahuilla Band of Indians and the Ramona Band of Cahuilla*, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated *Oct 6 , 09*

Signature *Howard R Barrett*

15 Printed Name *Howard R. Barrett*

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated _10-14-09_

Signature _Alice Bayley_

Printed Name _Alice Bayley_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9/28/2009

_A.Y. R. Bazar_
Signature

_ANDY R. BAZAR_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                  2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated **9/28/2009**                          Signature **Nom F. Bn/**

14                                                **NORA F. BAZAR**

15                                                Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses and objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. *If you fail to file an*
     *answer or motion on the date ordered by the Court, or fail to obtain an extension of time to*

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.
3        I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.
7        I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.
13   Dated  6-9-10

Signature

Fredrick K. Beard
Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

Waiver                                   2                          Case No. 51-cv-1247

RECD JUN 11 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated    6-9-10

Signature

Susan C. Beard

Printed Name

14   
15   
16   
17
   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27   
28

REC'D JUN 11 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/29/09

Signature

Printed Name  DONALD R BECKER

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who *is located* in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 09-28-2009        *James Bell*
                             Signature

14                          James Bell
15                          Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  9-28-2009

    *Sharilyn Bell*
    Signature

14

15  SHARILYN BELL
    Printed Name

16

17  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

    Waiver                                  2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated 10/25/09          *John C Bell*
                               Signature

14

15                            John C Bellesi
                               Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                         2                       Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me *or the*

12   entity I represent.

13   Dated 10|25|09

_Paula S Bellesi_
Signature

_Paula S Bellesi_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10-20-09__                        *Patricia P. Benson*
                                               Signature

14
                                               PATRICIA C. BENSON
15                                             Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated   *10 - 19 - 09*

      _____
      Signature

      _____
      Printed Name   *PHILIP J. BENSON*

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___6-20-10___

14  _____
    Signature

15     Helen Bentley

16  Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States will be required to pay the expenses of service

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
    matter or over the defendant or the defendant's property. If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
    object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12. You have no obligation to respond until the Court sets
    the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
    respond, a default judgment may be entered against you.

27

28

Waiver                                2                            Case No. 51-cv-1247

REC'D JUL 5 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-9-09_         BERRINCHE L.P.

                                Jorge S Medina G.P.

14                              (Signature)

15                            JORGE L MEDINA

                          Printed Name  GENERAL PARTNER

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _Oct. 6, 2009_

Signature

MARILYN BORRO
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   10-11-09

Signature

Ramona Berry
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                              2                        Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _oct 11, 2009_

    *Robert L Berry*
    **Signature**

14  Robert L. Berry

15  **Printed Name**

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

    Waiver                           2                    Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated ___6-11-10___

Signature

Printed Name ___Brian Biggers___

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" *does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, *a default judgment may be entered against you.*

Waiver                                    2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9/30/09_

Signature

Printed Name

16

17

| DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS |
|---|

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _9/30/09_

Signature

_JONATHAN K BLACKBURN_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. . If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                    2             Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10/5/09__

     _Stephen Blackwell_
     Signature

14

15   _STEPHEN BLACKWELL_
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *9-28-09*

                                           *Sharon Blocher*

14                                            Signature

                                         *SHARON BLOCHER*

15                                            Printed Name

16

17   | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9-25-09

     _Laura Boerner_
     Signature

14

15   _LAURA BOERNER_
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-25-09

Signature

*ROBERT BOERNER*
Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                   2                        Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  /0-20-09

_____
Signature

*FRAUKE  BOKKES*
_____
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. *If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.*

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets *the deadline.* You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Bonavita, Marie Vella

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:**                                    _Yvonne DiCecco_   Marie Vella-Bonavita
                                                  Signature

12                                                _YVONNE DiCECCO_   MARIE VELLA-BONAVITA

13                                                **Printed or Typed Name**

14

15                  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint.  A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property.  If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court.  If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28   summons had been served.

Boniver, Timothy

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10 . 1 . 09_

_____
Signature

_____
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-20-09_

Signature

Printed Name  CLaude  Bonnet

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10/20/2009__

     _Katherine Bonnet_
     Signature

14

     _Katherine Bonnet_
     Printed Name

15

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "*Good cause*" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                               2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-13-09*

14   _____
     Signature

15   _____
     Printed Name

16

17   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-23-09_

                                 _____
14                                     Signature

15                                     Jeffrey L. Bosen

16                                     Printed Name

17

| **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |
|---|
| Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.** |
| "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service. |
| Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you. |

Bosen, Shirleen

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   10/23/09

Signature

Shirleen Bosen
Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10·25·09

Signature

BERNARDINA   BOWERS
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  10/13/09

Signature *Michael Bowers*

Printed Name *Michael Bowers*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. *A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States* **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                      2                          Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   6 · 7 · 10

                                      _(signature)_

14                                  Signature

15                                  PATRICK D. BOWERS

16                                  Printed Name

17  

18         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

22  

23  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

24  

25  

26  

27  

28  

REC'D JUN - 9 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _MAY 12/2010_

                                       Signature _Edwin F. Brachman_

14

15                   _EDWIN F. BRACHMAN_

                              Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated___*10/29/09*___

Signature

*BLAZ BRAJEVICH*

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  _11-07-09_

    _Evelyn T. Brajevich_
    Signature

14

15  _Evelyn T. Brajevich_
    Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _/C - 5 - C9_

Signature

_Frieda Grace Brandls_
Printed Name

16

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all *other defenses* or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _10/05/2009_

_____
Signature

GREGORY JAY BRANDS
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a *summons or of service.*

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do *not obtain an*

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-13-09_

*Faye Breakfield*
Signature

_FAYE BReAKField_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. *If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.*

---

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11/20/09

   _Kelly Brengle_
   Signature

   _Kelly Brengle_
   Printed Name

16   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in
18   saving unnecessary expenses of serving a summons and complaint. A defendant
     who is located in the United States and who fails to return a signed waiver of
19   service required by a plaintiff located in the United States **will be required to pay**
     **the expenses of service unless the defendant shows good cause for its failure to**
20   **sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the
     lawsuit has been brought in an improper venue, or that the court has no jurisdiction
22   over this matter or over the defendant or the defendant's property. If the waiver is
     signed and returned, you can still make these and all other defenses or objections,
23   but you cannot object to the absence of a summons or of service.

24   If you waive service, then you are not required to serve an answer or a motion
     under Rule 12 on the plaintiffs and file a copy with the Court until further ordered
25   by the Court. If an answer or motion is not served on the date ordered by the
     Court, or an extension of time to respond is not obtained, a default judgment may
26   be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated/*Ocт  2009*            _____
                                 Signature

14
                                 *Moniкн Brott - Screll*
15                               Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a *summons or of service.*

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated Oct 5, 2009          *James W Bridge*
                                  Signature

14

15                              James W. BRIDGE
                                  Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                            2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated /0/20/09

   _____
   Signature

14

15   KATHRYN E. BRIDGE
   _____
   Printed Name

16

17

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                          2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/5/09_

     _Leslie Bridge_
     Signature

14   _Leslie  Bridge_

15   Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___2-16-10___

     _Winifred Ann Briggs_
     Signature

14

15   _Winifred Ann Briggs_
     Printed Name

16

17   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                               2                        Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated 10/19/09

                                     _Paula K Briles_
                                     Signature

10                                    Paula K. Briles
11                                    Printed Name

12
13  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
15  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
16  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
18  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
21  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
22  respond, a default judgment may be entered against you.

23
24
25
26
27
28

Waiver                                    2                        Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3  ⠀⠀· · I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated 10/19/09

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Signature

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Scott Briles

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot *object to the absence of a summons or of service.*

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-1-09_

                           *Gloria Britton*
Signature

14                             GLORIA BRITTON

15                             Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated   10-1-09

Signature

LEON BRITTON

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5/4/2010

        Signature 

15      Printed Name E RIN BRUNSON TYNOR

17   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                         Case No. 51-cv-1247

Bryant, Estate of Gene R.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-28-09*

Signature

CURTIS BRYANT
Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated _11-5-09_

Signature

Printed Name _Phyllis Buck_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                     2                        Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated *MAY 5, 2010*

   _____
   Signature

10

11 *FRANKLIN BUCKLAND*
   Printed Name

12

13

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
15  unnecessary expenses of serving a summons and complaint. A defendant who is located
    in the United States and who fails to return a signed waiver of service requested by a
16  plaintiff located in the United States **will be required to pay the expenses of service
    unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
18  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
22  respond, a default judgment may be entered against you.

23

24

25

26

27

28

---

Waiver                                    2                      Case No. 51-cv-1247

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated *MAY 5, 2010*

*Kathryn Buckland*
Signature

*KATHRYN BUCKLAND*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

*Budget Finance*

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

Budget Finance Company

13   Dated  10-16-09

Signature

Sheldon Cohn, President

14

15   Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19·  in the United States and who *fails to return a signed waiver of service* requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                      2                              Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _Sept. 29, 2009_

_Marjorie Buschmann_
Signature

_MARJORIE BUSCHMANN_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated *10-1-2009*

Signature

Printed Name *Robert E Buschmann*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _6/7/10_

*Jeffy P. Bushnell*

14  Signature

*JEFFREY P. BUSHNELL*

15

16  Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver

2

Case No. 51-cv-1247

REC'D JUN 1 0 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6/7/10                    *Patricia Bushnell*
                                       Signature
14
                                       *Patricia Bushnell*
15                                     Printed Name
16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. *If the waiver is signed and
     returned*, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                            2                        Case No. 51-cv-1247

REC'D JUN 10 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _6 — 6 — 10_

14                      Signature

15

16                      Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19  unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a

20  plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

27

28

REC'D JUN - 8 2010