1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10/2/09

     *Deane Ellen Calhoun*
     Signature

14

15   *Deane Ellen Calhoun*
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated /O-2-O9
                      *Robert H Calhoun*

14                                     Signature

15                              *Robert H CALHoun*
                                     Printed Name

16

17 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25 the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   *10/18/09*

                              *Anita H Callender*
                              Signature

14

                              *Anita G. Callender*

15                                 Printed Name

16

17         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed *waiver of service* requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                            2                             Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 10 /18 /2009              *Leslie Callender*
                                    Signature

14
                                    LESLIE CALLENDER
15                                  Printed Name

16

17  ┌──────────────────────────────────────────────────────────────────┐
    │  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
18  │
    │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19  │  unnecessary expenses of serving a summons and complaint.  A defendant who is located
    │  in the United States and who fails to return a signed waiver of service requested by a
20  │  plaintiff located in the United States **will be required to pay the expenses of service
    │  unless the defendant shows good cause for its failure to sign and return the waiver.**
21  │
    │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
22  │  has been brought in an improper venue, or that the court has no jurisdiction over this
    │  matter or over the defendant or the defendant's property.  If the waiver is signed and
23  │  returned, you can still make these and all other defenses or objections, but you cannot
    │  object to the absence of a summons or of service.
24  │
    │  Following the waiver of service, the Court will set a deadline for your obligation to file an
25  │  answer or motion under Rule 12.  You have no obligation to respond until the Court sets
    │  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
26  │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
    │  respond, a default judgment may be entered against you.
    └──────────────────────────────────────────────────────────────────┘

27

28
    Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-2-2009*

Signature _Jesus A. Camjoreu_

14

15   _Jesus A. CAMARENA_.
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_

Signature _____

14

Robin Campbell

15   Printed Name

16

17   ## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

RECD JUN 10 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  5/5/10

*Ronald J Campbell*
Signature

*RONALD J CAMPBELL*
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 6-28-10                              _Brenda Campos_
                                                 Signature
14
15                                               Brenda Campos
                                                 Printed Name
16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                           2                       Case No. 51-cv-1247

REC'D JUL   1 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___5/22/10___

14                                           _____
                                                      Signature

15                                           *PHILIP CANADAY*

16                                                   Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service

20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an

26   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     respond, a default judgment may be entered against you.

27

28

Waiver                                        2

                                                              Case No. 51-cv-1247

REC'D JUN 23 2010

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7.        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___11/1/09___

                                    Signature

14

15                              Mark Canchola
                              Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11-1-09

_____
Signature

_____
Tena Canchola
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                          Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 9·27·09

*John Cannon*
Signature

*John Cannon*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver
2
Case No. 51-cv-1247

1    Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2    service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4    answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

5    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

6    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7    extension of time within which to do so, a default judgment will be entered against me or the

8    entity I represent.

9    Dated *10-10-09*

    *Anita M. Cantarano*
    Signature

10       *ANITA  M.  CANTARANO*

11       Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, *you can still make* these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be *notified when the* Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  5-20-10

      Signature

15      Printed Name  PAULA CARLSEN

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
20  unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5-20-10

Signature

VERNON K CARLSEN
Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                      Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/5/09_           _Jody Capot_
                                          Signature

14

15                                      _Jody Carpenter_
                                    Printed Name

16

17

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19  unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
20  plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                   2                             Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-5-09*

    Signature

14       *Scott Carpenter*

15       Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                 2                 Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, *a default judgment will be entered against me* or the

12   entity I represent.

13   Dated _Oct 29, 2009_

                                            _Helen C Carr_
                                            Signature

                                            _Helen C. CARR_
                                            Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                              2                          Case No. 51-cv-1247

1    ·I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *29 Oct 2009*

                                                   Signature

14

15                                    Printed Name

16

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

17

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19·  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You·will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-15-09*

   Signature

14

15   DOUGLAS CALDEL
   Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint.  A defendant who is located
   in the United States and who fails to return a signed waiver of service requested by a

19   plaintiff located in the United States **will be required to pay the expenses of service
   unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-15-09*

Signature

Printed Name  *Kim L. Caudel*

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed *waiver of service* requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated OCT 25, 2009

                                    Signature

15                                       FRANK J. CERNY
                                    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10-25-2009

                                                 _____
                                                 Signature

                                                 MARY T CERNY
                                                 Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___10/11/09___

Signature

_Leigh Ann Chai_
Printed Name

16
17   | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |
18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/8/09_

Signature _Priscilla Chase_

Printed Name _Priscilla Chase_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7         I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10·7·2009_                    _Jane Chastain_
                                          Signature

14                                        Jane Chastain

15                                        _____
                                          Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10·7·09_                                                     _____
                                                                          Signature

14                                    (J. Roger) J. Chastain
15                                                                        Printed Name

16
17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28

Waiver                                   2                      Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  *11 / 1 / 09*

                                 *C. R. Cee*

                                 Signature

14

                                 *CHARLES R. CHEEK*

15                                   Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18

19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

22

23

24  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11/1/09

     Signature

14

15   Printed Name  *Nyna Cheek*

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                          2                   Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _9-25-09_

    Signature _Yunjung Michael Chen_

14

15  Printed Name _Yunjung Michael Chen_

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9. 26. 09

               Signature

15                 DAE CHULL, CHOi
               Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does *not* include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _9-30-09_

Signature

Printed Name _Sook Ja Choi_

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_____                _____
                                               Signature

14
                                               _____
15                                             Printed Name   ROSEMARY CLARK

16

17   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                            2                      Case No. 51-cv-1247

To: Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302

Re: 95 Mescalero Court
    Aguana, CA 92536
    Water Rights Litigation
    Ref Case No  51-cv- 1247- GT- RBB

Title is currently held by:  Marshall C. Claytor and Donna L. Claytor as trustees of The
Claytor Family Trust dated May 13, 2005.

We purchased the above lot on July 1, 2009.  The former owner was:
Christopher G. Trenholm, Jr. and Tamara A. Trenholm as trustees of the Trenholm
Family Trust, U.D.T., Dated April 2, 2008.

I think the former owners might have been served after the lot was transferred, but not
sure they were served.  We, the current owners have not been served.

Enclosed is the signed "Waiver of Service" summons.  Please return in the enclosed
envelope a copy of the waiver and acknowledgement that you received it.

Thank you,

_Marshall C. Claytor_      Date _May 5, 2010_
Marshall C. CLAYTOR Trustee
_Donna L. Claytor_      Date _May 5, 2010_
Donna L. CLAYTOR Trustee

Trustees of The Claytor Family Trust dated May 13, 2005.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *May 5, 2010*                    Signature *Marshall C. Clayton*

14

15                                          *Marshall C. CLAYTOR*
                                            Printed Name

16                                          *Trustee for CLAYTOR Family Trust dated May 13, 2005*

17   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                        Case No. 51-cv-1247

Clear View Ranch

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   10/4/09

_____
Signature

_____
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9/30/09

Signature

Printed Name   *David P. Clegg*

38075 Bahrman Road, Anza CA 92539

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/30/09

Signature

Printed Name  *Linda C. Clegg*

38075 Bahman Rd, Anza CA 92539

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. *If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.*

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9·30·09

      Signature  *Kathy Coats*

15   Printed Name  KATHY COATS

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  12-1-09

                                   *Fred Cochrane*
Signature

14

15                                     FRED Cochrane
                                   Printed Name

16

---

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _12/1/09_            *Natalie Cochrane*
                                _____
14                              Signature

                                *Natalie Cochrane*
15                              _____
                                Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────┐
     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────┘

27

28

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated  _10/6/09_

    *Mary Jo Coffin*
    Signature

15     MARY Jo Coffin
    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3        I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated __5-6-10__

    _Christine D Cook,_
    Signature

10

11  _Christine D. Cook_
    Printed Name

12

13  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
15  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
16  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
18  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
22  respond, a default judgment may be entered against you.

23

24

25

26

27

28

Waiver                                          2                          Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated   5-6-10

   Signature

   Printed Name   Ronald E. Cook

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation *to respond* until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated _October 17, 2009_        _Laurelle Cook_
                                     Signature

10                                   _Laurelle Cook_

11                                   Printed Name

12

13   ┌─────────────────────────────────────────────────────────────────────┐
     │       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**       │

14   │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     │  unnecessary expenses of serving a summons and complaint.  A defendant who is located

15   │  in the United States and who fails to return a signed waiver of service requested by a
     │  plaintiff located in the United States **will be required to pay the expenses of service**

16   │  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17   │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     │  has been brought in an improper venue, or that the court has no jurisdiction over this

18   │  matter or over the defendant or the defendant's property.  If the waiver is signed and
     │  returned, you can still make these and all other defenses or objections, but you cannot

19   │  object to the absence of a summons or of service.

20   │  Following the waiver of service, the Court will set a deadline for your obligation to file an
     │  answer or motion under Rule 12.  You have no obligation to respond *until the* Court sets

21   │  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22   │  respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────────┘

23

24

25

26

27

28

Waiver                              2                         Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _October 17, 2009_                    _Ernest Coon_
                                              Signature

10                                             _Ernest Coon_

11                                             Printed Name

12

13   ┌─────────────────────────────────────────────────────────────────┐
     │ **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
14   │
     │ Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
15   │ unnecessary expenses of serving a summons and complaint. A defendant who is located
     │ in the United States and who fails to return a signed waiver of service requested by a
16   │ plaintiff located in the United States **will be required to pay the expenses of service
     │ unless the defendant shows good cause for its failure to sign and return the waiver.**
17   │
     │ "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
18   │ has been brought in an improper venue, or that the court has no jurisdiction over this
     │ matter or over the defendant or the defendant's property. If the waiver is signed and
19   │ returned, you can still make these and all other defenses or objections, but you cannot
     │ object to the absence of a summons or of service.
20   │
     │ Following the waiver of service, the Court will set a deadline for your obligation to file an
21   │ answer or motion under Rule 12. You have no obligation to respond until the Court sets
     │ the deadline. You will be notified when the Court sets the deadline. If you fail to file an
22   │ answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     │ respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────┘
23

24

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10-12-09

Signature

Donald L Cooper

Printed Name

16

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _10 - 12 - 09_

Signature

Printed Name _Robin L. Cooper_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                        2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _Oct 1, 2009_

_____
Signature

_____
Printed Name  Trevor Corman

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated 29 Oct, 2009

   Christopher S. N.
   _____
   Signature

   Christopher S. Hill / Kirton + McConkie
   _____
   Printed Name
   Attorneys for Corporation of the Presiding
   Bishop of the Church of Jesus Christ of Latter-day
   Saints

10

11

12

13  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

15  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States will be required to pay the expenses of service

16  unless the defendant shows good cause for its failure to sign and return the waiver.

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

18  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22  respond, a default judgment may be entered against you.

23

24

25

26

27

28

Waiver                                  2                        Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10-9-09*                                  *Raymond K. Cote*
                                                      Signature

14                  *GLADYS M. COTE*
                    *DIED ON JUNE 23 2008*            *RAYMOND K. COTE*
15                                                    Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                               2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/25/09

     Signature

     JOHN CRONK
     Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  5/5/10

Signature

KATHLYN CURNOW
Printed Name

16
17
   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States will be required to pay the expenses of service
20  unless the defendant shows good cause for its failure to sign and return the waiver.

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27
28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 3/30/10

                       _David Cutler_
                       Signature

                       _David Cutler_
                       Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                      2                            *Case No. 51-cv-1247*

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 3/30/10                        Donalyn Cutler
                                           Signature

14                                         Donalyn Cutler
15                                         Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────┐

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
*plaintiff* located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and *return the waiver*.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
*respond*, a default judgment may be entered against you.

24

25

26

27

28

Waiver                               2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10/19/09*

*Ruth E. Cyriacks, Trustee*
*of Donald A. Cyriacks Family Trust*
Signature  EIN #27-6262857

14   

15   *Ruth E. Cyriacks, Trustee*
Printed Name
*of Donald A. Cyriacks Family Trust*
*EIN # 27-6262857*

16   

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
19   plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

20   

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27   

28   

Waiver                                         2                        Case No. 51-cv-1247

DK QUALITY CONSTRUCTION

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *9-29-09*

     Signature

     Printed Name   *Daniel R Krueger*

16
17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27
28

Waiver                                2                          Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3      I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court: *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated  *10/7/09*

   _____
   Signature

10

11 _____
   Printed Name

12

13 ┌─────────────────────────────────────────────────────────┐

   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located
15 in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States **will be required to pay the expenses of service**
16 **unless the defendant shows good cause for its failure to sign and return the waiver.**

17 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this
18 matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot
19 object to the absence of a summons or of service.

20 Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets
21 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
22 respond, a default judgment may be entered against you.

   └─────────────────────────────────────────────────────────┘

23

24

25

26

27

28

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated _10/7/09_

    Signature

10

    Renette R. Davies

11  Printed Name

12

13  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

15  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

16  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

18  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22  respond, a default judgment may be entered against you.

23

24

25

26

27

28

    Waiver                                    2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-9-09_

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10-9-09

     _____
     Signature

14

15   _____
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. *If you fail to file an*
     *answer or motion on the date ordered by the Court, or fail to obtain an extension of time to*
26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated ___11/1/09___

     *Mary Lou Dawson*
     Signature

14

15    Mary Lou Dawson
     Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. *If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.*

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___11/1/09___

Signature

Ronald Dawson

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _Dec 2, 2009_

_[signature]_
Signature

DEBORAH  DEBOER
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond *until the Court sets* the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1         I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7         I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints.* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-11-2009_

                                                    Signature

14

15                                              _VIRATANA & KALLIKA DEEDAS_

                                           Printed Name

16

---

17    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19    in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22    matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23    object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25    the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26    respond, a default judgment may be entered against you.

---

27

28

Waiver                              2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10-25-09

     _____
     Signature

14

15   _____
     Printed Name
     JOAN DeFAZIO

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated ___Oct · 27 – 09___

               ___Santo De Fazio___
               Signature

14

15                ___SANTO DE FAZIO___
               Printed Name

16

17 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22 has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and

23 returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 10/29/09

Josefina De Filippis
Signature

Josefina De Filippis
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _Sept 30, 2009_

        _____
        Signature

14

15          _Phil De Gregory_
        Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6/7/2010

14                                    Signature

15                                      Jocelyn Delgado

16                                      Printed Name

17   

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27   

28   

Waiver                                     2                              Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6-9-10

14                                 Signature

15                                 LORFY DELGADO

16                                 Printed Name

17

18      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20  

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

22  

23  

24  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

25  

26  

27  

28  

REC'D JUN 11 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-1-09*

    Signature

    DONNA S. DEMARCO
    Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___10 - 1 - 0 9___

                         _____
14                           Signature

15                           RICHARD G. DeMARCO
                         Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 09/28/09

Signature

PATRICIA L. DENHAM
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation *to respond until the Court sets the deadline.* You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                        2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  *9-28-09*

              Signature

14

15                 *Steven M. Denham*

              Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     *returned*, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                    2                  Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 3 May 2010

    /ma Mar
    Signature

15  /ma Mary Dennis
    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets *the deadline.* You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __3 May 2010__

                                     *Patrick Dennis*

14                                       Signature

                                     PATRICK DENNY

15                                        Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19   unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _Sep. 29  2009_

        Signature _____

14

15        _PHIL A. DENZEL_
          Printed Name

16

17  ┌─────────────────────────────────────────────────────────────────┐
    │     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**      │

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.
    └─────────────────────────────────────────────────────────────────┘

27

28

Waiver                          2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/2/09_

     *Clarence De Vries*
     Signature

14

15   CLARENCE DE VRIES
     Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  *10-2-09*

                                           *Joyce De Vries*

14                                    Signature

15                                   *Joyce De Vries*

                                 Printed Name

16

17          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101, Encinitas, CA 92024
    Tel: 760-942-8505, Fax: 760-942-8515
3   marco@coastlawgroup.com

4   Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
5   McELROY, MEYER, WALKER & CONDON, P.C.
    1007 Pearl Street, Suite 220, Boulder, CO 80302
6   Tel: 303-442-2021, Fax: 303-444-3490
    smcelroy@mmwclaw.com, ccondon@mmwclaw.com
7   *Attorneys for Plaintiff in Intervention,*
    *Cahuilla Band of Indians*

8

9   Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
    & WEATHERS, L.L.P.
10  2030 Addison Street, Suite 410, Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
11  cberkey@abwwlaw.com
    *Attorneys for Plaintiff in Intervention,*
12  *Ramona Band of Cahuilla*

13              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA

14
15  UNITED STATES OF AMERICA,              )
                                           )
16         Plaintiff,                      )
                                           )
17  RAMONA BAND OF CAHUILLA,               )     Case No. 51-cv-1247-GT-RBB
    CAHUILLA BAND OF INDIANS,              )
18                                         )
           Plaintiffs in Intervention,     )
19                                         )     **WAIVER OF SERVICE OF SUMMONS**
           v.                              )
20                                         )
    FALLBROOK PUBLIC UTILITY               )
21  DISTRICT, et al.,                      )
                                           )
22         Defendants.                     )
    _____    )

23  **TO:**  **Scott B. McElroy**                  **Curtis G. Berkey**
24           **Attorney for the Cahuilla Band of Indians**   **Attorney for the Ramona Band of Cahuilla**

25         I have received your request to waive service of a summons in this lawsuit, along with a

26  copy of the second amended complaints, two copies of this waiver form, and a prepaid means of

27  returning one signed copy of the waiver form to you without cost to me.

28

    Waiver                              1                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___9/22/2009___

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _Oct. 3 2009_                                _Christine A Domenichini_
                                                       Signature

14                                                     _Christine A Domenichini_

15                                                     Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _12-16-09_

Signature _Karen H Donley_

Printed Name _KAREN H. DONLEY_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                      2                            Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _12-16-09_

Signature

14

15   _Ronald L. Donley_
Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                        2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10 Oct 09

Signature

Donald A Downing

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2     copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4     lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5     Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6     the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8     answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9     *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated_____

                 Signature

15                 Rebecca Downing

                 Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   6-17-10

14                                                             _Diane D. Dunagan_
                                                              Signature

15                                                             DIANE D. DUNAGAN
16                                                             Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                    2                          Case No. 51-cv-1247

REC'D JUN 21 2010

DuNAgan
#661

1    I, or the entity I represent, agree to save the expense of servi

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6 - 17 - 10

    Signature

    Printed Name

    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
    in the United States and who fails to return a signed waiver of service requested by a
    *plaintiff* located in the United States **will be required to pay the expenses of service
    unless the defendant shows good cause for its failure to sign and return the waiver.**

    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
    matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
    object to the absence of a summons or of service.

    Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
    the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
    respond, a default judgment may be entered against you.

REC'D JUN 21 2010

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated   *9 - 29 - 09*

Signature

Printed Name  *Art J Oyle*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated 9 - 29 - 09

    _Tammy a Dyk_
    Signature

    _Tammy A Dyck_
    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.