1    Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2    service.

3        I also understand that I, or the entity I represent, am not required to file and serve an

4    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7    extension of time within which to do so, a default judgment will be entered against me or the

8    entity I represent.

9    Dated _/0/2/2009_

                          Signature

10

11                             _SAHIR  HADDAD_
                            Printed Name

12

13    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

15    in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

16    **unless the defendant shows good cause for its failure to sign and return the waiver.**

17    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

18    matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

19    object to the absence of a summons or of service.

20    Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets

21    the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22    respond, a default judgment may be entered against you.

23

24

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6/8/10

Signature

Printed Name  *Chris Haley*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service **unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN 11 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6/8/10

_____
Signature

JAMES HALLEY
Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                    2                          Case No. 51-cv-1247

REC'D JUN 14 2010

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated  _6-8-10_

                                  *Cristina Halley*

14                                 Signature

15                                 *Cristina Halley*

16                                 Printed Name

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

REC'D JUN 14 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated 10|8|09

Signature

Printed Name _Donnie Hamilton_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated: 10/19/09

     Kathryn A. Hamilton
     _____
     Signature

14
     Cathryn M. Hamilton
     _____
15   Printed Name

16
17   ┌─────────────────────────────────────────────────────────────────┐
     │        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**   │
18   │                                                                   │
     │ Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving │
19   │ unnecessary expenses of serving a summons and complaint.  A defendant who is located │
     │ in the United States and who fails to return a signed waiver of service requested by a │
20   │ plaintiff located in the United States **will be required to pay the expenses of service** │
     │ **unless the defendant shows good cause for its failure to sign and return the waiver.** │
21   │                                                                   │
     │ "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit │
22   │ has been brought in an improper venue, or that the court has no jurisdiction over this │
     │ matter or over the defendant or the defendant's property.  If the waiver is signed and │
23   │ returned, you can still make these and all other defenses or objections, but you cannot │
     │ object to the absence of a summons or of service. │
24   │                                                                   │
     │ Following the waiver of service, the Court will set a deadline for your obligation to file an │
25   │ answer or motion under Rule 12.  You have no obligation to respond until the Court sets │
     │ the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an │
26   │ answer or motion on the date ordered by the Court, or fail to obtain an extension of time to │
     │ respond, a default judgment may be entered against you. │
27   └─────────────────────────────────────────────────────────────────┘

28

Waiver                              2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10-11-09*

Signature *Beatrice Hammerstrand*

15  Printed Name *Beatrice Hammerstrand*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated __10/14/09__

Signature

*CATHERINE  HANLEY, TRSTE.*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                              2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  *10/23/09*

_____
Signature

_____
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 10/23/09

Signature

Printed Name  Gale Harpole

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _9/25/09_

Signature

Printed Name _Richard H. Hasselmann_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                             2                                  Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 7-29-09

Signature

RALPH E HATCHER
Printed Name

16
17
18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9-29-09

Signature *Dorthy J. Hatcher*

Printed Name *Dorthy J. Hatcher*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.
3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.
7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated _10 - 08 - 09_            _Richard Hawes_
                                      Signature

14
15                                   _Richard Hawes_
                                      Printed Name

16
17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a *belief* that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28

Waiver                                    2                        Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 10 – 08 – 09

Signature _____

Printed Name _____

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed *waiver of service* requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver         2         Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated  *10/11/09*

   Signature

   *MYRNA HAWTHORN*
   Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11-3-09

                                      *Richard DeB*
14                                       Signature

                                      Richard DeBets
15                                         Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated __11-3-09__

Signature

Printed Name __Gail Hebets__

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all *other defenses or objections, but you cannot object to the absence of a summons or of service.*

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  11/5/09

Signature

Jayson W. Nebeb

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11/5/09

Signature *Carolyn A. Hebets*

Printed Name *Carolyn A. Hebets*

16
17
---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *3/2/10*

_Lisa Heckethorn_
Signature

_Lisa Heckethorn_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated /0-28-09

                                           Signature

                                         Christopher P Hentschel

                                         Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11-4-09_

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *JUNE 2 -10*     *Marvin Henderson*

14                Signature

15               *MARVIN HENDERSON*

16               Printed Name

17

18      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

REC'D JUN - 8 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10 - 27 - 09*

_____
Signature

*Eunice Henderson*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all *other defenses* or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10 – 27 – 09*

                                                 _Noah Henderson_
14                                                   Signature

15                                               _NOAH HENDERSON_
                                                 Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                         2                                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 7-27-09

     _Signature_

     David Hendry
     Printed Name

16

17

18

> **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
>
> Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**
>
> "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.
>
> Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated 9-27-09

Signature

Cindy Hendrey
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _Cpil 20, 2010_

                                          _Id Davy Idenki_, Co-Administrator
                                          Signature  for M. Henkin estate

14

15                                        _Hilary S. Henkin_
                                          Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, *but that I waive any objections to*

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _11-20-09_

                                  *Rhonda F. Hicks*
14                                    Signature

15                                    Rhonda F. Hicks
                                  Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. *If the waiver is signed and*
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11/1/09_ _____

     Signature

     _TROND E HELDAHL_

     Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __11/9/09__

Signature

Printed Name __JAMES W. HILE__

<div style="border:1px solid black; padding:10px">

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

</div>

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/5/09_

                                    Signature

14                                    BRETT HIRSCHI

15                                    Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter *or over the defendant or the defendant's property.* If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated__ 11/1/09 ___

    Signature

15 *Robert J. Hjelm*
    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  11/10/09

Signature

CHARLENE HODGES
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Hodges, Alloway, Denise

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _____

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  10/4/09

Signature _____

Printed Name  Marc Hoffing

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

RWG ID#

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  5-14-10

Signature  *Sylvia J Hoffmaster*

14

15  Sylvia J. Hoffmaster
Printed Name
Lot 24-3, Member Anza Water District

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

19

20

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

22

23

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

25

26

27

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   11/14/09

         *Lester Hoover*
         Signature

14       *Lester Hoover*

15       Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    *Cahuilla Band of Indians and the Ramona Band of Cahuilla*, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11 - 1 - 09

Signature

Sacha Hope

Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to *respond, a default judgment may be entered against you.*

---

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 11·23·09

Signature

EDWARD HOPKINS
Printed Name

RWB ID# 830

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 11-23-09 _____        _Nancy Hopkins_
                                 Signature

14                               NANCY HOPKINS
15                               Printed Name

                                 RWG ID # 830

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                            2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/29/2009

   _Linda Hopkins_
   Signature

14

15   LINDA HOPKINS
   Printed Name

16

17

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   *in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States* **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  *If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.*

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a *default judgment* will be entered against me or the

12   entity I represent.

13   Dated  9/29/2009

Signature  *John Hopkins*

14

15   Printed Name  John Hopkins

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  *10-10-09*                        _____
                                              Signature

14
                                             _____
15                                            Printed Name   William T Hosband

16

17   ┌─────────────────────────────────────────────────────────────────┐
     │          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
18   │
     │   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19   │   unnecessary expenses of serving a summons and complaint. A defendant who is located
     │   in the United States and who fails to return a signed waiver of service requested by a
20   │   plaintiff located in the United States **will be required to pay the expenses of service**
     │   **unless the defendant shows good cause for its failure to sign and return the waiver.**
21   │
     │   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
22   │   has been brought in an *improper venue, or that the court has no* jurisdiction over this
     │   matter or over the defendant or the defendant's property. If the waiver is signed and
23   │   returned, you can still make these and all other defenses or objections, but you cannot
     │   object to the absence of a summons or of service.
24   │
     │   Following the waiver of service, the Court will set a deadline for your obligation to file an
25   │   answer or motion under Rule 12. You have no obligation to respond until the Court sets
     │   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
26   │   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     │   respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────┘
27

28

Waiver                                  2                           Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-12-09_

     _Patsy Hosband_
     Signature

     _Patsy Hosband_
     Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 9-29-09

Signature

Printed Name   Richard A Hotchkiss

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated 9-29-09                     _____
                                   Signature

10

11                                Mercedes Hotchkiss
                               Printed Name

12

13 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

15 in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

16 **unless the defendant shows good cause for its failure to sign and return the waiver.**

17 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

18 matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

19 object to the absence of a summons or of service.

20 Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets

21 the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22 respond, a default judgment may be entered against you.

23

24

25

26

27

28

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 9-30-09

Signature

Printed Name MARSHA HOWLE

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 12. 7. 09

Signature

Printed Name *Rex E. Huffman*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                     2                          Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated __12-07-09__

                         *Coleen B. Huffman*
                         Signature

                         Coleen B. Huffman
                         Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _10-1-09_

                          _Signature_

15                             _Neva Humphries_
                            Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3      I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _10-2-09_

      *Francine R. Hunke*
      Signature

      FRANCINE R. HUNKE
      Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated  9-29-09

    _____
    Signature

    CAROLYN   HUNT
    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                                      2                          Case No. 51-cv-1247

Hurst, Bobbie

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10-5-09

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/1/2009_

                                    _Kevin W. Ives_

14                                    Signature

                                    _Kevin W. Ives_

15                                    Printed Name

16

17

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

22

23

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated _10/1/09_                          _Judith A. Ives_
                                              Signature

14

15                                             _Judith A. Ives_
                                              Printed Name

16

17    ---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19    in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22    matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23    object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25    the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26    respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated __Oct 5, 2009__

Signature

_FLETCHER D. JACKSON_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3      I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated *Oct 5, 2009*

Signature

Printed Name *LYNNE M. JACKSON*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate *in saving* unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your *obligation to file an* answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated **9-29-09**

Signature

**BENJAMIN JARA**
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6-24-2010

14                                   Signature

15                                   Gloria Jara

16                                   Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                           2                    Case No. 51-cv-1247

REC'D JUL 6 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  5-4-10

Signature

Vickie A Jarvis

Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11-5-9_

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _11/5/09_

                          _Sharon M Jauregui_
                          Signature

14

15                           _Sharron M Jauregui_
                          Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a *signed* waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint
9    Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated 7-30-09

     _Stewart Jewell_
     Signature

     _Stewart Jewell_
     Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am *not* required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   8-30-09

Signature

Printed Name   SHERRI L. JEWELL

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9|1|0 9

       Signature

       Hilda Jimenez Bond

       Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional
2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the
4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an
8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11  extension of time within which to do so, a default judgment will be entered against me or the
12  entity I represent.

13  Dated _10/29/09_

    Signature _Ernest Johns_

15  Printed Name _ERNEST JOHNS_

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _10/29/09_

Signature _Trudy Johns_

14

15 Printed Name _TRUDY JOHNS_

16

17      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**
20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26 respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___9/28/09___

               _____
Signature

               SHERRY A. JOHNSTON
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6-18

     Signature

14

15   Coy Jones

16   Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                        2                         Case No. 51-cv-1247

                                                       REC'D JUN 22 2010

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  9-26-09

                           Signature

14

15                          LARRY JORDAN
                          Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                    2                Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9-25-09

     _____
     Signature

     _____
     Printed Name  CLIFFORD R. JORDAN, MD

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9/29/09

Signature

BERNARD JORGE
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated __9/29/09__

Signature _Donna Jorge_

Printed Name _DONNA JORGE_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint
9    Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated 6/28/2010

Signature

14
15   Hector Juarez
     Printed Name

16   ┌─────────────────────────────────────────────────────────────────┐
17   │  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**         │
18   │                                                                    │
     │  *Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving*
19   │  *unnecessary expenses of serving a summons and complaint. A defendant who is located*
     │  *in the United States and who fails to return a signed waiver of service requested by a*
20   │  *plaintiff located in the United States will be required to pay the expenses of service*
     │  *unless the defendant shows good cause for its failure to sign and return the waiver.*
21   │
     │  *"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit*
22   │  *has been brought in an improper venue, or that the court has no jurisdiction over this*
     │  matter or over the defendant or the defendant's property. If the waiver is signed and
23   │  returned, you can still make these and all other defenses or objections, but you cannot
     │  object to the absence of a summons or of service.
24   │
     │  Following the waiver of service, the Court will set a deadline for your obligation to file an
25   │  answer or motion under Rule 12. You have no obligation to respond until the Court sets
     │  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
26   │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     │  respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────┘
27
28

REC'D JUL 7 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6/28/2010       *Petra Juarez*

14                                  Signature

15                                  Petra Juarez

16                                  Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19  *unnecessary expenses of serving a summons and complaint. A defendant who is located*
    *in the United States and who fails to return a signed waiver of service requested by a*
    *plaintiff located in the United States will be required to pay the expenses of service*

20  *unless the defendant shows good cause for its failure to sign and return the waiver.*

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
    matter or over the defendant or the defendant's property. If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
    object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12. You have no obligation to respond until the Court sets
    the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
    respond, a default judgment may be entered against you.

27

28

Waiver                         2                         Case No. 51-cv-1247

REC'D JUL  7 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated_ 6/7/10 _

                                                  Signature

14

15                                         Mary Juliano

                                        Printed Name

16

17    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States will be required to pay the expenses of service

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

REC'D JUN 11 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9/27/09_

    _____
    Signature

    Richard C Julano
    Printed Name

16
17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28

Waiver                        2                    Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 11/24/09

Signature

Printed Name Shirley Kamei

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

Waiver                             2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __11/16/09__

       _Michael Shigeru Kamei_
       Signature

       _Michael Shigeru Kamei_
       Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9-28-09_

_____
Signature

14

15   _Gene Kaminski_
Printed Name

16

17   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9-28-09

Signature

Printed Name  Betty Kaminski

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1          I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3          I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7          I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *Oct 6, 2009*              *Lonny Kanouse*

14                           Signature

15                          *Lonny D. Kanouse*

                              Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *October 6 2009*

     *AJ Kanouse*
     Signature

14

15   *Amber J. Kanouse*
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

Kapple, Neil

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _____

14   _____
Signature

15   NEil   Kapph

16   Printed Name

17

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

Waiver                                    2                         Case No. 51-cv-1247

REC'D JUN 11 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10/22/09__

     _____
     Signature

14

15   _Shahan Kaprielian_
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22   has been brought in an improper venue, or that the court has no jurisdiction over this
     matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated: *6-21-10*

       _Sharon Kazmark_
       Signature

14

15     Sharon Kazmark
       Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States will be required to pay the expenses of service

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  **"Good cause"** does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

REC'D JUN 2 8 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated   9-29-09

Signature   *Gary Keller*

14

15 Printed Name   Gary Keller

16

17 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25 the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

Waiver                                         2                         Case No. 51-cv-1247

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated *10/8/2009*

                                   *Jana Ellen Kelso*
10
                                   Signature

                                   *JANA E. KELSO*
11
                                   Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located *in the United States* and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9- 30 -09_

                                            _Dennis Keltner_
                                            Signature

                                            _DENNIS KELTNER_
                                            Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have *no obligation to respond* until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

     Waiver                                2                    Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated  *9-27-09*

                                *Leanna Keltner*

14                                   Signature

15                                   *LEANNA KELTNER*
                                  Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving *unnecessary expenses of serving a summons and complaint*. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                            2                           Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9/28/09

     _____
     Signature

     George F Kimball SR
     Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other *defenses or objections,* but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/28/09

Signature _____

14

15   *Shirley Kimball*
Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
*answer or motion on the date ordered by the Court*, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                2                      Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 6 / 7 / 10 _____

     Signature _Kevin King_

14

15   Printed Name _Kevin King_

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                2                     Case No. 51-cv-1247

REC'D JUN - 9 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated 6 / 7 / 10                        _____

14                               Signature

15                               TERESA A KING

16                               Printed Name

17   ┌──────────────────────────────────────────────────┐

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**
20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26 respond, a default judgment may be entered against you.

27

28

REC'D JUN - 9 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated 9-27-09

Signature William Klymn

14

15 Printed Name WILLIAM KLYM

16

17 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
20 unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26 respond, a default judgment may be entered against you.

27

28

Waiver                                    2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated Sept. 27, 2009

     Signature

     *Rosemary Klym*

14

15   *Rosemary Klym*
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                            2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9TH OCTOBER. 09

Signature  RDKNott

14

15   R.D.KNOTT.

     Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___9ᵗʰ Octobe 2009___

                                   Signature

14  

                                 ELAINE KNOTT

15                                   Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the *defendant's property*. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                   2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   6/10/2010                    _Signature_

14                                                 Signature

15                                         STEVEN HENRY Kovachy

16                                                 Printed Name

17

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses and objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

Waiver                                    2                          Case No. 51-cv-1247

REC'D JUN 14 2010

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required *to file and serve an* answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  /0-1-09

_____
Signature

MERRIE V. RAMAT 2
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated_____-

        Signature_____

14

15         Printed Name *ALVIN J. KRANZ*

16

17    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19 unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a *signed* waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22 has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and

23 returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an

25 answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26 answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

Waiver                            2                           Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 28 SEPT. 2009

Signature

ROBERT A. KREUTZER
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" *does not* include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                          Case No. 51-cv-1247

1         I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7         I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _9/28/09_               _[Signature]_

14                            Signature

15                      _Jean E. Kreutzer_

16                           Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure *requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint*.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                         2                       Case No. 51-cv-1247

KSY,INV

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _1/10/25/11_                _[signature]_

14                                         Signature

15                                      _Ken Young_
                                        Printed Name

16

17   ---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                               2                                Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 11 / 1 / 09 _____

Signature _____

Printed Name _____

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated **11/6/09**                        *Marlene K. Kuroda*
                                              Signature

14
                                              *Marlene K. Kuroda*
15                                             Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. *If the waiver is signed and*
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   *the deadline.* You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247