1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *5-7-10*

Signature *J.C. Nachel*

Printed Name *John C. Nachel*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-19-09_                          _____
                                               Signature

14   CONTACT Address                           _____
15   2620 Central Ave #1                       Printed Name
16   Ocean City, NJ. 08226

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

**Jack & Deborah Nachel**
**2620 Central Ave.#1**
**Ocean City, N.J. 08226**

Waiver                                   2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _6-18-2010_           _Jewell Nagel_

14                                        Signature

15                                         Jewell Nagel

16                                         Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                2                          Case No. 51-cv-1247

REC'D JUN 22 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_  ...05.03--2010

     Signature

14

15   Printed Name   RICHARD G. NAGEL

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                          2                         Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated 10·8·09

    Signature

14 ELIZABETH NAGY

15 Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18

19 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

22

23

24 Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

25

26

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _6/28/2010_____      _____

14                                        Signature

15                                     Raul Navarro

16                                     Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                 2                         Case No. 51-cv-1247

REC'D JUN 29 2010

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 6/28/10

14  Signature

15  Susana Navarro

16  Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

20  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

21  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and

22  returned, you can still make these and all other defenses and objections, but you cannot
object to the absence of a summons or of service.

23  Following the waiver of service, the Court will set a deadline for your obligation to file an

24  answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                              2                  Case No. 51-cv-1247

REC'D JUN 2 9 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated  6 - 12 - 2010

14                                                    Signature

15                                                    NGA - LE - NGUYEN

16                                                    Printed Name

17    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19    in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service

20    unless the defendant shows good cause for its failure to sign and return the waiver.

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22    matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23    object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You will have no obligation to respond until the Court sets

25    the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26    respond, a default judgment may be entered against you.

27

28

REC'D JUN 16 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5/24/10

Signature *Aura Norman*

Printed Name *Aura Norman*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _3/8/2010_

       Signature

14

15          Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all *defenses or objections to the*

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 6/16/10  _____
                                        Signature

14

15                                       *Bob F. NORTH*
                                        Printed Name

16

17  ┌─────────────────────────────────────────────────────────────────┐
    │  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**        │

18  │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    │  unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  │  in the United States and who fails to return a signed waiver of service requested by a
    │  plaintiff located in the United States will be required to pay the expenses of service

20  │  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    │  has been brought in an improper venue, or that the court has no jurisdiction over this

22  │  matter or over the defendant or the defendant's property.  If the waiver is signed and
    │  returned, you can still make these and all other defenses or objections, but you cannot

23  │  object to the absence of a summons or of service.

24  │  Following the waiver of service, the Court will set a deadline for your obligation to file an
    │  answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  │  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  │  respond, a default judgment may be entered against you.
    └─────────────────────────────────────────────────────────────────┘

27

28

REC'D JUN 18 2010

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated_5-15-10   -

Signature

ROSALIA L. O'CONNOR
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                               2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians,and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9-28-09_

       Signature

       Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated_____

Signature _____

Printed Name  Cheryl L Olsen

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                         2                          Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _5/15/10_

                                  Signature

14                                    STEVE PACKARD

15                                    Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                              2                         Case No. 51-cv-1247

REC'D JUN 10 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).: If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated 5-15-2010

_Rebecca P. Packard_
Signature

_Rebecca S. Packard_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

REC'D JUN 10 2010

Pls email:
ESTHER 714 @ gmail.com
thanks...

Pagulayan, Felisa

FELISA ESTHER PAGULAYAN

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated OCT 27 - 01                    _____
                                          Signature

                                         FELISA ESTHER PAGULAYAN
15                                        Printed Name

16

17  ┌─────────────────────────────────────────────────────────────┐
    │ **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**     │
18  │                                                               │
    │ Rule 4 of the Federal Rules of Civil Procedure requires       │
19  │ defendants to cooperate in saving unnecessary expenses of     │
    │ serving a summons and complaint. A defendant who is located   │
20  │ in the United States and who fails to return a signed waiver   │
    │ of service requested by a plaintiff located in the United     │
    │ States **will be required to pay the expenses of service**    │
    │ **unless the defendant shows good cause for his failure to    │
    │ sign and return the waiver.**                                 │
21  │                                                               │
    │ "Good cause" does not include a belief that the complaint is  │
22  │ groundless, or that the lawsuit has been brought in an         │
    │ improper venue, or that the court has no jurisdiction over     │
23  │ this matter or over the defendant or the defendant's          │
    │ property. If the waiver is signed and returned, you can still │
    │ make these and all other defenses or objections, but you      │
24  │ cannot object to the absence of a summons or of service.      │
    │                                                               │
25  │ Following the waiver of service, the Court will set a         │
    │ deadline for your obligation to file an answer or motion      │
26  │ under Rule 12. You have no obligation to respond until the    │
    │ Court sets the deadline. You will be notified when the Court  │
    │ sets the deadline. If you fail to file an answer or motion    │
    │ on the date ordered by the Court, or fail to obtain an        │
    │ extension of time to respond, a default judgment may be       │
    │ entered against you.                                          │
27  └─────────────────────────────────────────────────────────────┘

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-26-09

     _Jewel W. Paris_
     Signature

14

15   JEWEL W. PARIS
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

     Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___4 | 23 | 10___

        _____
        Signature

14      BRIAN PARSONS
        _____
        Printed Name

15

16

17   ---

     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

     ---

27

28

Waiver                           2                    Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   6/18/10                           *Albert Poa*

14                                            Signature

15                                            Albert Pascua

16                                            Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17        Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

18  unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a

19  plaintiff located in the United States will be required to pay the expenses of service
**unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21        "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24        Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

REC'D JUN 21 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6|18|10

14                                             Signature

15                                             Marla Pascua

16                                             Printed Name

17

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                      2                                   Case No. 51-cv-1247

REC'D JUN 21 2010

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  9-25-09

                                        _Walter E. Perkins_

14                                  Signature

15                                Walter E. Perkins

                                  Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___5-11-10___

       _Juanita M. Peterman_
14            Signature

15          _Juanita M. Peterman_
         Printed Name

16

17   | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |
18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver           2            Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-1-09_

_Frank Petrillo_
Signature

_FRANK PETRILLO_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 6-7-10

14   Signature

15   Gene A. Petrillo, Trustee

16   Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                              Case No. 51-cv-1247

REC'D JUN 14 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___October 9, 2009___

     Signature

14

15   George W. Phelps
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_____October 9, 2009_____          _M Ann Phelps_
                                                 Signature

14

15                                               M. Ann Phelps
                                                 Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _9- 29- 09_

_____
Signature

_Robert E Philbrook_
Printed Name

12
13  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  *11-8-09*

        _____
        Signature

14

15      *Philip M. Pinto*
        Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                     2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __11/8/09__                                          _____
                                                                  Signature

14                                                                _____

15                                                                Patricia M. Pinto
                                                                  Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────────┐
18   │        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**       │
     │                                                                       │
     │   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving │
19   │   unnecessary expenses of serving a summons and complaint. A defendant who is located │
     │   in the United States and who fails to return a signed waiver of service requested by a │
20   │   plaintiff located in the United States **will be required to pay the expenses of service** │
     │   **unless the defendant shows good cause for its failure to sign and return the waiver.** │
21   │                                                                       │
     │   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit │
22   │   has been brought in an improper venue, or that the court has no jurisdiction over this │
     │   matter or over the defendant or the defendant's property. If the waiver is signed and │
23   │   returned, you can still make these and all other defenses or objections, but you cannot │
     │   object to the absence of a summons or of service. │
24   │                                                                       │
     │   Following the waiver of service, the Court will set a deadline for your obligation to file an │
25   │   answer or motion under Rule 12. You have no obligation to respond until the Court sets │
     │   the deadline. You will be notified when the Court sets the deadline. If you fail to file an │
26   │   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to │
     │   respond, a default judgment may be entered against you. │
     └─────────────────────────────────────────────────────────────────────┘

27

28

Waiver                                   2                            Case No. 51-cv-1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   10-5-09

Signature

JENNIFER PIPER
Printed Name

16

17
## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

Waiver                                    2                        Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated *June 22, 2010*

14                     Signature

15                     Kathleen Pizula

16                     Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service

20 unless the defendant shows good cause for its failure to sign and return the waiver.

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

REC'D JUN 28 2010

1   to you without cost to me.

2       I, on behalf of the Trust, agree to save the expense of serving a summons and additional

3   copies of the seconded amended complaints in this lawsuit.

4       I understand and have advised the Trust that it will keep all defenses or objections to the

5   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

6   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that the Trust waives any

7   objections to the absence of a summons or of service.

8       I also understand and have advised the Trust that it is not required to file and serve an

9   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

10  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If

11  the Trust fails to file and serve an answer or motion on the date ordered by the Court, or does not

12  obtain an extension of time within which to do so, a default judgment will be entered against the

13  Trust.

14  Dated _9/24/10_                 

15                                          Hershel Wilson, on behalf of

                                       The Plueger Family Trust

16

17  | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                         2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 89/24/09

    Signature

    DOUGLAS W. POCIUS
15  Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated  9/24/09

      Signature

14

15    Printed Name  Roylene Pocius

16

17

      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
      unnecessary expenses of serving a summons and complaint.  A defendant who is located
19    in the United States and who fails to return a signed waiver of service requested by a
      plaintiff located in the United States **will be required to pay the expenses of service**
20    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
      has been brought in an improper venue, or that the court has no jurisdiction over this
22    matter or over the defendant or the defendant's property. If the waiver is signed and
      returned, you can still make these and all other defenses or objections, but you cannot
23    object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an
      answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25    the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
      answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26    respond, a default judgment may be entered against you.

27

28

Waiver                              2                      Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated  10-7-09

Signature

Printed Name  DARREL PONTIUS

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                     2                          Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated  10-7-09

                                    *Helen O Pontius*

14                                  Signature

15                                  Helen O Pontius

                                 Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                       2                       Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  5/15/2010

     _Albert L. Poston_
     Signature

14

15   Albert L. POSTON
     Printed Name

16

17   ┌─────────────────────────────────────────────────────────────┐
     │         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** │

18   │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     │  unnecessary expenses of serving a summons and complaint. A defendant who is located

19   │  in the United States and who fails to return a signed waiver of service requested by a
     │  plaintiff located in the United States will be required to pay the expenses of service

20   │  unless the defendant shows good cause for its failure to sign and return the waiver.

21   │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     │  has been brought in an improper venue, or that the court has no jurisdiction over this

22   │  matter or over the defendant or the defendant's property. If the waiver is signed and
     │  returned, you can still make these and all other defenses or objections, but you cannot

23   │  object to the absence of a summons or of service.

24   │  Following the waiver of service, the Court will set a deadline for your obligation to file an
     │  answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   │  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   │  respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────┘

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 6 - 19 - 2010                      _____
                                              Signature

14

15                                           Debbie Poston

16                                           Printed Name

17
     ┌─────────────────────────────────────────────────────────────────┐
18   │ **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
19   │ Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     │ unnecessary expenses of serving a summons and complaint. A defendant who is located
20   │ in the United States and who fails to return a signed waiver of service requested by a
     │ plaintiff located in the United States will be required to pay the expenses of service
     │ unless the defendant shows good cause for its failure to sign and return the waiver.
21
     │ "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
22   │ has been brought in an improper venue, or that the court has no jurisdiction over this
     │ matter or over the defendant or the defendant's property. If the waiver is signed and
23   │ returned, you can still make these and all other defenses or objections, but you cannot
     │ object to the absence of a summons or of service.
24
     │ Following the waiver of service, the Court will set a deadline for your obligation to file an
25   │ answer or motion under Rule 12. You have no obligation to respond until the Court sets
     │ the deadline. You will be notified when the Court sets the deadline. If you fail to file an
26   │ answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     │ respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────┘
27

28

Waiver                              2                        Case No. 51-cv-1247

REC'D JUN 25 2010

APN # 584-130-013    LOT 328   REGISTERED
        584-120-009          310   NEW
        584-130-016          331   NEW

1          I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3          I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7          I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6-09-10                          _____
                                           Signature
14
                                           FRED L. PRADELS
15                                         _____
                                           Printed Name
16

17  ┌─────────────────────────────────────────────────────────────────────┐
    │  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**             │
18  │                                                                       │
    │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving │
19  │  unnecessary expenses of serving a summons and complaint. A defendant who is located │
    │  in the United States and who fails to return a signed waiver of service requested by a │
20  │  plaintiff located in the United States will be required to pay the expenses of service │
    │  **unless the defendant shows good cause for its failure to sign and return the waiver.** │
21  │                                                                       │
    │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit │
22  │  has been brought in an improper venue, or that the court has no jurisdiction over this │
    │  matter or over the defendant or the defendant's property. If the waiver is signed and │
23  │  returned, you can still make these and all other defenses or objections, but you cannot │
    │  object to the absence of a summons or of service. │
24  │                                                                       │
    │  Following the waiver of service, the Court will set a deadline for your obligation to file an │
25  │  answer or motion under Rule 12. You have no obligation to respond until the Court sets │
    │  the deadline. You will be notified when the Court sets the deadline. If you fail to file an │
26  │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to │
    │  respond, a default judgment may be entered against you. │
    └─────────────────────────────────────────────────────────────────────┘
27

28

Waiver                              2                        Case No. 51-cv-1247

APN # 584-130-013          LOT # 328    REGISTERED
584-120-009               310    NEW
584-130-016               331    NEW

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7         I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6/08/10

14                                              Signature

15                                              KARIS J. PRIADELS
16                                              Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2    of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4    court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5    Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6    or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8    Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9    do not obtain an extension of time within which to do so, a default judgment will be entered against me

10   or the entity I represent.

11   **Dated:** 5 . 1 - 08                    *Paul Price*
                                              **Signature**

12
                                              Paul Price
13                                            **Printed or Typed Name**

14

15                    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17   unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18   lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19   **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20   "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21   brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22   the defendant's property. If the waiver is signed and returned, you can still make these and all other

23   defenses or objections, but you cannot object to the absence of a summons or of service.

24   If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25   a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26   within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27   against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28   summons had been served.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 5-12-10

Signature _Dan/ Quintan_

Printed Name _Daniel Quintana_

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated  2-08-10

   Signature

10 Gloria Quintana

11 Printed Name

12

13 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located

15 in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States **will be required to pay the expenses of service**

16 **unless the defendant shows good cause for its failure to sign and return the waiver.**

17 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this

18 matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot

19 object to the absence of a summons or of service.

20 Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets

21 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22 respond, a default judgment may be entered against you.

23

24

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-24-09_

     _Roberto Ramos_
     Signature

14

15   _ROBERTO RAMOS_
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     *answer or motion under Rule 12.* You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-21-09_

Signature _Beatriz Ramos_

15  Printed Name _Beatriz Ramos_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-24-09_

                                  *Antonio Ramos*
                                    Signature

                                    *Antonio Ramos*
                                    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                                  Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/24/009_

                                          Signature

14

15                                        Magdalena Ramos
                                     Printed Name

16

17

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

*Rule 4 of the Federal Rules of Civil Procedure* requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

19

20

21

22

23

24

25

26

27

28

Waiver                              2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-1-09_

Signature

_FRED RANCK_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  *10/15/09*

Signature

Printed Name  *MAtheW KASicH*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                                   2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/18/09_

                           _Signature_

14

15                             _Stephen T. Rasmussen_
                           Printed Name

16

17

    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18      Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19  unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a

20  plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _//·31-09_                              _Zurriez J Keolen_
                                                    Signature

14

15                                                  _Maureen Rathbun_
                                                    Printed Name

16

17

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                  2                          Case No. 51-cv-1247

Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _10-7-09_

Signature _Carol A. Ray_

Printed Name _CAROL A. RAY_

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11-10-09

         Signature

         NANCY L. REDLER
         Printed Name

16
17
18

         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

         Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
         unnecessary expenses of serving a summons and complaint.  A defendant who is located
         in the United States and who fails to return a signed waiver of service requested by a
         plaintiff located in the United States **will be required to pay the expenses of service
         unless the defendant shows good cause for its failure to sign and return the waiver.**

         "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
         has been brought in an improper venue, or that the court has no jurisdiction over this
         matter or over the defendant or the defendant's property.  If the waiver is signed and
         returned, you can still make these and all other defenses or objections, but you cannot
         object to the absence of a summons or of service.

         Following the waiver of service, the Court will set a deadline for your obligation to file an
         answer or motion under Rule 12.  You have no obligation to respond until the Court sets
         the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
         answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
         respond, a default judgment may be entered against you.

Waiver                                        2                          Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated *11-10-09*

                                     Signature

14

15                                  STEPHEN REDLER

                                 Printed Name

16

17

18                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a

20 plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated_____ 5/4/10 _

                                    Signature *Edward J. Rembold*

15                                 Printed Name EDWARD J. REMBOLD

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  5-4-10            Signature *Margaret Lembold*

14

15                          Printed Name *Margaret Rembold*

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                          2                    Case No. 51-cv-1247

1         I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3         I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7         I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __11|14|09__        _____

                                    Signature

14

15                                       George Roy

                                    Printed Name

16

17

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19   unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a

20   plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22   has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and

23   returned, you can still make these and all other *defenses or objections*, but you cannot object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an

25   answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

Waiver                                   2                                  Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  _11-14-09_                                   _____
                                                      Signature

14                                                    _Nelly Rey_____

15                                                    Printed Name

16

17  ┌─────────────────────────────────────────────────────────────┐

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19  unnecessary expenses of serving a summons and complaint.  A defendant who is located
    in the United States and who fails to return a signed waiver of service requested by a
20  plaintiff located in the United States **will be required to pay the expenses of service
    unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.
    └─────────────────────────────────────────────────────────────┘

27

28

Waiver                                    2                      Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10-12-09*

Signature

Printed Name  MARTIN REYES

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_____ _

     Signature _Dora D. Reyes_

14

15   _DORA D. Reyes_
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service

20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                         Case No. 51-cv-1247

REC'D JUN 3 0 2010

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/5/09

Signature

Mark D. Reynolds
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/5/09                          *Jamie J. Reynolds*
                                             Signature

14
                                             *Jamie L. Reynolds*
15                                           Printed Name

16

---

17   ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                    Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10 - 4 - 09_        *Floyd Richard*
                              Signature

14

15                            *Floyd Richard*
                              Printed Name

16

17       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                          2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  _10/13/09_                              _Hans Ridder_
                                                   Signature

14

15                                                 _HANS RIDDER_
                                                   Printed Name

16

17  ┌─────────────────────────────────────────────────────────────────────────┐

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

19  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
    in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.
    └─────────────────────────────────────────────────────────────────────────┘

27

28

Waiver                                    2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10/13/09

                                     *Dawn Ridder*
                                     Signature

14

15                                   DAWN RIDDER
                                     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10·16·09_

Signature

14

15  GARY L. RINEY
    Printed Name

16

17

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                          2                    Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  _10-18-09_

_Joanadair P Riney_
Signature

_Joanadair P Riney_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 5/14/10

    Signature *Laverne Rios*

14  LAVERNE R. RIOS

15  Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States will be **required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 11/3/09 _____

            _Lisa Rios_____

            Signature

            _LISA RIOS_____

            Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Rite Time Pharm

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated  *10-8-09*

          Signature

10

11           SOJI AKANWO
          Printed Name

12

13      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

15 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

16 **unless the defendant shows good cause for its failure to sign and return the waiver.**

17 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

18 matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

19 object to the absence of a summons or of service.

20 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

21 the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22 respond, a default judgment may be entered against you.

23

24

25

26

27

28

Waiver           2           Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated June 7 2010

     Signature

14

15   Bob Robertson

     Printed Name

16

17   

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

REC'D JUN 10 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  10-27-09

Signature

Printed Name  *LAWRENCE A. ROBINSON*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _10-27-09_

Signature _Cathryn Robinson_

Printed Name _Cynthryn F. Robinson_

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver            2            Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated    6/10/10

14                                        *Mollie Rockmaker*
     Signature

15                                        Mollie RocKmaKer
     Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────┐
     │          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────────┘

27

28

REC'D JUN 15 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-1-09_____

     _____
     Signature

14

15   _RAY RODRIGUEZ_____
     Printed Name

16

17   ┌─────────────────────────────────────────────────────────────┐

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.
     └─────────────────────────────────────────────────────────────┘

27

28

Waiver                                    2                          Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated *10-29-09*

               *Maria S. Rodriguez*
14                Signature

15                *Maria Serrano Rodriguez*
                Printed Name

16

17       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22 has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and

23 returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an

25 answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26 answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/1/09

Signature

RICHARD ROGERS
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated **05/05/10**                                   _____
                                                          Signature

10                                    Fullerton, Lemann, Schaefer & Dominick, LLP; David P. Colella, Attorneys for
                                      The Roman Catholic Bishop of San Bernardino, a Corporation Sole

11                                    Printed Name

12

13   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
15   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
16   **unless the defendant shows good cause for its failure to sign and return the waiver.**

17   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
18   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
19   object to the absence of a summons or of service.

20   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
21   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
22   respond, a default judgment may be entered against you.

23

24

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _06/10/2010_

_____
Signature

_MICHAEL S. ROSAMYOND_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN 15 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _Jo/10/2010_                    _Sibylle Rosemand_

14                                          Signature

15                                          _Sibylle M. Rosmond_

16                                          Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

Waiver                              2                        Case No. 51-cv-1247

REC'D JUN 15 2010

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3    I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _11/14/09_      _Ramon Rosas_

               Signature

10

11            _Ramon Rosas_

               Printed Name

12

13

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6-18-10

                                 *[signature]*

14                                   Signature

15                                   Duane Rowe

16                                   Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19  unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a

20  plaintiff located in the United States will be required to pay the expenses of service
**unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

27

28

REC'D JUN 21 2010

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 6-18-10

                      *Brenda Rowe*

14                        Signature

15                        Brenda Rowe

16                        Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                         2                       Case No. 51-cv-1247

REC'D JUN 21 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated ___6-23-10___

                                                           _Donald K Roy_
14                                                Signature

15                                                Donald K Roy
16                                              Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

17

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                       Case No. 51-cv-1247

REC'D JUN 24 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated  6-23-10

Signature  *Julie F Roy*

14

15 Printed Name  Julie F. Roy

16

17 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22 matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

REC'D JUN 24 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9-28-09_                              Signature _Carmine Rozzo_

14

15                                               Printed Name _Carmine Rozzo_

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _9-28-09_

      Signature _Carly Rozzo_

14

15       Printed Name _Carly Rozzo_

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _10 – 6 –09_                    _Maurine J. Runion_
                                        Signature

14

15                                      _MAURINE J. RUNION_
                                        Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────┐
     │  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**          │
18   │                                                                     │
     │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving │
19   │  unnecessary expenses of serving a summons and complaint.  A defendant who is located │
     │  in the United States and who fails to return a signed waiver of service requested by a │
20   │  plaintiff located in the United States **will be required to pay the expenses of service** │
     │  **unless the defendant shows good cause for its failure to sign and return the waiver.** │
21   │                                                                     │
     │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit │
22   │  has been brought in an improper venue, or that the court has no jurisdiction over this │
     │  matter or over the defendant or the defendant's property.  If the waiver is signed and │
23   │  returned, you can still make these and all other defenses or objections, but you cannot │
     │  object to the absence of a summons or of service. │
24   │                                                                     │
     │  Following the waiver of service, the Court will set a deadline for your obligation to file an │
25   │  answer or motion under Rule 12.  You have no obligation to respond until the Court sets │
     │  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an │
26   │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to │
     │  respond, a default judgment may be entered against you. │
     └─────────────────────────────────────────────────────────────────┘

27

28

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5-17-10   *Elizabeth Rockwell*   *RE Russell*
                                          Signature

14              *Elizabeth A Russell*  *Robert E. Russell*

15                                         Printed Name

16   
17                 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court.  *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _June 12, 2010_ _____
                                 Signature

14                               _____
                                 Signature

15                               _Gerald L. Russell_

16                               Printed Name

17   +-----------------------------------------------------------+
     | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**  |

18   | Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     | unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   | in the United States and who fails to return a signed waiver of service requested by a
     | plaintiff located in the United States **will be required to pay the expenses of service**

20   | **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   | "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     | has been brought in an improper venue, or that the court has no jurisdiction over this

22   | matter or over the defendant or the defendant's property.  If the waiver is signed and
     | returned, you can still make these and all other defenses or objections, but you cannot

23   | object to the absence of a summons or of service.

24   | Following the waiver of service, the Court will set a deadline for your obligation to file an
     | answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   | the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     | answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   | respond, a default judgment may be entered against you.                               |
     +-----------------------------------------------------------+

27

28

Waiver                              2                         Case No. 51-cv-1247

REC'D JUN 15 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.
3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.
7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated ___7/20/10___          _Sarah D. Russell_
                                  Signature
14                               _Sarah Russell_
15                                Printed Name

16
17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
18
     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19   unnecessary expenses of serving a summons and complaint. A defendant who is located
     in the United States and who fails to return a signed waiver of service requested by a
20   plaintiff located in the United States will be required to pay the expenses of service
     unless the defendant shows good cause for its failure to sign and return the waiver.
21
     "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
22   has been brought in an improper venue, or that the court has no jurisdiction over this
     matter or over the defendant or the defendant's property. If the waiver is signed and
23   returned, you can still make these and all other defenses or objections, but you cannot
     object to the absence of a summons or of service.
24
     Following the waiver of service, the Court will set a deadline for your obligation to file an
25   answer or motion under Rule 12. You have no obligation to respond until the Court sets
     the deadline. You will be notified when the Court sets the deadline. If you fail to file an
26   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     respond, a default judgment may be entered against you.
27
28
     Waiver                          2                    Case No. 51-cv-1247

REC'D JUL 22 2010

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or *objections to the*

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated   9/26/09

                            Signature

14

15                            SABA A. SABA

                           Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated **9/26/09**

        *Shirley L. Saba*
        Signature

14

15          SHIRLEY L. SABA
        Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/16/09_                *Roy Sakamoto*
                                     Signature

14

15                              ROY SAKAMOTO
                                 Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/16/09

_Midori Sakamoto_
Signature

_MIDORI SAKAMOTO_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated____12/8/09____                      _____
                                              Signature

14

15                                            _____Aldo Saldana_____
                                              Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22   has been brought in an improper venue, or that the court has no jurisdiction over this
     matter or over the defendant or the defendant's property. If the waiver is signed and

23   returned, you can still make these and all other defenses or objections, but you cannot
     object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an

25   answer or motion under Rule 12. You have no obligation to respond until the Court sets
     the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     respond, a default judgment may be entered against you.

27

28
     Waiver                                2                        Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated___*10-31-09*___

                                       *Emilio Sanchez*

14                                Signature

15                                *EMILIO SANChez*

                                Printed Name

16

17            **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
       unnecessary expenses of serving a summons and complaint. A defendant who is located

19     in the United States and who fails to return a signed waiver of service requested by a
       plaintiff located in the United States **will be required to pay the expenses of service**

20     **unless the defendant shows good cause for its failure to sign and return the waiver.**

21     "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
       has been brought in an improper venue, or that the court has no jurisdiction over this

22     matter or over the defendant or the defendant's property. If the waiver is signed and
       returned, you can still make these and all other defenses or objections, but you cannot

23     object to the absence of a summons or of service.

24     Following the waiver of service, the Court will set a deadline for your obligation to file an
       answer or motion under Rule 12. You have no obligation to respond until the Court sets

25     the deadline. You will be notified when the Court sets the deadline. If you fail to file an
       answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26     respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  5-11-10

Signature  *Gilda Rdo SAndouA)*

14   *Gildaedo ʌ Susanna*

15   *SAvdovA)*

Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/6/09

Signature

14

15   Valentin Santillan

Printed Name

16

17

18

19

20

21

22

23

24

25

26

> ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS
>
> Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**
>
> "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.
>
> Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___9-6-09___

Signature _____

Irma Santillan

Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                  2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/3/2008_

Signature

_James D. Sapp_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Schlei, Andrew

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  10/18/0(                          _____
                                              Signature

14                                           Andru M Schli
15                                           _____
                                              Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated *10/18/09*

_____
Signature

Danielle Schlei
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/2/09_

Signature

Printed Name  *Barbara Schmidt*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/28/09 _____

Signature

14     ANN SCHOFIELD
     PO BOX 390617
15   ANZA CA 92539-0617

*ANN SCHOFIELD*
Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections *to*

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated June 18, 2010          _Richard L. Scholten_
                                   Signature

14

15                               _Roland L. Scholten_
                                   Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                          2                      Case No. 51-cv-1247

REC'D JUN 21 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint

9    Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  June 18, 2010                          *Patricia Scholten*
                                                    Signature

15                                                  Patricia Scholten
                                                    Printed Name

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

REC'D JUN 21 2010

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated Oct. 17, 2009

Signature _____

Printed Name _____

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5-7-2010

     *Wendell Schubert*
     Signature

14

15   Wendell Schubert
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated _May 7, 2010_

Signature _Sharon Schubert_

14

15   Printed Name _SHARON SCHUBERT_

16

17
18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19   unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
20   plaintiff located in the United States **will be required to pay the expenses of service**
**unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                  2                          Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated___9/29/09_____

                                    Signature

14

15                                   Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"*Good cause*" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you *fail to file* an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                         2                         Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  11-6-09

    _Susan Scott_
    Signature

14

15  _Susan Scott_
    Printed Name

16

17

+--------------------------------------------------------------------+
| **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**          |
|                                                                    |
| Rule 4 of the Federal Rules of Civil Procedure requires defendants |
| to cooperate in saving unnecessary expenses of serving a summons   |
| and complaint.  A defendant who is located in the United States    |
| and who fails to return a signed waiver of service requested by a  |
| plaintiff located in the United States **will be required to pay   |
| the expenses of service unless the defendant shows good cause for  |
| its failure to sign and return the waiver.**                       |
|                                                                    |
| "Good cause" does not include a belief that the complaint is       |
| groundless, or that the lawsuit has been brought in an improper    |
| venue, or that the court has no jurisdiction over this matter or   |
| over the defendant or the defendant's property.  If the waiver is  |
| signed and returned, you can still make these and all other        |
| defenses or objections, but you cannot object to the absence of a  |
| summons or of service.                                             |
|                                                                    |
| Following the waiver of service, the Court will set a deadline for |
| your obligation to file an answer or motion under Rule 12.  You    |
| have no obligation to respond until the Court sets the deadline.   |
| You will be notified when the Court sets the deadline.  If you     |
| fail to file an answer or motion on the date ordered by the Court, |
| or fail to obtain an extension of time to respond, a default       |
| judgment may be entered against you.                               |
+--------------------------------------------------------------------+

18

19

20

21

22

23

24

25

26

27

28

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  06 – 14 – 10

                                 Signature

14                                   Barry Scott

15                                   Printed Name

16

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

REC'D JUN 16 2010

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  05-20-10

Signature

Deborah Scott

Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19   unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
20   plaintiff located in the United States will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  9/29/09

Signature _____

14

15  Printed Name  CRAIG  SCUDDER

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                          Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated __9/29/09__

                                     *Shelley Scudder*

14                                Signature

15                                SHELLEY SCUDDER
                              Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

17

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  *10/16/09*

       Signature  *Uma Mata*

14     Uma Mata, Treasurer for
       Self-Realization Fellowship

15     Printed Name              Church

16

17   | DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS |

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   10/22/09                                    _____
                                                          Signature

14

15                                                        OSCAR   SESMA
                                                          _____
                                                          Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                         Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated    10/22/09                            _____Joyce Sesma_____
                                                  Signature

14

15                                               ____Joyce Sesma____
                                                  Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                2                          Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _Sept 28, 09_

_Therese Shaffer_
Signature

_THERESE  SHAFFER_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10/2/09

Signature

Printed Name  Janice K Shaw

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets
the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-22-09_

_Dennis P. Sheehan_
Signature

_DENNIS P. SHEEHAN_
Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                    2                    Case No. 51-cv-1247

Sheinbaum, Barry

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _4/2/09_

Signature

Printed Name _BARRY SHEINBAUM_

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3     I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _May 5, 10_                    _William M Northrup_
                                           Signature

10

11                                         _William M. NORTHRUP_
                                           Printed Name

12                                    For Shepherd of the Valley Lutheran Church
                                           Anza, CA

13     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located

15  in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States **will be required to pay the expenses of service**

16  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this

18  matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot

19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets

21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22  respond, a default judgment may be entered against you.

23

24

25

26

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6/24/10

14  _____
    Signature

15  DEBRA L SHERIDAN

16  _____
    Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States will be required to pay the expenses of service

20  unless the defendant shows good cause for its failure to sign and return the waiver.

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                    2                              Case No. 51-cv-1247

REC'D JUN 3 0 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  5/8/10

Signature

*LEWIS C. SHRADER, JR*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                      2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5/11/2010

Signature

Karen Wittig Shrader
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___9/29/09___

                                       _____

14                                          Signature

15                            Jody C Silberberger

                         Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                     2                                   Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___9/24/09___                           _____

                                                    Signature

14

15                                                 _____

                                                    Printed Name  IAN SIMMONS

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                        Case No. 51-cv-1247

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _9-25-09_

_____
Signature

_____
Diane Simmons
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *11-6-09*                           *[signature]*
                                               Signature

14   *✱ OUR PROPERTY IS*
15   *TWO (2) MILES NORTH OF*                  *LOTHIAN T. SKELTON*
     *ANZA IN A SECLUDED VALLEY*              Printed Name
16   *GEOGRAPHICALLY APART FROM*
     *ANZA, CALIF.*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10/01/09

     Signature  *Mary A Smith*

14

15   Printed Name  Mary A. Smith

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                         Case No. 51-cv-1247

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3      I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _10/26/09_

                            _Luther Mark Siva_
                            Signature

10

11                               _Luther Mary Siva_
                            Printed Name

12

13      **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

15  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

16  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

18  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22  respond, a default judgment may be entered against you.

23

24

25

26

27

28

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3     I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated  *11/8/09*

     _____
     Signature

     Donald E. Smith
     Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 9/28/09

_____
Signature

_____
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                          2                              Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7       I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from April 17, 2008, the date when this request was sent. If I fail to do so, or do

9  not obtain an extension of time within which to do so, a default judgment will be entered against me or

10  the entity I represent.

11  **Dated:** 4/28/08

                                         **Signature**

12

13                                        Donald Eugene Smith
                                        **Printed or Typed Name**

14

15       **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16       Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20       "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24       If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed more time to respond than if a

28  summons had been served.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-29-09_

                       Signature

15                         ROGER SNYDER
                       Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1     I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3     I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7     I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6-5-10

                                                     *George J. Socquet*

14               Signature *Jeanne Socquet*

15               George Socquet, Jeanne Socquet

16               Printed Name

17

18  

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

REC'D JUN - 8 2010

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3        I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated _10-8-09_                                    _Rena Solis_
                                                    Signature

10

11                                                  _RENA SOLIS_
                                                    Printed Name

12

13  ┌─────────────────────────────────────────────────────────────────┐

    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

15  unnecessary expenses of serving a summons and complaint. A defendant who is located
    in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

16  **unless the defendant shows good cause for its failure to sign and return the waiver.**

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

18  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

19  object to the absence of a summons or of service.

20  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

21  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

22  respond, a default judgment may be entered against you.

    └─────────────────────────────────────────────────────────────────┘

23

24

25

26

27

28

Spatafora, Philip

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  9/28/09

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated __10/1/09__

Signature _Mary Speziale_

Printed Name _MARY SPEZIALE_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended *complaints in this lawsuit.*

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_____

*Carol Stalman*
Signature

*Carol Stalman*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

*"Good cause"* does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                    2                    *Case No. 51-cv-1247*

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9·30·09

_____
Signature

Leanne H. STANDLEY
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving *unnecessary expenses of serving a summons and complaint.* A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all *other defenses or objections,* but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/12/09_

Donald N. Adler, MD Trustee for
The Estate of Harley Stegman
_____
Signature

14
15   DONALD N. ADLER, MD FOR THE
     ESTATE OF HARLEY STEGMAN
     _____
     Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _Oceber 22, 2009_

_____
Signature

KENDALL STEINMETZ
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a *summons* and additional

2 copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated ~~Oct.~~ *Nov. 6, 2009*

                                  *Gregory A. Stigall*
14                                  Signature

                                  *Gregory A. Stigall*
15                                  Printed Name

16

17        **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18     Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19     in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**
20     **unless the defendant shows good cause for its failure to sign and return the waiver.**

21     "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22     matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23     object to the absence of a summons or of service.

24     Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25     the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26     respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11-6-2009_

         _Sandra P Stgll_
         Signature

14

15       _Sandra P STEGALL_
         Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

STILL WATER CAPITAL, LLC

13   Dated 9/30/09

Signature

BENNETT R. BRATLEY
Printed Name   MANAGER

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-28-09

   _Charles Stogsdill_
   Signature

14

15   Charles STOGSdill
   Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                                          2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-28-09

        *Vera Stogsdill*
        Signature

14

15           VERA STOGSDILL
        Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22   has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and

23   returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an

25   answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-29-09

Signature

Robert H. Stone

Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _Sept 29,09_

Signature

_Bobbie Jean Stone_

Printed Name

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10/8/09

Signature

ROGER STRADER

Printed Name

16

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                        2                              Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/8/09_

Signature

14

15   Printed Name   _KIMBERLY STRADER_

16   _KIMBERLY STRADER_

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated __10-1-09__

_____
Signature

Robert Strawhecker
Printed Name

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10-01-2009

Signature

Printed Name  Kathleen Strawhecker

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated   *11/3/09*

                             *Denise L. Sullivan*
                             Signature

14

15                              *Denise S. Sullivan*
                             Printed Name

16

17 **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19 in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over *this*

22 matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25 the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26 respond, a default judgment may be entered against you.

27

28

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6-8-10

14      Signature

15      Elwin L. Summers

16      Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

REC'D JUN 16 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6 - 8 - 10

     Signature  *Deborah Summers*

15   *Deborah Summers*

     Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN 1 6 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _9/30/09_

Signature

Printed Name _Dean Sutton_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant *who is located in the United States* and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9/30/09 _____

                                  Signature

14

15                        Kristin Sutton
                          Printed Name

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/1/09_

Signature _Paul Swancott_

14

15   Printed Name _Paul Swancott_

16

17

18   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

19

20

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

22

23

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9-30-09

_____
·Signature

14

VANESSA A. SWANCOTT
Printed Name

15

16

17

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

19

20

21

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has *no jurisdiction* over this
matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

22

23

24

Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

25

26

27

28

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 10/1/09

Signature

JoHN S. SWANSON
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/1/09_

    *Sonja M. Swanson*
    Signature

14

15  SONJA M. SWANSON
    Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                     2                        Case No. 51-cv-1247