1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated __10/23/09__

_____

~Mike Barns, AVP~
Signature

~Mike Barnas~
Printed Name  ~Assistant Vice President~
             ~Wachovia Mortgage, FSB~

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                        2                      Case No. 51-cy-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6 - 28 - 2010

Signature

14

15  Daniel Wagner

16  Printed Name

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States will be required to pay the expenses of service

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                            2                              Case No. 51-cv-1247

REC'D JUN 3 0 2010

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _6-28-10_

14                          Signature

15                          Kerri Wagner

16                          Printed Name

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

19  unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service

20  unless the defendant shows good cause for its failure to sign and return the waiver.

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22  has been brought in an improper venue, or that the court has no jurisdiction over this
matter or over the defendant or the defendant's property. If the waiver is signed and

23  returned, you can still make these and all other defenses or objections, but you cannot
object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an

25  answer or motion under Rule 12. You have no obligation to respond until the Court sets
the deadline. You will be notified when the Court sets the deadline. If you fail to file an

26  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
respond, a default judgment may be entered against you.

27

28

REC'D JUN 3 0 2010

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated *10-13-09*

_____
Signature

CHARLES P. WAGNER
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10 - 13 - 09*              *Brenda J. Wagner*
                                    Signature

14

15                                BRENDA J. WAGNER
                                      Printed Name

16

17

| **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |
| --- |
| Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.** |
| "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service. |
| Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you. |

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  *9-25-09*

                                     *Signature*

                                  *JAMES WAROHER*
                                  *Printed Name*

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3       I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated *10-8-09*                              
                                               Signature

10                                             KENNETH WALDRON
11                                             Printed Name

12
13   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

14   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
15   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
16   **unless the defendant shows good cause for its failure to sign and return the waiver.**

17   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
18   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
19   object to the absence of a summons or of service.

20   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
21   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
22   respond, a default judgment may be entered against you.

23
24
25
26
27
28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.
3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.
7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated  11/03/09

                                                   *Edward E. Wall*
14                                                   Signature

15                                              Edward E. Wall
                                                Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  10/5/09

Signature

Printed Name  COREY   WALLACE

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *10/5/09*

                                _Lisa Ann Wallace_
Signature

14

15                                    _Lisa  Ann  Wallace_
Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                   2                               Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10 /20 /09_               _George Wanket_
                                    Signature

14

15                                     _GEORGE WANKET_
                                    Printed Name

16

17             **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
*returned*, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

Waiver                                     2                           Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10 /20 /09                                    _____
                                                          Signature

14
                                                          SUSAN WANKET
15                                                        _____
                                                          Printed Name

16

17   ┌─────────────────────────────────────────────────────────────┐
     | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                      Case No. 51-cv-1247

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated *11-4-09*

                                         Signature

                                         Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11 -16 - 2009_                   _Duayne Ward_
                                              Signature

14

15                                            _Dwayne Ward_
                                              Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                          Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated_____

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated  *10-22-09*

_____
Signature

_____
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                        Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9/30/09

Signature

Printed Name   Donald Watson

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-30-09

Signature

PAMELA WATSON
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10 3 - 09_                                      _Mark Wayland_
                                                           Signature

14                                                         _Mark Wayland_

15                                                         Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10-3-09_

 Signature

 Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _Oct 19, 2009_

                                     Signature

14

15                           SHEILA WEAVER
                           Printed Name

16

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   6/23/10          *Seymour Weiss*

14                                   Signature

15                                   Seymour Weiss

16                                   Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"*Good cause*" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

RECD JUN 25 2010

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints (July 22, 2009).* If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 6/23/10

Signature

Shari Weiss

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN 25 2010

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 10/02/09

_____
Signature

BONNIE WELSH
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10/14/10

     Signature  *Nancy E. West*

15   Printed Name  *Nancy E. West*

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   unless the defendant shows good cause for its failure to sign and return the waiver.

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can *still make these* and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                              2                              Case No. 51-cv-1247

RECD JUN 15 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated Oct. 2, 2009

                                                Signature

                                                Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a *signed waiver of service* requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10-1-09_          _Rita M. Wheat_
                               Signature

14
                             _Rita M. Wheat_
15                           Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────┐

     **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27   └─────────────────────────────────────────────────────────────────┘

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated _____9/29/09_____                     _____
                                                     Signature

14
15                                                   _____
                                                     Printed Name

16

17   ┌─────────────────────────────────────────────────────────────────────────┐
     │          **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**         │
18   │                                                                           │
     │   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
19   │   unnecessary expenses of serving a summons and complaint.  A defendant who is located
     │   in the United States and who fails to return a signed waiver of service requested by a
20   │   plaintiff located in the United States **will be required to pay the expenses of service**
     │   **unless the defendant shows good cause for its failure to sign and return the waiver.**
21   │
     │   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
22   │   has been brought in an improper venue, or that the court has no jurisdiction over this
     │   matter or over the defendant or the defendant's property.  If the waiver is signed and
23   │   returned, you can still make these and all other defenses or objections, but you cannot
     │   *object to the absence of a summons or of service.*
24   │
     │   Following the waiver of service, the Court will set a deadline for your obligation to file an
25   │   answer or motion under Rule 12.  You have no obligation to respond until the Court sets
     │   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
26   │   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
     │   respond, a default judgment may be entered against you.                 │
27   └─────────────────────────────────────────────────────────────────────────┘

28

Waiver                                    2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _11-8-09_

Signature

Printed Name   VICTOR WISER

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3      I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated  9-30-09

   Signature

   WILLIAM WILLIAMS
   Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   5-6-10

David C Williams
Signature

David C Williams
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                        2                            Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 5-6-10

                       *Signature*

14

15                           Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
in the United States and who fails to return a signed waiver of service requested by a

19   plaintiff located in the United States **will be required to pay the expenses of service
unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _09-28-09_

                                             _____
                                             Signature

14                                           _DONALD R WILLIAMS_
                                             Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated_ *05-04-10*

     Signature _Kim Williams_

15   Printed Name _Kim D. Williams_

16

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 9/27/09

_Frances Williams_
Signature

FrANCES WilliAms
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 6·18·10

     Signature

14

15   Printed Name

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
     in the United States and who fails to return a signed waiver of service requested by a

19   plaintiff located in the United States **will be required to pay the expenses of service
     unless the defendant shows good cause for its failure to sign and return the waiver.**

20

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

Waiver                                    2                    Case No. 51-cv-1247

REC'D JUN 23 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated  6/22/2010

        _____
        Signature

14    
15        Nyman Wilson
          _____
16        Printed Name

17    ┌─────────────────────────────────────────────────────────────────┐
18    │         **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**
19    │  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
      │  unnecessary expenses of serving a summons and complaint. A defendant who is located
20    │  in the United States and who fails to return a signed waiver of service requested by a
      │  plaintiff located in the United States will be required to pay the expenses of service
      │  **unless the defendant shows good cause for its failure to sign and return the waiver.**
21    │
22    │  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
      │  has been brought in an improper venue, or that the court has no jurisdiction over this
23    │  matter or over the defendant or the defendant's property. If the waiver is signed and
      │  returned, you can still make these and all other defenses or objections, but you cannot
24    │  object to the absence of a summons or of service.
25    │
      │  Following the waiver of service, the Court will set a deadline for your obligation to file an
26    │  answer or motion under Rule 12. You have no obligation to respond until the Court sets
      │  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
27    │  answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
      │  respond, a default judgment may be entered against you.
28    └─────────────────────────────────────────────────────────────────┘

REC'D JUN 22 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6/22/2010                    S Grlli Wilson

14                                       Signature

15                                       Shelli Wilson

16                                       Printed Name

17   | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Waiver                          2                        Case No. 51-cv-1247

REC'D JUN 22 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  *1-23-09*

Signature  *Stan Wilson*

15   Printed Name  *Stan Wilson*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  11|23|09

    _____
    Signature

14

15  Linda  J.  Wilson
    _____
    Printed Name

16

17

18  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service
20  unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                                2                           Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated 11/20/07

Signature

Michael S. Wisda
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                       Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  11/20/09

Signature

MARY LOUHISDA

Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                          2                          Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated Nov. 5, 2009.

Dorothy G. Wondell
Signature

Dorothy G. WONDELL
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                   2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated: *10/2/09*

                                       *Roger L. Wood*

14                                   Signature

15                                   Roger L. Wood
                                  Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                              2                         Case No. 51-cv-1247

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated _10/2/09_

Signature _Terri A. Wood_

Printed Name _Terri A. Wood_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.

13   Dated  9/20/09

Signature

Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                  2                          Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated   09/30/09

_____
Signature

_____
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _May 17, 10_       Signature _Helen Woolley_

14

15                              Printed Name _Helen Woolley_

16

17  ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

Waiver                        2                        Case No. 51-cv-1247

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated 11/2/09

                            _____

14                                   Signature

15                                 Wayne Worthington

16                                 Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated ⟨_10-7-10_⟩

Signature

*Gary F. Wright*
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

RECD JUN 10 2010

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  6/7/10

14       Signature

15  *Rhonda L Wright*

16       Printed Name

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

RECD JUN 10 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated__MAY 5, 2010__                    Angelia C. Tabb_____
                                          Signature

14

15                                        Angelia C Tabb_____
                                          Printed Name

16

17    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18 Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
   unnecessary expenses of serving a summons and complaint. A defendant who is located
19 in the United States and who fails to return a signed waiver of service requested by a
   plaintiff located in the United States **will be required to pay the expenses of service**
20 **unless the defendant shows good cause for its failure to sign and return the waiver.**

21 "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
   has been brought in an improper venue, or that the court has no jurisdiction over this
22 matter or over the defendant or the defendant's property. If the waiver is signed and
   returned, you can still make these and all other defenses or objections, but you cannot
23 object to the absence of a summons or of service.

24 Following the waiver of service, the Court will set a deadline for your obligation to file an
   answer or motion under Rule 12. You have no obligation to respond until the Court sets
25 the deadline. You will be notified when the Court sets the deadline. If you fail to file an
   answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26 respond, a default judgment may be entered against you.

27

28

Waiver                              2                    Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  **6/11/2010**

Signature

**WING   TAM**
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

REC'D JUN 14 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated ___6/6/10___

14   Signature _____

15   ___Darryl L. Taylor___

16   Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

REC'D JUN 10 2010

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   6/6/10

                       *Marilyn A. Taylor*

14                        Signature

15                       Marilyn A. Taylor

                        Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

REC'D JUN 10 2010

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated ___10/9/09___

        _R. Tchilligirian_
        Signature

14

15    _Rosette Tchilligirian_
        Printed Name

16

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

17

18    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located

19    in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service**

20    **unless the defendant shows good cause for its failure to sign and return the waiver.**

21    "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit

22    has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and

23    returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

24    Following the waiver of service, the Court will set a deadline for your obligation to file an

25    answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an

26    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

27

28

Waiver                                    2                        Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10 – 10 - 09_

    Signature

14  

15  _DONALD   THERIAULT_
    Printed Name

16  

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint.  A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property.  If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12.  You have no obligation to respond until the Court sets

25  the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27  

28  

Waiver                                   2                           Case No. 51-cv-1247

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated   5-6-10

    _Christine D Creel_, TTEE
    Signature

    _Maxine Thorwaldson Trust_
    Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  6-7-2010

     Signature  *Cynthia Jean Marchand*

15   Estate of James Wesley Throne

16   Printed Name

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States will be required to pay the expenses of service
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27

28

Tinajero

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2 copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4 lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5 Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6 the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8 answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9 *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). ·If I

10 fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11 extension of time within which to do so, a default judgment will be entered against me or the

12 entity I represent.

13 Dated _____

   Signature _____

   Printed Name _____

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/20/2009_

_Julia M. Torricelli_
Signature

_Julia M. Torricelli_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional copies

2  of the complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the

4  court's jurisdiction, the venue of the lawsuit, and the water rights claims of the Ramona Band of

5  Cahuilla and the Cahuilla Band of Indians, but that I waive any objections to the absence of a summons,

6  or of service.

7    I also understand that I, or the entity I represent, must file and serve an answer or a motion under

8  Rule 12 within 60 days from March 26, 2008, the date when this request was sent. If I fail to do so, or

9  do not obtain an extension of time within which to do so, a default judgment will be entered against me

10  or the entity I represent.

11  **Dated:**  4|26|08

12    LoT # 283                      _____
                                    **Signature**

13    I HAVE NO WELL ON          TRAN HOANG A
                                  **Printed or Typed Name**

14    My LoT

15    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

16    Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving

17  unnecessary expenses of serving a summons and complaint. A defendant who, after being notified of a

18  lawsuit and asked by a plaintiff to waive service of a summons, fails to do so **will be required to pay the**

19  **expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

20    "Good cause" does **not** include a belief that the complaint is groundless, or that the lawsuit has been

21  brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or

22  the defendant's property. If the waiver is signed and returned, you can still make these and all other

23  defenses or objections, but you cannot object to the absence of a summons or of service.

24    If you waive service, then you must, within the time specified on the waiver form, serve an answer or

25  a motion under Rule 12 on the Plaintiffs and file a copy with the court. If an answer or motion is not served

26  within this time, or an extension of time to respond is not obtained, a default judgment may be entered

27  against you. By signing and returning the waiver form, you are allowed  more time to respond than if a

28  summons had been served.

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _9-29-09_                 _Richard C. Tussell_
                                      Signature

14

15                             _Richard C. Tussell_
                                        Printed Name

16

17  

18

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                      2                  Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated 9/29/09

    Signature

    Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

I, or the entity I represent, agree to save the expense of serving a summons and additional copies of the seconded amended complaints in this lawsuit.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, am not required to file and serve an answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an extension of time within which to do so, a default judgment will be entered against me or the entity I represent.

Dated *10- 01 - 09*

Signature

Printed Name *SHERRILL  UPHAM*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1       I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3       I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7       I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   7-30-09

_A Valdez_
Signature

_Armando Valdez_
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10-06-09

     _____
     Signature

     LARRY L. VANDIVER
     Printed Name

16
17   ---

     ### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28

Waiver                                       2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2    copies of the seconded amended complaints in this lawsuit.
3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6    the absence of a summons or of service.
7    I also understand that I, or the entity I represent, am not required to file and serve an
8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11   extension of time within which to do so, a default judgment will be entered against me or the
12   entity I represent.
13   Dated /0-06-09

     Dorothy A. Vandiver
     Signature

14
15   Dorothy A. Vandiver
     Printed Name

16
17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets
25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

27
28

     Waiver                                    2                        Case No. 51-cv-1247

1  I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3  I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7  I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _10/14/09_

_William Venegas_
Signature

_WILLIAM VENEGAS_
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                        2                            Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated _10/12/09_

Signature _Marcella Venegas_

14

15   Printed Name _MARCELLA VENEGAS_

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

19

20

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

22

23

24   Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

25

26

27

28

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3        I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated _Nov. 2, 2009_          _____
                                     Signature

10

11                                     _Attorney for Verizon California Inc._
                                     Printed Name

12

13  | **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS** |
14  
15  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.

16

17  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

18

19

20  Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

21

22

23

24

25

26

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _8 Oct 09_

Signature _Gerald Vik_

14  _Gerald Vik_

Printed Name

15

16

17

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27

28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated _7-30-09_

    _____
    Signature

    _____
    Josef F. Volkmann
    Printed Name

16
17
    **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located
19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**
20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this
22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot
23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets
25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26  respond, a default judgment may be entered against you.

27
28

1   I, or the entity I represent, agree to save the expense of serving a summons and additional
2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the
4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an
8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11  extension of time within which to do so, a default judgment will be entered against me or the
12  entity I represent.

13  Dated 9-30-2009

Rita Volkmann
Signature

Rita Volkmann
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

27
28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009).  If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  10 / 05 / 2009

     Signature

14

15   Printed Name  SEYED   YAGHOUB,

16

17

<div style="border:1px solid">

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint.  A defendant who is located
19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**
20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this
22   matter or over the defendant or the defendant's property.  If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot
23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12.  You have no obligation to respond until the Court sets
25   the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to
26   respond, a default judgment may be entered against you.

</div>

27

28

Waiver                                         2                          Case No. 51-cv-1247

1   I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3   I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7   I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated Oct. 2, 2009

    Signature _Catherine O Yaskuich_

14

15  Printed Name _CATHERINE A. YASKUICH_

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1   Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2   service.

3          I also understand that I, or the entity I represent, am not required to file and serve an

4   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7   extension of time within which to do so, a default judgment will be entered against me or the

8   entity I represent.

9   Dated _10 - 2 - 09_

Signature

Printed Name _Louis Antonio Yap_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or a motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1  Cahuilla Band of Indians, but that I waive any objections to the absence of a summons or of

2  service.

3         I also understand that I, or the entity I represent, am not required to file and serve an

4  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

5  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

6  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

7  extension of time within which to do so, a default judgment will be entered against me or the

8  entity I represent.

9  Dated *10/15/09*

Signature

Printed Name

10

11

12

13

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                         2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated  9/29/09

Signature  *Chihuan Chi Yu*

Printed Name  *Chihuan Chrsty Yu*

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                          Case No. 51-cv-1247

1        I, or the entity I represent, agree to save the expense of serving a summons and additional

2   copies of the seconded amended complaints in this lawsuit.

3        I understand that I, or the entity I represent, will keep all defenses or objections to the

4   lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5   Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6   the absence of a summons or of service.

7        I also understand that I, or the entity I represent, am not required to file and serve an

8   answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9   *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   9-27-09

Signature

Printed Name

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and *complaint*.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12.  You have no obligation to respond until the Court sets the deadline.  You will be notified when the Court sets the deadline.  If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 10/27/09

Signature

Printed Name   Juan R Zavala

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10   fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11   extension of time within which to do so, a default judgment will be entered against me or the

12   entity I represent.

13   Dated 9-29-09

      Signature *Howard Zimmerman*
                *Debra Zimmerman*

14

15   Printed Name   HOWARD ZIMMERMAN
                    DEBRA ZIMMERMAN

16

17   **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18   Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
     unnecessary expenses of serving a summons and complaint. A defendant who is located

19   in the United States and who fails to return a signed waiver of service requested by a
     plaintiff located in the United States **will be required to pay the expenses of service**

20   **unless the defendant shows good cause for its failure to sign and return the waiver.**

21   "Good cause" *does not include a belief that the complaint is groundless*, or that the lawsuit
     has been brought in an improper venue, or that the court has no jurisdiction over this

22   matter or over the defendant or the defendant's property. If the waiver is signed and
     returned, you can still make these and all other defenses or objections, but you cannot

23   object to the absence of a summons or of service.

24   Following the waiver of service, the Court will set a deadline for your obligation to file an
     answer or motion under Rule 12. You have no obligation to respond until the Court sets

25   the deadline. You will be notified when the Court sets the deadline. If you fail to file an
     answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26   respond, a default judgment may be entered against you.

27

28

     Waiver                                    2                          Case No. 51-cv-1247

1    I, or the entity I represent, agree to save the expense of serving a summons and additional
2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the
4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the
5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to
6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an
8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*
9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I
10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an
11  extension of time within which to do so, a default judgment will be entered against me or the
12  entity I represent.

13  Dated 10-4-09

Signature

David Zinda
Printed Name

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated  10/3/09

    Signature

14

    *Jennifer Zinda*

15    Printed Name

16

17  **DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

18  Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving
    unnecessary expenses of serving a summons and complaint. A defendant who is located

19  in the United States and who fails to return a signed waiver of service requested by a
    plaintiff located in the United States **will be required to pay the expenses of service**

20  **unless the defendant shows good cause for its failure to sign and return the waiver.**

21  "Good cause" does not include a belief that the complaint is groundless, or that the lawsuit
    has been brought in an improper venue, or that the court has no jurisdiction over this

22  matter or over the defendant or the defendant's property. If the waiver is signed and
    returned, you can still make these and all other defenses or objections, but you cannot

23  object to the absence of a summons or of service.

24  Following the waiver of service, the Court will set a deadline for your obligation to file an
    answer or motion under Rule 12. You have no obligation to respond until the Court sets

25  the deadline. You will be notified when the Court sets the deadline. If you fail to file an
    answer or motion on the date ordered by the Court, or fail to obtain an extension of time to

26  respond, a default judgment may be entered against you.

27

28

1    I, or the entity I represent, agree to save the expense of serving a summons and additional

2    copies of the seconded amended complaints in this lawsuit.

3    I understand that I, or the entity I represent, will keep all defenses or objections to the

4    lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5    Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6    the absence of a summons or of service.

7    I also understand that I, or the entity I represent, am not required to file and serve an

8    answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9    *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10    fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11    extension of time within which to do so, a default judgment will be entered against me or the

12    entity I represent.

13    Dated _9\2u\0q_

Signature _Stucy Sun_

Printed Name _Stacey Shuman_

_For Martin Zuzung_

---

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---