| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| | | Ref. No. or File No. | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT EGGERING

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

21158 BUENA VISTA ROAD
TEMECULA, CA 92590

ON: October 24, 2010
AT: 02:00 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 3, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17345/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: LINDA ELLINGTON - 60ish, 150lbs, 5'5", black hair, caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

26426 SPANIEL LANE
SUN CITY, CA 92586

ON: October 4, 2010
AT: 09:04 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 18, 2010**.

Signature: _____

**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS17334/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ELLINGTONS ANZA GAS SERVICE
SERVE: PAT ELLINGTON
38385 N KIRBY
ANZA CA 92539

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

   An answer to the complaint which is herewith served upon you, within _____*____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
   by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | | DATE |
|---|---|---|
| CLERK | | |

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/25/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant.  Place where served: 38385 N. Kirby, Anza, CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/25/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons In a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARTHA ELLIOTT
38205 GREEN VALLEY RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECU SEAL

By _____, Deputy Clerk

OCT 2 C 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/06/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] Served personally upon the defendant.  Place where served: | 38205 Green Valley Rd, Anza, CA 92539 |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| [ ] Return unexecuted: | |
| [ ] Other (specify): | |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/06/10

Date                           Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CAROLYN ELLISON
49975 INDIAN ROCK RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 c 2009

W. Samuel Hamrick, Jr.

CLERK                                                          DATE

C. EC... SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| [ x ] | Served personally upon the defendant.  Place where served: 49975 Indian Rock Rd, Aguanga, CA 92536 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
      vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    JOHN ELLISON
    49975 INDIAN ROCK RD
    AGUANGA  CA  92536

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
      by default will be taken against you for the relief demanded in the complaint.

OCT 2 ? 2009

W. Samuel Hamrick, Jr.

CLERK                     DATE

C. ECKELSEAL

By                , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant. Place where served:  49975 Indian Rock Rd, Aguanga, CA 92536 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/18/10
                  Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California.
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ELLIOTT ENGSTROM
49265 DALEWOOD CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EG... SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| ☐ | Return unexecuted: |
| ☒ | Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Elliott Engstrom on 01/21/11 to the following address: 49265 Dalewood Court, Aguanga, CA 92536. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11
                         Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | Case Number: **51-cv-1247-GT-RBB** | |
|---|---|---|---|---|
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Elliott Engstrom at 49265 Dalewood Court, Aguanga, CA 92536  as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/20/10 | 11:09am | Residence | Individual property gates locked and no access to front door. |
| 08/24/10 | 2:00pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:35pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 9:01am | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates.
However, this property has its own individual gates surrounding property that are locked.

3) *Person Executing:*
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
*(ii) Registration No.:* 841
*(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JEAN ENGSTROM
49265 DALEWOOD CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                              DATE

C. ECK

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐  Return unexecuted:

☒  Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Jean Engstrom on 01/21/11 to the following address: 49265 Dalewood Court, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA** | |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE<br>DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Jean Engstrom at 49265 Dalewood Court, Aguanga, CA 92536    as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/20/10 | 11:09am | Residence | Individual property gates locked and no access to front door. |
| 08/24/10 | 2:00pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:35pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 9:01am | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates.
However, this property has its own individual gates surrounding property that are locked.

3)   *Person Executing*:
        a. Louis Picarone
        b. ProServe Process Service
        79-405 Highway 111, Suite 9-354
        La Quinta, CA 92253
        c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
        d. The fee for service was: 0.0
        e. I am: (3) Registered California Process Server:
            (i) Owner
            *(ii) Registration No.:* 841
            *(iii) County:* Riverside

4)      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
        Date: 01/21/11

                                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BERTHA ESTRELLA
38075 BOHLEN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECUSE *SEAL*

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/02/10 |
| NAME OF SERVER   Louis Picarone | TITLE U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ **x** ]  Served personally upon the defendant. Place where served: | 38075 Bohlen Road, Anza, CA 92539 |

[ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  _____

[ ]  Return unexecuted:

[ ]  Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/02/10
                                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊠

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MOISES ESTRELLA
38075 BOHLEN RD
ANZA CA 2539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECIJA      SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/02/10 | |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 | |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| ✗ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a *person of suitable age and discretion* then residing therein: |
|   | Name of person with whom the summons and complaint were left:  Bertha Estrella |
|   | Return unexecuted: |
|   | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | SERVICES | TOTAL $5.00 | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/02/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RAMIRO ESTRELLA
42015 INDIAN HILL TR
AGUANGA  CA.  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                          DATE

C. ECI[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Mrs. Estrella

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PATRICIA FAIR
37450 ANGELS WALK WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | DATE |
|---|---|
| CLERK | |
| C. ECLISE | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

John Chrisman

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  08/14/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

*Summons in a Civil Action (Rev 11/97)*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DONALD FEELEY
22946 MERLE CT
GRAND TERRACE CA 92324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                         DATE

C. ECHSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ Served personally upon the defendant.  Place where served: | 22946 Merle Ct, Grand Terrace, CA 92324 |

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

　　　Name of person with whom the summons and complaint were left:  _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:　　　08/18/10

　　　　　　　　　Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DIANE FERRELL
41620 SKYVIEW WAY
AGUANGA CA. 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ *days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[×] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Roy Ferrell, Husband

Name of person with whom the summons and complaint were left: _____

[ · ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/20/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROY FERRELL
41620 SKYVIEW WAY
AGUANGA  CA.  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 C 2009

CLERK

DATE

C. ECLISEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **✗** | Served personally upon the defendant. Place where served:  41620 Skyview Way, Aguanga, CA 91536 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/20/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LESLIE FIRTH
38800 CARY RD
ANZA CA. 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                          DATE

C. ECLESEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/11/10** |
| NAME OF SERVER   **Louis Picarone** | TITLE   **Riverside County #841** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant. Place where served:   **38800 Cary Rd, Anza, CA 92539** |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          **08/11/10**

Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
          **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LAYNE FLEMING
39242 PIONEER WAY
ANZA CA 92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____
    W. Samuel Hamrick, Jr.
          CLERK

C. ECU SEAL

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **✗** | Served personally upon the defendant.  Place where served:   39242 Pioneer Way, Anza CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

|  |  |
|---|---|
| Date | Signature of Server |
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MELBA FLEMING
39242 PIONEER WAY
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECU SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Layne Fleming |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

__**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**__

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PEDRO FLORES
56498 BENTON WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.

CLERK                                                                    DATE

C. ECLUSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/05/10 | |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 | |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served:  56498 Benton Way, Anza, CA  92539 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/05/10
          Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TERESA FLORES
56498 BENTON WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |

C. EC[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).



| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/05/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| **x** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:  Pedro Flores _____ |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/05/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et. al
                                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RONALD FOLMAR
41575 LAKESHORE BLV
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ° 2009

W. Samuel Hamrick, Jr.

CLERK                                             DATE

C. ECIOSEAL

By                                    , Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Jim Maxie |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
          vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHARLENE FRANCK
42237 RAMBLING LN
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                          DATE

C. ECLISEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served:   42237 Rambling Lane, Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/02/10

          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT FREDBERG
39260 ANZA RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                      DATE

C. ECHSEAL

By                          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/27/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

|   | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a *person of suitable age and discretion then residing therein:* |
|   | Name of person with whom the summons and complaint were left: Xochitl Fredberg |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/27/10

Date          Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

XOCHITL FREDBERG
39260 ANZA RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 ℃ 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECU**SEAL**

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served:  39260 Anza Road, Anza, CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | SERVICES | TOTAL $35.00 | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         06/27/10

                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GREGG FREEMAN
49290 SWEEPSTAKES LAND
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 C 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECIJSEAL | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Gregg Freeman on 01/27/11 to the following address: 49290 Sweepstakes Land, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL  $45.00 | | SERVICES | TOTAL $45.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11

Date                   Signature of Server
                       79-405 Highway 111, #9-354, La Quinta, CA 92253
                       Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Gregg Freeman _____ as follows:

2)   DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/11/10 | 2:30pm | Residence | Locked gate, no access. |
| 08/12/10 | 3:44pm | Residence | Locked gate, no access. |
| 08/14/10 | 12:21pm | Residence | Locked gate, no access. |

Other comments:_____

3)   *Person Executing:*                                     Recoverable Costs Per CCP 1033.5(a)(4)(B)
       a. Louis Picarone                                          d. The fee for service was: 45.00
       b. ProServe Process Service                        e. I am: (3) Registered California Process Server:
       79-405 Highway 111, Suite 9-354                      (I) Owner
       La Quinta, CA 92253                                        (ii) Registration No.: 841
       c. 760.702.5561                                               (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       Date: 08/14/2010

                                                                              Louis Picarone

AFFIDAVIT OF REASONABLE DILIGENCE

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARCIA FREEMAN
37515 BOHLEN RD
ANZA CA. 92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                    DATE

C. ECI (SEAL)

By                      , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant. Place where served: |
| [ x ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Charles Goldman |
| | Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Catherine Condon  SBN:
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street  Ste. 220
Boulder, CO 80302
(303) 442-2021

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **United States** | Plaintiff(s) | **CASE NUMBER:** **51-CV-1247-GT-RBB** |
| v. |  | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| **Fallbrook Public** | Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons   [ ] first amended complaint   [ ] third party complaint
     [ ] complaint   [X] second amended complaint   [ ] counter claim
     [ ] alias summons   [ ] third amended complaint   [ ] cross claim
     [X] other *(specify)*: **Instructions for Future Filing and Service of Documents**

2. **Person served:**

   a. [X] Defendant *(name:)*  **G & D Family Trust**
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
     **George Stone - Authorized Agent**
   c. [X] Address where the papers were served: **3301 Yorba Linda Blvd., NO. 49**
      **Fullerton, CA 92831**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. [ ] Federal Rules of Civil Procedure

   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] **By Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

     1. [X] **Papers were served on** *(date)*: **07/20/2010 at** *(time)*:  **09:25 am**

   b. [ ] **By Substituted Service.** By leaving copies:

     **1.** [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

     2. [ ] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

     3. [ ] **Papers were served on** *(date)*:  at *(time)*:

     4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

     5. [ ] **papers were mailed on**

     6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **Tyler Woodhouse**
   **JANNEY AND JANNEY ATTORNEY SERVICE, INC.**
   **840 N. BIRCH ST.**
   **SANTA ANA, CA 92701**
   **(714) 953-9451**

   a. Fee for service: **$ 34.00**

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☒ Registered California process server
   Registration # :2378
   County: **Orange**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **July 23, 2010**          _____**Tyler Woodhouse**_____          *(signature)*
                            *Type or Print Server's Name*                  *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANNA GARCIA
39261 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 ℓ 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECL(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] Served personally upon the defendant. Place where served: | 39261 Anza Rd, Anza, CA 92539 |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| [ ] Return unexecuted: | |
| [ ] Other (specify): | |

## STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | |
| ATTORNEY FOR *(Name)*:   PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JAMES GARCIA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3529 CANNON ROAD
OCEANSIDE, CA 92056

ON: December 23, 2010
AT: 11:14 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 26, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; PERSON APPARENTLY IN CHARGE AND COUNTER ATTENDENT - 38ish, 5'10", 210lbs, brown hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County:  SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 27, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order#: EAS18449/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: JAMES GARCIA

    3529 CANNON ROAD
    OCEANSIDE, CA 92056

As enumerated below:

**12/16/2010 04:15 pm**
    HOME - THE ADDRESS PROVIDED IS A POST OFFICE BOX LOCATION; THE CLERK VERIFIED THE SERVEE DID HAVE A BOX AT THE LOCATION BUT WOULD NOT GIVE ANY MORE INFORMATION.

**12/17/2010 09:16 am**
    HOME - THE CLERK VERIFIED THE SERVEE DID HAVE A BOX AT THE LOCATION BUT WOULD NOT GIVE ANY MORE INFORMATION.

**12/23/2010 11:14 am**
    HOME - THE CLERK VERIFIED THE SERVEE DID HAVE A BOX AT THE LOCATION BUT WOULD NOT GIVE ANY MORE INFORMATION; SUB-SERVED "JOHN DOE"; PERSON APPARENTLY IN CHARGE AND COUNTER ATTENDENT; 38ish, 5'10", 210lbs, brown hair, Caucasian male.

Fee for Service: **50.00**
County: **SAN DIEGO**
Registration No.: **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 27, 2010**.

Signature: _____

        JAIME TORRES

**DECLARATION OF DILIGENCE**

Order#: EAS18449/GProof40

SCOTT McELROY, PRO HAC VICE
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**                    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 26, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**JAMES GARCIA**
**3529 CANNON ROAD**
**OCEANSIDE, CA 92056**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma   P-459
Registration No.: _ _ _ _ _ _ _
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE**
**# 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 27, 2010.**

Signature: *Julie Anne Magdaleski*

**PROOF OF SERVICE BY MAIL**

Order#: EAS18449/GProof:

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARIO GARCIA
39261 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and *serve upon PLAINTIFF'S ATTORNEY*

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which *is herewith served upon you, within* _____ *days after*
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 0 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECIS SEAL | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: |
| [×] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Anna Garcia<br>Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO 80302 | TELEPHONE NO.: <br> (303) 442-2021 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No. <br> **CAHUILLA BAND** | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: TAMBIA GERBL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1170 N RAMONA BOULEVARD
SAN JACINTO, CA 92582

ON: October 7, 2010
AT: 04:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
RICHARD GERBL; HUSBAND AND ADULT OCCUPANT - 45ish, 200lbs, 5'11, black hair, Hispanis male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17329/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **TAMBIA GERBL**

**1170 N RAMONA BOULEVARD**
**SAN JACINTO, CA 92582**

As enumerated below:

**09/28/2010  06:30 pm**
**HOME - NO RESPONSE AT GIVEN ADDRESS.**

**10/02/2010  10:00 am**
**HOME - NO RESPONSE AT GIVEN ADDRESS.**

**10/07/2010  04:10 pm**
**HOME - SUB-SERVICE TO RICHARD GERBL; HUSBAND AND ADULT OCCUPANT; [RICHARD GERBL] 45ish, 200lbs, 5'11", black hair, Hispanic male.**

Fee for Service: **25.00**
County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____

**ROBERT SEE**

## DECLARATION OF DILIGENCE

Order#: EAS17329/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

| | FOR COURT USE ONLY |
|---|---|

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:,
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop.  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**TAMBIA GERBL**
**1170 N RAMONA BOULEVARD**
**SAN JACINTO, CA 92582**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**.

Signature: Julie Anne Magdawski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17329/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DOUGLAS GESSWEIN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

40840 VIA LOS ALTOS
TEMECULA, CA 92591

ON: October 9, 2010
AT: 09:55 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
HEATHER GESSWEIN; DAUGHTER AND ADULT OCCUPANT - 25ish, 125lbs, 5'4", blonde hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17346/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  DOUGLAS GESSWEIN

40840 VIA LOS ALTOS
TEMECULA, CA 92591

As enumerated below:

10/06/2010  04:05 pm
         HOME - NO RESPONSE AT GIVEN ADDRESS.

10/08/2010  01:50 pm
         HOME - NO RESPONSE AT GIVEN ADDRESS.

10/09/2010  09:55 am
         HOME - SUB-SERVED TO HEATHER GESSWEIN; DAUGHTER AND ADULT OCCUPANT; [HEATHER GESSWEIN] 25ish, 125lbs, 5'4", blonde hair, Caucasian female.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 1, 2010.

Signature: _____
                    ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17346/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

FOR COURT USE ONLY

TELEPHONE NO.: (303) 442-2021        FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**DOUGLAS GESSWEIN**
**40840 VIA LOS ALTOS**
**TEMECULA, CA 92591**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 1, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17346/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |

| ATTORNEY FOR *(Name):* PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SANDRA GESSWEIN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

40840 VIA LOS ALTOS
TEMECULA, CA 92591

ON: October 9, 2010
AT: 09:55 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
HEATHER GESSWEIN; DAUGHTER AND ADULT OCCUPANT - 25ish, 125lbs, 5'4", blonde hair, Caucasian female.

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 1, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO 80302 | | | |
| ATTORNEY FOR *(Name):* PLAINTIFF IN INTERVENTION ... | Ref. No. or File No. CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      PARTY SERVED: **SANDRA GESSWEIN**

           40840 VIA LOS ALTOS
           TEMECULA, CA 92591

As enumerated below:

10/06/2010 04:05 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

10/08/2010 01:50 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

10/09/2010 09:55 am
      HOME - SUB-SERVED TO HEATHER GESSWEIN; DAUGHTER AND ADULT OCCUPANT; [HEATHER GESSWEIN] 25ish, 125lbs, 5'4",
      blonde hair, Caucasian female.

Fee for Service: 25.00
      County: SAN BERNARDINO
      Registration No.: 1058
      EXCALIBUR ATTORNEY SERVICE
      231 E. ALESSANDRO BOULEVARD, STE #
      A368
      RIVERSIDE, CA 92508
      (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____
           ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17347/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each):* **UNITED STATES OF AMERICA**

DEFENDANT*(name each):* **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>**CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**SANDRA GESSWEIN**
**40840 VIA LOS ALTOS**
**TEMECULA, CA 92591**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature

**PROOF OF SERVICE BY MAIL**

Order#: EAS17347/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | TELEPHONE NO.:<br>(303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>, CA | | | | |
| PLAINTIFF:<br>UNITED STATES OF AMERICA | | | | |
| DEFENDANT:<br>CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GERALD GINN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**39725 HIGHBURY DRIVE**
**MURRIETA, CA 92562**

ON: October 6, 2010
AT: 05:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JANET HAAKE; WIFE AND ADULT OCCUPANT - 50ish, 160lbs, 5'4", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____

**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS17423/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.  TELEPHONE NO.: (303) 442-2021  FOR COURT USE ONLY
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GERALD GINN

     39725 HIGHBURY DRIVE
     MURRIETA, CA 92562

As enumerated below:

09/27/2010  03:05 pm
     HOME - NO RESPONSE AT GIVEN ADDRESS.

10/01/2010  09:50 am
     HOME - NO RESPONSE AT GIVEN ADDRESS.

10/06/2010  05:05 pm
     HOME - SUB-SERVICE TO JANET HAAKE; WIFE AND ADULT OCCUPANT; [JANET HAAKE] 50ish, 160lbs, 5'4", brown hair, Caucasian female.

Fee for Service: 25.00
  County:  SAN BERNARDINO
  Registration No.:  1058
  EXCALIBUR ATTORNEY SERVICE
  231 E. ALESSANDRO BOULEVARD, STE # A368
  RIVERSIDE, CA 92508
  (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
     ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17423/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:,
BRANCH NAME:

| | FOR COURT USE ONLY |
|---|---|

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

GERALD GINN
39725 HIGHBURY DRIVE
MURRIETA, CA 92562

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD,  STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature Julie Anne Madowski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17423/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    MARIA GODINEZ
    42175 INDIAN HILLS TR
    AGUANGA  CA  92536

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ϑ 2009

W. Samuel Hamrick, Jr.

CLERK                               DATE

C. ECHSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Maria Godinez on 01/27/11 to the following address: 42175 Indian Hills Trail, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11
                     Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| AFFIDAVIT OF REASONABLE<br>DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of
eighteen years and not a party to this action. Personal service was attempted on Defendant
Maria Godinez _____ as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN
INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:35pm | Residence | Locked gate, no access. |
| 08/20/10 | 9:15am | Residence | Locked gate, no access. |
| 08/25/10 | 4:46pm | Residence | Locked gate, no access. |
| 08/27/10 | 12:50pm | Residence | Locked gate, no access. |

Other comments:_____

3)   **Person Executing:**
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 6.00
     e. I am: (3) Registered California Process Server:
          (i) Owner
          (ii) Registration No.: 841
          (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 08/27/2010

                                              _____
                                                      Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VICTOR GODINEZ
42175 INDIAN HILLS TR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Victor Godinez on 01/27/11 to the following address: 42175 Indian Hills Trail, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | | For Court Use Only |
|---|---|---|
| Telephone : 303-442-2021          Fax: 303-444-3490 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | Case Number: 51-cv-1247-GT-RBB |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date:      Time:      Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Victor Godinez                                                 as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:35pm | Residence | Locked gate, no access. |
| 08/20/10 | 9:15am | Residence | Locked gate, no access. |
| 08/25/10 | 4:46pm | Residence | Locked gate, no access. |
| 08/27/10 | 12:50pm | Residence | Locked gate, no access. |
| | | | |
| | | | |

Other comments:

3)   *Person Executing:*
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 22.50
    e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 08/27/2010

                                Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOSE GOMEZ
54975 HIGHVIEW DR
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              OCT 2 0 2009

CLERK                                                    DATE

C. ECH SEAL

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant.  Place where served: 54975 Highview Dr, Anza, CA  92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/05/10

| Date | Signature of Server<br>79-405 Highway 111, #9-354, La Quinta, CA 92253 |
|---|---|
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | . .CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **ALFREDO GONZALEZ**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**33175 LINDA ROSEA**
**TEMECULA, CA 92592**

ON: October 9, 2010
AT: 10:55 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____

**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS17350/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE No.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |

| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: FANNY GONZALEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

33175 LINDA ROSEA
TEMECULA, CA 92592

ON: October 9, 2010
AT: 01:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
RICHARD GONZALEZ; SON AND ADULT OCCUPANT - 20ish, 180lbs, 5'8", black hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17351/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **FANNY GONZALEZ**

    33175 LINDA ROSEA
    TEMECULA, CA 92592

As enumerated below:

10/03/2010 06:40 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

10/06/2010 09:20 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

10/09/2010 01:10 pm
    HOME - SUB-SERVICE TO RICHARD GONZALEZ; SON AND ADULT OCCUPANT; 20ish, 180lbs, 5'8", black hair, Hispanic male.

Fee for Service: 25.00
  County: **SAN BERNARDINO**
  Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____
          ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17351/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>**CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**FANNY GONZALEZ**
**33175 LINDA ROSEA**
**TEMECULA, CA 92592**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**

Signature

Julie Anne Woodaski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17351/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LINDA GOODHEIM
57880 MITCHELL RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                              DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/02/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 57880 Mitchell Rd, Anza, CA  92539 |
|---|---|---|
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| | Name of person with whom the summons and complaint were left: _____ | |
| ☐ | Return unexecuted: | |
| ☐ | Other (specify): | |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   07/02/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

EVERETT GORDON
57080 HURST DR
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after * service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECHOSEAL

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/29/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ]  Served personally upon the defendant.  Place where served: | 57080 Hurst Dr, Anza, CA 92539 |

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 07/29/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021 | |
| --- | --- |
| SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | |
| ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ERNA GRAY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

97 CALLE ARAGON, UNIT G
LAGUNA WOODS, CA 92637

ON: November 18, 2010
AT: 06:12 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 25, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CHELSEA NICHOLSON; CO-OCCUPANT - 40ish, 5'4", 140lbs, black hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order#: EAS17889/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | (303) 442-2021 | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ERNA GRAY

      97 CALLE ARAGON, UNIT G
      LAGUNA WOODS, CA 92637

As enumerated below:

**11/13/2010 05:27 pm**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/15/2010 11:09 am**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/17/2010 07:24 am**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/18/2010 06:12 pm**
      HOME - SUB-SERVICE TO CHELSEA NICHOLSON; CO-OCCUPANT; 40ish, 5'4", 140lbs, black hair, Caucasian female.

Fee for Service: 25.00
  County: **LOS ANGELES**
  Registration No.: **3587**
  **EXCALIBUR ATTORNEY SERVICES**
  **231 E. ALESSANDRO BOULEVARD, SUITE A368**
  **RIVERSIDE, CA 92508**
  **(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____
            **ARTURO CHARYA**

## DECLARATION OF DILIGENCE

Order#: EAS17889/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On November 25, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ERNA GRAY
97 CALLE ARAGON   UNIT G
LAGUNA WOODS, CA 92637

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: Julie Anne Maadowski

PROOF OF SERVICE BY MAIL

Order#: EAS17889/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):    TELEPHONE NO.:    FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT McELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION

Ref. No. or File No.:   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: PAUL GRAY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

97 CALLE ARAGON, UNIT G
LAGUNA WOODS, CA 92637

ON: November 18, 2011
AT: 06:12 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 25, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CHELSEA NICHOLSON; CO-OCCUPANT - 40ish, 5'4", 140lbs, black hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ARTURO CHARYA

# PROOF OF SERVICE

Order#: EAS17888/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.        (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):    **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.:
CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: PAUL GRAY

97 CALLE ARAGON, UNIT G
LAGUNA WOODS, CA 92637

As enumerated below:

**11/13/2010 05:27 pm**
　　HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/15/2010 11:09 am**
　　HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/17/2010 07:24 am**
　　HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/18/2010 06:12 pm**
　　HOME - SUB-SERVICE TO CHELSEA NICHOLSON; CO-OCCUPANT; 40ish, 5'4", 140lbs, black hair, Caucasian female.

Fee for Service: **25.00**

County: LOS ANGELES
Registration No.: 3587
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

**ARTURO CHARYA**

**DECLARATION OF DILIGENCE**

Order#: EAS17888/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

FOR COURT USE ONLY

TELEPHONE NO.: (303) 442-2021     FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:   51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On November 25, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**PAUL GRAY**
**97 CALLE ARAGON   UNIT G**
**LAGUNA WOODS, CA 92637**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#. EAS17888/GProof7

Summons in a Civil Action (Rev.11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
            **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BRENDA GREEN
16220 INDIAN
MORENO VALLEY  CA  92551

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                DATE

C. EC  (SEAL)

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).