ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021
FEDERAL PHONE NO.:
FOR COURT USE ONLY

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

Ref. No. or File No.: CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SHARON KEAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A 'COPY THEREOF, AT:

40960 CALIFORNIA OAKS ROAD
MURRIETA, CA 92562

ON: October 6, 2010
AT: 03:20 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ANNETTE PAUL; MANAGER AND PERSON IN CHARGE - 50ish, 150lbs, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17427/GPro

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.
**CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SHARON KEAN

40960 CALIFORNIA OAKS ROAD
MURRIETA, CA 92562

As enumerated below:

09/25/2010 06:40 am
HOME - THE ADDRESS PROVIDED IS A FEDEX POSTAL STORE; THE ADDRESS IS CLOSED AT THIS TIME.

10/01/2010 10:20 am
HOME - PER "JANE DOE", NO INFORMATION WAS GIVEN AS TO WHICH POST OFFICE BOX IS REGISTERED TO THE SERVEE.

10/06/2010 03:20 pm
HOME - DOCUMENTS SUB-SERVED TO ANNETTE PAUL; MANAGER AND PERSON IN CHARGE; PLACED IN BOX 336; [ANNETTE PAUL 50ish, 150lbs, 5'6", brown hair, Caucasian female.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
ROBERT SEE

## DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:,
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

SHARON KEAN
40960 CALIFORNIA OAKS ROAD
MURRIETA, CA 92562

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature

Julie Anne Macdarski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17427/GProof7

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | TELEPHONE NO.: (303) 442-2021 |

TELEPHONE NO.: (303) 442-2021

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STEVEN KEAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

40960 CALIFORNIA OAKS ROAD
MURRIETA, CA 92562

ON: October 6, 2010
AT: 03:20 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ANNETTE PAUL; MANAGER AND PERSON IN CHARGE - 50ish, 150lbs, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17426/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | |

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **STEVEN KEAN**

    **40960 CALIFORNIA OAKS ROAD**
    **MURRIETA, CA 92562**

As enumerated below:

**09/25/2010 06:40 am**
    HOME - THE ADDRESS PROVIDED IS A FEDEX POSTAL STORE; THE ADDRESS IS CLOSED AT THIS TIME.

**10/01/2010 10:20 am**
    HOME - PER "JANE DOE", NO INFORMATION WAS GIVEN AS TO WHICH POST OFFICE BOX IS REGISTERED TO THE SERVEE.

**10/06/2010 03:20 pm**
    HOME - DOCUMENTS SUB-SERVED TO ANNETTE PAUL; MANAGER AND PERSON IN CHARGE; PLACED IN BOX 336; [ANNETTE PAUL 50ish, 150lbs, 5'6", brown hair, Caucasian female.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: _____
ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17426/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER: 51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**STEVEN KEAN
40960 CALIFORNIA OAKS ROAD
MURRIETA, CA 92562**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 29, 2010.

Signature: Julie Andrew Bogdanowski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17426/GProof7

SCOTT B McELROY,
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL ST, STE 220
BOULDER, CO  80302

(303) 442-2021

ATTORNEY FOR *(Name)*:

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA  92101-8900

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

   Summons in a Civil Action; Second Amended Complaint in Intervention;
   Instructions for Future Filing and Service of Documents

   PARTY SERVED:  MARGARET KELLEY

   PERSON SERVED:  ROBERT MANN - HUSBAND

DATE & TIME OF DELIVERY:  July 12, 2010
                          02:24 pm

ADDRESS, CITY, AND STATE:  505 SANSOME ST, STE 1400
                           SAN FRANCISCO, CA 94111
                           (BUSINESS)

MANNER OF SERVICE:
   Substituted Service - By leaving the copies with or in the presence of ROBERT
   MANN a person at least 18 years of age apparently in charge at the office or
   usual place of business of the person served.  I informed him/her of the
   general nature of the papers.  A declaration of diligence is attached.  I
   thereafter mailed the copies to the person served, addressed as shown in
   above address, by first-class mail, postage prepaid, on July 13, 2010 from
   SAN FRANCISCO.

Registered California process server.
County: San Francisco
Registration No.: 303
Expiration: May 11, 2012
ProServicePlus
828 Franklin St
San Francisco, CA 94102

982(a)(23)[New July 1, 1987]

I declare under penalty of perjury that the foregoing is true and
correct and that this declaration was executed on July 13,
2010 at San Francisco, California.

Signature: _____
                              Peter With

10-77669/BProof2

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  TELEPHONE NO.:  FOR COURT USE ONLY
SCOTT B McELROY,  (303) 442-2021
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL ST, STE 220
BOULDER, CO  80302

ATTORNEY FOR *(Name)*:

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
940 FRONT ST. ROOM 1160
SAN DIEGO, CA  92101-8900

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on July 1, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MARGARET KELLEY

RESIDENCE: NOT KNOWN
,

BUSINESS: TOUCHSTONE COMMERCIAL PARTNERS
505 SANSOME ST, STE 1400
SAN FRANCISCO, CA 94111

As enumerated below:

July 2, 2010  11:40 am
        Tried business address - not in the office (address confirmed)

July 8, 2010  10:18 am
        Tried business address - not in the office

July 12, 2010  02:24 pm
        Tried business address - not in the office

July 12, 2010  02:24 pm
        SUBSERVED - copy left with Robert Mann (husband)

Registered California process server.
County: San Francisco
Registration No.: 303
Expiration: May 11, 2012
ProServicePlus
828 Franklin St
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 12, 2010 at San Francisco, California.

Signature: _____
                                    Peter With

10-77669/PProof20

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CONSTANCE KEY
56887 DICKSON WAY
ANZA CA 92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECIJSEAL

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/06/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] Served personally upon the defendant. Place where served: | 56887 Dickson Way, Anza, CA 92539 |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] Return unexecuted: | |
| [ ] Other (specify): | |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/06/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GEORGE KIMBALL
37479 REGAL BLUE TRL
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

C. ECK  SEAL

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/07/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 37479 Regal Blue Trl, Anza, CA  92539 |
|---|---|---|

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/07/10
                           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO 80302 | | |

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.
**CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> **51-cv-1247-GT-RBB** |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **HARRY KING**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**2844 W BRIDGEPORT AVENUE**
**ANAHEIM, CA 92804**

ON: **November 28, 2010**
AT: **11:20 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 29, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME - 40ish, 5'6", 170lbs, brown hair, Caucasian female.

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County: **LOS ANGELES**
Registration No.: **6437**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 23, 2010.**

Signature: _____

ANTONIO DESHAWN OUTTEN

# PROOF OF SERVICE

Order#: EAS17902/GProof3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION

Ref. No. or File No.
CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      PARTY SERVED: **HARRY KING**

         2844 W BRIDGEPORT AVENUE
         ANAHEIM, CA 92804

As enumerated below:

11/18/2010   09:00 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010   12:00 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010   06:20 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/28/2010   11:20 am
      HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME; ["JANE DOE"] 40ish, 5'6", 170lbs, brown hair, Caucasian female.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS17902/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:   **51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **HARRY KING**
> **2844 W BRIDGEPORT AVENUE**
> **ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 2 5 . 0 0

County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 23, 2010.**

Signature: _____

**PROOF OF SERVICE BY MAIL**

Order#: EAS17902/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO.: (303) 442-2021

FOR COURT USE ONLY

ATTORNEY FOR (Name):   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KERRI KING

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

42399 RAMBLING LANE
AGUANGA, CA 92536

ON: October 8, 2010
AT: 02:40 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17305/GP

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO 80302 | | (303) 442-2021 | |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LYNN KING

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

ON: November 28, 2010
AT: 11:20 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 29, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

"JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME - 40ish, 5'6", 170lbs, brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 8, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS17901/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  LYNN KING

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

As enumerated below:

11/18/2010  09:00 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010  12:00 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  06:20 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/28/2010  11:20 am
      HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME; ["JANE DOE"] 40ish, 5'6", 170lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

---

DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

FOR COURT USE ONLY

TELEPHONE NO.: **(303) 442-2021**     FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**LYNN KING**
**2844 W BRIDGEPORT AVENUE**
**ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: SONOMA  P-450
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on

Signature

Julie Anne Macdowski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17901/GProof7

Case 3:51-cv-01247-JO-SBC Document 5296-2 Filed 03/08/11 PageID.57657 Page 20 of 132

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SHERRY KING

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

ON: November 28, 2010
AT: 11:20 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 29, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE HER NAME - 40ish, 170lbs, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS17900/GProof/38

| MCELROY, MEYER, WALKER & CONDON, P.C. | TELEPHONE NO.: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO 80302 | Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SHERRY KING

2844 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804

As enumerated below:

11/18/2010 09:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010 12:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/28/2010 11:20 am
HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT WHOM REFUSED TO PROVIDE NAME; ["JANE DOE"] 40ish, 5'6", 170lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS17900/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER: **51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**SHERRY KING**
**2844 W BRIDGEPORT AVENUE**
**ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **25.00**

County: Sonoma
Registration No.: P-459
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010.**

Signature: _Julie Anne Hacaluski_

**PROOF OF SERVICE BY MAIL**

Order#: EAS17900/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LANA KINNEY
21601 CANYON DR SPC 37
WILDOMAR  CA  92595

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECHSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 06/29/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

  Name of person with whom the summons and complaint were left:   Mrs. Babcock

☐ Return unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/29/10

                            Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARLIN KINSER
42105 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____
W. Samuel Hamrick, Jr.
**CLERK**

_____
**DATE**

C. ECU SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  08/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant.  Place where served: _____

☒  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Jim "Doe"

Name of person with whom the summons and complaint were left: _____

☐  Return unexecuted: _____

☐  Other (specify):

Sub-served to Jim, white/male, dirty blonde  hair, beard, 5'10", 200 lbs., 45 years old.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/27/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VIRGINIA KINSER
42105 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECI... SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  08/27/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Jim "Doe"

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

Sub-served to Jim, white/male, dirty blonde  hair, beard, 5'10", 200 lbs., 45 years old.

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  08/27/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DIANA KLINGSPORN
42222 LAKEFRONT DR
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECIJ(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[x] Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Diana Klingsporn on 01/27/11 to the following address: 42222 Lakefront Drive, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/27/11

_____          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
        Diana Klingspom                                                   as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:55pm | Residence | Locked gate, no access. |
| 08/20/10 | 12:10pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:20pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)   *Person Executing:*                                 Recoverable Costs Per CCP 1033.5(a)(4)(B)
        a. Louis Picarone                                   d. The fee for service was: 6.00
        b. ProServe Process Service                e. I am: (3) Registered California Process Server:
        79-405 Highway 111, Suite 9-354                 (i) Owner
        La Quinta, CA 92253                                  *(ii) Registration No.:* 841
        c. 760.702.5561                                         *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
        Date: 08/27/2010
                                                                        Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARK KLINGSPORN
42222 LAKEFRONT DR
AGUANGA CA 92536

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                           DATE

C. EC[SEAL]

By                                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\l May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| ☐ | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒  Other (specify): | See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Mark Klingsporn on 01/27/11 to the following address: 42222 Lakefront Drive, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/27/11

Date                        Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
<u>Mark Klingspom</u>   as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:55pm | Residence | Locked gate, no access. |
| 08/20/10 | 12:10pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:20pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)   *Person Executing:*
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: <u>22.50</u>
    e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) *Registration No.:* 841
      (iii) *County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: <u>08/27/2010</u>

                                 Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RONALD KLOPF
41035 LAKESHORE BLV
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECHS*EAL*

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| *Service of the Summons and Complaint was made by me* | DATE  8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ]  Served personally upon the defendant.  Place where served: | 41035 Lakeshore Blvd, Aguanga, CA 92536 |

[ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ]  Return unexecuted: _____

[ ]  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. *COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.*

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

WILLIAM KOHL
43479 MCCLAIN LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ᴄ 2009

W. Samuel Hamrick, Jr.

DATE

CLERK

C. ECI**SEAL**

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to William Kohl on 01/21/11 to the following address: 43479 McClain Lane, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

| Date | Signature of Server |
|---|---|
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: 51-cv-1247-GT-RBB |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of
eighteen years and not a party to this action. Personal service was attempted on Defendant
William Kohl at 43479 McClain Lane, Aguanga, CA 92536                as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION,
INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/20/10 | 8:55am | Residence | No answer |
| 08/31/10 | 12:11pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 1:22pm | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |
| | | | |

**Other comments:** I am able to gain access through the residential community main gates.
However, this property has its own individual gates surrounding property that are locked.

3)     *Person Executing*:
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 0.0
      e. I am: (3) Registered California Process Server:
            (i) Owner
            *(ii) Registration No.:* 841
            *(iii) County:* Riverside

4)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11                                            _____
                                                              Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

      vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    MARGARET KOHLER
    39245 ANZA RD
    ANZA CA 92539

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within *_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK                       DATE

C. ECI[SEAL]

By           , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

[ ]   Served personally upon the defendant.  Place where served:

[x]   Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Mike Morrison

Name of person with whom the summons and complaint were left:

[ ]   Return unexecuted:

[ ]   Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: JOHANNA KUCHLER SHATSKY - 75ish, 125lbs, 5'6", gray hair, caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

27672 VIA REAL
SUN CITY, CA 92586

ON: October 4, 2010
AT: 08:50 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17335/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

STARR LACKEY
56686 DICKSON WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECLOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/07/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [×] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:   Larry Linder |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   07/07/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CELESTINA L LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18322/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LAURENCE LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CELESTINA L. LANGRELL; CO-OCCUPANT - 80ish, 160lbs, 5'5", gray hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | (303) 442-2021 | |

ATTORNEY FOR *(Name)*:   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.   **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LAURENCE LANGRELL

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

As enumerated below:

**11/30/2010 09:30 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 03:45 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010 10:20 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 04:00 pm**
HOME - SUB-SERVICE TO CELESTINA L. LANGRELL; CO-OCCUPANT; [CELESTINA L. LANGRELL] 80ish, 160lbs, 5'5", gray hair, Hispanic female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.:   6406
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

**DECLARATION OF DILIGENCE**

Order#: EAS18323/GProof4D

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

LAURENCE LANGRELL
3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010.**

Signature: _Julie Anne Maglista_

**PROOF OF SERVICE BY MAIL**

Order#: EAS18323/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**     Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL C LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 3, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CELESTINA L. LANGRELL; CO-OCCUPANT - 80ish, 160lbs, 5'5", gray hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: **25.00**

County: **LOS ANGELES**
Registration No.: **6406**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010**.

Signature: _____
**ARTURO RUIZ**

# PROOF OF SERVICE

Order#: EAS18321/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | TELEPHONE NO: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  MICHAEL C LANGRELL

      3225 POINT CEDAR DRIVE
      WEST COVINA, CA 91792

As enumerated below:

**11/30/2010  09:30 am**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010  03:45 pm**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010  10:20 am**
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010  04:00 pm**
      HOME - SUB-SERVICE TO CELESTINA L. LANGRELL; CO-OCCUPANT; [CELESTINA L. LANGRELL] 80ish, 160lbs, 5'5", gray hair, Hispanic female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010.**

Signature: _____
              ARTURO RUIZ

## DECLARATION OF DILIGENCE

Order#: EAS18321/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

*FOR COURT USE ONLY*

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 3, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**MICHAEL C LANGRELL**
**3225 POINT CEDAR DRIVE**
**WEST COVINA, CA 91792**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD,  SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order#: EAS18321/GProo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: WILLIAM R LANGRELL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

ON: December 2, 2010
AT: 04:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CELESTINA L. LANGRELL; CO-OCCUPANT - 80ish, 160lbs, 5'5", gray hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6406
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18320/GProof38

Case 3:51-cv-01247-JO-SBC Document 5296-2 Filed 03/08/2011 PageID.57650 Page 53 of 132

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | |

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: WILLIAM R LANGRELL

3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792

As enumerated below:

**11/30/2010 09:30 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 03:45 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010 10:20 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 04:00 pm**
HOME - SUB-SERVICE TO CELESTINA L. LANGRELL; CO-OCCUPANT; [CELESTINA L. LANGRELL] 80ish, 160lbs, 5'5", gray hair, Hispanic female.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 6, 2010.

Signature: _____

ARTURO RUIZ

DECLARATION OF DILIGENCE

Order#: EAS18320/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:  51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop.  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**WILLIAM R LANGRELL
3225 POINT CEDAR DRIVE
WEST COVINA, CA 91792**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:  P-459
**EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2010.**

Signature:

Julie Anne Macdonald

**PROOF OF SERVICE BY MAIL**

Order#: EAS18320/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHERI LANZISERA
39380 CARY RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. ECISEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [✗] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:  Rocco Lanzisera _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         07/05/10
                            Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROCCO LANZISERA
39380 CARY RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served: 39380 Cary Rd, Anza, CA 92539 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/05/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

**SUMMONS IN A CIVIL ACTION**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BARBARA LARA
37575 HILL ST
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/07/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| ✗ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:  Jesse Lara _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  07/07/10

| Date | Signature of Server |
|---|---|
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JESSE LARA
37575 HILL ST
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | DATE |
|---|---|
| CLERK | |

C. ECK SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **07/07/10** |
| NAME OF SERVER   **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ **×** ] Served personally upon the defendant.  Place where served: | 37575 Hill St, Anza, CA  92539 |

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/07/10
                    Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARIA LARIOS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3216 W 110TH STREET
INGLEWOOD, CA 90303

ON: December 8, 2010
AT: 10:35 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 10, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ARTURO SALAZAR; CO-OCCUPANT - 37ish, 230lbs, 6'1", black hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County:   ORANGE
Registration No.:  1687
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 18, 2011**.

Signature: _____

LUIS ARELLANO

# PROOF OF SERVICE

Order#: EAS18324/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve
said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.
Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  MARIA LARIOS

      3216 W 110TH STREET
      INGLEWOOD, CA 90303

As enumerated below:

12/03/2010  08:36 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  07:29 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  11:42 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  03:00 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010  08:55 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/08/2010  10:35 pm
      HOME - SUB-SERVICE TO ARTURO SALAZAR; CO-OCCUPANT; [ARTURO SALAZAR] 37ish, 230lbs, 6'1", black hair, Hispanic male.

(CONTINUED ON NEXT PAGE)

**DECLARATION OF DILIGENCE**

Order#: EAS18324/GProof40

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

(CONTINUED FROM PREVIOUS PAGE)

Fee for Service: 25.00



County: ORANGE
Registration No.: 1687
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, STE #
486
SANTA ROSA, CA 95407
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 18, 2011.

Signature: _____

LUIS ARELLANO

**DECLARATION OF DILIGENCE**

FOR COURT USE ONLY

SCOTT McELROY, PRO HAC VICE
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, STE # 486, SANTA ROSA, CA 95407.

On December 10, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **MARIA LARIOS**
> **3216 W 110TH STREET**
> **INGLEWOOD, CA 90303**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, STE #**
**486**
**SANTA ROSA, CA 95407**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 18, 2011.**

Signature:

Julie Anne McCarthy

**PROOF OF SERVICE BY MAIL**

Order#: EAS18324/GProof7

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LARRY LARSEN
40195 REED VALLEY RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 0 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECI   SEAL | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\4443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
|---|---|
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Leeyvone Larsen, Wife

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     09/02/10
          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LEEYVONE LARSEN
40195 REED VALLEY RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 ¿ 2009

CLERK

DATE

C. ECUSEAL

By                          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | 40195 Reed Valley Road, Aguanga, CA 92536 <br> Served personally upon the defendant.  Place where served: |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: <br><br> Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/02/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO  80302 | | | |
| ATTORNEY FOR *(Name):*   **PLAINTIFF IN INTERVENTION** | Ref. No. or File No. **CAHUILLA BAND** | | |
| Insert name of court, judicial district or branch court, if any: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA , CA | | | |
| PLAINTIFF: UNITED STATES OF AMERICA | | | |
| DEFENDANT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KAY LAWSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4509 UNIVERSITY
RIVERSIDE, CA 92501

ON: October 6, 2010
AT: 09:50 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17306/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LAWRENCE LAWSON
4509 UNIVERSITY
RIVERSIDE CA 92501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | OCT 2 0 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECHSEAL | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| **x** | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Lawrence Lawson on 01/21/11 to the following address: 4509 University Avenue Riverside, CA 92501. |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $32.50 | | SERVICES | TOTAL $32.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11
                        Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | **For Court Use Only** |
|---|---|
| **Insert name of Court, and Judicial District and Branch Court:**<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | |

| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | **Case Number: 51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Lawrence Lawson at 4509 University Avenue Riverside, CA 92501  as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| **DATE:** | **TIME:** | **LOCATION:** | **RESULTS:** |
|---|---|---|---|
| 10/14/10 | 7:16am | Residence | No access to front door, private gate surrounding property is locked. |
| 10/16/10 | 2:14pm | Residence | No access to front door, private gate surrounding property is locked. |
| 10/17/10 | 6:25pm | Residence | No access to front door, private gate surrounding property is locked. |

**Other comments:** This home is surrounded by a private gate that is locked.

The house sits back approximately 200 feet from entrance so I can not get anyone's attention.

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHARLES LAYNE
2920 BAVARIA DR
CORONA  CA  92881

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____
W. Samuel Hamrick, Jr.

CLERK                                                DATE

C. ECIJSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/15/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ × ] | Served personally upon the defendant. Place where served:  2920 Bavaria Dr, Corona, CA 92399 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/15/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JEAN LAYNE
2920 BAVARIA DR
CORONA CA 92881

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECIJSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/15/10** |
| NAME OF SERVER   **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

| | | |
|---|---|---|
| [ **x** ] | Served personally upon the defendant.  Place where served: | **2920 Bavaria Dr, Corona, CA 92399** |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| | Name of person with whom the summons and complaint were left: _____ | |
| [ ] | Return unexecuted: | |
| [ ] | Other (specify): | |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/15/10

Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LCL ANZA PROP
SERVE:  TERRY CANTRELL
57475 HIGHWAY 371
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after * service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| | |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. ECKUS (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/03/10 |
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** Served personally upon the defendant. Place where served: | 57475 Highway 371, Anza, CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 07/03/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
   vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

STEVEN LEASH
37360 BOHLEN RD
ANZA  CA  92539

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

  An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK             DATE

C. ECK [SEAL]

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served:  37360 Bohlen Rd, Anza, CA 92539 |
|---|---|
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

| Executed on:        07/05/10 | |
|---|---|
| Date | Signature of Server |
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
       **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARTIN LEONARD
42460 LAKE SHORE BLV
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after * service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECH [SEAL]

DATE

By        , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  01/27/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐  Return unexecuted:

☒  Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Martin Leonard on 01/27/11 to the following address: 42460 Lakeshore Blvd, Aguanga, CA 92536.

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11
                           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  *As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure*

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Martin Leonard                                         as follows:

2) DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 3:26pm | Residence | Locked gate, no access. |
| 08/20/10 | 1:55pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:04pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments: _____

_____

3) *Person Executing:*
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 22.5
    e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 08/27/2010

                             Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | | | |
|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | Ref. No. or File No. CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: VERONICA LERIDA - 60ish, 160lbs, 5'7", brown hair, caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19655 HORVAT LANE
LAKE ELSINORE, CA 92530

ON: October 4, 2010
AT: 12:30 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS17407/GProof37

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL ST., SUITE 220<br>BOULDER                CO        80302<br>Telephone No: 303-442-2021     FAX No: 303-444-3490 | | |
| Attorney for: PLAINTIFF | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA, ET AL. |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. |

| **PROOF OF SERVICE**<br>SUMMONS, COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-CV-01247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*       JEFFREY LEWIS
   *b. Person served:*     PARTY IN ITEM 3.A.

*4. Address where the party was served:*   14903 GARFIELD AVE., #19
                                    PARAMOUNT              CA      90723

*5. I served the party:*
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: 7/21/2010  (2) at: 9:20 AM

*7. **Person Who Served Papers:***                          Recoverable Cost Per CCP 1033.5(a)(4)(B)

   a. C. SMITH                              d. *The Fee for Service was: $* 65.00

   b. Process Service Associates            e. I am: (3) registered California process server
      17216 Saticoy Street #358
      Van Nuys, CA. 91406                       *(i)*  Owner
                                               *(ii)  Registration No.:* 6618
   c. 661-799-0231                             *(iii) County:*      LOS ANGELES

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: 7/21/2010

   **Judicial Council form POS-010**                    **PROOF OF SERVICE**                    C. SMITH
   **Rule 982.9.(a)&(b) Rev January 1, 2004**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GLORIA LICON
81412 SENEGAL CT
INDIO  CA  92236

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. EClose SEAL | |
| By , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  12/18/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served:  81412 Senegal Court, Indio, CA 92236 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          12/18/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
      **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SIDNEY LICON
81412 SENEGAL CT
INDIO CA 92236

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECHOSEAL | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  12/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant.  Place where served:  81412 Senegal Court, Indio, CA 92236 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify):                                    . |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          12/18/10
                            Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LARRY LINDER
56686 DICKSON WAY
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 6 2009

CLERK

DATE

C. ECIASEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/07/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant.  Place where served: 56686 Dickson Way, Anza, CA 92539

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  07/07/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICHARD LOCKETT
41055 LAKE RIVERSIDE
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECU  SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served:  41055 Lake Riverside, Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.<br><br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HERMELINDA LOPEZ
50323 KENMORE ST
COACHELLA CA 92236

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after\* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
| --- | --- |
| CLERK | DATE |

C. ECHMSEAL

By _____ , Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |
|---|---|

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Hermelinda Lopez on 01/21/11 to the following address 50323 Kenmore Street, Coachella, CA 92236. |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         01/21/11

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:* | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Hermelinda Lopez at 50323 Kenmore Street, Coachella, CA 92236 as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/24/10 | 3:48pm | Residence | No access, locked and enclosed front yard. |
| 08/26/10 | 9:55am | Residence | No access, locked and enclosed front yard. |
| 12/16/10 | 12:38pm | Residence | No access, locked and enclosed front yard. |
| 12/18/11 | 7:37am | Residence | No access, locked and enclosed front yard. |
| | | | |
| | | | |

Other comments:_____

3) *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   _____
   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RENE LOPEZ
40520 LAKE RIVERSIDE DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 2 2009

_____
CLERK

_____
DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/08/10 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served:    40520 Lake Riverside Dr., Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL   $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/08/10
           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICARDO LOPEZ
42475 RAMBLING LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 ? 2009

CLERK

DATE

C. EC[SEAL]

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ricardo Lopez on 01/21/11 to the following address: 42475 Rambling Lane, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      01/21/11
                        Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
     Ricardo Lopez at 42475 Rambling Lane, Aguanga, CA 92536          as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 4:45pm | Residence | Individual property gates locked and no access to front door. |
| 08/20/10 | 12:59pm | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:12am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 8:40am | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)   *Person Executing:*
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 0.0
     e. I am: (3) Registered California Process Server:
        (i) Owner
        (ii) Registration No.: 841
        (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 01/21/11

                                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SUSANA LOPEZ
42475 RAMBLING LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 c 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECLUSE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|  |  |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|  | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Susana Lopez on 01/21/11 to the following address: 42475 Rambling Lane, Aguanga, CA 92536. |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | | For Court Use Only |
|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C. 1007 Pearl Street, Suite 220 Boulder, CO 80302 | | |
| Telephone : 303-442-2021         Fax: 303-444-3490 | | |
| Insert name of Court, and Judicial District and Branch Court: **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:      Time:      Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Susana Lopez at 42475 Rambling Lane, Aguanga, CA 92536         as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 4:45pm | Residence | Individual property gates locked and no access to front door. |
| 08/20/10 | 12:59pm | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:12am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 8:40am | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |

Other comments:  I am able to gain access through the residential community main gates.
However, this property has its own individual gates surrounding property that are locked.

3)   **Person Executing:**
　　a. Louis Picarone
　　b. ProServe Process Service
　　79-405 Highway 111, Suite 9-354
　　La Quinta, CA 92253
　　c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
　　(i) Owner
　　(ii) Registration No.: 841
　　(iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
　　Date: 01/21/11

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | (303) 442-2021 | |

| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No. **CAHUILLA BAND** |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: *HARRY LORENZEN*

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

715 S SYLVAN STREET
ANAHEIM, CA 92804

ON: November 21, 2010
AT: 05:25 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE" LORENZEN; CO-OCCUPANT - 60ish, 170lbs, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

# PROOF OF SERVICE

Order#: EAS17909/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | (303) 442-2021 | |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION

Ref. No. or File No.

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **HARRY LORENZEN**

**715 S SYLVAN STREET**
**ANAHEIM, CA 92804**

As enumerated below:

**11/18/2010  08:40 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/20/2010  11:40 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/21/2010  05:25 pm**
    HOME - SUB-SERVICE TO "JANE" LORENZEN; CO-OCCUPANT; 60ish, 170lbs, 5'6", brown hair, Caucasian female.

Fee for Service: **25.00**
        County:  **LOS ANGELES**
        Registration No.:  **6437**
        **EXCALIBUR ATTORNEY SERVICES**
        **231 E. ALESSANDRO BOULEVARD.,**
        **SUITE A368**
        **RIVERSIDE, CA 92508**
        **(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## DECLARATION OF DILIGENCE

Order#: EAS17909/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

FOR COURT USE ONLY

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**HARRY LORENZEN
715 S SYLVAN STREET
ANAHEIM, CA 92804**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature:

Julie Anne Macdonald

**PROOF OF SERVICE BY MAIL**

Order#: EAS17S09/GProof27

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PATRICK LOVATO
49911 CHEYENNE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          OCT 2 ᴏ 2009

CLERK                                           DATE

C. ECI(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| [ x ] | Served personally upon the defendant. Place where served: 49911 Cheyenne Court, Aguanga, CA 91536 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/20/10

Date                    Signature of Server
                         79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBIN LOVATO
49911 CHEYENNE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
| --- | --- |
| CLERK | DATE |

C. EC[SEAL]

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Patrick Lovato, Husband |
| | Name of person with whom the summons and complaint were left: |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN LOVE
38300 HARPER LN
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECLISEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 38300 Harper Ln, Anza, CA  92539 |
|---|---|---|

|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

|   | Return unexecuted: |
|---|---|

|   | Other (specify): |
|---|---|

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/05/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TERRESSA LOVE
38300 HARPER LN
ANZA CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

_____
W. Samuel Hamrick, Jr.
CLERK

C. EC(SEAL)

By _____, Deputy Clerk

_____
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/05/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|

| ✗ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left:  John Love

| | Return unexecuted: |
|---|---|

| | Other (specify): |
|---|---|

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/05/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ▣

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MACHADO LAND INV CORP
SERVE: MICHAEL J. MACHADO,
REG. AGT
38420 BAHRMAN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                          DATE

C. ECHSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **07/31/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: **White male, brown hair, 6', thin build, approximately 40 years old.**

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  **$17.50** | | SERVICES | TOTAL **$17.50** | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        **07/31/10**

Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

EDWARD MADRID
48775 FOREST SPRINGS RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECIJBEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34em)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|
| [x] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |

Susan Madrid, Wife

Name of person with whom the summons and complaint were left:

| | Return unexecuted: |
|---|---|
| | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SUSAN MADRID
48775 FOREST SPRINGS RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECKEL                SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served: 48775 Forest Springs Rd, Aguanga, CA 91536 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/20/10

| Date | Signature of Server |
|---|---|
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CELESTE MAHONEY
49554 MESCALERO CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____\* days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.
CLERK
          DATE

C. ECUSE **(SEAL)**

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\4443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Celeste Mahoney on 01/21/11 to the following address: 49554 Mescalero Court, Aguanga, CA 92536. |

**STATEMENT OF SERVICE FEES**

| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

| Date | Signature of Server<br>79-405 Highway 111, #9-354, La Quinta, CA 92253 |
|---|---|
| | Address of Server |

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Celeste Mahoney at 49554 Mescalero Court, Aguanga, CA 92536   as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 8:05am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:17pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 10:57am | Residence | Gate unlocked, windows open no answer. |
| | | | |
| | | | |
| | | | |
| | | | |

**Other comments:** I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)   *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
     (i) Owner
     *(ii) Registration No.:* 841
     *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN MAHONEY
49554 MESCALERO CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                              DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant.  Place where served: _____ |
|---|---|
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____ |
|   | Return unexecuted: |
| ✗ Other (specify): | See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to John Mahoney on 01/21/11 to the following address: 49554 Mescalero Court, Aguanga, CA 92536. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:* | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
    John Mahoney at 49554 Mescalero Court, Aguanga, CA 92536   as follows:

2)  **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 8:05am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:17pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 10:57am | Residence | Gate unlocked, windows open no answer. |
| | | | |
| | | | |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)  *Person Executing*:
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

    Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 0.0
    e. I am: (3) Registered California Process Server:
       (i) Owner
       (ii) *Registration No.:* 841
       (iii) *County:* Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 01/21/11

                                                            Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LADISLAV MALEK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1353 EL NIDO DRIVE
FALLBROOK, CA 92028

ON: November 15, 2010
AT: 02:15 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 16, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
SYLVIA MALEK; WIFE AND ADULT OCCUPANT -

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 16, 2010.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17383/GP/roof/38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  LADISLAV MALEK

1353 EL NIDO DRIVE
FALLBROOK, CA 92028

As enumerated below:

11/01/2010  05:05 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/08/2010  10:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/15/2010  02:15 pm
HOME - SUB-SERVICE TO SYLVIA MALEK; WIFE AND ADULT OCCUPANT; [SYLVIA MALEK] 40ish, 125lbs, 5'4", black hair, Caucasian female.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 16, 2010.

Signature: _____
ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17383/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**        FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF*(name each):* **UNITED STATES OF AMERICA**

DEFENDANT*(name each):* **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | FOR COURT USE ONLY |
|---|---|

| CASE NUMBER: |
|---|
| **51-cv-1247-GT-RBB** |

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On November 16, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop.  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**LADISLAV MALEK
1353 EL NIDO DRIVE
FALLBROOK, CA 92028**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.:  P-459
**EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010.**

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAST7383/GProof7