**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served: 24399 Carolee Ave, Moreno Valley, CA 92551 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

| ATTORNEY FOR (Name): | PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CECILIO OROZCO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

27675 ELLIS AVENUE
ROMOLAND, CA 92585

ON: November 20, 2010
AT: 04:15 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 22, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CRISTINA OROZCO; WIFE AND ADULT OCCUPANT - 50ish, 150lbs, 5'5", black hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 29, 2010.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  CECILIO OROZCO

   27675 ELLIS AVENUE
   ROMOLAND, CA 92585

As enumerated below:

11/05/2010  04:05 pm
      HOME - NO RESPONSE AT THE GIVEN ADDRESS.

11/13/2010  11:05 am
      HOME - NO RESPONSE AT THE GIVEN ADDRESS.

11/20/2010  04:15 pm
      HOME - SUB- SERVICE TO CRISTINA OROZCO; WIFE AND ADULT OCCUPANT; [CRISTINA OROZCO] 50ish, 150lbs, 5'5", black hair, Hispanic female.

Fee for Service: 25.00
   County:  SAN BERNARDINO
   Registration No.:  1058
   EXCALIBUR ATTORNEY SERVICE
   231 E. ALESSANDRO BOULEVARD, STE #
   A368
   RIVERSIDE, CA 92508
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 29, 2010.

Signature: _____
                              ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17327/GProof40

SCOTT McELROY, PRO HAC VICE
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021        FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On November 22, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

CECILIO OROZCO
27675 ELLIS AVENUE
ROMOLAND, CA 92585

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.: P-459
**EXCALIBUR ATTORNEY SERVICE**
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 29, 2010

Signature: Julie Anne Handasor

PROOF OF SERVICE BY MAIL

Order#: EAS17327/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CRISTINA OROZCO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

27675 ELLIS AVENUE
ROMOLAND, CA 92585

ON: November 20, 2010
AT: 04:15 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 29, 2010.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17326/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PACIFIC HOLT CORP
SERVE: MELISSA BARKER
REGISTERED AGENT
7440 E HWY 140
MERCED  CA  95340

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECHOSEAL)

By _____ , Deputy Clerk

OCT 2 0 2009

DATE

Summons in a Civil Action

Page 1 of 2

::CDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  July 6, 2010 |
| NAME OF SERVER<br>Kevin Koehn | TITLE<br>Reg. Process Server #96 |
| Check one box below to indicate appropriate method of service | Merced County, Calif. |

| | |
|---|---|
| **X**  Served personally upon the defendant. Place where served: | 7440 E. Hwy. 140<br>Merced, CA 95340 |

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  July 7, 2010
Date

Signature of Server

540 W. 21st St., Merced, CA 95340
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

i)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO 80302 | | (303) 442-2021 | |

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. <br> CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: **PACIFIC WESTERN BANK**

AT: **130 WEST FALLBROOK STREET**
     **FALLBROOK, CA 92028**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**D. JEAN WESTERHOLD - BANK MANAGER**

ON: **11/15/2010**
AT: **02:30 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010.**

Signature: _____
                    ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17536/GProof39

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JAMES PALMER
49833 MOJAVE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECKER (SEAL)

By                              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/08/10 | |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD | |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant. Place where served: | 49833 Mojave Court, Aguanga, CA 92536 |
|---|---|---|
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ | |
| ☐ | Return unexecuted: | |
| ☐ | Other (specify): | |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/08/10

                              Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

WILLIAM PEARSON
38490 BAHRMAN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 9 2009

DATE

C. ECIJSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] Served personally upon the defendant.  Place where served: | 38490 Bahrman Rd, Anza, CA 92539 |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| [ ] Return unexecuted: | |
| [ ] Other (specify): | |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/14/10
                           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HERNAN PEDRAZA
42575 ROUNDUP DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECK  SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
| --- | --- |
| Service of the Summons and Complaint was made by me | DATE  09/11/10 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
| --- | --- |
| [ x ]  Served personally upon the defendant.  Place where served: | 42575 Roundup Drive, Aguanga, CA 92536 |
| [ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| [ ]  Return unexecuted: | |
| [ ]  Other (specify): | |

| STATEMENT OF SERVICE FEES | | | | |
| --- | --- | --- | --- | --- |
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/11/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JUDITH PEDRAZA
42575 ROUNDUP DR
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.
CLERK                                                   DATE

C. ECHESEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  09/11/10 |
| --- | --- |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:   Hernan Pedraza, Husband

☐ Return unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
| --- | --- | --- | --- | --- |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      09/11/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DOMINGA PEREZ
74040 GOLETA AVE
PALM DESERT  CA  92260

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. ECHOLS

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/24/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant.  Place where served: 74040 Goleta Ave, Palm Desert, CA 92260 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/24/10

| Date | Signature of Server |
|---|---|
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RUTILIO PEREZ
74040 GOLETA AVE
PALM DESERT  CA  92260

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 C 2009 |
|---|---|
| CLERK | DATE |

C. ECK       SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/24/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served: 74040 Goleta Ave, Palm Desert, CA 92260 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/24/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SALVADOR PEREZ
39450 ANZA ROAD
ANZA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. ECIUS(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| *Service of the Summons and Complaint was made by me* | DATE  8/12/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service | |

| ☒ | Served personally upon the defendant.  Place where served:  39450 Anza Road, Anza, CA 92536 |
|---|---|
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10
                                  Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. *COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.*

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons In a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

   MARY PERKINS
   54945 MOUNT RD
   ANZA  CA  92539

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

      An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

                                                    OCT 2 C 2009

_____W. Samuel Hamrick, Jr._____               _____
              CLERK                                        DATE

C. ECI(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

                                                              Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Mary Perkins on 01/27/11 to the following address: 54945 Mount Road, Anza, CA, 92539.

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL. | Case Number: 51-cv-1247-GT-RBB |
| Defendant: FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Mary Perkins _____ as follows:

2)    **DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.**

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/28/10 | 3:30pm | Residence | Locked gate, no access. |
| 08/12/10 | 1:10pm | Residence | Locked gate, no access. |
| 08/25/10 | 10:40am | Residence | Locked gate, no access. |

Other comments: _____

3)    **Person Executing:**
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 17.60
    e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 08/25/2010

                            Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RAZELLE PERKINS
7037 GASKIN PL
RIVERSIDE CA 92506

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECI SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
| --- | --- |
| Service of the Summons and Complaint was made by me | DATE 08/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Tom Perkins, Husband

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
| --- | --- | --- | --- | --- |
| TRAVEL  $32.50 | | SERVICES | TOTAL $32.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/20/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANNA PETERSON
39386 CONTRERAS RD
ANZA  CA  92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 ℓ 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECHO SEAL | |
| By                              , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

|  | Served personally upon the defendant.  Place where served: |
|---|---|

☒  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Paul Peterson

Name of person with whom the summons and complaint were left:

|  | Return unexecuted: |
|---|---|

|  | Other (specify): |
|---|---|

## STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MYRA PETERSON - 60ish, brown hair, 5'5'', 140lbs, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

619 S MALDEN AVENUE
FULLERTON, CA 92832

ON: November 19, 2010
AT: 12:20 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS17926/GProof37

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CLARENCE PHILLIPS
37790 JACK LN
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EC.... *SEAL*

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ **x** ] | Served personally upon the defendant.  Place where served:   37790 Jack Ln, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/12/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>· SCOTT MCELROY, PRO HAC VICE<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | TELEPHONE NO: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: **JAMES PHIPPS** - 65ish, 200lbs, 6'4", gray hair, caucasian male.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**19238 LENCA ROAD**
**APPLE VALLEY, CA 92307**

ON: **October 4, 2010**
AT: **04:15 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**                                              Order#: EAS17377/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **VONDA PHIPPS**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**19238 LENCA ROAD**
**APPLE VALLEY, CA 92307**

ON: October 4, 2010
AT: 04:15 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JAMES PHIPPS; HUSBAND AND ADULT OCCUPANT - 65ish, 200lbs, 6'4", gray hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17378/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION**

| | |
|---|---|
| Ref. No. or File No. | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  VONDA PHIPPS

　　　　19238 LENCA ROAD
　　　　APPLE VALLEY, CA 92307

As enumerated below:

10/04/2010 04:15 pm
　　　　HOME - SUB-SERVICE TO JAMES PHIPPS; HUSBAND AND ADULT OCCUPANT; [JAMES PHIPPS] 65ish, 200lbs, 6'4", gray hair, Caucasian male.

09/25/2010 06:25 pm
　　　　HOME - NO RESPONSE AT GIVEN ADDRESS.

09/30/2010 11:30 am
　　　　HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
　　　　　　　ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17378/GProof/40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|

**PROOF OF SERVICE BY MAIL**

Ref No. or File No.:
**CAHUILLA BAND**

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**VONDA PHIPPS**
**19238 LENCA ROAD**
**APPLE VALLEY, CA 92307**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature:

Julie Anne Madriaga

**PROOF OF SERVICE BY MAIL**

Order#: EAS17378/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*   TELEPHONE NO.:   FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.

ATTORNEY FOR *(Name):*   **PLAINTIFF IN INTERVENTION**   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SABRENA PIZZANELLO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

29568 BRANWIN STREET
MURRIETA, CA 92563

ON: October 6, 2010
AT: 04:50 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010.

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS17439/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LISA POPOWICH
49359 SQUAW PEAK CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECKISEAL |  |
| By                          , Deputy Clerk |  |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/08/10 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** Served personally upon the defendant. Place where served: | 49359 Squaw Peak Court, Aguanga, CA 92536 |

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        09/08/10

_____                    _____

Date                        Signature of Server
                            79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

I) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BONNIE POWELL
49890 INDIAN ROCK RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECISEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ Other (specify): | See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Bonnie Powell on 01/21/11 to the following address: 49890 Indian Rock Road, Aguanga, CA 92536. |

## STATEMENT OF SERVICE FEES

| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

                          Date                     Signature of Server
                                                   79-405 Highway 111, #9-354, La Quinta, CA 92253

                                                   Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: McElroy, Meyer, Walker & Condon, P.C. 1007 Pearl Street, Suite 220 Boulder, CO 80302 Telephone : 303-442-2021    Fax: 303-444-3490 | For Court Use Only | | |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Bonnie Powell at 49890 Indian Rock Road, Aguanga, CA 92536 as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:30am | Residence | Individual property gates locked and no access to front door. |
| 08/25/10 | 1:03pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:07pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 10:04am | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
   (i) Owner
   *(ii) Registration No.:* 841
   *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

EDWARD POWELL
49890 INDIAN ROCK RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECI  (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Edward Powell on 01/21/11 to the following address: 49890 Indian Rock Road, Aguanga, CA 92536. |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Edward Powell at 49890 Indian Rock Road, Aguanga, CA 92536    as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:30am | Residence | Individual property gates locked and no access to front door. |
| 08/25/10 | 1:03pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:07pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 10:04am | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SYLVIA QUINONES

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

18 WILLOWBROOK LANE
POMONA, CA 91766

ON: October 13, 2010
AT: 08:14 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
   County: **SAN BERNARDINO**
   Registration No.: 1058
   **EXCALIBUR ATTORNEY SERVICE**
   1007 B West College Avenue, #486
   Santa Rosa, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**.

Signature: _____
         ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17325/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANNA QUINTANA
82599 OLEANDER
INDIO  CA  92201

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                                     DATE

C. ECLISEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/24/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant. Place where served: 82599 Oleander, Indio, CA 92201 |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/24/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
**vs**
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BEETHOVEN QUINTO
49055 ARABIAN CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within ____ * ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EC[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Beethoven Quinto on 01/21/11 to the following address: 49055 Arabian Court, Aguanga, CA 92536.

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. *Personal service was attempted on Defendant*
Beethoven Quinto at 49055 Arabian Court, Aguanga, CA 92536    as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/27/10 | 7:33am | Residence | Individual property gates locked and no access to front door. |
| 08/31/10 | 5:21pm | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:22am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 1:10PM | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 11:41AM | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) *Person Executing:*
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
(ii) Registration No.: 841
(iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ESTRELLA QUINTO
49055 ARABIAN CT
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                        DATE

C. EC[SEAL]

By                                      , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Estrella Quinto on 01/21/11 to the following address: 49055 Arabian Court, Aguanga, CA 92536. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. *Personal service was attempted on Defendant*
Estrella Quinto at 49055 Arabian Court, Aguanga, CA 92536          as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/27/10 | 7:33am | Residence | Individual property gates locked and no access to front door. |
| 08/31/10 | 5:21pm | Residence | Individual property gates locked and no access to front door. |
| 09/02/10 | 11:22am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 1:10PM | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 11:41AM | Residence | Individual property gates locked and no access to front door. |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
          vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    LETICIA RAMIREZ
    37980 LOUISE ST
    ANZA  CA  92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                  DATE

C. ECIJSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\44443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | | DATE 07/23/10 |
| NAME OF SERVER   Louis Picarone | | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 37980 Louise St, Anza, CA 92539 |
|---|---|---|

| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

| | Return unexecuted: |
|---|---|

| | Other (specify): |
|---|---|

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/23/10

Date          Signature of Server
                  79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VICENTE RAMIREZ
37980 LOUISE ST
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECIJSEAL | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/23/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x** | Served personally upon the defendant. Place where served:  37980 Louise St, Anza, CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         07/23/10

Date                          Signature of Server
                              79-405 Highway 111, #9-354, La Quinta, CA 92253

                              Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |

MCELROY, MEYER, WALKER & CONDON, P.C.
·SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.
**CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA**

PLAINTIFF:
**UNITED STATES OF AMERICA**

DEFENDANT:
**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **GARY RAMUSSEN**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**1200 FLINT STREET
LAKE ELSINORE, CA 92530**

ON: October 4, 2010
AT: 12:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
BRIAN RASMUSSEN; SON AND ADULT OCCUPANT - 30ish, 200lbs, 6'2", brown hair, Caucasian male.

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: **25.00**
County: **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17409/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*       TELEPHONE NO.:   FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR *(Name):*   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.
CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GARY RAMUSSEN

    1200 FLINT STREET
    LAKE ELSINORE, CA 92530

As enumerated below:

**10/04/2010 12:05 pm**
    HOME - SUB-SERVICE TO BRIAN RASMUSSEN; SON AND ADULT OCCUPANT; [BRIAN RASMUSSEN] 30ish, 200lbs, 6'2", brown hair, Caucasian male.

**09/26/2010 06:30 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**09/27/2010 10:10 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
        ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17409/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021            FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: *CAHUILLA BAND* |
|---|---|---|---|---|---|

*FOR COURT USE ONLY*

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**GARY RASMUSSEN
1200 FLINT STREET
LAKE ELSINORE, CA 92530**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: 

**PROOF OF SERVICE BY MAIL**

Order#: EAS17409/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KRISTINE RASMUSSEN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1200 FLINT STREET
LAKE ELSINORE, CA 92530

ON: October 4, 2010
AT: 12:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
BRIAN RASMUSSEN; SON AND ADULT OCCUPANT - 30ish, 200lbs, 6'2", brown hair, Caucasian male.

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17410/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No. |
|---|---|
| | **CAHUILLA BAND** |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  KRISTINE RASMUSSEN

    1200 FLINT STREET
    LAKE ELSINORE, CA 92530

As enumerated below:

10/04/2010 12:05 pm
    HOME - SUB-SERVICE TO BRIAN RASMUSSEN; SON AND ADULT OCCUPANT; [BRIAN RASMUSSEN] 30ish, 200lbs, 6'2", brown hair, Caucasian male.

09/26/2010 06:30 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

09/30/2010 10:10 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00
    County:  SAN BERNARDINO
    Registration No.:  1058
    EXCALIBUR ATTORNEY SERVICE
    231 E. ALESSANDRO BOULEVARD, STE # A368
    RIVERSIDE, CA 92508
    (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
        ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17410/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

CASE NUMBER:   **51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:   **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**KRISTINE RASMUSSEN
1200 FLINT STREET
LAKE ELSINORE, CA 92530**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1070
**EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order: EAS17410/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOILENE RAYMOND
29171 SEQUIOA SPGS
MENIFEE CA 92584

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |

C. ECIJ SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 06/29/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served: 29171 Sequoia Springs, Menifee, CA 9284 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $65.00 | | SERVICES | TOTAL $65.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/29/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
                              vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICHARD RAYMOND
29171 SEQUIOA SPGS
MENIFEE  CA  92584

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
| --- | --- |
| CLERK | DATE |

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\1443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/11/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| **x**  Served personally upon the defendant.  Place where served: | 29171 Sequioa Spgs, Menifee CA 92584 |

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $55.00 | | SERVICES | TOTAL $55.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/11/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) *As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure*

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
     **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DAVID RICE
37225 BOHLENE RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECI JSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
|---|---|

| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant. Place where served: | 37225 Bohlen Rd, Anza, CA 92539 |
|---|---|---|

|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

|   | Return unexecuted: |
|---|---|

|   | Other (specify): |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       07/23/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | | | (303) 442-2021 | |

ATTORNEY FOR (Name):   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.  **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: JOY RICHARD - 55ish, 180lbs, 5'6", black hair, caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

8141 KINGSTON AVENUE
HESPERIA, CA 92345

ON: October 4, 2010
AT: 06:12 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17397/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

Ref. No. or File No.

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; *Cahuilla Band of Indians'* Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **KENNETH RICHARDSON**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**45043 CORTE ZORITA**
**TEMECULA, CA 92592**

ON: **November 1, 2010**
AT: **08:20 am**

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
   County:   **SAN BERNARDINO**
   Registration No.:   **1058**
   **EXCALIBUR ATTORNEY SERVICE**
   **1007 B West College Avenue, #486**
   **Santa Rosa, CA 95401**
   **(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 10, 2010.**

Signature: _____
                    ROBERT  SEE

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.

ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION  CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; *Instructions for Future Filing* and Service of Documents

ON: **ROSALINDA RICHARDSON**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**45043 CORTE ZORITA**
**TEMECULA, CA 92592**

ON: **November 1, 2010**
AT: **8:20 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 3, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
**KENNETH RICHARDSON; HUSBAND AND ADULT OCCUPANT - 60ish, 180lbs, 5'10", gray hair, Caucasian male**

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 10, 2010.**

Signature: _____

**ROBERT SEE**

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO.: (303) 442-2021

FOR COURT USE ONLY

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION

Ref. No. or File No.:    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  ROSALINDA RICHARDSON

45043 CORTE ZORITA
TEMECULA, CA 92592

As enumerated below:

10/03/2010  10:40 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

10/18/2010  05:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/01/2010  08:20 am
HOME - SUB-SERVICE TO KENNETH RICHARDSON; HUSBAND AND ADULT OCCUPANT; [KENNETH RICHARDSON] 60ish, 180lbs, 5'10" gray hair, Caucasian male.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 10, 2010.

Signature: _____
ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17356/GProof/40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

| | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref.No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On November 3, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**ROSALINDA RICHARDSON**
**45043 CORTE ZORITA**
**TEMECULA, CA 92592**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 10, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17356/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DOUGLAS RIECH
49120 UTE CT
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECI[SEAL]

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Douglas Riech on 01/21/11 to the following address: 49120 Ute Court, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | | | For Court Use Only |
|---|---|---|---|
| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Douglas Riech at 49120 Ute Court, Aguanga, CA 92536 _____ as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/20/10 | 9:27am | Residence | Individual property gates locked and no access to front door. |
| 08/25/10 | 2:05pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:38pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 11:13am | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3)    **Person Executing**:
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5551

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
  (i) Owner
  *(ii) Registration No.:* 841
  *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊠
      vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

INES RIVERA
41917 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 0 2009 |
|---|---|
| W. Samuel Hamrick, Jr. |  |
| CLERK | DATE |
| C. ECHAVE (SEAL) |  |
| By _____, Deputy Clerk |  |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ines Rivera on 01/27/11 to the following address: 41917 Lakefront Drive, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      01/27/11

Date          Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Ines Rivera _____ as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:45pm | Residence | Locked gate, no access. |
| 08/20/10 | 12:22pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:14pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments: _____

_____

3)    *Person Executing:*
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 5.00
     e. I am: (3) Registered California Process Server:
       (i) Owner
       *(ii) Registration No.:* 841
       *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 08/27/2010

                                Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

*FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.*

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MANUEL RIVERA
41917 LAKEFRONT DR
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

| W. Samuel Hamrick, Jr. | |
| --- | --- |
| CLERK | DATE |

C. ECLUSEAL

By _____ , Deputy Clerk

*Summons in a Civil Action*

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER   Louis Picarone | TITLE   USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Manuel Rivera on 01/27/11 to the following address: 41917 Lakefront Drive, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL   $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         01/27/11
                          Date                    Signature of Server
                                                        79-405 Highway 111, #9-354, La Quinta, CA 92253
                                                        Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL. | Case Number: 51-cv-1247-GT-RBB |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Manuel Rivera _____as follows:

2)    DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 2:45pm | Residence | Locked gate, no access. |
| 08/20/10 | 12:22pm | Residence | Locked gate, no access. |
| 08/27/10 | 1:14pm | Residence | Locked gate, no access. |

Other comments:_____

3)    Person Executing:
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 22.50
    e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 08/27/2010

               Louis Picarone

AFFIDAVIT OF REASONABLE DILIGENCE

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CALI RIZZI
40565 LAKE RIVERSIDE DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. ECHEVERRY

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

*Check one box below to indicate appropriate method of service*

|  | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [×] Other (specify): | See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Cali Rizzi on 01/21/11 to the following address: 40565 Lake Riverside Drive, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under *the laws of the* United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021         Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
|---|---|---|---|---|
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Cali Rizzi at 40565 Lake Riverside Drive, Aguanga, CA 92536 ___ as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:01am | Residence | Individual property gates locked and no access to front door. |
| 08/25/10 | 6:18pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:02pm | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CLAYTON RIZZI
40565 LAKE RIVERSIDE DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECIUSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |
|---|---|

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant. Place where served: |
|---|---|

|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|---|---|

Name of person with whom the summons and complaint were left: _____

|   | Return unexecuted: |
|---|---|

| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Clayton Rizzi on 01/21/11 to the following address: 40565 Lake Riverside Drive, Aguanga, CA 92536. |
|---|---|

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | For Court Use Only | |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | Case Number: **51-cv-1247-GT-RBB** | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Clayton Rizzi at 40565 Lake Riverside Drive, Aguanga, CA 92536    as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:01am | Residence | Individual property gates locked and no access to front door. |
| 08/25/10 | 6:18pm | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 12:02pm | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MICHAEL ROBERTS
41625 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ]  Served personally upon the defendant.  Place where served: | 41625 Lakefront Drive, Aguanga, CA 92536 |

[  ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[  ]  Return unexecuted:

[  ]  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/18/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MICHELLE ROBERTS
41625 LAKEFRONT DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

| CLERK | DATE |

C. ECIJSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served:  41625 Lakefront Drive, Aguanga, CA 92536 |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARY ROCHEFORT
53127 BENTON WAY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 C 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECI (SEAL) | |
| By                              , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Mary Rochefort on 01/27/11 to the following address: 53127 Benton Way, Anza, CA 92539.

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| Defendant: FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of
eighteen years and not a party to this action. Personal service was attempted on Defendant
Mary Rochefort                                                                 as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN
INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/28/10 | 2:15pm | Residence | Locked gate, no access. |
| 07/31/10 | 12:53pm | Residence | No answer. |
| 08/12/10 | 2:46pm | Residence | Locked gate, no access. |
| 08/14/10 | 11:12am | | Locked gate, no access. |
| 08/18/10 | 11:38am | | No answer. |

Other comments: There's a placard outside that says the Culvers.

3)   **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 17.50
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 08/18/2010

                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANGELA RODRIGUEZ
39230 CONTRERAS RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.

CLERK                                                              DATE

C. ECI      SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| **×** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Richard Rodriguez |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

| **STATEMENT OF SERVICE FEES** | | | |
|---|---|---|---|
| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: IGNACIO RODRIGUEZ - 45ish, 180lbs, 5'9", black hair, hispanic male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3317 HAMMOCK STREET
PERRIS, CA 92571

ON: October 4, 2010
AT: 07:45 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____

ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS17319/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JORGE RODRIGUEZ
49360 PIMA CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. ECI [SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  09/11/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

[ ]  Served personally upon the defendant.  Place where served: _____

[✗]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

*Kelly Rodriquez*

Name of person with whom the summons and complaint were left: _____

[ ]  Return unexecuted: _____

[ ]  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

***DECLARATION OF SERVER***

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  09/11/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KELLY RODRIGUEZ
49360 PIMA CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                          DATE

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  09/11/10 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ] | Served personally upon the defendant.  Place where served:  49360 Pima Court, Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        09/11/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES. CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

REFUGIO RODRIGUEZ
38030 WILLIS
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 ? 2009

| | |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. ECIJSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant. Place where served: 38030 Willis, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICHARD RODRIGUEZ
39230 CONTRERAS RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ℮ 2009

_____
W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECI....SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ Served personally upon the defendant. Place where served: | 39230 Contreras Rd, Anza, CA 92539 |
| ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: | |
| ☐ Return unexecuted: | |
| ☐ Other (specify): | |

### STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/12/10

_Date_

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | (303) 442-2021 | |

| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No. **CAHUILLA BAND** |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: TINA RODRIGUEZ - 40ish, 140lbs, 5'4", black hair, hispanic female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3317 HAMMOCK STREET
PERRIS, CA 92571

ON: October 4, 2010
AT: 07:45 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00



County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17320/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

McELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
*SCOTT McELROY, PRO HAC VICE,*
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR *(Name)*:   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.   **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: DAVID ROMERO - 50ish, 150lbs, 5'10", brown hair, caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

30123 SANTA ROSALIE DRIVE
SUN CITY, CA 92586

ON: October 4, 2010
AT: *09:50 am*

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS17336/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT McELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No. **CAHUILLA BAND**

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: MARY ROMERO - 50ish, 120lbs, 5'5", brown hair, caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

30123 SANTA ROSALIE DRIVE
SUN CITY, CA 92586

ON: October 4, 2010
AT: 09:50 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

# PROOF OF SERVICE

Order#: EAS17337/GProof37

Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                              vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DARYL ROPER
39550 KIRBY RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                              DATE

C. ECH  *SEAL*

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\4443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/31/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: |
|---|---|
| ✕ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |

Jeri Roper

Name of person with whom the summons and complaint were left: _____

| | Return unexecuted: |
|---|---|
| | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/31/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JERI ROPER
39550 KIRBY RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECKER  SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/31/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served: | 39550 Kirby Rd, Anza, CA 92539 |

| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |

Name of person with whom the summons and complaint were left: _____

| [ ] | Return unexecuted: |

| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/31/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
           vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JUAN ROSALES
67340 MISSION DR
CATHEDRAL CY  CA  92234

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                      DATE

C. EClISE SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/24/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|

[ ✗ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Lucia Meza

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/24/10

Date                                    Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARIA ROSAS
39450 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                      OCT 2 C 2009

CLERK                                       DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 07/28/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:  Alvaro Rosas |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/28/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

__NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE__

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

NASARIO ROSAS
39450 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECHUSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☐ | Served personally upon the defendant.  Place where served: |
|---|---|
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:   Alvaro Rosas |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/28/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RHONDA ROSE
37401 HILL
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                        DATE

C. EClusEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/27/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service | |

| [ ✗ ] | Served personally upon the defendant.  Place where served:  37401 Hill, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/27/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHANN ROTTLER
49225 FOREST SPRINGS RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
| --- | --- |
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECH SEAL |  |
| By _____ , Deputy Clerk |  |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  8/25/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [x] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:  Marshall Naggier<br>Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/25/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHRISTIAN RUSOVICK
48865 LAKE CANYON DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECHAVE [SEAL]

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  08/27/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [×] | Served personally upon the defendant.  Place where served:   48865 Lake Canyon Drive, Aguanga, CA 92536 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/27/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN RUSSO
38105 BOHLEN RD
ANZA CA 92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after*
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

DATE

CLERK

C. ECHOSEAL

By                              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 07/27/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| [ x ] | Served personally upon the defendant. Place where served: | 38105 Bohlen Rd, Anza, CA 92539 |

| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |

Name of person with whom the summons and complaint were left: _____

| [ ] | Return unexecuted: |

| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/27/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TAMMY RUSSO
38105 BOHLEN RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after*
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 2 2009

CLERK

DATE

C. ECIJA SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/27/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  John Russo

☐ Return unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       07/27/10
                   Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)