Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CONCEPCION SALAS
39345 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____          _____
       W. Samuel Hamrick, Jr.                                            DATE

              CLERK

C. ECK   SEAL

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

**☒** Served personally upon the defendant.  Place where served: 39345 Anza Road, Anza, CA 92539

**☐** Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

**☐** Return unexecuted:

**☐** Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/27/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PLACIDO SALAS
39345 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                     DATE

C. ECHOSEAL

By                                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  Concepcion Salas

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        06/27/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL. AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**SCOTT MCELROY, PRO HAC VICE,**
**1007 PEARL STREET, SUITE # 220**
**BOULDER, CO  80302**

TELEPHONE NO.: (303) 442-2021

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:
**UNITED STATES OF AMERICA**

DEFENDANT:
**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ARTURO SALAZAR

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3216 W 110TH STREET
INGLEWOOD, CA 90303

ON: December 8, 2010
AT: 10:35 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
County:  **ORANGE**
Registration No.:  **1687**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 18, 2011.**

Signature: _____
**LUIS ARELLANO**

## PROOF OF SERVICE

Order#: EAS18365/GProof37

<u>Summons in a Civil Action (Rev 11/97)</u>

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CARLOS SALDANA
19615 GLENWOOD AVE
RIVERSIDE  CA  92508

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                              DATE

C. ECH (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

|  |  |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: |
| [✗] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Jose Saldana, Brother<br>Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/20/10

Date

_Signature of Server_

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RITA SALDIVAR
38030 WILLIS
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECHO **SEAL**

By _____ , Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/12/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| **✗** | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Refugio Rodriguez |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| | Other (specify): |

| **STATEMENT OF SERVICE FEES** | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/12/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | **CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **LUIS SANCHEZ**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

29568 BRANWIN STREET
MURRIETA, CA 92563

ON: October 6, 2010
AT: 04:25 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
OLGA SANCHEZ; WIFE AND ADULT OCCUPANT - 40ish, 140lbs, 5'6", brown hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17440/GProof38

(FOR COURT USE ONLY)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.:

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

(303) 442-2021

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.
**CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LUIS SANCHEZ

29568 BRANWIN STREET
MURRIETA, CA 92563

As enumerated below:

**10/06/2010 04:25 pm**
HOME - SUB-SERVICE TO OLGA SANCHEZ; WIFE AND ADULT OCCUPANT; [OLGA SANCHEZ] 40ish, 140lbs, 5'6", brown hair, Hispanic female.

**09/27/2010 07:05 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**10/02/2010 10:40 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010.

Signature: _____

ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17440/GProof40

| | FOR COURT USE ONLY |
|---|---|

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS: ·
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **LUIS SANCHEZ**
> **29568 BRANWIN STREET**
> **MURRIETA, CA 92563**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010

Signature: Julie Anne Moodauski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17440/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: OLGA SANCHEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

29568 BRANWIN STREET
MURRIETA, CA 92563

ON: October 6, 2010
AT: 04:25 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
   County:  SAN BERNARDINO
   Registration No.:  1058
   EXCALIBUR ATTORNEY SERVICE
   1007 B West College Avenue, #486
   Santa Rosa, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010.

Signature: _____
          ROBERT SEE

## PROOF OF SERVICE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
      **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GREG SANDLING
37205 BAUTISTA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECHSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE   USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Greg Sandling on 01/27/11 to the following address: 37205 Bautista Road, Anza, CA 92539.

**STATEMENT OF SERVICE FEES**

| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Greg Sandling                                              as follows:

2)    **DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.**

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/28/10 | 3:40pm | Residence | Locked gate, no access. |
| 07/29/10 | 10:30am | Residence | Locked gate, no access. |
| 08/12/10 | 2:08pm | Residence | Locked gate, no access. |

Other comments:

3)    *Person Executing:*
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 5.00
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 08/12/2010

                                                                  Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JUNE SATO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

17032 S STEVENS AVENUE
GARDENA, CA 90248

ON: December 15, 2010
AT: 12:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 16, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; ADULT OCCUPANT THAT REFUSED TO PROVIDE HER NAME - 40ish, 155lbs, 5'5", black hair, Asian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct, and that this declaration was executed on December 28, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18368/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE No.: FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION

Ref. No. or File No.
CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  **JUNE SATO**

**17032 S STEVENS AVENUE**
**GARDENA, CA 90248**

As enumerated below:

**11/28/2010  09:15 am**
    **HOME - NO RESPONSE AT GIVEN ADDRESS.**

**11/30/2010  12:15 pm**
    **HOME - NO RESPONSE AT GIVEN ADDRESS.**

**12/02/2010  06:10 pm**
    **HOME - NO RESPONSE AT GIVEN ADDRESS.**

**12/04/2010  01:40 pm**
    **HOME - NO RESPONSE AT GIVEN ADDRESS.**

**12/07/2010  03:00 pm**
    **HOME - NO RESPONSE AT GIVEN ADDRESS.**

**12/10/2010  11:20 am**
    **HOME - NO RESPONSE AT GIVEN ADDRESS.**

(CONTINUED ON NEXT PAGE)

DECLARATION OF DILIGENCE

Order#: EAS18368/GProof40

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE No.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO 80302 | Ref. No. or File No. | | |
| ATTORNEY FOR *(Name):* PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

(CONTINUED FROM PREVIOUS PAGE)

**12/15/2010 12:00 pm**
HOME - SUB-SERVICE TO "JANE DOE"; ADULT OCCUPANT THAT REFUSED TO PROVIDE HER NAME; "JANE DOE" 40ish, 155lbs, 5'5"
black hair, Asian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 28, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS18368/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each):* **UNITED STATES OF AMERICA**

DEFENDANT*(name each):* **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 16, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**JUNE SATO**
**17032 S STEVENS AVENUE**
**GARDENA, CA 90248**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma  p-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 28, 2010.**

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS18368/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | (303) 442-2021 | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **LEONARD SAVALA**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**5 DEL PIZZOLI**
**LAKE ELSINORE, CA 92532**

ON: **October 4, 2010**
AT: **11:50 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
**KATHY SAVALA; WIFE AND ADULT OCCUPANT - 60ish, 180lbs, 5'4", brown hair, Caucasian female**

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 14, 2010.**

Signature: _____

**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS17411/GProof/38

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | 110 TELEPHONE NO.: | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LEONARD SAVALA

      5 DEL PIZZOLI
      LAKE ELSINORE, CA 92532

As enumerated below:

10/04/2010 11:50 am
      HOME - SUB-SERVICE TO KATHY SAVALA; WIFE AND ADULT OCCUPANT; [KATHY SAVALA] 60ish, 180lbs, 5'4", brown hair, Caucasia
      female.

09/26/2010 05:50 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

09/30/2010 02:15 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____

              ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17411/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF*(name each):* **UNITED STATES OF AMERICA**

DEFENDANT*(name each):* **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | |
|---|---|
| **CASE NUMBER:** | |
| **51-cv-1247-GT-RBB** | |

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**LEONARD SAVALA
5 DEL PIZZOLI
LAKE ELSINORE, CA 92532**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1130
**EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17411/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CINDY SCHEUBER
49715 CHICKASAW CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  | OCT 2 0 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECHOSEAL | |
| By                          , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/14/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant.  Place where served: _____

☒  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

**Thomas Scheuber**

Name of person with whom the summons and complaint were left: _____

☐  Return unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        **08/14/10**
                              Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

THOMAS SCHEUBER
49715 CHICKASAW CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.

DATE

CLERK

C. ECI(SEAL)

By                              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/14/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant. Place where served:   49715 Chickasaw Ct, Aguang, CA 92536 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/14/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN SHANKO
44261 SAGE RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 ? 2009

DATE

C. ECKSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
| NAME OF SERVER  Louis Picarone | TITLE  U.S.A., et al. v. Fallbrook PUD, et al. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Dennis "Doe"

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify):

Sub-serve to Dennis, white/male, 35 years old, 5'8", 210 lbs., brown hair, goatee

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      09/02/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **ABBAS SHARGHI**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**19988 HIGHWAY 18**
**APPLE VALLEY, CA 92307**

ON: October 4, 2010
AT: 04:30 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
BOB SHARGHI; BROTHER AND ADULT OCCUPANT - 50ish, 140lbs, 5'6", salt and pepper hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 14, 2010.**

Signature: _____
**ROBERT SEE**

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: TELEPHONE NO.: FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
I007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **ABBAS SHARGHI**

**19988 HIGHWAY 18**
**APPLE VALLEY, CA 92307**

As enumerated below:

**10/04/2010 04:30 pm**
**HOME - SUB-SERVICE TO BOB SHARGHI; BROTHER AND ADULT OCCUPANT; [BOB SHARGHI] 50ish, 140lbs, 5'6", salt and pepper hai Hispanic male.**

**09/26/2010 07:15 am**
**HOME - NO RESPONSE AT GIVEN ADDRESS.**

**10/01/2010 10:20 am**
**HOME - NO RESPONSE AT GIVEN ADDRESS.**

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17379/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER: **51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**ABBAS SHARGHI**
**19988 HIGHWAY 18**
**APPLE VALLEY, CA 92307**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD,  STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010

Signature

**PROOF OF SERVICE BY MAIL**

Order#: EAS17379/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ANNE SHED
48865 FORREST SPRINGS RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 9 2009

| W. Samuel Hamrick, Jr. | DATE |
|---|---|
| CLERK | |

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Anne Shed on 01/21/11 to the following address: 48865 Forrest Springs Road, Aguanga, CA 92536.

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

| Date | Signature of Server |
|---|---|
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | |
|---|---|
| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
   Anne Shed at 48865 Forrest Springs Road, Aguanga, CA 92536   as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 9:27am | Residence | Individual property gates locked and no access to front door. |
| 09/08/10 | 5:37pm | Residence | Individual property gates locked and no access to front door. |
| 09/11/10 | 11:31am | Residence | Individual property gates locked and no access to front door. |
| | | | |
| | | | |
| | | | |
| | | | |

Other comments: I am able to gain access through the residential community main gates. However, this property has its own individual gates surrounding property that are locked.

3) *Person Executing:*
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
   (i) Owner
   *(ii) Registration No.:* 841
   *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DIANE SIEKER
49455 KIOWA DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |

C. ECIJSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ✗ ] Served personally upon the defendant. Place where served: | 49455 Kiowa Drive, Aguanga, CA 92536 |
| [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: | |
| [ ] Return unexecuted: | |
| [ ] Other (specify): | |

## STATEMENT OF SERVICE FEES

| TRAVEL $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 09/02/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | | (303) 442-2021 | |
| | | Ref. No. or File No. | | |
| ATTORNEY FOR *(Name)*:   PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JAVIER SILVA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

44734 CALLE HILARO
TEMECULA, CA 92590

ON: October 9, 2010
AT: 10:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DANIEL SILVA; SON AND ADULT OCCUPANT - 21ish, 140lbs, 5'7", blacK hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 26, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17357/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE No.: (303) 442-2021
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref. No. or File No.

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: JAVIER SILVA

44734 CALLE HILARO
TEMECULA, CA 92590

As enumerated below:

10/06/2010  05:25 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

10/08/2010  02:45 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

10/09/2010  10:10 am
        HOME - SUB-SERVICE TO DANIEL SILVA; SON AND ADULT OCCUPANT; [DANIEL SILVA] 21ish, 140lbs, 5'7", black hair, Hispanic male.

Fee for Service: 25.00
        County: SAN BERNARDINO
        Registration No.: 1058
        EXCALIBUR ATTORNEY SERVICE
        231 E. ALESSANDRO BOULEVARD, STE #
        A368
        RIVERSIDE, CA 92508
        (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 26, 2010.

Signature: _____
                        ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17357/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

**FOR COURT USE ONLY**

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER: **51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**JAVIER SILVA**
**44734 CALLE HILARO**
**TEMECULA, CA 92590**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 26, 2010.

Signature: _Julie Anne Modawski_

**PROOF OF SERVICE BY MAIL**

Order#: EAS17357/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | TELEPHONE NO.:<br>(303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name):*     **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **MARIA SILVA**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**44734 CALLE HILARO**
**TEMECULA, CA 92590**

ON: **October 9, 2010**
AT: **10:10 am**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
**DANIEL SILVA; SON AND ADULT OCCUPANT - 21ish, 140lbs, 5'7", black hair, Hispanic male**

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 26, 2010.**

Signature: _____
**ROBERT SEE**

## PROOF OF SERVICE

Order#: EAS17358/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **MARIA SILVA**

**44734 CALLE HILARO**
**TEMECULA, CA 92590**

As enumerated below:

**10/09/2010  10:10 am**
    HOME - SUB-SERVICE TO DANIEL SILVA; SON AND ADULT OCCUPANT; [DANIEL SILVA] 21ish, 140lbs, 5'7", black hair, Hispanic male;

**10/06/2010  05:25 pm**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**10/08/2010  02:45 pm**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: **25.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 26, 2010.

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17358/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**        FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

CASE NUMBER: **51-cv-1247-GT-RBB**

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**MARIA SILVA
44734 CALLE HILARO
TEMECULA, CA 92590**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010

Signature: Julie Anne Rogalowski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17358/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SITL INV
SERVE: JOSEPH HUBAND
REGISTERED AGENT
12393 OVERCREST DR
YUCAIPA  CA  92399

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____\*\_\_\_\_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                    DATE

C. ECUSE **SEAL**

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

| [x] | Served personally upon the defendant.  Place where served:   12393 Overcrest Dr Yucaipa, CA 92399 |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/14/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DARCY SKINNER SANDLING
37205 BAUTISTA RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECHO SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|
| NAME OF SERVER Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Darcy Skinner Sandling on 01/27/11 to the following address: 37205 Bautista Road, Anza, CA 92539.

## STATEMENT OF SERVICE FEES

| TRAVEL $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant

Darcy Skinner Sandling                as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/28/10 | 3:40pm | Residence | Locked gate, no access. |
| 07/29/10 | 10:30am | Residence | Locked gate, no access. |
| 08/12/10 | 2:08pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:_____

3)   *Person Executing:*
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 17.50
      e. I am: (3) Registered California Process Server:
            (i) Owner
            *(ii) Registration No.:* 841
            *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/12/2010

                                                          Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARY SKROBIZA KAPPLE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

43448 BREWSTER COURT
TEMECULA, CA 92592

ON: October 25, 2010
AT: 07:51 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 25, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

"JOHN" KAPPLE; HUSBAND AND ADULT OCCUPANT - 50ish, 170lbs, 5'8", salt and pepper hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010.**

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17359/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO.: (303) 442-2021

FOR COURT USE ONLY

ATTORNEY FOR (Name):   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.:   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  MARY SKROBIZA KAPPLE

43448 BREWSTER COURT
TEMECULA, CA 92592

As enumerated below:

10/18/2010  04:05 pm
     HOME - NO RESPONSE AT GIVEN ADDRESS.

10/21/2010  02:10 pm
     HOME - NO RESPONSE AT GIVEN ADDRESS.

10/25/2010  07:51 am
     HOME - SUB-SERVICE TO "JOHN" KAPPLE; HUSBAND AND ADULT OCCUPANT; ["JOHN" KAPPLE] 50ish, 170lbs, 5'8", salt and pepper hair, Caucasian male.

Fee for Service: 25.00
     County:  SAN BERNARDINO
     Registration No.:  1058
     EXCALIBUR ATTORNEY SERVICE
     231 E. ALESSANDRO BOULEVARD, STE # A368
     RIVERSIDE, CA 92508
     (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010**.

Signature: ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17359/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF*(name each):* **UNITED STATES OF AMERICA**

DEFENDANT*(name each):* **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 25, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**MARY SKROBIZA KAPPLE
43448 BREWSTER COURT
TEMECULA, CA 92592**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: D-459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 16, 2010.**

Signature

**PROOF OF SERVICE BY MAIL**

Order#: EAS17359/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BRIAN SMITH
55900 MITCHELL RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                                    DATE

C. EC  (SEAL)

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/27/10 |

| | |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served:   55900 Mitchell Rd, Anza, CA 92539 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   07/27/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref. No. or File No.<br>**CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT./DIV: | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DIANA SOLOMON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3812 SUPERIOR STREET
SAN DIEGO, CA 92113

ON: December 8, 2010
AT: 08:20 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: **SAN DIEGO**
Registration No.: **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 13, 2011**.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order#: EAS18373/GProof37

| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO 80302 | | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.

**CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: PHILLIP SOLOMON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3812 SUPERIOR STREET
SAN DIEGO, CA 92113

ON: December 8, 2010
AT: 08:20 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 10, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

DIANA SOLOMON; CO-OCCUPANT - 45ish, 175lbs, 5'7", black hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: **SAN DIEGO**
Registration No.: **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 13, 2011**.

Signature: _____

**JAIME TORRES**

## PROOF OF SERVICE

Order#: EAS18372/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

Ref. No. or File No.
CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: PHILLIP SOLOMON

3812 SUPERIOR STREET
SAN DIEGO, CA 92113

As enumerated below:

12/03/2010  06:56 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  02:56 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/08/2010  06:55 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/08/2010  08:20 pm
    HOME - SUB-SERVICE TO DIANA SOLOMON; CO-OCCUPANT; [DIANA SOLOMON] 45ish, 175lbs, 5'7", black hair, Hispanic male.

Fee for Service: 25.00

County:  SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 13, 2011.**

Signature: _____
                    JAIME TORRES

**DECLARATION OF DILIGENCE**

Order#: EAS18372/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**        FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| | FOR COURT USE ONLY |
|---|---|

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 10, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

PHILLIP SOLOMON
3812 SUPERIOR STREET
SAN DIEGO, CA 92113

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma    P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE**
**# 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 13, 2011**.

Signature:

PROOF OF SERVICE BY MAIL

Order #: EAS10372/GProof

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
            vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARY SORIANO
55828 SMOKETHORN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

    W. Samuel Hamrick, Jr.

        CLERK                 DATE

C. EC(SEAL)

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

|  |  |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: _____ |
| [ ✗ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left:   Robert Soriano |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/23/10
                        Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT SORIANO
55828 SMOKETHORN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 C 2009

CLERK

DATE

C. ECIJSEAL

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\4443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [×] | Served personally upon the defendant.  Place where served:   55828 Smokethorn Rd, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/23/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
          vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SELENA STAFFORD
54555 MORAZA
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECHTER *SEAL*

By _____, Deputy Clerk

OCT 2 0 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Selena Stafford on 01/27/11 to the following address: 54555 Moraza, Anza, CA 92539.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/27/11
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only | | |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB | | |
| AFFIDAVIT OF REASONABLE<br>DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)      I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of
         eighteen years and not a party to this action. Personal service was attempted on Defendant
         Selena Stafford _____ as follows:

2)      DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN
         INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/14/10 | 1:38PM | Residence | Locked gate, no access. |
| 08/18/10 | 1:30pm | Residence | Locked gate, no access. |
| 08/20/10 | 10:36am | Residence | Locked gate, no access. |

Other comments: _____

_____

3)   Person Executing:                                    Recoverable Costs Per CCP 1033.5(a)(4)(B)
         a. Louis Picarone                                     d. The fee for service was: 5.00
         b. ProServe Process Service                       e. I am: (3) Registered California Process Server:
         79-405 Highway 111, Suite 9-354                        (i) Owner
         La Quinta, CA 92253                                     (ii) Registration No.: 841
         c. 760.702.5561                                           (iii) County: Riverside

4)      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
         Date: 08/20/2010 _____          _____
                                                                    Louis Picarone

AFFIDAVIT OF REASONABLE DILIGENCE

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

WILLIAM STAFFORD
54555 MORAZA
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECI...SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to William Stafford on 01/27/11 to the following address: 54555 Moraza, Anza, CA 92539.

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |
|---|---|

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
William Stafford _____ as follows:

2)  DOCUMENTS: SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/14/10 | 1:38PM | Residence | Locked gate, no access. |
| 08/18/10 | 1:30pm | Residence | Locked gate, no access. |
| 08/20/10 | 10:36am | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments: _____

3)  **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 17.50
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 08/20/2010 _____

   _____
   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RAYMOND STOCKWELL
39364 PIONEER WAY
ANZA CA 92539

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |
| C. ECL(SEAL) | |
| By        , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/28/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ **×** ] | Served personally upon the defendant.  Place where served: 39364 Pioneer Way, Anza, CA 92539 |
| [  ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [  ] | Return unexecuted: |
| [  ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10
                                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO  80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION** | Ref. No. or File No. <br> **CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Compliant in Intervention; Instructions for Future Filing and Service of Documents

ON: **MARGARET STRACHAN - 60ish, 130lbs, 5'6", brown hair, caucasian female**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**30941 11TH STREET
NUEVO, CA 92567**

ON: October 4, 2010
AT: 08:25 am

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: 1058
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17315/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JESSE STRICKLAND
56580 JOHNSON RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECHOSEAL

By                          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ x ]  Served personally upon the defendant.  Place where served: | 56580 Johnson Road, Anza, CA 92539 |

[  ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[  ]  Return unexecuted:

[  ]  Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/18/10
Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

NINA STRICKLAND
56580 JOHNSON RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. ECIUSE*AL*

By _____, Deputy Clerk

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ ] | Served personally upon the defendant.  Place where served: |
| [ ✗ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Jesse Strickland<br>Name of person with whom the summons and complaint were left: |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BALBINA STUDANS
C/O FEELEY, DONALD
22946 MERLE CT
GRAND TERRACE  CA  92324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | OCT 2 C 2009 |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECI SEAL | |
| By                          , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| *Service of the Summons and Complaint was made by me* | DATE  8/18/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service | |
|---|---|

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served:   22946 Merle Ct, Grand Terrace, CA 92324 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. *COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.*

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION | Ref. No. or File No.    CAHUILLA BAND | | |

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: NARCIZO SUALEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**625 ROSARIO AVENUE**
**SAN JACINTO, CA 92583**

ON: October 7, 2010
AT: 04:35 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 11, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
COCANA SUALEZ; UNKNOWN RELATION AND ADULT OCCUPANT - 26ish, 160lbs, 5'6", brown hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010**.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17331/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on September 26, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: NARCIZO SUALEZ

625 ROSARIO AVENUE
SAN JACINTO, CA 92583

As enumerated below:

09/27/2010  09:15 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

10/02/2010  06:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

10/07/2010  04:35 pm
HOME - SUB-SERVICE TO COCANA SUALEZ; UNKNOWN RELATION AND ADULT OCCUPANT; [COCANA SUALEZ] 26ish, 160lbs, 5'6", brown hair, Hispanic female.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 2, 2010.

Signature: _____
ROBERT SEE

**DECLARATION OF DILIGENCE**

Order#: EAS17331/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                    FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 11, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**NARCIZO SUALEZ**
**625 ROSARIO AVENUE**
**SAN JACINTO, CA 92583**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 1, 2010.**

Signature: Julie Anne Kozloski

**PROOF OF SERVICE BY MAIL**

Order#: EAS17331/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BONNIE SUTTERFIELD
54922 HARVEY HILLS RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                          DATE

C. ECHAS  SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/28/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [x] | Served personally upon the defendant.  Place where served:   54922 Harvey Hills Rd, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/28/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JOHN WILLIAM SWAIN TRUST; SERVE - DONALD J DOUGLAS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

40920 ANZA ROAD
TEMECULA, CA 92592

ON: October 24, 2010
AT: 10:50 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 3, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17344/GProof37

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CHERI SZUTZ
74930 COUNTRY CLUB DR 510
PALM DESERT  CA  92260

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EClipSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/24/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☒ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Randall Szutz, Husband

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/24/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RANDALL SZUTZ
74930 COUNTRY CLUB DR 510
PALM DESERT  CA  92260

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. ECI SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/24/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant.  Place where served. **74930 Country Club Dr, #510, Palm Desert, CA 92260** |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  08/24/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BARRE TAYLOR
37450 ANGELS WALK WY
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                    DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE **8/14/10** |
|---|---|
| NAME OF SERVER   **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: _____ |
| ☒ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | **John Chrisman** |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  **$17.50** | | SERVICES | TOTAL **$17.50** | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/14/10

Date                                    Signature of Server

**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT TAYLOR
55640 PINETREE
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____
W. Samuel Hamrick, Jr.
CLERK

C. ECU SEAL

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| ☒ | Served personally upon the defendant.  Place where served: | 55640 Pinetree, Anza, CA 92539 |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| | Name of person with whom the summons and complaint were left: _____ | |
| | Return unexecuted: | |
| | Other (specify): | |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       07/23/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SUSAN TAYLOR
56295 LOCUST RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECI SEAL

By _____ , Deputy Clerk

OCT 2 2 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/25/10 |
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant. Place where served: 56295 Locust road, Anza, CA 92539 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  06/25/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TBG INC
SERVE: GORDON LANIK
54145 WHEAT RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK                                                        DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/31/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☒ | Served personally upon the defendant. Place where served:   54145 Wheat Rd, Anza, CA 92539 |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: |
| ☐ | Return unexecuted: |
| ☐ | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      07/31/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
*corporation of the State of California,*
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT TETERS
38800 BAHRMAN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                        DATE

C. ECIJ(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [ × ] | Served personally upon the defendant.  Place where served: 38800 Bahrmam Road, Anza, CA 92539 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10

Date          Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

THE BANK OF HEMET
SERVE: JAMES B. JAQUA
3715 SUNNYSIDE DR
RIVERSIDE CA 92506

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECI(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |
|---|---|

Check one box below to indicate appropriate method of service

[ ]  Served personally upon the defendant.  Place where served:

[ ✗ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Darlene Villasenor

Name of person with whom the summons and complaint were left:

[ ]  Return unexecuted:

[ ]  Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $55.00 | | SERVICES | TOTAL $55.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/14/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | TELEPHONE NO.: FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ELIAZAR TOLEDO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

13563 CHESHIRE STREET
VICTORVILLE, CA 92392

ON: October 4, 2010
AT: 05:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
PATRICIA TOLEDO; DAUGHTER-IN-LAW AND PERSON IN CHARGE - 25ish, 150lbs, 5'5", black hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17369/GProof/38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021

FOR COURT USE ONLY

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ELIAZAR TOLEDO

    13563 CHESHIRE STREET
    VICTORVILLE, CA 92392

As enumerated below:

**10/04/2010 05:10 pm**
    HOME - SUB-SERVICE TO PATRICIA TOLEDO; DAUGHTER-IN-LAW AND ADULT OCCUPANT; [PATRICIA TOLEDO] 25ish, 150lbs, 5'5", black hair, Hispanic female.

**09/28/2010 06:50 pm**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**10/02/2010 10:05 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00
County: **SAN BERNARDINO**
Registration No.: **1058**
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
           ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17369/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

FOR COURT USE ONLY

TELEPHONE NO.: **(303) 442-2021**          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:  **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**ELIAZAR TOLEDO**
**13563 CHESHIRE STREET**
**VICTORVILLE, CA 92392**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.: 1030
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17369/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | |

SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.  **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:  51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **MARIA TOLEDO**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**13563 CHESHIRE STREET
VICTORVILLE, CA 92392**

ON: October 4, 2010
AT: 05:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON October 8, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
PATRICIA TOLEDO; DAUGHTER-IN-LAW AND ADULT OCCUPANT - 25ish, 150lbs, 5'5", black hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS17368/GProof38

ATTORNEYS OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.:   FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION   Ref. No. or File No.:   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MARIA TOLEDO

13563 CHESHIRE STREET
VICTORVILLE, CA 92392

As enumerated below:

09/28/2010  06:50 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

10/02/2010  10:05 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

10/04/2010  05:10 pm
        HOME - SUB-SERVICE TO PATRICIA TOLEDO; DAUGHTER-IN-LAW AND ADULT OCCUPANT; [PATRICIA TOLEDO] 25ish, 150lbs, 5'5",
        black hair, Hispanic female.

Fee for Service: 25.00
        County:  SAN BERNARDINO
        Registration No.:  1058
        EXCALIBUR ATTORNEY SERVICE
        231 E. ALESSANDRO BOULEVARD, STE #
        A368
        RIVERSIDE, CA 92508
        (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature: _____

        ROBERT SEE

## DECLARATION OF DILIGENCE

Order#: EAS17368/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

FOR COURT USE ONLY

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**MARIA TOLEDO**
**13563 CHESHIRE STREET**
**VICTORVILLE, CA 92392**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Riverside
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17368/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOHN TOOLE
56815 ENGSTROM
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                    DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/27/11 |
|---|---|

| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to John Toole on 01/27/11 to the following address: 56815 Engstrom, Anza, CA 92539.

### STATEMENT OF SERVICE FEES

| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   01/27/11
                      Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
____John Toole_____ as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/27/10 | 11:45am | Residence | Locked gate, no access. |
| 07/31/10 | 2:30pm | Residence | Locked gate, no access. |
| 08/12/10 | 1:26pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)    **Person Executing:**
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 17.50
    e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 08/12/2010

                          Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICKI TOOLE
56815 ENGSTROM
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. ECI(SEAL)

By                                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **01/27/11** |
| NAME OF SERVER  **Louis Picarone** | TITLE **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ricki Toole on 01/27/11 to the following address: 56815 Engstrom, Anza, CA 92539.

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/27/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | *For Court Use Only* |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Ricki Toole                                    as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/27/10 | 11:45am | Residence | Locked gate, no access. |
| 07/31/10 | 2:30pm | Residence | Locked gate, no access. |
| 08/12/10 | 1:26pm | Residence | Locked gate, no access. |
| | | | |
| | | | |
| | | | |

Other comments:_____

3)     *Person Executing*:
         a. Louis Picarone
         b. ProServe Process Service
         79-405 Highway 111, Suite 9-354
         La Quinta, CA 92253
         c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
         d. The fee for service was: 5.00
         e. I am: (3) Registered California Process Server:
             (i) Owner
             *(ii) Registration No.:* 841
             *(iii) County:* Riverside

4)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
         Date: 08/12/2010

                                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**