## PROOFS OF SERVICE - OUT OF STATE INDIVIDUALS

| FIRST NAME | LAST NAME/CORPORATION |
|---|---|
| MICHELYN | BROWN |
| TRANQUELINO | CONTRERAS |
| ZOE | DURHAM |
| JOHNNIE | FITTS |
| STELLA | FREIL |
| JOHN | FRENCH |
| ANA GLORIA | GOMEZ |
|  | HUNTER MANAGEMENT, INC |
| GOVBARDHANARAO | KONERU |
| JOHN | LANSFORD |
| DIANA | LOGSTON |
| LUCINDA | LYNCH |
| DIANE | MANNSCHRECK |
| ROBERT | MANNSCHRECK |
| GREGARY | MARTEL |
| DENNIS | NGUYEN |
| DIANE | NGUYEN |
| WINSTON | NIVER |
| MARIA | PEREZ |
| SALVADOR | PEREZ RAMIREZ |
| DOROTHY | ROHRER |
| MELVYN |  |
|  | SOUTHWEST MONTANA PLASTIC SURGERY |
| PEGGY | STAGLIANO |
| DONNA | STEWART |
| SAMUEL | STEWART |
| ELAINE | STILLMAN |
| ROBERT | STILLMAN |
| CHARLES | TERRY |
| EDNA LEE | TERRY |
| PHANHOA | TRAN |

Hard copies of Proofs of Service submitted by McElroy, Meyer, Walker & Condon, P.C.
Hard copies of Proofs of Service submitted by Alexander, Berkey, Williams & Weathers, LLP

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | **PROOF OF SERVICE** |
| Plaintiffs in Intervention, | Hearing Date: No Hearing Date Set<br>Time:          2:00 p.m.<br>Courtroom:   8 |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Proof of Service                                        Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On February 15, 2011 I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Gobardhanaro Koneru at the following address: 7866 148th Ct NE, Redmone, WA 98052.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on February 18, 2011.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this ___24th___ day of ___February___, 2011.

Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

GOBARDHANARO KONERU
7866 148TH CT NE
REDMOND, WA 98052

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GOBARDHANARO KONERU
7866 148TH CT NE
REDMOND, WA 98052

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X   □ Agent
    □ Addressee

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number   7008 1140 0003 3670 5537

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

7008 1140 0003 3670 5537





UNITED STATES POSTAL
PITNEY BOWES
02 1P   $ 005.98⁰
0004423485   FEB 15 201
MAILED FROM ZIP CODE 8030:

EXHIBIT
A
tabbies®

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery <br> Koneru | 2-18-11 <br> C. Signature <br> X K. Kasuwa ☐ Agent  ☐ Addressee <br> D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:

GOBARDHANARO KONERU
7866 148TH CT NE
REDMOND, WA 98052

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Art    7008 1140 0003 3670 5537

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

EXHIBIT
B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 51-cv-1247-GT-RBB |
|         Plaintiff,  ) | |
|  ) | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA,  ) | |
| CAHUILLA BAND OF INDIANS,  ) | Hearing Date: No Hearing Date Set |
| federally recognized Indian tribes,  ) | Time:          2:00 p.m. |
|  ) | Courtroom:   8 |
|         Plaintiffs in Intervention,  ) | |
|  ) | Hon. Gordon Thompson, Jr. |
|         v.  ) | |
|  ) | |
| FALLBROOK PUBLIC UTILITY  ) | |
| DISTRICT, a public service corporation  ) | |
| of the State of California, et al.,  ) | |
|  ) | |
|         Defendants.  ) | |

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Diane Mannschreck at the following address: 1600 Kiowa Ave., Lake Havasu City, AZ 86403.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 20, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 18th day of February, 2011.

Signature: *Daryl Ann Vitale*

Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



UNITED STATES POSTAGE
$ 005.980
0004423485 OCT 29 2010
MAILED FROM ZIP CODE 80302

DIANE MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY  AZ  86403

7009 3410 0000 6373 7824

07 PEARL ST, SUITE 220
OULDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DIANE MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY  AZ  86403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Artic   7009 3410 0000 6373 7824



EXHIBIT
A
tabbles

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DIANE MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY  AZ  86403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
                              ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery
                                        11-20-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☒ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article
(Tran          7009 3410 0000 6373 7824

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



EXHIBIT
B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10   *the Cahuilla Band of Indians*

11   Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13   Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14   • cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18   UNITED STATES OF AMERICA,        )   Case No. 51-cv-1247-GT-RBB
                                       )
19          Plaintiff,                 )
                                       )   **PROOF OF SERVICE**
20   RAMONA BAND OF CAHUILLA,          )
    CAHUILLA BAND OF INDIANS,          )   Hearing Date: No Hearing Date Set
21   federally recognized Indian tribes, )   Time:        2:00 p.m.
                                       )   Courtroom:   8
22          Plaintiffs in Intervention, )
                                       )   Hon. Gordon Thompson, Jr.
23          v.                         )
                                       )
24   FALLBROOK PUBLIC UTILITY          )
    DISTRICT, a *public service corporation* )
25   of the State of California, et al.,  )
                                       )
26          Defendants.                )
    ──────────────────────────────────)
27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Robert Mannschreck at the following address: 1600 Kiowa Ave., Lake Havasu City, AZ 86403.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 20, 2010.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_, 2011.


Signature: ___*Daryl Ann Vitale*___
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY  AZ  86403

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
B MANNCHRCK          11-20-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer     7009 3410 0000 6373 7831

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**EXHIBIT**

A

)07 PEARL ST, SUITE 220
OULDER, CO 80302

CERTIFIED MAIL

7009 3410 0000 6373 7831

$ 005.98

ROBERT MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY AZ 86403

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT MANNSCHRECK
1600 KIOWA AVE
LAKE HAVASU CITY AZ 86403

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 3410 0000 6373 7831

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT
B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
8   Tel:  303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10    *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                 **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,        )    Case No. 51-cv-1247-GT-RBB
                                     )
19          Plaintiff,               )
                                     )    **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,         )
    CAHUILLA BAND OF INDIANS,        )    Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes,  )  Time:        2:00 p.m.
                                     )    Courtroom:    8
22          Plaintiffs in Intervention,  )
                                     )    Hon. Gordon Thompson, Jr.
23          v.                       )
                                     )
24  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, a public service corporation )
25  of the State of California, et al.,  )
                                     )
26          Defendants.              )
                                     )
27

28

Proof of Service                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Gregary Martel at the following address: 155 Halla Curve, Cordova, TN 38018.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 4, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_, 2011.

Signature: _Daryl C. Ann Vitale_

Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021





$ 005.980

02 1P 0004423485  OCT 29 2010
MAILED FROM ZIP CODE 80302

7009 3410 0000 6373 7817

GREGARY MARTEL
155 VAL HALLA CURVE
CORDOVA  TN  38018

PEARL ST. SUITE 220
LDER. CO 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GREGARY MARTEL
155 VAL HALLA CURVE
CORDOVA  TN  38018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

**EXHIBIT**

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GREGARY MARTEL
155 VAL HALLA CURVE
CORDOVA  TN  38018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Linda Martel_   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery
Linda  Martel                        11-04-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article      7009 3410 0000 6373 7817
(Tran

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | Hearing Date: No Hearing Date Set |
| | Time:        2:00 p.m. |
| Plaintiffs in Intervention, | Courtroom:   8 |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Dennis Nguyen at the following address: 3305 Aspenbrook Ct., Pearland, TX 77581.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 6, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_, 2011.


Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



$ 005.980
OCT 29 2010
MAILED FROM ZIP CODE 80302

7009 3410 0000 6373 7800

DENNIS NGUYEN
3305 ASPENBROOK CT
PEARLAND TX 77581

07 PEARL ST. SUITE 220
BULDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DENNIS NGUYEN
3305 ASPENBROOK CT
PEARLAND TX 77581

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                        ☐ Agent
                                          ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article      7009 3410 0000 6373 7800



EXHIBIT

A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent<br>□ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>11-06 |
| 1. Article Addressed to:<br><br>DENNIS NGUYEN<br>3305 ASPENBROOK CT<br>PEARLAND TX 77581 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No |
|  | 3. Service Type<br>□ Certified Mail   □ Express Mail<br>□ Registered      □ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |

| 2. Article (Transfe | 7009 3410 0000 6373 7800 |
|---|---|

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540

EXHIBIT

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS,
federally recognized Indian tribes,

    Plaintiffs in Intervention,

    v.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation
of the State of California, et al.,

    Defendants.

Case No. 51-cv-1247-GT-RBB

**PROOF OF SERVICE**

Hearing Date: No Hearing Date Set
Time:        2:00 p.m.
Courtroom:   8

Hon. Gordon Thompson, Jr.

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Dianne Nguyen at the following address: 3305 Aspenbrook Ct., Pearland, TX 77581.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 6, 2010.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_ , 2011.

Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



$ 005.98⁰
02 1P    OCT 29 2010
0004423485
MAILED FROM ZIP CODE 80302

DIANE NGUYEN
3305 ASPENBROOK CT
PEARLAND TX 77581



CERTIFIED MAIL

7009 3410 0000 6373 7794

107 PEARL ST. SUITE 220
BOULDER, CO 80302

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to: DIANE NGUYEN 3305 ASPENBROOK CT PEARLAND TX 77581 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below:   ☐ No |
| | 3. Service Type ☐ Certified Mail  ☐ Express Mail ☐ Registered  ☐ Return Receipt for Merchandise ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |

2            7009 3410 0000 6373 7794



EXHIBIT
A
tabbies

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

  DIANE NGUYEN
  3305 ASPENBROOK CT
  PEARLAND  TX  77581

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                              ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                11-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number      7009 3410 0000 6373 7794

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



**EXHIBIT**

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>          Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>          Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:           2:00 p.m.<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr. |

Proof of Service

Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Winston Niver at the following address: 3192 Richmond Rd., Hinesburg, VT 05461.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_ , 2011.


Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



UNITED STATES POSTAGE

PITNEY BOWES
$ 005.980
02 1P
0004423485    OCT 29 2010
MAILED FROM ZIP CODE 80302

WINSTON NIVER
C/O JAMES BROWN
3192 RICHMOND RD
HINESBURG  VT  05461

7009 3410 0000 6373 7767

ARL ST, SUITE 220
ER, CO 80302

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. WINSTON NIVER
   C/O JAMES BROWN
   3192 RICHMOND RD
   HINESBURG  VT  05461

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

**EXHIBIT**

A

tabbies

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. WINSTON NIVER
   C/O JAMES BROWN
   3192 RICHMOND RD
   HINESBURG VT 05461

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
VIDA DRUNGILAITE

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article (Tran.   7009 3410 0000 6373 7787

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10    *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,        )    Case No. 51-cv-1247-GT-RBB
                                     )
19          Plaintiff,               )
                                     )    **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,         )
    CAHUILLA BAND OF INDIANS,        )    Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes, )  Time:         2:00 p.m.
                                     )    Courtroom:    8
22          Plaintiffs in Intervention, )
                                     )    Hon. Gordon Thompson, Jr.
23          v.                       )
                                     )
24  FALLBROOK PUBLIC UTILITY         )
    DISTRICT, a public service corporation )
25  of the State of California, et al., )
                                     )
26          Defendants.              )
                                     )
27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.     At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.     On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Maria Perez at the following address: 207 N. Washington Ave., Arlington, WA 98223.

3.     As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.     Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.     The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.     I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this *18th* day of *February* , 2011.


Signature:   *Daryl Ann Vitale*
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



$ 005.98⁰
02 1P
0004423485  OCT 29 2010
MAILED FROM ZIP CODE 80302

MARIA PEREZ
207 N WASHINGTON AVE
ARLINGTON  WA  98223

7009 3410 0000 6373 7770

007 PEARL ST, SUITE 220
OULDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:
   MARIA PEREZ
   207 N WASHINGTON AVE
   ARLINGTON  WA  98223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article
   Number        7009 3410 0000 6373 7770



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIA PEREZ
207 N WASHINGTON AVE
ARLINGTON  WA  98223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   11-1-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article (Transfer
7009 3410 0000 6373 7770

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | ) | |
| | ) | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, | ) | |
| CAHUILLA BAND OF INDIANS, | ) | Hearing Date: No Hearing Date Set |
| federally recognized Indian tribes, | ) | Time:          2:00 p.m. |
| | ) | Courtroom:    8 |
| Plaintiffs in Intervention, | ) | |
| | ) | Hon. Gordon Thompson, Jr. |
| v. | ) | |
| | ) | |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, a public service corporation | ) | |
| of the State of California, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, the undersigned, declare as follows:

1.   At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.   On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Salvador Perez Ramirez at the following address: 207 N. Washington Ave., Arlington, WA 98223.

3.   As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.   Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.   The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.   I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_ , 2011.


Signature:   _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



UNITED STATES POSTAGE

$ 005.980

02 1P    0004423485  OCT 29 2010
MAILED FROM ZIP CODE 80302

PITNEY BOWES

SALVADOR PEREZ RAMIREZ
207 N WASHINGTON AVE
ARLINGTON WA 98223

CERTIFIED MAIL

7009 3410 0000 6373 7763

PEARL ST, SUITE 220
LDER, CO 80302

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

SALVADOR PEREZ RAMIREZ
207 N WASHINGTON AVE
ARLINGTON WA 98223

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X                              □ Agent
                                  □ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number   7009 3410 0000 6373 7763

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT

A

tabbies

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

SALVADOR PEREZ RAMIREZ
207 N WASHINGTON AVE
ARLINGTON WA  98223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Alma Jaca
☐ Agent
☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery
11-1-10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)    7009 3410 0000 6373 7763

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

**B**

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:          2:00 p.m.<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Dorothy Rohrer at the following address: 10302 E Rusty Spur Cir., Tucson, AZ 85749.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 18th day of February , 2011.

Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



UNITED STATES POSTAGE
$ 005.98⁰
02 1P
0004234B5  OCT 29 2010
MAILED FROM ZIP CODE 80302

7009 3410 0000 6373 7725

DOROTHY ROHRER
10302 E RUSTY SPUR CIR
TUCSON AZ 85749

07 PEARL ST, SUITE 220
ULDER, CO 80302

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

DOROTHY ROHRER
10302 E RUSTY SPUR CIR
TUCSON AZ 85749

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Express Mail
   ☐ Certified Mail     ☐ Return Receipt for Merchandise
   ☐ Registered
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
   Number          7009 3410 0000 6373 7725

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOROTHY ROHRER
10302 E RUSTY SPUR CIR
TUCSON AZ 85749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Dorothy Rohrer_     ☐ Agent   ☑ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

_Dorothy Rohrer_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 3410 0000 6373 7725

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**EXHIBIT**

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
Attorneys for Plaintiff in Intervention,
   the Cahuilla Band of Indians

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
   & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
Attorney for Plaintiff in Intervention
   the Ramona Band of Cahuilla

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>    Plaintiffs in Intervention,<br><br>        v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:          2:00 p.m.<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr. |

Proof of Service

Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.     At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.     On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Melvyn Rohrer at the following address: 10302 E Rusty Spur Cir., Tucson, AZ 85749.

3.     As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.     Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.     The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.     I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_ , 2011.

Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

UNITED STATES POSTAGE

$ 005.98°
02 1P
0004423485   OCT 29 2010
MAILED FROM ZIP CODE 80302

CERTIFIED MAIL

7009 3410 0000 6373 7732

PEARL ST, SUITE 220
LDER, CO 80302

MELVYN RÖHRER
10302 E RUSTY SPUR CIR
TUCSON AZ 85749

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

2. Article Number    7009 3410 0000 6373 7732

4. Restricted Delivery? (Extra Fee)    ☐ Yes

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

1. Article Addressed to:

MELVYN ROHRER
10302 E RUSTY SPUR CIR
TUCSON AZ 85749

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

A. Signature
X                                           ☐ Agent
                                            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return this card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MELVYN ROHRER
10302 E RUSTY SPUR CIR
TUCSON AZ 85749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Dorothy Rohrer*
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
*Dorothy Rohrer*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number   7009 3410 0000 6373 7732
(Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540



EXHIBIT
B
tabbies

1

2　Marco A. Gonzalez (SBN 190832)
　　COAST LAW GROUP, L.L.P.
3　1140 S. Coast Hwy 101
　　Encinitas, California 92024
4　Tel: 760-942-8505, Fax: 760-942-8515
　　marco@coastlawgroup.com
5
　　Scott B. McElroy (Pro Hac Vice)
6　M. Catherine Condon (Pro Hac Vice)
　　McELROY, MEYER, WALKER & CONDON, P.C.
7　1007 Pearl Street, Suite 220
　　Boulder, Colorado  80302
8　Tel: 303-442-2021, Fax: 303-444-3490
　　sbmcelroy@mmwclaw.com
9　ccondon@mmwclaw.com
　　*Attorneys for Plaintiff in Intervention,*
10　*the Cahuilla Band of Indians*

11　Curtis G. Berkey
　　ALEXANDER, BERKEY, WILLIAMS
12　　& WEATHERS, L.L.P.
　　2030 Addison Street, Suite 410
13　Berkeley, CA 94704
　　Tel: 510-548-7070, Fax: 510-548-7080
14　cberkey@abwwlaw.com
　　*Attorney for Plaintiff in Intervention*
15　　*the Ramona Band of Cahuilla*

16　　　　　　**IN THE UNITED STATES DISTRICT COURT**
　　　　　　　**SOUTHERN DISTRICT OF CALIFORNIA**
17
18　UNITED STATES OF AMERICA,　　)　Case No. 51-cv-1247-GT-RBB
　　　　　　　　　　　　　　　　　)
19　　　　　Plaintiff,　　　　　　)　**PROOF OF SERVICE**
　　　　　　　　　　　　　　　　　)
20　RAMONA BAND OF CAHUILLA,　　)　Hearing Date: No Hearing Date Set
　　CAHUILLA BAND OF INDIANS,　 )　Time:　　　2:00 p.m.
21　federally recognized Indian tribes,　)　Courtroom:　8
　　　　　　　　　　　　　　　　　)
22　　　　　Plaintiffs in Intervention,　)　Hon. Gordon Thompson, Jr.
　　　　　　　　　　　　　　　　　)
23　　　　　v.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
24　FALLBROOK PUBLIC UTILITY　　)
　　DISTRICT, a public service corporation )
25　of the State of California, et al.,　　)
　　　　　　　　　　　　　　　　　)
26　　　　　Defendants.　　　　　　)
　　_____)
27

28

Proof of Service　　　　　　　　　　　　　　　　Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Peggy Stagliano at the following address: 5501 St. Andrews Ct., Plano, TX 75093.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 1, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_, 2011.

Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 005.98⁰
0004423485  OCT 29 2010
MAILED FROM ZIP CODE 80302

PEGGY STAGLIANO
5501 ST ANDREWS CT
PLANO TX 75093

CERTIFIED MAIL

7009 3410 0000 6373 7688

007 PEARL ST, SUITE 220
BOULDER, CO 80302

---

**Domestic Return Receipt**

PS Form 3811, February 2004                                    102595-02-M-1540

2. Article Number    7009 3410 0000 6373 7688

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

1. Article Addressed to:

PEGGY STAGLIANO
5501 ST ANDREWS CT
PLANO TX 75093

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

---

EXHIBIT

*tabbies*

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PEGGY STAGLIANO
5501 ST ANDREWS CT
PLANO TX 75093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                  11·1·10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article   7009 3410 0000 6373 7688
   (Tran...

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT

B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10   *the Cahuilla Band of Indians*

11   Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13   Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14   cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18   UNITED STATES OF AMERICA,          ) Case No. 51-cv-1247-GT-RBB
                                        )
19        Plaintiff,                    )
                                        ) **PROOF OF SERVICE**
20   RAMONA BAND OF CAHUILLA,           )
     CAHUILLA BAND OF INDIANS,          ) Hearing Date: No Hearing Date Set
21   federally recognized Indian tribes,) Time:         2:00 p.m.
                                        ) Courtroom:    8
22        Plaintiffs in Intervention,   )
                                        ) Hon. Gordon Thompson, Jr.
23        v.                            )
                                        )
24   FALLBROOK PUBLIC UTILITY           )
     DISTRICT, a public service corporation )
25   of the State of California, et al., )
                                        )
26        Defendants.                   )
                                        )
27

28

    Proof of Service                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.   At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.   On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Donna Stewart at the following address: 8507 Tabby Ln., Harrison, TN 37341.

3.   As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.   Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.   The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.   I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this *18th* day of *February*, 2011.


Signature:  _____
            Daryl Ann Vitale
            McElroy, Meyer, Walker & Condon, P.C.
            1007 Pearl St., Suite 220
            Boulder, Colorado 80302
            (303) 442-2021

$ 005.98[0]
02 1P        0004423465    OCT29 2010
MAILED FROM ZIP CODE 80302

CERTIFIED MAIL

7009 3410 0000 6373 7657

DONNA STEWART
8507 TABBY LN
HARRISON TN  37341

7 PEARL ST, SUITE 220
JLDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

DONNA STEWART
8507 TABBY LN
HARRISON  TN  37341

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article        7009 3410 0000 6373 7657



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DONNA STEWART
8507 TABBY LN
HARRISON TN 37341

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Wendy Henry_     ☐ Agent     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer          7009 3410 0000 6373 7657

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT

B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10      *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12     & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  ·cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15     *the Ramona Band of Cahuilla*

16          **IN THE UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                        )
19          Plaintiff,                  )
                                        )   **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,            )
    CAHUILLA BAND OF INDIANS,           )   Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes, )   Time:          2:00 p.m.
                                        )   Courtroom:     8
22          Plaintiffs in Intervention, )
                                        )   Hon. Gordon Thompson, Jr.
23          v.                          )
                                        )
24  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, a public service corporation )
25  of the State of California, et al., )
                                        )
26          Defendants.                 )
    _____)
27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Samuel Stewart at the following address: 8507 Tabby Ln., Harrison, TN 37341.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on [undated].

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_____, 2011.


Signature: _Daryl Ann Vitale_____
           Daryl Ann Vitale
           McElroy, Meyer, Walker & Condon, P.C.
           1007 Pearl St., Suite 220
           Boulder, Colorado 80302
           (303) 442-2021

$ 005.98⁰
0004423485  OCT 29 2010
MAILED FROM ZIPCODE 80302

CERTIFIED MAIL

7009 3410 0000 6373 7664

PEARL ST, SUITE 220
LDER, CO 80302

SAMUEL STEWART
8507 TABBY LN
HARRISON TN 37341

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

SAMUEL STEWART
8507 TABBY LN
HARRISON TN 37341

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   7009 3410 0000 6373 7664

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SAMUEL STEWART
8507 TABBY LN
HARRISON TN 37341

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *Wendy Henry*  ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)         ☐ Yes

2. Article Number    7009 3410 0000 6373 7664

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:      2:00 p.m.<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

Proof of Service

Case No. 51-cv-1247

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Elaine Stillman at the following address: 1501 Iguana St., Pahrump, NV 89048.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 1, 2010.

4. Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5. The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_, 2011.


Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



$ 005.98⁰
U.S. POSTAGE
0044923485 OCT 29 2010
MAILED FROM ZIP CODE 80302

CERTIFIED MAIL

7009 3410 0000 6373 7633

ELAINE STILLMAN
1501 IGUANA ST
PAHRUMP NV 89048

PEARL ST, SUITE 220
LDER, CO 80302

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>C. Signature<br>X  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>ELAINE STILLMAN<br>1501 IGUANA ST<br>PAHRUMP NV 89048 |  |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2.  7009 3410 0000 6373 7633 |  |



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELAINE STILLMAN
1501 IGUANA ST
PAHRUMP NV 89048

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
11-1-10

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7009 3410 0000 6373 7633

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

**EXHIBIT**

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | Hearing Date: No Hearing Date Set<br>Time:          2:00 p.m.<br>Courtroom:   8 |
| Plaintiffs in Intervention, | |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

I, the undersigned, declare as follows:

1.   At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.   On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Robert Stillman at the following address: 1501 Iguana St., Pahrump, NV 89048.

3.   As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 1, 2010.

4.   Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.   The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.   I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _19th_ day of _February_ , 2011.

Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



$005.980

MAILED FROM ZIP CODE 80302

ROBERT STILLMAN
1501 IGUANA ST
PAHRUMP NV 89048

7009 3410 0000 6373 7640

CERTIFIED MAIL

7 PEARL ST, SUITE 220
ULDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT STILLMAN
1501 IGUANA ST
PAHRUMP NV 89048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Trans   7009 3410 0000 6373 7640

**EXHIBIT**

A

tabbies

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT STILLMAN
1501 IGUANA ST
PAHRUMP NV 89048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   11-1-10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article
   (Trans          7009 3410 0000 6373 7640

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10      *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12     & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  ·cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15      *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )     Case No. 51-cv-1247-GT-RBB
                                       )
19          Plaintiff,                 )
                                       )     **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS,          )     Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes,)     Time:         2:00 p.m.
                                       )     Courtroom:    8
22          Plaintiffs in Intervention,)
                                       )     Hon. Gordon Thompson, Jr.
23          v.                         )
                                       )
24  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
25  of the State of California, et al.,)
                                       )
26          Defendants.               )
                                       )
27  _____)

28

    Proof of Service                                Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Charles Terry at the following address: PO Box 60948, Boulder City, NV 89006.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 4, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this _18th_ day of _February_ , 2011.



Signature: _Daryl Ann Vitale_

Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



$ 005.98⁰

0004423485 OCT 29 2010
MAILED FROM ZIP CODE 80302

CHARLES TERRY
P O BOX 60948
BOULDER CITY  NV  89006

7009 3410 0000 6373 7626

7 PEARL ST. SUITE 220
JLDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

CHARLES TERRY
P O BOX 60948
BOULDER CITY  NV  89006

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)         ☐ Yes

2. /      7009 3410 0000 6373 7626



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARLES TERRY
P O BOX 60948
BOULDER CITY  NV  89006

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X *Charles N. Terry*   ☑ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number:    7009 3410 0000 6373 7626

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952



EXHIBIT
B

1

2  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
3  1140 S. Coast Hwy 101
   Encinitas, California 92024
4  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
5
   Scott B. McElroy (Pro Hac Vice)
6  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
7  1007 Pearl Street, Suite 220
   Boulder, Colorado 80302
8  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
9  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
10    *the Cahuilla Band of Indians*

11 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
12   & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
13 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
14 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16          **IN THE UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                      )
19          Plaintiff,                )
                                      )   **PROOF OF SERVICE**
20 RAMONA BAND OF CAHUILLA,           )
   CAHUILLA BAND OF INDIANS,          )   Hearing Date: No Hearing Date Set
21 federally recognized Indian tribes, )   Time:        2:00 p.m.
                                      )   Courtroom:    8
22          Plaintiffs in Intervention, )
                                      )   Hon. Gordon Thompson, Jr.
23          v.                        )
                                      )
24 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, a public service corporation )
25 of the State of California, et al., )
                                      )
26          Defendants.               )
                                      )
27

28

   Proof of Service                                    *Case No. 51-cv-1247*

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Edna Lee Terry at the following address: PO Box 60948, Boulder City, NV 89006.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 4, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this *18th* day of *February*, 2011.


Signature:   *Daryl Ann Vitale*
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

Proof of Service                    2                    Case No. 51-cv-1247



$005.980

EDNA LEE TERRY
P O BOX 60948
BOULDER CITY   NV   89006

7009 3410 0000 6373 7619

7 PEARL ST, SUITE 220
ULDER, CO 80302

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

EDNA LEE TERRY
P O BOX 60948
BOULDER CITY NV  89006

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)        ☐ Yes

2.    7009 3410 0000 6373 7619



EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EDNA LEE TERRY
P O BOX 60948
BOULDER CITY  NV   89006

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X _Charles N. Terry_   ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number     7009 3410 0000 6373 7619

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952



**EXHIBIT**

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
 *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
 *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>     Plaintiffs in Intervention,<br><br>     v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>     Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:      2:00 p.m.<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On October 29, 2010, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Phanhoa Tran at the following address: 5804 Tanglewood Dr., Raleigh, NC 27616.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on November 1, 2010.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this *18th* day of *February*, 2011.

Signature: *Daryl Ann Vitale*

Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

Proof of Service                          2                    Case No. 51-cv-1247



PITNEY BOWES
$ 005.98
0004423485 OCT 29 2010
MAILED FROM ZIP CODE
02 1P

CERTIFIED MAIL

7009 3410 0000 6373 7602

PHANHOA TRAN
5804 TANGLEWOOD DR
RALEIGH NC 27616

PEARL ST, STE 220
ILDER CO 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PHANHOA TRAN
5804 TANGLEWOOD DR
RALEIGH NC 27616

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Ar  7009 3410 0000 6373 7602



**EXHIBIT**

A

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

PHANHOA TRAN
5804 TANGLEWOOD DR
RALEIGH NC 27616

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         11/1/10

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?   ☐ No
   If YES, enter delivery address below:

NOV 0 1 2010

RALEIGH NC 276

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number     7009 3410 0000 6373 7602

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952



EXHIBIT
B