## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent: 25 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                       Rptr.

### Plaintiffs

Patrick Barry (present)                 Douglas Garcia

### Defendants

Chuck Binder (present)                  John Flocken (present)
Curtis Berkey (present)                 Marilyn Levin (present)
Scott McElroy (present)                 David Huff (present)
M. Catherine Condon (present)           Robert Davis
James Markman (present)                 Matthew Duarte (present)
Gordon Lanik                            Patrick Barry

PROCEEDINGS:  _____ In Chambers    _____ In Court    __x__ Telephonic

A telephonic, attorneys-only status conference with Patrick Barry, Chuck Binder, Curtis Berkey, John Flocken, David Huff, Marilyn Levin, James Markman, Scott McElroy, and Catherine Condon was held. Counsel for Agri-Empire, Matthew Duarte, also participated in the conference.

A telephonic, attorneys-only settlement conference with these same individuals is set for June 9, 2011, at 8:00 a.m.

Patrick Barry is to initiate the call.

Dated: March 29, 2011

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Thompson                      INITIALS: VL (mg/irc) Deputy
    All Parties of Record