1   Curtis G. Berkey (CA State Bar No. 195485)
    Scott W. Williams (CA State Bar No. 097966)
2   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410, Berkeley, CA 94704
3   Tel: 510/548-7070, Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
4   E-mail: swilliams@abwwlaw.com
    *Attorneys for Plaintiff-Intervenor*
5   *Ramona Band of Cahuilla*

6   Marco A. Gonzalez (CA State Bar No. 190832)
    COAST LAW GROUP LLP
7   1140 S. Coast Hwy. 101
    Encinitas, CA 92024
8   Tel: 760/942-8505, Fax: 760/942-8515
    Email: marco@coastlawgroup.com
9
    Scott B. McElroy (Pro Hac Vice)
10  M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
11  1007 Pearl Street, Suite 220, Boulder, CO 80302
    Tel: 303/442-2021, Fax: 303/444-3490
12  E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com
13  *Attorneys for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*
14
                    UNITED STATES DISTRICT COURT
15
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
16

17  UNITED STATES OF AMERICA,                )  CIVIL NO.: 51-CV-1247-GT-RBB
                                             )
18              Plaintiff,                   )
                                             )  **JOINT MOTION TO EXTEND STAY**
19  RAMONA BAND OF CAHUILLA, CAHUILLA        )  **AND TO EXTEND TIME TO SERVE**
    BAND OF INDIANS, et al.,                 )  **PROCESS**
                                             )
20              Plaintiff-Intervenors,       )
                                             )
21  v.                                       )  Hon. Gordon Thompson, Jr.
                                             )
22  FALLBROOK PUBLIC UTILITY DISTRICT, et al., )  Date:   No hearing date set
                                             )  Time:
23              Defendants.                  )  Courtroom: 8
                                             )
24                                           )  **ORAL ARGUMENT NOT REQUIRED**
                                             )
25

26

27

28

1        Pursuant to Rule 4(m) and Rule 6(b) of the Federal Rules of Civil Procedure and Rule 4.1(a)

2   of this Court's rules, Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla

3   ("Tribes") respectfully move this Court for a six-month extension of the stay of litigation, until

4   October 28, 2011, and a two-month extension of time to complete service of process, until June 27,

5   2011.

6                     **REQUEST TO EXTEND STAY TO OCTOBER 28, 2011**

7        On October 21, 2010, this Court granted the Tribes' joint motion to extend the stay to April

8   27, 2011.  Since the extension of the stay, the Watermaster and representatives for the Tribes, the

9   United States, the State of California, the County of Riverside, the Hemet Unified School District,

10  Agri-Empire, Alvin Greenwald and the Anza Basin Landowners Group have worked diligently to

11  move the settlement discussions toward a negotiated resolution of the Tribes' claims.  Substantial

12  progress has been achieved in narrowing the outstanding issues, in seeking consensus on water

13  allocation principles, and in drafting settlement concepts on which there is tentative agreement.  The

14  parties held five meetings, conducting settlement discussions on November 9, and November 30,

15  2010; and January 18, February 22, and March 24, 2011.  The next meeting is scheduled for May 23

16  or 24, 2011.  In addition, the parties have conducted several teleconferences to continue settlement

17  discussions.  Settlement Conferences were held with Magistrate Judge Rueben Brooks on January

18  18, 2011, March 1, 2011, and March 29, 2011.  The parties continue to be optimistic that a

19  settlement is possible in this case.  At the Settlement Conference with Judge Brooks on March 29, he

20  indicated that counsel for the Tribes could advise this Court that he recommended that the stay be

21  extended for another six months.

22       Based on the foregoing, the Tribes respectfully request that the stay be continued for six

23  months, to October 28, 2011.

24           **REQUEST TO EXTEND DEADLINE TO JUNE 27, 2011 TO COMPLETE**
                            **PERSONAL SERVICE**

25

26       On February 25, 2011, the Tribes filed a Status Report summarizing the status of their efforts

27  to complete personal service on the individuals and entities that have not waived service as the

28  Tribes requested.  The Report identified a number of challenges that, due to the complexity and

1    magnitude of this case, were impeding the completion of personal service.  At that time, the Tribes

2    requested and this Court granted an extension to complete personal service to April 27, 2011.  The

3    Tribes' Status Report noted that at the time of the request for an extension, the process server had

4    not yet provided the Tribes' attorneys with the Returns of Service that are necessary to determine

5    that service had been properly completed.  Because of a protracted dispute with a process server

6    about invoicing errors, which has only recently been resolved, and unanticipated delays on the part

7    of the process server, the Tribes were not able to obtain the Returns of Service for many individuals

8    and entities until April 11-12, 2011.  Upon examination of the Returns, the Tribes discovered that

9    additional follow-up work will be required to complete service on a significant number of

10   individuals and entities.  We do not expect this process to unreasonably prolong the completion of

11   service, but some additional time will be required to address these issues.  This additional work

12   could not have been anticipated at the time the previous extension request was made.

13          With this Joint Motion, the Tribes are providing to the Court all of the Returns of Service

14   completed since the filing of the last status report in February, 2011.  Pursuant to Rule 4(c) of the

15   Federal Rules of Civil Procedure, the Tribes hereby provide notice of filing under separate cover 185

16   Returns of Service for the Cahuilla Band and 162 Returns of Service for the Ramona Band, showing

17   that personal service has been completed with respect to those individuals and entities.  Attached to

18   this Joint Motion as Exhibit A is a list of the individuals and entities who were served with the

19   Cahuilla Band's Second Amended Complaint.  Attached to this Joint Motion as Exhibit B is a list of

20   the individuals and entities who were served with the Ramona Band's Second Amended Complaint.

21          In the February 25 Status Report, the Tribes also informed the Court that if necessary they

22   would file a motion requesting an order authorizing the Tribes to publish notice with respect to those

23   individuals and entities for which personal service could not be accomplished with due diligence or

24   substitute service under federal or California law.  The Tribes have determined that as of the filing of

25   this Joint Motion, there are approximately 40 individuals and/or entities for which service by

26   publication may be justified.  This list, however, is not yet complete, because the Tribes' new

27   process server must undertake due diligence steps with regard to an additional number of individuals

28   and entities.  Rather than file the motion now, and be required to supplement the list of individuals

1   and entities to be served by publication upon court order, the Tribes propose to complete that list

2   and file the motion at that time.  The Tribes will diligently seek to complete the list, document the

3   circumstances justifying publication and file the motion as soon as reasonably possible.

4        Following the February 25 Status Report, the Tribes learned that personal service on at least

5   two corporate defendants was not possible because their operations had been suspended or their

6   agent for service of process or officers could not be located despite reasonable diligence.  There may

7   be other corporate defendants with the same status.  Once the total number of such corporations is

8   determined, the Tribes intend to ask this Court for authorization to serve the California Secretary of

9   State, pursuant to California Corporation Code § 1702(a).

10       Based on the foregoing, the Tribes respectfully request that the deadline for completing

11  personal service be extended to June 27, 2011.

12

13  Date:  April 26, 2011                    Respectfully submitted,

14                                           ALEXANDER, BERKEY, WILLIAMS &
                                             WEATHERS LLP

15

16                                           By:/s/Curtis G. Berkey
                                                 Curtis G. Berkey

17                                               Scott W. Williams
                                                 2030 Addison Street, Suite 410

18                                               Berkeley, California 94704
                                                 Tel: 510/548-7070; Fax: 510/548-7080

19                                               E-mail: cberkey@abwwlaw.com
                                                 E-mail: swilliams@abwwlaw.com

20
                                             *Attorneys for Plaintiff-Intervenor,*
21                                           *Ramona Band of Cahuilla*

22                                           Marco A. Gonzalez (SBN 190832)
                                             COAST LAW GROUP LLP

23                                           11140 S. Coast Hwy. 101
                                             Encinitas, California  92024

24                                           Tel:  760/942-8505; Fax: 760/942-8515
                                             Email: marco@coastlawgroup.com

25

26

27

28

                                             3                    Case No.: 51-cv-1247-GT-RBB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McELROY, MEYER, WALKER & CONDON, P.C.


By:/s/Scott B. McElroy
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021; Fax: 303/444-3490
    E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

4                    Case No.: 51-cv-1247-GT-RBB