# EXHIBIT A

# PROOFS OF SERVICE

|    | FIRST NAME | LAST NAME/CORPORATE NAME |
|----|------------|--------------------------|
|    |            | 2075 RIVER RD |
| 1  | MARK       | AGUILAR |
| 2  | HIJA       | AHN |
| 3  | RICHARD    | AHN |
| 4  | BEVERLY    | AINSWORTH |
| 5  | CHRISTOPHER| ALIBERTI |
| 6  |            | AMERICAN GENERAL FINANCIAL SERVICES INC |
| 7  |            | AMERICAN HOMES LLC |
| 8  | JAMES      | ANDREWS |
| 9  | ANA        | ARELLANO |
| 10 | DIONISIOS  | ARGYROS |
| 11 | IRINI      | ARGYROS |
| 12 |            | BANK OF AMERICA |
| 13 | CAROL LYNN | BATISTA |
| 14 | RICHARD    | BATISTA |
| 15 | JEREMY     | BEAL |
| 16 | HOLLY      | BEAL |
| 17 | EDUARDO    | BELTRAN |
| 18 | GABRIELA   | BELTRAN |
| 19 | ROBERT     | BITONTE |
| 20 | RICHARD    | BLASCHKE |
| 21 | CASSONDRA  | CAESAR |
| 22 | NICHOLAS   | CAESAR |
| 23 | IRMA       | CAMPOS |
| 24 | SALVADOR   | CAMPOS |
| 25 | FRANK      | CARRILLO |
| 26 | GLORIA     | CARRILLO |
| 27 | ANTHONY    | CISNEROS |
| 28 |            | COMORRE FAMILY JULY 1997 REVOCABLE TRUST |
| 29 | JOCELYN    | COMYNS |
| 30 | RONALD     | COMYNS |
| 31 | SARA       | COPPLE |
| 32 | THOMAS     | COPPLE |
| 33 | HERBERT    | DAILEY |
| 34 | MARGARET   | DAILEY |
| 35 | RICHARD    | DIVEN |
| 36 | JEREMIAH   | DOHL |
| 37 | PAULA      | FISLER |
| 38 | DAVID      | GABRILLO |
| 39 | VIOLETA    | GABRILLO |
| 40 | GEORGE     | GALANES |
| 41 | BLANCA     | GALDAMEZ |
| 42 | GLORIA     | GAMINO |
| 43 | ILDA       | GARCIA |
| 44 | SERGIO     | GARCIA |
| 45 | GRADY      | GEORGE |

# PROOFS OF SERVICE

| # | First | Last |
|---|---|---|
| 46 | SARAH | GEORGE |
| 47 | ELLEN | GERARDIS |
| 48 | CORNELIUS | GROENENGERG |
| 49 | DOREEN | GROENENGERG |
| 50 | ISHWAR | GUPTA |
| 51 | MADHURI | GUPTA |
| 52 | MICHAEL | HAKOLA |
| 53 | JAMES | HAWKINS |
| 54 | CURTIS | HESS |
| 55 | DONALD | HESS |
| 56 | DAVIN | HIGGINBOTHAN |
| 57 | LETA | HIGGINBOTHAN |
| 58 | KATHLEEN | HILE |
| 59 | CLARA | HODGES |
| 60 | ETHEL | HOUSEHOLDER |
| 61 | ROBERT | HOUSEHOLDER |
| 62 | DANNY | ILOSKI |
| 63 | DURDANA | ILOSKI |
| 64 | STOJADIN | ILOSKI |
| 65 | | INDIAN HILLS TRAIL LAND TRUST |
| 66 | | INSPIRED VISION VENTURE INC |
| 67 | DEREK | IVAN |
| 68 | ROSALIND | IVAN |
| 69 | S BERNARD | JAMES |
| 70 | MONICA | JOHNSON |
| 71 | GERALDINE | JONES |
| 72 | BARRY | KAABE |
| 73 | KATY | KAABE |
| 74 | H. CLAY | KELLOGG, JR |
| 75 | EDWARD | KIRBUS |
| 76 | ELEANOR | KIRBUS |
| 77 | ZDENEK | KOCI |
| 78 | MARGARET | KOHLER |
| 79 | FRED | KONRAD |
| 80 | PHYLLIS | KONRAD |
| 81 | IVAN | KORNBLAU |
| 82 | KAREN | KORNBLAU |
| 83 | RANDY | KRAEGE |
| 84 | STANISLAVA | LAURICHOVA |
| 85 | DWAYNE | LAWSON |
| 86 | HOLLY | LAWSON |
| 87 | MICHAEL | LIEBERT |
| 88 | THOMAS | LIGUORI |
| 89 | SHALIN | LIU |
| 90 | CAROL | LUERAS |
| 91 | EDWARD | LUERAS |
| 92 | GERTRUDE | LUEVANOS |

## PROOFS OF SERVICE

| # | First | Last |
|---|---|---|
| 93 | CYNTHIA | LUND |
| 94 | RONALD | LUND |
| 95 | SUNGHUYNH | LUONG |
| 96 | | M & J TRUST |
| 97 | EDWIN | MACH |
| 98 | RUSSELL | MAGSIG |
| 99 | DARRYL | MANNING |
| 100 | PERLITA | MANNING |
| 101 | MICHAEL | MANNO |
| 102 | LOUIS | MARTEL |
| 103 | DAVID | MARTEL |
| 104 | LOUIS | MARTEL |
| 105 | DAVID | MARTEL |
| 106 | CHRISTOPHER | MARTINEZ |
| 107 | GILBERT | MARTINEZ |
| 108 | JENNY | MARTINEZ |
| 109 | MIRTA | MARTINEZ |
| 110 | SANDRA | MARTINEZ |
| 111 | JOSEPH | MATIC |
| 112 | ANTHONY | MCDONALD |
| 113 | FRANK | MCWHIRT |
| 114 | ANNA | MCWHIRT |
| 115 | ART | MEDINA |
| 116 | JUDITH | MENAGE |
| 117 | COLLEEN | MEYER |
| 118 | GLORIA | MINERT |
| 119 | LA VERNE | MOORE |
| 120 | LYNNE | NUCIFORO |
| 121 | NICHOLAS | NUCIFORO |
| 122 | DANIEL | OCONNOR |
| 123 | SUSAN | OCONNOR |
| 124 | AUDREY | ONG |
| 125 | JENNIFER | ONG |
| 126 | MELISSA | OTTEM |
| 127 | TATIANA | OVANESSOFF |
| 128 | KEITH | PAGET |
| 129 | KOLEEN | PARK |
| 130 | KAY | PARKER |
| 131 | JAMES | PATCHICK |
| 132 | GUILLERMO | PENA |
| 133 | EDWARD | PETERMAN |
| 134 | JESUS | PINALES |
| 135 | MARIA | PINALES |
| 136 | SHAWNA | QUIGLEY |
| 137 | BARBARA | RAINEY |
| 138 | DAVE | RAINEY |
| 139 | DIANE | RANK |

## PROOFS OF SERVICE

| # | First Name | Last Name |
|---|---|---|
| 140 | FRANK | REDD |
| 141 | MARIA | RIZO |
| 142 | ELVIRA | RIZO |
| 143 | SANTIAGO | RIZO |
| 144 | BARBARA | ROBINSON |
| 145 | ERIC | ROBINSON |
| 146 | TINA | ROBINSON |
| 147 | SHARON | ROCKMAKER |
| 148 | BEATRIZ | ROMO |
| 149 | RAFAEL | ROMO |
| 150 | DOMINGO | SALAS |
| 151 | SOFIA | SALAS |
| 152 | MARTHA | SANCHEZ |
| 153 | PASCUAL | SANCHEZ |
| 154 | GLORITA | SCHLOTTERBACK |
| 155 | ERIC | SCHROEDER |
| 156 | DORIS | SCHUBERT |
| 157 | ROBERT | SCOTT |
| 158 | ELIAS | SHEHADI |
| 159 | SOHEIR | SHEHADI |
| 160 | GREGORY | SIMPSON |
| 161 | MICHAEL | STACK |
| 162 | VINCENT | STAGLIANO |
| 163 | JANE | STEHLY |
| 164 | GERALD | STRAW |
| 165 | RUTH | STUMP |
| 166 | | STURLA DEV |
| 167 | MICHAEL | TANNLER |
| 168 | MARGARET | TAPIA |
| 169 | | TAUBENHAUS INC |
| 170 | | TERRA INV |
| 171 | DENISE | THIBAULT |
| 172 | HOLLY | TIMMS |
| 173 | LYNDA | TOTAH |
| 174 | HUYNH HOA | TRAN |
| 175 | PEDRO | URIBE |
| 176 | KATHERINE | VEALE |
| 177 | MELVIN | VEALE |
| 178 | MARY | VERGOT |
| 179 | NIKOLA | VERGOT |
| 180 | STANLEY | VERGOT |
| 181 | DAN | VU |
| 182 | JANELL | WHITE |
| 183 | JOSEPH | WHITE |
| 184 | NELL | WHITE |
| 185 | ROBERT | WOOLLEY |