# EXHIBIT B

EXHIBIT B

Ramona Proofs

1. 2075 River Road LLC
2. Mark Aguilar
3. Hija Ahn
4. Richard Ahn
5. Christopher Aliberti
6. American General Financial Services, Inc.
7. American Homes, LLC
8. James Andrews
9. Ana Arellano
10. Dionisios Argyros
11. Irini Argyros
12. Larry Armbrust
13. Carol Armbrust
14. Bank of America
15. Bank of America NA
16. Richard Batista
17. Carol Lynn Batista
18. Jeremy Beal
19. Holly Beal
20. Eduardo Beltran
21. Gabriela Beltran
22. Robert Bitonte
23. Richard Blaschke
24. Nicholas Caesar
25. Cassondra Caesar
26. Anthony Cisneros
27. Ronald Comyns
28. Jocelyn Comyns
29. Thomas Copple
30. Sara Copple
31. Herbert Dailey
32. Margaret Dailey
33. Richard Diven
34. Jeremiah Dohl
35. Richard Erk
36. Kathleen Erk
37. David Gabrillo
38. Violeta Gabrillo
39. George Galanes
40. Blanca Galdamez
41. Gloria Gamino
42. Sergio Garcia
43. Ilda Garcia
44. Grady George
45. Sarah George
46. Ellen Gerardis
47. Cornelius Groenengerg
48. Doreen Groenengerg
49. Ishwar Gupta
50. Madhuri Gupta
51. Michael Hakola
52. James Hawkins
53. Donald Hess
54. Curtis Hess
55. Davin Higginbothan
56. Leta Higginbothan
57. Kathleen Hile
58. Clara Hodges
59. Robert Householder
60. Ethel Houselholder
61. Danny Iloski
62. Stojadin Iloski
63. Durdana Iloski
64. Indian Hills Trail Land Trust
65. S. Bernard James
66. Geraldine Jones
67. Barry Kaabe
68. Katy Kaabe
69. H. Kellogg
70. Edward Kirbus
71. Eleanor Kirbus
72. Zdenek Koci
73. Margaret Kohler
74. Fred J. Konrad
75. Phyllis E. Konrad
76. Ivan Kornlbau
77. Karen Kornblau
78. Randy Kraeg
79. Stanislava Laurichova
80. Dwayne Lawson
81. Holly Lawson
82. Michael Liebert
83. Thomas Liguori

84. Shalin Liu
85. Edward Lueras
86. Carol Lueras
87. Gertrude Luevanos
88. Ronald Lund
89. Cynthia Lund
90. Sunghuynh Luong
91. M&J Trust
92. Edwin Mach
93. Russell Magsig
94. Darryl Manning
95. Perlita Manning
96. Michael Manno
97. Louis Martel
98. Louis Martel
99. David Martel
100. David Martel
101. Christopher Martinez
102. Jenny Martinez
103. Gilbert Martinez
104. Mirta Martinez
105. Anthony McDonald
106. Art Medina
107. Colleen Meyer
108. Gloria Minert
109. Nicholas Nuciforo
110. Lynne Nuciforo
111. Daniel O'Connor
112. Susan O'Connor
113. Audrey Ong
114. Jennifer Ong
115. Melissa Ottem
116. Tatiana Ovenssoff
117. Keith Paget
118. Koleen Park
119. Kay Parker
120. James Patchik
121. Guillermo Pena
122. Jesus Pinales
123. Maria Pinales
124. Shawna Quigley
125. Diane Rank
126. Santiago Rizo
127. Elvira Rizo
128. Eric Robinson
129. Tina Robinson
130. Barbara Robinson
131. Rafael Romo
132. Beatriz Romo
133. Pascual Sanchez
134. Martha Sanchez
135. Eric Schroeder
136. Doris Schubert
137. Robert Scott
138. Elias Shehadi
139. Soheir Shehadi
140. Greg Simpson
141. Michael Stack
142. Jane Stehly
143. Gerald Straw
144. Ruth Stump
145. Sturla Dev.
146. Margaret Tapia
147. Taubenhaus, Inc.
148. Terra Inv.
149. Denise Thibault
150. Holly Timms
151. Lynda Totah
152. Huynh Hoa Tran
153. Melvin Veale
154. Katherine Veale
155. Stanley Vergot
156. Nikola Vergot
157. Mary Vergot
158. Dan Vu
159. Janell White
160. Nell White
161. Stanton Wilson
162. Linda Wilson