FILED
APR 28 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY AND EXTENSION OF TIME TO SERVE PROCESS**<br><br>Date:　No hearing date set<br>Time:<br>Courtroom:　8<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

　　Upon consideration of the *Joint Motion to Extend Stay and to Extend Time to Serve Process* filed by Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

　　The Tribes are granted a six month extension of the stay, until October 28, 2011; and

　　The Tribes are granted a two-month extension to serve process on the defendants, until June 27, 2011.

**IT IS SO ORDERED.**

Date: 4-28-11

GORDON THOMPSON, JR.
United States District Judge

cc:　All Counsel and parties without counsel

Case No.: 51cv1247-GT-RBB