## McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW

SCOTT B. McELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON

DANIEL E. STEUER
GREGG DE BIE

OF COUNSEL
PHOEBE ANNE GREYSON

*Via Overnight Courier*

April 26, 2011

Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900



Re:    *United States of America v. Fallbrook Public Utility District,* Case No. 51-1247-GT-RBB

Dear Sir or Madam:

Pursuant to Magistrate Judge Brooks' instructions at the Status Conference held on January 18, 2011, we are enclosing for filing the original proofs referenced in the *Joint Motion to Extend Stay and to Extend Time to Serve Process* and attached Exhibits A and B filed with the Court on April 26, 2011.

Thank you for your assistance in this regard.

Sincerely,

Scott B. McElroy
SBM/dav
enc.:    As stated
cc:    Tribal Council (without enclosures)
       Anthony Madrigal

PROOFS OF SERVICE

| FIRST NAME | LAST NAME/CORPORATE NAME |
|---|---|
| | 2075 RIVER RD |
| 1 MARK | AGUILAR |
| 2 HIJA | AHN |
| 3 RICHARD | AHN |
| 4 BEVERLY | AINSWORTH |
| 5 CHRISTOPHER | ALIBERTI |
| 6 | AMERICAN GENERAL FINANCIAL SERVICES INC |
| 7 | AMERICAN HOMES LLC |
| 8 JAMES | ANDREWS |
| 9 ANA | ARELLANO |
| 10 DIONISIOS | ARGYROS |
| 11 IRINI | ARGYROS |
| 12 | BANK OF AMERICA |
| 13 CAROL LYNN | BATISTA |
| 14 RICHARD | BATISTA |
| 15 JEREMY | BEAL |
| 16 HOLLY | BEAL |
| 17 EDUARDO | BELTRAN |
| 18 GABRIELA | BELTRAN |
| 19 ROBERT | BITONTE |
| 20 RICHARD | BLASCHKE |
| 21 CASSONDRA | CAESAR |
| 22 NICHOLAS | CAESAR |
| 23 IRMA | CAMPOS |
| 24 SALVADOR | CAMPOS |
| 25 FRANK | CARRILLO |
| 26 GLORIA | CARRILLO |
| 27 ANTHONY | CISNEROS |
| 28 | COMORRE FAMILY JULY 1997 REVOCABLE TRUST |
| 29 JOCELYN | COMYNS |
| 30 RONALD | COMYNS |
| 31 SARA | COPPLE |
| 32 THOMAS | COPPLE |
| 33 HERBERT | DAILEY |
| 34 MARGARET | DAILEY |
| 35 RICHARD | DIVEN |
| 36 JEREMIAH | DOHL |
| 37 PAULA | FISLER |
| 38 DAVID | GABRILLO |
| 39 VIOLETA | GABRILLO |
| 40 GEORGE | GALANES |
| 41 BLANCA | GALDAMEZ |
| 42 GLORIA | GAMINO |
| 43 ILDA | GARCIA |
| 44 SERGIO | GARCIA |
| 45 GRADY | GEORGE |

51-CV-1247-GT-RBB

## PROOFS OF SERVICE

| | | |
|---|---|---|
| 46 | SARAH | GEORGE |
| 47 | ELLEN | GERARDIS |
| 48 | CORNELIUS | GROENENGERG |
| 49 | DOREEN | GROENENGERG |
| 50 | ISHWAR | GUPTA |
| 51 | MADHURI | GUPTA |
| 52 | MICHAEL | HAKOLA |
| 53 | JAMES | HAWKINS |
| 54 | CURTIS | HESS |
| 55 | DONALD | HESS |
| 56 | DAVIN | HIGGINBOTHAN |
| 57 | LETA | HIGGINBOTHAN |
| 58 | KATHLEEN | HILE |
| 59 | CLARA | HODGES |
| 60 | ETHEL | HOUSEHOLDER |
| 61 | ROBERT | HOUSEHOLDER |
| 62 | DANNY | ILOSKI |
| 63 | DURDANA | ILOSKI |
| 64 | STOJADIN | ILOSKI |
| 65 | | INDIAN HILLS TRAIL LAND TRUST |
| 66 | | INSPIRED VISION VENTURE INC |
| 67 | DEREK | IVAN |
| 68 | ROSALIND | IVAN |
| 69 | S BERNARD | JAMES |
| 70 | MONICA | JOHNSON |
| 71 | GERALDINE | JONES |
| 72 | BARRY | KAABE |
| 73 | KATY | KAABE |
| 74 | H. CLAY | KELLOGG, JR |
| 75 | EDWARD | KIRBUS |
| 76 | ELEANOR | KIRBUS |
| 77 | ZDENEK | KOCI |
| 78 | MARGARET | KOHLER |
| 79 | FRED | KONRAD |
| 80 | PHYLLIS | KONRAD |
| 81 | IVAN | KORNBLAU |
| 82 | KAREN | KORNBLAU |
| 83 | RANDY | KRAEGE |
| 84 | STANISLAVA | LAURICHOVA |
| 85 | DWAYNE | LAWSON |
| 86 | HOLLY | LAWSON |
| 87 | MICHAEL | LIEBERT |
| 88 | THOMAS | LIGUORI |
| 89 | SHALIN | LIU |
| 90 | CAROL | LUERAS |
| 91 | EDWARD | LUERAS |
| 92 | GERTRUDE | LUEVANOS |

51-CV-1247-GT-RBB

| | |
|---|---|
| 93 CYNTHIA | LUND |
| 94 RONALD | LUND |
| 95 SUNGHUYNH | LUONG |
| 96 | M & J TRUST |
| 97 EDWIN | MACH |
| 98 RUSSELL | MAGSIG |
| 99 DARRYL | MANNING |
| 100 PERLITA | MANNING |
| 101 MICHAEL | MANNO |
| 102 LOUIS | MARTEL |
| 103 DAVID | MARTEL |
| 104 LOUIS | MARTEL |
| 105 DAVID | MARTEL |
| 106 CHRISTOPHER | MARTINEZ |
| 107 GILBERT | MARTINEZ |
| 108 JENNY | MARTINEZ |
| 109 MIRTA | MARTINEZ |
| 110 SANDRA | MARTINEZ |
| 111 JOSEPH | MATIC |
| 112 ANTHONY | MCDONALD |
| 113 FRANK | MCWHIRT |
| 114 ANNA | MCWHIRT |
| 115 ART | MEDINA |
| 116 JUDITH | MENAGE |
| 117 COLLEEN | MEYER |
| 118 GLORIA | MINERT |
| 119 LA VERNE | MOORE |
| 120 LYNNE | NUCIFORO |
| 121 NICHOLAS | NUCIFORO |
| 122 DANIEL | OCONNOR |
| 123 SUSAN | OCONNOR |
| 124 AUDREY | ONG |
| 125 JENNIFER | ONG |
| 126 MELISSA | OTTEM |
| 127 TATIANA | OVANESSOFF |
| 128 KEITH | PAGET |
| 129 KOLEEN | PARK |
| 130 KAY | PARKER |
| 131 JAMES | PATCHICK |
| 132 GUILLERMO | PENA |
| 133 EDWARD | PETERMAN |
| 134 JESUS | PINALES |
| 135 MARIA | PINALES |
| 136 SHAWNA | QUIGLEY |
| 137 BARBARA | RAINEY |
| 138 DAVE | RAINEY |
| 139 DIANE | RANK |

| 140 FRANK | REDD |
| 141 MARIA | RIZO |
| 142 ELVIRA | RIZO |
| 143 SANTIAGO | RIZO |
| 144 BARBARA | ROBINSON |
| 145 ERIC | ROBINSON |
| 146 TINA | ROBINSON |
| 147 SHARON | ROCKMAKER |
| 148 BEATRIZ | ROMO |
| 149 RAFAEL | ROMO |
| 150 DOMINGO | SALAS |
| 151 SOFIA | SALAS |
| 152 MARTHA | SANCHEZ |
| 153 PASCUAL | SANCHEZ |
| 154 GLORITA | SCHLOTTERBACK |
| 155 ERIC | SCHROEDER |
| 156 DORIS | SCHUBERT |
| 157 ROBERT | SCOTT |
| 158 ELIAS | SHEHADI |
| 159 SOHEIR | SHEHADI |
| 160 GREGORY | SIMPSON |
| 161 MICHAEL | STACK |
| 162 VINCENT | STAGLIANO |
| 163 JANE | STEHLY |
| 164 GERALD | STRAW |
| 165 RUTH | STUMP |
| 166 | STURLA DEV |
| 167 MICHAEL | TANNLER |
| 168 MARGARET | TAPIA |
| 169 | TAUBENHAUS INC |
| 170 | TERRA INV |
| 171 DENISE | THIBAULT |
| 172 HOLLY | TIMMS |
| 173 LYNDA | TOTAH |
| 174 HUYNH HOA | TRAN |
| 175 PEDRO | URIBE |
| 176 KATHERINE | VEALE |
| 177 MELVIN | VEALE |
| 178 MARY | VERGOT |
| 179 NIKOLA | VERGOT |
| 180 STANLEY | VERGOT |
| 181 DAN | VU |
| 182 JANELL | WHITE |
| 183 JOSEPH | WHITE |
| 184 NELL | WHITE |
| 185 ROBERT | WOOLLEY, |

<table>
<tr><td colspan="3">ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  TELEPHONE NO.<br>MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302</td></tr>
</table>

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (303) 442-2021 |
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: **2075 RIVER ROAD LLC**

AT: **31581 AGUACATE ROAD
SAN JUAN CAPISTRANO, CA 92675**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**OLIVIA GEORGEANTOPOULOS - 60ish, 5'5", 150lbs, blond hair, Caucasian female - AGENT AUTHORIZED TO ACCEPT**

ON: **11/24/2010**
AT: **02:07 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
County: **LOS ANGELES**
Registration No.: **6437**
**EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 22, 2010.**

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order: EAS17865/GProof30

MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302                    Ref No. or File No.
ATTORNEY FOR (Name)       PLAINTIFF IN INTERVENTION       CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARK AGUILAR

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2121 B RONDA GRANADA
LAGUNA HILLS, CA 92653

ON: November 20, 2010
AT: 07:13 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 29, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
STACY CASTILLO; CO-OCCUPANT - 50ish, 5'4" 140lbs, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure

Fee for Service. 25.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order# EAS17866/GP.00036

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)       PLAINTIFF IN INTERVENTION    | Ref No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033 5 (a)(4)(B).

PARTY SERVED: MARK AGUILAR

2121 B RONDA GRANADA
LAGUNA HILLS, CA 92653

As enumerated below:

11/15/2010  01:07 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/17/2010  08:19 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  07:13 pm
HOME - SUB-SERVICE TO STACY CASTILLO; CO-OCCUPANT; 50ish, 5'4" 140lbs, Hispanic female.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ARTURO CHARYA

## DECLARATION OF DILIGENCE

Order# EAS17666/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 60302

TELEPHONE NO.: (303) 442-2021                FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER: 51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

MARK AGUILAR
2121 B RONDA GRANADA
LAGUNA HILLS, CA 92653

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma R459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: Julie Anne Marowski

**PROOF OF SERVICE BY MAIL**

Order# EAS1/850/GPProf7

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | |
|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO   80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: HIJA AHN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

16835 ALGONQUIN STREET, #302
HUNTINGTON BEACH, CA 92649

ON: November 26, 2010
AT: 11:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
BEN LUBECK; CO-OCCUPANT - 20ish, 195lbs, 6', brown hair, Caucasian male

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3043

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17857X0Proof38

Case 3:51-cv-01247-JO-SBC   Document 5304   Filed 04/29/11   PageID.58327   Page 11 of 179

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION.     Ref. No. or File No.:     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033 5 (a)(4)(B).

PARTY SERVED: HIJA AHN

16835 ALGONQUIN STREET, #302
HUNTINGTON BEACH, CA 92849

As enumerated below:

11/19/2010  07:00 a.m.
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010  04:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/26/2010  11:00 am
HOME - SUB-SERVICE TO BEN LUBECK; CO-OCCUPANT; 20ish, 195lbs, 6', brown hair, Caucasian male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17867/Proof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO (Optional) :
E-MAIL ADDRESS (Optional)

FOR COURT USE ONLY

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT : | Ref No or Fee No : |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

HIJA AHN
16835 ALGONQUIN STREET #302
HUNTINGTON BEACH, CA 92649

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature
Julie Hong Mankowski

PROOF OF SERVICE BY MAIL

Order# EAS17867/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.       (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET,, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name)   **PLAINTIFF IN INTERVENTION**   | Ref No. or File No.   **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
|  |  |  |  | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: RICHARD AHN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

16835 ALGONQUIN STREET, #302
HUNTINGTON BEACH, CA 92649

ON: November 26, 2010
AT: 11:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
BEN LUBECK; CO-OCCUPANT - 20ish, 195lbs, 6', brown hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
**ANTONIO DESHAWN OUTTEN**

## PROOF OF SERVICE

Order# FA517865/GProof06

| | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | (303) 442-2021 | | | |

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION

Ref No. or File No    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033 5 (a)(4)(B).

PARTY SERVED: RICHARD AHN

16835 ALGONQUIN STREET, #302
HUNTINGTON BEACH, CA 92649

As enumerated below:

11/19/2010  07:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010  04:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/26/2010  11:00 am
HOME - SUB-SERVICE TO BEN LUBECK; CO-OCCUPANT; 20ish, 195lbs, 6', brown hair, Caucasian male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature. _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17866/GProof40

SCOTT McELROY, PRO HAC VICE
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021        FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE. | DAY. | TIME | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

RICHARD AHN
16835 ALGONQUIN STREET  #302
HUNTINGTON BEACH, CA 92649

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

PROOF OF SERVICE-BY MAIL

Order# EAS17886/GPrint7

Case 3:51-cv-01247-JO-SBC   Document 5304   Filed 04/29/11   PageID.58332   Page 16 of 179

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | (303) 442-2021 | |

| ATTORNEY FOR (Name): | Ref. No. or File No.: |
|---|---|
| PLAINTIFF IN INTERVENTION | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: BEVERLY AINSWORTH

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

38311 WESTERN HILLS ROAD
ANZA, CA 92539

ON: February 20, 2011
AT: 10:55 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS19001/GProof37

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CHRISTOPHER ALIBERTI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

48225 FOREST SPRINGS ROAD
AGUANGA, CA 92536

ON: February 13, 2011
AT: 10:45 am  .

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service. 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue,  #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| | | Ref. No. or File No. | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: AMERICAN GENERAL FINANCIAL SERVICES, INC.

AT: 2730 GATEWAY OAKS DRIVE, SUITE 100
   SACRAMENTO, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
BECKY DE GEORGE - 50ish, 170lbs, 5'7", blonde hair, Caucasian female - AGENT FOR SERVICE

ON: 12/02/2010
AT: 02:00 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
   County: SONOMA
   Registration No.: P-240
   EXCALIBUR ATTORNEY SERVICE
   1007 B West College Avenue, #486
   Santa Rosa, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature _____
   BARBARA L. PADGETT

## PROOF OF SERVICE

Order# EAS18235/GProof39

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>SCOTT MCELROY; PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>   TELEPHONE NO.: (303) 442-2021       FAX NO.:<br>E-MAIL ADDRESS (Optional)<br>  ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br><br>  STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA<br>  MAILING ADDRESS<br>  CITY AND ZIP CODE: , CA<br>  BRANCH NAME: | |
| PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA | |
| DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | |
| **NON SERVICE REPORT** | CASE NUMBER<br>51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee: **AMERICAN HOMES LLC**

As enumerated below.

    11/29/2010 – 10:07 am          110 E AVENIDA PALIZADA, SUITE 202
                                SAN CLEMENTE, CA 92672
            WORK - PER DONALD R. CLINEBELL, ESQ., HE IS THE INCORRECT AGENT FOR SERVICE AND WILL
            NOT ACCEPT THE SERVICE DOCUMENTS; CALIFORNIA SECRETARY OF STATE LISTS THE AGENT
            FOR SERVICE TO BE: CAROLYN WUNDER; Agent Address: 3829 ROSEMARY WAY, OCEANSIDE CA
            92057



County: **LOS ANGELES**
Registration No.: **3587**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on
**December 17, 2010 at RIVERSIDE**, California.

Signature: 

            **ARTURO CHARYA**

**NON SERVICE REPORT**

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION

Ret No. or File No    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JAMES R. ANDREWS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

49702 PAIUTE COURT
AGUANGA, CA 92536

ON: February 13, 2011
AT: 11:40 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON March 1, 2011 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE" ANDREWS; SPOUSE - 50ish, 125lbs, 5'5", brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

EAS18579/GProof06

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | (303) 442-2021 | | |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO  80302 | | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION | | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | | TIME | DCPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

I received the within process on February 9, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033 5 (a)(4)(B).

PARTY SERVED: JAMES R. ANDREWS

49702 PARJTE COURT
AGUANGA, CA 92536

As enumerated below.

02/10/2011 05:07 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/12/2011 01:35 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/13/2011 11:40 am
HOME - SUB-SERVED TO "JANE" ANDREWS; SPOUSE; 50ish, 125lbs, 5'5", brown hair, Caucasian female.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231-E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS16878GPProtMO

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

FOR COURT USE ONLY

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On March 1, 2011, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> JAMES R. ANDREWS
> 49702 PAIUTE COURT
> AGUANGA, CA 92536

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit

Fee for Service: 50.00
County: SONOMA  P459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011

Signature. _____
Julie Anne Mooran

**PROOF OF SERVICE BY MAIL**

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | Ref No or File No. | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ANA ARELLANO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

8227 SOUTH DISNEY AVENUE
WHITTIER, CA 90606

ON: December 4, 2010
AT: 07:45 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
VICTOR MUNIOZ; CO-OCCUPANT - 28 ish, 210 lbs, 6'1", black hair, Hispanic male

Manner of service in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ARTURO RUIZ

# PROOF OF SERVICE

Order# EAS16236/GProof34

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: FOR COURT USE ONLY |
|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 |
| SCOTT MCELROY, PRO HAC VICE, | |
| 1007 PEARL STREET, SUITE # 220 | |
| BOULDER, CO  80302 | Ref. No. or File No. |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ANA ARELLANO

   8227 SOUTH DISNEY AVENUE
   WHITTIER, CA 90606

As enumerated below:

11/30/2010  10:15 am
   HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  01:10 pm
   HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  07:00 pm
   HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  07:45 pm
   HOME - SUB-SERVICE TO VICTOR MUNIOZ; CO-OCCUPANT; 28 ish, 210 lbs, 6'1", black hair, Hispanic male.

Fee for Service: 25.00
   County:  LOS ANGELES
   Registration No.:  6406
   EXCALIBUR ATTORNEY SERVICES
   231 E. ALESSANDRO BOULEVARD, SUITE
   A368
   RIVERSIDE, CA 92508
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
                        ARTURO RUIZ

## DECLARATION OF DILIGENCE

Order# EAS1823b/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO (Optional):

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each) UNITED STATES OF AMERICA

DEFENDANT(name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No : |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ANA ARELLANO
8227 SOUTH DISNEY AVENUE
WHITTIER, CA 90606

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at SANTA ROSA, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Anne Mrockowski

PROOF OF SERVICE BY MAIL

Order# EAS18738/CProof7

MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                        Ref No or File No.
ATTORNEY FOR (Name)      PLAINTIFF IN INTERVENTION            CAHUILLA BAND
Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DIONISIOS ARGYROS - 60ish, 185lbs, 5'8", gray hair, Hispanic male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2813 MONOGRAM AVENUE
LONG BEACH, CA 90815

ON: December 3, 2010
AT: 07:50 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
                ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18239/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | | | TELEPHONE NO. | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION

Ref. No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: IRINI ARGYROS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2813 MONOGRAM AVENUE
LONG BEACH, CA 90815

ON: December 3, 2010
AT: 07:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DIONISIOS ARGYROS; CO-OCCUPANT - 60ish, 185lbs, 5'8", gray hair, Hispanic male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS18240/Proof38

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION

Ref No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: IRINI ARGYROS

2813 MONOGRAM AVENUE
LONG BEACH, CA 90815

As enumerated below:

11/29/2010   08:50 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010   12:10 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010   07:50 pm
HOME - SUB-SERVICE TO DIONISIOS ARGYROS; CO-OCCUPANT; 60ish, 185lbs, 5'8", gray hair, Hispanic male.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010

Signature: _____
ANTONIO DESHAWN OUTTEN

# DECLARATION OF DILIGENCE

Order# EAS1R040/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO. (303) 442-2021          FAX NO (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each) UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY: | TIME: | DEPT.: |

CASE NUMBER
51-cv-1247-GT-RBB

Ref No. or File No.:
CAHUILLA BAND

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231.E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. (CCP 1013(a))

IRINI ARGYROS
2813 MONOGRAM AVENUE
LONG BEACH, CA 90815

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS16240GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO  80302 | (303) 442-2021 | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: BANK OF AMERICA

AT: 818 W SEVENTH STREET
    LOS ANGELES, CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MARIA SANCHEZ - 40ish, 5'5", 160lbs, brown hair, Hispanic female - AGENT FOR SERVICE

ON: 11/29/2010
AT: 02:00 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.:  6658
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
            BENON DEMIRCHYAN

## PROOF OF SERVICE

Order# EAST62495GProof29

MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    Ref. No. or File No    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CAROL LYNN BATISTA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4403 CHEVY CHASE DRIVE
FLINTRIDGE, CA 91011

ON: December 2, 2010
AT: 07:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
RICHARD BATISTA, ADULT OCCUPANT - 60yrs, 5'8", 220#, grey hair, Caucasian male

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service  25.00

County:  LOS ANGELES
Registration No.:  6575
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD SANTOS

## PROOF OF SERVICE

Order# EAS1824B/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO 80302 | | | |

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION

Ref No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: CAROL LYNN BATISTA

4403 CHEVY CHASE DRIVE
FLINTRIDGE, CA 91011

As enumerated below:

11/30/2010  06:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/01/2010  09:00 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/02/2010  11:30 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/02/2010  07:00 pm
HOME - SUB-SERVED DEFENDANT BY SERVING: RICHARD BATISTA, ADULT OCCUPANT - 60yrs, 5'6", 220#, grey hair, Cauc. male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6575
EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD SANTOS

**DECLARATION OF DILIGENCE**

Order# EAS18248/GProof4D

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY. | TIME. | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

CAROL LYNN BATISTA
4403 CHEVY CHASE DRIVE
FLINTRIDGE, CA 91011

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010,**

Signature: _____

**PROOF OF SERVICE BY MAIL**

Order# EAS18248/GProof7

Case 3:51-cv-01247-JO-SBC Document 5304 Filed 04/29/11 PageID.58350 Page 34 of 179

| MCELROY, MEYER, WALKER & CONDON, P.C. | | | (303) 442-2021 | |
|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | Ref No. or File No. | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: RICHARD BATISTA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4403 CHEVY CHASE DRIVE
FLINTRIDGE, CA 91011

ON: December 2, 2010
AT: 07:00 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6575
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD SANTOS

## PROOF OF SERVICE

Order#: EAS18247/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)      PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JEREMY BEAL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19220 STEEPLECHASE WAY
YORBA LINDA, CA 92886

ON: November 19, 2010
AT: 07:30 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 17, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MARY ANN TANNER; CO-OCCUPANT - 27ish, 135lbs, 5'5", blonde hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order# EAS17885/GProof36

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | Ref. No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: JEREMY BEAL

19220 STEEPLECHASE WAY
YORBA LINDA, CA 92886

As enumerated below:

11/14/2010  06:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/17/2010  12:22 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010  07:30 am
HOME - SUB-SERVICE TO MARY ANN TANNER; CO-OCCUPANT; 27ish, 135lbs, 5'5", blonde hair, Caucasian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature.

ARTURO CHARYA

## DECLARATION OF DILIGENCE

Order# EAS17886/GProof40

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO  (303) 442-2021          FAX NO  (Optional)<br>E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS<br>MAILING ADDRESS<br>CITY AND ZIP CODE<br>BRANCH NAME | | | | | |

| PLAINTIFF(name each): UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| DEFENDANT(name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | 51-cv-1247-GT-RBB |

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT | Ref No or Fee No :  CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 17, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **JEREMY BEAL**
> **19220 STEEPLECHASE WAY**
> **YORBA LINDA, CA 92886**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD,  SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |

ATTORNEY FOR (Name) **PLAINTIFF IN INTERVENTION**   Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HOLLY BEAL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19220 STEEPLECHASE WAY
YORBA LINDA, CA 92886

ON: November 19, 2010
AT: 07:30 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 17, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MARY ANN TANNER; CO-OCCUPANT - 27ish, 135lbs, 5'5", blonde hair, Caucasian female

**Manner of service** In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order# EAS17873\GProof98

MCELROY, MEYER, WALKER & CONDON, P.C.      (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref No. or File No.

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE. | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: HOLLY BEAL

        19220 STEEPLECHASE WAY
        YORBA LINDA, CA 92886

As enumerated below:

**11/14/2010  06:00 pm**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/17/2010  12:22 pm**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/19/2010  07:30 am**
    HOME - SUB-SERVICE TO MARY ANN TANNER; CO-OCCUPANT; 27ish, 135lbs, 5'5", blonde hair, Caucasian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

        ARTURO CHARYA

# DECLARATION OF DILIGENCE

Order# EAS17873/GProof4D

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO. (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

FOR COURT USE ONLY

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or File No. : CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 17, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

HOLLY BEAL
19220 STEEPLECHASE WAY
YORBA LINDA, CA 92885

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: Julie Anne Magdaleski

PROOF OF SERVICE BY MAIL

Order CAS17873GProof

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

(303) 442-2021

Ref. No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: EDUARDO BELTRAN - 45ish, 170lbs, 5'7", bald head, Hispanic male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1618 GREEN RIDGE
WEST COVINA, CA 91791

ON: December 5, 2010
AT: 10:10 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service. 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18249/GProof37

Case 3:51-cv-01247-JO-SBC  Document 5304  Filed 04/29/11  PageID.58358  Page 42 of 179

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |

ATTORNEY FOR (Name)   **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.   **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GABRIELA BELTRAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1816 GREEN RIDGE
WEST COVINA, CA 91791

ON: December 5, 2010
AT: 10:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
EDUARDO BELTRAN; CO-OCCUPANT - 45ish, 170lbs, 5'7", bald head, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order# EAS18250/GProof08

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO 80302 | Ref. No. or File No: | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GABRIELA BELTRAN

1616 GREEN RIDGE
WEST COVINA, CA 91791

As enumerated below:

11/30/2010 01:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 10:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010 06:50 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010 10:10 am
HOME - SUB-SERVICE TO EDUARDO BELTRAN; CO-OCCUPANT; 45ish, 170lbs, 5'7", bald head, Hispanic male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ARTURO RUIZ

DECLARATION OF DILIGENCE

Order# FAS18250IGProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO: (303) 442-2021           FAX NO. (Optional):

E MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE:
BRANCH NAME:

**FOR COURT USE ONLY**

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY. | TIME. | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. (CCP 1013(a))

GABRIELA BELTRAN
1616 GREEN RIDGE
WEST COVINA, CA 91791

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-452
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order# EAS18250/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.
(303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302
Ref. No. or File No.
ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT BITONTE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

234 S FIGUEROA, #1941
LOS ANGELES, CA 90012

ON: December 2, 2010
AT: 08:11 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 6, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
CHER "DOE", ADULT OCCUPANT - 35yrs, 5'6", blnd hair, 145#, Cauc. female

.

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: ORANGE
Registration No.: 1790
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

BAUDELIO ARELLANO

## PROOF OF SERVICE

Order: FAS1035t/GProof36

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.: (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

| ATTORNEY FOR (Name): | PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND |
|---|---|---|

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT; et al.

| DECLARATION OF DILIGENCE | DATE | TIME. | DEPT/DIV: | CASE NUMBER. 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 16, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: ROBERT BITONTE

        234 S FIGUEROA, #1941
        LOS ANGELES, CA 90012

As enumerated below:

11/29/2010 10:33 am
        HOME - NO ANSWER.

11/30/2010 07:32 am
        HOME - NO ANSWER.

12/02/2010 08:11 pm
        HOME - SUB-SERVED DEFENDANT BY SERVING: CHER "DOE", ADULT OCCUPANT - 35ish, 5'6", 145#, blnd hair, Cauc. female.

Fee for Service: 50.00
County: ORANGE
Registration No.: 1790
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

BAUDELIO ARELLANO

DECLARATION OF DILIGENCE

Order# EA518011/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

| | FOR COURT USE ONLY |
|---|---|

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On December 6, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. (CCP 1013(a))

> **ROBERT BITONTE**
> **234 S FIGUEROA  #1941**
> **LOS ANGELES, CA 90012**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at SANTA ROSA, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00

County:

Registration No.:

**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS18251/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION     Ref. No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT.**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: RICHARD BLASCHKE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

76310 SHOSHONE DRIVE
INDIAN WELLS, CA 92210

ON: February 16, 2011
AT: 09:30 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref No. or File No.

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CASSONDRA CAESAR

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2930 ALANWOOD COURT
SPRING VALLEY, CA 91978

ON: December 4, 2010
AT: 01:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 4, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
NICHOLAS CAESAR; CO-OCCUPANT - 63ish, 158lbs, 5'7", brown hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____
JAIME TORRES

# PROOF OF SERVICE

Order# EAS18053/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

Ref No. or File No

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION       CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED: CASSONDRA CAESAR

        2930 ALANWOOD COURT
        SPRING VALLEY, CA 91978

As enumerated below:

12/02/2010 04:15 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010 06:06 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 01:50 pm
        HOME - SUB-SERVICE TO NICHOLAS CAESAR; CO-OCCUPANT; 53ish, 158lbs, 5'7", brown hair, Caucasian male.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____
              JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS16263/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO  (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS,
CITY AND ZIP CODE,
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT_ | Ret No  or File No : CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 4, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

CASSONDRA CAESAR
2930 ALANWOOD COURT
SPRING VALLEY, CA 91978

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: Julie Anne Hoodalski

PROOF OF SERVICE BY MAIL

Order # EAS18263/GProof.T

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO  80302 | | Ref No. or File No | | | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: NICHOLAS CAESAR - 53ish, 150lbs, 5'7", brown hair, Caucasian male.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2930 ALANWOOD COURT
SPRING VALLEY, CA 91978

ON: December 4, 2010
AT: 01:50 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17 / 2010.

Signature: _____

JAIME / TORRES

## PROOF OF SERVICE

Order#: EAS18264/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | | Ref. No. or File No.<br>CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: IRMA CAMPOS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

57745 BAILEY ROAD
ANZA, CA 92539

ON: February 20, 2011
AT: 12:00 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18999/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                    Ref. No. or File No
ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION        CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER. |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SALVADORE CAMPOS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

57745 BAILEY ROAD
ANZA, CA 92539                    .

ON: February 20, 2011
AT: 12:00 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS18998/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | | |
| | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: FRANK CARRILLO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

20929 HAWAIIAN AVENUE
LAKEWOOD, CA 90715

ON: December 19, 2010
AT: 01:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 20, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE", ADULT OCCUPANT - REFUSED NAME - 30yrs, 5'5", 165#, black hair, Hispanic female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref No. or File No.<br>CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME. | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: FRANK CARRILLO

20928 HAWAIIAN AVENUE
LAKEWOOD, CA 90715

As enumerated below:

12/16/2010 07:30 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/18/2010 08:20 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/19/2010 01:00 pm
HOME - SUB-SERVED DEFENDANT BY SERVING: "JANE DOE", ADULT OCCUPANT - REFUSED TO PROVIDE NAME - 30ish, black hair, brown eyes, 5'5", 165#, Hispanic female.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order# FAS18447/GProof40

FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No :<br>CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 20, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

FRANK CARRILLO
20929 HAWAIIAN AVENUE
LAKEWOOD, CA 90715

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS18447/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GLORIA CARRILLO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

20929 HAWAIIAN AVENUE
LAKEWOOD, CA 90715

ON: December.19, 2010
AT: 01:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 20, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE", ADULT OCCUPANT - REFUSED NAME - 30yrs, 5'5", 165#, black hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO  80302 | | |

| ATTORNEY FOR (Name)  PLAINTIFF IN INTERVENTION | Ref No. or File No. |
|---|---|
| | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GLORIA CARRILLO

20929 HAWAIIAN AVENUE
LAKEWOOD, CA 90715

As enumerated below:

12/16/2010  07:30 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/18/2010  08:20 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/19/2010  01:00 pm
HOME - SUB-SERVED DEFENDANT BY SERVING: "JANE DOE", ADULT OCCUPANT - REFUSED TO PROVIDE NAME - 30ish, black hair, brown eyes, 5'5", 165#, Hispanic female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 5437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order# EAS18448xGProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

FOR COURT USE ONLY

STREET ADDRESS
MAILING ADDRESS:
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY. | TIME. | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 20, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

GLORIA CARRILLO
20929 HAWAIIAN AVENUE
LAKEWOOD, CA 90715

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: SONOMA
Registration No.: PL459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011.**

Signature:

Julie Ann Yuonsinski

**PROOF OF SERVICE BY MAIL**

Order# EAS15448/GProof1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM.<br>Attorney for: Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served.*                          ANTHONY CISNEROS

*4. Address where the party was served:*       49260 FLIGHTLINE
                                               Aguanga, CA 92536

*5. I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 11, 2011 (2) at; 3:15PM

*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                        d. *The Fee for Service was:*   $40.00
   b. Premier Legal Solutions                e. I am: (3) registered California process server
      12 Cerrito                                *(i)* Owner
      Irvine, CA 92612                          *(ii) Registration No.:*   1505
   c. 949-480-1182; FAX 949-480-1217           *(iii) County:*            Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Apr. 13, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                (Surya Von Rosen)        uncitLmcelroy.13259

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO 80302 | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | Ref. No. or File No.   CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and
Service of Documents

ON: COMORRE FAMILY TRUST

AT: 2306 E WARD TERRACE
    ANAHEIM, CA 92806

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MICHAEL COMORRE - AGENT FOR SERVICE - 48ish, 6'3", 240lbs, black hair, Caucasian male

ON: 11/21/2010
AT: 05:50 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 7, 2010.

Signature _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS1787tVGProof39

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| *Telephone No:* 303-442-2021 | | | | |
| DVITALE@MMWCLAW.COM | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |

| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
|---|---|---|---|---|
| U S DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| **SUMMONS IN A CIVIL CASE** | | | | 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*          Jocelyn Collins

*4. Address where the party was served:*          42720 VIA DEL CAMPO
                                                    Temecula, CA 92592

*5. I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Apr. 17, 2011 (2) at: 8:30PM

*7. Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                              d. *The Fee for Service was:*   $60.00
   **b. Premier Legal Solutions**                  e. I am: (3) registered California process server
      12 Cerrito                                          *(i)* Owner
      Irvine, CA 92612                                    *(ii)* Registration No.:   1505
   c. 949-480-1182; FAX 949-480-1217                      *(iii)* County:           Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Apr. 19, 2011

PROOF OF SERVICE
                    SUMMONS IN A CIVIL CASE                    (Surya Von Rosen)   uscdl.mcelroy.13226

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 *Telephone No:* 303-442-2021 DVITALE@MMWCLAW.COM *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case: Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. *a. Party served:*             RONALD COMYNS
   *b. Person served:*       JOCELYN COMYNS - SPOUSE/CO OCCUPANT

4. *Address where the party was served:*    42720 VIA DEL CAMPO
                                        Temecula, CA 92592

5. *I served the party:*
   b. by substituted service. On: Sun., Apr. 17, 2011 at 8:30PM by leaving the copies with or in the presence of:
                            party in item 3.a.
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ, Proc., 415.20) I mailed the document on: Tue., Apr, 19, 2011 from: TEMECULA, CA

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                        d. *The Fee for Service was:*   $30.00
   b. Premier Legal Solutions                e. I am: (3) registered California process server
     12 Cerrito                                 *(i)*  Owner
     Irvine, CA 92612                        *(ii)*  *Registration No.:*   1505
   c. 949-480-1182, FAX 949-480-1217         *(iii)*  *County:*       Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Apr. 19, 2011

                                             (Surya Von Rosen)

Judicial Council Form
Rule 2.150(a)&(b) Rev January 1, 2007                     PROOF OF SERVICE
                              SUMMONS IN A CIVIL CASE                    *ursdel.mcelroy.15219*

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>*Attorney for:* Plaintiff    *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RONALD COMYNS as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/11 | 7:13pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION IS DARK. Attempt made by: Surya Von Rosen. Registration #1505 Orange County. Attempt at: 42720 VIA DEL CAMPO Temecula CA 92592. |
| Fri | 04/15/11 | 1:36pm | Home | NO ANSWER. A DOG IS BARKING INSIDE. Attempt made by: Surya Von Rosen. Attempt at: 42720 VIA DEL CAMPO Temecula CA 92592. |
| Sun | 04/17/11 | 8:30pm | Home | Substituted Service on: RONALD COMYNS Home - 42720 VIA DEL CAMPO Temecula, CA 92592 by Serving: JOCELYN COMYNS - SPOUSE/CO OCCUPANT Competent Member of the Household over 18 by leaving a copy of the document(s) with: party in item 3.a.. Served by: Surya Von Rosen |
| Tue | 04/19/11 | | | Mailed copy of Documents to: RONALD COMYNS |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $30.00
*e. I am:* (3) registered California process server
*(i)* Owner
*(ii) Registration No.:* 1505
*(iii) County:* Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
Date: Tue, Apr. 19, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

aneitd.mcelroy.13219

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 22D<br>BOULDER, CO 80302 | | | (303) 442-2021 | | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION.**   Ref No or File No: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT.
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV. | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: SARA COPPLE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

*4718 E BLUEBIRD AVENUE*
ORANGE, CA 92869

ON: December 1, 2010
AT: 06:45 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 50ish, 5'5", 170lbs, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature: _____
**ANTONIO DESHAWN OUTTEN**

## PROOF OF SERVICE

Order# EAS1767&GProof06

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

(303) 442-2021

ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION

Ref. No. or File No.     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED:  SARA COPPLE

   4718 E BLUEBIRD AVENUE
   ORANGE, CA 92869

As enumerated below:

11/24/2010  12:20 pm
       HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  08:45 am
       HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  10:45 am
       HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  06:45 am
       HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 50ish, 5'5", 170lbs, Caucasian female.

Fee for Service: 25.00
       County:  LOS ANGELES
       Registration No.:  6437
       EXCALIBUR ATTORNEY SERVICES
       231 E. ALESSANDRO BOULEVARD.,
       SUITE A368
       RIVERSIDE, CA 92508
       (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 23, 2010.**

Signature: _____

       ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS1787B/CJ-Proof#0

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO ; (303) 442-2021      FAX NO. (Optional)<br>E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS<br>MAILING ADDRESS<br>CITY AND ZIP CODE<br>BRANCH NAME | | | | | |
| PLAINTIFF(name each) **UNITED STATES OF AMERICA**<br>DEFENDANT(name each) **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | | | | | CASE NUMBER<br>51-cv-1247-GT-RBB |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE. | DAY: | TIME. | DEPT: | Ref No. or File No :<br>**CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **SARA COPPLE**
> **4718 E BLUEBIRD AVENUE**
> **ORANGE, CA 92869**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS17878/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO: (303) 442-2021

Ref. No. or File No.

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE;

Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: THOMAS COPPLE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4718 E BLUEBIRD AVENUE
ORANGE, CA 92869

ON: December 1, 2010
AT: 06:45 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID; ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 50ish, 5'5", 170lbs, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17677/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address). | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | Ref No. or File No | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: THOMAS COPPLE

4716 E BLUEBIRD AVENUE
ORANGE, CA 92869

As enumerated below:

11/24/2010 12:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 08:45 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010 10:45 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 06:45 am
HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 50ish, 5'5", 170lbs, Caucasian female.

.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order# EAS17877/CProc#40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021        FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No. CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

   **Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

                    THOMAS COPPLE
                    4718 E BLUEBIRD AVENUE
                    ORANGE, CA 92869

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-45A
Registration No :
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 28, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order: FAS11877/GProof7

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| DVITALE@MMWCLAW.COM | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL. |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*          HERBERT DAILEY

*4. Address where the party was served:*      58675 RED SHANK RD
                                              Anza, CA 92539

*5. I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 11, 2011 (2) at: 4:26PM

*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                          d.  *The Fee for Service was:*  $40.00
   b. Premier Legal Solutions                  e.  I am: (3) registered California process server
      12 Cerruo                                       *(i)*   Owner
      Irvine, CA 92612                                *(ii)*  Registration No.:   1505
   c. 949-480-1182, FAX 949-480-1217                  *(iii)* County:             Orange

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Apr. 13, 2011*

                                                          (Surya Von Rosen)          aneth/nce/ray,13260

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | Ref No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE: CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*          MARGARET DAILEY

*4. Address where the party was served:*          58675 RED SHANK RD
          Anza, CA 92539

*5. I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr, 11, 2011 (2) at: 4:26PM

*7. Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen          d. *The Fee for Service was:*   $40.00
   b. Premier Legal Solutions          e. I am: (3) registered California process server
      12 Cerrito          *(i)* Owner
      Irvine, CA 92612          *(ii)* Registration No.:   1505
   c. 949-480-1182, FAX 949-480-1217          *(iii)* County:   Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Apr. 13, 2011*

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Surya Von Rosen)          anch1mcelroy.13239

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref No. or File No.: | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA.

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2:  I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
    INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3.  a. Party served:*                     **RICHARD DIVEN**

*4.  Address where the party was served:*   126 ANGELES VISTA DR
                                          Vista, CA  92084

*5.  I served the party:*
    a. by personal service.  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
       process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 11:21AM

*7.  Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya Von Rosen                          d.  *The Fee for Service was:*  $30.00
    b. Premier Legal Solutions                  e.  I am: (3) registered California process server
     12 Cerrito                                         *(i)*   Owner
     Irvine, CA  92612                                 *(ii)*  Registration No.:    1505
    c. 949-480-1182, FAX 949-480-1217                  *(iii)* County:              Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Apr. 13, 2011*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | | TELEPHONE: | |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.: CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JEREMIAH DOHL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT;

49970 CREE COURT
AGUANGA, CA 92536

ON: February 13, 2011
AT: 09:50 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION     Ref. No. or File No     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT.DIV. | CASE NUMBER. |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: PAULA FISLER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

49220 FOREST SPRING ROAD
AGUANGA, CA 92536

ON: February 20, 2011
AT: 10:20 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON February 22, 2011 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DARREN FISLER, ADULT OCCUPANT & HUSBAND - 50ish, 200#, 6', black / grey hair, Cauc. male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# FAS15997/GProof08

Case 3:51-cv-01247-GT-RBB Document 5304 Filed 04/29/11 PageID.58393 Page 66 of 179

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | (303) 442-2021 | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | Ref No. or File No **CAHUILLA BAND** | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT,**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **DECLARATION OF DILIGENCE** | DATE. | TIME | DEPT/DIV. | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on February 18, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: PAULA FISLER

　　　　49220 FOREST SPRING ROAD
　　　　AGUANGA, CA 92536

As enumerated below:

02/18/2011  06:20 pm
　　　　HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

02/19/2011  03:30 pm
　　　　HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

02/20/2011  10:20 am
　　　　HOME -SUB-SERVED DEFENDANT BY SERVING: DARREN FISLER, ADULT OCCUPANT & HUSBAND - 50ish, 200#, 6', black / grey hair, Cauc. male.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 3, 2011.**

Signature: _____

　　　　　　ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS18997/GProo#40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO. (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE: | DAY. | TIME: | DEPT.: | |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | Ref No. or File No.: **CAHUILLA BAND** |

CASE NUMBER:
51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On February 22, 2011, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

PAULA FISLER
49220 FOREST SPRING ROAD
AGUANGA, CA 92536

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS18997(G)root7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DAVID GABRILLO - 58ish, 175lbs, 5'7", black hair, Hispanic male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

442 E 224TH STREET
CARSON, CA 90745

ON: December 4, 2010
AT: 07:40 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18284/GPProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION

Ref. No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE. | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: VIOLETA GABRILLO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

442 E 224TH STREET
CARSON, CA 90745

ON: December 4, 2010
AT: 07:40 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DAVID GABRILLO; CO-OCCUPANT - 58ish, 175lbs, 5'7", black hair, Hispanic male

Manner of service in compliance with Federal Rules of Civil Procedure.
Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS16205/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)  PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: VIOLETA GABRILLO

442 E 224TH STREET
CARSON, CA 90745

As enumerated below:

11/29/2010 09:30 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 12:35 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010 02:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 07:40 am
HOME - SUB-SERVICE TO DAVID GABRILLO; CO-OCCUPANT; 58ish, 175lbs, 5'7", black hair, Hispanic male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME: | DEPT.: | Ref No. or File No :   CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> VIOLETA GABRILLO
> 442 E 224TH STREET
> CARSON, CA 90745

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Anne Moody

PROOF OF SERVICE BY MAIL

Order # EA5182854GP1003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref No or File No. | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GEORGE GALANES

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3448 CROSSPOINTE COURT
SIMI VALLEY, CA 93065

ON: December 4, 2010
AT: 11:11 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

'NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
LISA MCCARTER; CO-OCCUPANT - 40ish, 5'7", 125lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 28, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order# EAS15289/GProof36

```
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)          TELEPHONE NO
MCELROY, MEYER, WALKER & CONDON, P.C.                (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                    Ref  No or File No

ATTORNEY FOR (Name)      PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe          .
```

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GEORGE GALANES

3448 CROSSPOINTE COURT
SIMI VALLEY, CA 93065

As enumerated below.

11/30/2010  08:51 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  05:02 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  11:11 am
HOME - SUB-SERVICE TO LISA MCCARTER: CO-OCCUPANT; 40ish, 5'7", 125lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

RICHARD MEYER

## DECLARATION OF DILIGENCE

Order# EAS182WVGProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| | HEARING DATE: | DAY | TIME | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL:** | | | | | **CAHUILLA BAND** |

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of VENTURA, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

GEORGE GALANES
3448 CROSSPOINTE COURT
SIMI VALLEY, CA 93065

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: R459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

Julie Anne Madrick

**PROOF OF SERVICE BY MAIL**

Order# EAS18268/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): MCELROY, MEYER, WALKER & CONDON, P:C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | TELEPHONE NO: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | Ref No. or File No CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,
UNITED STATES OF AMERICA

DEFENDANT:
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: BLANCA GALDAMEZ - 37ish, 145lbs, 5'6", black hair, Hispanic female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

18860 WHITNEY PLACE
ROWLAND HEIGHTS, CA 91748

ON: December 4, 2010
AT: 10:56 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18287/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. (303) 442-2021 | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | | | | |
| Insert name of court, judicial district or branch court, if any: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA , CA | | | | | |
| PLAINTIFF, UNITED STATES OF AMERICA | | | | | |
| DEFENDANT CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | | |

| PROOF OF SERVICE | DATE: | | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GLORIA GAMINO - 40ish, 5'6", 180lbs, brown hair, Caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

8330 ALONDRA BOULEVARD
PARAMOUNT, CA 90723

ON: November 30, 2010
AT: 11:00 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

# PROOF OF SERVICE

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| DVITALE@MMWCLAW.COM | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served: ILDA GARCIA

4. Address where the party was served: 37901 LOISE ST
Anza CA 92539

5. I served the party:
a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 11, 2011 (2) at: 3:51PM

7. Person Who Served Papers:                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
a. Surya Von Rosen                                     d.  The Fee for Service was:  $40.00
b. Premier Legal Solutions                          e.  I am: (3)  registered California process server
   12 Cerrito                                                        (i)  Owner
   Irvine, CA 92612                                              (ii)  Registration No.:  1505
c. 949-480-1182, FAX 949-480-1217                     (iii)  County:  Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Apr. 13, 2011

                    PROOF OF SERVICE
                    SUMMONS IN A CIVIL CASE

(Surya Von Rosen)     uncut.mcelroy.13238

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co  80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| DVITALE@MMWCLAW.COM | | Reg. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

U S  DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

*1.  At the time of service I was at least 18 years of age and not a party to this action*

2.  I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3.  *a. Party served:*               SERGIO GARCIA
     *b. Person served:*           Ilda Garcia - Spouse/Co Occupant

4.  *Address where the party was served:*       37901 LOISE ST
                                                 Anza, CA  92539

5.  *I served the party:*
     b. by substituted service.  On: Mon., Apr. 11, 2011 at: 3:51PM by leaving the copies with or in the presence of:
                                     Ilda Garcia - Spouse/Co Occupant
     (2) (Home) Competent Member of the Household over 18  I informed him or her of the general nature of the papers
     (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
         copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Wed., Apr. 13, 2011  from: Temecula, CA

7.  *Person Who Served Papers:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. Surya  Von Rosen                             d.  *The Fee for Service was:*   $40.00
     b. Premier Legal Solutions                      e.  I am: (3)  registered California process server
        12 Cerrito                                         *(i)*   Owner
        Irvine, CA  92612                                  *(ii)  Registration No :*       1505
     c. 949-480-1182, FAX 949-480-1217                     *(iii)  County:*               Orange

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     Date: Wed, Apr. 13, 2011

PROOF OF SERVICE
                                            SUMMONS IN A CIVIL CASE            (Surya Von Rosen)            unclmcelroy.13237

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | *For Court Use Only:* |

| *Attorney for:* Plaintiff | *Ref No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL.
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION:

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant SERGIO  GARCIA as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 04/09/11 | 10:05am | Home | No Answer.  No ligts on: Attempt made by: Surya  Von Rosen, Registration #1505  Orange County. Attempt at: 37901 LOISE ST  Anza CA 92539. |
| Sun | 04/10/11 | 7:30pm | Home | No Answer,  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37901  LOISE ST  ,Anza CA 92539. |
| Mon | 04/11/11 | 3:51pm | Home | Substituted Service on: SERGIO  GARCIA Home - 37901 LOISE ST Anza, CA  92539  by Serving: Ilda Garcia - Spouse/Co Occupant Competent Member of the  Household over 18.  Served by: Surya  Von Rosen |
| Wed | 04/13/11 | | | Mailed copy of Documents to: SERGIO  GARCIA |

3.  *Person Executing*
   a. Surya  Von Rosen
   b. Premier Legal Solutions
   32 Cerrito
   Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

*Recoverable Costs Per CCP 1033.5(a)(4)(B)*
d. *The Fee  for service was:* $40.00
e. *I am:*   (3)  registered California process server
   *(i)*   Owner
   *(ii)*  *Registration No.:*   1505
   *(iii)* *County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Apr. 13, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil mcelroy.13237

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302
ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION     Ref. No. or File No.     CAHUILLA BAND

Insert name of court, judicial district or branch court  if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GRADY GEORGE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

ON: November 27, 2010
AT: 09:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ALLISON HANNA; CO-OCCUPANT - 48ish, 5'6", 165 lbs, brown hair, Caucasian female

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17885/GProof36

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.
MCELROY, MEYER, WALKER & CONDON, P.C.      (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO. 80302            Ref No. or File No.
ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION      CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GRADY GEORGE

   6512 SANTA MONICA AVENUE
   GARDEN GROVE, CA 92845

As enumerated below.

11/20/2010 05:45 pm
   HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 11:15 am
   HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010 12:35 pm
   HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 09:00 am
   HOME - SUB-SERVE ON ALLISON HANNA; CO-OCCUPANT; 48ish, 5'6", 165 lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE: | DAY | TIME | DEPT: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

CASE NUMBER: 51-cv-1247-GT-RBB

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

   Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

                   GRADY GEORGE
                   6512 SANTA MONICA AVENUE
                   GARDEN GROVE, CA 92846

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Orange 0-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2020.

Signature:

Lillie Anne Madrusca

**PROOF OF SERVICE BY MAIL**

Orders EAS17886/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC'VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302
ATTORNEY FOR (Name):    PLAINTIFF. IN INTERVENTION     | Ref. No. or File No.  CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION: I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SARAH GEORGE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

ON: November 27, 2010
AT: 09:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL. POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ALLISON HANNA; CO-OCCUPANT - 48ish, 5'5", 165 lbs, brown hair, Caucasian female

Manner of service In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17687/GProof35

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO (303) 442-2021 | | FOR COURT USE ONLY |
| --- | --- | --- | --- | --- |
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | Ref No or File No<br>CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SARAH GEORGE

  6512 SANTA MONICA AVENUE
  GARDEN GROVE, CA 92845

As enumerated below:

11/20/2010 05:45 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 11:15 am
  HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010 12:35 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 09:00 am
  HOME - SUB-SERVE ON ALLISON HANNA; CO-OCCUPANT; 48ish, 5'6", 165 lbs, brown hair, Caucasian female.

Fee for Service: 25.00
 County: LOS ANGELES
 Registration No.: 6437
 EXCALIBUR ATTORNEY SERVICES
 231 E. ALESSANDRO BOULEVARD.,
 SUITE A368
 RIVERSIDE, CA 92508
 (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 22, 2010.**

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17887/GPProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY | TIME | DEPT: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> SARAH GEORGE
> 6512 SANTA MONICA AVENUE
> GARDEN GROVE, CA 92845

I am readily familiar with the firm's practice for collection and processing of documents for mailing: Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature

Julie Anne Morris

PROOF OF SERVICE BY MAIL

Order# EAST1987/CAvon7

| Attorney or Party without Attorney:<br>**SCOTT MCELROY**<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE @ MMWCLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1.  At the time of service I was at least 18 years of age and not a party to this action*

2.  I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3   a. Party served:*          **ELLEN GERARDIS**

*4  Address where the party was served:*          1684 WHITTIER AVE<br>NO 16<br>Costa Mesa, CA  92627

*5. I served the party:*
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 13, 2011 (2) at: 2:55PM

*7. Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Bob Davis                                        d.  *The Fee for Service was:*   $60.00
    b. Premier Legal Solutions                    e.  I am: (3) registered California process server
       12 Cerrito                                                *(i)*  Independent Contractor
       Irvine, CA 92612                                        *(ii)  Registration No.:*    6583
    c. 949-480-1182, FAX 949-480-1217              *(iii)  County:*          **Los Angeles**
                                                                       *(iv)  Expiration Date:*      Tue, May, 08, 2012

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Wed, Apr. 13, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE          (Bob Davis)                  amcelroy.13252

MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: CORNELIUS GROENENGERG

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

ON: December 9, 2010
AT: 12:18 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
FAYLENE GROENENGERG: CO-OCCUPANT - 46ish, 155lbs, 5'6", blonde hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 31, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order# EAS18290/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref No or File No.

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: CORNELIUS GROENENGERG

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

As enumerated below:

12/03/2010 11:03 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 04:31 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/09/2010 12:18 pm
HOME - SUB-SERVICE TO FAYLENE GROENENGERG; CO-OCCUPANT; 46ish, 155lbs, 5'6", blonde hair, Caucasian female.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE # 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 31, 2010.

Signature: JAIME TORRES

**DECLARATION OF DILIGENCE**

FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-R88

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

CORNELIUS GROENENGERG
373 HIGHLAND PLACE
ESCONDIDO, CA 92027

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 31, 2010.

Signature

PROOF OF SERVICE BY MAIL

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO. (303) 442-2021

Ref No. or File No.

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE. | TIME. | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DOREEN GROENENGERG

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

ON: December 9, 2010
AT: 12:18 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
FAYLENE GROENENGERG; CO-OCCUPANT - 46/ish, 155lbs, 5'6", blonde hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SAN DIEGO
Registration No: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order# EAS18294\GProofG3

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

Ref. No. or File No.
ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION   |   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT,
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE. | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED; DOREEN GROENENGERG

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

As enumerated below:

12/03/2010 11:03 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 04:31 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/09/2010 12:18 pm
HOME - SUB-SERVICE TO FAYLENE GROENENGERG; CO-OCCUPANT; 46ish, 155lbs, 5'6", blonde hair, Caucasian female.

Fee for Service: 25.00
County:   SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:_____
JAIME TORRES

DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220 · BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021         FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT: | Ref No or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

DOREEN GROENENENGERG
373 HIGHLAND PLACE
ESCONDIDO, CA 92027

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P.45A
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature

Julie Anne Machoski

PROOF OF SERVICE BY MAIL

Order# EAS18294/GProof.

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref No. or File No

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: ISHWAR GUPTA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

ON: November 21, 2010
AT: 06:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish; 185lbs, 5'8", gray hair, Middle Eastern male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17691/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)  TELEPHONE NO.  FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION

Ref. No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ISHWAR GUPTA

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

As enumerated below:

11/18/2010 08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:05 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs; 5'8", gray hair, Middle Eastern male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17891/GProo40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

FOR COURT USE ONLY

CASE NUMBER
51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

          ISHWAR GUPTA
          5822 PASEO MAGELLAN
          ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS17891/CProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | |

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.: CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV: | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MADHURI GUPTA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

ON: November 21, 2010
AT: 06:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 185lbs, 5'8", gray hair, Middle Eastern male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order: FAS17892/GProof38

Case 3:51-cv-01247-JO-SBC   Document 5304   Filed 04/28/11   PageID.58424   Page 108 of 179

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | 179 (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO 80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT:**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MADHURI GUPTA

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

As enumerated below:

11/18/2010 08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:05 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", grey hair, Middle Eastern male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature. _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order # EAS17892/GProof40

FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON; P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO  (Optional).
E MAIL ADDRESS (Optional)

STREET ADDRESS. .
MAILING ADDRESS.
CITY AND ZIP CODE .
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each). CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER.
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY; | TIME· | DEPT : | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18
and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE,
CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of
Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed,
with postage thereon fully prepaid. [CCP 1013(a)]

MADHURI GUPTA
5822 PASEO MAGELLAN
ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would
be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE,
California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal
cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Corona P459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 18, 2010.

Signature: _____

**PROOF OF SERVICE BY MAIL**

Order#  EAS11892!GPmc17

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)                          TELEPHONE NO.
MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                        Ref. No. or File No.
ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL J. HAKOLA - 60ish, 180lbs, 5'10", brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

1987 ROBINSON AVENUE, #101
SAN DIEGO, CA 92104

ON: February 25, 2011
AT: 01:30 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on March 2, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18870/GProof37

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO.: (303) 442-2021

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION

Ref. No. or File No.:   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JAMES HAWKINS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4540 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

ON: December 3, 2010
AT: 04:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 10, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DIANE CHANDLER; CO-OCCUPANT. -

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order# FAS17893/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.
ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**          **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT.
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | | TIME | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: JAMES HAWKINS

4540 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

As enumerated below:

**11/16/2010  10:07 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/19/2010  04:20 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/23/2010  12:18 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/03/2010  04:50 pm**
HOME - SUB-SERVICE TO DIANE CHANDLER; CO-OCCUPANT.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 22, 2010**.

Signature: _____

ARTURO CHARYA

**DECLARATION OF DILIGENCE**

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER: 51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME | DEPT: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 10, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

JAMES HAWKINS
4540 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

Julie Anne Mendoza

PROOF OF SERVICE BY MAIL

Orders EAS17293/GProof7

Case 3:51-cv-01247-JO-SBC   Document 5304   Filed 04/28/11   PageID.58430   Page 114 of
179

MCELROY, MEYER, WALKER & CONDON, P.C.      (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)      PLAINTIFF IN INTERVENTION      CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CURTIS HESS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

2133 S LOARA STREET
ANAHEIM, CA 92802

ON: November 21, 2010
AT: 06:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 18, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE": CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 155lbs, 5'8", gray hair, Middle Eastern male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 18, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Orders EAS17895GProof35

MCELROY, MEYER, WALKER & CONDON, P.C.        (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION   | Ref. No. or File No   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
. CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME. | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: CURTIS HESS

        2133 S LOARA STREET
        ANAHEIM, CA 92802

As enumerated below:

11/18/2010  08:00 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  11:05 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  05:05 pm
        HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", gray hair, Middle Eastern male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

    ANTONIO DESHAWN OUTTEN

# DECLARATION OF DILIGENCE

Order# EAS1789/vGProof40

| | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON; P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | | | |
| TELEPHONE NO.: (303) 442-2021 | | FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional) | | | | |

STREET ADDRESS
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No. or File No.:<br>CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 18, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> CURTIS HESS
> 2133 S LOARA STREET
> ANAHEIM, CA 92802

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served; service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS17BSEACProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address)<br>MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | | FOR COURT USE ONLY |
| --- | --- | --- | --- |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |
| Insert name of court, judicial district or branch court, if any<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>, CA | | | |
| PLAINTIFF<br>UNITED STATES OF AMERICA | | | |
| DEFENDANT<br>CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DONALD HESS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2133 S LOARA STREET
ANAHEIM, CA 92802

ON: November 21, 2010
AT: 06:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 185lbs, 5'8", gray hair, Middle Eastern male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17894/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | | Ref No or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME. | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DONALD HESS

2133 S LOARA STREET
ANAHEIM, CA 92802

As enumerated below:

11/18/2010 08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:05 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", gray hair, Middle Eastern male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17894/GProofMD

| | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021  FAX NO. (Optional):
E MAIL ADDRESS (Optional).

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME.

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

DONALD HESS
2133 S LOARA STREET
ANAHEIM, CA 92802

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010

Signature

**PROOF OF SERVICE BY MAIL**

Order#: EAS17894/GPr0011

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| DVITALE@MMWCLAW.COM | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: | | | | |
|---|---|---|---|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL. | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case, Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

*3. a. Party served:*        DAVIN HIGGINBOTHAN
    *b. Person served:*      Cherise Higginbothan - Daughter

*4. Address where the party was served:*      29086 FALLING WATER DRIVE
                                     Romoland (Ethanac), CA 92585

*5. I served the party:*
    b by substituted service. On: Fri., Apr. 15, 2011 at; 2:40PM by leaving the copies with or in the presence of:
                                 Cherise Higginbothan - Daughter

    (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ, Proc., 415.20) I mailed the document on: Tue., Apr. 19, 2011 from: Temecula, CA

*7. Person Who Served Papers:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya Von Rosen                          d. *The Fee for Service was:* $70.00
    b. Premier Legal Solutions                 e. I am: (3) registered California process server
       12 Cerrito                                (i) Owner
       Irvine, CA 92612                      (ii) *Registration No.:*    1505
    c. 949-480-1182, FAX 949-480-1217           (iii) *County:*      Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Apr. 19, 2011

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY | | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| 1007 PEARL STREET | | | | | |
| SUITE 220 | | | | | |
| Boulder, co 80302 | | | | | |
| Telephone No: 303-442-2021 | | | | | |

| | Ref. No or File No.: | |
|---|---|---|
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL.

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAVIN HIGGINBOTHAN as follows:

2. **Documents:** SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 04/10/11 | 3:40pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen. Registration #1505 Orange County. Attempt at: 29086 FALLING WATER DRIVE Romoland (Ethanac) CA 92585. |
| Wed | 04/13/11 | 7:05am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen. Attempt at: 29086 FALLING WATER DRIVE Romoland (Ethanac) CA 92585. |
| Fri | 04/15/11 | 2:40pm | Home | The defendant wasn't in  I delivered the documents to his daughter. Attempt made by: Surya Von Rosen. Attempt at: 29086 FALLING WATER DRIVE Romoland (Ethanac) CA 92585. |
| Fri | 04/15/11 | 2:40pm | Home | Substituted Service on: DAVIN HIGGINBOTHAN Home - 29086 FALLING WATER DRIVE Romoland (Ethanac), CA 92585 by Serving: Cherise Higginbothan - Daughter Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Tue | 04/19/11 | | | Mailed copy of Documents to: DAVIN HIGGINBOTHAN |

3. **Person Executing**
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $70.00
e. I am:  (3) registered California process server
   (i)  Owner
   (ii)  Registration No.:   1505
   (iii)  County:   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Apr. 19, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13218

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM | | Ref No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL.

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

*3. a. Party served:*             LETA HIGGINBOTHAN
   *b. Person served:*         CHERISE HIGGINBOTHAN - DAUGHTER

*4. Address where the party was served:*     29086 FALLING WATER DRIVE
                                       Romoland (Ethanac), CA 92585

*5. I served the party:*
   b. **by substituted service.** On: Fri , Apr. 15, 2011 at: 2:40PM by leaving the copies with or in the presence of:
                          CHERISE HIGGINBOTHAN - DAUGHTER
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20) I mailed the document on: Tue., Apr. 19, 2011 from: TEMECULA, CA

*7. Person Who Served Papers:*                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                   d. *The Fee for Service was:*    $40.00
   b. Premier Legal Solutions           e. I am: (3) registered California process server
      12 Cerrito                                (i)   Owner
      Irvine, CA 92612                    (ii)   *Registration No.:*    1505
   c. 949-480-1182, FAX 949-480-1217         (iii)   *County:*         Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: *Tue, Apr. 19, 2011*

                                                         (Surya Von Rosen)

Judicial Council Form
Rule 2.150(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

mcmd mcelroy.13217

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| | Ref. No or File No: | | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF | Hearing Date: | Time: | Dept Div: | Case Number: |
|---|---|---|---|---|
| REASONABLE DILIGENCE | | | | 51-cv-1247-GT-RBB |

1, I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LETA HIGGINBOTHAN as follows:

2, Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 04/10/11 | 3:40pm | Home | No answer at address   Did not appear to be anyone home.; Attempt made by: Surya Von Rosen, Registration #1505 Orange County, Attempt at: 29086 FALLING WATER DRIVE   Romoland (Ethanac) CA 92585. |
| Wed | 04/13/11 | 7.05am | Home | No answer at address   Did not appear to be anyone home.; Attempt made by: Surya Von Rosen  Attempt at: 29086 FALLING WATER DRIVE   Romoland (Ethanac) CA 92585. |
| Fri | 04/15/11 | 2:40pm | Home | Substituted Service on: LETA HIGGINBOTHAN Home - 29086 FALLING WATER DRIVE Romoland (Ethanac), CA 92585  by Serving: CHERISE HIGGINBOTHAN - DAUGHTER Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Tue | 04/19/11 | | | Mailed copy of Documents to: LETA HIGGINBOTHAN |

3.  Person Executing
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)

d. The Fee for service was: $40.00
e. I am:   (3)  registered California process server
            (i)   Owner
            (ii)  Registration No.:      1505
            (iii)  County:              Orange

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Apr. 19, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

mcel.mcelroy.13217

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | | TELEPHONE No.: (303) 442-2021 | FOR COURT USE ONLY |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE.# 220
BOULDER, CO  80302

| ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION | Ref. No. or File No. |
| --- | --- |
| | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- | --- |
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KATHLEEN HILE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

9438 S PARISE DRIVE
WHITTIER, CA 90603

ON: December 4, 2010 .
AT: 08:21 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JAMES HILE; CO-OCCUPANT - 86ish, 150lbs, 5'5", gray hair, Caucasian male

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010,

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order# EAS18302/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.     179  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

| ATTORNEY FOR (Name) | Ref No. or File No. |
|---|---|
| PLAINTIFF IN INTERVENTION | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED  KATHLEEN HILE

9438 S PARISE DRIVE
WHITTIER, CA 90603

As enumerated below:

11/30/2010  12:10 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  10:30 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  06:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  08:21 pm
HOME - SUB-SERVICE TO JAMES HILE; CO-OCCUPANT; 86ish, 150lbs, 5'5", gray hair, Caucasian male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010**.

Signature: _____

ARTURO RUIZ

**DECLARATION OF DILIGENCE**

Order# EAS18307/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO. (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT: | Ref No. or File No.:  CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

KATHLEEN HILE
9438 S PARISE DRIVE
WHITTIER, CA 90603

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Anne Nordquist

PROOF OF SERVICE BY MAIL

Order# EAS18322/CProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION   ·CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CLARA HODGES - 5'9", 50ish, 205lbs, African-American male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19021 FARIMAN DRIVE
CARSON, CA 90746

ON: December 5, 2010
AT. 06:25 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18303/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO  80302 | | |

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ETHEL HOUSEHOLDER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

111 SOUTH K STREET
OXNARD, CA 93030

ON: November 30, 2010
AT: 10:13 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ETHEL HOUSEHOLDER; CO-OCCUPANT - 24ish, 5'6", 130lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25 . 00

County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order# EAS18307/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   TELEPHONE NO.  FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION   Ref No. or File No   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ETHEL HOUSEHOLDER

111 SOUTH K STREET
OXNARD, CA 93030

As enumerated below:

11/28/2010 07:04 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010 09:12 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010 10:13 am
HOME - SUB-SERVICE TO ETHEL HOUSEHOLDER; CO-OCCUPANT; 24ish, 5'6", 130lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
RICHARD MEYER

**DECLARATION OF DILIGENCE**

Order# EAS18307/GProof#0

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO : (303) 442-2021     FAX NO. (Optional)<br>E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS :<br>MAILING ADDRESS:<br>CITY AND ZIP CODE<br>BRANCH NAME | | | | | |
| PLAINTIFF (name each): UNITED STATES OF AMERICA<br><br>DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | | CASE NUMBER<br>51-cv-1247-GT-RBB |
| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No or File No :<br>CAHUILLA BAND |

I am a citizen of the United States and employed in the County of VENTURA, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the.

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of. Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed. with postage thereon fully prepaid. [CCP 1013(a)]

> **ETHEL HOUSEHOLDER**
> **111 SOUTH K STREET**
> **OXNARD, CA 93030**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

.

Fee for Service: 25.00
County
Registration No.: D-459
**EXCALIBUR ATTORNEY SERVICE**
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December** 23, 2010

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS16307/GProof/

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    Ref. No. or File No.:    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT HOUSEHOLDER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

111 SOUTH K STREET
OXNARD, CA 93030

ON: November 30, 2010
AT: 10:13 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT;
ETHEL HOUSEHOLDER: CO-OCCUPANT - 24ish, 5'6", 130lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
RICHARD MEYER

## PROOF OF SERVICE

Order# EAS18306/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

| Ref No. or File No: |
| --- |

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. ROBERT HOUSEHOLDER

     111 SOUTH K STREET
     OXNARD, CA 93030

As enumerated below:

**11/28/2010 07:04 pm**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/29/2010 09:12 pm**
     HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 10:13 am**
     HOME - SUB-SERVICE TO ETHEL HOUSEHOLDER; CO-OCCUPANT; 24ish, 5'6", 130lbs, brown hair, Caucasian female.

Fee for Service: 25.00
     County: VENTURA
     Registration No.: 422
     EXCALIBUR ATTORNEY SERVICE
     231 E. ALESSANDRO BOULEVARD, SUITE
     # A368
     RIVERSIDE, CA 92508
     (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

     RICHARD MEYER

## DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021        FAX NO (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE: | DAY | TIME | DEPT.: | Ref No or File No : |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

CASE NUMBER: 51-cv-1247-GT-RBB

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of VENTURA, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ROBERT HOUSEHOLDER
111 SOUTH K STREET
OXNARD, CA 93030

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 28, 2010.

Signature: _____

**PROOF OF SERVICE BY MAIL**

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

| | Ref No. or File No. |
|---|---|

ATTORNEY FOR (Name)  PLAINTIFF IN INTERVENTION | CAHUILLA BAND

*Insert name of court, judicial district or branch court, if any*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| PROOF OF SERVICE | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DANNY ILOSKI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

1326 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

ON: December 5, 2010
AT: 04:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 42ish, 5'7", 160lbs, black hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN DIEGO
Registration No: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 23, 2010.

Signature: _____

JAIME TORRES

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | Ref No. or File No. | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DANNY ILOSKI

1326 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

As enumerated below:

12/03/2010 02:43 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 07:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010 04:50 pm
HOME - SUB-SERVICE "JANE DOE"; CO-OCCUPANT; 42ish, 5'7", 160lbs, black hair, Caucasian female.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE # 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS18311/GPr00143

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                    FAX NO. (Optional)
E MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| | HEARING DATE | DAY: | TIME | DEPT: | Ref No. or File No. |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

DANNY ILOSKI
1325 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

PROOF OF SERVICE BY MAIL

MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref No. or File No

ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DURDANA ILOSKI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1326 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

ON: December 6, 2010
AT: 04:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT;
"JANE DOE"; CO-OCCUPANT - 42ish, 5'7", 160lbs, black hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order# EAS18310PGF00f38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | | | |

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

| | Ref No. or File No. |

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION       CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DURDANA ILOSKI

        1326 COUNTRY CLUB DRIVE
        ESCONDIDO, CA 92029

As enumerated below:

12/03/2010 02:43 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 07:35 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010 04:50 pm
      HOME - SUB-SERVICE "JANE DOE"; CO-OCCUPANT; 42ish, 5'7", 180lbs, black hair, Caucasian female.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

           JAIME TORRES

## DECLARATION OF DILIGENCE

| | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | | | | |

TELEPHONE NO. (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS: :
MAILING ADDRESS
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| | HEARING DATE | DAY. | TIME | DEPT.: | Ref No or File No.: |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

DURDANA ILOSKI
1325 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order# EAS18310/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STOJADIN ILOSKI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1326 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

ON: December 5, 2010
AT: 04:60 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 42ish, 5'7", 160lbs, black hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

JAIME TORRES

## PROOF OF SERVICE

Order# EAS18309/GTProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | TELEPHONE NO.: (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | | | | |

Ref. No. or File No.

**ATTORNEY FOR** (Name): PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT:**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: STOJADIN ILOSKI

        1326 COUNTRY CLUB DRIVE
        ESCONDIDO, CA 92029

As enumerated below;

12/03/2010 02:43 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 07:35 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010 04:50 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

Fee for Service: 25.00
    County: SAN DIEGO
    Registration No.: 1460
    EXCALIBUR ATTORNEY SERVICE
    1007 B. WEST COLLEGE AVENUE, SUITE
    # 486
    SANTA ROSA, CA 95401
    (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

        JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS18309GP10040

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                    FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

| | FOR COURT USE ONLY |
|---|---|

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | |
|---|---|
| CASE NUMBER: | 51-cv-1247-GT-RBB |

| **PROOF OF SERVICE BY MAIL** | HEARING DATE. | DAY. | TIME. | DEPT.: | Ref No or File No.: |
|---|---|---|---|---|---|
| | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action   My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> STOJADIN ILOSKI
> 1326 COUNTRY CLUB DRIVE
> ESCONDIDO, CA 92029

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: R-450
**EXCALIBUR ATTORNEY SERVICE**
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS18300/CProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name): | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021 | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: **INDIAN HILLS TRAIL LAND TRUST**

AT: **29290 VIA NORTE**
    **TEMECULA, CA 92591**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**STEVE C. GRONLUND - 50ish, 180lbs, 6', brown hair, - AGENT FOR SERVICE**

ON: **02/13/2011**
AT: **08:50 am**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **50.00**

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March, 1, 2011**.

Signature. _____

**ROBERT SEE**

## PROOF OF SERVICE

Order# EAS10089/GProof39

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION     Ref. No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: **INSPIRED VISION VENTURE, INC.**

AT: **1609 N HOLLISTON AVENUE**
    **PASADENA, CA 91104**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**CHRISTIANE HOLBROOK - AGENT FOR SERVICE**

ON: **10/15/2010**
AT: **12:26 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **50.00**
    County: **LOS ANGELES**
    Registration No.: **6437**
    **EXCALIBUR ATTORNEY SERVICE**
    **1007 B West College Avenue, #486**
    **Santa Rosa, CA 95401**
    **(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 31, 2010**.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## PROOF OF SERVICE

Order# EAS17304/GProof09

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.   TELEPHONE NO. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302
| | Ref. No. or File No. |
ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT:**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DEREK IVAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

7733 CHEROKEE TRAIL
YUCCA VALLEY, CA 92284

ON: December 30, 2010
AT: 08:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON January 3, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 50ish, 170bs, 5'9'", brown hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 3, 2011.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EAS18450/GProof04

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

Ref No or File No: CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DEREK IVAN

7733 CHEROKEE TRAIL
YUCCA VALLEY, CA 92284

As enumerated below:

**12/19/2010  11:04 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/23/2010  09:33 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/27/2010  12:34 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/30/2010  08:10 pm**
HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 50ish, 170bs, 5'9'", brown hair, Caucasian male.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 3, 2011.**

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS16450/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF (name each) UNITED STATES OF AMERICA

DEFENDANT (name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

PROOF OF SERVICE BY MAIL

| | HEARING DATE | DAY | TIME | DEPT: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On January 3, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

DEREK IVAN
7733 CHEROKEE TRAIL
YUCCA VALLEY, CA 92284

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County.
Registration No.: P459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011.

Signature: Julie Avellhan____

PROOF OF SERVICE BY MAIL

Order# EAS18450/GProof:

```
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)                    (303) 442-2021
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                    Ref No or File No
ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION      CAHUILLA BAND
Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA
```

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROSALIND IVAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

7733 CHEROKEE TRAIL
YUCCA VALLEY, CA 92284

ON: December 30, 2010
AT: 08:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON January 3, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 50ish, 170bs, 5'9"', brown hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EAS1845/GHpo038

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ROSALIND IVAN

7733 CHEROKEE TRAIL
YUCCA VALLEY, CA 92284

As enumerated below:

12/19/2010 11:04 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/23/2010 09:33 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/27/2010 12:34 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/30/2010 06:10 pm
HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 50ish, 170bs, 5'9"', brown hair, Caucasian male.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011.

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS18451GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME: | DEPT: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On January 3, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ROSALIND IVAN
7733 CHEROKEE TRAIL
YUCCA VALLEY, CA 92284

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 1, 2011.

Signature: Julie Anne Modd...

PROOF OF SERVICE BY MAIL

Order# EAS16451/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | Ref. no. or File No:<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: S. BERNARD JAMES

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

49458 SQUAW PEAK COURT
AGUANGA, CA 92536

ON: February 13, 2011
AT: 10:15 am.

Manner of service in compliance with Federal Code of Civil Procedure.

.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature. _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18868/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MONICA JOHNSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2228 RECHE ROAD
FALLBROOK, CA 92028

ON: February 25, 2011
AT: 09:45 am

**Manner of service** In compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

| | | | | |
|---|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | TELEPHONE NO. (303) 442-2021 | | FOR COURT USE ONLY |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref No. or File No<br>CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GERALDINE JONES - 70ish, gray hair, 5'5", 120lbs, Caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2932 BUENA CREEK ROAD
VISTA, CA 92084

ON: December 10, 2010
AT: 02:58 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order#: EAS18312/GProof37

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | | | *Ref No. or File No:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action*

2. I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. *a Party served*
   *b. Person served.*

   **BARRY KAABE**
   Katy Kaabe - Spouse/Co Occupant

4. *Address where the party was served*

   39496 HAMILTON DRIVE
   Anza, CA 92539

5. *I served the party:*

   b. by substituted service. On: Mon , Apr. 11, 2011 at: 4:15PM by leaving the copies with or in the presence of:
   Katy Kaabe - Spouse/Co Occupant

   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ, Proc , 415 20) I mailed the document on: Wed , Apr. 13, 2011 from: Temecula, CA

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Cost Per CCP 1033 5(a)(4)(B)
   d. *The Fee for Service was:*   $40.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) *Registration No.:*   1505
      (iii) *County:*   Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:* Wed, Apr. 13, 2011

   (Surya Von Rosen)

**PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE**   mcel.mcelroy.13233

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |

1.  I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action: Personal service was attempted on Defendant BARRY KAABE as follows:

2.  Documents:  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/09/11 | 10.40am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Registration #1505 Orange County; Attempt at; 39496 HAMILTON DRIVE   Anza CA 92539. |
| Sun | 04/10/11 | 7:30pm | Home | No Answer, No ligts on; Attempt made by: Surya Von Rosen. Attempt at; 39496 HAMILTON DRIVE   Anza CA 92539. |
| Mon | 04/11/11 | 4:15pm | Home | Substituted Service on: BARRY KAABE Home - 39496 HAMILTON DRIVE Anza, CA 92539  by Serving: Katy Kaabe - Spouse/Co Occupant Competent Member of the Household over 18.  Served by: Surya Von Rosen |
| Wed | 04/13/11 | | | Mailed copy of Documents to: BARRY KAABE |

3.  Person Executing
    a. Surya Von Rosen
    b. Premier Legal Solutions
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $40.00
e. I am:    (3) registered California process server
           (i)   Owner
           (ii)  Registration No.:      1505
           (iii) County:               Orange

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: Wed. Apr. 13, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anatil mcelroy.11233

| *Attorney or Party without Attorney:* | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

*Plantiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. *Party served:*                                    KATY KAABE

4. *Address where the party was served.*           39496 HAMILTON DRIVE
                                                   Anza, CA 92539

5. *I served the party:*

   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 11, 2011 (2) at: 4:15PM

7. *Person Who Served Papers:*

  a. Surya Von Rosen

  b. Premier Legal Solutions

    12 Cerrito

    Irvine, CA 92612

  c. 949-480-1182, FAX 949-480-1217

                    Recoverable Cost Per CCP 1033.5(a)(4)(B)

  d. *The Fee for Service was:* $40.00

  e. I am: (3) registered California process server

      (i) Owner

      (ii) *Registration No.:*     1505

      (iii) *County:*              Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed. Apr. 13, 2011*

                         (Surya Von Rosen)

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    Ref No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: H KELLOGG

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

27036 SUNNYRIDGE ROAD
PALOS VERDES PENNINSULA, CA 90274

ON: December 11, 2010
AT: 01:00 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 60ish, 5'4", 145lbs, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS16312/GProof98

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021 | | |

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302

Ref. No. or File No.

ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION          CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. H KELLOGG

27036 SUNNYRIDGE ROAD
PALOS VERDES PENNINSULA, CA 90274

As enumerated below:

11/29/2010  07:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  01:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/06/2010  03:40 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/11/2010  01:00 pm
HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 60ish, 5'4", 145lbs, Caucasian female.

Fee for Service. 25.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 23, 2010

Signature. _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order: EAS18313/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO: **(303) 442-2021**          FAX NO *(Optional).*

E-MAIL ADDRESS *(Optional).*

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF *(name each):* **UNITED STATES OF AMERICA**

DEFENDANT *(name each)* **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

CASE NUMBER
51-cv-1247-GT-RBB

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 13, 2010, I mailed copies of the:

   **Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. (CCP 1013(a))

               H KELLOGG
               27036 SUNNYRIDGE ROAD
               PALOS VERDES PENNINSULA, CA 90274

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit

Fee for Service: 25.00
   County: Sonoma P. 459
   Registration No.:
   EXCALIBUR ATTORNEY SERVICES
   231 E. ALESSANDRO BOULEVARD.,
   SUITE A368
   RIVERSIDE, CA 92508
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Case 3:51-cv-01247-JO-SBC   Document 5304   Filed 04/28/11   PageID.58476   Page 160 of 179

MCELROY, MEYER, WALKER & CONDON, P.C.   179  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | Ref. No. or File No.   CAHUILLA BAND

Inseri name of court, judicial branch or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: EDWARD KIRBUS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5941 OAKBROOK STREET
LONG BEACH, CA 90815

ON: December 15, 2010
AT: 09:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 17, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE", ADULT OCCUPANT - REFUSED NAME - 50yrs, grey hair, 5'5", brown hair, Cauc. female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021 | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO   80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: EDWARD KIRBUS

5941 OAKBROOK STREET
LONG BEACH, CA 90815

As enumerated below:

11/29/2010 08:45 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/01/2010 12:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/03/2010 08:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/05/2010 05:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/08/2010 10:00 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/08/2010 10:00 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

(CONTINUED ON NEXT PAGE)

**DECLARATION OF DILIGENCE**

Order# EAS18314/GProof40

Case 3:51-cv-01247-JO-SBC   Document 5304   Filed 04/28/11   PageID.58478   Page 162 of 179

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT:**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF<br>DILIGENCE | DATE | TIME | DEPT/DIV: | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## (CONTINUED FROM PREVIOUS PAGE)

12/11/2010 02:00 pm

HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/15/2010 09:00 am

HOME - SUB-SERVED DEFENDANT BY SERVING: "JANE DOE", ADULT OCCUPANT - REFUSED TO PROVIDE NAME - 50yrs, gray hair, brown eyes, 5'5", 170#, Cauc. female.

Fee for Service: 25.00



County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS16314/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No : |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368. RIVERSIDE, CA 92508.

On December 17, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

EDWARD KIRBUS
5941 OAKBROOK STREET
LONG BEACH, CA 90815

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature:
Julie Anne Thodowski

**PROOF OF SERVICE BY MAIL**

Order#: EAS18314/GProof/

```
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):                          TELEPHONE NO.:           FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C.                    179    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                          Ref No. or File No.
ATTORNEY FOR (Name):      PLAINTIFF IN INTERVENTION         CAHUILLA BAND
Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA
```

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | TIME | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ELEANOR KIRBUS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5941 OAKBROOK STREET
LONG BEACH, CA 90815

ON: December 15, 2010
AT: 09:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 17, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE", ADULT OCCUPANT - REFUSED NAME - 50yrs, grey hair, 5'5", brown hair, Cauc. female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS10315XProof3S

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME. | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness, The following itemization of the dates and times of attempts details the efforts required to effect personal service, Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ELEANOR KIRBUS

5941 OAKBROOK STREET
LONG BEACH, CA 90815

As enumerated below:

11/29/2010 08:45 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/01/2010 12:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/03/2010 08:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/05/2010 05:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/08/2010 10:00 am
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

12/11/2010 02:00 pm
HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

(CONTINUED ON NEXT PAGE)

**DECLARATION OF DILIGENCE**

Order# CAS18315/GProof/AD

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.:   FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.:

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE. | TIME | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## (CONTINUED FROM PREVIOUS PAGE)

**12/15/2010  09:00 am**

HOME - SUB-SERVED DEFENDANT BY SERVING: "JANE DOE", ADULT OCCUPANT - REFUSED TO PROVIDE NAME - 50yrs, gray hair, brown eyes, 5'5", 170#, Cauc. female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS18315/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY; MEYER, WALKER & CONDON; P.C.
1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS :
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

FOR COURT USE ONLY

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 17, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ELEANOR KIRBUS
5941 OAKBROOK STREET
LONG BEACH, CA 90815

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: Q-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: Julie Anne Modawski

PROOF OF SERVICE BY MAIL

Order# EAS18315/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. 179 | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ZDENEK KOCI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

7535C STURGESS AVENUE
LA MESA, CA 91941

ON: December 3, 2010
AT: 08:03 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18316/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | |

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | Ref. No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARGARET KOHLER C/O BOB EVANS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

640 N RENN AVENUE
CLOVIS, CA 93611

ON: December 7, 2010
AT: 07:32 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT THAT REFUSED NAME - 20ish, 190lbs, 5'6", brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SONOMA
Registration No.: P-240
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature

BARBARA L. PADGETT

## PROOF OF SERVICE

Order# EAS18317/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MARGARET KOHLER C/O BOB EVANS

      640 N RENN AVENUE
      CLOVIS, CA 93611

As enumerated below:

12/02/2010  07:18 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  06:43 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  07:49 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/07/2010  07:32 pm
      HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT THAT REFUSED NAME; 20ish, 190lbs, 5'6", brown hair, Caucasian female.

Fee for Service: 25.00
County: SONOMA
Registration No.: P-240
EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE, #486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature _____
      BARBARA L. PADGETT

## DECLARATION OF DILIGENCE

Order# EAS16317/GP/mof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO (Optional):
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

CASE NUMBER: 51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of FRESNO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, #486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

MARGARET KOHLER C/O BOB EVANS
640 N RENN AVENUE
CLOVIS, CA 93611

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: SONOMA
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE, #486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature:

PROOF OF SERVICE BY MAIL

Order# EAS18317/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

Ref. No. or File No.: CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: FRED J KONRAD

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3335 RETA STREET
LA CRESTA, CA 91214

ON: December 2, 2010
AT: 11:45 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
PHYLLIS E. KONRAD; CO-OCCUPANT - 55ish, 5'4", 180lbs, blonde hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6575
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD SANTOS

## PROOF OF SERVICE

Order# EAS1A318/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
| --- | --- | --- |
| MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021 | | |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref. No. or File No.

ATTORNEY FOR (Name)   **PLAINTIFF IN INTERVENTION**       CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME | DEPT/DIV. | CASE NUMBER |
| --- | --- | --- | --- | --- |
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: FRED J KONRAD

　　　3335 RETA STREET
　　　LA CRESTA, CA 91214

As enumerated below:

**11/29/2010 07:30 pm**
　　　HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 02:00 pm**
　　　HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010 06:45 pm**
　　　HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 11:45 am**
　　　HOME - SUB-SERVICE TO PHYLLIS E. KONRAD; CO-OCCUPANT; 55ish, 5'4", 180lbs, blonde hair, Caucasian female.

Fee for Service: **25.00**
County: **LOS ANGELES**
Registration No.: **6575**
**EXCALIBUR ATTORNEY SERVICES**
**1007 B. WEST COLLEGE AVENUE SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010.**

Signature: _____

　　　　**RICHARD SANTOS**

## DECLARATION OF DILIGENCE

Order# EAS18318/GProof40

| | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | |

TELEPHONE NO.: (303) 442-2021     FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(s)]

FRED J KONRAD
3335 RETA STREET
LA CRESTA, CA 91214

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00

County: Sonoma

Registration No.:

EXCALIBUR ATTORNEY SERVICES
1007 B. WEST COLLEGE AVENUE SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Ann Maggrass

**PROOF OF SERVICE BY MAIL**

Order# EA816318/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): 179 (303) 442-2021 | | | | |
| --- | --- | --- | --- | --- |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION

Ref No. or File No

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: PHYLLIS E KONRAD

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

3335 RETA STREET
LA CRESTA, CA 91214

ON: December 2, 2010
AT: 11:45 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 21, 2010.

Signature: _____
                         ROBERT SEE

## PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | TELEPHONE NO |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO  80302 | | | | (303) 442-2021 |

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION

Ref No or File No:   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF -

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: IVAN KORNBLAU

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4668 MISSISSIPPI STREET
SAN DIEGO, CA 92116

ON: February 26, 2011
AT: 01:15 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 2, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18864/GProof37

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.: FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C.       (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                     Ref. No. or File No.
ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KAREN KORNBLAU

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4668 MISSISSIPPI STREET
SAN DIEGO, CA 92116

ON: February 26, 2011
AT: 05:05 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 2, 2011.

Signature: _____
                    ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18863/GProof37

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U S DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                         RANDY KRAEG

*4. Address where the party was served:*      1653 IVANHOE ST
                                              Anaheim, CA 92804

*5. I served the party:*

  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 13, 2011 (2) at: 5:05PM

*7. Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)

  a. Bob Davis                          d. *The Fee for Service was:*   $30.00

  **b. Premier Legal Solutions**        e. I am: (3) registered California process server

    12 Cerrito                                *(i)* Independent Contractor

    Irvine, CA 92612                          *(ii) Registration No.:*   6583

  c. 949-480-1182, FAX 949-480-1217         *(iii) County:*   Los Angeles

                                        *(iv) Expiration Date:*   Tue, May. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date: Wed, Apr. 13, 2011*

Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007                   PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                   (Bob Davis)                   mcmcelroy.13253

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
TELEPHONE NO
FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION

Ref No or File No
CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STANISLAVA LAURICHOVA - 37ish, 175lbs, 5'7", blonde hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1551 S BEVERLY DRIVE
LOS ANGELES, CA 90035

ON: December 5, 2010
AT: 11:00 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: ORANGE
Registration No.: 1687
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

LUIS ARELLANO

## PROOF OF SERVICE

Order#: EAS18325/GProof37