ATTORNEYS OR PARTY WITHOUT ATTORNEY    TELEPHONE
MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302    Ref No. or File No
ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    CAHUILLA BAND.

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SHAWNA QUIGLEY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1059 BEACON BAY DRIVE
CARLSBAD, CA 92009

ON: December 8, 2010
AT: 07:51 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County. VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 31, 2010.

Signature: _____
RICHARD MEYER

**PROOF OF SERVICE**

| ATTORNEYS OR PARTY WITHOUT ATTORNEY (Name and Address) MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | TELEPHONE NO. (303) 442-2021 | | |
|---|---|---|---|
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | | |
| Insert name of court, judicial district or branch court, if any UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA , CA | | | |
| PLAINTIFF UNITED STATES OF AMERICA | | | |
| DEFENDANT. CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | |
| PROOF OF SERVICE | DATE | TIME | DEPT/DIV |
| | | | CASE NUMBER 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: BARBARA RAINEY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6471 SEAVEY COURT
HIGHLAND, CA 92346

ON: February 25, 2011
AT: 04:50 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EAS18985/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DAVE RAINEY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6471 SEAVEY COURT
HIGHLAND, CA 92346

ON: February 25, 2011
AT: 04:50 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)    **PLAINTIFF IN INTERVENTION**    Ref. No. or File No.:    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DIANE RANK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5361 ALGARROBO, UNIT Q
LAGUNA WOODS, CA 92637

ON: November 20, 2010
AT: 06:04 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON November 22, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
NATALIE BRISTOL; CO-OCCUPANT - 60ish, 5'2", 120lbs, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County. LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
     ARTURO CHARYA

## PROOF OF SERVICE

Order# EAS17926/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | | |

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION

Ref No or File No     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME | DEPT/DIV | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve· said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED: DIANE RANK

        5361 ALGARROBO, UNIT Q
        LAGUNA WOODS, CA 92637

As enumerated below:

11/14/2010 06:40 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

11/17/2010 07:55 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 06:04 pm
        HOME - SUB-SERVICE TO NATALIE BRISTOL; CO-OCCUPANT; &0ish, 5'2", 120lbs, Caucasian female.

Fee for Service: 25.00
   County: LOS ANGELES
   Registration No.: 3587
   EXCALIBUR ATTORNEY SERVICES
   231 E. ALESSANDRO BOULEVARD, SUITE
   A368
   RIVERSIDE, CA 92508
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

        ARTURO CHARYA

## DECLARATION OF DILIGENCE

Order# EAS17928/GProof40

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO. (303) 442-2021          FAX NO. (Optional). | | | | | |
| E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS<br>MAILING ADDRESS<br>CITY AND ZIP CODE<br>BRANCH NAME. | | | | | |

| PLAINTIFF(name each): UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | 51-cv-1247-GT-RBB |

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY, | TIME: | DEPT: | Ref No. or File No.:<br>CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On November 22, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> DIANE RANK
> 5361 ALGARROBO  UNIT Q
> LAGUNA WOODS, CA 92637

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order# EAS17928/GProof7

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO  80302 | Ref. No. or File No. | |
| ATTORNEY FOR (Name)   **PLAINTIFF IN INTERVENTION** | **CAHUILLA BAND** | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: FRANK REDD

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

7142 ORANGETHORPE AVE, #20A
BUENA PARK, CA 90621

ON: December 15, 2010
AT: 02:45 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ALICIA MORENO; CO-OCCUPANT - 50ish, 5'5", 160lbs, brown hair, Hispanic female

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010,

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order# EAS17929/GProof39

| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**     Ref. No. or File No. **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: **FRANK REDD**

        7142 ORANGETHORPE AVE, #20A
        BUENA PARK, CA 90621

As enumerated below:

**11/13/2010 11:15 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/14/2010 09:25 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/15/2010 02:45 pm**
    HOME - SUB-SERVED ALICIA MORENO; CO-OCCUPANT; 50ish, 5'5", 160lbs, brown hair, Hispanic female.

Fee for Service: **25.00**
County: **LOS ANGELES**
Registration No.: **6406**
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010**.

Signature: _____

        **ARTURO RUIZ**

## DECLARATION OF DILIGENCE

Order# EAS17929/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER   51-cv-1247-GT-RBB

| HEARING DATE | DAY | TIME | DEPT. | Ref No or File No.: |
|---|---|---|---|---|
| | | | | CAHUILLA BAND |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

FRANK REDD
7142 ORANGETHORPE AVE  #20A
BUENA PARK, CA 90621

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EASITECHGProof

Case 3:51-cv-01247-JO-SBC   Document 5305   Filed 04/29/11   PageID.58808   Page 10 of 106

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO  80302 | Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARIA RIZO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

41917 HUMBER DRIVE
TEMECULA, CA 92591

ON: February 20, 2011
AT: 09:20 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 9, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18986/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

(303) 442-2021

Ref No. or File No.

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**          CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indiana' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ELVIRA RIZO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

37918 VALLEY CENTER ROAD
VALLEY CENTER, CA 92082

ON: December 11, 2010
AT: 01:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 32ish, 5'5", 150 lbs, black hair, Hispanic female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 28, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order FAS17307/GProof72

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | | Ref. No. or File No.: | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. ELVIRA RIZO

    37918 VALLEY CENTER ROAD
    VALLEY CENTER, CA 92082

As enumerated below:

12/08/2010 08:46 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/10/2010 06:03 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/11/2010 01:10 pm
    HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 32ish, 5'5", 150'bs, black hair, Hispanic female.

Fee for Service: 50.00
   County: SAN DIEGO
   Registration No.: 1460
   EXCALIBUR ATTORNEY SERVICE
   1007 B. WEST COLLEGE AVENUE, SUITE
   # 486
   SANTA ROSA, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
      JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS17307/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO: (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ELVIRA RIZO
37918 VALLEY CENTER ROAD
VALLEY CENTER, CA 92082

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: SONOMA P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature

Tillie Anne Morais

PROOF OF SERVICE BY MAIL

Order# EAS17307/GProof 7

| ATTORNEY (OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | FOR COURT USE ONLY |
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |
| Insert name of court, judicial district or branch court, if any | | | |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>, CA | | | |

| PLAINTIFF: | | | | |
| UNITED STATES OF AMERICA | | | | |
| DEFENDANT: | | | | |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | |

| | DATE | TIME | DEPT/DIV. | CASE NUMBER: |
| **PROOF OF SERVICE** | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SANTIAGO RIZO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

37918 VALLEY CENTER ROAD
VALLEY CENTER, CA 92082

ON: December 11, 2010
AT: 01:10 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 32ish, 5'5", 150'bs, black hair, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010:

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order# EAS17306AGProof38

MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302                    Ref No. or File No

ATTORNEY FOR (Name).    PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF    —

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV | CASE NUMBER. |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service: Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SANTIAGO RIZO

37918 VALLEY CENTER ROAD
VALLEY CENTER, CA 92082

As enumerated below:

10/08/2010 05:13 pm
    CHECK NUMBER: 33667 - $ 100.00 -

12/08/2010 08:46 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/10/2010 06:03 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/11/2010 01:10 pm
    HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT: 32ish, 5'5", 150'bs, black hair, Hispanic female.

/

Fee for Service: 25.00
    County: SAN DIEGO
    Registration No.: 1460
    EXCALIBUR ATTORNEY SERVICE
    1007 B. WEST COLLEGE AVENUE, SUITE
    # 486
    SANTA ROSA, CA 95401
    (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
                    JAIME TORRES

## DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER: 51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No. or File No : CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents .

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

SANTIAGO RIZO
37918 VALLEY CENTER ROAD
VALLEY CENTER, CA 92082

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:  P-459
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

PROOF OF SERVICE BY MAIL

Order#: EAS17308/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.        (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                           Ref. No. or File No.
ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

. I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: BARBARA ROBINSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

466 W CALDWELL STREET
COMPTON, CA 90220

ON: December 8, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 15, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ERIC ROBINSON; CO-OCCUPANT - 50ish, 5'8", 200lbs, gray hair, African-American male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# FAS18361/OProof08

Case 3:51-cv-01247-JO-SBC Document 5305 Filed 04/29/11 PageID.58816 Page 18 of 106

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) (303) 442-2021 FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

| | Ref. No. or File No. |
ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: BARBARA ROBINSON

466 W CALDWELL STREET
COMPTON, CA 90220

As enumerated below:

11/28/2010 11:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010 04:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 09:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010 04:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 01:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/08/2011 10:00 am
HOME - SUB-SERVICE TO ERIC ROBINSON; CO-OCCUPANT; 50ish, 5'8", 200lbs, gray hair, African-American male.

(CONTINUED ON NEXT PAGE)

DECLARATION OF DILIGENCE

Order# EAS18361/GProof40

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | | Ref No. or File No. | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

(CONTINUED FROM PREVIOUS PAGE)

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | CAHUILLA BAND |

CASE NUMBER
51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 15, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

BARBARA ROBINSON
466 W CALDWELL STREET
COMPTON, CA 90220

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order# EAS13361/GProof

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | | (303) 442-2021 | |

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION.

Ref. No. or File No.:    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ERIC ROBINSON - 50ish, 5'6", 200lbs, black hair, African-American male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

466 W CALDWELL STREET
COMPTON, CA 90220

ON: December 8, 2010
AT: 10:00 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #406
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 20, 2010.

Signature. _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18352/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref. No. or File No.

ATTORNEY FOR (Name) **PLAINTIFF IN INTERVENTION** | **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE: | | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: TINA ROBINSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

466 W CALDWELL STREET
COMPTON, CA 90220

ON: December 8, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 15, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ERIC ROBINSON; CO-OCCUPANT - 50ish, 5'8", 200lbs, gray hair, African-American male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS18363/GProof38

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302
ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION.

Ref No. or File No. CAHUILLA BAND

Insert name of court, judicial district or branch court if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: TINA ROBINSON

466 W CALDWELL STREET
COMPTON, CA 90220

As enumerated below:

11/28/2010  11:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010  04:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  09:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  04:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  01:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/08/2010  10:00 am
HOME - SUB-SERVICE TO ERIC ROBINSON; CO-OCCUPANT; 50ish, 5'8", 200lbs, gray hair, African-American male.

(CONTINUED ON NEXT PAGE)

DECLARATION OF DILIGENCE

Order# EAS18363/GProof40

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NO. FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | Ref. No. or File No. CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

## (CONTINUED FROM PREVIOUS PAGE)

Fee for Service: 25.00



County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS18363/GProof40

FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO. (Optional):

E-MAIL ADDRESS (Optional)

STREET ADDRESS.
MAILING ADDRESS
CITY AND ZIP CODE .
BRANCH NAME

PLAINTIFF (name each) : UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No. or File No : |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

CASE NUMBER
51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 15, 2010, I mailed copies of the;

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. (CCP 1013(a))

TINA ROBINSON
466 W CALDWELL STREET
COMPTON, CA 90220

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Anne Moondowski

PROOF OF SERVICE BY MAIL

Order: PAS18363/GProof7

Case 3:51-cv-01247-JO-SBC Document 5305 Filed 04/29/11 PageID.58824 Page 26 of 106

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | (303) 442-2021 | | | |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO 80302 | | Ref No. or File No | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | | |
| Insert name of court, judicial district or branch court, if any | | | | | |
| UNITED STATES DISTRICT COURT | | | | | |
| SOUTHERN DISTRICT OF CALIFORNIA | | | | | |
| , CA | | | | | |
| PLAINTIFF: | | | | | |
| UNITED STATES OF AMERICA | | | | | |
| DEFENDANT: | | | | | |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | | |
| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SHARON ROCKMAKER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

16268 AVENIDA SUAVIDAD
SAN DIEGO, CA 92128

ON: February 26, 2011
AT: 12:05 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18983/GProof37

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | FOR COURT USE ONLY |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO 80302 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: BEATRIZ ROMO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

58575 VALLEY VIEW LANE
ANZA, CA 92539

ON: February 22, 2011
AT: 11:25 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18855/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | (303) 442-2021 | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: RAFAEL ROMO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

56575 VALLEY VIEW LANE
ANZA, CA 92539

ON: February 13, 2011
AT: 11:25 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____

ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18854/GProof37

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | | |
|---|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO 80302 | | Ref No. or File No. | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | | |

Insert name of Court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DOMINGO SALAS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

317 S. SYCAMORE, UNIT A
SANTA ANA, CA 92701

ON: December 29, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 31, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 40ish, 5'4", 160lbs, Hispanic female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EAS18456/GProof36

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  90302 | Ref No. or File No | | | |
| ATTORNEY FOR (Name)  PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court. If any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER. |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DOMINGO SALAS

317 S. SYCAMORE, UNIT A
SANTA ANA, CA 92701

As enumerated below:

12/18/2010 05:24 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/20/2010 09:31 am
  HOME - NO RESPOSNE AT GIVEN ADDRESS.

12/23/2010 07:44 am
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/26/2010 08:22 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/29/2010 10:00 am
  HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 40ish, 5'4", 160lbs, Hispanic female.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011.

Signature _____
                    ROBERT SEE

DECLARATION OF DILIGENCE

Order# EAS18455nGPproof40

FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220 : BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021        FAX NO (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME | DEPT: | Ref No or File No : CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On December 31, 2010, I mailed copies of the:

   Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

            DOMINGO SALAS
            317 S. SYCAMORE  UNIT A
            SANTA ANA, CA 92701

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 3, 2011.**

Signature:

PROOF OF SERVICE BY MAIL

Orders EAS18455/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

(303) 442-2021

Ref No or File No

ATTORNEY FOR (Name) **PLAINTIFF IN INTERVENTION**   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SOFIA SALAS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

317 S. SYCAMORE, UNIT A
SANTA ANA, CA 92701

ON: December 29, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 31, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 40ish, 5'4", 150lbs, Hispanic female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #496
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 3, 2011.**

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Case 3:51-cv-01247-JO-SBC Document 5305 Filed 04/29/11 PageID.58831 Page 33 of 106

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302  Ref No. or Fee No.
ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER. |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 12, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

  PARTY SERVED: SOFIA SALAS

    317 S. SYCAMORE, UNIT A
    SANTA ANA, CA 92701

, As enumerated below:

12/18/2010 05:24 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/20/2010 09:31 am
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/23/2010 08:22 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/26/2010 08:22 pm
  HOME - NO RESPONSE AT GIVEN ADDRESS.

12/29/2010 10:00 am
  HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 40ish, 5'4", 160lbs, Hispanic female.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011.

Signature: _____
    ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS18456/GProof40

| | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  'BOULDER, CO 80302 | | | | | |
| TELEPHONE NO : (303) 442-2021        FAX NO  (Optional)<br>E-MAIL ADDRESS (Optional) . | | | | | |

| | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS | |
| CITY AND ZIP CODE | |
| BRANCH NAME | |

PLAINTIFF(name each) UNITED STATES OF AMERICA

DEFENDANT(name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| | HEARING DATE | DAY | TIME | DEPT: | Ref No. or File No |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On December 31, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

SOFIA SALAS
317 S. SYCAMORE  UNIT A
SANTA ANA, CA 92701

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma R-459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 3, 2011

Signature
Julie Anne Magdowski

**PROOF OF SERVICE BY MAIL**

Order# FAS18456/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO   80302                      Ref. No. or File No.

ATTORNEY FOR (Name)        PLAINTIFF IN INTERVENTION     |     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARTHA SANCHEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3302 S TOWNER STREET
SANTA ANA, CA 92707

ON: November 23, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME - 40ish, 5'8", 180lbs, Hispanic male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17931/SProof/38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | (303) 442-2021 | |

Ref. No. or File No.: **CAHUILLA BAND**

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MARTHA SANCHEZ

3302 S TOWNER STREET
SANTA ANA, CA 92707

As enumerated below:

11/18/2010  09:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  12:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  05:05 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010  10:00 am
HOME -SUB-SERVICE; "JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME; 40ish, 5'8", 180lbs, Hispanic male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010

Signature: _____
ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order: EAS17931/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY, | TIME | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508:

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

MARTHA SANCHEZ
3302 S TOWNER STREET
SANTA ANA, CA 92707

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: SONOMA P-454
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: Julie Anne Haddaski

PROOF OF SERVICE BY MAIL

Order# EAS17931/GProof7

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302          (303) 442-2021

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: CAHUILLA BAND

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: PASCUAL SANCHEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3302 S TOWNER STREET
SANTA ANA, CA 92707

ON: November 23, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME - 40ish, 5'8", 180lbs, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17930GPrcof38

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220. | | | |
| BOULDER, CO 80302 | Ref No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: PASCUAL SANCHEZ

3302 S TOWNER STREET
SANTA ANA, CA 92707

As enumerated below:

11/18/2010 09:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 12:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 05:05 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 10:00 am
HOME - SUB-SERVICE TO "JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME; 40ish, 5'8", 180lbs, Hispanic male.

Fee for Service: 25 : 00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17030/GProof45

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO : (303) 442-2021          FAX NO (Optional)<br>E-MAIL ADDRESS (Optional) | |
| STREET ADDRESS.<br>MAILING ADDRESS<br>CITY AND ZIP CODE:<br>BRANCH NAME | |

PLAINTIFF(name each) **UNITED STATES OF AMERICA**

DEFENDANT(name each) **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY. | TIME: | DEPT.: | Ref No or File No :<br>**CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES; State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. {CCP 1013(a)}

PASCUAL SANCHEZ
3302 S TOWNER STREET
SANTA ANA, CA 92707

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.: P-459
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: Julie Anne Maggnisci

**PROOF OF SERVICE BY MAIL**

Order# EAS17930/GProof7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | Ref. No. or File No.<br>CAHUILLA BAND | | |

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV. | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GLORITA SCHLOTTERBACK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1203 CITRUS PLACE
COSTA MESA, CA 92626

ON: November 20, 2010
AT: 05:30 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES; ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT; REFUSED NAME - 48ish, 155lbs, 5'6", brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17932/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | (303) 442-2021 | | FOR COURT USE ONLY |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)  PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED: GLORITA SCHLOTTERBACK

        1203 CITRUS PLACE
        COSTA MESA, CA 92626

As enumerated below:

11/18/2010  07:55 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010  12:50 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  05:30 pm
        HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; REFUSED NAME; 48ish, 155lbs, 5'5", brown hair, Caucasian female.

Fee for Service: 25 .:00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## DECLARATION OF DILIGENCE

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

FOR COURT USE ONLY

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18. and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

GLORITA SCHLOTTERBACK
1203 CITRUS PLACE
COSTA MESA, CA 92626

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: _____ P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010

Signature: _____
Julie Ann _____

PROOF OF SERVICE BY MAIL

Order# EA311302/GProof

MCELROY, MEYER, WALKER & CONDON, P.C.        (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref No. or File No.

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    |  CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I; THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON; ERIC SCHROEDER - 33ish, 170lbs, 5'10", brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

333 VALLEY VISTA DRIVE
CAMARILLO, CA 93010

ON: December 17, 2010
AT: 06:51 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order#: EAS18369/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO 80302 | | Ref No. or File No. | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT:**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DORIS SCHUBERT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

30480 HIGHWAY 95, #4
BLYTHE, CA 92225

ON: December 14, 2010
AT: 07:28 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18370/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | |
| --- | --- | --- | --- |
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO  80302 | Ref No. or File No. | | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE. | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT SCOTT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

287 S ROBERTSON, #224
BEVERLY HILLS, CA 90211

ON: December 3, 2010
AT: 11:30 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 37ish, 5'11", 175lbs, black hair, Caucasian male

**Manner of service**  In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County:  ORANGE
Registration No.:  1687
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue,  #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

LUIS ARELLANO

## PROOF OF SERVICE

Drogen: EAS18371/GProof38

Case 3:51-cv-01247-JO-SBC Document 5305 Filed 04/28/11 PageID.58845 Page 47 of 106

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                    Ref No or File No.
ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION      CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME. | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ROBERT SCOTT

287 S ROBERTSON, #224
BEVERLY HILLS, CA 90211

As enumerated below:

11/26/2010  08:20 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  02:01 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/28/2010  12:00 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  11:30 am
    HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 37ish, 5'11", 175lbs, black hair, Caucasian male.

Fee for Service: 25.00
    County:  ORANGE
    Registration No.:  1687
    EXCALIBUR ATTORNEY SERVICE
    1007 B. WEST COLLEGE AVENUE, STE #
    486
    SANTA ROSA, CA 95407
    (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
                    LUIS ARELLANO

DECLARATION OF DILIGENCE

Order# EAS18371/GProc/40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF (name each): **UNITED STATES OF AMERICA**       .

DEFENDANT (name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, STE # 486, SANTA ROSA, CA 95407.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a *regularly maintained U.S. Mail drop*. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **ROBERT SCOTT**
> **287 S ROBERTSON  #224**
> **BEVERLY HILLS, CA 90211**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.: P-459
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, STE #**
**486**
**SANTA ROSA, CA 95407**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature _____
Julie Anne McManus

PROOF OF SERVICE BY MAIL

Order# EAS18371/GProofT

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: FOR COURT USE ONLY

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref. No. or File No.: CAHUILLA BAND

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ELIAS SHEHADI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

ON: November 27, 2010
AT: 10:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MICHAEL STACK; CO-OCCUPANT - 25ish, 5'7", 170lbs, black hair, dark skinned male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: [signature]
ANTONIO DESHAWN OUTTEN

PROOF OF SERVICE

Order#: EAS17933/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                        Ref. No. or File No:
ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV. | CASE NUMBER: 51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ELIAS SHEHADI

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

As enumerated below.

11/20/2010  09:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010  11:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/26/2010  09:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  10:10 am
HOME - SUB-SERVICE TO MICHAEL STACK; CO-OCCUPANT; 25ish, 5'7", 170lbs, black hair, dark skinned male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order# EAS17933/GProc/#0

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | HEARING DATE | DAY, | TIME: | DEPT : | Ref No. or File No : |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **CAHUILLA BAND** |

CASE NUMBER: 51-cv-1247-GT-RBB

**FOR COURT USE ONLY**

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ELIAS SHEHADI
20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 20, 2020.

Signature: Julie Anne Moodnaus

**PROOF OF SERVICE BY MAIL**

Order# EA517933/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON; P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO: (303) 442-2021

Ref No or File No:

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SOHEIR SHEHADI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

ON: November 27, 2010
AT: 10:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MICHAEL STACK; CO-OCCUPANT - 25ish; 5'7", 170lbs, black hair, dark skinned male

**Manner of service** In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature. _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17934/GPProof54

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.   (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref. No. or File No.

ATTORNEY FOR (Name):   PLAINTIFF IN INTERVENTION   CAHUILLA BAND

Insert name of court, judicial district or branch court  if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SOHEIR SHEHADI

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

As enumerated below:

11/20/2010 09:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 11:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/26/2010 09:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 10:10 am
HOME - SUB-SERVICE TO MICHAEL STACK; CO-OCCUPANT; 25ish, 5'7", 170lbs, black hair, dark skinned male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order# EAS17934/OPr00643

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

FOR COURT USE ONLY

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | | | | | |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY | TIME | DEPT. | Ref No. or File No.: |

CASE NUMBER:
51-cv-1247-GT-RBB

Ref No. or File No.:
CAHUILLA BAND

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

SOHEIR SHEHADI
20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma D459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS17934/GProof7

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | Ref No. or File No. | | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: GREG SIMPSON - 45ish, 200lbs, 6', brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

41025 PREAKNESS COURT
AGUANGA, CA 92536

ON: February 13, 2011.
AT: 10:00 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue,  #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18850/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref. No. or File No:

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL STACK - 25ish, 5'7", 170lbs, black hair, dark skinned male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4951 PARK PLACE
YORBA LINDA, CA 92586

ON: November 27, 2010
AT: 10:10 am

Manner of service  In compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS17935/GProof37

```
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)     TELEPHONE NO.          FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                   Ref No. or File No.:
ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION      CAHUILLA BAND
```

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: VINCENT STAGLIANO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

42770 TERWILLINGER ROAD
ANZA, CA 92539

ON: February 20, 2011
AT: 02:15 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue,  #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on March 9, 2011.

Signature: _____
                    ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18982/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE: | FOR COURT USE ONLY |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO  80302 | | (303) 442-2021 | |

Ref. No. or File No.

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION       CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT./DIV. | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JANE STEHLY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

14153 KELOWNA LANE
VALLEY CENTER, CA 92082

ON: December 11, 2010
AT: 01:25 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 40ish, 5'8", 180lbs, black hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
                    JAIME TORRES

## PROOF OF SERVICE

Order# EAS18074/GPT00/38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | TELEPHONE (303) 442-2021 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION     Ref. No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: JANE STEHLY

          14153 KELOWNA LANE
          VALLEY CENTER, CA 92082

As enumerated below:

12/08/2010 09:08 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/10/2010 06:38 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/11/2010 01:25 pm
      HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT; 40ish; 5'8", 180lbs, black hair, Caucasian male.

Fee for Service: 25.00
   County: SAN DIEGO
   Registration No.: 1460
   EXCALIBUR ATTORNEY SERVICE
   1007 B. WEST COLLEGE AVENUE, SUITE
   # 4B6
   SANTA ROSA, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
         JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS18374/CP/00140

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220 · BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**   FAX NO. *(Optional)*

E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE ·
BRANCH NAME

| | | | FOR COURT USE ONLY |
|---|---|---|---|

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
**.51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY. | TIME | DEPT: | Ref No. or File No.<br>**CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

**Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**JANE STEHLY
14153 KELOWNA LANE
VALLEY CENTER, CA 92082**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. *Under that practice*, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: SONOMA P-450
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS18074/GProof?

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

(303) 442-2021

Ref. No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER. |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention: Instructions for Future Filing and Service of Documents

ON: GERALD STRAW

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1059 BEACON BAY DRIVE
CARLSBAD, CA 92009

ON: December 8, 2010
AT: 07:51 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  VENTURA
Registration No.:  422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 31, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order#: EAS1837S/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.          (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                    Ref. No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION      CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: RUTH STUMP

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

54850 CAVE ROCK ROAD
ANZA, CA 92539

ON: February 13, 2011
AT: 10:50 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON March 1, 2011 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
GEORGE "DOE"; CO-OCCUPANT - 70ish, 200lbs, 6', gray hair, Caucasian male

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(872) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18849/GProof08

Case 3:51-cv-01247-JO-SBC   Document 5305   Filed 04/29/11   PageID.58861   Page 63 of 106

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | |
|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | |
| SCOTT MCELROY, PRO HAC VICE, | | | |
| 1007 PEARL STREET, SUITE # 220 | | | |
| BOULDER, CO 80302 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on February 8, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: RUTH STUMP

54850 CAVE ROCK ROAD
ANZA, CA 92539

As enumerated below:

02/10/2011 05:50 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/12/2011 02:15 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/13/2011 10:50 am
HOME - SUB-SERVICE TO GEORGE "DOE"; 70ish, 200lbs, 5', gray hair, Caucasian male.

Fee for Service: 50 : 00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS18849/GProof4D

FOR COURT USE ONLY

SCOTT McELROY, PRO HAC VICE
McELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME.

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE. | DAY | TIME. | DEPT : | Ref No. or File No : CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On March 1, 2011, I mailed copies of the:

**Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

*to the defendant in said action by depositing said copies* in a regularly maintained U.S. Mail drop. The envelope being sealed; with postage thereon fully prepaid. [CCP 1013(a)]

RUTH STUMP
54850 CAVE ROCK ROAD
ANZA, CA 92539

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A362
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____

**PROOF OF SERVICE BY MAIL**

Order# EA3100430 Kanoo7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | Ref. No. or File No.: | | | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT: I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STURLA DEV

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**558 PARSONS LANE**
SAN MARCOS, CA 92069

ON: December 4, 2010
AT: 05:20 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; ADULT OCCUPANT WHO REFUSED HIS NAME - 45ish, 5'6", 175lbs, brown hair, Caucasian male

**Manner of service**  in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County: **SAN DIEGO**
Registration No.: **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 22, 2010**

Signature: _____
                        **JAIME TORRES**

## PROOF OF SERVICE

Order# EAS18376/GProof36

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | Ref. No. or Fee No. | | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court  if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME: | DEPT/DIV | CASE NUMBER: |
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: STURLA DEV

558 PARSONS LANE
SAN MARCOS, CA 92069

As enumerated below:

12/02/2010  12:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  08:28 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  05:20 pm
HOME - SUB-SERVICE TO "JOHN DOE"; ADULT OCCUPANT WHO REFUSED HIS NAME; 45ish, 5'6", 175lbs, brown hair, Caucasian male.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460,
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature. _____
JAIME TORRES

## DECLARATION OF DILIGENCE

Orders EAS16376/GProof40

| | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220 · BOULDER, CO 80302 | | | | | |

TELEPHONE NO.: **(303) 442-2021**    FAX NO. *(Optional)*
E MAIL ADDRESS *(Optional)*:

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF *(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT *(name each)*: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
**51-cv-1247-GT-RBB**

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT. | Ref No. or File No.:<br>CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. (CCP 1013(a)]

STURLA DEV
658 PARSONS LANE
SAN MARCOS, CA 92069

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma  P-454
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order# FAS183700GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO.  (303)  442-2021

Ref. No. or File No.

CAHUILLA BAND

ATTORNEY FOR (Name)     PLAINTIFF IN INTERVENTION

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL TANNLER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

53 ROBIN HOOD PLACE
WESTLAKE VILLAGE, CA 91361

ON: November 30, 2010
AT: 07:53 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 7, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MARTY SPELLMAN: CO-OCCUPANT - 73ish, 5'9", 175lbs, gray hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: VENTURA
Registration No: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #406
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order: FAS18376/GProof.jb

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | (303) 442-2021 | | | |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO  80302 | | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT.**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. MICHAEL TANNLER

   53 ROBIN HOOD PLACE
   WESTLAKE VILLAGE, CA 91361

As enumerated below:

11/27/2010  12:44 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS

11/29/2010  09:51 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  07:53 pm
      HOME - SUB-SERVED TO MARTY SPELLMAN; CO-OCCUPANT; 73ish, 5'9", 175lbs, gray hair, Caucasian male.

Fee for Service: 25.00
        County:  VENTURA
        Registration No.:  422
        EXCALIBUR ATTORNEY SERVICE
        231 E. ALESSANDRO BOULEVARD,  SUITE
        # A368
        RIVERSIDE, CA 92508
        (877) 378-3843

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 7, 2010.

Signature: _____

                        RICHARD MEYER

**DECLARATION OF DILIGENCE**

Order# EAS18370/CProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO: (303) 442-2021              *     FAX NO. (Optional).

E-MAIL ADDRESS (Optional).

STREET ADDRESS          *
MAILING ADDRESS
CITY AND ZIP CODE      , *
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT: | Ref No. or File No: |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of VENTURA, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 7, 2010, I mailed copies of the:

·Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

                    MICHAEL TANNLER
                    53 ROBIN HOOD PLACE
                    WESTLAKE VILLAGE, CA 91361

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010.

Signature:

Julie Anne Mandowski

PROOF OF SERVICE BY MAIL

Order#: EAS1037WCProc7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO:
MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.: CAHUILLA BAND

Insert name of court, judicial district or branch court if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahulla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARGARET TAPIA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

13819 BORA DRIVE
LA MIRADA, CA 90638

ON: December 10, 2010
AT: 09:50 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 50ish, 6'3", 240lbs, black hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order: EAS18060/GProof38

| | | | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | FOR COURT USE ONLY |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):     PLAINTIFF IN INTERVENTION

Ref. No. or File No.:     CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED: MARGARET TAPIA

       13819 BORA DRIVE
       LA MIRADA, CA 90638

As enumerated below:

11/27/2010  09:00 am
       HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010  01:40 pm
       HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  04:00 pm
       HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  08:00 am
       HOME - NO RESPONSE AT GIVEN ADDRESS.

12/10/2010  09:50 am
       HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 50ish, 6'3", 240lbs, black hair, Caucasian male.

Fee for Service: 25 . 00
   County:  LOS ANGELES
   Registration No.:  6437
   EXCALIBUR ATTORNEY SERVICES
   231 E. ALESSANDRO BOULEVARD.,
   SUITE A369
   RIVERSIDE, CA 92508
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

       ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS16380/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): CAHUILLA BAND OF INDIANS; a federally recognized Indian Tribe

FOR COURT USE ONLY

CASE NUMBER: 51-cv-1247-GT-RBB

| | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California   I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 13, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> MARGARET TAPIA
> 13819 BORA DRIVE
> LA MIRADA, CA 90638

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma   P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: Julie Anne Magowski

**PROOF OF SERVICE BY MAIL**

Order#: EAS1838O/0Proof7

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | | |
|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name):  PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE. | TIME | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: TAUBENHAUS INC. C/O KAREN GOLDSMITH, AGENT

AT: 505 N TUSTIN AVENUE, SUITE 190
SANTA ANA, CA 92705

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
"JANE DOE", PERSON APPARENTLY IN CHARGE - 50ish, 5'6", 165#, brown hair, Cauc. female

ON: 11/23/2010
AT: 09:20 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

```
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):          TELEPHONE NO.:         FOR COURT USE ONLY
MCELROY, MEYER, WALKER & CONDON, P.C.              (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                    Ref. No. or File no:
ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION     CAHUILLA BAND
Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA
```

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME | DEPT./DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: TAUBENHAUS INC. C/O KAREN GOLDSMITH, AGENT

505 N TUSTIN AVENUE, SUITE 190
SANTA ANA, CA 92705

As enumerated below:

11/19/2010  08:00 am
WORK - NO ANSWER.

11/22/2010  04:20 pm
WORK - NO ANSWER.

11/23/2010  09:20 am
WORK - SUB-SERVED DEFENDANT BY SERVING: "JANE DOE", PERSON APPARENTLY IN CHARGE - 50yrs, 5'6", 165#, brown hair, Cauc. female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order#: EAS17936/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

TAUBENHAUS INC. C/O KAREN GOLDSMITH, AGENT
505 N TUSTIN AVENUE  SUITE 190
SANTA ANA, CA 92705

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at SANTA ROSA, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____
Julie Ann Moodyski

PROOF OF SERVICE BY MAIL

Order: EAS17936/GProof/

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.  (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

| Ref. No. or File No. |
|---|

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION  CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: TERRA INV

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

261 N HIGHWAY 101, #1091
SOLANA BEACH, CA 92075

ON: December 9, 2010
AT: 01:08 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; PERSON-IN-CHARGE - 25ish, 5'8", 150lbs, blond hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: **SAN DIEGO**
Registration No.: 1460
**EXCALIBUR ATTORNEY SERVICE**
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 23, 2010.**

Signature: _____

**JAIME TORRES**

## PROOF OF SERVICE

| | | | | |
|---|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | (303) 442-2021 | TELEPHONE NO. | FOR COURT USE ONLY |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name)  PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE | | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: TERRA INV

    261 N HIGHWAY 101, #1091
    SOLANA BEACH, CA 92075

As enumerated below;

**12/07/2010  07:15 am**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/08/2010  07:30 pm**
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/09/2010  01:08 pm**
    HOME - SUB-SERVICE TO "JANE DOE"; PERSON-IN-CHARGE; 25ish, 5'8", 150lbs, blond hair, Caucasian female.

Fee for Service: 25.00
    County:  SAN DIEGO
    Registration No:  1460
    EXCALIBUR ATTORNEY SERVICE
    1007 B. WEST COLLEGE AVENUE, SUITE
    # 486
    SANTA ROSA, CA 95401
    (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 23, 2010.**

Signature: _____
            **JAIME TORRES**

## DECLARATION OF DILIGENCE

Order# EAS16381/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON; P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS.
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF (name each) · UNITED STATES OF AMERICA

DEFENDANT (name each) CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY, | TIME | DEPT: | Ref No or File No : CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

**Summons: Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> TERRA INV
> 261 N HIGHWAY 101   #1091
> SOLANA BEACH, CA 92075

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

PROOF OF SERVICE BY MAIL

Order# EAS18381/GProof7

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO  80302 | Ref No. or File No. | | | | |
| ATTORNEY FOR (Name):      PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: DENISE THIBAULT - 65ish, 5'4", 130lbs, blonde hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

603 E PALM AVENUE
ORANGE, CA 92666

ON: November 16, 2010
AT: 07:02 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS17937/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. <br> SCOTT MCELROY, PRO HAC VICE, <br> 1007 PEARL STREET, SUITE # 220 <br> BOULDER, CO 80302 | | (303) 442-2021 | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.: CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HOLLY TIMMS - 45ish, 5'7", 185lbs, black hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

5335 JAMESTOWN ROAD
SAN DIEGO, CA 92117

ON: December 8, 2010
AT: 07:45 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 · B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **December 21, 2010**.

Signature: _____

JAIME TORRES

## PROOF OF SERVICE

Order#: EAS1B382/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | FOR COURT USE ONLY |
|---|---|---|---|

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

Ref No or File No

ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION    CAHUILLA BAND

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LYNDA TOTAH

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

26121 CALLE ROBERTO
SAN JUAN CAPISTRANO, CA 92675

ON: November 20, 2010
AT: 05:07 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MORGAN TOTAH; CO-OCCUPANT - 45ish, 140lbs, 5'4", blonde hair, blue eyes

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____
ARTURO CHARYA

## PROOF OF SERVICE

Order: FAS17938/GProof06

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO  80302 | (303) 442-2021 | |

**ATTORNEY FOR (Name):** PLAINTIFF IN INTERVENTION

**Ref. No. or File No.** CAHUILLA BAND

Insert name of court, judicial district or branch court  if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT:**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 9, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LYNDA TOTAH

    26121 CALLE ROBERTO
    SAN JUAN CAPISTRANO, CA 92675

As enumerated below:

11/14/2010 01:51 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/17/2010 07:10 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 05:07 pm
    HOME - SUB-SERVICE TO MORGAN TOTAH; CO-OCCUPANT; 45ish, 140lbs, 5'4", blonde hair, blue eyes.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

    ARTURO CHARYA

## DECLARATION OF DILIGENCE

Order# EAS17938/GProof4G

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME | DEPT.: | Ref No. or File No. CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

          LYNDA TOTAH
          26121 CALLE ROBERTO
          SAN JUAN CAPISTRANO, CA 92675

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature

Julie Anne Morciegki

**PROOF OF SERVICE BY MAIL**

Order# EA317935/DProof7

MCELROY, MEYER, WALKER & CONDON, P.C.    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION    Ref. No. or File No.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HUYNH HOA TRAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1883 ALMAGRO LANE
ESCONDIDO, CA 92026

ON: December 5, 2010
AT: 04:09 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
KEY TRAN; CO-OCCUPANT - 45ish, 5'5", 150lbs, black hair, Asian male

**Manner of service** In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS18383/GProof38

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name and Address): | | (303) 442-2021 | | FOR COURT USE ONLY |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |

MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name)      PLAINTIFF IN INTERVENTION.

Ref No or File No    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT.**

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME. | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: HUYNH HOA TRAN

1883 ALMAGRO LANE
ESCONDIDO, CA 92026

As enumerated below:

12/03/2010  01:50 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  07:00 am
HOME - NO RESPONSE AT GIVE ADDRESS.

12/05/2010  04:09 pm
HOME - SUB-SERVICE TO KEY TRAN; CO-OCCUPANT; 45ish, 5'5", 150lbs, black hair, Asian male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order# FAS18353/GProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO: (303) 442-2021          FAX NO. (Optional)

E MAIL ADDRESS (Optional):

STREET ADDRESS :
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT.: | Ref No or File No : |
|---|---|---|---|---|---|
| | | | | | CAHUILLA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

HUYNH HOA TRAN
1883 ALMAGRO LANE
ESCONDIDO, CA 92026

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-469
Registration No :
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature.
Julie Anne Macmaski

PROOF OF SERVICE BY MAIL

Order EAS1808/OPco 7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: (303) 442-2021 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. SCOTT MCELROY, PRO HAC VICE, 1007 PEARL STREET, SUITE # 220 BOULDER, CO 80302 | | | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | Ref. No. or File No.: CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: PEDRO URIBE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

58455 BURNT VALLEY ROAD
ANZA, CA 92539

ON: February 20, 2011
AT: 12:20 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 9, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18980/GProof37

ATTORNEY ... <br>
MCELROY, MEYER, WALKER & CONDON, P.C.      TELEPHONE No. (303) 442-2021 <br>
SCOTT MCELROY, PRO HAC-VICE, <br>
1007 PEARL STREET, SUITE # 220 <br>
BOULDER, CO  80302 <br>
Ref No. or File No <br>
ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION      CAHUILLA BAND <br>

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT <br>
SOUTHERN DISTRICT OF CALIFORNIA <br>
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KATHRINE VEALE - 60ish, 135lbs, 5'5", Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2856 OSTROM AVENUE <br>
LONG BEACH, CA 90815

ON: December 3, 2010 <br>
AT: 07:40 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25 . 00 <br>
County:  LOS ANGELES <br>
Registration No.:  6437 <br>
EXCALIBUR ATTORNEY SERVICE <br>
1007 B West College Avenue, #486 <br>
Santa Rosa, CA 95401 <br>
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18387/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref No. or File No.:

ATTORNEY FOR (Name):    PLAINTIFF IN INTERVENTION    |    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MELVIN VEALE - 60ish, 185lbs, 5'8", gray hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2856 OSTROM AVENUE
LONG BEACH, CA 90815

ON: December 3, 2010
AT: 07:40 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18386/GProof37

MCELROY, MEYER, WALKER & CONDON, P.C.                    (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                      Ref No. or File No

ATTORNEY FOR (Name)       PLAINTIFF IN INTERVENTION        CAHUILLA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: MARY VERGOT - 60ish, 150lbs, 5'5", brown hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

10632 1/2 WHIPPLE STREET
NORTH HOLLYWOOD, CA 92105

ON: November 29, 2010
AT: 05:16 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 21, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18389/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021<br>TELEPHONE NO. | | |

Ref. No. or File No.

ATTORNEY FOR (Name) **PLAINTIFF IN INTERVENTION** | **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF

**UNITED STATES OF AMERICA**

DEFENDANT

**CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: NIKOLA VERGOT - 80ish, 160lbs, 5'9", Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

10632 1/2 WHIPPLE STREET
NORTH HOLLYWOOD, CA 92106

ON: November 29, 2010
AT: 05:16 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: **VENTURA**
Registration No.: **422**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

**RICHARD MEYER**

## PROOF OF SERVICE

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | FOR COURT USE ONLY |
| SCOTT MCELROY, PRO HAC VICE, | | |
| 1007 PEARL STREET, SUITE # 220 | | |
| BOULDER, CO  80302 | Ref No or File No | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

*PLAINTIFF*

UNITED STATES OF AMERICA

*DEFENDANT*

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STANLEY VERGOT - 60ish, 170lbs, 5'10", brown hair, Caucasian male.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

10632 1/2 WHIPPLE STREET
NORTH HOLLYWOOD, CA 92106

ON: November 29, 2010
AT: 05:16 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00

County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order#: EAS18388/GProof37

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>SCOTT MCELROY, PRO HAC VICE,<br>1007 PEARL STREET, SUITE # 220<br>BOULDER, CO 80302 | | (303) 442-2021 | | |
| | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name) **PLAINTIFF IN INTERVENTION.** | | **CAHUILLA BAND** | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DAN VU .

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6465 ST LOUIS AVENUE
LONGBEACH, CA 90805

ON: December 1, 2010
AT: 08:35 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION: I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE" ; CO-OCCUPANT - 38ish, 5'5", 150lbs, Asian female

**Manner of service** In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS18391/GProo08

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

TELEPHONE NO.: (303) 442-2021

ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION·

Ref. No. or File No.   CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE: | TIME· | DEPT/DIV. | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DAN VU·

6455 ST LOUIS AVENUE
LONGBEACH, CA 90805

As enumerated below:

11/28/2010  09:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  07:50 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  08:35 am
HOME - SUB-SERVICE TO "JANE DOE"; 38ish, 5'5", 150lbs, Asian female.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS18391/GProof45

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO.: **(303) 442-2021**          FAX NO. (Optional) : | | | | | |
| E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS<br>MAILING ADDRESS<br>CITY AND ZIP CODE<br>BRANCH NAME | | | | | |

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No.:<br>**CAHUILLA BAND** |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

    **Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid [CCP 1013(a)]

             **DAN VU**
             **6465 ST LOUIS AVENUE**
             **LONGBEACH, CA 90805**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **25.00**
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

**PROOF OF SERVICE BY MAIL**

Orders FAS16391/CProof1

| MCELROY, MEYER, WALKER & CONDON, P.C. | | (303) 442-2021 | | | FOR COURT USE ONLY |
| SCOTT MCELROY, PRO HAC VICE, | | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | | |
| BOULDER, CO 80302 | | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name) PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | | | |
| Insert name of court, judicial district or branch court, if any | | | | | |
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA , CA | | | | | |
| PLAINTIFF: | | | | | |
| UNITED STATES OF AMERICA | | | | | |
| DEFENDANT: | | | | | |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | | |
| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV. | CASE NUMBER: 51-cv-1247-GT-RBB | |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JANELL WHITE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

49875 HOPI COURT
AGUANGA, CA 92536

ON: February 20, 2011
AT: 10:05 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18964/GProof37

| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 | | | |
| SCOTT MCELROY, PRO HAC VICE, | | | | |
| 1007 PEARL STREET, SUITE # 220 | | | | |
| BOULDER, CO  80302 | Ref. No. or File No. | | | |
| ATTORNEY FOR (Name)   PLAINTIFF IN INTERVENTION | CAHUILLA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JOSEPH WHITE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

49875 HOPI COURT
AGUANGA, CA 92536

ON: February 20, 2011
AT: 10:05 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON February 22, 2011 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JANELL WHITE, ADULT OCCUPANT - 50ish, 150#, 5'4", brown hair, Cauc. female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EAS18965/GProof38

Case 3:51-cv-01247-JO-SBC   Document 5305   Filed 04/29/11   PageID.58897   Page 99 of 106

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Barnumber, and address): | TELEPHONE NO.: |
|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | (303) 442-2021 |

SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302                                    Ref. No. or File No.

ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION.    CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER.<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on February 18, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    PARTY SERVED: JOSEPH WHITE

        49875 HOPI COURT
        AGUANGA, CA 92536

As enumerated below:

02/18/2011  04:15 pm
        HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

02/19/2011  06:10 pm
        HOME - NO RESPONSE AT GIVEN HOME ADDRESS.

02/20/2011  10:05 am
        HOME - SUB-SERVED DEFENDANT BY SERVING: JANELL WHITE, ADULT OCCUPANT - 50ish, 150#, 5'4", brown hair, Cauc. female.

Fee for Service: 25.00
        County: SAN BERNARDINO
        Registration No.: 1058
        EXCALIBUR ATTORNEY SERVICE
        231 E. ALESSANDRO BOULEVARD, STE #
        A368
        RIVERSIDE, CA 92508
        (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Orders EAS.16903/GProof40

| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|
| TELEPHONE NO.: (303) 442-2021               FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional) | | | | | | |
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:, CA<br>BRANCH NAME: | | | | | | |
| PLAINTIFF(name each): UNITED STATES OF AMERICA | | | | | | |
| DEFENDANT(name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | | | | | | CASE NUMBER:<br>51-cv-1247-GT-RBB |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>CAHUILLA BAND | |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On February 22, 2011, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for *Future Filing and Service* of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> JOSEPH WHITE
> 49875 HOPI COURT
> AGUANGA, CA 92536

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma
Registration no.: P-459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 3, 2011.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS18965/GProof7

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
MCELROY, MEYER, WALKER & CONDON, P.C.
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

TELEPHONE NO. (303) 442-2021

| Ref. No. or File No | |
|---|---|

ATTORNEY FOR (Name) **PLAINTIFF IN INTERVENTION** | **CAHUILLA BAND**

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: NELL WHITE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1421 E ST ANDREWS
SANTA ANA, CA 92705

ON: December 1, 2010
AT: 06:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 40ish, 5'5", 165lbs, brown hair, Caucasian female

Manner of service In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Case 3:51-cv-01247-JO-SBC Document 5305 Filed 04/20/11 PageID.58900 Page 102 of 106

MCELROY, MEYER, WALKER & CONDON, P.C. (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

| | | Ref. No. or File No. | |
|---|---|---|---|
| ATTORNEY FOR (Name)    PLAINTIFF IN INTERVENTION | | CAHUILLA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT.

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 10, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: NELL WHITE

1421 E ST ANDREWS
SANTA ANA, CA 92705

As enumerated below:

**11/21/2010 04:50 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/24/2010 11:45 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/27/2010 08:15 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/30/2010 10:25 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/01/2010 06:00 am**
HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 40ish, 5'5", 185lbs, brown hair, Caucasian female.

Fee for Service: 25 . 00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

# DECLARATION OF DILIGENCE

Order#: EAS17939/GProc/40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO : (303) 442-2021            FAX NO (Optional)

E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS.
CITY AND ZIP CODE
BRANCH NAME.

FOR COURT USE ONLY

PLAINTIFF (name each) · UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY, | TIME | DEPT. | Ref No. or File No :  CAHUILLA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E, ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **NELL WHITE**
> **1421 E ST ANDREWS**
> **SANTA ANA, CA 92705**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
   County: Sonoma   R-459
   Registration No.:
   EXCALIBUR ATTORNEY SERVICES
   231 E. ALESSANDRO BOULEVARD.,
   SUITE, A368
   RIVERSIDE, CA 92508
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature   Julie Anne Moocalewski

**PROOF OF SERVICE BY MAIL**

MCELROY, MEYER, WALKER & CONDON, P.C.     (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO  80302

ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION**

Ref. No. or File No.: **CAHUILLA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT WOOLLEY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

28944 E WORCHESTER ROAD
SUN CITY, CA 92586

ON: February 26, 2011
AT: 09:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON February 28, 2011 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
HELEN WOOLLEY; SPOUSE - 70ish, 110lbs, 5'2", gray hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 7, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EA516074/GProof36

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
MCELROY, MEYER, WALKER & CONDON, P.C.: 106 (303) 442-2021
SCOTT MCELROY, PRO HAC VICE,
1007 PEARL STREET, SUITE # 220
BOULDER, CO 80302

Ref. No. or File No.

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

CAHUILLA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| DECLARATION OF DILIGENCE | DATE. | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on February 18, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **ROBERT WOOLLEY**

28944 E WORCHESTER ROAD
SUN CITY, CA 92586

As enumerated below:

02/21/2011 05:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/24/2011 04:15 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/26/2011 09:10 am
HOME - SUB-SERIVE TO HELEN WOOLLEY; SPOUSE; 70ish, 110lbs, 5'2", gray hair, Caucasian female.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 7, 2011.

Signature: _____
ROBERT SEE

**DECLARATION OF DILIGENCE**

Order# EAS18974/CProof40

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021            FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER: 51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: CAHUILLA BAND |
| --- | --- | --- | --- | --- | --- |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On February 28, 2011, I mailed copies of the:

Summons; Cahuilla Band of Indians' Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ROBERT WOOLLEY
28944 E WORCHESTER ROAD
SUN CITY, CA 92586

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 7, 2011.

Signature: Julie Anne Magdaleski

PROOF OF SERVICE BY MAIL

Order# EAS16974/GP/octf