Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

TO: (Name and Address of Defendant)

THOMAS COPPLE
4718 E BLUEBIRD AVE
ORANGE CA 92869

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

**CLERK**

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO: (510) 548-7070

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR

Ref. No. or File No.     RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT,
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: THOMAS COPPLE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4718 E BLUEBIRD AVENUE
ORANGE, CA 92869

ON: December 1, 2010
AT: 05:45 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 50ish, 5'5", 170lbs, Caucasian female

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17800/GProof35

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NO. (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref No. or File No.  RAMONA BAND

ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED  THOMAS COPPLE

4718 E BLUEBIRD AVENUE
ORANGE, CA 92869

As enumerated below:

11/24/2010  12:24 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  08:45 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  10:45 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  06:45 am
    HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 50ish, 5'5", 170lbs, Caucasian female.

Fee for Service: 50.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17800/GProof43

CURTIS G. BERKEY, ESQ.                                    SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO: (510) 648-7070                FAX NO. (Option):

E MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:, CA
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE: | DAY. | TIME | DEPT: | Ref No. or File No.: |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | RAMONA BAND |

CASE NUMBER: 51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> THOMAS COPPLE
> 4718 E BLUEBIRD AVENUE
> ORANGE, CA 92869

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature

PROOF OF SERVICE BY MAIL

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

.TO: (Name and Address of Defendant)

SARA COPPLE
4718 E BLUEBIRD AVE
ORANGE CA 92869

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

C. ECNA

By _____ , Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14431 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref. No. or File No

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

RAMONA BAND.

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE. | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons: Ramona Band of Cahuilla's Second Amended Complaint in intervention; Instructions for Future Filing and Service of Documents

ON: SARA COPPLE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4718 E BLUEBIRD AVENUE
ORANGE, CA 92869

ON: December 1, 2010
AT: 06:45 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 50ish, 5'5", 170lbs, Caucasian female

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25 . 00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

| ATTORNEY | | |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070 | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | |
| 2030 ADDISON STREET, SUITE # 410 | | |
| BERKELEY, CA 94704 | Ref No or File No | |
| ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR | RAMONA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SARA COPPLE

4718 E BLUEBIRD AVENUE
ORANGE, CA 92869

As enumerated below:

11/24/2010  12:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  08:45 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  10:45 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  06:45 am
HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 50ish, 5'5", 170lbs, Caucasian female.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

Order# EAS1780110Proof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410. BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO: (510) 548-7070          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> SARA COPPLE
> 4718 E BLUEBIRD AVENUE
> ORANGE, CA 92869

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature.
Julie Anne Magnowski

**PROOF OF SERVICE BY MAIL**

Order: EAS17801/GPmxr?

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

TO: (Name and Address of Defendant)

Herbert Dailey
58675 Red Shank Rd.
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFFS ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                           ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |

By  C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>**CURTIS G BERKEY**<br>ALEXANDER BERKEY. WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY @ ABWWLAW.COM<br>*Attorney for:* Plaintiff | | | *Ref No. or File No :* | | *For Court Use Only* |
|---|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S  DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dep: Div:* | *Case Number:*<br>51-cv-1247-GT-RBB | |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE: RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3.  a. Party served:*                                   HERBERT DAILEY

*4.  Address where the party was served:*          58675 RED SHANK RD
                                                   Anza, CA 92539

*5.  I served the party:*
   a. by personal service.  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon.. Apr. 11, 2011 (2) at: 4:26PM

*7.  Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                          d.  *The Fee for Service was:*  $40.00
   **b. Premier Legal Solutions**               e.  I am: (3) registered California process server
      12 Cerrito                                      *(i)*  Owner
      Irvine, CA 92612                                *(ii)  Registration No :*    1505
   c. 949-480-1182, FAX 949-480-1217                  *(iii)  County:*            Orange

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Apr. 13, 2011

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et □

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Margaret Dailey
58675 Red Shank Rd.
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                   □

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____                    10-15-09
W. Samuel Hamrick, Jr.                                    DATE
CLERK

By        C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: CURTIS G BERKEY ALEXANDER BERKEY, WILLIAMS & WEATHERS 2030 ADDISON STREET SUITE 410 Berkeley, CA 94704 Telephone No: 510-548-7070 CBERKEY @ ABWWLAW.COM | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                           MARGARET DAILEY

4. Address where the party was served:        58675 RED SHANK RD
                                              Anza, CA 92539

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 11, 2011 (2) at: 4:26PM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                         d. The Fee for Service was:  $85.00
   b. Premier Legal Solutions                 e. I am: (3) registered California process server
      12 Cerrito                                     (i) Owner
      Irvine, CA 92612                               (ii) Registration No.:    1505
   c. 949-480-1182, FAX 949-480-1217                 (iii) County:            Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Apr. 13, 2011

Judicial Council Form
Rule 2.150(a)&(b) Rev January 1, 2007        PROOF OF SERVICE
                                       SUMMONS IN A CIVIL CASE        (Surya Von Rosen)    aneal.berkey.13175

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Richard Diven
126 Angeles Vista Dr.
Vista, CA 92084

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                  ☒

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              10-15-09
                    CLERK                                           DATE

By          C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | | | |
| CBERKEY @ ABWWLAW.COM | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA; ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                    RICHARD DIVEN

4. Address where the party was served:   126 ANGELES VISTA DR
                                         Vista, CA 92084

5. I served the party:

   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 11:21AM

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Sonja Von Rosen                      d. The Fee for Service was: $60.00
   b. Premier Legal Solutions              e. I am: (3) registered California process server
      12 Cernto                                (i)  Owner
      Irvine, CA 92612                         (ii)  Registration No.:    1505
   c. 949-480-1182, FAX 949-480-1217          (iii)  County:             Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Apr. 13, 2011

                                                        (Sonja Von Rosen)

Judicial Council Form
Rule 2.150(a)&(b) Rev January 1, 2007                     PROOF OF SERVICE
                                    SUMMONS IN A CIVIL CASE                          uncul.berkey.13194

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Jeremiah Dohl
49970 Cree Court
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 15 2009

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   TELEPHONE NO.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.
ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME | DEP/DIV | CASE NUMBER: |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JEREMIAH DOHL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT;

49970 CREE COURT
AGUANGA, CA 92536

ON: February 1, 2011
AT: 09:50 am

Manner of service  in compliance with Federal Code of Civil Procedure:

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS19166/GProof37

Summons in a Civil Action (Rev. 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)
RICHARD ERK
831 LA PALMA DR
IRVINE  CA  92602

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14451\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP 05 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR

Ref No. or File No.

RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: RICHARD ERK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

831 LAS PALMAS DRIVE
IRVINE, CA 92602

ON: November 21, 2010
AT, 05:15 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON November 22, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
KATHLEEN ERK; CO-OCCUPANT - 30ish, 160lbs, 5'6", black hair, Asian female

Manner of service In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 17, 2010.

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS17800/GProof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO: | FOR COURT USE ONLY |

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO: (510) 548-7070

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

Ref. No. or File No.   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: RICHARD ERK

831 LAS PALMAS DRIVE
IRVINE, CA 92602

As enumerated below:

11/19/2010  08:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  12:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  05:15 pm
HOME - SUB-SERVICE TO KATHLEEN ERK; CO-OCCUPANT; 30ish, 160lbs, 5'6", black hair, Asian female.

Fee for Service: 25.00

County:  LOS ANGELES
Registration No.:  6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature: _____

ARTURO RUIZ

## DECLARATION OF DILIGENCE

Order# EAS17Rxv0Proof4D

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO. (510) 548-7070                        FAX NO (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each) UNITED STATES OF AMERICA

DEFENDANT(name each) FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE | DAY. | TIME | DEPT. | |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | |

CASE NUMBER
51-cv-1247-GT-RBB

Ref No. or Fae No.
RAMONA BAND

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On November 22, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

RICHARD ERK
831 LAS PALMAS DRIVE
IRVINE, CA 92602

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California In the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 17, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

CEAS17800/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHLEEN ERK
831 LAS  PALMAS DR
IRVINE CA 92602

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 1 5 2009

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| | | | | |
|---|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | TELEPHONE NO:<br>(510) 548-7070 | | FOR COURT USE ONLY |
| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | | Ref. No. or File No.<br>RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: KATHLEEN ERK

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

831 LAS PALMAS DRIVE
IRVINE, CA 92502

ON: November 20, 2010
AT: 05:15 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 17, 2010.

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DAVID GABRILLO
442 E 224TH ST
CARSON  CA  90745

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By              , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443U May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO: (510) 548-7070

Ref No. or File No.

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR          RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DAVID GABRILLO - 58ish, 175lbs, 5'7", black hair, Hispanic male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

442 E 224TH STREET
CARSON, CA 90745

ON: December 4, 2010
AT: 07:40 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18046/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et □

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VIOLETA GABRILLO
442 E 224TH ST
CARSON CA 90745

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                              □

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| **CLERK** | DATE |
| C. ECOM | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref. No. or File No.
ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR   RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: VIOLETA GABRILLO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**442 E 224TH STREET**
**CARSON, CA 90745**

ON: December 4, 2010
AT: 07:40 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DAVID GABRILLO; CO-OCCUPANT - 58ish, 175lbs, 5'7", black hair, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order EAS18047/GProof32

Case 3:51-cv-01247-JO-SBC   Document 5306-1   Filed 04/29/11   PageID.59015   Page 27 of

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO: (510) 548-7070

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR

Ref. No. or File No. RAMONA BAND

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT.
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: VIOLETA GABRILLO

442 E 224TH STREET
CARSON, CA 90745

As enumerated below:

11/29/2010  09:30 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  12:35 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  02:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  07:40 am
HOME - SUB-SERVICE TO DAVID GABRILLO; CO-OCCUPANT; 58ish, 175lbs, 5'7", black hair, Hispanic male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order: EAS18047XGProof43

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP                    SBN: # 195485
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070                    FAX NO (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF(name each) UNITED STATES OF AMERICA
                                                                       CASE NUMBER
DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.        51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT: | Ref No or File No : RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

VIOLETA GABRILLO
442 E 224TH STREET
CARSON, CA 90745

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
Julie Anne Modlaski

PROOF OF SERVICE BY MAIL

Order: EAS18047/GPProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GEORGE GALANES
3448 CROSSPOINTE CT
SIMI VALLEY CA 93065

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

_____CLERK_____

_____DATE_____

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | |
| ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref. No. or File No.:<br>RAMONA BAND | |

insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GEORGE GALANES

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3448 CROSSPOINTE COURT
SIMI VALLEY, CA 93065

ON: December 4, 2010
AT: 11:11 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT.
LISA MCCARTER; CO-OCCUPANT - 40ish, 5'7", 125lbs, brown hair, Caucasian female

**Manner of service**  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County:  VENTURA
Registration No.:  422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 23, 2010.**

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP 05 (510) 548-7070
· CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR

Ref. No. or File No.    RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GEORGE GALANES

3448 CROSSPOINTE COURT
SIMI VALLEY, CA 93065

As enumerated below:

11/30/2010 · 08:51 pm ,
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 · 05:05 pm ·
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  11:11 am
HOME - SUB-SERVICE TO LISA MCCARTER; CO-OCCUPANT; 40ish, 5'7", 125lbs, brown hair, Caucasian female.

Fee for Service: 50.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

RICHARD MEYER

## DECLARATION OF DILIGENCE

Order# EAS18048/GProof40

| CURTIS G. BERKEY, ESQ.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 ADDISON STREET, SUITE # 410 BERKELEY, CA 94704 | | | SBN: # 195485 | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| TELEPHONE NO.:(510) 548-7070 | | FAX NO. (Optional) | | | |
| E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE<br>BRANCH NAME. | | | | | |
| PLAINTIFF(name each): UNITED STATES OF AMERICA | | | | | CASE NUMBER<br>51-cv-1247-GT-RBB |
| DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al. | | | | | |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or File No.:<br>RAMONA BAND |

I am a citizen of the United States and employed in the County of VENTURA, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **GEORGE GALANES**
> **3448 CROSSPOINTE COURT**
> **SIMI VALLEY, CA 93065**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served; service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS1804N/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BLANCA GALDAMEZ
18860 WHITNEY PL
ROWLAND HEIGHTS CA 91748

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. 05 (510) 548-7070 | |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | |
| 2030 ADDISON STREET, SUITE # 410 | | |
| BERKELEY, CA 94704 | Ref No or File No. | |
| ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR | RAMONA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: BLANCA GALDAMEZ - 37ish, 145lbs, 5'6", black hair, Hispanic female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

18860 WHITNEY PLACE
ROWLAND HEIGHTS, CA 91748

ON: December 4, 2010
AT: 10:56 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS18049/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et.

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

*SUMMONS IN A CIVIL ACTION*
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GLORIA GAMINO
8330 ALONDRA BLV
PAR AMOUNT CA 90723

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                              , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14445\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: (510) 548-7070 | FOR COURT USE ONLY |
|---|---|---|

ALEXANDER, BERKEY, WILLIAMS, & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.: RAMONA BAND

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GLORIA GAMINO - 40ish, 5'6", 180lbs, brown hair, Caucasian female.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

8330 ALONDRA BOULEVARD
PARAMOUNT, CA 90723

ON: November 30, 2010
AT: 11:00 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature.

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18050/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Sergio Garcia
37901 Loise St.
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                          ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By   **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | | | | |
| CBERKEY@ABWWLAW.COM | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL. |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. *a. Party served:*     SERGIO GARCIA
   *b. Person served:*     Ilda Garcia - Spouse/Co Occupant

4. *Address where the party was served:*     37901 LOISE ST
   Anza, CA 92539

5. *I served the party:*
   b. **by substituted service.**  On: Mon., Apr. 11, 2011 at;3:51PM by leaving the copies with or in the presence of:
   Ilda Garcia - Spouse/Co Occupant

   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc.. 415.20). I mailed the document on: Wed., Apr. 13, 2011 from: Temecula, CA

7. *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                                          d. *The Fee for Service was:*   $85.00
   b. **Premier Legal Solutions**                              e. I am: (3) registered California process server
      12 Cerrito                                                        (i)  Owner
      Irvine, CA 92612                                              (ii)  *Registration No.:*     1505
   c. 949-480-1182, FAX 949-480-1217                        (iii)  *County:*     Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Apr. 13, 2011*

   (Surya Von Rosen)

Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: | | Ref. No or File No.: | | | For Court Use Only |
|---|---|---|---|---|---|
| CURTIS G BERKEY | | | | | |
| ALEXANDER BERKEY, WILLIAMS & WEATHERS | | | | | |
| 2030 ADDISON STREET | | | | | |
| SUITE 410 | | | | | |
| Berkeley, CA 94704 | | | | | |
| Telephone No: 510-548-7070 | | | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL. | | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB | |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SERGIO GARCIA as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/09/11 | 10:05am | Home | No Answer, No ligts on; Attempt made by; Surya Von Rosen. Attempt at: 37901 LOISE ST Anza CA 92539. |
| Sun | 04/10/11 | 7:30pm | Home | No Answer, No ligts on; Attempt made by; Surya Von Rosen. Attempt at; 37901 LOISE ST Anza CA 92539. |
| Mon | 04/11/11 | 3:51pm | Home | Substituted Service on: SERGIO GARCIA Home - 37901 LOISE ST Anza, CA 92539 by Serving: Ilda Garcia - Spouse/Co Occupant Competent Member of the Household over 18. Served by; Surya Von Rosen |
| Wed | 04/13/11 | | | Mailed copy of Documents to: SERGIO GARCIA |

3. *Person Executing*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $85.00
e. *I am:* (3) registered California process server
   (i) Owner
   (ii) Registration No.: 1505
   (iii) County: Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed. Apr. 13, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Ilda Garcia
37901 Loise St.
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

10-15-09

**DATE**

By    **C. ECIJA** , Deputy Clerk

Summons is a Civil Action

Page 1 of 2

:ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY @ ABWWLAW.COM<br>*Attorney for:* Plaintiff | | | | |
| | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U S DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                                 ILDA GARCIA

*4. Address where the party was served:*       37901 LOISE ST
                                                                      Anza, CA 92539

*5. I served the party:*

a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 11, 2011 (2) at: 3:51PM

*7. Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. Surya Von Rosen                       d. *The Fee for Service was:*   $40.00
  b. Premier Legal Solutions              e. I am: (3) registered California process server
    12 Cerrito                                            *(i)* Owner
    Irvine, CA 92612                               *(ii) Registration No.:*   1505
  c. 949-480-1182, FAX 949-480-1217    *(iii) County:*            Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Apr. 13, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                    Surya Von Rosen        *smcd.berkey.13176*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GRADY GEORGE
6512 SANTA MONICA AVE
GARDEN GROVE  CA  92845

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECNIA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

(510) 548-7070

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR

Ref No or File No.     RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GRADY GEORGE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

ON: November 27, 2010
AT: 09:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ALLISON HANNA; CO-OCCUPANT - 48ish, 5'6", 165 lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____
ANTONIO DESHAWN OUTTEN

PROOF OF SERVICE

Order# EAS17507/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

| ATTORNEY FOR (Name) | Ref. No. or File No. |
| PLAINTIFF-INTERVENOR | RAMONA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: GRADY GEORGE

6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

As enumerated below:

11/20/2010 05:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 11:15 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010 12:35 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 09:00 am
HOME - SUB-SERVE ON ALLISON HANNA; CO-OCCUPANT; 48ish, 5'6", 165 lbs, brown hair, Caucasian female.

Fee for Service: 50 : 00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order# EAS17807/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410 BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO: (510) 548-7070     FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid: [CCP 1013(a)]

GRADY GEORGE
6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SARAH GEORGE
6512 SANTA MONICA AVE
GARDEN GROVE CA 92845

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECHA

By _____, Deputy Clerk

OCT 15 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent Order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

TELEPHONE NO. (510) 548-7070

Ref. No. or File No.

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR

RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SARAH GEORGE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

ON: November 27, 2010
AT: 09:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ALLISON HANNA; CO-OCCUPANT - 48ish, 5'6", 165 lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Orders EAS17800/GPT00738

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

| | Ref. No. or File No. |
|---|---|
| ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR | RAMONA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SARAH GEORGE

    6512 SANTA MONICA AVENUE
    GARDEN GROVE, CA 92845

As enumerated below:

11/20/2010 05:45 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 11:15 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010 12:35 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 09:00 am
    HOME - SUB-SERVE ON ALLISON HANNA; CO-OCCUPANT; 48ish; 5'6", 165 lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order# EAS17609/GProof40

CURTIS G. BERKEY, ESQ.               SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

TELEPHONE NO. (510) 549-7070       FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

FOR COURT USE ONLY

STREET ADDRESS: .
MAILING ADDRESS
CITY AND ZIP CODE .
BRANCH NAME.

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT. | Ref No. or File No : RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD,, SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

SARAH GEORGE
6512 SANTA MONICA AVENUE
GARDEN GROVE, CA 92845

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature

Julie Anne Mandawski

PROOF OF SERVICE BY MAIL

Order# LAS1180S/GPr007

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT; a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

*TO: (Name and Address of Defendant)*

Ellen Gerardis
1684 Whittier Ave. No. 16
Costa Mesa, CA 92627

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070
☒

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10 - 15 - 09 |
|---|---|
| CLERK | DATE |

By **C. ECIJA** . Deputy Clerk

Summons in a Civil Action

Page 1 of 2

: ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 [11-34am]

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704 | | | | |
| Telephone No: 510-548-7070 | | | | |
| CBERKEY@ABWWLAW.COM | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL. |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*               ELLEN GERARDIS

4. *Address where the party was served:*    1684 WHITTIER AVE
                                            NO.16
                                            Costa Mesa, CA 92627

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 13, 2011 (2) at: 2:55PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Bob Davis                          d. *The Fee for Service was:*   $30.00
   b. Premier Legal Solutions            e. I am: (3) registered California process server
      12 Cerrito                                (i)  Independent Contractor
      Irvine, CA 92612                          (ii) *Registration No.:*    6583
   c. 949-480-1182, FAX 949-480-1217           (iii) *County:*            Los Angeles
                                                (iv) *Expiration Date:*    Tue, May. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 13, 2011

*(Bob Davis)*
uncivl.berkey.13202

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CORNELIUS GROENENGERG
373 HIGHLAND PL
ESCONDIDO  CA  92027

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   (510) 548-7070

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

| | Ref No or File No |
|---|---|
ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR   |   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE. | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CORNELIUS GROENENGERG

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

ON: December 9, 2010
AT, 12:18 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
FAYLENE GROENENGERG; CO-OCCUPANT - 48ish, 155lbs, 5'6", blonde hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

JAIME TORRES

## PROOF OF SERVICE

Order # EAS18052/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP05 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

| | |
|---|---|
| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: CORNELIUS GROENENGERG

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

As enumerated below:

**12/03/2010 11:03 am**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/09/2010 04:31 pm**
HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/09/2010 12:18 pm**
HOME - SUB-SERVICE TO FAYLENE GROENENGERG; CO-OCCUPANT; 46ish, 155lbs, 5'6", blonde hair, Caucasian female.

Fee for Service: 50.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
JAIME TORRES

## DECLARATION OF DILIGENCE

SBN: # 195485

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

TELEPHONE NO : (510) 548-7070          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each) UNITED STATES OF AMERICA

DEFENDANT (name each) FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE | DAY. | TIME | DEPT.: | |
|---|---|---|---|---|---|

CASE NUMBER:
51-cv-1247-GT-RBB

Ref No. or File No.:
RAMONA BAND

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

CORNELIUS GROENENGERG
373 HIGHLAND PLACE
ESCONDIDO, CA 92027

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS18052/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al.
VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DOREEN GROENENGERG
373 HIGHLAND PL
ESCONDIDO CA 92027

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP05 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.
RAMONA BAND

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME. | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DOREEN GROENENGERG

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

373 HIGHLAND PLACE
ESCONDIDO, CA 92027

ON: December 9, 2010
AT: 12:18 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
FAYLENE GROENENGERG; CO-OCCUPANT - 46ish, 155lbs, 5'6", blonde hair, Caucasian female

*Manner of service* in compliance with Federal Rules of Civil Procedure

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order EAS18053/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070
CURTIS G. BERKEY, ESQ.., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR | Ref No. or File No.    RAMONA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     PARTY SERVED: DOREEN GROENENGERG

         373 HIGHLAND PLACE
         ESCONDIDO, CA 92027

As enumerated below:

12/03/2010  11:03 am
         HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  04:31 pm
         HOME - NO RESPONSE AT GIVEN ADDRESS.

12/09/2010  12:18 pm
         HOME - SUB-SERVICE TO FAYLENE GROENENGERG; CO-OCCUPANT; 46ish, 155lbs, 5'6", blonde hair, Caucasian female.

Fee for Service: 25.00
     County: SAN DIEGO
     Registration No.: 1460
     EXCALIBUR ATTORNEY SERVICE
     1007 B. WEST COLLEGE AVENUE, SUITE
     # 486
     SANTA ROSA, CA 95401
     (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
         JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS16263/CIProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO: (510) 548-7070          FAX NO (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| | HEARING DATE: | DAY | TIME | DEPT: | Ref No or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

CASE NUMBER
51-cv-1247-GT-RBB

I am a citizen of the *United States and employed* in the County of SAN DIEGO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**DOREEN GROENENGERG
373 HIGHLAND PLACE
ESCONDIDO, CA 92027**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, *it would* be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 27, 2010.

Signature

Julie Anne Magin

**PROOF OF SERVICE BY MAIL**

Order#: EAS18055/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ISHWAR GUPTA
5822 PASEO MAGELLAN
ANAHEIM CA 92806

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECANA

By _____, Deputy Clerk

OCT 15 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14431\1 May 5, 1999 (11:34 am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | (510) 548-7070 | |

ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR      Ref. No. or File No.:    RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ISHWAR GUPTA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

ON: November 21, 2010
AT. 06:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST-CLASS MAIL, POSTAGE PREPAID, ON December 18, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 185lbs, 5'8", gray hair, Middle Eastern male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order: EAS17815/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  TELEPHONE NO: (510) 548-7070  FOR COURT USE ONLY
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref No or File No

ATTORNEY FOR (Name)  PLAINTIFF-INTERVENOR  RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ISHWAR GUPTA

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

As enumerated below:

11/18/2010 08:00 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 11:05 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:05 pm
    HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", gray hair, Middle Eastern male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17815/GProof4D

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO. (510) 548-7070          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each) FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME | DEPT: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES; State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 18, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop  The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ISHWAR GUPTA
5822 PASEO MAGELLAN
ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.: P459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

*SUMMONS IN A CIVIL ACTION*

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MADHURI GUPTA
5822 PASEO MAGELLAN
ANAHEIM  CA  92806

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you; exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. EGAN

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | (510) 548-7070 | | | |

ATTORNEY FOR (Name)  **PLAINTIFF-INTERVENOR**  | Ref. No. or File No.  **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**, CA**

PLAINTIFF:

**UNITED STATES OF AMERICA**

DEFENDANT:

**FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **PROOF OF SERVICE** | DATE | | TIME | DEPT/DIV. | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: **MADHURI GUPTA**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**5822 PASEO MAGELLAN**
**ANAHEIM, CA 92806**

ON: **November 21, 2010**
AT: **06:05 pm**

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 185lbs, 5'8", Middle Eastern male

Manner of service  In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO (510) 548-7070
Ref No. or File No

ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR          RAMONA  BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MADHURI GUPTA

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

As enumerated below:

11/18/2010  08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010  11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010  06:05 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", gray hair, Middle Eastern male.

Fee for Service: 25.00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order#. EAS17816/GProof40

- CURTIS G. BERKEY, ESQ.
  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
  2030 ADDISON STREET, SUITE #410  BERKELEY, CA 94704

TELEPHONE NO. (510) 548-7070                    FAX NO. (Optional)

E-MAIL ADDRESS (Optional)                        SBN: #195485

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> MADHURI GUPTA
> 6822 PASEO MAGELLAN
> ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information, contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS17816/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Michael J. Hakola
1907 Robinson Ave., #101
San Diego, CA 92104

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNA

By . , Deputy Clerk

OCT 15 2009

DATE

Summons in a Civil Action

Page 1 of 2

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Ref. No. or File No.: RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL J. HAKOLA - 60ish, 180lbs, 5'10", brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1907 ROBINSON AVENUE, # 101
SAN DIEGO, CA 92104

ON: February 25, 2011
AT: 01:30 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 2, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS19154/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐
    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JAMES HAWKINS
4540 CAMPUS DR
NEWPORT BEACH  CA  92660

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____ * ____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    OCT 1 5 2009

CLERK                                     DATE

C. ECCA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\144331 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.:     RAMONA BAND

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JAMES HAWKINS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4540 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

ON: December 3, 2010
AT: 04:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
DIANE CHANDLER; CO-OCCUPANT -

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____

ARTURO CHARYA

## PROOF OF SERVICE

Order# CAS11913SProof05

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704                               Ref. No. or File No.
ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR          RAMONA BAND
Insert name of court, judicial district or branch court if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. JAMES HAWKINS

4540 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

As enumerated below:

11/16/2010  10:07 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/19/2010  04:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010  12:18 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  04:50 pm
HOME - SUB-SERVICE TO DIANE CHANDLER; CO-OCCUPANT.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
ARTURO CHARYA

DECLARATION OF DILIGENCE

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO.: (510) 548-7070      FAX NO. (Optional):
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE | DAY. | TIME | DEPT.: | |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | |

CASE NUMBER:
51-cv-1247-GT-RBB

Ref No. or File No.:
RAMONA BAND

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

JAMES HAWKINS
4540 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature:

PROOF OF SERVICE BY MAIL

Order# EAS:7613/GProof

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DONALD HESS
2133 S LOARA ST
ANAHEIM CA  92802

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECINA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14430\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
,CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR

Ref No or File No   RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME. | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DONALD HESS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

ON: November 21; 2010
AT: 08:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2; 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 185lbs, 5'8", gray hair, Middle Eastern male

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature:

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order: EAS17817/GP/rcd/36

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
,CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref. No. or File No.

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR        RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DONALD HESS

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

As enumerated below:

11/18/2010 08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:05 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", gray hair, Middle Eastern male.

Fee for Service: 50.00
County: LOS ANGELES
Registration No: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order# EAS17817/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> DONALD HESS
> 5822 PASEO MAGELLAN
> ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010

Signature:

PROOF OF SERVICE BY MAIL

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California.
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CURTIS HESS
2133 S LOARA ST
ANAHEIM CA 92802

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

C. ECINA

By _____, Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14435\1 May 5, 1999 (11:34 am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NO FOR COURT USE ONLY

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No:

ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CURTIS HESS

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5822 PASEO MAGELLAN
ANAHEIM, CA 92805

ON: November 21, 2010
AT: 06:05 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME - 50ish, 185lbs, 5'8", gray hair, Middle Eastern male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# FAS17815/GProof08

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

(510) 548-7070

Ref No. or File No

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR            RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B):

PARTY SERVED: CURTIS HESS

5822 PASEO MAGELLAN
ANAHEIM, CA 92806

As enumerated below:

11/18/2010 08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 11:05 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 06:05 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT THAT REFUSED TO PROVIDE HIS NAME; 50ish, 185lbs, 5'8", gray hair, Middle Eastern male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order# EAS17818/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or Fee No. RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD , SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

CURTIS HESS
5822 PASEO MAGELLAN
ANAHEIM, CA 92806

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order# EAS178t6/GProof

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et □
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Davin Higginbothan
29086 Falling Water Dr.
Romoland, CA 92585

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                    □

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By      C. ECIJA , Deputy Clerk

Summons in a Civil Action

: ODMA\PCDOCS\WORDPERFECT\14447\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| CURTIS G BERKEY | | | | |
| ALEXANDER BERKEY, WILLIAMS & WEATHERS | | | | |
| 2030 ADDISON STREET | | | | |
| SUITE 410 | | | | |
| Berkeley, CA 94704 | | | | |
| *Telephone No:* 510-548-7070 | | | | |
| CBERKEY@ABWWLAW.COM | | *Ref. No. or File No:* | | |
| *Attorney for:* Plaintiff | | | | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept Div:* | *Case Number:* |
|---|---|---|---|---|
| SUMMONS IN A CIVIL CASE | | | | 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

*3. a. Party served:*      DAVIN HIGGINBOTHAN
     *b. Person served:*      Cherise Higginbothan - Daughter

*4. Address where the party was served:*      29086 FALLING WATER DRIVE
     Romoland (Ethanac), CA 92585

*5. I served the party:*
     b. by substituted service. On: Fri., Apr. 15, 2011 at: 2:40PM by leaving the copies with or in the presence of:
         Cherise Higginbothan - Daughter
     (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
     (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20) I mailed the document on: Tue., Apr. 19, 2011 from: Temecula, CA

*7. Person Who Served Papers:*                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. Surya Von Rosen                   d. *The Fee for Service was:*    $40.00
     b. Premier Legal Solutions           e. I am: (3) registered California process server
         12 Cerrito                         *(i)* Owner
         Irvine, CA 92612                   *(ii)* Registration No.:    1505
     c. 949-480-1182, FAX 949-480-1217        *(iii)* County:      Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Tue, Apr. 19, 2011

                                            (Surya Von Rosen)

Judicial Council Form
Rule 2.150(a)&(h) Rev January 1, 2007        PROOF OF SERVICE
SUMMONS IN A CIVIL CASE        nacuteberkey.13769

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref No or File No: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAVIN HIGGINBOTHAN as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 04/10/11 | 3:40pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 29086 FALLING WATER DRIVE Romoland (Ethanac) CA 92585. |
| Wed | 04/13/11 | 7:05am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen. Attempt at: 29086 FALLING WATER DRIVE Romoland (Ethanac) CA 92585. |
| Fri | 04/15/11 | 2:40pm | Home | Substituted Service on: DAVIN HIGGINBOTHAN Home - 29086 FALLING WATER DRIVE Romoland (Ethanac), CA 92585 by Serving: Cherise Higginbothan - Daughter Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Tue | 04/19/11 | | | Mailed copy of Documents to: DAVIN HIGGINBOTHAN |

3. *Person Executing*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was* $40.00
e. *I am:* (3) registered California process server
   (i) Owner
   (ii) *Registration No.:* 1505
   (iii) *County:* Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Apr. 19, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

.inctil.maelroy.13209

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Leta Higginbothan
29086 Falling Water Dr.
Romoland. CA 92585

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFFS ATTORNEY

Curtis G. Berkey
ALEXANDER. BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                     ☐

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    10-15-09

**CLERK**                                                          **DATE**

By          **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

: ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

*Itt=Nay or Party without Attorney:*
**CURTIS G BERKEY**
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA 94704
*Telephone No:* 510-548-7070
CBERKEY@ABWWLAW.COM
*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*For Court Use Only*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| **SUMMONS IN A CIVIL CASE** | | | | 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

*3. a. Party served:* LETA HIGGINBOTHAN
   *b. Person served:* CHERISE HIGGINBOTHAN - DAUGHTER

*4. Address where the party was served:* 29086 FALLING WATER DRIVE
Romoland (Ethanac), CA 92585

*5. I served the party:*
   b. by substituted service. On: Fri., Apr. 15, 2011 at: 2:40PM by leaving the copies with or in the presence of:
   CHERISE HIGGINBOTHAN - DAUGHTER
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Apr. 19, 2011 from: TEMECULA, CA

*7. Person Who Served Papers:*
   a: Surya Von Rosen
   b. Premier Legal Solutions
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

*Recoverable Cost Per CCP 1033.5(a)(4)(B)*
   d. *The Fee for Service was:* $40.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) *Registration No.:* 1505
      (iii) *County:* Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Apr. 19, 2011.

Surya Von Rosen                      anctil.berkey.13210

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

Attorney or Party without Attorney:
**CURTIS G BERKEY**
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA 94704
Telephone No: 510-548-7070

Ref. No. or File No.:

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF** | Hearing Date: | Time: | Dept/Div: | Case Number: |
| **REASONABLE DILIGENCE** | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LETA HIGGINBOTHAN as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA-INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|-----|------|------|----------|---------|
| Sun | 04/10/11 | 3:40pm | Home | No answer at address  Did not appear to be anyone home.; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at; 29086 FALLING WATER DRIVE  Romoland (Ethanac) CA 92585. |
| Wed | 04/13/11 | 7:05am | Home | No answer at address  Did not appear to be anyone home.; Attempt made by: Surya Von Rosen. Attempt at: 29086 FALLING WATER DRIVE  Romoland (Ethanac) CA 92585. |
| Fri | 04/15/11 | 2:40pm | Home | Substituted Service on: LETA HIGGINBOTHAN Home - 29086 FALLING WATER DRIVE Romoland (Ethanac), CA 92585  by Serving: CHERISE HIGGINBOTHAN - DAUGHTER Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Tue | 04/19/11 | | | Mailed copy of Documents to: LETA HIGGINBOTHAN |

5. *Person Executing*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $40.00
e. *I am:* (3) registered California process server
   *(i)* Owner
   *(ii)* Registration No.:  1505
   *(iii)* County:  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Apr. 19, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

angid mcelroy.13210

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHLEEN HILE
9438 S PARISE DR
WHITTIER CA 90603

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 84704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFBCT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP05 (510) 548-7070
.CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704                          Ref No or File No

ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR          RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KATHLEEN HILE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

9438 S PARISE DRIVE
WHITTIER, CA 90603

ON: December 4, 2010
AT: 08:21 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JAMES HILE; CO-OCCUPANT - 86ish, 150lbs, 5'5", gray hair, Caucasian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 21, 2010.

Signature: _____
ARTURO RUIZ

## PROOF OF SERVICE

Order: EAS1805B/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
.CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR

RAMONA BAND

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME. | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: KATHLEEN HILE

9438 S PARISE DRIVE
WHITTIER, CA 90603

As enumerated below:

11/30/2010 12:10 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 10:30 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010 06:45 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 08:21 pm
HOME - SUB-SERVICE TO JAMES HILE; CO-OCCUPANT; 86ish, 150lbs, 5'5", gray hair, Caucasian male.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6406
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ARTURO RUIZ

DECLARATION OF DILIGENCE

Order# EAS18056/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO.: **(510) 548-7070**          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | RAMONA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> KATHLEEN HILE
> 9438 S PARISE DRIVE
> WHITTIER, CA 90603

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50 : 00
County: Sonoma P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010.**

Signature:

**PROOF OF SERVICE BY MAIL**

Dtdoct EAS18058/GProof/

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et · ☐
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CLARA HODGES
19021 FARIMAN DR
CARSON CA 90746

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: (510) 548-7070 | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | |

ATTORNEY FOR (Name):  PLAINTIFF-INTERVENOR

Ref No or File No.:  RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: CLARA HODGES - 5'9", 50ish, 205lbs, African-American male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

19021 FARIMAN DRIVE
CARSON, CA 90746

ON: December 5, 2010
AT: 08:25 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18059/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al.

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT HOUSEHOLDER
111 SOUTH K ST
OXNARD CA 93030

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECINA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   TELEPHONE NO   FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704   | Ref No. or File No.
ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR   |   RAMONA BAND
Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT HOUSEHOLDER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

111 SOUTH K STREET
OXNARD, CA 93030

ON: November 30, 2010
AT: 10:13 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ETHEL HOUSEHOLDER; CO-OCCUPANT - 24ish, 5'6", 130lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure:

Fee for Service: 50.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 23, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order# EAS18061/GP/foo/38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref. No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR          RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
'SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness   The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ROBERT HOUSEHOLDER

111 SOUTH K STREET
OXNARD, CA 93030

As enumerated below:

11/28/2010 07:04 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010 09:12 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010 10:13 am
HOME - SUB-SERVICE TO ETHEL HOUSEHOLDER; CO-OCCUPANT; 24ish, 5'6", 130lbs, brown hair, Caucasian female.

Fee for Service: 50.00
County:  VENTURA
Registration No.:  422
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

RICHARD MEYER

DECLARATION OF DILIGENCE

Order: EAS18061/GPrso440

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO.| (510) 548-7070 ·

FAX NO. (Optional).

E-MAIL ADDRESS (Optional)

STREET ADDRESS.
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME.

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER
51-cv-1247-GT-RBB

| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY | TIME | DEPT: | Ref No. or File No. ; RAMONA BAND |
|---|---|---|---|---|---|

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of VENTURA, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **ROBERT HOUSEHOLDER**
> **111 SOUTH K STREET**
> **OXNARD, CA 93030**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit

Fee for Service: 50.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

Julie Anne Mndrcwsti

**PROOF OF SERVICE BY MAIL**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ETHEL HOUSEHOLDER
111 SOUTH K ST
OXNARD CA 93030

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ , days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| C. ECNA | |
| By            , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR

Ref. No. or File No.     RAMONA BAND

Insert name of court, judicial district or branch court if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

*Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents*

ON: ETHEL HOUSEHOLDER

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

111 SOUTH K STREET
OXNARD, CA 93030

ON: November 30, 2010
AT: 10:13 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ETHEL HOUSEHOLDER; CO-OCCUPANT - 24ish, 5'6", 130lbs, brown hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
RICHARD MEYER

## PROOF OF SERVICE

Order# EAS18062/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO: (510) 548-7070

ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR

Ref. No. or File No.
RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|---|
| | | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ETHEL HOUSEHOLDER

111 SOUTH K STREET
OXNARD, CA 93030

As enumerated below:

11/28/2010 07:04 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010 09:12 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010 10:13 pm
HOME - SUB-SERVICE TO ETHEL HOUSEHOLDER; CO-OCCUPANT; 24ish, 5'6", 130lbs, brown hair, Caucasian female.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD; SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

RICHARD MEYER

## DECLARATION OF DILIGENCE

Order# EAS18002#3Proof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070        FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE:
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of VENTURA, State of California  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, SUITE # A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ETHEL HOUSEHOLDER
111 SOUTH K STREET
OXNARD, CA 93030

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, SUITE
# A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury that the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, (2010)

Signature

PROOF OF SERVICE BY MAIL

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DANNY ILOSKI
1326 COUNTRY CLUB DR
ESCONDIDO  CA  92029

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | | |
|---|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | (510) 548-7070 | |

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| ATTORNEY FOR (Name) | PLAINTIFF-INTERVENOR | Ref. No. or File No | RAMONA BAND |
|---|---|---|---|

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF.

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DANNY ILOSKI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1326 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

ON: December 5, 2010
AT: 04:50 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 42ish, 5'7", 160lbs, black hair, Caucasian female

Manner of service  In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

JAIME TORRES

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  TELEPHONE No.

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP5 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR     RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: DANNY ILOSKI

1326 COUNTRY CLUB DRIVE
ESCONDIDO, CA 92029

As enumerated below:

12/03/2010 02:43 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010 07:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010 04:50 pm
HOME - SUB-SERVICE "JANE DOE"; CO-OCCUPANT; 42ish, 5'7", 160lbs, black hair, Caucasian female.

Fee for Service: 25.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature._____
JAIME TORRES

DECLARATION OF DILIGENCE

Order# EAS18066/GProof40

| CURTIS G. BERKEY, ESQ. | | | SBN: # 195485. | | FOR COURT USE ONLY |
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | | | |
| 2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704 | | | | | |

TELEPHONE NO : (510) 548-7070                     FAX NO. (Optional)

E MAIL ADDRESS (Optional)

STREET ADDRESS

MAILING ADDRESS -

CITY AND ZIP CODE

BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each). **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| | HEARING DATE | DAY. | TIME. | DEPT.: | Ref No. or File No : |
| **PROOF OF SERVICE BY MAIL** | | | | | CASE NUMBER **51-cv-1247-GT-RBB** |
| | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **DANNY ILOSKI**
> **1326 COUNTRY CLUB DRIVE**
> **ESCONDIDO, CA 92029**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486
SANTA ROSA, CA 95401
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS18068/GProof7