Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BARBARA ROBINSON
466 W CALDWELL ST
COMPTON CA 90220

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECINA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704
ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR
Insert name of court, judicial district or branch court, if any:

Ref No. or File No.: RAMONA BAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: BARBARA ROBINSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

466 W CALDWELL STREET
COMPTON, CA 90220

ON: December 8, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 15, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
ERIC ROBINSON; CO-OCCUPANT - 50ish, 5'8", 200lbs. gray hair, African-American male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS1B115/GProof3A

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| | Ref. No. or File No.: |
|---|---|
| ATTORNEY FOR (Name)  PLAINTIFF-INTERVENOR | RAMONA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| DECLARATION OF DILIGENCE | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: BARBARA ROBINSON

466 W CALDWELL STREET
COMPTON, CA 90220

As enumerated below:

11/28/2010  11:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010  04:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  09:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  04:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  01:30 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/08/2010  10:00 am
HOME - SUB-SERVICE TO ERIC ROBINSON; CO-OCCUPANT; 50ish, 5'8", 200lbs, gray hair, African-American male.

(CONTINUED ON NEXT PAGE)

Order# EAS18115/GProof40

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: (510) 548-7070 | | |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR | RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

(CONTINUED FROM PREVIOUS PAGE)

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

**DECLARATION OF DILIGENCE**

Order# EAS18115/GProd40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP    SBN: # 195485
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

TELEPHONE NO: (510) 548-7070          FAX NO (Optional):
E MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each)  UNITED STATES OF AMERICA

DEFENDANT (name each)  FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE | DAY | TIME | DEPT: |
|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | |

CASE NUMBER
51-cv-1247-GT-RBB

Ref No. or File No :
RAMONA BAND

FOR COURT USE ONLY

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 15, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

BARBARA ROBINSON
466 W CALDWELL STREET
COMPTON, CA 90220

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010

Signature:

PROOF OF SERVICE BY MAIL

Order: EAS181/15/OPmrX07

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et **☒**

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Rafael Romo
56575 Valley View Lane
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

**☒**

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNU | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | TELEPHONE No.: (510) 548-7070 | | |
|---|---|---|---|
| ATTORNEY FOR (Name): **PLAINTIFF-INTERVENOR** | Ref. No. or File No.: **RAMONA BAND** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV. | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: RAFAEL ROMO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

56576 VALLEY VIEW LANE
ANZA, CA 92539

ON: February 13, 2011
AT: 11:25 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

**PROOF OF SERVICE**

Order#: EAS19157/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Beatriz Romo
56575 Valley View Lane
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  TELEPHONE NO.: (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR | Ref No. or File No: RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: BEATRIZ ROMO

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

56575 VALLEY VIEW LANE
ANZA, CA 92539

ON: February 13, 2011
AT: 11:25 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS19168/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

*SUMMONS IN A CIVIL ACTION*

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PASCUAL SANCHEZ
3302 S TOWNER ST
SANTA ANA CA 92707

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the *complaint which is herewith served* upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| By _____ , Deputy Clerk |  |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | (510) 548-7070 | |

| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT.**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPUTY | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: PASCUAL SANCHEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3303 S TOWNER STREET
SANTA ANA, CA 92707

ON: November 23, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME - 40ish, 5'8", 180lbs, Hispanic male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: **25.00**

County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  TELEPHONE NO (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704                          Ref No or File No
ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR       RAMONA BAND

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: PASCUAL SANCHEZ

3303 S TOWNER STREET
SANTA ANA, CA 92707

As enumerated below:

11/18/2010 09:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 12:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/21/2010 05:05 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 10:00 am
HOME - SUB-SERVICE TO "JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME; 40ish, 5'8", 180lbs, Hispanic male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

| | | | | | |
|---|---|---|---|---|---|
| CURTIS G. BERKEY, ESQ.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 ADDISON STREET, SUITE # 410 BERKELEY, CA 94704 | | | | SBN: # 195485 | FOR COURT USE ONLY |
| TELEPHONE NO: (510) 548-7070 | | FAX NO (Optional) | | | |
| E-MAIL ADDRESS (Optional) | | | | | |
| STREET ADDRESS | | | | | |
| MAILING ADDRESS | | | | | |
| CITY AND ZIP CODE | | | | | |
| BRANCH NAME | | | | | |

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | CASE NUMBER<br>51-cv-1247-GT-RBB |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY: | TIME: | DEPT.: | Ref No or File No :<br>**RAMONA BAND** |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

**PASCUAL SANCHEZ**
**3303 S TOWNER STREET**
**SANTA ANA, CA 92707**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature:

**PROOF OF SERVICE BY MAIL**

Order# EAS17853/GProof7

Summons in a Civil Action (Rev. 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARTHA SANCHEZ
3302 S TOWNER ST
SANTA ANA CA 92707

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECoBA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

:ODMA\PCDOCS\WORDPERFECT\14450\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO (510) 548-7070

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR

Ref. No or File No   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE. | TIME | DEPT/DIV | CASE NUMBER. 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARTHA SANCHEZ

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

3303 S TOWNER STREET
SANTA ANA, CA 92707

ON: November 23, 2010
AT: 10:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM SANTA ROSA.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME - 40ish, 5'8", 180lbs, Hispanic male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17852/GPro038

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070

CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

| ATTORNEY FOR (Name): | PLAINTIFF-INTERVENOR | Ref No. or File No. | RAMONA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **DECLARATION OF DILIGENCE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: **MARTHA SANCHEZ**

**3303 S TOWNER STREET**
**SANTA ANA, CA 92707**

As enumerated below;

**11/18/2010 09:35 am**

   HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/20/2010 12:00 pm**

   HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/21/2010 05:05 pm**

   HOME - NO RESPONSE AT GIVEN ADDRESS.

**11/23/2010 10:00 am**

   HOME - SUB-SERVICE TO "JOHN DOE"; ADULT OCCUPANT THAT REFUSED HIS NAME; 40ish, 5'8", 180lbs, Hispanic male.

Fee for Service: **50.00**

County: **LOS ANGELES**
Registration No: **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

# DECLARATION OF DILIGENCE

Order# EAS17852/GProd40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP          SBN: # 195485
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional)

E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF(name each): **UNITED STATES OF AMERICA**

DEFENDANT(name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP. 1013(a)]

MARTHA SANCHEZ
3303 S TOWNER STREET
SANTA ANA, CA 92707

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS17852/GJProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

*SUMMONS IN A CIVIL ACTION*

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ERIC SCHROEDER
333 VALLEY VISTA DR
CAMARILLO CA 93010

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER; BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

☐

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | TELEPHONE NO:<br>(510) 548-7070 | |
|---|---|---|
| ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR. | Ref. No. or File No.<br>RAMONA BAND | |
| Insert name of court, judicial district or branch court  if any<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>, CA | | |
| PLAINTIFF<br>UNITED STATES OF AMERICA | | |
| DEFENDANT<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.. | | |

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER.<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ERIC SCHROEDER - 33ish, 170lbs, 5'10", brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH *THE ABOVE NAMED PERSON* A
COPY THEREOF, AT:

333 VALLEY VISTA DRIVE
CAMARILLO, CA 93010

ON: December 17, 2010
AT: 06:51 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 21, 2010

Signature: _____
RICHARD MEYER

## PROOF OF SERVICE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DORIS SCHUBERT
30480 HIGHWAY 95 NO 4
BLYTHE CA 92225

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECNA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

(510) 548-7070

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

Ref. No. or File No.   RAMONA BAND

Insert name of court, judicial district or branch court if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DORIS SCHUBERT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

30480 HIGHWAY 95, #4
BLYTHE, CA 92225

ON: December 14, 2010
AT: 07:28 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order#: EAS18124/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT SCOTT
287 S ROBERTSON NO 224
BEVERLY HILLS CA  90211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                        , Deputy Clerk | |

Summons In a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY                      (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| Ref. No. or File No. |
|---|

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR    RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
|  |  |  |  | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ROBERT SCOTT

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

287 S. ROBERTSON, #224
BEVERLY HILLS, CA 90211

ON: December 3, 2010
AT: 11:30 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 37ish, 5'11", 175lbs, black hair, Caucasian male

.

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County:  ORANGE
Registration No.:  1687
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:
LUIS ARELLANO

## 'PROOF OF SERVICE

Order# EAS1B125/GProof38

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704                    Tel (510) 548-7070

ATTORNEY FOR (Name):    PLAINTIFF-INTERVENOR      Ref. No. or File No.    RAMONA BAND

Insert name of court, judicial district or branch court, if any :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
|  |  |  |  | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: ROBERT SCOTT

287 S. ROBERTSON, #224
BEVERLY HILLS, CA 90211

As enumerated below:

11/26/2010  06:20 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  02:01 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/28/2010  12:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  11:30 am
HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 37ish, 5'11", 175lbs, black hair, Caucasian male.

Fee for Service: 50.00
County: ORANGE
Registration No.: 1687
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, STE #
486
SANTA ROSA, CA 95407
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

LUIS ARELLANO

## DECLARATION OF DILIGENCE

Order# EAS16125/GProc(4)

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

SBN: # 195485

FOR COURT USE ONLY

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE: ,
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, STE # 486, SANTA ROSA, CA 95407.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ROBERT SCOTT
287 S. ROBERTSON #224
BEVERLY HILLS, CA 90211

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma  P459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, STE #
486
SANTA ROSA, CA 95407
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature:

Julie Anne Magruski

PROOF OF SERVICE BY MAIL

Order: EXS18125/GProof:

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ELIAS SHEHADI
20841 BEACHWOOD LN
HUNTINGTON BEACH  CA  92646

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECHA

By _____ , Deputy Clerk

OCT 15 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
:2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.  (510) 548-7070

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR

Ref No or File No.    RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: ELIAS SHEHADI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

ON: November 27, 2010
AT: 10:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MICHAEL STACK; CO-OCCUPANT - 25ish, 5'7", 170lbs, black hair, dark skinned male

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service. 25.00
County: LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 22 , 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17863/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.: (510) 548-7070

Ref No. or File No.
RAMONA BAND

ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER. 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. ELIAS SHEHADI

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

As enumerated below:

11/20/2010 09:20 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010  11:35 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/26/2010  09:40 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  10:10 am
    HOME - SUB-SERVICE TO MICHAEL STACK; CO-OCCUPANT; 25ish, 5'7", 170lbs, black hair, dark skinned male.

Fee for Service. 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410 BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO: (510) 548-7070   FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF(name each) UNITED STATES OF AMERICA

DEFENDANT(name each) FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | | | | |
|---|---|---|---|---|
| CASE NUMBER | | | | 51-cv-1247-GT-RBB |

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME. | DEPT: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

ELIAS SHEHADI
20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature
Title Anne Magdowski

PROOF OF SERVICE BY MAIL

Order# EAS17855ACProof1

Summons in a Civil Action (Rev. 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SOHEIR SHEHADI
20841 BEACHWOOD LN
HUNTINGTON BEACH  CA  92646

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECANA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP 01 (510) 548-7070.
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.

ATTORNEY FOR (Name):     PLAINTIFF-INTERVENOR | RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME. | DEPT./DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: SOHEIR SHEHADI

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

ON: November 27, 2010
AT: 10:10 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MICHAEL STACK; CO-OCCUPANT - 25ish, 5'7", 170lbs, black hair, dark skinned male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

Order# EAS178584GP/roP38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TEL (510) 548-7070

ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR

Ref. No. or File No. RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: SOHEIR SHEHADI

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

As enumerated below:

11/20/2010 09:20 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/23/2010 11:35 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/26/2010 09:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010 10:10 am
HOME - SUB-SERVICE TO MICHAEL STACK; CO-OCCUPANT; 25ish, 5'7", 170lbs, black hair, dark skinned male.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

Order EAS17856/GProc/40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP.
2030 ADDISON STREET, SUITE # 410 · BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO.: **(510) 548-7070**        FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional)*:

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF *(name each):* UNITED STATES OF AMERICA

DEFENDANT *(name each):* FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE | DAY | TIME | DEPT | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | RAMONA BAND |

CASE NUMBER:
51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> SOHEIR SHEHADI
> 20841 BEACHWOOD LANE
> HUNTINGTON BEACH, CA 92646

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County: Sonoma  P459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature

PROOF OF SERVICE BY MAIL

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Greg Simpson
41025 Preakness Court
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNA

By _____ , Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO: (510) 548-7070

Ref. No. or File No.

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR    RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME. | DEPT/DIV. | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

### UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GREG SIMPSON - 45ish, 200lbs, 6', brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

41025 PREAKNESS COURT
AGUANGA, CA 92536

ON: February 13, 2011
AT: 10:00 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
ROBERT SEE

### PROOF OF SERVICE

Order#: EAS19159/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MICHAEL STACK
4951 PARK PL
YORBA LINDA CA 92886

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECANA | |
| By                , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): (510) 548-7070 | | | | |
|---|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | | |

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Ref No. or File No.: RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE. | TIME. | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MICHAEL STACK - 25ish; 5'7", 170lbs, black hair, dark skinned male.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

20841 BEACHWOOD LANE
HUNTINGTON BEACH, CA 92646

ON: November 27, 2010
AT: 10:10 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EA517857/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JANE STEHLY
14153 KELOWNA LN
VALLEY CENTER CA 92082

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.  (510) 548-7070

Ref. No. or File No.

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR   RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: JANE STEHLY

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

14153 KELOWNA LANE
VALLEY CENTER, CA 92082

ON: December 11, 2010
AT: 01:26 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT - 40ish, 5'8", 180lbs, black hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order: EAS1B128/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP,
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TELEPHONE NO. (510) 548-7070

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Ref No. or File No.: RAMONA BAND

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve
said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service.
Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: JANE STEHLY

14153 KELOWNA LANE
VALLEY CENTER, CA 92082

As enumerated below;

12/08/2010 09:08 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/10/2010 06:38 pm
HOME - NO REPONSE AT GIEVN ADDRESS.

12/11/2010 01:25 pm
HOME - SUB-SERVED TO "JOHN DOE"; CO-OCCUPANT; 40ish, 5'8", 180lbs, black hair, Caucasian male.

Fee for Service: 50.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 23, 2010.

Signature: _____
JAIME TORRES

## DECLARATION OF DILIGENCE

Order# EAS16128/GProof40

CURTIS G. BERKEY, ESQ.  SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

TELEPHONE NO: (510) 548-7070     FAX NO. (Optional):
E MAIL ADDRESS (Optional):

STREET ADDRESS ·
MAILING ADDRESS·
CITY AND ZIP CODE
BRANCH NAME.

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME · | DEPT: | Ref No  or File No :  RAMONA BAND |
|---|---|---|---|---|---|

FOR COURT USE ONLY

CASE NUMBER:
51-cv-1247-GT-RBB

I am a citizen of the United States and employed In the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486; SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

JANE STEHLY
14153 KELOWNA LANE
VALLEY CENTER, CA 92082

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: SONOMA P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information· contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 29, 2010.

Signature:

PROOF OF SERVICE BY MAIL

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,.
CAHUILLA BAND OF INDIANS. et ◼
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GERALD STRAW
1059 BEACON BAY DR
CARLSBAD CA, 92009

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkelay, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECUM

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | | FOR COURT USE ONLY |
|---|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP CURTIS G. BERKEY, ESQ., # 195485 2030 ADDISON STREET, SUITE # 410 BERKELEY, CA  94704 | | (510) 548-7070 | | |
| ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR | Ref. No. or File No. RAMONA BAND | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME. | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: GERALD STRAW

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1059 SEACON BAY DRIVE
CARLSBAD, CA 92009

ON: December 8, 2010
AT: 07:51 pm

Manner of service  In compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  VENTURA
Registration No.:  422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 31, 2010.

Signature: _____
RICHARD MEYER

## PROOF OF SERVICE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Ruth Stump
54850 Cave Rock Rd.
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

(510) 548-7070

| | Ref. No. or File No. |
| ATTORNEY FOR (Name):   **PLAINTIFF-INTERVENOR** | **RAMONA BAND** |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents

ON: RUTH STUMP

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

54850 CAVE ROCK ROAD
ANZA, CA 92539

ON:
AT:

**Manner of service** In compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B West College Avenue, #486**
**Santa Rosa, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **March 1, 2011.**

Signature: _____
**ROBERT SEE**

## PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO.   (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR   Ref. No. or File No   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on February 8, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: RUTH STUMP

54850 CAVE ROCK ROAD
ANZA, CA 92539

As enumerated below:

02/10/2011  05:50 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/12/2011  02:15 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

02/13/2011  10:50 am
HOME - SUB-SERVICE TO GEORGE "DOE"; 70ish, 200lbs, 6', gray hair, Caucasian male.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature: _____
. ROBERT SEE

DECLARATION OF DILIGENCE

Order# EAS15175/GProof48

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070      FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS:
CITY AND ZIP CODE , CA
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER:
51-cv-1247-GT-RBB

| | HEARING DATE: | DAY. | TIME. | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | RAMONA BAND |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On March 1, 2011, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

RUTH STUMP
54850 CAVE ROCK ROAD
ANZA, CA 92539

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 25.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 1, 2011.

Signature:
Julie Anne Modowski

**PROOF OF SERVICE BY MAIL**

Order # EAS19171/GProd7

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

STURLA DEV
SERVE: MICHELLE URUCHURTU
558 PARSONS LN
SAN MARCOS CA 92069

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ___*___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    OCT 15 2009
CLERK                                      DATE

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | (510) 548-7070 | | |
|---|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | | |

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS·G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| | Ref. No. or File No. | |
|---|---|---|
| ATTORNEY FOR (Name):      PLAINTIFF-INTERVENOR | RAMONA BAND | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STURLA DEV

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

558 PARSONS LANE
SAN MARCOS, CA 92069

ON: December 4, 2010
AT: 05:20 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; ADULT OCCUPANT WHO REFUSED HIS NAME - 45ish, 5'6", 175lbs, brown hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County:  SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

JAIME TORRES

## PROOF OF SERVICE

Order# EAS18139/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  TELEPHONE NO (510) 548-7070
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS·G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name)      PLAINTIFF-INTERVENOR

Ref No) or File No     RAMONA BAND

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF
UNITED STATES OF AMERICA

DEFENDANT,
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED. STURLA DEV

      558 PARSONS LANE
      SAN MARCOS, CA 92069

As enumerated below:

12/02/2010  12:45 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/03/2010  08:26 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  05:20 pm
      HOME - SUB-SERVICE TO "JOHN DOE"; ADULT OCCUPANT WHO REFUSED HIS NAME; 45ish, 5'6", 175lbs, brown hair, Caucasian male.

Fee for Service: 50.00
   County: SAN DIEGO
   Registration No.: 1460
   EXCALIBUR ATTORNEY SERVICE
   1007 B. WEST COLLEGE AVENUE, SUITE
   # 486
   SANTA ROSA, CA 95401
   (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____
                  JAIME TORRES

DECLARATION OF DILIGENCE

Order# EAS18130/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

TELEPHONE NO.: **(510) 548-7070**                    FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE.
BRANCH NAME

FOR COURT USE ONLY

PLAINTIFF (name each): **UNITED STATES OF AMERICA**

DEFENDANT (name each): **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| | HEARING DATE | DAY | TIME. | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 9, 2010; I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint In Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

STURLA DEV
558 PARSONS LANE
SAN MARCOS, CA 92069

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: SONOMA
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: Julie Anne Magdaluyo

**PROOF OF SERVICE BY MAIL**

Order# EAS18130/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS: et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARGARET TAPIA
13819 BORA DR
LA MIRADA CA 90638

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNA

By _____ , Deputy Clerk

OCT 15 2009

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

TEL: (510) 548-7070

Ref. No. or File No.: RAMONA BAND

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF,

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE. | TIME | DEPT/DIV | CASE NUMBER: 51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARGARET TAPIA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

13819 BORA DRIVE
LA MIRADA, CA 90638

ON: December 10, 2010
AT: 09:50 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JOHN DOE"; CO-OCCUPANT – 50ish, 6'3", 240lbs, black hair, Caucasian male

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS18134/GProof36

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

| ATTORNEY FOR (Name) | PLAINTIFF-INTERVENOR | Ref No. or File No. | RAMONA BAND |
|---|---|---|---|

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: MARGARET TAPIA

13819 BORA DRIVE
LA MIRADA, CA 90638

As enumerated below:

11/27/2010  09:00 am.
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/29/2010  01:40 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/02/2010  04:00 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  08:00 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/10/2010  09:50 am
HOME - SUB-SERVICE TO "JOHN DOE"; CO-OCCUPANT; 50ish, 5'3", 240lbs, black hair, Caucasian male.

Fee for Service: 50 . 00
County: LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EA518134/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | HEARING DATE | DAY. | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | | **RAMONA BAND** |

CASE NUMBER
51-cv-1247-GT-RBB

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 13, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

MARGARET TAPIA
13819 BORA DRIVE
LA MIRADA, CA 90638

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:

PROOF OF SERVICE BY MAIL

Order# EAS16134/CProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TAUBENHAUS INC
SERVE: KAREN GOLDSMITH
REGISTERED AGENT
505 N TUSTIN AVE STE 190
SANTA ANA CA 92705

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECOM | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14431l May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP1 (510) 548-7070 | | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA 94704 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR | RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

ON: TAUBERHAUS INC. C/O KAREN GOLDSMITH, AGENT

AT: 505 N. TUSTIN AVENUE, SUITE 190
    SANTA ANA, CA 92705

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
"JANE DOE", PERSON APPARENTLY IN CHARGE - 50ish, 5'6", 165#, brown hair, Cauc. female

ON: 11/23/2010
AT: 09:20 am

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17658/GIYoo739

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>·2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA 94704 | | (510) 548-7070 | |

| ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR | Ref. No. or File No.<br>RAMONA BAND |
|---|---|

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: TAUBERHAUS INC. C/O KAREN GOLDSMITH, AGENT

505 N. TUSTIN AVENUE, SUITE 190
SANTA ANA, CA 92705

As enumerated below:

11/19/2010 08:00 am
WORK - NO ANSWER.

11/22/2010 04:20 pm
WORK - NO ANSWER.

11/23/2010 09:20 am
WORK - SUB-SERVED DEFENDANT BY SERVING: "JANE DOE", PERSON APPARENTLY IN CHARGE - 50yrs, 5'6", 165#, brown hair, Cauc. female.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17858/GProof40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070       FAX NO. (Optional)
E-MAIL ADDRESS (Optional).

STREET ADDRESS:
MAILING ADDRESS.
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD:, SUITE A368, RIVERSIDE, CA 92508.

On November 29, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

TAUBERHAUS INC. C/O KAREN GOLDSMITH, AGENT
505 N. TUSTIN AVENUE  SUITE 190
SANTA ANA, CA 92705

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ROSA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:  P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 7, 2011.

Signature:

PROOF OF SERVICE BY MAIL

Order#: EAS17858/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ▢
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

TERRA INV
261 N HIGHWAY 101 NO 1019
SOLANA BEACH CA 92075

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ___*___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECMA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) — TELEPHONE NO — FOR COURT USE ONLY

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP 01 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
.2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.

ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR

RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: TERRA INV

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

261 N HIGHWAY 101, #1019
SOLANA BEACH, CA 92075

ON: December 9, 2010
AT: 01:08 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 13, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; PERSON-IN-CHARGE - 26ish, 5'8", 150lbs, blond hair, Caucasian female

Manner of service in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010,

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order# FAS18135/GProof30

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | TEL NO. (510) 548-7070 | | FOR COURT USE ONLY |
|---|---|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA   94704

Ref. No. or File No. 

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR          RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| | DATE | TIME: | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| **DECLARATION OF DILIGENCE** | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: TERRA INV

261 N HIGHWAY 101, #1019
SOLANA BEACH, CA 92075

As enumerated below:

12/07/2010  07:15 am
> HOME - THE ADDRESS PROVIDED IS A POSTAL SERVICE CENTER CALLED "COSTAL POSTAL"; THE BUSINESS IS CLOSED AT THIS TIME.

12/08/2010  07:30 pm
> HOME - THE ADDRESS PROVIDED IS CLOSED AT THIS TIME.

12/09/2010  01:08 pm
> HOME - SUB-SERVICE TO "JANE DOE"; PERSON-IN-CHARGE; 25ish, 5'8", 150lbs, blond hair, Caucasian female.

Fee for Service: 50.00
County: SAN DIEGO
Registration No.: 1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

JAIME TORRES

**DECLARATION OF DILIGENCE**

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO : (510) 548-7070     FAX NO. (Optional)

E-MAIL ADDRESS (Optional):

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY. | TIME | DEPT.: | Ref No. or File No. :  RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SAN DIEGO, State of California. I am over the age of 18 and not a party to the within action. My business address is 1007 B. WEST COLLEGE AVENUE, SUITE # 486, SANTA ROSA, CA 95401.

On December 13, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

TERRA INV
261 N HIGHWAY 101  #1019
SOLANA BEACH, CA 92075

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 28, 2010.

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS18135/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DENISE THIBAULT
603 E PALM AVE
ORANGE  CA 92666

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 15 2009 |
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14431\1 May 5, 1999 (11:34 am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

| | Ref. No. or File No. |
ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | RAMONA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DENISE THIBAULT - 65ish, 5'4", 130lbs, blonde hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

603 E PALM AVENUE
ORANGE, CA 92666

ON: November 16, 2010
AT: 07:02 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No: 6406
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature. _____

ARTURO RUIZ

## PROOF OF SERVICE

Order#: EAS17859/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HOLLY TIMMS
5335 JAMESTOWN RD
SAN DIEGO CA 92117

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| **CLERK** | **DATE** |
| C. ECNA | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | (510) 548-7070 | |
| CURTIS G. BERKEY, ESQ., # 195485 | | |
| 2030 ADDISON STREET, SUITE # 410 | | |
| BERKELEY, CA  94704 | | |

| ATTORNEY FOR (Name): | Ref No. or File No.: |
|---|---|
| PLAINTIFF-INTERVENOR | RAMONA BAND |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE *HEREIN REFERRED* TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HOLLY TIMMS - 45ish, 5'7", 185lbs, black hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5335 JAMESTOWN ROAD
SAN DIEGO, CA 92117

ON: December 8, 2010
AT: 07:45 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County:  SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
JAIME TORRES

## PROOF OF SERVICE

Order#: EAS18136/GProof37

Summons In a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LYNDA TOTAH
26121 Calle Roberto
San Juan Capistrano, CA   92675

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 15 2009

CLERK

DATE

C. ECRA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

=ODMA\PCDOCS\WORDPERFECT\144431 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref No or Fee No

ATTORNEY FOR (Name)    PLAINTIFF-INTERVENOR        RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED
TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LYNDA TOTAH

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A
COPY THEREOF, AT:

26121 CALLE ROBERTO
SAN JUAN CAPISTRANO, CA 92675

ON: November 20, 2010
AT: 05:07 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF
SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY
FIRST CLASS MAIL, POSTAGE PREPAID, ON December 2, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
MORGAN TOTAH; CO-OCCUPANT - 45ish, 140lbs, 5'4", blonde hair, blue eyes

Manner of service  in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the
United States of America that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on December 18, 2010.

Signature: _____
           ARTURO CHARYA

## PROOF OF SERVICE

Order# EAS17800/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NO. (510) 548-7070 FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP1 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.

ATTORNEY FOR (Name) PLAINTIFF-INTERVENOR   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF**

UNITED STATES OF AMERICA

**DEFENDANT**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED. LYNDA TOTAH

26121 CALLE ROBERTO
SAN JUAN CAPISTRANO, CA 92675

As enumerated below:

11/14/2010 01:51 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/17/2010 07:10 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/20/2010 05:07 pm
HOME - SUB-SERVICE TO MORGAN TOTAH; CO-OCCUPANT; 45ish, 140lbs. 5'4", blonde hair, blue eyes.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 3587
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature:

ARTURO CHARYA

## DECLARATION OF DILIGENCE

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al,

CASE NUMBER:
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, SUITE A368, RIVERSIDE, CA 92508.

On December 2, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> LYNDA TOTAH
> 26121 CALLE ROBERTO
> SAN JUAN CAPISTRANO, CA 92675

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD, SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 18, 2010.

Signature:

PROOF OF SERVICE BY MAIL

Order EAS17860/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

HUYNH HOA TRAN
1883 ALMAGRO LN
ESCONDIDO CA 92026

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 84704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| By C. ECIVA , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | PHONE NO.: (510) 548-7070 |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | |
| CURTIS G. BERKEY, ESQ., # 195485 | | | |
| 2030 ADDISON STREET, SUITE # 410 | | | |
| BERKELEY, CA  94704 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name)  PLAINTIFF-INTERVENOR | | RAMONA BAND | |

insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
### DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: HUYNH HOA TRAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1883 ALMAGRO LANE
ESCONDIDO, CA 92026

ON: December 5, 2010
AT: 04:09 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
KEY TRAN; CO-OCCUPANT - 45ish, 5'5", 150lbs, black hair, Asian male

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

## PROOF OF SERVICE

Order# EAS1813T/GPProof36

ATTORNEY OR PARTY WITHOUT ATTORNEY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR

Ref. No. or File No:   RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT,

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 17, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: HUYNH HOA TRAN

1883 ALMAGRO LANE
ESCONDIDO, CA 92026

As enumerated below:

12/03/2010  01:50 pm
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/04/2010  07:00 am
    HOME - NO RESPONSE AT GIVEN ADDRESS.

12/05/2010  04:09 pm
    HOME - SUB-SERVICE TO KEY TRAN; CO-OCCUPANT; 45ish, 5'5", 150lbs, black hair, Asian male.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010

Signature: _____
ANTONIO DESHAWN OUTTEN

DECLARATION OF DILIGENCE

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO : (510) 548-7070      FAX NO (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME:

PLAINTIFF(name each) UNITED STATES OF AMERICA

DEFENDANT(name each) FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| | HEARING DATE: | DAY. | TIME | DEPT: | Ref No. or File No.: |
|---|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | | RAMONA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

HUYNH HOA TRAN
1883 ALMAGRO LANE
ESCONDIDO, CA 92026

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $0.00
County: Sonoma P-459
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 22, 2010.

Signature

PROOF OF SERVICE BY MAIL

Order # FAS18137/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MELVIN VEALE
2856 OSTROM AVE
LONG BEACH  CA  90815

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP 01 (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

Ref. No. or File No.

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR          RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MELVIN VEALE - 60ish, 185lbs, 5'8", gray hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2856 OSTROM AVENUE
LONG BEACH, CA 90815

ON: December 3, 2010
AT: 07:40 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18140/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHERINE VEALE
2856 OSTROM AVE
LONG BEACH CA 90815

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECUA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | |
|---|---|---|---|---|

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
`2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO. (510) 548-7070

| ATTORNEY FOR (Name): | PLAINTIFF-INTERVENOR |
|---|---|

Ref No or File No: RAMONA BAND

Insert name of court, Judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons: Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: KATHERINE VEALE - 60ish, 135lbs, 5'5", Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

2856 OSTROM AVENUE
LONG BEACH, CA 90815

ON: December 3, 2010
AT: 07:40 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order#: EAS18141/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

STANLEY VERGOT
10632 1/2 WHIPPLE ST
NORTH HOLLYWOOD  CA   1602

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                            ▣

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent Order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)   TELEPHONE NO.   FOR COURT USE ONLY
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

Ref. No. or File No.

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR       RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STANLEY VERGOT - 60ish, 170lbs, 5'10", brown hair, Caucasian male

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

10632 1/2 WHIPPLE STREET
NORTH HOLLYWOOD, CA 91602

ON: November 29, 2010
AT: 05:15 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

.

Fee for Service: 50.00
County:  VENTURA
Registration No.:  422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____
RICHARD MEYER

## PROOF OF SERVICE

Order#: EAS18142/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
            **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION.**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

NIKOLA VERGOT
10632 1/2 WHIPPLE ST
NORTH HOLLYWOOD CA 91602

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO:
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP1  (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

| ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR | Ref. No. or File No.   RAMONA BAND |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: NIKOLA VERGOT - 80ish, 150lbs, 5'9", Caucasian male.

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

10632 1/2 WHIPPLE STREET
NORTH HOLLYWOOD, CA 91602

ON: November 29, 2010
AT: 05:16 pm

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: VENTURA
Registration No.:  422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21, 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARY VERGOT
10632 1/2 WHIPPLE ST
NORTH HOLLYWOOD CA 91602

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ___*___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34 am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY ... Name ... Address | | |
|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | |
| CURTIS G. BERKEY, ESQ., # 195485 | (510) 548-7070 | |
| 2030 ADDISON STREET, SUITE # 410 | | |
| BERKELEY, CA 94704 | Ref. No. or File No | |
| ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | RAMONA BAND | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME: | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: MARY VERGOT - 60ish, 160lbs, 5'5", brown hair, Caucasian female

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

10632 1/2 WHIPPLE STREET
NORTH HOLLYWOOD, CA 91602

ON: November 29, 2010
AT: 05:16 pm

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County: VENTURA
Registration No.: 422
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 21 / 2010.

Signature: _____

RICHARD MEYER

## PROOF OF SERVICE

Order#: EAS18143/GProof37

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DAN VU
6465 ST LOUIS AVE
LONG BEACH CA 90805

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ___*___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (510) 548-7070 | | |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | | |
| ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR | Ref. No. or File No    RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF :

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: DAN VU

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

6455 ST LOUIS AVENUE
LONG BEACH, CA 90805

ON: December 1, 2010
AT: 08:35 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 38ish, 5'5", 150lbs, Asian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00

County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 28, 2010.

Signature: _____

ANTONIO DESHAWN OUTTEN

**PROOF OF SERVICE**

Order# EAS16145/GProof38

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO (510) 548-7070

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR

Ref. No. or File No:     RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 18, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED: DAN VU

      6465 ST LOUIS AVENUE
      LONG BEACH, CA 90805

As enumerated below:

11/28/2010 09:20 pm
      HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010 07:50 am
      HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010 08:35 am
      HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 38ish, 5'5", 150lbs, Asian female.

Fee for Service: 50.00
      County: LOS ANGELES
      Registration No.: 6437
      EXCALIBUR ATTORNEY SERVICES
      231 E. ALESSANDRO BOULEVARD.,
      SUITE A368
      RIVERSIDE, CA 92508
      (877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature: _____

      ANTONIO DESHAWN OUTTEN

# DECLARATION OF DILIGENCE

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070            FAX NO. (Optional)
E-MAIL ADDRESS (Optional)

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF (name each): UNITED STATES OF AMERICA

DEFENDANT (name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

**PROOF OF SERVICE BY MAIL**

| | HEARING DATE | DAY. | TIME | DEPT: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | RAMONA BAND |

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

DAN VU
6465 ST. LOUIS AVENUE
LONG BEACH, CA 90805

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County:
Registration No.: P-459
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature:
Julie Anne Hoadley

**PROOF OF SERVICE BY MAIL**

Order: EAS18145/GProof7

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et. □
VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Janell White
49875 Hopi Court
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service: If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT-IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*  Janell White

4. *Address where the party was served:*  49875 Hopi Court
   Aguanga, CA 92536

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 20, 2011 (2) at: 3:31PM

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $70.00
   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*  1505
      *(iii) County:*  Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Apr. 20, 2011*

   (Surya Von Rosen)

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS: et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

NELL WHITE
1421 E ST ANDREWS
SANTA ANA CA  92705

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel:  (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

C. ECNA

By _____, Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   TELEPHONE NO:
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704                 Ref. No. or File No.

ATTORNEY FOR (Name):   PLAINTIFF-INTERVENOR        RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

Summons; Ramona Band of Cahullla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: NELL WHITE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1421 E ST ANDREWS
SANTA ANA, CA 92705

ON: December 1, 2010
AT: 05:00 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON December 9, 2010 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
"JANE DOE"; CO-OCCUPANT - 40ish, 5'5", 165lbs, brown hair, Caucasian female

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 50.00
County: LOS ANGELES
Registration No.: 6437
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010.

Signature. _____

ANTONIO DESHAWN OUTTEN

## PROOF OF SERVICE

Order# EAS17861/GPproof38

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>CURTIS G. BERKEY, ESQ., # 195485<br>2030 ADDISON STREET, SUITE # 410<br>BERKELEY, CA  94704 | | (510) 548-7070 | |
| ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR | Ref No or File No<br>RAMONA BAND | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

**PLAINTIFF:**

UNITED STATES OF AMERICA

**DEFENDANT**

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on November 8, 2010 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: NELL WHITE

1421 E ST ANDREWS
SANTA ANA, CA 92705

As enumerated below:

11/21/2010  04:50 pm
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/24/2010  11:45 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/27/2010  08:15 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

11/30/2010  10:26 am
HOME - NO RESPONSE AT GIVEN ADDRESS.

12/01/2010  06:00 am
HOME - SUB-SERVICE TO "JANE DOE"; CO-OCCUPANT; 40ish, 5'5", 185lbs, brown hair, Caucasian female.

Fee for Service: 50 . 00
County:  LOS ANGELES
Registration No.:  6437
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23 , 2010

Signature: _____

ANTONIO DESHAWN OUTTEN

## DECLARATION OF DILIGENCE

Order# EAS17891/GProc#40

CURTIS G. BERKEY, ESQ.
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

SBN: # 195485

FOR COURT USE ONLY

TELEPHONE NO.: (510) 548-7070              FAX NO. (Optional)

E-MAIL ADDRESS (Optional):

STREET ADDRESS:
MAILING ADDRESS
CITY AND ZIP CODE
BRANCH NAME

PLAINTIFF(name each): UNITED STATES OF AMERICA

DEFENDANT(name each): FALLBROOK PUBLIC UTILITY DISTRICT, et al.

CASE NUMBER
51-cv-1247-GT-RBB

| PROOF OF SERVICE BY MAIL | HEARING DATE | DAY: | TIME | DEPT.: | Ref No. or File No.: RAMONA BAND |
|---|---|---|---|---|---|

I am a citizen of the United States and employed in the County of LOS ANGELES, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD., SUITE A368, RIVERSIDE, CA 92508.

On December 9, 2010, I mailed copies of the:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

NELL WHITE
1421 E ST ANDREWS
SANTA ANA, CA 92705

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonomap-450
Registration No.:
EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 23, 2010

Signature:

PROOF OF SERVICE BY MAIL

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Stanton Wilson
1458 Hedionda Ave.
Vista, CA 92081

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |
| C. EGNA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | |
|---|---|---|---|
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | (510) 548-7070 | | |

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
'2030 ADDISON STREET, SUITE # 410
BERKELEY,- CA  94704

ATTORNEY FOR (Name)     PLAINTIFF-INTERVENOR

Ref No. or File No. RAMONA BAND

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT'
SOUTHERN DISTRICT OF CALIFORNIA
 , CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER 51-cv-1247-GT-RBB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: STANTON WILSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1458 HEDIONDA AVENUE
VISTA, CA 92081

ON: February 26, 2011
AT: 10:50 am

Manner of service  in compliance with Federal Code of Civil Procedure.

Fee for Service: 25.00
County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 2, 2011.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Linda Wilson
1458 Hedionda Ave.
Vista, CA 92081

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER; BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. EGNA | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

'Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP   TELEPHONE NO (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

ATTORNEY FOR (Name)   PLAINTIFF-INTERVENOR   Ref No. or Fee No   RAMONA BAND

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV. | CASE NUMBER |
| --- | --- | --- | --- | --- |
| | | | | 51-cv-1247-GT-RBB |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents

ON: LINDA WILSON

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1458 HEDIONDA AVENUE
VISTA, CA 92081

ON: February 26, 2011
AT: 10:50 am

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION. I THEREAFTER MAILED THE COPIES, ADDRESSED AS SHOWN ABOVE, BY FIRST CLASS MAIL, POSTAGE PREPAID, ON February 28, 2011 FROM RIVERSIDE.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
STANTON WILSON; SPOUSE - 55ish, 180lbs, 6', salt & pepper hair, Caucasian male

**Manner of service** In compliance with Federal Rules of Civil Procedure.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
1007 B West College Avenue, #486
Santa Rosa, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 2, 2011**.

Signature: _____
ROBERT SEE

## PROOF OF SERVICE

Order# EAS19183/GProof38

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP (510) 548-7070
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA 94704

ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR

Ref. No. or File No.: RAMONA BAND

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:

UNITED STATES OF AMERICA

DEFENDANT:

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

I received the within process on February 8, 2011 and that after due and diligent effort I have been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

　　PARTY SERVED: LINDA WILSON

　　　　1458 HEDIONDA AVENUE
　　　　VISTA, CA 92081

As enumerated below:

02/21/2011 01:15 pm
　　HOME - NO RESPONSE AT GIVEN ADDRESS.

02/24/2011 06:30 pm
　　HOME - NO RESPONSE AT GIVEN ADDRESS.

02/26/2011 10:50 am
　　HOME - SUB-SERVICE TO STANTON WILSON; SPOUSE; 55ish, 180lbs, 6', salt & pepper hair, Caucasian male.

Fee for Service: 25.00
County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 2, 2011.

Signature: _____

ROBERT SEE

## DECLARATION OF DILIGENCE

Order# EAS19183/OProof43

| CURTIS G. BERKEY, ESQ.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 ADDISON STREET, SUITE # 410 · BERKELEY, CA 94704 | | SBN: # 195485 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| TELEPHONE NO : **(510) 548-7070** | FAX NO *(Optional)* | | | |
| E-MAIL ADDRESS *(Optional)* | | | | |
| STREET ADDRESS<br>MAILING ADDRESS<br>CITY AND ZIP CODE<br>BRANCH NAME | | | | |

| PLAINTIFF *(name each)* **UNITED STATES OF AMERICA** | | | | | CASE NUMBER |
|---|---|---|---|---|---|
| DEFENDANT *(name each)* **FALLBROOK PUBLIC UTILITY DISTRICT, et al:** | | | | | 51-cv-1247-GT-RBB |
| **PROOF OF SERVICE BY MAIL** | HEARING DATE | DAY. | TIME | DEPT. | Ref No or File No.:<br>**RAMONA BAND** |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California. I am over the age of 18 and not a party to the within action. My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On February 28, 2011, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed. with postage thereon fully prepaid. [CCP 1013(a)]

> **LINDA WILSON**
> **1458 HEDIONDA AVENUE**
> **VISTA, CA 92081**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **25.00**
County:
Registration No.: **P-459**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 2, 2011**

Signature

**PROOF OF SERVICE BY MAIL**

Order# EAS10193/GProof