## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES　　　　　　　Case No. 51cv1247 GT(RBB)
　　　　　　　　　　　　　　　　　　　　　　　　　Time Spent: 30 mins.
HON. RUBEN B. BROOKS　　CT. DEPUTY VICKY LEE　　　　　　　　　　　　Rptr.

### Plaintiffs

Patrick Barry (present)　　　　　　　Douglas Garcia (present)

### Defendants

Chuck Binder (present)　　　　　　　John Flocken (present)
Curtis Berkey (present)　　　　　　　Marilyn Levin (present)
Scott McElroy (present)　　　　　　　David Huff (present)
M. Catherine Condon (present)　　　　Michael Hughes (present)
James Markman (present)　　　　　　　Matthew Duarte (present)
Gordon Lanik　　　　　　　　　　　　　Ray Mistica (present)

PROCEEDINGS:　____ In Chambers　　____ In Court　　_x_ Telephonic

A telephonic, attorneys-only status conference with Patrick Barry, Chuck Binder, Curtis Berkey, John Flocken, David Huff, Marilyn Levin, James Markman, Scott McElroy, Catherine Condon, Michael Hughes, and Ray Mistica was held. Counsel for Agri-Empire, Matthew Duarte, also participated in the conference.

A telephonic, attorneys-only settlement conference with these same individuals is set for July 11, 2011, at 8:30 a.m.

Patrick Barry is to initiate the call.

DATE: June 9, 2011　　　　　IT IS SO ORDERED:　　*Ruben Brooks*
　　　　　　　　　　　　　　　　　　　　　　　　　Ruben B. Brooks,
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
cc: Judge Thompson　　　　　　　　　　INITIALS: VL (mg/irc) Deputy
　　All Parties of Record

K:\COMMON\BROOKS\CASES\USA-FALLBROOK\Minute22.wpd