NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

JAMES M. POWELL          SBN 165639
LAW OFFICE OF JAMES M. POWELL
1894 COMMERCENTER DRIVE WEST, SUITE 108
SAN BERNARDINO, CA 92408
(909) 890-0105

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, et al  PLAINTIFF(S), <br> v. <br> FALLBROOK PUBLIC UTILITY DISTRICT, et al; CHRISTIN MAY  DEFENDANT(S). | CASE NUMBER <br> 51-CV-012447-GT-RBB <br><br> PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of SAN BERNARDINO_____, State of California, and not a party to the above-entitled cause. On JUNE 20TH_____, 20 11_____, I served a true copy of ANSWER TO RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLIANT IN INTERVENTION. by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: COAST LAW GROUP, L.L.P. 1140 S. COAST HWY, SUITE 101, ENCINITAS, CALIFORNIA 92404
Executed on JUNE 20TH_____, 20 11_____ at SAN BERNARDINO_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                                                         Party Served

PROOF OF SERVICE CONTINUED

McELROY, MEYER, WALKER, & CONDON, P.C.
SCOTT B. McELROY & M. CATHERINE CONDON
1007 PERAL STREET, SUITE 2200
BOULDER, COLORADO 80302

SANTA MARGARITA RIVER WATERSHED
CHARLES E. BINDER
P.O. BOX 631
FALLBROOK, CA 92088

U.S. ATTORNEYS OFFICE
SOUTHERN DISTRICT OF CALIFORNIA
THOMAS C. STAHL
880 FRONT STREET RM. 6293
SAN DIEGO, CA 92101

DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIVISION
INDIAN RESERVATION SECTION
F. PATRICK BARRY
P.O. BOX 44378
WASHINGTON, DC 20026-4378

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY
2030 ADDISON STREET, SUITE 410
BERKELEY, CA 94704