IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS,
et. al,

    Plaintiff-Intervenors,

vs.

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP., et al.,

    Defendants

Case No. 51-cv-1247-GT-RBB

### NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, TAYLOR, BEAN & WHITAKER MORTGAGE CORP., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that, on August 24, 2009, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case No. 3:09-bk-107047-JAF.

Section 362(a) of the Bankruptcy Code provides as follows:

> [A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—
>
> > (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
'11 JUN 27 AM 11:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS,
et. al,

Plaintiff-Intervenors,

vs.

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP., et al.,

Defendants
_____/

Case No. 51-cv-1247-GT-RBB

### NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, TAYLOR, BEAN & WHITAKER MORTGAGE CORP., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that, on August 24, 2009, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case No. 3:09-bk-107047-JAF.

Section 362(a) of the Bankruptcy Code provides as follows:

> [A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—
>
> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of

the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

 (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

 (3) any act to obtain possession of property of the estate or property from the estate or to exercise control over property of the estate;

. . .

 (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title....

The Debtor respectfully requests that this Court and all parties to this action take note of the filing of the bankruptcy petition by TAYLOR, BEAN & WHITAKER MORTGAGE CORP. and of the applicability of the automatic stay to any efforts to obtain any type of monetary or *in personam* relief against the Debtor.

/s/ Russell M. Blain
Russell M. Blain (FBN 236314)
rblain@srbp.com
Edward J. Peterson, III (FBN 014612)
epeterson@srbp.com
Amy Denton Harris (FBN 0634506)
aharris@srbp.com
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Case Under Chapter 11 of United States Bankruptcy Code and Notice of Automatic Stay have been furnished on this 22nd day of June, 2011, by United States mail to:

Curtis G. Berkey, Esquire
2030 Addison St., #410
Berkeley, CA 94704

Marco A. Gonzalez, Esquire
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Thomas C Stahl, Esquire
U. S. Attorneys Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101

F. Patrick Barry, Esquire
Department of Justice
Environment and Natural Resources Div
Indian Reservation Section
PO Box 44378
Washington, DC 20026-4378

*[signature]*
Attorney