IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS,
et. al,

    Plaintiff-Intervenors,

vs.

Case No. 51-cv-1247-GT-RBB

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP., et al.,

    Defendants

_____/

## NOTICE OF NON-COMPLIANCE WITH MANDATORY ELECTRONIC FILING

STICHTER, RIEDEL, BLAIN & PROSSER, P.A. ("SRBP"), by and through the undersigned, hereby gives notice that SRBP is filing only the Notice of Case Under Chapter 11 of United States Bankruptcy Code and Notice of Automatic Stay; is not intending to file any further pleadings or responses in the above-captioned case; nor will SRBP be representing Taylor, Bean & Whitaker Mortgage Corp. in the above-captioned case.

                                                           /s/
                                        Edward J. Peterson, III (FBN 014612)
                                        epeterson@srbp.com
                                        Amy Denton Harris (FBN 0634506)
                                        aharris@srbp.com
                                        Stichter, Riedel, Blain & Prosser, P.A.
                                        110 East Madison Street, Suite 200
                                        Tampa, Florida 33602
                                        Telephone: (813) 229-0144
                                        Facsimile: (813) 229-1811
                                        Attorneys for Debtor



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice have been furnished on this 22nd day of June, 2011, by United States mail to:

Curtis G. Berkey, Esquire
2030 Addison St., #410
Berkeley, CA 94704

Marco A. Gonzalez, Esquire
Coast Law Group LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024

Thomas C Stahl, Esquire
U. S. Attorneys Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101

F. Patrick Barry, Esquire
Department of Justice
Environment and Natural Resources Div
Indian Reservation Section
PO Box 44378
Washington, DC 20026-4378

_____
Attorney