1  JAMES B. GILPIN, Bar No. 151366
   james.gilpin@bbklaw.com
2  BEST BEST & KRIEGER LLP
   655 West Broadway, Fifteenth Floor
3  San Diego, CA 92101
   Telephone: (619) 525-1300
4  Telecopier: (619) 233-6118

5  Attorneys for Defendant
   RANCHO CALIFORNIA WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | Case No. 3:51-cv-1247-SD-GT<br>Judge: Hon. Gordon Thompson Jr.<br><br>RANCHO CALIFORNIA WATER<br>DISTRICT'S NOTICE OF APPEARANCE<br>AND CHANGE OF COUNSEL WITHIN<br>FIRM |

60028.00006\6455139.1

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Best Best & Krieger LLP hereby appears for and on behalf of Rancho California Water District in connection with this matter. Additionally, lead counsel in this case has changed from Matthew L. Green to James B. Gilpin. In addition to any filings with the Court, we respectfully request that all parties serve the undersigned law firm with all notices in this matter.

Dated: July 11, 2011                              BEST BEST & KRIEGER LLP


By: /s/ James B. Gilpin
    JAMES B. GILPIN
    Attorneys for Defendant
    RANCHO CALIFORNIA WATER DISTRICT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

60028.00006\6455139.1                          1

RANCHO CALIFORNIA WATER DISTRICT'S
NOTICE OF APPEARANCE
Case No. 51-CV-1247-GT-RBB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of record will be served by facsimile transmission and/or first class mail this 11th day of July 2011.

/s/ James B. Gilpin