## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)
                                                        Time Spent: 25 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

Patrick Barry                                Douglas Garcia (present)

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Chris Watson (present) |
| M. Catherine Condon (present) | Michael Hughes (present) |
| James Markman (present) | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica (present) |

PROCEEDINGS:  ___ In Chambers   ___ In Court   _x_ Telephonic

A telephonic, attorneys-only settlement conference was held.

A telephonic, attorneys-only settlement conference is set for August 5, 2011, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: July 11, 2011         IT IS SO ORDERED:  /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Thompson                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record