Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California  92024
Tel:  760-942-8505
Fax:  760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021
Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>  a federally recognized Indian tribe,<br>RAMONA BAND OF CAHUILLA,<br><br>    Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:    8<br><br>Hon. Gordon Thompson, Jr.<br><br>**JOINT MOTION FOR AUTHORIZATION TO SERVE PROCESS UPON THE CALIFORNIA SECRETARY OF STATE FOR CERTAIN DEFENDANTS** |

...

Pursuant to Rules 4(h)(1) and 4(e)(1) of the Federal Rules of Civil Procedure and sections 1702(a), 15901(c)(1), and 17061(c)(1) of the California Corporations Code, Plaintiffs in Intervention Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes") hereby move this Court to grant the proposed order submitted herewith allowing the delivery of process to the California Secretary of State. The Tribes request such relief in order to effectuate service upon defendants Country Expressions Corporation, DG Properties, L.P., and Greco Farms, L.L.C. This motion is supported by the *Memorandum of Points and Authorities in Support of Joint Motion for Authorization to Serve Process Upon the California Secretary of State for Certain Defendants*, the *Affidavit Re: Attempted Service Upon Country Expressions Corporation*, and the *Affidavit Re: Attempted Service Upon DG Properties, L.P. and Greco Farms, L.L.C.*, which the Tribes submitted herewith.

Respectfully submitted this 22nd day of July, 2011.

>  Marco A. Gonzalez (SBN 190832)
>  COAST LAW GROUP LLP
>  1140 S. Coast Hwy 101
>  Encinitas, California  92024
>  Tel: 760-942-8505 Fax: 760-942-8515
>
>  Scott B. McElroy (Pro Hac Vice)
>  M. Catherine Condon (Pro Hac Vice)
>  McELROY, MEYER, WALKER
>    & CONDON, P.C.
>  1007 Pearl Street, Suite 220
>  Boulder, Colorado  80302
>  Tel: 303-442-2021 Fax: 303-444-3490
>
>  */s/ Scott B. McElroy*
>  By:_____
>  Scott B. McElroy
>  *Attorneys for Plaintiff in Intervention,
>  the Cahuilla Band of Indians*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California  94704
Tel: 510-548-7070

By: _/s/ Curtis G. Berkey_____
     Curtis G. Berkey
*Attorneys for Plaintiff in Intervention,*
 *Ramona Band of Cahuilla*