Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
marco@coastlawgroup.com
Tel: 760-942-8505
Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,
the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,
Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br> a federally recognized Indian tribe,<br>RAMONA BAND OF CAHUILLA,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr.<br><br>**AFFIDAVIT RE: ATTEMPTED SERVICE UPON COUNTRY EXPRESSIONS CORPORATION** |

I, M. Catherine Condon, based upon personal knowledge acquired as an attorney of record for the Cahuilla Band of Indians ("Tribe"), hereby affirm as follows:

1. This affidavit is submitted pursuant to section 1702(a) of the California Corporations Code and in support of the Tribe's *Joint Motion for Authorization to Serve Process Upon the California Secretary of State for Certain Defendants*.

2. By information and belief, Country Expressions Corporation ("Country Expressions") is the record owner of certain real property in Riverside County, California (Assessor's Parcel Number 575 150 003), that is subject to this litigation.

3. As indicated by Exhibit A, Country Expressions is registered with the California Secretary of State. At all times since the Tribe began requesting waivers and serving process in this action, Country Expressions' corporate status was "suspended" and its registered agent for service of process has been:

   > Mary Jo Heiden
   > 21535 Palomar, Suite A
   > Wildomar, CA 92595

   Country Expressions' registered address is:

   > P.O. Box 390217
   > Anza, CA 92539

4. As indicated by Exhibit B, on September 23, 2009, my staff sent a *Notice of Lawsuit and Request for Waiver of Service of Summons* by first-class mail to Country Expressions' designated agent, Mary Jo Heiden, at her address listed in paragraph 3, *supra*, but the mailing was returned to my office and marked by hand: "NOT AT THIS ADDRESS. FORWARDING ADDRESS UNKNOWN. RETURN TO SENDER."

5. As indicated by Exhibit C, on October 4, 2010, the Tribe's process server attempted to personally serve Country Expressions' designated agent, Mary Jo Heiden, at her address listed in paragraph 3, *supra*, but said service failed because neither the designated agent nor Country Expressions are currently located at that location.

6. Accordingly, my staff and I took extra measures to obtain information about Country Expressions in order to facilitate service of process, which measures are described below.

7. My staff conducted exhaustive internet searches for Country Expressions, which revealed little useful information.

8. As indicated by Exhibit D, my staff obtained information concerning Country Expressions' contractors license with the California Department of Consumer Affairs' Contractors State License Board. Although the license expired on November 30, 2009, it named Fred Wayne Reed as the "Responsible Managing Officer."

9. As indicated by Exhibit E, my staff conducted a search for Fred Reed on Westlaw's PeopleMap database, which revealed the address registered for Country Expressions in paragraph 3, *supra*.

10. As indicated by Exhibit F, my staff conducted a property search on the Riverside County Assessor's Office website, which revealed that the property owner's recorded mailing address is:

P.O. Box 390697
Anza, CA 92539

11. As indicated by Exhibit G, my staff conducted an internet search for Fred Reed, which revealed that he is associated with Anza Acres Realty at the same mailing address in paragraph 10, *supra*.

12. The foregoing information reasonably caused me to believe that Fred Reed is an owner, president, chief executive officer, other head or officer, vice president, secretary or assistant secretary, treasurer or assistant treasurer, controller or chief financial officer, general manager, authorized agent of Country Expressions, or otherwise significantly associated with Country Expressions.

13. As indicated by Exhibit H, on February 15, 2011, my staff attempted to serve Fred Reed by certified mail at Country Expressions' registered address listed in paragraph 3, *supra*, but said mail was returned and marked "unclaimed."

14. As indicated by Exhibit I, on April 21, 2011, the Tribe attempted to serve Fred Reed by certified mail at the mailing address listed in paragraph 10, *supra*, but said mail was returned and marked "unclaimed."

15. My staff and I exhausted our efforts and are unable to ascertain the current status or location of Country Expressions, its designated agent Mary Jo Heiden, its principal Fred Reed, or any other person associated with Country Expressions. By information and belief, therefore, I determined that Country Expressions is no longer in business or has relocated without notifying the Secretary of State.

I declare under penalty of perjury that all of the foregoing statements are true and correct.

*M. Catherine Condon*

STATE OF COLORADO     )
                     ) ss.:
COUNTY OF BOULDER    )

SUBSCRIBED AND SWORN to before me this 20th day of July, 2011, by M. Catherine Condon.

*Kathryn A. Gibson*
Notary Public

My Commission expires: 5/3/2015

## Business Entity Detail

Data is updated weekly and is current as of Friday, April 15, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | COUNTRY EXPRESSIONS, CORP. |
| Entity Number: | C2562193 |
| Date Filed: | 09/26/2003 |
| Status: | SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | PO BOX 390217 |
| Entity City, State, Zip: | ANZA CA 92539 |
| Agent for Service of Process: | MARY JO HEIDEN |
| Agent Address: | 21535 PALOMAR STE A |
| Agent City, State, Zip: | WILDOMAR CA 92595 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State



EXHIBIT
A

Department of Justice
ton, D.C. 20530
usiness
r Private Use $300

1007 PEARL STREET, SUITE 220   BOULDER, COLORADO 80302

A Professional Corporation

COUNTRY EXPRESSIONS, INC
C/O MARY JO HEIDEN, REG. AGT
21555 PALOMAR, STE A
WILDOMAR CA 92595

NOT AT THIS ADDRESS
FORWARDING ADDRESS UNKNOWN
RETURN TO SENDER

RETURNED TO SENDER

EXHIBIT B



US OFFICIAL MAIL
$300 Penalty
For Private Use

$01.22⁰
Mailed From 20530
09/23/2009
US POSTAGE   Hasler
016H16601050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(303) 442-2021**     FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**
MAILING ADDRESS:
CITY AND ZIP CODE: **, CA**
BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**
DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **COUNTRY EXPRESSIONS, CORP.; AGENT FOR SERVICE \*\*MARY JO HEIDEN\*\***

As enumerated below:

**10/04/2010 -- 10:55 am**          21535 PALOMAR, SUITE A
                                     WILDOMAR, CA 92595
WORK - THE ADDRESS PROVIDED IS NO LONGER COUNTRY EXPRESSIONS AND THERE IS NO MARY JO HEIDEN AT THE ADDRESS PROVIDED; THE BUSINESS IS NOW EMARCD (Elsinore-Murrieta-Anza Resource Conservation District); DOCUMENTS ARE UNABLE TO BE SERVED AT THIS TIME.

**10/11/2010 -- 03:03 pm**

OTHER - PREVIOUS STATUS GIVEN TO CLIENT ON 10/6/2010 VIA EMAIL.

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 15, 2010** at **RIVERSIDE**, California.

Signature: _____
ROBERT SEE

**NON SERVICE REPORT**

Order#: EAS17370/NonServe


EXHIBIT
C

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

COUNTRY EXPRESSIONS, CORP.
c/o Agent for Service, Mary Jo Heiden
21535 Palomar, Suite A
Wildomar, CA 92595

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By C. ECIJSE (SEAL), Deputy Clerk

OCT 2 0 2009
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

# Department of Consumer Affairs
## Contractors State License Board

## Contractor's License Detail - License # 906731

⚠ **DISCLAIMER:** A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.

- CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | | |
|---|---|---|
| **License Number** | 906731 | **Extract Date:** 4/20/2011 |
| **Business Information** | COUNTRY EXPRESSIONS CORP<br>58265 RAMSEY ROAD<br>ANZA, CA 92539<br>Business Phone Number:(951) 491-5454 | |
| **Entity:** | Corporation | |
| **Issue Date** | 11/19/2007 | |
| **Expire Date** | **11/30/2009** | |
| **License Status** | This license is expired and not able to contract at this time. | |
| **Additional Status:** | Before the license can be renewed active or reactivated, the corporation's status at the Secretary of State's Office must be returned to active.<br>The license will need a contractors bond to renew active or reactivate. | |
| **Classifications:** | **CLASS**   **DESCRIPTION**<br>C-7            LOW VOLTAGE SYSTEMS | |
| **Bonding:** | **CONTRACTOR'S BOND**<br>This license filed Contractor's Bond number **SC6360329** in the amount of **$12,500** with the bonding company<br>AMERICAN CONTRACTORS INDEMNITY COMPANY.<br>**Effective Date:** 03/02/2009<br>**Cancellation Date:** 10/31/2009<br>Contractor's Bonding History<br>**BOND OF QUALIFYING INDIVIDUAL**<br>1. The Responsible Managing Officer (RMO) REED FRED WAYNE certified that he/she owns 10 percent or more of the voting stock/equity of the corporation. A bond of qualifying individual is **not** required.<br>**Effective Date:** 11/19/2007 | |


EXHIBIT D

BQI's Bonding History

Workers' Compensation:

This license is exempt from having workers compensation insurance; they certified that they have no employees at this time.

**Effective Date:** 10/15/2007

**Expire Date:** None

[Personnel List]

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

Westlaw Delivery Summary Report for VITALE,DARYL

| | |
|---|---|
| Your Search: | NA(FRED & REED) & ST(CA) % ST(KS) & PRD(VTR) |
| Date/Time of Request: | Wednesday, December 15, 2010 11:35 Central |
| Client Identifier: | CAHU-2 |
| Database: | PEOPLE-ALL |
| Lines: | 30 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

```
MULTI-SOURCE EXECUTIVE AFFILIATION FINDER RECORD
```

| | |
|---|---|
| Information Current Through: | 12-11-2010 |
| Database Last Updated: | 12-13-2010 |
| Update Frequency: | WEEKLY |
| Current Date: | 12/15/2010 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### EXECUTIVE INFORMATION

| | |
|---|---|
| Principal Name: | FRED W REED |
| Principal Address: | PO BOX 390217 |
| | ANZA, CA 92539 |
| Registered Agent: | MARY JO HEIDEN |
| Registered Agent Address: | 21535 PALOMAR STE A |
| | WILDOMAR, CA 92595 |

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | COUNTRY EXPRESSIONS, CORP. |
| Business Address: | PO BOX 390217 |
| | ANZA, CA 92539 |

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

1 of 1                                                                 12/15/2010 10:35 AM


EXHIBIT E

# Assessor-County Clerk-Recorder

Property Information for the 2010-2011 tax year as of January 1, 2010

## Property Information

| | |
|---|---|
| Parcel Number: | 575150003-8 |
| Property Address: | 58579 BURNT VALLEY RD ANZA CA 92539 |
| Legal Description: | N/A |
| Property Type: | N/A |
| Assessment Description: | 1976 CELTIC |
| Year Built | 1978 |
| Square Feet: | 700 |
| Bedroom: | 2 |
| Bath: | 2.0 |
| Pool: | N |
| Lot Size: | N/A |

## Assessed Value Information

| | |
|---|---|
| Land | 40,000 |
| Structure | 20,000 |
| Full Value | 60,000 |
| Total Net | 60,000 |

## Assessment Information

| | |
|---|---|
| Assessment Number: | 575150003-8 |
| Tax Rate Area: | 071-064 |
| Taxability Code: | 0-00 |
| Base Year: | 2008 |

## Parcel Map

View Parcel Map

## Ownership Information

| | |
|---|---|
| Mail Address: | P O BOX 390697 |
| City, State Zip: | ANZA CA 92539 |

## Sales Information

| | |
|---|---|
| Last Recorded Document: | 04/2007 |
| Recording Number: | 0276152 |

## Related Property Information

| | |
|---|---|
| City Sphere: | N/A |
| Supervisorial District: | JEFF STONE |
| Landuse Designation: | EDR-RC |
| Agriculture Preserve: | NOT IN AN AGRICULTURE PRESERVE |
| School District: | HEMET UNIFIED |
| Water District: | OPEN AREA |
| Fema Flood Plan: | FLOOD ZONE C |

| Tax Assessment District | COUNTY FREE LIBRARY
COUNTY STRUCTURE FIRE PROTECTION
COUNTY WASTE RESOURCE MGMT DIST
CSA 152
CSA 153
ELS MURRIETA ANZA RESOURCE CONS
FLOOD CONTROL ADMINISTRATION
FLOOD CONTROL ZONE 7
GENERAL
GENERAL PURPOSE
HEMET UNIFIED SCHOOL
MT SAN JACINTO JUNIOR COLLEGE
RIV CO REG PARK & OPEN SPACE
RIV. CO. OFFICE OF EDUCATION
VALLEY HEALTH SYSTEM HOSP DIST |
|---|---|

For more information please visit the following links

f2                                                                                         12/14/2010 3:18 PM


EXHIBIT F

Fred W Reed with Anza Acres Realty in Anza, Riverside County, CA    http://www.agentscoreboard.com/agent/7606/Fred_W_Reed_Anza


Search
**SEARCH**
Advanced Search

My Favorites | Recently Viewed Agents | Login | Sign up

Friday, July 01, 2011

Fred W Reed with Anza Acres Realty in Anza, CA

# Fred W Reed

NO RATING
(0) Points
(0) Reviews
Leave Feedback

**Credit Score Evaluator**

*Do you know what your credit score is?*    **680**

:::: Experian



Anza Acres Realty
PO Box 390697
Anza, CA 92539-0697
(O): 951-763-4318

*Contact Agent*  Email Address Unconfirmed
*Visit My Website* |
*Claim this profile*
Add To Favorites |       Email To A Friend

*Incorrect Information?*

General   Reviews (0)   Peer Reviews (0)   Comments (0)

**License:**
**License Type:** *Agent*
**Years Licensed:**
**Areas Served:**

**Designation:**
*N/A*
**Membership:**
*N/A*
**Area Specializing In:**
*N/A*

About Us | Blog | Privacy | Terms | Feedback | Site Map | Advertise

©2007 - 2011 AGENTSCOREBOARD.COM - All rights reserved.

of 2                                                                                        7/1/2011 12:30 PM


EXHIBIT
G

1007 Pearl St., Suite 220
Boulder, Colorado 80302

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FRED REED
   PO BOX 390217
   ANZA, CA 92539

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number

   7008 1140 0003 3670 5742

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
   X    ☐ Agent
        ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

---

FRED REED
PO BOX 390217
ANZA, CA 92539

☐ Insufficient Address
☒ Moved Left No Address
☐ Unclaimed
☐ Attempted
☐ Refused
☐ No Receptacle
☐ No Such Number
☐ Not Deliverable As Addressed — Unable To Forward
☐ Not Such Street ☐ Vacant

1st NOTICE 2/8/11
2nd NOTICE 2/15/11 rtn 2/24/11

7008 1140 0003 3670 5742

UNITED STATES POSTAGE
$ 005.980
PITNEY BOWES
02 1P
0004234485    FEB 15 2011
MAILED FROM ZIP CODE 80302

EXHIBIT

H

1007 Pearl St., Suite 220
Boulder, Colorado 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COUNTRY EXPRESSIONS, INC.
FRED REED OR DESIGNATED AGENT
PO BOX 390697
ANZA, CA 92539

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 3410 0002 2348 7309

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNCLAIMED — RETURN TO SENDER

1st NOTICE
2nd NOTICE
RETURNED

EXHIBIT I

US POSTAGE $006.63
PITNEY BOWES
02 1P 0004423485 APR 21 2011
MAILED FROM ZIP CODE 80302