Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
marco@coastlawgroup.com
Tel: 760-942-8505
Fax: 760-942-8515

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
cberkey@abwwlaw.com

*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br> a federally recognized Indian tribe,<br>RAMONA BAND OF CAHUILLA,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>    Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr.<br><br>**AFFIDAVIT RE: ATTEMPTED SERVICE UPON DG PROPERTIES, L.P. AND GRECO FARMS, L.L.C.** |

I, M. Catherine Condon, based upon personal knowledge acquired as an attorney of record for the Cahuilla Band of Indians ("Tribe"), hereby affirm as follows:

1. This affidavit is submitted pursuant to sections 15901.16(c)(1) and 17061(c)(1) of the California Corporations Code and in support of the Tribe's *Joint Motion for Authorization to Serve Process Upon the California Secretary of State for Certain Defendants*.

2. By information and belief, DG Properties, L.P. ("DG Properties") is the record owner of certain real property in Riverside County, California (Assessor's Parcel Numbers 576 310 013, 584 300 002, and 584 100 008), that is subject to this litigation. The Riverside County Assessor's Office indicates that the property owner is located at the following address:

   10461 Guincho Place
   San Diego, CA 92124-1203

3. By information and belief, Greco Farms, L.L.C. ("Greco") is also the record owner of certain real property in Riverside County, California (Assessor's Parcel Number 573 240 040), that is subject to this litigation. The Riverside County Assessor's Office indicates that the property owner is located at the same address listed in paragraph 2, *supra*.

4. Accordingly, my staff sent a *Notice of Lawsuit and Request for Waiver of Service of Summons* by first-class mail to the address listed in paragraph 2, *supra*, but no waiver was obtained and no mail was ever returned to my office as undeliverable or unclaimed.

5. As indicated by Exhibits A and B, both DG Properties and Greco are registered with the California Secretary of State. At all times since my office began requesting waivers and serving process in this action, the status for both DG Properties and Greco has been "active" and both shared the same designated agent for service of process: John Georges.

6. As indicated by Exhibit C, on July 20, 2010, the Tribe's process server attempted to personally serve the designated agent for DG Properties and Greco, John Georges, at the address registered with the California Secretary of State, but said service failed because the designated agent is not currently located at that location. The current resident, an

elderly lady, stated she had lived at that address for about one year and did not know of John Georges or know of his whereabouts. She indicated that she occasionally receives mail for Greco, but she returns it to the sender whenever this occurs.

7. Accordingly, my staff and I took extra measures to obtain information about the designated agent for both DG Properties and Greco in order to facilitate service of process, which measures are described below.

8. My staff conducted exhaustive internet searches for DG Properties and Greco, but such searches yielded no relevant results.

9. As indicated by Exhibit D, my staff conducted a search for John Georges on Westlaw's PeopleMap database, which indicated that a person by that name who formerly resided at the address registered with the California Secretary of State thereafter resided at the address listed in paragraph 2, *supra*.

10. As indicated by Exhibits E and F, my staff conducted a search on Westlaw's Real Property Tax Assessor Record database, which revealed that the property owner's recorded mailing address for both properties is the same as the address listed in paragraph 2, *supra*.

11. The foregoing information reasonably caused me to believe that the designated agent for both DG Properties and Greco, John Georges, is currently located at the address listed in paragraph 2, *supra*.

12. As indicated by Exhibit G, on December 3, 2010, the Tribe's process server attempted to personally serve John Georges at the address listed in paragraph 2, *supra*, but said service failed. The current resident, who indicated his name was John Gregory, stated that he had lived there for many years and did not know John Georges or know of his whereabouts.

13. As indicated by Exhibit H, my staff conducted a search for John Georges on Westlaw's Professional License Record database, which indicated that John Georges was issued a Real Estate Salesperson license on April 13, 2008. On August 11, 2010, John Georges

Affidavit re Service (DG Properties & Greco Farms)   Page 3                        Case No. 51-cv-1247

changed his licensed address from the home address listed in paragraph 2, *supra*, to the following business address:

2700 N. Main Street, Suite 1200
Santa Ana, CA 92705

14. As indicated by Exhibit I, on May 19, 2011, the Tribe's process server attempted to personally serve John Georges at the address listed in paragraph 13, *supra*, but said service failed because this location now belongs to Clearvision Funding. Clearvision Funding occupies the entire floor and a representative indicated the company has been at this address for approximately nine months.

15. My staff and I have exhausted our efforts and are unable to ascertain the current status or location of DG Properties or Greco, the designated agent, or any other person associated with DG Properties or Greco. By information and belief, therefore, I determined that neither DG Properties nor Greco are currently in business and/or the designated agent has relocated without notifying the California Secretary of State.

I declare under penalty of perjury that all of the foregoing statements are true and correct.

*M. Catherine Condon*
M. Catherine Condon

STATE OF COLORADO    )
                     ) ss.:
COUNTY OF BOULDER    )

SUBSCRIBED AND SWORN to before me this 30th day of July, 2011, by M. Catherine Condon.

*Kathryn A. Gibson*
Notary Public

My Commission expires: 5/3/2015

# Business Entity Detail

Data is updated weekly and is current as of Friday, June 24, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | DG PROPERTIES, L.P. |
| Entity Number: | 200316800014 |
| Date Filed: | 06/17/2003 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 40237 TUOLOMNE CT. |
| Entity City, State, Zip: | TEMECULA CA 92591 |
| Agent for Service of Process: | JOHN GEORGES |
| Agent Address: | 40237 TUOLOMNE CT. |
| Agent City, State, Zip: | TEMECULA CA 92591 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011    California Secretary of State



EXHIBIT A

## Business Entity Detail

Data is updated weekly and is current as of Friday, February 18, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | GRECO FARMS, LLC |
| Entity Number: | 200405010069 |
| Date Filed: | 02/19/2004 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 237 TOULOMNE COURT |
| Entity City, State, Zip: | TEMECULA CA 92591 |
| Agent for Service of Process: | JOHN GEORGES |
| Agent Address: | 40247 TOULOMNE COURT |
| Agent City, State, Zip: | TEMECULA CA 92591 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011    California Secretary of State

EXHIBIT
B

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)
GRECO FARMS, LLC
SERVE: JOHN GEORGES
REGISTERED AGENT
40247 TOULOMNE COURT
TEMECULA CA 92591

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____\* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
C. ECIJ(SEAL)
By _____, Deputy Clerk

OCT 2 0 2009
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant t
  order of Judge Thompson dated July 22, 2009 (Docket #5174).



EXHIBIT
C

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/20/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: s/w elderly lady, said she lives there alone for about 1 year and does not know Mr. Georges or Greco Farms but receives their mail periodically and returns it to sender. Did not want to give her name.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $55.00 | | SERVICES | TOTAL $55.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/20/10
                    Date                    Signature of Server
                                            79-405 Highway 111, #9-354, La Quinta, CA 92253
                                            Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



QUERY - (NA(JOHN & GEORGES) & CY(TEMECULA) & ST(CA) & PRD("PERSON TRACKER RECORDS" "UTILITY RECORDS")) (FNA(JOHN) & LNA(GEORGES) & CY(TEMECULA) ...

DATABASE(S) - PM-EXP-MB

| Rank | Name | Address | City | ST | SSN | YOB | Death RPT |
|---|---|---|---|---|---|---|---|
| 1. | GEORGES, JOHN H AKA's: GEORGES, JOHN EORGES, JOHN H GEORGES, JOHN A | **Current Address:** 10461 GUINCHO PL, SAN DIEGO, CA 92124-1203 **Previous Addresses:** • 40237 TUOLOMNE CT, TEMECULA, CA 92591-1622 • 40335 WINCHESTER RD STE 296, TEMECULA, CA 92591-5518 | SAN DIEGO | CA | 557-06-XXXX | 1958 | |



EXHIBIT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

**Westlaw**

APN:576-310-013                                                                                     Page 1

## Real Property Tax Assessor Record

### Source Information

| | |
|---|---|
| Tax Roll Certification Date: | 06/30/2010 |
| Owner Information Current Through: | 05/17/2011 |
| County Last Updated: | 06/24/2011 |
| Current Date: | 06/27/2011 |
| Source: | TAX ASSESSOR RIVERSIDE, CALIFORNIA |

### Owner Information

| | |
|---|---|
| Owner(s): | DG PROP |
| Corporate Owner: | CORPORATE OWNER |
| Ownership Rights: | LIMITED PARTNERSHIP |
| Mailing Address: | 10461 GUINCHO PL<br>SAN DIEGO, CA 92124-1203 |

### Property Information

| | |
|---|---|
| County: | RIVERSIDE |
| Assessor's Parcel Number: | 576-310-013 |
| Property Type: | VACANT |
| Land Use: | VACANT LAND (NEC) |
| Zoning: | R-R-2 1/2 |
| Lot Size: | 89733 |
| Lot Acreage: | 2.0600 |
| Legal Description: | 2.06 ACRES M/L IN PAR 1 RS 051/023 |
| Lot Number: | 1 |

### Tax Assessment Information

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



EXHIBIT E

APN:576-310-013                                                                                                  Page 2

| | |
|---|---|
| Tax Year: | 2009 |
| Calculated Land Value: | $24,781.00 |
| Calculated Total Value: | $24,781.00 |
| Assessed Land Value: | $24,781.00 |
| Assessed Total Value: | $24,781.00 |
| Valuation Method: | ASSESSED |
| Tax Amount: | $271.94 |
| Tax Code Area: | 71064 |

### Building/Improvement Characteristics

| | |
|---|---|
| Total Area: | 89733 |
| Electricity: | AVAILABLE |
| Water: | TYPE UNKNOWN |
| Sewer: | NONE |

### Last Full Market Sale Information

| | |
|---|---|
| Sale Date: | 08/21/2003 |
| Seller Name: | DEMENT BLANCHE |
| Sale Price: | $22,500.00 |
| Consideration: | FULL |
| Deed Type: | GRANT DEED |
| Type of Sale: | SELLER CARRYBACK |
| Mortgage Amount: | $16,875.00 |
| Mortgage Loan Type: | PRIVATE PARTY LENDER |
| Mortgage Deed Type: | DEED OF TRUST |
| Lender Name: | DEMENT BLANCHE |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw Delivery Summary Report for VITALE,DARYL

| | |
|---|---|
| Your Search: | parcel-number(573240040) & state(ca) |
| Date/Time of Request: | Thursday, April 21, 2011 12:54 Central |
| Client Identifier: | CAHU-2 |
| Database: | RP-ALL |
| Citation Text: | APN: 573-240-040 |
| Lines: | 98 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

APN:573-240-040

## Real Property Tax Assessor Record

### Source Information

| | |
|---|---|
| Tax Roll Certification Date: | 06/30/2010 |
| Owner Information Current Through: | 02/15/2011 |
| County Last Updated: | 04/05/2011 |
| Current Date: | 04/21/2011 |
| Source: | TAX ASSESSOR RIVERSIDE, CALIFORNIA |

### Owner Information

| | |
|---|---|
| Owner(s): | GRECO FARMS |
| Corporate Owner: | CORPORATE OWNER |
| Ownership Rights: | CORPORATION |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Property Address: | 38835 BAILIFF RD |
| | ANZA, CA 92539 |
| Mailing Address: | 10461 GUINCHO PL |
| | SAN DIEGO, CA 92124-1203 |



EXHIBIT F

### Property Information

| | |
|---|---|
| County: | RIVERSIDE |
| Assessor's Parcel Number: | 573-240-040 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | MOBILE HOME PP |
| Zoning: | M-SC |
| Lot Size: | 33105 |
| Lot Acreage: | 0.7600 |
| Legal Description: | .76 ACRES M/L IN PAR 3 PM 011/027 PM 5139 |
| Lot Number: | 3 |

### Tax Assessment Information

| | |
|---|---|
| Tax Year: | 2009 |
| Calculated Land Value: | $32,000.00 |
| Calculated Improvement Value: | $35,000.00 |
| Calculated Total Value: | $67,000.00 |
| Assessed Land Value: | $32,000.00 |
| Assessed Improvement Value: | $35,000.00 |
| Assessed Total Value: | $67,000.00 |
| Valuation Method: | ASSESSED |
| Tax Amount: | $1,045.94 |
| Tax Code Area: | 71064 |

### Building/Improvement Characteristics

| | |
|---|---|
| Number of Buildings: | 1 |
| Year Built: | 1986 |
| Total Area: | 33105 |
| Living Square Feet: | 1008 |
| Number of Bedrooms: | 2 |
| Number of Bathrooms: | 2.00 |
| Full Baths: | 2 |
| Garage Type: | CARPORT |
| Number of Stories: | 1.00 |
| Number of Units: | 1 |
| Electricity: | AVAILABLE |
| Heat: | CENTRAL |
| Water: | TYPE UNKNOWN |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br>TELEPHONE NO.: **(303) 442-2021**   FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | *FOR COURT USE ONLY* |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**
MAILING ADDRESS:
CITY AND ZIP CODE: , **CA**
BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee:   **DG PROP**

As enumerated below:

**12/03/2010 -- 07:47 pm**          10461 GUINCHO PLACE
                                                    SAN DIEGO, CA 92124
HOME - PER JOHN GREGORY; CURRENT RESIDENT; HE HAS LIVED TO THIS ADDRESS FOR "MANY" YEARS AND DOES NOT KNOW OF THE SERVEE.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **11, 2011** at **SANTA ROSA**, California.

Signature: _____
                JAIME TORRES

EXHIBIT 5

**NON SERVICE REPORT**

Order#: E

Westlaw.

**Professional License Record**

### Source Information

| | |
|---|---|
| Agency Information Current Through: | 03/07/2011 |
| Database Last Updated: | 04/20/2011 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/02/2011 |
| Source: | CA DEPT. OF REAL ESTATE |

### Name & Professional Information

| | |
|---|---|
| Name: | JOHN H GEORGES |
| Address: | 2700 N MAIN STREET<br>SUITE 1200<br>SANTA ANA, CA 92705 |
| County: | ORANGE |

### Historical Information

| | |
|---|---|
| Date Of Change: | 08/11/2010 |
| Previous Address: | 10461 GUINCHO PL<br>SAN DIEGO, CA 92124-1203 |

### Licensing Information

| | |
|---|---|
| Licensing Agency: | CA DEPARTMENT OF REAL ESTATE |
| License/Certification Type: | REAL ESTATE SALESPERSON |
| License Number: | 01133875 |
| License Number: | 01844710 |
| Issue Date: | 04/13/2008 |
| Expire Date: | 04/12/2012 |
| License Status: | LICENSED |
| License State: | CA |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



EXHIBIT H

| | |
|---|---|
| **License Restriction:** | NO |

**Real Estate Professional Information**

| | |
|---|---|
| **Multi License:** | FIRST RECORD FOR THIS LICENSEE |
| **Record Type:** | VALID ADDRESS |
| **Ethics & Agency Indicator:** | NO |

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br><br>Attorney for: Plaintiff | |
| Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GRECO FARMS as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 12:10pm | Business | THIS ADDRESS BELONGS TO CLEARVISION FUNDING AND THEY HAVE THE ENTIRE FLOOR AND THEY'VE BEEN HERE FOR 9 MONTHS. THE DEFENDANT DOESN'T WORK HERE Attempt made by: Surya Von Rosen. Attempt at: 2700 N MAIN ST SUITE 1200 Santa Ana CA 92705. |
| Thu | 05/19/11 | 12:10pm | Business | Returned Not Served on: GRECO FARMS Business - 2700 N MAIN ST SUITE 1200 Santa Ana, CA 92705 |

3. Person Executing
    a. Surya Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $30.00
*e. I am:* (3) registered California process server
   *(i)* Owner
   *(ii)* Registration No.: 1505
   *(iii)* County: Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, May. 25, 2011

NON SERVICE/RETURN        (Surya Von Rosen)


EXHIBIT I

| Attorney or Party without Attorney: SCOTT MCELROY, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 PEARL STREET, SUITE 220, Boulder, co 80302  Telephone No: 303-442-2021  Attorney for: Plaintiff | | | | Ref. No or File No.: | | For Court Use Only |
|---|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | | |
| **NON SERVICE/RETURN** | Hearing Date: | | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB | |

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DG PROPERTIES, LP as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 12:10pm | Business | THIS ADDRESS BELONGS TO CLEARVISION FUNDING AND THEY HAVE THE ENTIRE FLOOR AND THEY'VE BEEN HERE FOR 9 MONTHS. THE DEFENDANT DOESN'T WORK HERE Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 2700 N MAIN ST SUITE 1200 Santa Ana CA 92705. |
| Tue | 05/24/11 | 12:00pm | Business | Returned Not Served on: DG PROPERTIES, LP Business - 2700 N MAIN ST SUITE 1200 Santa Ana, CA 92705 |

3. Person Executing
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:* (3) registered California process server
   *(i)* Owner
   *(ii)* Registration No.: 1505
   *(iii)* County: Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 25, 2011

**NON SERVICE/RETURN**         (Surya Von Rosen)

swenson.mcelroy.13453