| | |
|---|---|
| 1 | Marco A. Gonzalez (SBN 190832) |
| | COAST LAW GROUP LLP |
| 2 | 1140 S. Coast Hwy 101 |
| | Encinitas, California  92024 |
| 3 | Tel:  760-942-8505 |
| | Fax:  760-942-8515 |
| 4 | marco@coastlawgroup.com |
| 5 | Scott B. McElroy (Pro Hac Vice) |
| | M. Catherine Condon (Pro Hac Vice) |
| 6 | McELROY, MEYER, WALKER & CONDON, P.C. |
| | 1007 Pearl Street, Suite 220 |
| 7 | Boulder, Colorado  80302 |
| | Tel:  303-442-2021 |
| 8 | Fax: 303-444-3490 |
| | smcelroy@mmwclaw.com |
| 9 | ccondon@mmwclaw.com |
| 10 | *Attorneys for Plaintiff in Intervention,* |
| | *the Cahuilla Band of Indians* |
| 11 | |
| 12 | Curtis G. Berkey (SBN 195485) |
| | ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP |
| 13 | 2030 Addison Street, Suite 410 |
| | Berkeley, California 94704 |
| 14 | Tel: 510-548-7070 |
| | Fax: 510-548-7080 |
| 15 | cberkey@abwwlaw.com |
| 16 | *Attorneys for Plaintiff in Intervention,* |
| | *Ramona Band of Cahuilla* |

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51-cv-1247-RBB-GT |
| Plaintiff, | |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA, | Hearing Date: No hearing date set<br>Time:<br>Courtroom:     8 |
| Plaintiffs in Intervention, | Hon. Gordon Thompson, Jr. |
| v. | **JOINT MOTION TO ALLOW SERVICE OF PROCESS ON CERTAIN DEFENDANTS BY PUBLICATION** |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

1    Pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and the California Code
2 of Civil Procedure § 415.50(a), Plaintiff-Interveners Cahuilla Band of Indians and Ramona Band
3 of Cahuilla hereby move this Court for an order authorizing service by publication on certain
4 Defendants.  This motion is supported by the *Memorandum of Points and Authorities in Support*
5 *of Joint Motion for Authorization to Service Process by Publication on Certain Defendants;* the
6 *Affidavit of Daryl Ann Vitale Re Efforts to Locate Certain Defendants in Order to Serve Process*
7 *on Them;* and the *Affidavit of Martha Morales Re Efforts to Locate Certain Defendants in Order*
8 *to Serve Process on Them*, which are submitted along with this motion.

9  Date:   July 22, 2011                     Respectfully submitted,

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

         */s/ Scott B. McElroy*
By:_____
     Scott B. McElroy (Pro Hac Vice)
     M. Catherine Condon (Pro Hac Vice)
     1007 Pearl Street, Suite 220
     Boulder, Colorado
     Tel: 303/442-2021; Fax: 303/444-3490
     E-mail: sbmcelroy@mmwclaw.com
     E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervener,*
*Cahuilla Band of Indians*

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

         */s/ Curtis G. Berkey*
By:_____
     Curtis G. Berkey
     2030 Addison Street, Suite 410
     Berkeley, California 94704
     Tel: 510/548-7070; Fax: 510/548-7080
     E-mail: cberkey@abwwlaw.com

*Attorneys for Plaintiff-Intervener,*
*Ramona Band of Cahuilla*