1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP LLP
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505
   Fax: 760-942-8515
4  marco@coastlawgroup.com

5  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
6  McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220
7  Boulder, Colorado 80302
   Tel: 303-442-2021
8  Fax: 303-444-3490
   smcelroy@mmwclaw.com
9  ccondon@mmwclaw.com

10 *Attorneys for Plaintiff in Intervention,*
   *the Cahuilla Band of Indians*
11

   Curtis G. Berkey (SBN 195485)
12 ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
13 Berkeley, California 94704
   Tel: 510-548-7070
14 Fax: 510-548-7080
   cberkey@abwwlaw.com
15
   *Attorneys for Plaintiff in Intervention,*
16 *Ramona Band of Cahuilla*

17              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
18
   UNITED STATES OF AMERICA,           )
19                                      )   CASE NO. 51-cv-1247-RBB-GT
            Plaintiff,                  )
20                                      )
   CAHUILLA BAND OF INDIANS,            )   Hearing Date: No hearing date set
21   a federally recognized Indian tribe, ) Time:
   RAMONA BAND OF CAHUILLA,             )   Courtroom: 8
22                                      )
            Plaintiffs in Intervention, )   Hon. Gordon Thompson, Jr.
23                                      )
            v.                          )   **AFFIDAVIT OF DARYL ANN VITALE**
24                                      )   **RE: EFFORTS TO LOCATE CERTAIN**
   FALLBROOK PUBLIC UTILITY             )   **DEFENDANTS IN ORDER TO SERVE**
25 DISTRICT, a public service corporation)  **PROCESS UPON THEM**
   of the State of California, et al.,  )
26                                      )
            Defendants.                 )
27 _____ )

28

Affidavit of Daryl Ann Vitale           Page 1              Case No. 51-cv-1247

I, Daryl Ann Vitale, based upon personal knowledge acquired as a legal assistant at the law firm of McElroy, Meyer, Walker & Condon, P.C., hereby affirm as follows:

1. This affidavit is submitted in support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's ("Tribes") *Joint Motion to Allow Service of Process on Certain Defendants by Publication*.

2. By information and belief, all of the individuals identified in Attachment 1 are, or were at one time, owners of real property that will be affected by this litigation.

3. Accordingly, the Tribes sent a copy of each *Second Amended Complaint*, a *Notice of Lawsuit and Request for Waiver of Service of Summons*, two copies of the *Waiver of Service of Summons*, and a prepaid means for returning the waiver to each property owner listed in Attachment 1 or their predecessor in interest. The Tribes sent the waiver requests by first-class mail to the addresses originally obtained from the Riverside County Assessor-County Clerk-Recorder; however, such efforts failed.

4. Whenever the only information I had for a defendant listed in Attachment 1 was a post office box, I sent a letter, together with the applicable form(s), to the appropriate postmaster requesting the boxholder's contact information.

5. The Tribes next attempted to personally serve process upon the property owners, again at the addresses originally obtained from the Riverside County Assessor-County Clerk-Recorder, but for the various reasons described in Attachment 1, those attempts failed as well. The Tribes, therefore, undertook additional efforts to locate and serve the property owners.

6. Being trained in using Westlaw and having experience in locating individuals for the purpose of serving process, I assisted the Tribes' legal counsel in their attempts to locate and serve the individuals listed in Attachment 1. The extensive efforts I personally undertook to locate the defendants are described below.

    a. I conducted exhaustive searches on various Westlaw databases, including, but not limited to, the PeopleMap and Public Records databases, in order to obtain contact information for each individual listed in Attachment 1.

      b.      I conducted additional searches on the Riverside County Assessor-County Clerk-Recorder website by entering the assessor's parcel number for each property held by the defendants listed in Attachment 1. Such searches helped to determine if any documents were recently recorded that related to the property and that may involve a change in ownership or a change to the property owner's mailing address. Just recently, however, the Riverside County Assessor-County Clerk-Recorder removed all contact information for property owners from its website.

      c.      I conducted extensive and exhaustive internet searches for the property owners listed in Attachment 1, including, but not limited to, searches on websites such as google.com, whitepages.com, zillow.com, and conducted reverse phone number searches on the internet.

7. Whenever a property was in the process of being foreclosed upon, I provided counsel for the Cahuilla Band with the trustee information and she made a telephone call to the trustee in order to determine the status of the proceedings, including whether the property had been sold and, if so, to whom.

8. With respect to the property owned by Judy Lanik, I learned that she was deceased. It is my understanding that counsel for the Cahuilla Band sent a letter to the attorney for Ms. Lanik's brother requesting current ownership information on the property.

9. With respect to the property owned by Albino Arias, I was unable to find any address for him. It is my understanding that counsel for the Cahuilla Band sent a letter to the previous owner, believed to be a relative, requesting information regarding Mr. Arias' present address.

10. While the foregoing efforts proved successful for many other property owners, such efforts were not successful for the property owners listed in Attachment 1.

11. As described above, I exercised reasonable diligence in attempting to determine the whereabouts of the property owners listed in Attachment 1.

1    I declare under penalty of perjury that all of the foregoing statements are true and correct.

                                                            _____
                                                            Daryl Ann Vitale

STATE OF COLORADO    )
                     ) ss.:
COUNTY OF BOULDER    )

    SUBSCRIBED AND SWORN to before me this 21st day of July, 2011, by Daryl Ann Vitale.

                                    _____
                                    Notary Public

My Commission expires: 5/3/2015

Affidavit of Daryl Ann Vitale          Page 4              Case No. 51-cv-1247