# INDIVIDUALS TO BE SERVED BY PUBLICATION

## Table of Contents

Page

A.  Problem – Deceased                                            2
B.  Problem – Unable to Locate Out of State Address              4
C.  Problem – Unable to Locate – In State                        7
D.  Problem – Several Attempts Made – Never Home                 18
E.  Problem – Foreclosure                                        23

| DEFENDANT | A.  PROBLEM - DECEASED | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| A.1.<br>**Alexander, Delbert** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 37920 Tripp Flats Road, Anza, California, but returned the proof with a notation that the house was empty.  **Ex. A.1.a.**  The deed shows Delbert Alexander was the sole owner. | WestlawNext/Public Records - People Map indicates he died on March 3, 2010.  A search of the Riverside County Assessor's records and WestlawNext/Public Records - People Map indicate that Mr. Alexander is still the owner.  No evidence could be found indicating a conveyance to heirs. |
| A.2.<br>**Brown, Charlie and Mildred** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server made four attempts at personal service at the address provided: 466 W. Compton, California, but was unable to complete service, noting that there was no response at address given. The process server was told by a man who refused to give us his full name, Ron "Doe," that the servees are deceased.  **Ex. A.2.a and Ex. A.2.b.** | A search of WestlawNext/Public Records - People Map confirmed that both died in 2010.  The deed shows that the property was held in joint tenancy.  No subsequent deeds or recordings have been filed with the County Assessor since 1985.  No evidence could be found indicating a conveyance to heirs. |
| A.3.<br>**Graham, Claude** | After a request for waiver of service package was sent out, his wife, Andrea Graham, called local counsel for the Cahuilla Band of Indians (Coast Law Group) and informed them that Mr. Graham is deceased. | A search of WestlawNext/Public Records - People Map confirmed the fact that he is deceased.  The Riverside County Assessor's records indicate he is the sole owner of the property.  No subsequent deeds or recordings have been filed with Riverside County.  No evidence could be found indicating a conveyance to heirs. |
| A.4.<br>**Hicks, Kenneth** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 447 Chad Court, Vista, California, but returned the proof indicating the home is vacant, with no signs of habitation.  The neighbors reported that they have not seen any activity in or near the home for a long period of time.  **Ex. A.4.a.** | Westlaw People Map indicates Mr. Hicks died in 2011, but a death certificate could not be found.  He owned the property with Rhonda Hicks, who previously signed a waiver of service.  They held the property as tenants in common.  A search of WestlawNext/Public Records - Real Property Records indicates he is still the owner.  No evidence could be found indicating a conveyance to heirs. |

| A.5.<br>**Lanik, Judy** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to serve her personally at the address provided: 37600 Lanik Lane, Anza, California, but returned the proof indicating that the home is vacant.  **Ex. A.5.a.** | A search on www.familysearch.org indicates she died on January 25, 2009.  A review of Riverside County Assessor records implies that Judy Lanik was the sole and separate owner of this parcel.  A search of WestlawNext/Public Records did not reveal any additional information.  Counsel for the Cahuilla Band of Indians sent a letter to Tilden Kim, counsel for Ms. Lanik's brother, Gordon Lanik, requesting that Gordon Lanik provide relevant information regarding his sister's heirs, **Ex. A.5.b.**; Mr. Kim indicated that the property is still listed in Mr. Lanik's deceased sister's name and he could not, therefore, accept service. **Ex. A.5.c.** |
|---|---|---|
| A.6.<br>**Nickels, Calvin** | The Tribes' request to waive service was returned by the Postal Service with the notation "unable to forward."  The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to serve Mr. Nickels at the address provided: 39245 Anza Road, Anza, California, but was told by Mike Morrison that Mr. Nickels had died.  **Ex. A.6.a.** | The Social Security Administration Death Records confirms he died on March 3, 2008.  He owned the property with Margaret Kohler, as tenants in common.  Ms. Kohler signed a waiver of service.  The Riverside County Assessor's records and WestlawNext/Public Records indicate he is still the owner.  No evidence indicating a conveyance to heirs could be found. |

| DEFENDANT | B.   PROBLEM – UNABLE TO LOCATE OUT OF STATE ADDRESS | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| B.1.<br>**Allcorn, John** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Constable of Laughlin Township, Laughlin Nevada attempted personal service at the address provided: 2135 River City, Laughlin, Nevada.  He indicated there was no answer at the door, that the car on the premises had no license plates, and that there were piles of trash inside and outside of the house.  **Ex. B.1.a.** | A search of WestlawNext/Public Records - People Map did not provide any other address.  Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned unclaimed on April 14, 2011. |
| B.2.<br>**Dalton, Joan** | The process server attempted service at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 2070 Sunset Avenue, San Diego, California.  The process server indicated that service could not be completed as the address could not be located.  John Doe, who lived at 2012 Sunset Avenue indicated he had never heard of the person and did not know of the address.  **Ex. B.2.a.** | A search of WestlawNext/Public Records - Real Property Records showed Ms. Dalton is still the owner.  WestlawNext/Public Records - People Map indicates she lives in Yuma, Arizona.  Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested to Ms. Dalton's Yuma, Arizona address.  The mail package was returned on April 1, 2011, marked attempted not known. |
| B.3.<br>**Fernandes, Mary** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server was unable to serve at the address provided: 36917 Doreen Drive, Murrieta, California. The occupant of the residence, Chavion Parks, indicated that she had lived there for two years and did not know servee.  **Ex. B.3.a.** | A search of WestlawNext/Public Records - People Map indicates Ms. Fernandes lives in St. George, Utah.  Pursuant to California rules for service on out of state residents, the Tribes sent her copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned unclaimed on April 13, 2011. |

| | | |
|---|---|---|
| **B.4.**<br>**Guy, Shirley L.** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a Henderson, Nevada address. WestlawNext/Public Records - Real Property Records confirmed this address. | Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned unclaimed in November, 2010. |
| **B.5.**<br>**Maher, Delia and Dennis** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to personally serve them at the address provided: 58870 Mitchell, Anza, California, but returned the proof indicating that the lot is vacant.  **Ex. B.5.a. and B.5.b.**  The Mahers own the property with Randy Maher, likely their son, who owns 50% interest.  Randy Maher signed a waiver of service. | A search of WestlawNext/Public Records - People Map indicates that the Mahers live in La Pine, Oregon.  Pursuant to California rules regarding service on out of state residents, the Tribes sent them copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested.  The mail packages were returned marked not deliverable as addressed. |
| **B.6.**<br>**Perkins, Sallie** | Ms. Perkins owns the property with Walter Perkins.  The Tribes sent a request for waiver of service to the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 4827 Dean Lane SW, Lilburn, Georgia.  Walter Perkins signed a waiver of service on September 25, 2009. Sallie Perkins did not sign the waiver. | Pursuant to California rules for service on out of state residents, the Tribes sent Ms. Perkins copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned unclaimed on December 4, 2010. |
| **B.7.**<br>**Phillips, James and Melanie** | The process server attempted to serve the Phillips at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40875 Rolling Hills, Aguanga, California.  This is also the property address.  A person at that location who refused to give his last name indicated that the Phillips had moved a year ago when he bought the property.  **Ex. B.7.a. and B.7.b.** | WestlawNext/Public Records and the Riverside County Assessor website show that the property is still owned by the Phillips. A search of WestlawNext/Public Records - People Map indicates that the Phillips live in Mona, Utah.  Pursuant to California rules for service on out of state residents, the Tribes sent them copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested.  The mail packages were returned unclaimed. |

| B.8  Foster-Froman, Susan | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The post office responded indicating there was no change of address on file. | WestlawNext/Public Records – Credit Header provided a new address for her:  7959 Singleton Road, Midlothian, Texas.  Pursuant to California rules for service on out of state residents, the Tribes sent Ms. Froman copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned unclaimed. |
|---|---|---|

| DEFENDANT | C.  PROBLEM – UNABLE TO LOCATE - IN STATE | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| C.1<br>**Anctil, Frederika and Gerard** | Information provided by Riverside County Assessor-County Clerk- Recorder's office indicated that the property was owned by Donald Warhan.  The Tribes' request for waiver of service packet was returned undeliverable.  The Tribes subsequently searched on WestlawNext/Public Records - Real Property Records which indicated the Anctils were the new owners.  The process server attempted to personally serve them at property address: 57050 Knollwood Avenue, Anza, California.  The adult occupant indicated that he had moved in in June of 2010 and did not know the Anctils.  **Ex. C.1.a. and C.1.b.** | The Tribes obtained a new address for the Anctils through a WestlawNext/Public Records - People Map search, 1347 Austin Ct., Vista, California.  The process server was unable to complete service indicating that there was no answer at the door and observed unopened mail left outside, which was addressed to someone else.  **Ex. C.1.c. and C.1.d.**  An examination of the Assessor's records indicated that the Anctils sold the property at 1347 Austin Ct., Vista, California.  The Reconveyance Deed for the Vista sale contained an Anza post office box as the address for the Anctils.<br><br>The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The physical address provided by the Anza Post Office for this post office box is the 57050 Knollwood Avenue address, which is the address where service was initially attempted and failed. |
| C.2<br>**Amphon, Kitti and Paul** | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  1862 Almond Drive, Anaheim, California, but returned the proofs with the notation that the house is vacant and that there was a "Just Sold" sign in the front yard.  **Ex. C.2.a. and C.2.b.** | The Tribes obtained a new address for the Amphons through a WestlawNext/Public Records – People Map search:  208 Draft Way, Placentia, California.  The process server was unable to complete service indicating that the home is located within a non-guarded, gated community and the Amphons are not listed in the directory.  **Ex. C.2.c. and C.2.d.** |
| C.3<br>**Arias, Albino V.** | The Tribes have never had an address for Albino Arias.  It appears that the property was deeded from the parents to their three children in 2009.  The name and address provided by the Riverside County Assessor-County Clerk- Recorder's office is Rafael Anaya's name and address (presumably the father) rather than the current owners. | Through WestlawNext/Public Records - People Map, the Tribes were able to locate the other two owners.  One signed a waiver and one was personally served. Westlaw did not provide any information regarding Mr. Arias.  Counsel for the Cahuilla Band of Indians sent a letter to Rafael Anaya on May 27, 2011, asking if he could provide any information regarding Mr. Arias' address.  **Ex. C.3.a.**  To date, he has not responded. |

| | | |
|---|---|---|
| C.4<br><br>**Bahrambeygui, Ghassem** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  6127 La Jolla Boulevard, La Jolly, California, but returned the proof indicating that the address provided is vacant.  There were no signs of habitation and no cars in the driveway.  The neighbors indicated they had not seen anyone for quite some time.  **Ex. C.4.a.** | Through WestlawNext/Public Records – People Map, the Tribes were able to locate the same La Jolly address but also a business address:  1007 Blair Avenue, Calexico, California.  The process server was unable to complete service indicating that the business is closed and that a neighboring business indicated that the defendant has retired. |
| C.5<br><br>**Betts, Heidi and Ken** | The Riverside County Assessor-County Clerk- Recorder's records indicated that Rita Rodriguez owned the property.  The Tribes attempted to serve Ms. Rodriguez at the address provided: 49935 Gelding Way, Aguanga, California.  The process server was unable to serve her at this address indicating that the house was vacant.  **Ex. C.5.a.** | WestlawNext/Public Records - Real Property Records indicated that the property was sold through a trustee's sale.  The Grant Deed obtained indicates that the new owners are Heidi and Ken Betts and their address is listed as 49935 Gelding Way (same address where the Tribes attempted service on Rodriquez).  The process server was unable to complete service on the Betts, noting that the home is under construction and that no one is living there.  **Ex. C.5.b and C.5.c.** |
| C.6<br><br>**Boehme, Mary and John** | The process server attempted to serve them at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 1035 Stonecrest Lane, Escondido, California.  The current occupant, Mike Smith, told the process server that he had lived at that address for the past two years and no longer receives mail for the Boehmes.  **Ex. C.6.a. and C.6.b.** | WestlawNext/Public Records - People Map and the Assessor's website indicate the Boehmes currently live at the 1035 Stonecrest address.  Efforts to find another address proved to be unsuccessful. |
| C.7<br><br>**Chase, Donald** | The process server attempted to serve him at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 19675 Lurin Avenue, Riverside California.  The process server was unable to serve Mr. Chase indicating that he spoke with the current resident, Robert Royce, who did not know Donald Chase.  **Ex. C.7.a.** | WestlawNext/Public Records - People Map indicates Mr. Chase's current address is P.O. Box 20273, Riverside, California.  On May 13, 2011, the Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  **Ex. C.7.b.**  To date, the post office has not responded. |
| C.8<br><br>**Chase, Richard** | The process server attempted to serve him at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 32209 Riverside G-5, Riverside, California.  The process server was unable to complete service indicating that the apartment manager said Richard Chase no longer resides there.  **Ex. C.8.a.** | WestlawNext/Public Records - Real Property Records,  People Map and other efforts to obtain any information proved to be unsuccessful. |

| | | |
|---|---|---|
| C.9<br>**Dirosa, Joseph and Carol Damon** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The physical address subsequently provided by the Post Office is: 45080 Carrot Lane, Aguanga, California. This is not the property address. Efforts to serve them at the Carrot Lane address were unsuccessful. The process server was informed that the new owner, whose first name apparently is Ramiro, moved in three years ago. **Ex. C.9.a. and C.9.b.** | A search of WestlawNext/Public Records - Real Property Records indicated they live at  the property address, 53110 Benton Way, Anza, California. The process server was unable to serve at that address. The process server indicated that Ricardo Doe, the adult occupant, stated that he moved in February of 2010 and did not know the servee. **Ex. C.9.c. and C.9.d.** Efforts to find another address proved to be unsuccessful. |
| C.10<br>**Evangelist, Brian** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box:  P.O. Box 718, Anza, California.  This is not an Anza post office box number as all Anza post office box numbers are six digits beginning with either 390 or 391. | WestlawNext/Public Records – Real Property Records provided a physical address:  58701 Red Shank Lane, Anza, California. The process server was unable to serve at that address indicating there was no answer.  The residence was not visible from the road and a padlocked gate prevented access. **Ex.C.10.a.** |
| C.11<br>**Garner, Sandra** | The process server attempted service at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 49900 Shoshone Ct., Aguanga, California.  A female occupant, who refused to give her name, indicated that the Garners do not live there and that she does not know Sandra Garner or Richard Garner.  **Ex. C.11.a.** | Sandra Garner owned the property in joint tenancy with Richard Garner. WestlawNext/Public Records - Social Security Administration Death Record indicates that Richard Garner died on May 6, 2007.  WestlawNext/Public Records - PeopleMap and Whitepages.com list Sandra Garner as residing at the 49900 Shoshone Ct. address., which is incorrect. |
| C.12<br>**Geudtner, Joel and Susan** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The physical address subsequently provided by the Post Office is 40488 Calle Medusa, Temecula, California.  The process server was unable to complete service at this address indicating that he spoke to Stacy Tortorice and she indicated the defendants does not live there and she does not know them.  **Ex. C.12.a. and C.12.b.** | A Westlaw search provided a business address for the Geudtner:  49163 Moreno Road, Temecula, California.  The process server was unable to serve the defendants at this address indicating that the property belongs to Verizon. **Ex. C.12.c. and C.12.d.** |
| C.13<br>**Gil, Arthur and Patricia** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The physical address subsequently provided by the Post Office is 50060 US Hwy 371, Anza, California.  The process server was unable to locate the property using that address.  **Ex. C.13.a. and Ex. C.13.b.** | The Tribes searched the Riverside County Assessor's records. The records show that the house number is not 50060 but actually 50600.  Nonetheless, the process server was unable to locate the property at this corrected address.  **Ex. C.13.c. and C.13.d.** WestlawNext/Public Records - People Map shows a person named A. Gil at the Hwy. 371 address since 2002. |

| C.14<br>**Hammerstrand, John** | The process server attempted service at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 1739 Roble Grande Road, Alpine, California.  The process server discovered that the house is vacant.  A neighbor indicated no one had been living at the residence in a long time.  The neighbor refused to give a name.  **Ex. C.14.a.** | The Tribes subsequently learned that Beatrice Hammerstrand (who owns the property with John and signed a waiver) is a registered nurse.  Her professional license lists the same address maintained by the Riverside County Recorder's office.  The County Assessor, WestlawNext/Public Records - PeopleMap and Whitepages.com list 1739 Roble Grande Road as the address for John Hammerstrand, which is incorrect. |
| --- | --- | --- |
| C.15<br>**Henderson, Kathie** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The physical address provided by the Post Office is her parents' home: 39491 Pioneer Trail, Anza, California.  The process server was unable to serve her there. Her father, Waldren, said she moved years ago and left no new address.  **Ex. C.15.a.** | WestlawNext/Public Records - People Map search turned up 395 individuals with that name.  We were unable to narrow the search any further. |
| C.16<br>**Jakobs, Brenda** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The physical address provided from the Post Office is: 53258 Denny Drive, Anza, California.  The process server was unable to serve her there, and indicated that the house is vacant. **Ex. C.16.a.** | WestlawNext/Public Records - People Map listed the same post office box as her address.  A Google search indicated that she is a real estate agent for Coldwell Banker in Anza, California.  The process server attempted service there, but indicated that the business located at that address is now Realty Executives, not Coldwell Banker.  Brenda Jakobs is not one of the agents listed at the new business.  **Ex. C.16.b.** |
| C.17<br>**Lord, Mary** | The Tribes sent a request for waiver of service to the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 37860 Jack Lane, Anza, California.  The mail package was returned marked not deliverable as addressed.  WestlawNext/ Public Records and other sources provided various addresses for Ms. Lord.  The Tribes mailed the waiver packets to various addresses.  Since the waiver packet was not returned when sent to the 259 W. Avenida Marquita, San Clemente, California address, the Tribes attempted to personally serve her at this address.  The process server was unable to locate the address provided.  **Ex. C.17.a.** | Westlaw provided an additional address:  46 Parkwood Lane, Oceanside, California.  The process server made ten attempts to serve Ms. Lord at this address.  On his last attempt, he was informed by the current occupant that Ms. Lord had moved to 3852 Cazador Lane, Fallbrook, California.  **Ex. C.17.b.**  The process server subsequently attempted to serve Ms. Lord five times at the Fallbrook address but was unable to complete service.  The property is a large ranch estate and there is an electronic gate restricting access.  There is a call box but no one answered.  **Ex. C.17.c.** |

| | | |
|---|---|---|
| C.18<br>**Osuna, Juan** | The process server attempted service at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 15418 Bandy Ct., Moreno Valley, California.  The process server was informed by Erica Rodriquez, who moved in 6 months earlier, that she did not know Juan Osuna.   He no longer lives there. **Ex. C.18.a.** | The Riverside County Assessor's records and WestlawNext/Public Records - Real Property Records show Juan Osuna is still the owner and they list his address as 15418 Bandy Ct., Moreno Valley, California.   The Assessor's records also indicate that the property is a vacant lot.  The Tribes ordered a skip trace and were told that the Moreno Valley address is the most recent address for Mr. Osuna. |
| C.19<br>**Overgaauw, Joan** | The process server attempted service at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 6143 Capetown, Lakewood, California.  The process server indicated that they were unable to serve.  An individual on the premises, Kelly Doe, indicated that she has lived at the address for the past nine months and does not know servee.  **Ex. C. 19.a.** | WestlawNext/Public Records - People Map does not show any other address for Ms. Overgaauw.  The Tribes conducted a "reverse search" on Westlaw using a telephone number, but it showed the same Lakewood address, which is incorrect. |
| C.20<br>**Pena, Javier** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to serve Mr. Pena at the physical address provided by the Post Office: 43695 Chapman Road, Anza, California.  The process server was unable to serve Mr. Pena at that address and was informed by an elderly woman that Mr. Pena moved 20 years ago.  **Ex C.20.a.** | WestlawNext/Public Records - Real Property Records indicated that the property is owned by three individuals: Mr. Pena, Juan Perez and Aurora Perez.  Counsel for the Cahuilla Band ordered a copy of the Grant Deed which confirmed the property was owned by the above individuals.  Efforts to find another address for Mr. Pena proved unsuccessful. |
| C.21<br>**Perez, Juan and Aurora** | Property previously believed to be owned solely by Javier Pena is also owned by Juan and Aurora Perez. | WestlawNext/Public Records - People Map provided an address for Juan Perez and Aurora Perez: 63015 Pimlico, Mountain Center, California.  The process server attempted to serve them at that address but was informed that the servees do work for the owner on occasion but do not live at that address.  **Ex. C.21.a. and C.21.b.** |
| C.22<br>**Peters, Chris and Peter** | Property originally owned by Helen Schilling.  The process server attempted to serve her personally, but returned the proof with a notation that the house was vacant. | WestlawNext/Public Records - People Map indicated that the property was purchased through a foreclosure sale by Chris and Peter Peters.  The process server attempted to serve them personally, but was told by the occupant, Wayne Bayard, that |

|  |  | he rents from the Peters and that they live in Gardner Valley, California.  **Ex. C.22.a. and C.22.b.** |
|---|---|---|
| C.23<br>**Reyes, Jose** | The name and address provided by the Riverside County Assessor-County Clerk-Recorder's office is Latigo Properties, Inc., c/o Tom Kelly, Registered Agent, 27758 Santa Margarita, #318, Mission Viejo, California.  The process server was unable to complete service.  He found the office was closed, spoke with someone in the adjacent office and was informed that Latigo Properties had not worked at the address provided for some time. | The California Secretary of State's web page indicated that the corporation had been suspended.  WestlawNext/Public Records indicated that the property was deeded to Jose D. Reyes.  A copy of the Grant Deed was obtained and it indicates that Mr. Reyes' address is 49355 Meadow View, Aguanga, California. The process server was unable to complete service at the address provided for Mr. Reyes.  The occupant of the home, Jim Zaborowski, indicated that the servee is the owner but lives at 763 Lemon Avenue, Vista, California.  **Ex. C.23.a.** |
| C.24<br>**Riggle, Harlan** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Anza Postmaster returned the form with the notation "Not known at address given." | WestlawNext/Public Records provided a physical address: 43778 Foolish Pleasure Road, Aguanga, California.  The process server was unable to complete service indicating that the property is under construction and no one is living there. **Ex. C.24.a.** |
| C.25<br>**Rosada, Liza** | The process server completed service on owners, Kathleen and Richard Erk, according to Riverside County Assessor-County Clerk-Recorder's records.  The Erks subsequently contacted the Tribes indicating they no longer owned the property. | A search of WestlawNext/Public Records - PeopleFinder showed the property had been sold to Liza Rosada and provided a post office box as her address.  However, the Westlaw credit header contained a physical address.  The process server attempted to serve her at the physical that address.  A maintenance worker at the premises indicated that Ms. Rosada had moved into town approximately one year ago. **Ex. C.25.a.**  Efforts to find another physical address proved to be unsuccessful. |
| C.26<br>**Shirley, Johana and Walter** | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40370 Brook Trails Way, Aguanga, California. His attempts at service were unsuccessful indicating that the address provided does not exist.  **Ex. C.26.a. and C.26.b.** | The Riverside County Assessor and WestlawNext/Public Records - Real Property Records show them living at the address which the process server indicated did not exist. The Tribes conducted a skip trace, but it showed that the address provided by the Assessor for the Shirleys is correct. |

| | | |
|---|---|---|
| C.27<br>**Shorez, Sam** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve him at the physical address obtained from the Post Office:  1212 Marline Avenue, El Cajon, California.   The process server's attempts at service were unsuccessful.  The process server attempted service four times and returned the proof indicating that the address was bad; the only furniture in the house was a table in the middle of the room.  **Ex. C.27.a.** | WestlawNext/Public Records – Credit Header indicates that Mr. Shorez resides at 1550 Dehesa Road, El Cajon, California.  The process server was unable to complete service at this address indicating that the address does not exist – that the street numbers run from 1700 to 7800.  **Ex. C.27.b.** |
| C.28<br>**Stewart, Ryall** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve him at the physical address obtained from the Post Office: 37129 Polliwog Road, Anza, California.  The process server's attempts at service were unsuccessful.  The process server attempted service three times but there was no answer.  The house is for sale.  **Ex. C.28.a.** | WestlawNext/Public Records - PeopleMap indicates that Mr. Stewart's address is 58470 Hwy 371, Anza, California.  The process server attempted to serve him at this address which turned out to be the business address for Anza Electric but was informed by the manager that the defendant does not work there.  He is a director for District 1 and attends monthly meetings.  **Ex. C. 28.b.** |
| C.29<br>**Thompson, James and Judith** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Anza Postmaster returned the form with the notation "Not known at address given." | WestlawNext/Public Records – People Map indicates that the Thompsons' address is 43610 Hwy. 371, Anza, California.  The process server attempted on four separate occasions to complete service at this address but was unable to indicating that the home is on a private road with an electronic gate restricting access.  **Ex. C.29.a. and C.29.b.** |
| C.30<br>**Ugali, Rosauro** | The Tribes initially attempted service on Bonifacia and Ireneo Ugali at 13618 Earnshaw Avenue, Downey, California.  The process server was told per Alvin Guerro, the current occupant, that he was the new tenant and did not know the Ugalis.  The Tribes subsequently discovered that Bonifacia and Ireneo Ugali are deceased.  A Quit Claim Deed dated April 19, 1991, indicates the Ugalis deeded their property to six individuals including Rosaura Ugali. | WestlawNext/Public Records - Real Property Records indicates that Ugali Rosaura resides at 13618 Earnshaw Avenue, Downey, California, which is where service was initially attempted and failed.  Efforts to find another address proved to be unsuccessful. |

| C.31<br>**Vollan, Christopher** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 18054 Brightman Avenue, Lake Elsinore, California, but was unable to serve indicating that the house is vacant. The process server was informed by a neighbor that Mr. Vollan was in jail. **Ex. C.31.a.** | Westlaw showed that Mr. Vollan was released from jail in September, 2007. WestlawNext/Public Records - People Map provided a new address for him: 16056 Via Norte, Lake Elsinore, California. The process server attempted service at that address and found that Mr. Vollan's sister-in-law lives there, but not Mr. Vollan. **Ex. C.31.b.** Additional efforts to locate Mr. Vollan did not succeed. |
| --- | --- | --- |
| C.32<br><br>**Atoian, Gregor and Laura** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to serve them personally at the address provided: 22900 Ventura Boulevard, Woodland Hills, California, but returned the proof indicating that the address provided is an apartment complex. Property manager indicated there was no one at that address by the name of Atoian. **Ex. C.32.a. and C.32.b.** | WestlawNext/Public Records – People Map and People Search provided a new address for them: 24940 Alicante Drive, Calabasas, California. The process server attempted to serve them at various times on eight separate occasions but was unsuccessful. **Ex. C.32.c. and C. 32.d.** |
| C.33<br><br>**Constantinescu, Maria** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The form was returned marked "No such address." | WestlawNext/Public Records – People Map provided a new address for her: 37735 Pine Road, Anza, California. The process server attempted to serve her at various times on four separate occasions but was unsuccessful. **Ex. C. 33.a.** |
| C.34<br><br>**Eggering, Stephanie** | The property was originally owned by Nationwide Advantage Mortgage Company and it signed a waiver. It subsequently sold the property to Robert and Stephanie Eggering. Robert Eggering was personally served in Temecula, California. However, we were provided with a different address for Stephanie: 248 Newbury Way, American Canyon, California. The process server attempted service but failed indicating that he was advised Mrs. Eggering had moved out a long time ago. **Ex. C.34.a.** | WestlawNext/Public Records – People Map provided a new address for her: 57475 Derry Lane, Anza, California. The process server attempted to serve her at various times on six separate occasions but was unsuccessful. There were three unleashed dogs at this address but there was no answer at the door. **Ex. C.34.b.** |
| C.35<br><br>**Harmon, Robert** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of | WestlawNext/Public Records – People Map provided a new address for him: 16322 Howland Lane, Huntington Beach, California. The process server attempted to serve him but was |

| | | |
|---|---|---|
| | Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to complete service at the address provided: 35571 Aurora Lane, Anza, California, but was unsuccessful.  **Ex. C.35.a.** | told by the occupant of two years that she did not know the defendant.  **Ex. C.35.b.** |
| C.36<br><br>**Lykos, Tina** | The process server attempted to serve her at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  10501 Bellman Avenue, Downey, California, but was unable to serve indicating that the current occupant did not know and had not heard of the defendant.  **Ex. C.36.a.** | WestlawNext/Public Records – People Map and Credit Header provided a new address for her:  347 Wilson Street, Costa Mesa, California.  The process server attempted to serve her at various times on 11 occasions but was unsuccessful.  It is a gated community and he was unable to gain access.  **Ex. C.36.b.** |
| C.37<br><br>**Ortegel, Jette** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The post office responded indicating "Not known at address given." | WestlawNext/Public Records – Real Property Records and People Map provided an address for her:  456 Toyanza Court, San Andreas, California.  The process server attempted to serve her at various times on five separate occasions but was unsuccessful.  **Ex. C.37.a.** |
| C.38<br><br>**Perez, Ernesto and Leticia** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The form was not returned. | WestlawNext/Public Records – People Map provided an address for them:  12657 Stanwood Drive, Mar Vista, California.  The process server attempted to serve them but was unsuccessful.  He was informed by the renters that the Perezes live in Placentia, California.  **Ex. C.38.a. and C.38.b.**  However, the Westlaw search did not provide any address for them in Placentia. |
| C.39<br><br>**Progress Holdings** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The post office responded indicating "Not at this box." | WestlawNext Public Records – People Map and Real Property Records provided an address for it:  736 Bonita Drive, Encinitas, California.  The process server attempted to serve it at various times on five separate occasions but was unsuccessful.  **Ex. C.39.a.** |
| C. 40<br><br>**Saum, Rich** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  53250 Highway 371, Anza, California, but was unable to serve indicating that the current occupant, Jose, moved in two months before and the house was empty at that time.  **Ex. C.40.a.** | WestlawNext/Public Records – Utility Records provided a new address for him:  10230 Stageline Street, Corona, California.  The process server attempted to serve him at various times on six separate occasions but was unsuccessful.  **Ex. C.40.b.** |

| C. 41 Swenson, Carl and Jane | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  6116 Colodny Drive, Agoura Hills, California, but was unable to serve indicating that the current tenant had been residing there for a year and did not know the defendants.  **Ex. C.41.a. and C.41.b.** | WestlawNext/Public Records – People Map and Credit Header provided a new address for them:  28354 Balkins Drive, Agoura Hills, California.  The process server attempted to serve them at various times on seven separate occasions but was unsuccessful.  **Ex. C.41.c and C.41.d.** |
|---|---|---|
| C. 42 Berman-Baker, Wendy | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was c/o R. Baker, 2001 Wilshire Blvd., Los Angeles, California.  The Tribes sent the waiver package to Mrs. Baker at that address and R. Baker signed the waiver and returned it to us, even though it was addressed to Wendy Baker. | WestlawNext/Public Records provided a different address for her:  3602 Winter Canyon Road, Malibu, California.  The process server attempted to serve her but was unsuccessful indicating that it is an elementary school and the principal would not allow service on the school grounds.  **Ex. C. 42.a.** |
| C. 43 Garner, Thomas and June Living Trust | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  24752 Via Larga, Laguna Niguel, California, but was unable to serve indicating that that address does not exist.  **Ex. C.43.a.** | WestlawNext/Public Records – People Map indicated that 24752 Via Larga was the correct address.  The process server indicated that it was a good address.  Although he attempted to serve them at various times on four separate occasions, he was unsuccessful.  **Ex. C.43.b.** |
| C. 44 Hughes, Samuel | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to complete service at the address provided:  41535 Aztec Court, Aguanga, California, but was unable to serve indicating that the house is vacant.  **Ex. C.44.a.** | WestlawNext/Public Records – People Finder provided a new address:  2120 Via Puerta, Apt. B, Laguna Woods, California.  The process server was unable to complete service indicating that the current occupants were the Hancocks and they did not know the defendant.  **Ex. C. 44.b.** |
| C. 45 Kiger, Mary A. and Jerome Thornton | The property was originally owned by Basil and Dorothy Smith.  The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The physical address subsequently provided by the Post Office is: 37181 Hill, Anza, California.  The process server was unable to serve indicating that the house had sold in December, 2009.  **Ex. C.45.a. and C.45.b.** | WestlawNext/Public Records – Real Property Records indicated that the property was sold to Mary A. Kiger and Jerome Thornton.  The process server attempted to serve them at the address provided:  26655 Paseo Ensenada, San Juan Capistrano, California at various times on six separate occasions, but was unsuccessful.  **Ex. C.45.c. and C.45.d.** |

| C. 46<br><br>**Ugali, n/k/a Lugan, Michealle** | The Tribes initially attempted service on Bonifacia and Ireneo Ugali at 13618 Earnshaw Avenue, Downey, California.  The process server was told per Alvin Guerro, the current occupant, that he was the new tenant and did not know the Ugalis.  The Tribes subsequently discovered that Bonifacia and Ireneo Ugali are deceased.  A Quit Claim Deed dated April 19, 1991, indicates the Ugalis deeded their property to six individuals including Michealle Ugali, n/k/a Lugan | WestlawNext/Public Records – Credit Header provided an address:  20825 Norwalk Boulevard, Lakewood, California.  The process server was unable to complete service indicating that a unit number is required but this information could not be found.  **Ex. C.46.a.** |

| DEFENDANT | D.  PROBLEM - SEVERAL ATTEMPTS MADE - NEVER HOME | DILIGENCE STEPS TAKEN |
|---|---|---|
| D.1<br>**Babcock, Ricky** | The process server attempted to serve him personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 43375 Cowboy Country Trail, Aguanga, California.  There was no answer at the residence.  **Ex. D.1.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his last known address.  The mail package was returned marked unclaimed. |
| D.2<br>**Brandao, Licinio and Ramona** | The process server attempted to serve them personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40110 N. Preakness Court, Aguanga, California.  There was no answer at the residence.  **Ex. D.2.a. and D.2.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to their last known address.  The return receipt card was returned signed by Ramona Brandao, so they did receive the package, but the acknowledgment form was not returned.  **Ex. D.2.c. and D.2.d.** |
| D.3<br>**Canale, Patricia** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 661 W. St. Andrews Avenue, La Habra, California.  The home is located inside a gated, secured community.  The name "Canale" is on the call box directory but there was no answer at the door.  **Ex. D.3.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her last known address.  The return receipt card was returned signed by Patricia Canale so she did receive the package, but the acknowledgment form was not returned.  **Ex. D.3.b.** |
| D.4<br>**Dickson, David** | The process server attempted to serve him personally at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 16478 Old Guesito, Escondido, California.  However, the address provided does not exist.  It is a dirt road with signs posted stating "No Trespassing, Construction Zone."  The workers told the process server there were no homes left in the area.  **Ex. D.4.a.** | WestlawNext provided a new address.  The process server attempted to serve him personally at various times on five separate occasions at the new address: 6787 Alvarado Road #8, San Diego, California.  There was no answer at the residence, but there was movement inside the house on one occasion and the process server noted that he believed the occupants were avoiding service.  **Ex. D.4.b.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, |

|  |  | and the Acknowledgment of Service by Mail form to his last known address.   The mail package was returned marked unclaimed. |
| --- | --- | --- |
| D.5<br>**Firth, Brandon** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve him at the physical address obtained from the Post Office: 35571 Aurora Lane, Anza, California.  The process server attempted to serve him personally at various times on two separate occasions at that address.   There was no answer at the residence.  **Ex. D.5.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his post office address.  The return receipt card was returned signed by Natasha Firth, so it is assumed that his wife did receive the package, but the acknowledgment form was not returned.  **Ex. D.5.b.** |
| D.6<br>**Freeman, Victoria** | The process server attempted to serve her personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 49950 Bradford Road, Aguanga, California.  There was no answer at the residence.  **Ex. D.6.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her last known address.  The return receipt card was returned signed but the signature is illegible.  **Ex. D.6.b.** The acknowledgment form was not returned. |
| D.7<br>**Lohnes, Robert** | The property was originally owned by Armando and Diana Diaz.  The process server attempted to serve them personally but was unable to do so as the property was occupied by new owners who purchased the house on June 23, 2010. | WestlawNext/Public Records - Real Property Records indicated that the property was sold to Robert Lohnes.  People Map provided an address: 6104 Correll Street, Riverside, California.  The process server attempted to serve him personally at various times on nine separate occasions but it did not appear that anyone was home.  **Ex. D.7.a.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his post office address.  The return receipt card was returned signed by Faye Manning on May 31, 2011, but the acknowledgment form was not returned.  **Ex. D.7.b.** |
| D.8<br>**McClure, Shaunna Avila** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, |

| | | |
|---|---|---|
| | Riverside County Assessor-County Clerk-Recorder's office: 48920 Lake Canyon Drive, Aguanga, California.  There was no answer at the residence.  **Ex. D.8.a.**  Her husband signed a waiver which has been filed with the Court. | and the Acknowledgment of Service by Mail form to her last known address.  The return receipt card was returned signed by S. Avila so she did receive the package, but the acknowledgment form was not returned.  **Ex. D.8.b.** |
| D.9<br>**McIntosh, Donald & Sheila** | The process server attempted to serve them personally at various times on six separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 42405 Rolling Hills Drive, Aguanga, California.  There was a large aggressive dog on the property and cars were visible.  The process server honked but received no response.  **Ex. D.9.a. and D.9.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to their last known address.  The return receipt cards were returned signed by Sheila McIntosh, so they did receive the packages, but the acknowledgment forms were not returned.  **Ex. D. 9.c. and D.9.d.** |
| D.10<br>**Michalak, Corrina** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 4238 W. 135th Street, #B, Hawthorne, California.  On one occasion there were four cars in the driveway, the lights were on but no one answered the door.  Subsequent attempts were also unsuccessful.  **Ex. D.10.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her last known address.  The return receipt card was returned signed by Ron Michalak, so it is assumed that her husband did receive the package, but the acknowledgment form was not returned.  **Ex. D.10.b.** |
| D.11<br>**Myers, Rodney** | The process server attempted to serve him on four separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 48590 Sunnybrook Circle, Aguanga, California, but no one answered the door.  The house is for sale.  **Ex. D.11.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his last known address.  The mail package was returned as undeliverable. |
| D.12<br>**Nagel, Tyler** | The property was originally owned by Anna Pantoja.  The process server indicated that the property was occupied by new owners. | WestlawNext/Public Records - Real Property Records indicates the property was conveyed and is currently owned by three individuals, two of whom were personally served.  The process server attempted to serve Mr. Nagel personally at various times on five separate occasions but was unsuccessful reporting that there was no answer at the location, the gate is locked and there are two big dogs in the yard.  **Ex. D.12.a.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his last |

| | | |
|---|---|---|
| | | known address.  The return receipt card was returned signed by Tyler Nagel so he did receive the package, but the acknowledgment form was not returned.  **Ex. D.12.b.** |
| D.13<br>**Ortiz, Maria** | The address provided by the Riverside County Assessor-County Clerk- Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve her at the physical address obtained from the Post Office: 542 Altura Drive, Perris, California.  The process server was unable to complete personal service indicating that he spoke with Rosa Flores who stated she had lived at that address for the past year and did not know the servee.  **Ex. D.13.a.** | WestlawNext/Public Records - People Search provided a new address for Ms. Ortiz, 26020 Farmington Road, Menifee, California.  The process server was unable to complete service indicating that the house was surrounded by a giant electronic fence and that no one would answer the call button.  He attempted service three times.  **Ex. D.13.b.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her at the post office address provided by the Riverside County Assessor-County Clerk- Recorder's office.  The return receipt card was returned signed by Maria Ortiz, so she did receive the package, but the acknowledgment form was not returned.  **Ex. D.13.c.** |
| D.14<br>**Rose, Joanne and Norman** | The process server attempted to serve them personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 49355 Flightline Way, Aguanga, California.  There was no answer at the residence.  **Ex. D.14.a. and D.14.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to their last known address.  The mail packages were returned marked unclaimed. |
| D.15<br>**Ruiz, Daniel** | The process server attempted to serve him personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 44795 Via Catalina, La Quinta, California.  The process server was unable to complete personal service indicating that it appears that house had sold in August 2007.  **Ex. D.15.a.**  This is not the property address. | WestlawNext/Public Records did not confirm that the property had sold but did provide a different address for Daniel Ruiz.  The process server attempted to serve him personally at the new address, 78561 Bent Canyon Court, Indio, California, on 11 occasions but was unable to do so.  According to the baby sitter, the defendant did reside at this address.  On a separate occasion, the defendant drove up, saw the process server and drove away.  **Ex. D.15.b.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, |

|  |  | and the Acknowledgment of Service by Mail form to his last known address.  To date, nothing has been returned. |
|---|---|---|
| D.16<br>**Smith, Simon and Kim** | The process server attempted to serve them personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 49760 Flightline Way, Aguanga, California.  There was no answer at the residence.  **Ex. D.16.a. and D.16.b.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to their last known address.  The mail packages were returned as undeliverable. |
| D.17<br>**Stamm, Eric and Lisa** | The process server attempted to serve them personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40040 N. Preakness Court, Aguanga, California.  Although there was a car in the driveway, there was no answer at the residence.  **Ex. D.17.a. and D.17.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to last known address. The mail package addressed to Eric Stamm was returned undelivered, but no reason was given. To date, the mail package addressed to Lisa Stamm has not been returned nor has she signed the return receipt card indicating she has received the package. |
| D.18<br>**Tucker, Bryan & Norma** | The property was originally owned by Jose and Balbina Olivares. The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve the Olivares at the physical address provided by the Post Office.  The process server attempted to serve them but served the wrong individual. | A search of WestlawNext/Public Records - Real Property Records indicated that Bryan and Norma Tucker bought the property through a foreclosure sale.  The process server was unable to complete service at the address provided by Westlaw: 38310 Licon Road, Anza, California, indicating that there is a locked gate.  There was a car in the driveway and dogs running around the yard with a "beware of dogs" sign posted.  Someone was at home and looked out but did not open the door.  The process server honked his horn but there was no response.  **Ex. D.18.a. and D.18.b.** |

| DEFENDANT | E. PROBLEM – FORECLOSURE | DILIGENCE STEPS TAKEN |
|---|---|---|
| E.1<br><br>**Antrim, Cynthia** | The Tribes sent the waiver packet to Cynthia Antrim at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  40685 Tumbleweed Drive, Aguanga, California.  The package was returned marked "Moved, Left No Address."  The property address is 49515 Mescalero, Aguanga, California. | Through WestlawNext/Public Records - Real Property Records, the Tribes learned that foreclosure proceedings have begun on this property and a foreclosure sale was scheduled on April 25, 2011.  The Tribes have identified the Trustee - Cal-Western Reconveyance Corporation as the bank's trustee. As of June 6, 2011, the sale had not yet occurred.  The Tribes are informed that the sale is now on hold, and no new sale date has been set.<br><br>The Westlaw search indicated that Ms. Antrim's current address is: 980 Cedar Way, Escondido, California.   The process server attempted to serve her personally at various times on six separate occasions but was unsuccessful.  Although there was movement inside on one occasion, no one answered the door.  **Ex. E.1.a.** |
| E.2<br><br>**Herring, Mary and Bart** | The Tribes sent waiver packets to the Herrings at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  49466 Pima Court, Aguanga, California.  This is also the property address. The packets were returned marked "No Mail Receptacle."  WestlawNext/Public Records – People Map provided a new address:  54197 Scouts Lane, Anza, California.  The process server was unable to complete personal service on the Herrings noting that the house had sold and there were new owners.  **Ex. E.2.a. and E.2.b.** | Through WestlawNext/Public Records - Real Property Records, the Tribes learned that foreclosure proceedings have begun on the Pima Court property.  Counsel for the Cahuilla Band called the foreclosure Trustee, NDEX West LLC, to inquire about the date of the foreclosure sale.  In order to obtain the automated information, it was necessary to provide an auction number, which counsel did not have.  A subsequent letter seeking the status of the property was sent to NDEX.  **Ex. E.2.c.**  NDEX refused to provide that information without the consent of the owners.  **Ex. E.2.d.** |
| E.3<br><br>**Loiselle Family Trust – Robert and Mary Loiselle, Trustees** | The process server attempted to serve the Loiselles at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  40407 Lake Riverside Drive, Aguanga, California, but was unable to complete service noting that the house was vacant.  **Ex. E.3.a. and E.3.b.** | A WestlawNext/Public Records - Real Property Records search revealed that Wells Fargo obtained a foreclosure deed on the property on November 19, 2010.  The Tribes searched the real estate websites - www.zillow.com and www.estately.com, which indicated that Wells Fargo sold the property on May 19, 2011. The Tribes sought to obtain the name of the new owner |

| | | |
|---|---|---|
| | | from the County Clerk and Recorder's office, but the Clerk did not have that information, and indicated she would not have it for at least six months. |
| E.4<br>**Lopez, Jose** | The process server attempted to serve Mr. Lopez at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  49760 Meadow View Way, Aguanga, California.  This is also the property address.  The process server was informed by a woman who rents the property from Mr. Lopez that she did not know where Mr. Lopez lives.  **Ex. E.4.a.** | A WestlawNext/Public Records - Real Property Records search revealed a Notice of Trustee's Sale on September 7, 2010.  Counsel for the Cahuilla Band learned the identity of the trustee and called Reconveyance Trust, who indicated that a foreclosure sale was scheduled for April 4, 2011, and that it had been postponed several times.  The County Assessor's office does not reflect any change in ownership. Additional information from Reconveyance Trust has not been forthcoming. |
| E.5<br>**Neilsen, Kathy** | Originally the property was owned by John and Kathy Neilsen.  The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  40930 California Oaks Road, Murrieta, California.  The process server indicated this was a business address and that he was told that the Neilsens are no longer employed there.  **Ex. E.5.a. and E.5.b.** | The County Assessor's records are not up to date, as the most recent document for this property was recorded in April, 2003.  Through WestlawNext/Public Records - Real Property Records, the Tribes learned that John Neilsen deeded the property to Kathy Neilsen in August, 2005.  The Westlaw search also disclosed that a Notice of Trustee's Sale was recorded on July 16, 2010.  The Tribes learned the identity of the trustee, ETS Services, LLC.  Counsel for the Cahuilla Band contacted ETS Services, LLC for information about the status of the property and possible new owners.  The trustee maintains an automated system, but information about the sale of this property could not be found. The Westlaw search also provided an additional address for Kathy Neilsen in Houston, Texas.  The Tribes sent by certified mail the Summons, Second Amended Complaints, and Instructions for Service of Documents to the Texas address.  The mail package was returned marked unable to forward, return to sender. |
| E.6<br>**Smith, David and Joyce** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve the Smiths at the physical | Through WestlawNext/Public Records - Real Property Records, the Tribes learned that foreclosure proceedings have begun.  The Tribes identified the trustee as Quality Loan Service Corporation.  Counsel for the Cahuilla Band contacted it for information about the status of the property and foreclosure |

| | address provided by the Post Office:  47990 Hwy. 371, Anza, California.  The process server was unable to complete service. He spoke with a neighbor who indicated that Joyce Smith has obtained a temporary restraining order against David Smith, from which it may be inferred that the couple is separated if not divorced.  **Ex. E.6.a. and E.6.b.** | proceeding, but no further information could be obtained without borrower approval. |
|---|---|---|