# EXHIBIT A

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DELBERT ALEXANDER
37920 TRIPP FLATS RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

C. EC... SEAL

By _____, Deputy Clerk

DATE: OCT 2 0 2009

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit A.1.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 06/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |
| Check one box below to indicate appropriate method of service | |

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

    ☐ Return unexecuted:

    ☒ Other (specify):  37920 Tripp Flats Road, Anza, CA 92539. No furniture in house. House is vacant.

**STATEMENT OF SERVICE FEES**

| TRAVEL $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  06/28/10
                Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(303) 442-2021**   FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **, CA** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |
| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **CHARLIE BROWN**

As enumerated below:

**11/30/2010 -- 12:30 pm**         466 W. RAYMOND STREET
                                    COMPTON, CA 90220
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 -- 08:00 pm**         466 W. RAYMOND STREET
                                    COMPTON, CA 90220
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/03/2010 -- 10:00 am**         466 W. RAYMOND STREET
                                    COMPTON, CA 90220
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/06/2010 -- 03:00 pm**         466 W. RAYMOND STREET
                                    COMPTON, CA 90220
    HOME - SERVER WAS TOLD BY RON "DOE"; THE SERVEE WAS DECEASED AND HE WOULD NOT ACCEPT THE DOCUMENTS.

County:   **LOS ANGELES**
Registration No.:   **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 12, 2011** at **RIVERSIDE**, California.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**         Exhibit A.2.a.

EAS18258/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> SCOTT MCELROY, PRO HAC VICE <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> 1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(303) 442-2021**    FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |
| **NON SERVICE REPORT** | CASE NUMBER: **51-cv-1247-GT-RBB** |

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee: **MILDRED BROWN**

As enumerated below:

**11/30/2010 -- 12:30 pm**    466 W. RAYMOND STREET
    COMPTON, CA 90220
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 -- 08:00 am**    466 W. RAYMOND STREET
    COMPTON, CA 90220
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/03/2010 -- 10:00 am**    466 W. RAYMOND STREET
    COMPTON, CA 90220
    HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/06/2010 -- 03:00 pm**    466 W. RAYMOND STREET
    COMPTON, CA 90220
    HOME - SERVER WAS TOLD BY RON "DOE"; THE SERVEE WAS DECEASED AND HE WOULD NOT ACCEPT THE DOCUMENTS.

County: **LOS ANGELES**
Registration No.: **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 12, 2011** at **RIVERSIDE,** California.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**

Exhibit A.2.b.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> SCOTT MCELROY, PRO HAC VICE <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> 1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(303) 442-2021**   FAX NO.: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , CA |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |
| **NON SERVICE REPORT** | CASE NUMBER: <br> **51-cv-1247-GT-RBB** |

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **KENNETH HICKS**

As enumerated below:

**12/03/2010 -- 01:17 pm**          447 CHAD COURT
                                     VISTA, CA 92083
HOME - THE ADDRESS PROVIDED IS VACANT; NO SIGNS OF HABITATION; NO VEHICLES IN THE DRIVEWAY; NO FURNITURE INSIDE THE HOME; YARD MAINTENANCE HAS NOT BEEN CONDUCTED FOR QUITE SOME TIME; NO NEIGHBORS HAVE SEEN ANY ACTIVITY OR KNOW OF THE SERVEE.

County: **SAN DIEGO**
Registration No.: **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2010** at **SANTA ROSA**, California.

Signature: _____
           **JAIME TORRES**

**NON SERVICE REPORT**                         Exhibit A.4.a.

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JUDY LANIK
37600 LANIK LN
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within \_\_\_\_\_\*\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

C. EGU(SEAL)

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit A.5.a.

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE 02/12/11 |
| NAME OF SERVER Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: Attempted service on Judy Lanik at 37600 Lanik Lane, Anza, CA 92539 on 07/02/2010 and the property is unoccupied, empty and vacant. See attached due diligence.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $17.50 | | SERVICES | TOTAL $17.50 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 02/12/11
Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | |
|---|---|
| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | For Court Use Only |
| Telephone : 303-442-2021          Fax: 303-444-3490 | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Judy Lanik at 37600 Lanik Lane, Anza, CA 92539 as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 1/20/11 | 11:55am | Residence | No answer. |
| 2/12/11 | 8:28am | Residence | No answer. See comments below. |

Other comments: Spoke with Nanette Holzer, neighbor located at: 55935 Atlantic Avenue, Anza, CA 92539, said Judy had died. I checked social security records and Judy Lanik died January 25, 2009.

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
   (i) Owner
   (ii) Registration No.: 841
   (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 02/12/11

   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**



**McELROY, MEYER, WALKER & CONDON**
ATTORNEYS AT LAW

SCOTT B. McELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON

DANIEL E. STEUER
GREGG DE BIE

OF COUNSEL
PHOEBE ANNE GREYSON

**VIA ELECTRONIC MAIL**

May 4, 2011

B. Tilden Kim
Richards, Watson, Gershon
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101

Re: *Fallbrook Litigation*

Dear Tilden:

We have attempted to complete personal service on Judy Lanik, Gordon Lanik's sister, who is believed to be the sole and separate owner of APN 573-100-035. The results of a recent search online indicated that Judy Lyn Lanik died on January 25, 2009. However, there is no information in the assessor's records or any other records indicating who inherited this parcel of land. Since Gordon Lanik is represented by your firm, I am hoping that you can ask him who inherited this property and whether they would be willing to sign a waiver of service or whether we will need to complete personal service.

Your assistance in this matter would be greatly appreciated.

Sincerely,

*Catherine Condon*

M. Catherine Condon
MCC/dav

cc: James Markman
    Curtis Berkey

1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302  WWW.MMWCLAW.COM  303-442-2021  FAX 303-444-3490
A Professional Corporation

Exhibit A.5.b.

**Cathy Condon**

**From:** B. Tilden Kim [TKim@rwglaw.com]
**Sent:** Thursday, May 05, 2011 3:09 PM
**To:** Cathy Condon
**Cc:** James L. Markman; Curtis Berkey; Linda Pomatto
**Subject:** RE: Fallbrook Litigation

Cathy,

I discussed this issue with Gordon Lanik. Apparently, this property is still under the name of the deceased sister. So, Gordon cannot accept summons or execute a waiver of summons.

Tilden.

---

**From:** Daryl Vitale [mailto:dvitale@mmwclaw.com]
**Sent:** Wednesday, May 04, 2011 3:41 PM
**To:** B. Tilden Kim
**Cc:** Curtis Berkey; 'Martha Morales'; James L. Markman; Cathy Condon
**Subject:** Fallbrook Litigation

Dear Mr. Kim:

Attached is a letter from Cathy Condon.

Daryl Ann Vitale, Legal Assistant
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Telephone: 303-442-2021 Ext. 111


NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient of this communication, or an employee or agent responsible for delivering this communication to the intended recipient, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit A.5.c.

6/6/2011

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CALVIN NICKELS
39245 ANZA RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK        DATE

C. ECH (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit A.6.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted:  Passed away per Mike Morrison

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $10.00 | | SERVICES | TOTAL  $10.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/12/10
                  Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure