# EXHIBIT B



# Office of the Constable

**LAUGHLIN TOWNSHIP**

P. O. BOX 29577
LAUGHLIN, NEVADA 89029

PATRICK H. KETTERER
*Constable*

(702) 298-2311

**CASE NO. 51-cv-1247-GT-RBB**

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et     **Plaintiff,**

--VS--

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,     **Defendant.**
et al.

STATE OF NEVADA ) ss.
COUNTY OF CLARK )

## AFFIDAVIT OF DUE DILIGENCE

I, Arnold Wetzstein do hereby swear that I attempted to serve Summons and Complaint to the defendant Johnny Allcorn but was unsuccessful because <u>there was no answer at the door. There is a car with piles of trash and no license plates in the driveway, also the inside of the house has piles of trash in it. The house looks deserted</u>.

*[signature]*
**Constable / Deputy**

State of Nevada
County of Clark

SUBSCRIBED AND SWORN to before me this
1 day of October, 2010.

*[signature]*
NOTARY PUBLIC

[Notary stamp: KRISTIN HERNANDEZ, Notary Public, State of Nevada, Appointment No. 10-2715-1, My Appt. Expires Aug. 12, 2014]

Exhibit B.1.a.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
| TELEPHONE NO. (303) 442-2021    FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , CA |
| BRANCH NAME: |

| |
|---|
| PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA |
| DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe |

| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOAN DALTON**

As enumerated below:

**12/14/2010 -- 04:21 pm**            2070 SUNSET AVENUE
                                      SAN DIEGO, CA 92154
HOME - THE ADDRESS PROVIDED COULD NOT BE LOCATED; THE SERVER SPOKE WITH A "JOHN DOE" AT 2012 SUNSET AVENUE AND THEY STATED THEY HAVE NEVER HEARD OF THE SERVEE OR KNOW OF THE ADDRESS.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA**, California.

Signature: _/s/ Jaime Torres_
**JAIME TORRES**

**NON SERVICE REPORT**                                      Exhibit B.2.a.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br>TELEPHONE NO.: (303) 442-2021    FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA
DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

**NON SERVICE REPORT**

CASE NUMBER: 51-cv-1247-GT-RBB

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **MARY FERNANDEZ**

As enumerated below:

**10/06/2010 -- 04:00 pm**    36917 DOREEN DRIVE
                             MURRIETA, CA 92563
HOME - SERVER SPOKE WITH CHAVION PARKS; SHE HAS LIVED AT THE ADDRESS FOR 2 YEARS AND DOES NOT KNOW THE SERVEE; [CHAVION PARKS] 40ish, 120lbs, 5'6", black hair, African-American female.

County: SAN BERNARDINO
Registration No.: 1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 29, 2010** at RIVERSIDE, California.

Signature: _____
ROBERT SEE

**NON SERVICE REPORT**

Exhibit B.3.a.                                                                            nServe

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DELIA MAHER
58870 MITCHELL
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 2 0 2009
DATE

C. ECH (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit B.5.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

    ☒ Return unexecuted: Followed power lines to locate house, no house at the end of power lines. There is a meter box but no house.

    ☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 07/23/10
        Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DENNIS MAHER
58870 MITCHELL
ANZA CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____\* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECIJUSEAL

By _____, Deputy Clerk

OCT 2 0 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit B.5.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER  Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: Followed power lines to locate house, no house at the end of power lines. There is a meter box but no house.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 07/23/10
           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS. et al<br>vs<br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | SUMMONS IN A CIVIL ACTION<br>Case No. 51-cv-1247-GT-RBB |

TO: (Name and Address of Defendant)

JAMES PHILLIPS
40875 ROLLING HILLS
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                      DATE

C. ECHEVARRIA (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit B.7.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 08/27/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: Per Dan, Melanie & James Phillips moved a year ago when he brought the property. White/male, blue eyes, short grey hair, 5'9", 190 lbs., 50 years old.

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $22.50 | | SERVICES | TOTAL  $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/27/10
              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MELANEE PHILLIPS
40875 ROLLING HILLS
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By C. ECH____ , Deputy Clerk

OCT 2 0 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit B.7.b.

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE 08/27/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: Per Dan, Melanie & James Phillips moved a year ago when he brought the property. White/male, blue eyes, short grey hair, 5'9", 190 lbs., 50 years old.

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/27/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)