# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO.: **(303) 442-2021**        FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee:  **FREDERIKA ANCTIL**

As enumerated below:

    **11/20/2010 -- 02:20 pm**          57050 KNOLLWOOD DRIVE
                                     ANZA, CA 92539
          HOME - SERVER SPOKE WITH A LARRY "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN JUNE OF 2010 AND DID NOT KNOW THE SERVEE; [LARRY "DOE"] 35ish, 200lbs, 6', brown hair, Caucasian male.



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at **RIVERSIDE,** California.

Signature: _____
                              **ROBERT SEE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO.: **(303) 442-2021**          FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:, **CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:   **GERARD ANCTIL**

As enumerated below:

**11/20/2010 -- 02:20 pm**          57050 KNOLLWOOD DRIVE
                                       ANZA, CA 92539
HOME - SERVER SPOKE WITH A LARRY "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN JUNE OF 2010 AND DID NOT KNOW THE SERVEE; [LARRY "DOE"] 35ish, 200lbs, 6', brown hair, Caucasian male.



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at RIVERSIDE, California.

Signature: _____
                             **ROBERT SEE**

**NON SERVICE REPORT**          Exhibit C.1.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1.  I, Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant FREDERIKA  ANCTIL as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/12/11 | 12:00pm | Home | There are several packages outside the door.  They have been outside for over 1 week.  The name on all the packages is Courtney and Kerr Norman.  This was verified via the neighbor Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 1347 AUSTIN CT  Vista CA 92083. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: FREDERIKA  ANCTIL Home - 1347 AUSTIN CT Vista, CA 92083 |

3.  *Person Executing*
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:*   (3)  registered California process server
    *(i)*   Owner
    *(ii)*   *Registration No.:*       1505
    *(iii)*   *County:*                    Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**                                    (Surya Von Rosen)

anctil.mcelroy.13159

**Exhibit C.1.c.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GERARD ANCTIL as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/12/11 | 12:00pm | Home | There are several packages outside the door. They have been outside for over 1 week. The name on all the packages is Courtney and Kerr Norman. This was verified via the neighbor Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 1347 AUSTIN CT Vista CA 92083. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: GERARD ANCTIL Home - 1347 AUSTIN COURT Vista, CA 92083 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $30.00
*e. I am:*  (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:*  1505
   *(iii) County:*  Orange

*4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

anctil.mcelroy.13243

**Exhibit C.1.d.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | |

TELEPHONE NO. **(303) 442-2021**           FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **KITTI AMPHON**

As enumerated below:

**11/19/2010 -- 09:05 am**           1862 E ALMOND DRIVE
                                    ANAHEIM, CA 92805
HOME - ADDRESS PROVIDED IS VACANT; IN THE FRONT YARD THERE IS A "JUST SOLD" SIGN POSTED.

County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICES
231 E. ALESSANDRO BOULEVARD.,
SUITE A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____
**ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**           Exhibit C.2.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**<br><br>TELEPHONE NO. **(303) 442-2021**          FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **PAUL AMPHON**

As enumerated below:

    **11/19/2010 -- 09:05 am**           1862 E ALMOND DRIVE
                                          ANAHEIM, CA 92805
           HOME - ADDRESS PROVIDED IS VACANT; IN THE FRONT YARD THERE IS A "JUST SOLD" SIGN POSTED.

County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____

                  **ANTONIO DESHAWN OUTTEN**

| **NON SERVICE REPORT** | **Exhibit C.2.b.** |
|---|---|

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant KITTI AMPHON as follows:

2. *Documents:*     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 11:30am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Sun | 05/22/11 | 6:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Wed | 05/25/11 | 7:15am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Sat | 05/28/11 | 7:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY.  Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |

Page Number 1

Date: Thu, Jun. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          swenson.mcelroy.13495

**Exhibit C.2.c.**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 05/31/11 | 4:35pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Fri | 06/03/11 | 2:25pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Mon | 06/06/11 | 5:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Fri | 06/10/11 | 6:45am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: KITTI  AMPHON Home - 208 DRAFT WAY Placentia, CA 92870 |

3.   *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:*   (3)  registered California process server
     *(i)*   Owner
     *(ii)   Registration No.:*   1505
     *(iii)  County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13495

| | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney or Party without Attorney: SCOTT MCELROY | | | | |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant PAUL AMPHON as follows:

2. Documents:   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 11:30am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Sun | 05/22/11 | 6:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Wed | 05/25/11 | 7:15am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Sat | 05/28/11 | 7:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |

Page Number 1
Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

swenson.mcelroy.13496

**Exhibit C.2.d.**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | |

*Attorney for:* Plaintiff

| *Ref. No or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 05/31/11 | 4:35pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Fri | 06/03/11 | 2:25pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Mon | 06/06/11 | 5:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Fri | 06/10/11 | 6:45am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: PAUL  AMPHON Home - 208 DRAFT WAY Placentia, CA 92870 |

3.  *Person Executing*
  a. Surya Von Rosen
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA 92612
  c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:*  (3) registered California process server
    (i)  Owner
    (ii) *Registration No.:*  1505
    (iii) *County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13496



SCOTT B. MCELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON

OF COUNSEL
PHOEBE ANNE GREYSON

DANIEL E. STEUER
GREGG DE BIE

May 27, 2011

Rafael Anaya
17748 Miller Avenue
Fontana, CA 92335

Re:   *United States of America v. Fallbrook Public Utility District,*
      Case No. 51-CV-1247-GTBB

Dear Mr. Anaya:

We represent the Cahuilla Band of Indians in the above-entitled litigation which involves quantification of the federal reserved water rights for the Cahuilla Band of Indians and the Ramona Band of Cahuilla.  The litigation involves those public service corporations, persons, corporations, unincorporated associations, municipalities, and other entities that use or claim rights to use surface and/or ground water within the Anza-Cahuilla Sub-Basins.

Based on information provided by the Riverside County Assessor's office, it is our understanding that you and your wife deeded a parcel of land in Anza, California, which is within the Anza-Cahuilla Sub-Basins to Alin A. Anaya, Albino V. Arias and Alma A. Anaya in 2009.  Alin Anaya signed a waiver of service of summons and Alma Anaya has been personally served.  However, we have not been able to locate Albino Arias.  We would appreciate it if you would provide us with Mr. Arias' address so that we may complete personal service.  In the event you are unable to provide us with this information, we will ask the Court to allow us to serve Mr. Arias by publication.

Thank you for your kind and prompt attention to this request.

Sincerely,

M. Catherine Condon

MCC/dav

**Exhibit C.3.a.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO. (303) 442-2021                     FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   Servee:  **GHASSEM BAHRAMBEYGUI**

As enumerated below:

**12/12/2010 -- 04:44 pm**                    6127 LA JOLLA BOULEVARD
                                                                      LA JOLLY, CA 92037
HOME - THE ADDRESS PROVIDED IS VACANT; NO SIGNS OF HABITATION; NO VEHICLES IN THE DRIVEWAY; PER THE NEIGHBORS THEY HAVE NOT SEEN ANYONE IN THE HOME IN "QUITE SOME TIME".



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 18, 2010** at **RIVERSIDE**, California.

Signature: _____
                              **ROBERT SEE**

**NON SERVICE REPORT**                                                  Exhibit C.4.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Alex Partida, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ghassem Bahrambeygui c/o Imperial Valley Clinic as follows:

2. Documents:  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 1:11pm | Business | The business locationi is closed. The office looks vacant Attempt made by: Alex Partida, Registration #201060000004 Imperial County. Attempt at: 1007 Blair Ave Calexico CA 92231. |
| Mon | 06/20/11 | 3:40pm | Business | The office is vacant. Neighboring business stated that the defendant retired. Attempt made by: Alex Partida. Attempt at: 1007 Blair Ave  Calexico CA 92231. |
| Mon | 06/20/11 | 3:40pm | Business | Returned Not Served on: Ghassem Bahrambeygui c/o Imperial Valley Clinic Business - 1007 Blair Ave Calexico, CA 92231 |

3. Person Executing
   a. Alex Partida
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $40.00
e. I am:   (3)  registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   201060000004
   (iii) County:   Imperial

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Alex Partida)

swenson.mcelroy.13511

Exhibit C.4.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RITA RODRIGUEZ
49935 GELDING WAY
AGUANGA  CA  92536

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

    An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECIJSEAL

By                                              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.5.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

Served personally upon the defendant.  Place where served:  _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  _____

✗ Return unexecuted:  House vacant.

Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/18/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Heidi Betts as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 12:28pm | Home | This home is under construction, nobody is living here. Attempt made by: Surya Von Rosen. Registration #1505 Orange County. Attempt at: 49935 Gelding Way Aguanga CA 92536. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: Heidi  Betts Home - 49935 Gelding Way Aguanga. CA 92536 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)  registered California process server
      *(i)*   Owner
      *(ii)   Registration No.:*        1505
      *(iii)  County:*                  Orange

*4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon. May. 23, 2011

**NON SERVICE/RETURN**                      (Surya  Von Rosen)

anctil.mcelroy.13391

**Exhibit C.5.b.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ken Betts as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 12:28pm | Home | This home is under construction, nobody is living here. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49935 Gelding Way Aguanga CA 92536. |
| Wed | 05/18/11 | 12:28pm | Home | Returned Not Served on: Ken Betts Home - 49935 Gelding Way Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** *for service was:* $70.00
   e. *I am:*   (3) registered California process server
      *(i)*   Owner
      *(ii)   Registration No.:*      1505
      *(iii)  County:*      Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

   **NON SERVICE/RETURN**                    (Surya Von Rosen)

   anctil.mcelroy.13390

   **Exhibit C.5.c.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br>TELEPHONE NO. (303) 442-2021                    FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **, CA**<br>BRANCH NAME: | |

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **JOHN BOEHME**

As enumerated below:

    **12/16/2010 -- 04:14 pm**               1035 STONECREST LANE<br>                                           ESCONDIDO, CA 92027<br>    HOME - PER MIKE SMITH; CURRENT OCCUPANT; HE HAS LIVED AT THIS ADDRESS FOR THE PAST TWO YEARS AND DOES NOT KNOW THE SERVEE AND DOES NOT RECEIVE MAIL FOR THE SERVEE EITHER.

County:   **SAN DIEGO**
Registration No.:   **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA,** California.

Signature: _____
                       **JAIME TORRES**

**NON SERVICE REPORT**                     **Exhibit C.6.a.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO.: (303) 442-2021          FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **, CA** | |
| BRANCH NAME: | |

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **MARY BOEHME**


As enumerated below:

    **12/16/2010 -- 04:14 pm**                              1035 STONECREST LANE
                                                            ESCONDIDO, CA 92027
    HOME - PER MIKE SMITH; CURRENT OCCUPANT; HE HAS LIVED AT THIS ADDRESS FOR THE PAST
    TWO YEARS AND DOES NOT KNOW THE SERVEE AND DOES NOT RECEIVE MAIL FOR THE SERVEE
    EITHER.


County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA**, California.

Signature: _____
                    **JAIME TORRES**

**NON SERVICE REPORT**                                        Exhibit C.6.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DONALD CHASE
19675 LURIN
RIVERSIDE  CA  92508

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                                    DATE

C. ECHOSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.7.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/19/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted:  Spoke with resident Robert Royce, doesn't know Donald Chase.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       08/19/10

Date                     Signature of Server
                              **79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

The Postal Service does not have a database with the current address of all of its customers. It doesn't need that information since it delivers to addresses, rather than to individuals. However, if a customer moves and files a change of address order, that information is kept at the post office serving the last known address. The disclosure of customer name and address information is contained at section 265.6(d) of our regulations (39 CFR 265), which can be accessed from the FOIA home page. Change of address information about individuals or families is available only to government agency requesters, to persons needing the information to serve legal process who meet certain requirements, or pursuant to a court order.

The Postal Service suggests the following format to be used in conjunction with regulations at 39 CFR 265.6(d)(4)(ii) by persons empowered by law to serve legal process when requesting change of address or boxholder information.

The request should be forwarded to the Postmaster of the last known address.

---

Postmaster                                                                        Date _May 13, 2011_

RIVERSIDE, CA  92536
City, State, ZIP Code

### REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: DONALD CHASE

Address: PO BOX 20273, RIVERSIDE, CA  92516

Note: Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known and Post Office box address are required for boxholder information. The following information is provided in accordance with 39 CFR 265.6(d)(4)(ii). There is no fee charged for change of address or boxholder information.

1. Capacity of requester (process server, attorney, party representing self): _Attorney_
2. Statute or regulation that empowers me to serve process (not required for attorney's or a party acting pro se—except a corporation acting pro se must cite statute: _____
3. The names of all known parties to the litigation: _United States of America v. Fallbrook Public Utility District, et al._
4. The court in which the case has been or will be heard: _US District Court for the District of Southern California_
5. The docket or other identifying number if one has been issued: _51-cv-1247_
6. The capacity in which this individual is to be served (defendant or witness) _Defendant_

WARNING: THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

_[signature]_                                    McElroy, Meyer, Walker & Condon, 1007 Pearl St., Ste 220
Signature                                          Address

M. Catherine Condon, Esquire                       Boulder, Colorado  80302  (303) 442-2021
Printed Name                                       City, State, ZIP Code

---

### FOR POST OFFICE USE ONLY

_____ No change of address on file
_____ Moved and left no forwarding address
_____ No such address

New Address or Boxholder Name and Street Address
_____
_____
_____

**Exhibit C.7.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICHARD CHASE
32209 RIVERSIDE G 5
RIVERSIDE CA 92530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____
W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECHASEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.8.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

        Served personally upon the defendant.  Place where served:  _____

        Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left:  _____

✘    Return unexecuted:  Per Diane Navarron, Apartment Manager, Richard Chase no longer resides there.

        Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/20/10

            Date         Signature of Server
                            79-405 Highway 111, #9-354, La Quinta, CA 92253

                            Address of Server

<u>    NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE    </u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California.
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

  JOSEPH DIROSA
  45080 CARROT LN
  AGUANGA CA 92536

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

  An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK             DATE

C. ECHSEAL

By       , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.9.a.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

**✗**   Return unexecuted: Per new owner Ramiro, he moved in 3 years. Hispanic, male, approximately 65-70 years old, grey hair, balding, mustache, 5'8", 180 lbs.

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CAROL DIROSA
45080 CARROT LN
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |
| C. ECIJSEAL | |
| By , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.9.b.**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

       Served personally upon the defendant.  Place where served:

       Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

          Name of person with whom the summons and complaint were left:

✗    Return unexecuted: Per new owner Ramiro, he moved in 3 years. Hispanic, male, approximately 65-70 years old, grey hair, balding, mustache, 5'8", 180 lbs.

       Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/20/10

            Date            Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

            Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO.: (303) 442-2021          FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOSEPH DI ROSA**

As enumerated below:

**11/20/2010 -- 01:50 pm**           53110 BENTON WAY
                                                    ANZA, CA 92539
HOME - SERVER SPOKE WITH A RICARDO "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN FEBRUARY OF 2010 AND DID NOT KNOW THE SERVEE; [RICARDO "DOE"] 40ish, 200lbs, 5'10", black hair, Hispanic male.

County:   **SAN BERNARDINO**
Registration No.:   **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at RIVERSIDE, California.

Signature: _____

                    ROBERT SEE

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> 1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 <br><br> TELEPHONE NO.: (303) 442-2021                     FAX NO.: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , CA |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA |
|---|
| DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe |

| NON SERVICE REPORT | CASE NUMBER: <br> 51-cv-1247-GT-RBB |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **CAROL A. DAMON AKA CAROL DI ROSA**

As enumerated below:

    **11/20/2010 -- 01:50 pm**           53110 BENTON WAY <br>
                                        ANZA, CA 92539 <br>
    HOME - SERVER SPOKE WITH A RICARDO "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN FEBRUARY OF 2010 AND DID NOT KNOW THE SERVEE; [RICARDO "DOE"] 40ish, 200lbs, 5'10", black hair, Hispanic male.

| | |
|---|---|
| County:  **SAN BERNARDINO** <br> Registration No.:  **1058** <br> **EXCALIBUR ATTORNEY SERVICE** <br> **231 E. ALESSANDRO BOULEVARD, STE #** <br> **A368** <br> **RIVERSIDE, CA 92508** <br> **(877) 378-3843** | I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at **RIVERSIDE**, California. <br><br> Signature: _____ <br>                                 ROBERT SEE |

---

**NON SERVICE REPORT**                                  Exhibit C.9.d.