| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRIAN EVANGELIST as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/11 | 2:15pm | Home | NO ANSWER AT THE GIVEN ADDRESS. I CAN'T SEE THE RESIDENCE FROM THE ROAD. THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 58701 RED SHANK LANE Anza CA 92539. |
| Mon | 06/13/11 | 8:30pm | Home | NO ANSWER AT THE GIVEN ADDRESS. I CAN'T SEE THE RESIDENCE FROM THE ROAD. THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya Von Rosen. Attempt at: 58701 RED SHANK LANE Anza CA 92539. |
| Wed | 06/15/11 | 6:30am | Home | NO ANSWER AT THE GIVEN ADDRESS. I CAN'T SEE THE RESIDENCE FROM THE ROAD. THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya Von Rosen. Attempt at: 58701 RED SHANK LANE Anza CA 92539. |
| Fri | 06/17/11 | 12:00pm | Home | NO ANSWER AT THE GIVEN ADDRESS. I CAN'T SEE THE RESIDENCE FROM THE ROAD. THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya Von Rosen. Attempt at: 58701 RED SHANK LANE Anza CA 92539. |

Date: Thu, Jun. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13690

**Exhibit C.10.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

*Attorney for:* Plaintiff      *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 06/20/11 | 2:55pm | Home | NO ANSWER AT THE GIVEN ADDRESS. I CAN'T SEE THE RESIDENCE FROM THE ROAD. THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya Von Rosen. Attempt at: 58701 RED SHANK LANE  Anza CA 92539. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: BRIAN EVANGELIST Home - 58701 RED SHANK LANE Anza, CA 92539 |

3.   *Person Executing*
    a. Surya Von Rosen
    **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $40.00
e. *I am:*   (3) registered California process server
      *(i)*   Owner
      *(ii)*   *Registration No.:*    1505
      *(iii)*   *County:*    Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13690

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SANDRA GARNER
49900 SHOSHONE CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ? 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.11.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/11/10 |
| NAME OF SERVER **Louis Picarone** | TITLE **USA, et al v. Fallbrook PUD** |

| Check one box below to indicate appropriate method of service |
|---|
| Served personally upon the defendant. Place where served: _____ |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: Name of person with whom the summons and complaint were left: _____ |
| **✗** Return unexecuted: Spoke "Jane Doe" a white/female, brown hair, blue eyes, 5'8", 130lbs. approximately 45 years old,said does not know Sandra Garner or Richard Garner. ■ |
| Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/11/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**<br><br>TELEPHONE NO.: **(303) 442-2021**              FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOEL GEUDTNER**

As enumerated below:

10/24/2010 -- 11:40 am                    40488 CALLE MEDUSA
                                                      TEMECULA, CA 92591

HOME - SERVER SPOKE WITH STACY TORTORICE; THE SERVEE DOES NOT LIVE THERE AND SHE DOES NOT KNOW THE SERVEE; [STACY TORTORICE] 32ish, 135lbs, 5'5", blond hair, Caucasian female.



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 3, 2010** at **RIVERSIDE,** California.

Signature: _____
                                    **ROBERT SEE**

**NON SERVICE REPORT**                                    Exhibit C.12.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302** | | |

TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:  **SUSAN GEUDTNER**

As enumerated below:

    **10/24/2010 -- 11:40 am**                    40488 CALLE MEDUSA
                                             TEMECULA, CA 92591
    HOME - SERVER SPOKE WITH STACY TORTORICE; THE SERVEE DOES NOT LIVE THERE AND SHE DOES NOT KNOW THE SERVEE; [STACY TORTORICE] 32ish, 135lbs, 5'5", blond hair, Caucasian female.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 3, 2010** at **RIVERSIDE**, California.

Signature:  _____
                        **ROBERT SEE**

**NON SERVICE REPORT**

Exhibit C.12.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JOEL GEUDTNER C/O CITATION LANDSCAPE as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/17/11 | 3:45pm | Business | THIS ADDRESS NOW BELONGS TO VERIZON. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49163 MORENO RD Temecula CA 92589. |
| Wed | 06/22/11 | 12:00pm | Business | Returned Not Served on: JOEL GEUDTNER C/O CITATION LANDSCAPE Business - 49163 MORENO RD Temecula, CA 92589 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $30.00
**e. I am:**   (3)  registered California process server
    (i)   Owner
    (ii)  *Registration No.:*   1505
    (iii) *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13481

Exhibit C.12.c.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

| | |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SUSAN GEUDTNER C/O LANDSCAPE as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 05/17/11 | 3:45pm | Business | THIS ADDRESS NOW BELONGS TO VERIZON. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49163 MORENO RD Temecula CA 92589. |
| Wed | 06/22/11 | 12:00pm | Business | Returned Not Served on: SUSAN GEUDTNER C/O LANDSCAPE Business - 49163 MORENO RD Temecula, CA 92589 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:*   (3) registered California process server
   (i)   Owner
   (ii)  *Registration No.:*   1505
   (iii) *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13480

Exhiibt C.12.d.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ARTHUR GIL
50060 US HWY 371
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECK SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.13.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
| NAME OF SERVER   **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: **Unable to locate property. Search 50060 Hwy 371 and 50060 Cahuilla Rd.**

Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  **$17.50** | | SERVICES | TOTAL **$17.50** |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/14/10

           Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PATRICIA GIL
50060 US HWY 371
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

**CLERK**

C. ECIJSEAL

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.13.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
| NAME OF SERVER  **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

|  | |
|---|---|
| Served personally upon the defendant.  Place where served: | _____ |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: | _____ |
| ✗  Return unexecuted:  Unable to locate property. Search 50060 Hwy 371 and 50060 Cahuilla Rd. | |
| Other (specify): | |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  08/14/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ARTHUR GIL as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/11 | 11:45am | Home | This address doesn't appear to exist. There are several home on Highway 371 but none of them have this address. There is one home situated .25miles off the road with a locked gate at the Hwy. I can't get to the front door Attempt made by: Surya Von Rosen. Attempt at: 50600 HIGHWAY #371  Anza CA 92539. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: ARTHUR  GIL Home - 50600 HIGHWAY #371 Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** for service was: $40.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 1505
      (iii) County: Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Wed, May. 04, 2011

   **NON SERVICE/RETURN**                (Surya Von Rosen)

anctil.mcelroy.13236

**Exhibit C.13.c.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PATRICIA GIL as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/12/11 | 11:45am | Home | This address doesn't appear to exist. There are several home on Highway 371 but none of them have this address. There is one home situated .25miles off the road with a locked gate at the Hwy. I can't get to the front door Attempt made by: Surya Von Rosen. Attempt at: 50600 HIGHWAY #371  Anza CA 92539. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: PATRICIA  GIL Home - 50600 HIGHWAY #371 Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $85.00
e. *I am:* (3) registered California process server
   *(i)* Owner
   *(ii)* *Registration No.:*      1505
   *(iii)* *County:*               Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

anctil.mcelroy.13235

**Exhibit C.13.d.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**SCOTT MCELROY, PRO HAC VICE**
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**

TELEPHONE NO.: **(303) 442-2021**          FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOHN HAMMERSTRAND**

As enumerated below:

**12/04/2010 -- 06:14 pm**          1739 ROBLE GRANDE ROAD
          ALPINE, CA 91901
HOME - THE ADDRESS PROVIDED IS VACANT; NO SIGNS OF HABITATION; NO VEHICLES IN THE DRIVEWAY; NO FURNITURE INSIDE THE HOME; NEIGHBOR "JOHN DOE" CONFIRMED THERE HAS NOT BEEN ANYONE AT THE RESIDENCE IN "A LONG TIME"; WOULD NOT PROVIDE HIS NAME.

County: **SAN DIEGO**
Registration No.: **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2010** at **SANTA ROSA,** California.

Signature: _____
          **JAIME TORRES**

**NON SERVICE REPORT**          Exhibit C.14.a.

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHIE HENDERSON
39491 PIONEER TRAIL
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          OCT 2 0 2009

_____                    _____
CLERK                                                    DATE

C. ECH(SEAL)

By _____, Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.15.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/14/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

✗   Return unexecuted:  Spoke with her father, Waldren, Kathie moved to years ago left no new address.

Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL **$35.00** | | SERVICES | TOTAL **$35.00** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/14/10

Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS. et al vs FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | **SUMMONS IN A CIVIL ACTION** Case No. 51-cv-1247-GT-RBB |

TO: (Name and Address of Defendant)

BRENDA JAKOBS
53258 DENNY DR
ANZA  CA  92539

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

   An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                            DATE

C. ECK (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.16.a.**

| RETURN OF SERVICE | |
| --- | --- |
| Service of the Summons and Complaint was made by me | DATE 06/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
| --- |
|     Served personally upon the defendant.  Place where served: _____ |
|     Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: <br><br>      Name of person with whom the summons and complaint were left: _____ |
|     Return unexecuted: |
| ✘    Other (specify):  53258 Denny Drive, Anza,  CA 92539. No furniture in house. House is vacant. |

| STATEMENT OF SERVICE FEES | | | |
| --- | --- | --- | --- |
| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    06/28/10

              Date                  Signature of Server

                                  79-405 Highway 111, #9-354, La Quinta, CA 92253

                                  Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRENDA JAKOBS C/O COLDWELL BANKER as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/11/11 | 4:10pm | Business | The real estate office is closed. There are Three Agents with Contact information on the door. Victoria Chamberlin, Kathy Agostino & Adrienne Hochee Attempt made by: Surya Von Rosen. Attempt at: 56460 US HIGHWAY #371 Anza CA 92539. |
| Mon | 04/11/11 | 4:10pm | Business | This location now Belongs to Anza Valley Chiropractic and Realty Executive a/k/a The High Country Group Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 56460 US HIGHWAY #371 Anza CA 92539. |
| Tue | 05/03/11 | 12:00pm | Business | Returned Not Served on: BRENDA JAKOBS C/O COLDWELL BANKER Business - 56460 US HIGHWAY #371 Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $85.00
e. *I am:*   (3) registered California process server
   *(i)*   Owner
   *(ii)*   *Registration No.:*        1505
   *(iii)*   *County:*        Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13234

**Exhibit C.16.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | |
| TELEPHONE NO. **(303) 442-2021**     FAX NO. | | |
| E-MAIL ADDRESS *(Optional):* | | |
| ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **MARY LORD**

As enumerated below:

**11/20/2010 -- 09:33 am**          259 W AVENIDA MARQUITA
SAN CLEMENTE, CA 92672
HOME - SERVER WAS UNABLE TO LOCATE THE ADDRESS PROVIDED; VERIFIED WITH "GOOGLE MAPS" AND "MAPQUEST".

County:  **LOS ANGELES**
Registration No.:  **3587**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD, SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2010** at **RIVERSIDE**, California.

Signature: _____

**ARTURO CHARYA**

**NON SERVICE REPORT**                                    **Exhibit C.17.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Ben M Stone, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARY JANE LORD as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/19/11 | 7:46pm | Home | NO ANSWER AT THE GIVEN ADDRESS Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Wed | 04/20/11 | 11:38am | Home | No Answer.  No ligts on; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Sat | 04/23/11 | 5:17pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Tue | 04/26/11 | 8:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Fri | 04/29/11 | 8:15am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Mon | 05/02/11 | 2:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Thu | 05/05/11 | 6:47pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |

Page Number 1

*Date:* Mon, May. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13247

**Exhibit C.17.b.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | |
| Attorney for: Plaintiff | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 05/08/11 | 7:19pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Wed | 05/11/11 | 8:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Sun | 05/15/11 | 1:05pm | Home | PER CURRENT OCCUPANT, SHE CLAIMS THE DEFENDANT HAS MOVED TO 3852 CAZADOR LANE, FALLBROOK, CA Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: MARY JANE LORD Home - 46 PARKWOOD LANE Oceanside, CA 92054 |

3.   *Person Executing*
   a. Ben M Stone
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee*  for service was: $30.00
*e. I am:*   (3)  registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   1702
      (iii) *County:*   San Dieg

*4.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct*
   Date: Mon, May. 23, 2011
Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

smcm.mcelroy.13247

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARY LORD as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/11 | 4:01pm | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE. THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya Von Rosen. Attempt at: 3852 CAZADOR LANE   Fallbrook CA 92028. |
| Sun | 06/12/11 | 7:55am | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE. THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |
| Tue | 06/14/11 | 7:00pm | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE. THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |
| Fri | 06/17/11 | 3:45pm | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE. THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |

Page Number 1
U Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

anctil.mcelroy.13689

Exhibit C.17.c.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 06/19/11 | 6:30pm | Home | NO ANSWER AT THE RESIDENCE. THIS IS A LARGE RANCH ESTATE. THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS. THERE IS A CALL BOX. NOBODY ANSWERED. Attempt made by: Surya  Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: MARY  LORD Home - 3852 CAZADOR LANE Fallbrook. CA 92028 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $75.00
e. *I am:*  (3)  registered California process server
   (i)   Owner
   (ii)  *Registration No.:*  1505
   (iii) *County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13689

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JUAN OSUNA
15418 BANDY CT
MORENO VALLEY  CA  92551

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ʻ 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECIJSEAL

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.18.a.**

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 | |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 | |

Check one box below to indicate appropriate method of service

|  |
|---|
|       Served personally upon the defendant.  Place where served: _____ |
|       Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|         Name of person with whom the summons and complaint were left: _____ |
| ✗  Return unexecuted:  Spoke with Erica Rodriquez, she moved in 6 months ago and does not know Juan Osuna. |
|       Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/18/10

                Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO.: **(303) 442-2021**          FAX NO.:<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FC2 *(Name):* **PLAINTIFF IN INTERVENTION** | |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** | |
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **CA** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee:   **JOAN OVERGAAUW**


As enumerated below:

    **11/19/2010 -- 02:02 pm**           6143 CAPETOWN
                                        LAKEWOOD, CA 90713
        HOME - PER KELLY "DOE"; SHE HAS LIVED AT THE ADDRESS FOR THE PAST 9 MONTHS AND DOES NOT KNOW THE SERVEE.


County:  **ORANGE**
Registration No.:  **1687**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, STE # 486**
**SANTA ROSA, CA 95407**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on ~~December 21, 2010~~ at **SANTA ROSA,** California.

Signature: _____
                 **LUIS ARELLANO**

**NON SERVICE REPORT**           Exhibit C.19.a.