Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JAVIER PENA
C/O JUAN JOSE PEREZ
43695 CHAPMAN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                         DATE

C. ECHSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.20.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/28/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|
| Served personally upon the defendant.  Place where served:   _____ |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| Name of person with whom the summons and complaint were left: _____ |
| ✗   Return unexecuted:   Spoke with elderly Female, blond hair, glasses, approximately 75 years old. She said the defendant moved 20 years ago. |
| Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/28/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JUAN PEREZ as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:40pm | Home | PER OWNER OF GIVEN ADDRESS. THE DEFENDANT DOES WORK FOR HIM ON OCCASION, BUT DOESN'T LIVE HERE.  THIS IS A VERY LARGE HOME AND PROPERYT. Attempt made by: Surya Von Rosen. Attempt at: 63015 PIMLICO  Mountain Center CA 92561. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: JUAN  PEREZ Home - 63015 PIMLICO Mountain Center, CA 92561 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:* $120.00
e. *I am:*  (3) registered California process server
   (i)   Owner
   (ii)  *Registration No.:*      1505
   (iii) *County:*               Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

**NON SERVICE/RETURN**          (Surya  Von Rosen)

                                                     swenson.mcelroy.13457

**Exhibit C.21.a.**

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant AURORA PEREZ as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:40pm | Home | PER OWNER OF GIVEN ADDRESS, THE DEFENDANT DOES WORK FOR HIM ON OCCASION, BUT DOESN'T LIVE HERE. THIS IS A VERY LARGE HOME AND PROPERYT. Attempt made by: Surya Von Rosen. Attempt at: 63015 PIMLICO Mountain Center CA 92561. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: AURORA PEREZ Home - 63015 PIMLICO Mountain Center, CA 92561 |

3.  *Person Executing*
    a. Surya Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $50.00
e. *I am:*   (3) registered California process server
       (i)   Owner
       (ii)  *Registration No.:*   1505
       (iii) *County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Mon, May, 23, 2011

                        **NON SERVICE/RETURN**            (Surya Von Rosen)

swenson.mcelroy.13458

**Exhibit C.21.b.**

| Attorney or Party without Attorney: | For Court Use Only: |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* **Plaintiff**          *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHRIS PETERS as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:30pm | Home | PER OCCUPANT, WAYNE BAYARD, HE RENTS THIS ADDRESS FROM THE OWNER. HE MENTIONED THE OWNER IS LIVING IN GARDNER VALLEY, CA Attempt made by: Surya Von Rosen. Registration #1505 Orange County. Attempt at: 38380 LICON RD  Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: CHRIS PETERS Home - 38380 LICON RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)  registered California process server
      *(i)*   Owner
      *(ii)*  *Registration No.:*   1505
      *(iii)* *County:*   Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Mon. May. 23, 2011

**NON SERVICE/RETURN**                    _____
                                          (Surya Von Rosen)

**Exhibit C.22.a.**

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY. MEYER. WALKER & CONDON. P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303–442-2021 | For Court Use Only |
|---|---|
| Attorney for: **Plaintiff** | Ref. No or File No.: |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT. SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I. Surya Von Rosen. and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant PETER  PETERS as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:30pm | Home | PER OCCUPANT. WAYNE BAYARD. HE RENTS THIS ADDRESS FROM THE OWNER.  HE MENTIONED THE OWNER IS LIVING IN GARDNER VALLEY. CA Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 38380 LICON RD   Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: PETER  PETERS Home - 38380 LICON RD Anza, CA 92539 |

3.  *Person Executing*
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. **The Fee** for service was:* $85.00
*e. I am:*   (3) registered California process server
   *(i)*    Owner
   *(ii)*   *Registration No.:*     1505
   *(iii)*  *County:*                 Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
     Date: Mon. May. 23. 2011

**NON SERVICE/RETURN**          (Surya  Von Rosen)

**Exhibit C.22.b.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1.  I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Jose Reyes as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 1:07pm | Home | Per Occupant, Jim Zaborowski - The defendant is the owner of this location but lives in 763 Lemon Ave. Vista, CA Attempt made by: Surya Von Rosen. Attempt at: 49355 Meadow View Way  Aguanga CA 92536. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: Jose Reyes Home - 49355 Meadow View Way Aguanga, CA 92536 |

3.  *Person Executing*
    a. Surya Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
e. *I am:*   (3)  registered California process server
        *(i)*   Owner
        *(ii)   Registration No.:*      1505
        *(iii)  County:*               Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Mon, May, 23, 2011

**NON SERVICE/RETURN**          (Surya Von Rosen)

**Exhibit C.23.a.**

22

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HARLAN V RIGGLE as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 2:30pm | Home | THIS LOCATION IS UNDER CONSTRUCTION. NOBODY IS LIVING HERE RIGHT NOW Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 43778 FOOLISH PLEASURE RD Aguanga CA 92536. |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $40.00
e. *I am:* (3) registered California process server
   *(i)* Owner
   *(ii)* Registration No.:   1505
   *(iii)* County:   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

anctiLmcelroy.13634

**Exhibit C.24.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

| Attorney for: **Plaintiff** | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
**U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA**

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LISA ROSADA as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/11/11 | 3:04pm | Home | This address has 5 trailers on it. Per maintenance worker, the defendant moved into town about 1 year ago. He stated she lives off Pates Ln Road. Attempt made by: Surya Von Rosen. Attempt at: 43870 BARBARA TRAIL  Aguanga CA 92536. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: LISA ROSADA Home - 43870 BARBARA TRAIL Aguanga, CA 92536 |

3. Person Executing
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $70.00
e. I am:  (3) registered California process server
   (i)   Owner
   (ii)  Registration No.:        1505
   (iii) County:                  Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**            (Surya Von Rosen)

**Exhibit C.25.a.**

41

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**CURTIS G. BERKEY, ESQ.**                                    SBN: # 195485
**ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP**
**2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704**

TELEPHONE NO.: **(510) 548-7070**                    FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| NON SERVICE REPORT | CASE NUMBER:  **51-cv-1247-GT-RBB** |
| --- | --- |

I received the within process on February 13, 2011 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   Servee:  **JOHANA SHIRLEY**

As enumerated below:

   02/20/2011 – 12:10 pm                40370 BROOKS TRAIL WAY
                                        AGUANGA, CA 92536
   HOME - THE ADDRESS PROVIDED DOES ONT EXIST; PROCESS SERVER WAS UNABLE TO LOCATE
   ADDRESS PROVIDED.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 7, 2011** at **RIVERSIDE**, California.

Signature: _____

         **ROBERT SEE**

**NON SERVICE REPORT**

Exhibit C.26.a.                           19/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| CURTIS G. BERKEY, ESQ.   SBN: # 195485<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704<br>TELEPHONE NO.: **(510) 548-7070**   FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR** | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on February 13, 2011 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **WALTER SHIRLEY**

As enumerated below:

    **02/20/2011 -- 12:10 pm**          40370 BROOKS TRAIL WAY<br>
                                      AGUANGA, CA 92536<br>
        HOME - THE ADDRESS PROVIDED DOES ONT EXIST; PROCESS SERVER WAS UNABLE TO LOCATE ADDRESS PROVIDED.

County:  **SAN BERNARDINO**<br>
Registration No.:  **1058**<br>
**EXCALIBUR ATTORNEY SERVICE**<br>
**231 E. ALESSANDRO BOULEVARD, STE #**<br>
**A368**<br>
**RIVERSIDE, CA 92508**<br>
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 7, 2011** at **RIVERSIDE**, California.

Signature: _____

                         **ROBERT SEE**

**NON SERVICE REPORT**

**Exhibit C.26.b.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

**Catherine Condon**
**McElroy, Meyer, Walker & Condon, P.C.**
**1007 Pearl Street  Ste. 220 Boulder, CO 80302**

TELEPHONE NO.: **(303) 442-2021**       FAX NO.: **(303) 444-3490**
E-MAIL ADDRESS *(Optional):* **dvitale@mmwclaw.com**
ATTORNEY FOR *(Name):*

FOR COURT USE ONLY

**USDC - SOUTHERN DISTRICT - SAN DIEGO**

STREET ADDRESS: **880 FRONT STREET**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN DIEGO, CA 92101**

BRANCH NAME: **SOUTHERN**

PLAINTIFF/PETITIONER: **United States**

DEFENDANT/RESPONDENT: **Fallbrook Public**

| NON SERVICE REPORT | CASE NUMBER:<br>**51-CV-1247-GT-RBB** |
| --- | --- |

I received the within process on July 12, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **Sam Shorez**
Documents:   **summons;second amended complaint;Instructions for Future Filing and Service of Documents**

As enumerated below:

**07/16/2010 -- 8:32AM**              1212 Marline Ave.
                                      El Cajon, CA 92021
        No answer at the door.

**07/19/2010 -- 2:39PM**              1212 Marline Ave.
                                      El Cajon, CA 92021
        No answer at the door.

**07/22/2010 -- 10:11AM**             1212 Marline Ave.
                                      El Cajon, CA 92021
        No answer at the door.

**07/26/2010 -- 8:40PM**              1212 Marline Ave.
                                      El Cajon, CA 92021
        Given address is bad. Server was able to see inside the house. There is only a table in the middle of the room with no other belongings present.

Fee for Service: **$ 60.00**

**J**  County:  **San Diego**
     Registration No.:  **1232**
     **Janney & Janney Attorney Service,**
     **Inc.**
     **4891 Pacific Hwy., Suite 102**
     **San Diego, CA 92110**
     **(619) 231-9811**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 4, 2010** at **San Diego**, California.

Signature: _____

**William Gager**

**NON SERVICE REPORT**                        Exhibit C.27.a.

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SAM SHOREZ as follows:

2. Documents:   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/25/11 | 2:00pm | Home | THIS ADDRESS DOESN'T EXIST.  THE STREET RUNS FROM 1700 TO 7800. ALSO, USPS.COM DOES NOT RECOGNIZE THIS ADDRESS AS A DELIVERABLE LOCATON Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 1550 DEHESA RD  El Cajon CA 92019. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: SAM SHOREZ Home - 1550 DEHESA RD El Cajon, CA 92019 |

3. Person Executing
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $70.00
e. I am:   (3) registered California process server
   (i)   Owner
   (ii)  Registration No.:        1505
   (iii) County:                  Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Thu, Jun. 23, 2011

**NON SERVICE/RETURN**                          (Surya Von Rosen)

swenson.mcelroy.13461

**Exhibit C.27.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RYALL STEWART
37129 POLLIWOG RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                                     DATE

C. ECHOSEAL

By                                          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.28.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 08/08/2010 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒  Return unexecuted:  See Attached Affidavit of Reasonable Diligence

Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   08/09/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
_Ryall Stewart_ as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/27/10 | 10:12am | Residence | House for sale, no answer. |
| 07/28/10 | 2:32pm | Residence | House for sale, no answer. |
| 07/31/10 | 8:49am | Residence | House for sale, no answer. |
| | | | |
| | | | |
| | | | |

Other comments: Left message on 951-659-2602 for realtor (Paradise Corner Realty) to call me but they never did.

3)     **Person Executing:**
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 17.50
      e. I am: (3) Registered California Process Server:
          (i) Owner
          *(ii) Registration No.:* 841
          *(iii) County:* Riverside

4)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      Date: 08/09/2010

                               Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |
| Attorney for: Plaintiff     Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1.  I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ryall Stewart as follows:

2.  Documents:    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 05/18/01 | 3:02pm | Home | THIS LOCATON IS ANZA ELECTRIC, A TOUCHSTONE ENERGY COMPANY. PER MANAGER, THE DEFENDANT DOESN'T WORK HERE. HE IS A DIRECTOR OF DISTRICT 1 AND ONLY COMES IN FOR MEETINGS ONCE A MONTH Attempt made by: Surya Von Rosen. Attempt at: 58470 Hwy 371 Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: Ryall Stewart Home - 58470 Hwy 371 Anza, CA 92539 |

3.  Person Executing
    a. Surya Von Rosen
    b. Premier Legal Solutions
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $40.00
e. I am:   (3) registered California process server
    (i)   Owner
    (ii)  Registration No.:        1505
    (iii) County:                  Orange

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: Mon, May, 23, 2011

                    NON SERVICE/RETURN          (Surya Von Rosen)

                                                          swenson.mcelroy.13517

                                            Exhibit C.28.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

*Attorney for:* Plaintiff     *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JAMES THOMPSON as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/11 | 4:00pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 43610 HWY 371  Aguanga CA 92536. |
| Mon | 06/13/11 | 5:45pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Thu | 06/16/11 | 6:55pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Sun | 06/19/11 | 9:20am | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |

Page Number 1

*Date:* Thu, Jun. 23, 2011     **AFFIDAVIT OF REASONABLE DILIGENCE**     anctil.mcelroy.13691

**Exhibit C.29.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: JAMES  THOMPSON Home - 43610 HWY 371<br>Aguanga, CA 92536 |

3.   *Person Executing*
 a. Surya  Von Rosen
 **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612
 c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)  registered California process server
   *(i)*   Owner
   *(ii)*  *Registration No.:*   1505
   *(iii)* *County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13691

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JUDITH THOMPSON as follows:

2. *Documents:*     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 06/10/11 | 4:00pm | Home | THIS HOME IS ON A PRIVATE ROAD.  THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS.  I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 43610 HWY 371   Aguanga CA 92536. |
| Mon | 06/13/11 | 5:45pm | Home | THIS HOME IS ON A PRIVATE ROAD.  THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS.  I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Thu | 06/16/11 | 6:55pm | Home | THIS HOME IS ON A PRIVATE ROAD.  THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS.  I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Sun | 06/19/11 | 9:20am | Home | THIS HOME IS ON A PRIVATE ROAD.  THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS.  I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |

Page Number 1
*Date:* Wed, Jun. 22, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

anctil.mcelroy.13692

**Exhibit C.29.b.**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | | | | | |

*Attorney for:* Plaintiff      *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: JUDITH  THOMPSON Home - 43610 HWY 371<br>Aguanga. CA 92536 |

3.   *Person Executing*
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182

             Recoverable Costs Per CCP 1033.5(a)(4)(B)
    **d. The Fee** *for service was:* $40.00
    e. *I am:*   (3)  registered California process server
           *(i)*   Owner
           *(ii)  Registration No.:*     1505
           *(iii)  County:*         Orange

**4.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
    Date: Wed, Jun. 22, 2011

Page Number 2

             **AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13692