| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO.: **(303) 442-2021**          FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **, CA**<br>BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **CHRISTOPHER VOLLAN**

As enumerated below:

**10/04/2010 -- 11:35 am**                        18054 BRIGHTMAN AVENUE
                                                          LAKE ELSINORE, CA 92530

HOME - THE ADDRESS PROVIDED IS VACANT; THE SERVEE SPOKE WITH A NEIGHBOR WHO STATED THE SERVEE HAS BEEN IN JAIL.



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE # A368
RIVERSIDE, CA 92508
(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 13, 2010** at **RIVERSIDE,** California.

Signature: _____
                        **ROBERT SEE**

**NON SERVICE REPORT**                        **Exhibit C.31.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHRISTOPHER VOLLAN as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/12/11 | 4:59pm | Home | Per female occupant, the defendant is her brother-in-law, but he doesn't live at this address. I left my contact information in her presence. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 16056 VIA NORTE Lake Elsinore CA 92530. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: CHRISTOPHER VOLLAN Home - 16056 VIA NORTE Lake Elsinore, CA 92530 |

3.  *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
*e. I am:*   (3) registered California process server
   *(i)*   Owner
   *(ii)  Registration No.:*   1505
   *(iii) County:*   Orange

*4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

**Exhibit C.31.b.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**SCOTT MCELROY, PRO HAC VICE**
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**

TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE:, **CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER: **51-cv-1247-GT-RBB** |
| --- | --- |

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:   **GRIGOR ATOIAN**

As enumerated below:

      **11/30/2010 -- 12:44 pm**                    22900 VENTURA BOULEVARD
                                        WOODLAND HILLS, CA 91364
      HOME - THE ADDRESS PROVIDED IS AN APARTMENT COMPLEX; THE SERVER SPOKE WITH THE PROPERTY MANAGER AND HE STATED THAT THERE WAS NO ONE AT THE ADDRESS BY THAT NAME.

County:   **VENTURA**
Registration No.:   **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**# A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____

                         **RICHARD MEYER**

| **NON SERVICE REPORT** | **C.32.a.** |
| --- | --- |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO. (303) 442-2021          FAX NO.<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **LAURA ATOIAN**

As enumerated below:

**11/30/2010 -- 12:44 pm**          22900 VENTURA BOULEVARD
WOODLAND HILLS, CA 91364
HOME - THE ADDRESS PROVIDED IS AN APARTMENT COMPLEX; THE SERVER SPOKE WITH THE PROPERTY MANAGER AND HE STATED THAT THERE WAS NO ONE AT THE ADDRESS BY THAT NAME.

County: **VENTURA**
Registration No.: **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at RIVERSIDE, California.

Signature: _____

RICHARD MEYER

**NON SERVICE REPORT**          C.32.b.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |

Attorney for: **Plaintiff**

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Grigor Atoian as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:00pm | Home | No Answer. No ligts on; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/18/11 | 7:19pm | Home | No Answer.  No ligts on; Attempt made by: Bob Davis, Registration #6583 Los Angeles County. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/21/11 | 11:21am | Home | No Answer.  No ligts on; This is a Large Two Story Home.  There are people living at this residence.  No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/25/11 | 9:30am | Home | No Answer.  No ligts on; This is a Large Two Story Home.  There are people living at this residence.  No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/28/11 | 5:30pm | Home | No Answer.  No ligts on; This is a Large Two Story Home.  There are people living at this residence.  No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 06/01/11 | 8:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |

Page Number 1
*Date:* Wed, Jun. 15, 2011       **AFFIDAVIT OF REASONABLE DILIGENCE**       · C.32.c.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

Attorney for: **Plaintiff**

*Ref. No or File No.:*

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 06/05/11 | 3:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr   Calabasas CA 91302. |
| Thu | 06/09/11 | 8:00am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr   Calabasas CA 91302. |
| Wed | 06/15/11 | 12:00pm | Home | Returned Not Served on: Grigor  Atoian Home - 24940 Alicante Dr Calabasas, CA 91302 |

3.   *Person Executing*
   a. Bob Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $70.00
e. I am:   (3)  registered California process server
      *(i)*   Independent Contractor
      *(ii)   Registration No.:*        6583
      *(iii)  County:*                  Los Angeles
      *(iv)   Expiration Date:*    Tue, May. 08, 2012

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**     (Bob Davis)

swenson.mcelroy.13513

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br><br>*Attorney for:* Plaintiff | |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Laura Atoian as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:00pm | Home | No Answer. No ligts on; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/18/11 | 7:19pm | Home | No Answer. No ligts on; Attempt made by: Bob Davis, Registration #6583 Los Angeles County. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/21/11 | 11:21am | Home | No Answer. No ligts on; This is a Large Two Story Home. There are people living at this residence. No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/25/11 | 9:30am | Home | No Answer. No ligts on; This is a Large Two Story Home. There are people living at this residence. No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/28/11 | 5:30pm | Home | No Answer. No ligts on; This is a Large Two Story Home. There are people living at this residence. No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 06/01/11 | 8:00pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |

Page Number 1
*Date:* Wed, Jun. 15, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          **C.32.d.**

| | Attorney or Party without Attorney: | | | | For Court Use Only |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |

| Day | Date | Time | Location | R e s u l t s |
|-----|------|------|----------|---------------|
| Sun | 06/05/11 | 3:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr   Calabasas CA 91302. |
| Thu | 06/09/11 | 8:00am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr   Calabasas CA 91302. |
| Wed | 06/15/11 | 12:00pm | Home | Returned Not Served on: Laura  Atoian Home - 24940 Alicante Dr Calabasas, CA 91302 |

3.   *Person Executing*
   a. Bob  Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. I am:  (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)*   *Registration No.:*      6583
   *(iii)*  *County:*                Los Angeles
   *(iv)*  *Expiration Date:*      Tue, May. 08, 2012

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   **(Bob  Davis)**

swenson.mcelroy.13512

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | |

| | |
|---|---|
| *Attorney for:* **Plaintiff** | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARIA  CONSTANTINESCU as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/18/11 | 3:51pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37735 PINE RD  Anza CA 92539. |
| Sun | 06/19/11 | 7:19pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 37735 PINE RD  Anza CA 92539. |
| Wed | 06/22/11 | 12:55pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37735 PINE RD  Anza CA 92539. |
| Sun | 06/26/11 | 6:55pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37735 PINE RD  Anza CA 92539. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: MARIA  CONSTANTINESCU Home - 37735 PINE RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:* $40.00
e. *I am:*   (3)  registered California process server
   *(i)*  Owner
   *(ii)  Registration No.:*          1505
   *(iii)  County:*                   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13695

**C.33.a.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | | FOR COURT USE ONLY |
|---|---|---|---|
| CURTIS G. BERKEY, ESQ. | | SBN: # 195485 | |
| ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP | | | |
| 2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704 | | | |

TELEPHONE NO.: **(510) 548-7070**          FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **NON SERVICE REPORT** | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

  Servee:  **STEPHANIE EGGERING**

As enumerated below:

  **01/22/2011 -- 08:41 am**                248 NEWBURY WAY
                                         AMERICAN CANYON, CA 94503
  HOME - SAID PROCESS SERVER INTERVIEWED SHERRY PEARSON - 45ish, 180#, 5'6", blnd hair, Cauc. female. SHE STATED SERVEE MOVED OUT A LONG TIME AGO. NO OTHER INFORMATION WAS GIVEN AND OR OBTAINED AT THIS POINT IN TIME.

County:  **SONOMA**
Registration No.:  **P-240**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 3, 2011** at **SANTA ROSA,** California

Signature: *[signature]*
          BARBARA L. PADGETT

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant STEPHANIE EGGERING as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/18/01 | 2:42pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 57475 DERRY LANE   Anza CA 92539. |
| Mon | 05/23/11 | 11:30am | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 57475 DERRY LANE   Anza CA 92539. |
| Fri | 05/27/11 | 10:30am | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 57475 DERRY LANE   Anza CA 92539. |
| Wed | 06/01/11 | 7:00pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 57475 DERRY LANE   Anza CA 92539. |
| Fri | 06/10/11 | 2:10pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 57475 DERRY LANE   Anza CA 92539. |

Page Number 1

U   *Date:* Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**

C.34.b.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/18/11 | 3:45pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 57475 DERRY LANE   Anza CA 92539. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: STEPHANIE  EGGERING Home - 57475 DERRY LANE Anza, CA 92539 |

3.   *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $85.00
e. *I am:*   (3)  registered California process server
    *(i)*   Owner
    *(ii)   Registration No.:*        1505
    *(iii)  County:*                     Orange

4.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

swenson.mcelroy.13518

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT HARMON
35571 AURORA LN
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECH(SEAL)

By _____, Deputy Clerk

OCT 2 0 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

C.35.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 08/25/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

|   | |
|---|---|
| | Served personally upon the defendant.  Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:  Address does not exist. Aurora Lane is only the 37000 block. |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/25/10

Date                    Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

*Attorney for:* Plaintiff    *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Robert Harmon, Jr as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 05/21/11 | 8:00pm | Home | PER NEW OCCUPANT OF 2 YEARS, THE DEFENDANT IS UNKNOWN. THE NEW OCCUPANT WOULDN'T PROVIDE HER NAME (CAUC,F, 50YRS, 5'5, 180LBS) Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 16322 Howland Lane  Huntington Beach CA 92647. |
| Sat | 05/21/11 | 8:00pm | Home | Returned Not Served on: Robert Harmon, Jr Home - 16322 Howland Lane Huntington Beach, CA 92647 |

3.  *Person Executing*
   a. Carrie Sachse
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $60.00
e. *I am:*   (3) registered California process server
     *(i)*    Independent Contractor
     *(ii)*   *Registration No.:*        2463
     *(iii)*  *County:*                  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 01, 2011

NON SERVICE/RETURN                               (Carrie Sachse)

C.35.b.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | |
| TELEPHONE NO.: **(303) 442-2021**           FAX NO.: | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*:  **PLAINTIFF IN INTERVENTION** | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 12, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **TINA LYKOS**

As enumerated below:

**12/19/2010 – 11:40 am**                         10501 BELLMAN AVENUE
                                                                DOWNEY, CA 90241
HOME - PER CURRENT OCCUPANT JOSH WEINER; HE DOES NOT KNOW THE SERVEE AND HAS NEVER HEARD OF THE SERVEE.

County:  **LOS ANGELES**
Registration No.:   **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010** at **RIVERSIDE,** California.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**                                    C.36.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TINA LYKOS as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 05/22/11 | 12:54pm | Home | This is a Non Guard Gated Community. I was unable to get in. No Answer Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Wed | 05/25/11 | 8:55am | Home | I spoke with a neighbor who stated she just moved in and doesn't know who resides at the given addres Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Sat | 05/28/11 | 5:42pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Wed | 06/01/11 | 5:21pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Fri | 06/03/11 | 2:29pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Sun | 06/05/11 | 6:41pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |

Page Number 1

*Date:* Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          **C.36.b.**

| | Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/08/11 | 9:41am | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Sat | 06/11/11 | 2:21pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Tue | 06/14/11 | 5:22pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Fri | 06/17/11 | 3:22pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Sat | 06/18/11 | 11:55am | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: TINA  LYKOS Home - 347 WILSON ST Costa Mesa, CA 92627 |

3.  *Person Executing*
    a. LINELLE  NORTHCOTT
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $60.00
e. *I am:*  (3)  registered California process server
    *(i)*    Independent Contractor
    *(ii)*   *Registration No.:*       2164
    *(iii)*  *County:*                 Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (LINELLE  NORTHCOTT)

swenson.mcelroy.13460

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JETTE ORTEGEL as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 05/21/11 | 2:50pm | Home | No Answer.  No ligts on; NO VEHICLES PRESENT.  THIS IS A SMALL MOUNTAIN SIDE TOWN. Attempt made by: Bob  Davis, Registration #6583 Los Angeles County. Attempt at: 456 TOYANZA CT  San Andreas CA 95249. |
| Thu | 05/26/11 | 7:50pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT  San Andreas CA 95249. |
| Wed | 06/01/11 | 8:30am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT  San Andreas CA 95249. |
| Sun | 06/05/11 | 4:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT  San Andreas CA 95249. |
| Fri | 06/10/11 | 6:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT  San Andreas CA 95249. |
| Wed | 07/06/11 | 10:00am | Home | Returned Not Served on: JETTE  ORTEGEL Home - 456 TOYANZA CT San Andreas, CA 95249 |

3. *Person Executing*
   a. Bob Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** *for service was:* $50.00
   e. *I am:*   (3)  registered California process server
      (i)    Independent Contractor
      (ii)   *Registration No.:*        6583
      (iii)  *County:*                     Los Angeles
      (iv)  *Expiration Date:*        Tue, May. 08, 2012

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jul. 07, 2011

AFFIDAVIT OF REASONABLE DILIGENCE      (Bob Davis)

C.37.a.

9

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, P Kisscondyal, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ernesto Perez as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 06/20/11 | 4:30pm | Home | Per current occupants, Nathan & Justin, the defendant owns this propert, but rents it out to the current occupants. The defendant lives in Placentia Attempt made by: P Kisscondyal. Attempt at: 12657 STANWOOD DR  Mar Vista CA 90066. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: Ernesto Perez Home - 12657 Stanwood Dr Mar Vista, CA 90066 |

3. *Person Executing*
   a. P Kisscondyal
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee* for service was: $40.00
e. *I am:*   (3) registered California process server
   *(i)*    Independent Contractor
   *(ii)*   Registration No.:   5920
   *(iii)*  County:              Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**NON SERVICE/RETURN**                    (P  Kisscondyal)

C.38.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, P Kisscondyal, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LETICIA ROCIO PEREZ as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 06/20/11 | 4:30pm | Home | Per current occupants, Nathan & Justin, the defendant owns this propert, but rents it out to the current occupants. The defendant lives in Placentia Attempt made by: P Kisscondyal. Attempt at: 12657 STANWOOD DR  Mar Vista CA 90066 |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: LETICIA ROCIO PEREZ Home - 12657 STANWOOD DR Mar Vista, CA 90066 |

3. *Person Executing*
   a. P Kisscondyal
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $40.00
e. *I am:*  (3)  registered California process server
    (i)  Independent Contractor
    (ii)  *Registration No.:*  5920
    (iii)  *County:*  Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**NON SERVICE/RETURN**

(P Kisscondyal)

C.38.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1.  I, Jonas T Williams, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant PROGRESS HOLDINGS C/O ALFRED CZERNER, TR as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/18/11 | 8:50am | Home | No answer at address.  Did not appear to be anyone home.; I left my card at the door.  No Vehicles Attempt made by: Jonas T Williams, Registration #1518 San Diego County. Attempt at: 736 BONITA DR    92024. |
| Mon | 06/20/11 | 9:05pm | Home | No Answer.  No ligts on; The card was removed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR    92024. |
| Wed | 06/22/11 | 6:30pm | Home | No answer at address.  Did not appear to be anyone home.; The Blinds were closed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR    92024. |
| Fri | 06/24/11 | 9:35pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR    92024. |
| Sun | 06/26/11 | 11:10am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR    92024. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on:   PROGRESS HOLDINGS C/O ALFRED CZERNER, TR Home - 736 BONITA DR ,  92024 |

3.  *Person Executing*
   a. Jonas T Williams
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

    Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** *for service was:* $40.00
   e. *I am:*   (3)  registered California process server
       *(i)*   Independent Contractor
       *(ii)*  *Registration No.:*     1518
       *(iii) County:*               San Diego

**4.**  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

                                           *Jonas T Williams*

**AFFIDAVIT OF REASONABLE DILIGENCE** (Jonas T Williams)

**C.39.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Jonas T Williams, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PROGRESS HOLDINGS C/O BELLA CZERNER, TR as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/18/11 | 8:50am | Home | No answer at address. Did not appear to be anyone home.; I left my card at the door. No Vehicles Attempt made by: Jonas T Williams, Registration #1518 San Diego County. Attempt at: 736 BONITA DR   92024. |
| Mon | 06/20/11 | 9:05pm | Home | No Answer. No ligts on; The card was removed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Wed | 06/22/11 | 6:30pm | Home | No answer at address. Did not appear to be anyone home.; The Blinds were closed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Fri | 06/24/11 | 9:35pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Sun | 06/26/11 | 11:10am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on:  PROGRESS HOLDINGS C/O BELLA CZERNER, TR Home - 736 BONITA DR , 92024 |

3. *Person Executing*
   a. Jonas T Williams
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** *for service was:* $70.00
   e. *I am:*  (3)  registered California process server
      *(i)*   Independent Contractor
      *(ii)*  *Registration No.:*   1518
      *(iii)* *County:*             San Diego

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Thu, Jun. 30, 2011

                                                    *Jens T Williams*
         **AFFIDAVIT OF REASONABLE DILIGENCE** (Jonas T Williams)

anctil.mcelroy.13632

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
        vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICH SAUM
53250 HWY 371
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | DATE |
|---|---|
| CLERK | |

C. ECHASEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

C.40.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/11/10 |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

            Served personally upon the defendant.  Place where served: _____

            Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

            Name of person with whom the summons and complaint were left: _____

✗     Return unexecuted.  Spoke with hispanic male, black hair, brown eyes, 5'9", 180lbs, approx. 40 yrs old, named Jose, said he just moved in two months ago, house was empty.

            Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/11/10

           Date           Signature of Server

                       79-405 Highway 111, #9-354, La Quinta, CA 92253

                       Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RICH SAUM as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/20/11 | 7:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST  CORONA CA 92883. |
| Mon | 05/23/11 | 11:21am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST  CORONA CA 92883. |
| Tue | 05/31/11 | 3:27pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST  CORONA CA 92883. |
| Sat | 06/04/11 | 8:10pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST  CORONA CA 92883. |
| Wed | 06/08/11 | 5:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST  CORONA CA 92883. |
| Wed | 06/15/11 | 5:25pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST  CORONA CA 92883. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: RICH SAUM Home - 10230 STAGELINE ST CORONA, CA 92883 |

C.40.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|

3.   *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $70.00
*e. I am:*   (3)  registered California process server
            *(i)*   Owner
            *(ii)*  Registration No.:        1505
            *(iii)* County:                  Orange

4.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**NON SERVICE/RETURN**

(Surya Von Rosen)

swenson.mcelroy.13459

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>TELEPHONE NO. (303) 442-2021                          FAX NO.<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **CARL SWENSON**

As enumerated below:

**11/29/2010 -- 08:25 pm**                        6116 COLODNY DRIVE
                                                                       AGOURA HILLA, CA 91301
HOME - PER MR. THOMAS; HE IS THE CURRENT TENANT AND HAS LIVED AT THE ADDRESS
PROVIDED FOR A YEAR AND DOES NOT KNOW THE SERVEE.

County:  **VENTURA**
Registration No.:  **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**# A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE,** California.

Signature: _____
                                    **RICHARD MEYER**

**NON SERVICE REPORT**                                              **C.41.a.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO. **(303) 442-2021**                    FAX NO.

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **JANE SWENSON**

As enumerated below:

    **11/29/2010 -- 08:25 pm**             6116 COLODNY DRIVE
                                         AGOURA HILLA, CA 91301
    HOME - PER MR. THOMAS; HE IS THE CURRENT TENANT AND HAS LIVED AT THE ADDRESS PROVIDED FOR A YEAR AND DOES NOT KNOW THE SERVEE.

County:   **VENTURA**
Registration No.:   **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**# A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____

**RICHARD MEYER**

**NON SERVICE REPORT**                    C.41.b.

| | | | | For Court Use Only |
|---|---|---|---|---|

*Attorney or Party without Attorney:*
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
*Telephone No:* 303-442-2021

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Carl Swenson as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/01/01 | 6:55am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Thu | 05/19/11 | 8:30pm | Home | No answer at address. Did not appear to be anyone home.; This is a nice, large hillside home. No Vehicles are present. Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Mon | 05/23/11 | 3:15pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 05/27/11 | 4:30pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Sun | 06/05/11 | 8:30pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 06/10/11 | 5:17pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |

Page Number 1
*Date:* Thu, Jun. 30, 2011        **AFFIDAVIT OF REASONABLE DILIGENCE**        **C.41.c.**

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/15/11 | 6:20pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: Carl  Swenson Home - 28354 Balkins Dr Agoura Hills, CA 91301 |

3.  *Person Executing*
   a. Bob  Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.** *The Fee* *for service was:* $70.00
e. *I am:*  (3)  registered California process server
    *(i)*    Independent Contractor
    *(ii)*  *Registration No.:*    6583
    *(iii) County:*        Los Angeles
    *(iv) Expiration Date:*    Tue, May. 08, 2012

**4.** *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   **(Bob  Davis)**

swenson.mcelroy.13386

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Jane Swenson as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 06/01/01 | 6:55am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Thu | 05/19/11 | 8:30pm | Home | No answer at address. Did not appear to be anyone home.; This is a nice, large hillside home. No Vehicles are present. Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Mon | 05/23/11 | 3:15pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 05/27/11 | 4:30pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Sun | 06/05/11 | 8:30pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 06/10/11 | 5:17pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |

Page Number 1

*Date:* Thu, Jun. 30, 2011       **AFFIDAVIT OF REASONABLE DILIGENCE**       C.41.d.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

| | |
|---|---|
| | *Ref. No or File No.:* |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/15/11 | 6:20pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: Jane  Swenson Home - 28354 Balkins Dr Agoura Hills, CA 91301 |

3.  *Person Executing*
  a. Bob  Davis
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $40.00
e. *I am:*  (3)  registered California process server
    *(i)*    Independent Contractor
    *(ii)  Registration No.:*  6583
    *(iii) County:*    Los Angeles
    *(iv) Expiration Date:*  Tue, May. 08, 2012

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob  Davis)

swenson.mcelroy.13387

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|

SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
*Telephone No:* 303-442-2021

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, H. Yassine, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WENDY BERMAN-BAKER as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 06/21/11 | 3:50pm | Home | THIS ADDRESS BELONGS TO WEBSTER ELEMENTARY SCHOOL. THE PRINCIPLE WOULD NOT ALLOW SERVICE ON THE SCHOOL GROUNDS Attempt made by: H. Yassine, Registration #2559 Los Angeles County. Attempt at: 3602 WINTER CANYON RD Malibu CA 90265. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: WENDY BERMAN-BAKER Home - 3602 WINTER CANYON RD Malibu, CA 90265 |

3. *Person Executing*
   a. H. Yassine
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:* (3) registered California process server
(i) Independent Contractor
(ii) *Registration No.:* 2559
(iii) *County:* Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

AFFIDAVIT OF REASONABLE DILIGENCE   (H. Yassine)

anctil.mcelroy.13649

Exhibit C.42.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | |

TELEPHONE NO. **(303) 442-2021**　　　　　　　FAX NO.
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**
MAILING ADDRESS:
CITY AND ZIP CODE: **, CA**
BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

　　　Servee:　**THOMAS & JUNE GARNER LIVING TRUST**

As enumerated below:

**09/30/2010 -- 11:47 am**　　　　　　　24752 VIA LARGA
　　　　　　　　　　　　　　　　　　　　LAGUNA NIGUEL, CA 92677
　　　HOME - THE ADDRESS PROVIDED DOES NOT EXIST; THE STREET NAME IS GOOD BUT THE HOUSE NUMBER IS INCORRECT.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 31, 2010** at **SANTA ROSA,** California.

Signature: _____
**JAIME TORRES**

**NON SERVICE REPORT**

Exhibit C.43.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GARNER TRUST as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 06/20/11 | 6:22pm | Home | This location is a Good Address. There is a locked iron gate in front of the house. I cannot get to the front door. No lights are visible. Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Wed | 06/22/11 | 7:41am | Home | NO Answer at the residence. One van is parked in the driveway. No lights are visible. Attempt made by: LINELLE NORTHCOTT. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Sun | 06/26/11 | 10:48am | Home | NO Answer at the given address. Attempt made by: LINELLE NORTHCOTT. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Mon | 06/27/11 | 8:30pm | Home | NO Answer at the given address. Attempt made by: LINELLE NORTHCOTT. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on:   GARNER TRUST Home - 24752 VIA LARGA Laguna Niguel, CA 92677 |

3. *Person Executing*
   a. LINELLE NORTHCOTT
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $30.00
   e. *I am:*   (3) registered California process server
      *(i)*   Independent Contractor
      *(ii)*   *Registration No.:*   2164
      *(iii)*   *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

AFFIDAVIT OF REASONABLE DILIGENCE(LINELLE NORTHCOTT)

anctil.mcelroy.13638

Exhibit C.43.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SAMUEL HUGHES
41535 AZTEC CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                    DATE

C. ECHOLS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.44.a.

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROCK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
|---|---|---|---|---|
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)      I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
       Samuel Hughes                                                as follows:

2)      **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 11:17am | Residence | No answer. |
| 08/27/10 | 2:30pm | Residence | No answer. |
| 09/02/10 | 11:24am | Residence | No answer. |
| | | | |
| | | | |
| | | | |

Other comments: I don't believe anyone lives here. Cob webs around all doors.

3)   *Person Executing*:
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

      Recoverable Costs Per CCP 1033.5(a)(4)(B)
         d. The fee for service was: 22.50
         e. I am: (3) Registered California Process Server:
            (i) Owner
            *(ii) Registration No.*: 841
            *(iii) County*: Riverside

4)      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      Date: 09/02/10

                                                                Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | |

*Attorney for:* Plaintiff    *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Samuel Hughes as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/25/11 | 2:00pm | Home | Per Current occupants, the Hancocks, the defendants are unknown. This home is also currently up for sale Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 2120 Via PUerta Apt B Laguna Woods CA 92637. |
| Mon | 05/30/11 | 12:00pm | Home | Returned Not Served on: Samuel Hughes Home - 2120 Via PUerta Apt B Laguna Woods, CA 92637 |

3. *Person Executing*
  a. LINELLE NORTHCOTT
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA 92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  ***d. The Fee*** for service was: $30.00
  **e. I am:**  (3) registered California process server
      (i)   Independent Contractor
      *(ii) Registration No.:*   2164
      *(iii) County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
  Date: Mon, May. 30, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (LINELLE NORTHCOTT)

swenson.mcelroy.13502

**Exhibit C.44.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BASIL SMITH
37181 HILL
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.45.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/23/10 |
| NAME OF SERVER    Louis Picarone | TITLE   Riverside County #841 |

Check one box below to indicate appropriate method of service

|  |  |
|---|---|
|  | Served personally upon the defendant.  Place where served: _____ |
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein. |
|  | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:  Spoke with white/male, approximately 60 years old, grey hair, light eyes, thin, 5'9", said he moved in January 2010. Would not give name. Check on Zillow, house sold 12/18/2009. |
|  | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/23/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DOROTHY SMITH
37181 HILL
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 ᴄ 2009

CLERK

DATE

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.45.b.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 | |
| NAME OF SERVER   Louis Picarone | TITLE   Riverside County #841 | |

Check one box below to indicate appropriate method of service

|  |  |
|---|---|
| | Served personally upon the defendant.  Place where served:   _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:   Spoke with white/male, approximately 60 years old, grey hair, light eyes, thin, 5'9", said he moved in January 2010. Would not give name. Check on Zillow, house sold 12/18/2009. |
| | Other (specify): |

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   07/23/10

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

I)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |

Telephone No: 303-442-2021

| Ref. No or File No.: | |
|---|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARY ANN KIGER as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/22/11 | 11:55am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Wed | 05/25/11 | 10:30am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Sat | 05/28/11 | 6:18pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Tue | 05/31/11 | 7:23am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Sun | 06/05/11 | 7:45pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |

Page Number 1
Ü *Date:* Sat, Jun. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

swenson.mcelroy.13487

Exhibit C.45.c.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/11/11 | 9:45am | Home | No Answer at the given address.  Per Neighbor this is the Wysocki residence.  The defendants are unknown. Attempt made by: LINELLE NORTHCOTT.  Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Sat | 06/25/11 | 12:00pm | Home | Returned Not Served on: MARY ANN KIGER Home - 26655 PASEO ENSENADA San Juan Capistrano, CA 92675 |

3.   Person Executing
   a. LINELLE NORTHCOTT
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $30.00
*e. I am:* (3) registered California process server
    (i)   Independent Contractor
    (ii) *Registration No.:*   2164
    (iii) *County:*     Orange

*4.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Sat, Jun. 25, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (LINELLE NORTHCOTT)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JEROME THORNTON as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 05/22/11 | 11:55am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 26655 PASEO ENSENADA San Juan Capistrano CA 92675. |
| Wed | 05/25/11 | 10:30am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA San Juan Capistrano CA 92675. |
| Sat | 05/28/11 | 6:18pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA San Juan Capistrano CA 92675. |
| Tue | 05/31/11 | 7:23am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA San Juan Capistrano CA 92675. |
| Sun | 06/05/11 | 7:45pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA San Juan Capistrano CA 92675. |

Page Number 1
U *Date:* Sat, Jun. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

swenson.mcelroy.13486

Exhibit C.45.d.

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021<br><br>*Attorney for:* Plaintiff | |

| *Ref. No or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/11/11 | 9:45am | Home | No Answer at the given address.  Per Neighbor this is the Wysocki residence.  The defendants are unknown. Attempt made by: LINELLE  NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Sat | 06/25/11 | 12:00pm | Home | Returned Not Served on: JEROME  THORNTON Home - 26655 PASEO ENSENADA San Juan Capistrano, CA 92675 |

*3.*   *Person Executing*
    a. LINELLE  NORTHCOTT
    **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:* $60.00
*e. I am:*   (3)  registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   2164
      (iii) *County:*   Orange

*4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Sat, Jun. 25, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (LINELLE  NORTHCOTT)

swenson.mcelroy.13486

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Michealle Lugan f/k/a Ugali as follows:

2.  *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 05/20/11 | 6:30pm | Home | NO ANSWER. THIS LOCATION IS AN APARTMENT COMPLEX. A UNIT NUMBER IS REQUIRED FOR SERVICE Attempt made by: Carrie Sachse. Attempt at: 20825 Norwalk Blvd Lakewood CA 90715. |
| Wed | 05/25/11 | 12:00pm | Home | Returned Not Served on: Michealle Lugan f/k/a Ugali Home - 20825 Norwalk Blvd Lakewood, CA 90715 |

3.  *Person Executing*
    a. Carrie Sachse
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $60.00
*e. I am:*  (3) registered California process server
         *(i)*   Independent Contractor
         *(ii)*  *Registration No.:*    2463
         *(iii)* *County:*            Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Wed, May. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Carrie Sachse)

swenson.mcelroy.13503

Exhibit C.46.a.