# EXHIBIT D

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICKY BABCOCK
43375 COWBOY COUNTRY TR
AGUANGA CA   92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |

C. ECI SEAL

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.1.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: ⎯⎯⎯⎯⎯⎯⎯

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were left: ⎯⎯⎯⎯⎯⎯⎯

Return unexecuted:

✗    Other (specify):    See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ricky Babcock on 01/21/11 to the following address: 43375 Cowboy Country Trail, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    01/21/11

                Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

                Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | |
| 1007 Pearl Street, Suite 220 | |
| Boulder, CO 80302 | |
| | |
| Telephone : 303-442-2021        Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Ricky Babcock at 43375 Cowboy Country Trail, Aguanga, CA 92536 as follows:

2)  **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:40am | Residence | No answer |
| 08/20/10 | 9:45am | Residence | No answer |
| 08/31/10 | 12:33pm | Residence | No answer |
| 09/11/10 | 1:17pm | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

_____

3)  *Person Executing*:                                         Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Louis Picarone                                          d. The fee for service was: 0.0
   b. ProServe Process Service                          e. I am: (3) Registered California Process Server:
   79-405 Highway 111, Suite 9-354                       (i) Owner
   La Quinta, CA 92253                                      *(ii) Registration No.:* 841
   c. 760.702.5561                                            *(iii) County:* Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

                                                        _____
                                                              Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LICINIO BRANDAO
40110 N PREAKNESS CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.
_____
CLERK

DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.2.a.**

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 | |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD | |

| Check one box below to indicate appropriate method of service |
|---|
| ☐    Served personally upon the defendant.  Place where served: _____ |
| ☐    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>    Name of person with whom the summons and complaint were left: _____ |
| ☐    Return unexecuted: |
| ☒    Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Licinio Brandao on 01/21/11 to the following address: 40110 N. Preakness Court, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    01/21/11

               Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | |

| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Licinio Brandao at 40110 N. Preakness Court, Aguanga, CA 92536   as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 8:30am | Residence | No answer |
| 09/08/10 | 12:16pm | Residence | No answer |
| 09/11/10 | 10:45am | Residence | No answer |

Other comments:_____

3)    **Person Executing:**
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 0.0
     e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 01/21/11 _____

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RAMONA BRANDAO
40110 N PREAKNESS CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after * service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 9 2009

| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.2.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

☒   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ramona Brandao on 01/21/11 to the following address: 40110 N. Preakness Court, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ramona Brandao at 40110 N. Preakness Court, Aguanga, CA 92536 as follows:

2)  **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 8:30am | Residence | No answer |
| 09/08/10 | 12:16pm | Residence | No answer |
| 09/11/10 | 10:45am | Residence | No answer |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)  *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11                    _____
                                            Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Licinio Brandao
40110 N. Preakness Ct
Aguanga, CA 92536

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

x ☐ *Ramona Brandao*  ☐ Agent ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

*Ramona Brandao*

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*      7006 2760 0001 2559 7623

PS Form 3811, February 2004       Domestic Return Receipt      102595-02-M-1540

Exhibit D.2.c.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ramona Brandao
40110 N. Preakness Ct.
Aguanga, CA   92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ramona Brandao_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Ramona Brandao_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0001 2559 7616

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

Exhibit D.2.d.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL ST., SUITE 220<br>BOULDER                   CO         80302<br>*Telephone No:* 303-442-2021       *FAX No:* 303-444-3490 | |

| | |
|---|---|
| *Attorney for:* PLAINTIFF | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA, ET AL.

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-CV-01247-GT-RBB |
|---|---|---|---|---|

1. I,         C. SMITH        , and any employee or independent contractors retained by Process Service Associates are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.
Personal service was attempted on Defendant         PATRICIA CANALE                    as follows:

2. Documents: SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| Date | Time | Location | R e s u l t s |
|---|---|---|---|
| 7/9/2010 | 2:10PM | HOME | HOME IS LOCATED INSIDE GATED, SECURED COMMUNITY. NAME CANALE IS ON CALLBOX DIRECTORY NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.        LA HABRA    CA    90631        C. SMITH |
| 7/12/2010 | 8:45PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.        LA HABRA    CA    90631        C. SMITH |
| 7/17/2010 | 5:40PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.        LA HABRA    CA    90631        C. SMITH |
| 7/20/2010 | 9:10PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.        LA HABRA    CA    90631        C. SMITH |
| 7/23/2010 | 6:25PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.        LA HABRA    CA    90631        C. SMITH |

3. *Person Executing:*

   a. C. SMITH

   b. Process Service Associates
      17216 Saticoy Street #358
      Van Nuys, CA. 91406

   c. 661-799-0231

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:* $ 65.00

   e. I am: (3) registered California process server

      (i)   Owner
      (ii)  *Registration No.:* 6618
      (iii) *County:*        LOS ANGELES

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: 7/23/2010

                                    C. SMITH

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Exhibit D.3.a.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PATRICIA CANALE
661 W ST ANDREW AVE
LA HABRA  CA  90631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Patricia J. Canale_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

PATRICIA J CANALE

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

LA HABRA, MAIN OFFICE 90631
MAY 27 2011

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article   7009 3410 0002 2348 7279
   (Tran

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Exhibit D.3.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br><br>  SCOTT MCELROY, PRO HAC VICE<br>  MCELROY, MEYER, WALKER & CONDON, P.C.<br>  1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302<br><br>    TELEPHONE NO.: **(303) 442-2021**                     FAX NO.:<br>  E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

  STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

  MAILING ADDRESS:

  CITY AND ZIP CODE:, **CA**

  BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

          Servee:  **DAVID DICKSON**


As enumerated below:

          **12/10/2010 – 07:00 pm**                    16478 OLD GUESITO
                                                                       ESCONDIDO, CA 92027
          HOME - THE ADDRESS PROVIDED DOES NOT EXIST; IT IS A DIRT ROAD WITH SIGNS POSTED
          STATING "NO TRESPASSING; CONSTRUCTION ZONE"; THE SERVER SPOKE WITH THE WORKERS
          AT THE SITE AND THEY STATED THERE ARE NO HOMES LEFT IN THE AREA.


County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE**
**# 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA,** California.

Signature: _____
                            **JAIME TORRES**

**NON SERVICE REPORT**                                        **Exhibit D.4.a.**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Ben M Stone, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant DAVID  DICKSON as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/18/11 | 7:10am | Home | NO ANSWER, THERE IS MOVEMENT INSIDE THE LOCATION. OCCUPANTS ARE AVOIDING SERVICE Attempt made by: Ben M Stone, Registration #1702 San Diego County. Attempt at: 6787 ALVARADO RD #8 SAN DIEGO CA 92120. |
| Wed | 04/20/11 | 7:00pm | Home | NO ANSWER AT THE GIVEN ADDRESS Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8   SAN DIEGO CA 92120. |
| Thu | 04/21/11 | 11:00am | Home | NO ANSWER AT THE GIVEN ADDRESS.  THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8  SAN DIEGO CA 92120. |
| Sun | 04/24/11 | 7:00am | Home | NO ANSWER AT THE GIVEN ADDRESS.  THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8  SAN DIEGO CA 92120. |
| Wed | 04/27/11 | 6:55pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8   SAN DIEGO CA 92120. |

U *Date:* Mon, May. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**                    Exhibit D.4.b.

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 04/30/11 | 4:44pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8  SAN DIEGO CA 92120. |
| Wed | 05/04/11 | 8:00pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8  SAN DIEGO CA 92120. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: DAVID  DICKSON Home - 6787 ALVARADO RD #8 SAN DIEGO, CA 92120 |

3.  *Person Executing*
  a. Ben M Stone
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  **d. The Fee** *for service was:* $30.00
  e. *I am:*  (3)  registered California process server
    (i)  Independent Contractor
    (ii)  *Registration No.:*     1702
    (iii)  *County:*          San Diego

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Mon, May. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Ben M Stone)

anctil.mcelroy.13245

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BRANDON FIRTH
35571 AURORA LN
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. ECK SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.5.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  02/12/11 |
| NAME OF SERVER  **Louis Picarone** | TITLE  **USA, et al v. Fallbrook PUD** |

| Check one box below to indicate appropriate method of service |
|---|

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

✗  Return unexecuted: See attached Due Diligence. Attempted service on Brandon Firth located at 35571 Aurora Lane, Anza, CA 92539 on 07/03/2010 & the property is unoccupied, empty & vacant. A copy of the Summons, Complaint & Instructions for Future Filing & Service of Documents were mailed first class to Brandon Firth on 02/12/11 to the following address: 35571 Aurora Lane, Anza, CA 92539.

Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        02/12/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | For Court Use Only | |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: | |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Brandon Firth located at 35571 Aurora Lane, Anza, CA 92539      as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 1/20/11 | 12:01pm | Residence | No answer |
| 2/12/11 | 8:01am | Residence | No answer |
| | | | |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 02/12/11

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brandon Firth
P. O. Box 391333
Anza, CA  92539

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Marshadrit      ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Natasha Firth

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

(postmark: ANZA 92539 MAY 11 2011 USPS)

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
*(Transfer from service label)*
7006 2760 0001 2559 7678

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit D.5.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VICTORIA FREEMAN
49950 BRADFORD RD
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          OCT 2 0 2009

_____                    _____
CLERK                                                        DATE

C. ECLISE *SEAL*

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.6.a.**

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 | |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD | |

| Check one box below to indicate appropriate method of service |
|---|

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| ✗ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Victoria Freeman on 01/21/11 to the following address: 49950 Bradford Road, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       01/21/11

Date                          Signature of Server
                                   79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: <br> McElroy, Meyer, Walker & Condon, P.C. <br> 1007 Pearl Street, Suite 220 <br> Boulder, CO 80302 <br><br> Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|

**Insert name of Court, and Judicial District and Branch Court:**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

| Plaintiff: UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
    Victoria Freeman at 49950 Bradford Road, Aguanga, CA 92536    as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 7:31am | Residence | No answer |
| 08/20/10 | 3:15pm | Residence | No answer |
| 08/31/10 | 12:57pm | Residence | No answer |
| 09/11/10 | 1:15pm | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

_____

3)    **Person Executing:**
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

     Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 0.0
     e. I am: (3) Registered California Process Server:
       (i) Owner
       *(ii) Registration No.:* 841
       *(iii) County:* Riverside

4)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 01/21/11                              
                                      Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

Victoria Freeman
49950 Bradford Rd.
Aguanga, CA
                    92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _U R_                    ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

Article Number
(Transfer from service label)     7006 2760 0001 2559 7647

S Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Exhibit D.6.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant ROBERT  LOHNES as follows:

2.  *Documents:*     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/11/11 | 6:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Thu | 04/14/11 | 7:21am | Home | No answer at address.  Did not appear to be anyone home.; NO Vehicles present Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Sun | 04/17/11 | 3:30pm | Home | No answer at address.  Did not appear to be anyone home.; NO Vehicles present Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Wed | 04/20/11 | 5:17pm | Home | No answer at address.  Did not appear to be anyone home.; NO Vehicles present Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Sun | 04/24/11 | 8:30pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |

Page Number 1

*Date:* Tue, May. 24, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          · anctil.mcelroy.13221

**Exhibit D.7.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

*Attorney for:* Plaintiff                    *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 04/27/11 | 7:15pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST   Riverside CA 92504. |
| Sat | 04/30/11 | 8:30am | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST   Riverside CA 92504. |
| Wed | 05/04/11 | 1:00pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 6104 CORRELL ST   Riverside CA 92504. |
| Mon | 05/23/11 | 10:00am | Home | Returned Not Served on: ROBERT  LOHNES Home - 6104 CORRELL ST  Riverside. CA 92504 |

3.   *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)  registered California process server
     *(i)*   Owner
     *(ii)  Registration No.:*      1505
     *(iii) County:*      Orange

4.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, May. 24, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13221

**SENDER:** *COMPLETE THIS SECTION*

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Lohnes
6104 Correll St.
Riverside, CA 92504

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Faye Mann*    ☐ Agent
                  ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery
*Faye Mann*   5/31/11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7006 2760 0001 2559 7814

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit D.7.b.

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SHAUNNA AVILA MCCLURE
48920 LAKE CANYON DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

**CLERK**

OCT 2 0 2009

**DATE**

C. EC....SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.8.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
| | Served personally upon the defendant.  Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Shaunna Avila McClure on 01/21/11 to the following address: 48920 Lake Canyon Drive, Aguanga, CA 92536. |

### STATEMENT OF SERVICE FEES

| TRAVEL   $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11
                                Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
   Shaunna Avila McClure at 48920 Lake Canyon Drive, Aguanga, CA 92536 as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 7:52am | Residence | No answer |
| 08/20/10 | 11:42am | Residence | No answer |
| 09/02/10 | 12:54pm | Residence | No answer |
| 09/08/10 | 5:46pm | Residence | No answer |
| 09/11/10 | 11:27am | Residence | No answer |
| | | | |

Other comments:_____

_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
   (i) Owner
   (ii) Registration No.: 841
   (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaunna Avila McClure
48920 Lake Canyon Dr.
Aguanga, CA 92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
SAvila                             5-2-11

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

3715 Foxley Dr.
Escondido CA 92027

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*     7006 2760 0001 2559 7586

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Exhibit D.8.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DONALD MCINTOSH
42405 ROLLING HILLS DR
AGUANGA CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                              DATE

C. ECHISEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.9.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   | |
|---|---|
| | Served personally upon the defendant.  Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Donald McIntosh on 01/21/11 to the following address: 42405 Rolling Hills Drive, Aguanga, CA 92536. |

## STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
  Donald McIntosh at 42405 Rolling Hills Drive, Aguanga, CA 92536  as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:20am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/20/10 | 9:05am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/25/10 | 5:31pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/31/10 | 6:15pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/02/10 | 2:40pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/11/10 | 11:43am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |

Other comments:_____

_____

3)   *Person Executing*:
       a. Louis Picarone
       b. ProServe Process Service
       79-405 Highway 111, Suite 9-354
       La Quinta, CA 92253
       c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
       (i) Owner
       *(ii) Registration No.:* 841
       *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       Date: 01/21/11

                                                                    _____
                                                                              Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SHEILA MCINTOSH
42405 ROLLING HILLS DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 ᴄ 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECIᴊᴇᴀₗ

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.9.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant.  Place where served: _____ |
|---|---|
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left: _____ |
|   | Return unexecuted: |
| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Sheila McIntosh on 01/21/11 to the following address: 42405 Rolling Hills Drive, Aguanga, CA 92536. |

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   01/21/11

Date

Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Shelia McIntosh at 42405 Rolling Hills Drive, Aguanga, CA 92536   as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:20am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/20/10 | 9:05am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/25/10 | 5:31pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/31/10 | 6:15pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/02/10 | 2:40pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/11/10 | 11:43am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |

Other comments:_____

_____

3) *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   _____
   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Mc Intosh
42405 Rolling Hills Dr.
Aguanga, CA
            92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Sheila M Eltash_          ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

Sheila McIntosh

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0001 2559 7593

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit D.9.c.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sheila McIntosh*   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>*Sheila McIntosh* |
| 1. Article Addressed to:<br><br>Sheila Mc Intosh<br>42405 Rolling Hills Dr.<br>Aguanga, Ct 92536 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0001 2559 7609 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Exhibit D.9.d.