| Attorney or Party without Attorney:<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL ST., SUITE 220<br>BOULDER                     CO        80302<br>Telephone No: 303-442-2021       FAX No: 303-444-3490 | For Court Use Only |
|---|---|
| Attorney for: PLAINTIFF | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: UNITED STATES OF AMERICA, ET AL. |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-CV-01247-GT-RBB |
|---|---|---|---|---|

1. I,      C. SMITH       , and any employee or independent contractors retained by Process Service Associates are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant      CORRINA MICHALAK      as follows:

2. Documents: SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| Date | Time | Location | Results |
|---|---|---|---|
| 7/9/2010 | 6:55PM | HOME | NO ANSWER AT DOOR, 4 CARS IN DRIVEWAY, LIGHTS ON INSIDE |
| | | | 4238 W. 135TH ST., #B          HAWTHORNE     CA    90250          C. SMITH |
| 7/13/2010 | 2:05PM | HOME | NO ANSWER AT DOOR |
| | | | 4238 W. 135TH ST., #B          HAWTHORNE     CA    90250          C. SMITH |
| 7/17/2010 | 6:25PM | HOME | NO ANSWER AT DOOR |
| | | | 4238 W. 135TH ST., #B          HAWTHORNE     CA    90250          C. SMITH |
| 7/22/2010 | 11:25AM | HOME | NO ANSWER AT DOOR |
| | | | 4238 W. 135TH ST., #B          HAWTHORNE     CA    90250          C. SMITH |
| 7/25/2010 | 8:05AM | HOME | NO ANSWER AT DOOR |
| | | | 4238 W. 135TH ST., #B          HAWTHORNE     CA    90250          C. SMITH |

3. *Person Executing:*

   a. C. SMITH

   b. Process Service Associates
      17216 Saticoy Street #358
      Van Nuys, CA. 91406

   c. 661-799-0231

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was: $* 65.00

e. I am: (3) registered California process server

   *(i)* Owner
   *(ii)* Registration No.: 6618
   *(iii)* County:     LOS ANGELES

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: 7/25/2010

   _____
   C. SMITH

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Exhibit D.10.a.**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CORRINA MICHALAK
4238 W 135th ST B
HAWTHORNE CA  90250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

Ron Michalak

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from ser*       7009 3410 0002 2348 7286

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Exhibit D.10.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RODNEY MYERS
48590 SUNNYBROOK CIR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 ° 2009

W. Samuel Hamrick, Jr.

CLERK                                                        DATE

C. ECK [SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.11.a.

| RETURN OF SERVICE | |
| --- | --- |
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant.  Place where served: _____

    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

    Return unexecuted:

**✗**     Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Rodney Myers on 01/21/11 to the following address: 48590 Sunnybrook Circle, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
| --- | --- | --- | --- | --- |
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     01/21/11

        Date         Signature of Server
                    79-405 Highway 111, #9-354, La Quinta, CA 92253

                    Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021            Fax: 303-444-3490 | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA** | |
|---|---|

| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE<br>DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Rodney Myers, 48590 Sunnybrook Circle, Aguanga, CA 92536    as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/2710 | 7:45am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/02/10 | 11:51am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/08/10 | 12:43pm | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/11/10 | 11:19am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| | | | |
| | | | |

Other comments:_____

_____

3)     **Person Executing:**
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

    Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 0.0
      e. I am: (3) Registered California Process Server:
        (i) Owner
        *(ii) Registration No.:* 841
        *(iii) County:* Riverside

4)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 01/21/11

                              Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant TYLER  NAGEL as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/11/11 | 5:00pm | Home | NO answer at the given address.  There is a locked gate at the street.  There are Two big dogs in the yard and a Gold Camry with the window busted out.  Plates 5EWT978 Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 57755 RAMSEY RD  Anza CA 92539. |
| Thu | 04/14/11 | 10:22am | Home | No answer at the given address.  The gate is still locked.  I can't get to the front door. Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD Anza CA 92539. |
| Sun | 04/17/11 | 6:18pm | Home | No answer at the given address.  The gate is still locked.  I can't get to the front door. Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD Anza CA 92539. |
| Wed | 04/20/11 | 2:12pm | Home | No Answer at the given address.  The gate is still locked and the Gold Toyota Camry is gone. Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD   Anza CA 92539. |
| Sat | 04/23/11 | 4:22pm | Home | No Answer at the given address.  The gate is still locked and the Gold Toyota Camry is gone. Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD   Anza CA 92539. |

Page Number 1

*Date:* Thu, May. 05, 2011

**NON SERVICE/RETURN**

**Exhibit D.12.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/04/11 | 12:00pm | Home | Returned Not Served on: TYLER  NAGEL Home - 57755 RAMSEY RD Anza, CA 92539 |

3.   Person Executing
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $85.00
e. I am:   (3)  registered California process server
      (i)   Owner
      (ii)  Registration No.:   1505
      (iii) County:   Orange

*4.*  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, May. 05, 2011

Page Number 2

**NON SERVICE/RETURN**

(Surya  Von Rosen)

anctil.mcelroy.13230

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TYLER NAGEL
   57755 RAMSEY RD
   ANZA  CA. 92539

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
tyler nagel

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article
   (Tran      7009 3410 0002 2348 7156

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**Exhibit D.12.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302 | | |
| TELEPHONE NO.: **(303) 442-2021**           FAX NO.: | | |
| E-MAIL ADDRESS *(Optional):* | | |
| ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | | |
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: , **CA** | | |
| BRANCH NAME: | | |
| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | | |
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | | |
| **NON SERVICE REPORT** | | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

        Servee:   **MARIA ORTIZ**

As enumerated below:

    **10/04/2010 -- 01:05 pm**           542 ALTURA DRIVE
                                           PERRIS, CA 92570
    HOME - SERVER SPOKE WITH ROSA FLORES; SHE STATED THAT SHE MOVED INTO THE ADDRESS PROVIDED A YEAR AGO AND DOES NOT KNOW THE SERVEE.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 18, 2010** at **RIVERSIDE,** California.

Signature: _____
                          **ROBERT SEE**

**NON SERVICE REPORT**         Exhibit D.13.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARIA ORTIZ as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/09/11 | 11:21am | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX.I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD  Menifee CA 92584. |
| Mon | 04/11/11 | 10:23am | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX.I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD  Menifee CA 92584. |
| Thu | 04/14/11 | 7:33pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX.I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD  Menifee CA 92584. |

Page Number 1

*Date:* Tue, Apr. 19, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13214

| | | | | | For Court Use Only |
|---|---|---|---|---|---|

*Attorney or Party without Attorney:*
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
*Telephone No:* 303-442-2021

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 04/15/11 | 2:20pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX. I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD   Menifee CA 92584. |
| Mon | 04/18/11 | 12:00pm | Home | Returned Not Served on: MARIA ORTIZ Home - 26020 FARMINGTON RD Menifee, CA 92584 |

3.   *Person Executing*
  a. Surya Von Rosen
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA 92612
  c. 949-480-1182, FAX 949-480-1217

*Recoverable Costs Per CCP 1033.5(a)(4)(B)*
**d. The Fee** *for service was:* $40.00
e. I am:   (3) registered California process server
    *(i)* Owner
    *(ii) Registration No.:*     1505
    *(iii) County:*       Orange

*4.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Tue, Apr. 19, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13214

Exhibit D.13.b.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maria Ortiz
PO Box 7
Sun City, CA  92586

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Maria Ortiz_  ☐ Agent ☐ Addressee

B. Received by ( Printed Name)  MARIA ORTIZ    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article N   7009 3410 0002 2348 7101
   (Transfer

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit D.13.c.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOANNE ROSE
49355 FLIGHTLINE WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. EG[SEAL]

By                                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.14.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant.  Place where served: _____

    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

    Return unexecuted:

☒    Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Joanne Rose on 01/21/11 to the following address: 49355 Flightline Way, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    01/21/11

               Date

               Signature of Server
               79-405 Highway 111, #9-354, La Quinta, CA 92253

               Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | |
| 1007 Pearl Street, Suite 220 | |
| Boulder, CO 80302 | |
| | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant

   Joanne Rose at 49355 Flightline Way, Aguanga, CA 92536          as follows:

2)  **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/27/10 | 7:55am | Residence | No answer |
| 09/02/10 | 6:02pm | Residence | No answer |
| 09/08/10 | 1:03pm | Residence | No answer |
| 09/11/10 | 11:36am | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

_____

3)  **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   _____
   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

NORMAN ROSE
49355 FLIGHTLINE WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECHELMAN | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.14.b.

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served:  _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**  Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Norman Rose on 01/21/11 to the following address: 49355 Flightline Way, Aguanga, CA 92536.

**STATEMENT OF SERVICE FEES**

| TRAVEL   $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | | | | | For Court Use Only |
|---|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | | Case Number: **51-cv-1247-GT-RBB** |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant

   Norman Rose at 49355 Flightline Way, Aguanga, CA 92536 ____ as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| **DATE:** | **TIME:** | **LOCATION:** | **RESULTS:** |
|---|---|---|---|
| 08/27/10 | 7:55am | Residence | No answer |
| 09/02/10 | 6:02pm | Residence | No answer |
| 09/08/10 | 1:03pm | Residence | No answer |
| 09/11/10 | 11:36am | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
   (i) Owner
   *(ii) Registration No.:* 841
   *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 01/21/11 _____

   _____
   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DANIEL RUIZ
44795 VIA CATALINA
LA QUINTA  CA  92253

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |
| C. ECU SEAL | |
| By                        , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::GDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.15.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant.  Place where served: | _____ |
|---|---|---|
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
|   | Name of person with whom the summons and complaint were left: | _____ |
|   | Return unexecuted: | |
| ✗ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Daniel Ruiz on 01/21/11 to the following address 44795 Via Catalina, La Quinta, CA 92253. | |

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       01/21/11

Date                                           Signature of Server
                                              79-405 Highway 111, #9-354, La Quinta, CA 92253

                                              Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant

<u>Daniel Ruiz at 44795 Via Catalina, La Quinta, CA 92253</u> as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/26/10 | 10:58am | Residence | No answer |
| 12/16/10 | 12:07pm | Residence | No answer |
| 12/18/10 | 8:30am | Residence | No answer |
| 1/03/11 | 6:01pm | Residence | No answer |
| | | | |
| | | | |

**Other comments:** Daniel Ruiz's name is not on the directory, his name does not appear at that address according to an online search and the house last sold in August 2007.

3)    **Person Executing:**
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: <u>0.0</u>
     e. I am: (3) Registered California Process Server:
       (i) Owner
       *(ii) Registration No.:* 841
       *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: <u>01/21/11</u>

                                  Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT  MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | | | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Van  Wilcox, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant DANIEL  RUIZ as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Thu | 04/14/11 | 5:30pm | Home | There is a patio with a locked gate.  I was unable to get to the front door.  No Answer Attempt made by: Thomas  Torres, Registration #968 San Diego County.  Attempt at: 78561 BENT CANYON CT   INDIO CA 92203. |
| Fri | 04/15/11 | 8:05am | Home | There is a patio with a locked gate.  I was unable to get to the front door.  No Answer Attempt made by: Thomas  Torres. Attempt at: 78561 BENT CANYON CT INDIO CA 92203. |
| Fri | 04/15/11 | 8:10pm | Home | Per Baby-sitter, this is a good address.  The defendant was not home Attempt made by: Thomas  Torres. Attempt at: 78561 BENT CANYON CT   INDIO CA 92203. |
| Sat | 04/16/11 | 10:15am | Home | NO Answer at the given address Attempt made by: Van  Wilcox. Attempt at: 78561 BENT CANYON CT   INDIO CA 92203. |
| Sun | 04/17/11 | 5:45pm | Home | NO Answer at the given address Attempt made by: Van  Wilcox. Attempt at: 78561 BENT CANYON CT   INDIO CA 92203. |
| Tue | 04/19/11 | 11:11am | Home | NO Answer at the given address Attempt made by: Van  Wilcox. Attempt at: 78561 BENT CANYON CT   INDIO CA 92203. |

Page Number 1
U  *Date:* Mon, May. 23, 2011      **AFFIDAVIT OF REASONABLE DILIGENCE**      Exhibit D.15.b.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/20/11 | 7:45am | Home | The defendant drove up in a White F-350 Truck, saw me and drove away. Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Fri | 04/22/11 | 10:35am | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Sun | 04/24/11 | 9:30pm | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Wed | 04/27/11 | 4:15pm | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Mon | 05/02/11 | 5:15pm | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Mon | 05/23/11 | 12:00pm | Home | Returned Not Served on: DANIEL RUIZ Home - 78561 BENT CANYON CT INDIO, CA 92203 |

3.  *Person Executing*
   a. Van Wilcox
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $40.00
e. I am:  (3) registered California process server
     (i)   Independent Contractor
     (ii)  *Registration No.:*  1211
     (iii) *County:*      Riverside

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 23, 2011

Page Number 2

           **AFFIDAVIT OF REASONABLE DILIGENCE**  (Van Wilcox)

anctil.mcelroy.13222

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KIM SMITH
40040 N PREAKNESS CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECIJSEAL | |
| By                      , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::CDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.16.a**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| | Served personally upon the defendant.  Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Kim Smith on 01/21/11 to the following address: 40040 N. Preakness Court, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | For Court Use Only |
|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | |
| 1007 Pearl Street, Suite 220 | |
| Boulder, CO 80302 | |
| | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)      I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant

       Kim Smith at 40040 N. Preakness Court, Aguanga, CA 92536    as follows:

2)      **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 6:23pm | Residence | No answer |
| 09/08/10 | 8:22am | Residence | No answer |
| 09/11/10 | 10:47am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)    *Person Executing*:                 Recoverable Costs Per CCP 1033.5(a)(4)(B)
      a. Louis Picarone                            d. The fee for service was: 0.0
      b. ProServe Process Service               e. I am: (3) Registered California Process Server:
      79-405 Highway 111, Suite 9-354           (i) Owner
      La Quinta, CA 92253                         *(ii) Registration No.:* 841
      c. 760.702.5561                              *(iii) County:* Riverside

4)      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Date: 01/21/11                                               _____
                                                        Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SIMON SMITH
40040 N PREAKNESS CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECLUSE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::GDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.16.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served:  _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

✗   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Simon Smith on 01/21/11 to the following address: 40040 N. Preakness Court, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      01/21/11

Date                          Signature of Server
                              79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:* | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |

| Insert name of Court, and Judicial District and Branch Court: | | | | |
|---|---|---|---|---|
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant

   Simon Smith at 40040 N. Preakness Court, Aguanga, CA 92536   as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 6:23pm | Residence | No answer |
| 09/08/10 | 8:22am | Residence | No answer |
| 09/11/10 | 10:47am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:

3) *Person Executing:*
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 01/21/11

   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
          vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ERIC STAMM
49760 FLIGHTLINE WAY
AGUANGA  CA.  92536

        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

        An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
        by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. ECL    SEAL

By _____ , Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.17.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
| | Served personally upon the defendant.  Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| | Return unexecuted: |
| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Eric Stamm on 01/21/11 to the following address: 49760 Flightline Way, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant <u>Eric Stamm at 49760 Flightline Way, Aguanga, CA 92536</u> as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 5:47pm | Residence | No answer, car in driveway |
| 09/08/10 | 11:24am | Residence | No answer, car in driveway |
| 09/11/10 | 10:30am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)    *Person Executing*:
      a. Louis Picarone
      b. ProServe Process Service
      79-405 Highway 111, Suite 9-354
      La Quinta, CA 92253
      c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
      d. The fee for service was: 0.0
      e. I am: (3) Registered California Process Server:
           (i) Owner
           *(ii) Registration No.:* 841
           *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Date: 01/21/11

                              Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LISA STAMM
49760 FLIGHTLINE WAY
AGUANGA  CA.  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECK          SEAL

By                              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.17.b.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE | USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

✗  Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Lisa Stamm on 01/21/11 to the following address: 49760 Flightline Way, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date                        Signature of Server

79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

_____ NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE _____

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: McElroy, Meyer, Walker & Condon, P.C. 1007 Pearl Street, Suite 220 Boulder, CO 80302 Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
|---|---|

| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
|---|---|

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Lisa Stamm at 49760 Flightline Way, Aguanga, CA 92536      as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 5:47pm | Residence | No answer, car in driveway |
| 09/08/10 | 11:24am | Residence | No answer, car in driveway |
| 09/11/10 | 10:30am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:_____

_____

3)   ***Person Executing:***
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
*(ii) Registration No.:* 841
*(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* **Plaintiff**

| *Ref. No or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRYAN TUCKER as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 2:18pm | Home | THERE IS A LOCKED GATE AND A SILVER NISSAN XTERRA IN THE DRIVEWAY.  THERE ARE DOGS RUNNING AROUND THE YARD AND BEWARD OF DOG SIGNS POSTED.  SOMEONE WAS HOME. I WATCHED THE CURTAINS GET PULLED TO THE SIDE.  THEY DIDN'T OPEN THE DOOR.  I HONKED MY HORN Attempt made by: Surya  Von Rosen. Attempt at: 38310 LICON RD  Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: BRYAN  TUCKER Home - 38310 LICON RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya  Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee* *for service was:* $85.00
e. *I am:*   (3)  registered California process server
        *(i)*   Owner
        *(ii)*  *Registration No.:*        1505
        *(iii)* *County:*                    Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 23, 2011

**NON SERVICE/RETURN**                    (Surya  Von Rosen)

swenson.mcelroy.13465

Exhibit D.18.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

Attorney for: Plaintiff

| Ref. No or File No.: | |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NORMA TUCKER as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 2:18pm | Home | THERE IS A LOCKED GATE AND A SILVER NISSAN XTERRA IN THE DRIVEWAY.  THERE ARE DOGS RUNNING AROUND THE YARD AND BEWARD OF DOG SIGNS POSTED.  SOMEONE WAS HOME. I WATCHED THE CURTAINS GET PULLED TO THE SIDE.  THEY DIDN'T OPEN THE DOOR.  I HONKED MY HORN Attempt made by: Surya Von Rosen. Attempt at: 38310 LICON RD   Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: NORMA TUCKER Home - 38310 LICON RD Anza, CA 92539 |

3.  Person Executing
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $40.00
e. I am:   (3) registered California process server
   (i)   Owner
   (ii)  Registration No.:         1505
   (iii) County:                   Orange

4.  **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Mon, May. 23, 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

swenson.mcelroy.13466

Exhibit D.18.b.