Marco A. Gonzalez (CA SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505
Fax: 760-942-8515
E-mail: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (CA SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
E-mail: cberkey@abwwlaw.com
*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a Federally-Recognized Indian Tribe, RAMONA BAND OF CAHUILLA, a Federally-Recognized Indian Tribe, et al.,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**AFFIDAVIT OF MARTHA MORALES RE: EFFORTS TO LOCATE CERTAIN DEFENDANTS IN ORDER TO SERVE PROCESS UPON THEM**<br><br>Hearing Date:<br>Time:<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

Affidavit - Martha Morales                                                                  Case No. 51-cv-1247-GT-RBB

I, Martha Morales, based upon personal knowledge acquired as a legal assistant in the law firm of Alexander, Berkey, Williams & Weathers LLP, hereby affirm as follows:

1. This affidavit is submitted in support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's ("Tribes") *Joint Motion to Allow Service of Process on Certain Defendants by Publication.*

2. By information and belief, all of the individuals identified in the chart entitled "Individuals to be Served by Publication" (Attachment 1 Affidavit of Daryl Ann Vitale Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them) are, or were at one time, owners of real property that will be affected by this litigation.

3. Accordingly, the Tribes sent a copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009) and the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), a *Notice of Lawsuit and Request for Waiver of Service of Summons,* two copies of the *Waiver of Service of Summons,* and a prepaid means for returning the waiver to each property owner listed in Attachment 1 or their predecessor in interest. The Tribes sent the waiver requests by first-class mail to the addresses originally obtained from the Riverside County Assessor-County Clerk-Recorder. Such efforts failed with regard to the property owners listed in Attachment 1.

4. The Tribes next attempted to personally serve process upon the property owners, again at the addresses originally obtained from the Riverside County Assessor-County Clerk-Recorder, but for the various reasons described in Attachment 1, those attempts failed as well. The Tribes, therefore, undertook additional efforts to locate and serve the property owners.

5. I assisted the Tribes' legal counsel in their attempts to locate and serve several of the individuals listed in Attachment 1. The extensive efforts I personally undertook to locate the defendants are described below.

   a.. I conducted extensive searches on various databases in order to obtain contact information for several individuals listed in Attachment 1.

   b. I conducted additional searches on the Riverside County Assessor-County Clerk-Recorder website by entering the assessor's parcel number for each property held by the defendants listed in Attachment 1. Such searches helped to determine if any documents were

recently recorded that related to the property and that may involve a change in ownership or a change to the property owner's mailing address. Just recently, however, the Riverside County Assessor-County Clerk-Recorder removed all contact information for property owners from the website.

       c.      I also conducted extensive internet searches for the property owners listed in Attachment 1, using a combination of names, addresses, and phone numbers (if available) to search on websites such as Google.com, MSN.com, Whitepages.com, Veromi.net, RecordsLogin.com, PeopleSmart.com, USSearch.com, Peoplefinders.com, Googlemaps.com, Mantis.com, Zillow.com, website for the San Diego County Recorder's Office, website for the California Secretary of State's Office, websites for various Secretary of State Offices, website for the California Bar Association, and various newspaper/magazine/newsletter websites.

6.     With respect to the property owned by the Loiselle Family Trust - Robert and Mary Loiselle, Trustees, I was informed that the new owner of the property was Wells Fargo. I searched through various real estate databases and discovered that the property was listed for sale by Wells Fargo. I also discovered that the property was sold on May 19, 2011, and confirmed the sale with the listing agent Melissa Gutierrez. I then called the office of the Riverside County Assessor-County Clerk-Recorder to obtain the new owner information, but was told that the information was not yet available as the updating of County records lags behind by at least six months of the date of any conveyance.

7.     While the foregoing efforts proved successful for many other property owners, such efforts were not successful for the property owners listed in Attachment 1.

8.     As described above, I exercised reasonable diligence in attempting to determine the whereabouts of the property owners listed in Attachment 1.

I declare under penalty of perjury that all of the foregoing statements are true and correct. Executed this 22nd day of July, 2011, at Berkeley, CA.

                                                                 /s/ Martha Morales
                                                                   Martha Morales

**JURAT**

STATE OF CALIFORNIA        )
                           ) SS.
COUNTY OF ALAMEDA          )

Subscribed and sworn to (or affirmed) before me on this __22__ day of July, 2011, by **MARTHA MORALES**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

GLORIA FLORES CORONADO
COMM. # 1836383
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMM. EXPIRES FEB. 13, 2013

_Gloria Flores Coronado_
Notary Public

(seal)

Affidavit - Martha Morales           Page 3           Case No. 51-cv-1247-GT-RBB