# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado.

On July 22, 2011, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the following document in United States of America, et al. v. Fallbrook Public Utility District, et al., Case No. 51-cv-1247-GT-RBB:

1) JOINT MOTION FOR AUTHORIZATION TO SERVE PROCESS UPON THE CALIFORNIA SECRETARY OF STATE FOR CERTAIN DEFENDANTS
2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR AUTHORIZATION TO SERVE PROCESS UPON THE CALIFORNIA SECRETARY OF STATE FOR CERTAIN DEFENDANTS
3) AFFIDAVIT RE: ATTEMPTED SERVICE UPON COUNTRY EXPRESSIONS CORPORATION
4) AFFIDAVIT RE: ATTEMPTED SERVICE UPON DG PROPERTIES, L.P. AND GRECO FARMS, L.L.C.
5) JOINT MOTION TO ALLOW SERVICE OF PROCESS ON CERTAIN DEFENDANTS BY PUBLICATION
6) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR AUTHORIZATION TO SERVE PROCESS BY PUBLICATION ON CERTAIN DEFENDANTS
7) AFFIDAVIT OF DARYL ANN VITALE RE: EFFORTS TO LOCATE CERTAIN DEFENDANTS IN ORDER TO SERVE PROCESS UPON THEM
8) AFFIDAVIT OF MARTHA MORALES RE: EFFORTS TO LOCATE CERTAIN DEFENDANTS IN ORDER TO SERVE PROCESS UPON THEM

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker: awalker@mmwclaw.com; dvitale@mmwclaw.com
B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Charles W. Binder: cwbinder@smrwm.org
Curtis G. Berkey: cberkey@abwwlaw.com; mmorales@abwwlaw.com
Daniel E. Steuer: dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding: mholt@qualityloan.com; QLSLitigation@qualityloan.com; asoderberg@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
Gary D. Leasure: gleasure@garydleasure.com
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan: hcarpelan@redwineandsherrill.com
James B. Gilpin: james.gilpin@bbklaw.com; lindsay.puckett@bbklaw.com; lisa.grennon@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dcolvin@akingump.com; dpongrace@akingump.com; jmeggesto@akingump.com; kamorgan@akingump.com

Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Linda Caldwell: goforthvillage2@yahoo.com
M. Catherine Condon: ccondon@mmwclaw.com; dvitale@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mark L. Brandon: mbrandon@brandon-law.com; dslack@brandon-law.com
Mary L. Fickel: mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green: matthew.green@bbklaw.com; lisa.grennon@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; teri.gallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Peter J. Mort: pmort@akingump.com; jfukai@akingump.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert J. James: bob@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
wwendelstein@cohenburgelaw.com
Scott B. McElroy: smcelroy@mmwclaw.com; dvitale@mmwclaw.com
Thomas Caldwell: goforthvillage2@yahoo.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; e-file.dkt.civ@usdoj.gov; marilyn.weaver@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

    I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 22, 2011, at Boulder, Colorado.

_____
Daryl Ann Vitale

I, the undersigned, declare as follows:

    I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

    I certify that on July 22, 2011, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING** (Docket #5314 and Docket #5315)

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |

| | | |
|---|---|---|
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 22, 2011, at Berkeley, California.

*/s/ Martha Morales*
Martha Morales