## ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
### ATTORNEYS AT LAW
www.abwwlaw.com

2030 ADDISON STREET, SUITE 410
BERKELEY, CALIFORNIA 94704
PH: (510) 548-7070
FAX: (510) 548-7080

888 16ᵀᴴ STREET N.W.
WASHINGTON, D.C. 20006
PH: (202) 797-2548
FAX: (202) 330-5298

CURTIS G. BERKEY (CA, D.C.)
SCOTT W. WILLIAMS (CA, VA)
THOMAS WEATHERS (CA, WA)
DAVID H. HOUSE (CA, MT)
ROVIANNE A. LEIGH (CA, HI)

PAUL ALEXANDER (D.C.)
ALEXANDRA C. PAGE (D.C.)



July 21, 2011

**Via Overnight Service**
Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

Re:   United States of America v. Fallbrook Public Utility District, et al..
      Case No. 51-1247-SD-GT

Dear Clerk:

Enclosed please find originals of the following Proofs of Service from the Ramona Band of Cahuilla pursuant to the Joint Motion for Authorization to Serve Process by Publication on Certain Defendants to be submitted by the Cahuilla Band of Indians and the Ramona Band of Cahuilla and to be filed with the Court on July 22, 2011:

1)   Proofs of Service - Personal Service
2)   Proofs of Service - Out-of-State Services

Should you have any questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

ALEXANDER, BERKEY, WILLIAMS & WEATHERS

Martha Morales
Secretary to Curtis Berkey

Encl.

# RAMONA PROOFS

## Personal Services

| | |
|---|---|
| 1. | Dolores Acosta |
| 2. | Juan Acosta |
| 3. | Robert Altermatt |
| 4. | Ronald Andrews |
| 5. | Angela Andrews |
| 6. | Davetta Austin |
| 7. | B & L Enterprises, LLC |
| 8. | Nina C. Bailey |
| 9. | James Bierman |
| 10. | Patricia Bierman |
| 11. | Darryl Bivens |
| 12. | Stella Bivens |
| 13. | William Bliler |
| 14. | Louise Boyd |
| 15. | Theresa Caffery |
| 16. | Teresa Castiglione, Trustee |
| 17. | Bobbie Jean Connor |
| 18. | Paul Czerner |
| 19. | Dennis Dowden |
| 20. | Esperanza in Anza |
| 21. | Donald L. Faust, Jr. |
| 22. | John Fitzgerald |
| 23. | Esther Guerra |
| 24. | High Country Boys & Girls Club |
| 25. | Ramona Higham |
| 26. | Kim Huynh |
| 27. | Mai Huynh |
| 28. | Inspired Vision Venture, Inc. |
| 29. | Monica Johnson |
| 30. | Lorence P. Kanouse |
| 31. | Mary Skrobiza Kapple |
| 32. | Brian Knibb |
| 33. | Monique Knibb |
| 34. | Lake Riverside Estates Community Association |
| 35. | Benjamin Lantz |
| 36. | Laurie Lantz |
| 37. | LIM Investments |
| 38. | Joseph Matic |
| 39. | LaVerne Moore |
| 40. | Newhall Land and Farming Co., Inc. |
| 41. | Thomas Newsome |
| 42. | Jay Penn |
| 43. | Josephine Penn |
| 44. | Jose Perez |
| 45. | Ofelia Perez |
| 46. | Phoenix Realty Investments, Inc. |
| 47. | Piconi Family Trust |
| 48. | Maria Rizo |
| 49. | Roberta Robby |
| 50. | Nicholas Rottunda |
| 51. | Mindy Tam |
| 52. | Taylor, Bean & Whitaker Mortgage Corp. |
| 53. | Rodney Thompson |
| 54. | Zuzana Thompson |
| 55. | Joseph White |
| 56. | Don Wong |
| 57. | Olga Wong |
| 58. | Guillermina Young |

# JOINT RAMONA AND CAHUILLA SERVICES

### Out-of-State Services

1.   Mary Litsey c/o Kim Litsey
2.   OneWest Bank, c/o Corporation Service Co.

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Dolores Acosta
1025 Pile Street
Ramona, CA 92065

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By **C. ECIJA**, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                           DOLORES ACOSTA

*4. Address where the party was served:*        1025 PILE ST
                                                Ramona, CA 92065

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Fri., May. 20, 2011 (2) at: 12:27PM

*7. Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                          d.  *The Fee for Service was:*    $40.00
   **b. Premier Legal Solutions**               e.  I am: (3) registered California process server
      12 Cerrito                                        *(i)*   Owner
      Irvine, CA  92612                                 *(ii)  Registration No.:*    1505
   c. 949-480-1182                                      *(iii) County:*             Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, May. 25, 2011*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Juan Acosta
1025 Pile Street
Ramona, CA 92065

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                     ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |

By      **C. ECIJA**, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. *Party served:*          JUAN ACOSTA
   b. *Person served:*        DOLORES ACOSTA - SPOUSE

4. *Address where the party was served:*     1025 PILE ST
                                             Ramona, CA  92065

5. *I served the party:*
   b. **by substituted service.**  On: Fri., May. 20, 2011 at: 12:27PM by leaving the copies with or in the presence of:
      DOLORES ACOSTA - SPOUSE
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Sat., May. 21, 2011 from: TEMECULA, CA

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                       d. **The Fee for Service was:**     $80.00
   **b. Premier Legal Solutions**            e.  I am: (3)  registered California process server
      12 Cerrito                                  (i)   Owner
      Irvine, CA  92612                           (ii)  Registration No.:      1505
   c. 949-480-1182                                (iii) County:               Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, May. 25, 2011

                                                                    (Surya  Von Rosen)

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                     *anctil.berkey.13429*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|

Attorney or Party without Attorney:
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA  94704
Telephone No: 510-548-7070

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JUAN  ACOSTA as follows:

2. Documents:   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:55pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 1025 PILE ST  Ramona CA 92065. |
| Thu | 05/19/11 | 10:00am | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 1025 PILE ST  Ramona CA 92065. |
| Fri | 05/20/11 | 12:27pm | Home | Substituted Service on: JUAN  ACOSTA Home - 1025 PILE ST Ramona, CA 92065 by Serving: DOLORES ACOSTA - SPOUSE Competent Member of the Household over 18.  Served by: Surya  Von Rosen |
| Sat | 05/21/11 | | | Mailed copy of Documents to: JUAN  ACOSTA |

3. Person Executing
   a. Surya  Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee  for service was: $80.00
e. I am:   (3)  registered California process server
           (i)   Owner
           (ii)  Registration No.:      1505
           (iii) County:                Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, May. 25, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya  Von Rosen)

anctil.mcelroy.13429

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Robert Altermatt
24286 Las Flores Drive
Quail Valley, CA 92587

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                    ✚

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By      **C. ECIJA**, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| *Ref. No. or File No.:* | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*                                ROBERT ALTERMATT

4. *Address where the party was served:*      24286 LAS FLORES DR
                                                              Quail Valley, CA 92587

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 30, 2011 (2) at: 4:40PM

7. ***Person Who Served Papers:***
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. ***The Fee*** *for Service was:*   $40.00
   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*   1505
      *(iii) County:*   Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jun. 15, 2011

                                                                      (Surya Von Rosen)

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                    *anctil.berkey.13427*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
                vs
FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Ronald Andrews
9312 Los Coches Road
Lakeside, CA 92040

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                          10-15-09
_____          _____
CLERK                                                              DATE

By          C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM | | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Case; Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3.  a. *Party served:*   RONALD ANDREWS
    b. *Person served:*   Angela Andrews - Wife

*4.  Address where the party was served:*   9312 LOS COCHES ROAD
    Lakeside, CA  92040

*5.  I served the party:*
    b. **by substituted service.**  On: Wed., Apr. 20, 2011 at: 7:07PM by leaving the copies with or in the presence of:
       Angela Andrews - Wife
    (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Thu., Apr. 21, 2011 from: Temeucla, CA

7.  *Person Who Served Papers:*
    a. Ben M Stone
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.   *The Fee for Service was:*
    e.   I am: (3) registered California process server
         *(i)*    Independent Contractor
         *(ii)*   *Registration No.:*    1702
         *(iii)*  *County:*              San Diego

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Thu, Apr. 21, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE      (Ben M Stone)      *anctil.berkey.13199*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY | | | | |
| ALEXANDER BERKEY, WILLIAMS & WEATHERS | | | | |
| 2030 ADDISON STREET | | | | |
| SUITE 410 | | | | |
| Berkeley, CA  94704 | | | | |
| Telephone No: 510-548-7070 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF** **REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Ben M Stone, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant RONALD  ANDREWS as follows:

2. Documents:   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/18/11 | 4:39pm | Home | No Answer.  No ligts on; Attempt made by: Ben M Stone, Registration #1702 San Diego County. Attempt at: 9312 LOS COCHES ROAD   Lakeside CA 92040. |
| Tue | 04/19/11 | 8:05am | Home | No Answer.  No ligts on; Attempt made by: Ben M Stone. Attempt at: 9312 LOS COCHES ROAD   Lakeside CA 92040. |
| Wed | 04/20/11 | 7:07pm | Home | Substituted Service on: RONALD  ANDREWS Home - 9312 LOS COCHES ROAD Lakeside, CA 92040  by Serving: Angela Andrews - Wife Competent Member of the Household over 18.  Served by: Ben M Stone |
| Thu | 04/21/11 | | | Mailed copy of Documents to: RONALD  ANDREWS |

3. Person Executing
   a. Ben M Stone
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was:
e. I am:   (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:      1702
   (iii) County:               San Diego

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Apr. 21, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Ben M Stone)

anctil.mcelroy.13199

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◼

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Angela Andrews
9312 Los Coches Road
Lakeside, CA 92040

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                          ◼

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By        C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                                   ANGELA ANDREWS

4. Address where the party was served:          9312 LOS COCHES ROAD
                                                              Lakeside, CA  92040

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 20, 2011 (2) at: 7:07PM

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ben M Stone                              d. **The Fee** for Service was:
   b. **Premier Legal Solutions**             e. I am: (3) registered California process server
      12 Cerrito                                    (i)   Independent Contractor
      Irvine, CA  92612                             (ii)  Registration No.:      1702
   c. 949-480-1182, FAX 949-480-1217              (iii) County:                 San Diego

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: Thu, Apr. 21, 2011

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                    (Ben M Stone)                  anctil.berkey.13198

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Karen Austin
1000 W. MacArthur Blvd. #126
Santa Ana, CA 92707

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                    ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____          ___10 - 15 - 09___
              CLERK                                    DATE

By    C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | *Ref. No. or File No.:* | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention;
   Instructions For Future Filing And Service Documents

3. a. *Party served:*           KAREN AUSTIN
   b. *Person served:*          STANLEY COWEN - BOYFRIEND/CO OCCUPANT
                                WHITE MALE, EARLY 30'S, BRN HR, BLUE EYES, 5'11, 195LBS

4. *Address where the party was served:*   1000 W MACARTHUR BLVD
                                           #126
                                           Santa Ana, CA 92707

5. *I served the party:*
   b. **by substituted service.**  On: Fri., Jun. 03, 2011 at: 7:15PM by leaving the copies with or in the presence of:
                                STANLEY COWEN - BOYFRIEND/CO OCCUPANT
                                WHITE MALE, EARLY 30'S, BRN HR, BLUE EYES, 5'11, 195LBS
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Wed., Jun. 15, 2011 from: Temecula CA

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SHAWN O'MALLEY                    d. *The Fee for Service was:*   $50.00
   **b. Premier Legal Solutions**      e. I am: (3) registered California process server
      12 Cerrito                           (i)   Independent Contractor
      Irvine, CA 92612                     (ii)  *Registration No.:*    1996
   c. 949-480-1182, FAX 949-480-1217       (iii) *County:*             Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Jun. 15, 2011*

   (SHAWN O'MALLEY)   *anctil.berkey.13436*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | |
|---|---|---|

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070 | | | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, SHAWN O'MALLEY, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant KAREN  AUSTIN as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/01/11 | 11:30am | Home | No Answer.  No ligts on; Attempt made by: SHAWN O'MALLEY, Registration #1996 Orange County. Attempt at: 1000 W MACARTHUR BLVD #126  Santa Ana CA 92707. |
| Thu | 06/02/11 | 7:20am | Home | No Answer.  No ligts on; Attempt made by: SHAWN  O'MALLEY. Attempt at: 1000 W MACARTHUR BLVD #126  Santa Ana CA 92707. |
| Fri | 06/03/11 | 7:15pm | Home | Substituted Service on: KAREN  AUSTIN Home - 1000 W MACARTHUR BLVD #126 Santa Ana, CA 92707 by Serving: STANLEY COWEN - BOYFRIEND/CO OCCUPANT<br>WHITE MALE, EARLY 30'S, BRN HR, BLUE EYES, 5'11, 195LBS Competent Member of the Household over 18. Served by: SHAWN  O'MALLEY |
| Wed | 06/15/11 | | | Mailed copy of Documents to: KAREN  AUSTIN |

3. *Person Executing*
   a. SHAWN  O'MALLEY
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $50.00
e. *I am:*   (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)  Registration No.:*   1996
   *(iii) County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 15, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (SHAWN O'MALLEY)

anctil.mcelroy.13436

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Davetta Austin
12559 Orange Blossom Lane
Arlington, CA 92503

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                         ▣

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By    **C. EGIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*          DAVETTA AUSTIN

*4. Address where the party was served:*          12559 ORANGE BLOSSOM LN
                                                        Arlington, CA 92503

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 27, 2011 (2) at: 1:20PM

| *7. Person Who Served Papers:* | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|
| a. Surya Von Rosen | d. *The Fee for Service was:* $70.00 |
| **b. Premier Legal Solutions** | e. I am: (3) registered California process server |
| 12 Cerrito |       *(i)* Owner |
| Irvine, CA 92612 |       *(ii) Registration No.:* 1505 |
| c. 949-480-1182 |       *(iii) County:* Orange |

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 29, 2011

(Surya Von Rosen)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | anctil.berkey.13643 |
|---|---|---|

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒

    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    B & L Enterprises, LLC
    c/o Thomas G. Basso, Agent for Service
    42409 Winchester Road
    Temecula, CA 92590

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070
                                              ☒

    An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |
| By     C. ECIJA , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| *Attorney or Party without Attorney:*<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*        B & L ENTERPRISES, LLC
    *b. Person served:*      Thomas G Basso - Registered Agent

*4. Address where the party was served:*      42409 WINCHESTER RD
                                     Temecula, CA  92590

*5. I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 17, 2011 (2) at: 4:05PM

*7. Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya  Von Rosen                  d. ***The Fee for Service was:***    $30.00
    **b. Premier Legal Solutions**          e.   I am: (3)  registered California process server
        12 Cerrito                                *(i)*   Owner
        Irvine, CA  92612                   *(ii)*   *Registration No.:*     1505
    c. 949-480-1182, FAX 949-480-1217         *(iii)*   *County:*            Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Mon, May. 23, 2011*

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Nina C. Bailey
3189 Huckleberry Drive
Corona, CA 92882

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By  **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174):

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone no.* 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

| 3. | *a. Party served:* | NINA C BAILEY |
|---|---|---|
| | *b. Person served:* | Wayne Hush - Co Occupant |

| 4. | *Address where the party was served:* | 3189 HUCKLEBERRY DR<br>Corona, CA 92882 |
|---|---|---|

5. *I served the party:*
   b. **by substituted service.**  On: Wed., Jun. 15, 2011 at: 4:45PM by leaving the copies with or in the presence of:
   Wayne Hush - Co Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Thu., Jun. 16, 2011 from: Temecula CA

7. ***Person Who Served Papers:***

   a. Surya  Von Rosen

   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612

   c. 949-480-1182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee*** *for Service was:*     $70.00
   e. I am: (3)  registered California process server
   *(i)*   Owner
   *(ii)*  *Registration No.:*     1505
   *(iii)* *County:*          Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 23, 2011*

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE     (Surya  Von Rosen)     anctil.berkey.13618

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070 | For Court Use Only |
|---|---|

| Ref. No or File No.: | |
|---|---|

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant NINA C BAILEY as follows:

2. *Documents:*     SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/13/11 | 7:00pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 3189 HUCKLEBERRY DR   Corona CA 92882. |
| Tue | 06/14/11 | 10:21am | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 3189 HUCKLEBERRY DR   Corona CA 92882. |
| Wed | 06/15/11 | 4:45pm | Home | Substituted Service on: NINA C BAILEY Home - 3189 HUCKLEBERRY DR Corona, CA 92882  by Serving: Wayne Hush - Co Occupant Competent Member of the Household over 18. Served by: Surya  Von Rosen |
| Thu | 06/16/11 | | | Mailed copy of Documents to: NINA C BAILEY |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
e. *I am:*    (3)  registered California process server
         *(i)*   Owner
         *(ii)   Registration No.:*      1505
         *(iii)  County:*               Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13618

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ■
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

James Bierman
20760 Dogwood Circle
Yorba Linda, CA 92886

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By   C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*          JAMES BIERMAN

4. *Address where the party was served:*          20760 DOGWOOD CIR
   Yorba Linda, CA  92886

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 25, 2011 (2) at: 7:30PM

7. **Person Who Served Papers:**
   a. Carrie  Sachse
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $30.00
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*    2463
      *(iii) County:*             Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, May. 30, 2011

(Carrie  Sachse)          anctil.berkey.13446

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Patricia Bierman
20760 Dogwood Circle
Yorba Linda, CA 92886

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                       ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By      **C. ECIJA**, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY <br> ALEXANDER BERKEY, WILLIAMS & WEATHERS <br> 2030 ADDISON STREET <br> SUITE 410 <br> Berkeley, CA 94704 <br> Telephone No: 510-548-7070 | | | | |

| Ref. No or File No.: |
|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PATRICIA BIERMAN as follows:

2. Documents:   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/22/01 | 8:00am | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse. Attempt at: 20760 DOGWOOD CIR Yorba Linda CA 92886. |
| Thu | 05/19/11 | 11:17am | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 20760 DOGWOOD CIR Yorba Linda CA 92886. |
| Wed | 05/25/11 | 7:30pm | Home | Substituted Service on: PATRICIA BIERMAN Home - 20760 DOGWOOD CIR Yorba Linda, CA 92886 by Serving: JAMES BIERMAN - HUSBAND CAUC, M, 65 YRS, GRY HR, 5'9, 170LBS a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Carrie Sachse |
| Mon | 06/13/11 | | | Mailed copy of Documents to: PATRICIA BIERMAN |

3. Person Executing
   a. Carrie Sachse
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $60.00
e. I am:  (3)  registered California process server
         (i)   Independent Contractor
         (ii)  Registration No.:   2463
         (iii) County:            Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Mon, Jun. 13, 2011

   _____ Carrie Sachse

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Carrie Sachse)

anctil.mcelroy.13447

| Attorney or Party without Attorney:<br>**CURTIS G BERKEY**<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA<br>Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

| 3. | a. Party served: | PATRICIA BIERMAN |
|---|---|---|
| | b. Person served: | JAMES BIERMAN - HUSBAND |
| | | CAUC, M, 65 YRS, GRY HR, 5'9, 170LBS |

| 4. | Address where the party was served: | 20760 DOGWOOD CIR |
|---|---|---|
| | | Yorba Linda, CA 92886 |

5. *I served the party:*

b. **by substituted service.** On: Wed., May. 25, 2011 at: 7:30PM by leaving the copies with or in the presence of:
JAMES BIERMAN - HUSBAND
CAUC, M, 65 YRS, GRY HR, 5'9, 170LBS

(2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

(4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 13, 2011 from: TEMECULA, CA

| 7. | **Person Who Served Papers:** | | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|---|---|
| | a. Carrie Sachse | d. | *The Fee for Service was:* $60.00 |
| | **b. Premier Legal Solutions** | e. | I am: (3) registered California process server |
| | 12 Cerrito | | *(i)* Independent Contractor |
| | Irvine, CA 92612 | | *(ii) Registration No.:* 2463 |
| | c. 949-480-1182, FAX 949-480-1217 | | *(iii) County:* Orange |

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 13, 2011

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

(Carrie Sachse)

*anctil.berkey.13447*

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Darryl Bivens
69525 Dillon Road #10
Desert Hot Springs, CA 92241

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By          C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: CURTIS G BERKEY ALEXANDER BERKEY, WILLIAMS & WEATHERS 2030 ADDISON STREET SUITE 410 Berkeley, CA 94704 Telephone No: 510-548-7070 CBERKEY@ABWWLAW.COM | For Court Use Only |
|---|---|

Attorney for: Plaintiff | Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*                                       DARRYL BIVENS

4. *Address where the party was served:*          69525 DILLON ROAD #10
Desert Hot Springs, CA 92241

5. *I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 3:00PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
a. RUBEN TORRES
b. **Premier Legal Solutions**
  12 Cerrito
  Irvine, CA 92612
c. 949-480-1182, FAX 949-480-1217

d. *The Fee for Service was:*
e. I am: (3) registered California process server
  (i) Independent Contractor
  (ii) Registration No.:    318
  (iii) County:    Riverside

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Apr. 19, 2011

_____
(RUBEN TORRES)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
              vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    Stella Bivens
    69525 Dillon Road #10
    Desert Hot Springs, CA 92241

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704                                                      ⊞
Tel: (510) 548-7070

    An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
        by default will be taken against you for the relief demanded in the complaint.

_____          10-15-09
     W. Samuel Hamrick, Jr.          _____
            CLERK                             DATE

By          C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. *Party served:*       STELLA BIVENS
   b. *Person served:*      party in item 3.a.
                            W, F, 70yrs, Light Brn, 5'4, 180lbs

4. *Address where the party was served:*    69525 DILLON ROAD #10
                                            Desert Hot Springs, CA 92241

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 3:00PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. RUBEN TORRES
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*    318
      (iii) *County:*             Riverside

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Apr. 20, 2011

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(RUBEN TORRES)          *anctil.berkey.13191*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

William Bliler
615 Connecticut Street
San Francisco, CA 94107

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ✛

   An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| _W. Samuel Hamrick, Jr._ | 10-15-09 |
| CLERK | DATE |
| By    C. ECIJA , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

*3. a. Party served:*      WILLIAM BLILER
   *b. Person served:*      DAVID HOWE - HOUSEMATE/CO OCCUPANT

*4. Address where the party was served:*      615 Connecticut St
            San Francisco, CA 94107

*5. I served the party:*
  *b.* **by substituted service.** On: Sat., Apr. 16, 2011 at: 10:52AM by leaving the copies with or in the presence of:
                       DAVID HOWE - HOUSEMATE/CO OCCUPANT
    (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Apr. 19, 2011 from: TEMECULA, CA

*7.* **Person Who Served Papers:**            Recoverable Cost Per CCP 1033.5(a)(4)(B)
  *a.* STEPHEN SABOL              *d.* **The Fee** *for Service was:*    $70.00
  *b.* **Premier Legal Solutions**          *e.* I am: (3) registered California process server
     12 Cerrito                             *(i)*  Independent Contractor
     Irvine, CA 92612                   *(ii)*  *Registration No.:*    2003-0000382
  *c.* 949-480-1182, FAX 949-480-1217       *(iii)*  *County:*           San Francisco

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date: Tue, Apr. 19, 2011*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (STEPHEN SABOL)    *anctil.berkey.13205* |
|---|---|---|

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, STEPHEN SABOL, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WILLIAM BLILER as follows:

2. Documents: SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA'S SECOND AMENDED COMPLAINT IN INTERVENTION [CIVIL NO. 51-1247-SD-GT]INSTUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/11/11 | 6:55pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THERE ARE TWO UNITS 613 & 615 Attempt made by: STEPHEN SABOL, Registration #2003-0000382 San Francisco County. Attempt at: 613-615 CONNECTICUT ST San Francisco CA 94107. |
| Wed | 04/13/11 | 7:43am | Home | PER OCCUPANT IN 613 SUBJECT IS THE LANDLORD AND LIVES IN 615 Attempt made by: STEPHEN SABOL. Attempt at: 613-615 CONNECTICUT ST San Francisco CA 94107. |
| Wed | 04/13/11 | 7:45am | Home | SUBJECT NOT HOME PER HOUSEMATE, HE IS OUT OF TOWN FOR AN INDEFINITE AMOUNT OF TIME Attempt made by: STEPHEN SABOL. Attempt at: 613-615 CONNECTICUT ST San Francisco CA 94107. |
| Sat | 04/16/11 | 10:52am | Home | I SUBSERVED DAVID HOW, HOUSEMATE Attempt made by: STEPHEN SABOL. Attempt at: 613-615 CONNECTICUT ST San Francisco CA 94107. |

Page Number 1
Date: Tue, Apr. 19, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

anctil.mcelroy.13205

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 04/16/11 | 10:52am | Home | Substituted Service on: WILLIAM BLILER Home - 613-615 CONNECTICUT ST San Francisco, CA 94107 by Serving: DAVID HOWE - HOUSEMATE/CO OCCUPANT a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: STEPHEN SABOL |
| Tue | 04/19/11 | | | Mailed copy of Documents to: WILLIAM BLILER |

3.  *Person Executing*
   a. STEPHEN SABOL
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
***d. The Fee** for service was:* $70.00
*e. I am:*   (3) registered California process server
     *(i)*   Independent Contractor
     *(ii)*  *Registration No.:*   2003-0000382
     *(iii)*  *County:*   San Francisco

*4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Apr. 19, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (STEPHEN SABOL)

anctil.mcelroy.13205

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Louise Boyd
28537 Sunset Road
Valley Center, CA 92082

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          10-15-09
W. Samuel Hamrick, Jr.                    _____
CLERK                                     DATE

By      C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| *Attorney or Party without Attorney:*<br>  CURTIS G BERKEY<br>  ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>  2030 ADDISON STREET<br>  SUITE 410<br>  Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>  CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*          LOUISE BOYD
   *b. Person served:*        party in item 3.a.
                              W, F, 55yrs, Brn Hr Brn Eyes, 5'5, 125lbs

4. *Address where the party was served:*       28537 SUNSET RD
                                               Valley Center, CA  92082

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Mon., Jun. 20, 2011 (2) at: 8:05PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jonas T Williams                    d.  *The Fee for Service was:*    $40.00
   **b. Premier Legal Solutions**         e.  I am: (3)  registered California process server
      12 Cerrito                               *(i)*   Independent Contractor
      Irvine, CA  92612                        *(ii)  Registration No.:*    1518
   c. 949-480-1182, FAX 949-480-1217         *(iii) County:*            San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 30, 2011*

                                                                    *(Jonas T Williams)*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▦
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Theresa Caffery
4924 Pearlman Way
San Diego, CA 92130

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                           ▦

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By          C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                                    THERESA CAFFERY

4. Address where the party was served:          4924 PEARLMAN WAY
                                                         San Diego, CA 92130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 22, 2011 (2) at: 9:05PM

7. **Person Who Served Papers:**
   a. Jonas T Williams
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. **The Fee** for Service was:   $30.00
e. I am: (3) registered California process server
   *(i)*    Independent Contractor
   *(ii)*   Registration No.:        1518
   *(iii)*  County:                    San Diego

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   **Date: Thu, Jun. 30, 2011**

   (Jonas T Williams)                    anctil.berkey.13433

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Teresa Castaglione, Trustee
38105 Sherman Way
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By C. ECIJA , Deputy Clerk

10-15-09

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*            TERESA CASTIGLIONE, TRUSTEE

*4. Address where the party was served:*      38105 SHERMAN WAY
                                              Anza, CA  92539

*5. I served the party:*
  a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 10, 2011 (2) at: 2:02PM

| *7. Person Who Served Papers:* | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|
| a. Surya  Von Rosen<br>**b. Premier Legal Solutions**<br>  12 Cerrito<br>  Irvine, CA  92612<br>c. 949-480-1182 | d. *The Fee for Service was:*   $40.00<br>e. I am: (3)  registered California process server<br>   *(i)*   Owner<br>   *(ii)  Registration No.:*   1505<br>   *(iii)  County:*          Orange |

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date: Thu, Jun. 23, 2011*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⬛
      vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

     Bobbie Jean Connor
     37695 Lanik Lane
     Anza, CA 92539

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                          ⬛

     An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|:---:|:---:|
| CLERK | DATE |

By    **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                                   BOBBIE JEAN CONNOR

4. Address where the party was served:        37695 LANIK LANE
                                                              Anza, CA  92539

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 18, 2011 (2) at: 3:33PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                     d.   *The Fee* for Service was:     $85.00
   b. **Premier Legal Solutions**         e.   I am: (3) registered California process server
      12 Cerrito                                        *(i)*   Owner
      Irvine, CA  92612                              *(ii)*  Registration No.:        1505
   c. 949-480-1182                                 *(iii)* County:                     Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 23, 2011*

                                                                                     (Surya  Von Rosen)                    LJ

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                    PROOF OF SERVICE
                                                         SUMMONS IN A CIVIL CASE                         anctil.berkey.13674

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◼
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Paul Czerner
970 W. Valley Park No. 433
Escondido, CA 92025

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                    ◼

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |
| By          C. ECIJA , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention;
Instructions For Future Filing And Service Documents

*3. a. Party served:*      Paul Czerner
    *b. Person served:*      PAULA "DOE" (REFUSED LAST NAME) - OWNER OF THE POSTAL ANNEX
                                   W, F, 50YRS, BLND HR, 5'6, 150LBS

*4. Address where the party was served:*      970 W Valley Park
                                                 No 433
                                                 Escondido, CA 92025

*5. I served the party:*
    *b.* **by substituted service.**   On: Fri., May. 20, 2011 at: 11:05AM by leaving the copies with or in the presence of:
                                         PAULA "DOE" (REFUSED LAST NAME) - OWNER OF THE POSTAL
                                         ANNEX
                                         W, F, 50YRS, BLND HR, 5'6, 150LBS

    (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person
        served. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
        copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sat., May. 21, 2011 from: TEMECULA CA

*7. Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya Von Rosen                       d. *The Fee for Service was:*    $40.00
    **b. Premier Legal Solutions**             e. I am: (3) registered California process server
       12 Cerrito                                    *(i)*   Owner
       Irvine, CA 92612                       *(ii) Registration No.:*    1505
    c. 949-480-1182                              *(iii) County:*          Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, May. 25, 2011*

                                                          (Surya Von Rosen)

Judicial Council Form                   PROOF OF SERVICE
Rule 2.150.(a)(b) Rev January 1, 2007      SUMMONS IN A CIVIL CASE                anctil.berkey.13414

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070 | | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Paul  Czerner as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:45pm | Home | THIS LOCATION IS A POSTAL ANNEX.  THE STORE IS CLOSED. Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 970 W Valley Park No 433 Escondido CA 92025. |
| Thu | 05/19/11 | 8:15am | Home | THIS LOCATION IS A POSTAL ANNEX.  THE STORE IS CLOSED. Attempt made by: Surya  Von Rosen. Attempt at: 970 W Valley Park No 433  Escondido CA 92025. |
| Fri | 05/20/11 | 11:05am | Home | Substituted Service on: Paul Czerner Home - 970 W Valley Park No 433 Escondido, CA 92025  by Serving: PAULA "DOE" (REFUSED LAST NAME) - OWNER OF THE POSTAL ANNEX<br>W, F, 50YRS, BLND HR, 5'6, 150LBS a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Surya  Von Rosen |
| Sat | 05/21/11 | | | Mailed copy of Documents to: Paul Czerner |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
**e. I am:**   (3)  registered California process server
   *(i)*   Owner
   *(ii)   Registration No.:*        1505
   *(iii)  County:*                        Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 25, 2011

                                                        _____

AFFIDAVIT OF REASONABLE DILIGENCE (Surya  Von Rosen)

anctil.mcelroy.13414

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Dennis Dowden
2206 Alta Vista Drive
Vista, CA 92084

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By    C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3.  a. Party served:  DENNIS DOWDEN

4.  Address where the party was served:  2206 ALTA VISTA DR
    Vista, CA 92084

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 22, 2011 (2) at: 6:00PM

7.  *Person Who Served Papers:*
    a. Jonas T Williams
    b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee* for Service was:  $30.00
e.  I am: (3)  registered California process server
    (i)   Independent Contractor
    (ii)  Registration No.:  1518
    (iii) County:  San Diego

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Thu, Jun. 30, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Jonas T Williams)

anctil.berkey.13444

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
**vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Esperanza in Anza
c/o Charles D. Nachand, Agent for Service
241 E. 3rd Ave.
Escondido, CA 92025

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                             ✠

    An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                             10-15-09
_____          _____
            CLERK                                          DATE

By      **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                          Esperanza In Anza
   b. Person served:                 CHARLES D NACHAND - REGISTERED AGENT

4. Address where the party was served:     241 E 3rd Ave
                                      Escondido, CA  92025

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 20, 2011 (2) at: 11:43AM

7. **Person Who Served Papers:**                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen               d.  **The Fee** for Service was:   $70.00
   **b. Premier Legal Solutions**       e.  I am: (3)  registered California process server
      12 Cerrito                          (i)   Owner
      Irvine, CA  92612              (ii)  Registration No.:    1505
   c. 949-480-1182                   (iii) County:         Orange

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   **Date: Wed, May. 25, 2011**

                                                   (Surya  Von Rosen)

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL CASE               anctil.berkey.13413

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Donald L. Faust, Jr.
14761 Excelsior Drive
La Mirada, CA 90638

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                              ✛

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By    C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3.  *a. Party served:*  DONALD L FAUST, JR
    *b. Person served:*  TAYLOR FAUST - DAUGHTER
    W, F, 18YRS, BLND HR, 5'2, 120LBS

4.  *Address where the party was served:*  14761 EXCELSIOR DR
    La Mirada, CA  90638

5.  *I served the party:*
    b. **by substituted service.**  On: Sun., Jun. 26, 2011 at: 9:50AM by leaving the copies with or in the presence of:
    TAYLOR FAUST - DAUGHTER
    W, F, 18YRS, BLND HR, 5'2, 120LBS
    (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 27, 2011  from: TEMECULA, CA

7.  *Person Who Served Papers:*
    a. Carrie  Sachse
    b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  *The Fee for Service was:*  $30.00
    e.  I am: (3)  registered California process server
        *(i)*  Independent Contractor
        *(ii)*  *Registration No.:*  2463
        *(iii)*  *County:*  Orange

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Thu, Jun. 30, 2011

    (Carrie  Sachse)

    anctil.berkey.13647

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DONALD L FAUST, JR as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/22/11 | 8:30pm | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 14761 EXCELSIOR DR  La Mirada CA 90638. |
| Thu | 06/23/11 | 2:00pm | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 14761 EXCELSIOR DR  La Mirada CA 90638. |
| Sun | 06/26/11 | 9:50am | Home | Substituted Service on: DONALD L FAUST, JR Home - 14761 EXCELSIOR DR La Mirada, CA 90638  by Serving: TAYLOR FAUST - DAUGHTER W, F, 18YRS, BLND HR, 5'2, 120LBS Competent Member of the Household over 18. Served by: Carrie Sachse |
| Mon | 06/27/11 | | | Mailed copy of Documents to: DONALD L FAUST, JR |

3. *Person Executing*
   a. Carrie Sachse
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $30.00
e. *I am:* (3) registered California process server
    *(i)*   Independent Contractor
    *(ii)*  *Registration No.:*   2463
    *(iii) County:*       Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

                    *Carrie Sachse*

**AFFIDAVIT OF REASONABLE DILIGENCE**  (Carrie Sachse)

                                              anctil.mcelroy.13647

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

John Fitzgerald
155 Park Ave. Apt. #1
Long Beach, CA 90803

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                          ✛

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |

By         C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. *Party served:*          John Fitzgerald
   b. *Person served:*        Anita Kendrell - Co Occupant
                              Blk, F, 26yrs, Brn Hr, Brn Eyes, 5'6, 140lbs

4. *Address where the party was served:*    155 Park Ave
                                            Apt #1
                                            Long Beach, CA 90803

5. *I served the party:*
   b. **by substituted service.**  On: Mon., Jun. 27, 2011 at: 8:05AM by leaving the copies with or in the presence of:
                              Anita Kendrell - Co Occupant
                              Blk, F, 26yrs, Brn Hr, Brn Eyes, 5'6, 140lbs
   (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Jun. 30, 2011 from: Temecula CA

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Larry Bell Jr                        d.  *The Fee for Service was:*    $60.00
   b. **Premier Legal Solutions**         e.  I am: (3)  registered California process server
      12 Cerrito                                (i)  Owner
      Irvine, CA 92612                          (ii) *Registration No.:*    5220
   c. 949-480-1182, FAX 949-480-1217          (iii) *County:*              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 30, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                          (Larry Bell Jr)            email.berkey.13420

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | |

| | *Ref. No or File No.:* |
|---|---|
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Larry Bell Jr, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant John Fitzgerald as follows:

2. Documents:  SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/08/11 | 8:15am | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr, Registration #5220 Los Angeles County. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Sat | 06/11/11 | 6:00pm | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Tue | 06/14/11 | 11:15am | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Sat | 06/18/11 | 11:15am | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Mon | 06/27/11 | 8:05am | Home | Substituted Service on: John Fitzgerald Home - 155 Park Ave Apt #1 Long Beach, CA 90803 by Serving: Anita Kendrell - Co Occupant<br>Blk, F, 26yrs, Brn Hr, Brn Eyes, 5'6, 140lbs a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Larry Bell Jr |
| Thu | 06/30/11 | | | Mailed copy of Documents to: John Fitzgerald |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY ALEXANDER BERKEY, WILLIAMS & WEATHERS 2030 ADDISON STREET SUITE 410 Berkeley, CA 94704 Telephone No: 510-548-7070 | | | | |

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|

3. *Person Executing*
   a. Larry Bell Jr
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:*   (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 5220
   *(iii) County:* Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Larry Bell Jr)

anctil.mcelroy.13420

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Esther Guerra
421 E. Adele Street
Anaheim, CA 92805

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                        ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By      C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. *Party served:*                 Esther Guerra
    b. *Person served:*            "John Doe" - Son and Co-Occupant
                                   Hisp, M, 27yrs, Blk Hr, Brn Eyes, 5'10., 165lbs

4. *Address where the party was served:*     421 E Adele St
                                          Anaheim, CA 92805

5. *I served the party:*
    b. **by substituted service.** On: Mon., Jun. 06, 2011 at: 9:00PM by leaving the copies with or in the presence of:
                         "John Doe" - Son and Co-Occupant
                         Hisp, M, 27yrs, Blk Hr, Brn Eyes, 5'10., 165lbs
     (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
     (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 13, 2011 from: TEMECULA CA

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Carrie  Sachse                           d. *The Fee for Service was:*    $30.00
    b. **Premier Legal Solutions**              e. I am: (3) registered California process server
        12 Cerrito                                 *(i)*   Independent Contractor
        Irvine, CA 92612                       *(ii)*   *Registration No.:*     2463
     c. 949-480-1182, FAX 949-480-1217          *(iii)*   *County:*             Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Wed, Jun. 15, 2011*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070 | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie  Sachse, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Esther  Guerra as follows:

2. Documents:   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/20/11 | 8:00am | Home | No Answer at given address.  There is a White Honda in the driveway. Attempt made by: Carrie  Sachse, Registration #2463 Orange County. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Tue | 05/24/11 | 7:00pm | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Mon | 05/30/11 | 2:00pm | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Thu | 06/02/11 | 11:00am | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Mon | 06/06/11 | 9:00pm | Home | Substituted Service on: Esther  Guerra Home - 421 E Adele St Anaheim, CA 92805  by Serving: "John Doe" - Son and Co-Occupant<br>Hisp, M, 27yrs, Blk Hr, Brn Eyes, 5'10., 165lbs Competent Member of the Household over 18.  Served by: Carrie  Sachse |
| Mon | 06/13/11 | | | Mailed copy of Documents to: Esther  Guerra |

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>_Telephone No:_ 510-548-7070 | | | |

_Attorney for:_ Plaintiff

_Ref. No or File No.:_

_Insert name of Court, and Judicial District and Branch Court:_
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

_Plaintiff:_ UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
_Defendant:_ FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|

3.  _Person Executing_
    a. Carrie  Sachse
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. _The Fee_** for service was: $30.00
e. _I am:_   (3)  registered California process server
      (i)   Independent Contractor
      (ii)  _Registration No.:_    2463
      (iii) _County:_        Orange

**4.  _I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct._**
    Date: Wed, Jun. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**  (Carrie  Sachse)

anctil.mcelroy.13399

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

High Country Boys & Girls Club
c/o Robyn Garrison, Agent for Service
56070 Hwy 371 Suite A
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                        ☒

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    10-15-09
_____                _____
CLERK                                              DATE

By          C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3.  a. Party served:   HIGH COUNTRY BOYS & GIRLS CLUB
    b. Person served:   Robyn Garrison - Registered Agent

4. Address where the party was served:   56070 Hwy 371
    Suite A
    Anza, CA  92539

5. I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 2:08PM

7. **Person Who Served Papers:**                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya  Von Rosen                    d.   **The Fee** for Service was:   $80.00
    b. **Premier Legal Solutions**         e.   I am: (3) registered California process server
       12 Cerrito                                (i)    Owner
       Irvine, CA  92612                         (ii)   Registration No.:      1505
    c. 949-480-1182                               (iii)  County:                Orange

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: Wed, May. 25, 2011

                                                                    (Surya  Von Rosen)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HIGH COUNTRY BOYS & GIRLS CLUB as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 05/17/11 | 6:45pm | Business | No Answer. This home is on a Remote dirt road all the way up to the foothills on the outskirts of town. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 56070 Hwy 371 Suite A Anza CA 92539. |
| Wed | 05/18/11 | 2:08pm | Business | Personal Service on: HIGH COUNTRY BOYS & GIRLS CLUB Business - 56070 Hwy 371 Suite A Anza, CA 92539 by Serving: Robyn Garrison - Registered Agent. Served by: Surya Von Rosen |

3.  *Person Executing*
    a. Surya Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $80.00
e. I am:   (3) registered California process server
   *(i)*   Owner
   *(ii)*   *Registration No.:*   1505
   *(iii)*   *County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Wed, May. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13403

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✛
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Ramona Higham
3177 Lynwood Road
Lynwood, CA 90262

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ✛

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By     C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| *Attorney or Party without Attorney:*<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

*3. a. Party served:*        RAMONA HIGHAM
    *b. Person served:*       Ramona Sanchez - Daughter
                                  Hisp, F, 55yrs, Brn Hr, 5'4, 300lbs

*4. Address where the party was served:*     3177 LYNWOOD RD
                                           Lynwood, CA  90262

*5. I served the party:*
    b. **by substituted service.** On: Sun., Jul. 03, 2011 at: 8:40PM by leaving the copies with or in the presence of:
                            Ramona Sanchez - Daughter
                            Hisp, F, 55yrs, Brn Hr, 5'4, 300lbs
      (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jul. 05, 2011  from: Temecual, CA

*7. Person Who Served Papers:*
    a. Susan Georgino
    **b. Premier Legal Solutions**
         12 Cerrito
         Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. **The Fee for Service was:**   $60.00
    e. I am: (3) registered California process server
           *(i)*   Independent Contractor
           *(ii)*   Registration No.:     4930
           *(iii)*   County:            Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

**Date: Tue, Jul. 05, 2011**

(Susan Georgino)

*anctil.berkey.13645*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|

Attorney or Party without Attorney:
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA 94704
Telephone No: 510-548-7070

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Susan Georgino, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RAMONA HIGHAM as follows:

2. Documents:  SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 8:10pm | Home | No Answer.  No ligts on; Attempt made by: Susan  Georgino, Registration #4930 Los Angeles County. Attempt at: 3177 LYNWOOD RD   Lynwood CA 90262. |
| Thu | 06/23/11 | 10:20am | Home | No Answer.  No ligts on; Attempt made by: Susan  Georgino. Attempt at: 3177 LYNWOOD RD   Lynwood CA 90262. |
| Sun | 06/26/11 | 7:00am | Home | No Answer.  No ligts on; Attempt made by: Susan  Georgino. Attempt at: 3177 LYNWOOD RD   Lynwood CA 90262. |
| Thu | 06/30/11 | 9:17pm | Home | No Answer.  No ligts on; Attempt made by: Susan  Georgino. Attempt at: 3177 LYNWOOD RD   Lynwood CA 90262. |
| Fri | 07/01/11 | 8:02am | Home | No Answer.  No ligts on; Attempt made by: Susan  Georgino. Attempt at: 3177 LYNWOOD RD   Lynwood CA 90262. |
| Sat | 07/02/11 | 3:12pm | Home | No Answer.  No ligts on; Attempt made by: Susan  Georgino. Attempt at: 3177 LYNWOOD RD   Lynwood CA 90262. |

Page Number 1
U Date: Tue, Jul. 05, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13645

| | | | | For Court Use Only |
|---|---|---|---|---|

*Attorney or Party without Attorney:*
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA  94704
*Telephone No:* 510-548-7070

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 07/03/11 | 8:40pm | Home | Substituted Service on: RAMONA  HIGHAM Home - 3177 LYNWOOD RD Lynwood. CA 90262  by Serving: Ramona Sanchez - Daughter Hisp, F, 55yrs, Brn Hr, 5'4, 300lbs a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Susan  Georgino |
| Tue | 07/05/11 | | | Mailed copy of Documents to: RAMONA  HIGHAM |

3.  *Person Executing*
  a. Susan  Georgino
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  **d.** *The Fee* *for service was:* $60.00
  e. *I am:*   (3)  registered California process server
    *(i)*   Independent Contractor
    *(ii)*  *Registration No.:*      4930
    *(iii)* *County:*            Los Angeles

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Jul. 05, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Susan  Georgino)

anctil.mcelroy.13645

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Mai Huynh
14771 Yarborough Street
Westminster, CA 92842

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

✠

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By    **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| *Ref. No. or File No.:* |
|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                          MAI HUYNH

4. Address where the party was served:       14771 YARBOROUGHT ST
                                             WESTMINSTER, CA  92842

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Sat., Jun. 25, 2011 (2) at: 6:50PM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Carrie Sachse              d. *The Fee for Service was:*   $30.00
   b. **Premier Legal Solutions**         e. I am: (3) registered California process server
      12 Cerrito                            *(i)* Independent Contractor
      Irvine, CA  92612                     *(ii) Registration No.:*    2463
   c. 949-480-1182, FAX 949-480-1217        *(iii) County:*           Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Jul. 13, 2011*

   (Carrie Sachse)

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE     anctil.berkey.13639

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
       vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    Kim Huynh
    14771 Yarborough Street
    Westminster, CA 92842

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

    An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By    C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | | For Court Use Only |
|---|---|---|
| | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. *Party served:*                KIM HUYNH
   b. *Person served:*          MAI HUYNH - SPOUSE/CO OCCUPANT
                                 ASIAN, M, 70YRS, GRY HR, 5'8, 140LBS

4. *Address where the party was served:*     14771 YARBOROUGHT ST
                                           WESTMINSTER, CA 92842

5. *I served the party:*
   b. **by substituted service.** On: Mon., Jun. 27, 2011 at: 3:00PM by leaving the copies with or in the presence of:
                     MAI HUYNH - SPOUSE/CO OCCUPANT
                     ASIAN, M, 70YRS, GRY HR, 5'8, 140LBS
    (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Jul. 01, 2011 from: Temecula CA

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Carrie Sachse                   d. *The Fee for Service was:*   $30.00
   b. **Premier Legal Solutions**        e. I am: (3) registered California process server
     12 Cerrito                       *(i)* Independent Contractor
     Irvine, CA 92612               *(ii)* *Registration No.:*   2463
   c. 949-480-1182, FAX 949-480-1217     *(iii)* *County:*        Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Fri, Jul. 01, 2011*

                                                                (Carrie Sachse)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KIM HUYNH as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 06/26/11 | 8:00am | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse. Attempt at: 14771 YARBOROUGHT ST  WESTMINSTER CA 92842. |
| Mon | 06/27/11 | 3:00pm | Home | Substituted Service on: KIM HUYNH Home - 14771 YARBOROUGHT ST WESTMINSTER, CA 92842 by Serving: MAI HUYNH - SPOUSE/CO OCCUPANT<br>ASIAN, M,70YRS, GRY HR, 5'8, 140LBS a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Carrie Sachse |
| Fri | 07/01/11 | | | Mailed copy of Documents to: KIM HUYNH |

3.  *Person Executing*
    a. Carrie Sachse
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. I am:   (3)  registered California process server
          *(i)*   Independent Contractor
          *(ii)*  *Registration No.:*      2463
          *(iii)* *County:*               Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Fri, Jul. 01, 2011

                                                    *Carrie Sachse*

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Carrie Sachse)

anctil.mcelroy.13640

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✠

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Inspired Vision Venture, Inc.
C/o Christiane Holbrook, Agent for Service
1609 Holliston Ave.
Pasadena, CA 91104

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                              ✠

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By   C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

| | |
|---|---|
| *3. a. Party served:*<br>  *b. Person served:* | Inspired Vision Venture, Inc c/o Christiane Holbrook, Agent for Service<br>party in item 3.a.<br>W, F, 55yrs, Blnd, Blu, 5'8, 135lbs |
| *4. Address where the party was served:* | 1609 Holliston Ave<br>Pasadena, CA 91104 |

*5. I served the party:*

  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 28, 2011 (2) at: 3:13PM

*7. **Person Who Served Papers:***

| | | Recoverable Cost Per CCP 1033.5(a)(4)(B) | |
|---|---|---|---|
| a. Susan Georgino<br>**b. Premier Legal Solutions**<br>  12 Cerrito<br>  Irvine, CA 92612<br>c. 949-480-1182, FAX 949-480-1217 | d. ***The Fee** for Service was:*   $60.00<br>e. I am: (3) registered California process server<br>    *(i)*  Independent Contractor<br>    *(ii) Registration No.:*   4930<br>    *(iii) County:*        Los Angeles | | |

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Thu, Jun. 30, 2011*

(Susan Georgino)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MONICA JOHNSON
2228 RECHE RD
FALLBROOK, CA  92028

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. EGWA | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
|---|---|---|---|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

*3. a. Party served:*  Monica Johnson
   *b. Person served:*  Richard Johnson - Husband

*4. Address where the party was served:*  2228 Reche Rd
   Fallbrook, CA 92028

*5. I served the party:*
   b. **by substituted service.**  On: Sun., May. 15, 2011 at: 10:38AM by leaving the copies with or in the presence of:
      Richard Johnson - Husband
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., May. 16, 2011 from: Temecula CA

*7. Person Who Served Papers:*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $75.00
   e. I am: (3) registered California process server
      *(i)*  Owner
      *(ii)*  *Registration No.:*  1505
      *(iii)*  *County:*  Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, May. 25, 2011*

(Surya  Von Rosen)

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

*ancut.berkey.13289*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | | |

*Attorney for:* Plaintiff

| *Ref. No or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Monica Johnson as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/26/11 | 10:27am | Home | No Answer at the given address.  No Mail.  Unable to verify Attempt made by: Surya Von Rosen. Attempt at: 2228 Reche Rd  Fallbrook CA 92028. |
| Sun | 05/01/11 | 4:30pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 2228 Reche Rd  Fallbrook CA 92028. |
| Thu | 05/05/11 | 5:00pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 2228 Reche Rd  Fallbrook CA 92028. |
| Sun | 05/15/11 | 10:38am | Home | Substituted Service on: Monica Johnson Home - 2228 Reche Rd Fallbrook, CA 92028 by Serving: Richard Johnson - Husband Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Mon | 05/16/11 | | | Mailed copy of Documents to: Monica Johnson |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $75.00
e. *I am:*  (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:*  1505
   *(iii) County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13289

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◨

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Lorence P. Kanouse
37260 Bautista Canyon Road
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

◨

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By  C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070 | | |

*Telephone No:* 510-548-7070

CBERKEY@ABWWLAW.COM

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*  LORENCE P KANOUSE

4. *Address where the party was served:*  37260 BAUTISTA CANYON RD
   Anza, CA  92539

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 18, 2011 (2) at: 3:19PM

7. *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

   d. *The Fee for Service was:*  $85.00
   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*  1505
      *(iii) County:*  Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jun. 23, 2011

   (Surya  Von Rosen)