Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☐

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARY SKROBIZA KAPPLE
43448 BREWSTER CT
TEMECULA  CA  92592

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 15 2009

W. Samuel Hamrick, Jr.

DATE

CLERK

C. ECNA

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>.CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. *a. Party served:*      MARY ANN KAPPLE
   *b. Person served:*    NEIL KAPPLE - HUSBAND

4. *Address where the party was served:*    43448 BREWSTER CT
       Temecula, CA 92592

5. *I served the party:*
  *b.* **by substituted service.** On: Fri., Jun. 10, 2011 at: 12:47PM by leaving the copies with or in the presence of:
       NEIL KAPPLE - HUSBAND
  (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
  (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sat., Jun. 18, 2011 from: TEMECULA CA

7. *Person Who Served Papers:*
  a. Surya Von Rosen
  **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
  c. 949-480-1182

         Recoverable Cost Per CCP 1033.5(a)(4)(B)
  d. *The Fee for Service was:*    $60.00
  e. I am: (3) registered California process server
    (i)   Owner
    (ii)   *Registration No.:*    1505
    (iii)   *County:*    Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date: Sat, Jun. 18, 2011*

                             (Surya Von Rosen)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARY ANN KAPPLE as follows:

2. Documents:     SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/08/11 | 7:15pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 43448 BREWSTER CT   Temecula CA 92592. |
| Thu | 06/09/11 | 11:30am | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 43448 BREWSTER CT   Temecula CA 92592. |
| Fri | 06/10/11 | 12:47pm | Home | Substituted Service on: MARY ANN KAPPLE Home - 43448 BREWSTER CT Temecula, CA 92592 by Serving: NEIL KAPPLE - HUSBAND Competent Member of the Household over 18.  Served by: Surya  Von Rosen |
| Sat | 06/18/11 | | | Mailed copy of Documents to: MARY ANN KAPPLE |

3.  Person Executing
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA 92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was: $60.00
e. I am:   (3)  registered California process server
            (i)   Owner
            (ii)  Registration No.:     1505
            (iii)  County:              Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Sat, Jun. 18, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya  Von Rosen)

anctil.mcelroy.13665

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Brian Knibb
5311 Christal Ave.
Garden Grove, CA 92845

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By   **C. EGIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | *Ref. No. or File No.:* | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. *Party served:*          BRIAN KNIBB
   b. *Person served:*        Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant
                              W, M, 55+, Brn Hr, Brn Eyes, 5'10, 195lbs

4. *Address where the party was served:*     5311 Christal Ave
                                            Garden Grove, CA  92845

5. *I served the party:*
   b. **by substituted service.**  On: Fri., Apr. 15, 2011 at: 1:00PM by leaving the copies with or in the presence of:
                              Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant
                              W, M, 55+, Brn Hr, Brn Eyes, 195lbs
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Apr. 15, 2011  from: Temecula, CA

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Bob Davis                        d. *The Fee for Service was:*   $60.00
   b. **Premier Legal Solutions**      e.  I am: (3)  registered California process server
      12 Cerrito                              *(i)*    Independent Contractor
      Irvine, CA  92612                       *(ii)*   *Registration No.:*    6583
   c. 949-480-1182, FAX 949-480-1217          *(iii)*  *County:*             Los Angeles
                                              *(iv)*   *Expiration Date:*    Tue, May. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Apr. 15, 2011

(Bob Davis)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | anctil.berkey.13200 |
|---|---|---|

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* / *Time:* / *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |

1.  I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRIAN KNIBB as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/13/11 | 4:20pm | Home | THE LOCATION IS VACANT Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3 Garden Grove CA 92845. |
| Thu | 04/14/11 | 12:40pm | Home | I ATTEMPTED A NEW ADDRESS. THERE WAS NO ANSWER. THE LOCATION WAS VERIFIED BY THE NAME "KNIBB" ON THE MAILBOXI LEFT A CALL BACK CARD ON THE DOOR. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave Garden Grove CA 92845. |
| Thu | 04/14/11 | 4:30pm | Home | A MALE SUBJECT ANSWERED THE DOOR AND CONFIRMED THE DEFT'S WERE LIVING AT THIS ADDRESS. HE ALSO STATED "THIS IS HARRASMENT"HE WOULD NOT ACCEPT THE DOCUMENTS AND MADE THREATENING GESTURES WITH HIS CANE. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave Garden Grove CA 92845. |
| Fri | 04/15/11 | 1:00pm | Home | I SPOKE WITH STEVE KNIBB THROUGH THE DOOR. HE REFUSED TO OPEN THE DOOR. (W, M, 55+, BRN HR, BRN EYES, 5'10, 195LBS)I ANNOUNCED SERVICE AND LEFT THE DOCUMENTS AT THE FRONT DOOR. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave Garden Grove CA 92845. |

Page Number 1
U *Date:* Fri, Apr. 15, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13200

| | | | For Court Use Only |
|---|---|---|---|

*Attorney or Party without Attorney:*
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA 94704
*Telephone No:* 510-548-7070

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 1:00pm | Home | Substituted Service on: BRIAN KNIBB Home - 5311 Christal Ave Garden Grove, CA 92845 by Serving: Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant W, M, 55+, Brn Hr, Brn Eyes, 5'10, 195lbs Competent Member of the Household over 18. Served by: Bob Davis |
| Fri | 04/15/11 | | | Mailed copy of Documents to: BRIAN KNIBB |
| Fri | 04/15/11 | 4:00pm | Home | I HAVE BEEN RECEIVING CALLS FROM BOTH DEFENDANTS FOR THE PAST THREE HOURS REGARDING THIS MATTER Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3 Garden Grove CA 92845. |

3. *Person Executing*
   a. Bob Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $60.00
e. I am:  (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 6583
   *(iii) County:* Los Angeles
   *(iv) Expiration Date:* Tue, May. 08, 2012

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Apr. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   **(Bob Davis)**

anctil.mcelroy.13200

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◼

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Monique Knibb
12092 Bailey Street, Apt. 3
Garden Grove, CA 92845

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                        ◼

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By         C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
 U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3.  a. *Party served:*                    MONIQUE KNIBB
    b. *Person served:*                   STEVEN KNIBB - FATHER OR FATHER-IN-LAW(WOULDN'T SPECIFY)
                                          W, M. 55+, BRN HR, BRN EYES, 5'10, 195LBS

4.  *Address where the party was served:*   12092 BAILEY STREET
                                          APT. 3
                                          Garden Grove, CA  92845

5.  *I served the party:*
    b. **by substituted service.**  On: Fri., Apr. 15, 2011 at: 1:00PM by leaving the copies with or in the presence of:
                                          STEVEN KNIBB - FATHER OR FATHER-IN-LAW(WOULDN'T SPECIFY)
                                          W, M. 55+, BRN HR, BRN EYES, 5'10, 195LBS
    (2)  **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4)  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Fri., Apr. 15, 2011 from: Temecula, CA

7.  *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Bob  Davis                       d.   *The Fee for Service was:*   $120.00
    **b. Premier Legal Solutions**      e.   I am: (3) registered California process server
       12 Cerrito                               *(i)*    Independent Contractor
       Irvine, CA  92612                        *(ii)  Registration No.:*      6583
    c. 949-480-1182, FAX 949-480-1217           *(iii) County:*              Los Angeles
                                                *(iv) Expiration Date:*      Tue, May. 08, 2012

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Apr. 15, 2011

                                                                    (Bob  Davis)
PROOF OF SERVICE
                                        SUMMONS IN A CIVIL CASE                        anctil.berkey.13201

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY ALEXANDER BERKEY, WILLIAMS & WEATHERS 2030 ADDISON STREET SUITE 410 Berkeley, CA 94704 Telephone No: 510-548-7070 | | | | |

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MONIQUE KNIBB as follows:

2. Documents: SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/13/11 | 4:20pm | Home | THIS LOCATION IS VACANT. PER OCCUPANT IN APT #1, THE DEFT'S MOVED OUT LAST MONTH Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3 Garden Grove CA 92845. |
| Thu | 04/14/11 | 12:40pm | Home | I ATTEMPTED A NEW ADDRESS. THERE WAS NO ANSWER. THE LOCATION WAS VERIFIED BY THE NAME "KNIBB" ON THE MAILBOXI LEFT A CALL BACK CARD ON THE DOOR. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave Garden Grove CA 92845. |
| Thu | 04/14/11 | 4:30pm | Home | A MALE SUBJECT ANSWERED THE DOOR AND CONFIRMED THE DEFT'S WERE LIVING AT THIS ADDRESS. HE ALSO STATED "THIS IS HARRASMENT"HE WOULD NOT ACCEPT THE DOCUMENTS AND MADE THREATENING GESTURES WITH HIS CANE. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave Garden Grove CA 92845. |
| Thu | 04/14/11 | 4:30pm | Home | MONIQUE KNIBB CALLED ME ON MY CELL AND ALSO STATED "THIS IS HARRASMENT" AND "I'M GOING TO FILE A COMPLAINT WITH THE POLICE'" SHE THEN HUNG UP THE PHONE. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave Garden Grove CA 92845. |

Page Number 1
Date: Fri, Apr. 15, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13201

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:* CURTIS G BERKEY ALEXANDER BERKEY, WILLIAMS & WEATHERS 2030 ADDISON STREET SUITE 410 Berkeley, CA 94704 *Telephone No:* 510-548-7070 | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 04/15/11 | 1:00pm | Home | I SPOKE WITH STEVE KNIBB THROUGH THE DOOR. HE REFUSED TO OPEN THE DOOR. (W, M, 55+, BRN HR, BRN EYES, 5'10, 195LBS)I ANNOUNCED SERVICE AND LEFT THE DOCUMENTS AT THE FRONT DOOR. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave  Garden Grove CA 92845. |
| Fri | 04/15/11 | 1:00pm | Home | Substituted Service on: MONIQUE  KNIBB Home - 12092 BAILEY STREET APT. 3 Garden Grove, CA 92845  by Serving: STEVEN KNIBB - FATHER OR FATHER-IN-LAW(WOULDN'T SPECIFY) W, M, 55+, BRN HR, BRN EYES, 5'10, 195LBS Competent Member of the Household over 18. Served by: Bob  Davis |
| Fri | 04/15/11 | | | Mailed copy of Documents to: MONIQUE  KNIBB |
| Fri | 04/15/11 | 4:00pm | Home | I HAVE BEEN RECEIVING CALLS FROM BOTH DEFENDANTS FOR THE PAST THREE HOURS REGARDING THIS MATTER Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3  Garden Grove CA 92845. |

3.   *Person Executing*
   a. Bob  Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $120.00
*e. I am:*   (3)  registered California process server
     (i)   Independent Contractor
     (ii)  *Registration No.:*   6583
     (iii) *County:*   Los Angeles
     (iv) *Expiration Date:*   Tue, May. 08, 2012

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Apr. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob  Davis)

anctil.mcelroy.13201

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Lake Riverside Estates Community Association
c/o Del Aldrich, General Manager
41610 Lakeshore Blvd.
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By     C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:          Lake Riverside Estates Community Assoc.
   b. Person served:         Del Aldrich - General Manager

4. Address where the party was served:       41610 Lakeshore Blvd
                                             Aguanga, CA 92536

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 12:35PM

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                     d.  The Fee for Service was:    $40.00
   b. Premier Legal Solutions             e.  I am: (3) registered California process server
      12 Cerrito                              (i)   Owner
      Irvine, CA 92612                        (ii)  Registration No.:    1505
   c. 949-480-1182, FAX 949-480-1217         (iii) County:              Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, May. 23, 2011

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (Surya Von Rosen)<br>anctil.berkey.13397 |
|---|---|---|

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Benjamin Lantz
73241 Highway 111, Suite 1A
Palm Desert, CA 92260

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                              ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          10-15-09
W. Samuel Hamrick, Jr.                      _____
CLERK                                        DATE

By        C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | Ref. No. or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:     BENJAMIN LANTZ

4. Address where the party was served:     73241 Hwy 111
   Suite 1A
   Palm Desert, CA 92260

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 4:25PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. Person Who Served Papers:
   a. RUBEN TORRES
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 318
      (iii) County: Riverside

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Apr. 19, 2011

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (RUBEN TORRES)   anctil.berkey.13188 |
|---|---|---|

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Laurie Lantz
73241 Highway 111, Suite 1A
Palm Desert, CA 92260

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By          **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                          LAURIE LANTZ

4. Address where the party was served:       39700 Bob Hope Dr
                                             Suite 301
                                             Rancho Mirage, CA 92270

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 13, 2011 (2) at: 10:45AM

7. Person Who Served Papers:
   a. RUBEN TORRES
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   318
      (iii) County:             Riverside

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Apr. 19, 2011

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(RUBEN TORRES)        anctil.berkey.13189

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☩
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LIM Investments
c/o Jack Lee, Agent for Service
2125 Warmlands Ave.
Vista, CA 92084

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                              ☩

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                               10-15-09

CLERK                                                      DATE

By        C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
  order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. *Party served:*      LIM INVESTMENTS C/O JACK L LEE
   b. *Person served:*      Jack Lee - Authorized Agent

4. *Address where the party was served:*      2125 WARMLANDS AVE
        Vista, CA 92084

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 20, 2011 (2) at: 8:25PM

7. *Person Who Served Papers:*            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jonas T Williams      d. *The Fee for Service was:*    $30.00
   b. **Premier Legal Solutions**      e. I am: (3) registered California process server
        12 Cerrito                     (i)    Independent Contractor
        Irvine, CA 92612               (ii)   *Registration No.:*    1518
   c. 949-480-1182, FAX 949-480-1217      (iii)   *County:*        San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Thu, Jun. 30, 2011*

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Jonas T Williams)

*anctil.berkey.13621*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOSEPH MATIC
52725 CECCARELLI
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 1 5 2009

W. Samuel Hamrick, Jr.

CLERK                                   DATE

C. ECINA

By _____, Deputy Clerk

Summons in a Civil Action                                   Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174);

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | |
| | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*  Joseph Matic

*4. Address where the party was served:*  52725 Ceccarelli<br>Anza, CA  92539

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 27, 2011 (2) at: 5:49PM

*7. Person Who Served Papers:*

Recoverable Cost Per CCP 1033.5(a)(4)(B)

a. Surya  Von Rosen
**b. Premier Legal Solutions**
12 Cerrito
Irvine, CA  92612
c. 949-480-1182, FAX 949-480-1217

d. *The Fee for Service was:*  $85.00
e. I am: (3)  registered California process server
   *(i)*  Owner
   *(ii)  Registration No.:*  1505
   *(iii) County:*  Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Apr. 28, 2011*

(Surya  Von Rosen)

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

anctil.berkey.13280

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LA VERNE MOORE
31941 CORYDON ST NO 1
LAKE ELSINORE CA  92530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 15 2009 |
|---|---|
| CLERK | DATE |
| C. ECNA | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

CURTIS G. BERKEY, ESQ.                                        SBN: # 195485
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE # 410   BERKELEY, CA 94704

TELEPHONE NO.: **(510) 548-7070**            FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF*(name each)*: **UNITED STATES OF AMERICA**

DEFENDANT*(name each)*: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

CASE NUMBER:
**51-cv-1247-GT-RBB**

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | **RAMONA BAND** |

I am a citizen of the United States and employed in the County of SAN BERNARDINO, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 231 E. ALESSANDRO BOULEVARD, STE # A368, RIVERSIDE, CA 92508.

On October 8, 2010, I mailed copies of the:

**Summons; Ramona Band of Cahuilla's Second Amended Complaint in Intervention; Instructions for Future Filing and Service of Documents**

to the defendant in said action by depositing said copies in a regularly maintained U.S. Mail drop. The envelope being sealed, with postage thereon fully prepaid. [CCP 1013(a)]

> **LA VERNE MOORE**
> **31941 CORYDON STREET  #1**
> **LAKE ELSINORE, CA 92530**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage  thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 50.00
County: Sonoma P-459
Registration No.:
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 22, 2010**.

Signature:

**PROOF OF SERVICE BY MAIL**

Order#: EAS17176/GProof7

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
CURTIS G. BERKEY, ESQ., # 195485
2030 ADDISON STREET, SUITE # 410
BERKELEY, CA  94704

TELEPHONE NO.  (510) 548-7070

ATTORNEY FOR (Name):  **PLAINTIFF-INTERVENOR**

Ref. No. or File No.  **RAMONA BAND**

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
, CA

PLAINTIFF:
UNITED STATES OF AMERICA

DEFENDANT:
FALLBROOK PUBLIC UTILITY DISTRICT, et al.

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

I received the within process on September 24, 2010 and that after due and diligent effort I have been able to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: LA VERNE MOORE

31941 CORYDON STREET, #1
LAKE ELSINORE, CA 92530

As enumerated below:

09/29/2010  08:09 pm
        HOME - NO RESPONSE AT GIVEN ADDRESS.

10/01/2010  11:41 am
        HOME - NO RESPONSE AT GIVEN ADDRESS.

10/04/2010  11:00 am
        HOME - SUB-SERVED TO DON CHRYSLER ; ADULT OCCUPANT; 65ish, 6', 210lbs, Caucasian male.

Fee for Service: **50.00**
        County:  **SAN BERNARDINO**
        Registration No.:  **1058**
        **EXCALIBUR ATTORNEY SERVICE**
        **231 E. ALESSANDRO BOULEVARD, STE #
        A368
        RIVERSIDE, CA 92508
        (877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 22, 2010**.

Signature: _____

        **ROBERT SEE**

**DECLARATION OF DILIGENCE**

Order#: EAS17176/GProof40

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ☒

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Newhall Land and Farming Co., Inc.
c/o Margaret Wilson, Process Specialist
818 W. 7th Street
Los Angeles, CA 90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                              ☒

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |

By        C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. *a. Party served:*                    NEWHALL LAND AND FARMING COMPANY, INC
   *b. Person served:*            MARGARET WILSON - PROCESS SPECIALIST

4. *Address where the party was served:*     818 W 7TH ST
                                   Los Angeles, CA  90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 27, 2011 (2) at: 8:27AM

7. *Person Who Served Papers:*                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Bob  Davis                         d. **The Fee** *for Service was:*    $60.00
   **b. Premier Legal Solutions**         e. I am: (3)  registered California process server
      12 Cerrito                              *(i)*    Independent Contractor
      Irvine, CA  92612                    *(ii)*  *Registration No.:*     6583
   c. 949-480-1182, FAX 949-480-1217      *(iii)* *County:*            Los Angeles
                                         *(iv)* *Expiration Date:*     Tue, May. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Apr. 28, 2011*

                                                   *(Bob Davis)*      anctil.berkey.13204

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | |
|---|---|---|

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Thomas Newsome
19775 Avenida De Arboles
Murrieta, CA 92562

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By  C. EGUA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                          THOMAS NEWSOME

4. Address where the party was served:       19775 AVENIDA DE ARBOLES
                                             Murrieta, CA 92562

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 31, 2011 (2) at: 4:03PM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                 d. *The Fee for Service was:*   $30.00
   **b. Premier Legal Solutions**      e.  I am: (3)  registered California process server
      12 Cerrito                              *(i)*   Owner
      Irvine, CA 92612                        *(ii)   Registration No.:*   1505
   c. 949-480-1182                            *(iii)  County:*            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jun. 23, 2011

                                                      (Surya Von Rosen)

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE          anctil.berkey.13683

Summons In a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ■

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Jay Penn
807 Beryl Street
Redondo Beach, CA 90277

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

■

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |

By    **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
|---|
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                    JAY PENN

*4. Address where the party was served:*         807 BERYL ST
                                     Redondo Beach, CA  90277

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Tue., Jun. 07, 2011 (2) at: 6:29PM

*7. Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GABRIELA MELENDEZ                 *d. The Fee for Service was:*    $60.00
   **b. Premier Legal Solutions**        *e.* I am: (3)  registered California process server
   12 Cerrito                                *(i)* Independent Contractor
   Irvine, CA  92612                          *(ii) Registration No.:*      5644
   c. 949-480-1182, FAX 949-480-1217          *(iii) County:*           Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 23, 2011*

                                                                                              U

Judicial Council Form            PROOF OF SERVICE              (GABRIELA MELENDEZ)      anctil.berkey.13430
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL CASE

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ■
         vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Josephine Penn
807 Beryl Street
Redondo Beach, CA 90277

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

    An answer to the complaint which is herewith served upon you, within \_\_\_\_\_\*\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By    C. EGIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5171)

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3.  a. *Party served:*   JOSEPHINE PENN
    b. *Person served:*   JAY PENN - HUSBAND

4.  *Address where the party was served:*   807 BERYL ST
    Redondo Beach, CA  90277

5.  *I served the party:*
    b. **by substituted service.**  On: Tue., Jun. 07, 2011 at: 6:24PM by leaving the copies with or in the presence of:
    JAY PENN - HUSBAND
    (2)  **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4)  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Thu., Jun. 09, 2011 from: TEMECULA CA

7.  *Person Who Served Papers:*
    a. GABRIELA MELENDEZ
    b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  *The Fee for Service was:*   $30.00
    e.  I am: (3)  registered California process server
        (i)   Independent Contractor
        (ii)  *Registration No.:*   5644
        (iii) *County:*   Los Angeles

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Thu, Jun. 09, 2011

    (GABRIELA MELENDEZ)
    *ancil.berkey.43431*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** |
|---|---|

| Attorney or Party without Attorney: CURTIS G BERKEY ALEXANDER BERKEY, WILLIAMS & WEATHERS 2030 ADDISON STREET SUITE 410 Berkeley, CA 94704 Telephone No: 510-548-7070 | For Court Use Only |
|---|---|

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, GABRIELA MELENDEZ, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JOSEPHINE  PENN as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/20/11 | 6:00pm | Home | No Answer.  No ligts on; Attempt made by: GABRIELA  MELENDEZ, Registration #5644 Los Angeles County. Attempt at: 807 BERYL ST   Redondo Beach CA 90277. |
| Tue | 05/24/11 | 10:30am | Home | No Answer.  No ligts on; Attempt made by: GABRIELA  MELENDEZ. Attempt at: 807 BERYL ST   Redondo Beach CA 90277. |
| Sat | 05/28/11 | 6:55am | Home | No Answer.  No ligts on; Attempt made by: GABRIELA  MELENDEZ. Attempt at: 807 BERYL ST   Redondo Beach CA 90277. |
| Thu | 06/02/11 | 8:00pm | Home | No Answer.  No ligts on; Attempt made by: GABRIELA  MELENDEZ. Attempt at: 807 BERYL ST   Redondo Beach CA 90277. |
| Tue | 06/07/11 | 6:24pm | Home | Substituted Service on: JOSEPHINE  PENN Home - 807 BERYL ST Redondo Beach, CA 90277  by Serving: JAY PENN - HUSBAND Competent Member of the Household over 18.  Served by: GABRIELA  MELENDEZ |
| Thu | 06/09/11 | | | Mailed copy of Documents to: JOSEPHINE  PENN |

3. *Person Executing*
   a. GABRIELA  MELENDEZ
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee  for service was:* $30.00
   e. *I am:*   (3)  registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   5644
      (iii) *County:*   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 09, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (GABRIELA  MELENDEZ)

anctil.mcelroy.13431

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ◨

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Jose Perez
55830 Mitchell Road
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____ * _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10 - 15 - 09 |
|---|---|
| CLERK | DATE |

By     C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Attorney or Party without Attorney:
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA  94704
Telephone No: 510-548-7070
CBERKEY@ABWWLAW.COM

Ref. No. or File No.:

Attorney for: Plaintiff

For Court Use Only

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. Party served:          JOSE PEREZ
   b. Person served:         Ofelia Perez - Wife

4. Address where the party was served:     55830 MITCHELL RD
                                           Anza, CA 92539

5. I served the party:
   b. by substituted service.  On: Sat., Jun. 18, 2011 at: 3:25PM by leaving the copies with or in the presence of:
                                    Ofelia Perez - Wife
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Sat., Jun. 18, 2011 from: Temecula CA

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                 d.  The Fee for Service was:    $40.00
   b. Premier Legal Solutions          e.  I am: (3)  registered California process server
      12 Cerrito                            (i)   Owner
      Irvine, CA  92612                     (ii)  Registration No.:    1505
   c. 949-480-1182                          (iii) County:              Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jun. 23, 2011

                                                            (Surya Von Rosen)

Judicial Council Form                    PROOF OF SERVICE                         anctil.berkey.13622
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070 | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSE PEREZ as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/15/11 | 7:19pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 55830 MITCHELL RD  Anza CA 92539. |
| Thu | 06/16/11 | 2:14pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen. Attempt at: 55830 MITCHELL RD  Anza CA 92539. |
| Sat | 06/18/11 | 3:25pm | Home | Substituted Service on: JOSE PEREZ Home - 55830 MITCHELL RD Anza, CA 92539 by Serving: Ofelia Perez - Wife Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Sat | 06/18/11 | | | Mailed copy of Documents to: JOSE PEREZ |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3) registered California process server
   *(i)*   Owner
   *(ii) Registration No.:*   1505
   *(iii) County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

anctil.mcelroy.13622

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION
Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Ofelia Perez
55830 Mitchell Road
Anza, CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                      ▣

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____                     _____
W. Samuel Hamrick, Jr.                                          10-15-09
CLERK                                                                     DATE

By         C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                          OFELIA PEREZ

*4. Address where the party was served:*       55830 MITCHELL RD
                                                Anza, CA  92539

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Sat., Jun. 18, 2011 (2) at: 3:25PM

*7. Person Who Served Papers:*                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                    d.  *The Fee for Service was:*    $40.00
   b. **Premier Legal Solutions**         e.  I am: (3)  registered California process server
      12 Cerrito                                   *(i)*    Owner
      Irvine, CA  92612                            *(ii)*   Registration No.:    1505
   c. 949-480-1182                                 *(iii)*  County:              Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jun. 23, 2011

                                                                    (Surya  Von Rosen)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

## SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

    Phoenix Realty Investments, Inc.
    C/o Ian Griffin, Agent for Service
    110 N. Lincoln Ave., Suite 100
    Corona, CA 92882

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                        ▣

    An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By     C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704 | | |
| Telephone No: 510-548-7070 | | |
| CBERKEY@ABWWLAW.COM | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. *Party served:*           Phoenix Realty Investments, Inc c/o Ian Griffin, Registered Agent
   b. *Person served:*          MINDY MANGINI - AUTHORIZED AGENT FOR PHOENIX REALTY
                               INVESTMENTS AND AUTHORIZED TO ACCEPT ON BEHALF OF IAN
                               GRIFFIN

4. *Address where the party was served:*     110 N Lincoln Ave
                                          Suite 100
                                          Corona, CA 92882

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Thu., May. 19, 2011 (2) at: 10:54AM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                       d.  *The Fee for Service was:*    $70.00
   **b. Premier Legal Solutions**            e.  I am: (3) registered California process server
     12 Cerrito                                  *(i)* Owner
     Irvine, CA 92612                            *(ii)* Registration No.:      1505
   c. 949-480-1182                               *(iii)* County:               Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Fri, May. 20, 2011*

                                                                    (Surya Von Rosen)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | anctil.berkey.13412 |
|---|---|---|

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et **⊞**
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Piconi Family Trust
c/o John Piconi, Trustee
3074 Trelawney Lane
Fallbrook, CA 92028

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    **⊞**

An answer to the complaint which is herewith served upon you, within _____\*\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By       C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. Party served:                      Piconi Family Trust c/o John Piconi, Trustee

4. Address where the party was served:   3074 Trelawney Ln
                                         Fallbrook, CA 92028

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Fri., May. 20, 2011 (2) at: 10:30AM

                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
7. **Person Who Served Papers:**              d.  **The Fee** for Service was:   $75.00
   a. Surya Von Rosen                         e.  I am: (3)  registered California process server
   b. **Premier Legal Solutions**                 (i)   Owner
      12 Cerrito                                   (ii)  Registration No.:   1505
      Irvine, CA 92612                             (iii) County:            Orange
   c. 949-480-1182

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, May. 25, 2011

                                                              (Surya Von Rosen)          anctit.berkey.13415

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | |

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARIA RIZO
41917 HUMBER DR
TEMECULA, CA 92591

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. ECNA

By _____, Deputy Clerk

OCT 1 5 2009

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704 | | |
| Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
 U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
   COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                          Maria Rizo

*4. Address where the party was served:*        41917 Humber Dr
                                               Temecula, CA  92591

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
      process for the party (1) on: Fri., Apr. 22, 2011 (2) at: 5:10PM

|  | | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|---|
| *7. **Person Who Served Papers:*** | | |
| a. Surya  Von Rosen | d.  ***The Fee*** *for Service was:*  $60.00 | |
| b. **Premier Legal Solutions** | e.  I am: (3)  registered California process server | |
| 12 Cerrito |     *(i)*   Owner | |
| Irvine, CA  92612 |     *(ii)*  *Registration No.:*    1505 | |
| c. 949-480-1182, FAX 949-480-1217 |     *(iii)* *County:*                Orange | |

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Mon, Apr. 25, 2011*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Roberta Robby
40270 Curry Court
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704                                                                    ⊞
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By      **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED
COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                                    Roberta Robby

*4. Address where the party was served:*          40270 Curry Court
                                                 Aguanga, CA  92536

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Wed., May. 18, 2011 (2) at: 1:31PM

*7. **Person Who Served Papers:***                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                       d.  *The Fee for Service was:*   $70.00
   **b. Premier Legal Solutions**            e.  I am: (3) registered California process server
      12 Cerrito                                   *(i)*  Owner
      Irvine, CA  92612                            *(ii)  Registration No.:*   1505
   c. 949-480-1182, FAX 949-480-1217               *(iii)  County:*   Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, May. 23, 2011*

                                                                    (Surya  Von Rosen)

Judicial Council Form                        PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                        anctil.berkey.13394

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Nicholas Rottunda
12490 Country Road
Valley Center, CA 92082

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                ⊞

An answer to the complaint which is herewith served upon you, within _____*\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By     **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*  NICHOLAS ROTTUNDA

*4. Address where the party was served:*  12490 COUNTRY ROAD<br>Valley Center, CA 92082

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 20, 2011 (2) at: 2:25PM

*7. Person Who Served Papers:*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*  $80.00
   e. I am: (3) registered California process server
      *(i)* Owner
      *(ii) Registration No.:*  1505
      *(iii) County:*  Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, May. 25, 2011*

(Surya  Von Rosen)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Mindy Tam
154 W. La Sierra Dr.
Arcadia, CA 91007

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                    ⊞

An answer to the complaint which is herewith served upon you, within ____*____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | 10-15-09 |
| CLERK | DATE |

By  C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>_Telephone No:_ 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>_Attorney for:_ Plaintiff | _Ref. No. or File No.:_ | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | |
| _Plaintiff:_ UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | |
| _Defendant:_ FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

_1. At the time of service I was at least 18 years of age and not a party to this action._

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3.  a. _Party served:_              Mindy Tam
    b. _Person served:_            Lillian Tam - Daughter / Co Occupant

4. _Address where the party was served:_        154 W La Sierra Dr
                                                Arcadia, CA  91007

5. _I served the party:_
   b. **by substituted service.** On: Wed., Jun. 08, 2011 at: 9:43AM by leaving the copies with or in the presence of:
                                       Lillian Tam - Daughter / Co Occupant
   (2)  **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4)  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
        copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Wed., Jun. 15, 2011  from: Temecula CA

7. _Person Who Served Papers:_                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. C. F. Lundgren                                    d.  _The Fee for Service was:_    $60.00
   b. **Premier Legal Solutions**                       e.  I am: (3)  registered California process server
      12 Cerrito                                               _(i)_  Owner
      Irvine, CA  92612                                        _(ii)  Registration No.:_    2849
   c. 949-480-1182, FAX 949-480-1217                          _(iii)  County:_              Los Angeles

_8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct._

   _Date: Wed, Jun. 15, 2011_

                                                                    (C. F. Lundgren)        _ancil.berkey.13407_

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Taylor, Bean & Whitaker Mortgage Corp.
c/o CT Corporation, Agent for Service
818 W. 7th Street
Los Angeles, CA 90017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                  ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          _____
W. Samuel Hamrick, Jr.                                    10-15-09
CLERK                                                              DATE

By     C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. *Party served:*          TAYLOR, BEAN & WHITAKER MORTGAGE CORP.
   b. *Person served:*         MARGARET WILSON - PROCESS SPECIALIST

4. *Address where the party was served:*     CT CORPORATION
                                             818 W 7TH ST
                                             Los Angeles, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 06, 2011 (2) at: 2:15PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Bruce Anderson                      d. *The Fee for Service was:*   $60.00
   b. **Premier Legal Solutions**          e. I am: (3) registered California process server
      12 Cerrito                              *(i)* Owner
      Irvine, CA 92612                        *(ii) Registration No.:*   3991
   c. 949-480-1182, FAX 949-480-1217          *(iii) County:*          Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Mon, Jun. 06, 2011*

                          PROOF OF SERVICE
                     SUMMONS IN A CIVIL CASE          (Bruce Anderson)          anctil.berkey.13422

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Rodney Thompson
31979 Rosales Ave.
Murrieta, CA 92563

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By  C. ECIJA , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | | | | |

*Ref. No. or File No.:* (appears in middle section)

Insert name of Court, and Judicial District and Branch Court:
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*  RODNEY THOMPSON

*4. Address where the party was served:*  31979 ROSALES AVE
MURRIETA, CA  92563

*5. I served the party:*
  a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 30, 2011 (2) at: 7:25AM

*7. Person Who Served Papers:*
  a. Surya  Von Rosen
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
  d. *The Fee for Service was:*  $30.00
  e. I am: (3)  registered California process server
    *(i)* Owner
    *(ii)  Registration No.:*  1505
    *(iii)  County:*  Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Mon, May. 30, 2011*

(Surya  Von Rosen)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|

Attorney or Party without Attorney:
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA  94704
Telephone No: 510-548-7070

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant RODNEY  THOMPSON as follows:

2.  *Documents:*  SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 3:13pm | Home | No Answer.  No ligts on; The defendants last name is on a Plaque Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 04/18/11 | 8:10pm | Home | No Answer.  There was a Minivan in the driveway.  Honda Passport Plate # 6PBX654 Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Fri | 04/22/11 | 5:10pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 04/25/11 | 8:14am | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Thu | 04/28/11 | 3:00pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |

Page Number 1
Date: Mon, May. 30, 2011

NON SERVICE/RETURN

anctil.mcelroy.13211

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/01/11 | 6:25pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside.The windows upstairs are open. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Wed | 05/04/11 | 8:00pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Sat | 05/07/11 | 7:30pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Wed | 05/11/11 | 7:32am | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Tue | 05/17/11 | 5:45pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Wed | 05/18/11 | 7:53pm | Home | The lights are on inside the residence.  Window is open upstairs.  The minivan is in the driveway.  A small dog is barking inside.  There was no answer Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Mon | 05/30/11 | 7:25am | Home | Personal Service on: RODNEY  THOMPSON Home - 31979 ROSALES AVE MURRIETA, CA 92563  by Serving: party in item 3.a..  Served by: Surya  Von Rosen |

3.   *Person Executing*
  a. Surya  Von Rosen
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $30.00
e. I am:   (3)  registered California process server
    *(i)*   Owner
    *(ii)*  *Registration No.:*     1505
    *(iii)* *County:*              Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Mon, May. 30, 2011

Page Number 2

**NON SERVICE/RETURN**          (Surya  Von Rosen)

anctil.mcelroy.13211

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Zuzana Thompson
31979 Rosales Ave.
Murrieta, CA 92563

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                          ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By        C. ECIJA        , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                    ZUZANA THOMPSON

*4. Address where the party was served:*         31979 ROSALES AVE
                                 MURRIETA, CA 92563

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 30, 2011 (2) at: 7:25AM

*7. Person Who Served Papers:*
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
    c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*     $30.00
    e. I am: (3)  registered California process server
        *(i)*  Owner
        *(ii)  Registration No.:*     1505
        *(iii)  County:*          Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, May. 30, 2011*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY | | | | |

Attorney or Party without Attorney:
CURTIS G BERKEY
ALEXANDER BERKEY, WILLIAMS & WEATHERS
2030 ADDISON STREET
SUITE 410
Berkeley, CA  94704
Telephone No: 510-548-7070

*For Court Use Only*

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant ZUZANA  THOMPSON as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 3:13pm | Home | No Answer.  No ligts on; The defendants last name is on a Plaque Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Mon | 04/18/11 | 8:10pm | Home | No Answer.  There was a Minivan in the driveway.  Honda Passport Plate # 6PBX654 Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Fri | 04/22/11 | 5:10pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Mon | 04/25/11 | 8:14am | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |
| Thu | 04/28/11 | 3:00pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE   MURRIETA CA 92563. |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY | | |
| ALEXANDER BERKEY, WILLIAMS & WEATHERS | | |
| 2030 ADDISON STREET | | |
| SUITE 410 | | |
| Berkeley, CA 94704 | | |
| Telephone No: 510-548-7070 | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/01/11 | 6:25pm | Home | No answer at address. Did not appear to be anyone home.; There is a small dog barking inside.The windows upstairs are open. Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/04/11 | 8:00pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Sat | 05/07/11 | 7:30pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/11/11 | 7:32am | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Tue | 05/17/11 | 5:45pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/18/11 | 7:53pm | Home | The lights are on inside the residence.  Window is open upstairs.  The minivan is in the driveway.  A small dog is barking inside.  There was no answer Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 05/30/11 | 7:25am | Home | Personal Service on: ZUZANA  THOMPSON Home - 31979 ROSALES AVE MURRIETA, CA 92563  by Serving: party in item 3.a..  Served by: Surya Von Rosen |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $30.00
*e. I am:*   (3)  registered California process server
   *(i)*   Owner
   *(ii)  Registration No.:*   1505
   *(iii)  County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 30, 2011

Page Number 2

**NON SERVICE/RETURN**         (Surya Von Rosen)

anctil.mcelroy.13212

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Joseph White
49875 Hopi Court
Aguanga, CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 1 5 2009 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

*3. a. Party served:*      Joseph White
    *b. Person served:*     Janell White - Spouse / Co Occupant

*4. Address where the party was served:*     49875 Hopi Court
                                Aguanga, CA  92536

*5. I served the party:*
    b. **by substituted service.**  On: Wed., Apr. 27, 2011 at: 5:58PM by leaving the copies with or in the presence of:
                                 Janell White - Spouse / Co Occupant
      (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Apr. 28, 2011 from: Irvine, CA

*7. Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya  Von Rosen                  d. *The Fee for Service was:*    $70.00
    **b. Premier Legal Solutions**         e. I am: (3) registered California process server
      12 Cerrito                             *(i)*    Owner
      Irvine, CA  92612                   *(ii)*   *Registration No.:*     1505
    c. 949-480-1182, FAX 949-480-1217       *(iii)*   *County:*            Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Thu, Apr. 28, 2011*

                                                  (Surya  Von Rosen)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | anctil.berkey.13285 |
|---|---|---|

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>Telephone No: 510-548-7070 | | |
| Attorney for: **Plaintiff** | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Joseph White as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/20/11 | 3:31pm | Home | Per Janell, Joseph wasn't in.  He is away travelling Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49875 Hopi Court Aguanga CA 92536. |
| Sat | 04/23/11 | 4:20pm | Home | No Answer at the given address Attempt made by: Surya Von Rosen. Attempt at: 49875 Hopi Court   Aguanga CA 92536. |
| Wed | 04/27/11 | 5:58pm | Home | Substituted Service on: Joseph White Home - 49875 Hopi Court Aguanga, CA 92536  by Serving: Janell White - Spouse / Co Occupant a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served.  Served by: Surya Von Rosen |
| Thu | 04/28/11 | | | Mailed copy of Documents to: Joseph White |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
e. I am:   (3)  registered California process server
    *(i)*   Owner
    *(ii)*  *Registration No.:*   1505
    *(iii)* *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Apr. 28, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13285

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ✚
vs

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

TO: (Name and Address of Defendant)

Don Wong
12541 Havelock Ave.
Mar Vista, CA 90066

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                          ✚

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By     C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney:<br>**CURTIS G BERKEY**<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention; Instructions For Future Filing And Service Documents

3. a. *Party served:*         DON WONG
   b. *Person served:*       Olga Wong - Spouse

4. *Address where the party was served:*      12541 HAVELOCK AVE
                                  Mar Vista, CA 90066

5. *I served the party:*
   b. **by substituted service**. On: Thu., Jun. 09, 2011 at: 7:40AM by leaving the copies with or in the presence of:
                           Olga Wong - Spouse
    (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 13, 2011 from: Temecula CA

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. H. Yassine                              d. *The Fee for Service was:*    $30.00
   b. **Premier Legal Solutions**                e. I am: (3) registered California process server
     12 Cerrito                                   *(i)*   Independent Contractor
     Irvine, CA 92612                        *(ii) Registration No.:*     2559
   c. 949-480-1182, FAX 949-480-1217         *(iii) County:*           Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   *Date: Wed, Jun. 15, 2011*

                                                       U

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (H. Yassine)       anctil.berkey.13423 |
|---|---|---|

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, H. Yassine, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant DON WONG as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 06/07/11 | 7:00pm | Home | No Answer.  No ligts on; Attempt made by: H.  Yassine, Registration #2559 Los Angeles County. Attempt at: 12541 HAVELOCK AVE   Mar Vista CA 90066. |
| Wed | 06/08/11 | 11:40am | Home | No Answer.  No ligts on; Attempt made by: H. Yassine. Attempt at: 12541 HAVELOCK AVE   Mar Vista CA 90066. |
| Thu | 06/09/11 | 7:40am | Home | Substituted Service on: DON  WONG Home - 12541 HAVELOCK AVE Mar Vista, CA 90066  by Serving: Olga Wong - Spouse Competent Member of the Household over 18. Served by: H. Yassine |
| Mon | 06/13/11 | | | Mailed copy of Documents to: DON  WONG |

3. *Person Executing*
   a. H.  Yassine
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee  for service was:* $30.00
e. *I am:*    (3)  registered California process server
             (i)   Independent Contractor
             (ii)  *Registration No.:*       2559
             (iii) *County:*            Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Wed, Jun. 15, 2011

AFFIDAVIT OF REASONABLE DILIGENCE      (H. Yassine)

anctil.mcelroy.13423

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ▣

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No.  51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Olga Wong
12541 Havelock Ave.
Mar Vista, CA 90066

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                                                                    ▣

An answer to the complaint which is herewith served upon you, within \_\_\_\_\_ * \_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By   **C. ECIJA** , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

*3. a. Party served:*                    OLGA WONG

*4. Address where the party was served:*     12541 HAVELOCK AVE
                                             Mar Vista, CA 90066

*5. I served the party:*
  **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 09, 2011 (2) at: 7:40AM

*7. Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. H. Yassine                            d. **The Fee for Service was:**     $60.00
  b. **Premier Legal Solutions**          e. I am: (3) registered California process server
     12 Cerrito                              *(i)* Independent Contractor
     Irvine, CA 92612                        *(ii) Registration No.:*     2559
  c. 949-480-1182, FAX 949-480-1217         *(iii) County:*              Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date: Wed, Jun. 15, 2011*

                                                                              U

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE          (H. Yassine)          *anctil.berkey.13424*

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Guillermina Young
1346 W. 221st Street
Torrance, CA 90501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070                                   ⊞

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10-15-09 |
|---|---|
| CLERK | DATE |

By   C. ECIJA , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA  94704<br>*Telephone No:* 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Ramona Band Of Cahuilla Indians' Second Amended Complaint In Intervention;
   Instructions For Future Filing And Service Documents

*3. a. Party served:*                                         GUILLERMINA YOUNG
    *b. Person served:*                               William Eath - Husband

*4. Address where the party was served:*            1346 2 221ST ST
                                              Torrance, CA  90501

*5. I served the party:*
    **b. by substituted service**. On: Mon., Jun. 06, 2011 at: 8:06PM by leaving the copies with or in the presence of:
                                     William Eath - Husband
    (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
         copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jun. 15, 2011  from: Temecula CA

*7. Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. GABRIELA  MELENDEZ                     d. *The Fee for Service was:*    $60.00
    **b. Premier Legal Solutions**                   e. I am: (3) registered California process server
        12 Cerrito                                               *(i)*   Independent Contractor
        Irvine, CA  92612                             *(ii)  Registration No.:*      5644
        c. 949-480-1182, FAX 949-480-1217             *(iii)  County:*            Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Wed, Jun. 15, 2011

                                           *(GABRIELA  MELENDEZ)*    *U*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *anctil.berkey.13442* |
|---|---|---|

ORIGINAL

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
4
   Scott B. McElroy (Pro Hac Vice)
5  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
6  1007 Pearl Street, Suite 220
   Boulder, Colorado 80302
7  Tel: 303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
8  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
9     *the Cahuilla Band of Indians*

10 Curtis G. Berkey
   ALEXANDER, BERKEY, WILLIAMS
11    & WEATHERS, L.L.P.
   2030 Addison Street, Suite 410
12 Berkeley, CA 94704
   Tel: 510-548-7070, Fax: 510-548-7080
13 cberkey@abwwlaw.com
   *Attorney for Plaintiff in Intervention*
14    *the Ramona Band of Cahuilla*

15              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
16

17 UNITED STATES OF AMERICA,          )     Case No. 51-cv-1247-GT-RBB
                                      )
18          Plaintiff,                )
                                      )     **PROOF OF SERVICE**
19 RAMONA BAND OF CAHUILLA,           )
   CAHUILLA BAND OF INDIANS,          )
20 federally recognized Indian tribes,)
                                      )     Hon. Gordon Thompson, Jr.
21      Plaintiffs in Intervention,   )
                                      )
22          v.                        )
                                      )
23 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, a public service corporation )
24 of the State of California, et al.,)
                                      )
25          Defendants.               )
                                      )
26

27

28


Proof of Service - Acknowledgment of Service                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On June 5, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant OneWest Bank, FSB, c/o Corporation Service Co., Agent for Service, at the following address for its registered agent: 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

3. As evidenced by the Track & Confirm information obtained from the USPS.com website, *see* Exhibit B, the Process was delivered to the address listed above and signed for by an agent for the registered agent on June 6, 2011.  The return receipt card is undated (Exhibit C).

4. The above-described manner of service complies with Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure, which authorizes service upon domestic corporations "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process."

5. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.


Dated this 20th day of July, 2011.

Signature: _____
Martha Morales

# EXHIBIT A



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.39 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

Postmark Here
6/5/11

Sent To  One West Bank c/o CSC
Street, Apt. No.; or PO Box No.  2711 Centerville Rd #400
City, State, ZIP+4  Wilmington, DE 19808

PS Form 3800, August 2006                    See Reverse for Instructions

7006 2760 0001 2559 7791

# EXHIBIT B

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 2760 0001 2559 7791
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:41 am on June 06, 2011 in WILMINGTON, DE 19808.

Detailed Results:
- **Delivered, June 06, 2011, 8:41 am, WILMINGTON, DE 19808**
- **Arrival at Unit, June 06, 2011, 7:53 am, WILMINGTON, DE 19808**
- **Processed through Sort Facility, June 05, 2011, 8:27 pm, WILMINGTON, DE 19850**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

6/27/2011

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OneWest Bank, FSB
c/o Corporation Service Co.,
Agent for Service
2711 Centerville Rd., Ste 400
Wilmington, Delaware 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Buckley Cou...          ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0001 2559 7791

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154

ORIGINAL

1 | Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2 | 1140 S. Coast Hwy 101
    Encinitas, California 92024
3 | Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4 |
    Scott B. McElroy (Pro Hac Vice)
5 | M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6 | 1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
7 | Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8 | ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9 |  *the Cahuilla Band of Indians*

10 | Curtis G. Berkey
     ALEXANDER, BERKEY, WILLIAMS
11 |  & WEATHERS, L.L.P.
     2030 Addison Street, Suite 410
12 | Berkeley, CA 94704
     Tel: 510-548-7070, Fax: 510-548-7080
13 | cberkey@abwwlaw.com
     *Attorney for Plaintiff in Intervention*
14 |   *the Ramona Band of Cahuilla*

15 |           **IN THE UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
16 |

17 | UNITED STATES OF AMERICA,    )    Case No. 51-cv-1247-GT-RBB
                                  )
18 |         Plaintiff,           )
                                  )    **PROOF OF SERVICE**
19 | RAMONA BAND OF CAHUILLA,     )
     CAHUILLA BAND OF INDIANS,    )    Hearing Date: No Hearing Date Set
20 | federally recognized Indian tribes, )  Time:        2:00 p.m.
                                  )    Courtroom:    8
21 |       Plaintiffs in Intervention, )
                                  )    Hon. Gordon Thompson, Jr.
22 |         v.                   )
                                  )
23 | FALLBROOK PUBLIC UTILITY     )
     DISTRICT, a public service corporation )
24 | of the State of California, et al., )
                                  )
25 |         Defendants.          )
                                  )
26 |
27 |
28 |

    Proof of Service                                Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.   At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.   On April 12, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Mary Litsey, c/o Kim Litsey, at the following address: 23 Locust Circle, Rocky Hill, CT 06067.

3.   As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on April 18, 2011.

4.   Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.   The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.   I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 29th day of June, 2011.


Signature:   *Martha Morales*

Martha Morales
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070

Proof of Service                        2                        Case No. 51-cv-1247

# EXHIBIT A



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.22 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

4/12/11

Sent To Mary Litsey c/o Kim Litsey
Street, Apt. No.; or PO Box No. 23 Locust Circle
City, State, ZIP+4 Rocky Hill, CT 06067

PS Form 3800, August 2006                See Reverse for Instructions

7006 2760 0003 2559 2512

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim Litsey
23 Locust Circle
Rocky Hill, CT
               06067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
4/18/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 2559 2512

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

18 APR 2011 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alexander, Berkey, Williams & Weathers
2030 Addison St. #410
Berkeley, CA 94704

42