

# McElroy, Meyer, Walker & Condon
### ATTORNEYS AT LAW

Scott B. McElroy
Elizabeth Meyer
Alice E. Walker
M. Catherine Condon

Daniel E. Steuer
Gregg de Bie

Of Counsel
Phoebe Anne Greyson

*Via Overnight Courier*

July 22, 2011



Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Re:   *United States of America v. Fallbrook Public Utility District*, Case No. 51-1247-GT-RBB

Dear Sir or Madam:

Pursuant to Magistrate Judge Brooks' instructions at the Status Conference held on January 18, 2011, we are enclosing for filing the original proofs referenced in the *Memorandum of Points and Authorities in Support of Joint Motion for Authorization to Serve Process by Publication on Certain Defendants* filed with the Court on July 22, 2011.

Thank you for your assistance in this regard.

Sincerely,

Scott B. McElroy
SBM/dav
enc.:   As stated
cc:     Tribal Council (without enclosures)
        Anthony Madrigal

PROOFS OF SERVICE

| | | |
|---|---|---|
| 1 | DELORES | ACOSTA |
| 2 | JUAN | ACOSTA |
| 3 | ROBERT | ALTERMATT |
| 4 | ANGELA | ANDREWS |
| 5 | RONALD | ANDREWS |
| 6 | DAVETTA | AUSTIN |
| 7 | KAREN | AUSTIN |
| 8 | | B&L ENTERPRISES |
| 9 | NINA | BAILEY |
| 10 | JAMES | BIERMAN |
| 11 | PATRICIA | BIERMAN |
| 12 | DARRYL | BIVENS |
| 13 | STELLA | BIVENS |
| 14 | WILLIAM | BLILER |
| 15 | LOUISE | BOYD |
| 16 | THERESA | CAFFERY |
| 17 | PAOLA | CANADAY |
| 18 | TERESA | CASTIGLIONE |
| 19 | BOBBIE JEAN | CONNOR |
| 20 | PAUL | CZERNER |
| 21 | DENNIS | DOWDEN |
| 22 | | ESPERANZA IN ANZA |
| 23 | DONALD | FAUST, JR. |
| 24 | JOHN | FITZGERALD |
| 25 | ESTHER | GUERRA |
| 26 | | HIGH COUNTRY BOYS & GIRLS CLUB |
| 27 | RAMONA | HIGHAM |
| 28 | KIM | HUYNH |
| 29 | MAI | HUYNH |
| 30 | LORENCE | KANOUSE |
| 31 | BRIAN | KNIBB |
| 32 | MONIQUE | KNIBB |
| 33 | | LAKE RIVERSIDE ESTATES COMM. ASS |
| 34 | BENJAMIN | LANTZ |
| 35 | LAURIE | LANTZ |
| 36 | | LIM INVESTMENTS |
| 37 | | MIGHTY DEVELOPMENT INC |
| 38 | CAROLYN | MOORTEN |
| 39 | CLARK | MOORTEN |
| 40 | | NEWHALL LAND AND FARMING CO |
| 41 | THOMAS | NEWSOME |
| 42 | JAY | PENN |
| 43 | JOSEPHINE | PENN |
| 44 | JOSE | PEREZ |
| 45 | OFELIA | PEREZ |

| | | |
|---|---|---|
| 46 | | PHOENIX REALTY INVESTMENTS INC |
| 47 | | PICONI FAMILY TRUST |
| 48 | ROBERTA | ROBBY |
| 49 | NICHOLAS | ROTTUNDA |
| 50 | LUIS | SANCHEZ |
| 51 | ROSE | SANCHEZ |
| 52 | ALICIA | SILVA |
| 53 | RAMIRO | SILVA |
| 54 | LONE GERDA | SIMPSON |
| 55 | BARBARA | STARR |
| 56 | | SWRL |
| 57 | MINDY | TAM |
| 58 | | TAYLOR, BEAN & WHITAKER MTG CORP |
| 59 | RODNEY | THOMPSON |
| 60 | ZUZANA | THOMPSON |
| 61 | DON | WONG |
| 62 | OLGA | WONG |
| 63 | GUILLERMINA | YOUNG |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, CO 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | |
| | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                                    DOLORES ACOSTA

*4. Address where the party was served:*           1025 PILE ST
                                                                   Ramona, CA 92065

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 20, 2011 (2) at: 12:27PM

*7. Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya Von Rosen                             d.   *The Fee for Service was:*   $40.00
    b. **Premier Legal Solutions**                 e.   I am: (3) registered California process server
        12 Cerrito                                            *(i)*  Owner
        Irvine, CA 92612                                   *(ii)*  Registration No.:      1505
    c. 949-480-1182                                        *(iii)* County:                  Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Wed, May. 25, 2011*

                                                                            (Surya Von Rosen)
Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007           PROOF OF SERVICE
                                                SUMMONS IN A CIVIL CASE                    swenson.mcelroy.13493

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM | | | | |
| *Attorney for:* Plaintiff | *Ref.No. or File No.:* | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. *Party served:*        JUAN ACOSTA
   b. *Person served:*     DOLORES ACOSTA - SPOUSE

4. *Address where the party was served:*       1025 PILE ST
                                      Ramona, CA  92065

5. *I served the party:*
   b. **by substituted service.** On: Fri., May. 20, 2011 at: 12:27PM by leaving the copies with or in the presence of:
                        DOLORES ACOSTA - SPOUSE
     (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
     (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Sat., May. 21, 2011  from: Irvine, CA

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                     d. *The Fee for Service was:*    $40.00
   b. **Premier Legal Solutions**             e. I am: (3) registered California process server
      12 Cerrito                               (i)  Owner
      Irvine, CA  92612                  (ii)  *Registration No.:*     1505
     c. 949-480-1182                     (iii)  *County:*           Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **Wed, May. 25, 2011**

                                                        (Surya - Von Rosen)

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JUAN ACOSTA as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:55pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 1025 PILE ST  Ramona CA 92065. |
| Thu | 05/19/11 | 10:00am | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 1025 PILE ST  Ramona CA 92065. |
| Fri | 05/20/11 | 12:27pm | Home | Substituted Service on: JUAN ACOSTA Home - 1025 PILE ST Ramona, CA 92065 by Serving: DOLORES ACOSTA - SPOUSE Competent Member of the Household over 18.  Served by: Surya Von Rosen |
| Sat | 05/21/11 | | | Mailed copy of Documents to: JUAN ACOSTA |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $40.00
e. *I am:*   (3) registered California process server
   (i)  Owner
   (ii) *Registration No.:*      1505
   (iii) *County:*                    Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13492

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*      ROBERT ALTERMATT

*4. Address where the party was served:*      24286 LAS FLORES DR.<br>         Quail Valley, CA 92587

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 30, 2011 (2) at: 4:40PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

*7. Person Who Served Papers:*
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182

d.  *The Fee for Service was:*    $75.00
e.  I am: (3)  registered California process server
    *(i)*    Owner
    *(ii)*    *Registration No.:*    1505
    *(iii)*  *County:*      Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Fri, Jun. 10, 2011*

                                              (Surya  Von Rosen)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                                 ANGELA ANDREWS

*4. Address where the party was served:*              9312 LOS COCHES ROAD
                                                      Lakeside, CA 92040

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 20, 2011 (2) at: 7:07PM

*7. Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ben M Stone                                     d.   *The Fee for Service was:*
   b. **Premier Legal Solutions**                     e.   I am: (3) registered California process server
      12 Cerrito                                           *(i)*   Independent Contractor
      Irvine, CA 92612                                     *(ii)*  Registration No.:        1702
   c: 949-480-1182, FAX 949-480-1217                        *(iii)* County:                 San Diego

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Apr. 21, 2011*

                                                                            (Ben M Stone)

Judicial Council Form              PROOF OF SERVICE                                    anctil.mcelroy.13249
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL CASE

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | | | | |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. *a. Party served:*      RONALD ANDREWS
   *b. Person served:*      Angela Andrews - Wife

4. *Address where the party was served:*      9312 LOS COCHES ROAD
                                   Lakeside, CA 92040

5. I served the party:
   *b.* **by substituted service.**    On: Wed., Apr. 20, 2011 at: 7:07PM by leaving the copies with or in the presence of:
                          Angela Andrews - Wife
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Apr. 21, 2011 from: Temecula, CA

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ben M Stone                         d.   *The Fee for Service was:*
   b. **Premier Legal Solutions**              e.   I am: (3) registered California process server
      12 Cerrito                                   *(i)*    Independent Contractor
      Irvine, CA 92612                          *(ii)*  *Registration No.:*   1702
   c. 949-480-1182, FAX 949-480-1217            *(iii)* *County:*            San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Apr. 19, 2011

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

(Ben M Stone)

*anctiL.mcelroy.13248*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | Ref. No or File No.: | | |

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Ben M Stone, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RONALD ANDREWS as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/18/11 | 4:39pm | Home | No Answer. No ligts on; Attempt made by: Ben M Stone, Registration #1702 San Diego County. Attempt at: 9312 LOS COCHES ROAD  Lakeside CA 92040. |
| Tue | 04/19/11 | 8:05am | Home | No Answer. No ligts on; Attempt made by: Ben M Stone. Attempt at: 9312 LOS COCHES ROAD  Lakeside CA 92040. |
| Wed | 04/20/11 | 7:07pm | Home | Substituted Service on: RONALD ANDREWS Home - 9312 LOS COCHES ROAD Lakeside, CA 92040 by Serving: Angela Andrews - Wife Competent Member of the Household over 18. Served by: Ben M Stone |
| Thu | 04/21/11 | | | Mailed copy of Documents to: RONALD ANDREWS |

3. Person Executing
   a. Ben M Stone
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)

d. The Fee for service was:

e. I am:  (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   1702
   (iii) County:   San Diego

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Apr. 19, 2011

AFFIDAVIT OF REASONABLE DILIGENCE   (Ben M Stone)

anctil.mcelroy.13248

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*      DAVETTA AUSTIN

4. *Address where the party was served:*      12559 ORANGE BLOSSOM LN<br>Arlington, CA 92503

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 27, 2011 (2) at: 1:20PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182

   d. *The Fee for Service was:* $40.00
   e. I am: (3) registered California process server
       (i)   Owner
       (ii)   *Registration No.:*    1505
       (iii)   *County:*    Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Jun. 29, 2011*

(Surya Von Rosen)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, SHAWN O'MALLEY, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KAREN AUSTIN as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/01/11 | 11:30am | Home | No Answer. No ligts on; Attempt made by: SHAWN O'MALLEY, Registration #1996 Orange County. Attempt at: 1000 W MACARTHUR BLVD #126 Santa Ana CA 92707. |
| Thu | 06/02/11 | 7:20am | Home | No Answer. No ligts on; Attempt made by: SHAWN O'MALLEY. Attempt at: 1000 W MACARTHUR BLVD #126 Santa Ana CA 92707. |
| Fri | 06/03/11 | 7:15pm | Home | Substituted Service on: KAREN AUSTIN Home - 1000 W MACARTHUR BLVD #126 Santa Ana, CA 92707 by Serving: STANLEY COWEN - BOYFRIEND/CO OCCUPANT WHITE MALE, EARLY 30'S, BRN HR, BLUE EYES, 5'11, 195LBS Competent Member of the Household over 18. Served by: SHAWN O'MALLEY |
| Wed | 06/15/11 | | | Mailed copy of Documents to: KAREN AUSTIN |

3. Person Executing
   a. SHAWN O'MALLEY
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $30.00
e. I am:   (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   1996
   (iii) County:   Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, Jun. 15, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (SHAWN O'MALLEY)

swenson.mcelroy.13485

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:        KAREN AUSTIN
   b. Person served:       STANLEY COWEN - BOYFRIEND/CO OCCUPANT
                           WHITE MALE, EARLY 30'S, BRN HR, BLUE EYES, 5'11, 195LBS

4. Address where the party was served:   1000 W MACARTHUR BLVD
                                         #126
                                         Santa Ana, CA 92707

5. I served the party:
   b. **by substituted service.**  On: Fri., Jun. 03, 2011 at: 7:15PM by leaving the copies with or in the presence of:
                           STANLEY COWEN - BOYFRIEND/CO OCCUPANT
                           WHITE MALE, EARLY 30'S, BRN HR, BLUE EYES, 5'11, 195LBS
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jun. 15, 2011 from: Temecula CA

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SHAWN O'MALLEY                    d. *The Fee for Service was:*   $30.00
   **b. Premier Legal Solutions**       e. I am: (3) registered California process server
      12 Cerrito                              *(i)*  Independent Contractor
      Irvine, CA 92612                        *(ii) Registration No.:*   1996
   c. 949-480-1182, FAX 949-480-1217          *(iii) County:*           Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jun. 15, 2011

                                                              (SHAWN O'MALLEY)
                                                                       swenson.mcelroy.13485

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. *Party served:*          B & L ENTERPRISES, LLC
   b. *Person served:*        Thomas G Basso - Registered Agent

4. *Address where the party was served:*     42409 WINCHESTER RD
                                             Temecula, CA 92590

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Tue., May. 17, 2011 (2) at: 4:05PM

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d.  *The Fee for Service was:*   $60.00
e.  I am: (3) registered California process server
    (i)   Owner
    (ii)  *Registration No.:*      1505
    (iii) *County:*                Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, May. 23, 2011*

   (Surya Von Rosen)
   swenson.mcelroy.13482

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. *Party served:*    NINA C BAILEY
   b. *Person served:*    Wayne Hush - Co Occupant

4. *Address where the party was served:*    3189 HUCKLEBERRY DR
   Corona, CA 92882

5. *I served the party:*
   b. **by substituted service.**  On: Wed., Jun. 15, 2011 at: 4:45PM by leaving the copies with or in the presence of:
      Wayne Hush - Co Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Thu., Jun. 16, 2011  from: Temecula CA

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $40.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) *Registration No.:*    1505
      (iii) *County:*    Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: **Thu, Jun. 23, 2011**

   (Surya Von Rosen)    anctil.mcelroy.13635

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NINA C BAILEY as follows:

2. Documents:    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/13/11 | 7:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 3189 HUCKLEBERRY DR  Corona CA 92882. |
| Tue | 06/14/11 | 10:21am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 3189 HUCKLEBERRY DR  Corona CA 92882. |
| Wed | 06/15/11 | 4:45pm | Home | Substituted Service on: NINA C BAILEY Home - 3189 HUCKLEBERRY DR Corona, CA 92882 by Serving: Wayne Hush - Co Occupant Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Thu | 06/16/11 | | | Mailed copy of Documents to: NINA C BAILEY |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $40.00
e. *I am:*   (3) registered California process server
         (i)   Owner
         (ii)  *Registration No.:*      1505
         (iii) *County:*              Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13635

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> 1007 PEARL STREET <br> SUITE 220 <br> Boulder, co 80302 <br> Telephone No: 303-442-2021 | | |

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3.  a. Party served:*                 JAMES BIERMAN
    *b. Person served:*              party in item 3.a.
                                   Cauc, Male, 65yrs, Grey Hr, 5'9, 170lbs

*4. Address where the party was served:*         20760 DOGWOOD CIR
                                            Yorba Linda, CA 92886

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
    process for the party (1) on: Wed., May. 25, 2011 (2) at: 7:30PM

*7. **Person Who Served Papers:***

Recoverable Cost Per CCP 1033.5(a)(4)(B)

    a. Carrie Sachse
    **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

    d.   *The Fee for Service was:*     $60.00
    e.  I am: (3)  registered California process server
               *(i)*    Independent Contractor
               *(ii)*  *Registration No.:*    2463
               *(iii)* *County:*          Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Jun. 01, 2011*

                                                        (Carrie Sachse)

                                                            swenson.mcelroy.13475

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PATRICIA BIERMAN as follows:

2. Documents:   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/22/01 | 8:00am | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse. Attempt at: 20760 DOGWOOD CIR  Yorba Linda CA 92886. |
| Thu | 05/19/11 | 11:17am | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 20760 DOGWOOD CIR  Yorba Linda CA 92886. |
| Wed | 05/25/11 | 7:30pm | Home | Substituted Service on: PATRICIA BIERMAN Home - 20760 DOGWOOD CIR Yorba Linda, CA 92886 by Serving: James Bierman - Husband Competent Member of the Household over 18. Served by: Carrie Sachse |
| Mon | 06/13/11 | | | Mailed copy of Documents to: PATRICIA BIERMAN |

3. *Person Executing*
   a. Carrie Sachse
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $30.00
e. I am:   (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*   2463
   (iii) *County:*              Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 30, 2011

   _____

   **AFFIDAVIT OF REASONABLE DILIGENCE**   (Carrie Sachse)

   swenson.mcelroy.13474

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served: PATRICIA BIERMAN
   b. Person served: James Bierman - Husband

4. Address where the party was served: 20760 DOGWOOD CIR
   Yorba Linda, CA 92886

5. I served the party:
   b. by substituted service.  On: Wed., May. 25, 2011 at: 7:30PM by leaving the copies with or in the presence of:
      James Bierman - Husband
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Mon., Jun. 13, 2011  from: Temecula CA

7. Person Who Served Papers:
   a. Carrie Sachse
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $30.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2463
      (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, May. 30, 2011

(Carrie Sachse)
swenson.mcelroy.13474

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302 | | |
| Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served:
   b. Person served:

   DARRYL BIVENS
   party in item 3.a.
   W, M, 70yrs, Slightly Bald, Glasses, 5'7, 180lbs

4. Address where the party was served:

   69525 DILLON ROAD #10
   Desert Hot Springs, CA 92241

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 3:00PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. **Person Who Served Papers:**
   a. RUBEN  TORRES
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   d. **The Fee for Service was:**
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   318
      (iii) *County:*   Riverside

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Apr. 19, 2011

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE                    (RUBEN TORRES)       anctil.mcelroy.13223

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*       STELLA BIVENS
   *b. Person served:*      party in item 3.a.
                          W, F, 70yrs, Light Brn, 5'4, 180lbs

4. *Address where the party was served:*    69525 DILLON ROAD #10
                                        Desert Hot Springs, CA  92241

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 3:00PM

                                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. RUBEN TORRES
   b. **Premier Legal Solutions**
        12 Cerrito
        Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

     d. *The Fee for Service was:*
     e. I am: (3) registered California process server
           *(i)*   Independent Contractor
           *(ii)*   *Registration No.:*   318
           *(iii)*   *County:*         Riverside

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Tue, Apr. 19, 2011

                                   (RUBEN TORRES)   anctil.mcelroy.13224

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>·SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | |

| *Ref. No. or File No.:* | |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

*3. a. Party served:*               WILLIAM BLILER
   *b. Person served:*         DAVID HOWE - HOUSEMATE/CO OCCUPANT

*4. Address where the party was served:*        615 Connecticut St
                                     San Francisco, CA 94107

*5. I served the party:*
   **b. by substituted service.** On: Sat., Apr. 16, 2011 at: 10:52AM by leaving the copies with or in the presence of:
                    DAVID HOWE - HOUSEMATE/CO OCCUPANT
    (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Apr. 19, 2011 from: TEMECULA, CA

*7. Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STEPHEN SABOL            d. *The Fee for Service was:*     $40.00
   **b. Premier Legal Solutions**     e. I am: (3) registered California process server
       12 Cerrito                              *(i)*   Independent Contractor
       Irvine, CA 92612                 *(ii)*   *Registration No.:*     2003-0000382
   c. 949-480-1182, FAX 949-480-1217        *(iii)*   *County:*           San Francisco

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Tue, Apr. 19, 2011*

                                                                    (STEPHEN SABOL)

Judicial Council Form                           PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL CASE                       anctil.mcelroy.13255

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| •SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, STEPHEN SABOL, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WILLIAM BLILER as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMMENDED COMPLAINT IN INTERVENTIONINSTUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/11/11 | 6:55pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THERE ARE TWO UNITS 613 & 615 Attempt made by: STEPHEN SABOL, Registration #2003-0000382 San Francisco County. Attempt at: 613-615 CONNECTICUT ST   San Francisco CA 94107. |
| Wed | 04/13/11 | 7:43am | Home | PER OCCUPANT IN 613 SUBJECT IS THE LANDLORD AND LIVES IN 615 Attempt made by: STEPHEN SABOL. Attempt at: 613-615 CONNECTICUT ST San Francisco CA 94107. |
| Wed | 04/13/11 | 7:45am | Home | SUBJECT NOT HOME PER HOUSEMATE, HE IS OUT OF TOWN FOR AN INDEFINITE AMOUNT OF TIME Attempt made by: STEPHEN SABOL. Attempt at: 613-615 CONNECTICUT ST   San Francisco CA 94107. |
| Sat | 04/16/11 | 10:52am | Home | Substituted Service on: WILLIAM BLILER Home - 613-615 CONNECTICUT ST San Francisco, CA 94107 by Serving: DAVID HOWE - HOUSEMATE/CO OCCUPANT a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: STEPHEN SABOL |
| Tue | 04/19/11 | | | Mailed copy of Documents to: WILLIAM BLILER |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| 'SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | | |

| Ref. No or File No.: |
|---|
| |

| *Attorney for:* Plaintiff |
|---|

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| | | | | |

3.   *Person Executing*
     a. STEPHEN SABOL
     **b. Premier Legal Solutions**
        12 Cerrito
        Irvine, CA 92612
     c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)  registered California process server
         *(i)*    Independent Contractor
         *(ii)*   *Registration No.:*   2003-0000382
         *(iii)*  *County:*              San Francisco

*4.*  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
     Date: Tue, Apr. 19, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE(STEPHEN SABOL)

anctil.mcelroy.13255

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. *Party served:*      LOUISE BOYD
   b. *Person served:*      party in item 3.a.
                   W, F, 55yrs, 5'5, 125lbs, Brn Hr, Brn Eyes

4. *Address where the party was served:*      28537 SUNSET RD
                                          Valley Center, CA 92082

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 20, 2011 (2) at: 8:05PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jonas T Williams                    d. *The Fee for Service was:*    $80.00
   b. **Premier Legal Solutions**            e. I am: (3) registered California process server
      12 Cerrito                                 *(i)*    Independent Contractor
      Irvine, CA 92612                    *(ii)* *Registration No.:*    1518
   c. 949-480-1182, FAX 949-480-1217       *(iii)* *County:*               San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Thu, Jun. 30, 2011*

*(Jonas T Williams)*

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

anctil.mcelroy.13648

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| *3. a. Party served:*<br>*b. Person served:* | THERESA CAFFERY<br>party in item 3.a.<br>W, Female, 45yrs, Brn Hr, Brn Eyes, 5'5, 130lbs |
|---|---|

| *4. Address where the party was served:* | 4924 PEARLMAN WAY<br>San Diego, CA  92130 |
|---|---|

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Wed., Jun. 22, 2011 (2) at: 9:05PM

*7. **Person Who Served Papers:***

Recoverable Cost Per CCP 1033.5(a)(4)(B)

| a. Jonas T Williams<br>**b. Premier Legal Solutions**<br>12 Cerrito<br>Irvine, CA  92612<br>c. 949-480-1182, FAX 949-480-1217 | d.  ***The Fee** for Service was:*    $60.00<br>e.  I am: (3)  registered California process server<br>    *(i)*   Independent Contractor<br>    *(ii)  Registration No.:*    1518<br>    *(iii) County:*             San Diego |
|---|---|

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Thu, Jun. 30, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE    *(Jonas T Williams)*    *swenson.mcelroy.13488*

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |

*Insert name of Court, and Judicial District and Branch Court:*

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. *Party served:*                                    PAOLA CANADAY

4. *Address where the party was served:*          39370 PIONEER WAY
                                                                      Anza, CA 92539

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 10, 2011 (2) at: 2:30PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                          d. **The Fee** for Service was:    $85.00
   b. **Premier Legal Solutions**             e. I am: (3) registered California process server
      12 Cerrito                                          *(i)*   Owner
      Irvine, CA 92612                                *(ii)*  Registration No.:      1505
   c. 949-480-1182                                    *(iii)* County:                   Orange

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   **Date: Sat, Jun. 18, 2011**

                                                                                                 (Surya Von Rosen)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, CO 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                    TERESA CASTIGLIONE, TRUSTEE

*4. Address where the party was served:*     38105 SHERMAN WAY
                                          Anza, CA 92539

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 10, 2011 (2) at: 2:02PM

*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya Von Rosen                    d.  *The Fee for Service was:*    $85.00
    **b. Premier Legal Solutions**        e.  I am: (3) registered California process server
       12 Cerrito                              *(i)*   Owner
       Irvine, CA 92612                        *(ii)*  Registration No.:   1505
    c. 949-480-1182                            *(iii)* County:             Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Thu, Jun. 23, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE          (Surya Von Rosen)<br>swenson.mcelroy.13519

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>_Telephone No:_ 303-442-2021<br>DVITALE@MMWCLAW.COM<br>_Attorney for:_ Plaintiff | | | _Ref No. or File No.:_ | |

| _Insert name of Court, and Judicial District and Branch Court:_ |
|---|
| U. S. DISTRICT COURT. SOUTHERN DISTRICT OF CALIFONRIA |

| _Plaintiff:_ UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| _Defendant:_ FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3.  a. Party served:*     BOBBIE JEAN CONNOR

*4.  Address where the party was served:*     37695 LANIK LANE
Anza, CA 92539

*5.  I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 18, 2011 (2) at: 3:33PM

*7.  Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                  d.  **The Fee for Service was:**   $40.00
   **b. Premier Legal Solutions**          e.  I am: (3)  registered California process server
      12 Cerrito                                *(i)*   Owner
      Irvine, CA  92612                          *(ii)*  Registration No.:    1505
   c. 949-480-1182                                *(iii)* County:              Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 23, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                        (Surya  Von Rosen)

                                                                                                                                                          _anctil.mcelroy.13697_

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT. SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. *Party served:*      Paul Czerner
   b. *Person served:*      PAULA "DOE" (REFUSED LAST NAME) - OWNER OF THE POSTAL ANNEX
                           W, F, 50YRS, BLND HR, 5'6, 150LBS

4. *Address where the party was served:*      970 W Valley Park
                                              No 433
                                              Escondido, CA 92025

5. *I served the party:*
   b. **by substituted service.**  On: Fri., May. 20, 2011 at: 11:05AM by leaving the copies with or in the presence of:
                           PAULA "DOE" (REFUSED LAST NAME) - OWNER OF THE POSTAL
                           ANNEX
                           W, F, 50YRS, BLND HR, 5'6, 150LBS

   (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sat., May. 21, 2011 from: TEMECULA, CA

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $70.00
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  *Registration No.:*    1505
      (iii) *County:*             Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, May. 25, 2011

   (Surya Von Rosen)

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

*swenson.mcelroy.13507*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Paul Czerner as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:45pm | Home | THIS LOCATION IS A POSTAL ANNEX. THE STORE IS CLOSED. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 970 W Valley Park No 433 Escondido CA 92025. |
| Thu | 05/19/11 | 8:15am | Home | THIS LOCATION IS A POSTAL ANNEX. THE STORE IS CLOSED. Attempt made by: Surya Von Rosen. Attempt at: 970 W Valley Park No 433 Escondido CA 92025. |
| Fri | 05/20/11 | 11:05am | Home | Substituted Service on: Paul Czerner Home - 970 W Valley Park No 433 Escondido, CA 92025 by Serving: PAULA "DOE" (REFUSED LAST NAME) - OWNER OF THE POSTAL ANNEX<br>W, F, 50YRS, BLND HR, 5'6, 150LBS a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Surya Von Rosen |
| Sat | 05/21/11 | | | Mailed copy of Documents to: Paul Czerner |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $70.00
*e. I am:*   (3) registered California process server
   *(i)*   Owner
   *(ii)*   *Registration No.:*   1505
   *(iii)*   *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 25, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

swenson.mcelroy.13507

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*   DENNIS DOWDEN

*4. Address where the party was served:*   2206 ALTA VISTA DR
Vista, CA  92084

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 22, 2011 (2) at: 6:00PM

*7. Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jonas T Williams                              d.  *The Fee for Service was:*   $60.00
   **b. Premier Legal Solutions**                    e.  I am: (3)  registered California process server
      12 Cerrito                                         *(i)*   Independent Contractor
      Irvine, CA  92612                                  *(ii)*  Registration No.:   1518
   c. 949-480-1182, FAX 949-480-1217                     *(iii)* County:            San Diego

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jul. 07, 2011*

                                                              *James T. Williams*
                                                              (Jonas T Williams)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT. SOUTHERN DISTRICT OF CALIFONRIA |
|---|
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served:                Esperanza In Anza
   b. Person served:               CHARLES D NACHAND - REGISTERED AGENT

4. Address where the party was served:       241 E 3rd Ave
                                             Escondido, CA 92025

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 20, 2011 (2) at: 11:43AM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                    d. *The Fee for Service was:*    $40.00
   **b. Premier Legal Solutions**        e. I am: (3) registered California process server
      12 Cerrito                            (i)   Owner
      Irvine, CA 92612                      (ii)  *Registration No.:*     1505
   c. 949-480-1182                          (iii) *County:*              Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, May. 25, 2011*

   (Surya Von Rosen)
   swenson.mcelroy.13508

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:                        DONALD L FAUST, JR
   b. Person served:                      TAYLOR FAUST - DAUGHTER/CO OCCUPANT
                                          W, F, 18YRS, BLND HR, 5'2, 120LBS

4. Address where the party was served:     14761 EXCELSIOR DR
                                          La Mirada, CA 90638

5. I served the party:
   b. by substituted service.   On: Sun., Jun. 26, 2011 at: 9:50AM by leaving the copies with or in the presence of:
                                TAYLOR FAUST - DAUGHTER/CO OCCUPANT
                                W, F, 18YRS, BLND HR, 5'2, 120LBS
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 27, 2011 from: TEMECULA CA

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Carrie Sachse                       d. The Fee for Service was:   $60.00
   b. Premier Legal Solutions             e. I am: (3) registered California process server
      12 Cerrito                                 (i)   Independent Contractor
      Irvine, CA 92612                           (ii)  Registration No.:    2463
   c. 949-480-1182, FAX 949-480-1217             (iii) County:             Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jun. 30, 2011

PROOF OF SERVICE
                                                      SUMMONS IN A CIVIL CASE                  (Carrie Sachse)
                                                                                              anctil.mcelroy.13652

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

Insert name of Court, and Judicial District and Branch Court:
   U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant DONALD L FAUST, JR as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/22/11 | 8:30pm | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse, Registration #2463 Orange County. Attempt at: 14761 EXCELSIOR DR   La Mirada CA 90638. |
| Thu | 06/23/11 | 2:00pm | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse, Registration #2463 Orange County. Attempt at: 14761 EXCELSIOR DR   La Mirada CA 90638. |
| Sun | 06/26/11 | 9:50am | Home | Substituted Service on: DONALD L FAUST, JR Home - 14761 EXCELSIOR DR La Mirada, CA 90638  by Serving: TAYLOR FAUST - DAUGHTER/CO OCCUPANT<br>W, F, 18YRS, BLND HR, 5'2, 120LBS Competent Member of the Household over 18. Served by: Carrie  Sachse |
| Mon | 06/27/11 | | | Mailed copy of Documents to: DONALD L FAUST, JR |

3. *Person Executing*
   a. Carrie  Sachse
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:*  (3)  registered California process server
   *(i)*  Independent Contractor
   *(ii)*  *Registration No.:*  2463
   *(iii)*  *County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Carrie  Sachse)

anctil.mcelroy.13652

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:                John Fitzgerald
   b. Person served:            Anita Kendrell - Co Occupant

4. Address where the party was served:      155 Park Ave
                                          Apt #1
                                          Long Beach, CA  90803

5. I served the party:
   b. by substituted service.  On: Mon., Jun. 27, 2011 at: 8:06AM by leaving the copies with or in the presence of:
                                     Anita Kendrell - Co Occupant
     (2) (Home) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person
        served. I informed him or her of the general nature of the papers.
     (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
        copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Jun. 30, 2011  from: Temecula, CA

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Larry Bell Jr
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

     d. The Fee for Service was:    $40.00
     e. I am: (3) registered California process server
          (i)   Owner
          (ii)  Registration No.:   5220
          (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jun. 30, 2011

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (Larry Bell Jr)<br>swenson.mcelroy.13501 |
|---|---|---|

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

*Attorney for:* Plaintiff     *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Larry Bell Jr, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant John Fitzgerald as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/08/11 | 8:15am | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr, Registration #5220 Los Angeles County. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Sat | 06/11/11 | 6:00pm | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Tue | 06/14/11 | 11:15am | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Sat | 06/18/11 | 11:15am | Home | No Answer. No ligts on; Attempt made by: Larry Bell Jr. Attempt at: 155 Park Ave Apt #1 Long Beach CA 90803. |
| Mon | 06/27/11 | 8:06am | Home | Substituted Service on: John Fitzgerald Home - 155 Park Ave Apt #1 Long Beach, CA 90803 by Serving: Anita Kendrell - Co Occupant a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Larry Bell Jr |
| Thu | 06/30/11 | | | Mailed copy of Documents to: John Fitzgerald |

3. *Person Executing*
   a. Larry Bell Jr
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. I am:   (3)   registered California process server
      (i)   Owner
      (ii)   *Registration No.:*     5220
      (iii)   *County:*     Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct*
   Date: Thu, Jun. 30, 2011

         **AFFIDAVIT OF REASONABLE DILIGENCE**    (Larry Bell Jr)

swenson.mcelroy.13501

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:      Esther Guerra
   b. Person served:      "John Doe" - Son and Co-Occupant
                           Hisp, M, 27yrs, Blk Hr, Brn Eyes, 5'10., 165lbs

4. Address where the party was served:      421 E Adele St
                                              Anaheim, CA 92805

5. I served the party:
   b. **by substituted service.** On: Mon., Jun. 06, 2011 at: 9:00PM by leaving the copies with or in the presence of:
                          "John Doe" - Son and Co-Occupant
                          Hisp, M, 27yrs, Blk Hr, Brn Eyes, 5'10., 165lbs
    (2) **(Home)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 13, 2011 from: Temecula, CA

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Carrie Sachse                             d. *The Fee for Service was:*    $60.00
   **b. Premier Legal Solutions**                e. I am: (3) registered California process server
      12 Cerrito                                   *(i)* Independent Contractor
      Irvine, CA 92612                          *(ii)* *Registration No.:*     2463
   c. 949-480-1182, FAX 949-480-1217         *(iii)* *County:*           Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, Jun. 13, 2011*

                                                                (Carrie Sachse)

Judicial Council Form                           PROOF OF SERVICE                              
Rule 2.150.(a)&(b) Rev January 1, 2007              SUMMONS IN A CIVIL CASE                        swenson.mcelroy.13521

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, Carrie  Sachse, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Esther  Guerra as follows:

2.  *Documents:*     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 05/20/11 | 8:00am | Home | No Answer at given address.  There is a White Honda in the driveway. Attempt made by: Carrie  Sachse, Registration #2463 Orange County. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Tue | 05/24/11 | 7:00pm | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Mon | 05/30/11 | 2:00pm | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Thu | 06/02/11 | 11:00am | Home | No Answer.  No ligts on; Attempt made by: Carrie  Sachse. Attempt at: 421 E Adele St  Anaheim CA 92805. |
| Mon | 06/06/11 | 9:00pm | Home | Substituted Service on: Esther  Guerra Home - 421 E Adele St Anaheim, CA 92805 by Serving: "John Doe" - Son and Co-Occupant<br>Hisp, M, 27yrs, Blk Hr, Brn Eyes, 5'10., 165lbs a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served.  Served by: Carrie  Sachse |
| Mon | 06/13/11 | | | Mailed copy of Documents to: Esther  Guerra |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

*Attorney for:* Plaintiff   |   *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| | | | | |

3.  *Person Executing*
   a. Carrie  Sachse
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $60.00
**e. I am:**  (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)*  *Registration No.:*     2463
   *(iii)* *County:*             Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, Jun. 13, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   *(Carrie  Sachse)*

swenson.mcelroy.13521

| Attorney or Party without Attorney:<br>.SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | For Court Use Only |
|---|---|---|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*        HIGH COUNTRY BOYS & GIRLS CLUB
   *b. Person served:*     Robyn Garrison - Registered Agent

4. *Address where the party was served:*     56070 Hwy 371
                             Suite A
                             Anza, CA 92539

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 2:08PM

7. **Person Who Served Papers:**                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen
   **b. Premier Legal Solutions**       d. **The Fee** for Service was:    $80.00
      12 Cerrito                          e. I am: (3) registered California process server
      Irvine, CA 92612                     *(i)*   Owner
   c. 949-480-1182                       *(ii)*   *Registration No.:*    1505
                                           *(iii)*   *County:*         Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, May. 25, 2011*

       PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE        (Surya Von Rosen)

swenson.mcelroy.13468

| | | | | | For Court Use Only |
|---|---|---|---|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HIGH COUNTRY BOYS & GIRLS CLUB as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/17/11 | 6:45pm | Business | No Answer. This home is on a Remote dirt road all the way up to the foothills on the outskirts of town. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 56070 Hwy 371 Suite A Anza CA 92539. |
| Wed | 05/18/11 | 2:08pm | Business | Personal Service on: HIGH COUNTRY BOYS & GIRLS CLUB Business - 56070 Hwy 371 Suite A Anza, CA 92539 by Serving: Robyn Garrison - Registered Agent. Served by: Surya Von Rosen |

3. Person Executing
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $80.00
e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: 1505
   (iii) County: Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, May. 25, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

swenson.mcelroy.13468

| Attorney or Party without Attorney: SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 Telephone No: 303-442-2021 DVITALE@MMWCLAW.COM Attorney for: Plaintiff | For Court Use Only |
|---|---|

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. *Party served:*  RAMONA HIGHAM
   b. *Person served:*  Ramona Sanchez - Daughter

4. *Address where the party was served:*  3177 LYNWOOD RD
   Lynwood, CA 90262

5. I served the party:
   b. **by substituted service.**  On: Sun., Jul. 03, 2011 at: 8:40PM by leaving the copies with or in the presence of:
   Ramona Sanchez - Daughter
   (2) **(Home)** Person of sutiable age an discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Tue., Jul. 05, 2011  from: Temecula, CA

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Susan  Georgino                           d. *The Fee for Service was:*  $40.00
   **b. Premier Legal Solutions**               e. I am: (3) registered California process server
      12 Cerrito                                   (i)   Independent Contractor
      Irvine, CA 92612                             (ii)  *Registration No.:*   4930
   c. 949-480-1182, FAX 949-480-1217              (iii) *County:*           Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   **Date: Tue, Jul. 05, 2011**

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Susan  Georgino)    *anctil.mcelroy.13650*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |

Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Susan Georgino, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RAMONA HIGHAM as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 8:10pm | Home | No Answer. No ligts on; Attempt made by: Susan Georgino, Registration #4930 Los Angeles County. Attempt at: 3177 LYNWOOD RD Lynwood CA 90262. |
| Thu | 06/23/11 | 10:20am | Home | No Answer. No ligts on; Attempt made by: Susan Georgino. Attempt at: 3177 LYNWOOD RD Lynwood CA 90262. |
| Sun | 06/26/11 | 7:00am | Home | No Answer. No ligts on; Attempt made by: Susan Georgino. Attempt at: 3177 LYNWOOD RD Lynwood CA 90262. |
| Thu | 06/30/11 | 9:17pm | Home | No Answer. No ligts on; Attempt made by: Susan Georgino. Attempt at: 3177 LYNWOOD RD Lynwood CA 90262. |
| Fri | 07/01/11 | 8:02am | Home | No Answer. No ligts on; Attempt made by: Susan Georgino. Attempt at: 3177 LYNWOOD RD Lynwood CA 90262. |
| Sat | 07/02/11 | 3:12pm | Home | No Answer. No ligts on; Attempt made by: Susan Georgino. Attempt at: 3177 LYNWOOD RD Lynwood CA 90262. |

Page Number 1
Ụ *Date:* Tue, Jul. 05, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

anctil.mcelroy.13650

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 07/03/11 | 8:40pm | Home | Substituted Service on: RAMONA  HIGHAM Home - 3177 LYNWOOD RD<br>Lynwood, CA 90262  by Serving: Ramona Sanchez - Daughter<br>Hisp, F, 55yrs, Brn Hr, 5'4, 300lbs a Person in charge at least 18 years of age<br>apparently in charge of the office or usual place of business of the person served.<br>Served by: Susan  Georgino |
| Tue | 07/05/11 | | | Mailed copy of Documents to: RAMONA  HIGHAM |

3.  *Person Executing*
   a. Susan  Georgino
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)

**d.** *The Fee for service was:* $40.00

e. *I am:*  (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)*  Registration No.:      4930
   *(iii)* County:              Los Angeles

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Jul. 05, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Susan  Georgino)

anctil.mcelroy.13650

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>·MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | For Court Use Only |
|---|---|
| *Ref. No. or File No.:* | |

| *Attorney for:* Plaintiff | |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

*3.  a. Party served:*                     KIM HUYNH
    *b. Person served:*                 MAI HUYNH - SPOUSE/CO OCCUPANT
                                    ASIAN, M,70YRS, GRY HR, 5'8, 140LBS

*4. Address where the party was served:*      14771 YARBOROUGHT ST
                                            WESTMINSTER, CA  92842

*5. I served the party:*
    **b. by substituted service.**   On: Sat., Jun. 25, 2011 at: 6:50PM by leaving the copies with or in the presence of:
                              MAI HUYNH - SPOUSE/CO OCCUPANT
                              ASIAN, M,70YRS, GRY HR, 5'8, 140LBS
      (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Jul. 01, 2011 from: TEMECULA, CA

*7. **Person Who Served Papers:***                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Carrie Sachse                           d.  *The Fee for Service was:*    $60.00
    **b. Premier Legal Solutions**               e.  I am: (3)  registered California process server
        12 Cerrito                                   *(i)*   Independent Contractor
        Irvine, CA  92612                         *(ii)  Registration No.:*    2463
    c. 949-480-1182, FAX 949-480-1217         *(iii)  County:*              Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Fri, Jul. 01, 2011*

| **Judicial Council Form**<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *(Carrie Sachse)*<br>*anctil.mcelroy.13637* |
|---|---|---|

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |

*Attorney for:* Plaintiff      *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KIM HUYNH as follows:

2. *Documents:*     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/25/11 | 6:50pm | Home | PER MAI HUYNH, KIM ISN'T IN. Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 14771 YARBOROUGHT ST WESTMINSTER CA 92842. |
| Sat | 06/25/11 | 6:50pm | Home | Substituted Service on: KIM HUYNH Home - 14771 YARBOROUGHT ST WESTMINSTER, CA 92842 by Serving: MAI HUYNH - SPOUSE/CO OCCUPANT<br>ASIAN, M,70YRS, GRY HR, 5'8, 140LBS Competent Member of the Household over 18. Served by: Carrie Sachse |
| Sun | 06/26/11 | 8:00am | Home | No Answer. No ligts on; Attempt made by: Carrie Sachse. Attempt at: 14771 YARBOROUGHT ST WESTMINSTER CA 92842. |
| Fri | 07/01/11 | | | Mailed copy of Documents to: KIM HUYNH |

3. *Person Executing*
a. Carrie Sachse
**b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:*   (3) registered California process server
      (i)   Independent Contractor
      (ii)   *Registration No.:*    2463
      (iii)   *County:*    Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Jul. 01, 2011

                                             Carrie Sachse

          **AFFIDAVIT OF REASONABLE DILIGENCE**   (Carrie Sachse)

anctil.mcelroy.13637

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| .SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                        MAI HUYNH

*4. Address where the party was served:*     14771 YARBOROUGHT ST
                                             WESTMINSTER, CA 92842

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 25, 2011 (2) at: 6:50PM

|   |   |
|---|---|
| *7.* **Person Who Served Papers:**<br>   a. Carrie Sachse<br>   b. **Premier Legal Solutions**<br>      12 Cerrito<br>      Irvine, CA 92612<br>   c. 949-480-1182, FAX 949-480-1217 | Recoverable Cost Per CCP 1033.5(a)(4)(B)<br>   d.  *The Fee for Service was:*  $30.00<br>   e.  I am: (3)  registered California process server<br>        *(i)*    Independent Contractor<br>        *(ii)*   *Registration No.:*      2463<br>        *(iii)*  *County:*                Orange |

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Jul. 13, 2011*

                                                                    (Carrie Sachse)
                                                                    *anclil.mcelroy.13636*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 Telephone No: 303-442-2021 DVITALE@MMWCLAW.COM Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served: LORENCE P KANOUSE

4. Address where the party was served: 37260 BAUTISTA CANYON RD
Anza, CA 92539

5. I served the party:
a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 18, 2011 (2) at: 3:19PM

7. Person Who Served Papers:
a. Surya Von Rosen
b. Premier Legal Solutions
   12 Cerrito
   Irvine, CA 92612
c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was: $40.00
e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: 1505
   (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jun. 23, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

C (Surya Von Rosen)   anctil.mcelroy.13628

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
|---|
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3.  a. *Party served:*          BRIAN KNIBB
    b. *Person served:*       Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant
                                            W, M. 55+, Brn Hr, Brn Eyes, 5'10, 195lbs

4.  *Address where the party was served:*        5311 Christal Ave
                                                                          Garden Grove, CA  92845

5.  I served the party:
    b. **by substituted service.**  On: Fri., Apr. 15, 2011 at: 1:00PM by leaving the copies with or in the presence of:
                                            Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant
                                            W, M. 55+, Brn Hr, Brn Eyes, 5'10, 195lbs
    (2)  **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4)  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
          copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Fri., Apr. 15, 2011 from: Temecula, CA

7.  *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Bob Davis                                          d.  *The Fee for Service was:*    $60.00
    **b. Premier Legal Solutions**               e.  I am: (3)  registered California process server
       12 Cerrito                                                *(i)*     Independent Contractor
       Irvine, CA  92612                                   *(ii)*    *Registration No.:*        6583
    c. 949-480-1182, FAX 949-480-1217           *(iii)*   *County:*                      Los Angeles
                                                                   *(iv)*   *Expiration Date:*        Tue, May. 08, 2012

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Fri, Apr. 15, 2011*

                                                                                                      (Bob Davis)                    U

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | anctil.mcelroy.13250 |
|---|---|---|

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant BRIAN  KNIBB as follows:

2. *Documents:*       SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 04/13/11 | 4:20pm | Home | THE LOCATION IS VACANT Attempt made by: Bob  Davis. Attempt at: 12092 BAILEY STREET APT. 3  Garden Grove CA 92845. |
| Thu | 04/14/11 | 12:40pm | Home | I ATTEMPTED A NEW ADDRESS.  THERE WAS NO ANSWER.  THE LOCATION WAS VERIFIED BY THE NAME "KNIBB" ON THE MAILBOXI LEFT A CALL BACK CARD ON THE DOOR. Attempt made by: Bob  Davis. Attempt at: 5311 Christal Ave   Garden Grove CA 92845. |
| Thu | 04/14/11 | 4:30pm | Home | A MALE SUBJECT ANSWERED THE DOOR AND CONFIRMED THE DEFT'S WERE LIVING AT THIS ADDRESS.  HE ALSO STATED "THIS IS HARRASMENT"HE WOULD NOT ACCEPT THE DOCUMENTS AND MADE THREATENING GESTURES WITH HIS CANE. Attempt made by: Bob  Davis. Attempt at: 5311 Christal Ave   Garden Grove CA 92845. |
| Fri | 04/15/11 | 1:00pm | Home | I SPOKE WITH STEVE KNIBB THROUGH THE DOOR.  HE REFUSED TO OPEN THE DOOR. (W, M, 55+, BRN HR, BRN EYES, 5'10, 195LBS)I ANNOUNCED SERVICE AND LEFT THE DOCUMENTS AT THE FRONT DOOR. Attempt made by: Bob  Davis. Attempt at: 5311 Christal Ave   Garden Grove CA 92845. |

U *Date:* Fri, Apr. 15, 2011       **AFFIDAVIT OF REASONABLE DILIGENCE**       anctil.mcelroy.13250

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|

Attorney or Party without Attorney:
.SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
*Telephone No:* 303-442-2021

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 1:00pm | Home | Substituted Service on: BRIAN  KNIBB Home - 5311 Christal Ave Garden Grove, CA 92845  by Serving: Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant W, M, 55+, Brn Hr, Brn Eyes, 5'10, 195lbs Competent Member of the Household over 18.  Served by: Bob  Davis |
| Fri | 04/15/11 | | | Mailed copy of Documents to: BRIAN  KNIBB |
| Fri | 04/15/11 | 4:00pm | Home | I HAVE BEEN RECEIVING CALLS FROM BOTH DEFENDANTS FOR THE PAST THREE HOURS REGARDING THIS MATTER Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3  Garden Grove CA 92845. |

3.   Person Executing
   a. Bob  Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was: $60.00
e. I am:   (3)  registered California process server
      *(i)*   Independent Contractor
      *(ii)*   *Registration No.:*   6583
      *(iii)*   *County:*   Los Angeles
      *(iv)*   *Expiration Date:*   Tue, May. 08, 2012

**4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Fri, Apr. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob  Davis)

anctil.mcelroy.13250

| | |
|---|---|
| Attorney or Party without Attorney:<br>, SCOTT MCELROY<br> MCELROY, MEYER, WALKER & CONDON, P.C.<br> 1007 PEARL STREET<br> SUITE 220<br> Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MONIQUE KNIBB as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/13/11 | 4:20pm | Home | THE LOCATION IS VACANT Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3 Garden Grove CA 92845. |
| Thu | 04/14/11 | 12:40pm | Home | I ATTEMPTED A NEW ADDRESS. THERE WAS NO ANSWER. THE LOCATION WAS VERIFIED BY THE NAME "KNIBB" ON THE MAILBOXI LEFT A CALL BACK CARD ON THE DOOR. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave  Garden Grove CA 92845. |
| Thu | 04/14/11 | 4:30pm | Home | A MALE SUBJECT ANSWERED THE DOOR AND CONFIRMED THE DEFT'S WERE LIVING AT THIS ADDRESS. HE ALSO STATED "THIS IS HARRASMENT"HE WOULD NOT ACCEPT THE DOCUMENTS AND MADE THREATENING GESTURES WITH HIS CANE. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave  Garden Grove CA 92845. |
| Fri | 04/15/11 | 1:00pm | Home | I SPOKE WITH STEVE KNIBB THROUGH THE DOOR.  HE REFUSED TO OPEN THE DOOR. (W, M, 55+, BRN HR, BRN EYES, 5'10, 195LBS)I ANNOUNCED SERVICE AND LEFT THE DOCUMENTS AT THE FRONT DOOR. Attempt made by: Bob Davis. Attempt at: 5311 Christal Ave  Garden Grove CA 92845. |

Page Number 1
U Date: Fri, Apr. 15, 2011        **AFFIDAVIT OF REASONABLE DILIGENCE**        anctil.mcelroy.13251

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 04/15/11 | 1:00pm | Home | Substituted Service on: MONIQUE  KNIBB Home - 5311 Christal Ave Garden Grove, CA 92845  by Serving: Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant<br>W, M, 55+, Brn Hr, Brn Eyes, 5'10, 195lbs Competent Member of the Household over 18. Served by: Bob  Davis |
| Fri | 04/15/11 | | | Mailed copy of Documents to: MONIQUE  KNIBB |
| Fri | 04/15/11 | 4:00pm | Home | I HAVE BEEN RECEIVING CALLS FROM BOTH DEFENDANTS FOR THE PAST THREE HOURS REGARDING THIS MATTER Attempt made by: Bob Davis. Attempt at: 12092 BAILEY STREET APT. 3  Garden Grove CA 92845. |

3.  *Person Executing*
  a. Bob  Davis
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:*  (3)  registered California process server
   *(i)*    Independent Contractor
   *(ii)*   *Registration No.:*   6583
   *(iii)*  *County:*        Los Angeles
   *(iv)*  *Expiration Date:*   Tue, May. 08, 2012

*4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
  Date: Fri, Apr. 15, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob  Davis)

anctil.mcelroy.13251

| Attorney or Party without Attorney: SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 *Telephone No:* 303-442-2021 DVITALE@MMWCLAW.COM *Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Ref. No. or File No.:* | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

| 3. a. Party served: b. Person served: | MONIQUE KNIBB Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant W, M. 55+, Brn Hr, Brn Eyes, 5'10, 195lbs |
|---|---|

| 4. Address where the party was served: | 5311 Christal Ave Garden Grove, CA 92845 |
|---|---|

5. I served the party:
    b. **by substituted service.** On: Fri., Apr. 15, 2011 at: 1:00PM by leaving the copies with or in the presence of:
        Steven Knibb - Father or Father-in-Law (Wouldn't Specify) Co-Occupant
        W, M. 55+, Brn Hr, Brn Eyes, 5'10, 195lbs
    (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Apr. 15, 2011 from: Temecula, CA

7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Bob Davis                      d. **The Fee for Service was:**   $60.00
   b. **Premier Legal Solutions**             e. I am: (3) registered California process server
      12 Cerrito                       *(i)*   Independent Contractor
      Irvine, CA 92612                *(ii)*  *Registration No.:*    6583
   c. 949-480-1182, FAX 949-480-1217        *(iii)*  *County:*          Los Angeles
                                   *(iv)*  *Expiration Date:*   Tue, May. 08, 2012

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Fri, Apr. 15, 2011*

                                                (Bob Davis)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007            PROOF OF SERVICE
SUMMONS IN A CIVIL CASE           anctil.mcelroy.13251

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| | |
|---|---|
| *3. a. Party served:* | Lake Riverside Estates Community Assoc. |
| *b. Person served:* | Del Aldrich - General Manager |

| | |
|---|---|
| *4. Address where the party was served:* | 41610 Lakeshore Blvd<br>Aguanga, CA 92536 |

*5. I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
process for the party (1) on: Wed., May. 18, 2011 (2) at: 12:35PM

*7. **Person Who Served Papers:***                      Recoverable Cost Per CCP 1033.5(a)(4)(B)

| | |
|---|---|
| a. Surya  Von Rosen | d. ***The Fee* for *Service was:***    $70.00 |
| **b. Premier Legal Solutions** | e. I am: (3)  registered California process server |
|   12 Cerrito |     *(i)*   Owner |
|   Irvine, CA  92612 |     *(ii)*  *Registration No.:*      1505 |
| c. 949-480-1182, FAX 949-480-1217 |     *(iii)*  *County:*            Orange |

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: *Mon, May. 23, 2011*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (Surya Von Rosen)     anctil.mcelroy.13396 |
|---|---|---|

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court. and Judicial District and Branch Court:
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3.* a. *Party served:*                    BENJAMIN LANTZ
    b. *Person served:*                   party in item 3.a.
                                          W, M, 65 yrs, Gry Hr, 6', 180lbs

*4. Address where the party was served:*     73241 Hwy 111
                                          Suite 1A
                                          Palm Desert, CA  92260

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
       process for the party (1) on: Tue., Apr. 12, 2011 (2) at: 4:25PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. RUBEN TORRES                         d.  *The Fee for Service was:*
    b. **Premier Legal Solutions**          e.  I am: (3)  registered California process server
       12 Cerrito                               *(i)*   Independent Contractor
       Irvine, CA  92612                        *(ii)  Registration No.:*    318
    c. 949-480-1182, FAX 949-480-1217        *(iii) County:*             Riverside

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Tue, Apr. 19, 2011*

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE      (RUBEN TORRES)        anctil.mcelroy.13225

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*      LAURIE LANTZ

4. *Address where the party was served:*      39700 Bob Hope Dr<br>Suite 301<br>Rancho Mirage, CA 92270

5. I served the party:
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 13, 2011 (2) at: 10:45AM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. RUBEN TORRES                            d. *The Fee for Service was:*
     b. **Premier Legal Solutions**                  e. I am: (3) registered California process server
         12 Cerrito                                   *(i)*    Independent Contractor
         Irvine, CA 92612                      *(ii)*   *Registration No.:*    318
     c. 949-480-1182, FAX 949-480-1217          *(iii)*   *County:*           Riverside

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     *Date: Tue, Apr. 19, 2011*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (RUBEN TORRES)<br>anctil.mcelroy.13226 |
|---|---|---|

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served:                             LIM INVESTMENTS C/O JACK L LEE
   b. Person served:                            Jack Lee - Authorized Agent

4. Address where the party was served:          2125 WARMLANDS AVE
                                                 Vista, CA 92084

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 20, 2011 (2) at: 8:25PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jonas T Williams                          d. **The Fee** for Service was:   $60.00
   b. **Premier Legal Solutions**               e. I am: (3) registered California process server
      12 Cerrito                                    (i)   Independent Contractor
      Irvine, CA 92612                              (ii)  Registration No.:      1518
   c. 949-480-1182, FAX 949-480-1217               (iii) County:               San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 30, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                        (Jonas T Williams)            anctil.mcelroy.13629

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | |

*Ref. No. or File No.:*

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. *Party served:*     MIGHTY DEVELOPMENT, INC C/O CHIANG WANG
   b. *Person served:*    Chiang Wang - Registered Agent

4. *Address where the party was served:*    8316 RED OAK ST<br>SUITE 206<br>Cucamonga, CA 91730

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 27, 2011 (2) at: 2:23PM

7. *Person Who Served Papers:*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:* $75.00
e. I am: (3) registered California process server
    (i) Owner
    (ii) *Registration No.:* 1505
    (iii) *County:* Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 29, 2011

(Surya Von Rosen)

Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE    anctil.mcelroy.13664

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                    CAROLYN MOORTEN

*4. Address where the party was served:*      38680 BAILIFF RD
                                         Anza, CA  92539

*5. I served the party:*

    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 1:58PM

*7. Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Surya  Von Rosen              d.  *The Fee for Service was:*   $40.00
    **b. Premier Legal Solutions**      e.  I am: (3) registered California process server
      12 Cerrito                         *(i)*  Owner
      Irvine, CA  92612                  *(ii) Registration No.:*   1505
    c. 949-480-1182, FAX 949-480-1217  *(iii) County:*            Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Mon, May. 23, 2011*

                                     (Surya Von Rosen)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*   CLARK MOORTEN

*4. Address where the party was served:*   38680 BAILIFF RD
Anza, CA 92539

*5. I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 1:58PM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

*7. Person Who Served Papers:*
a. Surya Von Rosen
b. **Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
c. 949-480-1182. FAX 949-480-1217

d. *The Fee for Service was:*   $40.00
e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.:   1505
   (iii) County:   Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, May. 23, 2011

(Surya Von Rosen)   *swenson.mcelroy.13463*

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| *3.* | *a. Party served:*<br>*b. Person served:* | NEWHALL LAND AND FARMING COMPANY, INC<br>MARGARET WILSON - PROCESS SPECIALIST |
|---|---|---|

*4. Address where the party was served:*   818 W 7TH ST
Los Angeles, CA 90017

*5. I served the party:*

a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 27, 2011 (2) at: 8:27AM

*7. **Person Who Served Papers:***

a. Bob Davis
**b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d.  *The Fee for Service was:*   $30.00
e.  I am: (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)  Registration No.:*   6583
   *(iii) County:*   Los Angeles
   *(iv) Expiration Date:*   Tue, May. 08, 2012

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Apr. 28, 2011*

                                                                    Bob Davis
                                                                    (Bob Davis)

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE                      anctil.mcelroy.13254

| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*                         THOMAS NEWSOME

4. *Address where the party was served:*       19775 AVENIDA DE ARBOLES
                                               Murrieta, CA 92562

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 31, 2011 (2) at: 4:03PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                       d.  *The Fee for Service was:*   $60.00
   b. **Premier Legal Solutions**          e.  I am: (3) registered California process server
      12 Cerrito                               *(i)* Owner
      Irvine, CA 92612                         *(ii) Registration No.:*   1505
   c. 949-480-1182                             *(iii) County:*            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Jun. 23, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE            (Surya Von Rosen)            *anctll.mcelroy.13688*

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*        JAY PENN

*4. Address where the party was served:*        807 BERYL ST
Redondo Beach, CA 90277

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 07, 2011 (2) at: 6:29PM

*7. Person Who Served Papers:*
    a. GABRIELA MELENDEZ
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*    $30.00
    e. I am: (3) registered California process server
       *(i)* Independent Contractor
       *(ii) Registration No.:*    5644
       *(iii) County:*        Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Thu, Jun. 23, 2011*

                                          (GABRIELA MELENDEZ)
                                          *swenson.mcelroy.13491*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007.PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
|---|
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:           JOSEPHINE PENN
   b. Person served:        JAY PENN - HUSBAND

4. Address where the party was served:      807 BERYL ST
                                            Redondo Beach, CA 90277

5. I served the party:
   b. **by substituted service.** On: Tue., Jun. 07, 2011 at: 6:24PM by leaving the copies with or in the presence of:
                                  JAY PENN - HUSBAND
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Jun. 09, 2011 from: TEMECULA CA

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GABRIELA MELENDEZ                    d. **The Fee for Service was:**   $30.00
   **b. Premier Legal Solutions**          e. I am: (3)  registered California process server
      12 Cerrito                                 (i)   Independent Contractor
      Irvine, CA 92612                           (ii)  Registration No.:      5644
   c. 949-480-1182, FAX 949-480-1217            (iii) County:               Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   **Date: Thu, Jun. 09, 2011**

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(GABRIELA MELENDEZ)
swenson.mcelroy.13490

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff

| *Ref. No or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, GABRIELA MELENDEZ, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSEPHINE PENN as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/20/11 | 6:00pm | Home | No Answer. No ligts on; Attempt made by: GABRIELA MELENDEZ, Registration #5644 Los Angeles County. Attempt at: 807 BERYL ST Redondo Beach CA 90277. |
| Tue | 05/24/11 | 10:30am | Home | No Answer. No ligts on; Attempt made by: GABRIELA MELENDEZ. Attempt at: 807 BERYL ST Redondo Beach CA 90277. |
| Sat | 05/28/11 | 6:55am | Home | No Answer. No ligts on; Attempt made by: GABRIELA MELENDEZ. Attempt at: 807 BERYL ST Redondo Beach CA 90277. |
| Thu | 06/02/11 | 8:00pm | Home | No Answer. No ligts on; Attempt made by: GABRIELA MELENDEZ. Attempt at: 807 BERYL ST Redondo Beach CA 90277. |
| Tue | 06/07/11 | 6:24pm | Home | Substituted Service on: JOSEPHINE PENN Home - 807 BERYL ST Redondo Beach, CA 90277 by Serving: JAY PENN - HUSBAND Competent Member of the Household over 18. Served by: GABRIELA MELENDEZ |
| Thu | 06/09/11 | | | Mailed copy of Documents to: JOSEPHINE PENN |

3.  *Person Executing*
    a. GABRIELA MELENDEZ
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $30.00
*e. I am:*   (3)  registered California process server
    *(i)*   Independent Contractor
    *(ii)   Registration No.:*   5644
    *(iii) County:*   Los Angeles

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 09, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (GABRIELA MELENDEZ)

swenson.mcelroy.13490

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In a Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

| 3. a. *Party served:* | JOSE PEREZ |
|---|---|
| b. *Person served:* | Ofelia Perez - Wife |

| 4. *Address where the party was served:* | 55830 MITCHELL RD<br>Anza, CA 92539 |
|---|---|

5. *I served the party:*
   b. **by substituted service.**  On: Sat., Jun. 18, 2011 at: 3:25PM by leaving the copies with or in the presence of:
      Ofelia Perez - Wife
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Mon., Jun. 20, 2011 from: Temecula CA

| 7. *Person Who Served Papers:* | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|
| a. Surya Von Rosen | d. *The Fee for Service was:*   $40.00 |
| b. **Premier Legal Solutions** | e. I am: (3) registered California process server |
| 12 Cerrito | (i) Owner |
| Irvine, CA 92612 | (ii) *Registration No.:*   1505 |
| c. 949-480-1182 | (iii) *County:*   Orange |

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Thu, Jun. 23, 2011*

L3

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE   (Surya Von Rosen)   anctil.mcelroy.13630

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
|---|
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions, are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSE PEREZ as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/15/11 | 7:19pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 55830 MITCHELL RD   Anza CA 92539. |
| Thu | 06/16/11 | 2:14pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Surya Von Rosen. Attempt at: 55830 MITCHELL RD   Anza CA 92539. |
| Sat | 06/18/11 | 3:25pm | Home | Substituted Service on: JOSE PEREZ Home - 55830 MITCHELL RD Anza, CA 92539 by Serving: Ofelia Perez - Wife Competent Member of the Household over 18. Served by: Surya Von Rosen |
| Mon | 06/20/11 | | | Mailed copy of Documents to: JOSE PEREZ |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee* for service was: $40.00
e. *I am:*   (3)  registered California process server
   *(i)*   Owner
   *(ii)   Registration No.:*      1505
   *(iii)  County:*                Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13630

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA<br>Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
     INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3.  a. Party served:*                                 OFELIA PEREZ

*4.  Address where the party was served:*              55830 MITCHELL RD
                                                       Anza, CA 92539

*5.  I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
        process for the party (1) on: Sat., Jun. 18, 2011 (2) at: 3:25PM

*7.  Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. Surya  Von Rosen                           d.  *The Fee for Service was:*    $85.00
     **b. Premier Legal Solutions**                 e.  I am: (3) registered California process server
        12 Cerrito                                      *(i)*   Owner
        Irvine, CA 92612                                *(ii)   Registration No.:*    1505
     c. 949-480-1182                                    *(iii)  County:*              Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     *Date: Thu, Jun. 23, 2011*

| Attorney or Party without Attorney: SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*
   *b. Person served:*

   Phoenix Realty Investments, Inc c/o Ian Griffin, Registered Agent
   MINDY MANGINI - AUTHORIZED AGENT FOR PHOENIX REALTY
   INVESTMENTS AND AUTHORIZED TO ACCEPT ON BEHALF OF IAN
   GRIFFIN

4. *Address where the party was served:*

   110 N Lincoln Ave
   Suite 100
   Corona, CA 92882

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 19, 2011 (2) at: 10:54AM

7. *Person Who Served Papers:*                          Recoverable Cost Per: CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen                            d. *The Fee for Service was:*    $40.00
   b. **Premier Legal Solutions**               e. I am: (3) registered California process server
      12 Cerrito                                      *(i)*  Owner
      Irvine, CA 92612                                *(ii) Registration No.:*    1505
   c. 949-480-1182                                    *(iii) County:*            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Fri, May. 20, 2011*

                                                                                (Surya Von Rosen)
   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                        swenson.mcelroy.13509

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served:  Piconi Family Trust c/o John Piconi, Trustee

4. Address where the party was served:  3074 Trelawney Ln
Fallbrook, CA 92028

5. I served the party:
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 20, 2011 (2) at: 10:30AM

7. **Person Who Served Papers:**
a. Surya Von Rosen
**b. Premier Legal Solutions**
12 Cerrito
Irvine, CA 92612
c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. **The Fee for Service was:** $40.00
e. I am: (3) registered California process server
(i) Owner
(ii) Registration No.: 1505
(iii) County: Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
Date: Wed, May. 25, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Surya Von Rosen)
swenson.mcelroy.13506

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | | For Court Use Only |
|---|---|---|---|
| | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*                          Roberta Robby

*4. Address where the party was served:*       40270 Curry Court
                                               Aguanga, CA  92536

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 1:31PM

*7. Person Who Served Papers:*                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                      d.  *The Fee for Service was:*    $40.00
   **b. Premier Legal Solutions**          e.  I am: (3)  registered California process server
     12 Cerrito                                  *(i)*   Owner
     Irvine, CA  92612                           *(ii)   Registration No.:*    1505
   c. 949-480-1182, FAX 949-480-1217             *(iii)  County:*             Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   **Date: Mon, May. 23, 2011**

                                                                    (Surya  Von Rosen)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

anctil.mcelroy.13395

| Attorney or Party without Attorney: SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 *Telephone No:* 303-442-2021 DVITALE@MMWCLAW.COM *Attorney for:* Plaintiff | For Court Use Only |
|---|---|

*Ref. No. or File No.:*

| *Insert name of Court, and Judicial District and Branch Court:* U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
|---|
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*      NICHOLAS ROTTUNDA

*4. Address where the party was served:*      12490 COUNTRY ROAD
Valley Center, CA 92082

*5. I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 20, 2011 (2) at: 2:25PM

*7. Person Who Served Papers:*
     a. Surya Von Rosen
     b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
     c. 949-480-1182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
     d. *The Fee for Service was:*    $40.00
     e. I am: (3) registered California process server
       (i) Owner
       (ii) *Registration No.:*    1505
       (iii) *County:*    Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     *Date: Wed, May. 25, 2011*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Surya Von Rosen)
svenson.mcelroy.13478