Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LUIS SANCHEZ
31377 MOHAWK DR
COARSEGOLD CA  93614

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
_____
CLERK

OCT 15 2009
_____
DATE

C. ECINA

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

| RETURN OF SERVICE | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me | DATE 6-3-11 | | 4:10pm |
| NAME OF SERVER Joel Newton | TITLE Process server | | #84 |

Check one box below to indicate appropriate method of service

[X]  Served personally upon the defendant. Place where served:
31377 Mowhawk Rd., Coarsegold, CA 93614

[ ]  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ]  Return unexecuted:

[ ]  Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   6/7/11
Date

Signature of Server
1625 Howard Rd #331, Madera, CA 93637
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ⊞
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROSE SANCHEZ
31377 MOHAWK DR
COARSEGOLD CA  93614

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within _____*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 1 5 2009

CLERK

DATE

C. ECINA

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 6-3-11  1:00pm |
| NAME OF SERVER Joel Newton | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served:
31377 Mowhawk Rd, Coarsegold, CA 93614

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 6/7/11
Date

Signature of Server

1625 Howard Rd #331, Madera, CA 93637
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. *a. Party served:*      ALICIA SILVA
    *b. Person served:*      MR SILVA - CO OCCUPANT
                                HISP. M, 30YRS OLD, BLK HR, BRN EYES, 5'11, 185LBS

4. *Address where the party was served:*      1005 W 19TH ST
                                              Santa Ana, CA 92706

5. *I served the party:*
    b. **by substituted service.**   On: Fri., Jun. 03, 2011 at: 8:35PM by leaving the copies with or in the presence of:
                                   MR SILVA - CO OCCUPANT
                                   HISP. M, 30YRS OLD, BLK HR, BRN EYES, 5'11, 185LBS
      (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jun. 15, 2011 from: TEMECULA CA

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. SHAWN O'MALLEY                        d.  **The Fee** for Service was:    $60.00
    b. **Premier Legal Solutions**              e.  I am: (3)  registered California process server
      12 Cerrito                                    *(i)*   Independent Contractor
      Irvine, CA 92612                          *(ii)*  *Registration No.:*   1996
    c. 949-480-1182, FAX 949-480-1217            *(iii)*  *County:*            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Wed, Jun. 15, 2011*

                                              (SHAWN O'MALLEY)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | swenson.mcelroy.13484 |
|---|---|---|

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>·SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, SHAWN O'MALLEY, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ALICIA SILVA as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/25/11 | 12:00pm | Home | No Answer. No ligts on; Attempt made by: SHAWN O'MALLEY, Registration #1996 Orange County. Attempt at: 1005 W 19TH ST  Santa Ana CA 92706. |
| Sat | 05/28/11 | 6:00pm | Home | No Answer. No ligts on; Attempt made by: SHAWN O'MALLEY. Attempt at: 1005 W 19TH ST  Santa Ana CA 92706. |
| Wed | 06/01/11 | 12:00pm | Home | No Answer. No ligts on; SOMEONE APPEARED TO BE HOME. I COULD HEAR NOISE INSIDE THE RESIDENCE Attempt made by: SHAWN O'MALLEY. Attempt at: 1005 W 19TH ST  Santa Ana CA 92706. |
| Thu | 06/02/11 | 7:40am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: SHAWN O'MALLEY. Attempt at: 1005 W 19TH ST  Santa Ana CA 92706. |
| Fri | 06/03/11 | 8:35pm | Home | Substituted Service on: ALICIA SILVA Home - 1005 W 19TH ST Santa Ana, CA 92706 by Serving: MR SILVA - CO OCCUPANT HISP, M, 30YRS OLD, BLK HR, BRN EYES, 5'11, 185LBS Competent Member of the Household over 18. Served by: SHAWN O'MALLEY |
| Wed | 06/15/11 | | | Mailed copy of Documents to: ALICIA SILVA |

3. *Person Executing*
   a. SHAWN O'MALLEY
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was: $60.00
   e. I am:   (3) registered California process server
      (i)    Independent Contractor
      (ii)   *Registration No.:*      1996
      (iii)  *County:*                Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Wed, Jun. 15, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (SHAWN O'MALLEY)

swenson.mcelroy.13484

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

| 3. a. Party served: | RAMIRO SILVA |
|---|---|
| b. Person served: | MR SILVA - CO OCCUPANT<br>HISP, M, 30YRS, BLK HR, BRN EYES, 5'11, 185LBS |

| 4. Address where the party was served: | 1005 W 19TH ST<br>Santa Ana, CA  92706 |
|---|---|

5. I served the party:
   b. **by substituted service.**  On: Fri., Jun. 03, 2011 at: 8:35PM by leaving the copies with or in the presence of:
   MR SILVA - CO OCCUPANT
   HISP, M, 30YRS, BLK HR, BRN EYES, 5'11, 185LBS

   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20).  I mailed the document on: Wed., Jun. 15, 2011  from: TEMECULA CA

*7. Person Who Served Papers:*

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   a. SHAWN O'MALLEY
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

   d. *The Fee for Service was:*   $30.00
   e.  I am: (3)  registered California process server
       *(i)*   Independent Contractor
       *(ii)  Registration No.:*   1996
       *(iii) County:*   Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Jun. 15, 2011*

(SHAWN O'MALLEY)

swenson.mcelroy.13483

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

*Attorney for:* Plaintiff — *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, SHAWN O'MALLEY, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant RAMIRO  SILVA as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/25/11 | 12:00pm | Home | No Answer.  No ligts on; Attempt made by: SHAWN  O'MALLEY, Registration #1996 Orange County. Attempt at: 1005 W 19TH ST   Santa Ana CA 92706. |
| Sat | 05/28/11 | 6:00pm | Home | No Answer.  No ligts on; Attempt made by: SHAWN  O'MALLEY. Attempt at: 1005 W 19TH ST   Santa Ana CA 92706. |
| Wed | 06/01/11 | 12:00pm | Home | No Answer.  No ligts on; SOMEONE APPEARED TO BE HOME.  I COULD HEAR NOISE INSIDE THE RESIDENCE Attempt made by: SHAWN O'MALLEY. Attempt at: 1005 W 19TH ST   Santa Ana CA 92706. |
| Thu | 06/02/11 | 7:40am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: SHAWN  O'MALLEY. Attempt at: 1005 W 19TH ST   Santa Ana CA 92706. |
| Fri | 06/03/11 | 8:35pm | Home | Substituted Service on: RAMIRO  SILVA Home - 1005 W 19TH ST Santa Ana, CA 92706 by Serving: MR SILVA - CO OCCUPANT HISP, M, 30YRS, BLK HR, BRN EYES, 5'11, 185LBS Competent Member of the Household over 18. Served by: SHAWN  O'MALLEY |
| Wed | 06/15/11 | | | Mailed copy of Documents to: RAMIRO  SILVA |

3. *Person Executing*
   a. SHAWN  O'MALLEY
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** *for service was:* $30.00
   *e. I am:*   (3)  registered California process server
      *(i)*    Independent Contractor
      *(ii)   Registration No.:*      1996
      *(iii)  County:*               Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 15, 2011

AFFIDAVIT OF REASONABLE DILIGENCE   SHAWN  O'MALLEY

swenson.mcelroy.13483

*Attorney Pursuant to Family Codes 17212(b)(3) & (c)(6):*
CURTIS G. BERKEY  SCOTT W. WILLIAMS, Bar #195485 & 097966
ALEXANDER, BERKEY, WILLIAMS, & WEATHERS
2030 ADDISON STREET
SUITE 410
BERKELEY, CA  94704
*Telephone No:* 510.548.7070          *FAX No:* 510.548.7080

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Southern District Of California

*Plaintiff:* UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA ET AL
*Defendant:* FALLSBROOK PUBLIC UTILITY DISTRICT ET AL

*For Child Support Services Use Only*

| **Declaration of Address Pursuant To 17212 F.C.** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-CV-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; CAHUILLA BAND OF INDIANS SECOND AMENEDED COMPLAINT IN INTERVENTION, RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTEREVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

3. a. *Party served:*            LONE GERDA SIMPSON
   b. *Person served:*          party in item 3.a., White, Female, 45 Years Old, Blond Hair, Green Eyes, 5 Feet 8 Inches, 130 Pounds, Glasses

4. *Address where the party was served:*          6011 OLD MILL RD
                                                  FORESTHILL, CA  95631

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 16, 2011 (2) at: 12:45PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOSEPH ANDREW WILLMAN          d.  *The Fee for Service was:*  $128.00
   b. **AFFORDABLE LEGAL SERVICES**  e.  I am: (3) registered California process server
      664-A FREEMAN LANE #194, Registration # 02-03      *(i)*   Independent Contractor
      GRASS VALLEY, CA  95949                            *(ii)*  *Registration No.:*  2010-002
   c. 530-272-5463, FAX 530-272-5146                     *(iii)* *County:*  NEVADA
                                                          *(iv)*  *Expiration Date:*  Thu, Mar. 01, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:* Thu, Jun. 16, 2011

Judicial Council Form POS-010                Declaration of Address                        (JOSEPH ANDREW WILLMAN)   *mmvic.mccon.42581*
Rule 2.150.(a)&(b) Rev January 1, 2007       Pursuant To 17212 F.C.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| DVITALE@MMWCLAW.COM | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT. SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*  BARBARA STAR

*4. Address where the party was served:*  38680 BAILIFF RD
Anza, CA 92539

*5. I served the party:*
  a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 1:58PM

*7. **Person Who Served Papers:***
  a. Surya  Von Rosen
  **b. Premier Legal Solutions**
  12 Cerrito
  Irvine, CA  92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Cost Per CCP 1033.5(a)(4)(B)
  d. *The Fee for Service was:*  $85.00
  e. I am: (3) registered California process server
    *(i)*  Owner
    *(ii)  Registration No.:*  1505
    *(iii)  County:*  Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, May. 23, 2011

(Surya Von Rosen)
swenson.mcelroy.13464

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served:          S.W.R.L., Inc
   b. Person served:        Robyn Garrison - Registered Agent

4. Address where the party was served:    56070 Hwy 371
                                          Suite A
                                          Anza, CA 92539

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., May. 18, 2011 (2) at: 2:08PM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                          d.  **The Fee for Service was:**     $170.00
   b. **Premier Legal Solutions**               e.  I am: (3)  registered California process server
      12 Cerrito                                        (i)    Owner
      Irvine, CA 92612                                  (ii)   Registration No.:      1505
   c. 949-480-1182                                      (iii)  County:                Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, May. 25, 2011*

                                                                    (Surya  Von Rosen)
                                                                                swenson.mcelroy.13467

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:          Mindy Tam
   b. Person served:         Lillian Tam - Daughter

4. Address where the party was served:     154 W La Sierra Dr
                                           Arcadia, CA 91007

5. I served the party:
   b. by substituted service. On: Wed., Jun. 08, 2011 at: 9:43AM by leaving the copies with or in the presence of:
                                           Lillian Tam - Daughter
   (2) (Home)Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jun. 15, 2011 from: Temecula CA

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. C. F. Lundgren                        d. The Fee for Service was:   $30.00
   b. Premier Legal Solutions               e. I am: (3) registered California process server
      12 Cerrito                                  (i)  Owner
      Irvine, CA 92612                            (ii) Registration No.:   2849
   c. 949-480-1182, FAX 949-480-1217             (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jun. 15, 2011

                                                                                                    U

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE                    (C.F. Lundgren)     swenson.mcelroy.13514

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3. a. Party served:*      TAYLOR, BEAN & WHITAKER MORTGAGE CORP.
    *b. Person served:*      MARGARET WILSON - PROCESS SPECIALIST

*4. Address where the party was served:*      CT CORPORATION
         818 W 7TH ST
         Los Angeles, CA  90017

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
    process for the party (1) on: Mon., Jun. 06, 2011 (2) at: 2:30PM

*7. **Person Who Served Papers:***                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Bruce  Anderson             d.  *The Fee for Service was:*  $30.00
    b. **Premier Legal Solutions**       e.  I am: (3)  registered California process server
      12 Cerrito                        *(i)*  Owner
      Irvine, CA  92612               *(ii)*  *Registration No.:*   3991
    c. 949-480-1182, FAX 949-480-1217      *(iii)*  *County:*         Los Angeles

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Mon, Jun. 06, 2011*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | Ref. No. or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

*3.  a. Party served:*                    RODNEY THOMPSON

*4.  Address where the party was served:*     31979 ROSALES AVE
                                    MURRIETA, CA  92563

*5.  I served the party:*
   **a. by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Mon., May. 30, 2011 (2) at: 7:25AM

*7.  Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya Von Rosen              d.  **The Fee for Service was:**   $60.00
   **b. Premier Legal Solutions**     e.  I am: (3)  registered California process server
      12 Cerrito                        *(i)*   Owner
      Irvine, CA  92612                 *(ii)*  Registration No.:    1505
   c. 949-480-1182                      *(iii)* County:             Orange

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, May. 30, 2011*

PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE          (Surya  Von Rosen)          anctil.mcelroy.13216

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RODNEY THOMPSON as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 3:13pm | Home | No Answer. No ligts on; The defendants last name is on a Plaque Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 04/18/11 | 8:10pm | Home | No Answer. There was a Minivan in the driveway. Honda Passport Plate # 6PBX654 Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  Murrieta CA 92563. |
| Fri | 04/22/11 | 5:10pm | Home | No answer at address. Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 04/25/11 | 8:14am | Home | No answer at address. Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Thu | 04/28/11 | 3:00pm | Home | No answer at address. Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |

Page Number 1
U Date: Mon, May. 30, 2011                    **NON SERVICE/RETURN**                    anctil.mcelroy.13216

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*Ref. No or File No.:*

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/01/11 | 6:25pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside.The windows upstairs are open. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/04/11 | 8:00pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Sat | 05/07/11 | 7:30pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/11/11 | 7:32am | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Tue | 05/17/11 | 5:45pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/18/11 | 7:53pm | Home | The lights are on inside the residence.  Window is open upstairs.  The minivan is in the driveway.  A small dog is barking inside.  There was no answer Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 05/30/11 | 7:25am | Home | Personal Service on: RODNEY  THOMPSON Home - 31979 ROSALES AVE  MURRIETA, CA 92563  by Serving: party in item 3.a..  Served by: Surya  Von Rosen. |

3.  *Person Executing*
  a. Surya  Von Rosen
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA  92612
  c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.** *The Fee for service was:* $60.00
e. *I am:*  (3)  registered California process server
     (i)   Owner
     (ii)  Registration No.:  1505
     (iii)  County:    Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Mon, May. 30, 2011

Page Number 2

                     **NON SERVICE/RETURN**      (Surya/Von Rosen)

anctil.mcelroy.13216

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. a. Party served:                          ZUZANA THOMPSON

4. Address where the party was served:      31979 ROSALES AVE
                                            MURRIETA, CA  92563

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 30, 2011 (2) at: 7:25AM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Surya  Von Rosen                        d.  *The Fee for Service was:*   $30.00
   b. **Premier Legal Solutions**             e.  I am: (3)  registered California process server
      12 Cerrito                                      *(i)*   Owner
      Irvine, CA  92612                               *(ii)   Registration No.:*     1505
   c. 949-480-1182                                    *(iii)  County:*               Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Mon, May. 30, 2011*

<table>
<tr><td>Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007</td><td>PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE</td><td>(Surya  Von Rosen)<br>anctil.mcelroy.13215</td></tr>
</table>

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | |
| Attorney for: Plaintiff | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant ZUZANA  THOMPSON as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 3:13pm | Home | No Answer.  No ligts on; The defendants last name is on a Plaque Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 04/18/11 | 8:10pm | Home | No Answer.  There was a Minivan in the driveway. Honda Passport Plate # 6PBX654 Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Fri | 04/22/11 | 5:10pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 04/25/11 | 8:14am | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Thu | 04/28/11 | 3:00pm | Home | No answer at address.  Did not appear to be anyone home.; There is a small dog barking inside. Attempt made by: Surya  Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |

Page Number 1
Date: Mon, May. 30, 2011                    **NON SERVICE/RETURN**                    anctil.mcelroy.13215

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | |
| 1007 PEARL STREET | | |
| SUITE 220 | | |
| Boulder, co 80302 | | |
| Telephone No: 303-442-2021 | | |

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/01/11 | 6:25pm | Home | No answer at address. Did not appear to be anyone home.; There is a small dog barking inside. The windows upstairs are open. Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/04/11 | 8:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Sat | 05/07/11 | 7:30pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/11/11 | 7:32am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Tue | 05/17/11 | 5:45pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Wed | 05/18/11 | 7:53pm | Home | The lights arc on inside the residence. Window is open upstairs. The minivan is in the driveway. A small dog is barking inside. There was no answer Attempt made by: Surya Von Rosen. Attempt at: 31979 ROSALES AVE  MURRIETA CA 92563. |
| Mon | 05/30/11 | 7:25am | Home | Personal Service on: ZUZANA THOMPSON Home - 31979 ROSALES AVE MURRIETA, CA 92563 by Serving: party in item 3.a.. Served by: Surya Von Rosen |

3.  *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $30.00
*e. I am:* (3) registered California process server
    *(i)* Owner
    *(ii) Registration No.:* 1505
    *(iii) County:* Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 30, 2011

Page Number 2

**NON SERVICE/RETURN**          (Surya Von Rosen)

anctil.mcelroy.13215

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. *a. Party served:*  **DON WONG**
   *b. Person served:*  Olga Wong - Spouse

4. *Address where the party was served:*  12541 HAVELOCK AVE
   Mar Vista, CA 90066

5. *I served the party:*
   **b. by substituted service.** On: Thu., Jun. 09, 2011 at: 7:40AM by leaving the copies with or in the presence of:
   Olga Wong - Spouse
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Mon., Jun. 13, 2011 from: Temecula CA

7. *Person Who Served Papers:*
   a. H. Yassine
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $30.00
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*  2559
      *(iii) County:*  Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Jun. 15, 2011*

U

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL CASE**

(H. Yassine)

swenson.mcelroy.13498

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, H. Yassine, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant DON WONG as follows:

2. Documents:   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 06/07/11 | 7:00pm | Home | No Answer.  No ligts on; Attempt made by: H. Yassine, Registration #2559 Los Angeles County. Attempt at: 12541 HAVELOCK AVE   Mar Vista CA 90066. |
| Wed | 06/08/11 | 11:40am | Home | No Answer.  No ligts on; Attempt made by: H. Yassine. Attempt at: 12541 HAVELOCK AVE  Mar Vista CA 90066. |
| Thu | 06/09/11 | 7:40am | Home | Substituted Service on: DON  WONG Home - 12541 HAVELOCK AVE Mar Vista, CA 90066  by Serving: Olga Wong - Spouse Competent Member of the Household over 18. Served by: H. Yassine |
| Mon | 06/13/11 | | | Mailed copy of Documents to: DON  WONG |

3. *Person Executing*
   a. H. Yassine
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
**e. I am:**  (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)  Registration No.:*   2559
   *(iii)  County:*   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 15, 2011

AFFIDAVIT OF REASONABLE DILIGENCE    (H. Yassine)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>DVITALE@MMWCLAW.COM<br>*Attorney for:* Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br> U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

3. *a. Party served:*                    OLGA WONG

4. *Address where the party was served:*      12541 HAVELOCK AVE
                                            Mar Vista, CA 90066

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 09, 2011 (2) at: 7:40AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. H. Yassine                                 d. *The Fee for Service was:*    $30.00
   b. **Premier Legal Solutions**               e. I am: (3) registered California process server
      12 Cerrito                                    *(i)* Independent Contractor
      Irvine, CA 92612                              *(ii) Registration No.:*     2559
   c. 949-480-1182, FAX 949-480-1217               *(iii) County:*             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Jun. 15, 2011*

U

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (H. Yassine)<br>swenson.mcelroy.13497 |
|---|---|---|

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br>DVITALE@MMWCLAW.COM<br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Cahuilla Band Of Indians' Second Amended Complaint; Instructions For Future Filing And Service Of Documents

3. a. Party served:        GUILLERMINA YOUNG
   b. Person served:        William Eath - Husband

4. Address where the party was served:        1346 2 221ST ST
         Torrance, CA 90501

5. I served the party:
   b. **by substituted service.** On: Mon., Jun. 06, 2011 at: 8:06PM by leaving the copies with or in the presence of:
         William Eath - Husband
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jun. 15, 2011 from: Temecula, CA

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GABRIELA MELENDEZ
   b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   d. **The Fee for Service was:**    $30.00
   e. I am: (3) registered California process server
        (i)   Independent Contractor
        (ii)   Registration No.:     5644
        (iii)   County:        Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jun. 15, 2011

Judicial Council Form           PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL CASE      (GABRIELA MELENDEZ)
                                                         swenson.mcelroy.13479

**PROOF OF SERVICE**
**ACKNOWLEDGMENT FORMS**

| | | |
|---|---|---|
| 1 | DANIEL | BAILEY |
| 2 | AORAWARN | EURPONGPAN |
| 3 | VIRGINIA | GARBUTT |
| 4 | BERNIE | MARTIN |
| 5 | CHRISTIN | MAY |
| 6 | RAYMOND | WALKER |
| 7 | STEPHANIE | WALKER |
| 8 | DENNIS | YAW |

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
7   Tel:  303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9   *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15          **IN THE UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  UNITED STATES OF AMERICA,           )   Case No. 51-cv-1247-GT-RBB
                                        )
18          Plaintiff,                  )
                                        )   **PROOF OF SERVICE -**
19  RAMONA BAND OF CAHUILLA,            )   **ACKNOWLEDGMENT OF SERVICE**
    CAHUILLA BAND OF INDIANS,           )
20  federally recognized Indian tribes, )
                                        )
21          Plaintiffs in Intervention, )   Hon. Gordon Thompson, Jr.
                                        )
22          v.                          )
                                        )
23  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, a public service corporation )
24  of the State of California, et al., )
                                        )
25          Defendants.                 )
                                        )
26

27

28


Proof of Service - Acknowledgment of Service                    Case No. 51-cv-1247

TO:    DANIEL BAILEY

## NOTICE

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure.  Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity.  In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons.  If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:        May 25, 2011

_____
Martha Morales
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

Summons (two copies), one copy of the Cahuilla Band of Indians' Second Amended Complaint in Intervention (Mar. 30, 2009), one copy of the Ramona Band of Cahuilla's Second Amended Complaint in Intervention (Mar. 30, 2009), and one copy of the Instructions for Future Filing and Service of Documents (Apr. 14, 2010).

At the following address:        38040 WHITMORE ROAD
                                 ANZA, CA 92539

**(To be completed by recipient):**

Date this form is signed:

_____
Daniel Bailey
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
PERSON OR ENTITY)

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
7   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9   *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  UNITED STATES OF AMERICA,            )     Case No. 51-cv-1247-GT-RBB
                                         )
18          Plaintiff,                   )
                                         )         **PROOF OF SERVICE**
19  RAMONA BAND OF CAHUILLA,             )     **ACKNOWLEDGMENT OF SERVICE**
    CAHUILLA BAND OF INDIANS,            )
20  federally recognized Indian tribes,  )
                                         )
21          Plaintiffs in Intervention,  )     Hon. Gordon Thompson, Jr.
                                         )
22          v.                           )
                                         )
23  FALLBROOK PUBLIC UTILITY             )
    DISTRICT, a public service corporation )
24  of the State of California, et al.,  )
                                         )
25          Defendants.                  )
                                         )
26  _____ )

27

28  **TO:    Aorawarn Eurpongpan**
            11174 Bertha Place
            Cerritos, CA  90703

**NOTICE**

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: May 12, 2011

Daryl Ann Vitale, Legal Assistant

_____          _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of the Summons (two copies), one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010).

At the following address: 1174 Bertha Place, Cerritos, CA 90703

**(To be completed by recipient):**

Date this form is signed:  **5/24/2011**

APRAWARN EURPONGPAN          _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,        (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
ON WHOSE BEHALF THIS FORM IS SIGNED)                                   TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
                                                                                                 PERSON OR ENTITY)

1    Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP, L.L.P.
2    1140 S. Coast Hwy 101
     Encinitas, California 92024
3    Tel: 760-942-8505, Fax: 760-942-8515
     marco@coastlawgroup.com
4
     Scott B. McElroy (Pro Hac Vice)
5    M. Catherine Condon (Pro Hac Vice)
     McELROY, MEYER, WALKER & CONDON, P.C.
6    1007 Pearl Street, Suite 220
     Boulder, Colorado  80302
7    Tel:  303-442-2021, Fax: 303-444-3490
     sbmcelroy@mmwclaw.com
8    ccondon@mmwclaw.com
     *Attorneys for Plaintiff in Intervention,*
9    *the Cahuilla Band of Indians*

10   Curtis G. Berkey
     ALEXANDER, BERKEY, WILLIAMS
11   & WEATHERS, L.L.P.
     2030 Addison Street, Suite 410
12   Berkeley, CA 94704
     Tel: 510-548-7070, Fax: 510-548-7080
13   cberkey@abwwlaw.com
     *Attorney for Plaintiff in Intervention*
14   *the Ramona Band of Cahuilla*

15              **IN THE UNITED STATES DISTRICT COURT**
                 **SOUTHERN DISTRICT OF CALIFORNIA**
16

17   UNITED STATES OF AMERICA,       )     Case No. 51-cv-1247-GT-RBB
                                      )
18        Plaintiff,                  )
                                      )
19   RAMONA BAND OF CAHUILLA,         )          **PROOF OF SERVICE**
     CAHUILLA BAND OF INDIANS,        )     **ACKNOWLEDGMENT OF SERVICE**
20   federally recognized Indian tribes, )
                                      )
21        Plaintiffs in Intervention, )
                                      )     Hon. Gordon Thompson, Jr.
22        v.                          )
                                      )
23   FALLBROOK PUBLIC UTILITY         )
     DISTRICT, a public service corporation )
24   of the State of California, et al., )
                                      )
25        Defendants.                 )
                                      )
26

27   **TO:    Virginia Garbutt**
28          45073 Tomlyn Way
            Indio, CA  92201


Proof of Service - Acknowledgment of Service                    Case No. 51-cv-1247

**NOTICE**

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: May 12, 2011

Daryl Ann Vitale, Legal Assistant
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of the Summons, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010).

At the following address: 45073 Tomlyn Way, Indio, CA 92201

(To be completed by recipient):

Date this form is signed: _6 -9 -11_

VIRGINIA GARBUTT
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
PERSON OR ENTITY)

Proof of Service - Acknowledgment of Service

Case No. 51-cv-1247

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
7   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9     *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14    *the Ramona Band of Cahuilla*

15          **IN THE UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                       )
18          Plaintiff,                 )
                                       )   **PROOF OF SERVICE -**
19  RAMONA BAND OF CAHUILLA,           )   **ACKNOWLEDGMENT OF SERVICE**
    CAHUILLA BAND OF INDIANS,          )
20  federally recognized Indian tribes,)
                                       )
21          Plaintiffs in Intervention, )   Hon. Gordon Thompson, Jr.
                                       )
22          v.                         )
                                       )
23  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
24  of the State of California, et al.,  )
                                       )
25          Defendants.                )
                                       )
26

27

28

TO:    DEBORAH KNIGHT

## NOTICE

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:          April 20, 2011

Martha Morales
(TYPE OR PRINT NAME)

_(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)_

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

Summons (two copies), one copy of the Cahuilla Band of Indians' Second Amended Complaint in Intervention (Mar. 30, 2009), one copy of the Ramona Band of Cahuilla's Second Amended Complaint in Intervention (Mar. 30, 2009), and one copy of the Instructions for Future Filing and Service of Documents (Apr. 14, 2010).

At the following address:          82230 E. Solar Ct.
                                   Indio, CA 92201

**(To be completed by recipient):**

Date this form is signed: 4/26/11

Deborah Knight
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_Deborah A. Knight_
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
PERSON OR ENTITY)

Proof of Service - Acknowledgment of Service          1          Case No. 51-cv-1247

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
4
    Scott B. McElroy (Pro Hac Vice)
5   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
6   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
7   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
8   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
9     *the Cahuilla Band of Indians*

10  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
11    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
12  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
13  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
14    *the Ramona Band of Cahuilla*

15          **IN THE UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
16

17  UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                       )
18          Plaintiff,                 )
                                       )
19  RAMONA BAND OF CAHUILLA,           )        **PROOF OF SERVICE**
    CAHUILLA BAND OF INDIANS,          )   **ACKNOWLEDGMENT OF SERVICE**
20  federally recognized Indian tribes,)
                                       )
21          Plaintiffs in Intervention,)
                                       )   Hon. Gordon Thompson, Jr.
22          v.                         )
                                       )
23  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
24  of the State of California, et al.,)
                                       )
25          Defendants.                )
                                       )
26  _____)

27
    **TO:   Bernie Martin**
28        413 Altamont St.
          Charlottesville, VA  22902

**NOTICE**

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: May 23, 2011

Daryl Ann Vitale, Legal Assistant

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of the Summons (two copies), one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010).

At the following address: 413 Altamont St., Charlottesville, VA 22902

**(To be completed by recipient):**

Date this form is signed: JUNE 03, 2011

C BERNARD MARTIN
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
PERSON OR ENTITY)

Proof of Service - Acknowledgment of Service

Case No. 51-cv-1247

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| Plaintiffs in Intervention, | |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

TO:   CHRISTIN MAY

## NOTICE

The summons and other documents identified below are being served pursuant to Section 415.30 of the California

Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing

shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any

expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other

entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of

process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person

authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the

California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the

acknowledgment of receipt below.

Date of mailing:        April 21, 2011

Martha Morales
(TYPE OR PRINT NAME)

_Ulutth Morel_
(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

Summons (two copies), one copy of the Cahuilla Band of Indians' Second Amended Complaint in Intervention (Mar. 30, 2009), one copy of the Ramona Band of Cahuilla's Second Amended Complaint in Intervention (Mar. 30, 2009), and one copy of the Instructions for Future Filing and Service of Documents (Apr. 14, 2010).

At the following address:        49605 Coachman Ct.
                                 Aguanga, CA 92536

**(To be completed by recipient):**

Date this form is signed:

Christin May
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Proof of Service - Acknowledgment of Service          1          Case No. 51-cv-1247

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
& WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
*the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, | **ACKNOWLEDGMENT OF SERVICE** |
| CAHUILLA BAND OF INDIANS, | |
| federally recognized Indian tribes, | |
| Plaintiffs in Intervention, | Hon. Gordon Thompson, Jr. |
| v. | |
| FALLBROOK PUBLIC UTILITY | |
| DISTRICT, a public service corporation | |
| of the State of California, et al., | |
| Defendants. | |

**TO:   Raymond Walker**
7525 Fedalia St Apt. C
Fort Stewart, GA 31315

**NOTICE**

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:  May 23, 2011

Daryl Ann Vitale, Legal Assistant

_____
(TYPE OR PRINT NAME)

_Daryl Ann Vitale_

_____
(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of the Summons (two copies), one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010).

At the following address:  7525 Fedalia St Apt. C, Fort Stewart, GA  31315

(To be completed by recipient):

Date this form is signed: _19  JUN  11_

_RAYMOND  WALKER_

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_Raymond W Walker_

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
PERSON OR ENTITY)

Proof of Service - Acknowledgment of Service                    Case No. 51-cv-1247

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention.*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>    Plaintiffs in Intervention,<br><br>    v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>    Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br>**ACKNOWLEDGMENT OF SERVICE**<br><br>Hon. Gordon Thompson, Jr. |

**TO:    Stephanie Walker**
         7525 Fedalia St Apt. C
         Fort Stewart, GA  31315

**NOTICE**

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure.  Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity.  In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons.  If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:  May 23, 2011

Daryl Ann Vitale, Legal Assistant

_(TYPE OR PRINT NAME)_                  _(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)_

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of the Summons (two copies), one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010).

At the following address:   7525 Fedalia St Apt. C, Fort Stewart, GA  31315

**(To be completed by recipient):**

Date this form is signed: 19 Jun 11

_Stephanie N. Walker_

_(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,_      _(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH_
_ON WHOSE BEHALF THIS FORM IS SIGNED)_                    _TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER_
_                                                         PERSON OR ENTITY)_

Proof of Service - Acknowledgment of Service                     Case No. 51-cv-1247

1    Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP, L.L.P.
2    1140 S. Coast Hwy 101
     Encinitas, California 92024
3    Tel: 760-942-8505, Fax: 760-942-8515
     marco@coastlawgroup.com
4

5    Scott B. McElroy (Pro Hac Vice)
     M. Catherine Condon (Pro Hac Vice)
     McELROY, MEYER, WALKER & CONDON, P.C.
6    1007 Pearl Street, Suite 220
     Boulder, Colorado  80302
7    Tel:  303-442-2021, Fax: 303-444-3490
     sbmcelroy@mmwclaw.com
8    ccondon@mmwclaw.com
     *Attorneys for Plaintiff in Intervention,*
9      *the Cahuilla Band of Indians*

10   Curtis G. Berkey
     ALEXANDER, BERKEY, WILLIAMS
11     & WEATHERS, L.L.P.
     2030 Addison Street, Suite 410
12   Berkeley, CA 94704
     Tel: 510-548-7070, Fax: 510-548-7080
13   cberkey@abwwlaw.com
     *Attorney for Plaintiff in Intervention*
14     *the Ramona Band of Cahuilla*

15        **IN THE UNITED STATES DISTRICT COURT**
          **SOUTHERN DISTRICT OF CALIFORNIA**
16

17   UNITED STATES OF AMERICA,    )   Case No. 51-cv-1247-GT-RBB

18       Plaintiff,          )

19   RAMONA BAND OF CAHUILLA,   )   **PROOF OF SERVICE -**
     CAHUILLA BAND OF INDIANS,    )   **ACKNOWLEDGMENT OF SERVICE**
20   federally recognized Indian tribes,   )

21       Plaintiffs in Intervention,   )   Hon. Gordon Thompson, Jr.

22       v.            )

23   FALLBROOK PUBLIC UTILITY   )
     DISTRICT, a public service corporation )
24   of the State of California, et al.,   )

25       Defendants.      )

26

27

28

TO:   DENNIS YAW

## NOTICE

The summons and other documents identified below are being served pursuant to Section 415.30 of the California

Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing

shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any

expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other

entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of

process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person

authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the

California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the

acknowledgment of receipt below.

Date of mailing:        April 21, 2011


Martha Morales
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)


## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

Summons (two copies), one copy of the Cahuilla Band of Indians' Second Amended Complaint
in Intervention (Mar. 30, 2009), one copy of the Ramona Band of Cahuilla's Second Amended
Complaint in Intervention (Mar. 30, 2009), and one copy of the Instructions for Future Filing and
Service of Documents (Apr. 14, 2010).

At the following address:        P.O. Box 390046
                                 Anza, CA 92539

(To be completed by recipient):

Date this form is signed: 4-26-11

DENNIS YAW
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
ON WHOSE BEHALF THIS FORM IS SIGNED)                          TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
                                                             PERSON OR ENTITY)

Proof of Service - Acknowledgment of Service        1            Case No. 51-cv-1247

**Waivers**

1 Jackie          Martin

1      I, or the entity I represent, agree to save the expense of serving a summons and additional

2  copies of the seconded amended complaints in this lawsuit.

3      I understand that I, or the entity I represent, will keep all defenses or objections to the

4  lawsuit, the court's jurisdiction, the venue of the action, and the water rights claims of the

5  Cahuilla Band of Indians and the Ramona Band of Cahuilla, but that I waive any objections to

6  the absence of a summons or of service.

7      I also understand that I, or the entity I represent, am not required to file and serve an

8  answer or a motion under Rule 12 until such time as ordered by the Court. *Order Granting Joint*

9  *Motion to Extend Time for Filing Answers to Second Amended Complaints* (July 22, 2009). If I

10  fail to file and serve an answer or motion on the date ordered by the Court, or do not obtain an

11  extension of time within which to do so, a default judgment will be entered against me or the

12  entity I represent.

13  Dated   2-12-2011

Signature

*Jackie Martin*
Printed Name

---

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States **will be required to pay the expenses of service unless the defendant shows good cause for its failure to sign and return the waiver.**

"Good cause" does not include a belief that the complaint is groundless, or that the lawsuit has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. If the waiver is signed and returned, you can still make these and all other defenses or objections, but you cannot object to the absence of a summons or of service.

Following the waiver of service, the Court will set a deadline for your obligation to file an answer or motion under Rule 12. You have no obligation to respond until the Court sets the deadline. You will be notified when the Court sets the deadline. If you fail to file an answer or motion on the date ordered by the Court, or fail to obtain an extension of time to respond, a default judgment may be entered against you.

---

**CERTIFIED MAIL - OUT OF STATE**

| | | |
|---|---|---|
| 1 | CECELIA | COLE |
| 2 | ALLISON | CORNELL |
| 3 | JAMES | HIX |
| 4 | PAUL | HOLLENBECK |
| 5 | STEPHANIE | HOLLENBECK |
| 6 | VENUS | LOZANO |
| 7 | | RITE PROPERTIES INC |
| 8 | STEVEN | WATTS |

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | Hearing Date: No Hearing Date Set |
| | Time:          2:00 p.m. |
| | Courtroom:   8 |
| Plaintiffs in Intervention, | |
| | Hon. Gordon Thompson, Jr. |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Proof of Service

I, the undersigned, declare as follows:

1.  At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.  On May 25, 2011, I sent, via United States certified mail, *see* Exhibit A, one copy of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Cecelia J. Cole at the following address: 592 County Road 281, Woodland Park, Colorado 80863.

3.  As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient or her agent on June 7, 2011.

4.  Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.  The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.  I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 14th day of ___June___, 2011.


Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CECELIA JO COLE
592 COUNTY ROAD 281
WOODLAND PARK, CO 80863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name ) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. A
   O    7011 0470 0003 7288 3911

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

7011 0470 0003 7288 3911

CECELIA JO COLE
592 COUNTY ROAD 281
WOODLAND PARK, CO 80863



UNITED STATES POSTAGE
$ 006.430
02 1P
00044 23485 MAY 25 2011
MAILED FROM ZIP CODE 80302

**EXHIBIT**

A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CECELIA JO COLE
592 COUNTY ROAD 281
WOODLAND PARK, CO 80863

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( *Printed Name*)      C. Date of Delivery
                                       6-7-11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   7011 0470 0003 7288 3911

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

tabbies

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 51-cv-1247-GT-RBB |
| Plaintiff,          ) | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA,          ) | Hearing Date: No Hearing Date Set |
| CAHUILLA BAND OF INDIANS,          ) | Time:          2:00 p.m. |
| federally recognized Indian tribes,          ) | Courtroom:    8 |
| Plaintiffs in Intervention,          ) | Hon. Gordon Thompson, Jr. |
| v.          ) | |
| FALLBROOK PUBLIC UTILITY          ) | |
| DISTRICT, a public service corporation  ) | |
| of the State of California, et al.,          ) | |
| Defendants.          ) | |

Proof of Service

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On February 15, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Allison Cornell at the following address: 5107 13th Street, Washington, D.C. 20011.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on March 2, 2011.

4. Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5. The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 21st day of March, 2011.

Signature: _Daryl Ann Vitale_

Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

ALISON CORNELL
5107 13TH STREET
WASHINGTON. D.C. 20011

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number        7008 1140 0003 3670 5735

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

7008 1140 0003 3670 5735

ALISON CORNELL
5107 13TH STREET
WASHINGTON, DC 20011





02 1P
0004423485   FEB 15 2011
MAILED FROM ZIP CODE 80302
$ 005.98⁰

**EXHIBIT**

A

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Allison Cornell    B. Date of Delivery 3-2-11 <br> C. Signature X _____ □ Agent □ Addressee |
| 1. Article Addressed to: <br><br> ALISON CORNELL <br> 5107 13TH STREET <br> WASHINGTON, D.C. 20011 | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: □ No <br><br> *[postmark: LAMOND RIGGS STATION WASHINGTON MAR]* <br><br> 3. Service Type <br> ☑ Certified Mail □ Express Mail <br> □ Registered □ Return Receipt for Merchandise <br> □ Insured Mail □ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)* □ Yes |
| 2. Article №   7008 1140 0003 3670 5735 | |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

**EXHIBIT**

B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
 *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
 *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GT-RBB |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | Hearing Date: No Hearing Date Set<br>Time:          2:00 p.m.<br>Courtroom:    8 |
| Plaintiffs in Intervention, | Hon. Gordon Thompson, Jr. |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Proof of Service                                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On March 23, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant James Hix at the following address: Box 665, Kahuku, HI.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on March 29, 2011.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 26th day of _____April_____, 2011.


Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

JAMES HIX
BOX 665
KAHUKU, HI 92539

I. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

7009 3410 0000 6482 6442

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

7009 3410 0000 6482 6442

JAMES HIX
BOX 665
KAHUKU, HI 92539



UNITED STATES POSTAGE
$ 006.490
02 1P
0004423485   MAR 23 201
MAILED FROM ZIP CODE 8030



tabbles®

EXHIBIT
A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES HIX
BOX 665
KAHUKU, HI 92539

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 2 9 201

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. 7009 3410 0000 6482 6442

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT
B

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
 *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
 *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>          Plaintiffs in Intervention,<br><br>          v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>                  Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:            2:00 p.m.<br>Courtroom:     8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On March 23, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Paul Hollenbeck at the following address: 1660 Lakeside Drive E #305, Bullhead City, AZ  86442.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on March 25, 2011.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 28th day of _____April_____, 2011.


Signature: _Daryl Ann Vitale_____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAUL HOLLENBECK
1660 LAKESIDE DR E #305
BULLHEAD CITY, AZ 86442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
(*Transfer from*)    7009 3410 0000 6482 6473

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

7009 3410 0000 6482 6473

PAUL HOLLENBECK
1660 LAKESIDE DR E #305
BULLHEAD CITY, AZ 86442



UNITED STATES POSTAGE
$006.490
02 1P
0004423485
MAILED FROM ZIP CODE 80302
MAR 23 2011



tabbies®

EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAUL HOLLENBECK
1660 LAKESIDE DR E #305
BULLHEAD CITY, AZ 86442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☒ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery  3-25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from :   7009 3410 0000 6482 6473

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com

5

    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10    *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                       )
19          Plaintiff,                 )
                                       )   **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS,          )   Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes, )   Time:         2:00 p.m.
                                       )   Courtroom:    8
22          Plaintiffs in Intervention, )
                                       )   Hon. Gordon Thompson, Jr.
23          v.                         )
                                       )
24  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
25  of the State of California, et al., )
                                       )
26          Defendants.                )
    _____)
27

28

    Proof of Service                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On March 23, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Stephanie Hollenbeck at the following address: 1660 Lakeside Drive E #305, Bullhead City, AZ 86442.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on March 25, 2011.

4. Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5. The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6. I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 28th day of April, 2011.

Signature: _Daryl Ann Vitale_
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEPHANIE HOLLENBECK
1660 LAKESIDE DR E #305
BULLHEAD CITY, AZ  86442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from*   7009 3410 0000 6482 6480

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

7009 3410 0000 6482 6480

STEPHANIE HOLLENBECK
1660 LAKESIDE DR E #305
BULLHEAD CITY, AZ  86442

UNITED STATES POSTAL SERVICE
02-1P   PITNEY BOWES
0004423465  MAR 23 2011
MAILED FROM ZIP CODE 80302
$ 006.49⁰

EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEPHANIE HOLLENBECK
1660 LAKESIDE DR E #305
BULLHEAD CITY, AZ  86442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☑ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                3-25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer fror.   7009 3410 0000 6482 6480

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT
B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
8   Tel:  303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10    *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )    Case No. 51-cv-1247-GT-RBB
                                       )
19          Plaintiff,                 )
                                       )    **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS,          )    Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes,)    Time:        2:00 p.m.
                                       )    Courtroom:    8
22          Plaintiffs in Intervention,)
                                       )    Hon. Gordon Thompson, Jr.
23          v.                         )
                                       )
24  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
25  of the State of California, et al., )
                                       )
26          Defendants.                )
    _____)
27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On May 25, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Venus Lozano at the following address: 446 PSC 836 BOX 446 FPO AE 09636-0400.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on June 14, 2011.

4.    Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.    The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 15th day of _____ July _____, 2011.


Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

1007 Pearl St., Suite 220
Boulder, Colorado 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VENUS LOZANO
446 PSC 836 BOX 446 FPO
AE 09636-0400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer    7011 0470 0003 7288 3904

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7011 0470 0003 7288 3904

VENUS LOZANO
446 PSC 836 BOX 446 FPO
AE 09636-0400



EXHIBIT

A



UNITED STATES POSTAGE
02  1P  $
0004423485  M
MAILED FROM ZIP

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
LOZANO, VENUS          14 JUN 11

1. Article Addressed to:

VENUS LOZANO
446 PSC 836 BOX 446 FPO
AE 09636-0400

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article N
   (Transfer       7011 0470 0003 7288 3904

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**EXHIBIT**

tabbies®   B

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10    *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16           **IN THE UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,           )   Case No. 51-cv-1247-GT-RBB
                                        )
19          Plaintiff,                  )
                                        )   **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,            )
    CAHUILLA BAND OF INDIANS,           )   Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes, )   Time:
                                        )   Courtroom:    8
22          Plaintiffs in Intervention, )
                                        )   Hon. Gordon Thompson, Jr.
23          v.                          )
                                        )
24  FALLBROOK PUBLIC UTILITY            )
    DISTRICT, a public service corporation )
25  of the State of California, et al., )
                                        )
26          Defendants.                 )
    _____ )
27

28

    Proof of Service                                  Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On June 15, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Rite Properties, Inc. at the following address for its registered agent:  The Corporation Place, 601 E. Charleston Blvd. #100, Las Vegas, NV 89104.

3.    As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above and signed for by an agent for the registered agent on June 17, 2011.

4.    The above-described manner of service complies with Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure, which authorizes service upon domestic corporations "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process."

5.    I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 21st day of June, 2011.

Signature: *Daryl Ann Vitale*
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE CORPORATION PLACE
601 E CHARLESTON BLVD #100
LAS VEGAS, NV 89104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(Transfer ...)   7011 0470 0003 7288 4116

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

7011 0470 0003 7288 4116

CERTIFIED MAIL™

McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
A Professional Corporation
1007 PEARL STREET, SUITE 220   BOULDER, COLORADO 80302

THE CORPORATION PLACE
601 E CHARLESTON BLVD #100
LAS VEGAS, NV 89104



UNITED STATES POSTAGE
$ 006.43⁰
02 1P
000 4423465   JUN 15 2011
PITNEY BOWES
MAILED FROM ZIP CODE 80302

**EXHIBIT**

A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE CORPORATION PLACE
601 E CHARLESTON BLVD #100
LAS VEGAS, NV  89104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   (Transfer          7011 0470 0003 7288 4116

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

tabbies®   *B*

1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
8   Tel: 303-442-2021, Fax: 303-444-3490
    sbmcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10     *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12     & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15     *the Ramona Band of Cahuilla*

16          **IN THE UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )   Case No. 51-cv-1247-GT-RBB
                                       )
19          Plaintiff,                 )
                                       )   **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS,          )   Hearing Date: No Hearing Date Set
21  federally recognized Indian tribes, )  Time:           2:00 p.m.
                                       )   Courtroom:    8
22          Plaintiffs in Intervention, )
                                       )   Hon. Gordon Thompson, Jr.
23          v.                         )
                                       )
24  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
25  of the State of California, et al.,  )
                                       )
26          Defendants.                )
    _____)
27

28

    Proof of Service                                    Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.     At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.     On July 6, 2011, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to Defendant Steven Watts at the following address: 581 Downing Street, Denver, CO 80209.

3.     As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above, was actually received by the addressee or a resident therein, and signed for by said recipient on July 7, 2011.

4.     Rule 4(e)(1) of the Federal Rules of Civil Procedure authorizes service of individuals within the United States in accordance with state law.

5.     The above-described manner of service complies with section 415.40 of the California Civil Procedure Code, which authorizes service on individuals outside the State of California "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt."

6.     I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 15th day of _____Juley_____, 2011.


Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**2. Article**

7011 0470 0003 7286 4323

**4. Restricted Delivery?** (Extra Fee)    ☐ Yes

**3. Service Type**
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

**1. Article Addressed to:**

Steven C. Watts
581 S. Downing St.
Denver, CO 80209

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

C. Date of Delivery    E. Received by ( Printed Name )

☐ Agent
☐ Addressee

**A. Signature**
X

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

---

McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
A Professional Corporation

1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302

Steven C. Watts
581 S. Downing St.
Denver, CO 80209



02 1P
0004423485  JUL 06 2011
MAILED FROM ZIP CODE 80302

UNITED STATES POSTAGE
$ 006.630
PITNEY BOWES

**EXHIBIT**

A

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Steven C. Watts<br>581 S. Downing St.<br>Denver, CO 80209 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>JUL -7 2011 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article (Trans | 7011 0470 0003 7288 4123 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M



EXHIBIT

B

tables'