## Motions
3:51-cv-01247-GT -RBB United States of America v. Fallbrook Public Utility District
STAYED

### U.S. District Court

### Southern District of California

#### Notice of Electronic Filing

The following transaction was entered by McElroy, Scott on 7/22/2011 at 1:00 PM PDT and filed on 7/22/2011

**Case Name:**      United States of America v. Fallbrook Public Utility District
**Case Number:**    3:51-cv-01247-GT -RBB
**Filer:**          Cahuilla Band of Indians
**Document Number:** 5315

Docket Text:
**Joint MOTION for Order *to Allow Service of Process on Certain Defendants by Publication* by Cahuilla Band of Indians. (Attachments: # (1) Memo of Points and Authorities, # (2) Affidavit Affidavit of Daryl Ann Vitale Re Efforts to Locate Certain Defendants in Order to Serve Process Upon Them, # (3) Appendix 1, # (4) Exhibit A, # (5) Exhibit B, # (6) Exhibit C Part 1, # (7) Exhibit C Part 2, # (8) Exhibit C Part 3, # (9) Exhibit C Part 4, # (10) Exhibit D Part 1, # (11) Exhibit D Part 2, # (12) Exhibit E, # (13) Affidavit Affidavit of martha Morales Re Efforts to Locate Certain Defendants in Order to Serve Process Upon Them)(McElroy, Scott)**

### 3:51-cv-01247-GT -RBB Notice has been electronically mailed to:

Alice E. Walker    awalker@mmwclaw.com, dvitale@mmwclaw.com

B. Tilden Kim    tkim@rwglaw.com, lpomatto@rwglaw.com

Bill J Kuenzinger    bkuenzinger@bdasports.com, rjones@bhsmck.com

Charles W Binder    cwbinder@smrwm.org

Curtis G Berkey    cberkey@abwwlaw.com, mmorales@abwwlaw.com

Daniel E. Steuer    dsteuer@mmwclaw.com, dvitale@mmwclaw.com

Daniel J Goulding    mholt@qualityloan.com, asoderberg@qualityloan.com, QLSLitigation@qualityloan.com

David Leventhal    davelevlaw@yahoo.com

David Philip Colella    dcolella@flsd.com

Donald R Timms    dontimms@san.rr.com

F Patrick Barry    patrick.barry@usdoj.gov

Gary D Leasure    gleasure@garydleasure.com

George Chakmakis    george@chakmakislaw.com

Gerald (Jerry) Blank    gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

Harry Campbell Carpelan    hcarpelan@redwineandsherrill.com

James B Gilpin    james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lisa.grennon@bbklaw.com

James Michael Powell    jpowellesq@gmail.com, info@mydebtorlaw.com

John A Karaczynski    jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com

John Christopher Lemmo    jl@procopio.com, laj@procopio.com

Jonathan M Deer    jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

Kevin Patrick Sullivan    ksullivan@sanlawyers.com, kstanis@sanlawyers.com

Linda Caldwell    goforthvillage2@yahoo.com

M. Catherine Condon    ccondon@mmwclaw.com, dvitale@mmwclaw.com

Marco Antonio Gonzalez    marco@coastlawgroup.com, sara@coastlawgroup.com

Marilyn H Levin    marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Mark L Brandon    mbrandon@brandon-law.com, dslack@brandon-law.com

Mary L Fickel    mfickel@sampsonlaw.net, bsampson@sampsonlaw.net

Matthew L Green    matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

Michele A Staples    mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com

Patricia Grace Rosenberg    prosenberg@hnattorneys.com

Peter J Mort    pmort@akingump.com, jfukai@akingump.com

https://ecf.casd.uscourts.gov/cgi-bin/Dispatch.pl?131552375498094

Richard Alvin Lewis    Rlewis@RichardLewis.com

Robert H James    bob@fallbrooklawoffice.com

Robert K Edmunds    robert.edmunds@bipc.com, lynda.west@bipc.com, sdtemp2@bipc.com

Robert M Cohen    rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
wwendelstein@cohenburgelaw.com

Scott B. McElroy    smcelroy@mmwclaw.com, dvitale@mmwclaw.com

Thomas Caldwell    goforthvillage2@yahoo.com

Thomas C Stahl    Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, marilyn.weaver@usdoj.gov

Timothy P Johnson    tjohnson@johnson-chambers.com, cww@johnson-chambers.com

William K. Koska    wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

**3:51-cv-01247-GT -RBB Electronically filed documents must be served conventionally by the filer
to:**

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

7/22/2011 2:00 PM

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place

Riverside, CA 92506

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-0
] [96f133d8f439c5ae437a9bcbd86564b49c8a0e29900476105aeac7c42b54775441b
dbf5c4f182868c35051c39609a0895e97c33be5d86a746c3cb4441f0fff7b]]
**Document description:**Memo of Points and Authorities
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-1
] [64f9629461d24320cd58c472af5b9df0493e7030247bba3c516d4193b2ed6039ef1
b17df6ac9ec195ba77a239dc5b133a9c8d5ca114ce035b6fb2008ac44bb0a]]
**Document description:**Affidavit Affidavit of Daryl Ann Vitale Re Efforts to Locate Certain Defendants
in Order to Serve Process Upon Them
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-2
] [0f72dea7a291a040356c740144ce358ecc2db4b0e5d9aa005d491bfd8a32b568175
1fabb859b28cb821df662f513431b83141db02f3980b2de64c99fd5835b0e]]
**Document description:**Appendix 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-3
] [012d26f55d0e0b7c736994628058f43c1b9970c3ce544f7690a1a8f3ff00eac92c0
26e9ac0ee8d0a2a535434abc125a855e83303cdb527104d1adcf1006fa4d7]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-4
] [0c7bd6aae69f59cb6c23eef16e9d85bbf8ebb45f0126e032e3446ef1662a238a609
7ec74f486cf21bdb78361b1dc60523b8059c95556af2eacb5f7d88db67bb9]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-5
] [6b2a6a5f1f89171a618f8bcf59934f6896d22133b04b4e0363ab0bc2b581f9d44a1
5b358a417668772cf40981c8d537c51079f02f11ab4e0740592a475da4e3f]]
**Document description:**Exhibit C Part 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-6
] [bba3a401758dc73a36be6b69442742ad6af2c7e955078923150bb8cc72f03a53977
f3ad966fddc63e9ed7f7e56def57dd832e078a683ee4ff194f6fc65323bed]]
**Document description:**Exhibit C Part 2
**Original filename:**n/a
**Electronic document Stamp:**

7/22/2011 2:00 PM

[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-7
] [0e3de85a946d5895f016487dd894fb84ffac70c2e6613ecb8848fdfa3de151d6be6
052f1fb0cf8f585f54da8e2a9e21198388baabb0f118ffa0214a2714b8b61]]
**Document description:**Exhibit C Part 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-8
] [39630f4bc30af1bcb6fa528486c55b460daebeca2c4fda047745dbfc61b21f9e62d
b9c0dec855134dc295ad144f4e4ae540d2d6d74386eab80a2e71a40e5a979]]
**Document description:**Exhibit C Part 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-9
] [6252a302a460a6ef841a9e53b0004a1f3391f065256f0107696ff939c1a138ada35
0828b28bdf803955f0dfec146e32e09dbb260a39 4fa9d441765d64fb3b037]]
**Document description:**Exhibit D Part 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-1
0] [5f431e0377a190279953abcb5534ebf375843142432279267d87eeb4c0cb86cf0
24675c235f764b3b09a66434c9f5dfd8af35546db2581ed0dde3428213f66b]]
**Document description:**Exhibit D Part 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-1
1] [bd524ecdded6b384c36c7fa635bd834e82cd06a490a49216c73fa94c7fc22360cf
d958d41c12185c52e8f0ad29afabcd73f8dd2ea3007eeba3f9e7f84e216549]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-1
2] [a661a30a81b7cee683189562597075b4e2c3f7df5681b8633e9998148c999905b8
76120b7f2ba533806b294ccaa6256f7c99d5f6a54d340d0011e76f088ced45]]
**Document description:**Affidavit Affidavit of martha Morales Re Efforts to Locate Certain Defendants
in Order to Serve Process Upon Them
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5322455-1
3] [b3c95f10d90a8f9980f0fc06fec9cb58bc783ec4105c96159875be65a58095ba6c
64f98e9f1dd760c9f6a6049184867e1edfe7850a7b7e34a43d4fad1f188316]]

7/22/2011 2:00 PM

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP LLP
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505
   Fax: 760-942-8515
4  marco@coastlawgroup.com

5  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
6  McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220
7  Boulder, Colorado 80302
   Tel: 303-442-2021
8  Fax: 303-444-3490
   smcelroy@mmwclaw.com
9  ccondon@mmwclaw.com

10 *Attorneys for Plaintiff in Intervention,*
   *the Cahuilla Band of Indians*

11

12 Curtis G. Berkey (SBN 195485)
   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
13 Berkeley, California 94704
   Tel: 510-548-7070
14 Fax: 510-548-7080
   cberkey@abwwlaw.com

15
   *Attorneys for Plaintiff in Intervention,*
16 *Ramona Band of Cahuilla*

17              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**

18

19 UNITED STATES OF AMERICA,              )       CASE NO. 51-cv-1247-RBB-GT
                                          )
20        Plaintiff,                      )
                                          )       Hearing Date: No hearing date set
21 CAHUILLA BAND OF INDIANS,              )       Time:
    a federally recognized Indian tribe,  )       Courtroom:   8
22 RAMONA BAND OF CAHUILLA,               )
                                          )       Hon. Gordon Thompson, Jr.
23        Plaintiffs in Intervention,     )
                                          )       **AFFIDAVIT OF DARYL ANN VITALE**
24        v.                              )       **RE: EFFORTS TO LOCATE CERTAIN**
                                          )       **DEFENDANTS IN ORDER TO SERVE**
25 FALLBROOK PUBLIC UTILITY               )       **PROCESS UPON THEM**
   DISTRICT, a public service corporation )
26 of the State of California, et al.,    )
                                          )
27        Defendants.                     )
                                          )
   _____)

28

   Affidavit of Daryl Ann Vitale          Page 1                    Case No. 51-cv-1247

I, Daryl Ann Vitale, based upon personal knowledge acquired as a legal assistant at the law firm of McElroy, Meyer, Walker & Condon, P.C., hereby affirm as follows:

1.  This affidavit is submitted in support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's ("Tribes") *Joint Motion to Allow Service of Process on Certain Defendants by Publication*.

2.  By information and belief, all of the individuals identified in Attachment 1 are, or were at one time, owners of real property that will be affected by this litigation.

3.  Accordingly, the Tribes sent a copy of each *Second Amended Complaint*, a *Notice of Lawsuit and Request for Waiver of Service of Summons*, two copies of the *Waiver of Service of Summons*, and a prepaid means for returning the waiver to each property owner listed in Attachment 1 or their predecessor in interest. The Tribes sent the waiver requests by first-class mail to the addresses originally obtained from the Riverside County Assessor-County Clerk-Recorder; however, such efforts failed.

4.  Whenever the only information I had for a defendant listed in Attachment 1 was a post office box, I sent a letter, together with the applicable form(s), to the appropriate postmaster requesting the boxholder's contact information.

5.  The Tribes next attempted to personally serve process upon the property owners, again at the addresses originally obtained from the Riverside County Assessor-County Clerk-Recorder, but for the various reasons described in Attachment 1, those attempts failed as well. The Tribes, therefore, undertook additional efforts to locate and serve the property owners.

6.  Being trained in using Westlaw and having experience in locating individuals for the purpose of serving process, I assisted the Tribes' legal counsel in their attempts to locate and serve the individuals listed in Attachment 1. The extensive efforts I personally undertook to locate the defendants are described below.

    a.  I conducted exhaustive searches on various Westlaw databases, including, but not limited to, the PeopleMap and Public Records databases, in order to obtain contact information for each individual listed in Attachment 1.

b.    I conducted additional searches on the Riverside County Assessor-County Clerk-Recorder website by entering the assessor's parcel number for each property held by the defendants listed in Attachment 1. Such searches helped to determine if any documents were recently recorded that related to the property and that may involve a change in ownership or a change to the property owner's mailing address. Just recently, however, the Riverside County Assessor-County Clerk-Recorder removed all contact information for property owners from its website.

c.    I conducted extensive and exhaustive internet searches for the property owners listed in Attachment 1, including, but not limited to, searches on websites such as google.com, whitepages.com, zillow.com, and conducted reverse phone number searches on the internet.

7.    Whenever a property was in the process of being foreclosed upon, I provided counsel for the Cahuilla Band with the trustee information and she made a telephone call to the trustee in order to determine the status of the proceedings, including whether the property had been sold and, if so, to whom.

8.    With respect to the property owned by Judy Lanik, I learned that she was deceased. It is my understanding that counsel for the Cahuilla Band sent a letter to the attorney for Ms. Lanik's brother requesting current ownership information on the property.

9.    With respect to the property owned by Albino Arias, I was unable to find any address for him. It is my understanding that counsel for the Cahuilla Band sent a letter to the previous owner, believed to be a relative, requesting information regarding Mr. Arias' present address.

10.   While the foregoing efforts proved successful for many other property owners, such efforts were not successful for the property owners listed in Attachment 1.

11.   As described above, I exercised reasonable diligence in attempting to determine the whereabouts of the property owners listed in Attachment 1.

1    I declare under penalty of perjury that all of the foregoing statements are true and correct.

2

3                                                    _Daryl Ann Vitale_
                                                     Daryl Ann Vitale

4

5    STATE OF COLORADO      )
                            ) ss.:
6    COUNTY OF BOULDER      )

7        SUBSCRIBED AND SWORN to before me this 21ˢᵗ day of July                , 2011, by
     Daryl Ann Vitale.
8

9    My Commission expires:  5/3/2015                    Notary Public

10

11

12

13

.14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of Daryl Ann Vitale                Page 4                    Case No. 51-cv-1247

1 | Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
2 | 1140 S. Coast Hwy 101
Encinitas, California 92024
3 | Tel: 760-942-8505
Fax: 760-942-8515
4 | marco@coastlawgroup.com

5 | Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
6 | McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
7 | Boulder, Colorado 80302
Tel: 303-442-2021
8 | Fax: 303-444-3490
smcelroy@mmwclaw.com
9 | ccondon@mmwclaw.com

10 | *Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*
11 |

12 | Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
13 | Berkeley, California 94704
Tel: 510-548-7070
14 | Fax: 510-548-7080
cberkey@abwwlaw.com
15 |

16 | *Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

17 | **IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 51-cv-1247-RBB-GT |
| Plaintiff, | ) | |
| | ) | Hearing Date: No hearing date set |
| CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA, | ) | Time: Courtroom:   8 |
| Plaintiffs in Intervention, | ) | Hon. Gordon Thompson, Jr. |
| v. | ) | **JOINT MOTION TO ALLOW SERVICE OF PROCESS ON CERTAIN DEFENDANTS BY PUBLICATION** |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) | |
| Defendants. | ) | |

Motion to Serve by Publication                    Page 1                    Case No. 51-cv-1247

1       Pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and the California Code

2  of Civil Procedure § 415.50(a), Plaintiff-Interveners Cahuilla Band of Indians and Ramona Band

3  of Cahuilla hereby move this Court for an order authorizing service by publication on certain

4  Defendants.  This motion is supported by the *Memorandum of Points and Authorities in Support*

5  *of Joint Motion for Authorization to Service Process by Publication on Certain Defendants;* the

6  *Affidavit of Daryl Ann Vitale Re Efforts to Locate Certain Defendants in Order to Serve Process*

7  *on Them;* and the *Affidavit of Martha Morales Re Efforts to Locate Certain Defendants in Order*

8  *to Serve Process on Them,* which are submitted along with this motion.

9  Date:   July 22, 2011                  Respectfully submitted,

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel: 760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

        /s/ Scott B. McElroy
By: _____
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021; Fax: 303/444-3490
    E-mail: sbmcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

    *Attorneys for Plaintiff-Intervener,*
    *Cahuilla Band of Indians*

ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP

        /s/ Curtis G. Berkey
By: _____
    Curtis G. Berkey
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com

    *Attorneys for Plaintiff-Intervener,*
    *Ramona Band of Cahuilla*

1  Marco A. Gonzalez (CA SBN 190832)
   COAST LAW GROUP LLP
2  1140 S. Coast Hwy 101
   Encinitas, California  92024
3  Tel:  760-942-8505
   Fax:  760-942-8515
4  E-mail: marco@coastlawgroup.com

5  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
6  McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220
7  Boulder, Colorado  80302
   Tel:  303-442-2021
8  Fax: 303-444-3490
   E-mail: smcelroy@mmwclaw.com
9  E-mail: ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
10 *the Cahuilla Band of Indians*

11 Curtis G. Berkey (CA SBN 195485)
   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
12 2030 Addison Street, Suite 410
   Berkeley, California 94704
13 Tel: 510-548-7070
   Fax: 510-548-7080
14 E-mail: cberkey@abwwlaw.com
   *Attorneys for Plaintiff in Intervention,*
15 *Ramona Band of Cahuilla*

16                **IN THE UNITED STATES DISTRICT COURT**

17                **SOUTHERN DISTRICT OF CALIFORNIA**

18 UNITED STATES OF AMERICA,              ) CIVIL NO. 51-cv-1247-GT-RBB
                                          )
19        Plaintiff,                      ) **MEMORANDUM OF POINTS AND**
                                          ) **AUTHORITIES IN SUPPORT OF**
20 CAHUILLA BAND OF INDIANS,              ) **JOINT MOTION FOR**
   a Federally-Recognized Indian Tribe,   ) **AUTHORIZATION TO SERVE**
21 RAMONA BAND OF CAHUILLA, a             ) **PROCESS BY PUBLICATION ON**
   Federally-Recognized Indian Tribe, et al., ) **CERTAIN DEFENDANTS**
                                          )
22                                        )
          Plaintiffs in Intervention,     )
23                                        )
                                          )
24        v.                              ) Hearing Date:
                                          ) Time:
25 FALLBROOK PUBLIC UTILITY               ) Courtroom:     8
   DISTRICT, a public service corporation )
26 of the State of California, et al.,    ) Hon. Gordon Thompson, Jr.
                                          )
27        Defendants.                     )
   _____       )

28

                                          Civil No. 51-cv-1247-GT-RBB

1

# TABLE OF CONTENTS

2

3   TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

4   I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

5   II.   ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

6         A.    DECEASED DEFENDANTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
          B.    DEFENDANTS' WHEREABOUTS UNKNOWN . . . . . . . . . . . . . . . . . 6
7         C.    DEFENDANTS' WHEREABOUTS KNOWN . . . . . . . . . . . . . . . . . . . 7
          D.    FORECLOSURE PROCEEDINGS . . . . . . . . . . . . . . . . . . . . . . . . . 8
8         E.    PUBLICATION PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . 9

9   III.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i                                   Civil No. 51-cv-1247-GT-RBB

# TABLE OF AUTHORITIES

**Cases**                                                                    Page No.

*Bein v. Brechtel-Jochim Group, Inc.,* 8 Cal. Rptr. 2d 351 (Cal. Ct. App. 1992) . . . . . . . . . . . . 8

*Donel, Inc. v. Badalian,* (Cal. Ct. App. 1978)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*Duarte v. Freeland,* No. C-05-2780 EMC, 2008 WL 683427 (N.D. Cal. 2008)  . . . . . . . . . . . . 3

*Mennonite Bd. of Missions v. Adams,* 462 U.S. 791 (1983)  . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Monterey S.P. P'ship v. W.L. Bangham, Inc.,* 777 P.2d 623 (Cal. 1989) . . . . . . . . . . . . . . . . . 3

*Watts v. Crawford,* 896 P.2d [80]7 (Cal.1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**Statutes, Rules, Regulations**

CAL. CIV. PROC. CODE § 415.30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

CAL. CIV. PROC. CODE § 415.40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 6

CAL. CIV. PROC. CODE § 415.50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3, 8

CAL. GOV. CODE § 6064 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 9

Rule 4, Federal Rules of Civil Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2

# I. INTRODUCTION

Pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 4.1, Plaintiff-Intervenors the Cahuilla Band of Indians and the Ramona Band of Cahuilla (Tribes) move for an order authorizing service by publication in newspapers of general circulation on 111 persons and entities. At the time the Tribes intervened in this action, there was no current and accurate list of persons and entities who use or claim surface and/or groundwater ("landowners" or "defendants") within the Anza-Cahuilla Sub-Basins and who remain subject to this Court's continuing jurisdiction as defined by Interlocutory Judgment 33. The Tribes and the United States as their trustee determined the identities and addresses of the landowners who were subject to the Tribes' claims in accordance with this Court's interlocutory orders. Those landowners numbered approximately 2,000 individuals and entities.

Pursuant to Rule 4(d), the Tribes sought waivers of service of process from these landowners. The Tribes previously filed 1,043 executed waivers and are filing one additional waiver under separate cover. For the remaining landowners, the Tribes sought to personally serve them pursuant to Rule 4(e). For out-of-state residents, the Tribes sought to serve them under the California statute that authorizes service by mailing copies of the summonses and complaints by certified mail. CAL. CIV. PROC. CODE § 415.40. As set forth below, the Tribes also attempted various forms of substitute service where personal service could not be completed. The Tribes previously filed with the Court 705 Returns of Service of the Second Amended Complaint of the Cahuilla Band of Indians and 618 Returns of Service of the Second Amended Complaint for the Ramona Band of Cahuilla. Under separate cover, the Tribes are filing with the Court 71 Returns of Service of the Second Amended Complaint of the Cahuilla Band of Indians and 58 Returns of Service of the Second Amended Complaint of the Ramona Band of Cahuilla. The Tribes previously filed 31 Returns of Service showing that personal service had been completed on those individuals and entities residing or located outside the State of California. The Tribes are filing under separate cover 10 Returns of Service showing that personal service has been completed on those individuals residing outside the State of California.

1

1    Despite diligent efforts, the Tribes have been unable to personally serve 111 persons and

2  entities, because:  1) the owner of the property is deceased and no documents have been filed

3  with the Riverside County Assessor's Office showing a conveyance of the property; 2) the

4  whereabouts of the owner are not known and the address could not be found through reasonable

5  searches of public databases; 3) the owner's whereabouts are known but he or she could not be

6  served at that address or has evaded service; or 4) the property is the subject of pending

7  foreclosure proceedings and the "foreclosed" owner cannot be found or the new owner is not yet

8  known.   For these landowners, the Tribes seek an order authorizing service by publication

9  pursuant to California law, as authorized by Rule 4(e)(1) of the Federal Rules of Civil Procedure.

10 During the pendency of this motion, the Tribes will continue to seek to obtain information about

11 the defendants on the publication list.  If information is obtained that allows service by other

12 means, the Tribes will seek to complete service in that manner.  The Tribes will file a

13 supplemental memorandum with the Court updating the proposed publication list before the time

14 period for responses to this motion has expired.

15                                **II. ARGUMENT**

16    The Tribes seek an order to publish pursuant to the provisions of California law.  Rule

17 4(e)(1) provides that an individual may be served "following state law for serving a summons in

18 an action brought in courts of general jurisdiction in the state where the district court is located

19 or where service is made."

20    California law provides that service may be effected by publication if two requirements

21 are met.  First, it must appear "to the satisfaction of the court," based upon evidence in affidavits,

22 that the party to be served "cannot with reasonable diligence be served in another manner"

23 specified under applicable law.  CAL. CIV. PROC. CODE. § 415.50(a).  Second, it must be shown

24 that "[a] cause of action exists against the party upon whom service is to be made or he or she is

25 a necessary or proper party to the action."  *Id.* § 415.50(a)(1).  Reasonable diligence in this

26 context means the plaintiff took "those steps which a reasonable person who truly desired to give

27 notice would have taken under the circumstances."  *Donel, Inc. v. Badalian*, 150 Cal. Rptr. 855,

28 859 (Cal. Ct. App. 1978).  The term "denotes a thorough, systematic investigation and inquiry

1   conducted in good faith by the party or his agent or attorney." *Watts v. Crawford,* 896 P.2d 807,

2   811 n.5 (Cal. 1995).  Federal courts apply these California authorities in determining whether

3   service by publication is warranted in the particular factual circumstances.  *See, e.g., Duarte v.*

4   *Freeland,* No. C-05-2780 EMC, 2008 WL 683427 (N.D. Cal. Mar 7, 2008).

5           The reasonable diligence requirement typically means that the plaintiff must have

6   undertaken "exhaustive" attempts to locate and serve the defendant.  The most likely sources of

7   information about the defendants' whereabouts must be consulted in order to satisfy the

8   reasonable diligence test.  *Watts,* 896 P.2d at 811 n.5 (requiring investigation of public

9   databases, such as appropriate city directories and assessor's office property indices situated near

10  the defendant's last known address).  The large number of defendants in an action should also be

11  considered when the plaintiff requests an order for service by publication.  The California

12  Supreme Court has suggested that service by publication may be particularly appropriate where

13  there are too many defendants to serve individually.  *Monterey S.P. P'ship v. W.L. Bangham,*

14  *Inc.,* 777 P.2d 623 (Cal. 1989) (Mosk, J. concurring) (publication order might have been

15  appropriate in an action against 252 trust deed beneficiaries).

16          If these requirements are met, the court should order the summons published in a

17  designated newspaper "that is most likely to give actual notice to the party to be served." CAL.

18  CIV. PROC. CODE § 415.50(b).  If the party to be served is known to reside outside California, the

19  court "may also order the summons to be published in a named newspaper outside this state." *Id.*

20  Thus, for out-of-state residents, publication in a newspaper in the location of that residence is not

21  required, but may be ordered in the court's discretion.  The summons must be published once a

22  week for four successive weeks. *Id.*; CAL. GOV. CODE § 6064.  If the defendant's "address is

23  ascertained before expiration of the time period for publication of the summons," copies of the

24  summons, complaint and order for publication must be mailed "forthwith" to the defendant.

25  CAL. CIV. PROC. CODE § 415.50(b).  Service is complete on the 28th day following the first day

26  of publication. *Id.* § 415.50(c); CAL. GOV. CODE § 6064.  Ordinarily, the defendant has 30 days

27  within which to respond, or 58 days from the first date of publication.  The Tribes have

28  submitted with this motion a proposed order authorizing publication appropriate to the facts of

3

1  this case, which suspends the requirement to respond to a date to be set by this Court, consistent

2  with the order currently in effect. *See Order Granting Joint Motion to Extend Time for Filing*

3  *Answers to Second Amended Complaints* (July 22, 2009) (Docket #5174).

4       The Tribes have satisfied both requirements for service by publication here. As to the

5  "cause of action" requirement, the Tribes have properly asserted claims against these defendants

6  because they use or claim surface and/or groundwater in the same basins where the Tribes'

7  reservations are located. These water sources are subject to this Court's jurisdiction under prior

8  interlocutory orders.

9       As to the reasonable diligence requirement, for purposes of analysis, the Tribes have

10  grouped these defendants according to the similarity of circumstances with regard to the Tribes'

11  unsuccessful attempts to serve them by other means. The groups are: 1) the owner of a parcel

12  subject to the Court's jurisdiction has passed away and no record of conveyance of the property

13  to the heirs could be determined with reasonable diligence; 2) the defendant's whereabouts are

14  unknown and diligent efforts to locate him or her were unsuccessful; 3) the defendant's

15  whereabouts are known but he or she could not be found at the listed address or has evaded

16  personal service; and 4) the property is subject to foreclosure proceedings and the "old" owner

17  cannot be found or the identity of the new owner has not yet been determined.

18       The following defendants comprise the first group: Delbert Alexander, Charlie Brown,

19  Mildred Brown, Claude Graham, Kenneth Hicks, Judy Lanik and Calvin Nickels.

20       The following defendants comprise the second group: Out-of-state defendants: John

21  Allcorn, Joan Dalton, Mary Fernandes, Shirley L. Guy, Delia Maher, Dennis Maher, Sallie

22  Perkins, James Phillips, Melanie Phillips and Susan Foster-Froman. In-state defendants:

23  Frederika Anctil, Gerard Anctil, Kitti Amphon, Paul Amphon, Albino V. Arias, Ghassem

24  Bahrambeygui, Heidi Betts, Ken Betts, John Boehme, Mary Boehme, Donald Chase, Richard

25  Chase, Carol Damon, Joseph Dirosa, Brian Evangelist, Sandra Garner, Joel Geudtner, Susan

26  Geudtner, Arthur Gil, Patricia Gil, John Hammerstrand, Kathie Henderson, Brenda Jakobs, Mary

27  Lord, Juan Osuna, Joan Overgaauw, Javier Pena, Aurora Perez, Juan Perez, Chris Peters, Peter

28  Peters, Jose Reyes, Harlan Riggle, Liza Rosada, Johana Shirley, Walter Shirley, Sam Shorez,

Civil No. 51-cv-1247-GT-RBB

1  Ryall Stewart, James Thompson, Judith Thompson, Rosauro Ugali, Christopher Vollan, Gregor

2  Atoian, Laura Atoian, Maria Constantinescu, Stephanie Eggering, Robert Harmon, Tina Lykos,

3  Jette Ortegel, Ernesto Perez, Leticia Perez, Progress Holdings, Rich Saum, Carl Swenson, Jane

4  Swenson, Wendy Berman-Baker, Thomas and June Garner Living Trust, Samuel Hughes, Mary

5  A. Kiger, Jerome Thornton, and Michealle Ugali nka Michealle Lujan.

6       The following defendants comprise the third group:  Ricky Babcock, Licinio Brandao,

7  Ramona Brandao, Patricia Canale, David Dickson, Brandon Firth, Victoria Freeman, Robert

8  Lohnes, Shaunna Avila McClure, Donald McIntosh, Sheila McIntosh, Corrina Michalak,

9  Rodney Myers, Tyler Nagel, Maria Ortiz, Joanne Rose, Norman Rose, Daniel Ruiz, Kim Smith,

10  Simon Smith, Eric Stamm, Lisa Stamm, Bryan Tucker and Norma Tucker.

11       The following defendants comprise the fourth group: Cynthia Antrim, Bart Herring,

12  Mary Herring, Mary Loiselle, Robert Loiselle, Jose Lopez, Kathy Neilsen, David Smith and

13  Joyce Smith.

14       Attachment 1 to the Affidavits of Daryl Ann Vitale Re: Efforts to Locate Certain

15  Defendants in Order to Serve Process Upon Them ("Vitale Aff.") is a chart entitled "Individuals

16  to be Served by Publication" ("Publication Chart") that shows the reasons service was not

17  successful for each defendant and a summary of the due diligence steps taken by the Tribes to

18  ascertain the landowner, locate the defendant or serve the defendant by other means.  These

19  efforts satisfy the reasonable diligence requirement.

20  **A.     DECEASED DEFENDANTS**

21       As to the first group, in most cases the Tribes discovered that the owner was deceased

22  through several unsuccessful attempts to serve these individuals personally.  Upon learning that

23  the owner was deceased, the Tribes then searched the records of the Riverside County Assessor's

24  Office and the WestlawNext/Public Records electronic database in order to determine whether

25  the property had been conveyed to an heir or the State of California through escheat following

26  the death of the individual.  Because the updating of County records lags behind by many

27  months the date of any conveyance through probate or otherwise, the Tribes' search of records at

28  the County Assessor's Office did not disclose the identity of any new owners.  *See* Affidavit of

Martha Morales  Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them ("Morales Aff.") ¶¶ 6-7.  In at least one situation, the property has not yet been transferred from the deceased.  *See* Publication Chart at A.5. (Judy Lanik).  The Tribes have undertaken reasonable steps to determine the identity of the new owner.  The Tribes' efforts have been thorough and systematic and undertaken in good faith.  These efforts constitute reasonable diligence under California law.

**B.   DEFENDANTS' WHEREABOUTS UNKNOWN**

The Tribes' efforts with regard to the second group -- unknown addresses -- were also thorough and diligent.  It was necessary to obtain new addresses for defendants living outside California and those residing within the State.

As to out-of-state defendants, when attempted personal service revealed that the individual resided out-of-state, the Tribes searched Riverside County records and the WestlawNext/Public Records electronic database to obtain a current address for that individual. Once the address was obtained, the Tribes followed the California statute that allows service by mailing the summons and complaint by certified mail, return receipt requested.  CAL. CIV. PROC. CODE § 415.40.  In every case, the mailing was returned to the Tribes either unclaimed or marked undeliverable at that address.  Publication Chart at B.1 - B.8.  The Tribes have exhausted all efforts that could reasonably be expected of a plaintiff with a good faith desire to complete service.

For individuals whose whereabouts in California were not known, the Tribes undertook similarly diligent efforts to obtain a current and correct address so that personal service could be effected.  For those individuals who listed post office boxes for addresses, the Tribes submitted to the Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  Vitale Aff. ¶ 4.  If the Postal Service provided a new address, personal service was attempted at that address.  *See, e.g.,* Publication Chart at C.9. (Joseph Dirosa and Carol Damon) and C.12. (Joel and Susan Geudtner).  In other cases, the Tribes sought to obtain current addresses by searching WestlawNext/Public Records or the electronic telephone directory website known as whitepages.com.  Vitale Aff. ¶ 6a-c; Morales Aff. ¶ 5a-c.  The

Civil No. 51-cv-1247-GT-RBB

1   Tribes' process servers also conducted "skip traces" on certain individuals in order to determine

2   whether the listed address is the location where that particular individual currently resides.  A

3   skip trace is a process used to locate a missing person using extensive public databases and other

4   sources of information.

5         These efforts to obtain current addresses for these defendants proved to be unsuccessful.

6   The Tribes consulted the sources most likely to yield information about the whereabouts of these

7   defendants.  The Tribes diligently pursued every relevant piece of information and employed a

8   large variety of means to obtain current addresses.  These efforts satisfy the reasonable diligence

9   standard.

10   **C.   DEFENDANTS' WHEREABOUTS KNOWN**

11         The third group of defendants consists of those individuals whose whereabouts are

12   known but the process server was unable to find the owner of the property at that address, or the

13   person present at that address evaded service.  In most cases, the Tribes' process server

14   attempted to serve the defendant at his or her current address at least three or four times.  In

15   several situations it appeared no one was home.  However, in certain situations it appeared that

16   someone was home but no one answered the door.  *See, e.g.* Publication Chart at D.4. (David

17   Dickson) and D.15. (Daniel Ruiz).  For these individuals, the Tribes attempted substitute service

18   by following the California statute that authorizes mailing the defendant copies of the summons

19   and complaint with a request to acknowledge receipt.  CAL. CIV. PROC. CODE § 415.30.  If the

20   defendant signs the acknowledgment, he or she waives further service of process.  Although the

21   California statute does not require mailing by certified mail, return receipt requested, the Tribes

22   used this form of mailing in order to be able to verify that the individual received the summons

23   and complaint for both Tribes.  Several individuals signed the acknowledgment form thus

24   waiving service of process; however, 24 defendants did not.  Out of these 24 defendants, 12

25   returned the signed receipt card.  *See* Publication Chart at D.2. (Licinio and Ramona Brandao);

26   D.3. (Patricia Canale); D.5. (Brandon Firth); D.6. (Victoria Freeman); D.7. (Robert Lohnes);

27   D.8. (Shaunna Avila McClure); D.9. (Donald and Sheila McIntosh); D.10. (Corrina Michalak);

28   D.12. (Tyler Nagel); and D.13. (Maria Ortiz).  In none of these cases, however, did any

1  defendant return a signed acknowledgment form.  Thus, service was not effective for any of
2  these individuals.

3          Service by publication is justified under these circumstances.  For those who returned the
4  signed receipt form, they have actual notice of the summonses and the Tribes' second amended
5  complaints.  This notice satisfies the constitutional due process minimum.  *Mennonite Bd. of*
6  *Missions v. Adams,* 462 U.S. 791, 800 (1983) (notice by mail or other means as certain to ensure
7  actual notice is the minimum the Constitution requires).  Publication would simply provide an
8  additional assurance that they have been notified about this lawsuit and have the opportunity to
9  appear and defend their water uses.  Moreover, California law provides that two or three
10 attempts to personally deliver the summonses and complaints to the defendants at their known
11 address is sufficient to justify service by other means.  *Bein v. Brechtel-Jochim Group, Inc.,* 8
12 Cal. Rptr. 2d 351, 353 (Cal. Ct. App. 1992).  The Tribes employed service by mail and
13 acknowledgment, but that too was unsuccessful as to these defendants.  Service by publication is
14 therefore justified.

15 **D.     FORECLOSURE PROCEEDINGS**

16          The fourth group consists of six properties that are subject to ongoing foreclosure
17 proceedings in which the sale has not yet occurred and the "foreclosed" owner cannot be located
18 or the sale has occurred but the new owner's identity has not been determined.  When the Tribes
19 learned that the property was subject to foreclosure proceedings, they identified the bank's
20 trustee and contacted that entity by letter or telephone to determine the date of the foreclosure
21 sale and related information.  Vitale Aff. ¶ 7.  Thus far, to the best of our knowledge, one
22 foreclosure proceeding has been completed, but for various reasons the identity of the new
23 owner could not be ascertained.  The Tribes searched WestlawNext/Public Records and several
24 real estate websites in an effort to ascertain the new owner, but those efforts were not successful.
25 To the best of our knowledge, foreclosure proceedings on the other five properties have not yet
26 been completed.  The Tribes will continue to monitor these and inform the Court if the identity
27 of the new owners can be determined before service by publication has been completed.
28

8                        Civil No. 51-cv-1247-GT-RBB

1  Personal service will be attempted on the new owners.  These efforts satisfy the requirement of

2  reasonable diligence.

3  **E.    PUBLICATION PROCEDURES**

4        As noted, California law requires publication in a newspaper "that is most likely to give

5  actual notice to the party to be served," although if a proper method of service is followed, due

6  process is satisfied even if it does not result in the defendant receiving actual notice.  CAL. CIVIL

7  PROC. CODE § 415.50(b).  The summons must be published once a week for four successive

8  weeks.  *Id.*; CAL. GOV. CODE § 6064.  To satisfy this requirement, the Tribes propose to post

9  their summonses in newspapers that are published in or near the town or city where the

10 defendant is most recently known to reside, as nearly as can be ascertained.  The Tribes will

11 follow this procedure for both in-state and out-of-state residents.  The summonses for both

12 second amended complaints will be published at the same time, with identification of those

13 defendants located in the area where the newspaper is published.   Accordingly, the Tribes

14 propose to publish in the following newspapers:  Anza Valley Outlook (Anza, CA); Calaveras

15 Enterprise (San Andreas, CA); High Country Journal (Anza and Aguanga, CA); Houston

16 Chronicle (Houston, TX); La Jolla Village News (La Jolla, CA); La Pine Weekly News (La Pine,

17 OR); Las Vegas Sun (Las Vegas, NV); Laughlin Nevada Times (Laughlin, NV); Long Beach

18 Press Telegram (Long Beach, CA); Los Angeles Times (Los Angeles, CA); Malibu Times

19 (Malibu, CA); Marietta Daily Journal (Marietta, GA); Midlothian Mirror (Waxahachie, TX);

20 North County Times (San Diego and Riverside Counties, CA); Orange County Register (Orange

21 County, CA); San Diego Union Tribune (San Diego, CA); The Acorn (Agoura Hills, CA); The

22 Alpine Sun (San Diego, CA); The Coast News (Encinitas, CA); The Daily Breeze (Torrance,

23 CA); The Desert Sun (Palm Springs, CA); The Friday Flyer (Canyon Lake, CA); The Press

24 Enterprise (Riverside, CA); The Spectrum (St. George, UT); The Times News (Nephi, UT); and

25 Yuma Sun (Yuma, AZ).

26                                    **III. CONCLUSION**

27        With its large number of defendants and the absence of a current list of parties subject to

28 this Court's jurisdiction, this case presented enormous challenges in completing service.  The

   Tribes have undertaken extraordinary efforts to develop a current list of defendants subject to the

1  Tribes' claims and to personally serve them according to this Court's orders.  This final step is

2  necessary in order to ensure that every defendant has notice of the Tribes' claims and the

3  opportunity to defend their water use and claims.  The Tribes persistent efforts over many

4  months satisfy the reasonable diligence standard.  The motion should be granted.

5

Date:   July 22, 2011                          Respectfully submitted,

6

7                                              Marco A. Gonzalez (SBN 190832)
                                               COAST LAW GROUP LLP
8                                              11140 S. Coast Hwy. 101
                                               Encinitas, California 92024
9                                              Tel:  760/942-8505; Fax: 760/942-8515
                                               Email: marco@coastlawgroup.com
10
                                               McELROY, MEYER, WALKER & CONDON, P.C.
11
                                                      /s/ Scott B. McElroy
12                                             By: _____
                                                   Scott B. McElroy (Pro Hac Vice)
13                                                 M. Catherine Condon (Pro Hac Vice)
                                                   1007 Pearl Street, Suite 220
14                                                 Boulder, Colorado
                                                   Tel: 303/442-2021; Fax: 303/444-3490
15                                                 E-mail: sbmcelroy@mmwclaw.com
                                                   E-mail: ccondon@mmwclaw.com
16
                                               *Attorneys for Plaintiff-Intervener,*
17                                             *Cahuilla Band of Indians*

18
                                               ALEXANDER, BERKEY, WILLIAMS &
19                                             WEATHERS LLP

20                                                    /s/ Curtis G. Berkey
                                               By: _____
21                                                 Curtis G. Berkey
                                                   2030 Addison Street, Suite 410
22                                                 Berkeley, California 94704
                                                   Tel: 510/548-7070; Fax: 510/548-7080
23                                                 E-mail: cberkey@abwwlaw.com

24                                             *Attorneys for Plaintiff-Intervener,*
                                               *Ramona Band of Cahuilla*
25

26

27

28

| DEFENDANT | A. PROBLEM - DECEASED | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| A.1.<br>Alexander, Delbert | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 37920 Tripp Flats Road, Anza, California, but returned the proof with a notation that the house was empty. **Ex. A.1.a.** The deed shows Delbert Alexander was the sole owner. | WestlawNext/Public Records - People Map indicates he died on March 3, 2010. A search of the Riverside County Assessor's records and WestlawNext/Public Records - People Map indicate that Mr. Alexander is still the owner. No evidence could be found indicating a conveyance to heirs. |
| A.2.<br>Brown, Charlie and Mildred | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server made four attempts at personal service at the address provided: 466 W. Compton, California, but was unable to complete service, noting that there was no response at address given. The process server was told by a man who refused to give us his full name, Ron "Doe," that the servees are deceased. **Ex. A.2.a and Ex. A.2.b.** | A search of WestlawNext/Public Records - People Map confirmed that both died in 2010. The deed shows that the property was held in joint tenancy. No subsequent deeds or recordings have been filed with the County Assessor since 1985. No evidence could be found indicating a conveyance to heirs. |
| A.3.<br>Graham, Claude | After a request for waiver of service package was sent out, his wife, Andrea Graham, called local counsel for the Cahuilla Band of Indians (Coast Law Group) and informed them that Mr. Graham is deceased. | A search of WestlawNext/Public Records - People Map confirmed the fact that he is deceased. The Riverside County Assessor's records indicate he is the sole owner of the property. No subsequent deeds or recordings have been filed with Riverside County. No evidence could be found indicating a conveyance to heirs. |
| A.4.<br>Hicks, Kenneth | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 447 Chad Court, Vista, California, but returned the proof indicating the home is vacant, with no signs of habitation. The neighbors reported that they have not seen any activity in or near the home for a long period of time. **Ex. A.4.a.** | Westlaw People Map indicates Mr. Hicks died in 2011, but a death certificate could not be found. He owned the property with Rhonda Hicks, who previously signed a waiver of service. They held the property as tenants in common. A search of WestlawNext/Public Records - Real Property Records indicates he is still the owner. No evidence could be found indicating a conveyance to heirs. |

| A.5.<br>Lanik, Judy | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to serve her personally at the address provided: 37600 Lanik Lane, Anza, California, but returned the proof indicating that the home is vacant. **Ex. A.5.a.** | A search on www.familysearch.org indicates she died on January 25, 2009. A review of Riverside County Assessor records implies that Judy Lanik was the sole and separate owner of this parcel. A search of WestlawNext/Public Records did not reveal any additional information. Counsel for the Cahuilla Band of Indians sent a letter to Tilden Kim, counsel for Ms. Lanik's brother, Gordon Lanik, requesting that Gordon Lanik provide relevant information regarding his sister's heirs, **Ex. A.5.b.**; Mr. Kim indicated that the property is still listed in Mr. Lanik's deceased sister's name and he could not, therefore, accept service. **Ex. A.5.c.** |
|---|---|---|
| A.6.<br>Nickels, Calvin | The Tribes' request to waive service was returned by the Postal Service with the notation "unable to forward." The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to serve Mr. Nickels at the address provided: 39245 Anza Road, Anza, California, but was told by Mike Morrison that Mr. Nickels had died. **Ex. A.6.a.** | The Social Security Administration Death Records confirms he died on March 3, 2008. He owned the property with Margaret Kohler, as tenants in common. Ms. Kohler signed a waiver of service. The Riverside County Assessor's records and WestlawNext/Public Records indicate he is still the owner. No evidence indicating a conveyance to heirs could be found. |

| DEFENDANT | B. PROBLEM – UNABLE TO LOCATE OUT OF STATE ADDRESS | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| B.1.<br>Allcorn, John | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Constable of Laughlin Township, Laughlin Nevada attempted personal service at the address provided: 2135 River City, Laughlin, Nevada. He indicated there was no answer at the door, that the car on the premises had no license plates, and that there were piles of trash inside and outside of the house. **Ex. B.1.a.** | A search of WestlawNext/Public Records - People Map did not provide any other address. Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested. The mail package was returned unclaimed on April 14, 2011. |
| B.2.<br>Dalton, Joan | The process server attempted service at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 2070 Sunset Avenue, San Diego, California. The process server indicated that service could not be completed as the address could not be located. John Doe, who lived at 2012 Sunset Avenue indicated he had never heard of the person and did not know of the address. **Ex. B.2.a.** | A search of WestlawNext/Public Records - Real Property Records showed Ms. Dalton is still the owner. WestlawNext/Public Records - People Map indicates she lives in Yuma, Arizona. Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested to Ms. Dalton's Yuma, Arizona address. The mail package was returned on April 1, 2011, marked attempted not known. |
| B.3.<br>Fernandes, Mary | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server was unable to serve at the address provided: 36917 Doreen Drive, Murrieta, California. The occupant of the residence, Chavion Parks, indicated that she had lived there for two years and did not know servee. **Ex. B.3.a.** | A search of WestlawNext/Public Records - People Map indicates Ms. Fernandes lives in St. George, Utah. Pursuant to California rules for service on out of state residents, the Tribes sent her copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested. The mail package was returned unclaimed on April 13, 2011. |

| | | |
|---|---|---|
| B.4.<br>Guy, Shirley L. | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a Henderson, Nevada address. WestlawNext/Public Records - Real Property Records confirmed this address. | Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested. The mail package was returned unclaimed in November, 2010. |
| B.5.<br>Maher, Delia and Dennis | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to personally serve them at the address provided: 58870 Mitchell, Anza, California, but returned the proof indicating that the lot is vacant. **Ex. B.5.a. and B.5.b.** The Mahers own the property with Randy Maher, likely their son, who owns 50% interest. Randy Maher signed a waiver of service. | A search of WestlawNext/Public Records - People Map indicates that the Mahers live in La Pine, Oregon. Pursuant to California rules regarding service on out of state residents, the Tribes sent them copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested. The mail packages were returned marked not deliverable as addressed. |
| B.6.<br>Perkins, Sallie | Ms. Perkins owns the property with Walter Perkins. The Tribes sent a request for waiver of service to the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 4827 Dean Lane SW, Lilburn, Georgia. Walter Perkins signed a waiver of service on September 25, 2009. Sallie Perkins did not sign the waiver. | Pursuant to California rules for service on out of state residents, the Tribes sent Ms. Perkins copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested. The mail package was returned unclaimed on December 4, 2010. |
| B.7.<br>Phillips, James and Melanie | The process server attempted to serve the Phillips at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40875 Rolling Hills, Aguanga, California. This is also the property address. A person at that location who refused to give his last name indicated that the Phillips had moved a year ago when he bought the property. **Ex. B.7.a. and B.7.b.** | WestlawNext/Public Records and the Riverside County Assessor website show that the property is still owned by the Phillips. A search of WestlawNext/Public Records - People Map indicates that the Phillips live in Mona, Utah. Pursuant to California rules for service on out of state residents, the Tribes sent them copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested. The mail packages were returned unclaimed. |

| B.8 Foster-Froman, Susan | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The post office responded indicating there was no change of address on file. | WestlawNext/Public Records – Credit Header provided a new address for her:  7959 Singleton Road, Midlothian, Texas. Pursuant to California rules for service on out of state residents, the Tribes sent Ms. Froman copies of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned unclaimed. |

| DEFENDANT | C. PROBLEM – UNABLE TO LOCATE - IN STATE | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| C.1<br>**Anctil, Frederika and Gerard** | Information provided by Riverside County Assessor-County Clerk-Recorder's office indicated that the property was owned by Donald Warhan. The Tribes' request for waiver of service packet was returned undeliverable. The Tribes subsequently searched on WestlawNext/Public Records - Real Property Records which indicated the Anctils were the new owners. The process server attempted to personally serve them at property address: 57050 Knollwood Avenue, Anza, California. The adult occupant indicated that he had moved in in June of 2010 and did not know the Anctils. **Ex. C.1.a. and C.1.b.** | The Tribes obtained a new address for the Anctils through a WestlawNext/Public Records - People Map search, 1347 Austin Ct., Vista, California. The process server was unable to complete service indicating that there was no answer at the door and observed unopened mail left outside, which was addressed to someone else. **Ex. C.1.c. and C.1.d.** An examination of the Assessor's records indicated that the Anctils sold the property at 1347 Austin Ct., Vista, California. The Reconveyance Deed for the Vista sale contained an Anza post office box as the address for the Anctils.<br><br>The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The physical address provided by the Anza Post Office for this post office box is the 57050 Knollwood Avenue address, which is the address where service was initially attempted and failed. |
| C.2<br>**Amphon, Kitti and Paul** | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 1862 Almond Drive, Anaheim, California, but returned the proofs with the notation that the house is vacant and that there was a "Just Sold" sign in the front yard. **Ex. C.2.a. and C.2.b.** | The Tribes obtained a new address for the Amphons through a WestlawNext/Public Records – People Map search: 208 Draft Way, Placentia, California. The process server was unable to complete service indicating that the home is located within a non-guarded, gated community and the Amphons are not listed in the directory. **Ex. C.2.c. and C.2.d.** |
| C.3<br>**Arias, Albino V.** | The Tribes have never had an address for Albino Arias. It appears that the property was deeded from the parents to their three children in 2009. The name and address provided by the Riverside County Assessor-County Clerk- Recorder's office is Rafael Anaya's name and address (presumably the father) rather than the current owners. | Through WestlawNext/Public Records - People Map, the Tribes were able to locate the other two owners. One signed a waiver and one was personally served. Westlaw did not provide any information regarding Mr. Arias. Counsel for the Cahuilla Band of Indians sent a letter to Rafael Anaya on May 27, 2011, asking if he could provide any information regarding Mr. Arias' address. **Ex. C.3.a.** To date, he has not responded. |

| C.4<br>**Bahrambeygui, Ghassem** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 6127 La Jolla Boulevard, La Jolly, California, but returned the proof indicating that the address provided is vacant. There were no signs of habitation and no cars in the driveway. The neighbors indicated they had not seen anyone for quite some time. **Ex. C.4.a.** | Through WestlawNext/Public Records – People Map, the Tribes were able to locate the same La Jolly address but also a business address: 1007 Blair Avenue, Calexico, California. The process server was unable to complete service indicating that the business is closed and that a neighboring business indicated that the defendant has retired. |
| C.5<br>**Betts, Heidi and Ken** | The Riverside County Assessor-County Clerk- Recorder's records indicated that Rita Rodriguez owned the property. The Tribes attempted to serve Ms. Rodriguez at the address provided: 49935 Gelding Way, Aguanga, California. The process server was unable to serve her at this address indicating that the house was vacant. **Ex. C.5.a.** | WestlawNext/Public Records - Real Property Records indicated that the property was sold through a trustee's sale. The Grant Deed obtained indicates that the new owners are Heidi and Ken Betts and their address is listed as 49935 Gelding Way (same address where the Tribes attempted service on Rodriquez). The process server was unable to complete service on the Betts, noting that the home is under construction and that no one is living there. **Ex. C.5.b and C.5.c.** |
| C.6<br>**Boehme, Mary and John** | The process server attempted to serve them at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 1035 Stonecrest Lane, Escondido, California. The current occupant, Mike Smith, told the process server that he had lived at that address for the past two years and no longer receives mail for the Boehmes. **Ex. C.6.a. and C.6.b.** | WestlawNext/Public Records - People Map and the Assessor's website indicate the Boehmes currently live at the 1035 Stonecrest address. Efforts to find another address proved to be unsuccessful. |
| C.7<br>**Chase, Donald** | The process server attempted to serve him at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 19675 Lurin Avenue, Riverside California. The process server was unable to serve Mr. Chase indicating that he spoke with the current resident, Robert Royce, who did not know Donald Chase. **Ex. C.7.a.** | WestlawNext/Public Records - People Map indicates Mr. Chase's current address is P.O. Box 20273, Riverside, California. On May 13, 2011, the Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. **Ex. C.7.b.** To date, the post office has not responded. |
| C.8<br>**Chase, Richard** | The process server attempted to serve him at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 32209 Riverside G-5, Riverside, California. The process server was unable to complete service indicating that the apartment manager said Richard Chase no longer resides there. **Ex. C.8.a.** | WestlawNext/Public Records - Real Property Records, People Map and other efforts to obtain any information proved to be unsuccessful. |

| C.9<br>**Dirosa, Joseph and Carol Damon** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The physical address subsequently provided by the Post Office is: 45080 Carrot Lane, Aguanga, California. This is not the property address. Efforts to serve them at the Carrot Lane address were unsuccessful. The process server was informed that the new owner, whose first name apparently is Ramiro, moved in three years ago. **Ex. C.9.a. and C.9.b.** | A search of WestlawNext/Public Records - Real Property Records indicated they live at the property address, 53110 Benton Way, Anza, California. The process server was unable to serve at that address. The process server indicated that Ricardo Doe, the adult occupant, stated that he moved in February of 2010 and did not know the servee. **Ex. C.9.c. and C.9.d.** Efforts to find another address proved to be unsuccessful. |
| :-- | :-- | :-- |
| C.10<br>**Evangelist, Brian** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box: P.O. Box 718, Anza, California. This is not an Anza post office box number as all Anza post office box numbers are six digits beginning with either 390 or 391. | WestlawNext/Public Records – Real Property Records provided a physical address: 58701 Red Shank Lane, Anza, California. The process server was unable to serve at that address indicating there was no answer. The residence was not visible from the road and a padlocked gate prevented access. **Ex.C.10.a.** |
| C.11<br>**Garner, Sandra** | The process server attempted service at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 49900 Shoshone Ct., Aguanga, California. A female occupant, who refused to give her name, indicated that the Garners do not live there and that she does not know Sandra Garner or Richard Garner. **Ex. C.11.a.** | Sandra Garner owned the property in joint tenancy with Richard Garner. WestlawNext/Public Records - Social Security Administration Death Record indicates that Richard Garner died on May 6, 2007. WestlawNext/Public Records - PeopleMap and Whitepages.com list Sandra Garner as residing at the 49900 Shoshone Ct. address., which is incorrect. |
| C.12<br>**Geudtner, Joel and Susan** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The physical address subsequently provided by the Post Office is 40488 Calle Medusa, Temecula, California. The process server was unable to complete service at this address indicating that he spoke to Stacy Tortorice and she indicated the defendants does not live there and she does not know them. **Ex. C.12.a. and C.12.b.** | A Westlaw search provided a business address for the Geudtner: 49163 Moreno Road, Temecula, California. The process server was unable to serve the defendants at this address indicating that the property belongs to Verizon. **Ex. C.12.c. and C.12.d.** |
| C.13<br>**Gil, Arthur and Patricia** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The physical address subsequently provided by the Post Office is 50060 US Hwy 371, Anza, California. The process server was unable to locate the property using that address. **Ex. C.13.a. and Ex. C.13.b.** | The Tribes searched the Riverside County Assessor's records. The records show that the house number is not 50060 but actually 50600. Nonetheless, the process server was unable to locate the property at this corrected address. **Ex. C.13.c. and C.13.d.** WestlawNext/Public Records - People Map shows a person named A. Gil at the Hwy. 371 address since 2002. |

| | | |
|---|---|---|
| C.14<br>**Hammerstrand, John** | The process server attempted service at the address provided by Riverside County Assessor-County Clerk-Recorder's office: 1739 Roble Grande Road, Alpine, California. The process server discovered that the house is vacant. A neighbor indicated no one had been living at the residence in a long time. The neighbor refused to give a name. **Ex. C.14.a.** | The Tribes subsequently learned that Beatrice Hammerstrand (who owns the property with John and signed a waiver) is a registered nurse. Her professional license lists the same address maintained by the Riverside County Recorder's office. The County Assessor, WestlawNext/Public Records - PeopleMap and Whitepages.com list 1739 Roble Grande Road as the address for John Hammerstrand, which is incorrect. |
| C.15<br>**Henderson, Kathie** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The physical address provided by the Post Office is her parents' home: 39491 Pioneer Trail, Anza, California. The process server was unable to serve her there. Her father, Waldren, said she moved years ago and left no new address. **Ex. C.15.a.** | WestlawNext/Public Records - People Map search turned up 395 individuals with that name. We were unable to narrow the search any further. |
| C.16<br>**Jakobs, Brenda** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The physical address provided from the Post Office is: 53258 Denny Drive, Anza, California. The process server was unable to serve her there, and indicated that the house is vacant. **Ex. C.16.a.** | WestlawNext/Public Records - People Map listed the same post office box as her address. A Google search indicated that she is a real estate agent for Coldwell Banker in Anza, California. The process server attempted service there, but indicated that the business located at that address is now Realty Executives, not Coldwell Banker. Brenda Jakobs is not one of the agents listed at the new business. **Ex. C.16.b.** |
| C.17<br>**Lord, Mary** | The Tribes sent a request for waiver of service to the address provided by the Riverside County Assessor-County Clerk-Recorder's office. The mail package was returned marked not deliverable as addressed. WestlawNext/ Public Records and other sources provided various addresses for Ms. Lord. The Tribes mailed the waiver packets to various addresses. Since the waiver packet was not returned when sent to the 259 W. Avenida Marquita, San Clemente, California address, the Tribes attempted to personally serve her at this address. The process server was unable to locate the address provided. **Ex. C.17.a.** | Westlaw provided an additional address: 46 Parkwood Lane, Oceanside, California. The process server made ten attempts to serve Ms. Lord at this address. On his last attempt, he was informed by the current occupant that Ms. Lord had moved to 3852 Cazador Lane, Fallbrook, California. **Ex. C.17.b.** The process server subsequently attempted to serve Ms. Lord five times at the Fallbrook address but was unable to complete service. The property is a large ranch estate and there is an electronic gate restricting access. There is a call box but no one answered. **Ex. C.17.c.** |

| C.18 Osuna, Juan | The process server attempted service at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 15418 Bandy Ct., Moreno Valley, California. The process server was informed by Erica Rodriquez, who moved in 6 months earlier, that she did not know Juan Osuna. He no longer lives there. Ex. C.18.a. | The Riverside County Assessor's records and WestlawNext/Public Records - Real Property Records show Juan Osuna is still the owner and they list his address as 15418 Bandy Ct., Moreno Valley, California. The Assessor's records also indicate that the property is a vacant lot. The Tribes ordered a skip trace and were told that the Moreno Valley address is the most recent address for Mr. Osuna. |
|---|---|---|
| C.19 Overgaauw, Joan | The process server attempted service at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 6143 Capetown, Lakewood, California. The process server indicated that they were unable to serve. An individual on the premises, Kelly Doe, indicated that she has lived at the address for the past nine months and does not know servee. Ex. C. 19.a. | WestlawNext/Public Records - People Map does not show any other address for Ms. Overgaauw. The Tribes conducted a "reverse search" on Westlaw using a telephone number, but it showed the same Lakewood address, which is incorrect. |
| C.20 Pena, Javier | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to serve Mr. Pena at the physical address provided by the Post Office: 43695 Chapman Road, Anza, California. The process server was unable to serve Mr. Pena at that address and was informed by an elderly woman that Mr. Pena moved 20 years ago. Ex C.20.a. | WestlawNext/Public Records - Real Property Records indicated that the property is owned by three individuals: Mr. Pena, Juan Perez and Aurora Perez. Counsel for the Cahuilla Band ordered a copy of the Grant Deed which confirmed the property was owned by the above individuals. Efforts to find another address for Mr. Pena proved unsuccessful. |
| C.21 Perez, Juan and Aurora | Property previously believed to be owned solely by Javier Pena is also owned by Juan and Aurora Perez. | WestlawNext/Public Records - People Map provided an address for Juan Perez and Aurora Perez: 63015 Pimlico, Mountain Center, California. The process server attempted to serve them at that address but was informed that the servees do work for the owner on occasion but do not live at that address. Ex. C.21.a. and C.21.b. |
| C.22 Peters, Chris and Peter | Property originally owned by Helen Schilling. The process server attempted to serve her personally, but returned the proof with a notation that the house was vacant. | WestlawNext/Public Records - People Map indicated that the property was purchased through a foreclosure sale by Chris and Peter Peters. The process server attempted to serve them personally, but was told by the occupant, Wayne Bayard, that |

| | | |
|---|---|---|
| | | he rents from the Peters and that they live in Gardner Valley, California. **Ex. C.22.a. and C.22.b.** |
| C.23<br>**Reyes, Jose** | The name and address provided by the Riverside County Assessor-County Clerk-Recorder's office is Latigo Properties, Inc., c/o Tom Kelly, Registered Agent, 27758 Santa Margarita, #318, Mission Viejo, California.  The process server was unable to complete service.  He found the office was closed, spoke with someone in the adjacent office and was informed that Latigo Properties had not worked at the address provided for some time. | The California Secretary of State's web page indicated that the corporation had been suspended.  WestlawNext/Public Records indicated that the property was deeded to Jose D. Reyes.  A copy of the Grant Deed was obtained and it indicates that Mr. Reyes' address is 49355 Meadow View, Aguanga, California.  The process server was unable to complete service at the address provided for Mr. Reyes.  The occupant of the home, Jim Zaborowski, indicated that the servee is the owner but lives at 763 Lemon Avenue, Vista, California.  **Ex. C.23.a.** |
| C.24<br>**Riggle, Harlan** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Anza Postmaster returned the form with the notation "Not known at address given." | WestlawNext/Public Records provided a physical address: 43778 Foolish Pleasure Road, Aguanga, California.  The process server was unable to complete service indicating that the property is under construction and no one is living there.  **Ex. C.24.a.** |
| C.25<br>**Rosada, Liza** | The process server completed service on owners, Kathleen and Richard Erk, according to Riverside County Assessor-County Clerk-Recorder's records.  The Erks subsequently contacted the Tribes indicating they no longer owned the property. | A search of WestlawNext/Public Records - PeopleFinder showed the property had been sold to Liza Rosada and provided a post office box as her address.  However, the Westlaw credit header contained a physical address.  The process server attempted to serve her at the physical address.  A maintenance worker at the premises indicated that Ms. Rosada had moved into town approximately one year ago.  **Ex. C.25.a.** Efforts to find another physical address proved to be unsuccessful. |
| C.26<br>**Shirley, Johana and Walter** | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40370 Brook Trails Way, Aguanga, California.  His attempts at service were unsuccessful indicating that the address provided does not exist.  **Ex. C.26.a. and C.26.b.** | The Riverside County Assessor and WestlawNext/Public Records - Real Property Records show them living at the address which the process server indicated did not exist.  The Tribes conducted a skip trace, but it showed that the address provided by the Assessor for the Shirleys is correct. |

| | | |
|---|---|---|
| **C.27**<br>**Shorez, Sam** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Tribes attempted to serve him at the physical address obtained from the Post Office: 1212 Marline Avenue, El Cajon, California. The process server's attempts at service were unsuccessful. The process server attempted service four times and returned the proof indicating that the address was bad; the only furniture in the house was a table in the middle of the room. **Ex. C.27.a.** | WestlawNext/Public Records – Credit Header indicates that Mr. Shorez resides at 1550 Dehesa Road, El Cajon, California. The process server was unable to complete service at this address indicating that the address does not exist – that the street numbers run from 1700 to 7800. **Ex. C.27.b.** |
| **C.28**<br>**Stewart, Ryall** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Tribes attempted to serve him at the physical address obtained from the Post Office: 37129 Polliwog Road, Anza, California. The process server's attempts at service were unsuccessful. The process server attempted service three times but there was no answer. **Ex. C.28.a.** | WestlawNext/Public Records - PeopleMap indicates that Mr. Stewart's address is 58470 Hwy 371, Anza, California. The process server attempted to serve him at this address which turned out to be the business address for Anza Electric but was informed by the manager that the defendant does not work there. He is a director for District 1 and attends monthly meetings. **Ex. C. 28.b.** |
| **C.29**<br>**Thompson, James and Judith** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Anza Postmaster returned the form with the notation "Not known at address given." | WestlawNext/Public Records – People Map indicates that the Thompsons' address is 43610 Hwy. 371, Anza, California. The process server attempted on four separate occasions to complete service at this address but was unable to indicating that the home is on a private road with an electronic gate restricting access. **Ex. C.29.a. and C.29.b.** |
| **C.30**<br>**Ugali, Rosauro** | The Tribes initially attempted service on Bonifacia and Ireneo Ugali at 13618 Earnshaw Avenue, Downey, California. The process server was told per Alvin Guerro, the current occupant, that he was the new tenant and did not know the Ugalis. The Tribes subsequently discovered that Bonifacia and Ireneo Ugali are deceased. A Quit Claim Deed dated April 19, 1991, indicates the Ugalis deeded their property to six individuals including Rosaura Ugali. | WestlawNext/Public Records - Real Property Records indicates that Ugali Rosaura resides at 13618 Earnshaw Avenue, Downey, California, which is where service was initially attempted and failed. Efforts to find another address proved to be unsuccessful. |

| C.31<br>Vollan, Christopher | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 18054 Brightman Avenue, Lake Elsinore, California, but was unable to serve indicating that the house is vacant. The process server was informed by a neighbor that Mr. Vollan was in jail. **Ex. C.31.a.** | Westlaw showed that Mr. Vollan was released from jail in September, 2007. WestlawNext/Public Records - People Map provided a new address for him: 16056 Via Norte, Lake Elsinore, California. The process server attempted service at that address and found that Mr. Vollan's sister-in-law lives there, but not Mr. Vollan. **Ex. C.31.b.** Additional efforts to locate Mr. Vollan did not succeed. |
|---|---|---|
| C.32<br>Atoian, Gregor and Laura | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to serve them personally at the address provided: 22900 Ventura Boulevard, Woodland Hills, California, but returned the proof indicating that the address provided is an apartment complex. Property manager indicated there was no one at that address by the name of Atoian. **Ex. C.32.a. and C.32.b.** | WestlawNext/Public Records – People Map and People Search provided a new address for them: 24940 Alicante Drive, Calabasas, California. The process server attempted to serve them at various times on eight separate occasions but was unsuccessful. **Ex. C.32.c. and C. 32.d.** |
| C.33<br>Constantinescu, Maria | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The form was returned marked "No such address." | WestlawNext/Public Records – People Map provided a new address for her: 37735 Pine Road, Anza, California. The process server attempted to serve her at various times on four separate occasions but was unsuccessful. **Ex. C. 33.a.** |
| C.34<br>Eggering, Stephanie | The property was originally owned by Nationwide Advantage Mortgage Company and it signed a waiver. It subsequently sold the property to Robert and Stephanie Eggering. Robert Eggering was personally served in Temecula, California. However, we were provided with a different address for Stephanie: 248 Newbury Way, American Canyon, California. The process server attempted service but failed indicating that he was advised Mrs. Eggering had moved out a long time ago. **Ex. C.34.a.** | WestlawNext/Public Records – People Map provided a new address for her: 57475 Derry Lane, Anza, California. The process server attempted to serve her at various times on six separate occasions but was unsuccessful. There were three unleashed dogs at this address but there was no answer at the door. **Ex. C.34.b.** |
| C.35<br>Harmon, Robert | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of | WestlawNext/Public Records – People Map provided a new address for him: 16322 Howland Lane, Huntington Beach, California. The process server attempted to serve him but was |

| | Address or Boxholder Information Needed for Service of Legal Process. The process server attempted to complete service at the address provided: 35571 Aurora Lane, Anza, California, but was unsuccessful. **Ex. C.35.a.** | told by the occupant of two years that she did not know the defendant. **Ex. C.35.b.** |
|---|---|---|
| C.36<br>**Lykos, Tina** | The process server attempted to serve her at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 10501 Bellman Avenue, Downey, California, but was unable to serve indicating that the current occupant did not know and had not heard of the defendant. **Ex. C.36.a.** | WestlawNext/Public Records – People Map and Credit Header provided a new address for her: 347 Wilson Street, Costa Mesa, California. The process server attempted to serve her at various times on 11 occasions but was unsuccessful. It is a gated community and he was unable to gain access. **Ex. C.36.b.** |
| C.37<br>**Ortegel, Jette** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The post office responded indicating "Not known at address given." | WestlawNext/Public Records – Real Property Records and People Map provided an address for her: 456 Toyanza Court, San Andreas, California. The process server attempted to serve her at various times on five separate occasions but was unsuccessful. **Ex. C.37.a.** |
| C.38<br>**Perez, Ernesto and Leticia** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The form was not returned. | WestlawNext/Public Records – People Map provided an address for them: 12657 Stanwood Drive, Mar Vista, California. The process server attempted to serve them but was unsuccessful. He was informed by the renters that the Perezes live in Placentia, California. **Ex. C.38.a. and C.38.b.** However, the Westlaw search did not provide any address for them in Placentia. |
| C.39<br>**Progress Holdings** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The post office responded indicating "Not at this box." | WestlawNext Public Records – People Map and Real Property Records provided an address for it: 736 Bonita Drive, Encinitas, California. The process server attempted to serve it at various times on five separate occasions but was unsuccessful. **Ex. C.39.a.** |
| C. 40<br>**Saum, Rich** | The process server attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 53250 Highway 371, Anza, California, but was unable to serve indicating that the current occupant, Jose, moved in two months before and the house was empty at that time. **Ex. C.40.a.** | WestlawNext/Public Records – Utility Records provided a new address for him: 10230 Stageline Street, Corona, California. The process server attempted to serve him at various times on six separate occasions but was unsuccessful. **Ex. C.40.b.** |

| C. 41<br>Swenson, Carl and Jane | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  6116 Colodny Drive, Agoura Hills, California, but was unable to serve indicating that the current tenant had been residing there for a year and did not know the defendants.  **Ex. C.41.a. and C.41.b.** | WestlawNext/Public Records – People Map and Credit Header provided a new address for them:  28354 Balkins Drive, Agoura Hills, California.  The process server attempted to serve them at various times on seven separate occasions but was unsuccessful.  **Ex. C.41.c and C.41.d.** |
| C. 42<br>Berman-Baker, Wendy | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was c/o R. Baker, 2001 Wilshire Blvd., Los Angeles, California.  The Tribes sent the waiver package to Mrs. Baker at that address and R. Baker signed the waiver and returned it to us, even though it was addressed to Wendy Baker. | WestlawNext/Public Records provided a different address for her:  3602 Winter Canyon Road, Malibu, California.  The process server attempted to serve her but was unsuccessful indicating that it is an elementary school and the principal would not allow service on the school grounds.  **Ex. C. 42.a.** |
| C. 43<br>Garner, Thomas and June Living Trust | The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  24752 Via Larga, Laguna Niguel, California, but was unable to serve indicating that that address does not exist.  **Ex. C.43.a.** | WestlawNext/Public Records – People Map indicated that 24752 Via Larga was the correct address.  The process server indicated that it was a good address.  Although he attempted to serve them at various times on four separate occasions, he was unsuccessful.  **Ex. C.43.b.** |
| C. 44<br>Hughes, Samuel | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The process server attempted to complete service at the address provided:  41535 Aztec Court, Aguanga, California, but was unable to serve indicating that the house is vacant.  **Ex. C.44.a.** | WestlawNext/Public Records – People Finder provided a new address:  2120 Via Puerta, Apt. B, Laguna Woods, California.  The process server was unable to complete service indicating that the current occupants were the Hancocks and they did not know the defendant.  **Ex. C. 44.b.** |
| C. 45<br>Kiger, Mary A. and Jerome Thornton | The property was originally owned by Basil and Dorothy Smith.  The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The physical address subsequently provided by the Post Office is: 37181 Hill, Anza, California.  The process server was unable to serve indicating that the house had sold in December, 2009.  **Ex. C.45.a. and C.45.b.** | WestlawNext/Public Records – Real Property Records indicated that the property was sold to Mary A. Kiger and Jerome Thornton.  The process server attempted to serve them at the address provided:  26655 Paseo Ensenada, San Juan Capistrano, California at various times on six separate occasions, but was unsuccessful.  **Ex. C.45.c. and C.45.d.** |

| C. 46<br><br>**Ugali, n/k/a Lugan, Michealle** | The Tribes initially attempted service on Bonifacia and Ireneo Ugali at 13618 Earnshaw Avenue, Downey, California. The process server was told per Alvin Guerro, the current occupant, that he was the new tenant and did not know the Ugalis. The Tribes subsequently discovered that Bonifacia and Ireneo Ugali are deceased. A Quit Claim Deed dated April 19, 1991, indicates the Ugalis deeded their property to six individuals including Michealle Ugali, n/k/a Lugan | WestlawNext/Public Records – Credit Header provided an address:  20825 Norwalk Boulevard, Lakewood, California. The process server was unable to complete service indicating that a unit number is required but this information could not be found. **Ex. C.46.a.** |

| DEFENDANT | D. PROBLEM - SEVERAL ATTEMPTS MADE - NEVER HOME | DILIGENCE STEPS TAKEN |
|---|---|---|
| D.1<br>**Babcock, Ricky** | The process server attempted to serve him personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 43375 Cowboy Country Trail, Aguanga, California. There was no answer at the residence. **Ex. D.1.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his last known address. The mail package was returned marked unclaimed. |
| D.2<br>**Brandao, Licinio and Ramona** | The process server attempted to serve them personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 40110 N. Preakness Court, Aguanga, California. There was no answer at the residence. **Ex. D.2.a. and D.2.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to their last known address. The return receipt card was returned signed by Ramona Brandao, so they did receive the package, but the acknowledgment form was not returned. **Ex. D.2.c. and D.2.d.** |
| D.3<br>**Canale, Patricia** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 661 W. St. Andrews Avenue, La Habra, California. The home is located inside a gated, secured community. The name "Canale" is on the call box directory but there was no answer at the door. **Ex. D.3.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her last known address. The return receipt card was returned signed by Patricia Canale so she did receive the package, but the acknowledgment form was not returned. **Ex. D.3.b.** |
| D.4<br>**Dickson, David** | The process server attempted to serve him personally at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 16478 Old Guesito, Escondido, California. However, the address provided does not exist. It is a dirt road with signs posted stating "No Trespassing, Construction Zone." The workers told the process server there were no homes left in the area. **Ex. D.4.a.** | WestlawNext provided a new address. The process server attempted to serve him personally at various times on five separate occasions at the new address: 6787 Alvarado Road #8, San Diego, California. There was no answer at the residence, but there was movement inside the house on one occasion and the process server noted that he believed the occupants were avoiding service. **Ex. D.4.b.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, |

| | | and the Acknowledgment of Service by Mail form to his last known address.   The mail package was returned marked unclaimed. |
|---|---|---|
| **D.5 Firth, Brandon** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box.  The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Tribes attempted to serve him at the physical address obtained from the Post Office: 35571 Aurora Lane, Anza, California.  The process server attempted to serve him personally at various times on two separate occasions at that address.   There was no answer at the residence.  **Ex. D.5.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his post office address.  The return receipt card was returned signed by Natasha Firth, so it is assumed that his wife did receive the package, but the acknowledgment form was not returned.  **Ex. D.5.b.** |
| **D.6 Freeman, Victoria** | The process server attempted to serve her personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 49950 Bradford Road, Aguanga, California. There was no answer at the residence.  **Ex. D.6.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her last known address.  The return receipt card was returned signed but the signature is illegible.  **Ex. D.6.b.** The acknowledgment form was not returned. |
| **D.7 Lohnes, Robert** | The property was originally owned by Armando and Diana Diaz.  The process server attempted to serve them personally but was unable to do so as the property was occupied by new owners who purchased the house on June 23, 2010. | WestlawNext/Public Records - Real Property Records indicated that the property was sold to Robert Lohnes.  People Map provided an address: 6104 Correll Street, Riverside, California.  The process server attempted to serve him personally at various times on nine separate occasions but it did not appear that anyone was home.  **Ex. D.7.a.** The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his post office address.  The return receipt card was returned signed by Faye Manning on May 31, 2011, but the acknowledgment form was not returned.  **Ex. D.7.b.** |
| **D.8 McClure, Shaunna Avila** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, |

| | Riverside County Assessor-County Clerk-Recorder's office: 48920 Lake Canyon Drive, Aguanga, California. There was no answer at the residence. **Ex. D.8.a.** Her husband signed a waiver which has been filed with the Court. | and the Acknowledgment of Service by Mail form to her last known address. The return receipt card was returned signed by S. Avila so she did receive the package, but the acknowledgment form was not returned. **Ex. D.8.b.** |
|---|---|---|
| D.9<br>**McIntosh, Donald &<br>Sheila** | The process server attempted to serve them personally at various times on six separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 42405 Rolling Hills Drive, Aguanga, California. There was a large aggressive dog on the property and cars were visible. The process server honked but received no response. **Ex. D.9.a. and D.9.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to their last known address. The return receipt cards were returned signed by Sheila McIntosh, so they did receive the packages, but the acknowledgment forms were not returned. **Ex. D.9.c. and D.9.d.** |
| D.10<br>**Michalak, Corrina** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 4238 W. 135th Street, #B, Hawthorne, California. On one occasion there were four cars in the driveway, the lights were on but no one answered the door. Subsequent attempts were also unsuccessful. **Ex. D.10.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her last known address. The return receipt card was returned signed by Ron Michalak, so it is assumed that her husband did receive the package, but the acknowledgment form was not returned. **Ex. D.10.b.** |
| D.11<br>**Myers, Rodney** | The process server attempted to serve him on four separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 48590 Sunnybrook Circle, Aguanga, California, but no one answered the door. The house is for sale. **Ex. D.11.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his last known address. The mail package was returned as undeliverable. |
| D.12<br>**Nagel, Tyler** | The property was originally owned by Anna Pantoja. The process server indicated that the property was occupied by new owners. | WestlawNext/Public Records - Real Property Records indicates the property was conveyed and is currently owned by three individuals, two of whom were personally served. The process server attempted to serve Mr. Nagel personally at various times on five separate occasions but was unsuccessful reporting that there was no answer at the location, the gate is locked and there are two big dogs in the yard. **Ex. D.12.a.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to his last |

| | | known address. The return receipt card was returned signed by Tyler Nagel so he did receive the package, but the acknowledgment form was not returned. **Ex. D.12.b.** |
|---|---|---|
| **D.13**<br>**Ortiz, Maria** | The address provided by the Riverside County Assessor-County Clerk- Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Tribes attempted to serve her at the physical address obtained from the Post Office: 542 Altura Drive, Perris, California. The process server was unable to complete personal service indicating that he spoke with Rosa Flores who stated she had lived at that address for the past year and did not know the servee. **Ex. D.13.a.** | WestlawNext/Public Records - People Search provided a new address for Ms. Ortiz, 26020 Farmington Road, Menifee, California. The process server was unable to complete service indicating that the house was surrounded by a giant electronic fence and that no one would answer the call button. He attempted service three times. **Ex. D.13.b.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to her at the post office address provided by the Riverside County Assessor-County Clerk- Recorder's office. The return receipt card was returned signed by Maria Ortiz, so she did receive the package, but the acknowledgment form was not returned. **Ex. D.13.c.** |
| **D.14**<br>**Rose, Joanne and Norman** | The process server attempted to serve them personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk- Recorder's office: 49355 Flightline Way, Aguanga, California. There was no answer at the residence. **Ex. D.14.a. and D.14.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents, and the Acknowledgment of Service by Mail form to their last known address. The mail packages were returned marked unclaimed. |
| **D.15**<br>**Ruiz, Daniel** | The process server attempted to serve him personally at various times on four separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 44795 Via Catalina, La Quinta, California. The process server was unable to complete personal service indicating that it appears that house had sold in August 2007. **Ex. D.15.a.** This is not the property address. | WestlawNext/Public Records did not confirm that the property had sold but did provide a different address for Daniel Ruiz. The process server attempted to serve him personally at the new address, 78561 Bent Canyon Court, Indio, California, on 11 occasions but was unable to do so. According to the baby sitter, the defendant did reside at this address. On a separate occasion, the defendant drove up, saw the process server and drove away. **Ex. D.15.b.**<br><br>The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents, |

| | | and the Acknowledgment of Service by Mail form to his last known address. To date, nothing has been returned. |
|---|---|---|
| D.16<br>Smith, Simon and Kim | The process server attempted to serve them personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 49760 Flightline Way, Aguanga, California. There was no answer at the residence. **Ex. D.16.a. and D.16.b.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to their last known address. The mail packages were returned as undeliverable. |
| D.17<br>Stamm, Eric and Lisa | The process server attempted to serve them personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40040 N. Preakness Court, Aguanga, California. Although there was a car in the driveway, there was no answer at the residence. **Ex. D.17.a. and D.17.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to last known address. The mail package addressed to Eric Stamm was returned undelivered, but no reason was given. To date, the mail package addressed to Lisa Stamm has not been returned nor has she signed the return receipt card indicating she has received the package. |
| D.18<br>Tucker, Bryan & Norma | The property was originally owned by Jose and Balbina Olivares. The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Tribes attempted to serve the Olivares at the physical address provided by the Post Office. The process server attempted to serve them but served the wrong individual. | A search of WestlawNext/Public Records - Real Property Records indicated that Bryan and Norma Tucker bought the property through a foreclosure sale. The process server was unable to complete service at the address provided by Westlaw: 38310 Licon Road, Anza, California, indicating that there is a locked gate. There was a car in the driveway and dogs running around the yard with a "beware of dogs" sign posted. Someone was at home and looked out but did not open the door. The process server honked his horn but there was no response. **Ex. D.18.a. and D.18.b.** |

| DEFENDANT | E. PROBLEM – FORECLOSURE | DILIGENCE STEPS TAKEN |
|---|---|---|
| **E.1**<br>**Antrim, Cynthia** | The Tribes sent the waiver packet to Cynthia Antrim at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  40685 Tumbleweed Drive, Aguanga, California.  The package was returned marked "Moved, Left No Address."  The property address is 49515 Mescalero, Aguanga, California. | Through WestlawNext/Public Records - Real Property Records, the Tribes learned that foreclosure proceedings have begun on this property and a foreclosure sale was scheduled on April 25, 2011.  The Tribes have identified the Trustee - Cal-Western Reconveyance Corporation as the bank's trustee. As of June 6, 2011, the sale had not yet occurred.  The Tribes are informed that the sale is now on hold, and no new sale date has been set.<br><br>The Westlaw search indicated that Ms. Antrim's current address is: 980 Cedar Way, Escondido, California.  The process server attempted to serve her personally at various times on six separate occasions but was unsuccessful.  Although there was movement inside on one occasion, no one answered the door. **Ex. E.1.a.** |
| **E.2**<br>**Herring, Mary and Bart** | The Tribes sent waiver packets to the Herrings at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  49466 Pima Court, Aguanga, California. This is also the property address. The packets were returned marked "No Mail Receptacle."  WestlawNext/Public Records – People Map provided a new address:  54197 Scouts Lane, Anza, California.  The process server was unable to complete personal service on the Herrings noting that the house had sold and there were new owners. **Ex. E.2.a. and E.2.b.** | Through WestlawNext/Public Records - Real Property Records, the Tribes learned that foreclosure proceedings have begun on the Pima Court property.  Counsel for the Cahuilla Band called the foreclosure Trustee, NDEX West LLC, to inquire about the date of the foreclosure sale.  In order to obtain the automated information, it was necessary to provide an auction number, which counsel did not have.  A subsequent letter seeking the status of the property was sent to NDEX. **Ex. E.2.c.**  NDEX refused to provide that information without the consent of the owners. **Ex. E.2.d.** |
| **E.3**<br>**Loiselle Family Trust – Robert and Mary Loiselle, Trustees** | The process server attempted to serve the Loiselles at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  40407 Lake Riverside Drive, Aguanga, California, but was unable to complete service noting that the house was vacant. **Ex. E.3.a. and E.3.b.** | A WestlawNext/Public Records - Real Property Records search revealed that Wells Fargo obtained a foreclosure deed on the property on November 19, 2010.  The Tribes searched the real estate websites - www.zillow.com and www.estately.com, which indicated that Wells Fargo sold the property on May 19, 2011. The Tribes sought to obtain the name of the new owner |

| | | from the County Clerk and Recorder's office, but the Clerk did not have that information, and indicated she would not have it for at least six months. |
|---|---|---|
| E.4<br>**Lopez, Jose** | The process server attempted to serve Mr. Lopez at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 49760 Meadow View Way, Aguanga, California. This is also the property address. The process server was informed by a woman who rents the property from Mr. Lopez that she did not know where Mr. Lopez lives. **Ex. E.4.a.** | A WestlawNext/Public Records - Real Property Records search revealed a Notice of Trustee's Sale on September 7, 2010. Counsel for the Cahuilla Band learned the identity of the trustee and called Reconveyance Trust, who indicated that a foreclosure sale was scheduled for April 4, 2011, and that it had been postponed several times. The County Assessor's office does not reflect any change in ownership. Additional information from Reconveyance Trust has not been forthcoming. |
| E.5<br>**Neilsen, Kathy** | Originally the property was owned by John and Kathy Neilsen. The process server attempted to serve them at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 40930 California Oaks Road, Murrieta, California. The process server indicated this was a business address and that he was told that the Neilsens are no longer employed there. **Ex. E.5.a. and E.5.b.** | The County Assessor's records are not up to date, as the most recent document for this property was recorded in April, 2003. Through WestlawNext/Public Records - Real Property Records, the Tribes learned that John Neilsen deeded the property to Kathy Neilsen in August, 2005. The Westlaw search also disclosed that a Notice of Trustee's Sale was recorded on July 16, 2010. The Tribes learned the identity of the trustee, ETS Services, LLC. Counsel for the Cahuilla Band contacted ETS Services, LLC for information about the status of the property and possible new owners. The trustee maintains an automated system, but information about the sale of this property could not be found. The Westlaw search also provided an additional address for Kathy Neilsen in Houston, Texas. The Tribes sent by certified mail the Summons, Second Amended Complaints, and Instructions for Service of Documents to the Texas address. The mail package was returned marked unable to forward, return to sender. |
| E.6<br>**Smith, David and Joyce** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office is a post office box. The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process. The Tribes attempted to serve the Smiths at the physical | Through WestlawNext/Public Records - Real Property Records, the Tribes learned that foreclosure proceedings have begun. The Tribes identified the trustee as Quality Loan Service Corporation. Counsel for the Cahuilla Band contacted it for information about the status of the property and foreclosure |

| | | |
|---|---|---|
| | address provided by the Post Office: 47990 Hwy. 371, Anza, California. The process server was unable to complete service. He spoke with a neighbor who indicated that Joyce Smith has obtained a temporary restraining order against David Smith, from which it may be inferred that the couple is separated if not divorced. **Ex. E.6.a. and E.6.b.** | proceeding, but no further information could be obtained without borrower approval. |

# EXHIBIT A

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DELBERT ALEXANDER
37920 TRIPP FLATS RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECK

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit A.1.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  06/28/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**   Other (specify):   37920 Tripp Flats Road, Anza,  CA 92539. No furniture in house. House is vacant.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10

Date                    Signature of Server
                        79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**<br>TELEPHONE NO. **(303) 442-2021**       FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| | CASE NUMBER: |
|---|---|
| **NON SERVICE REPORT** | **51-cv-1247-GT-RBB** |

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **CHARLIE BROWN**

As enumerated below:

**11/30/2010 -- 12:30 pm**           466 W. RAYMOND STREET
                                    COMPTON, CA 90220
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 -- 08:00 pm**           466 W. RAYMOND STREET
                                    COMPTON, CA 90220
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/03/2010 -- 10:00 am**           466 W. RAYMOND STREET
                                    COMPTON, CA 90220
      HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/06/2010 -- 03:00 pm**           466 W. RAYMOND STREET
                                    COMPTON, CA 90220
      HOME - SERVER WAS TOLD BY RON "DOE"; THE SERVEE WAS DECEASED AND HE WOULD NOT
      ACCEPT THE DOCUMENTS.



County:   **LOS ANGELES**
Registration No.:   **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 12, 2011** at **RIVERSIDE**, California.

Signature: _____
            **ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**          **Exhibit A.2.a.**

EAS18258/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | |
| TELEPHONE NO.: (303) 442-2021                          FAX NO.: | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , CA | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA | |
|---|---|
| DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | |

| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee:   **MILDRED BROWN**

As enumerated below:

**11/30/2010 -- 12:30 pm**         466 W. RAYMOND STREET
                                      COMPTON, CA 90220
       HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/02/2010 -- 08:00 am**         466 W. RAYMOND STREET
                                      COMPTON, CA 90220
       HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/03/2010 -- 10:00 am**         466 W. RAYMOND STREET
                                      COMPTON, CA 90220
       HOME - NO RESPONSE AT GIVEN ADDRESS.

**12/06/2010 -- 03:00 pm**         466 W. RAYMOND STREET
                                      COMPTON, CA 90220
       HOME - SERVER WAS TOLD BY RON "DOE"; THE SERVEE WAS DECEASED AND HE WOULD NOT ACCEPT THE DOCUMENTS.

| County:  **LOS ANGELES**<br>Registration No.:  **6437**<br>**EXCALIBUR ATTORNEY SERVICES**<br>**231 E. ALESSANDRO BOULEVARD.,**<br>**SUITE A368**<br>**RIVERSIDE, CA 92508**<br>**(877) 378-3843** | I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 12, 2011** at **RIVERSIDE,** California.<br><br>Signature: _____<br>              **ANTONIO DESHAWN OUTTEN** |
|---|---|

**NON SERVICE REPORT**

Exhibit A.2.b.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**<br><br>TELEPHONE NO.. **(303) 442-2021**          FAX NO. .<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **KENNETH HICKS**

As enumerated below:

    **12/03/2010 -- 01:17 pm**                447 CHAD COURT<br>                                              VISTA, CA 92083<br>    HOME - THE ADDRESS PROVIDED IS VACANT; NO SIGNS OF HABITATION; NO VEHICLES IN THE DRIVEWAY; NO FURNITURE INSIDE THE HOME; YARD MAINTENANCE HAS NOT BEEN CONDUCTED FOR QUITE SOME TIME; NO NEIGHBORS HAVE SEEN ANY ACTIVITY OR KNOW OF THE SERVEE.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2010** at **SANTA ROSA,** California.

Signature: _____
                         **JAIME TORRES**

**NON SERVICE REPORT**        Exhibit A.4.a.

H/NonServe

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JUDY LANIK
37600 LANIK LN
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. ECHSEAL

By _____ , Deputy Clerk

Summons is a Civil Action

::\ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit A.5.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 02/12/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant. Place where served: _____

    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

**✗**   Return unexecuted: Attempted service on Judy Lanik at 37600 Lanik Lane, Anza, CA 92539 on 07/02/2010 and the property is unoccupied, empty and vacant. See attached due diligence.

    Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      02/12/11

                 Date

                Signature of Server
                79-405 Highway 111, #9-354, La Quinta, CA 92253

                Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:* <br> McElroy, Meyer, Walker & Condon, P.C. <br> 1007 Pearl Street, Suite 220 <br> Boulder, CO 80302 <br><br> Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. <br> *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant <u>Judy Lanik at 37600 Lanik Lane, Anza, CA 92539</u> as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 1/20/11 | 11:55am | Residence | No answer. |
| 2/12/11 | 8:28am | Residence | No answer. See comments below. |
| | | | |
| | | | |
| | | | |
| | | | |

**Other comments:** Spoke with Nanette Holzer, neighbor located at: 55935 Atlantic Avenue, Anza, CA 92539, said Judy had died. I checked social security records and Judy Lanik died January 25, 2009.

3)    *Person Executing*:
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 0.0
     e. I am: (3) Registered California Process Server:
       (i) Owner
       *(ii) Registration No.:* 841
       *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 02/12/11

                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**



MCELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW

SCOTT B. McELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON

DANIEL E. STEUER
GREGG DE BIE

OF COUNSEL
PHOEBE ANNE GREYSON

**VIA ELECTRONIC MAIL**

May 4, 2011

B. Tilden Kim
Richards, Watson, Gershon
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101

*Re:*    *Fallbrook Litigation*

Dear Tilden:

We have attempted to complete personal service on Judy Lanik, Gordon Lanik's sister, who is believed to be the sole and separate owner of APN 573-100-035. The results of a recent search online indicated that Judy Lyn Lanik died on January 25, 2009. However, there is no information in the assessor's records or any other records indicating who inherited this parcel of land. Since Gordon Lanik is represented by your firm, I am hoping that you can ask him who inherited this property and whether they would be willing to sign a waiver of service or whether we will need to complete personal service.

Your assistance in this matter would be greatly appreciated.

Sincerely,

*Catherine Condon*

M. Catherine Condon
*dav*
MCC/dav

cc:    James Markman
       Curtis Berkey

Exhibit A.5.b.

# Cathy Condon

| | |
|---|---|
| **From:** | B. Tilden Kim [TKim@rwglaw.com] |
| **Sent:** | Thursday, May 05, 2011 3:09 PM |
| **To:** | Cathy Condon |
| **Cc:** | James L. Markman; Curtis Berkey; Linda Pomatto |

**Subject:** RE: Fallbrook Litigation

Cathy,

I discussed this issue with Gordon Lanik. Apparently, this property is still under the name of the deceased sister. So, Gordon cannot accept summons or execute a waiver of summons.

Tilden.

**From:** Daryl Vitale [mailto:dvitale@mmwclaw.com]
**Sent:** Wednesday, May 04, 2011 3:41 PM
**To:** B. Tilden Kim
**Cc:** Curtis Berkey; 'Martha Morales'; James L. Markman; Cathy Condon
**Subject:** Fallbrook Litigation

Dear Mr. Kim:

Attached is a letter from Cathy Condon.

Daryl Ann Vitale, Legal Assistant
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Telephone: 303-442-2021 Ext. 111

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient of this communication, or an employee or agent responsible for delivering this communication to the intended recipient, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Exhibit A.5.c.**

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CALVIN NICKELS
39245 ANZA RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EC[SEAL]

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14431\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit A.6.a.**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/12/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

      Served personally upon the defendant. Place where served: _____

      Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

      Name of person with whom the summons and complaint were left: _____

**✗**   Return unexecuted:  Passed away per Mike Morrison

      Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $10.00 | | SERVICES | TOTAL $10.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/12/10

              Date

                      Signature of Server
                      79-405 Highway 111, #9-354, La Quinta, CA 92253

                      Address of Server

#### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# EXHIBIT B



# Office of the Constable

### LAUGHLIN TOWNSHIP
#### P. O. BOX 29577
#### LAUGHLIN, NEVADA 89029

**PATRICK H. KETTERER**
*Constable*

(702) 298-2311

### CASE NO. 51-cv-1247-GT-RBB

|  |  |
|---|---|
| UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et | **Plaintiff,** |
| --VS-- | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al. | **Defendant.** |

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

## AFFIDAVIT OF DUE DILIGENCE

I, Arnold Wetzstein do hereby swear that I attempted to serve Summons and Complaint to the defendant Johnny Allcorn but was unsuccessful because there was no answer at the door. There is a car with piles of trash and no license plates in the driveway, also the inside of the house has piles of trash in it. The house looks deserted.

*Arnold W. Wetzstein*
**Constable / Deputy**

**State of Nevada**
**County of Clark**

**SUBSCRIBED AND SWORN to before me this**
**1** day of October , 2010 .

*Kristin Hernandez*
**NOTARY PUBLIC**

KRISTIN HERNANDEZ
Notary Public, State of Nevada
Appointment No. 10-2715-1
My Appt. Expires Aug. 12, 2014

**Exhibit B.1.a.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**SCOTT MCELROY, PRO HAC VICE**
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**

TELEPHONE NO. **(303) 442-2021**                    FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **JOAN DALTON**

As enumerated below:

**12/14/2010 -- 04:21 pm**                    2070 SUNSET AVENUE
                                                            SAN DIEGO, CA 92154
HOME - THE ADDRESS PROVIDED COULD NOT BE LOCATED; THE SERVER SPOKE WITH A "JOHN DOE" AT 2012 SUNSET AVENUE AND THEY STATED THEY HAVE NEVER HEARD OF THE SERVEE OR KNOW OF THE ADDRESS.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA,** California.

Signature: _____
                                    **JAIME TORRES**

**NON SERVICE REPORT**                    Exhibit B.2.a.

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**SCOTT MCELROY, PRO HAC VICE**
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**

TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:

E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **MARY FERNANDEZ**

As enumerated below:

**10/06/2010 -- 04:00 pm**                    36917 DOREEN DRIVE
                                                                          MURRIETA, CA 92563
HOME - SERVER SPOKE WITH CHAVION PARKS; SHE HAS LIVED AT THE ADDRESS FOR 2 YEARS AND DOES NOT KNOW THE SERVEE; [CHAVION PARKS] 40ish, 120lbs, 5'6", black hair, African-American female.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 29, 2010** at **RIVERSIDE**, California.

Signature: _____
                              **ROBERT SEE**

**NON SERVICE REPORT**

Exhibit B.3.a.                    nServe

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DELIA MAHER
58870 MITCHELL
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after[*] service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EGUSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

[*] Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit B.5.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

       Served personally upon the defendant. Place where served: _____

       Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

       Name of person with whom the summons and complaint were left: _____

**x**    Return unexecuted:  Followed power lines to locate house, no house at the end of power lines. There is a meter box but no house.

       Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     07/23/10

          Date        Signature of Server
                         79-405 Highway 111, #9-354, La Quinta, CA 92253

                       Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DENNIS MAHER
58870 MITCHELL
ANZA CA   92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                           DATE

C. ECH[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit B.5.b.**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant.  Place where served: _____

    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were left: _____

**x**  Return unexecuted:  Followed power lines to locate house, no house at the end of power lines. There is a meter box but no house.

    Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    07/23/10
          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JAMES PHILLIPS
40875 ROLLING HILLS
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. ECH [SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit B.7.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  08/27/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

      Served personally upon the defendant. Place where served:    _____

      Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

      Name of person with whom the summons and complaint were left:  _____

**✗**   Return unexecuted:  Per Dan, Melanie & James Phillips moved a year ago when he brought the property. White/male, blue eyes, short grey hair, 5'9", 190 lbs., 50 years old.

      Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/27/10
          Date       Signature of Server
                79-405 Highway 111, #9-354, La Quinta, CA 92253
                Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MELANEE PHILLIPS
40875 ROLLING HILLS
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after*
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK                                         DATE

C. EG[SEAL]

By                          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit B.7.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **08/27/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
| | Served personally upon the defendant. Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| **✗** | Return unexecuted: **Per Dan, Melanie & James Phillips moved a year ago when he brought the property. White/male, blue eyes, short grey hair, 5'9", 190 lbs., 50 years old.** |
| | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     **08/27/10**

            Date           Signature of Server

**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# EXHIBIT C

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**<br><br>TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | *FOR COURT USE ONLY* |

| |
|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** |
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:, **CA** |
| BRANCH NAME: |

| |
|---|
| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| | |
|---|---|
| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

       Servee:   **FREDERIKA ANCTIL**

As enumerated below:

   **11/20/2010 -- 02:20 pm**             57050 KNOLLWOOD DRIVE
                                      ANZA, CA 92539
       HOME - SERVER SPOKE WITH A LARRY "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN JUNE OF 2010 AND DID NOT KNOW THE SERVEE; [LARRY "DOE"] 35ish, 200lbs, 6', brown hair, Caucasian male.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at **RIVERSIDE**, California.

Signature: _____
                        **ROBERT SEE**

Exhibit C.1.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**<br><br>TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

> Servee:  **GERARD ANCTIL**

As enumerated below:

**11/20/2010 -- 02:20 pm**                    57050 KNOLLWOOD DRIVE
                                                                    ANZA, CA 92539
HOME - SERVER SPOKE WITH A LARRY "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN JUNE OF 2010 AND DID NOT KNOW THE SERVEE; [LARRY "DOE"] 35ish, 200lbs, 6', brown hair, Caucasian male.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at **RIVERSIDE**, California.

Signature: _____
                              **ROBERT SEE**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant FREDERIKA  ANCTIL as follows:

2. Documents:   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 04/12/11 | 12:00pm | Home | There are several packages outside the door.  They have been outside for over 1 week.  The name on all the packages is Courtney and Kerr Norman.  This was verified via the neighbor Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 1347 AUSTIN CT  Vista CA 92083. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: FREDERIKA  ANCTIL Home - 1347 AUSTIN CT Vista, CA 92083 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:*   (3)  registered California process server
   (i)   Owner
   (ii)  *Registration No.:*      1505
   (iii) *County:*                Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

                                      **NON SERVICE/RETURN**          (Surya Von Rosen)

                                                                      anctil.mcelroy.13159

                                                        **Exhibit C.1.c.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GERARD ANCTIL as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/11 | 12:00pm | Home | There are several packages outside the door. They have been outside for over 1 week. The name on all the packages is Courtney and Kerr Norman. This was verified via the neighbor Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 1347 AUSTIN CT Vista CA 92083. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: GERARD ANCTIL Home - 1347 AUSTIN COURT Vista, CA 92083 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
*e. I am:* (3) registered California process server
   (i) Owner
   (ii) *Registration No.:* 1505
   (iii) *County:* Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**          (Surya Von Rosen)

anctil.mcelroy.13243
**Exhibit C.1.d.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO. **(303) 442-2021**   FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **, CA** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee:  **KITTI AMPHON**

As enumerated below:

    **11/19/2010 -- 09:05 am**          1862 E ALMOND DRIVE
                                        ANAHEIM, CA 92805
        HOME – ADDRESS PROVIDED IS VACANT; IN THE FRONT YARD THERE IS A "JUST SOLD" SIGN POSTED.

County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010 at RIVERSIDE,** California.

Signature: _____
                 **ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**        Exhibit C.2.a.

<table>
<tr><td>ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br><b>SCOTT MCELROY, PRO HAC VICE</b><br><b>MCELROY, MEYER, WALKER & CONDON, P.C.</b><br><b>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302</b><br><br>TELEPHONE NO. <b>(303) 442-2021</b>                     FAX NO.<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): <b>PLAINTIFF IN INTERVENTION</b></td><td><i>FOR COURT USE ONLY</i></td></tr>
</table>

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **PAUL AMPHON**

As enumerated below:

**11/19/2010 -- 09:05 am**                     1862 E ALMOND DRIVE
                                                                      ANAHEIM, CA 92805
     HOME - ADDRESS PROVIDED IS VACANT; IN THE FRONT YARD THERE IS A "JUST SOLD" SIGN
     POSTED.

County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on
**December 17, 2010** at **RIVERSIDE,** California.

Signature: _____
                     **ANTONIO DESHAWN OUTTEN**

**NON SERVICE REPORT**                                        **Exhibit C.2.b.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | |
| 1007 PEARL STREET | | |
| SUITE 220 | | |
| Boulder, co 80302 | | |
| Telephone No: 303-442-2021 | | |
| | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant KITTI  AMPHON as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Thu | 05/19/11 | 11:30am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Sun | 05/22/11 | 6:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Wed | 05/25/11 | 7:15am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Sat | 05/28/11 | 7:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY  Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |

Date: Thu, Jun. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          swenson.mcelroy.13495

**Exhibit C.2.c.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |

| Ref. No or File No.: | |
|---|---|
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/31/11 | 4:35pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Fri | 06/03/11 | 2:25pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Mon | 06/06/11 | 5:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Fri | 06/10/11 | 6:45am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: KITTI AMPHON Home - 208 DRAFT WAY Placentia, CA 92870 |

3.  *Person Executing*
    a. Surya Von Rosen
    b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA 92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $30.00
e. *I am:*  (3) registered California process server
    *(i)*  Owner
    *(ii)*  *Registration No.:*      1505
    *(iii)*  *County:*                Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13495

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Ref. No or File No.: | | | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant PAUL  AMPHON as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 11:30am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 208 DRAFT WAY Placentia CA 92870. |
| Sun | 05/22/11 | 6:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Wed | 05/25/11 | 7:15am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |
| Sat | 05/28/11 | 7:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY.  THE DEFENDANTS NAME IS NOT ON THE DIRECTORY I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya  Von Rosen. Attempt at: 208 DRAFT WAY   Placentia CA 92870. |

Page Number 1
l: Date: Thu, Jun. 23, 2011        **AFFIDAVIT OF REASONABLE DILIGENCE**        swenson.mcelroy.13496

**Exhibit C.2.d.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/31/11 | 4:35pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY  Placentia CA 92870. |
| Fri | 06/03/11 | 2:25pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY  Placentia CA 92870. |
| Mon | 06/06/11 | 5:00pm | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY  Placcntia CA 92870. |
| Fri | 06/10/11 | 6:45am | Home | THIS ADDRESS IS IN A NON-GUARD GATED COMMUNITY. THE DEFENDANTS NAME IS NOT ON THE DIRECTORY.I WAS UNABLE TO GET INTO THE COMMUNITY. Attempt made by: Surya Von Rosen. Attempt at: 208 DRAFT WAY  Placentia CA 92870. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: PAUL  AMPHON Home - 208 DRAFT WAY Placentia, CA 92870 |

3. Person Executing
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $30.00
e. I am:  (3) registered California process server
         (i)   Owner
         (ii)  Registration No.:     1505
         (iii) County:               Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Thu, Jun. 23, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

swenson.mcelroy.13496



McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW

SCOTT B. McELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON
———
DANIEL E. STEUER
GREGG DE BIE

OF COUNSEL
PHOEBE ANNE GREYSON

May 27, 2011

Rafael Anaya
17748 Miller Avenue
Fontana, CA 92335

Re:    *United States of America v. Fallbrook Public Utility District,*
       Case No. 51-CV-1247-GTBB

Dear Mr. Anaya:

We represent the Cahuilla Band of Indians in the above-entitled litigation which involves quantification of the federal reserved water rights for the Cahuilla Band of Indians and the Ramona Band of Cahuilla. The litigation involves those public service corporations, persons, corporations, unincorporated associations, municipalities, and other entities that use or claim rights to use surface and/or ground water within the Anza-Cahuilla Sub-Basins.

Based on information provided by the Riverside County Assessor's office, it is our understanding that you and your wife deeded a parcel of land in Anza, California, which is within the Anza-Cahuilla Sub-Basins to Alin A. Anaya, Albino V. Arias and Alma A. Anaya in 2009. Alin Anaya signed a waiver of service of summons and Alma Anaya has been personally served. However, we have not been able to locate Albino Arias. We would appreciate it if you would provide us with Mr. Arias' address so that we may complete personal service. In the event you are unable to provide us with this information, we will ask the Court to allow us to serve Mr. Arias by publication.

Thank you for your kind and prompt attention to this request.

Sincerely,

*M. Catherine Condon*
M. Catherine Condon

MCC/dav

**Exhibit C.3.a.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302<br><br>TELEPHONE NO. **(303) 442-2021**   FAX NO:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **GHASSEM BAHRAMBEYGUI**

As enumerated below:

**12/12/2010 -- 04:44 pm**              6127 LA JOLLA BOULEVARD
                                        LA JOLLY, CA 92037
HOME - THE ADDRESS PROVIDED IS VACANT; NO SIGNS OF HABITATION; NO VEHICLES IN THE
DRIVEWAY; PER THE NEIGHBORS THEY HAVE NOT SEEN ANYONE IN THE HOME IN "QUITE SOME
TIME".

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 18, 2010** at **RIVERSIDE,** California.

Signature: _____

**ROBERT SEE**

**NON SERVICE REPORT**                              **Exhibit C.4.a.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Alex Partida, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ghassem Bahrambeygui c/o Imperial Valley Clinic as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 1:11pm | Business | The business locationi is closed. The office looks vacant Attempt made by: Alex Partida, Registration #201060000004 Imperial County. Attempt at: 1007 Blair Ave Calexico CA 92231. |
| Mon | 06/20/11 | 3:40pm | Business | The office is vacant.  Neighboring business stated that the defendant retired. Attempt made by: Alex Partida. Attempt at: 1007 Blair Ave   Calexico CA 92231. |
| Mon | 06/20/11 | 3:40pm | Business | Returned Not Served on: Ghassem Bahrambeygui c/o Imperial Valley Clinic Business - 1007 Blair Ave Calexico, CA 92231 |

3. *Person Executing*
   a. Alex Partida
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
*e. I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:* 201060000004
   (iii) *County:* Imperial

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Alex Partida)

swenson.mcelroy.13511

Exhibit C.4.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RITA RODRIGUEZ
49935 GELDING WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. EC [SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14431\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.5.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/18/10 |
| NAME OF SERVER    Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|
| Served personally upon the defendant.  Place where served:  _____ |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left:  _____ |
| ✗  Return unexecuted:  House vacant. |
| Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL   $22.50 | | SERVICES | TOTAL $22.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/18/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT. A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Heidi Betts as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 12:28pm | Home | This home is under construction, nobody is living here. Attempt made by: Surya Von Rosen. Registration #1505 Orange County. Attempt at: 49935 Gelding Way Aguanga CA 92536. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: Heidi Betts Home – 49935 Gelding Way Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine. CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $40.00
e. *I am:*   (3)  registered California process server
      *(i)*   Owner
      *(ii)  Registration No.:*   1505
      *(iii) County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon. May. 23, 2011

NON SERVICE/RETURN             (Surya Von Rosen)

amctil.medroy.13391

Exhibit C.5.b.

| *Attorney or Party without Attorney:* | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. 1. Surya Von Rosen. and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ken Betts as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 12:28pm | Home | This home is under construction, nobody is living here. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49935 Gelding Way Aguanga CA 92536. |
| Wed | 05/18/11 | 12:28pm | Home | Returned Not Served on: Ken Betts Home - 49935 Gelding Way Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
*e. I am:* (3)  registered California process server
   *(i)*  Owner
   *(ii)  Registration No.:*    1505
   *(iii)  County:*    Orange

*4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon. May. 23. 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

anctil.mcelroy.13390

**Exhibit C.5.c.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | |
| TELEPHONE NO. **(303) 442-2021** | FAX NO. | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **JOHN BOEHME**

As enumerated below:

**12/16/2010 -- 04:14 pm**                1035 STONECREST LANE
                                     ESCONDIDO, CA 92027
      HOME - PER MIKE SMITH; CURRENT OCCUPANT; HE HAS LIVED AT THIS ADDRESS FOR THE PAST TWO YEARS AND DOES NOT KNOW THE SERVEE AND DOES NOT RECEIVE MAIL FOR THE SERVEE EITHER.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE**
**# 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA,** California.

Signature: _____
                           **JAIME TORRES**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **MARY BOEHME**

As enumerated below:

**12/16/2010 -- 04:14 pm**                    1035 STONECREST LANE
                                              ESCONDIDO, CA 92027

HOME - PER MIKE SMITH; CURRENT OCCUPANT; HE HAS LIVED AT THIS ADDRESS FOR THE PAST TWO YEARS AND DOES NOT KNOW THE SERVEE AND DOES NOT RECEIVE MAIL FOR THE SERVEE EITHER.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA,** California.

Signature: _____
                    **JAIME TORRES**

**NON SERVICE REPORT**                    Exhibit C.6.b.

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DONALD CHASE
19675 LURIN
RIVERSIDE  CA  92508

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                   DATE

C. ECH

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.7.a.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 8/19/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

    ☐ Served personally upon the defendant. Place where served: _____

    ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were left: _____

    ✗ Return unexecuted:  Spoke with resident Robert Royce, doesn't know Donald Chase.

    ☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/19/10

                Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

The Postal Service does not have a database with the current address of all of its customers. It doesn't need that information since it delivers to addresses, rather than to individuals. However, if a customer moves and files a change of address order, that information is kept at the post office serving the last known address. The disclosure of customer name and address information is contained at section 265.6(d) of our regulations (39 CFR 265), which can be accessed from the FOIA home page. Change of address information about individuals or families is available only to government agency requesters, to persons needing the information to serve legal process who meet certain requirements, or pursuant to a court order.

The Postal Service suggests the following format to be used in conjunction with regulations at 39 CFR 265.6(d)(4)(ii) by persons empowered by law to serve legal process when requesting change of address or boxholder information.

The request should be forwarded to the Postmaster of the last known address.

---

Postmaster                                                                Date _May 13, 2011_

RIVERSIDE, CA  92536
City, State, ZIP Code

**REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS**

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: DONALD CHASE

Address: PO BOX 20273, RIVERSIDE, CA  92516

Note: Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known and Post Office box address are required for boxholder information. The following information is provided in accordance with 39 CFR 265.6(d)(4)(ii). There is no fee charged for change of address or boxholder information.

1. Capacity of requester (process server, attorney, party representing self): Attorney
2. Statute or regulation that empowers me to serve process (not required for attorney's or a party acting pro se—except a corporation acting pro se must cite statute:
3. The names of all known parties to the litigation:  United States of America v. Fallbrook Public Utility District, et al.
4. The court in which the case has been or will be heard:  US District Court for the District of Southern California
5. The docket or other identifying number if one has been issued:  51-cv-1247
6. The capacity in which this individual is to be served (defendant or witness)  Defendant

**WARNING: THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature _[signature]_                                McElroy, Meyer, Walker & Condon, 1007 Pearl St., Ste 220
                                                       Address

M. Catherine Condon, Esquire                           Boulder, Colorado  80302  (303) 442-2021
Printed Name                                           City, State, ZIP Code

---

**FOR POST OFFICE USE ONLY**

_____ No change of address on file                    New Address or Boxholder Name and Street Address
_____ Moved and left no forwarding address
_____ No such address

---

**Exhibit C.7.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICHARD CHASE
32209 RIVERSIDE G 5
RIVERSIDE CA 92530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. EG... SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.8.a.**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

**✗**   Return unexecuted:  Per Diane Navarron, Apartment Manager, Richard Chase no longer resides there.

Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $27.50 | | SERVICES | TOTAL $27.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

> JOSEPH DIROSA
> 45080 CARROT LN
> AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

_____
W. Samuel Hamrick, Jr.

CLERK

C. EGU... [SEAL]

By _____ , Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.9.a.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

  Served personally upon the defendant. Place where served: _____

  Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

  Name of person with whom the summons and complaint were left: _____

**✗**  Return unexecuted: Per new owner Ramiro, he moved in 3 years. Hispanic, male, approximately 65-70 years old, grey hair, balding, mustache, 5'8", 180 lbs. ▪

  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/20/10
                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

CAROL DIROSA
45080 CARROT LN
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| | |
|---|---|
| W. Samuel Hamrick, Jr. | DATE |
| CLERK | |

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCSWORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.9.b.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

|  |  |
|---|---|
|  | Served personally upon the defendant.  Place where served: _____ |
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:  Per new owner Ramiro, he moved in 3 years. Hispanic, male, approximately 65-70 years old, grey hair, balding, mustache, 5'8", 180 lbs.  ▪ |
|  | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302** | | |
| TELEPHONE NO.: **(303) 442-2021** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE:, **CA** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:  **JOSEPH DI ROSA**

As enumerated below:

**11/20/2010 -- 01:50 pm**      53110 BENTON WAY
                       ANZA, CA 92539
HOME - SERVER SPOKE WITH A RICARDO "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED IN FEBRUARY OF 2010 AND DID NOT KNOW THE SERVEE; [RICARDO "DOE"] 40ish, 200lbs, 5'10", black hair, Hispanic male.



County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at **RIVERSIDE,** California.

Signature: _____
               **ROBERT SEE**

**NON SERVICE REPORT**       **Exhibit C.9.c.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**SCOTT MCELROY, PRO HAC VICE**
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**

TELEPHONE NO.: **(303) 442-2021**      FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **CAROL A. DAMON AKA CAROL DI ROSA**

As enumerated below:

**11/20/2010 -- 01:50 pm**          53110 BENTON WAY
                                    ANZA, CA 92539
HOME - SERVER SPOKE WITH A RICARDO "DOE"; ADULT OCCUPANT; HE STATED THAT HE MOVED
IN FEBRUARY OF 2010 AND DID NOT KNOW THE SERVEE; [RICARDO "DOE"] 40ish, 200lbs, 5'10", black
hair, Hispanic male.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 2, 2010** at **RIVERSIDE,** California.

Signature: _____
                    **ROBERT SEE**

**NON SERVICE REPORT**                    Exhibit C.9.d.

rve

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Attorney for: **Plaintiff** | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant BRIAN  EVANGELIST as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/11 | 2:15pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  I CAN'T SEE THE RESIDENCE FROM THE ROAD.  THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 58701 RED SHANK LANE  Anza CA 92539. |
| Mon | 06/13/11 | 8:30pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  I CAN'T SEE THE RESIDENCE FROM THE ROAD.  THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya  Von Rosen. Attempt at: 58701 RED SHANK LANE  Anza CA 92539. |
| Wed | 06/15/11 | 6:30am | Home | NO ANSWER AT THE GIVEN ADDRESS.  I CAN'T SEE THE RESIDENCE FROM THE ROAD.  THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya  Von Rosen. Attempt at: 58701 RED SHANK LANE  Anza CA 92539. |
| Fri | 06/17/11 | 12:00pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  I CAN'T SEE THE RESIDENCE FROM THE ROAD.  THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya  Von Rosen. Attempt at: 58701 RED SHANK LANE  Anza CA 92539. |

L; Date: Thu, Jun. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13690

**Exhibit C.10.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

| Ref. No or File No.: |
|---|
| Attorney for: Plaintiff |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 2:55pm | Home | NO ANSWER AT THE GIVEN ADDRESS. I CAN'T SEE THE RESIDENCE FROM THE ROAD. THERE IS A PAD LOCKED GATE PREVENTING MY ACCESS. Attempt made by: Surya Von Rosen. Attempt at: 58701 RED SHANK LANE Anza CA 92539. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: BRIAN EVANGELIST Home - 58701 RED SHANK LANE Anza, CA 92539 |

3.   *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $40.00
e. *I am:*   (3) registered California process server
   (i)   Owner
   (ii)  *Registration No.:*       1505
   (iii) *County:*                 Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

anctil.mcelroy.13690

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SANDRA GARNER
49900 SHOSHONE CT
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 2 2009

CLERK

DATE

C. EG

SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.11.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 09/11/10 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|  | |
|---|---|
|  | Served personally upon the defendant. Place where served: |
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|  | Name of person with whom the summons and complaint were left: |
| **✗** | Return unexecuted: Spoke "Jane Doe" a white/female, brown hair, blue eyes, 5'8", 130lbs. approximately 45 years old,said does not know Sandra Garner or Richard Garner. |
|  | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          09/11/10

Date                        Signature of Server
                                79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | | |
| TELEPHONE NO.: (303) 442-2021                          FAX NO.: | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOEL GEUDTNER**

As enumerated below:

**10/24/2010 -- 11:40 am**                        40488 CALLE MEDUSA
                                                                    TEMECULA, CA 92591

HOME - SERVER SPOKE WITH STACY TORTORICE; THE SERVEE DOES NOT LIVE THERE AND SHE DOES NOT KNOW THE SERVEE; [STACY TORTORICE] 32ish, 135lbs, 5'5", blond hair, Caucasian female.

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 3, 2010 at RIVERSIDE**, California.

Signature: _____
                                      ROBERT SEE

**NON SERVICE REPORT**                                Exhibit C.12.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**<br><br>TELEPHONE NO.:(303) 442-2021    FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , **CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |
| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:  **SUSAN GEUDTNER**

As enumerated below:

    **10/24/2010 -- 11:40 am**              40488 CALLE MEDUSA
                                          TEMECULA, CA 92591
    HOME - SERVER SPOKE WITH STACY TORTORICE; THE SERVEE DOES NOT LIVE THERE AND SHE DOES NOT KNOW THE SERVEE; [STACY TORTORICE] 32ish, 135lbs, 5'5", blond hair, Caucasian female.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 3, 2010** at **RIVERSIDE**, California.

Signature: _____
                      **ROBERT SEE**

          Exhibit C.12.b.

| | | | | For Court Use Only |
|---|---|---|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021
Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JOEL GEUDTNER C/O CITATION LANDSCAPE as follows:

2. Documents:  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 05/17/11 | 3:45pm | Business | THIS ADDRESS NOW BELONGS TO VERIZON. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49163 MORENO RD Temecula CA 92589. |
| Wed | 06/22/11 | 12:00pm | Business | Returned Not Served on: JOEL GEUDTNER C/O CITATION LANDSCAPE Business - 49163 MORENO RD Temecula, CA 92589 |

3. Person Executing
a. Surya Von Rosen
b. Premier Legal Solutions
12 Cerrito
Irvine, CA 92612
c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $30.00
e. I am:  (3) registered California process server
(i) Owner
(ii) Registration No.:   1505
(iii) County:   Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: Thu, Jun. 23, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

swenson.mcelroy.13481

Exhibit C.12.c.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

| Ref. No or File No.: | |
|---|---|

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SUSAN GEUDTNER C/O LANDSCAPE as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 05/17/11 | 3:45pm | Business | THIS ADDRESS NOW BELONGS TO VERIZON. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 49163 MORENO RD Temecula CA 92589. |
| Wed | 06/22/11 | 12:00pm | Business | Returned Not Served on: SUSAN GEUDTNER C/O LANDSCAPE Business - 49163 MORENO RD Temecula, CA 92589 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $30.00
e. *I am:* (3) registered California process server
   (i) Owner
   (ii) Registration No.: 1505
   (iii) County: Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13480

Exhiibt C.12.d.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ARTHUR GIL
50060 US HWY 371
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECHISEAL | |
| By                            , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.13.a.

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE 8/14/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

         Served personally upon the defendant. Place where served:         _____

         Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and
         discretion then residing therein:

         Name of person with whom the summons and complaint were left: _____

**✗**    Return unexecuted:  Unable to locate property. Search 50060 Hwy 371 and 50060 Cahuilla Rd.

         Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
the Return of Service is true and correct.

| Executed on:     08/14/10 | |
|---|---|
|          Date | Signature of Server |
| | 79-405 Highway 111, #9-354, La Quinta, CA 92253 |
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S.
MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL
PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.
COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY
AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL
THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN
ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

PATRICIA GIL
50060 US HWY 371
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK                                        DATE

C. ECHSEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::GDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.13.b.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
| NAME OF SERVER  **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

|  | |
|---|---|
|  | Served personally upon the defendant. Place where served: _____ |
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|  | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:  Unable to locate property. Search 50060 Hwy 371 and 50060 Cahuilla Rd. |
|  | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          08/14/10
                              Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ARTHUR GIL as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/11 | 11:45am | Home | This address doesn't appear to exist. There are several home on Highway 371 but none of them have this address. There is one home situated .25miles off the road with a locked gate at the Hwy. I can't get to the front door Attempt made by: Surya Von Rosen. Attempt at: 50600 HIGHWAY #371  Anza CA 92539. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: ARTHUR GIL Home - 50600 HIGHWAY #371 Anza, CA 92539 |

3.  Person Executing
    a. Surya  Von Rosen
    b. Premier Legal Solutions
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $40.00
e. I am:   (3)  registered California process server
           (i)   Owner
           (ii)  Registration No.:        1505
           (iii) County:                  Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, May. 04, 2011

NON SERVICE/RETURN              (Surya Von Rosen)

anctil.mcelroy.13236

Exhibit C.13.c.

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | |
| 1007 PEARL STREET | | | |
| SUITE 220 | | | |
| Boulder, co  80302 | | | |
| Telephone No: 303-442-2021 | | | |

| Ref. No or File No.: |
|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant PATRICIA  GIL as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/11 | 11:45am | Home | This address doesn't appear to exist.  There are several home on Highway 371 but none of them have this address.  There is one home situated .25miles off the road with a locked gate at the Hwy.  I can't get to the front door Attempt made by: Surya Von Rosen. Attempt at: 50600 HIGHWAY #371   Anza CA 92539. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: PATRICIA  GIL Home - 50600 HIGHWAY #371 Anza, CA 92539 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $85.00
e. *I am:*   (3)  registered California process server
   (i)   Owner
   (ii)  *Registration No.:*   1505
   (iii) *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

**NON SERVICE/RETURN**          (Surya Von Rosen)

anctil.mcelroy.13235

**Exhibit C.13.d.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO: (303) 442-2021          FAX NO:.
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: PLAINTIFF IN INTERVENTION

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS:
CITY AND ZIP CODE:, CA
BRANCH NAME:

PLAINTIFF/PETITIONER:  UNITED STATES OF AMERICA

DEFENDANT/RESPONDENT:  CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER:
51-cv-1247-GT-RBB

NON SERVICE REPORT

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  JOHN HAMMERSTRAND

As enumerated below:

12/04/2010 – 06:14 pm          1739 ROBLE GRANDE ROAD
                               ALPINE, CA 91901
HOME - THE ADDRESS PROVIDED IS VACANT; NO SIGNS OF HABITATION; NO VEHICLES IN THE DRIVEWAY; NO FURNITURE INSIDE THE HOME; NEIGHBOR "JOHN DOE" CONFIRMED THERE HAS NOT BEEN ANYONE AT THE RESIDENCE IN "A LONG TIME"; WOULD NOT PROVIDE HIS NAME.



County:  SAN DIEGO
Registration No.:  1460
EXCALIBUR ATTORNEY SERVICE
1007 B. WEST COLLEGE AVENUE, SUITE
# 486
SANTA ROSA, CA 95401
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2010 at SANTA ROSA, California.

Signature: _____
                    JAIME TORRES

NON SERVICE REPORT          Exhibit C.14.a.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KATHIE HENDERSON
39491 PIONEER TRAIL
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| W. Samuel Hamrick, Jr. | DATE |
|---|---|
| CLERK | |
| C. ECI SEAL | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::CODMAI\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.15.a.**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE  8/14/10 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

**✗**    Return unexecuted: Spoke with her father, Waldren, Kathie moved to years ago left no new address.

Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    08/14/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BRENDA JAKOBS
53258 DENNY DR
ANZA CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                    DATE

C. ECK

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.16.a.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 06/28/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**   Other (specify):   53258 Denny Drive, Anza,  CA 92539. No furniture in house. House is vacant.

### STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          06/28/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRENDA JAKOBS C/O COLDWELL BANKER as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/11/11 | 4:10pm | Business | The real estate office is closed. There are Three Agents with Contact information on the door. Victoria Chamberlin, Kathy Agostino & Adrienne Hochee Attempt made by: Surya Von Rosen. Attempt at: 56460 US HIGHWAY #371 Anza CA 92539. |
| Mon | 04/11/11 | 4:10pm | Business | This location now Belongs to Anza Valley Chiropractic and Realty Executive a/k/a The High Country Group Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 56460 US HIGHWAY #371 Anza CA 92539. |
| Tue | 05/03/11 | 12:00pm | Business | Returned Not Served on: BRENDA JAKOBS C/O COLDWELL BANKER Business - 56460 US HIGHWAY #371 Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $85.00
   e. *I am:*   (3) registered California process server
      (i)   Owner
      (ii)  *Registration No.:*   1505
      (iii) *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 04, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

anctil.mcelroy.13234

Exhibit C.16.b.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302<br>TELEPHONE NO. (303) 442-2021        FAX NO.<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF IN INTERVENTION | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA

MAILING ADDRESS:

CITY AND ZIP CODE: , CA

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|

I received the within process on November 9, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **MARY LORD**

As enumerated below:

**11/20/2010 -- 09:33 am**         259 W AVENIDA MARQUITA<br>
                                  SAN CLEMENTE, CA 92672<br>
      HOME - SERVER WAS UNABLE TO LOCATE THE ADDRESS PROVIDED; VERIFIED WITH "GOOGLE MAPS" AND "MAPQUEST".

County: **LOS ANGELES**<br>
Registration No.:  **3587**<br>
**EXCALIBUR ATTORNEY SERVICES**<br>
**231 E. ALESSANDRO BOULEVARD, SUITE A368**<br>
**RIVERSIDE, CA 92508**<br>
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 7, 2010** at **RIVERSIDE**, California.

Signature: _____

                **ARTURO CHARYA**

Exhibit C.17.a.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

| Ref. No or File No.: |
|---|

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Ben M Stone, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARY JANE LORD as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/19/11 | 7:46pm | Home | NO ANSWER AT THE GIVEN ADDRESS Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Wed | 04/20/11 | 11:38am | Home | No Answer.  No ligts on; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Sat | 04/23/11 | 5:17pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Tue | 04/26/11 | 8:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Fri | 04/29/11 | 8:15am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Mon | 05/02/11 | 2:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |
| Thu | 05/05/11 | 6:47pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE   Oceanside CA 92054. |

Page Number 1
   *Date:* Mon, May. 23, 2011                **AFFIDAVIT OF REASONABLE DILIGENCE**                anctil.mcelroy.13247

**Exhibit C.17.b.**

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/08/11 | 7:19pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Wed | 05/11/11 | 8:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Sun | 05/15/11 | 1:05pm | Home | PER CURRENT OCCUPANT, SHE CLAIMS THE DEFENDANT HAS MOVED TO 3852 CAZADOR LANE, FALLBROOK, CA Attempt made by: Ben M Stone. Attempt at: 46 PARKWOOD LANE  Oceanside CA 92054. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: MARY JANE LORD Home - 46 PARKWOOD LANE Oceanside, CA 92054 |

3.  *Person Executing*
   a. Ben M Stone
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $30.00
e. *I am:*   (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*    1702
   (iii) *County:*    San Dieg

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | |
| 1007 PEARL STREET | | |
| SUITE 220 | | |
| Boulder, co 80302 | | |
| Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARY  LORD as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/11 | 4:01pm | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE.  THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya  Von Rosen. Attempt at: 3852 CAZADOR LANE   Fallbrook CA 92028. |
| Sun | 06/12/11 | 7:55am | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE.  THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya  Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |
| Tue | 06/14/11 | 7:00pm | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE.  THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya  Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |
| Fri | 06/17/11 | 3:45pm | Home | NO ANSWER AT THE RESIDENCE.  THIS IS A LARGE RANCH ESTATE.  THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS.  THERE IS A CALL BOX.  NOBODY ANSWERED. Attempt made by: Surya  Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |

Page Number 1
U Date: Thu, Jun. 23, 2011        **AFFIDAVIT OF REASONABLE DILIGENCE**        anctil.mcelroy.13689

**Exhibit C.17.c.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILTY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 06/19/11 | 6:30pm | Home | NO ANSWER AT THE RESIDENCE. THIS IS A LARGE RANCH ESTATE. THERE IS AN ELECTRONIC GATE RESTRCITING MY ACCESS. THERE IS A CALL BOX. NOBODY ANSWERED. Attempt made by: Surya  Von Rosen. Attempt at: 3852 CAZADOR LANE   Oceanside CA 92054. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: MARY  LORD Home - 3852 CAZADOR LANE Fallbrook. CA 92028 |

3.  *Person Executing*
   a. Surya  Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee* for service was: $75.00
e. *I am:*   (3)  registered California process server
         *(i)*   Owner
         *(ii)*  *Registration No.:*      1505
         *(iii)* *County:*               Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13689

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

TO: (Name and Address of Defendant)

JUAN OSUNA
15418 BANDY CT
MORENO VALLEY  CA  92551

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                   DATE

C. EC[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.18.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **8/18/10** |
| NAME OF SERVER **Louis Picarone** | TITLE **Riverside County #841** |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| | Served personally upon the defendant. Place where served: _____ |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted: **Spoke with Erica Rodriquez, she moved in 6 months ago and does not know Juan Osuna.** |
| | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$27.50** | | SERVICES | TOTAL **$27.50** | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    **08/18/10**

Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT McELROY, PRO HAC VICE**<br>**McELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**<br><br>TELEPHONE NO. **(303) 442-2021**                         FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FC2: *(Name)*: **PLAINTIFF IN INTERVENTION** | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOAN OVERGAAUW**

As enumerated below:

**11/19/2010 -- 02:02 pm**                           6143 CAPETOWN
                                                                        LAKEWOOD, CA 90713
HOME - PER KELLY "DOE"; SHE HAS LIVED AT THE ADDRESS FOR THE PAST 9 MONTHS AND DOES NOT KNOW THE SERVEE.

County:  **ORANGE**
Registration No.:  **1687**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, STE # 486**
**SANTA ROSA, CA 95407**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010** at **SANTA ROSA**, California.

Signature: _____
                              **LUIS ARELLANO**

**NON SERVICE REPORT**                    Exhibit C.19.a.

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JAVIER PENA
C/O JUAN JOSE PEREZ
43695 CHAPMAN RD
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 2 2009

CLERK

DATE

C. ECK SEAL

By _____, Deputy Clerk

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.20.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/28/10 |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service | |
|---|---|

| | Served personally upon the defendant.  Place where served: _____ |
|---|---|
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:  Spoke with elderly Female, blond hair, glasses, approximately 75 years old. She said the defendant moved 20 years ago. |
| | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          07/28/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br><br>Attorney for: Plaintiff | | For Court Use Only | |
|---|---|---|---|
| | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | |
| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JUAN PEREZ as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:40pm | Home | PER OWNER OF GIVEN ADDRESS. THE DEFENDANT DOES WORK FOR HIM ON OCCASION, BUT DOESN'T LIVE HERE. THIS IS A VERY LARGE HOME AND PROPERYT. Attempt made by: Surya Von Rosen. Attempt at: 63015 PIMLICO   Mountain Center CA 92561. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: JUAN PEREZ Home – 63015 PIMLICO Mountain Center, CA 92561 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $120.00
e. *I am:*  (3)  registered California process server
   (i)    Owner
   (ii)   *Registration No.:*        1505
   (iii)  *County:*                      Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

**NON SERVICE/RETURN**                          (Surya Von Rosen)

nwenson.mcelroy.13457

**Exhibit C.21.a.**

| Attorney or Party without Attorney: <br> SCOTT MCELROY <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> 1007 PEARL STREET <br> SUITE 220 <br> Boulder, co 80302 <br> Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL <br> Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept Div: | Case Number: <br> 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant AURORA PEREZ as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:40pm | Home | PER OWNER OF GIVEN ADDRESS, THE DEFENDANT DOES WORK FOR HIM ON OCCASION, BUT DOESN'T LIVE HERE. THIS IS A VERY LARGE HOME AND PROPERYT. Attempt made by: Surya Von Rosen. Attempt at: 63015 PIMLICO  Mountain Center CA 92561. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: AURORA  PEREZ Home - 63015 PIMLICO Mountain Center, CA 92561 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $50.00
*e. I am:*  (3)  registered California process server
   *(i)*  Owner
   *(ii)  Registration No.:*  1505
   *(iii)  County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon. May. 23. 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

swenson.mcelroy.13458

**Exhibit C.21.b.**

| | | | | For Court Use Only |
|---|---|---|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHRIS PETERS as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:30pm | Home | PER OCCUPANT. WAYNE BAYARD. HE RENTS THIS ADDRESS FROM THE OWNER. HE MENTIONED THE OWNER IS LIVING IN GARDNER VALLEY, CA Attempt made by: Surya Von Rosen. Registration #1505 Orange County. Attempt at: 38380 LICON RD Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: CHRIS PETERS Home - 38380 LICON RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182. FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $40.00
e. *I am:* (3) registered California process server
   (i) Owner
   (ii) Registration No.: 1505
   (iii) County: Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon. May. 23. 2011

**NON SERVICE/RETURN** (Surya Von Rosen)

swenson.mcelroy.13472

**Exhibit C.22.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, CO 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PETER PETERS as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 3:30pm | Home | PER OCCUPANT, WAYNE BAYARD, HE RENTS THIS ADDRESS FROM THE OWNER. HE MENTIONED THE OWNER IS LIVING IN GARDNER VALLEY, CA Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 38380 LICON RD  Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: PETER PETERS Home - 38380 LICON RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $85.00
e. *I am:*  (3) registered California process server
   (i)   Owner
   (ii)  *Registration No.:*      1505
   (iii) *County:*                Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 23, 2011

NON SERVICE/RETURN          (Surya Von Rosen)

swelson.mcelroy.13471

**Exhibit C.22.b.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |

| Ref. No or File No.: |
|---|
| Attorney for: Plaintiff |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Jose Reyes as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 1:07pm | Home | Per Occupant, Jim Zaborowski - The defendant is the owner of this location but lives in 763 Lemon Ave. Vista, CA Attempt made by: Surya Von Rosen. Attempt at: 49355 Meadow View Way  Aguanga CA 92536. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: Jose Reyes Home - 49355 Meadow View Way Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $70.00
e. *I am:*   (3)  registered California process server
   (i)   Owner
   (ii)  *Registration No.:*   1505
   (iii) *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

   **NON SERVICE/RETURN**          (Surya Von Rosen)

   **Exhibit C.23.a.**          22

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HARLAN V RIGGLE as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 2:30pm | Home | THIS LOCATION IS UNDER CONSTRUCTION. NOBODY IS LIVING HERE RIGHT NOW Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 43778 FOOLISH PLEASURE RD   Aguanga CA 92536. |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $40.00
*e. I am:* (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 1505
   *(iii) County:* Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

   **AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

   anctil.mcelroy.13634

**Exhibit C.24.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LISA ROSADA as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/11/11 | 3:04pm | Home | This address has 5 trailers on it. Per maintenance worker, the defendant moved into town about 1 year ago. He stated she lives off Pates Ln Road. Attempt made by: Surya Von Rosen. Attempt at: 43870 BARBARA TRAIL  Aguanga CA 92536. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: LISA ROSADA Home - 43870 BARBARA TRAIL Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
**e. I am:** (3) registered California process server
   (i)   **Owner**
   (ii)  *Registration No.:*   1505
   (iii) *County:*   Orange

*4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May, 04, 2011

**NON SERVICE/RETURN**                      (Surya Von Rosen)

                                            **Exhibit C.25.a.**      41

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| CURTIS G. BERKEY, ESQ.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704 | SBN: # 195485 | |
| TELEPHONE NO.: (510) 548-7070          FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF-INTERVENOR | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: , **CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on February 13, 2011 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

        Servee:   **JOHANA SHIRLEY**

As enumerated below:

    **02/20/2011 -- 12:10 pm**            40370 BROOKS TRAIL WAY
                                 AGUANGA, CA 92536
    HOME - THE ADDRESS PROVIDED DOES ONT EXIST; PROCESS SERVER WAS UNABLE TO LOCATE
    ADDRESS PROVIDED.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 7, 2011** at **RIVERSIDE,** California.

Signature: _____
                       **ROBERT SEE**

**NON SERVICE REPORT**

Exhibit C.26.a.      18/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>CURTIS G. BERKEY, ESQ.<br>ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP<br>2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704 | SBN: # 195485 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (510) 548-7070        FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF-INTERVENOR | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , CA | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER:  UNITED STATES OF AMERICA | |
|---|---|
| DEFENDANT/RESPONDENT:  FALLBROOK PUBLIC UTILITY DISTRICT, et al. | |

| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |
|---|---|

I received the within process on February 13, 2011 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **WALTER SHIRLEY**

As enumerated below:

     **02/20/2011 – 12:10 pm**             40370 BROOKS TRAIL WAY
                                         AGUANGA, CA 92536
          HOME - THE ADDRESS PROVIDED DOES ONT EXIST; PROCESS SERVER WAS UNABLE TO LOCATE ADDRESS PROVIDED.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #
A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 7, 2011** at **RIVERSIDE,** California.

Signature: _____
                    **ROBERT SEE**

Exhibit C.26.b.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **Catherine Condon**<br>**McElroy, Meyer, Walker & Condon, P.C.**<br>**1007 Pearl Street  Ste. 220 Boulder, CO 80302**<br><br>TELEPHONE NO.:**(303) 442-2021**    FAX NO.:**(303) 444-3490**<br>E-MAIL ADDRESS *(Optional)*: **dvitale@mmwclaw.com**<br>ATTORNEY FOR *(Name)*: | |

| USDC -  SOUTHERN DISTRICT - SAN DIEGO |
|---|
| STREET ADDRESS: **880 FRONT STREET** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **SAN DIEGO, CA 92101** |
| BRANCH NAME: **SOUTHERN** |

| PLAINTIFF/PETITIONER:  **United States** |
|---|
| DEFENDANT/RESPONDENT: **Fallbrook Public** |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-CV-1247-GT-RBB** |
|---|---|

I received the within process on July 12, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:  **Sam Shorez**
Documents:  **summons;second amended complaint;Instructions for Future Filing and Service of Documents**

As enumerated below:

**07/16/2010 -- 8:32AM**               1212 Marline Ave.
                                    El Cajon, CA 92021
          No answer at the door.

**07/19/2010 -- 2:39PM**               1212 Marline Ave.
                                    El Cajon, CA 92021
          No answer at the door.

**07/22/2010 -- 10:11AM**            1212 Marline Ave.
                                    El Cajon, CA 92021
           No answer at the door.

**07/26/2010 -- 8:40PM**               1212 Marline Ave.
                                    El Cajon, CA 92021
           Given address is bad. Server was able to see inside the house. There is only a table in the middle of the room with no other belongings present.

Fee for Service: **$ 60.00**

**J&J**
County:  **San Diego**
Registration No.:  **1232**
**Janney & Janney Attorney Service, Inc.**
**4891 Pacific Hwy., Suite 102**
**San Diego, CA 92110**
**(619) 231-9811**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 4, 2010** at **San Diego,** California.

Signature: _____
                   **William Gager**

**NON SERVICE REPORT**          Exhibit C.27.a.

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | | | | | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant SAM  SHOREZ as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/25/11 | 2:00pm | Home | THIS ADDRESS DOESN'T EXIST.  THE STREET RUNS FROM 1700 TO 7800. ALSO, USPS.COM DOES NOT RECOGNIZE THIS ADDRESS AS A DELIVERABLE LOCATON Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 1550 DEHESA RD   El Cajon CA 92019. |
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: SAM  SHOREZ Home - 1550 DEHESA RD El Cajon, CA 92019 |

3. *Person Executing*
   a. Surya  Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $70.00
e. *I am:*   (3)  registered California process server
     *(i)*   Owner
     *(ii)*  *Registration No.:*   1505
     *(iii)* *County:*     Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Thu, Jun. 23, 2011

          **NON SERVICE/RETURN**       (Surya  Von Rosen)

swenson.mcelroy.13461

**Exhibit C.27.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

**TO: (Name and Address of Defendant)**

RYALL STEWART
37129 POLLIWOG RD
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80902
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EClSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.28.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 08/08/2010 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|
| Served personally upon the defendant.  Place where served: _____ |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| Name of person with whom the summons and complaint were left: _____ |
| ✗  Return unexecuted:  See Attached Affidavit of Reasonable Diligence |
| Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        08/09/10
                              Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: UNITED STATES OF AMERICA, ET AL. | Case Number: 51-cv-1247-GT-RBB |
|---|---|
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Ryall Stewart _____as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 07/27/10 | 10:12am | Residence | House for sale, no answer. |
| 07/28/10 | 2:32pm | Residence | House for sale, no answer. |
| 07/31/10 | 8:49am | Residence | House for sale, no answer. |

Other comments:   Left message on 951-659-2602 for realtor (Paradise Corner Realty) to call me but they never did.

3)   **Person Executing:**
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 17.50
    e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 08/09/2010

                              Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ryall Stewart as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/18/01 | 3:02pm | Home | THIS LOCATON IS ANZA ELECTRIC, A TOUCHSTONE ENERGY COMPANY. PER MANAGER, THE DEFENDANT DOESN'T WORK HERE. HE IS A DIRECTOR OF DISTRICT 1 AND ONLY COMES IN FOR MEETINGS ONCE A MONTH Attempt made by: Surya Von Rosen. Attempt at: 58470 Hwy 371 Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: Ryall Stewart Home - 58470 Hwy 371 Anza, CA 92539 |

3.  *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
**e. I am:**  (3)  registered California process server
   *(i)*  Owner
   *(ii)  Registration No.:*      1505
   *(iii)  County:*      Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

**NON SERVICE/RETURN**          (Surya Von Rosen)

swenson.mcelroy.13517

**Exhibit C.28.b.**

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, CO 80302<br>*Telephone No:* 303-442-2021 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | *Ref. No or File No.:* | | |

| | | | | |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JAMES THOMPSON as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/11 | 4:00pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 43610 HWY 371  Aguanga CA 92536. |
| Mon | 06/13/11 | 5:45pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Thu | 06/16/11 | 6:55pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Sun | 06/19/11 | 9:20am | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |

Page Number 1
*Date:* Thu, Jun. 23, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

anctil.mcelroy.13691

**Exhibit C.29.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: JAMES  THOMPSON Home - 43610 HWY 371 Aguanga, CA 92536 |

3.  *Person Executing*
   a. Surya  Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee  for service was:* $40.00
e. *I am:*  (3)  registered California process server
   (i)    Owner
   (ii)   *Registration No.:*        1505
   (iii)  *County:*                      Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13691

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**SCOTT MCELROY**<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JUDITH THOMPSON as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 06/10/11 | 4:00pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 43610 HWY 371  Aguanga CA 92536. |
| Mon | 06/13/11 | 5:45pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Thu | 06/16/11 | 6:55pm | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |
| Sun | 06/19/11 | 9:20am | Home | THIS HOME IS ON A PRIVATE ROAD. THERE IS AN ELECTRONIC GATE AND A KEYPAD RESTRICTING MY ACCESS. I WAS UNABLE TO GET TO THE HOME Attempt made by: Surya Von Rosen. Attempt at: 43610 HWY 371 Aguanga CA 92536. |

Page Number 1
*Date:* Wed, Jun. 22, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13692

**Exhibit C.29.b.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/22/11 | 12:00pm | Home | Returned Not Served on: JUDITH THOMPSON Home - 43610 HWY 371 Aguanga. CA 92536 |

3.   Person Executing
     a. Surya Von Rosen
     b. **Premier Legal Solutions**
        12 Cerrito
        Irvine, CA 92612
     c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $40.00
e. *I am:*   (3)  registered California process server
            (i)   Owner
            (ii)  *Registration No.:*   1505
            (iii) *County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Wed, Jun. 22, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13692

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>SCOTT MCELROY, PRO HAC VICE<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (303) 442-2021          FAX NO.: | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: , CA |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA | |
|---|---|
| DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe | |
| NON SERVICE REPORT | CASE NUMBER:<br>51-cv-1247-GT-RBB |

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:  **CHRISTOPHER VOLLAN**

As enumerated below:

    **10/04/2010 -- 11:35 am**             18054 BRIGHTMAN AVENUE
                                        LAKE ELSINORE, CA 92530
        HOME - THE ADDRESS PROVIDED IS VACANT; THE SERVEE SPOKE WITH A NEIGHBOR WHO STATED THE SERVEE HAS BEEN IN JAIL.



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #
A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 13, 2010** at **RIVERSIDE,** California.

Signature: _____
                         **ROBERT SEE**

---

**NON SERVICE REPORT**                **Exhibit C.31.a.**    ve

| Attorney or Party without Attorney: SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 Telephone No: 303-442-2021 | | | For Court Use Only |
|---|---|---|---|
| Attorney for: **Plaintiff** | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | |

| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHRISTOPHER VOLLAN as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/11 | 4:59pm | Home | Per female occupant, the defendant is her brother-in-law, but he doesn't live at this address. I left my contact information in her presence. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 16056 VIA NORTE Lake Elsinore CA 92530. |
| Tue | 05/03/11 | 12:00pm | Home | Returned Not Served on: CHRISTOPHER VOLLAN Home - 16056 VIA NORTE Lake Elsinore, CA 92530 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
e. *I am:* (3) registered California process server
   (i)  Owner
   (ii)  *Registration No.:*  1505
   (iii)  *County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May 04, 2011

               **NON SERVICE/RETURN**        (Surya Von Rosen)

**Exhibit C.31.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO. **(303) 442-2021**                                  FAX NO. <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **GRIGOR ATOIAN**

As enumerated below:

    **11/30/2010 -- 12:44 pm**               22900 VENTURA BOULEVARD
                                            WOODLAND HILLS, CA 91364
    HOME - THE ADDRESS PROVIDED IS AN APARTMENT COMPLEX; THE SERVER SPOKE WITH THE PROPERTY MANAGER AND HE STATED THAT THERE WAS NO ONE AT THE ADDRESS BY THAT NAME.

County:  **VENTURA**
Registration No.:  **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**# A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____
                     **RICHARD MEYER**

**NON SERVICE REPORT**           **C.32.a.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
**SCOTT MCELROY, PRO HAC VICE**
**MCELROY, MEYER, WALKER & CONDON, P.C.**
**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**

TELEPHONE NO. **(303) 442-2021**          FAX NO.
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **LAURA ATOIAN**

As enumerated below:

**11/30/2010 -- 12:44 pm**                    22900 VENTURA BOULEVARD
                                             WOODLAND HILLS, CA 91364
HOME - THE ADDRESS PROVIDED IS AN APARTMENT COMPLEX; THE SERVER SPOKE WITH THE PROPERTY MANAGER AND HE STATED THAT THERE WAS NO ONE AT THE ADDRESS BY THAT NAME.

County: **VENTURA**
Registration No.:  **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE,** California.

Signature: _____
                    **RICHARD MEYER**

**NON SERVICE REPORT**                    **C.32.b.**

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
|---|---|---|---|---|
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Grigor Atoian as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:00pm | Home | No Answer. No ligts on; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/18/11 | 7:19pm | Home | No Answer. No ligts on; Attempt made by: Bob Davis, Registration #6583 Los Angeles County. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/21/11 | 11:21am | Home | No Answer. No ligts on; This is a Large Two Story Home.  There are people living at this residence. No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/25/11 | 9:30am | Home | No Answer. No ligts on; This is a Large Two Story Home.  There are people living at this residence. No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/28/11 | 5:30pm | Home | No Answer. No ligts on; This is a Large Two Story Home.  There are people living at this residence. No noise observerd Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 06/01/11 | 8:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |

Page Number 1

Date: Wed, Jun. 15, 2011         **AFFIDAVIT OF REASONABLE DILIGENCE**         · **C.32.c.**

| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | For Court Use Only |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 06/05/11 | 3:00pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Thu | 06/09/11 | 8:00am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 06/15/11 | 12:00pm | Home | Returned Not Served on: Grigor  Atoian Home - 24940 Alicante Dr Calabasas, CA 91302 |

3.  Person Executing
    a. Bob  Davis
    b. Premier Legal Solutions
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $70.00
e. I am:  (3) registered California process server
    (i)   Independent Contractor
    (ii)  Registration No.:     6583
    (iii) County:              Los Angeles
    (iv) Expiration Date:      Tue, May. 08, 2012

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: Wed, Jun. 15, 2011
Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**    (Bob Davis)

swenson.mcelroy.13513

| | | | | | |
|---|---|---|---|---|---|
| **Attorney or Party without Attorney:**<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br><br>*Attorney for:* Plaintiff | | | *Ref. No or File No.:* | | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Laura Atoian as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 7:00pm | Home | No Answer.  No ligts on; Attempt made by: Bob  Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/18/11 | 7:19pm | Home | No Answer.  No ligts on; Attempt made by: Bob  Davis, Registration #6583 Los Angeles County. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/21/11 | 11:21am | Home | No Answer.  No ligts on; This is a Large Two Story Home.  There are people living at this residence.  No noise observerd Attempt made by: Bob  Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 05/25/11 | 9:30am | Home | No Answer.  No ligts on; This is a Large Two Story Home.  There are people living at this residence.  No noise observerd Attempt made by: Bob  Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Sat | 05/28/11 | 5:30pm | Home | No Answer.  No ligts on; This is a Large Two Story Home.  There are people living at this residence.  No noise observerd Attempt made by: Bob  Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 06/01/11 | 8:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |

Page Number 1
Date: Wed, Jun. 15, 2011       **AFFIDAVIT OF REASONABLE DILIGENCE**       C.32.d.

| Attorney or Party without Attorney: | | | Ref. No or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | | |

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 06/05/11 | 3:00pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Thu | 06/09/11 | 8:00am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 24940 Alicante Dr  Calabasas CA 91302. |
| Wed | 06/15/11 | 12:00pm | Home | Returned Not Served on: Laura  Atoian Home - 24940 Alicante Dr Calabasas, CA 91302 |

*3. Person Executing*
   a. Bob Davis
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
*e. I am:* (3) registered California process server
   (i)  Independent Contractor
   (ii)  Registration No.: 6583
   (iii)  County: Los Angeles
   (iv)  Expiration Date: Tue, May. 08, 2012

*4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Jun. 15, 2011
Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Bob Davis)

swenson.mcelroy.13512

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | |
| *Ref. No or File No.:* | | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARIA  CONSTANTINESCU as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 3:51pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37735 PINE RD   Anza CA 92539. |
| Sun | 06/19/11 | 7:19pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 37735 PINE RD   Anza CA 92539. |
| Wed | 06/22/11 | 12:55pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37735 PINE RD   Anza CA 92539. |
| Sun | 06/26/11 | 6:55pm | Home | No Answer.  No ligts on; Attempt made by: Surya  Von Rosen. Attempt at: 37735 PINE RD   Anza CA 92539. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: MARIA  CONSTANTINESCU Home - 37735 PINE RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya  Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee  for service was:* $40.00
e. *I am:*   (3)  registered California process server
   *(i)*   Owner
   *(ii)*  *Registration No.:*   1505
   *(iii)*  *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (Surya  Von Rosen)

anctil.mcelroy.13695

C.33.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| **CURTIS G. BERKEY, ESQ.** SBN: # 195485 **ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP** **2030 ADDISON STREET, SUITE # 410  BERKELEY, CA 94704** | | |

TELEPHONE NO.: **(510) 548-7070**        FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: **PLAINTIFF-INTERVENOR**

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

---

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **FALLBROOK PUBLIC UTILITY DISTRICT, et al.**

| **NON SERVICE REPORT** | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 17, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **STEPHANIE EGGERING**

As enumerated below:

**01/22/2011 -- 08:41 am**              248 NEWBURY WAY
                                                          AMERICAN CANYON, CA 94503
HOME - SAID PROCESS SERVER INTERVIEWED SHERRY PEARSON - 45ish, 180#, 5'6", blnd hair, Cauc. female.  SHE STATED SERVEE MOVED OUT A LONG TIME AGO.  NO OTHER INFORMATION WAS GIVEN AND OR OBTAINED AT THIS POINT IN TIME.

County: **SONOMA**
Registration No.:  **P-240**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE,  SUITE # 486**
**SANTA ROSA, CA 95401**
**(877)  378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 3, 2011** at **SANTA ROSA**, California.

Signature: *Barbara L. Padgett*
              **BARBARA L. PADGETT**

**NON SERVICE REPORT**                    **C.34.a.**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | | |

| *Ref. No or File No.:* |
|---|

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant STEPHANIE EGGERING as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/18/01 | 2:42pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 57475 DERRY LANE  Anza CA 92539. |
| Mon | 05/23/11 | 11:30am | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 57475 DERRY LANE  Anza CA 92539. |
| Fri | 05/27/11 | 10:30am | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 57475 DERRY LANE  Anza CA 92539. |
| Wed | 06/01/11 | 7:00pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 57475 DERRY LANE  Anza CA 92539. |
| Fri | 06/10/11 | 2:10pm | Home | No Answer at the given address.  There are 3 unleashed dogs at this address No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 57475 DERRY LANE  Anza CA 92539. |

Page Number 1
Date: Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**

C.34.b.

| | Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021
Ref. No or File No.:

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 3:45pm | Home | No Answer at the given address. There are 3 unleashed dogs at this address No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 57475 DERRY LANE  Anza CA 92539. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: STEPHANIE  EGGERING Home - 57475 DERRY LANE Anza, CA 92539 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $85.00
*e. I am:*   (3)  registered California process server
   (i)   Owner
   (ii)  Registration No.:   1505
   (iii) County:   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13518

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ROBERT HARMON
35571 AURORA LN
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. ECH[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::CDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

C.35.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  08/25/10 |
| NAME OF SERVER   **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

**✗**   Return unexecuted:  Address does not exist. Aurora Lane is only the 37000 block.

Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$17.50** | | SERVICES | TOTAL **$17.50** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         08/25/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)