| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |

*Attorney for:* Plaintiff | *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Robert Harmon, Jr as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 05/21/11 | 8:00pm | Home | PER NEW OCCUPANT OF 2 YEARS, THE DEFENDANT IS UNKNOWN. THE NEW OCCUPANT WOULDN'T PROVIDE HER NAME (CAUC,F, 50YRS, 5'5, 180LBS) Attempt made by: Carrie Sachse, Registration #2463 Orange County. Attempt at: 16322 Howland Lane  Huntington Beach CA 92647. |
| Sat | 05/21/11 | 8:00pm | Home | Returned Not Served on: Robert Harmon, Jr Home - 16322 Howland Lane Huntington Beach, CA 92647 |

3. *Person Executing*
   a. Carrie Sachse
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:*  (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*  2463
   (iii) *County:*  Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Wed, Jun. 01, 2011

**NON SERVICE/RETURN**     (Carrie Sachse)

**C.35.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302** | *FOR COURT USE ONLY* |
|---|---|

TELEPHONE NO: **(303) 442-2021**                                  FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 12, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **TINA LYKOS**

As enumerated below:

**12/19/2010 – 11:40 am**                              10501 BELLMAN AVENUE
                                                                    DOWNEY, CA 90241
HOME - PER CURRENT OCCUPANT JOSH WEINER; HE DOES NOT KNOW THE SERVEE AND HAS NEVER HEARD OF THE SERVEE.

County:  **LOS ANGELES**
Registration No.:  **6437**
**EXCALIBUR ATTORNEY SERVICES**
**231 E. ALESSANDRO BOULEVARD.,**
**SUITE A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 21, 2010** at **RIVERSIDE,** California.

Signature: _____

**ANTONIO DESHAWN OUTTEN**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Attorney for: Plaintiff

Ref. No or File No.:

For Court Use Only

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

**AFFIDAVIT OF REASONABLE DILIGENCE**

Hearing Date:      Time:      Dept/Div:

Case Number:
51-cv-1247-GT-RBB

---

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TINA LYKOS as follows:

2. Documents:    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 05/22/11 | 12:54pm | Home | This is a Non Guard Gated Community. I was unable to get in. No Answer Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Wed | 05/25/11 | 8:55am | Home | I spoke with a neighbor who stated she just moved in and doesn't know who resides at the given addres Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Sat | 05/28/11 | 5:42pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Wed | 06/01/11 | 5:21pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Fri | 06/03/11 | 2:29pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |
| Sun | 06/05/11 | 6:41pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST  Costa Mesa CA 92627. |

Page Number 1
Date: Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          **C.36.b.**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | |

| Ref. No or File No.: |
|---|
| |

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/08/11 | 9:41am | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST   Costa Mesa CA 92627. |
| Sat | 06/11/11 | 2:21pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST   Costa Mesa CA 92627. |
| Tue | 06/14/11 | 5:22pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST   Costa Mesa CA 92627. |
| Fri | 06/17/11 | 3:22pm | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST   Costa Mesa CA 92627. |
| Sat | 06/18/11 | 11:55am | Home | I could not gain access into community Attempt made by: LINELLE NORTHCOTT. Attempt at: 347 WILSON ST   Costa Mesa CA 92627. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: TINA  LYKOS Home - 347 WILSON ST Costa Mesa, CA 92627 |

3.  *Person Executing*
    a. LINELLE  NORTHCOTT
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $60.00
*e. I am:* (3) registered California process server
    *(i)* Independent Contractor
    *(ii) Registration No.:* 2164
    *(iii) County:* Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 30, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (LINELLE  NORTHCOTT)

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | |
| 1007 PEARL STREET | | | |
| SUITE 220 | | | |
| Boulder, co  80302 | | | |
| Telephone No: 303-442-2021 | | | |

| | Ref. No or File No.: | |
|---|---|---|
| Attorney for: Plaintiff | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant JETTE ORTEGEL as follows:

2. Documents:     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 05/21/11 | 2:50pm | Home | No Answer.  No ligts on; NO VEHICLES PRESENT.  THIS IS A SMALL MOUNTAIN SIDE TOWN.  Attempt made by: Bob  Davis, Registration #6583 Los Angeles County. Attempt at: 456 TOYANZA CT   San Andreas CA 95249. |
| Thu | 05/26/11 | 7:50pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT   San Andreas CA 95249. |
| Wed | 06/01/11 | 8:30am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT   San Andreas CA 95249. |
| Sun | 06/05/11 | 4:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT   San Andreas CA 95249. |
| Fri | 06/10/11 | 6:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 456 TOYANZA CT   San Andreas CA 95249. |
| Wed | 07/06/11 | 10:00am | Home | Returned Not Served on: JETTE  ORTEGEL Home - 456 TOYANZA CT San Andreas. CA 95249 |

3. *Person Executing*
   a. Bob Davis
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $50.00
*e. I am:*   (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*   6583
   (iii) *County:*   Los Angeles
   (iv)  *Expiration Date:*   Tue, May. 08, 2012

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jul. 07, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob Davis)

C.37.a.

9

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, CO 80302
Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, P Kisscondyal, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ernesto Perez as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 4:30pm | Home | Per current occupants, Nathan & Justin, the defendant owns this propert, but rents it out to the current occupants. The defendant lives in Placentia Attempt made by: P Kisscondyal. Attempt at: 12657 STANWOOD DR   Mar Vista CA 90066. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: Ernesto Perez Home - 12657 Stanwood Dr Mar Vista, CA 90066 |

3. *Person Executing*
   a. P Kisscondyal
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:* $40.00
*e. I am:*    (3) registered California process server
         *(i)*    Independent Contractor
         *(ii) Registration No.:*       5920
         *(iii) County:*                Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**NON SERVICE/RETURN**           (P Kisscondyal)

C.38.a.

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, P Kisscondyal, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LETICIA ROCIO PEREZ as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| **Day** | **Date** | **Time** | **Location** | **R e s u l t s** |
|---|---|---|---|---|
| Mon | 06/20/11 | 4:30pm | Home | Per current occupants, Nathan & Justin, the defendant owns this propert, but rents it out to the current occupants. The defendant lives in Placentia Attempt made by: P Kisscondyal. Attempt at: 12657 STANWOOD DR  Mar Vista CA 90066. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: LETICIA ROCIO PEREZ Home - 12657 STANWOOD DR Mar Vista, CA 90066 |

3. *Person Executing*
   a. P Kisscondyal
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
***d. The Fee*** *for service was:* $40.00
*e. I am:*   (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)  Registration No.:*   5920
   *(iii)  County:*   Los Angeles

4. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***
   Date: Thu, Jun. 30, 2011

**NON SERVICE/RETURN**          (P  Kisscondyal)

C.38.b.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 10C7 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | | | |
| Attorney for: Plaintiff | Ref. No or File No.: | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Jonas T Williams, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PROGRESS HOLDINGS C/O ALFRED CZERNER, TR as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 8:50am | Home | No answer at address.  Did not appear to be anyone home.; I left my card at the door.  No Vehicles Attempt made by: Jonas T Williams, Registration #1518 San Diego County. Attempt at: 736 BONITA DR   92024. |
| Mon | 06/20/11 | 9:05pm | Home | No Answer.  No ligts on; The card was removed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Wed | 06/22/11 | 6:30pm | Home | No answer at address.  Did not appear to be anyone home.; The Blinds were closed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Fri | 06/24/11 | 9:35pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Sun | 06/26/11 | 11:10am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on:  PROGRESS HOLDINGS C/O ALFRED CZERNER, TR Home - 736 BONITA DR ,  92024 |

3. *Person Executing*
   a. Jonas T Williams
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee for service was:** $40.00
   e. *I am:*   (3)  registered California process server
              (i)   Independent Contractor
              (ii)  *Registration No.:*      1518
              (iii) *County:*               San Diego

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

   *Jonas T Williams*

   **AFFIDAVIT OF REASONABLE DILIGENCE** (Jonas T Williams)

   **C.39.a.**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY | | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| 1007 PEARL STREET | | | | | |
| SUITE 220 | | | | | |
| Boulder, co 80302 | | | | | |
| Telephone No: 303-442-2021 | | | | | |
| | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Jonas T Williams, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PROGRESS HOLDINGS C/O BELLA CZERNER, TR as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 8:50am | Home | No answer at address. Did not appear to be anyone home.; I left my card at the door. No Vehicles Attempt made by: Jonas T Williams, Registration #1518 San Diego County. Attempt at: 736 BONITA DR   92024. |
| Mon | 06/20/11 | 9:05pm | Home | No Answer. No ligts on; The card was removed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Wed | 06/22/11 | 6:30pm | Home | No answer at address. Did not appear to be anyone home.; The Blinds were closed Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Fri | 06/24/11 | 9:35pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Sun | 06/26/11 | 11:10am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 736 BONITA DR   92024. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: PROGRESS HOLDINGS C/O BELLA CZERNER, TR Home - 736 BONITA DR , 92024 |

3. *Person Executing*
   a. Jonas T Williams
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $70.00
*e. I am:* (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 1518
   *(iii) County:* San Diego

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

*Jonas T Williams*

**AFFIDAVIT OF REASONABLE DILIGENCE** (Jonas T Williams)

anctil.mcelroy.13632

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

     vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICH SAUM
53250 HWY 371
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

C. ECK (SEAL)

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

C.40.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 8/11/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

      Served personally upon the defendant.  Place where served: _____

      Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

      Name of person with whom the summons and complaint were left: _____

**✗**  Return unexecuted: Spoke with hispanic male, black hair, brown eyes, 5'9", 180lbs, approx. 40 yrs old, named Jose, said he just moved in two months ago, house was empty.

      Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $35.00 | | SERVICES | TOTAL $35.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     08/11/10

             Date       Signature of Server
                                  79-405 Highway 111, #9-354, La Quinta, CA 92253
                                  Address of Server

**<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY | | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| 1007 PEARL STREET | | | | | |
| SUITE 220 | | | | | |
| Boulder, co 80302 | | | | | |
| Telephone No: 303-442-2021 | | | | | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RICH SAUM as follows:

2. *Documents:*    SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/20/11 | 7:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST   CORONA CA 92883. |
| Mon | 05/23/11 | 11:21am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST   CORONA CA 92883. |
| Tue | 05/31/11 | 3:27pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST   CORONA CA 92883. |
| Sat | 06/04/11 | 8:10pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST   CORONA CA 92883. |
| Wed | 06/08/11 | 5:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST   CORONA CA 92883. |
| Wed | 06/15/11 | 5:25pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 10230 STAGELINE ST   CORONA CA 92883. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: RICH SAUM Home - 10230 STAGELINE ST CORONA, CA 92883 |

C.40.b.

| Attorney or Party without Attorney: SCOTT MCELROY MCELROY, MEYER, WALKER & CONDON, P.C. 1007 PEARL STREET SUITE 220 Boulder, co 80302 Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|

3.  *Person Executing*
    a. Surya  Von Rosen
    b. **Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee  for service was:* $70.00
e. *I am:*   (3)  registered California process server
       (i)    Owner
       (ii)   *Registration No.:*        1505
       (iii)  *County:*                      Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jun. 30, 2011

Page Number 2

**NON SERVICE/RETURN**

(Surya Von Rosen)

swenson.mcelroy.13459

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302** | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO. **(303) 442-2021**                    FAX NO.<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |
| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **CARL SWENSON**

As enumerated below:

    **11/29/2010 – 08:25 pm**         6116 COLODNY DRIVE
                                      AGOURA HILLA, CA 91301
           HOME - PER MR. THOMAS; HE IS THE CURRENT TENANT AND HAS LIVED AT THE ADDRESS PROVIDED FOR A YEAR AND DOES NOT KNOW THE SERVEE.

County:  **VENTURA**
Registration No.:  **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE**
**# A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____
                    **RICHARD MEYER**

**NON SERVICE REPORT**          **C.41.a.**

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302**<br><br>TELEPHONE NO. **(303) 442-2021**                    FAX NO<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS |
| CITY AND ZIP CODE`, **CA** |
| BRANCH NAME |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** |
|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:   **JANE SWENSON**

As enumerated below:

  **11/29/2010 -- 08:25 pm**            6116 COLODNY DRIVE<br>                                  AGOURA HILLA, CA 91301<br>      HOME - PER MR. THOMAS; HE IS THE CURRENT TENANT AND HAS LIVED AT THE ADDRESS PROVIDED FOR A YEAR AND DOES NOT KNOW THE SERVEE.

County:   **VENTURA**
Registration No.:   **422**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, SUITE # A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 17, 2010** at **RIVERSIDE**, California.

Signature: _____

                           **RICHARD MEYER**

**NON SERVICE REPORT**                **C.41.b.**

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Carl Swenson as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/01/01 | 6:55am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Thu | 05/19/11 | 8:30pm | Home | No answer at address.  Did not appear to be anyone home.; This is a nice, large hillside home.  No Vehicles are present. Attempt made by: Bob  Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Mon | 05/23/11 | 3:15pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 05/27/11 | 4:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Sun | 06/05/11 | 8:30pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 06/10/11 | 5:17pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |

Page Number 1

Date: Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          C.41.c.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| *Telephone No:* 303-442-2021 | | | | |
| | | *Ref. No or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/15/11 | 6:20pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr  Agoura Hills CA 91301. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: Carl  Swenson Home - 28354 Balkins Dr Agoura Hills, CA 91301 |

3.  *Person Executing*
  a. Bob Davis
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA 92612
  c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
**e. I am:** (3) registered California process server
    (i)   Independent Contractor
    (ii)  Registration No.:   6583
    (iii) County:   Los Angeles
    (iv) Expiration Date:   Tue, May. 08, 2012

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
  Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**  (Bob Davis)

swenson.mcelroy.13386

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Jane Swenson as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/01/01 | 6:55am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Thu | 05/19/11 | 8:30pm | Home | No answer at address. Did not appear to be anyone home.; This is a nice, large hillside home. No Vehicles are present. Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Mon | 05/23/11 | 3:15pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 05/27/11 | 4:30pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Sun | 06/05/11 | 8:30pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |
| Fri | 06/10/11 | 5:17pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr   Agoura Hills CA 91301. |

Page Number 1

Date: Thu, Jun. 30, 2011                    **AFFIDAVIT OF REASONABLE DILIGENCE**                    C.41.d.

| Attorney or Party without Attorney: | | | | For Court Use Only | |
|---|---|---|---|---|---|
| SCOTT MCELROY | | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| 1007 PEARL STREET | | | | | |
| SUITE 220 | | | | | |
| Boulder, co 80302 | | | | | |
| Telephone No: 303-442-2021 | | | | | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/15/11 | 6:20pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: Bob Davis. Attempt at: 28354 Balkins Dr  Agoura Hills CA 91301. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: Jane  Swenson Home - 28354 Balkins Dr Agoura Hills, CA 91301 |

3. *Person Executing*
   a. Bob  Davis
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:* $40.00
*e. I am:*   (3)  registered California process server
   *(i)*    Independent Contractor
   *(ii)  Registration No.:*    6583
   *(iii)  County:*    Los Angeles
   *(iv)  Expiration Date:*    Tue, May. 08, 2012

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011
Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob  Davis)

swenson.mcelroy.13387

| Attorney or Party without Attorney: | | Ref. No or File No.: | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br><br>Attorney for: Plaintiff | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, H. Yassine, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WENDY BERMAN-BAKER as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 06/21/11 | 3:50pm | Home | THIS ADDRESS BELONGS TO WEBSTER ELEMENTARY SCHOOL. THE PRINCIPLE WOULD NOT ALLOW SERVICE ON THE SCHOOL GROUNDS Attempt made by: H. Yassine, Registration #2559 Los Angeles County. Attempt at: 3602 WINTER CANYON RD  Malibu CA 90265. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: WENDY BERMAN-BAKER Home - 3602 WINTER CANYON RD Malibu, CA 90265 |

3. *Person Executing*
   a. H. Yassine
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $30.00
*e. I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*   2559
   (iii) *County:*             Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**     **(H. Yassine)**

anctil.mcelroy.13649

**Exhibit C.42.a.**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*  FOR COURT USE ONLY

SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: **(303) 442-2021**          FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| NON SERVICE REPORT | CASE NUMBER: **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

     Servee:  **THOMAS & JUNE GARNER LIVING TRUST**

As enumerated below:

**09/30/2010 -- 11:47 am**          24752 VIA LARGA
                                     LAGUNA NIGUEL, CA 92677
    HOME - THE ADDRESS PROVIDED DOES NOT EXIST; THE STREET NAME IS GOOD BUT THE HOUSE NUMBER IS INCORRECT.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE # 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 31, 2010** at **SANTA ROSA,** California.

Signature: _____
                        **JAIME TORRES**

**NON SERVICE REPORT**

Exhibit C.43.a.

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GARNER TRUST as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 6:22pm | Home | This location is a Good Address. There is a locked iron gate in front of the house. I cannot get to the front door. No lights are visible. Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Wed | 06/22/11 | 7:41am | Home | NO Answer at the residence. One van is parked in the driveway. No lights are visible. Attempt made by: LINELLE NORTHCOTT. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Sun | 06/26/11 | 10:48am | Home | NO Answer at the given address. Attempt made by: LINELLE NORTHCOTT. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Mon | 06/27/11 | 8:30pm | Home | NO Answer at the given address. Attempt made by: LINELLE NORTHCOTT. Attempt at: 24752 VIA LARGA  Laguna Niguel CA 92677. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on:  GARNER TRUST Home - 24752 VIA LARGA Laguna Niguel, CA 92677 |

3. *Person Executing*
   a. LINELLE NORTHCOTT
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $30.00
e. *I am:*  (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   2164
      (iii) *County:*        Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (LINELLE NORTHCOTT)

anctil.mcelroy.13638

Exhibit C.43.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SAMUEL HUGHES
41535 AZTEC CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK

C. EGU SEAL

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit C.44.a.**

| Attorney or Party Without Attorney:<br>Alexander, Berkey, Williams & Weathers LLP<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br><br>Telephone : 510-548-7070          Fax: 510-548-7080 | | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Samuel Hughes _____ as follows:

2)  **DOCUMENTS:**   SUMMONS IN A CIVIL ACTION, RAMONA BAND OF CAHUILLA SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 11:17am | Residence | No answer. |
| 08/27/10 | 2:30pm | Residence | No answer. |
| 09/02/10 | 11:24am | Residence | No answer. |
| | | | |
| | | | |
| | | | |

Other comments: I don't believe anyone lives here. Cob webs around all doors.

3)  *Person Executing:*
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 22.50
    e. I am: (3) Registered California Process Server:
       (i) Owner
       *(ii) Registration No.:* 841
       *(iii) County:* Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 09/02/10

                                                        Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: **Plaintiff** | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Samuel Hughes as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/25/11 | 2:00pm | Home | Per Current occupants, the Hancocks, the defendants are unknown. This home is also currently up for sale Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 2120 Via PUerta Apt B Laguna Woods CA 92637. |
| Mon | 05/30/11 | 12:00pm | Home | Returned Not Served on: Samuel Hughes Home - 2120 Via PUerta Apt B Laguna Woods, CA 92637 |

3. *Person Executing*
   a. LINELLE NORTHCOTT
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** *for service was:* $30.00
   e. I am:  (3)  registered California process server
      *(i)*  Independent Contractor
      *(ii)  Registration No.:*   2164
      *(iii)  County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing* ***is true and correct.***
   Date: Mon, May. 30, 2011

   AFFIDAVIT OF REASONABLE DILIGENCE(LINELLE NORTHCOTT)

   swenson.mcelroy.13502

   **Exhibit C.44.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
           **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BASIL SMITH
37181 HILL
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |

C. EC**SEAL**

By              , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.45.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
| NAME OF SERVER Louis Picarone | TITLE Riverside County #841 |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant. Place where served: _____

    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were left: _____

**x**   Return unexecuted: Spoke with white/male, approximately 60 years old, grey hair, light eyes, thin, 5'9", said he moved in January 2010. Would not give name. Check on Zillow, house sold 12/18/2009.

    Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL $17.50 | | SERVICES | TOTAL $17.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    07/23/10
           Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

          Address of Server

#### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
      **vs**

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DOROTHY SMITH
37181 HILL
ANZA CA 92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 9 2009 |
| CLERK | DATE |
| C. ECHOSEAL |  |
| By , Deputy Clerk |  |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit C.45.b.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 07/23/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☒ Return unexecuted: Spoke with white/male, approximately 60 years old, grey hair, light eyes, thin, 5'9", said he moved in January 2010. Would not give name. Check on Zillow, house sold 12/18/2009.

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/23/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
 U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, LINELLE  NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant MARY ANN KIGER as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/22/11 | 11:55am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE  NORTHCOTT, Registration #2164 Orange County. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Wed | 05/25/11 | 10:30am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE  NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Sat | 05/28/11 | 6:18pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE  NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Tue | 05/31/11 | 7:23am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE  NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Sun | 06/05/11 | 7:45pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: LINELLE  NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |

Page Number 1

U *Date:* Sat, Jun. 25, 2011            **AFFIDAVIT OF REASONABLE DILIGENCE**            swenson.mcelroy.13487

**Exhibit C.45.c.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| *Telephone No:* 303-442-2021 | | | | |

Ref. No or File No.:

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/11/11 | 9:45am | Home | No Answer at the given address. Per Neighbor this is the Wysocki residence. The defendants are unknown. Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Sat | 06/25/11 | 12:00pm | Home | Returned Not Served on: MARY ANN KIGER Home - 26655 PASEO ENSENADA San Juan Capistrano, CA 92675 |

3. *Person Executing*
   a. LINELLE NORTHCOTT
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $30.00
e. *I am:*  (3) registered California process server
     *(i)*   Independent Contractor
     *(ii)*  *Registration No.:*   2164
     *(iii)* *County:*      Orange

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Sat, Jun. 25, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (LINELLE NORTHCOTT)

swenson.mcelroy.13487

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | |
| 1007 PEARL STREET | | | |
| SUITE 220 | | | |
| Boulder, co 80302 | | | |

Telephone No: 303-442-2021

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1.  I, LINELLE NORTHCOTT, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JEROME THORNTON as follows:

2.  *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 05/22/11 | 11:55am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT, Registration #2164 Orange County. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Wed | 05/25/11 | 10:30am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Sat | 05/28/11 | 6:18pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Tue | 05/31/11 | 7:23am | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |
| Sun | 06/05/11 | 7:45pm | Home | No answer at address. Did not appear to be anyone home.; Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA  San Juan Capistrano CA 92675. |

Page Number 1

Ü *Date:* Sat, Jun. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

swenson.mcelroy.13486

Exhibit C.45.d.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

Ref. No or File No.:

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/11/11 | 9:45am | Home | No Answer at the given address. Per Neighbor this is the Wysocki residence. The defendants are unknown. Attempt made by: LINELLE NORTHCOTT. Attempt at: 26655 PASEO ENSENADA   San Juan Capistrano CA 92675. |
| Sat | 06/25/11 | 12:00pm | Home | Returned Not Served on: JEROME THORNTON Home - 26655 PASEO ENSENADA San Juan Capistrano, CA 92675 |

3.   *Person Executing*
a. LINELLE NORTHCOTT
b. **Premier Legal Solutions**
  12 Cerrito
  Irvine, CA 92612
c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $60.00
e. *I am:*   (3)  registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*      2164
      (iii) *County:*            Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
  Date: Sat, Jun. 25, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE(LINELLE NORTHCOTT)

swenson.mcelroy.13486

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Carrie Sachse, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Michealle Lugan f/k/a Ugali as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/20/11 | 6:30pm | Home | NO ANSWER. THIS LOCATION IS AN APARTMENT COMPLEX. A UNIT NUMBER IS REQUIRED FOR SERVICE Attempt made by: Carrie Sachse. Attempt at: 20825 Norwalk Blvd  Lakewood CA 90715. |
| Wed | 05/25/11 | 12:00pm | Home | Returned Not Served on: Michealle Lugan f/k/a Ugali Home - 20825 Norwalk Blvd Lakewood, CA 90715 |

3. *Person Executing*
   a. Carrie Sachse
   **b. Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $60.00
*e. I am:*  (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)  Registration No.:*   2463
   *(iii)  County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, May. 25, 2011

AFFIDAVIT OF REASONABLE DILIGENCE   (Carrie Sachse)

swenson.mcelroy.13503

**Exhibit C.46.a.**

# EXHIBIT D

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RICKY BABCOCK
43375 COWBOY COUNTRY TR
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |
| C. EC**SEAL** | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.1.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗** Other (specify):    See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ricky Babcock on 01/21/11 to the following address: 43375 Cowboy Country Trail, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:         01/21/11

Date                         Signature of Server
                              79-405 Highway 111, #9-354, La Quinta, CA 92253

                              Address of Server

#### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | | | | |
| 1007 Pearl Street, Suite 220 | | | | |
| Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF | | | | |
| CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Ricky Babcock at 43375 Cowboy Country Trail, Aguanga, CA 92536 as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:40am | Residence | No answer |
| 08/20/10 | 9:45am | Residence | No answer |
| 08/31/10 | 12:33pm | Residence | No answer |
| 09/11/10 | 1:17pm | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

3) **Person Executing:**
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
(ii) Registration No.: 841
(iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

AFFIDAVIT OF REASONABLE DILIGENCE

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
                    vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LICINIO BRANDAO
40110 N PREAKNESS CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

| | |
|---|---|
| W. Samuel Hamrick, Jr. | |
| CLERK | DATE |

C. EG SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.2.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| ☐ | Served personally upon the defendant.  Place where served: _____ |
| ☐ | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ☐ | Return unexecuted: |
| ☒ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Licinio Brandao on 01/21/11 to the following address: 40110 N. Preakness Court, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | | |
|---|---|---|---|---|---|
| TRAVEL  $22.50 | | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  01/21/11

_Date_

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

_Address of Server_

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Licinio Brandao at 40110 N. Preakness Court, Aguanga, CA 92536   as  follows:

2)  **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 8:30am | Residence | No answer |
| 09/08/10 | 12:16pm | Residence | No answer |
| 09/11/10 | 10:45am | Residence | No answer |
| | | | |
| | | | |
| | | | |

Other comments:_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RAMONA BRANDAO
40110 N PREAKNESS CT
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                                                    DATE

C. ECK

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:14am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.2.b.**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Ramona Brandao on 01/21/11 to the following address: 40110 N. Preakness Court, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:              01/21/11
                                    Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | | | | | For Court Use Only |
|---|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | | | | | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | | | | | Case Number: **51-cv-1247-GT-RBB** |
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Ramona Brandao at 40110 N. Preakness Court, Aguanga, CA 92536 as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 8:30am | Residence | No answer |
| 09/08/10 | 12:16pm | Residence | No answer |
| 09/11/10 | 10:45am | Residence | No answer |
| | | | |
| | | | |
| | | | |

Other comments:_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
     (i) Owner
     *(ii) Registration No.:* 841
     *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> x Ramona Brandao   ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name*)   C. Date of Delivery <br> Ramona Brandao |
| 1. Article Addressed to: <br><br> Licinio Brandao <br> 40110 N. Preakness Ct <br> Aguanga, CA 92536 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br><br> 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☒ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7006 2760 0001 2559 7623 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ramona Branda_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>_Ramona Brandao_ |
| 1. Article Addressed to:<br><br>Ramona Brandao<br>40110 N. Preakness Ct.<br>Aguanga, CA  92536 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? ( *Extra Fee* )  ☐ Yes |
| 2. Article Number<br>( *Transfer from service label* ) | 7006 2760 0001 2559 7616 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

Exhibit D.2.d.

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | | |
| 1007 PEARL ST., SUITE 220 | | | | | |
| BOULDER | | CO | 80302 | | |
| Telephone No: 303-442-2021 | FAX No: 303-444-3490 | | | | |

Attorney for: PLAINTIFF

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA, ET AL.

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-CV-01247-GT-RBB |
|---|---|---|---|---|

1. I,      C. SMITH     , and any employee or independent contractors retained by Process Service Associates are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant      PATRICIA CANALE      as follows:

2. Documents: SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| Date | Time | Location | R e s u l t s |
|---|---|---|---|
| 7/9/2010 | 2:10PM | HOME | HOME IS LOCATED INSIDE GATED, SECURED COMMUNITY. NAME CANALE IS ON CALLBOX DIRECTORY<br>NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.          LA HABRA    CA    90631          C. SMITH |
| 7/12/2010 | 8:45PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.          LA HABRA    CA    90631          C. SMITH |
| 7/17/2010 | 5:40PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.          LA HABRA    CA    90631          C. SMITH |
| 7/20/2010 | 9:10PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.          LA HABRA    CA    90631          C. SMITH |
| 7/23/2010 | 6:25PM | HOME | NO ANSWER AT DOOR<br>661 W. ST. ANDREWS AVE.          LA HABRA    CA    90631          C. SMITH |

3. *Person Executing:*
   a. C. SMITH
   b. Process Service Associates
      17216 Saticoy Street #358
      Van Nuys, CA. 91406
   c. 661-799-0231

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:* $ 65.00

e. I am: (3) registered California process server
   *(i)* Owner
   *(ii)* *Registration No.:* 6618
   *(iii)* *County:*    LOS ANGELES

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: 7/23/2010

   _____
   C. SMITH

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Exhibit D.3.a.**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

PATRICIA CANALE
661 W ST ANDREW AVE
LA HABRA  CA  90631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Patricia Canale_       ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery
   PATRICIA  J  CANALE

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

LA HABRA POST OFFICE 90631
MAY 27 2011

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article
   (Tran)      7009 3410 0002 2348 7279

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**Exhibit D.3.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302**<br><br>TELEPHONE NO.: **(303) 442-2021**                FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **DAVID DICKSON**

As enumerated below:

   **12/10/2010 – 07:00 pm**           16478 OLD GUESITO
                                       ESCONDIDO, CA 92027
   HOME - THE ADDRESS PROVIDED DOES NOT EXIST; IT IS A DIRT ROAD WITH SIGNS POSTED STATING "NO TRESSPASSING; CONSTRUCTION ZONE"; THE SERVER SPOKE WITH THE WORKERS AT THE SITE AND THEY STATED THERE ARE NO HOMES LEFT IN THE AREA.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE**
**# 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **January 7, 2011** at **SANTA ROSA,** California.

Signature: _____
                                **JAIME TORRES**

**NON SERVICE REPORT**            **Exhibit D.4.a.**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C. .<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Ben M Stone, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAVID DICKSON as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/18/11 | 7:10am | Home | NO ANSWER, THERE IS MOVEMENT INSIDE THE LOCATION. OCCUPANTS ARE AVOIDING SERVICE Attempt made by: Ben M Stone, Registration #1702 San Diego County. Attempt at: 6787 ALVARADO RD #8 SAN DIEGO CA 92120. |
| Wed | 04/20/11 | 7:00pm | Home | NO ANSWER AT THE GIVEN ADDRESS Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8 SAN DIEGO CA 92120. |
| Thu | 04/21/11 | 11:00am | Home | NO ANSWER AT THE GIVEN ADDRESS. THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8 SAN DIEGO CA 92120. |
| Sun | 04/24/11 | 7:00am | Home | NO ANSWER AT THE GIVEN ADDRESS. THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8 SAN DIEGO CA 92120. |
| Wed | 04/27/11 | 6:55pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8 SAN DIEGO CA 92120. |

Page Number 1
Date: Mon, May. 23, 2011        **AFFIDAVIT OF REASONABLE DILIGENCE**

Exhibit D.4.b.

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | *For Court Use Only* |

*Attorney for:* Plaintiff      *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/30/11 | 4:44pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8   SAN DIEGO CA 92120. |
| Wed | 05/04/11 | 8:00pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  THE BUSINESS CARD WAS MOVED FROM THE DOORSTEP. Attempt made by: Ben M Stone. Attempt at: 6787 ALVARADO RD #8   SAN DIEGO CA 92120. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: DAVID  DICKSON Home - 6787 ALVARADO RD #8 SAN DIEGO, CA 92120 |

3. *Person Executing*
   a. Ben M Stone
   b. **Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. **The Fee** for service was:* $30.00
*e. I am:*  (3)  registered California process server
     *(i)*   Independent Contractor
     *(ii)*  *Registration No.:*   1702
     *(iii)* *County:*      San Diego

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Ben M Stone)

anctil.mcelroy.13245

<u>Summons in a Civil Action (Rev 11/97)</u>

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BRANDON FIRTH
35571 AURORA LN
ANZA  CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
|---|---|
| CLERK | DATE |

C. EGUSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.5.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  02/12/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

**Check one box below to indicate appropriate method of service**

|   |   |
|---|---|
|   | Served personally upon the defendant. Place where served: _____ |
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:<br><br>Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted: See attached Due Diligence. Attempted service on Brandon Firth located at 35571 Aurora Lane, Anza, CA 92539 on 07/03/2010 & the property is unoccupied, empty & vacant. A copy of the Summons, Complaint & Instructions for Future Filing & Service of Documents were mailed first class to Brandon Firth on 02/12/11 to the following address: 35571 Aurora Lane, Anza, CA 92539. |
|   | Other (specify): |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $17.50 |  | SERVICES | TOTAL $17.50 |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  02/12/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | | | | |
| 1007 Pearl Street, Suite 220 | | | | |
| Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021        Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF | | | | |
| CALIFORNIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
     Brandon Firth located at 35571 Aurora Lane, Anza, CA 92539      as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 1/20/11 | 12:01pm | Residence | No answer |
| 2/12/11 | 8:01am | Residence | No answer |
| | | | |
| | | | |
| | | | |
| | | | |

Other comments:_____

3)   **Person Executing:**                                    Recoverable Costs Per CCP 1033.5(a)(4)(B)
     a. Louis Picarone                                          d. The fee for service was: 0.0
     b. ProServe Process Service                                e. I am: (3) Registered California Process Server:
     79-405 Highway 111, Suite 9-354                               (i) Owner
     La Quinta, CA 92253                                           *(ii) Registration No.:* 841
     c. 760.702.5561                                               *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 02/12/11                                             _____
                                                                        Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brandon Firth
P. O. Box 391333
Anza, CA 92539

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Natasha Firth

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

ANZA   MAY 11 2011   USPS   92539

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 2559 7678

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Exhibit D.5.b.**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

VICTORIA FREEMAN
49950 BRADFORD RD
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 0 2009

CLERK

DATE

C. EC... SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.6.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER  **Louis Picarone** | TITLE  **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

|  | | |
|---|---|---|
| | Served personally upon the defendant.  Place where served: _____ | |
| | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| | Name of person with whom the summons and complaint were left: _____ | |
| | Return unexecuted: | |
| ✗ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Victoria Freeman on 01/21/11 to the following address: 49950 Bradford Road, Aguanga, CA 92536. | |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$22.50** | | SERVICES | TOTAL **$22.50** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021         Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
     Victoria Freeman at 49950 Bradford Road, Aguanga, CA 92536 ___ as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 7:31am | Residence | No answer |
| 08/20/10 | 3:15pm | Residence | No answer |
| 08/31/10 | 12:57pm | Residence | No answer |
| 09/11/10 | 1:15pm | Residence | No answer |
| | | | |
| | | | |

Other comments: _____

3)   *Person Executing*:
     a. Louis Picarone
     b. ProServe Process Service
     79-405 Highway 111, Suite 9-354
     La Quinta, CA 92253
     c. 760.702.5561

     Recoverable Costs Per CCP 1033.5(a)(4)(B)
     d. The fee for service was: 0.0
     e. I am: (3) Registered California Process Server:
     (i) Owner
     *(ii) Registration No.:* 841
     *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     Date: 01/21/11

                                                          Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* ) C. Date of Delivery |
| Article Addressed to: *Victoria Freeman* *49950 Bradford Rd.* *Aguanga, CA* *92536* | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? ( *Extra Fee* ) ☐ Yes |

| Article Number *(Transfer from service label)* | 7006 2760 0001 2559 7647 |
|---|---|

S Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**Exhibit D.6.b.**

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>Telephone No: 303-442-2021 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB | |

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant ROBERT LOHNES as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 04/11/11 | 6:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Thu | 04/14/11 | 7:21am | Home | No answer at address.  Did not appear to be anyone home.; NO Vehicles present Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Sun | 04/17/11 | 3:30pm | Home | No answer at address.  Did not appear to be anyone home.; NO Vehicles present Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Wed | 04/20/11 | 5:17pm | Home | No answer at address.  Did not appear to be anyone home.; NO Vehicles present Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Sun | 04/24/11 | 8:30pm | Home | No Answer.  No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |

Page Number 1
Date: Tue, May. 24, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          anctil.mcelroy.13221

**Exhibit D.7.a.**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/27/11 | 7:15pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Sat | 04/30/11 | 8:30am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Wed | 05/04/11 | 1:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 6104 CORRELL ST  Riverside CA 92504. |
| Mon | 05/23/11 | 10:00am | Home | Returned Not Served on: ROBERT  LOHNES Home - 6104 CORRELL ST  Riverside. CA 92504 |

3.  *Person Executing*
    a. Surya  Von Rosen
    **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
    c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $40.00
*e. I am:*   (3)  registered California process server
            *(i)*   Owner
            *(ii)*  Registration No.:       1505
            *(iii)* County:                 Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Tue, May. 24, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13221

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) — C. Date of Delivery 5/31/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Robert Lohnes
6104 Correll St.
Riverside, CA 92504

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 2559 7814

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Exhibit D.7.b.

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SHAUNNA AVILA MCCLURE
48920 LAKE CANYON DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK

C. EGU...SEAL

By _____ , Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::GDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.8.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

| Check one box below to indicate appropriate method of service |
|---|
| Served personally upon the defendant. Place where served: _____ |
| Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: <br><br> Name of person with whom the summons and complaint were left: _____ |
| Return unexecuted: |
| **✗**  Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Shaunna Avila McClure on 01/21/11 to the following address: 48920 Lake Canyon Drive, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

            Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only | | |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF**<br>**CALIFORNIA** | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** | | |
| **AFFIDAVIT OF REASONABLE**<br>**DILIGENCE** | **Hearing Date:** | **Time:** | **Dept/Div:** | Ref. No or File No.: |

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of
eighteen years and not a party to this action. Personal service was attempted on Defendant
Shaunna Avila McClure at 48920 Lake Canyon Drive, Aguanga, CA 92536 as  follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION,
INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|-------|-------|-----------|----------|
| 08/18/10 | 7:52am | Residence | No answer |
| 08/20/10 | 11:42am | Residence | No answer |
| 09/02/10 | 12:54pm | Residence | No answer |
| 09/08/10 | 5:46pm | Residence | No answer |
| 09/11/10 | 11:27am | Residence | No answer |

Other comments:_____

3)   *Person Executing*:
    a. Louis Picarone
    b. ProServe Process Service
    79-405 Highway 111, Suite 9-354
    La Quinta, CA 92253
    c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The fee for service was: 0.0
    e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: 01/21/11

                            Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☑ Agent ☐ Addressee<br>B. Received by *(Printed Name)* SAVILA   C. Date of Delivery 5-2-11 |
| 1. Article Addressed to:<br><br>Shaunna Avila McClure<br>48920 Lake Canyon Dr.<br>Aguanga, CA 92536 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3715 Foxley Dr.<br>Escondido CA 92027 |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7006 2760 0001 2559 7586 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit D.8.b.

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 61-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DONALD MCINTOSH
42405 ROLLING HILLS DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.

CLERK                                        DATE

C. EC SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.9.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **01/21/11** |
| NAME OF SERVER   **Louis Picarone** | TITLE   **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served:  _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  _____

Return unexecuted:

**☒**   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Donald McIntosh on 01/21/11 to the following address: 42405 Rolling Hills Drive, Aguanga, CA 92536.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   **$22.50** | | SERVICES | TOTAL **$22.50** | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          **01/21/11**

Date                 Signature of Server
                     79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | For Court Use Only |
|---|---|
| Telephone : 303-442-2021          Fax: 303-444-3490 | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |
|---|---|
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** |
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Donald McIntosh at 42405 Rolling Hills Drive, Aguanga, CA 92536   as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:20am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/20/10 | 9:05am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/25/10 | 5:31pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/31/10 | 6:15pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/02/10 | 2:40pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/11/10 | 11:43am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |

Other comments:_____

3)   **Person Executing:**
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0
e. I am: (3) Registered California Process Server:
(i) Owner
(ii) Registration No.: 841
(iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SHEILA MCINTOSH
42405 ROLLING HILLS DR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| **CLERK** | **DATE** |
| C. ECI...(SEAL) | |
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14440\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.9.b.**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Sheila McIntosh on 01/21/11 to the following address: 42405 Rolling Hills Drive, Aguanga, CA 92536.

## STATEMENT OF SERVICE FEES

| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date          Signature of Server
                      79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:* | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)     I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
          Sheila McIntosh at 42405 Rolling Hills Drive, Aguanga, CA 92536     as follows:

2)     **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/18/10 | 8:20am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/20/10 | 9:05am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/25/10 | 5:31pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 08/31/10 | 6:15pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/02/10 | 2:40pm | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |
| 09/11/10 | 11:43am | Residence | Large aggressive dog on property, cars visible, door 20 feet away (honked no response) |

Other comments:_____

3)   *Person Executing*:
         a. Louis Picarone
         b. ProServe Process Service
         79-405 Highway 111, Suite 9-354
         La Quinta, CA 92253
         c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
         d. The fee for service was: 0.0
         e. I am: (3) Registered California Process Server:
                 (i) Owner
                 *(ii) Registration No.:* 841
                 *(iii) County:* Riverside

4)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
         Date: 01/21/11

                                                                          Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Mc Intoch
42405 Rolling Hills Dr.
Aguanga, CA
                92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Sheila Mc Intosh_    ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Sheila McIntosh

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0001 2559 7593

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Exhibit D.9.c.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheila Mc Intosh
42405 Rolling Hills Dr.
Aguanga, CA 92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sheila McIntosh_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Sheila McIntosh

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 2559 7609

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Exhibit D.9.d.

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL ST., SUITE 220 | | | | |
| BOULDER | CO | 80302 | | |
| *Telephone No:* 303-442-2021   *FAX No:* 303-444-3490 | | | | |
| *Attorney for:* PLAINTIFF | | *Ref. No. or File No.:* | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA, ET AL.

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-CV-01247-GT-RBB |
|---|---|---|---|---|

1. I,   C. SMITH   , and any employee or independent contractors retained by Process Service Associates are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant   CORRINA MICHALAK   as follows:

2. Documents: SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS

| Date | Time | Location | Results | | | | |
|---|---|---|---|---|---|---|---|
| 7/9/2010 | 6:55PM | HOME | NO ANSWER AT DOOR, 4 CARS IN DRIVEWAY, LIGHTS ON INSIDE | | | | |
| | | | 4238 W. 135TH ST., #B | HAWTHORNE | CA | 90250 | C. SMITH |
| 7/13/2010 | 2:05PM | HOME | NO ANSWER AT DOOR | | | | |
| | | | 4238 W. 135TH ST., #B | HAWTHORNE | CA | 90250 | C. SMITH |
| 7/17/2010 | 6:25PM | HOME | NO ANSWER AT DOOR | | | | |
| | | | 4238 W. 135TH ST., #B | HAWTHORNE | CA | 90250 | C. SMITH |
| 7/22/2010 | 11:25AM | HOME | NO ANSWER AT DOOR | | | | |
| | | | 4238 W. 135TH ST., #B | HAWTHORNE | CA | 90250 | C. SMITH |
| 7/25/2010 | 8:05AM | HOME | NO ANSWER AT DOOR | | | | |
| | | | 4238 W. 135TH ST., #B | HAWTHORNE | CA | 90250 | C. SMITH |

3. *Person Executing:*

   a. C. SMITH

   b. Process Service Associates
      17216 Saticoy Street #358
      Van Nuys, CA. 91406

   c. 661-799-0231

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:* $ 65.00

e. I am: (3) registered California process server

   (i)  Owner
   (ii) *Registration No.:* 6618
   (iii) *County:*   LOS ANGELES

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: 7/25/2010

   _____
   C. SMITH

**AFFIDAVIT OF REASONABLE DILIGENCE**

**Exhibit D.10.a.**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   *Ron Michalak*   C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

CORRINA MICHALAK
4238 W 135th ST B
HAWTHORNE CA 90250

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from ser*   7009 3410 0002 2348 7286

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**Exhibit D.10.b.**

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLSBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RODNEY MYERS
48590 SUNNYBROOK CIR
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                    DATE

C. ECK     SEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.11.a.**

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE   USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

        Served personally upon the defendant.  Place where served: _____

        Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

        Return unexecuted:

**✗**   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Rodney Myers on 01/21/11 to the following address: 48590 Sunnybrook Circle, Aguanga, CA 92536.

| **STATEMENT OF SERVICE FEES** | | | | |
|---|---|---|---|---|
| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     **01/21/11**                                  

                    Date             Signature of Server
                                        79-405 Highway 111, #9-354, La Quinta, CA 92253

                                     Address of Server

<u>**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | | | | **For Court Use Only** |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | | | | |
| 1007 Pearl Street, Suite 220 | | | | |
| Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021       Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF** | | | | |
| **CALIFORNIA** | | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | | | | Case Number: **51-cv-1247-GT-RBB** |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
        Rodney Myers, 48590 Sunnybrook Circle, Aguanga, CA 92536       as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/2710 | 7:45am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/02/10 | 11:51am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/08/10 | 12:43pm | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/11/10 | 11:19am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| | | | |
| | | | |

Other comments:_____

3)   *Person Executing:*                                    Recoverable Costs Per CCP 1033.5(a)(4)(B)
        a. Louis Picarone                                         d. The fee for service was: 0.0
        b. ProServe Process Service                        e. I am: (3) Registered California Process Server:
        79-405 Highway 111, Suite 9-354                        (i) Owner
        La Quinta, CA 92253                                        *(ii) Registration No.:* 841
        c. 760.702.5561                                              *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        Date: 01/21/11

                                                                    Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

RODNEY MYERS
48590 SUNNYBROOK CIR
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK                                          DATE

C. ECL SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.11.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|   | Served personally upon the defendant.  Place where served: _____ |
|---|---|
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left: _____ |
|   | Return unexecuted: |
| ✗ | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Rodney Myers on 01/21/11 to the following address: 48590 Sunnybrook Circle, Aguanga, CA 92536. |

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only | | |
| --- | --- | --- | --- |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** | | |
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1)  I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
   Rodney Myers, 48590 Sunnybrook Circle, Aguanga, CA 92536    as follows:

2)  **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
| --- | --- | --- | --- |
| 08/2710 | 7:45am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/02/10 | 11:51am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/08/10 | 12:43pm | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| 09/11/10 | 11:19am | Residence | No answer, house for sale: Excalibur (951) 699-5234 |
| | | | |
| | | | |

Other comments:_____

_____

3)  **Person Executing:**                   Recoverable Costs Per CCP 1033.5(a)(4)(B)
    a. Louis Picarone                           d. The fee for service was: 0.0
    b. ProServe Process Service                 e. I am: (3) Registered California Process Server:
    79-405 Highway 111, Suite 9-354                (i) Owner
    La Quinta, CA 92253                            *(ii) Registration No.:* 841
    c. 760.702.5561                                *(iii) County:* Riverside

4)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: 01/21/11

                                          Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | For Court Use Only |
| --- | --- | --- |
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
| --- | --- | --- | --- | --- |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant TYLER  NAGEL as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
| --- | --- | --- | --- | --- |
| Mon | 04/11/11 | 5:00pm | Home | NO answer at the given address.  There is a locked gate at the street.  There are Two big dogs in the yard and a Gold Camry with the window busted out.  Plates 5EWT978 Attempt made by: Surya  Von Rosen, Registration #1505 Orange County.  Attempt at: 57755 RAMSEY RD   Anza CA 92539. |
| Thu | 04/14/11 | 10:22am | Home | No answer at the given address.  The gate is still locked.  I can't get to the front door.  Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD Anza CA 92539. |
| Sun | 04/17/11 | 6:18pm | Home | No answer at the given address.  The gate is still locked.  I can't get to the front door.  Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD Anza CA 92539. |
| Wed | 04/20/11 | 2:12pm | Home | No Answer at the given address.  The gate is still locked and the Gold Toyota Camry is gone. Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD  Anza CA 92539. |
| Sat | 04/23/11 | 4:22pm | Home | No Answer at the given address.  The gate is still locked and the Gold Toyota Camry is gone. Attempt made by: Surya  Von Rosen. Attempt at: 57755 RAMSEY RD  Anza CA 92539. |

Page Number 1
*Date:* Thu, May. 05, 2011                   **NON SERVICE/RETURN**                   **Exhibit D.12.a.**

| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON. P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/04/11 | 12:00pm | Home | Returned Not Served on: TYLER  NAGEL Home - 57755 RAMSEY RD Anza,<br>CA 92539 |

3.   *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $85.00
*e. I am:*   (3)  registered California process server
     *(i)*   Owner
     *(ii)  Registration No.:*      1505
     *(iii) County:*                Orange

*4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, May. 05, 2011

Page Number 2

                              **NON SERVICE/RETURN**          (Surya  Von Rosen)

                                                                        anctil.mcelroy.13230

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent □ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery<br>tyler nagel |
| 1. Article Addressed to:<br><br>TYLER NAGEL<br>57755 RAMSEY RD<br>ANZA CA. 92539 | D. Is delivery address different from item 1? □ Yes<br>   If YES, enter delivery address below: □ No<br><br>3. Service Type<br>□ Certified Mail □ Express Mail<br>□ Registered □ Return Receipt for Merchandise<br>□ Insured Mail □ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* □ Yes |
| 2. Article (Tran    7009 3410 0002 2348 7156 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit D.12.b.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(303) 442-2021**                    FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** | |
|---|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **, CA** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee: **MARIA ORTIZ**

As enumerated below:

   **10/04/2010 -- 01:05 pm**           542 ALTURA DRIVE
                                   PERRIS, CA 92570
      HOME - SERVER SPOKE WITH ROSA FLORES; SHE STATED THAT SHE MOVED INTO THE ADDRESS
      PROVIDED A YEAR AGO AND DOES NOT KNOW THE SERVEE.

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 18, 2010** at **RIVERSIDE,** California.

Signature: _____
                  **ROBERT SEE**

**NON SERVICE REPORT**         **Exhibit D.13.a.**

| *Attorney or Party without Attorney:* | | | For Court Use Only |
|---|---|---|---|
| SCOTT MCELROY | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | |
| 1007 PEARL STREET | | | |
| SUITE 220 | | | |
| Boulder, co 80302 | | | |
| *Telephone No:* 303-442-2021 | | | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| **REASONABLE DILIGENCE** | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARIA ORTIZ as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 04/09/11 | 11:21am | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX.I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD   Menifee CA 92584. |
| Mon | 04/11/11 | 10:23am | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX.I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD   Menifee CA 92584. |
| Thu | 04/14/11 | 7:33pm | Home | NO ANSWER AT THE GIVEN ADDRESS. THE LOCATION HAS A GIANT ELECTRONIC GATE. THE LOCATION IS A COMPOUND. THERE IS A CALL BOX.I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya Von Rosen. Attempt at: 26020 FARMINGTON RD   Menifee CA 92584. |

Page Number 1

*Date:* Tue, Apr. 19, 2011        **AFFIDAVIT OF REASONABLE DILIGENCE**        anctil.mcelroy.13214

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| *Telephone No:* 303-442-2021 | | | | |
| | | *Ref. No or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| **REASONABLE DILIGENCE** | | | | 51-cv-1247-GT-RBB |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/15/11 | 2:20pm | Home | NO ANSWER AT THE GIVEN ADDRESS.  THE LOCATION HAS A GIANT ELECTRONIC GATE.  THE LOCATION IS A COMPOUND.  THERE IS A CALL BOX. I PRESSED THE CALL BUTTON, BUT THERE WAS NO ANSWER. Attempt made by: Surya  Von Rosen. Attempt at: 26020 FARMINGTON RD   Menifee CA 92584. |
| Mon | 04/18/11 | 12:00pm | Home | Returned Not Served on: MARIA  ORTIZ Home - 26020 FARMINGTON RD Menifee, CA 92584 |

3.  *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.** *The Fee for service was:* $40.00
*e. I am:*  (3)  registered California process server
       *(i)*  Owner
       *(ii)*  *Registration No.:*    1505
       *(iii)*  *County:*         Orange

*4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Apr. 19, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13214

Exhibit D.13.b.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maria Ortiz
PO Box 7
Sun City, CA  92586

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *Maria Ortiz*
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

MARIA ORTIZ

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer     7009 3410 0002 2348 7101

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Exhibit D.13.c.

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOANNE ROSE
49355 FLIGHTLINE WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | OCT 2 0 2009 |
| CLERK | DATE |
| C. ECK (SEAL) | |
| By _____ , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.14.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **01/21/11** |
| NAME OF SERVER   **Louis Picarone** | TITLE **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
|   | Served personally upon the defendant. Place where served: _____ |
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left: _____ |
|   | Return unexecuted: |
| ✗ | Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Joanne Rose on 01/21/11 to the following address: 49355 Flightline Way, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   **$5.00** | | SERVICES | TOTAL **$5.00** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   **01/21/11**

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | | | | **For Court Use Only** |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | | | | **Case Number:** 51-cv-1247-GT-RBB |
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | **Hearing Date:** | **Time:** | **Dept/Div:** | **Ref. No or File No.:** |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
   Joanne Rose at 49355 Flightline Way, Aguanga, CA 92536 _____ as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/27/10 | 7:55am | Residence | No answer |
| 09/02/10 | 6:02pm | Residence | No answer |
| 09/08/10 | 1:03pm | Residence | No answer |
| 09/11/10 | 11:36am | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

                                                                      Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

NORMAN ROSE
49355 FLIGHTLINE WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

W. Samuel Hamrick, Jr.

CLERK                                                    DATE

C. EC___

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.14.b.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**   Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Norman Rose on 01/21/11 to the following address: 49355 Flightline Way, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11

Date                              Signature of Server
                                          79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Norman Rose at 49355 Flightline Way, Aguanga, CA 92536 _____ as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/27/10 | 7:55am | Residence | No answer |
| 09/02/10 | 6:02pm | Residence | No answer |
| 09/08/10 | 1:03pm | Residence | No answer |
| 09/11/10 | 11:36am | Residence | No answer |
| | | | |
| | | | |

Other comments:_____

_____

3)   *Person Executing*:
a. Louis Picarone
b. ProServe Process Service
79-405 Highway 111, Suite 9-354
La Quinta, CA 92253
c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The fee for service was: 0.0 _____
e. I am: (3) Registered California Process Server:
(i) Owner
*(ii) Registration No.:* 841
*(iii) County:* Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11 _____

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DANIEL RUIZ
44795 VIA CATALINA
LA QUINTA  CA  92253

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

C. EG[SEAL]

By _____ , Deputy Clerk

OCT 2 0 2009

DATE

Summons in a Civil Action

Page 1 of 2

::GDMANCDOCSWORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.15.a.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER   Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

       Served personally upon the defendant.  Place where served: _____

       Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

       Name of person with whom the summons and complaint were left: _____

       Return unexecuted:

**✗**   Other (specify):    See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Daniel Ruiz on 01/21/11 to the following address 44795 Via Catalina, La Quinta, CA 92253.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL   $17.50 | | SERVICES | TOTAL $17.50 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    **01/21/11**

                 Date

                 Signature of Server
                 79-405 Highway 111, #9-354, La Quinta, CA 92253

                 Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF<br>CALIFORNIA | |
| Plaintiff: UNITED STATES OF AMERICA, ET AL.<br>Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: 51-cv-1247-GT-RBB |

| AFFIDAVIT OF REASONABLE<br>DILIGENCE | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)   I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Daniel Ruiz at 44795 Via Catalina, La Quinta, CA 92253        as follows:

2)   **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/26/10 | 10:58am | Residence | No answer |
| 12/16/10 | 12:07pm | Residence | No answer |
| 12/18/10 | 8:30am | Residence | No answer |
| 1/03/11 | 6:01pm | Residence | No answer |
| | | | |
| | | | |

Other comments: Daniel Ruiz's name is not on the directory, his name does not appear at that
address according to an online search and the house last sold in August 2007.

3)   **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
     (i) Owner
     (ii) Registration No.: 841
     (iii) County: Riverside

4)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |
| MCELROY, MEYER, WALKER & CONDON, P.C. | | | | |
| 1007 PEARL STREET | | | | |
| SUITE 220 | | | | |
| Boulder, co 80302 | | | | |
| Telephone No: 303-442-2021 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Van Wilcox, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DANIEL RUIZ as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 04/14/11 | 5:30pm | Home | There is a patio with a locked gate. I was unable to get to the front door. No Answer Attempt made by: Thomas Torres, Registration #968 San Diego County. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Fri | 04/15/11 | 8:05am | Home | There is a patio with a locked gate. I was unable to get to the front door. No Answer Attempt made by: Thomas Torres. Attempt at: 78561 BENT CANYON CT INDIO CA 92203. |
| Fri | 04/15/11 | 8:10pm | Home | Per Baby-sitter, this is a good address. The defendant was not home Attempt made by: Thomas Torres. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Sat | 04/16/11 | 10:15am | Home | NO Answer at the given address Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Sun | 04/17/11 | 5:45pm | Home | NO Answer at the given address Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Tue | 04/19/11 | 11:11am | Home | NO Answer at the given address Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |

Page Number 1
Date: Mon, May. 23, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          Exhibit D.15.b.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |

| Ref. No or File No.: |
|---|

Attorney for: **Plaintiff**

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/20/11 | 7:45am | Home | The defendant drove up in a White F-350 Truck, saw me and drove away. Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Fri | 04/22/11 | 10:35am | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Sun | 04/24/11 | 9:30pm | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Wed | 04/27/11 | 4:15pm | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Mon | 05/02/11 | 5:15pm | Home | No Answer Attempt made by: Van Wilcox. Attempt at: 78561 BENT CANYON CT  INDIO CA 92203. |
| Mon | 05/23/11 | 12:00pm | Home | Returned Not Served on: DANIEL RUIZ Home - 78561 BENT CANYON CT INDIO, CA 92203 |

3.  *Person Executing*
   a. Van Wilcox
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** *for service was:* $40.00
e. *I am:*   (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*  Registration No.:      1211
   *(iii)* County:                Riverside

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Mon, May. 23, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE**   (Van Wilcox)

anctil.mcelroy.13222

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

KIM SMITH
40040 N PREAKNESS CT
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 2 2009

CLERK

DATE

C. EG (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.16.a**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **01/21/11** |
| NAME OF SERVER  **Louis Picarone** | TITLE  **USA, et al v. Fallbrook PUD** |

Check one box below to indicate appropriate method of service

|   |   |
|---|---|
|  | Served personally upon the defendant. Place where served: _____ |
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|  | Name of person with whom the summons and complaint were left: _____ |
|  | Return unexecuted: |
| **✗** | Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Kim Smith on 01/21/11 to the following address: 40040 N. Preakness Court, Aguanga, CA 92536. |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL  **$5.00** | | SERVICES | TOTAL **$5.00** | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        **01/21/11**
                        Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| **Attorney or Party Without Attorney:** | | | | For Court Use Only |
|---|---|---|---|---|
| McElroy, Meyer, Walker & Condon, P.C. | | | | |
| 1007 Pearl Street, Suite 220 | | | | |
| Boulder, CO 80302 | | | | |
| Telephone : 303-442-2021          Fax: 303-444-3490 | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF | | | | |
| CALIFORNIA | | | | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL. | | | | Case Number: 51-cv-1247-GT-RBB |
| **Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Kim Smith at 40040 N. Preakness Court, Aguanga, CA 92536 ___ as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 6:23pm | Residence | No answer |
| 09/08/10 | 8:22am | Residence | No answer |
| 09/11/10 | 10:47am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      *(ii) Registration No.:* 841
      *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

_____
Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

SIMON SMITH
40040 N PREAKNESS CT
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 2 2009

CLERK

DATE

C. EC[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.16.b.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

☒  Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Simon Smith on 01/21/11 to the following address: 40040 N. Preakness Court, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       01/21/11
                   Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party Without Attorney:<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL.<br>*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1)    I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
Simon Smith at 40040 N. Preakness Court, Aguanga, CA 92536   as follows:

2)    **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 08/25/10 | 6:23pm | Residence | No answer |
| 09/08/10 | 8:22am | Residence | No answer |
| 09/11/10 | 10:47am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:_____

3)    *Person Executing:*
  a. Louis Picarone
  b. ProServe Process Service
  79-405 Highway 111, Suite 9-354
  La Quinta, CA 92253
  c. 760.702.5561

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  d. The fee for service was: 0.0
  e. I am: (3) Registered California Process Server:
    (i) Owner
    *(ii) Registration No.:* 841
    *(iii) County:* Riverside

4)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/21/11

Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

ERIC STAMM
49760 FLIGHTLINE WAY
AGUANGA  CA.  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after *
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 6 2009

CLERK

DATE

C. EC[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit D.17.a.**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

**✗**  Other (specify):  See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Eric Stamm on 01/21/11 to the following address: 49760 Flightline Way, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL  $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        01/21/11

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party Without Attorney:*<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021          Fax: 303-444-3490 | For Court Use Only | | |
| --- | --- | --- | --- |
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | | | |
| *Plaintiff:* UNITED STATES OF AMERICA, ET AL. | Case Number: **51-cv-1247-GT-RBB** | | |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | **Hearing Date:** | **Time:** | **Dept/Div:** | Ref. No or File No.: |
| --- | --- | --- | --- | --- |

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
   Eric Stamm at 49760 Flightline Way, Aguanga, CA 92536          as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
| --- | --- | --- | --- |
| 09/02/10 | 5:47pm | Residence | No answer, car in driveway |
| 09/08/10 | 11:24am | Residence | No answer, car in driveway |
| 09/11/10 | 10:30am | Residence | No answer, car in driveway |
| | | | |
| | | | |
| | | | |

Other comments:_____

3) *Person Executing*:
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
   (i) Owner
   *(ii) Registration No.:* 841
   *(iii) County:* Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 01/21/11

   _____
   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

LISA STAMM
49760 FLIGHTLINE WAY
AGUANGA CA. 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 C 2009

W. Samuel Hamrick, Jr.

CLERK

DATE

C. ECHOSEAL

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequant order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit D.17.b.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 01/21/11 |
|---|---|
| NAME OF SERVER   Louis Picarone | TITLE  USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

☒  Other (specify):   See attached Due Diligence. A copy of the Summons, Complaint and Instructions for Future Filing & Service of Documents were mailed first class to Lisa Stamm on 01/21/11 to the following address: 49760 Flightline Way, Aguanga, CA 92536.

### STATEMENT OF SERVICE FEES

| TRAVEL   $5.00 | | SERVICES | TOTAL $5.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:          01/21/11
                            Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)