| **Attorney or Party Without Attorney:**<br>McElroy, Meyer, Walker & Condon, P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br><br>Telephone : 303-442-2021        Fax: 303-444-3490 | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** | |
| **Plaintiff:** UNITED STATES OF AMERICA, ET AL.<br>**Defendant:** FALLBROOK PUBLIC UTILITY DISTRICT, ET AL. | Case Number: **51-cv-1247-GT-RBB** |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Ref. No or File No.: |
|---|---|---|---|---|

1) I, Louis Picarone, an independent contractors retained by are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant
   Lisa Stamm at 49760 Flightline Way, Aguanga, CA 92536            as follows:

2) **DOCUMENTS:** SUMMONS IN A CIVIL ACTION, CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION, INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| DATE: | TIME: | LOCATION: | RESULTS: |
|---|---|---|---|
| 09/02/10 | 5:47pm | Residence | No answer, car in driveway |
| 09/08/10 | 11:24am | Residence | No answer, car in driveway |
| 09/11/10 | 10:30am | Residence | No answer, car in driveway |

Other comments:_____

3) **Person Executing:**
   a. Louis Picarone
   b. ProServe Process Service
   79-405 Highway 111, Suite 9-354
   La Quinta, CA 92253
   c. 760.702.5561

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The fee for service was: 0.0
   e. I am: (3) Registered California Process Server:
      (i) Owner
      (ii) Registration No.: 841
      (iii) County: Riverside

4) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 01/21/11

   Louis Picarone

**AFFIDAVIT OF REASONABLE DILIGENCE**

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | | | | |
| *Attorney for:* Plaintiff | | *Ref. No or File No.:* | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| *Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| *Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRYAN TUCKER as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/18/11 | 2:18pm | Home | THERE IS A LOCKED GATE AND A SILVER NISSAN XTERRA IN THE DRIVEWAY. THERE ARE DOGS RUNNING AROUND THE YARD AND BEWARD OF DOG SIGNS POSTED. SOMEONE WAS HOME. I WATCHED THE CURTAINS GET PULLED TO THE SIDE. THEY DIDN'T OPEN THE DOOR. I HONKED MY HORN Attempt made by: Surya Von Rosen. Attempt at: 38310 LICON RD  Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: BRYAN TUCKER Home - 38310 LICON RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $85.00
e. *I am:*  (3)  registered California process server
   (i)   Owner
   (ii)  *Registration No.:*      1505
   (iii) *County:*          Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

swenson.mcelroy.13465

Exhibit D.18.a.

| Attorney or Party without Attorney: SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NORMA TUCKER as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 2:18pm | Home | THERE IS A LOCKED GATE AND A SILVER NISSAN XTERRA IN THE DRIVEWAY. THERE ARE DOGS RUNNING AROUND THE YARD AND BEWARD OF DOG SIGNS POSTED. SOMEONE WAS HOME. I WATCHED THE CURTAINS GET PULLED TO THE SIDE. THEY DIDN'T OPEN THE DOOR. I HONKED MY HORN Attempt made by: Surya Von Rosen. Attempt at: 38310 LICON RD   Anza CA 92539. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: NORMA TUCKER Home - 38310 LICON RD Anza, CA 92539 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $40.00
   e. *I am:* (3) registered California process server
      (i)   Owner
      (ii)  *Registration No.:*   1505
      (iii) *County:*   Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon, May, 23, 2011

   **NON SERVICE/RETURN**              (Surya Von Rosen)

   swenson.mcelroy.13466

   Exhibit D.18.b.

# EXHIBIT E

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Jonas T Williams, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant CYNTHIA  ANTRIM as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 7:40am | Home | No Answer at the given address.  I can hear movement inside.  Someone came to the front door, looked through the peephole but refused to answer.  I left a calling card at the door Attempt made by: Jonas T Williams, Registration #1518 San Diego County. Attempt at: 980 CEDAR WAY   Escondido CA 92025. |
| Mon | 06/20/11 | 7:00pm | Home | No Answer.  The card has been removed.  There are lights on, but I didn't hear movement inside. Attempt made by: Jonas T Williams. Attempt at: 980 CEDAR WAY   Escondido CA 92025. |
| Mon | 06/20/11 | 7:35pm | Home | No Answer.  The card has been removed.  There are lights on, but I didn't hear movement inside. Attempt made by: Jonas T Williams. Attempt at: 980 CEDAR WAY   Escondido CA 92025. |
| Wed | 06/22/11 | 3:00pm | Home | No Answer No Activity Attempt made by: Jonas T Williams. Attempt at: 980 CEDAR WAY   Escondido CA 92025. |
| Fri | 06/24/11 | 9:00pm | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 980 CEDAR WAY   Escondido CA 92025. |

Page Number 1
  Date: Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          Exhibit E.1.a.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 06/26/11 | 10:00am | Home | No answer at address.  Did not appear to be anyone home.; Attempt made by: Jonas T Williams. Attempt at: 980 CEDAR WAY  Escondido CA 92025. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: CYNTHIA  ANTRIM Home – 980 CEDAR WAY Escondido, CA 92025 |

3.  *Person Executing*
   a. Jonas T Williams
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:* $70.00
*e. I am:*  (3)  registered California process server
     (i)   Independent Contractor
     (ii)  *Registration No.:*  1518
     (iii) *County:*    San Diego

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Jonas T Williams)

anctil.mcelroy.13616

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 61-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

BART HERRING
54197 SCOUTS LANE
ANZA CA  92539

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____*_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.
                    CLERK                                             DATE

C. ECU SEAL

By _____, Deputy Clerk

Summons in a Civil Action

::CDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit E.2.a.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 07/02/10 |
|---|---|
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 |

Check one box below to indicate appropriate method of service

Served personally upon the defendant.  Place where served:  _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  _____

✗  Return unexecuted:  House sold, new owners

Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL  $17.50 | | SERVICES | TOTAL $17.50 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:       07/02/10
                          Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et ᵃˡ
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

MARY HERRING
54197 SCOUTS LANE
ANZA  CA  92539

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302
Tel: (303) 442-2021

     An answer to the complaint which is herewith served upon you, within _____ * days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

| W. Samuel Hamrick, Jr. | |
| --- | --- |
| CLERK | DATE |

C. ECHO SEAL

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit E.2.b.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/02/10 | |
| NAME OF SERVER  Louis Picarone | TITLE  Riverside County #841 | |

Check one box below to indicate appropriate method of service

         Served personally upon the defendant.  Place where served: _____

         Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

         Name of person with whom the summons and complaint were left: _____

**✗**     Return unexecuted:  House sold, new owners

         Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:     07/02/10

         Date         Signature of Server
                          79-405 Highway 111, #9-354, La Quinta, CA 92253

                           Address of Server

__NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE__

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**McELROY, MEYER, WALKER & CONDON**
ATTORNEYS AT LAW

SCOTT B. MCELROY
ELIZABETH MEYER
ALICE E. WALKER
M. CATHERINE CONDON

DANIEL E. STEUER
GREGG DE BIE

OF COUNSEL
PHOEBE ANNE GREYSON

April 1, 2011

NDEX West LLC
15000 Surveyor Blvd #500
Addison, TX 75001-4417

Re:   Mary and Bart Herring; Trustee Sale No. 20100028700529

Gentlemen:

I am interested in obtaining information regarding the status of the above-numbered trustee sale. I have not been able to ascertain the auction number and thus have not been able to use your automated system.

Please let me know whether this property has been sold to a third party. It is my understanding that you cannot provide me with the name of the third party. If my understanding is incorrect, I would appreciate it if you would provide me with that information as well.

Thank you for your kind and prompt attention to this request.

Sincerely,

M. Catherine Condon

MCC/DAV

cc:   Curtis Berkey

**Exhibit E.2.c.**

Apr. 7. 2011  2:49PM                                                    No. 0064   P. 2



15000 Surveyor Blvd.
Addison, TX 75001
Phone: 866-795-1852
Fax: 972-661-7800
Direct: 972-341-5236
Email: calegalgroup@BDFGroup.com

April 7, 2011

McElroy Meyer Walker & Condon                 *via facsimile only: 303-444-3490*
Attn M. Catherine Condon
1007 Pearl Street, Suite 200
Boulder, CO 80302

    Re:    Mortgagor:          Bart Herring and Mary Herring
           Loan Number:        0055105100
           Trustee Sale Number: 20100028700529
           Property Address:    49466 Pima Court
                                Aguanga, CA 92536

Dear Ms. Condon:

     Thank you for your correspondence dated April 1, 2011.  We request that you provide a
letter of authorization signed by Bart Herring and Mary Herring authorizing you to act on behalf
of Mr. and Mrs. Herring in this foreclosure action.  This authorization must be received by this
office before any loan information can be released.

Sincerely,

Shannon E. Coleman
General Counsel

SEC/rp

The Fair Debt Collection Act requires that we advise you that NDeX, LLC, may be acting as a debt collector,
attempting to collect a debt.  Any information obtained will be used for that purpose.

                                                              Exhibit E.2.d.

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302

TELEPHONE NO.: (303) 442-2021                    FAX NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SOUTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA

DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

| NON SERVICE REPORT | CASE NUMBER: 51-cv-1247-GT-RBB |
|---|---|

I received the within process on February 18, 2011 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  ROBERT LOISELLE

As enumerated below:

02/20/2011 -- 10:15 am            40407 LAKE RIVERSIDE DRIVE
                                 AGUANGA, CA 92536
HOME - UPON ARRIVAL, SAID PROCESS SERVER FOUND THE GIVEN RESIDENCE TO BE VACANT.

County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 9, 2011 at RIVERSIDE, California.

Signature: _____
                    ROBERT SEE

**NON SERVICE REPORT**                    Exhibit E.3.a.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302** | | |
| TELEPHONE NO.: **(303) 442-2021**          FAX NO.: | | |
| E-MAIL ADDRESS *(Optional):* | | |
| ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on February 18, 2011 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

      Servee:  **MARY LOISELLE**

As enumerated below:

**02/20/2011 -- 10:15 am**              40407 LAKE RIVERSIDE DRIVE
                                        AGUANGA, CA 92536
      HOME - UPON ARRIVAL, SAID PROCESS SERVER FOUND THE GIVEN RESIDENCE TO BE VACANT.

County: **SAN BERNARDINO**
Registration No.: **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 9, 2011** at **RIVERSIDE,** California.

Signature: _____
                             **ROBERT SEE**

**NON SERVICE REPORT**

**Exhibit E.3.b.**

Summons in a Civil Action (Rev 11/57)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOSE LOPEZ
49760 MEADOW VIEW WAY
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 2 2009

_W. Samuel Hamrick, Jr._
CLERK

C. ECHELE

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::GDMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit E.4.a.**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE **08/27/10** |
| NAME OF SERVER  **Louis Picarone** | TITLE  **Riverside County #841** |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served:  _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:  _____

✗  Return unexecuted:  Spoke with white/female, 60 years old, long grey hair, 5'6", 200 lbs., said she rents from Jose Lopez and he does not live there.

Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  **$22.50** | | SERVICES | TOTAL **$22.50** |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:  **08/27/10**

Date

Signature of Server
**79-405 Highway 111, #9-354, La Quinta, CA 92253**

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302
TELEPHONE NO.: (303) 442-2021     FAX NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFF IN INTERVENTION

FOR COURT USE ONLY

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA

DEFENDANT/RESPONDENT: CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe

CASE NUMBER: 51-cv-1247-GT-RBB

## NON SERVICE REPORT

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  KATHY NEILSEN

As enumerated below:

10/06/2010 — 03:10 pm          40930 CALIFORNIA OAKS ROAD
                               MURRIETA, CA 92562
   HOME - THE ADDRESS PROVIDED IS FOR TARBELL REALTORS; THE SERVEE WORKED HERE 2
   YEARS AGO BUT PER "JOHN DOE", HE DOES NOT KNOW OF THEIR WHEREABOUTS.



County:  SAN BERNARDINO
Registration No.:  1058
EXCALIBUR ATTORNEY SERVICE
231 E. ALESSANDRO BOULEVARD, STE #
A368
RIVERSIDE, CA 92508
(877) 378-3843

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 28, 2010 at RIVERSIDE, California.

Signature: _____
           ROBERT SEE

## NON SERVICE REPORT                    Exhibit E.5.a

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
SCOTT MCELROY, PRO HAC VICE
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302
TELEPHONE NO.: **(303) 442-2021**           FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

CASE NUMBER:
**51-cv-1247-GT-RBB**

## NON SERVICE REPORT

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   **JOHN NEILSEN**

As enumerated below:

10/06/2010 – 03:10 pm           380 CALIFORNIA OAKS ROAD
                                MURRIETA, CA 92562
   HOME - THE ADDRESS PROVIDED IS FOR TARBELL REALTORS; THE SERVEE WORKED HERE 2
   YEARS AGO BUT PER "JOHN DOE", HE DOES NOT KNOW OF THEIR WHEREABOUTS.



County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 28, 2010** at **RIVERSIDE**, California.

Signature: _____
                    **ROBERT SEE**

**NON SERVICE REPORT**                    Exhibit E.5.b.

Summons in a Civil Action (Rev 11/87)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

DAVID SMITH
47990 HWY 371
AGUANGA CA 92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after* service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

| CLERK | DATE |
|---|---|

C. EC.....(SEAL)

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Exhibit E.6.a.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 09/02/10 |
|---|---|
| NAME OF SERVER Louis Picarone | TITLE USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

✗ Return unexecuted: Spoke with neighbor at 48100 Hwy 371, said David Smith has a restraining order and can not be on property and Joyce Smith lives in Hemet. This property is in foreclosure. Gate surrounding the individual residence is locked with no access.

☐ Other (specify): ■

## STATEMENT OF SERVICE FEES

| TRAVEL $22.50 | | SERVICES | TOTAL $22.50 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 09/02/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

JOYCE SMITH
47990 HWY 371
AGUANGA  CA  92536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

OCT 2 6 2009

CLERK                                                    DATE

C. EC[SEAL]

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

**Exhibit E.6.b.**

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 09/02/10 |
| NAME OF SERVER  Louis Picarone | TITLE | USA, et al v. Fallbrook PUD |

Check one box below to indicate appropriate method of service

|  |  |  |
|---|---|---|
|  | Served personally upon the defendant.  Place where served: | _____ |
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
|  | Name of person with whom the summons and complaint were left: | _____ |
| ✗ | Return unexecuted: | Spoke with neighbor at 48100 Hwy 371, said David Smith has a restraining order and can not be on property and Joyce Smith lives in Hemet. This property is in foreclosure. Gate surrounding the individual residence is locked with no access. |
|  | Other (specify): | ⊞ |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $5.00 | | SERVICES | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:      09/02/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE.</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

1   Marco A. Gonzalez (CA SBN 190832)
    COAST LAW GROUP LLP
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   Tel: 760-942-8505
    Fax: 760-942-8515
4   E-mail: marco@coastlawgroup.com

5   Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
6   McELROY, MEYER, WALKER & CONDON, P.C.
    1007 Pearl Street, Suite 220
7   Boulder, Colorado 80302
    Tel: 303-442-2021
8   Fax: 303-444-3490
    E-mail: smcelroy@mmwclaw.com
9   E-mail: ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10  *the Cahuilla Band of Indians*

11  Curtis G. Berkey (CA SBN 195485)
    ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
12  2030 Addison Street, Suite 410
    Berkeley, California 94704
13  Tel: 510-548-7070
    Fax: 510-548-7080
14  E-mail: cberkey@abwwlaw.com
    *Attorneys for Plaintiff in Intervention,*
15  *Ramona Band of Cahuilla*

16   **IN THE UNITED STATES DISTRICT COURT**

17   **SOUTHERN DISTRICT OF CALIFORNIA**

18   UNITED STATES OF AMERICA,                    )   CIVIL NO.: 51-cv-1247-GT-RBB

19         Plaintiff,                             )   **AFFIDAVIT OF MARTHA MORALES**
                                                  )   **RE: EFFORTS TO LOCATE CERTAIN**
20   CAHUILLA BAND OF INDIANS,                    )   **DEFENDANTS IN ORDER TO SERVE**
     a Federally-Recognized Indian Tribe,         )   **PROCESS UPON THEM**
21   RAMONA BAND OF CAHUILLA, a                   )
     Federally-Recognized Indian Tribe, et al.,   )
22                                                )
           Plaintiffs in Intervention,            )   Hearing Date:
23                                                )   Time:
           v.                                     )   Courtroom:   8
24                                                )
     FALLBROOK PUBLIC UTILITY                     )   Hon. Gordon Thompson, Jr.
25   DISTRICT, a public service corporation       )
     of the State of California, et al.,          )
26                                                )
           Defendants.                            )
27   _____ )

28

Affidavit - Martha Morales                              Case No. 51-cv-1247-GT-RBB

1    I, Martha Morales, based upon personal knowledge acquired as a legal assistant in the law

2  firm of Alexander, Berkey, Williams & Weathers LLP, hereby affirm as follows:

3    1.    This affidavit is submitted in support of the Cahuilla Band of Indians' and

4  Ramona Band of Cahuilla's ("Tribes") *Joint Motion to Allow Service of Process on Certain*

5  *Defendants by Publication.*

6    2.    By information and belief, all of the individuals identified in the chart entitled

7  "Individuals to be Served by Publication" (Attachment 1 Affidavit of Daryl Ann Vitale Re:

8  Efforts to Locate Certain Defendants in Order to Serve Process Upon Them) are, or were at one

9  time, owners of real property that will be affected by this litigation.

10    3.    Accordingly, the Tribes sent a copy of the *Cahuilla Band of Indians' Second*

11  *Amended Complaint in Intervention* (Mar. 30, 2009) and the *Ramona Band of Cahuilla's Second*

12  *Amended Complaint in Intervention* (Mar. 30, 2009), a *Notice of Lawsuit and Request for Waiver*

13  *of Service of Summons*, two copies of the *Waiver of Service of Summons*, and a prepaid means for

14  returning the waiver to each property owner listed in Attachment 1 or their predecessor in

15  interest. The Tribes sent the waiver requests by first-class mail to the addresses originally

16  obtained from the Riverside County Assessor-County Clerk-Recorder. Such efforts failed with

17  regard to the property owners listed in Attachment 1.

18    4.    The Tribes next attempted to personally serve process upon the property owners,

19  again at the addresses originally obtained from the Riverside County Assessor-County Clerk-

20  Recorder, but for the various reasons described in Attachment 1, those attempts failed as well.

21  The Tribes, therefore, undertook additional efforts to locate and serve the property owners.

22    5.    I assisted the Tribes' legal counsel in their attempts to locate and serve several of

23  the individuals listed in Attachment 1. The extensive efforts I personally undertook to locate the

24  defendants are described below.

25    a..    I conducted extensive searches on various databases in order to obtain

26  contact information for several  individuals listed in Attachment 1.

27    b.    I conducted additional searches on the Riverside County Assessor-County

28  Clerk-Recorder website by entering the assessor's parcel number for each property held by the

defendants listed in Attachment 1. Such searches helped to determine if any documents were

1   recently recorded that related to the property and that may involve a change in ownership or a

2   change to the property owner's mailing address. Just recently, however, the Riverside County

3   Assessor-County Clerk-Recorder removed all contact information for property owners from the

4   website.

5          c.      I also conducted extensive internet searches for the property owners listed

6   in Attachment 1, using a combination of names, addresses, and phone numbers (if available) to

7   search on websites such as Google.com, MSN.com, Whitepages.com, Veromi.net,

8   RecordsLogin.com, PeopleSmart.com, USSearch.com, Peoplefinders.com, Googlemaps.com,

9   Mantis.com, Zillow.com, website for the San Diego County Recorder's Office, website for the

10  California Secretary of State's Office, websites for various Secretary of State Offices, website for

11  the California Bar Association, and various newspaper/magazine/newsletter websites.

12         6.      With respect to the property owned by the Loiselle Family Trust - Robert and

13  Mary Loiselle, Trustees, I was informed that the new owner of the property was Wells Fargo. I

14  searched through various real estate databases and discovered that the property was listed for sale

15  by Wells Fargo. I also discovered that the property was sold on May 19, 2011, and confirmed the

16  sale with the listing agent Melissa Gutierrez. I then called the office of the Riverside County

17  Assessor-County Clerk-Recorder to obtain the new owner information, but was told that the

18  information was not yet available as the updating of County records lags behind by at least six

19  months of the date of any conveyance.

20         7.      While the foregoing efforts proved successful for many other property owners,

21  such efforts were not successful for the property owners listed in Attachment 1.

22         8.      As described above, I exercised reasonable diligence in attempting to determine

23  the whereabouts of the property owners listed in Attachment 1.

24         I declare under penalty of perjury that all of the foregoing statements are true and correct.

25  Executed this 22nd day of July, 2011, at Berkeley, CA.

26

27                                          _____
                                                    Martha Morales
28

1

## JURAT

2

3   STATE OF CALIFORNIA          )
                                 }.  SS.
4   COUNTY OF ALAMEDA            )

5

6       Subscribed and sworn to (or affirmed) before me on this ___22___ day of July, 2011, by

7   **MARTHA MORALES,** proved to me on the basis of satisfactory evidence to be the person(s)

8   who appeared before me.

9

10

11

12   (seal)

GLORIA FLORES CORONADO
COMM. # 1836383
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMM. EXPIRES FEB. 13, 2013

Notary Public

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit - Martha Morales          Page 3          Case No. 51-cv-1247-GT-RBB

## Motions

3:51-cv-01247-GT -RBB United States of America v. Fallbrook Public Utility District
STAYED

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by McElroy, Scott on 7/22/2011 at 9:33 AM PDT and filed on
7/22/2011

| | |
|---|---|
| **Case Name:** | United States of America v. Fallbrook Public Utility District |
| **Case Number:** | 3:51-cv-01247-GT -RBB |
| **Filer:** | Cahuilla Band of Indians |
| **Document Number:** | 5314 |

**Docket Text:**
**Joint MOTION for Order *to Serve Process Upon the California Secretary of State for
Certain Defendants* by Cahuilla Band of Indians. (Attachments: # (1) Memo of Points
and Authorities, # (2) Affidavit Affidavit re Attempted Service Upon Country Expressions
Corp, # (3) Affidavit Affidavit re Attempted Service Upon DG Properties and Greco
Farms)(McElroy, Scott)**

**3:51-cv-01247-GT -RBB Notice has been electronically mailed to:**

Alice E. Walker    awalker@mmwclaw.com, dvitale@mmwclaw.com

B. Tilden Kim    tkim@rwglaw.com, lpomatto@rwglaw.com

Bill J Kuenzinger    bkuenzinger@bdasports.com, rjones@bhsmck.com

Charles W Binder    cwbinder@smrwm.org

Curtis G Berkey    cberkey@abwwlaw.com, mmorales@abwwlaw.com

Daniel E. Steuer    dsteuer@mmwclaw.com, dvitale@mmwclaw.com

Daniel J Goulding    mholt@qualityloan.com, asoderberg@qualityloan.com,
QLSLitigation@qualityloan.com

David Leventhal    davelevlaw@yahoo.com

David Philip Colella    dcolella@flsd.com

Donald R Timms    dontimms@san.rr.com

F Patrick Barry    patrick.barry@usdoj.gov

Gary D Leasure    gleasure@garydleasure.com

George Chakmakis    george@chakmakislaw.com

Gerald (Jerry) Blank    gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

Harry Campbell Carpelan    hcarpelan@redwineandsherrill.com

James B Gilpin    james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lisa.grennon@bbklaw.com

James Michael Powell    jpowellesq@gmail.com, info@mydebtorlaw.com

John A Karaczynski    jkaraczynski@akingump.com, dcolvin@akingump.com,
dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com

John Christopher Lemmo    jl@procopio.com, laj@procopio.com

Jonathan M Deer    jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

Kevin Patrick Sullivan    ksullivan@sanlawyers.com, kstanis@sanlawyers.com

Linda Caldwell    goforthvillage2@yahoo.com

M. Catherine Condon    ccondon@mmwclaw.com, dvitale@mmwclaw.com

Marco Antonio Gonzalez    marco@coastlawgroup.com, sara@coastlawgroup.com

Marilyn H Levin    marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Mark L Brandon    mbrandon@brandon-law.com, dslack@brandon-law.com

Mary L Fickel    mfickel@sampsonlaw.net, bsampson@sampsonlaw.net

Matthew L Green    matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

Michele A Staples    mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com

Patricia Grace Rosenberg    prosenberg@hnattorneys.com

Peter J Mort    pmort@akingump.com, jfukai@akingump.com

Richard Alvin Lewis    Rlewis@RichardLewis.com

Robert H James    bob@fallbrooklawoffice.com

7/22/2011 10:33 AM

Robert K Edmunds    robert.edmunds@bipc.com, lynda.west@bipc.com, sdtemp2@bipc.com

Robert M Cohen    rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Scott B. McElroy    smcelroy@mmwclaw.com, dvitale@mmwclaw.com

Thomas Caldwell    goforthvillage2@yahoo.com

Thomas C Stahl    Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, marilyn.weaver@usdoj.gov

Timothy P Johnson    tjohnson@johnson-chambers.com, cww@johnson-chambers.com

William K. Koska    wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

**3:51-cv-01247-GT -RBB Electronically filed documents must be served conventionally by the filer to:**

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.

Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

The following document(s) are associated with this transaction:

**Document description:CMECF.widgit.ProcessingWindowDestroy() ONG>Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5320263-0
] [28737071404cf099c67e42fef64a0b339187461fd1e2a11ee132170afde97736647
0b172a5e649a4b1c32906062a47f435d6205a9bb3294ae4747183ae927399]]
**Document description:Memo of Points and Authorities**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5320263-1
] [a944b9ecb76ce912a13cd8c346b7f695430c00f976e129717de5b7bdaa0f9fbba6c
2a4e7d68a6fa15826c7c6155b08298a5ef39c12a298357f5bf840a70b1553]]
**Document description:Affidavit Affidavit re Attempted Service Upon Country Expressions Corp**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5320263-2
] [70c6b9e82f7c84eb5d176e6a38cf61563d8bb81702e5b04df3606eded6254bb705f
559266d3bbe1ddab8c160cbb4213ca68830f7c8469dbb08f78f0affbdf868]]
**Document description:Affidavit Affidavit re Attempted Service Upon DG Properties and Greco Farms**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/22/2011] [FileNumber=5320263-3
] [7e8f3f30d04bc1fa7da8878fec99e0ac2d9026aee49b0fae932198ded1a6079350d
1b55837dc9f1a1a6327aa79a06ab3fd08d4259ee35f12b68c36f3062039d8]]

1 Marco A. Gonzalez (SBN 190832)
  COAST LAW GROUP LLP
2 1140 S. Coast Hwy 101
  Encinitas, California 92024
3 Tel: 760-942-8505
  Fax: 760-942-8515
4 marco@coastlawgroup.com

5 Scott B. McElroy (Pro Hac Vice)
  M. Catherine Condon (Pro Hac Vice)
6 McELROY, MEYER, WALKER & CONDON, P.C.
  1007 Pearl Street, Suite 220
7 Boulder, Colorado 80302
  Tel: 303-442-2021
8 Fax: 303-444-3490
  smcelroy@mmwclaw.com
9 ccondon@mmwclaw.com

10 *Attorneys for Plaintiff in Intervention,*
   *the Cahuilla Band of Indians*
11

   Curtis G. Berkey (SBN 195485)
12 ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
13 Berkeley, California 94704
   Tel: 510-548-7070
14 Fax: 510-548-7080
   cberkey@abwwlaw.com
15

   *Attorneys for Plaintiff in Intervention,*
16 *Ramona Band of Cahuilla*

17            **IN THE UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
18

19 UNITED STATES OF AMERICA,         )        CASE NO. 51-cv-1247-RBB-GT
                                     )
20         Plaintiff,                )
                                     )
21 CAHUILLA BAND OF INDIANS,         )     Hearing Date: No hearing date set
     a federally recognized Indian tribe, )   Time:
   RAMONA BAND OF CAHUILLA,          )     Courtroom:   8
22                                   )
         Plaintiffs in Intervention, )     Hon. Gordon Thompson, Jr.
23                                   )
         v.                          )     **JOINT MOTION FOR**
24                                   )     **AUTHORIZATION TO SERVE**
   FALLBROOK PUBLIC UTILITY          )     **PROCESS UPON THE CALIFORNIA**
25 DISTRICT, a public service corporation ) **SECRETARY OF STATE FOR**
   of the State of California, et al., )   **CERTAIN DEFENDANTS**
26                                   )
         Defendants.                 )
27 _____ )

28

Motion to Serve Secretary of State          Page 1          Case No. 51-cv-1247

1    Pursuant to Rules 4(h)(1) and 4(e)(1) of the Federal Rules of Civil Procedure and

2  sections 1702(a), 15901(c)(1), and 17061(c)(1) of the California Corporations Code, Plaintiffs in

3  Intervention Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes") hereby move

4  this Court to grant the proposed order submitted herewith allowing the delivery of process to the

5  California Secretary of State.  The Tribes request such relief in order to effectuate service upon

6  defendants Country Expressions Corporation, DG Properties, L.P., and Greco Farms, L.L.C.

7  This motion is supported by the *Memorandum of Points and Authorities in Support of Joint*

8  *Motion for Authorization to Serve Process Upon the California Secretary of State for Certain*

9  *Defendants*, the *Affidavit Re: Attempted Service Upon Country Expressions Corporation*, and the

10  *Affidavit Re: Attempted Service Upon DG Properties, L.P. and Greco Farms, L.L.C.*, which the

11  Tribes submitted herewith.

12    Respectfully submitted this 22nd day of July, 2011.

13  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP LLP
14  1140 S. Coast Hwy 101
   Encinitas, California  92024
15  Tel:  760-942-8505 Fax:  760-942-8515

16  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
17  McELROY, MEYER, WALKER
     & CONDON, P.C.
18  1007 Pearl Street, Suite 220
   Boulder, Colorado  80302
19  Tel: 303-442-2021 Fax: 303-444-3490

20    */s/ Scott B. McElroy*
   By:_____
21      Scott B. McElroy
   *Attorneys for Plaintiff in Intervention,*
22    *the Cahuilla Band of Indians*

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California  94704
Tel: 510-548-7070

*/s/ Curtis G. Berkey*

By:_____
     Curtis G. Berkey
*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

1    Marco A. Gonzalez (SBN 190832)
     COAST LAW GROUP LLP
2    1140 S. Coast Hwy 101
     Encinitas, California 92024
3    Tel: 760-942-8505
     Fax: 760-942-8515
4    marco@coastlawgroup.com

5    Scott B. McElroy (Pro Hac Vice)
     M. Catherine Condon (Pro Hac Vice)
6    McELROY, MEYER, WALKER & CONDON, P.C.
     1007 Pearl Street, Suite 220
7    Boulder, Colorado 80302
     Tel: 303-442-2021
8    Fax: 303-444-3490
     smcelroy@mmwclaw.com
9    ccondon@mmwclaw.com

10   *Attorneys for Plaintiff in Intervention,*
     *the Cahuilla Band of Indians*

11

12   Curtis G. Berkey (SBN 195485)
     ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
     2030 Addison Street, Suite 410
13   Berkeley, California 94704
     Tel: 510-548-7070
14   Fax: 510-548-7080
     cberkey@abwwlaw.com

15

16   *Attorneys for Plaintiff in Intervention,*
     *Ramona Band of Cahuilla*

17              **IN THE UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**

18

19   UNITED STATES OF AMERICA,       )     CASE NO. 51-cv-1247-RBB-GT

20        Plaintiff,            )

                           )    Hearing Date: No hearing date set
21   CAHUILLA BAND OF INDIANS,      )    Time:
     a federally recognized Indian tribe,    )    Courtroom:    8
     RAMONA BAND OF CAHUILLA,      )
22                            )    Hon. Gordon Thompson, Jr.
       Plaintiffs in Intervention,      )
23                             )    **MEMORANDUM OF POINTS AND**
       v.                   )    **AUTHORITIES IN SUPPORT OF**
24                             )    **JOINT MOTION FOR**
     FALLBROOK PUBLIC UTILITY       )    **AUTHORIZATION TO SERVE**
25   DISTRICT, a public service corporation   )    **PROCESS UPON THE CALIFORNIA**
     of the State of California, et al.,      )    **SECRETARY OF STATE FOR**
26                             )    **CERTAIN DEFENDANTS**
       Defendants.            )
27                             )

28

Memorandum of Points and Authorities                       Case No. 51-cv-1247

## **TABLE OF CONTENTS**

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.  ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    A.   THE TRIBES' ONLY OPTION IS TO FOLLOW STATE LAW . . . . . . . . . . . . 2

        1.   Corporations M Ay Be Served by Delivering
            Process to the Secretary of State under
            Certain Circumstances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

        2.   Limited Partnerships and Limited Liability Companies May Be Served by
            Delivering Process to the Secretary of State under
            Certain Circumstances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    B.   THE TRIBES MEET THE REQUIREMENTS FOR DELIVERING
       PROCESS TO THE SECRETARY OF STATE . . . . . . . . . . . . . . . . . . . . . . . . 4

        1.   Country Expressions Corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

        2.   DG Properties, L.P. and Greco Farms, L.L.C. . . . . . . . . . . . . . . . . . . . . . 5

III. CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

1

## TABLE OF AUTHORITIES

2

3   **Cases**

4   *Gibble v. Car-Lene Research, Inc.*, 78 Cal. Rptr. 2d 892 (Cal. Ct. App. 1998) . . . . . . . . . . . . . . 5

5

6   **Statutes, Rules, Regulations**

6   FED. R. CIV. P. 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

7

8   CAL. CIV. PROC. CODE § 415.10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    CAL. CIV. PROC. CODE § 415.20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    CAL. CIV. PROC. CODE § 415.30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

9   CAL. CIV. PROC. CODE § 416.10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    CAL. CIV. PROC. CODE § 416.20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

10  CAL. CORP. CODE § 1702 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4, 5

11  CAL. CORP. CODE § 15901.16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 5, 6

12  CAL. CORP. CODE § 17061 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 5, 6

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs in Intervention, the Cahuilla Band of Indians and Ramona Band of Cahuilla

2  (collectively "Tribes"), hereby submit this memorandum in support of their *Joint Motion for*

3  *Authorization to Serve Process Upon the California Secretary of State for Certain Defendants*.

4  As explained below and evidenced by the supporting affidavits, the Tribes exercised reasonable

5  diligence in attempting to serve certain defendants, but those efforts were not successful.  The

6  Court should now authorize substituted service upon the California Secretary of State

7  ("Secretary of State").

8                              **I.  INTRODUCTION**

9    As described in the affidavits submitted herewith, the Tribes exercised reasonable

10  diligence in attempting to serve defendants (1) Country Expressions Corporation; (2) Greco

11  Farms, L.L.C.; and (3) DG Properties (collectively "Defendants").  *See Affidavit Re: Attempted*

12  *Service Upon Country Expressions Corporation* ("Country Expressions Affidavit"); *Affidavit*

13  *Re: Attempted Service Upon DG Properties, L.P. and Greco Farms, L.L.C.* ("DG-Greco

14  Affidavit").  The Defendants each previously registered with the Secretary of State and

15  designated an agent for service of process.  Country Expressions Affidavit ¶ 3; DG-Greco

16  Affidavit ¶ 5.  The Tribes were unable to serve any of the designated agents at the addresses

17  registered with the Secretary of State, Country Expressions Affidavit ¶¶ 4-5; DG-Greco

18  Affidavit ¶ 6, so they took extra measures to obtain information about and to serve each of the

19  Defendants.  Country Expressions Affidavit ¶¶ 6-14; DG-Greco Affidavit ¶¶ 7-14.  As described

20  in the Affidavits, however, the Tribes' additional attempts to serve the Defendants were

21  unsuccessful.  *Id.*  The Tribes have exhausted their efforts and are unable to determine the

22  current status or location of the Defendants, their registered agents, or any other person

23  associated with the Defendants and authorized to receive process.  *See* Country Expressions

24  Affidavit ¶ 15; DG-Greco Affidavit ¶ 15.

25                              **II.  ARGUMENT**

26    The Court should grant the Tribes' motion in accordance with the proposed order

27  submitted herewith so as to allow the Tribes to serve process upon the Secretary of State

28  pursuant to state law.

**A.      THE TRIBES' ONLY OPTION IS TO FOLLOW STATE LAW.**

Rule 4(h) of the Federal Rules of Civil Procedure governs service of process upon corporations, partnerships, and unincorporated associations.  Pursuant to that rule, such entities must be served either (1) "in the manner prescribed by Rule 4(e)(1) for serving an individual"; or (2) by delivering process "to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process."  FED. R. CIV. P. 4(h)(1)(A)-(B).  In other words, if no agent, officer, or other authorized person is available to receive process, a party must look to Rule 4(e)(1), which  authorizes service in accordance with "state law."  As explained herein, the Tribes are unable to serve any agent, officer, or other authorized person for each of the Defendants, so their only option is to follow the procedures of California law.

**1.      Corporations May Be Served by Delivering Process to the Secretary of State Under Certain Circumstances.**

With respect to corporations, such as Country Expressions Corporation, California law provides that they may be served "by any of the following methods": (1) delivery to a designated agent for service of process; (2) delivery to a president, chief executive officer, or other head, vice president, secretary or assistant secretary, treasurer or assistant treasurer, controller or chief financial officer, general manager, or a person authorized to receive service of process; (3) delivery to a cashier if the corporation is a bank; or (4) as provided in an applicable provision of the California Corporations Code ("Corporations Code").  CAL. CIV. PROC. CODE § 416.10(a)-(d).  Thus, if an agent, corporate officer, manager, or bank cashier is not available for service, then the party attempting service must follow the Corporations Code.

Section 1702(a) of the Corporations Code addresses situations where "the agent designated cannot with reasonable diligence be found at the address designated for personally delivering the process."  That is, if the party attempting service demonstrates "by affidavit to the satisfaction of the court" that it (1) cannot with reasonable diligence serve the designated agent pursuant to sections 415.10, 415.20(a), or 415.30(a) of the California Civil Procedure Code ("Civil Procedure Code"); and (2) cannot with reasonable diligence serve the corporation

1   pursuant to sections 416.10(a)-(c) or 416.20(a) of the Civil Procedure Code, then a court may

2   order that service be made "by delivering by hand to the Secretary of State, or to any person

3   employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the

4   process for each defendant to be served, together with a copy of the order authorizing such

5   service." CAL. CORP. CODE § 1702(a); *see id.* § 2011(b) (similar provision for "dissolved"

6   corporations). "Service in this manner is deemed complete on the 10th day after delivery of the

7   process to the Secretary of State," *id.* § 1702(a), and thereafter the Secretary of State's office

8   must attempt to notify the corporation on its own. *Id.* § 1702(b). Moreover, the statute expressly

9   provides that a federal court may make such an order. *Id.* § 1702(d).

10   **2.    Limited Partnerships and Limited Liability Companies May Be Served by**
11   **Delivering Process to the Secretary of State Under Certain Circumstances.**

12   With respect to limited partnerships and limited liability companies, such as DG

13   Properties, L.P. and Greco Farms, L.L.C., respectively, California law provides that they may

14   be served by delivering process (1) to any designated agent; or (2) if the designated agent is a

15   corporation, to any person named in the certificate filed with the Secretary of State. *Id.* §§

16   15901.16(b) (limited partnerships), 17061(b) (limited liability companies). "[I]f the agent

17   designated cannot with reasonable diligence be found at the address designated for personal

18   delivery of the process," however, and if the party attempting service demonstrates "by affidavit

19   to the satisfaction of the court" that it cannot serve the agent pursuant to sections 415.10,

20   415.20(a), or 415.30(a) of the Civil Procedure Code, then a court may order that service be

21   made "by delivering by hand to the Secretary of State, or to any person employed in the

22   Secretary of State's office in the capacity of assistant or deputy, one copy of the process for

23   each defendant to be served, together with a copy of the order authorizing the service." CAL.

24   CORP. CODE § 15901.16(c)(1); *accord id.* § 17061(c)(1). "Service in this manner shall be

25   deemed complete on the 10th day after delivery of the process to the Secretary of State," *id.*

26   § 15901.16(c)(1); *accord id.* § 17061(c)(1), and thereafter the Secretary of State's office must

27   attempt to notify the limited partnership and limited liability company on its own. *Id.* §

28   15901.16(c)(2),); *accord id.* § 17061(c)(2).

**B.     THE TRIBES MEET THE REQUIREMENTS FOR DELIVERING PROCESS TO THE SECRETARY OF STATE.**

As explained below, the Tribes satisfy the requirements for serving process upon the Secretary of State for each Defendant.

**1.      Country Expressions Corporation**

With respect to Country Expressions Corporation, the Tribes meet the requirements of section 1702(a) of the Corporations Code.  First, the Tribes diligently attempted to personally serve the designated agent at the address filed with the Secretary of State, but such efforts were unsuccessful.  Country Expressions Affidavit ¶ 5.  Thus, the Tribes cannot effect personal service upon the designated agent pursuant to section 415.10 of the Civil Procedure Code.  *See* CA. CORP. CODE § 1702(a).

Second, the Tribes diligently attempted to serve the designated agent at the address filed with the Secretary of State, but neither the agent nor any person apparently in charge or associated with the agent was available to accept substituted service.  Country Expressions Affidavit ¶ 5.  Thus, the Tribes cannot effect service pursuant to section 415.20(a) of the Civil Procedure Code.  *See* CAL. CORP. CODE § 1702(a).

Third, since the designated agent no longer resides at the address filed with the Secretary of State and no forwarding address is known, Country Expressions Affidavit ¶¶ 4-5,  the Tribes were unable to serve the designated agent by mail.  Thus, the Tribes cannot effect service pursuant to section 415.30(a) of the Civil Procedure Code.  *See* CAL. CORP. CODE § 1702(a).

Fourth, as already explained, the Tribes cannot serve the designated agent.  Thus, the Tribes cannot effect service pursuant to section 416.10(a) of the Civil Procedure Code.  *See* CAL. CORP. CODE § 1702(a).

Fifth, the Tribes diligently attempted to serve the only known principal of Country Expressions Corporation, but such efforts failed.  Country Expressions Affidavit ¶¶ 8-14.  Thus, the Tribes cannot effect service pursuant to section 416.10(b) of the Civil Procedure Code.  *See* CAL. CORP. CODE § 1702(a).

1      Sixth, Country Expressions Corporation is not a bank, so section 416.10(c) of the Civil

2  Procedure Code is inapplicable. *See* CAL. CORP. CODE § 1702(a).

3      Seventh, and last, Country Expressions is "suspended," not "dissolved," *see* Country

4  Expressions Affidavit ¶ 3, so it is doubtful that section 416.20(a) of the Civil Procedure Code

5  applies. *See Gibble v. Car-Lene Research, Inc.*, 78 Cal. Rptr. 2d 892, 900-02 (Cal. Ct. App.

6  1998). Even if it applies, however, no trustee was publicly designated and the Tribes have no

7  way to determine if such a trustee otherwise exists. Thus, the Tribes cannot effect service

8  pursuant to section 416.20(a) of the Civil Procedure Code. *See* CAL. CORP. CODE § 1702(a).

9      In sum, as explained above and as more fully described in the Country Expressions

10  Affidavit, the Tribes exercised reasonable diligence in attempting to serve Country Expressions

11  Corporation pursuant to sections 415.10, 415.20(a), 415.30(a), 416.10(a)-(c), and 416.20(a) of

12  the Civil Procedure Code. Thus, the Court should allow the Tribes to deliver process to the

13  Secretary of State. *See* CAL. CORP. CODE § 1702(a).

14     **2.**    **DG Properties, L.P. and Greco Farms, L.L.C.**

15      With respect to DG Properties, L.P. and Greco Farms, L.L.C., the Tribes meet the

16  requirements of sections 15901.16(c)(1) and 17061(c)(1) of the Corporations Code, respectively.

17  First, the Tribes diligently attempted to personally serve the designated agent at the address filed

18  with the Secretary of State and the home addresses found on Westlaw, but such efforts were

19  unsuccessful. DG-Greco Affidavit ¶¶ 6, 9-12. The Tribes also attempted to personally serve the

20  designated agent at the business address found on Westlaw's Professional License Record

21  database, but such efforts were unsuccessful as well. *Id.* ¶¶ 13-14. Thus, the Tribes cannot

22  effect personal service upon the designated agent pursuant to section 415.10 of the Civil

23  Procedure Code. *See* CAL. CORP. CODE §§ 15901.16(c)(1), 17061(c)(1).

24      Second, the Tribes diligently attempted to serve the designated agent at both the address

25  filed with the Secretary of State and the home addresses found on Westlaw, but neither the agent

26  nor any person apparently in charge or associated with the agent was available to accept

27  substituted service. DG-Greco Affidavit ¶¶ 6, 9-12. Likewise, neither the designated agent nor a

28

1    person apparently in charge or associated with the agent was available to accept substituted

2    service at the business address found on Westlaw's Professional License Record database. *Id.*

3    ¶¶ 13-14.  Thus, the Tribes cannot effect service pursuant to section 415.20(a) of the Civil

4    Procedure Code.  *See* CAL. CORP. CODE §§ 15901.16(c)(1), 17061(c)(1).

5         Third, since the designated agent no longer resides at either the address filed with the

6    Secretary of State or the addresses found on Westlaw and no forwarding address is known, DG-

7    Greco Affidavit ¶¶ 6, 12, 14, the Tribes were unable to serve the designated agent by mail.

8    Thus, the Tribes cannot effect service pursuant to section 415.30(a) of the Civil Procedure Code.

9    *See* CAL. CORP. CODE §§ 15901.16(c)(1), 17061(c)(1).

10        In sum, as explained above and as more fully described in the DG-Greco Affidavit, the

11   Tribes exercised reasonable diligence in attempting to serve DG Properties, L.P. and Greco

12   Farms, L.L.C. pursuant to sections 415.10, 415.20(a), and 415.30(a) of the Civil Procedure Code.

13   Thus, the Court should allow the Tribes to serve process upon the Secretary of State. *See* CAL.

14   CORP. CODE §§ 15901.16(c)(1), 17061(c)(1).

15                    **III.  CONCLUSION**

16        For all of the foregoing reasons, the Tribes respectfully request that the Court grant their

17   motion in accordance with the proposed order submitted herewith.

18        Respectfully submitted this 22nd day of July, 2011.

19                               Marco A. Gonzalez (SBN 190832)
                                 COAST LAW GROUP LLP
20                               1140 S. Coast Hwy 101
                                 Encinitas, California  92024
21                               Tel:  760-942-8505 Fax:  760-942-8515

22                               Scott B. McElroy (Pro Hac Vice)
                                 M. Catherine Condon (Pro Hac Vice)
23                               McELROY, MEYER, WALKER
                                   & CONDON, P.C.
24                               1007 Pearl Street, Suite 220
                                 Boulder, Colorado  80302
25                               Tel:  303-442-2021 Fax: 303-444-3490

26                                    */s/ Scott B. McElroy*
                                 By:_____
27                                    Scott B. McElroy
                                 *Attorneys for Plaintiff in Intervention,*
28                                 *the Cahuilla Band of Indians*

1

2    Curtis G. Berkey (SBN 195485)
3    ALEXANDER, BERKEY, WILLIAMS &
     WEATHERS LLP
4    2030 Addison Street, Suite 410
     Berkeley, California  94704
5    Tel: 510-548-7070

6                   /s/ Curtis G. Berkey
     By:_____
7              Curtis G. Berkey
     *Attorneys for Plaintiff in Intervention,*
8    *Ramona Band of Cahuilla*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP LLP
2   1140 S. Coast Hwy 101
    Encinitas, California 92024
3   marco@coastlawgroup.com
    Tel: 760-942-8505
4   Fax: 760-942-8515

5   Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
6   McELROY, MEYER, WALKER & CONDON, P.C.
    1007 Pearl Street, Suite 220
7   Boulder, Colorado 80302
    Tel: 303-442-2021
8   Fax: 303-444-3490
    smcelroy@mmwclaw.com
9   ccondon@mmwclaw.com

10  *Attorneys for Plaintiff in Intervention,*
    *the Cahuilla Band of Indians*
11
    Curtis G. Berkey (SBN 195485)
12  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
    2030 Addison Street, Suite 410
13  Berkeley, California 94704
    Tel: 510-548-7070
14  Fax: 510-548-7080
    cberkey@abwwlaw.com
15
    *Attorneys for Plaintiff in Intervention,*
16  *Ramona Band of Cahuilla*

17          **IN THE UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
18

19  UNITED STATES OF AMERICA,           )
                                        )    CASE NO. 51-cv-1247-RBB-GT
20          Plaintiff,                  )
                                        )
21  CAHUILLA BAND OF INDIANS,           )    Hearing Date: No hearing date set
      a federally recognized Indian tribe, )  Time:
22  RAMONA BAND OF CAHUILLA,            )    Courtroom:   8
                                        )
23          Plaintiffs in Intervention, )    Hon. Gordon Thompson, Jr.
                                        )
24          v.                          )
                                        )    **AFFIDAVIT RE: ATTEMPTED**
25  FALLBROOK PUBLIC UTILITY            )    **SERVICE UPON COUNTRY**
    DISTRICT, a public service corporation )  **EXPRESSIONS CORPORATION**
26  of the State of California, et al.,  )
                                        )
27          Defendants.                 )
                                        )
28

1        I, M. Catherine Condon, based upon personal knowledge acquired as an attorney of

2   record for the Cahuilla Band of Indians ("Tribe"), hereby affirm as follows:

3   1.     This affidavit is submitted pursuant to section 1702(a) of the California Corporations

4          Code and in support of the Tribe's *Joint Motion for Authorization to Serve Process Upon*

5          *the California Secretary of State for Certain Defendants.*

6   2.     By information and belief, Country Expressions Corporation ("Country Expressions") is

7          the record owner of certain real property in Riverside County, California (Assessor's

8          Parcel Number 575 150 003), that is subject to this litigation.

9   3.     As indicated by Exhibit A, Country Expressions is registered with the California

10         Secretary of State. At all times since the Tribe began requesting waivers and serving

11         process in this action, Country Expressions' corporate status was "suspended" and its

12         registered agent for service of process has been:

13              Mary Jo Heiden
14              21535 Palomar, Suite A
              Wildomar, CA 92595

15         Country Expressions' registered address is:

16              P.O. Box 390217
              Anza, CA 92539

17
18  4.     As indicated by Exhibit B, on September 23, 2009, my staff sent a *Notice of Lawsuit and*

19         *Request for Waiver of Service of Summons* by first-class mail to Country Expressions'

20         designated agent, Mary Jo Heiden, at her address listed in paragraph 3, *supra*, but the

21         mailing was returned to my office and marked by hand: "NOT AT THIS ADDRESS.

22         FORWARDING ADDRESS UNKNOWN. RETURN TO SENDER."

23  5.     As indicated by Exhibit C, on October 4, 2010, the Tribe's process server attempted to

24         personally serve Country Expressions' designated agent, Mary Jo Heiden, at her address

25         listed in paragraph 3, *supra*, but said service failed because neither the designated agent

26         nor Country Expressions are currently located at that location.

27  6.     Accordingly, my staff and I took extra measures to obtain information about Country

28         Expressions in order to facilitate service of process, which measures are described below.

7.  My staff conducted exhaustive internet searches for Country Expressions, which revealed little useful information.

8.  As indicated by Exhibit D, my staff obtained information concerning Country Expressions' contractors license with the California Department of Consumer Affairs' Contractors State License Board. Although the license expired on November 30, 2009, it named Fred Wayne Reed as the "Responsible Managing Officer."

9.  As indicated by Exhibit E, my staff conducted a search for Fred Reed on Westlaw's PeopleMap database, which revealed the address registered for Country Expressions in paragraph 3, *supra*.

10.  As indicated by Exhibit F, my staff conducted a property search on the Riverside County Assessor's Office website, which revealed that the property owner's recorded mailing address is:

P.O. Box 390697
Anza, CA 92539

11.  As indicated by Exhibit G, my staff conducted an internet search for Fred Reed, which revealed that he is associated with Anza Acres Realty at the same mailing address in paragraph 10, *supra*.

12.  The foregoing information reasonably caused me to believe that Fred Reed is an owner, president, chief executive officer, other head or officer, vice president, secretary or assistant secretary, treasurer or assistant treasurer, controller or chief financial officer, general manager, authorized agent of Country Expressions, or otherwise significantly associated with Country Expressions.

13.  As indicated by Exhibit H, on February 15, 2011, my staff attempted to serve Fred Reed by certified mail at Country Expressions' registered address listed in paragraph 3, *supra*, but said mail was returned and marked "unclaimed."

14.  As indicated by Exhibit I, on April 21, 2011, the Tribe attempted to serve Fred Reed by certified mail at the mailing address listed in paragraph 10, *supra*, but said mail was returned and marked "unclaimed."

15.    My staff and I exhausted our efforts and are unable to ascertain the current status or location of Country Expressions, its designated agent Mary Jo Heiden, its principal Fred Reed, or any other person associated with Country Expressions.  By information and belief, therefore, I determined that Country Expressions is no longer in business or has relocated without notifying the Secretary of State.

I declare under penalty of perjury that all of the foregoing statements are true and correct.

M. Catherine Condon

STATE OF COLORADO    )
                      ) ss.:
COUNTY OF BOULDER    )

SUBSCRIBED AND SWORN to before me this 20th day of July, 2011, by M. Catherine Condon.

Notary Public

My Commission expires: 5/3/2015

# Business Entity Detail

Data is updated weekly and is current as of Friday, April 15, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | COUNTRY EXPRESSIONS, CORP. |
| **Entity Number:** | C2562193 |
| **Date Filed:** | 09/26/2003 |
| **Status:** | SUSPENDED |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | PO BOX 390217 |
| **Entity City, State, Zip:** | ANZA CA 92539 |
| **Agent for Service of Process:** | MARY JO HEIDEN |
| **Agent Address:** | 21535 PALOMAR STE A |
| **Agent City, State, Zip:** | WILDOMAR CA 92595 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State



EXHIBIT

A

epartment of Justice

ton, D.C. 20530

iness
f Private Use $300

1007 PEARL STREET, SUITE 220   BOULDER, COLORADO 80302

A Professional Corporation

COUNTRY EXPRESS ~~~ INC
C/O MARY JO ~~~ N, REG. AGT
21~~~ ~~~OMAR, STE A
~~~LDOMAR CA 92595

NOT AT THIS ADDRESS
FORWARDING ADDRESS
RETURN TO SENDER
UNKNOWN





US OFFICIAL MAIL
$300 Penalty
For Private Use

US POSTAGE

$01.220

09/23/2009
Mailed From  20530
Hasler

0161H6601050

EXHIBIT

B

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220  BOULDER, CO 80302** | |
| TELEPHONE NO.: **(303) 442-2021**          FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **, CA** |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized** Indian Tribe | |
| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |

I received the within process on September 28, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:   **COUNTRY EXPRESSIONS, CORP.; AGENT FOR SERVICE **MARY JO HEIDEN****

As enumerated below:

   **10/04/2010 -- 10:55 am**        21535 PALOMAR, SUITE A<br>
                                   WILDOMAR, CA 92595<br>
        WORK - THE ADDRESS PROVIDED IS NO LONGER COUNTRY EXPRESSIONS AND THERE IS NO MARY JO HEIDEN AT THE ADDRESS PROVIDED; THE BUSINESS IS NOW EMARCD (Elsinore-Murrieta-Anza Resource Conservation District); DOCUMENTS ARE UNABLE TO BE SERVED AT THIS TIME.

   **10/11/2010 -- 03:03 pm**

        OTHER - PREVIOUS STATUS GIVEN TO CLIENT ON 10/6/2010 VIA EMAIL.

County:  **SAN BERNARDINO**<br>
Registration No.:  **1058**<br>
**EXCALIBUR ATTORNEY SERVICE**<br>
**231 E. ALESSANDRO BOULEVARD, STE #**<br>
**A368**<br>
**RIVERSIDE, CA 92508**<br>
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 15, 2010 at RIVERSIDE, California.

Signature: _____<br>
           **ROBERT SEE**

**NON SERVICE REPORT**

Order#: EAS17370/NonServe


EXHIBIT<br>
tabbies®<br>
C

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

### SUMMONS IN A CIVIL ACTION

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

COUNTRY EXPRESSIONS, CORP.
c/o Agent for Service, Mary Jo Heiden
21535 Palomar, Suite A
Wildomar, CA 92595

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____ * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

OCT 2 0 2009

DATE

C. EC(SEAL)

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

Department of Consumer Affairs

# Contractors State License Board

## Contractor's License Detail - License # 906731

⚠ DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.

» CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

» Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

» Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

» Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | |
|---|---|
| **License Number** | 906731     **Extract Date:** 4/20/2011 |
| **Business Information** | COUNTRY EXPRESSIONS CORP<br>58265 RAMSEY ROAD<br>ANZA, CA 92539 |
| **Entity:** | Business Phone Number:(951) 491-5454<br>Corporation |
| **Issue Date** | 11/19/2007 |
| **Expire Date** | **11/30/2009** |
| **License Status** | This license is expired and not able to contract at this time. |
| **Additional Status:** | Before the license can be renewed active or reactivated, the corporation's status at the Secretary of State's Office must be returned to active.<br><br>The license will need a contractors bond to renew active or reactivate. |

**Classifications:**

| CLASS | DESCRIPTION |
|---|---|
| C-7 | LOW VOLTAGE SYSTEMS |

**CONTRACTOR'S BOND**

This license filed Contractor's Bond number SC6360329 in the amount of **$12,500** with the bonding company
AMERICAN CONTRACTORS INDEMNITY COMPANY.

**Effective Date:** 03/02/2009

**Cancellation Date:** 10/31/2009

**Bonding:**   Contractor's Bonding History

**BOND OF QUALIFYING INDIVIDUAL**

1.   The Responsible Managing Officer (RMO) REED FRED WAYNE certified that he/she owns 10 percent or more of the voting stock/equity of the corporation. A bond of qualifying individual is **not** required.

Effective Date: 11/19/2007



BQI's Bonding History

**Workers' Compensation:**

This license is exempt from having workers compensation insurance; they certified that they have no employees at this time.

**Effective Date:** 10/15/2007

**Expire Date:** None

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

http://web2.westlaw.com/print/printstream.aspx?prft=HTML&rs...

Westlaw Delivery Summary Report for VITALE,DARYL

| | |
|---|---|
| Your Search: | NA(FRED & REED) & ST(CA) % ST(KS) & PRD(VTR) |
| Date/Time of Request: | Wednesday, December 15, 2010 11:35 Central |
| Client Identifier: | CAHU-2 |
| Database: | PEOPLE-ALL |
| Lines: | 30 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

MULTI-SOURCE EXECUTIVE AFFILIATION FINDER RECORD

| | |
|---|---|
| **Information Current Through:** | 12-11-2010 |
| **Database Last Updated:** | 12-13-2010 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 12/15/2010 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

## EXECUTIVE INFORMATION

| | |
|---|---|
| **Principal Name:** | FRED W REED |
| **Principal Address:** | PO BOX 390217 |
| | ANZA, CA 92539 |
| **Registered Agent:** | MARY JO HEIDEN |
| **Registered Agent Address:** | 21535 PALOMAR STE A |
| | WILDOMAR, CA 92595 |

## BUSINESS INFORMATION

| | |
|---|---|
| **Business Name:** | COUNTRY EXPRESSIONS, CORP. |
| **Business Address:** | PO BOX 390217 |
| | ANZA, CA 92539 |

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

12/15/2010 10:35 AM

EXHIBIT

E

Property Information Center                                    http://pic.asrclkrec.com/Search.aspx



**Assessor-County Clerk-Recorder**

Property Information for the 2010-2011 tax year as of January 1, 2010

## Property Information

| | |
|---|---|
| Parcel Number: | 575150003-8 |
| Property Address: | 58579 BURNT VALLEY RD |
| | ANZA CA 92539 |
| Legal Description: | N/A |
| Property Type: | N/A |
| Assessment Description: | 1976 CELTIC |
| Year Built | 1978 |
| Square Feet: | 700 |
| Bedroom: | 2 |
| Bath: | 2.0 |
| Pool: | N |
| Lot Size: | N/A |

## Ownership Information

| | |
|---|---|
| Mail Address: | P O BOX 390697 |
| City, State Zip: | ANZA CA 92539 |

## Sales Information

| | |
|---|---|
| Last Recorded Document: | 04/2007 |
| Recording Number: | 0276152 |

## Related Property Information

| | |
|---|---|
| City Sphere: | N/A |
| Supervisorial District: | JEFF STONE |
| Landuse Designation: | EDR-RC |
| Agriculture Preserve: | NOT IN AN AGRICULTURE PRESERVE |
| School District: | HEMET UNIFIED |
| Water District: | OPEN AREA |
| Fema Flood Plan: | FLOOD ZONE C |

## Assessed Value Information

| | |
|---|---|
| Land | 40,000 |
| Structure | 20,000 |
| Full Value | 60,000 |
| Total Net | 60,000 |

## Assessment Information

| | |
|---|---|
| Assessment Number: | 575150003-8 |
| Tax Rate Area: | 071-064 |
| Taxability Code: | 0-00 |
| Base Year: | 2008 |

## Parcel Map

View Parcel Map |

| | |
|---|---|
| Tax Assessment District | COUNTY FREE LIBRARY |
| | COUNTY STRUCTURE FIRE PROTECTION |
| | COUNTY WASTE RESOURCE MGMT DIST |
| | CSA 152 |
| | CSA 153 |
| | ELS MURRIETA ANZA RESOURCE CONS |
| | FLOOD CONTROL ADMINISTRATION |
| | FLOOD CONTROL ZONE 7 |
| | GENERAL |
| | GENERAL PURPOSE |
| | HEMET UNIFIED SCHOOL |
| | MT SAN JACINTO JUNIOR COLLEGE |
| | RIV CO REG PARK & OPEN SPACE |
| | RIV. CO. OFFICE OF EDUCATION |
| | VALLEY HEALTH SYSTEM HOSP DIST |

For more information please visit the following links

EXHIBIT

F

Fred W Reed with Anza Acres Realty in Anza, Riverside County, CA          http://www.agentscoreboard.com/agent/74665_Fred_W_Reed_Anza_...

 Search

**SEARCH**

Advanced Search

My Favorites | Recently Viewed Agents | Login | Sign up

Fred W Reed with Anza Acres Realty in Anza, CA

Friday, July 01, 2011

# Fred W Reed

NO RATING
(0) Points
(0) Reviews

*Leave Feedback*

**Credit Score Evaluator**

*Do you know what
your credit score is?* **680**

Anza Acres Realty
PO Box 390697
Anza, CA 92539-0697
(O): 951-763-4318

*Contact Agent* Email Address
Unconfirmed

*Visit My Website* |

*Claim this profile*

Add To Favorites |          Email To A
Friend

Experian·

*Incorrect Information?*

General    Reviews (0)    Peer Reviews (0)    Comments (0)

**License:**              **Designation:**
**License Type:** *Agent*   *N/A*
**Years Licensed:**        **Membership:**
**Areas Served:**          *N/A*
                           **Area Specializing In:**
                           *N/A*

About Us | Blog | Privacy | Terms | Feedback | Site Map | Advertise

©2007 - 2011 AGENTSCOREBOARD.COM - All rights reserved.

7/1/2011 12:30 PM



**EXHIBIT**

1007 Pearl St., Suite 220
Boulder, Colorado 80302



PS Form 3811, July 1999                    Domestic Return Receipt                    102595-00-M-0952

2. Article Numb

**7008 1140 0003 3670 5742**

4. Restricted Delivery? (Extra Fee)    ☐ Yes

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

1. Article Addressed to:

FRED REED
PO BOX 390217
ANZA, CA 92539 ·

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

☐ Agent
☐ Addressee

C. Signature
X

A. Received by (Please Print Clearly)    B. Date of Delivery

SENDER: COMPLETE THIS SECTION    COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.



FRED REED
PO BOX 390217
ANZA, CA 92539





UNITED STATES POSTAL
$ 005.980
02 1P
0004423485  FEB 15 2011
MAILED FROM ZIP CODE 80302

**EXHIBIT**

H

1007 Pearl St, Suite 220
Boulder, Colorado 80302

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COUNTRY EXPRESSIONS, INC.
FRED REED OR DESIGNATED AGENT
PO BOX 390697
ANZA, CA  92539

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article
(Transfer...    7009 3410 0002 2348 7309

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7009 3410 0002 2348 7309





02 1P    $ 006.630
0004423485    APR 21  2011
MAILED FROM ZIP CODE 80302

**EXHIBIT**

I

1  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP LLP
2  1140 S. Coast Hwy 101
   Encinitas, California  92024
3  marco@coastlawgroup.com
   Tel:  760-942-8505
4  Fax:  760-942-8515

5  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
6  McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220
7  Boulder, Colorado  80302
   Tel:  303-442-2021
8  Fax: 303-444-3490
   smcelroy@mmwclaw.com
9  ccondon@mmwclaw.com

10 *Attorneys for Plaintiff in Intervention,*
   *the Cahuilla Band of Indians*
11
   Curtis G. Berkey (SBN 195485)
12 ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410
13 Berkeley, California 94704
   Tel: 510-548-7070
14 Fax: 510-548-7080
   cberkey@abwwlaw.com
15
   *Attorneys for Plaintiff in Intervention,*
16 *Ramona Band of Cahuilla*

17          **IN THE UNITED STATES DISTRICT COURT**
            **SOUTHERN DISTRICT OF CALIFORNIA**
18

19 UNITED STATES OF AMERICA,          )     CASE NO. 51-cv-1247-RBB-GT
                                      )
20        Plaintiff,                  )
                                      )
21 CAHUILLA BAND OF INDIANS,          )     Hearing Date: No hearing date set
    a federally recognized Indian tribe, )   Time:
22 RAMONA BAND OF CAHUILLA,           )     Courtroom:    8
                                      )
23        Plaintiffs in Intervention, )     Hon. Gordon Thompson, Jr.
                                      )
24        v.                          )     **AFFIDAVIT RE: ATTEMPTED**
                                      )     **SERVICE UPON DG PROPERTIES,**
25 FALLBROOK PUBLIC UTILITY           )     **L.P. AND GRECO FARMS, L.L.C.**
   DISTRICT, a public service corporation )
26 of the State of California, et al.,  )
                                      )
27        Defendants.                 )
                                      )
28

Affidavit re Service (DG Properties & Greco Farms)   Page 1          Case No. 51-cv-1247

1        I, M. Catherine Condon, based upon personal knowledge acquired as an attorney of

2    record for the Cahuilla Band of Indians ("Tribe"), hereby affirm as follows:

3    1.    This affidavit is submitted pursuant to sections 15901.16(c)(1) and 17061(c)(1) of the

4        California Corporations Code and in support of the Tribe's *Joint Motion for*

5        *Authorization to Serve Process Upon the California Secretary of State for Certain*

6        *Defendants.*

7    2.    By information and belief, DG Properties, L.P. ("DG Properties") is the record owner of

8        certain real property in Riverside County, California (Assessor's Parcel Numbers 576

9        310 013, 584 300 002, and 584 100 008), that is subject to this litigation. The Riverside

10       County Assessor's Office indicates that the property owner is located at the following

11       address:

12       10461 Guincho Place
    San Diego, CA 92124-1203

13

14   3.    By information and belief, Greco Farms, L.L.C. ("Greco") is also the record owner of

15       certain real property in Riverside County, California (Assessor's Parcel Number 573 240

16       040), that is subject to this litigation. The Riverside County Assessor's Office indicates

17       that the property owner is located at the same address listed in paragraph 2, *supra*.

18   4.    Accordingly, my staff sent a *Notice of Lawsuit and Request for Waiver of Service of*

19       *Summons* by first-class mail to the address listed in paragraph 2, *supra*, but no waiver

20       was obtained and no mail was ever returned to my office as undeliverable or unclaimed.

21   5.    As indicated by Exhibits A and B, both DG Properties and Greco are registered with the

22       California Secretary of State. At all times since my office began requesting waivers and

23       serving process in this action, the status for both DG Properties and Greco has been

24       "active" and both shared the same designated agent for service of process: John Georges.

25   6.    As indicated by Exhibit C, on July 20, 2010, the Tribe's process server attempted to

26       personally serve the designated agent for DG Properties and Greco, John Georges, at the

27       address registered with the California Secretary of State, but said service failed because

28       the designated agent is not currently located at that location. The current resident, an

1    elderly lady, stated she had lived at that address for about one year and did not know of

2    John Georges or know of his whereabouts.  She indicated that she occasionally receives

3    mail for Greco, but she returns it to the sender whenever this occurs.

4  7.    Accordingly, my staff and I took extra measures to obtain information about the

5    designated agent for both DG Properties and Greco in order to facilitate service of

6    process, which measures are described below.

7  8.    My staff conducted exhaustive internet searches for DG Properties and Greco, but such

8    searches yielded no relevant results.

9  9.    As indicated by Exhibit D, my staff conducted a search for John Georges on Westlaw's

10    PeopleMap database, which indicated that a person by that name who formerly resided at

11    the address registered with the California Secretary of State thereafter resided at the

12    address listed in paragraph 2, *supra*.

13  10.    As indicated by Exhibits E and F, my staff conducted a search on Westlaw's Real

14    Property Tax Assessor Record database, which revealed that the property owner's

15    recorded mailing address for both properties is the same as the address listed in paragraph

16    2, *supra*.

17  11.    The foregoing information reasonably caused me to believe that the designated agent for

18    both DG Properties and Greco, John Georges, is currently located at the address listed in

19    paragraph 2, *supra*.

20  12.    As indicated by Exhibit G, on December 3, 2010, the Tribe's process server attempted to

21    personally serve John Georges at the address listed in paragraph 2, *supra*, but said service

22    failed.  The current resident, who indicated his name was John Gregory, stated that he

23    had lived there for many years and did not know John Georges or know of his

24    whereabouts.

25  13.    As indicated by Exhibit H, my staff conducted a search for John Georges on Westlaw's

26    Professional License Record database, which indicated that John Georges was issued a

27    Real Estate Salesperson license on April 13, 2008. On August 11, 2010, John Georges

28

changed his licensed address from the home address listed in paragraph 2, *supra*, to the following business address:

2700 N. Main Street, Suite 1200
Santa Ana, CA 92705

14.    As indicated by Exhibit I, on May 19, 2011, the Tribe's process server attempted to personally serve John Georges at the address listed in paragraph 13, *supra*, but said service failed because this location now belongs to Clearvision Funding. Clearvision Funding occupies the entire floor and a representative indicated the company has been at this address for approximately nine months.

15.    My staff and I have exhausted our efforts and are unable to ascertain the current status or location of DG Properties or Greco, the designated agent, or any other person associated with DG Properties or Greco. By information and belief, therefore, I determined that neither DG Properties nor Greco are currently in business and/or the designated agent has relocated without notifying the California Secretary of State.

I declare under penalty of perjury that all of the foregoing statements are true and correct.

M. Catherine Condon

STATE OF COLORADO    )
                     ) ss.:
COUNTY OF BOULDER    )

SUBSCRIBED AND SWORN to before me this 20th day of July , 2011, by M. Catherine Condon.

Kathryn A. Gibson
Notary Public

My Commission expires: 5/3/2015

Affidavit re Service (DG Properties & Greco Farms)   Page 4                Case No. 51-cv-1247

## Business Entity Detail

Data is updated weekly and is current as of Friday, June 24, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | DG PROPERTIES, L.P. |
| Entity Number: | 200316800014 |
| Date Filed: | 06/17/2003 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 40237 TUOLOMNE CT. |
| Entity City, State, Zip: | TEMECULA CA 92591 |
| Agent for Service of Process: | JOHN GEORGES |
| Agent Address: | 40237 TUOLOMNE CT. |
| Agent City, State, Zip: | TEMECULA CA 92591 |

* Indicates the information is not contained in the California Secretary of State's database.

* Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State

EXHIBIT

A

http://kepler.sos.ca.gov/cbs.aspx

# Business Entity Detail

Data is updated weekly and is current as of Friday, February 18, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | GRECO FARMS, LLC |
| **Entity Number:** | 200405010069 |
| **Date Filed:** | 02/19/2004 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 237 TOULOMNE COURT |
| **Entity City, State, Zip:** | TEMECULA CA 92591 |
| **Agent for Service of Process:** | JOHN GEORGES |
| **Agent Address:** | 40247 TOULOMNE COURT |
| **Agent City, State, Zip:** | TEMECULA CA 92591 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2011   California Secretary of State



EXHIBIT

B

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

GRECO FARMS, LLC
SERVE: JOHN GEORGES
REGISTERED AGENT
40247 TOULOMNE COURT
TEMECULA CA 92591

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within _____\* days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 2 0 2009

W. Samuel Hamrick, Jr.

CLERK

C. EGU(SEAL)

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

\* Within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174).


EXHIBIT
C

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE  07/20/10 |
| NAME OF SERVER   Louis Picarone | TITLE  Riverside County #841 |

| Check one box below to indicate appropriate method of service |
|---|

|   | Served personally upon the defendant.  Place where served: _____ |
|---|---|
|   | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
|   | Name of person with whom the summons and complaint were left: _____ |
| ✗ | Return unexecuted:  s/w elderly lady, said she lives there alone for about 1 year and does not know Mr. Georges or Greco Farms but receives their mail periodically and returns it to sender. Did not want to give her name. |
|   | Other (specify): |

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  $55.00 | | SERVICES | TOTAL $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:        07/20/10

Date

Signature of Server
79-405 Highway 111, #9-354, La Quinta, CA 92253

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



Westlaw.

QUERY - (NA(JOHN & GEORGES) &            DATABASE(S) - PM-EXP-MB
CY(TEMECULA) & ST(CA) & PRD("PERSON
TRACKER RECORDS" "UTILITY RECORDS")
) (FNA(JOHN) & LNA(GEORGES) &
CY(TEMECULA) ...

| Rank | Name | Address | City | ST | SSN | YOB | Death RPT |
|------|------|---------|------|-----|-----|-----|-----------|
| 1. | GEORGES, JOHN H AKA's: GEORGES, JOHN EORGES, JOHN H GEORGES, JOHN A | **Current Address:** 10461 GUINCHO PL, SAN DIEGO, CA 92124-1203 **Previous Addresses:** • 40237 TUOLOMNE CT, TEMECULA, CA 92591-1622 • 40335 WINCHES-TER RD STE 296, TEMECULA, CA 92591-5518 | SAN DIEGO | CA | 557-06-XXXX | 1958 | |



EXHIBIT
tabbies

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

APN:576-310-013

### Real Property Tax Assessor Record

#### Source Information

| | |
|---|---|
| Tax Roll Certification Date: | 06/30/2010 |
| Owner Information Current Through: | 05/17/2011 |
| County Last Updated: | 06/24/2011 |
| Current Date: | 06/27/2011 |
| Source: | TAX ASSESSOR RIVERSIDE, CALIFORNIA |

#### Owner Information

| | |
|---|---|
| Owner(s): | DG PROP |
| Corporate Owner: | CORPORATE OWNER |
| Ownership Rights: | LIMITED PARTNERSHIP |
| Mailing Address: | 10461 GUINCHO PL<br>SAN DIEGO, CA 92124-1203 |

#### Property Information

| | |
|---|---|
| County: | RIVERSIDE |
| Assessor's Parcel Number: | 576-310-013 |
| Property Type: | VACANT |
| Land Use: | VACANT LAND (NEC) |
| Zoning: | R-R-2 1/2 |
| Lot Size: | 89733 |
| Lot Acreage: | 2.0600 |
| Legal Description: | 2.06 ACRES M/L IN PAR 1 RS 051/023 |
| Lot Number: | 1 |

#### Tax Assessment Information

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.


EXHIBIT
E

APN:576-310-013                                                    Page 2

| | |
|---|---|
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $24,781.00 |
| **Calculated Total Value:** | $24,781.00 |
| **Assessed Land Value:** | $24,781.00 |
| **Assessed Total Value:** | $24,781.00 |
| **Valuation Method:** | ASSESSED |
| **Tax Amount:** | $271.94 |
| **Tax Code Area:** | 71064 |

### Building/Improvement Characteristics

| | |
|---|---|
| **Total Area:** | 89733 |
| **Electricity:** | AVAILABLE |
| **Water:** | TYPE UNKNOWN |
| **Sewer:** | NONE |

### Last Full Market Sale Information

| | |
|---|---|
| **Sale Date:** | 08/21/2003 |
| **Seller Name:** | DEMENT BLANCHE |
| **Sale Price:** | $22,500.00 |
| **Consideration:** | FULL |
| **Deed Type:** | GRANT DEED |
| **Type of Sale:** | SELLER CARRYBACK |
| **Mortgage Amount:** | $16,875.00 |
| **Mortgage Loan Type:** | PRIVATE PARTY LENDER |
| **Mortgage Deed Type:** | DEED OF TRUST |
| **Lender Name:** | DEMENT BLANCHE |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw Delivery Summary Report for VITALE,DARYL

| | |
|---|---|
| Your Search: | parcel-number(573240040) & state(ca) |
| Date/Time of Request: | Thursday, April 21, 2011 12:54 Central |
| Client Identifier: | CAHU-2 |
| Database: | RP-ALL |
| Citation Text: | APN: 573-240-040 |
| Lines: | 98 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

APN:573-240-040

### Real Property Tax Assessor Record

#### Source Information

| | |
|---|---|
| **Tax Roll Certification Date:** | 06/30/2010 |
| **Owner Information Current Through:** | 02/15/2011 |
| **County Last Updated:** | 04/05/2011 |
| **Current Date:** | 04/21/2011 |
| **Source:** | TAX ASSESSOR RIVERSIDE, CALIFORNIA |

#### Owner Information

| | |
|---|---|
| **Owner(s):** | GRECO FARMS |
| **Corporate Owner:** | CORPORATE OWNER |
| **Ownership Rights:** | CORPORATION |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Property Address:** | 38835 BAILIFF RD |
| | ANZA, CA 92539 |
| **Mailing Address:** | 10461 GUINCHO PL |
| | SAN DIEGO, CA 92124-1203 |

#### Property Information



EXHIBIT
F

4/21/2011 11:54 AN

| | |
|---|---|
| **County:** | RIVERSIDE |
| **Assessor's Parcel Number:** | 573-240-040 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Land Use:** | MOBILE HOME PP |
| **Zoning:** | M-SC |
| **Lot Size:** | 33105 |
| **Lot Acreage:** | 0.7600 |
| **Legal Description:** | .76 ACRES M/L IN PAR 3 PM 011/027 PM 5139 |
| **Lot Number:** | 3 |

### Tax Assessment Information

| | |
|---|---|
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $32,000.00 |
| **Calculated Improvement Value:** | $35,000.00 |
| **Calculated Total Value:** | $67,000.00 |
| **Assessed Land Value:** | $32,000.00 |
| **Assessed Improvement Value:** | $35,000.00 |
| **Assessed Total Value:** | $67,000.00 |
| **Valuation Method:** | ASSESSED |
| **Tax Amount:** | $1,045.94 |
| **Tax Code Area:** | 71064 |

### Building/Improvement Characteristics

| | |
|---|---|
| **Number of Buildings:** | 1 |
| **Year Built:** | 1986 |
| **Total Area:** | 33105 |
| **Living Square Feet:** | 1008 |
| **Number of Bedrooms:** | 2 |
| **Number of Bathrooms:** | 2.00 |
| **Full Baths:** | 2 |
| **Garage Type:** | CARPORT |
| **Number of Stories:** | 1.00 |
| **Number of Units:** | 1 |
| **Electricity:** | AVAILABLE |
| **Heat:** | CENTRAL |
| **Water:** | TYPE UNKNOWN |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>**SCOTT MCELROY, PRO HAC VICE**<br>**MCELROY, MEYER, WALKER & CONDON, P.C.**<br>**1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(303) 442-2021**                      FAX NO.:<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **PLAINTIFF IN INTERVENTION** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA** | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: **, CA** | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: **UNITED STATES OF AMERICA** | |
|---|---|
| DEFENDANT/RESPONDENT: **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe** | |

| **NON SERVICE REPORT** | CASE NUMBER:<br>**51-cv-1247-GT-RBB** |
|---|---|

I received the within process on November 15, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:  **DG PROP**

As enumerated below:

**12/03/2010 -- 07:47 pm**                              10461 GUINCHO PLACE
                                                        SAN DIEGO, CA 92124
HOME - PER JOHN GREGORY; CURRENT RESIDENT; HE HAS LIVED TO THIS ADDRESS FOR "MANY"
YEARS AND DOES NOT KNOW OF THE SERVEE.

County:  **SAN DIEGO**
Registration No.:  **1460**
**EXCALIBUR ATTORNEY SERVICE**
**1007 B. WEST COLLEGE AVENUE, SUITE**
**# 486**
**SANTA ROSA, CA 95401**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **11, 2011** at **SANTA ROSA**, California.

Signature: _____
            **JAIME TORRES**

EXHIBIT 5

Westlaw.

**Professional License Record**

### Source Information

| | |
|---|---|
| **Agency Information Current Through:** | 03/07/2011 |
| **Database Last Updated:** | 04/20/2011 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 05/02/2011 |
| **Source:** | CA DEPT. OF REAL ESTATE |

### Name & Professional Information

| | |
|---|---|
| **Name:** | JOHN H GEORGES |
| **Address:** | 2700 N MAIN STREET<br>SUITE 1200<br>SANTA ANA, CA 92705 |
| **County:** | ORANGE |

### Historical Information

| | |
|---|---|
| **Date Of Change:** | 08/11/2010 |
| **Previous Address:** | 10461 GUINCHO PL<br>SAN DIEGO, CA 92124-1203 |

### Licensing Information

| | |
|---|---|
| **Licensing Agency:** | CA DEPARTMENT OF REAL ESTATE |
| **License/Certification Type:** | REAL ESTATE SALESPERSON |
| **License Number:** | 01133875 |
| **License Number:** | 01844710 |
| **Issue Date:** | 04/13/2008 |
| **Expire Date:** | 04/12/2012 |
| **License Status:** | LICENSED |
| **License State:** | CA |

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.



EXHIBIT
tabbies
H

| | |
|---|---|
| **License Restriction:** | NO |

**Real Estate Professional Information**

| | |
|---|---|
| **Multi License:** | FIRST RECORD FOR THIS LICENSEE |
| **Record Type:** | VALID ADDRESS |
| **Ethics & Agency Indicator:** | NO |

END OF DOCUMENT

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA
Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GRECO FARMS as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 12:10pm | Business | THIS ADDRESS BELONGS TO CLEARVISION FUNDING AND THEY HAVE THE ENTIRE FLOOR AND THEY'VE BEEN HERE FOR 9 MONTHS. THE DEFENDANT DOESN'T WORK HERE Attempt made by: Surya Von Rosen. Attempt at: 2700 N MAIN ST SUITE 1200 Santa Ana CA 92705. |
| Thu | 05/19/11 | 12:10pm | Business | Returned Not Served on: GRECO FARMS Business - 2700 N MAIN ST SUITE 1200 Santa Ana, CA 92705 |

3. Person Executing
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $30.00
e. I am: (3) registered California process server
   (i)    Owner
   (ii)   Registration No.:      1505
   (iii)  County:                Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, May. 25, 2011

NON SERVICE/RETURN                                    (Surya Von Rosen)

**EXHIBIT**

I

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | | |
| Attorney for: **Plaintiff** | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA**

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DG PROPERTIES, LP as follows:

2. Documents:   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 05/19/11 | 12:10pm | Business | THIS ADDRESS BELONGS TO CLEARVISION FUNDING AND THEY HAVE THE ENTIRE FLOOR AND THEY'VE BEEN HERE FOR 9 MONTHS. THE DEFENDANT DOESN'T WORK HERE Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 2700 N MAIN ST SUITE 1200 Santa Ana CA 92705. |
| Tue | 05/24/11 | 12:00pm | Business | Returned Not Served on:  DG PROPERTIES, LP Business - 2700 N MAIN ST SUITE 1200 Santa Ana, CA 92705 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was: $60.00
e. I am:   (3) registered California process server
   (i)   Owner
   (ii)  *Registration No.:*      1505
   (iii) *County:*                Orange

4. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**
   Date: Wed, May. 25, 2011

**NON SERVICE/RETURN**                    (Surya Von Rosen)

swenson.mcelroy.13453