**FILED**

JUL 29 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>  a federally recognized Indian tribe,<br>RAMONA BAND OF CAHUILLA,<br><br>  Plaintiffs in Intervention,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>  Defendants. | CASE NO. 51-cv-1247-RBB-GT<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr.<br><br><br>**ORDER** |

Upon consideration of the Ramona Band of Cahuilla's and the Cahuilla Band of Indians' *Joint Motion for Authorization to Serve Process Upon the California Secretary of State for Certain Defendants*,

**IT IS ORDERED,** that the Joint Motion is **GRANTED**;

**IT IS FURTHER ORDERED,** the Tribes shall deliver to the California Secretary of State one copy of the process intended for each Defendant subject to this Joint Motion, together with a copy of this Order;

1  **IT IS FURTHER ORDERED,** that service on Defendants Country Expressions
2  Corporation; DG Properties, L.P; and Greco Farms, L.L.C. shall be deemed complete on the 10th
3  day after delivery of the process to the California Secretary of State;
4  **IT IS FURTHER ORDERED,** the Tribes shall file Proofs of Service for these
5  Defendants with the Clerk of the Court as soon as practicable following delivery of process to the
6  California Secretary of State
7  **IT IS SO ORDERED.**

10  Date: *July 28, 2011*

   */s/ Gordon Thompson Jr.*
   GORDON THOMPSON, JR.
   United States District Judge