```
                                    FILED
                                  JUL 29 2011
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GT-RBB |
| Plaintiff, | |
| CAHUILLA BAND OF INDIANS, a Federally-Recognized Indian Tribe, RAMONA BAND OF CAHUILLA, a Federally-Recognized Indian Tribe, et al., | **ORDER GRANTING JOINT MOTION TO AUTHORIZE SERVICE OF PROCESS BY PUBLICATION** |
| Plaintiffs in Intervention, | Hearing Date:<br>Time:<br>Courtroom: 8 |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | Hon. Gordon Thompson, Jr. |
| Defendants. | |

Case No. 51-cv-1247-GT-RBB

1     Upon consideration of Plaintiff-Interveners the Cahuilla Band of Indians and Ramona Band of Cahuilla's *Joint Motion to Allow Service of Process on Certain Defendants by Publication*,

4     **IT IS ORDERED,** that the Joint Motion is **GRANTED;**

5     **IT IS FURTHER ORDERED,** that, as to the Defendants listed in Attachment 1 to the Affidavit of Daryl Ann Vitale Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them, the Plaintiff-Interveners shall publish the Summons of the Second Amended Complaint of the Cahuilla Band of Indians and the Summons of the Second Amended Complaint of the Ramona Band of Cahuilla in the following newspapers once a week for four consecutive weeks:

    Anza Valley Outlook (Anza, CA)
    Calaveras Enterprise (San Andreas, CA)
    High Country Journal (Anza and Aguanga, CA)
    Houston Chronicle (Houston, TX)
    La Jolla Village News (La Jolla, CA)
    La Pine Weekly News (La Pine, OR)
    Las Vegas Sun (Las Vegas, NV)
    Laughlin Nevada Times (Laughlin, NV)
    Long Beach Press Telegram (Long Beach, CA)
    Los Angeles Times (Los Angeles, CA)
    Malibu Times (Malibu, CA)
    Marietta Daily Journal (Marietta, GA)
    Midlothian Mirror (Waxahacie, TX)
    North County Times (San Diego and Riverside Counties, CA)
    Orange County Register (Orange County, CA)
    San Diego Union Tribune (San Diego, CA)
    The Acorn (Agoura Hills, CA)
    The Alpine Sun (San Diego, CA)

| | |
|---|---|
| 1 | The Coast News (Encinitas, CA) |
| 2 | The Daily Breeze (Torrance, CA) |
| 3 | The Desert Sun (Palm Springs, CA) |
| 4 | The Friday Flyer (Canyon Lake, CA) |
| 5 | The Press Enterprise (Riverside, CA) |
| 6 | The Spectrum (St. George, UT) |
| 7 | The Times News (Nephi, UT) |
| 8 | Yuma Sun (Yuma, AZ) |

**IT IS FURTHER ORDERED,** that for each published summons, the Tribes shall indicate the particular defendant or defendants whose last known address falls within the area where the newspaper is published;

**IT IS FURTHER ORDERED,** the Tribes shall file a Status Report 14 days following the date of the final week of publication confirming that service by this means has been completed.

**IT IS SO ORDERED.**

Date: July 28, 2011

GORDON THOMPSON, JR.
United States District Judge