MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES      Case No. 51cv1247 GT(RBB)

Time Spent: 20 mins.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE      Rptr.

### Plaintiffs

Patrick Barry (present)      Douglas Garcia (present)

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Chris Watson |
| M. Catherine Condon | Michael Hughes (present) |
| James Markman (present) | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica (present) |

PROCEEDINGS: _____ In Chambers    _____ In Court    __x__ Telephonic

A telephonic, attorneys-only settlement conference was held.

A telephonic, attorneys-only settlement conference is set for September 9, 2011, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: August 5, 2011      IT IS SO ORDERED: *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Thompson      INITIALS: VL (mg/irc) Deputy
     All Parties of Record