MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES			Case No. 51cv1247 GT(RBB)
								Time Spent: _____

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE					Rptr.

### Plaintiffs

Patrick Barry					Douglas Garcia

### Defendants

| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Chris Watson |
| M. Catherine Condon | Michael Hughes |
| James Markman | Matthew Duarte |
| Gordon Lanik | Ray Mistica |

PROCEEDINGS: _____ In Chambers     _____ In Court     _____ Telephonic

The telephonic, attorneys-only settlement conference on September 9, 2011, at 8:00 a.m. is vacated and reset for October 4, 2011, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: August 26, 2011        IT IS SO ORDERED: *Ruben Brooks*
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge

cc: Judge Thompson                             INITIALS: VL (mg/irc) Deputy
    All Parties of Record