1  Marco A. Gonzalez (CA SBN 190832)
   COAST LAW GROUP LLP
2  1140 S. Coast Hwy 101
   Encinitas, California 92024
3  Tel: 760-942-8505
   Fax: 760-942-8515
4  E-mail: marco@coastlawgroup.com

5  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
6  McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220
7  Boulder, Colorado 80302
   Tel: 303-442-2021
8  Fax: 303-444-3490
   E-mail: smcelroy@mmwclaw.com
9  E-mail: ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
10 *the Cahuilla Band of Indians*

11 Curtis G. Berkey (CA SBN 195485)
   ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
12 2030 Addison Street, Suite 410
   Berkeley, California 94704
13 Tel: 510-548-7070
   Fax: 510-548-7080
14 E-mail: cberkey@abwwlaw.com
   *Attorneys for Plaintiff in Intervention,*
15 *Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 51-cv-1247-GT-RBB |
| Plaintiff, | **JOINT MOTION TO AMEND ORDER GRANTING JOINT MOTION TO AUTHORIZE SERVICE OF PROCESS BY PUBLICATION** |
| CAHUILLA BAND OF INDIANS, a Federally-Recognized Indian Tribe, RAMONA BAND OF CAHUILLA, a Federally-Recognized Indian Tribe, et al., | |
| Plaintiffs in Intervention, | Hearing Date:<br>Time:<br>Courtroom: 8 |
| v. | Hon. Gordon Thompson, Jr. |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure and Local Civil Rule 4.1, Plaintiff-Intervenors the Cahuilla Band of Indians and the Ramona Band of Cahuilla hereby move for an order amending this Court's *Order Granting Joint Motion to Authorize Service of Process by Publication* (July 28, 2011) (Dkt. 5321) ("Order re Publication") to add certain Defendants to the list of Defendants for whom service may be completed by publication in local newspapers, and to remove six Defendants who have been served subsequent to the issuance of the Order re Publication. This Joint Motion is based on the accompanying *Memorandum of Points and Authorities in Support of Joint Motion to Amend Order Granting Joint Motion to Authorize Service by Publication,* the *Second Affidavit of Martha Morales Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them*, and accompanying attachments.

Date: September 2, 2011        Respectfully submitted,

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

  */s/ M. Catherine Condon*
By:_____
   Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
   1007 Pearl Street, Suite 220
   Boulder, Colorado
   Tel: 303/442-2021; Fax: 303/444-3490
   E-mail: smcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervener,
Cahuilla Band of Indians*

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By:/s/Curtis G. Berkey
 Curtis G. Berkey
 2030 Addison Street, Suite 410
 Berkeley, California 94704
 Tel: 510/548-7070; Fax: 510/548-7080
 E-mail: cberkey@abwwlaw.com

*Attorneys for Plaintiff-Intervener,
Ramona Band of Cahuilla*