Marco A. Gonzalez (CA SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505
Fax: 760-942-8515
E-mail: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021
Fax: 303-444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
*the Cahuilla Band of Indians*

Curtis G. Berkey (CA SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510-548-7070
Fax: 510-548-7080
E-mail: cberkey@abwwlaw.com
*Attorneys for Plaintiff in Intervention,*
*Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS, a Federally-Recognized Indian Tribe, RAMONA BAND OF CAHUILLA, a Federally-Recognized Indian Tribe, et al.,<br><br>　　Plaintiffs in Intervention,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>　　Defendants. | CIVIL NO. 51-cv-1247-GT-RBB<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO AMEND ORDER GRANTING JOINT MOTION TO AUTHORIZE SERVICE BY PUBLICATION**<br><br>Hearing Date:<br>Time:<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr. |

Civil No. 51-cv-1247-GT-RBB

**I. ADDITIONAL DEFENDANTS FOR PUBLICATION**

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure and Local Civil Rule 4.1, Plaintiff-Intervenors the Cahuilla Band of Indians and the Ramona Band of Cahuilla ("Tribes") move to amend this Court's *Order Granting Joint Motion to Authorize Service of Process by Publication* (July 28, 2011) ("Order re Publication") (Dkt. No. 5321) to add 14 Defendants to the list of Defendants for whom service by publication is authorized. *See* attached Exhibit 1 entitled "Additional Individuals to be Served by Publication." Within the State of California, the Defendants to be added are Damyan Brunson, Wilma Gillette, Eduardo Gomez, Gabriela Rivera, Albert Meichtry, Carla Mitchell, Glen Ratliff, Robert Rios, James Sheridan and Wells Fargo Realty Services, Inc. Outside the State of California, the Defendants to be added are Alison Belforti, Jose Bravo, George Hansen and Patricia Hansen. They were omitted from the Tribes' original motion because clarification of certain facts was necessary to confirm that publication is justified.

These Defendants should be added because they are similarly situated to three of the groups for whom this Court has already authorized service by publication. *See Memorandum of Points and Authorities in Support of Joint Motion for Authorization to Serve Process by Publication on Certain Defendants* at 6-8 (July 22, 2011) (Dkt. 5315-1).

The first group is comprised of four Defendants located out of state but whose whereabouts are unknown. Pursuant to the California Code of Civil Procedure section 415.40, the Tribes mailed copies of both summons, second amended complaints and instructions for service of documents by certified mail, return receipt requested to the last known address for these Defendants. *Second Affidavit of Martha Morales Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them* ¶ 7 (Sept. 1, 2011) ("Second Morales' Affidavit"), attached hereto as Exhibit 2. For each of these Defendants, the mail packages were returned either marked "unclaimed" or "unable to forward." *Id.* As a result, this method of service was not effective for these individuals, and service by publication is justified.

The second group is comprised of Defendants located within the state but whose whereabouts are unknown. With respect to Albert Meichtry, the Tribes relied on the records of

1  the Riverside County Assessor-County Clerk-Recorder's office which indicated he was residing
2  in Hawaii, but the certified mail package was returned marked "not deliverable as addressed."
3  Subsequently, the Tribes were able to obtain a post office box address in Encinitas, California
4  for Mr. Meichtry, but there has been no response to the certified mail package sent to that
5  address. *Id.* ¶ 5-6. As a result, service by publication is the only remaining method by which to
6  notify this defendant.

7      The third group includes Defendants for whom correct addresses could be obtained, but,
8  for various reasons, the process server was unable to personally deliver the summonses and
9  complaints to the owner at that address. The Tribes' process server attempted to serve these
10 individuals between three and eight times. Second Morales' Affidavit ¶ 4. Because personal
11 service could not be completed, the Tribes undertook diligent efforts to serve these Defendants
12 by other means under California law.

13     Pursuant to the California Code of Civil Procedure section 415.30, the Tribes mailed by
14 certified mail copies of the Tribes' summonses and second amended complaints, along with a
15 request and form to acknowledge receipt. Execution of the acknowledgment form would
16 complete service. Four of these Defendants or their spouses signed return receipt cards, but none
17 signed and returned the acknowledgment form. *Id.* ¶ 6. Thus, service was not effective for these
18 individuals.

19 **II.  NEWSPAPERS FOR PUBLICATION**

20     It is necessary to add five newspapers to the list previously approved. Publication in the
21 *Florida Times Union* is necessary to give notice to Alison Belforti, who has an address in
22 Jacksonville, Florida. Publication in the *Arizona Republic* is necessary to give notice to Jose
23 Bravo, who has an address in Maricopa, Arizona. Publication in the *Woodland Daily Democrat*
24 is necessary to give notice to Wilma Gillette, whose address is in Woodland, California.
25 Publication in the *Chattanooga Times-Free Press* is necessary to give notice to George and
26 Patricia Hansen, whose address is in Harrison, Tennessee. Publication in the *Pasadena Star-*
27 *News* is necessary to give notice to Wells Fargo Realty Services, Inc. Otherwise, the newspapers
28 approved by this Court's previous order will reach these Defendants.

### III. DEFENDANTS FOR WHOM PUBLICATION IS NO LONGER NECESSARY

Following the issuance of this Court's publication order, six Defendants on the publication list returned to the Tribes executed acknowledgment forms evidencing receipt of the Tribes' summons and complaints. These Defendants are Liza Rosada, Tina Lykos, Jette Ortegel, Progressive Holdings, James Garner and June Garner. Accordingly, under California law, these Defendants have been served and publication is not necessary. As a result, the newspaper entitled the *Calaveras Enterprise* may be removed from the list of newspapers for publication.

### IV. CONCLUSION

The Defendants to be added to the publication list present precisely the same circumstances as those Defendants for whom this Court has already authorized publication in its Order re Publication. Publication provides likely assurance that these Defendants will be notified of the Tribes' claims. The motion should be granted.

Date:   September 2, 2011        Respectfully submitted,

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California 92024
Tel: 760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

            */s/ M. Catherine Condon*
By: _____
Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
1007 Pearl Street, Suite 220
Boulder, Colorado
Tel: 303/442-2021; Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervener,
    Cahuilla Band of Indians*

ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP


By:/s/Curtis G. Berkey
    Curtis G. Berkey
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com

*Attorneys for Plaintiff-Intervener,
    Ramona Band of Cahuilla*