# ADDITIONAL INDIVIDUALS TO BE SERVED BY PUBLICATION

## Table of Contents

Page

B.    Problem - Unable to Locate Out of State Address          2
C.    Problem - Unable to Locate In State                      3
D.    Problem - Several Attempts Made - Never Home             4

Exhibit 1                          Case No. 51-cv-1247                          Page 1

| DEFENDANT | B.  PROBLEM – UNABLE TO LOCATE OUT OF STATE ADDRESS | DUE DILIGENCE STEPS TAKEN |
|---|---|---|
| B.9 **Belforti, Alison** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a Jacksonville, Florida address. | Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned marked not deliverable as addressed. |
| B.10 **Bravo, Jose** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a Maricopa, Arizona address. | Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested.  The mail package was returned marked unclaimed. |
| B.11 **Hansen, George and Patricia** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a Harrison, Tennessee address. | Pursuant to California rules regarding service on out of state residents, the Tribes sent copies of the Summons, Second Amended Complaints, and Instructions for Service of Documents by certified mail, return receipt requested.  The mail packages were returned marked unable to forward. |

Exhibit 1                                   Case No. 51-cv-1247                                   Page 2

| DEFENDANT | C.  PROBLEM - UNABLE TO LOCATE - IN STATE | DILIGENCE STEPS TAKEN |
|---|---|---|
| C.47<br>**Meichtry, Albert** | The address provided by the Riverside County Assessor-County Clerk-Recorder's office was a Waialua, Hawaii address.  Pursuant to the California rules for service on out of state residents, the Tribes sent him a copy of the Summons, Second Amended Complaints and Instructions for Service of Documents by certified mail, returned receipt requested.  The mail package was returned marked not deliverable as addressed. | The Tribes submitted to the U.S. Postal Service a Request for Change of Address or Boxholder Information Needed for Service of Legal Process.  The Post Office provided a new address:  P.O. Box 235823, Encinitas, CA.  The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to the post office box address. |
| C.48<br>**Wells Fargo Realty Services, Inc.** | The Tribes sent a request for waiver of service to C T Corporation System whom they believed to be the agent for service of process.  The packet was returned with a letter indicating that C T Corporation is not the registered agent for Wells Fargo Realty Services, Inc. **Ex. C.48.a.** | The Tribes subsequently attempted to personally serve the defendant at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 572 E. Green Street, Pasadena, CA.  The process server found that the address no longer belongs to the defendant and the management did not know of Wells Fargo Realty Services, Inc.  **Ex. C.48.b.**  A search of WestlawNext/Public Records and the Assessor's records indicates that the Green Street address is the correct address, which is no longer accurate.  Efforts to find another address proved to be unsuccessful. |

Exhibit 1                              Case No. 51-cv-1247                              Page 3

| DEFENDANT | D. PROBLEM - SEVERAL ATTEMPTS MADE - NEVER HOME | DILIGENCE STEPS TAKEN |
|---|---|---|
| D.19<br>**Brunson, Damyan** | Information provided by Riverside County Assessor-County Clerk-Recorder's office indicated that the property was owned by JP Morgan Chase Bank in Jacksonville, Florida.  The Tribes assumed the Bank held title due to a foreclosure and thus searched through information available on Westlaw.  The Tribes found that this property had been transferred to Damyan Brunson.  The process server attempted to serve him personally at the address provided: 15130 Paseo Maravilla, Camarillo, CA.  The process server indicated that address did not exist.  **Ex. D.19.a.** | WestlawNext/Public Records - People Map provided a new address for him:  36450 Hill Street, Anza, CA.  The process server attempted to serve him at various times on four separate occasions but was unable to find the location of the home.  **Ex. D.19.b.**  The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to his post office box address in Anza, California. |
| D.20<br>**Gillette, Wilma** | The process server attempted to serve her personally at various times on five separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 135 Pendegast, Woodland, CA 95695.  There was no answer at the residence.  **Ex. D.20.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to her last known address.  The return receipt card was returned signed by Wilma Gillette so she did receive the package, but the acknowledgment form was not returned.  **Ex. D.20.b.** |

Exhibit 1                              Case No. 51-cv-1247                              Page 4

| D.21 **Gomez, Eduardo & Gabriela Rivera** | Information provided by Riverside County Assessor-County Clerk-Recorder's office indicated that the property was owned by Deutsche Bank National Trust Company.  However, through WestlawNext/Public Records - Real Property Records, the Tribes determined that Deutsche Bank deeded the property to Eduardo Gomez and Gabriela Rivera.  The process server attempted to serve them personally at various times on four separate occasions at the address provided on the Grant Deed:  49954 Iroquois Court, Aguanga, CA.  There was no answer at the residence.  **Ex. D.21.a. and Ex. D.21.b.** | The Tribes sent by certified mail to each of them the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to their last known address.  The return receipt cards were returned signed by Gabby Rivera so they did receive the packages, but the acknowledgment forms were not returned. **Ex. D.21.c and Ex. D.21.d.** |

Exhibit 1                    Case No. 51-cv-1247                    Page 5

| D.22<br>**Mitchell, Carla** | Carla Mitchell's husband, Robert, signed a waiver on October 7, 2009.  Robert is represented by an attorney who represents several hundred defendants in this case.  The Tribes initially believed Carla was represented by the same attorney and would sign a waiver but both assumptions proved to be false.  Thus, the process server attempted to serve her personally at various times on three separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 21460 Walnut Street, Wildomar, CA.  There was no answer at the residence. **Ex. D.22.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to her last known address. |
|---|---|---|
| D.23<br>**Ratliff, Glen** | Mr. Ratliff owns this property with Charles and Gloria Minert.  Charles Minert signed a waiver.  The process server personally served Gloria Minert at the address provided by the Riverside County Assessor-County Clerk-Recorder's office:  49565 Flightline Way, Aguanga, CA.  Mr. Ratliff does not reside at this address and the Recorder's office did not provide an address for him. | A search of WestlawNext/Public Records - People Map indicates that Mr. Ratliff resides at 3298 Sweet Drive, Lafayette, CA.  The process server attempted to serve him personally at various times on six separate occasions.  There was no answer at the residence.  **Ex. D.23.a.**  The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to his last known address.  The packet was returned marked unclaimed. |

Exhibit 1                                        Case No. 51-cv-1247                                        Page 6

| | | |
|---|---|---|
| D.24<br>**Rios, Robert** | Robert Rios' wife, LaVerne, signed a waiver on September 26, 2009. LaVerne is represented by an attorney who represents several hundred defendants in this case. The Tribes initially believed Robert was represented by the same attorney and would sign a waiver but both assumptions proved to be false. Thus, the process server attempted to serve him personally at various times on seven separate occasions at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 2767 Aquarius Circle, Arlington, CA. There was no answer at the residence. **Ex. D.24.a.** | The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to his last known address. The return receipt card was returned signed by LaVerne Rios so his wife did receive the package, but the acknowledgment form was not returned. **Ex. D.24.b.** |
| D.25<br>**Sheridan, James** | James and his wife, Debra, are represented by an attorney who represents several hundred defendants in this case. Debra signed a waiver in June, 2010. The Tribes initially believed James would sign a waiver but that assumption proved to be false. The Tribes attempted to serve him at the address provided by the Riverside County Assessor-County Clerk-Recorder's office: 239 Preakness Court, Aguanga, CA. However, this address proved to be a bad address. The location does not exist. **Ex. D.25.a.** | A search of WestlawNext/Public Records - People Map indicates that Mr. Sheridan resides at 37387 Horton Meadow Drive, Anza, CA. The process server attempted to serve him personally at this address at various times on 8 separate occasions but was unsuccessful. **Ex. D.25.b.** The Tribes sent by certified mail the Summons, Second Amended Complaints, Instructions for Service of Documents and the Acknowledgment of Service by Mail form to his post office address. |

Exhibit 1                                        Case No. 51-cv-1247                                        Page 7

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SCOTT MCELROY, PRO HAC VICE <br> MCELROY, MEYER, WALKER & CONDON, P.C. <br> 1007 PEARL STREET, SUITE # 220   BOULDER, CO 80302 <br><br> TELEPHONE NO.: **(303) 442-2021**         FAX NO.: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **PLAINTIFF IN INTERVENTION** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: **SOUTHERN DISTRICT OF CALIFORNIA**

MAILING ADDRESS:

CITY AND ZIP CODE: **, CA**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA**

DEFENDANT/RESPONDENT:  **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe**

| **NON SERVICE REPORT** | CASE NUMBER: <br> **51-cv-1247-GT-RBB** |
|---|---|

I received the within process on February 8, 2011 and that after due and diligent effort I have been unable to personally serve said witness.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

>       Servee:   **WELLS FARGO REALTY SERVICES INC**

As enumerated below:

>    **02/16/2011 -- 12:10 pm**          572 E GREEN STREET
>                                        PASADENA, CA 91101
>    BUSINESS - THE ADDRESS PROVIDED NO LONGER BELONGS TO WELLS FARGO AND THE
>    MANAGEMENT DOES NOT KNOW OF THE SERVEE.

County:  **SAN BERNARDINO**
Registration No.:  **1058**
**EXCALIBUR ATTORNEY SERVICE**
**231 E. ALESSANDRO BOULEVARD, STE #**
**A368**
**RIVERSIDE, CA 92508**
**(877) 378-3843**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 1, 2011** at **RIVERSIDE,** California.

Signature: _____

                    **ROBERT SEE**

---

**NON SERVICE REPORT**

Ex. C.48.b.

 **CT Corporation**

818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

213 627 8252 tel
www.ctlegalsolutions.com

October 02, 2009


Scott B. McElroy
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street,
Suite 220,
Boulder, CO  80302

Re:  United States of America, Pltf., Ramona Band of Cahuilla and Cahuilla Band of
Indians, Pltfs. in Intevention vs. Fallbrook Public Utility District, et al., Dfts. // To:
Wells Fargo Realty Services

Case No.  51CV1247GTRBB

Dear Sir/Madam:

After checking our records and the records of the State of CA, it has been
determined that Not Represented by CT is not the registered agent for an entity by
the name of WELLS FARGO REALTY SERVICES, INC..

Accordingly, we are returning the documents received from you.

Very truly yours,



Nancy Flores
Process Specialist

Log# 515515483

FedEx Tracking# 799431329377

Ex. C.48.a.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Bob Davis, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Damyan Brunson as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 8:00pm | Home | THE PROVIDED ADDRESS DOESN'T EXIST. ALL THE HOMES ON THIS STREET HAVE 4 DIGITS. Attempt made by: Bob Davis, Registration #6583 Los Angeles County. Attempt at: 15130 Paseo Maravilla Camarillo CA 93012. |
| Wed | 05/18/11 | 8:10pm | Home | Returned Not Served on: Damyan Brunson Home - 15130 Paseo Maravilla Camarillo. CA 93012 |

3. *Person Executing*
   a. Bob Davis
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. *The Fee*** for service was: $40.00
   e. I am:   (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*      6583
      (iii) *County:*                Los Angeles
      (iv)  *Expiration Date:*       Tue, May. 08, 2012

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Jun. 10, 2011

   **AFFIDAVIT OF REASONABLE DILIGENCE**   (Bob Davis)

   swenson.mcelroy.13510

**Ex. D.19.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAMYAN BRUNSON as follows:

2. Documents: SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 08/15/11 | 5:35pm | Home | I WAS UNABLE TO FIND THE LOCATION Attempt made by: Surya Von Rosen. Attempt at: 36450 HILL ST  Anza CA 92539. |
| Thu | 08/18/11 | 7:00pm | Home | I WAS UNABLE TO FIND THE LOCATION Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 36450 HILL ST  Anza CA 92539. |
| Sat | 08/20/11 | 1:20pm | Home | I WAS UNABLE TO FIND THE LOCATION Attempt made by: Surya Von Rosen. Attempt at: 36450 HILL ST  Anza CA 92539. |
| Sun | 08/21/11 | 11:00am | Home | I WAS UNABLE TO FIND THE LOCATION Attempt made by: Surya Von Rosen. Attempt at: 36450 HILL ST  Anza CA 92539. |
| Wed | 08/24/11 | 12:00pm | Home | Returned Not Served on: DAMYAN BRUNSON Home - 36450 HILL ST Anza, CA 92539 |

3. Person Executing
   a. Surya Von Rosen
   b. Premier Legal Solutions
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $85.00
e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.: 1505
   (iii) County: Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Thu, Aug. 25, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13934

**Ex. D.19.b.**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| SCOTT MCELROY | | | | |

Attorney or Party without Attorney:
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
Telephone No: 303-442-2021

Attorney for: Plaintiff

Ref. No or File No.:

Insert name of Court, and Judicial District and Branch Court:
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Robert E. Haley, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WILMA GILLETTE as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 11:25am | Home | NO ANSWER. THIS IS A QUAINT LITTLE HOUSE. NO VEHICLES IN DRIVEWAY Attempt made by: Robert E. Haley. Attempt at: 135 PENDEGAST Woodland CA 95695. |
| Sat | 05/21/11 | 7:55am | Home | NO ANSWER. THIS IS A QUAINT LITTLE HOUSE. NO VEHICLES IN DRIVEWAY Attempt made by: Robert E. Haley. Attempt at: 135 PENDEGAST Woodland CA 95695. |
| Wed | 05/25/11 | 2:30pm | Home | NO ANSWER. THIS IS A QUAINT LITTLE HOUSE. NO VEHICLES IN DRIVEWAY Attempt made by: Robert E. Haley. Attempt at: 135 PENDEGAST Woodland CA 95695. |
| Sun | 05/29/11 | 8:30pm | Home | NO ANSWER. THIS IS A QUAINT LITTLE HOUSE. NO VEHICLES IN DRIVEWAY No Answer. No ligts on; Attempt made by: Robert E. Haley. Attempt at: 135 PENDEGAST Woodland CA 95695. |

Page Number 1
Date: Wed, Jun. 15, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          swenson.mcelroy.13476

**Ex. D.20.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff     *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Thu | 06/02/11 | 5:55pm | Home | NO ANSWER.  THIS IS A QUAINT LITTLE HOUSE.  NO VEHICLES IN DRIVEWAY No Answer.  No ligts on; I SPOKE WITH A NEIGHBOR WHO STATED THEY ONLY KNOW OF KIMBERLY STARNES LIVING AT THIS ADDRESS.  THEY DON'T KNOW IF WILMA LIVES WITH HER Attempt made by: Robert E. Haley. Attempt at: 135 PENDEGAST   Woodland CA 95695. |
| Wed | 06/15/11 | 12:00pm | Home | Returned Not Served on: WILMA  GILLETTE Home - 135 PENDEGAST Woodland, CA 95695 |

3.    *Person Executing*
     a. Robert E. Haley
     **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
     c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)   Exempt from registration under B&B 22350(b)

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Wed, Jun. 15, 2011

Page Number 2                          _____

**AFFIDAVIT OF REASONABLE DILIGENCE** (Robert E. Haley)

swenson.mcelroy.13476

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Wilma Gillette_  ☐ Agent  ☒ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>8-4-2011 |
| 1. Article Addressed to:<br><br>Wilma Gillette<br>135 Pendegast<br>Woodland, CA 95695 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>  (*Transfer from service label*) | 7006 2760 0001 2559 7722 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540

Ex. D.20.b.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant EDUARDO  GOMEZ as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 06/18/11 | 2:10pm | Home | No Answer.  No ligts on; The front gate is open. Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 49954 IROQUOIS CT  Aguanga CA 92536. |
| Tue | 06/21/11 | 8:00pm | Home | The gate is locked.  I couldn't get to the front door. Attempt made by: Surya  Von Rosen. Attempt at: 49954 IROQUOIS CT   Aguanga CA 92536. |
| Thu | 06/23/11 | 11:23am | Home | The gate is locked.  I found a bell on the outside of the gate.  There was no response to my ringing Attempt made by: Surya  Von Rosen. Attempt at: 49954 IROQUOIS CT   Aguanga CA 92536. |
| Sun | 06/26/11 | 5:55pm | Home | The gate is locked.  I found a bell on the outside of the gate.  There was no response to my ringing Attempt made by: Surya  Von Rosen. Attempt at: 49954 IROQUOIS CT   Aguanga CA 92536. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: EDUARDO  GOMEZ Home - 49954 IROQUOIS CT  Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)

**d. The Fee** for service was: $40.00

e. I am:  (3)  registered California process server
   *(i)*  Owner
   *(ii)  Registration No.:*  1505
   *(iii)  County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13694

Ex. D.21.a.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant GABRIELA  RIVERA as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/18/11 | 2:10pm | Home | No Answer.  No ligts on; The front gate is open. Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 49954 IROQUOIS CT  Aguanga CA 92536. |
| Tue | 06/21/11 | 8:00pm | Home | The gate is locked.  I couldn't get to the front door. Attempt made by: Surya  Von Rosen. Attempt at: 49954 IROQUOIS CT   Aguanga CA 92536. |
| Thu | 06/23/11 | 11:23am | Home | The gate is locked.  I found a bell on the outside of the gate.  There was no response to my ringing Attempt made by: Surya  Von Rosen. Attempt at: 49954 IROQUOIS CT   Aguanga CA 92536. |
| Sun | 06/26/11 | 5:55pm | Home | The gate is locked.  I found a bell on the outside of the gate.  There was no response to my ringing Attempt made by: Surya  Von Rosen. Attempt at: 49954 IROQUOIS CT   Aguanga CA 92536. |
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: GABRIELA  RIVERA Home - 49954 IROQUOIS CT  Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
       12 Cerrito
       Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)

**d. The Fee** *for service was:* $40.00

e. *I am:*   (3)  registered California process server
        *(i)*  Owner
        *(ii)*  *Registration No.:*     1505
        *(iii) County:*          Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

                    AFFIDAVIT OF REASONABLE DILIGENCE (Surya Von Rosen)

anctil.mcelroy.13693

Ex. D.21.b.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)    John Rivera

☐ Agent
☐ Addressee

C. Date of Delivery   AUG -8

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Eduardo Gomez
49954 Iroquois Crt.
Aguanga, CA 92536

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0001 2559 7739

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Ex. D.21.c.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gabriela Rivera
44954 Iroguois Crt.
Aguanga, CA  92536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   John Rivera        AUG 8 2011

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 0110 0001 5527 3756

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Ex. D.21.d.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya  Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant CARLA  MITCHELL as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT;
   INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 11:10am | Home | No Answer.  No ligts on; Theres a red Cadillac in the driveway.  This location is good per mail. Attempt made by: Surya  Von Rosen, Registration #1505 Orange County. Attempt at: 21460 WALNUT ST   Wildomar CA 92595. |
| Thu | 06/23/11 | 6:00pm | Home | No Answer.  No ligts on; Theres a red Cadillac in the driveway.  This location is good per mail. Attempt made by: Surya  Von Rosen. Attempt at: 21460 WALNUT ST   Wildomar CA 92595. |
| Mon | 06/27/11 | 3:28pm | Home | No Answer.  No ligts on; Theres a red Cadillac in the driveway.  This location is good per mail. Attempt made by: Surya  Von Rosen. Attempt at: 21460 WALNUT ST   Wildomar CA 92595. |
| Thu | 06/30/11 | 6:18pm | Home | Returned Not Served on: CARLA  MITCHELL Home - 21460 WALNUT ST Wildomar. CA 92595 |

3. *Person Executing*
   a. Surya  Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $70.00
e. *I am:*   (3)  registered California process server
   *(i)*   Owner
   *(ii)*   *Registration No.:*      1505
   *(iii)* *County:*               Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya  Von Rosen)

anctil.mcelroy.13685

| Attorney or Party without Attorney:<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, YOHAN  VON ROSEN, and any employee or independent contractors retained by Premier Legal Solutions  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Glen  Ratliff as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 05/20/11 | 7:00pm | Home | No answer at address.  Did not appear to be anyone home.; THIS IS A NEWLY REMODLED HOME.  THERE IS A NISSAN XTERRA ON THE STREET INFRONT OF THE HOUSE Attempt made by: YOHAN  VON ROSEN. Attempt at: 3298 Sweet Dr  Lafayette CA 94549. |
| Mon | 05/23/11 | 11:20am | Home | No answer at address.  Did not appear to be anyone home.; THIS IS A NEWLY REMODLED HOME.  THERE IS A NISSAN XTERRA ON THE STREET INFRONT OF THE HOUSEPER MAIL, THIS APPEARS TO BE A GOOD ADDRESS Attempt made by: YOHAN  VON ROSEN. Attempt at: 3298 Sweet Dr Lafayette CA 94549. |
| Fri | 05/27/11 | 9:30am | Home | No Answer.  No ligts on; Attempt made by: YOHAN  VON ROSEN. Attempt at: 3298 Sweet Dr  Lafayette CA 94549. |
| Tue | 05/31/11 | 8:30pm | Home | No Answer.  No ligts on; Attempt made by: YOHAN  VON ROSEN. Attempt at: 3298 Sweet Dr  Lafayette CA 94549. |
| Sat | 06/04/11 | 10:45am | Home | No Answer.  No ligts on; Attempt made by: YOHAN  VON ROSEN. Attempt at: 3298 Sweet Dr  Lafayette CA 94549. |

Page Number 1

Date: Thu, Jul. 07, 2011

**AFFIDAVIT OF REASONABLE DILIGENCE**

swenson.mcelroy.13504

**Ex. D.23.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co  80302<br>*Telephone No:* 303-442-2021 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 06/08/11 | 6:25pm | Home | No Answer.  No ligts on; Attempt made by: YOHAN  VON ROSEN. Attempt at: 3298 Sweet Dr  Lafayette CA 94549. |
| Wed | 07/06/11 | 12:00pm | Home | Returned Not Served on: Glen  Ratliff Home - 3298 Sweet Dr Lafayette, CA 94549 |

3.  *Person Executing*
   a. YOHAN  VON ROSEN
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA  92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** *for service was:* $40.00
e. *I am:*   (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)*   *Registration No.:*
   *(iii)*  *County:*                    Orange

**4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***
   Date: Thu, Jul. 07, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (YOHAN  VON ROSEN)

swenson.mcelroy.13504

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | | |

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

1. I, Premier Legal Solutions Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ROBERT RIOS as follows:

2. *Documents:*   SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 05/31/11 | 3:10pm | Home | NO Answer at given address. Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |
| Sat | 06/04/11 | 6:18pm | Home | NO Answer at given address. Attempt made by: Surya Von Rosen. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |
| Wed | 06/08/11 | 10:20am | Home | NO Answer at given address. Attempt made by: Surya Von Rosen. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |
| Sun | 06/12/11 | 7:45am | Home | NO Answer at given address. Attempt made by: Surya Von Rosen. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |
| Thu | 06/16/11 | 1:35pm | Home | NO Answer at given address. Attempt made by: Surya Von Rosen. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |
| Mon | 06/20/11 | 8:30pm | Home | NO Answer at given address. Attempt made by: Surya Von Rosen. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |
| Mon | 06/27/11 | 1:35pm | Home | NO Answer at given address. Attempt made by: Surya Von Rosen. Attempt at: 2767 AQUARIUS CIR  Arlington CA 92503. |

Page Number 1

U *Date:* Thu, Jun. 30, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          swenson.mcelroy.13456

**Ex. D.24.a.**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-GT-RBB |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Thu | 06/30/11 | 12:00pm | Home | Returned Not Served on: ROBERT RIOS Home - 2767 AQUARIUS CIR Arlington. CA 92503 |

3.   *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
     12 Cerrito
     Irvine, CA 92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee* for service was: $70.00
*e. I am:*   (3)  registered California process server
    *(i)*   Owner
    *(ii)*  *Registration No.:*   1505
    *(iii) County:*   Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Jun. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

swenson.mcelroy.13456

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Navin R.R._ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* ) C. Date of Delivery<br>_R R_ 8/9/11<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |

1. Article Addressed to:

Robert Rios
2767 Aquarius Circle
Arlington, CA
            92503

| 3. Service Type |
|---|
| ☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 4. Restricted Delivery? ( *Extra Fee* ) ☐ Yes |

2. Article Number
(Transfer from service label)      7011 0110 0001 5527 3749

PS Form 3811, February 2004        Domestic Return Receipt                    102595-02-M-1540

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>Telephone No: 303-442-2021 | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL

Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| NON SERVICE/RETURN | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 51-cv-1247-GT-RBB |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant James Sheridan as follows:

2. *Documents:*     SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 05/18/11 | 1:00pm | Home | This is a Bad Address. The location doesn't exist. There are 3 homes on this street. 40955. 40845 and the last home doesn't have a number. No Answer at the Numberless house. The other two homes have locked gates Attempt made by: Surya Von Rosen. Attempt at: 239 S PREAKNESS CT   Aguanga CA 92536. |
| Sun | 05/22/11 | 12:00pm | Home | Returned Not Served on: James Sheridan Home - 239 S PREAKNESS CT Aguanga, CA 92536 |

3. *Person Executing*
   a. Surya Von Rosen
   **b. Premier Legal Solutions**
      12 Cerrito
      Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

Recoverable Costs Per CCP 1033.5(a)(4)(B)

**d. The Fee** for service was: $70.00

e. *I am:*  (3)  registered California process server
     *(i)*  Owner
     *(ii)*  *Registration No.:*  1505
     *(iii)*  *County:*  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Mon. May. 23. 2011

**NON SERVICE/RETURN**

(Surya Von Rosen)

swenson.mcelroy.13520

**Ex. D.25.a.**

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SCOTT MCELROY<br>MCELROY, MEYER, WALKER & CONDON, P.C.<br>1007 PEARL STREET<br>SUITE 220<br>Boulder, co 80302<br>*Telephone No:* 303-442-2021 | |

*Attorney for:* Plaintiff      *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>51-cv-1247-gt-rbb |
|---|---|---|---|---|

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant James Sheridan as follows:

2. *Documents:* SUMMONS IN A CIVIL CASE CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/20/11 | 7:12pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |
| Thu | 06/23/11 | 5:45pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |
| Mon | 06/27/11 | 12:05pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |
| Wed | 06/29/11 | 10:30am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |
| Sun | 07/03/11 | 6:55am | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |
| Thu | 07/07/11 | 12:45pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |
| Tue | 07/12/11 | 5:00pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr  Anza CA 92539. |

Page Number 1
U *Date:* Sat, Jul. 30, 2011      **AFFIDAVIT OF REASONABLE DILIGENCE**      anctil.mcelroy.13940

**Ex. D.25.b.**

| | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|

*Attorney or Party without Attorney:*
SCOTT MCELROY
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET
SUITE 220
Boulder, co 80302
*Telephone No:* 303-442-2021

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL
*Defendant:* FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 51-cv-1247-gt-rbb |
|---|---|---|---|---|

| **Day** | **Date** | **Time** | **Location** | **R e s u l t s** |
|---|---|---|---|---|
| Sun | 07/17/11 | 4:45pm | Home | No Answer. No ligts on; Attempt made by: Surya Von Rosen. Attempt at: 37487 Horton Meadow Dr Anza CA 92539. |
| Sat | 07/30/11 | 12:00pm | Home | Returned Not Served on: James Sheridan Home - 37487 Horton Meadow Dr Anza, CA 92539 |

3.  *Person Executing*
  a. Surya Von Rosen
  **b. Premier Legal Solutions**
    12 Cerrito
    Irvine, CA 92612
  c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $40.00
*e. I am:* (3) registered California process server
  *(i)* Owner
  *(ii) Registration No.:* 1505
  *(iii) County:* Orange

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
  Date: Sat, Jul. 30, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (Surya Von Rosen)

anctil.mcelroy.13940