1 | Marco A. Gonzalez (CA SBN 190832)
COAST LAW GROUP LLP
2 | 1140 S. Coast Hwy 101
Encinitas, California 92024
3 | Tel: 760-942-8505
Fax: 760-942-8515
4 | E-mail: marco@coastlawgroup.com

5 | Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
6 | McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
7 | Boulder, Colorado 80302
Tel: 303-442-2021
8 | Fax: 303-444-3490
E-mail: smcelroy@mmwclaw.com
9 | E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
10 | *the Cahuilla Band of Indians*

11 | Curtis G. Berkey (CA SBN 195485)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
12 | 2030 Addison Street, Suite 410
Berkeley, California 94704
13 | Tel: 510-548-7070
Fax: 510-548-7080
14 | E-mail: cberkey@abwwlaw.com
*Attorneys for Plaintiff in Intervention,*
15 | *Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-cv-1247-GT-RBB |
| Plaintiff, | **SECOND AFFIDAVIT OF MARTHA MORALES RE: EFFORTS TO LOCATE CERTAIN DEFENDANTS IN ORDER TO SERVE PROCESS UPON THEM** |
| CAHUILLA BAND OF INDIANS, a Federally-Recognized Indian Tribe, RAMONA BAND OF CAHUILLA, a Federally-Recognized Indian Tribe, et al., | |
| Plaintiffs in Intervention, | |
| v. | Hearing Date: |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | Time: Courtroom: 8 |
| Defendants. | Hon. Gordon Thompson, Jr. |

Affidavit - Martha Morales

**EXHIBIT**
2

Case No. 51-cv-1247-GT-RBB

I, Martha Morales, based upon personal knowledge acquired as a legal assistant in the law firm of Alexander, Berkey, Williams & Weathers LLP, hereby affirm as follows:

1.     This affidavit is submitted in support of the Cahuilla Band of Indians' and Ramona Band of Cahuilla's ("Tribes") *Joint Motion to Amend Order Authorizing Service by Publication* and supplements the *Affidavit of Daryl Ann Vitale Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them* (July 22, 2011) (Dkt. 5315-3) ("Vitale Affidavit") and *Affidavit of Martha Morales Re: Efforts to Locate Certain Defendants in Order to Serve Process Upon Them* (July 22, 2011) (Dkt. 5315-13) ("Morales First Affidavit").

2.     By information and belief, all of the individuals identified in Exhibit 1, entitled "Additional Individuals to be Served by Publication" are, or were at one time, owners of real property that will be affected by this litigation.

3.     The Tribes have taken several steps to locate and serve these individuals, including the mailing of Waivers of Service of Summons and attempted personal service. *See* Vitale Affidavit ¶¶ 3-6 and Morales First Affidavit ¶¶ 3-5.

4.     With respect to Damyan Brunson, Wilma Gillette, Eduardo Gomez, Gabriela Rivera, Carla Mitchell, Glen Ratliff, Robert Rios and James Sheridan who reside within the State of California, they are individuals for whom correct addresses could be obtained, but, for various reasons, the process server was unable to personally deliver the summonses and complaints to the owner at that address.  As with the other Defendants identified as group "D" in the chart filed as an attachment to the Vitale Affidavit, the Tribes' process server attempted to serve these individuals between three and eight times.

5.     According to the Riverside County Assessor-County Clerk-Recorder's office, Albert Meichtry lived in Waialua, Hawaii.  The mail package was returned marked not deliverable as addressed.  The Tribes subsequently learned that Mr. Meichtry has a post office box in Encinitas, California.

6.     Because personal service could not be completed on the individuals listed in ¶¶ 4-5, the Tribes undertook diligent efforts to serve these Defendants by other means under California law.  Pursuant to the California Code of Civil Procedure section 415.30, the Tribes mailed copies of the Tribes' summonses and second amended complaints, the Instructions for

1 | Future Filing and Service of Documents (Dkt. 5236), along with a request and form to
2 | acknowledge receipt and a self-addressed stamped envelope by certified mail, return receipt
3 | requested.  The return receipt cards were signed and returned by four of these individuals or their
4 | spouses but the acknowledgment form was not returned.
5 |        7.     For the out of state Defendants, pursuant to the California Code of Civil
6 | Procedure § 415.40, the Tribes mailed copies of both summons, second amended complaints and
7 | the  Instructions for Future Filing and Service of Documents (Dkt. 5236) by certified mail, return
8 | receipt requested to the last known address for these Defendants.  For each of these Defendants,
9 | the mail packages were returned either marked "unclaimed" or "unable to forward."
10 |        8.     As described above, I exercised reasonable diligence in attempting to determine
11 | the whereabouts of the property owners listed in Exhibit 1.
12 |       I declare under penalty of perjury that all of the foregoing statements are true and correct.
13 | Executed this 1st day of September, 2011, at Berkeley, CA.
14 |
15 |                                         Martha Morales

1

## JURAT

2

3    STATE OF CALIFORNIA                    )
                                            )   SS.
4    COUNTY OF ALAMEDA                      )

5

6        Subscribed and sworn to (or affirmed) before me on this ___1ˢᵗ___ day of September,

7    2011, by **MARTHA MORALES**, proved to me on the basis of satisfactory evidence to be the

8    person(s) who appeared before me.

9

10                                                _Gloria Flores Coronado_
                                                 Notary Public
11

12   (seal)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit - Martha Morales                    Page 3                    Case No. 51-cv-1247-GT-RBB