1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
8   Tel:  303-442-2021, Fax: 303-444-3490
    smcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10      *Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15      *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )    Case No. 51-cv-1247-GT-RBB
                                       )
19      Plaintiff,                     )
                                       )    **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS,          )    Hearing Date: No hearing date set
21  federally recognized Indian tribes, )   Time:
                                       )    Courtroom:    8
22      Plaintiffs in Intervention,    )
                                       )    Hon. Gordon Thompson, Jr.
23      v.                             )
                                       )
24  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
25  of the State of California, et al.,  )
                                       )
26      Defendants.                    )
    _____)
27

28

    Proof of Service                              Case No. 51-cv-1247

I, Daryl Ann Vitale, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action.  My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado.  On September 2, 2011 I electronically filed the following documents:

1.     Joint Motion to Amend Order Granting Joint Motion to Authorize Service of Process by Publication; and

2.     Memorandum of Points and Authorities in Support of Joint Motion to Amend Order Granting Joint Motion to Authorize Service by Publication, Exhibits 1 and 2.

with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following CM/ECF registrants:

Daniel J Goulding mholt@qualityloan.com, QLSLitigation@qualityloan.com, asoderberg@qualityloan.com
Gerald (Jerry) Blank gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Mark L Brandon mbrandon@brandon-law.com, dslack@brandon-law.com
Robert H James bob@fallbrooklawoffice.com
Robert K Edmunds robert.edmunds@bipc.com, lynda.west@bipc.com
Thomas C Stahl Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, marilyn.weaver@usdoj.gov, sandra.huston@usdoj.gov
Robert M Cohen rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Michael Duane Davis michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Harry Campbell Carpelan hcarpelan@redwineandsherrill.com
John A Karaczynski jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
William K. Koska wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com
Scott B. McElroy smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Peter J Mort pmort@akingump.com, jfukai@akingump.com
B. Tilden Kim tkim@rwglaw.com, lpomatto@rwglaw.com
Michele A Staples mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
James B Gilpin james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lisa.grennon@bbklaw.com
Bill J Kuenzinger bkuenzinger@bdasports.com, rjones@bhsmck.com
Marco Antonio Gonzalez marco@coastlawgroup.com, sara@coastlawgroup.com
John Christopher Lemmo jl@procopio.com, laj@procopio.com
Kevin Patrick Sullivan ksullivan@sanlawyers.com, kstanis@sanlawyers.com
Gary D Leasure gleasure@garydleasure.com
Mary L Fickel mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Timothy P Johnson tjohnson@johnson-chambers.com, cww@johnson-chambers.com
Matthew L Green matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
F Patrick Barry patrick.barry@usdoj.gov
Marilyn H Levin marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com
Richard Alvin Lewis Rlewis@RichardLewis.com
Patricia Grace Rosenberg prosenberg@hnattorneys.com

Proof of Service                                          2                              Case No. 51-cv-1247

1  Jonathan M Deer jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
   David Philip Colella dcolella@flsd.com
2  Alice E. Walker awalker@mmwclaw.com, dvitale@mmwclaw.com
   M. Catherine Condon ccondon@mmwclaw.com, dvitale@mmwclaw.com
3  Daniel E. Steuer dsteuer@mmwclaw.com, dvitale@mmwclaw.com
   George Chakmakis george@chakmakislaw.com
4  David Leventhal davelevlaw@yahoo.com
   James Michael Powell jpowellesq@gmail.com, info@mydebtorlaw.com
5  Charles W Binder cwbinder@smrwm.org
   Donald R Timms dontimms@san.rr.com
6  Linda Caldwell goforthvillage2@yahoo.com
   Thomas Caldwell goforthvillage2@yahoo.com
7

8        I further certify that on September 2, 2011, I served the Notice of Electronic Filing via U.S.
   Mail, postage prepaid, on the following individuals:
9
   Anna Gale James                          James L. Markman
10 40275 Curry Court                        Richards Watson & Gershon
   Aguanga, CA 92536                        1 Civic Center Circle
11                                          PO Box 1059
   Briar McTaggart                          Brea, CA 92822-1059
12 1642 Merion Way 40E
   Seal Beach, CA 90740                     John Ellison
13                                          49975 Indian Rock
   Carl Gage                                Aguanga, CA 92536
14 40685 Tumbleweed Trail
   Aguanga, CA 92536                        John S Wilson
15                                          14205 Minorca Cove
   Carol Lueras                             Del Mar, CA 92014-2932
16 623 Beverly Blvd.
   Fullerton, CA 96833                      Khyber Courchesne
17                                          1264 Page Street
   Carolyn Ellison                          San Francisco, CA 94117
18 49975 Indian Rock
   Aguanga, CA 92536                        Marianne E Pajot
19                                          40225 Curry Court
   Diane Mannschreck                        Aguanga, CA 92536
20 Robert Mannschreck
   1600 Kiowa Ave                           Mary E Lee
21 Lake Havasu City, AZ 86403               42010 Rolling Hills Drive
                                            Aguanga, CA 92536
22 Donna Gage
   40685 Tumbleweed Trail                   Michael J Machado
23 Aguanga, CA 92536                        Pamela M Machado
                                            P O Box 391607
24 Edward Lueras                            Anza, CA 92539
   623 Beverly Blvd.
25 Fullerton, CA 96833                      Thomas C Perkins
                                            7037 Gaskin Place
26 Peggy Wilson                             Riverside, CA 92506
   14205 Minorca Cove
27 Del Mar, CA 92014-2932

28

   Proof of Service                    3                    Case No. 51-cv-1247

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

     I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

     Executed on _September 2_ , 2011.

Daryl Ann Vitale