Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:              2:00 p.m.<br>Courtroom:     8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On August 15, 2011, the Cahuilla Band of Indians' and Ramona Band of Cahuilla's process server attempted to serve Defendant Chase Home Finance, LLC ("Chase") by delivering two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to CT Corporation, which is listed as the registered agent for Chase on the California Secretary of State's website. CT Corporation stated it was no longer the registered agent for Chase, however. *See* Exhibit A.

3. On August 23, 2011, I sent, via United States certified mail, the Process to The Corporation Trust Company, Chase's registered agent in the State of Delaware, where Chase is headquartered, at the following address: 1209 Orange Street, Wilmington, DE 19801. *See* Exhibit B.

4. As evidenced by the return receipt, *see* Exhibit C, the Process was delivered to the address listed above and was actually received by the addressee or his designee on August 8, 2011.

5. Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure authorizes service upon domestic corporations in accordance with Rule 4(e)(1), which, in turn, authorizes service in accordance with state law.

6. Section 17061(a) of the California Corporations Code authorizes service upon domestic and foreign (i.e., out of state) limited liability companies in accordance with "Chapter 4 (commencing with Section 413.10) of Title 5 of Part 2 of the Code of Civil Procedure."

7. Section 415.40 of the California Civil Procedure Code authorizes service upon a person outside this state "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."

8. The above-described manner of service upon Chase complies with Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure and section 415.40 of the California Civil Procedure Code. Moreover, even without a return receipt, the facts described above establish that Chase has actual notice of this lawsuit. Thus, service was completed ten (10) days after I mailed the Process to Chase.

I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 2nd day of September, 2011.

Signature: *Daryl Ann Vitale*
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070 | | | | | |
| | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | | |
| **NON SERVICE/RETURN** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247GT-RBB | |

1. I, Surya Von Rosen, and any employee or independent contractors retained by Premier Legal Solutions are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHASE HOME FINANCE LLC as follows:

2. Documents:   SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 08/15/11 | 11:55am | Business | PER CLERK - CT CORPORATION IS NO LONGER THE REGISTERED AGENT OF THIS COMPANY Attempt made by: Surya Von Rosen, Registration #1505 Orange County. Attempt at: 818 WEST SEVENTH ST  Los Angeles CA 90017. |
| Mon | 08/15/11 | 2:00pm | Business | Returned Not Served on:   CHASE HOME FINANCE LLC Business - 818 WEST SEVENTH ST Los Angeles, CA 90017 |

3. *Person Executing*
   a. Surya Von Rosen
   b. **Premier Legal Solutions**
      12 Cerrito
      Irvine, CA  92612
   c. 949-480-1182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee* *for service was:* $60.00
   e. *I am:*   (3) registered California process server
         (i)   Owner
         (ii)  *Registration No.:*      1505
         (iii) *County:*                Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Aug. 25, 2011

                              **NON SERVICE/RETURN**          (Surya Von Rosen)

anctil.mcelroy.13936



CERTIFIED MAIL

7010 3090 0001 8131 2435

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHASE HOME FINANCE
   SERVE: THE CORPORATION
   TRUST COMPANY
   1209 ORANGE STREET
   WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number

McElroy, Meyer, Walker & Condon
ATTORNEYS AT LAW
A Professional Corporation
1007 PEARL STREET, SUITE 220   BOULDER, COLORADO 80302

CHASE HOME FINANCE
SERVE: THE CORPORATION
TRUST COMPANY
1209 ORANGE STREET
WILMINGTON, DE 19801



02 1P
0004423485  AUG 23 2011
MAILED FROM ZIP CODE 80302
$ 006.43⁰
PITNEY BOWES

EXHIBIT
B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery   AUG 2 9 2011 |
| 1. Article Addressed to:<br>CHASE HOME FINANCE<br>SERVE: THE CORPORATION TRUST COMPANY<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*)    7010 3090 0001 8131 2435 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



EXHIBIT C