Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention, the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes,

Plaintiffs in Intervention,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

Defendants.

Case No. 51-cv-1247-GT-RBB

**PROOF OF SERVICE**

Hearing Date: No Hearing Date Set
Time: 2:00 p.m.
Courtroom: 8

Hon. Gordon Thompson, Jr.

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On August 3, 2011, I sent, via United States certified mail, *see* Exhibit A, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention* (Mar. 30, 2009), one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention* (Mar. 30, 2009), and one copy of the *Instructions for Future Filing and Service of Documents* (Apr. 14, 2010) (collectively "Process") to the Chairman and Chief Executive Officer of Defendant Bank of New York Mellon at the following address: One Wall Street, New York, NY 10286.

3. As evidenced by the return receipt, *see* Exhibit B, the Process was delivered to the address listed above and was actually received by the addressee or his designee on August 8, 2011.

4. Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure authorizes service upon domestic corporations in accordance with Rule 4(e)(1), which, in turn, authorizes service in accordance with state law.

5. Section 416.10(b) of the California Civil Procedure Code authorizes service upon a corporation by delivering the Process "[t]o the president, chief executive officer, or other head of the corporation, . . . or a person authorized by the corporation to receive service of process." Further, section 415.40 of the California Civil Procedure Code authorizes service upon a person outside this state "by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."

6. The above-described manner of service upon the Bank of New York Mellon complies with Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure and sections 416.10(b) and 415.40 of the California Civil Procedure Code.

I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 2nd day of September, 2011.

Signature: Daryl Ann Vitale

Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021



McElroy, Meyer, Walker & Condon
1007 Pearl St., Suite 220
Boulder, Colorado 80302

CERTIFIED MAIL™

7010 3090 0001 8131 2411

UNITED STATES POSTAGE PITNEY BOWES
02 1P $ 006.63
0004423485 AUG 03 20
MAILED FROM ZIP CODE 803

**Bank of NY Mellon**
Serve: Robert P. Kelly, Chairman or designee
One Wall Street
New York, NY 10286

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Bank of NY Mellon**
Serve: Robert P. Kelly, Chairman or designee
One Wall Street
New York, NY 10286

2. Article (Transfer) 7010 3090 0001 8131 2411

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT

A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Bank of NY Mellon**
Serve: Robert P. Kelly, Chairman or designee
One Wall Street
New York, NY 10286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Freddie Robinson ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery AUG - 8 2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Artic *(Tran* 7010 3090 0001 8131 2411

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

