Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:        2:00 p.m.<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On June 25, 2010, I sent, via United States certified mail, *see* **Exhibit A**, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention*, one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention*, and one copy of the *Instructions for Future Filing and Service of Documents* (collectively "Process") to Defendant the US Department of Agriculture at the following address: 1400 Independence Ave., Rm. 2033, Washington, D.C. 20250. The Return Receipt was never returned. The Process was re-mailed on September 7, 2010.

3. As evidenced by the return receipt, *see* **Exhibit B**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by the addressee or an agent therein on September 17, 2010.

4. On June 25, 2010, I also sent, via United States certified mail, *see* **Exhibit C**, the same Process to the office of Karen P. Hewitt, former United States Attorney for the Southern District of California, at the following address: 880 Front Street, Rm. 6293, San Diego, CA 92101.

5. As evidenced by the return receipt, *see* **Exhibit D**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on July 12, 2010.

6. On June 25, 2010, I also sent, via United States certified mail, *see* **Exhibit E**, the same Process to the office of Eric H. Holder, United States Attorney General, at the following address: 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

7. As evidenced by the return receipt, *see* **Exhibit F**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on June 30, 2010.

8. The above-described manner of service complies with Rule 4(i)(2) of the Federal Rules of Civil Procedure, which applies to service on United States agencies or corporations.

I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 5th day of August, 2011.

Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

Proof of Service                    2                    Case No. 51-cv-1247



McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302
A Professional Corporation

JAMES M. KELLY
ASSOCIATE GENERAL COUNSEL
US DEPARTMENT OF AGRICULTURE
1400 INDEPENDENCE AVE., RM. 2033
WASHINGTON, D.C. 20250

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES M KELLY, ASSOC. GEN
COUNSEL, USDA, RM 2033
1400 INDEPENDENCE AVE
WASHINGTON DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise

**EXHIBIT A**



EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>KAREN P. HEWITT<br>U.S. ATTORNEY<br>OFFICE THE U.S. ATTORNEY<br>880 FRONT STREET, RM 6293<br>SAN DIEGO, CA  92101-8893 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>    7008 1140 0003 3670 5513 | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

McELROY, MEYER, WALKER & CONDON
A Professional Corporation
1007 PEARL STREET  SUITE 220  BOULDER, COLORADO 80302

CIVIL PROCESS CLERK
KAREN P. HEWITT, U.S. ATTORNEY
OFFICE THE U.S. ATTORNEY
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893



EXHIBIT C



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) Tony Olivares  C. Date of Delivery JUL 1 2 2010<br>D. Is delivery address different from Item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>KAREN P. HEWITT<br>U.S. ATTORNEY<br>OFFICE THE U.S. ATTORNEY<br>880 FRONT STREET, RM 6293<br>SAN DIEGO, CA 92101-8893 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number  7008 1140 0003 3670 5513 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT D

1. Article Addressed to:
HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7007 2560 0000 1448 3960

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
A Professional Corporation
1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302

HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001



EXHIBIT E



PITNEY BOWES
02 1P  $ 005.98⁰
0004423485  JUN 25 2010
MAILED FROM ZIP CODE 80302

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>HON. ERIC H. HOLDER, JR.<br>U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUN 30 2009 | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number   7007 2560 0000 1448 3960 | | |
| PS Form 3811, February 2004   Domestic Return Receipt | | 102595-02-M-1540 |

EXHIBIT F