Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No Hearing Date Set<br>Time:          2:00 p.m.<br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr. |

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On June 14, 2011, I sent, via United States certified mail, *see* **Exhibit A**, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention*, one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention*, and one copy of the *Instructions for Future Filing and Service of Documents* (collectively "Process") to Defendant the US Department of Housing and Urban Development at the following address: 451 7th Street, SW, Washington, D.C. 20410.

3. The Return Receipt was never returned; however, a search of the U.S. Postal database, *see* **Exhibit B**, indicates the Process was delivered to the address listed on June 20, 2011.

4. On June 25, 2010, I also sent, via United States certified mail, *see* **Exhibit C**, the same Process to the office of Karen P. Hewitt, former United States Attorney for the Southern District of California, at the following address: 880 Front Street, Rm. 6293, San Diego, CA 92101.

5. As evidenced by the return receipt, *see* **Exhibit D**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on July 12, 2010.

6. On June 25, 2010, I also sent, via United States certified mail, *see* **Exhibit E**, the same Process to the office of Eric H. Holder, United States Attorney General, at the following address: 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

7. As evidenced by the return receipt, *see* **Exhibit F**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on June 30, 2010.

8. The above-described manner of service complies with Rule 4(i)(2) of the Federal Rules of Civil Procedure, which applies to service on United States agencies or corporations.

I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 5th day of August, 2011.

Signature: _____
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021
Proof of Service     2     Case No. 51-cv-1247

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   □ Agent  □ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Housing and<br>Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 | D. Is delivery address different from item 1?  □ Yes<br>    If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>□ Certified Mail   □ Express Mail<br>□ Registered     □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number<br>(Transfer from service label)   7011 0470 0003 7288 4109 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302
A Professional Corporation

U.S. Department of Housing and
Urban Development
451 7th Street S.W.
Washington, DC 20410



EXHIBIT A



UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7011 0470 0003 7288 4109**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 10:39 am on June 20, 2011 in WASHINGTON, DC 20410.

**Detailed Results:**
- **Delivered, June 20, 2011, 10:39 am, WASHINGTON, DC 20410**
- **Arrival at Unit, June 20, 2011, 6:58 am, WASHINGTON, DC 20022**

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT
B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>KAREN P. HEWITT<br>U.S. ATTORNEY<br>OFFICE THE U.S. ATTORNEY<br>880 FRONT STREET, RM 6293<br>SAN DIEGO, CA 92101-8893 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. 7008 1140 0003 3670 5513 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7008 1140 0003 3670 5513

1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302
McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
A Professional Corporation

CIVIL PROCESS CLERK
KAREN P. HEWITT, U.S. ATTORNEY
OFFICE THE U.S. ATTORNEY
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893



EXHIBIT C



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KAREN P. HEWITT
   U.S. ATTORNEY
   OFFICE THE U.S. ATTORNEY
   880 FRONT STREET, RM 6293
   SAN DIEGO, CA 92101-8893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ─ [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Tony Olivares
C. Date of Delivery: JUL 1 2 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7008 1140 0003 3670 5513

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT D**

1. Article Addressed to:
HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 2560 0000 1448 3960

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

MCELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
1007 PEARL STREET SUITE 220 BOULDER, COLORADO 80302
A Professional Corporation

HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001

EXHIBIT
E



02 1P   $005.98⁰
0004423485  JUN 25 2010
MAILED FROM ZIP CODE 80302
PITNEY BOWES

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>HON. ERIC H. HOLDER, JR.<br>U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUN 30 2020 | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number   7007 2560 0000 1448 3960 | | |
| PS Form 3811, February 2004     Domestic Return Receipt | | 102595-02-M-1540 |



EXHIBIT F