1

2  Marco A. Gonzalez (SBN 190832)
   COAST LAW GROUP, L.L.P.
3  1140 S. Coast Hwy 101
   Encinitas, California 92024
4  Tel: 760-942-8505, Fax: 760-942-8515
   marco@coastlawgroup.com
5
   Scott B. McElroy (Pro Hac Vice)
6  M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
7  1007 Pearl Street, Suite 220
   Boulder, Colorado  80302
8  Tel:  303-442-2021, Fax: 303-444-3490
   sbmcelroy@mmwclaw.com
9  ccondon@mmwclaw.com
   *Attorneys for Plaintiff in Intervention,*
10   *the Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12   & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

18  UNITED STATES OF AMERICA,          )    Case No. 51-cv-1247-GT-RBB
                                       )
19        Plaintiff,                   )
                                       )    **PROOF OF SERVICE**
20  RAMONA BAND OF CAHUILLA,           )
    CAHUILLA BAND OF INDIANS,          )    Hearing Date:  No Hearing Date Set
21  federally recognized Indian tribes,)    Time:
                                       )    Courtroom:     8
22        Plaintiffs in Intervention,  )
                                       )    Hon. Gordon Thompson, Jr.
23        v.                           )
                                       )
24  FALLBROOK PUBLIC UTILITY           )
    DISTRICT, a public service corporation )
25  of the State of California, et al.,    )
                                       )
26        Defendants.                  )
    _____)
27

28

    Proof of Service                              Case No. 51-cv-1247

I, the undersigned, declare as follows:

1.    At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2.    On June 25, 2010, I sent, via United States certified mail, *see* **Exhibit A**, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention*, one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention*, and one copy of the *Instructions for Future Filing and Service of Documents* (collectively "Process") to Defendant the Federal Home Loan Mortgage Corporation at the following address:  8200 Jones Ranch Dr., Mail Stop 202, McLean, Virginia 22102.

3.    As evidenced by the return receipt, *see* **Exhibit B**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by the addressee or an agent therein on June 28, 2010.

4.    On June 25, 2010, I also sent, via United States certified mail, *see* **Exhibit C**, the same Process to the office of Karen P. Hewitt, former United States Attorney for the Southern District of California, at the following address: 880 Front Street, Rm. 6293, San Diego, CA 92101.

5.    As evidenced by the return receipt, *see* **Exhibit D**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on July 12, 2010.

6.    On June 25, 2010, I also sent, via United States certified mail, *see* **Exhibit E**, the same Process to the office of Eric H. Holder, United States Attorney General, at the following address: 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

7.    As evidenced by the return receipt, *see* **Exhibit F**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on June 30, 2010.

8.    The above-described manner of service complies with Rule 4(i)(2) of the Federal Rules of Civil Procedure, which applies to service on United States agencies or corporations.

I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 4th day of August , 2011.

Signature: ___Daryl Ann Vitale___
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

B. Received by (*Printed Name*)

1. Article Addressed to:

HYACINTH KUCIK, VP/DEP.
GENERAL COUNSEL - FED
HOME LOAN MTG CORP MS202
8200 JONES RANCH DR
MC LEAN, VA  22101

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)      ☐ Yes

2. Article
   (Tra.        7008 1140 0003 3670 5490

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

1040 0003 3670 5490

---

1007 PEARL STREET, SUITE 220    BOULDER, COLORADO 80302

A Professional Corporation

McElroy, Meyer, Walker & Condon
ATTORNEYS AT LAW

HYACINTH KUCIK, VICE PRESIDENT
AND DEPUTY GENERAL COUNSEL
FOR LITIGATION
FEDERAL HOME LOAN MTG CORP.
MAIL STOP 202
8200 JONES RANCH DR.
MCLEAN, VA 22102



EXHIBIT
tabbies
A



$ 005.980
PITNEY BOWES
02  1P
0004423485  JUN 25 2010
MAILED FROM ZIP CODE 80301

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☑ Agent ☐ Addressee<br><br>B. Received by (*Printed Name*)   C. Date of Delivery<br>J.B.SMITH   06-28-10<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>HYACINTH KUCIK, VP/DEP.<br>GENERAL COUNSEL - FED<br>HOME LOAN MTG CORP MS202<br>8200 JONES RANCH DR<br>MC LEAN, VA 22101 | JUN 28 2010 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7008 1140 0003 3670 5490 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



EXHIBIT
B

**SENDER: COMPLETE THIS SECTION**

- ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAREN P. HEWITT
U.S. ATTORNEY
OFFICE THE U.S. ATTORNEY
880 FRONT STREET, RM 6293
SAN DIEGO, CA  92101-8893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X          ☐ Agent
           ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   7008 1140 0003 3670 5513

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

7008 1140 0003 3670 5513



CIVIL PROCESS CLERK
KAREN P. HEWITT, U.S. ATTORNEY
OFFICE THE U.S. ATTORNEY
880 FRONT STREET, RM 6293
SAN DIEGO, CA  92101-8893

McELROY, MEYER, WALKER & CONDON
A T T O R N E Y S   A T   L A W
A Professional Corporation

1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302



**EXHIBIT**

C



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAREN P. HEWITT
U.S. ATTORNEY
OFFICE THE U.S. ATTORNEY
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                              ☐ Addressee

B. Received by ( *Printed Name*)        C. Date of Delivery
Tony Olivarez                    JUL 1 2 2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   7008 1140 0003 3670 5513

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**

D

1. Article Addressed to:

HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Art
   (Tr.       7007 2560 0000 1448 3960

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

WASHINGTON, D.C. 20530-0001
950 PENNSYLVANIA AVE., NW
U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY GENERAL
HON. ERIC H. HOLDER, JR.

A Professional Corporation

1007 PEARL STREET SUITE 220   BOULDER, COLORADO 80302

McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW



EXHIBIT

_E_



02 1P
0004423485
MAILED FROM ZIP CODE 80302
$005.95
JUN 25 2010
PITNEY BOWES

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to: <br> HON. ERIC H. HOLDER, JR. <br> U.S. ATTORNEY GENERAL <br> U.S. DEPARTMENT OF JUSTICE <br> 950 PENNSYLVANIA AVE., NW <br> WASHINGTON, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br> JUN 30 2000 |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Art (Tr. | 7007 2560 0000 1448 3960 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**EXHIBIT**

tabbies®

F