Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 51-cv-1247-GT-RBB |
| ) | |
| Plaintiff, ) | |
| ) | **PROOF OF SERVICE** |
| RAMONA BAND OF CAHUILLA, ) | |
| CAHUILLA BAND OF INDIANS, ) | Hearing Date: No Hearing Date Set |
| federally recognized Indian tribes, ) | Time: |
| ) | Courtroom:    8 |
| Plaintiffs in Intervention, ) | |
| ) | Hon. Gordon Thompson, Jr. |
| v. ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, a public service corporation ) | |
| of the State of California, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Proof of Service                                                                                  Case No. 51-cv-1247

I, the undersigned, declare as follows:

1. At all times during the matter described below I was over the age of eighteen (18) years and was not a party to the above-captioned matter.

2. On June 25, 2010, I sent, via United States certified mail, see **Exhibit A**, two copies of the *Summons*, one copy of the *Cahuilla Band of Indians' Second Amended Complaint in Intervention*, one copy of the *Ramona Band of Cahuilla's Second Amended Complaint in Intervention*, and one copy of the *Instructions for Future Filing and Service of Documents* (collectively "Process") to Defendant the Federal National Mortgage Association at the following address: 3900 Wisconsin Ave., N.W., Washington, D.C. 20016. The Return Receipt was never returned.

3. On September 10, 2010, I sent, via United States certified mail, the same Process to Defendant the Federal National Mortgage Association at the following address: 3900 Wisconsin Ave., N.W., Washington, D.C. 20016. The Return Receipt was never returned.

4. On July 16, 2011, I sent, via Federal Express, see **Exhibit B**, the same Process to Defendant the Federal National Mortgage Association at the following address: 3900 Wisconsin Ave., N.W., Washington, D.C. 20016.

5. As evidenced by the return receipt, see **Exhibit C**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by the addressee or an agent therein on July 18, 2011.

6. On June 25, 2010, I also sent, via United States certified mail, see **Exhibit D**, the same Process to the office of Karen P. Hewitt, former United States Attorney for the Southern District of California, at the following address: 880 Front Street, Rm. 6293, San Diego, CA 92101.

7. As evidenced by the return receipt, see **Exhibit E**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on July 12, 2010.

8. On June 25, 2010, I also sent, via United States certified mail, see **Exhibit F**, the same Process to the office of Eric H. Holder, United States Attorney General, at the following address: 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

9. As evidenced by the return receipt, see **Exhibit G**, the Process was delivered to the address listed above, was actually received by the addressee or an agent therein, and signed for by said recipient on June 30, 2010.

10. The above-described manner of service complies with Rule 4(i)(2) of the Federal Rules of Civil Procedure, which applies to service on United States agencies or corporations.

I declare under penalty of perjury and under the laws of the United State of America that the foregoing statements are, to the best of my knowledge, true and correct.

Dated this 5th day of August, 2011.

Signature: *Daryl Ann Vitale*
Daryl Ann Vitale
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
(303) 442-2021

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

   JULIE KATZMAN, VP/DEP
   GENERAL COUNSEL
   FED'L NAT'L MTG ASSOC
   3900 WISCONSIN AVE NW
   WASHINGTON, D.C. 20016

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7008 1140 0003 3670 5506

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
A Professional Corporation
1007 PEARL STREET, SUITE 220  BOULDER, COLORADO 80302

JULIE KATZMAN, VP & DEPUTY
GEN COUNSEL
FEDERAL NATIONAL MORTGAGE
ASSOCIATION
3900 WISCONSIN AVE NW
WASHINGTON, D.C. 20016

**EXHIBIT**
tabbies
A



02 1P
0004423485  JUN 25 2010
MAILED FROM ZIPCODE 80302
$ 005.98⁰
PITNEY BOWES
UNITED



From: (303) 442-2021  Origin ID: FNLA
D.A. VITALE
McELROY, MEYER, WALKER, CONDON
1007 PEARL ST STE 220
BOULDER, CO 80302

**FedEx Express**

J11201104290225

SHIP TO: (800) 732-6643    BILL SENDER
**JULIE KATZMAN, VP & DEP GEN COUNSEL
FED NAT'L MORTGAGE ASSOC
3900 WISCONSIN AVE NW**

WASHINGTON, DC 20016

Ship Date: 16JUL11
ActWgt: 1.0 LB
CAD: 2574267/INET3180

Delivery Address Bar Code

Ref # CAHU-2
Invoice #
PO #
Dept #

TRK# 7973 1096 6525
0201



MON - 18 JUL A1
**PRIORITY OVERNIGHT**

20016
DC-US
**DCA**

50FG2/F556/F5F4

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

https://www.fedex.com/shipping/html/en//PrintIFrame.html    7/15/2011


**Daryl Vitale**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 18, 2011 7:39 AM |
| **To:** | Daryl Vitale |
| **Subject:** | FedEx Shipment 797310966525 Delivered |

This tracking update has been requested by:

Company Name: McELROY, MEYER, WALKER, CONDON
Name:         D.A. VITALE
E-mail:       dvitale@mmwclaw.com

Our records indicate that the following shipment has been delivered:

Reference:                  CAHU-2
Ship (P/U) date:            Jul 16, 2011
Delivery date:              Jul 18, 2011 9:32 AM
Sign for by:                M.JACKSON
Delivery location:          WASHINGTON, DC
Delivered to:               Mailroom
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday
Tracking number: 797310966525

```
Shipper Information                 Recipient Information
D.A. VITALE                         JULIE KATZMAN, VP & DEP GEN COUNSEL
McELROY, MEYER, WALKER, CONDON      FED NAT'L MORTGAGE ASSOC
1007 PEARL ST STE 220               3900 WISCONSIN AVE NW
BOULDER                             WASHINGTON
CO                                  DC
US                                  US
80302                               20016
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:39 AM CDT
on 07/18/2011.
To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1


EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>KAREN P. HEWITT<br>U.S. ATTORNEY<br>OFFICE THE U.S. ATTORNEY<br>880 FRONT STREET, RM 6293<br>SAN DIEGO, CA 92101-8893 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. 7008 1140 0003 3670 5513 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

McELROY, MEYER, WALKER & CONDON
A Professional Corporation
1007 PEARL STREET, SUITE 220   BOULDER, COLORADO 80302

CIVIL PROCESS CLERK
KAREN P. HEWITT, U.S. ATTORNEY
OFFICE THE U.S. ATTORNEY
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893



EXHIBIT D



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KAREN P. HEWITT
   U.S. ATTORNEY
   OFFICE THE U.S. ATTORNEY
   880 FRONT STREET, RM 6293
   SAN DIEGO, CA 92101-8893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Tony Olivarez
C. Date of Delivery: JUL 1 2 2010

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7008 1140 0003 3670 5513

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT E

1. Article Addressed to:
HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number    7007 2560 0000 1448 3960

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

HON. ERIC H. HOLDER, JR.
U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530-0001

McELROY, MEYER, WALKER & CONDON
ATTORNEYS AT LAW
1007 PEARL STREET SUITE 220 BOULDER, COLORADO 80302
A Professional Corporation



EXHIBIT F



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>HON. ERIC H. HOLDER, JR.<br>U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article (Tr  7007 2560 0000 1448 3960 | | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT