**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE 220
BOULDER, CO 80302

RE: UNITED STATES OF AMERICA (Plaintiff) and CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA (Plaintiffs in Intervention) v. FALLBROOK PUBLIC UTILITY DISTRICT, a pulbic service corporation of the State of California, et al., United States District Court, Southern District of California, Case No. 51-cv-1247-RBB-GT

Service forwarded to Defendant:

COUNTRY EXPRESSIONS, CORP.
(official name of record)
58265 RAMSEY RD
ANZA, CALIFORNIA 92539

Date Forwarded:   August 11, 2011

Process Server:   Todd Simpson

Date Served:   August 4, 2011          Time:   12:13 pm

Deputy Secretary of State Served:   Debbie Arcuri

Documents Served: one copy of the Court Order, Summons, Cahuilla Band of Indians' Second Amended Complaint in Intervention, Instructions For Future Filing and Service of Documents.

FEES:
Receipt of Process Against Defendant:   $   50.00
Total Charges:                          $   50.00
Amount Received:                        $   50.00
Refund:                                 $    0.00

Prepared by: _____
Jana Castro
Date:   August 11, 2011

**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE 220
BOULDER, CO 80302

RE: UNITED STATES OF AMERICA (Plaintiff) and CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA (Plaintiffs in Intervention) v. FALLBROOK PUBLIC UTILITY DISTRICT, a pulbic service corporation of the State of California, et al., United States District Court, Southern District of California, Case No. 51-cv-1247-RBB-GT

Service forwarded to Defendant:

COUNTRY EXPRESSIONS, CORP.
(official name of record)
58265 RAMSEY RD
ANZA, CALIFORNIA 92539

Date Forwarded:   August 11, 2011

Process Server:   Todd Simpson

Date Served:   August 4, 2011        Time:   12:13 pm

Deputy Secretary of State Served:   Debbie Arcuri

Documents Served:   one copy of the Court Order, Summons, Ramona Band of Cahuilla's Second Amended Complaint in Intervention, Instructions For Future Filing and Service of Documents.

FEES:
Receipt of Process Against Defendant:   $   50.00
Total Charges:   $   50.00
Amount Received:   $   50.00
Refund:   $   0.00

Prepared by:   _____
Jana Castro
Date:   August 11, 2011