**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

### RECORD OF SERVICE OF PROCESS

MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE 220
BOULDER, CO 80302

RE: UNITED STATES OF AMERICA (Plaintiff) and CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA (Plaintiffs in Intervention) v. FALLBROOK PUBLIC UTILITY DISTRICT, a pulbic service corporation of the State of California, et al., United States District Court, Southern District of California, Case No. 51-cv-1247-RBB-GT

Service forwarded to Defendant:

   DG PROPERTIES, L.P.
   (official name of record)
   40237 TUOLOMNE CT.
   TEMECULA, CA 92591

Date Forwarded:   August 11, 2011

Process Server:   Todd Simpson

Date Served:   August 4, 2011      Time:   12:13 pm

Deputy Secretary of State Served:   Debbie Arcuri

Documents Served:   one copy of the Court Order, Summons, Cahuilla Band of Indians' Second Amended Complaint in Intervention, Instructions For Future Filing and Service of Documents.

FEES:         Receipt of Process Against Defendant:    $  50.00
              Total Charges:                           $  50.00
              Amount Received:                         $  50.00
              Refund:                                  $   0.00

              Prepared by: _____
                           Jana Castro
                           Date:   August 11, 2011

**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

**RECORD OF SERVICE OF PROCESS**

MCELROY, MEYER, WALKER & CONDON, P.C.
1007 PEARL STREET, SUITE 220
BOULDER, CO 80302

RE: UNITED STATES OF AMERICA (Plaintiff) and CAHUILLA BAND OF INDIANS, a federally recognized Indian tribe, RAMONA BAND OF CAHUILLA (Plaintiffs in Intervention) v. FALLBROOK PUBLIC UTILITY DISTRICT, a pulbic service corporation of the State of California, et al., United States District Court, Southern District of California, Case No. 51-cv-1247-RBB-GT

Service forwarded to Defendant:

> DG PROPERTIES, L.P.
> (official name of record)
> 40237 TUOLOMNE CT.
> TEMECULA, CA 92591

Date Forwarded:   August 11, 2011

Process Server:   Todd Simpson

Date Served:   August 4, 2011        Time:   12:13 pm

Deputy Secretary of State Served:   Debbie Arcuri

Documents Served:   one copy of the Court Order, Summons, Ramona Band of Cahuilla's Second Amended Complaint in Intervention, Instructions For Future Filing and Service of Documents.

FEES:

| | | |
|---|---|---|
| Receipt of Process Against Defendant: | $ | 50.00 |
| Total Charges: | $ | 50.00 |
| Amount Received: | $ | 50.00 |
| Refund: | $ | 0.00 |

Prepared by: _____
Jana Castro
Date:   August 11, 2011