```
 1
 2  Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
 3  1140 S. Coast Hwy 101
    Encinitas, California 92024
 4  Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
 5
    Scott B. McElroy (Pro Hac Vice)
 6  M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
 7  1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
 8  Tel:  303-442-2021, Fax: 303-444-3490
    smcelroy@mmwclaw.com
 9  ccondon@mmwclaw.com
    Attorneys for Plaintiff in Intervention,
10    Cahuilla Band of Indians

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    Attorney for Plaintiff in Intervention
15    the Ramona Band of Cahuilla
```

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>    Plaintiff,                        )<br>                                      )<br> RAMONA BAND OF CAHUILLA,             )<br> CAHUILLA BAND OF INDIANS,            )<br> federally recognized Indian tribes,  )<br>                                      )<br>    Plaintiffs in Intervention,       )<br>                                      )<br>    v.                                )<br>                                      )<br> FALLBROOK PUBLIC UTILITY             )<br> DISTRICT, a public service corporation )<br> of the State of California, et al.,  )<br>                                      )<br>    Defendants.                       )<br>_____) | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: No hearing date set<br>Time:<br>Courtroom:    8<br><br>Hon. Gordon Thompson, Jr. |

Proof of Service                                                  Case No. 51-cv-1247

1
2   I, Daryl Ann Vitale, declare:

3   I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On September 6-7, 2011 I electronically filed various *Proofs of Service* (Docket Nos. 5325-35) with the Clerk of the Court using the CM/ECF system, which generated and transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

Alice E. Walker   awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim   tkim@rwglaw.com, lpomatto@rwglaw.com
Bill J Kuenzinger   bkuenzinger@bdasports.com, rjones@bhsmck.com
Charles W Binder   cwbinder@smrwm.org
Curtis G Berkey   cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer   dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding   mholt@qualityloan.com, asoderberg@qualityloan.com, QLSLitigation@qualityloan.com
David Leventhal   davelevlaw@yahoo.com
David Philip Colella   dcolella@flsd.com
Donald R Timms   dontimms@san.rr.com
F Patrick Barry   patrick.barry@usdoj.gov
Gary D Leasure   gleasure@garydleasure.com
George Chakmakis   george@chakmakislaw.com
Gerald (Jerry) Blank   gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan   hcarpelan@redwineandsherrill.com
James B Gilpin   james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lisa.grennon@bbklaw.com
James Michael Powell   jpowellesq@gmail.com, info@mydebtorlaw.com
John A Karaczynski   jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
John Christopher Lemmo   jl@procopio.com, laj@procopio.com
Jonathan M Deer   jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan   ksullivan@sanlawyers.com, kstanis@sanlawyers.com
Linda Caldwell   goforthvillage2@yahoo.com
M. Catherine Condon   ccondon@mmwclaw.com, dvitale@mmwclaw.com
Marco Antonio Gonzalez   marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin   marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Mark L Brandon   mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel   mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green   matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Michael Duane Davis   michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Michele A Staples   mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
Patricia Grace Rosenberg   prosenberg@hnattorneys.com
Peter J Mort   pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis   Rlewis@RichardLewis.com
Robert H James   bob@fallbrooklawoffice.com
Robert K Edmunds   robert.edmunds@bipc.com, lynda.west@bipc.com

Robert M Cohen   rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Scott B. McElroy   smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Thomas Caldwell   goforthvillage2@yahoo.com
Thomas C Stahl   Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov, marilyn.weaver@usdoj.gov, sandra.huston@usdoj.gov
Timothy P Johnson   tjohnson@johnson-chambers.com, cww@johnson-chambers.com
William K. Koska   wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

    I further certify that on September 7, 2011, I served Notices of Electronic Filings for Docket Nos. 5325-5335, via U.S. Mail, postage prepaid, on the following individuals:

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>PO Box 1059<br>Brea, CA 92822-1059 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | John S Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Marianne E Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |
| Edward Lueras<br>Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Mary E Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 |

| | |
|---|---|
| 1 | Michael J Machado |
| 2 | Pamela M Machado |
| | P O Box 391607 |
| 3 | Anza, CA 92539 |
| 4 | |
| 5 | Peggy Wilson |
| | 14205 Minorca Cove |
| 6 | Del Mar, CA 92014-2932 |
| 7 | |
| 8 | Robert Mannschreck |
| | Diane Mannschreck |
| 9 | 1600 Kiowa Ave |
| 10 | Lake Havasu City, AZ 86403 |
| 11 | |
| 12 | Thomas C Perkins |
| | 7037 Gaskin Place |
| 13 | Riverside, CA 92506 |

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on September 7, 2011.

*/s/ Daryl Ann Vitale*
Daryl Ann Vitale
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel: 303-442-2021, Fax: 303-444-3490
dvitale@mmwclaw.com