FILED

SEP 08 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO.: 51-CV-1247-GT-RBB |
| Plaintiff, | ) |
| | ) **ORDER AMENDING ORDER GRANTING** |
| CAHUILLA BAND OF INDIANS, a Federally-Recognized Indian Tribe, RAMONA BAND OF CAHUILLA, a Federally-Recognized Indian Tribe, et al., | ) **JOINT MOTION TO AUTHORIZE** |
| | ) **SERVICE OF PROCESS BY** |
| | ) **PUBLICATION** |
| Plaintiffs in Intervention, | ) Hearing Date: |
| | ) Time: |
| v. | ) Courtroom:  8 |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | ) Hon. Gordon Thompson, Jr. |
| Defendants. | ) |

Case No. 51-cv-1247-GT-RBB

1  Upon consideration of Plaintiff-Intervenors the Cahuilla Band of Indians' and the
2  Ramona Band of Cahuilla's *Joint Motion to Amend Order Granting Joint Motion to Authorize*
3  *Service of Process by Publication* (Sept. 2, 2011),

4  **IT IS ORDERED,** that the Joint Motion is **GRANTED**;

5  **IT IS FURTHER ORDERED,** that this Court's *Order Granting Joint Motion to*
6  *Authorize Service of Process by Publication* (July 28, 2011) (Dkt. No. 5321) ("Order re
7  Publication"), is hereby amended to add the following Defendants to the list for whom service
8  made by made by publication in the following newspapers once a week for four consecutive
9  weeks:

| | | |
|---|---|---|
| 10 | Alison Beflorti: | *Florida Times Union (Jacksonville)* |
| 11 | Jose Bravo: | *Arizona Republic* |
| 12 | Wilma Gillette: | *Woodland Daily Democrat* |
| 13-14 | Eduardo Gomez and Gabriela Rivera: | *Anza Valley Outlook* / *High Country Journal* |
| 15-16 | George and Patricia Hansen: | *Chattanooga Times-Free Press* |
| 16 | Albert Meichtry: | *The Coast News* |
| 17 | Carla Mitchell: | *The Press Enterprise* |
| 18-19 | Glen Ratliff: | *Anza Valley Outlook* / *High Country Journal* |
| 20 | Robert Rios: | *The Press Enterprise* |

21  **IT IS FURTHER ORDERED,** that Defendants Liza Rosada; Tina Lykos; Jette Ortegel;
22  Progressive Holdings; James Garner; and June Garner shall be removed from the list of persons
23  to be served by publication;

24  **IT IS FURTHER ORDERED,** that the *Calaveras Enterprise* shall be removed from the
25  list of newspapers in which publication shall be made.

26  Except as amended by this Order, the provisions of the Order re Publication shall remain
27  in effect.

28

IT IS SO ORDERED.
DATED: 9-8-11



UNITED STATES DISTRICT JUDGE

Case No. 51-cv-1247-GT-RBB