Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al

vs

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Rosalie Baltierrez
7625 S. Cordelia Ave.
Tucson, AZ 85746

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within ____*____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.     10-15-09
CLERK                        DATE

By  C. ECIJA, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of California

Case Number: 51-CV-1247

Plaintiff:
**UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,**

vs.

Defendant:
**FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,**

For:
McELROY, MEYER, WALKER & CONDON
1007 Pearl Street, Suite 220
Boulder, CO 80303

Received by ACMS PROCESS SERVICE to be served on **ROSALIE BALTIERREZ, 7625 S. CORDELIA AVE., TUCSON, AZ 85746.**

I, Bradley Ledford, being duly sworn, depose and say that on the **15th day of October, 2010 at 12:05 pm**, I:

**INDIVIDUALLY/PERSONALLY:** served by delivering a true copy of the SUMMONS IN A CIVIL ACTION by Attorney Scott McElroy; CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENT; SUMMONS IN A CIVIL ACTION by Attorney Curtis G. Berkey; RAMONA BAND CAHUILLA S' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE OF DOCUMENT,

to: ROSALIE BALTIERREZ
at: 7625 S. CORDELIA AVE., TUCSON, AZ 85746

and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 170, Hair: Brown, Glasses: N

I swear that I am a Licensed Process Server over the age of 21 with no interest in the above action, and am in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of October, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

SHELLY FIORI
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Comm. Exp.: October 18, 2010

Bradley Ledford
Pima County Process Server

ACMS PROCESS SERVICE
P.O. Box 26604
Tucson, AZ 85726-6604
(520) 629-0303

Our Job Serial Number: ACM-2010001410
Ref: Case No. 51-cv-1247

COPY

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b