Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS. et al
VS

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service
corporation of the State of California,
et al.

**SUMMONS IN A CIVIL ACTION**
Case No. 51-cv-1247-GT-RBB

TO: (Name and Address of Defendant)

Richard Norris
137 S. Lucerne Blvd.
Los Angeles, CA 90004

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served upon you, within \_\_\_\_*\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.            10-15-09
CLERK                              DATE

By   C. ECIJA, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

* Within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| CURTIS G BERKEY<br>ALEXANDER BERKEY, WILLIAMS & WEATHERS<br>2030 ADDISON STREET<br>SUITE 410<br>Berkeley, CA 94704<br>Telephone No: 510-548-7070<br>CBERKEY@ABWWLAW.COM<br>Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: UNITED STATES OF AMERICA RAMONA BAND OF CAHUILLA, ET AL | | | | |
| Defendant: FALLBROOK PUBLIC UTILITY DISTRICT, A PUBLIC SERVICE CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>51-cv-1247-GT-RBB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE RAMONA BAND OF CAHUILLA INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION; INSTRUCTIONS FOR FUTURE FILING AND SERVICE DOCUMENTS

3. a. *Party served:*  Richard Norris

4. *Address where the party was served:*  137 S Lucerne Blvd
   Los Angeles, CA 90004

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 07, 2011 (2) at: 5:00PM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John Aldana
   b. **Premier Legal Solutions**
   12 Cerrito
   Irvine, CA 92612
   c. 949-480-1182, FAX 949-480-1217

   d. *The Fee for Service was:* $30.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 6353
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jul. 13, 2011

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL CASE

   (John Aldana)

   anctil  .berkey.13421