Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
 *the Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
 & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
 *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No. 51-cv-1247-GT-RBB<br><br>**PROOF OF SERVICE -**<br>**ACKNOWLEDGMENT OF SERVICE**<br><br>Hon. Gordon Thompson, Jr. |

| | |
|---|---|
| 1 | TO:    JETTE ORTEGEL |

**NOTICE**

The summons and other documents identified below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, Section 415.30 of the California Code of Civil Procedure provides that service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:    July 28, 2011

_____Martha Morales_____          _____/s/ Martha Morales_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF SENDER–MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of:

Summons (two copies), one copy of the Cahuilla Band of Indians' Second Amended Complaint in Intervention (Mar. 30, 2009), one copy of the Ramona Band of Cahuilla's Second Amended Complaint in Intervention (Mar. 30, 2009), and one copy of the Instructions for Future Filing and Service of Documents (Apr. 14, 2010).

At the following address:    456 Toyanza Drive
                                        San Andreas, CA 95249

**(To be completed by recipient):**

Date this form is signed:

_____Jette Ortegel_____          _____/s/ Jette Ortegel_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH
ON WHOSE BEHALF THIS FORM IS SIGNED)                           TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER
                                                                                  PERSON OR ENTITY)