### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent: 15 min.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

#### Plaintiffs

Patrick Barry                    Douglas Garcia

#### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Chris Watson (present) |
| M. Catherine Condon (present) | Michael Hughes (present) |
| James Markman (present) | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica (present) |

PROCEEDINGS:  _____  In Chambers    _____  In Court    __X__ Telephonic

A telephonic, attorneys-only settlement conference was held.

A telephonic, attorneys-only settlement conference set for October 27, 2011, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: October 4, 2011          IT IS SO ORDERED:  /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Thompson                         INITIALS: VL (mg/irc) Deputy
    All Parties of Record