| | |
|---|---|
| 1 | Herbert W. Kuehne |
| | In Propria Persona |
| 2 | 2228 E. White Lantern Ln. |
| | Orange, CA 92867 |
| 3 | (714) 637-4952 |
| 4 | |
| 5 | Attorney for: IN PROPRIA PERSONA |

FILED
OCT 20 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
CAHUILLA BAND OF INDIANS
Plaintiff in Intervention,

vs.

FALLBROOK PUBLIC UTILITY
DISTRICT, a public service corporation
of the State of California, et al.,
    Defendants.

CASE NO. 51-CV-1247-GT-RBB

DECLARATION OF SERVICE

Person served: Scott McElroy, Esq.

Date served: October 13, 2011

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

ANSWER OF HERBERT W. KUEHNE TO
SECOND AMENDED COMPLAINT IN INTERVENTION
in the following manner:

by placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U. S. Mail at Temecula, California on October 13, 2011.

Executed on October 13, 2011, at Temecula, California.

_____
Pony Walker

Declaration of Service         PAGE 1 OF 1         CASE NO. 51-CV-1247-GT-RBB