1 Marlene C. Kuehne
  In Propria Persona
2 2228 E. White Lantern Ln.
  Orange, CA 92867
3 (714) 637-4952
4
5 Attorney for: IN PROPRIA PERSONA

FILED
OCT 20 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, CAHUILLA BAND OF INDIANS Plaintiff in Intervention, vs. FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., Defendants. | CASE NO. 51-cv-1247-GT-RBB ANSWER OF MARLENE C. KUEHNE TO SECOND AMENDED COMPLAINT |

In response to the Second Complaint in Intervention, Defendant MARLENE C. KUEHNE denies paragraphs 1 through 38, inclusive.

Without limiting or waiving its right to assert additional affirmative defenses which are discovered subsequent to the filing and service of this Answer, Defendant MARLENE C. KUEHNE hereby alleges and asserts the following as separate and affirmative defenses to each and every cause of action set forth in the Second Amended Complaint in Intervention:

1. The allegations in the Second Amended Complaint in Intervention do not state sufficient facts to constitute a cause of action against the Defendant.

2. The allegations in the Second Amended Complaint in Intervention, and each alleged cause of action set forth therein are vague, ambiguous, uncertain and unintelligible, and as such, fails to allege facts sufficient to

1  constitute a cause of action against the Defendant.

2      3. The Cahuilla Tribe does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

    4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

    5. The use and withdrawal of water by the Cahuilla Tribe under the Cahuilla Reservation is impairing the water available to Defendant MARLENE C. KUEHNE under her real property, thereby entitling Defendant MARLENE C. KUEHNE to compensation and injunctions identical to those sought by the Cahuilla Tribe in its Second Amended Complaint in Intervention.

Dated: Oct. 12, 2011

Respectfully submitted,

*Marlene C. Kuehne*
MARLENE C. KUEHNE

---

Herbert Kuehne's Answer to
Second Amended Complaint in Intervention

PAGE 2 OF 2

CASE NO. 51-CV-1247-GT-RBB