1  MARLENE C. KUEHNE
   In Propria Persona
2  2228 E. White Lantern Ln.
   Orange, CA 92867
3  (714) 637-4952
4
5  Attorney for: IN PROPRIA PERSONA
6
7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )
              Plaintiff,              )
11 CAHUILLA BAND OF INDIANS           )
   Plaintiff in Intervention,         )
12                                    )
   vs.                                )   CASE NO. 51-CV-1247-GT-RBB
13                                    )
                                      )   DECLARATION OF SERVICE
   FALLBROOK PUBLIC UTILITY           )
14 DISTRICT, a public service corporation )
   of the State of California, et al.,)   Person served: Scott McElroy, Esq.
15            Defendants.             )
                                      )   Date served: October 13, 2011
16 _____)

17     I, the undersigned, declare under penalty of perjury that I am over the
18 age of eighteen years and not a party to this action; that I served the above
19 named person the following documents:
20         ANSWER OF MARLENE C. KUEHNE TO
       SECOND AMENDED COMPLAINT IN INTERVENTION
21 in the following manner:
22     by placing a copy in a separate envelope, with postage fully prepaid, for
23 each address named below and depositing each in the U. S. Mail at
24 Temecula, California on October 13, 2011.
25     Executed on October 13, 2011, at Temecula, California.
26
27                                    _____
                                              Pony Walker
28

Declaration of Service                PAGE 1 OF 1
                                              CASE NO. 51-CV-1247-GT-RBB