1   Herbert W. Kuehne
    In Propria Persona
2   2228 E. White Lantern Ln.
    Orange, CA 92867
3   (714) 637-4952

4

5   Attorney for: IN PROPRIA PERSONA

6

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )
          Plaintiff,                 )
11  RAMONA BAND OF CAHUILLA,         )
    CAHUILLA BAND OF INDIANS, et al.,)
12  Plaintiff in Intervention,       )
                                     )
13  vs.                              )        CASE NO. 51-CV-1247-GT-RBB
                                     )
14  FALLBROOK PUBLIC UTILITY         )        DECLARATION OF SERVICE
    DISTRICT, a public service corporation )
15  of the State of California, et al., )     Person served: Curtis G. Berkey
          Defendants.                )
16                                   )        Date served: October 13, 2011

17          I, the undersigned, declare under penalty of perjury that I am over the age

18  of eighteen years and not a party to this action; that I served the above named

19  person the following documents:

20                  ANSWER OF HERBERT W. KUEHNE TO
                  SECOND AMENDED COMPLAINT IN INTERVENTION
21  in the following manner:

22          by placing a copy in a separate envelope, with postage fully prepaid, for

23  each address named below and depositing each in the U. S. Mail at Temecula,

24  California on October 13, 2011.

25          Executed on October 13, 2011 at Temecula, California.

26

27          _____

28          Pony Walker

DECLARATION OF SERVICE                    PAGE 1 OF 1                    CASE NO. 51-CV-1247-GT-RBB