1  MARLENE C. KUEHNE
   In Propria Persona
2  2228 E. White Lantern Ln.
   Orange, CA 92867
3  (714) 637-4952

4

5  Attorney for: IN PROPRIA PERSONA



FILED
OCT 20 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )
      Plaintiff,                    )
11 RAMONA BAND OF CAHUILLA,         )
   CAHUILLA BAND OF INDIANS, et al.,)
12 Plaintiff in Intervention,       )
                                    )   CASE NO. 51-CV-1247-GT-RBB
13 vs.                              )
                                    )
14 FALLBROOK PUBLIC UTILITY         )   ANSWER OF MARLENE C. KUEHNE
   DISTRICT, a public service corporation ) TO SECOND AMENDED COMPLAINT
15 of the State of California, et al., )  IN INTERVENTION
       Defendants.                  )
16 _____)

17      In response to the Second Complaint in Intervention, Defendant MARLENE

18 C. KUEHNE denies paragraphs 1 through 14, inclusive.

19      Without limiting or waiving its right to assert additional affirmative defenses

20 which are discovered subsequent to the filing and service of this Answer,

21 Defendant MARLENE C. KUEHNE hereby alleges and asserts the following as

22 separate and affirmative defenses to each and every cause of action set forth in

23 the Second Amended Complaint in Intervention:

24      1. The allegations in the Second Amended Complaint in Intervention do

25 not state sufficient facts to constitute a cause of action against the Defendant.

26      2. The allegations in the Second Amended Complaint in Intervention, and

27 each alleged cause of action set forth therein are vague, ambiguous, uncertain

28 and unintelligible, and as such, fails to allege facts sufficient to constitute a cause

1 of action against the Defendant.

2     3. The Ramona Band of Cahuilla does not posses any right or power to affect or impair real property rights or water rights beyond the boundary of the Cahuilla Reservation.

    4. The United States of America lacks authority under its Constitution to engage in any act, treaty, statute or regulation which impairs property rights (including real property rights and riparian rights) established under California State law.

    5. The use and withdrawal of water by the Ramona Band of Cahuilla under the Cahuilla Reservation is impairing the water available to Defendant MARLENE C. KUEHNE under her real property, thereby entitling Defendant MARLENE C. KUEHNE to compensation and injunctions identical to those sought by the Ramona Band of Cahuilla in its Second Amended Complaint in Intervention.

Dated: Oct. 12, 2011            Respectfully submitted,

*[signature: Marlene C. Kuehne]*
MARLENE C. KUEHNE

---

PAGE 2 OF 2

MARLENE C. KUEHNE's Answer
to Second Amended Complaint in Intervention      CASE NO. 51-CV-1247-GT-RBB