1  Marlene C. Kuehne
   In Propria Persona
2  2228 E. White Lantern Ln.
   Orange, CA 92867
3  (714) 637-4952

4

5  Attorney for:  IN PROPRIA PERSONA

6

7

FILED

OCT 2 0 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                  UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )
         Plaintiff,                   )
11 RAMONA BAND OF CAHUILLA,           )
   CAHUILLA BAND OF INDIANS, et al.,  )
12 Plaintiff in Intervention,         )
                                      )      CASE NO. 51-CV-1247-GT-RBB
13 vs.                                )
                                      )      DECLARATION OF SERVICE
14 FALLBROOK PUBLIC UTILITY           )
   DISTRICT, a public service corporation )  Person served: Curtis G. Berkey
15 of the State of California, et al., )
         Defendants.                  )      Date served: October 13, 2011
16                                    )

17        I, the undersigned, declare under penalty of perjury that I am over the age

18 of eighteen years and not a party to this action; that I served the above named

19 person the following documents:

20            ANSWER OF MARLENE C. KUEHNE TO
           SECOND AMENDED COMPLAINT IN INTERVENTION
21 in the following manner:

22        by placing a copy in a separate envelope, with postage fully prepaid, for

23 each address named below and depositing each in the U. S. Mail at Temecula,

24 California on October 13, 2011.

25        Executed on October 13, 2011 at Temecula, California.

26

27                              _____
                                Pony Walker
28

DECLARATION OF SERVICE                PAGE 1 OF 1

CASE NO. 51-CV-1247-GT-RBB