Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
sbmcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>federally recognized Indian tribes,<br><br>  Plaintiffs in Intervention,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a public service corporation<br>of the State of California, et al.,<br><br>  Defendants. | **JOINT MOTION TO EXTEND STAY**<br><br>Hearing Date: No hearing date set<br><br>Time:<br><br>Courtroom:  8<br><br>Hon. Gordon Thompson, Jr.<br><br>ORAL ARGUMENT NOT REQUIRED |

Case No. 51-cv-1247-GT-RBB

Case No. 51-cv-1247

Pursuant to Rule 4(m) and Rule 6(b) of the Federal Rules of Civil Procedure and Rule 4.1(a) of this Court's rules, Plaintiff-Intervenors, Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes"), respectfully move this Court for a three-month extension of the stay of litigation, until January 27, 2012.

**REQUEST TO EXTEND STAY TO JANUARY 27, 2012**

On April 28, 2011, this Court granted the Tribes' joint motion to extend the stay to October 28, 2011. Since the extension of the stay, the Watermaster and representatives for the Tribes, the United States, the State of California, the County of Riverside, Agri-Empire, Alvin Greenwald, the Hemet Unified School District and the Anza Basin Landowners Group have worked diligently to move the settlement discussions toward a negotiated resolution of the Tribes' claims. Substantial progress has been achieved in narrowing the outstanding issues, in seeking consensus on water allocation principles, and in drafting settlement concepts on which there is tentative agreement. The parties held three meetings, conducting settlement discussions on May 23, 2011, July 14, 2011 and September 26, 2011. Additional meetings are scheduled on October 25, 2011 and December 2, 2011. In addition, the parties have conducted several teleconferences to continue settlement discussions. Status Conferences were held with Magistrate Judge Brooks on June 9, 2011, July 11, 2011, August 5, 2011 and October 4, 2011. The next Status Conference is scheduled on October 27, 2011. The parties continue to be optimistic that a settlement is possible in this case. During the Status Conference on October 4, 2011, Judge Brooks indicated that counsel for the Tribes could advise this Court that in light of the progress made in this case, he recommended that the Court extend the stay for another three months.

i

Case No. 51-cv-1247

1      Based on the foregoing, the Tribes respectfully request that the stay be continued until
2 January 27, 2012.
3 Respectfully submitted this 24th day of October, 2011.

                                  Marco A. Gonzalez (SBN 190832)
                                  COAST LAW GROUP LLP
                                  169 Saxony Road, Suite 204
                                  Encinitas, California 92024
                                  Tel: 760-942-8505 Fax: 760-942-8515

                                  Scott B. McElroy (Pro Hac Vice)
                                  M. Catherine Condon (Pro Hac Vice)
                                  McELROY, MEYER, WALKER
                                    & CONDON, P.C.
                                  1007 Pearl Street, Suite 220
                                  Boulder, Colorado 80302
                                  Tel: 303-442-2021, Fax: 303-444-3490
                                  sbmcelroy@mmwclaw.com
                                  ccondon@mmwclaw.com

                                  By: /s/ M. Catherine Condon
                                       M. Catherine Condon

                                  *Attorneys for Plaintiff in Intervention,*
                                    *the Cahuilla Band of Indians*

                                  Curtis G. Berkey (SBN 195485)
                                  ALEXANDER, BERKEY, WILLIAMS &
                                  WEATHERS LLP
                                  2030 Addison Street, Suite 410
                                  Berkeley, CA 94704
                                  Tel: 510-548-7070, Fax: 510-548-7080
                                  cberkey@abwwlaw.com

                                  By:   s/Curtis G. Berkey
                                       Curtis G. Berkey

                                  *Attorney for Plaintiff in Intervention*
                                    *the Ramona Band of Cahuilla*