### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES     Case No. 51cv1247 GT(RBB)

Time Spent: 25 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

#### Plaintiffs

Patrick Barry (present)     Douglas Garcia (present)
Laura Maul (present)

#### Defendants

Chuck Binder (present)     John Flocken (present)
Curtis Berkey (present)     Marilyn Levin (present)
Scott McElroy (present)     Chris Watson
M. Catherine Condon (present)     Michael Hughes (present)
James Markman (present)     Matthew Duarte (present)
Gordon Lanik     Ray Mistica (present)

PROCEEDINGS: ___ In Chambers ___ In Court __X__ Telephonic

A telephonic, attorneys-only settlement conference was held.

An in-person settlement conference with the attorneys as well as the representatives of the Cahuilla Band of Indians and Ramona Band of Cahuilla tribes *only* is set for January 9, 2012, at 1:30 p.m.

DATE: October 27, 2011     IT IS SO ORDERED: *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Thompson     INITIALS: VL (mg/irc) Deputy
     All Parties of Record