WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



FILED

NOV 0 1 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

October 28, 2011

Honorable Gordon Thompson, Jr.
United States District Court
Southern District of California
940 Front Street
San Diego, CA   92101

51CV1247-GT

Re:   U.S. v. Fallbrook Public Utility District, et al., Civil No. 1247-SD-GT-RBB (S.D. Cal)
      Final Annual Watermaster Report for Water Year 2009-10

Dear Judge Thompson:

      In accordance with Section II of the Order for the Appointment of a Watermaster,
Powers and Duties, dated March 13, 1989, and my letter of September 23, 2011, this is to
inform the Court that no written objections were filed within 30 days of service of mailing
the above-captioned annual report to the parties listed on the Watermaster Distribution
List.   Accordingly, please find the enclosed CD containing the PDF files for the final
Annual Watermaster Report for Water Year 2009-10.   Please make arrangements for
posting the PDF files on the electronic docket.

      If you have any questions please do not hesitate to call.  Thank you.

                              Sincerely,

                              Charles W. Binder

                              Charles W. Binder, P.E.
                              Watermaster

Enclosure
cc (w/o Encl.):  Honorable Ruben B. Brooks

CD TO
clerk's
office
11-01-11