FILED
DEC 0 9 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF STAY**<br><br>Date:  No hearing date set<br>Time:<br>Courtroom:   8<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Joint Motion to Extend Stay* filed by Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a three month extension of the stay, until January 27, 2012.

**IT IS SO ORDERED.**

Date: 12-9-11

_____
GORDON THOMPSON, JR.
United States District Judge

cc:   All Counsel and parties without counsel

Case No.: 51cv1247-GT-RBB