MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES    Case No. 51cv1247 GT(RBB)
                                         Time Spent: 1 hr. 40 mins.
HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

Patrick Barry (present)         Douglas Garcia (present)
Laura Maul (present)

### Defendants

Chuck Binder (present)          John Flocken (present)
Curtis Berkey (present)         Marilyn Levin (present)
Scott McElroy (present)         Michael T. Zarro (present)
M. Catherine Condon             Jeffrey A. Hoskinson (present)
James Markman (present)         Matthew Duarte (present)
Gordon Lanik                    Ray Mistica (present)
                                Michael E. McPherson (present)

PROCEEDINGS:   x   In Chambers   ___   In Court   ___   Telephonic

A settlement conference was held.

A telephonic, attorneys-only settlement conference is set for January 31, 2012, at 8:00 a.m.

A telephonic, attorneys-only settlement conference is also set for March 27, 2012, at 8:00 a.m.

Patrick Barry is to initiate both calls.

DATE: January 9, 2012        IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Thompson                               INITIALS: VL (mg) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA-FALLBROOK\Minute29.wpd