Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS
  & WEATHERS, L.L.P.
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
*Attorney for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> RAMONA BAND OF CAHUILLA, ) <br> CAHUILLA BAND OF INDIANS, ) <br> federally recognized Indian tribes, ) <br> ) <br> Plaintiffs in Intervention, ) <br> ) <br> v. ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, a public service corporation ) <br> of the State of California, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 51-cv-1247-GT-RBB <br><br> **JOINT MOTION TO EXTEND STAY** <br><br> Hearing Date: No hearing date set <br><br> Time: <br><br> Courtroom: 8 <br><br> Hon. Gordon Thompson, Jr. <br><br> ORAL ARGUMENT NOT REQUIRED |

Pursuant to Rule 4(m) and Rule 6(b) of the Federal Rules of Civil Procedure and Rule 4.1(a) of this Court's rules, Plaintiff-Intervenors, Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes"), respectfully move this Court for a four-month extension of the stay of litigation, until May 29, 2012.

## REQUEST TO EXTEND STAY TO MAY 29, 2012

On October 24, 2011, the Tribes requested and this Court subsequently granted the Tribes' joint motion to extend the stay to January 27, 2012. Since the extension of the stay, the Watermaster and representatives for the Tribes, the United States, the State of California, the County of Riverside, Agri-Empire, Alvin Greenwald, the Hemet Unified School District and the Anza Basin Landowners Group have worked diligently to move the settlement discussions toward a negotiated resolution of the Tribes' claims. Substantial progress has been achieved in narrowing the outstanding issues, in seeking consensus on water allocation principles, and in drafting settlement concepts on which there is tentative agreement. The parties held a face-to-face meeting to conduct settlement discussions on October 25, 2011. At that meeting, the attorney for the United States agreed to draft a notice to the unrepresented landowners within the jurisdiction of the District Court who may have water rights to assert as a part of the settlement process. The attorneys for the Tribes agreed to draft a proposed settlement agreement. Drafts of the notice and settlement agreement have been prepared and circulated to the parties participating in the discussions. The Settlement Parties recognized that there are several significant issues to which the parties have not agreed but determined that these issues would be addressed in the context of negotiating the language in the notice and settlement agreement and in further discussions about the proposed water allocations.

In December and January, the Settlement Parties utilized web conferencing[1] ("webinars"), to discuss the draft notice and the draft settlement agreement. The Settlement

---

[1] Web conferencing is a service that allows conferencing events to be shared from remote locations.

Parties participated in three webinars: December 2, 2011, December 16, 2011 and January 5, 2012. Each webinar was between two to three hours in duration. To date, the Settlement Parties have focused their discussions on the draft notice and the portion of the draft settlement agreement related to parties who are not represented by attorneys and who are not participating in the settlement discussions. The Settlement Parties scheduled another webinar on January 30, 2012, to continue to review the notice and settlement agreement.

    Status Conferences were held with Magistrate Judge Brooks on October 26, 2011 and January 9, 2012. Additional Status Conferences are scheduled on January 31, 2012 and March 27, 2012. The parties continue to be optimistic that a settlement is possible in this case. During the Status Conference on January 9, 2012, Judge Brooks indicated that counsel for the Tribes could advise this Court that in light of the progress made in this case, he recommended that the Court extend the stay for another four months.

    Based on the foregoing, the Tribes respectfully request that the stay be continued until May 29, 2012.

    Respectfully submitted this 23rd day of January, 2012.

>  Marco A. Gonzalez (SBN 190832)
>  COAST LAW GROUP LLP
>  1140 S. Coast Hwy 101
>  Encinitas, California  92024
>  Tel: 760-942-8505, Fax: 760-942-8515
>  marco@coastlawgroup.com
>
>  Scott B. McElroy (Pro Hac Vice)
>  M. Catherine Condon (Pro Hac Vice)
>  McELROY, MEYER, WALKER
>    & CONDON, P.C.
>  1007 Pearl Street, Suite 220
>  Boulder, Colorado  80302
>  Tel: 303-442-2021, Fax: 303-444-3490
>  smcelroy@mmwclaw.com
>  ccondon@mmwclaw.com
>
>      */s/ M. Catherine Condon*
>  By:_____
>      M. Catherine Condon
>  *Attorneys for Plaintiff in Intervention,*
>      *the Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com

By: */s/ Curtis G. Berkey*
    Curtis G. Berkey

*Attorney for Plaintiff in Intervention
the Ramona Band of Cahuilla*