1

2   Marco A. Gonzalez (SBN 190832)
    COAST LAW GROUP, L.L.P.
3   1140 S. Coast Hwy 101
    Encinitas, California 92024
4   Tel: 760-942-8505, Fax: 760-942-8515
    marco@coastlawgroup.com
5
    Scott B. McElroy (Pro Hac Vice)
6   M. Catherine Condon (Pro Hac Vice)
    McELROY, MEYER, WALKER & CONDON, P.C.
7   1007 Pearl Street, Suite 220
    Boulder, Colorado  80302
8   Tel:  303-442-2021, Fax: 303-444-3490
    smcelroy@mmwclaw.com
9   ccondon@mmwclaw.com
    *Attorneys for Plaintiff in Intervention,*
10    *Cahuilla Band of Indians*

11  Curtis G. Berkey
    ALEXANDER, BERKEY, WILLIAMS
12    & WEATHERS, L.L.P.
    2030 Addison Street, Suite 410
13  Berkeley, CA 94704
    Tel: 510-548-7070, Fax: 510-548-7080
14  cberkey@abwwlaw.com
    *Attorney for Plaintiff in Intervention*
15    *the Ramona Band of Cahuilla*

16              **IN THE UNITED STATES DISTRICT COURT**
                   **SOUTHERN DISTRICT OF CALIFORNIA**
17
    UNITED STATES OF AMERICA,          )     Case No. 51-cv-1247-GT-RBB
18                                     )
             Plaintiff,                )
19                                     )     **PROOF OF SERVICE**
    RAMONA BAND OF CAHUILLA,           )
20  CAHUILLA BAND OF INDIANS,          )     Hearing Date: No hearing date set
    federally recognized Indian tribes, )    Time:
21                                     )     Courtroom:   8
             Plaintiffs in Intervention, )
22                                     )     Hon. Gordon Thompson, Jr.
             v.                        )
23                                     )
    FALLBROOK PUBLIC UTILITY           )
24  DISTRICT, a public service corporation )
    of the State of California, et al., )
25                                     )
             Defendants.               )
26                                     )

27

28
                                                      Case No. 51-cv-1247
    Proof of Service

I, Daryl Ann Vitale, declare:

I am a resident of the State of Colorado, over the age of 18 years, and not a party to the within action. My business address is McElroy, Meyer, Walker & Condon, P.C., 1007 Pearl St., Suite 220, Boulder, Colorado. On January 23, 2012 I electronically filed the Joint Motion to Extend Stay with the Clerk of the Court using the CM/ECF system, which generated and transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

Alice E. Walker  awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim  tkim@rwglaw.com, lpomatto@rwglaw.com
Bill J Kuenzinger  bkuenzinger@bdasports.com, rjones@bhsmck.com
Charles W Binder  cwbinder@smrwm.org
Curtis G Berkey  cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel E. Steuer  dsteuer@mmwclaw.com, dvitale@mmwclaw.com
Daniel J Goulding  mholt@qualityloan.com, asoderberg@qualityloan.com,
    QLSLitigation@qualityloan.com
David Leventhal  davelevlaw@yahoo.com
David Philip Colella  dcolella@flsd.com
Donald R Timms  dontimms@san.rr.com
F Patrick Barry  patrick.barry@usdoj.gov
Gary D Leasure  gleasure@garydleasure.com
George Chakmakis  george@chakmakislaw.com
Gerald (Jerry) Blank  gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan  hcarpelan@redwineandsherrill.com
James B Gilpin  james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com,
lisa.grennon@bbklaw.com
James Michael Powell  jpowellesq@gmail.com, info@mydebtorlaw.com
John A Karaczynski  jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
John Christopher Lemmo  jl@procopio.com, laj@procopio.com
Jonathan M Deer  jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
Kevin Patrick Sullivan  ksullivan@sanlawyers.com, kstanis@sanlawyers.com
Linda Caldwell  goforthvillage2@yahoo.com
M. Catherine Condon  ccondon@mmwclaw.com, dvitale@mmwclaw.com
Marco Antonio Gonzalez  marco@coastlawgroup.com, sara@coastlawgroup.com
Marilyn H Levin  marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Mark L Brandon  mbrandon@brandon-law.com, dslack@brandon-law.com
Mary L Fickel  mfickel@sampsonlaw.net, bsampson@sampsonlaw.net
Matthew L Green  matthew.green@bbklaw.com, lisa.grennon@bbklaw.com
Michael Duane Davis  michael.davis@greshamsavage.com,
teri.gallagher@greshamsavage.com
Michele A Staples  mstaples@jdtplaw.com, dtankersley@jdtplaw.com,
pgosney@jdtplaw.com
Patricia Grace Rosenberg  prosenberg@hnattorneys.com
Peter J Mort  pmort@akingump.com, jfukai@akingump.com
Richard Alvin Lewis  Rlewis@RichardLewis.com
Robert H James  bob@fallbrooklawoffice.com
Robert K Edmunds  robert.edmunds@bipc.com, lynda.west@bipc.com
Robert M Cohen  rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
    wwendelstein@cohenburgelaw.com
Scott B. McElroy  smcelroy@mmwclaw.com, dvitale@mmwclaw.com

1   Thomas Caldwell  goforthvillage2@yahoo.com
    Thomas C Stahl  Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov,
2       marilyn.weaver@usdoj.gov, sandra.huston@usdoj.gov
    Timothy P Johnson  tjohnson@johnson-chambers.com, cww@johnson-chambers.com
3     William K. Koska  wkoska@koskalaw.com, alice.ross@clmlawfirm.com,
      bill.koska@clmlawfirm.com
4
    Herbert W Kuehne  hwkuehne@pacbell.net
5   Marlene C Kuehne  hwkuehne@pacbell.net

6       I further certify that on January 23, 2012, I served the Notice of Electronic Filing for
  the *Joint Motion to Extend Stay*, via U.S. Mail, postage prepaid, on the following individuals:
7

8   Anna Gale James               James L. Markman
9   40275 Curry Court            Richards Watson & Gershon
10   Aguanga, CA 92536          1 Civic Center Circle
                                        PO Box 1059
11   Briar McTaggart              Brea, CA 92822-1059
12   1642 Merion Way 40E
13   Seal Beach, CA 90740        John Ellison
                                          49975 Indian Rock
14   Carl Gage                    Aguanga, CA 92536
15   40685 Tumbleweed Trail
16   Aguanga, CA 92536          Khyber Courchesne
                                          1264 Page Street
17   Carolyn Ellison              San Francisco, CA 94117
18   49975 Indian Rock
19   Aguanga, CA 92536          Marianne E Pajot
                                          40225 Curry Court
20   Donna Gage                 Aguanga, CA 92536
21   40685 Tumbleweed Trail
22   Aguanga, CA 92536          Mary E Lee
                                          42010 Rolling Hills Drive
23   Edward Lueras             Aguanga, CA 92536
24   Carol Lueras
    623 Beverly Blvd.
25   Fullerton, CA 96833
                                          Michael J Machado
26                                     Pamela M Machado
27                                     P O Box 391607
                                          Anza, CA 92539
28

1   John S. Wilson
2   Peggy Wilson
3   14205 Minorca Cove
    Del Mar, CA 92014-2932
4
5   Robert Mannschreck
    Diane Mannschreck
6   1600 Kiowa Ave
7   Lake Havasu City, AZ 86403
8
    Thomas C Perkins
9   7037 Gaskin Place
10  Riverside, CA 92506

11
        I declare under penalty of perjury under the laws of the State of Colorado that the
12  above is true and correct.

13
        Executed on January 23, 2012.
14

15
                                            Daryl Ann Vitale
16
                                            McELROY, MEYER, WALKER &
17                                          CONDON, P.C.
                                            1007 Pearl Street, Suite 220
18                                          Boulder, Colorado  80302
19                                          Tel:  303-442-2021, Fax: 303-444-3490
                                            dvitale@mmwclaw.com
20

21

22

23

24

25

26

27

28