FILED
JAN 25 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes,

    Plaintiffs in Intervention,

    v.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,

    Defendants.

Case No. 51-cv-1247-GT-RBB

**ORDER GRANTING MOTION TO EXTEND STAY**

Hearing Date: No hearing date set

Time:
Courtroom: 8
Hon. Gordon Thompson, Jr.

ORAL ARGUMENT NOT REQUIRED

Upon consideration of the *Joint Motion to Extend Stay* filed by Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a four-month extension of the stay, until May 29, 2012.

**IT IS SO ORDERED.**

Date: 1-25-12

GORDON THOMPSON, JR.
United States District Judge

cc: All Counsel and parties without counsel