## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                           Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia
Laura Maul (present)

### Defendants

Chuck Binder                         John Flocken (present)
Curtis Berkey (present)              Marilyn Levin
Scott McElroy (present)              Michael T. Zarro
M. Catherine Condon (present)        Jeffrey A. Hoskinson (present)
James Markman (present)              Matthew Duarte (present)
Gordon Lanik                         Ray Mistica (present)
                                     Noah Golden-Krasner (present)

PROCEEDINGS:    ____ In Chambers    ____ In Court    x  Telephonic

A telephonic, attorneys-only settlement conference was held.

DATE: January 31, 2012         IT IS SO ORDERED:  *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Thompson                                INITIALS: VL (mg) Deputy
    All Parties of Record