## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent: 25 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE          Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Michael E. McPherson (present)

### Defendants

Chuck Binder                         John Flocken (present)
Curtis Berkey (present)              Marilyn Levin
Scott McElroy (present)              Michael T. Zarro
M. Catherine Condon (present)        Jeffrey A. Hoskinson (present)
James Markman (present)              Matthew Duarte (present)
Gordon Lanik                         Ray Mistica (present)
                                     Michael T. Zarro (present)

PROCEEDINGS:  _____  In Chambers  _____  In Court  __x__ Telephonic

A telephonic, attorneys-only settlement conference was held.

An in-person settlement conference with the United States of America, the Cahuilla Band of Indians, and Agri-Empire, Inc., is set for May 15, 2012, at 1:30 p.m.  Each party should submit a settlement brief, not to exceed five pages, to the Court by May 11, 2012.  Watermaster Charles W. Binder is also to attend.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

A telephonic, attorneys-only settlement conference is set for May 25, 2012, at 8:00 a.m.  Patrick Barry is to initiate the call.

DATE: March 27, 2012          IT IS SO ORDERED:  _Ruben Brooks_____

                                              Ruben B. Brooks,
                                              U.S. Magistrate Judge
cc:  Judge Thompson                INITIALS:  VL (mg)  Deputy
     All Parties of Record