## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)
                                                        Time Spent: 3 hrs. 10 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Michael E. McPherson | |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte |
| Gordon Lanik | Ray Mistica |
| Rob Davis (present) | Michael T. Zarro |

PROCEEDINGS:     x   In Chambers      ___   In Court      ___   Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

A telephonic settlement conference with counsel for these parties only is set for June 19, 2012, at 8:00 a.m.

Patrick Barry is to initiate the call.

An additional in-person settlement conference with the United States of America; the Cahuilla Band of Indians; and Agri-Empire, Inc. is set for July 18, 2012, at 1:30 p.m. Watermaster Charles W. Binder is also to attend.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: May 15, 2012             IT IS SO ORDERED:    *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Thompson                                 INITIALS:  VL (mg)  Deputy
     All Parties of Record