**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                               Time Spent: ____
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr. ____

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Michael E. McPherson | |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte |
| Gordon Lanik | Ray Mistica |
| Rob Davis | Michael T. Zarro |

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The telephonic, attorneys-only settlement conference set for May 25, 2012, at 8:00 a.m. with counsel for all parties is vacated and reset for June 19, 2012, at 8:30 a.m.

The telephonic, attorneys-only settlement conference set for June 19, 2012, at 8:00 a.m. with counsel for the United States of America, the Cahuilla Band of Indians, and Agri-Empire, Inc. only remains set.

Watermaster Charles W. Binder is to participate in both telephonic conferences.

Patrick Barry is to initiate both calls.

DATE: May 21, 2012        IT IS SO ORDERED: _/s/ Ruben Brooks_
                                             Ruben B. Brooks,
                                             U.S. Magistrate Judge
cc:  Judge Thompson                          INITIALS: VL (mg) Deputy
     All Parties of Record