Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GT-RBB |
| Plaintiff, | **JOINT MOTION TO EXTEND THE STAY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | |
| Plaintiff-Intervenors, | Hon. Gordon Thompson, Jr. |
| v. | Date: No hearing date set |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Time: |
| Defendants. | Courtroom: 8 |
| | **ORAL ARGUMENT NOT REQUIRED** |

Case No.: 51-cv-1247-GT-RBB

1    Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Rule 4.1(a) of this Court's
2    rules, Plaintiff-Intervenors, Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes"),
3    respectfully move this Court for a four-month extension of the stay of litigation, until September 28,
4    2012.
5    On January 25, 2012, this Court granted the Tribes' joint motion to extend the stay of
6    litigation to May 29, 2012.  During the period of the stay, representatives of the Tribes; the United
7    States; the State of California; the County of Riverside; Agri-Empire; Alvin Greenwald; the Hemet
8    Unified School District; the Anza Basin Landowners Group and the Watermaster ("Settlement
9    Parties") have continued their settlement discussions.  As previously reported, the Tribes have taken
10   the lead in drafting a proposed settlement agreement for review by the Settlement Parties.  Others
11   have contributed to drafting various proposed provisions as well.  The Settlement Parties are using
12   webinar technology for these discussions, which allows telephonic conferencing and revisions to the
13   draft settlement agreement all participants may view on computer screens.  Webinars to work on
14   revising the language of the draft settlement agreement were held on January 30; February 21;
15   March 22; and April 16.  A telephonic negotiation session was also held on May 22.  In addition,
16   representatives of the Cahuilla Band of Indians, the United States and Agri-Empire held a meeting
17   on May 1 to discuss potential resolution of issues limited to those parties.
18   Progress toward a negotiated resolution of the Tribes' claims continues to be made.  The
19   Parties have essentially agreed on the language of a draft Notice to be sent to unrepresented
20   landowner parties within the jurisdiction of the Court who may have water rights to assert as part of
21   the settlement process.  There appears to be a consensus about the basic structure of the settlement
22   agreement, and certain fundamental concepts have been agreed to.  To be sure, there are several
23   difficult issues yet to resolve, but the Settlement Parties are committed to a negotiated resolution of
24   them.  A Technical Committee comprised of the Watermaster and the Parties' consultants has been
25   established to develop data, information and concepts that the parties may use in resolving the
26   outstanding issues.  The parties have discussed the scope of work for the Technical Committee and it
27   will soon begin work.
28

1    Telephonic status conferences with Magistrate Judge Brooks were held on January 31 and
2 March 27.  In addition, on May 15, Judge Brooks held a status conference in chambers with
3 representatives of the Cahuilla Band of Indians, the United States and Agri-Empire.
4    Counsel for the Tribes has contacted counsel for the Settlement Parties to confer about this
5 request.  The United States, the State of California, Riverside County, the Hemet Unified School
6 District and Alvin Greenwald support this request to extend the stay.  The Anza Basin Landowners
7 Group indicated they do not oppose the request to extend the stay.  Agri-Empire has indicated it does
8 not support an extension of the stay beyond July 18, 2012.
9    Based on the foregoing, the Tribes respectfully request that the stay be continued until
10 September 28, 2012.

12 Date: May 25, 2012                    Respectfully submitted,

13                                       ALEXANDER, BERKEY, WILLIAMS &
                                         WEATHERS LLP

15                                       By:/s/Curtis G. Berkey
                                            Curtis G. Berkey
16                                          Scott W. Williams
                                            2030 Addison Street, Suite 410
17                                          Berkeley, California 94704
                                            Tel: 510/548-7070; Fax: 510/548-7080
18                                          E-mail: cberkey@abwwlaw.com
                                            E-mail: swilliams@abwwlaw.com

                                         *Attorneys for Plaintiff-Intervenor,*
20                                       *Ramona Band of Cahuilla*

21                                       Marco A. Gonzalez (SBN 190832)
                                         COAST LAW GROUP LLP
22                                       11140 S. Coast Hwy. 101
                                         Encinitas, California  92024
23                                       Tel:  760/942-8505; Fax: 760/942-8515
                                         Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: /s/Scott B. McElroy
 Scott B. McElroy (Pro Hac Vice)
 M. Catherine Condon (Pro Hac Vice)
 1007 Pearl Street, Suite 220
 Boulder, Colorado
 Tel: 303/442-2021; Fax: 303/444-3490
 E-mail: sbmcelroy@mmwclaw.com
 E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*