1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@abwwlaw.com
4  E-mail: swilliams@abwwlaw.com
   *Attorneys for Plaintiff-Intervenor*
5  *Ramona Band of Cahuilla*

6  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
7  1140 S. Coast Hwy. 101
   Encinitas, CA 92024
8  Tel: 760/942-8505, Fax: 760/942-8515
   Email: marco@coastlawgroup.com
9
   Scott B. McElroy (Pro Hac Vice)
10 M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
11 1007 Pearl Street, Suite 220, Boulder, CO 80302
   Tel: 303/442-2021, Fax: 303/444-3490
12 E-mail: sbmcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com
13 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*

14

UNITED STATES DISTRICT COURT

15

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GT-RBB |
| 18           Plaintiff, | **DECLARATION OF SERVICE** |
| 19  RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., | Hon. Gordon Thompson, Jr. |
| 20           Plaintiff-Intervenors, | |
| 21  v. | Date:  No hearing date set<br>Time:<br>Courtroom: 8 |
| 22  FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| 23           Defendants. | **ORAL ARGUMENT NOT REQUIRED** |

24
25
26
27
28

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On May 25, 2012, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the following documents in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GT-RBB:

1) **JOINT MOTION TO EXTEND THE STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker:  awalker@mmwclaw.com; dvitale@mmwclaw.com
B. Tilden Kim:  tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger:  bkuenziger@bdasports.com; rjones@bhsmck.com
Charles W. Binder:  cwbinder@smrwm.org
Curtis G. Berkey:  cberkey@abwwlaw.com; mmorales@abwwlaw.com
Daniel E. Steuer:  dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding:  jhester@mccarthyholthaus.com
David Leventhal:  davelevlaw@yahoo.com
David Philip Colella:  dcolella@flsd.com
Donald R. Timms:  dontimms@san.rr.com
F. Patrick Barry:  patrick.barry@usdoj.gov
Gary D. Leasure:  gleasure@garydleasure.com
George Chakmakis:  george@chakmakislaw.com
Gerald (Jerry) Blank:  gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan:  hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne:  hwkuehne@pacbell.net
James B. Gilpin:  james.gilpin@bbklaw.com
James Michael Powell:  jpowellesq@gmail.com
John A. Karaczynski:  jkaraczynski@akingump.com; dcolvin@akingump.com
John Christopher Lemmo:  jl@procopio.com; laj@procopio.com
Jonathan M. Deer:  jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Kevin Patrick Sullivan:  ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Linda Caldwell:  goforthvillage2@yahoo.com
M. Catherine Condon:  ccondon@mmwclaw.com; dvitale@mmwclaw.com
Marco Antonio Gonzalez:  marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin:  marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mark L. Brandon:  mbrandon@brandon-law.com; dslack@brandon-law.com
Mary L. Fickel:  mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green:  matthew.green@bbklaw.com; amelia.mendez@bbklaw.com
Michael Duane Davis:  michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples:  mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg:  prosenberg@hnattorneys.com
Peter J. Mort:  pmort@akingump.com; jfukai@akingump.com
Richard Alvin Lewis:  Rlewis@RichardLewis.com
Robert J. James:  bob@fallbrooklawoffice.com
Robert K. Edmunds:  robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bipc.com
Robert M. Cohen:  rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott B. McElroy:  smcelroy@mmwclaw.com; dvitale@mmwclaw.com
Thomas Caldwell:  goforthvillage2@yahoo.com
Thomas C. Stahl:  Thomas.Stahl@usdoj.gov
Timothy P. Johnson:  tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska:  wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on May 25, 2012, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING (Docket # 5377)**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

James L. Markman
Richards, Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Briar McTaggart
1642 Merion Way, 40E
Seal Beach, CA 90740

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on May 25, 2012, at Berkeley, California.

*Martha Morales* (signature)
Martha Morales