

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　Defendants. | CIVIL NO.: 51-cv-1247-GT-RBB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE STAY**<br><br>Date:   No hearing date set<br>Time:<br>Courtroom: 8<br><br>Hon. Gordon Thompson, Jr.<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Joint Motion to Extend the Stay* filed by Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a four month extension of the stay, until September 28, 2012.

**IT IS SO ORDERED.**

Date: June 6th 2012

　　　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　United States District Judge

cc:   All Counsel and parties without counsel

Case No.: 51cv1247-GT-RBB