## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)
                                                        Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Chris Watson (present)

### Defendants

Chuck Binder (present)               John Flocken
Curtis Berkey                        Marilyn Levin
Scott McElroy (present)              Michael T. Zarro
M. Catherine Condon (present)        Jeffrey A. Hoskinson
James Markman                        Matthew Duarte (present)
Gordon Lanik                         Ray Mistica
Rob Davis (present)                  Michael T. Zarro

PROCEEDINGS:  ____ In Chambers    ____ In Court    _x_ Telephonic

A telephonic settlement conference with counsel for the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

An additional telephonic settlement conference with counsel for these parties only is set for June 29, 2012, at 8:30 a.m.

Patrick Barry is to initiate the call.

The in-person settlement conference with these parties and counsel only scheduled for July 18, 2012, at 1:30 p.m. remains set.

DATE: June 19, 2012          IT IS SO ORDERED:  *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Thompson                              INITIALS:  VL (mg) Deputy
    All Parties of Record