MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GT(RBB)
                                                        Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                             Rptr.

                               Plaintiffs

Patrick Barry (present)                Douglas Garcia (present)
Chris Watson (present)

                               Defendants

Chuck Binder (present)                 John Flocken (present)
Curtis Berkey (present)                Marilyn Levin (present)
Scott McElroy (present)                Michael T. Zarro
M. Catherine Condon (present)          Jeffrey A. Hoskinson (present)
James Markman (present)                Matthew Duarte (present)
Gordon Lanik                           Ray Mistica (present)
Rob Davis (present)                    Michael T. Zarro

PROCEEDINGS:  ____ In Chambers   ____ In Court   __x__ Telephonic

A telephonic settlement conference with counsel for all parties was held.

A further telephonic settlement conference with counsel for all parties is set for July 19, 2012, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: June 19, 2012            IT IS SO ORDERED:    *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc: Judge Thompson                                  INITIALS: VL (mg) Deputy
    All Parties of Record