### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GT(RBB)

       Time Spent: 15 mins.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE        Rptr.

#### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Chris Watson (present) | |

#### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica |
| Rob Davis | Michael T. Zarro |

PROCEEDINGS:   ___ In Chambers   ___ In Court   _x_ Telephonic

A telephonic settlement conference with counsel for the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

DATE: June 29, 2012        IT IS SO ORDERED: *Ruben Brooks*

                                                            Ruben B. Brooks,
                                                            U.S. Magistrate Judge

cc: Judge Thompson                      INITIALS: VL (mg) Deputy
     All Parties of Record