**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

FILED
JUL 06 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>Defendants. | Case No. 51-1247-SD-C<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON**<br><br><br><br>Hon. Gordon Thompson, Jr. |

PLEASE TAKE NOTICE THAT Bryan D. Sampson, defendant and attorney of record in the above-captioned case moves the Court to make the following attorney substitution:

1. Former Counsel:

   Bryan D. Sampson (SBN: 143143)

   Sampson & Associates

2. New Counsel:

   Mary L. Fickel (SBN: 221872)

   Fickel & Davis.

1

1  Bryan D. Sampson hereby acknowledges and consents to the substitution of Mary L. Fickel in
2  place and instead of Bryan D. Sampson with respect to the representation of the defendant Bryan D.
3  Sampson regarding the above-captioned cases.

4  Please direct any and all future notices, pleadings, briefs, correspondence, and other inquiries
5  to the following:

6  Mary L. Fickel (SBN: 221872)
   Fickel & Davis
7  2139 First Avenue
   San Diego, CA 92101
8  Telephone: (619) 557-9420
   Facismile: (619) 557-9425
9  E-mail: mfickel@sampsonlaw.net

11  IT IS SO AGREED.

13                                           Respectfully submitted,

14  DATED: June 29, 2012                     **SAMPSON & ASSOCIATES**

15                                           By:  /s/ Bryan D. Sampson
                                                  Bryan D. Sampson, Esq.
16                                                Sampson & Associates

18                                           By:  /s/ Mary L. Fickel
                                                  Mary L. Fickel, Esq.
                                                  Fickel & Davis
19

20                                           By:  _____
                                                  Bryan D. Sampson
21                                                Defendant

22  IT IS HEREBY ORDERED THAT the Joint Motion for substitution of attorney is hereby
23  granted.

24  IT IS SO ORDERED:

26  Dated: 7/6/12                             _____
                                              Judge, U.S. District Court

*Side margin:* SAMPSON & ASSOCIATES / ATTORNEYS AT LAW / 2139 FIRST AVENUE / SAN DIEGO, CALIFORNIA 92101 / TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
SUBSTITUTION OF ATTORNEY
S:\Company Files\Clients - Open\USA v. Fallbrook\Cases.Transfer\SubofAtty.wpd

**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Defendant
BRYAN D. SAMPSON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>Defendants. | Case No. 51-1247-SD-C<br><br>**PROOF OF SERVICE**<br><br><br><br>Hon. Gordon Thompson, Jr. |

### DECLARATION OF SERVICE

I, Vanessa Garrett, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is 2139 First Avenue, San Diego, California, 92101.

I further declare that I am readily familiar with the business practices of Sampson & Associates for service of documents, which documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally, are delivered the same day.

1

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Cases.Transfer\POS.wpd

On July 3, 2012, I served the following document:

• **MOTION FOR SUBSTITUTION OF ATTORNEY AND ORDER THERON**
on the following:

Curtis G. Berkey, Esq.
Alexander, Berkey, Williams & Weathers, LLP
2030 Addison Street, Ste. 410
Berkeley, CA 94704
*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla's*

Marco A. Gonzalez, Esq.
Coast Law Group LLP
169 Saxony Rd. Ste. 204
Encinitas, CA 92024
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Patrick Barry (*Pro Hac Vice*)
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026
*Attorney for the United States*

John Karaczynski, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
*Attorneys for Plaintiff-Intervenor/Defendant Pechanga Band of Luiseño Indians*

C. Michael Cowett, Esq.
Best Best & Krieger, LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
*Attorneys for Rancho California Water District*

Scott B. McElroy, Esq.
Greene, Meyer & McElroy
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

in the following manner of service:

☒ By Electronic Filing. Pursuant to General Order No. 550, such document was submitted via the Court's electronic filing system to the offices of the addressees where indicated.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on July 3, 2012, at San Diego, California.

*/s/ Vanessa Garrett*
Vanessa K. Garrett