| | |
|---|---|
| 1 | **SAMPSON & ASSOCIATES** |
| 2 | Bryan D. Sampson, Esq. (#143143)<br>2139 First Avenue |
| 3 | San Diego, California 92101<br>Tel. (619) 557-9420 / Fax (619) 557-9425 |
| 4 | bsampson@sampsonlaw.net |
| 5 | Attorneys for Defendant<br>BRYAN D. SAMPSON |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHULLA,<br>CAHUILLA BAND OF INDIANS,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>    Defendants. | Case No. 51-1247-SD-C<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON**<br><br><br>Hon. Gordon Thompson, Jr. |

PLEASE TAKE NOTICE THAT Bryan D. Sampson, defendant and attorney of record in the above-captioned case moves the Court to make the following attorney substitution:

1. Former Counsel:

    Bryan D. Sampson (SBN: 143143)

    Sampson & Associates

2. New Counsel:

    Mary L. Fickel (SBN: 221872)

    Fickel & Davis.

1

Case No. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
SUBSTITUTION OF ATTORNEY
S:\Company Files\Clients - Open\USA v. Fallbrook\Cases.Transfer\SubofAtty.wpd

1  Bryan D. Sampson hereby acknowledges and consents to the substitution of Mary L. Fickel in
2  place and instead of Bryan D. Sampson with respect to the representation of the defendant Bryan D.
3  Sampson regarding the above-captioned cases.
4  Please direct any and all future notices, pleadings, briefs, correspondence, and other inquiries
5  to the following:

6  Mary L. Fickel (SBN: 221872)
   Fickel & Davis
7  2139 First Avenue
   San Diego, CA 92101
8  Telephone: (619) 557-9420
   Facsimile: (619) 557-9425
9  E-mail: mfickel@sampsonlaw.net

10

11  IT IS SO AGREED.

12

13  Respectfully submitted,

14  DATED: June 29, 2012       **SAMPSON & ASSOCIATES**

15                 By:   /s/ Bryan D. Sampson
                         Bryan D. Sampson, Esq.
16                       Sampson & Associates

17
                   By:   /s/ Mary L. Fickel
18                       Mary L. Fickel, Esq.
                         Fickel & Davis
19

20                 By:   _____
                         Bryan D. Sampson
21                       Defendant

22  IT IS HEREBY ORDERED THAT the Joint Motion for substitution of attorney is hereby
23  granted.
24  IT IS SO ORDERED:
25
26                                       _____
27                                       Judge, U.S. District Court
28

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
SUBSTITUTION OF ATTORNEY
S:\Company Files\Clients - Open\USA v. Fallbrook\Cases.Transfer\SubofAtty.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425