1  **SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
2  Mary L. Fickel, Esq. (#221872)
2139 First Avenue
3  San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
4  bsampson@sampsonlaw.net

5  Attorneys for Defendant
BRYAN D. SAMPSON
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA,           | Case No. 51-1247-SD-C

11 |           Plaintiff,

12 | RAMONA BAND OF CAHULLA,
   | CAHUILLA BAND OF INDIANS,           | **PROOF OF SERVICE**
13 |
14 |           Plaintiff-Intervenors,
15 | v.
16 | FALLBROOK PUBLIC UTILITY DISTRICT,
   | et al.,
17 |
   |           Defendants.               | Hon. Gordon Thompson, Jr.
18

19                      **DECLARATION OF SERVICE**

20         I, Vanessa Garrett, declare:

21         I am a citizen of the United States and I am employed in the County of San Diego, State of

22 California. I am over the age of 18 years and not a party to this action. My business address is 2139

23 First Avenue, San Diego, California, 92101.

24         I further declare that I am readily familiar with the business practices of Sampson & Associates

25 for service of documents, which documents served by facsimile are transmitted in and the original

26 deposited with the United States Postal Service in our ordinary course of business on the same day, the

27 documents served by mail are deposited with the United States Postal Service in the ordinary course

28 of business the same day and that documents served personally, are delivered the same day.

1

Case No. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Cases.Transfer\POS.wpd

|   |   |
|---|---|
| 1 | On July 6, 2012, I served the following document: |
| 2 | • **MOTION FOR SUBSTITUTION OF ATTORNEY AND ORDER THERON** |
| 3 | on the following: |

Curtis G. Berkey, Esq.
Alexander, Berkey, Williams & Weathers, LLP
2030 Addison Street, Ste. 410
Berkeley, CA 94704
*Attorneys for Plaintiff-Intervenor Ramona Band of Cahuilla's*

Marco A. Gonzalez, Esq.
Coast Law Group LLP
169 Saxony Rd. Ste. 204
Encinitas, CA 92024
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

Patrick Barry (*Pro Hac Vice*)
U.S. Department of Justice
P.O. Box 44378
Washington, D.C. 20026
*Attorney for the United States*

John Karaczynski, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
*Attorneys for Plaintiff-Intervenor/Defendant Pechanga Band of Luiseño Indians*

C. Michael Cowett, Esq.
Best Best & Krieger, LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
*Attorneys for Rancho California Water District*

Scott B. McElroy, Esq.
Greene, Meyer & McElroy
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
*Attorneys for Plaintiff-Intervenor Cahuilla Band of Indians*

in the following manner of service:

☒ By Electronic Filing. Pursuant to General Order No. 550, such document was submitted via the Court's electronic filing system to the offices of the addressees where indicated.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on July 3, 2012, at San Diego, California.

_____
Vanessa K. Garrett

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

CASE NO. 1247-SD-C
U.S.A, et al., v. Fallbrook Public Utilities District, et al,
PROOF OF SERVICE
S:\Company Files\Clients - Open\USA v. Fallbrook\Cases.Transfer\POS.wpd