## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GT(RBB)
                                                    Time Spent: _____

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte |
| Gordon Lanik | Ray Mistica |
| Rob Davis | Michael T. Zarro |

PROCEEDINGS:  ____  In Chambers    ____  In Court    ____  Telephonic

The in-person settlement conference with parties and counsel for the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder set for July 18, 2012, at 1:30 p.m. is vacated and reset for August 21, 2012, at 2:00 p.m.

DATE: July 12, 2012         IT IS SO ORDERED:  *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Thompson                            INITIALS: VL (mg) Deputy
     All Parties of Record