Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GT-RBB<br><br>**STATUS REPORT SUBMITTED BY THE CAHUILLA BAND OF INDIANS AND THE RAMONA BAND OF CAHUILLA**<br><br>Hon. Gordon Thompson, Jr.<br><br>Date: No hearing date set<br>Time:<br>Courtroom: 8 |

Case No.: 51-cv-1247-GT-RBB

| | |
|---|---|
| 1 | Pursuant to the Court's July 29, 2011 *Order Granting Joint Motion to Authorize Service of* |
| 2 | *Process by Publication*, as amended by the Court's September 8, 2011 *Order Amending Order* |
| 3 | *Granting Joint Motion to Authorize Service of Process by Publication*, the Cahuilla Band of Indians |
| 4 | and the Ramona Band of Cahuilla ("Tribes") submit this status report confirming that service by |
| 5 | publication has been completed. The summonses were published once a week for four successive |
| 6 | weeks for both Second Amended Complaints, with identification of those defendants located in the |
| 7 | area where the newspaper is published. The Tribes are attaching the Affidavits of Publication for the |
| 8 | following newspapers as Attachment 1: |

- Anza Valley Outlook (Anza, CA)
- Arizona Republic (Phoenix, AZ)
- Chattanooga Times Free Press (Hamilton County, Tennessee)
- Florida Times Union (Jacksonville, FL)
- High Country Journal (Anza and Aguanga, CA)
- Houston Chronicle (Houston, TX)
- La Jolla Village News (San Diego, CA)
- Las Vegas Sun (Las Vegas, NV)
- Laughlin Nevada Times (Laughlin, NV)
- Long Beach Press-Telegram (Long Beach, CA)
- Los Angeles Times (Los Angeles, CA)
- Malibu Times (Malibu, CA)
- Marietta Daily Journal (Marietta, GA)
- Midlothian Mirror (Waxahachie, TX)
- Newberry Eagle (La Pine, OR) (Published in this paper after learning La Pine Weekly News had gone out of business)
- North County Times (San Diego and Riverside Counties, CA)
- Orange County Register (Orange County, CA)
- Press Enterprise (Riverside, CA)
- San Diego Union Tribune (San Diego, CA)

1. The Acorn Newspapers (Agoura Hills, CA)
2. The Alpine Sun (Alpine, CA)
3. The Coast News (Encinitas, CA)
4. The Daily Breeze (Torrance, CA)
5. The Desert Sun (Palm Springs, CA)
6. The Friday Flyer (Canyon Lake, CA)
7. The Spectrum (St. George, UT)
8. The Times News (Nephi, UT)
9. Woodland Daily Democrat (Woodland, CA)
10. Yuma Sun (Yuma, AZ)

Based on the fact that the Tribes have completed this final step of service by publication, the Tribes have completed service on all defendants. Now that service is complete, the Tribes intend to file a motion and order addressing how to proceed when, during the pendency of this action, a defendant either (1) dies; or (2) transfers a property interest that is at issue in this action to a third party.

Date: July 17, 2012

Respectfully submitted,

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California 92024
Tel: 760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: s/Scott B. McElroy
Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
1007 Pearl Street, Suite 220
Boulder, Colorado
Tel: 303/442-2021; Fax: 303/444-3490
E-mail: sbmcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP

By: s/Curtis G. Berkey
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@abwwlaw.com
    E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

## DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On July 17, 2012, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the following documents in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GT-RBB:

1) **STATUS REPORT SUBMITTED BY THE CAHUILLA BAND OF INDIANS AND THE RAMONA BAND OF CAHUILLA**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker: awalker@mmwclaw.com; dvitale@mmwclaw.com
B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Charles W. Binder: cwbinder@smrwm.org
Curtis G. Berkey: cberkey@abwwlaw.com; mmorales@abwwlaw.com
Daniel E. Steuer: dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding: jhester@mccarthyholthaus.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
Gary D. Leasure: gleasure@garydleasure.com
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan: hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com
James Michael Powell: jpowellesq@gmail.com
John A. Karaczynski: jkaraczynski@akingump.com; dcolvin@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Kevin Patrick Sullivan: ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Linda Caldwell: goforthvillage2@yahoo.com
M. Catherine Condon: ccondon@mmwclaw.com; dvitale@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mark L. Brandon: mbrandon@brandon-law.com; dslack@brandon-law.com
Mary L. Fickel: mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green: matthew.green@bbklaw.com; amelia.mendez@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Peter J. Mort: pmort@akingump.com; jfukai@akingump.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert J. James: bob@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott B. McElroy: smcelroy@mmwclaw.com; dvitale@mmwclaw.com
Thomas Caldwell: goforthvillage2@yahoo.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on July 17, 2012, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING (Docket # 5386)**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 17, 2012, at Berkeley, California.

_Martha Morales_
Martha Morales