# ATTACHMENT 1

**AFFIDAVIT OF PUBLICATION ANZA VALLEY OUTLOOK**

**COUNTY OF RIVERSIDE, STATE OF CALIFORNIA**

I am a citizen of the United States,
over twenty-one years of age, I am
herein mentioned the Office Manager
or Assistant of said newspaper The Anza
Valley Outlook, ISSN 0883-6124.
The Anza Valley Outlook is a newspaper
adjudicated by the Superior Court,
County of Riverside as a newspaper of
general circulation, and published in
Riverside County once a week in said
newspaper.
The Notice *Summons*
*Case # 51-CV-1247-*
*GT-RBB*

_____

**Legal Number:** *1134*  which the attached
is a true printed copy,  and  published in said
newspaper for ___*4*___  week (s), and on the
following day (s), to wit, as follows:
*Oct 28, 2011*
*Nov. 4, 11, 18, 2011*
in the regular issue of said newspaper,
The Anza Valley Outlook, 127 W. Elder St.,
Fallbrook, CA 92028.

I certify and declare under penalty that the
statement  is true and correct to the best of
my knowledge.

Dated: *Nov. 18, 2011*

_____
*Kay Howley*   Signature

Kay Howley
Office Manager
Tina Nickle
Assistant

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: DELBERT ALEXANDER, FREDERIKA ANCTIL, GERARD ANCTIL, ALBINO ARIAS, RICKY BABCOCK, KEN BETTS, HEIDI BETTS, LICINIO BRANDAO, RAMONA BRANDAO, MARIA CONSTANTINESCU, JOSEPH DIROSA, CAROL DAMÓN DIROSA, STEPHANIE EGGERING, BRIAN EVANGELIST, VICTORIA FREEMAN, BRANDON FIRTH, SANDRA GARNER, ARTHUR GIL, PATRICIA GIL, EDUARDO GOMEZ, KATHIE HENDERSON, BART HERRING, MARY HERRING, BRENDA JAKOBS, JUDY LANIK, LOISELLE FAMILY TRUST C/O ROBERT LOISELLE, TRUSTEE, LOISELLE FAMILY TRUST C/O MARY LOISELLE, TRUSTEE, JOSE LOPEZ, MARY LORD, SHAUNNA AVILA MCCLURE, DONALD MCINTOSH, SHEILA MCINTOSH, RODNEY MYERS, TYLER NAGEL, CALVIN NICKELS, JAVIER PENA, AURORA PEREZ, JUAN PEREZ, GLEN RATLIFF, HARLAN RIGGLE, GABRIELA RIVERA, NORMAN ROSE, JOANNE ROSE, JAMES SHERIDAN, WALTER SHIRLEY, JOHANA SHIRLEY, DAVID SMITH, JOYCE SMITH, KIM SMITH, SIMON SMITH, ERIC STAMM, LISA STAMM, RYALL STEWART, JAMES THOMPSON, JUDITH THOMPSON, BRYAN TUCKER and NORMA TUCKER, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.

LEGAL: 1134
PUBLISHED: October 28, 2011, November 4, 11, 18, 2011

**AFFIDAVIT OF PUBLICATION ANZA VALLEY OUTLOOK**

**COUNTY OF RIVERSIDE, STATE OF CALIFORNIA**

I am a citizen of the United States,
over twenty-one years of age, I am
herein mentioned the Office Manager
or Assistant of said newspaper The Anza
Valley Outlook, ISSN 0883-6124.
The Anza Valley Outlook is a newspaper
adjudicated by the Superior Court,
County of Riverside as a newspaper of
general circulation, and published in
Riverside County once a week in said
newspaper.
The Notice *Summons*
*Case # 51-CV-1247*
*GT-RBB*

_____

**Legal Number:** *1135* which the attached
is a true printed copy, and published in said
newspaper for ___4___ week (s), and on the
following day (s), to wit, as follows:
*Oct 28, 2011*
*Nov 4, 11, 18, 2011*
in the regular issue of said newspaper,
The Anza Valley Outlook, 127 W. Elder St.,
Fallbrook, CA 92028.

I certify and declare under penalty that the
statement is true and correct to the best of
my knowledge.

Dated: *Nov. 18, 2011*

_____
          *Kay Howley* / Signature

Kay Howley
Office Manager
Tina Nickle
Assistant

*See Attached*

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: DELBERT ALEXANDER, FREDERIKA ANCTIL, GERARD ANCTIL, ALBINO ARIAS, RICKY BABCOCK, KEN BETTS, HEIDI BETTS, LICINIO BRANDAO, RAMONA BRANDAO, MARIA CONSTANTINESCU, JOSEPH DIROSA, CAROL DAMON DIROSA, STEPHANIE EGGERING, BRIAN EVANGELIST, VICTORIA FREEMAN, BRANDON FIRTH, SANDRA GARNER, ARTHUR GIL, PATRICIA GIL, EDUARDO GOMEZ, BART HERRING, MARY HERRING, JUDY LANIK, LOISELLE FAMILY TRUST C/O ROBERT LOISELLE, TRUSTEE, LOISELLE FAMILY TRUST C/O MARY LOISELLE, TRUSTEE, JOSE LOPEZ, MARY LORD, SHAUNNA AVILA MCCLURE, DONALD MCINTOSH, SHEILA MCINTOSH, RODNEY MYERS, TYLER NAGEL, JAVIER PENA, AURORA PEREZ, JUAN PEREZ, GLEN RATLIFF, HARLAN RIGGLE, GABRIELA RIVERA, NORMAN ROSE, JOANNE ROSE, JAMES SHERIDAN, WALTER SHIRLEY, JOHANA SHIRLEY, DAVID SMITH, JOYCE SMITH, KIM SMITH, SIMON SMITH, ERIC STAMM, LISA STAMM, RYALL STEWART, JAMES THOMPSON and JUDITH THOMPSON, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.

LEGAL: 1135
PUBLISHED: October 28, 2011, November 4, 11, 18, 2011

51-CV-1247-GT-RBB/CAHILLA BAND OF
INDIAN

17



PO BOX 194
Phoenix, Arizona 85001-0194
(602) 444-7315 FAX (602) 444-7364

SUMMONS
IN A CIVIL ACTION Case
No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT
COURT SOUTHERN DIS-
TRICT OF CALIFORNIA,
UNITED STATES OF AMER-
ICA, CAHUILLA BAND OF
INDIANS, RAMONA BAND
OF CAHUILLA, Plaintiffs, V.
/FALLBROOK PUBLIC UTILI-
TY DISTRICT, et al., De-
fendants, TO: JOSE
BRAVO, YOU ARE HEREBY
SUMMONED and required
to file with the Clerk of
this Court and serve upon
PLAINTIFFS' ATTORNEY
Scott McElroy, MCELROY,
MEYER, WALKER &
CONDON, P.C., 1007 Pearl
Street, Suite 220, Boulder,
CO 80302, Tel: (303) 442-
2021, an answer to the
complaint which is here-
with served upon you,
within such time as to be
set by subsequent order
of the Court pursuant to
order of Judge Thompson
dated July 22, 2009 (Dock-
et #5174). If you fail to do
so, judgment by default
will be taken against you
for the relief demanded in
the complaint. DATED:
October 20, 2009
Published Feb. 16, 23;
March 1, 8, 2012

STATE OF ARIZONA
COUNTY OF MARICOPA } SS.

Manny Vargas, being first duly sworn, upon oath
deposes and says: That he is the Legal Ad Rep of the
Arizona Business Gazette, a newspaper of general
circulation in the county of Maricopa, State of Arizona,
published weekly at Phoenix, Arizona, and that the
copy hereto attached is a true copy of the advertisement
published in the said paper on the dates indicated.

2/23/2012
3/1/2012
3/8/2012
3/15/2012

Sworn to before me this
15TH day of
MARCH       2012



Notary Public

OFFICIAL OR PUBLICATION
51-CV-1247-GT-RBB/RAMONA BAND OF

17

# Arizona Business Gazette

**The business resource**

PO BOX 194
Phoenix, Arizona 85001-0194
(602) 444-7315 FAX (602) 444-7364

STATE OF ARIZONA
COUNTY OF MARICOPA } SS.

Manny Vargas, being first duly sworn, upon oath deposes and says: That he is the Legal Ad Rep of the Arizona Business Gazette, a newspaper of general circulation in the county of Maricopa, State of Arizona, published weekly at Phoenix, Arizona, and that the copy hereto attached is a true copy of the advertisement published in the said paper on the dates indicated.

2/23/2012
3/1/2012
3/8/2012
3/15/2012

**SUMMONS**
IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA. UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: JOSE BRAVO, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174), If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Published Feb. 16, 23; March 1, 8, 2012

Sworn to before me this
15TH day of
MARCH        2012



TABITHA ANTONIADIS
Notary Public - Arizona
Maricopa County
My Comm. Expires Nov 8, 2012

Notary Public

2821486
ALEXANDER, BERKEY, WILLIAMS
Docket #5174
CAHUILLA BAND/FALLBROOK
PUBLIC UTILITY

# STATE OF TENNESSEE
# HAMILTON COUNTY

Before me personally appeared Linda Johnson who being duly sworn,
that she is the Legal Sales Representative of the "CHATTANOOGA
TIMES FREE PRESS" and that the Legal Ad of which the attached is
a true copy, has been published in the above said Newspaper on the
following dates, to-wit:

May 4, 11, 18, 25, 2012

And that there is due or has been paid the "CHATTANOOGA
TIMES FREE PRESS" for publication of such notice the sum of
$75.00 Dollars.  (Includes $10.00 Affidavit Charge).

*Linda Johnson*

Sworn to and subscribed before me, this **26** day of
_____ 2012.

*D Corie Soto*

My Commission Expires 2/18/2014

D. CORIE SOTO
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF HAMILTON

## Chattanooga Times Free Press

UNITED STATES OF
AMERICA
COURT SOUTHERN
DISTRICT OF CALIFORNIA,

**SUMMONS IN A CIVIL
ACTION**

Case No. 51-CV-1247-GT-
RBB

CAHUILLA BAND OF
INDIANS, RAMONA BAND
OF CAHUILLA,
        Plaintiffs,

v.

FALLBROOK PUBLIC
UTILITY DISTRICT, et al.,
        Defendants,

TO: GEORGE HANSEN and
PATRICIA HANSEN,

   YOU ARE HEREBY SUM-
MONED and required to file
with the Clerk of this Court and
serve upon PLAINTIFF'S AT-
TORNEY Scott McElroy,
MCELROY, MEYER, WALKER
& CONDON, P.C., 1007 Pearl
Street, Suite 220, Boulder, CO
80302, Tel: (303) 442-2021, an
answer to the complaint which
is herewith served upon you,
within such time as to be set by
subsequent order of the Court
pursuant to order of Judge Th-
ompson dated July 22, 2009
**(Docket #5174)**.
   If you fail to do so, judgment
by default will be taken against
you for the relief demanded in
the complaint.
   DATED: October 20, 2009.

Publication Dates: May 4, 11,
18, 25, 2012

2821486
ALEXANDER, BERKEY, WILLIAMS
Docket #5174
CAHUILLA BAND/FALLBROOK
PUBLIC UTILITY

# STATE OF TENNESSEE
# HAMILTON COUNTY

Before me personally appeared Linda Johnson who being duly sworn, that she is the Legal Sales Representative of the "CHATTANOOGA TIMES FREE PRESS" and that the Legal Ad of which the attached is a true copy, has been published in the above said Newspaper on the following dates, to-wit:

May 4, 11, 18, 25, 2012

And that there is due or has been paid the "CHATTANOOGA TIMES FREE PRESS" for publication of such notice the sum of $75.00 Dollars.  (Includes $10.00 Affidavit Charge).

Sworn to and subscribed before me, this _____ day of
_____ 2012.

My Commission Expires 2/18/2014

**Chattanooga Times Free Press**

UNITED STATES OF
AMERICA
DISTRICT OF CALIFORNIA,
COURT SOUTHERN

### SUMMONS IN A CIVIL ACTION

Case No. 51-CV-1247-GT-RBB

CAHUILLA BAND OF
INDIANS, RAMONA BAND
OF CAHUILLA,
        Plaintiffs,

v.

FALLBROOK PUBLIC
UTILITY DISTRICT, et al.,
        Defendants,

TO: GEORGE HANSEN and
PATRICIA HANSEN,

    YOU ARE HEREBY SUM-
MONED and required to file
with the Clerk of this Court and
serve upon PLAINTIFF'S AT-
TORNEY Curtis Berkey ALEX-
ANDER, BERKEY, WILLIAMS
& WEATHERS LLP, 2030 Ad-
dison Street, Suite 410, Ber-
keley, CA 94704, Tel: (510)
548-7070, an answer to the
complaint which is herewith
served upon you, within such
time as to be set by subse-
quent order of the Court
**(Docket #5174)**.
    If you fail to do so, judgment
by default will be taken against
you for the relief demanded in
the complaint.
    DATED: October 20, 2009.

Publication Dates: May 4, 11,
18, 25, 2012

THE FLORIDA TIMES-UNION
Jacksonville, FL
Affidavit of Publication

Florida Times-Union

ALEXANDER BERKEY WILLIAMS &
2030 ADDISON ST. STE 410
BERKELEY CA 94704

Reference: 1000599327
Ad Number: C14169918

State of Florida
County of Duval

Before the undersigned authority personally
appeared Sharon Walker who on oath says
he/she is a Legal Advertising Representative of
The Florida Times-Union, a daily newspaper
published in Duval County, Florida; that the
attached copy of advertisement is a legal ad
published in The Florida Times-Union. Affiant
further says that The Florida Times-Union is a
newspaper published in Duval County, Florida,
and that the newspaper has heretofore been
continuously published in Duval County, Florida
each day, has been entered as second class mail
matter at the post office in Jacksonville, in Duval
County, Florida for a period of one year
preceding the first publication of the attached
copy of advertisement; and affiant further says
that he/she has neither paid nor promised any
person, firm or corporation any discount, rebate,
commission, or refund for the purpose of
securing this advertisement for publication in said
newspaper.

PUBLISHED ON:      04/04/2012
                   04/11/2012
                   04/18/2012
                   04/25/2012

FILED ON:          04/04/2012

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: ALISON BELFORTI, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.  Publish Dates:

Name: Sharon Walker        Title: Legal Advertising Representative
In testimony whereof, I have hereunto set my hand and affixed my official Seal, the day and year
aforesaid.

NOTARY: _____

SALLY W. WILLIS
Commission # DD 934386
Expires January 30, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

THE FLORIDA TIMES-UNION
Jacksonville, FL
Affidavit of Publication

Florida Times-Union

ALEXANDER BERKEY WILLIAMS &
2030 ADDISON ST. STE 410
BERKELEY CA  94704

Reference: 1000599327
Ad Number: C14169860

State of Florida
County of Duval

Before the undersigned authority personally
appeared Sharon Walker who on oath says
he/she is a Legal Advertising Representative of
The Florida Times-Union, a daily newspaper
published in Duval County, Florida; that the
attached copy of advertisement is a legal ad
published in The Florida Times-Union.  Affiant
further says that The Florida Times-Union is a
newspaper published in Duval County, Florida,
and that the newspaper has heretofore been
continuously published in Duval County, Florida
each day, has been entered as second class mail
matter at the post office in Jacksonville, in Duval
County, Florida for a period of one year
preceding the first publication of the attached
copy of advertisement; and affiant further says
that he/she has neither paid nor promised any
person, firm or corporation any discount, rebate,
commission, or refund for the purpose of
securing this advertisement for publication in said
newspaper.

PUBLISHED ON:        04/04/2012
04/11/2012
04/18/2012
04/25/2012

FILED ON:        04/04/2012

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA
BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs,
v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants,
TO: ALISON BELFORTI, YOU ARE HEREBY SUMMONED and
required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER,
WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder,
CO 80302, Tel: (303) 442-2021, an answer to the complaint which is
herewith served upon you, within such time as to be set by subse-
quent order of the Court pursuant to order of Judge Thompson
dated July 22, 2009 (Docket #5174).  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the
complaint.  DATED: October 20, 2009.  Publish Dates:

Name: Sharon Walker        Title: Legal Advertising Representative
In testimony whereof, I have hereunto set my hand and affixed my official Seal, the day and year
aforesaid.

NOTARY: _Sally W. Willis_

SALLY W. WILLIS
Commission # DD 934386
Expires January 30, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

# PROOF OF PUBLICATION

STATE OF CALIFORNIA
County of Riverside

I am a citizen of the United States and a resident of the County listed above. I am over the age of eighteen and am not a party to or interested in the matter listed to the right. I represent

## The High Country Journal

a community newspaper located in Anza, California, published twice monthly and distributed in the Anza Valley, Riverside County.

The notice set to the right was published in each regular issue of the newspaper on the following dates:

## December 2, 2011
## December 16, 2011
## January 6, 2012
## January 20, 2012

I certify that the foregoing is true and correct.

Dated at ANZA, CALIFORNIA, this

8th day of July, 2012

*Laura A. Snider-Manseau*

Laura A. Snider-Manseau
Advertising Manager

---

### SUMMONS IN A CIVIL ACTION

Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: CHRIS PETERS, PETER PETERS, JOEL GEUDTNER and SUSAN GEUDTNER, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO, 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket # 5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.

Publish Dates: 12-2-11, 12-16-11, 1-6-12, 1-20-12

# PROOF OF PUBLICATION

STATE OF CALIFORNIA
County of Riverside

I am a citizen of the United States and a
resident of the County listed above. I am
over the age of eighteen and am not a party
to or interested in the matter listed to the
right. I represent

## The High Country Journal

a community newspaper located in Anza,
California, published twice monthly and
distributed in the Anza Valley, Riverside
County.

The notice set to the right was published in
each regular issue of the newspaper on the
following dates:

### December 2, 2011
### December 16, 2011
### January 6, 2012
### January 20, 2012

I certify that the foregoing is true and
correct.

Dated at ANZA, CALIFORNIA, this

8th day of July, 2012

*Laura A. Snider-Manseau*

Laura A. Snider-Manseau
Advertising Manager

---

**SUMMONS IN A CIVIL ACTION**

Case No. 51-CV-1247-GT-RBB UNITED
STATES DISTRICT COURT SOUTHERN
DISTRICT OF CALIFORNIA, UNITED STATES
OF AMERICA, CAHUILLA BAND OF
INDIANS, RAMONA BAND OF CAHUILLA,
Plaintiffs, v. FALLBROOK PUBLIC UTILITY
DISTRICT, et al., Defendants, TO: JOEL
GEUDTNER and SUSAN GEUDTNER, YOU
ARE HEREBY SUMMONED and required to file
with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY Curtis Berkey
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP, 2030 Addison Street, Suite 410,
Berkely, CA 94704, Tel: (510) 548-7070, an
answer to the complaint which is herewith served
upon you, within such time as to be set by
subsequent order of the Court (Docket # 5174). If
you fail to do so, judgment by default will be taken
against you for the relief demanded in the
complaint. DATED: October 20, 2009.

Publish Dates: 12-2-11, 12-16-11, 1-6-12, 1-20-12

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State
of Texas, on this day personally appeared, the Newspaper Representative
at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas,
and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES,
POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS,
COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA
and that the publication, of which the annexed herein, or attached to,
is a true and correct copy, was published to-wit:

ALEXANDER, BERKEY, WILLIAMS    25232731    34128220
RAN A LEGAL NOTICE
SIZE BEING: 1 X 55 L

| product | date | class | page |
|---------|------|-------|------|
| hc | Feb 13 2012 | 1245.0 | B_mon1g_10 |
| hc | Feb 20 2012 | 1245.0 | B_mon1g_8 |
| hc | Feb 27 2012 | 1245.0 | B_mon1g_8 |
| hc | Mar 5 2012 | 1245.0 | B_mon1g_9 |

_Edward Silva_

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 5th Day of March A.D. 2012

_Veronica M Tyrone_

Notary Public in and for the State of Texas

**SUMMONS**
**IN A CIVIL ACTION**

Case No.
51-CV-1247-GT-RBB

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT
OF CALIFORNIA,

UNITED STATES
OF AMERICA,
CAHUILLA BAND OF
INDIANS, RAMONA BAND
OF CAHUILLA,
Plaintiffs,
v.
FALLBROOK PUBLIC
UTILITY DISTRICT, et al.,
Defendants,

TO: KATHY NEILSEN

YOU ARE HEREBY SUM-
MONED and required to
file with the Clerk of this
Court and serve upon
PLAINTIFF'S ATTORNEY
Scott McElroy, MCELROY,
MEYER, WALKER & CON-
DON, P.C., 1007 Pearl
Street, Suite 220, Boulder,
CO 80302, Tel: (303) 442-
2021, an answer to the
complaint which is here-
with served upon you,
within such time as is to be
set by subsequent order
of the Court pursuant to
order of Judge Thompson
dated July 22, 2009
(Docket #5174). If you fail
to do so, Judgment by de-
fault will be taken against
you for the relief de-
manded in the complaint.

DATED: October 20, 2009.

**Publish Dates:**
February 13, 20, 27, 2012
March 5, 2012

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State
of Texas, on this day personally appeared, the Newspaper Representative
at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas,
and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES,
POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS,
COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA
and that the publication, of which the annexed herein, or attached to,
is a true and correct copy, was published to-wit:

ALEXANDER, BERKEY, WILLIAMS    25232731    34128220
RAN A LEGAL NOTICE
SIZE BEING: 1 X 55 L

| product | date | class | page |
|---|---|---|---|
| hc | Feb 13 2012 | 1245.0 | B_monlg_10 |
| hc | Feb 20 2012 | 1245.0 | B_monlg_8 |
| hc | Feb 27 2012 | 1245.0 | B_monlg_8 |
| hc | Mar  5 2012 | 1245.0 | B_monlg_9 |

_Edward Silva_

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 5th Day of March A.D. 2012

VERONICA M TYRONE
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
FEB. 10, 2016

_Veronica M Tyrone_

Notary Public in and for the State of Texas

**SUMMONS
IN A CIVIL ACTION**

Case No.
51-CV-1247-GT-RBB

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT
OF CALIFORNIA,

UNITED STATES
OF AMERICA,
CAHUILLA BAND OF
INDIANS, RAMONA BAND
OF CAHUILLA,
Plaintiffs,
v.
FALLBROOK PUBLIC
UTILITY DISTRICT, et al.,
Defendants,

TO: KATHY NEILSEN

YOU ARE HEREBY SUM-
MONED and required to
file with the Clerk of this
Court and serve upon
PLAINTIFF'S ATTORNEY
Scott McElroy, MCELROY,
MEYER, WALKER & CON-
DON, P.C., 1007 Pearl
Street, Suite 220, Boulder,
CO 80302, Tel: (303) 442-
2021, an answer to the
complaint which is here-
with served upon you,
within such time as to be
set by subsequent order
of the Court pursuant to
order of Judge Thompson
dated July 22, 2009
(Docket #5174). If you fail
to do so, judgment by de-
fault will be taken against
you for the relief de-
manded in the complaint.

DATED: October 20, 2009.

**Publish Dates:**
February 13, 20, 27, 2012
March 5, 2012

**Case#626032 La Jolla Village News**

**In the Matter of:**
**SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB**

I am a citizen of the United States and a resident of the county aforesaid. I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the La Jolla Village News which is a weekly newspaper of general circulation within the provisions of the Government Code of the State of California, printed and published in the County of San Diego, State of California; this

## PROOF OF PUBLICATION

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, PLAINTIFFS, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: GHASSAM BAHRAM-BEYGIU, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAIN-TIFFS ATTORNEY Curtis Berkey ALEXANDER BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court [Docket #5174]. If your fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009, Publish Dates: FEB 16, 23 MAR 01 AND 08, 2012

**Affidavit of Publication**
**The Beach&Bay Press/The Beacon/La Jolla Village News**

1621 Grand Ave. Ste C San Diego, CA
92109

to which this certificate is annexed is a true and correct copy published in said newspaper on: FEBRUARY 16, 23 MAR 01 AND  08, 2012

I certify under penalty of perjury that the foregoing is true and correct  at 1621 Grand Ave. Ste C San Diego, California. 92109

Last Date of Publication: MAR 08, **2012**

Principal Clerk                    Kim Donaldson

**Case#626032 La Jolla Village News**

**In the Matter of:**
**SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB**

I am a citizen of the United States and a resident of the county aforesaid. I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the La Jolla Village News which is a weekly newspaper of general circulation within the provisions of the Government Code of the State of California, printed and published in the County of San Diego, State of California; this

## PROOF OF PUBLICATION

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, PLAINTIFFS, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: GHASSEM BAHRAM-BEYGUI, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MOELRCY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: FEB 16, 23 MAR 01 AND 08, 2012

**Affidavit of Publication**
**The Beach&Bay Press/The Beacon/La Jolla Village News**

1621 Grand Ave. Ste C  San Diego, CA
92109

to which this certificate is annexed is a true and correct copy published in said newspaper on: FEBRUARY 16, 23 MAR 01 AND  08, 2012

I certify under penalty of perjury that the foregoing is true and correct  at 1621 Grand Ave. Ste C San Diego, California. 92109

Last Date of Publication: MAR 08, **2012**

Principal Clerk                    Kim Donaldson

**AFFIDAVIT OF PUBLICATION**

STATE OF NEVADA)
COUNTY OF CLARK)   SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says:  That she is the Legal
Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers
regularly issued, published and circulated in the City of Las Vegas, County of Clark,
State of Nevada, and that the advertisement, a true copy attached for,

ALEXANDER BERKEY WILLIAMS & WEATHERS L5487070ALE          7829371

was continuously published in said Las Vegas Review-Journal and / or Las Vegas
Sun in 4 edition(s) of said newspaper issued from 04/03/2012 to 04/24/2012, on the
following days:

04/03/2012
04/10/2012
04/17/2012
04/24/2012

SUMMONS IN A CIVIL ACTION
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALI-
FORNIA, UNITED STATES OF
AMERICA, CAHUILLA BAND OF IN-
DIANS, RAMONA BAND OF
CAHUILLA, Plaintiffs, v. FALL-
BROOK PUBLIC UTILITY DISTRICT,
et al., Defendants, TO: SHIRLEY
GUY, YOU ARE HEREBY SUM-
MONED and required to file with
the Clerk of this Court and serve
upon PLAINTIFF'S ATTORNEY
Scott McElroy, MCELROY, MEYER,
WALKER & CONDON, P.C., 1007
Pearl Street, Suite 220, Boulder,
CO 80302, Tel: (303) 442-2021, an
answer to the complaint which is
herewith served upon you, with-
in such time as to be set by sub-
sequent order of the Court pur-
suant to order of Judge
Thompson dated July 22, 2009
(Docket #5174). If you fail to do
so, judgment by default will be
taken against you for the relief
demanded in the complaint.
DATED: October 20, 2009.
PUB: April 3, 10, 17, 24, 2012
LV Review-Journal

Signed _____

SUBSCRIBED AND SWORN BEFORE ME THIS, THE
_____ day of _____ 2012.

_____
Notary Public

MARY A. LEE
Notary Public State of Nevada
No. 09-8941-1
My appt. exp. Nov. 13, 2012

AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)   SS:

Stacey M. Lewis, being 1st duly sworn, deposes and says: That she is the Legal
Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers
regularly issued, published and circulated in the City of Las Vegas, County of Clark,
State of Nevada, and that the advertisement, a true copy attached for,

ALEXANDER BERKEY WILLIAMS & WEATHERS L5487070ALE        7829378

was continuously published in said Las Vegas Review-Journal and / or Las Vegas
Sun in 4 edition(s) of said newspaper issued from 04/03/2012 to 04/24/2012, on the
following days:

04/03/2012
04/10/2012
04/17/2012
04/24/2012

> SUMMONS IN A CIVIL ACTION
> Case No. 51-CV-1247-GT-RBB
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF
> CALIFORNIA, UNITED STATES OF
> AMERICA, CAHUILLA BAND OF
> INDIANS, RAMONA BAND OF
> CAHUILLA, Plaintiffs, v.
> FALLBROOK PUBLIC UTILITY
> DISTRICT, et al., Defendants. TO:
> SHIRLEY GUY, YOU ARE HEREBY
> SUMMONED and required to file
> with the Clerk of this Court and
> serve upon PLAINTIFF'S
> ATTORNEY, Curtis Berkey
> ALEXANDER, BERKEY, WILLIAMS
> & WEATHERS LLP, 2030 Addison
> Street, Suite 410, Berkeley, CA
> 94704, Tel: (510) 548-7070, an
> answer to the complaint which is
> herewith served upon you, within
> such time as to be set by
> subsequent order of the Court
> (Docket #5174). If you fail to do
> so, judgment by default will be
> taken against you for the relief
> demanded in the complaint.
> DATED: October 20, 2009.
> PUB: April 3, 10, 17, 24, 2012
> LV Review-Journal

Signed: _Stacey M. Lewis_

SUBSCRIBED AND SWORN BEFORE ME THIS, THE
24TH day of _April_, 2012

_Mary Lee_
Notary Public

MARY A. LEE
Notary Public State of Nevada
No. 09-8941-1
My appt. exp. Nov. 13, 2012

# *Laughlin Nevada Times*

## Proof of Publication

STATE OF NEVADA ) 
County of Clark ) ss

I, Linda Delano, am the legal representative of the printer and publisher of the **LAUGHLIN NEVADA TIMES**, a weekly newspaper circulated in the English language on Wednesday in the Laughlin area, County of Clark, State of Nevada.

Notice Type / Description: **SUMMONS IN A CIVIL ACTION Case No. 51-CV1247-GT-RBB**

That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**April 04, 2012**
**April 11, 2012**
**April 18, 2012**
**April 25, 2012**

*Representative Signature*

I certify (or declare) under penalty of perjury the foregoing is true and correct as subscribed and sworn to before me this

2 6 day of April ,20 1 2

Notary Public

(My commission expires ____10-2-2012____ )

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: JOHN ALLCORN, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510)548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish: April 4, 2012 April 11, 2012 April 18, 2012 April 25, 2012 12134890


LAURA J SULLIVAN
Notary Public - Arizona
Mohave County
My Comm. Expires Oct 2, 2012

# *Laughlin Nevada Times*

## Proof of Publication

STATE OF NEVADA          )
County of Clark             ) ss

I, Linda Delano, am the legal representative of the printer and publisher of the **LAUGHLIN NEVADA TIMES**, a weekly newspaper circulated in the English language on Wednesday in the Laughlin area, County of Clark, State of Nevada.

Notice Type / Description: **SUMMONS IN A CIVIL ACTION Case No. 51-CV1247-GT-RBB**
That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**April 04, 2012**
**April 11, 2012**
**April 18, 2012**
**April 25, 2012**

*Representative Signature*

I certify (or declare) under penalty of perjury the foregoing is true and correct as subscribed and sworn to before me this

_26_ day of _April_ ,20 _12_

Notary Public

(My commission expires _10-2-2012_ )

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: JOHN ALLCORN, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.
Publish: April 4, 2012
April 11, 2012
April 18, 2012
April 25, 2012
12134892

LAURA J SULLIVAN
Notary Public - Arizona
Mohave County
My Comm. Expires Oct 2, 2012

**LONG BEACH
PRESS-TELEGRAM**

**300 Oceangate
Long Beach, CA  90844**

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

**STATE OF CALIFORNIA**

**County of Los Angeles**

I am a citizen of the United States, and a resident
of the county aforesaid; I am over the age of
eighteen years, and not a party to or interested in
the above-entitled matter. I am the principal clerk of
the printer of the Long Beach Press-Telegram, a
newspaper of general circulation printed and
published daily in the City of Long Beach, County of
Los Angeles, and which newspaper has been
adjudged a newspaper of general circulation by the
Superior Court of the County of Los Angeles, State
of California, on the date of March 21, 1934, Case
Number 370512. The notice, of which the annexed
is a true printed copy, has been published in each
regular and entire issue of said newspaper and not
in any supplement thereof on the following dates,
to wit.

March 31, April 7, 14, 21, 2012

The Long Beach Press-Telegram, a newspaper of general circulation,
is delivered to and available in, but not limited to the following cities:
Long Beach, Lakewood, Bellflower, Cerritos, Downey, Norwalk,
Artesia, Paramount, Wilmington, Compton, South Gate, Los Alamitos,
Seal Beach, Cypress, La Palma, Lynwood, San Pedro, Hawaiian Gardens,
Huntington Park, La Mirada, Santa Fe Springs, Carson.
I declare under penalty of perjury that the
foregoing is true and correct.

Executed at Long Beach, LA Co. California
this ___23___ day of ___April 2012___,

_____
signature

Proof of Publication of

_____

Paste Clipping of Notice
SECURELY in this space.

SUMMONS
IN A CIVIL ACTION
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA,
UNITED STATES OF AMERICA,

CAHUILLA BAND OF INDIANS, RAMONA
BAND OF CAHUILLA, Plaintiffs, v.
FALLBROOK PUBLIC UTILITY DISTRICT,
et al., Defendants. TO: MICHEALLE LUGAN

YOU ARE HEREBY SUMMONED
and required to file with the Clerk of this Court
and serve upon PLAINTIFF'S ATTORNEY Curtis
Berkey ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP, 2030 Addison Street, Suite 410,
Berkeley, CA 94704, Tel: (510) 548-7070, an answer
to the complaint which is herewith served upon
you, within such time as to be set by subsequent
order of the Court (Docket #5174). If you fail to do
so, judgment by default will be taken against you
for the relief demanded in the complaint.
DATED: October 20, 2009.
Pub. March 31, April 7,14,21 2012
(41) PT (135548)

CL-07-2066 Legal Affidavit

**LONG BEACH
PRESS-TELEGRAM**

300 Oceangate
Long Beach, CA  90844

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA

## County of Los Angeles

I am a citizen of the United States, and a resident
of the county aforesaid; I am over the age of
eighteen years, and not a party to or interested in
the above-entitled matter. I am the principal clerk of
the printer of the Long Beach Press-Telegram, a
newspaper of general circulation printed and
published daily in the City of Long Beach, County of
Los Angeles, and which newspaper has been
adjudged a newspaper of general circulation by the
Superior Court of the County of Los Angeles, State
of California, on the date of March 21, 1934, Case
Number 370512. The notice, of which the annexed
is a true printed copy, has been published in each
regular and entire issue of said newspaper and not
in any supplement thereof on the following dates,
to wit.

March 31, April 7, 14, 21, 2012

The Long Beach Press-Telegram, a newspaper of general circulation,
is delivered to and available in, but not limited to the following cities:
Long Beach, Lakewood, Bellflower, Cerritos, Downey, Norwalk,
Artesia, Paramount, Wilmington, Compton, South Gate, Los Alamitos,
Seal Beach, Cypress, La Palma, Lynwood, San Pedro, Hawaiian Gardens,
Huntington Park, La Mirada, Santa Fe Springs, Carson.
I declare under penalty of perjury that the
foregoing is true and correct.

Executed at Long Beach, LA Co. California
this 28 day of April 2012,

_____
signature

Proof of Publication of

_____

Paste Clipping of Notice
SECURELY in this space.

Legal Notice    Legal Notice    Legal Notice

**SUMMONS
IN A CIVIL ACTION**
Case No. 51-CV-1247-GT-RBB
**UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA,
UNITED STATES OF AMERICA**

**CAHUILLA BAND OF INDIANS, RAMONA
BAND OF CAHUILLA, Plaintiffs, v.
FALLBROOK PUBLIC UTILITY DISTRICT,
et al., Defendants; TO: MICHEALLE LUGAN**

**YOU ARE HEREBY SUMMONED**
and required to file with the Clerk of this Court
and serve upon PLAINTIFF'S ATTORNEY Scott
McElroy, MCELROY, MEYER, WALKER &
CONDON, P.C., 1007 Pearl Street, Suite 220,
Boulder, CO 80302, Tel: (303) 442-2021, an answer
to the complaint which is herewith served upon
you, within such time as to be set by subsequent
order of the Court pursuant to order of Judge
Thompson dated July 22, 2009 (Docket #5174). If
you fail to do so, judgment by default will be taken
against you for the relief demanded in the
complaint. DATED: October 20, 2009.
Pub. March 31, April 7,14,21 2012
(41) PT (135544)

RECORDING/FILING REQUESTED BY AND MAIL TO:
Alexander Berkey Williams & Weather
2030 Addison St
Berkeley, CA 94704

**PROOF OF PUBLICATION**
(California Code of Civil Procedure 2010, 2015.5)

**STATE OF CALIFORNIA**
County of Los Angeles

I am a citizen of the United States and a resident of the
aforesaid County.  I am over the age of eighteen years (18)
years, and not a party to or interested in the above-entitled
matter.  I am the Principal Clerk of the printer of the
**LOS ANGELES TIMES,** a newspaper of general
circulation, printed and published DAILY in the City
of Los Angeles, County of Los Angeles and which
newspaper was adjudged a newspaper of general circulation by
the Superior Court of the County of Los Angeles, State of California,
under the date of  April 28, 1952, Case Number  598599.
The notice, a true and correct copy of which is annexed, has been
published in each regular and entire issue of said newspaper on the
following dates, to wit:

THURSDAY; MAY 10, 2012, THURSDAY; MAY 17, 2012
THURSDAY; MAY 24, 2012, THURSDAY; MAY 31, 2012

I certify (or declare) under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Dated at Los Angeles, California,

This 15th day of JUNE, 2012

Signature

Michelle Estrada

---

**SUMMONS IN A CIVIL ACTION**
Case No. 51-CV-1247-GT-RBB

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA,

UNITED STATES OF AMERICA,
CAHUILLA BAND OF INDIANS,
RAMONA BAND OF CAHUILLA,
    Plaintiffs,

v,

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
    Defendants,

TO: GRIGOR ATOIAN, LAURA ATOIAN, CHARLIE
BROWN, MILDRED BROWN, ROSAURO UGALI, and
WELLS FARGO REALTY SERVICES,

YOU ARE HEREBY SUMMONED and required to file
with the Clerk of this Court and serve upon PLAINTIFF'S
ATTORNEY

Scott McElroy,
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served
upon you, within such time as to be set by subsequent
order of the Court pursuant to order of Judge Thompson
dated July 22, 2009 (Docket #5174). If you fail to do so,
judgment by default will be taken against you for the relief
demanded in the complaint.

DATED: October 20, 2009.

W. Samuel Hamrick, Jr., CLERK

By   C. Ecija, Deputy Clerk

Publish Dates: May 10, 17, 24, and 31, 2012

RECORDING/FILING REQUESTED BY AND MAIL TO:
Alexander Berkey Williams & Weathe
2030 Addison St
Berkeley, CA 94704

**PROOF OF PUBLICATION**
(California Code of Civil Procedure 2010, 2015.5)

**STATE OF CALIFORNIA**
County of Los Angeles

I am a citizen of the United States and a resident of the
aforesaid County.  I am over the age of eighteen years (18)
years, and not a party to or interested in the above-entitled
matter.  I am the Principal Clerk of the printer of the
**LOS ANGELES TIMES,** a newspaper of general
circulation, printed and published DAILY in the City
of Los Angeles, County of Los Angeles and which
newspaper was adjudged a newspaper of general circulation by
the Superior Court of the County of Los Angeles, State of California,
under the date of  April 28, 1952, Case Number  598599.
The notice, a true and correct copy of which is annexed, has been
published in each regular and entire issue of said newspaper on the
following dates, to wit:

THURSDAY; MAY 10, 2012, THURSDAY; MAY 17, 2012
THURSDAY; MAY 24, 2012, THURSDAY; MAY 31, 2012

I certify (or declare) under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Dated at Los Angeles, California,

This 6th day of JUNE, 2012

_____
Signature

Veronica Chavez

---

SUMMONS IN A CIVIL ACTION
Case No. 51-CV-1247-GT-RBB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
CAHUILLA BAND OF INDIANS,
RAMONA BAND OF CAHUILLA,
                              Plaintiffs

v.

FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,
                              Defendants

TO:  GRIGOR ATOIAN, LAURA ATOIAN, CHARLIE
BROWN, MILDRED BROWN, ROSAURO UGALI and
WELLS FARGO REALTY SERVICES,

YOU ARE HEREBY SUMMONED and required to file
with the Clerk of this Court and serve upon PLAINTIFF'S
ATTORNEY

Curtis Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS
LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070

An answer to the complaint which is herewith served
upon you, within such time as to be set by subsequent
order of the Court (Docket #5174). If you fail to do so,
judgment by default will be taken against you for the
relief demanded in the complaint.

DATED: October 20, 2009.

W. Samuel Hamrick, Jr., CLERK

By C. Beija, Deputy Clerk

Publish Dates: May 10, 17, 24, & 31, 2012

# THE MALIBU TIMES

3864 Las Flores Canyon Road
Malibu, California 90265
(310) 456-5507

## PROOF OF PUBLICATION
(2015.5 C.C.P)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the

_____The Malibu Times_____

a newspaper of general circulation, printed and published __Every Thursday__

in the City of __Malibu__ County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Los Angeles, State of California, under the date of __December 1__, 19 __88__,

Case Number __C704330__; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

__4/12, 4/19, 4/26, 5/3__

all in the year 20 __12__.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at __Malibu__ _____
California, this __3rd__ day of __May__, 20 __12__.

_____
Signature

This space is for the County Clerk's Filing Stamp

Proof of Publication of

_____Summons_____

_____Case #51-CV-1247-GT-RBB_____

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RA-MONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: WENDY BERMAN BAKER, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. **Publish Dates:** 4/12, 4/19/ 4/26 & 5/3/12 The Malibu Times

# THE MALIBU TIMES

3864 Las Flores Canyon Road
Malibu, California 90265
(310) 456-5507

## PROOF OF PUBLICATION
(2015.5 C.C.P.)

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,

I am a citizen of the United States and a
resident of the County aforesaid; I am over the
age of eighteen years, and not a party to or
interested in the above-entitled matter. I am
the principal clerk of the printer of the

____The Malibu Times____

a newspaper of general circulation, printed and

published __Every Thursday__

in the City of __Malibu__
County of Los Angeles, and which newspaper
has been adjudged a newspaper of general
circulation by the Superior Court of the County
of Los Angeles, State of California, under the

date of __December 1__, 19 __88__,

Case Number ____C704330____; that the
notice, of which the annexed is a printed copy
(set in type not smaller than nonpareil), has
been published in each regular and entire issue
of said newspaper and not in any supplement
thereof on the following dates, to-wit:

__4/12, 4/19, 4/26, 5/3__

all in the year 20 __12__.
I certify (or declare) under penalty of perjury
that the foregoing is true and correct.

Dated at __Malibu__

California, this __3rd__ day of __May__, 20 __12__.

_____
Signature

This space is for the County Clerk's Filing Stamp

Proof of Publication of

____Summons____

____Case # 51-CV-1247-GT-RBB____

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED
STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA,
UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA
BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT,
et al., Defendants, TO: WENDY BERMAN BAKER, YOU ARE HEREBY
SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER &
CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303)
442-2021, an answer to the complaint which is herewith served upon you,
within such time as to be set by subsequent order of the Court pursuant to
order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to
do so, judgment by default will be taken against you for the relief demanded
in the complaint. DATED: October 20, 2009. Publish Dates: 4/12, 4/19/ 4/26
& 5/3/12 The Malibu Times

# MARIETTA DAILY JOURNAL

580 Fairground Street • Marietta, Georgia 30061

## PUBLISHER'S AFFIDAVIT

STATE OF GEORGIA - County of Cobb

Before me, the undersigned; a Notary Public, this day personally came **Otis Brumby III**, who, being duly sworn, according to law, says that he is the **General Manager** of *Times Journal, Inc.,* publishers of the *Marietta Daily Journal,* official newspaper published in said county and State, and that the publication, of which the annexed is a true copy, was published in said paper on the ___6, 13, 20, 27___ day(s) of ___April___ 20_12_, and on the _____ day(s) of _____ 20___, as provided by law.

_____

Subscribed and sworn to before me this

___ day of ___Apr___ , 20_12_

_____

Notary Public

My commission expires _____ 20___



# MARIETTA DAILY JOURNAL

580 Fairground Street • Marietta, Georgia 30061

## PUBLISHER'S AFFIDAVIT

STATE OF GEORGIA - County of Cobb

Before me, the undersigned; a Notary Public, this day personally came **Otis Brumby III**, who, being duly sworn, according to law, says that he is the **General Manager** of *Times Journal, Inc.,* publishers of the *Marietta Daily Journal,* official newspaper published in said county and State, and that the publication, of which the annexed is a true copy, was published in said paper on the _6,13,20,27_ day(s) of _April_ 20 _12_, and on    the_____day(s)    of _____ 20____, as provided by law.

_____

Subscribed and sworn to before me this

___ day of _____, 20 _12_

_____

My commission expires _____, 20_____

M-6981
SUMMONS
IN A CIVIL ACTION Case No.
51-CV-1247-GT-RBB UNITED
STATES DISTRICT COURT SOUTH-
ERN DISTRICT OF CALIFORNIA.
UNITED STATES OF AMERICA,
CAHUILLA BAND OF INDIANS, RA-
MONA BAND OF CAHUILLA, Plaintiffs,
v. FALLBROOK PUBLIC UTILITY DIS-
TRICT, et al., Defendants. TO: SALLIE
PERKINS, YOU ARE HEREBY SUM-
MONED and required to file with the
Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY Scott
McElroy, McELROY, MEYER, WALK-
ER & CONDON, P.C., 1007 Pearl
Street, Suite 220, Boulder, CO 80302.
Tel: (303) 442-2021, an answer to the
complaint which is herewith served
upon you, within such time as to be set
by subsequent order of the Court pur-
suant to order of Judge Thompson dat-
ed July 22, 2009, (Docket #5174). If
you fail to do so, judgment by default
will be taken against you for the relief
demanded in the complaint. DATED:
October 20, 2009.
4,6,13,20,27

# PUBLISHER'S AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF ELLIS**

**Before me, the undersigned authority in and for said State and County, on this day personally appeared <u>Robin Fox</u> to me known, who, after being by me first duly sworn, on oath, says: that she is <u>Clerk</u> of the Midlothian Mirror which is a newspaper of general circulation, published in the City of Midlothian, in Ellis County, Texas, and which has been continuously and regularly published therein for a period of more than one year next before the first publication of the attached writ and notice; that the said writ and notice was printed and published in said newspaper once each consecutive week for the period of time required, and on the following dates:**

_____ 4-4, 4-11, 4-18 & 4-25, 20 12 , as

appeared from a copy thereof attached.

**Witness my hand this** 26 **day of** June **20** 12

_____

**Robin Fox**

Subscribed and sworn to before me this 26 day of
June 20 12 _____

**Notary Public in and for Ellis County, Texas**

**Printer's Fee $_____**

SHARON REXRODE
Notary Public, State of Texas
My Commission Expires
December 13, 2012

# THE MIDLOTHIAN MIRROR CLASSIFIED ADS

waxahachietx.com



**IT'S EASY TO PLACE AN AD**
CALL 972-937-3310 · 972-938-1939
Fax: 972-937-1136

**IN PERSON**
200 W. Marvin
Waxahachie, TX 75165

**BY MAIL**
P.O. Box 877
Waxahachie, TX 75168

**EMAIL**
sharon.rearode@wninews.com
jennifer.henderson@wninews.com

Deadlines: Tuesday through Friday 4pm prior day · Sunday 4pm on Friday · Payment: Cash, Check or Credit Card

## Legal Notices

### 101 LEGAL NOTICES

**CLASSIFIED AD RATES**

The Classifieds are changing... don't miss out! Call today and ask about our NEW & IMPROVED advertising specials!

**BUYER BEWARE!**

Many ads found in these classifieds come from distant points and the Waxahachie Daily Light, Midlothian Mirror and Ellis County Trading Post cannot always know the merit of the offers. We do not purposely run ads that are fraudulent or misleading.

We suggest when you are in doubt that you call the BETTER BUSINESS BUREAU before signing any contract.

If you suspect an ad of being dishonest, please call our office at (972) 937-3310 or (972) 938-1939 and speak with Sharon or Jennifer.

**RIGHTS RESERVED**

The publisher reserves the right to revise or reject, at its option, any advertisement which it deems objectionable either in subject or phraseology or which it may deem detrimental to its business.

### 102 PERSONALS

## 102 PERSONALS

**HAVE YOUR SPECIAL OCCASION at MELODY MANOR** 1021 Ovilla Rd. (1/2 mi. N. of Wal-green's Warehouse). For rental pricing call Dave @ (972) 921-1333, Randy @ (469) 628-4820.

## 103 LOST

**LOST**
Chole brindle female German Shepard/Boxer mix Sat. @ 7 p.m. Just got out of vet, hospital Fri. & needs medication. Vicinity of 200 block of Hillside, Red Oak. Call (469) 732-0309, (972) 617-6764.

**LOST A PET?**
Call Midlothian Animal Control (972) 775-7614.

## 104 FOUND

**FOUND**
Male German Shepherd(?), colored blue lab, no collar. Vicinity of John Arden/ Clemson Cir. FREE TO GOOD HOME, if not claimed. Great with kids!! Call (469) 383-4592.

**FOUND**
Female dachshund, brown & black, approx. 15 lbs. Vicinity of Anderson & Farley in Waxa. Call (214) 536-3523.

**FOUND**
jewelry item at Gettendaner Park. Please call to identify, (972) 208-3607.

**FOUND**
White & brown female dog near CVS, Waxa. Call (214) 906-5170.

**Great Results At A Price You Can Afford!**
Countrywide Classifieds
Get The Results You Want!
(972) 937-3310
(972) 938-1939

## 202 EMPLOYMENT

### Instructional

### Employment

**Drivers (CDL-A):** HOME BY SUNSET! Owner Operators and Company Drivers. Haul Aggregates and Cement. Weekly Pay & Benefits Available! www.acmef logistics.com 469-216-0897 or 888-215-HAUL

### CLASS A-CDL DRIVER
Full & P/T positions available.Texas / Oklahoma runs, 2 yrs. exp. req'd. Drivers avg pay - $44K. 1-800-766-9488.

### NOW ACCEPTING APPLICATIONS
For P/T FRN, RN's, Surgical Techs & PT Ins/Collections Clerk, Mon-Fri, no nights, no weekends, no call. Baylor Surgicare at Ennis (972) 875-5538.

## Now Hiring
### Machine Operators
$14.18/Hour

12 Hour Rotating Shifts

Experienced Machine Operator or Manufacturing Experience Required

Apply At: SERVICES Waxahachie
100 Chamber Cir Suite 100
972-937-7500
www.jspstaffing.com

## Now Hiring
### Home Instead SENIOR CARE
CARING PEOPLE NEEDED
Join a team of people who make a difference in the lives of the elderly. Provide non-medical companionship and in-home help for the elderly. Flexible P/T day, evening and weekend hours available.

Home Instead Senior Care
Call Today: 972-227-9900
or apply online at: homeinstead.com/742
and click on "Become a CAREGiver"

## 202 EMPLOYMENT

### SURGERY CENTER
Looking for part-time PRN Certified Surgical Technician. Experience Preferred. BLS Required. Contact Marla at (972) 937-6277. Cell: (972) 201-8065. Fax: (972) 937-6288.

### GROWING CHILD CARE CENTER
Seeking Experienced Teachers Only. Starting pay based on experience. Please call 972-937-8300 for details. Please email your resume to waxahachie@ imaginenation center.com

### CLERICAL/ DATA ENTRY
Lancaster/Dallas business has immediate Part-Time position available for an EMS Client Detail-Oriented Multi-Tasker! Office reception position with much-time phone system and light data entry. Experience with computer needed. $9.50 per hour. Fax resume to (800) 869-1109 or email staffing@ mindsonneg.com

## 202 EMPLOYMENT

### SALES PROFESSIONALS
Self-motivated outside sales professional needed to consult with small to medium size business owners, both existing and new clients. Proven closing customer service and communication skills. Needed by a team-player a must. Reliable transportation, clean driving history and valid insurance required. Base plus commission with no ceiling on commissions Medical Insurance, 401k, paid vacation. Reply to: Box OSR c/o Waxahachie Daily Light, P.O. Box 877, Waxahachie, TX 75168.

**DRIVERS:**
$0 DOWN PAID CDL TRAINING. Guaranteed Job Placement. 4 Week Training. Fort Worth Based Full Benefits! 40K-50K First Year. 817-529-5800.

### NEW HORIZONS CHILD CARE CENTER
Full-time teacher needed, Mon.-Fri. Call (972) 937-9494.

## 202 EMPLOYMENT

### TEXAS BAPTIST HOME
is needing Certified Lifeguards for the summer. Please contact Lori Allen at (972) 937-1321 or at lallen@tbhc.org

### POOL CLEANER
Needed, will train (972) 230-3568.

**WANTED**
Class A CDL Drivers. Flatbed/Step deck, 90% NO Tarp. Home most weekends. 3 yrs Verifiable OTR. 1 yr. verifiable Flatbed Exp. Call (817) 225-0011.

**Get the results you want at a price you can afford! Call us to find out about our specials! (972) 937-3310  9762-938-1939**

### COMPANY DRIVERS
needed for a flatbed carrier located in Ennis, TX. Must be a minimum of 25 years old with 3 years verifiable over the road driving experience and 6 months flatbed experience with good driving record. We offer steady year round work, good pay and benefits including insurance, paid holidays, 401-K plan and vacations. If qualified please call Enge Transportation Co. Inc. 800-527-6772 Attn: Recruiting

## 202 EMPLOYMENT

### NOTICE
Effective August 31, 1981, Texas law requires sellers of many business opportunities to register with the Secretary of State before advertising or selling any business opportunities. To obtain registration material, letters of exemption, or additional information, please contact the Secretary of State's Office, Business Opportunity Section, P.O. Box 13563, Austin, Texas 78711, (512) 463-5701.

### CAREGIVER
Needed to assist female quad to bed, 10-11:30 p.m., Mon.-Thurs. Call (972) 366-3637, after 11 a.m.

**NOW HIRING**
Easy Work, Excellent Pay, Assemble Products from Home. No Selling, Any Hours. (800) Weekly Potential. Start Immediately. Info Call 1-985-646-1700 DEPT. TX-2748

**Advertise!**
(972) 937-3310
(972) 938-1939

## 202 EMPLOYMENT

**NOW HIRING** Experienced upholsterer. Apply at Ellisville Mfg., 2022 Shield Parkway, Waxa. (972) 923-1101.

**PART-TIME** Afternoon office help wanted. Must be bi-lingual - English/Spanish. Apply at Vista Hills MHC, 2900 S. 1-35E, Waxa. or call (877) 772-7573 for application.

### OWNER OPERATORS
needed for a flatbed carrier headquartered in Ennis, TX. Must be a minimum of 23 years old with 18 months over the road experience preferably with flatbed and have a good driving record. Your equipment must meet D.O.T. requirements. We offer steady regional, over the road, & local year round work, to find out about our settlement program is contract Enns transportation at 800-527-6772 Attn: Recruiting

**PART TIME** Physician Assistant Nurse Practitioner needed for busy family practice office (Bilingual a plus 3+ years experience needed. Please fax resume to 972-875-6795.

**THE COUNTY SEAT** in Waxahachie needs exp. servers immediately. Send resume to rol_r@yahoo.com or come by between 2-4pm Tues.-Fri. 100 N. College.

Published 4 times in The Midlothian Mirror, Wednesday, April 4, 11, 18 and 25, 2012.

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. TO: SUSAN-FOSTER FROMAN, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009

Published 1 time in The Midlothian Mirror, Wednesday, April 4, 2012.

### NOTICE OF A PUBLIC HEARING THE CITY COUNCIL OF MIDLOTHIAN, TX ZONING ORD. 89-13 SECTION 6.4 HISTORICAL OVERLAY DISTRICT CASE NUMBERS Z02-2011-24 OLD FIREHOUSE, Z03-2011-25 LARKIN NEWTON CABIN, Z05-2011-27 KIMMEL PARK

Notice is hereby given to all interested persons that the City Council of Midlothian, Texas will conduct a public hearing on Tuesday evening, April 24, 2012 at 6:00 P.M. in the City Council Chambers (104 West Avenue E, Midlothian, TX). A Historic Preservation Overlay (H) District designation request has been initiated by the City. The Historical Landmark Designation is intended to protect, enhance and perpetuate historical landmarks which represents or reflect distinctive and important elements of the City. Only the above cases are being considered as a Historic Preservation Overlay (H) District.

All persons interested will be given an opportunity to appear and be heard. If you are unable to attend, you may submit your written views to the Development Services Department at 104 W. Avenue E, Midlothian, TX 76065 or by calling (972) 775-7123.

### MUELLER, INC.
METAL BUILDINGS, ROOFING & COMPONENTS

Mueller, Inc. is a highly respected, well-established manufacturer of pre-engineered steel building systems, metal roofing & components. We now seek a:

**Local Delivery Driver**
WAXAHACHIE, TX

Perform material and product loading/unloading activities; coordinate delivery schedules and deliver products. Must have high school diploma/GED and at least 21 years of age with a class "A" CDL and material handling experience. Minimum of one (1) to three (3) years of CDL certified truck driving experience preferred. A combination of skills and experience may be qualifying. Pay Rate: $14.21 per hour. Overtime pay opportunity. Home every night.

We offer competitive pay/benefits, with 100% paid employee & dependent health insurance, long-term disability, 401(k), vacation, sick leave, life insurance, employee assistance program, etc.

Online application required, may complete on-site at 2323 S. Hwy 287 Bypass, Waxahachie, TX, (972) 937-7172 or by visiting www.muellerinc.com

Employment contingent upon completion of successful drug screen and extensive background check. EOE.

www.muellerinc.com

### U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## Fair Housing It's Right It's Fair It's for Everyone!

April is Fair Housing Month
The City of Venus Supports Fair Housing



EQUAL HOUSING OPPORTUNITY

Discrimination Complaint Hotline
1-800-669-9777 (Toll Free)
1-800-927-9275 (TDD)

Published 2 times in The Midlothian Mirror, Wednesday, March 28 and April 4, 2012.

### Gifted and Talented Screening

Midlothian Independent School District will accept referrals for the Gifted and Talented Program, for the 2012-2013 school year, for the students currently enrolled in Grades 1-11. Referrals will be accepted from April 9-20.

Parents, community members, counselors and teachers, as well as students themselves may refer potential gifted candidates.

The purpose of the identification process is to locate those students who demonstrated unusually advanced aptitude and commitment to learning and production. These are the students who will most likely benefit from an academic program that is expanded and enriched.

Referral forms may be obtained from the school counselors and written parental/guardian consent shall be obtained before individual assessment is conducted as part of the screening and identification process.

Published 2 times in The Midlothian Mirror, Wednesday, March 28 and April 4, 2012.

### NOTICE TO PROPOSERS

The City of Midlothian is seeking bids from interested parties to provide technical services for a SCADA Maintenance Contract at the Water Treatment Plant. A Pre-bid meeting will be held. See location and time below. Sealed bids will be accepted until 2:00 p.m., C.S.T. on Friday, April 20, 2012. Packages received after that time will not be accepted. Packages should be sent or delivered prior to the deadline above to: Purchasing Agent, Midlothian City Hall, 104 West Avenue E, Midlothian, TX 76065 and should be marked "Bid Number 2012-12, SCADA Maintenance Contract" in the lower left hand corner of a sealed envelope. The City of Midlothian reserves the right to accept or reject any or all packages and to waive formalities or irregularities in the proposal process.

Copies of the bid packages will be available for pickup at City Hall, 104 W. Avenue E, Midlothian, TX 76065 beginning March 28, 2012 at 8:00 a.m., CST.

**Pre-bid Meeting:**
April 5, 2012
10:00 a.m., CST
Water Treatment Plant #1
440 Tayman Drive
Midlothian, Texas 76065

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. TO: ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009

Published 1 time in The Midlothian Mirror, Wednesday, April 4, 2012.

### Ordinance 2012-06

An ordinance extending the municipal boundary limits of the City of Midlothian, Texas by the annexation (Case No. AX01-2011-28) of ± 6.277 acres of land, known as Watson Addition, Lot 2, generally located ± 2,829 feet north of FM 1387 and east of Bryson Lane, in Ellis County, Texas; and lying within the extra territorial jurisdiction (ETJ) of the City of Midlothian and adjoining the present boundary limits of the City of Midlothian; providing that the annexed property shall be subject to the ad valorem levied by the City of Midlothian and that the inhabitants of the annexed property shall be entitled to all rights and privileges of the citizens of the City of Midlothian now in effect and hereinafter adopted; proposed annexation being fully described in the Exhibit "A" attached to said ordinance, and made a part of for all purposes of annexation procedures; providing a severability clause; providing for an effective date; and providing for the publication of the caption of this ordinance. March 27, 2012

Published 2 times in The Midlothian Mirror, Wednesday, March 28 and April 4, 2012.

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. TO: SUSAN FOSTER FROMAN, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009

# PUBLISHER'S AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF ELLIS**

Before me, the undersigned authority in and for said State and County, on this day personally appeared <u>Robin Fox</u> to me known, who, after being by me first duly sworn, on oath, says: that she is <u>Clerk</u> of the Midlothian Mirror which is a newspaper of general circulation, published in the City of Midlothian, in Ellis County, Texas, and which has been continuously and regularly published therein for a period of more than one year next before the first publication of the attached writ and notice; that the said writ and notice was printed and published in said newspaper once each consecutive week for the period of time required, and on the following dates:

_____ 4-4  4-11,  4-18 & 4-25_____, 20_12_, as appeared from a copy thereof attached.

Witness my hand this _26_ day of _June_ 20_12_

_____

**Robin Fox**

Subscribed and sworn to before me this _26_ day of _June_ 20_12_

_____

Notary Public in and for Ellis County, Texas

Printer's Fee $_____

SHARON REXRODE
Notary Public, State of Texas
My Commission Expires
December 13, 2012

# THE MIDLOTHIAN MIRROR — CLASSIFIED ADS

waxahachietx.com · waxahachietx.com · waxahachietx.com · waxahachietx.com · waxahachietx.com · waxahachietx.com · waxahachietx.com

**IT'S EASY TO PLACE AN AD**

**CALL** 972-937-3310 · 972-938-1939  Fax: 972-937-1129

**IN PERSON** 200 W. Marvin  Waxahachie, TX 75165

**BY MAIL** P.O. Box 877  Waxahachie, TX 75168

**EMAIL** sharon.reardon@wninews.com  jennifer.henderson@wninews.com

Deadlines: Tuesday through Friday 4pm prior day · Sunday 4pm on Friday · Payment: Cash, Check or Credit Card

---

## Classified Ads

(Due to the extremely dense nature of this full-page classified advertising section, the individual advertisement listings, employment notices, help-wanted ads, legal notices, and public notices are not all individually legible at this resolution.)

### Legal Notices / Classified Ad Rates

### 101 LEGAL NOTICES

### 102 PERSONALS
HAVE YOUR SPECIAL OCCASION at MELODY RANCH 1821 DUBLIN RD.

LOST

FOUND

### MEALS-ON-WHEELS
of Johnson and Ellis Counties has volunteer opportunities in all Ellis County communities. Meals are delivered by volunteers around the lunch hour. For more information, please contact Meals-On-Wheels at (972) 351-9943.

### 202 EMPLOYMENT

Drivers (CDL-A)

Home Instead — CARING PEOPLE NEEDED  Call Today: 972-227-0900

### MUELLER, INC.
WAXAHACHIE, TX

### Local Drivers Driver — WAXAHACHIE, TX

www.muellerinc.com

### U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## Fair Housing It's Right · It's Fair · It's for Everyone!

**April is Fair Housing Month**
The City of Venus Supports Fair Housing

EQUAL HOUSING OPPORTUNITY

**Discrimination Complaint Hotline**
1-800-669-9777 (Toll Free)
1-800-927-9275 (TDD)



### NOTICE — CAREGIVER / PART-TIME / NOW HIRING

### 202 EMPLOYMENT — TEXAS BAPTIST HOME / POOL CLEANER

### COMPANY DRIVERS
Needed for a flatbed carrier located in Ennis, TX. Must be a minimum of 25 years old with 2 years verifiable over the road driving experience and 6 months flatbed experience with good driving record. We offer steady year round work, good pay and benefits including insurance, paid holidays, 401-K plan and vacations. If qualified please call Ennis Transportation Co., Inc. 800-527-6772 Attn: Recruiting

### OWNER OPERATORS
needed for a flatbed carrier headquartered in Ennis, TX. Must be a minimum of 23 years old with 18 months over the road experience preferably with flatbed and have a good driving record. Your equipment must meet D.O.T. requirements. We offer steady regional, over the road, & local year round work, to find out about our settlement program a contract Ennis Transportation at 800-527-6772 Attn: Recruiting

### Legal / Public Notices

Published 4 times in The Midlothian Mirror, Wednesday, April 4, 11, 18 and 25, 2012.

SUMMONS IN A CIVIL ACTION  Case No. 51-CV-1247-GT-RBB  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: SUSAN FOSTER-FROMAN, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, McELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009

Published in The Midlothian Mirror, Wednesday, April 4, 2012.

### NOTICE OF A PUBLIC HEARING THE CITY COUNCIL OF MIDLOTHIAN, TX — ZONING ORD. 89-13 · SECTION 6.4 HISTORICAL OVERLAY DISTRICT

CASE NUMBERS Z02-2011-24 — OLD FIREHOUSE, Z03-2011-25 — LARKIN NEWTON CABIN, Z05-2011-27 — KIMMEL PARK

Notice is hereby given to all interested persons that the City Council of Midlothian, Texas will conduct a public hearing on Tuesday evening, April 24, 2012 at 6:00 P.M. in the City Council Chambers (104 West Avenue E, Midlothian, TX). A Historic Preservation Overlay (H) District designation request has been initiated by the City. The Historical Landmark Designation is intended to protect, enhance and perpetuate historical landmarks which represents or reflect distinctive and important elements of the City. Only the above cases are being considered as a Historic Preservation Overlay (H) District.

All persons interested will be given an opportunity to appear and be heard. If you are unable to attend, you may submit your written views to the Development Services Department at 104 W. Avenue E, Midlothian, TX 76065 or by calling (972) 775-7123.

**AFFIDAVIT OF PUBLICATION**
**NEWBERRY EAGLE**

State of Oregon          } ss
County of Deschutes   }

I am over the age of 18, a citizen of the United States and not a party to, or have interest in this matter. I hereby certify that the attached advertisement appeared in said newspaper in each and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Newspaper: Newberry Eagle

**April 1, 8, 15 and 22, 2012**

I acknowledge that I am the Editor in Chief of the Newberry Eagle, printed and published in the City of La Pine, County of Deschutes, State of Oregon, and generally circulated in the Counties of:
Deschutes, Klamath, and Lake

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of July, 2012, in La Pine, Oregon.

Declarant's Signature

**Legal Notices**

SUMMONS IN A CIVIL. ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA. UNITED STATES OF AMERICA. CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA. Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants.   TO: DENNIS MAHER and DELIA MAHER. YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Count and serve upon PLAINTIFF'S ATTORNEY Scott McElroy. MCELROY. MEYER. WALKER & CONDON, P.C. 1007 Pearl Street. Suite 220, Boulder. CO 80302. Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you. within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: April 1, 8, 15, 22, 2012.

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA. UNITED STATES OF AMERICA. CAHUILLA BAND OF INDIANS. RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT,   et al., Defendants. TO: DENNIS MAHER and DELIA MAHER, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704. Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED : October 20, 2009. Publish Dates: April 1, 8, 15, 22, 2012.

This space is for the County Clerk's Filing Stamp

# PROOF OF PUBLICATION
## (2010 & 2011 C.C.P.)

**STATE OF CALIFORNIA**
**County of San Diego**

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

### North County Times

Formerly known as the Blade-Citizen and The Times-Advocate and which newspapers have been adjudicated newspapers of general circulation by the Superior Court of the County of San Diego, State of California, for the City of Oceanside and the City of Escondido, Court Decree number 171349, for the County of San Diego, that the notice of which the annexed is a printed copy (set in type not smaller than nonpariel), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

### May 10th, 17th, 24th & 31st, 2012

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at **Escondido,** California
On This 31st, day May, 2012

Jane Allshouse
NORTH COUNTY TIMES
Legal Advertising

---

Proof of Publication of

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS; RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants; TO: CYNTHIA ANTRIM, KENNETH HICKS and JOSE REYES, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MOELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: 5/10,5/17,5/24,5/31/12 nct 2314636

This space is for the County Clerk's Filing Stamp

# PROOF OF PUBLICATION
# (2010 & 2011 C.C.P.)

**STATE OF CALIFORNIA**
**County of San Diego**

I am a citizen of the United States and a resident of the County aforesaid: I am over the age of eighteen years and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

### North County Times

Formerly known as the Blade-Citizen and The Times-Advocate and which newspapers have been adjudicated newspapers of general circulation by the Superior Court of the County of San Diego, State of California, for the City of Oceanside and the City of Escondido, Court Decree number 171349, for the County of San Diego, that the notice of which the annexed is a printed copy (set in type not smaller than nonpariel), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

### May 10th, 17th, 24th & 31st, 2012

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at **Escondido,** California
On This 31st, day May, 2012

Jane Allshouse
NORTH COUNTY TIMES
Legal Advertising

---

Proof of Publication of

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: CYNTHIA ANTRIM, KENNETH HICKS and JOSE REYES, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: 5/10,5/17,5/24,5/31/12 nct 2314635

## AFFIDAVIT OF PUBLICATION

STATE OF CALIFORNIA, )
                         ) ss.
County of Orange    )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of November 19, 1905, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

### March 30, April 6, 13, 20, 2012

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct".
Executed at Santa Ana, Orange County, California, on
Date:

### April 20, 2012

Signature

**The Orange County Register**
**625 N. Grand Ave.**
**Santa Ana, CA 92701**
**(714) 796-7000 ext. 3002**

## PROOF OF PUBLICATION

Proof of Publication of

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. TO: PAUL AMPHON, KITTI AMPHON, ROBERT HARMON, SAMUEL HUGHES, ERNESTO PEREZ and LETICIA PEREZ, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates:

Publish: Orange County Register
March 30, April 6, 13, 20, 2012
R-523   9466063

## AFFIDAVIT OF PUBLICATION

STATE OF CALIFORNIA, )
                          ) ss.
County of Orange      )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of **The Orange County Register**, a newspaper of general circulation, published in the city of Santa Ana, County of Orange, and which newspaper has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of November 19, 1905, Case No. A-21046, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

### March 30, April 6, 13, 20, 2012

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct";

Executed at Santa Ana, Orange County, California, on
**Date:**

### April 20, 2012

_____
Signature

**The Orange County Register**
**625 N. Grand Ave.**
**Santa Ana, CA 92701**
**(714) 796-7000 ext. 3002**

## PROOF OF PUBLICATION

Proof of Publication of

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: PAUL AMPHON, KITTY AMPHON, PATRICIA CANALE, ROBERT HARMON, SAMUEL HUGHES, ERNESTO PEREZ and LETICIA PEREZ, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.

Publish: Orange County Register
March 30, April 6, 13, 20, 2012 R-522   9466058

# THE PRESS-ENTERPRISE

3450 Fourteenth Street
Riverside, CA 92501-3878
951-684-1200
951-368-9018 FAX

## PROOF OF PUBLICATION
(2010, 2015.5 C.C.P)

Publication(s): Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.:  /

I am a citizen of the United States.  I am over the age of eighteen years and not a party to or interested in the above entitled matter.  I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper in general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673, and under date of August 25, 1995, Case Number 267864; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

**01/04, 01/11, 01/18, 01/25/2012**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: January 25, 2012
At:  Riverside, California

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE 410
BERKELEY, CA 94704

Ad Number:  0000700639-01

P.O. Number:

Ad Copy:
SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO:  DONALD CHASE, RICHARD CHASE, ROBERT LO HNES, CARLA MITCHELL, JUAN OSUNA, RICH SAUM, ROBERT RIOS and CHRISTOPHER VOLLAN, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy MCELROY, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.
Publish Dates: 1/4, 11, 18, 25

# THE PRESS-ENTERPRISE

3450 Fourteenth Street
Riverside, CA 92501-3878
951-684-1200
951-368-9018 FAX

## PROOF OF PUBLICATION
### (2010, 2015.5 C.C.P)

Publication(s): Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.:  /

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper in general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673, and under date of August 25, 1995, Case Number 267864; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

**01/04, 01/11, 01/18, 01/25/2012**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: January 25, 2012
At:  Riverside, California

ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 ADDISON STREET, SUITE 410
BERKELEY, CA 94704

Ad Number:  0000700639-01

P.O. Number:

A COPY:
SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: DONALD CHASE, RICHARD CHASE, ROBERT LOHNES, JUAN OSUNA, and CHRISTOPHER VOLLAN. YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 648-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #6174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.
Publish Dates: 1/4, 11, 18, 25



P.O. Box 120191, San Diego, CA 92112-0191

# AFFIDAVIT OF PUBLICATION

ALEXANDER, BERKEY, WILLIAMS & WEATHERS,
2030 ADDISON STREET, SUITE 410
BERKELEY, CA 94704

STATE OF CALIFORNIA} ss.
County of San Diego}

The Undersigned, declares under penalty of perjury
under the laws of the State of California: That she is a
resident of the County of San Diego. That she is and at all
times herein mentioned was a citizen of the United States, over the age
of twenty-one years, and that she is not a party to, nor interested in the
above entitled matter; that she is Chief Clerk for the publisher of

### The San Diego Union-Tribune

a newspaper of general circulation , printed and published daily in the
City of San Diego, County of San Diego, and which newspaper is
published for the dissemination of local news and intelligence of a
general character, and which newspaper at all the times herein
mentioned had and still has a bona fide subscription list of paying
subscribers, and which newspaper has been established, printed and
published at regular intervals in the said City of San Diego, County of
San Diego, for a period exceeding one year next preceding the date of
publication of the notice hereinafter referred to, and which newspaper is
not devoted to nor published for the interests, entertainment or
instruction of a particular class, profession, trade, calling, race, or
denomination, or any number of same; that the notice of which the
annexed is a printed copy, has been published in said newspaper in
accordance with the instructions of the person(s) requesting publication,
and not in any supplement thereof on the following dates, to wit:

May 10, 2012, May 17, 2012, May 24, 2012, May 31, 2012

*Chief Clerk for the Publisher*

5/31/12
*Date*

### Affidavit of Publication of

Legal Advertisement
Ad # 0010628246#
ORDERED BY: MARTHA MORALES

**SUMMONS IN A CIVIL ACTION**

Case No. 51-cv-1247-GT-RBB

United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS. et

vs.

FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.

TO: (Name and Address of Defendant)
JOHN BOEHME
1035 STONECREST LANE
ESCONDIDO, CA 92027

MARY BOEHME
1035 STONECREST LANE
ESCONDIDO, CA 92027

DAVID DICKSON
16J78 OLD
GUESITO
ESCONDIDO, CA 92027

SAM SHOREZ
1550 DEHESA ROAD
EL CAJON, CA 92019

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY.

Scott McElroy
MCELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302
Tel: (303) 442-2021

An answer to the complaint which is herewith served upon you, within . * days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr., Clerk

By C. EOLJA, Deputy Clerk

OCT 20 2009

* Within such time as to he set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).



**San Diego**

P.O. Box 120191, San Diego, CA 92112-0191

# AFFIDAVIT OF PUBLICATION

ALEXANDER, BERKEY, WILLIAMS & WEATHERS,
2030 ADDISON STREET, SUITE 410
BERKELEY, CA 94704

STATE OF CALIFORNIA} ss.
County of San Diego}

The Undersigned, declares under penalty of perjury
under the laws of the State of California: That she is a
resident of the County of San Diego. That she is and at all
times herein mentioned was a citizen of the United States, over the age
of twenty-one years, and that she is not a party to, nor interested in the
above entitled matter; that she is Chief Clerk for the publisher of

### The San Diego Union-Tribune

a newspaper of general circulation , printed and published daily in the
City of San Diego, County of San Diego, and which newspaper is
published for the dissemination of local news and intelligence of a
general character, and which newspaper at all the times herein
mentioned had and still has a bona fide subscription list of paying
subscribers, and which newspaper has been established, printed and
published at regular intervals in the said City of San Diego, County of
San Diego, for a period exceeding one year next preceding the date of
publication of the notice hereinafter referred to, and which newspaper is
not devoted to nor published for the interests, entertainment or
instruction of a particular class, profession, trade, calling, race, or
denomination, or any number of same; that the notice of which the
annexed is a printed copy, has been published in said newspaper in
accordance with the instructions of the person(s) requesting publication,
and not in any supplement thereof on the following dates, to wit:

May 10, 2012, May 17, 2012, May 24, 2012, May 31, 2012

*Chief Clerk for the Publisher*

5/31/12

*Date*

**Affidavit of Publication of**

Legal Advertisement
Ad # 0010628260#
ORDERED BY: MARTHA MORALES

**SUMMONS IN A CIVIL
ACTION**

Case No. 51-cv-1247-GT-RBB

United States
District Court
SOUTHERN
DISTRICT OF
CALIFORNIA

UNITED STATES
OF AMERICA,
RAMONA BAND OF
CAHUILLA,
CAHUILLA BAND
OF INDIANS, et

vs.

FALLBROOK
PUBLIC UTILITY
DISTRICT, a public
service corporation
of the State of
California, et al.

TO: (Name and Ad-
dress of Defendant)
JOHN BOEHME
1035 STONECREST
LANE
ESCONDIDO, CA
92027

MARY BOEHME
1035 STONECREST
LANE
ESCONDIDO, CA
92027

DAVID DICKSON
16478 OLD
GUESITO
ESCONDIDO, CA
92027

YOU ARE HERE-
BY SUMMONED
and required to file
with the Clerk of this
Court and serve
upon PLAINTIFFS
ATTORNEY.

Curtis G. Berkey
ALEXANDER,
BERKEY,
WILLIAMS &
WEATHERS LLP
2030 Addison Street,
Suite 410
Berkeley, CA 94704
(510) 548-7070

An answer to the
complaint which is
herewith served
upon you, within . *
days after service of
this summons upon
you, exclusive of the
day of service. If you
fail to do so, judg-
ment by default will
be taken against you
for the relief de-
manded in the
complaint.

W. Samuel Hamrick,
Jr., Clerk

By C. EOIJA,
Deputy Clerk

OCT 15 2009

* Within such time
as to be set by subse-
quent order of the
Court pursuant to

order of Judge
Thompson dated
July 22, 2009 (Docket
#5174).

**RETURN TO:**

The Acorn Newspapers
30423 Canwood Street, Suite 108
Agoura Hills, California 91301-4316

**PROOF OF PUBLICATION**
(2015.5 C.C.P.)

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I am a citizen of the United States and resident of the County aforesaid. I am over the age of eighteen years, and not party or interested in the above-entitled matter. I am the principal clerk of the printer of:

**THE ACORN NEWSPAPERS**
**30423 CANWOOD STREET, SUITE 108**
**AGOURA HILLS, CALIFORNIA 91301**

A newspaper of general circulation, printed and published Thursdays in the City of Agoura Hills, County of Los Angeles, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Los Angeles, State of California, under the date of June 26th, 1980, case Number 3216672. That the notice of which the Annexed is a printed copy (set in type not smaller that nonpareil), has been published in each regular issue of said newspaper and not in any supplement thereof on the following dates to-wit:

April 5, 12, 19, 26,

all in the year of 2012.

I certify or declare under penalty of perjury that the foregoing is true and correct.

Dated at Agoura Hills, California

this 27th day of April , 2012.

Sincerely,

Marilynn Band
Legal Advertising

---

COUNTY CLERK FILING STAMP

**PROOF OF PUBLICATION**

Summons
Case No. 51-CV-1247-GT-RBB

M-0361

**SUMMONS**

IN A CIVIL ACTION Case No. 51-CV-1247-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: CARL SWENSON and JANE SWENSON, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009, (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: April 5, 12, 19, 26, 2012   M-0361

**RETURN TO:**

The Acorn Newspapers
30423 Canwood Street, Suite 108
Agoura Hills, California 91301-4316

**PROOF OF PUBLICATION**
(2015.5 C.C.P.)

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I am a citizen of the United States and resident of the County aforesaid. I am over the age of eighteen years, and not party or interested in the above-entitled matter. I am the principal clerk of the printer of:

**THE ACORN NEWSPAPERS**
**30423 CANWOOD STREET, SUITE 108**
**AGOURA HILLS, CALIFORNIA 91301**

A newspaper of general circulation, printed and published Thursdays in the City of Agoura Hills, County of Los Angeles, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Los Angeles, State of California, under the date of June 26th, 1980, case Number 3216672. That the notice of which the Annexed is a printed copy (set in type not smaller that nonpareil), has been published in each regular issue of said newspaper and not in any supplement thereof on the following dates to-wit:

April 5, 12, 19, 26,

all in the year of 2012.

I certify or declare under penalty of perjury that the foregoing is true and correct.

Dated at Agoura Hills, California

this 27th day of April , 2012.

Sincerely,

Marilynn Band
Legal Advertising

---

**PROOF OF PUBLICATION**

Summons
Case No. 51-CV-1247-GT-RBB

M-0362

**SUMMONS**

IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: CARL SWENSON and JANE SWENSON, YOU ARE HEREBY SUMMONED and required to file witff the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: April 5, 12, 19, 26, 2012.   M-0362

**Proof of Publication**
(2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

I, Christine Seiveno, am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and I am not a party to or interested in the notice published. I am the legal advertising manager of the publisher of

**The Alpine Sun**

a newspaper of general circulation, printed and published weekly in the city of Alpine, County of San Diego, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of November 1959, Case No. 238120, that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

5/10, 5/17, 5/24, 5/31

all in the year 2012

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Chula Vista, California

This 31ST day May 2012

_____
Signature

**San Diego Neighborhood Newspapers**
**The Alpine Sun**
**2144 Alpine Blvd.**
**Alpine, CA 91901**
**619.445-3288**

This space is for the County Clerk's filing stamp

Proof of Publication of

AL36929          CASE # 51-CV-1247-GT-RBB

SUMMONS IN A CIVIL ACTION – United States of America, Ramona Band of Cahuilla, Cahuilla Band of Indians et al vs. Fallbrook Public Utility District

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA
SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al
vs
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al

TO: JOHN HAMMERSTRAND
1739 ROBLE GRANDE RD, ALPINE, CA 91901

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Curtis G. Berkey
ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510)548-7070
An answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so judgment by default will be taken against you for the relief demanded in the complaint.
DATE: Oct 15 2009
W.SAMUEL HAMRICK, JR., CLERK, By C. ECIJA, Deputy Clerk
Alpine Sun - 36929
5/10,17,24,31/12

**Proof of Publication**
(2015.5 C.C.P.)

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

I, Christine Seiveno, am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and I am not a party to or interested in the notice published. I am the legal advertising manager of the publisher of

**The Alpine Sun**

a newspaper of general circulation, printed and published weekly in the city of Alpine, County of San Diego, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of November 1959, Case No. 238120, that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

5/10, 5/17, 5/24, 5/31

all in the year 2012

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Chula Vista, California

This 31ST day May 2012

_____
Signature

**San Diego Neighborhood Newspapers**
**The Alpine Sun**
**2144 Alpine Blvd.**
**Alpine, CA 91901**
**619.445-3288**

This space is for the County Clerk's filing stamp

Proof of Publication of

AL36948                CASE # 51-CV-1247-GT-RBB

SUMMONS IN A CIVIL ACTION – United States of America, Ramona Band of Cahuilla, Cahuilla Band of Indians et al vs. Fallbrook Public Utility District

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA
SUMMONS IN A CIVIL ACTION
Case No. 51-cv-1247-GT-RBB

UNITED STATES OF AMERICA,
RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS et al
vs
FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al

TO: JOHN HAMMERSTRAND
1739 ROBLE GRANDE RD, ALPINE, CA 91901

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Scott McElroy
   MCELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220
   Boulder, CO 80302
   Tel: (303)442-2021
   An answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174).  If you fail to do so judgment by default will be taken against you for the re-lief demanded in the complaint.
DATE: Oct 20 2009
W. SAMUEL HAMRICK, JR., CLERK, By C. ECIJA, Deputy Clerk
Alpine Sun - 36948
5/10,17,24,31/12

# The Coast News

Decreed A Legal Newspaper by the Superior Court
of San Diego County.

Mail all correspondence regarding public
notice advertising to

**The Coast News, P.O. Box 232550,
Encinitas, CA 92023 (760) 436-9737**

# Proof of Publication

### STATE OF CALIFORNIA, ss.
### COUNTY OF SAN DIEGO,

I am a citizen of the United States and a resident of the
county aforesaid;

I am over the age of eighteen years, and not a party to or
interested in the above entitled matter.

I am principal clerk of the printer of The Coast News, a
newspaper printed and published weekly and which news-
paper has been adjudged a newspaper of general circulation
for the cities of Del Mar, Solana Beach, Encinitas/Cardiff,
Carlsbad, Oceanside, San Marcos/Vista and the County
Judicial District by the Superior Court of the State of
California, County of San Diego (8/4/94, #677114, B2393,
P396); and that the notice, of which the annexed is a print-
ed copy, has been published in, each regular and entire issue
of said newspaper and not in any supplement thereof on the
following dates, to-wit:

May 11, 18, 25, 2012

June 01, 2012

I certify under penalty of perjury that the
foregoing is true and correct. Executed at
Encinitas, County of San Diego, State of
California on this 1st day of June 2012.

*Becky Roland*

Clerk of the Printer

---

Space above for County Clerk's Filing Stamp

**SUMMONS IN A CIVIL ACTION**
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT
COURT
SOUTHERN DISTRICT OF CALI-
FORNIA
UNITED STATES OF AMERICA,
CAHUILLA BAND OF INDIANS,
RAMONA BAND OF CAHUILLA,
Plaintiffs, v. FALLBROOK PUB-
LIC UTILITY DISTRICT, et al.,
Defendants,
TO: ALBERT MEICHTRY, P.O. Box
235823, Encinitas, CA 92023
YOU ARE HEREBY SUMMONED
and required to file with the Clerk
of this Court and serve upon
PLAINTIFF'S ATTORNEY Scott
McElroy, MCELROY, MEYER,
WALKER & CONDON, P.C., 1007
Pearl Street, Suite 220, Boulder, CO
80302, Tel: (303) 442-2021.
An answer to the complaint which
is herewith served upon you, with-
in such time as to be set by subse-
quent order of the Court pursuant
to order of Judge Thompson dated
July 22, 2009 (Docket #5174). If
you fail to do so, judgment by
default will be taken against you
for the relief demanded in the com-
plaint.   CLERK:  W. Samuel
Hamrick, Jr. DEPUTY CLERK: C.
Ecija DATED: October 20, 2009.
Publish Dates: 05/11, 05/18, 05/25,
06/01/12 CN 13384

# The Coast News

Decreed A Legal Newspaper by the Superior Court
of San Diego County.
Mail all correspondence regarding public
notice advertising to
**The Coast News, P.O. Box 232550,
Encinitas, CA 92023 (760) 436-9737**

# Proof of Publication

Space above for County Clerk's Filing Stamp

## STATE OF CALIFORNIA, ss.
## COUNTY OF SAN DIEGO,

I am a citizen of the United States and a resident of the county aforesaid;

I am over the age of eighteen years, and not a party to or interested in the above entitled matter.

I am principal clerk of the printer of The Coast News, a newspaper printed and published weekly and which newspaper has been adjudged a newspaper of general circulation for the cities of Del Mar, Solana Beach, Encinitas/Cardiff, Carlsbad, Oceanside, San Marcos/Vista and the County Judicial District by the Superior Court of the State of California, County of San Diego (8/4/94, #677114, B2393, P396); and that the notice, of which the annexed is a printed copy, has been published in, each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

May 11, 18, 25, 2012

June 01, 2012

SUMMONS IN A CIVIL ACTION
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT
COURT
SOUTHERN DISTRICT OF CALI-
FORNIA
UNITED STATES OF AMERICA,
CAHUILLA BAND OF INDIANS,
RAMONA BAND OF CAHUILLA,
Plaintiffs, v.
FALLBROOK PUBLIC UTILITY
DISTRICT, et al., Defendants,
TO: ALBERT MEICHTRY, P.O. Box
235823, Encinitas, CA 92023
YOU ARE HEREBY SUMMONED
and required to file with the Clerk
of this Court and serve upon
PLAINTIFF'S ATTORNEY Curtis
Berkey ALEXANDER, BERKEY,
WILLIAMS & WEATHERS LLP,
2030 Addison Street, Suite 410,
Berkeley, CA 94704, Tel: (510) 548-
7070. An answer to the complaint
which is herewith served upon you,
within such time as to be set by
subsequent order of the Court pur-
suant to order of Judge Thompson
dated July 22, 2009 (Docket #5174).
If you fail to do so, judgment by
default will be taken against you
for the relief demanded in the com-
plaint. CLERK: W. Samuel
Hamrick, Jr. DEPUTY CLERK: C.
Ecija. DATED: October 15, 2009.
Publish Dates: 05/11, 05/18, 05/25,
06/01/12 CN 13383

I certify under penalty of perjury that the foregoing is true and correct. Executed at Encinitas, County of San Diego, State of California on this 1st day of June 2012.

_Becky Roland_

Clerk of the Printer

# Daily Breeze

21250 HAWTHORNE BLVE, STE 170 * TORRANCE CALIFORNIA 90503-4077
Direct: (310) 543-6635 Fax: (310) 316-6827

## PROOF OF PUBLICATION
### (201 5.5 C.C.P.)

This space is for the County Clerk's Filing Stamp

STATE OF CALIFORNIA

County of Los Angeles,

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the _____ **THE DAILY BREEZE** _____

a newspaper of general circulation, printed and published _____

in the City of _____ **Torrance*** _____
County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of County of Los Angeles, State of California, under the date of _____

**June 10, 1974**

Case Number _____ **SWC7146** _____
that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement there of on the following dates, to-wit

_____ April 7, 14, 21, 28, _____

all in the year _____ **2012** _____

the foregoing is true and correct.
Dated at _____ Torrance _____

California, this _28_  _____ April _____ 2012

*The Daily Breeze circulation includes the following cities:
Carson, Compton, Culver City, El Segundo, Gardena, Harbor City, Hawthorne, Hermosa Beach, Inglewood, Lawndale, Lomita, Long Beach, Manhattan Beach, Palos Verdes Peninsula, Palos Verdes, Rancho Palos Verdes, Rancho Palos Verdes Estates, Redondo Beach, San Pedro, Santa Monica, Torrance and Wilmington

DB 4-16
SUMMONS IN A CIVIL ACTION
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al, Defendants, TO: CLAUDE GRAHAM and JOAN OVERGAAUW, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.
Published: April 7, 14, 21, 28, 2012

# Daily Breeze

21250 HAWTHORNE BLVE, STE 170 * TORRANCE CALIFORNIA 90503-4077
Direct: (310) 543-6635 Fax: (310) 316-6827

**PROOF OF PUBLICATION**
(201 5.5 C.C.P.)

This space is for the County Clerk's Filing Stamp

STATE OF CALIFORNIA

County of Los Angeles,

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the _____ **THE DAILY BREEZE**

_____

a newspaper of general circulation, printed and published _____

_____

in the City of _____ **Torrance*** _____
County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of County of Los Angeles, State of California, under the date of _____

**June 10, 1974**

Case Number _____ **SWC7146**
that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement there of on the following dates, to-wit

_____ April 7, 14, 21, 28, _____

_____

all in the year _____ 2012

the foregoing is true and correct.
Dated at _____ Torrance _____

California, this _____ 28 _____ April _____ 2012

*The Daily Breeze circulation includes the following cities:
Carson, Compton, Culver City, El Segundo, Gardena, Harbor City, Hawthorne, Hermosa Beach, Inglewood, Lawndale, Lomita, Long Beach, Manhattan Beach, Palos Verdes Peninsula, Palos Verdes, Rancho Palos Verdes, Rancho Palos Verdes Estates, Redondo Beach, San Pedro, Santa Monica, Torrance and Wilmington

DB 4-15
**SUMMONS IN A CIVIL ACTION**
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
CALIFORNIA, UNITED STATES OF
AMERICA, CAHUILLA BAND OF
INDIANS, RAMONA BAND OF
CAHUILLA, Plaintiffs, v. FALLBROOK
PUBLIC UTILITY DISTRICT, et al.,
Defendants, TO: CLAUDE GRAHAM,
CORRINA MICHALAK and JOAN
OVERGAAUW, YOU ARE HEREBY
SUMMONED and required to file with the
Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY Scott
McElroy, MCELROY, MEYER, WALKER
& CONDON, P.C., 1007 Pearl Street, Suite
220, Boulder, CO 80302, Tel: (303) 442-2021,
an answer to the complaint which is
herewith served upon you, within such
time as to be set by subsequent order of the
Court pursuant to order of Judge
Thompson dated July 22, 2009 (Docket
#5174). If you fail to do so, judgment by
default will be taken against you for the
relief demanded in the complaint.
DATED: October 20, 2009.
Published: April 7, 14, 21, 28, 2012

The Desert Sun
750 N Gene Autry Trail
Palm Springs, CA 92262
760-778-4578 / Fax 760-778-4731

**Certificate of Publication**

**State Of California  ss:**
**County of Riverside**

**Advertiser:**

ALEXANDER, B, W & WEATHERS
2030 ADDISON ST. STE 410
Berkeley                    CA       94704

2000316432

I am over the age of 18 years old, a citizen of the United
States and not a party to, or have interest in this matter. I
hereby certify that the attached advertisement appeared
in said newspaper (set in type not smaller than non pariel)
in each and entire issue of said newspaper and not in any
supplement thereof on the following dates, to wit:

Newspaper:          .The Desert Sun

5/3/2012           5/10/2012           5/17/2012

5/24/2012

I acknowledge that I am a principal clerk of the printer of
The Desert Sun, printed and published weekly in the City
of Palm Springs, County of Riverside, State of California.
The Desert Sun was adjudicated a newspaper of general
circulation on March 24, 1988 by the Superior Court of the
County of Riverside, State of California         Case No.
191236.

I declare under penalty of perjury that the foregoing is true
and correct. Executed on this 24th day of May, 2012 in
Palm Springs, California.

**Declarant's Signature**

No.1221
SUMMONS IN A
CIVIL ACTION Case
No. 51-CV-1247-GT-
RBB UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT
OF CALIFORNIA,
UNITED STATES OF
AMERICA, CAHUILLA
BAND OF INDIANS,
RAMONA BAND OF
CAHUILLA, Plaintiffs, v.
FALLBROOK PUBLIC
UTILITY DISTRICT, et
al., Defendants, TO:
DANIEL RUIZ, YOU
ARE HEREBY SUM-
MONED and required
to file with the Clerk of
this Court and serve
upon PLAINTIFF'S AT-
TORNEY, Scott McEl-
roy, MCELROY, MEY-
ER, WALKER &
CONDON, P.C., 1007
Pearl Street, Suite 220,
Boulder, CO 80302,
Tel: (303) 442-2021, an
answer to the complaint
which is herewith
served upon you, within
such time as to be set
by subsequent order of
the Court pursuant to
order of Judge Thomp-
son, dated July 22,
2009 (Docket #5174).
If you fail to do so,
judgment by default will
be taken against you
for the relief demanded
in the complaint. DAT-
ED: October 20, 2009.
**Published: 5/3, 10,
17, 24/2012**

**The Desert Sun**
750 N Gene Autry Trail
Palm Springs, CA 92262
760-778-4578 / Fax 760-778-4731

<u>Certificate of Publication</u>

**State Of California  ss:**
**County of Riverside**

**Advertiser:**

ALEXANDER, B, W & WEATHERS
2030 ADDISON ST. STE 410
Berkeley            CA      94704

2000316433

I am over the age of 18 years old, a citizen of the United States and not a party to, or have interest in this matter. I hereby certify that the attached advertisement appeared in said newspaper (set in type not smaller than non pariel) in each and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Newspaper:        .The Desert Sun

5/3/2012         5/10/2012          5/17/2012

5/24/2012

I acknowledge that I am a principal clerk of the printer of The Desert Sun, printed and published weekly in the City of Palm Springs, County of Riverside, State of California. The Desert Sun was adjudicated a newspaper of general circulation on March 24, 1988 by the Superior Court of the County of Riverside, State of California        Case No. 191236.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of May, 2012 in Palm Springs, California.

_____

**Declarant's Signature**

No.1222.
SUMMONS  IN  A CIVIL  ACTION  Case No.  51-CV-1247-GT-RBB UNITED STATES DISTRICT   COURT SOUTHERN DISTRICT OF   CALIFORNIA. UNITED STATES OF AMERICA, CAHUILLA BAND  OF  INDIANS, RAMONA  BAND  OF CAHUILLA, Plaintiffs, v. FALLBROOK  PUBLIC UTILITY DISTRICT, et al.,  Defendants,  TO: DANIEL  RUIZ,  YOU ARE  HEREBY  SUM-MONED  and  required to file with the Clerk of this  Court  and  serve upon PLAINTIFF'S AT-TORNEY Curtis Berkey A L E X A N D E R BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison  Street,  Suite 410,  Berkeley,  CA 94704.  Tel: (510) 548-7070, an answer to the complaint  which  is herewith  served  upon you,  within  such  time as to be set by subse-quent  order  of  the Court  (Docket  #5174). If  you  fail  to  do  so, judgment by default will be  taken  against  you for  the  relief  demanded in the complaint.  DAT-ED: October 20, 2009. Published:  5/3,  10, 17, 24/2012

THE FRIDAY FLYER

# PROOF OF PUBLICATION
(2010, 2015.5)
STATE OF CALIFORNIA
County of Riverside

MARTHA MORALES
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 ADDISON STREET, SUITE 410
BERKELEY CA 94704

## Summons
*Cahuilla*

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am an authorized representative of THE FRIDAY FLYER, a newspaper of general circulation, printed and published weekly in the City of Canyon Lake, County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 29, 1996, Case Number 279205; that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

5/11/2012

5/18/2012

5/25/2012

6/1/2012

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated 6/1/2012
at Canyon Lake, California by

*Lynda Hoffman*
Lynda Hoffman

---

This space for filing stamp only

**Public Notice**

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: MARIA ORTIZ, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.

Published: 5/11/2012, 5/18/2012, 5/25/2012, 6/1/2012

**PUBLIC NOTICE**
SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: MARIA ORTIZ, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.
Published: 5/11/2012, 5/18/2012, 5/25/2012, 6/1/2012

THE FRIDAY FLYER
# PROOF OF PUBLICATION
(2010, 2015.5)
STATE OF CALIFORNIA
County of Riverside

MARTHA MORALES
ALEXANDER, BERKEY, WILLIAMS &
WEATHERS LLP
2030 ADDISON STREET, SUITE 410

## Summons
*Ramona*

I am a citizen of the United States and a resident of
the County aforesaid; I am over the age of eighteen
years, and not a party to or interested in the above
entitled matter. I am an authorized representative of
THE FRIDAY FLYER, a newspaper of general
circulation, printed and published weekly in the City
of Canyon Lake, County of Riverside, and which
newspaper has been adjudicated a newspaper of
general circulation by the Superior Court of the
County of Riverside, State of California, under date
of April 29, 1996, Case Number 279205; that the
notice, of which the annexed is a printed copy, has
been published in each regular and entire issue of
said newspaper and not in any supplement thereof
on the following dates, to-wit:

5/11/2012

5/18/2012

5/25/2012

6/1/2012

I certify (or declare) under penalty of perjury that the
foregoing is true and correct.

Dated 6/1/2012
at Canyon Lake, California by

Lynda Hoffman

*This space for filing stamp only*

**Public Notice**

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: MARIA ORTIZ, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009.

Published: 5/11/2012, 5/18/2012, 5/25/2012, 6/1/2012

**PUBLIC NOTICE** SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: MARIA ORTIZ, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Published: 5/11/2012, 5/18/2012, 5/25/2012, 6/1/2012

# THE SPECTRUM

**SUMMONS IN A CIVIL ACTION** Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: MARY FERNANDES, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009. (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: May 8, 15, 22, 29, 2012

Pub#L6702 published May 8, 15, 22, 29, 2012 The Spectrum UPA XLP

PROOF
OF
PUBLICATION

STATE OF UTAH SS.
COUNTY OF WASHINGTON

I Cindy Bundy, being duly sworn, deposes and says that I am the advertising representative of The Spectrum, a newspaper of general circulation published daily at Saint George, Washington County, State of Utah, also distributed in Iron County, and placed on Utahlegals.com; and that the notice:

**P UB # : L6702**

is a true copy of which is here to attached, was published in its issue dated the **8** day of **May** 2012 and was published again in the issues of said newspaper and Utahlegals.com dated: **5/15, 22, 29, 2012** for a total of **4** insertion(s) and per Utahlegals.com will remain on Utahlegals.com for a total of 30 days.

Cindy Bundy

Subscribed and sworn before me this **1st** day of **June** 2012.

NOTARY PUBLIC RESIDING
AT WASHINGTON COUNTY

ST. GEORGE OFFICE
275 E. St. George Blvd. - St. George, UT 84770
Office (435)674-6200   FAX 674-6265
CEDAR CITY OFFICE
389 N. 100 W. - Cedar City, UT 84720
Office (435) 586-7645   FAX 586-7471



Notary Public
BONNIE THOMPSON
Commission Number 576518
My Commission Expires
November 10, 2012
State of Utah

# THE SPECTRUM

PROOF
OF
PUBLICATION

STATE OF UTAH SS.
COUNTY OF WASHINGTON

I Cindy Bundy, being duly sworn,
deposes and says that I am
the advertising representative of
The Spectrum, a newspaper of general
circulation published daily at
Saint George, Washington County,
State of Utah, also distributed in Iron
County, and placed on Utahlegals.com;
and that the notice:

**P UB # : L6701**

is a true copy of which is here to
attached, was published in its issue
dated the _____ **8** _____ day of
_____ **May** _____ 2012 and
was published again in the issues of said
newspaper and Utahlegals.com dated:
**5/15, 22, 29, 2012** for
a total of _____ **4** _____ insertion(s)
and per Utahlegals.com will remain on
Utahlegals.com for a total of 30 days.

_Cindy Bundy_
Cindy Bundy

Subscribed and sworn before me
this _____ **1st** _____ day of
_____ **June** _____ 2012.

_Bonnie Thompson_
NOTARY PUBLIC RESIDING
AT WASHINGTON COUNTY

### SUMMONS

SUMMONS IN A
CIVIL ACTION
C a s e   N o .
51-CV-1247-GT-RBB
UNITED STATES
DISTRICT COURT
SOUTHERN DIS-
TRICT OF CALIFOR-
NIA, UNITED
STATES OF AMER-
ICA, CAHUILLA
BAND OF INDIANS,
RAMONA BAND OF
CAHUILLA, Plaintiffs,
v. FALLBROOK PUB-
LIC UTILITY DIS-
TRICT, et al., Defen-
dants. TO: MARY
FERNANDES, YOU
ARE HEREBY SUM-
MONED and required
to file with the Clerk of
this Court and serve
upon PLAINTIFF'S
ATTORNEY Curtis
Berkey ALEXANDER,
BERKEY, WILLIAMS
& WEATHERS LLP,
2030 Addison Street,
Suite 410, Berkeley,
CA 94704, Tel: (510)
548-7070, an answer to
the complaint which is
herewith served upon
you, within such time
as to be set by subse-
quent order of the
Court (Docket #5174).
If you fail to do so,
judgment by default
will be taken against
you for the relief de-
manded in the com-
plaint. DATED: Octo-
ber 20, 2009. Publish
Dates: May 8, 15, 22,
29, 2012.

Pub#L6701
published May 8, 15,
22, 29, 2012
The Spectrum
UPA XLP


Notary Public
BONNIE THOMPSON
Commission Number 576618
My Commission Expires
November 10, 2012
State of Utah

ST. GEORGE OFFICE
275 E. St. George Blvd.  -  St. George, UT 84770
Office (435)674-6200   FAX 674-6265
CEDAR CITY OFFICE
369 N. 100 W. - Cedar City, UT 84720
Office (435) 586-7846   FAX 586-7471

# PROOF OF PUBLICATION

STATE OF UTAH   )
               ) ss
COUNTY OF JUAB )

I, Allan R. Gibson, being first duly sworn, depose and say that I am the Publisher of The Times-News, a weekly newspaper of general circulation, published every week at Nephi City, Utah and a designated agent of the Utah Press Association: and the notice attached hereto, and which is a part of

---

Proof No. 1 of 2

**SUMMONS**

---

was published in said newspaper for

four consecutive issues, the publications having been made on the following

May 9, 2012
May 16, 2012
May 23, 2012
May 30, 2012

that said notice was published in the regular and entire issue of every number of the paper during the period and times of publication, and that the same was published in the newspaper proper and not in a supplement and that said notice was published on Utahlegals.com on the same day as the first newspaper publication and the notice remained on Utahlegals.com until the day of the scheduled foreclosure sale

SUBSCRIBED and sworn to before me
this 5/30/2012

*Rebecca*

Notary Public, residing at Nephi, Juab County, Utah

FORM NUMBER 27

**SUMMONS**

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: JAMES PHILLIPS and MELANIE PHILLIPS, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Published in The Times-News, Nephi, Utah on 5/9/2012, 5/16/2012, and 5/23/2012, 5/30/2012.

REBECCA L. DOPP
NOTARY PUBLIC-STATE OF UTAH
COMMISSION# 573501
COMM. EXP. 10/08/2012

# PROOF OF PUBLICATION

STATE OF UTAH     )
                  ) ss
COUNTY OF JUAB )

I, Allan R. Gibson, being first duly sworn, depose and say that I am the Publisher of The Times-News, a weekly newspaper of general circulation, published every week at Nephi City, Utah and a designated agent of the Utah Press Association: and the notice attached hereto, and which is a part of

---

Proof No. 1 of 2

## SUMMONS

---

**SUMMONS**

SUMMONS IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDI-ANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: JAMES PHILLIPS and MELANIE PHILLIPS, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Published in The Times-News, Nephi, Utah on  5/9/2012, 5/16/2012, and 5/23/2012, 5/30/2012.

was published in said newspaper for

four consecutive issues, the publications having been made on the following

---

May 9, 2012
May 16, 2012
May 23, 2012
May 30, 2012

---

that said notice was published in the regular and entire issue of every number of the paper during the period and times of publication, and that the same was published in the newspaper proper and not in a supplement and that said notice was published on Utahlegals.com on the same day as the first newspaper publication and the notice remained on Utahlegals.com until the day of the scheduled foreclosure sale

SUBSCRIBED and sworn to before me this  5/30/2012

_Rebecca_

Notary Public, residing at Nephi, Juab County, Utah

FORM NUMBER  26

# Woodland Daily Democrat

711 Main Street
Woodland, CA  95695
530-406-6223
legals@dailydemocrat.com

Alexander Berkey, Williams & Weathers
3633450
2030 Addison  Street, Suite 410
Berkeley CA  94704

## PROOF OF PUBLICATION
### (2015.5 C.C.P.)

## STATE OF CALIFORNIA
### County of Yolo

The Daily Democrat

A newspaper of general circulation, printed and published daily in the City of Woodland, County of Yolo, and which newspaper has been adjudged a newspaper of general circulation as defined by the Superior Court of the County of Yolo, State of California, under the date of June 30, 1952, and in accordance with the provisions of Title 1, Division 7, of the government Code of the State of California; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**5/11/2012, 5/18/2012, 5/25/2012, 6/1/2012**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Woodland, California,
this 1st day of June  2012

_Signature_

Legal No.  **0004434668**

**SUMMONS IN A CIVIL ACTION** Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: WILMA GILLETTE: YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009 Publish Dates: 5/11, 5/18, 5/25 & 6/1 2012

This space is for the County Clerk's Filing Stamp

# Woodland Daily Democrat

711 Main Street
Woodland, CA  95695
530-406-6223
legals@dailydemocrat.com

Alexander Berkey, Williams & Weathers
3633450
2030 Addison Street, Suite 410
Berkeley CA  94704

## PROOF OF PUBLICATION
(2015.5 C.C.P.)

## STATE OF CALIFORNIA
County of Yolo

The Daily Democrat

A newspaper of general circulation, printed and published daily in the City of Woodland, County of Yolo, and which newspaper has been adjudged a newspaper of general circulation as defined by the Superior Court of the County of Yolo, State of California, under the date of June 30, 1952, and in accordance with the provisions of Title 1, Division 7, of the government Code of the State of California; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

**5/11/2012, 5/18/2012, 5/25/2012, 6/1/2012**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Woodland, California,
this 1st day of June  2012

Signature

Legal No.   **0004434684**

SUMMONS IN A CIVIL ACTION
Case No. 51-CV-1247-GT-RBB
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants; TO: WILMA GILLETTE, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Dates: 5/11, 5/18, 5/25 & 6/1 2012

This space is for the County Clerk's Filing Stamp

# Publisher's Affidavit of Publication

## oOo

## STATE OF ARIZONA }
## COUNTY OF YUMA }

**SUMMONS** IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA; UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS; RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT; et al., Defendants, TO: JOAN DALTON, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Scott McElroy, MCELROY, MEYER, WALKER & CONDON, P.C., 1007 Pearl Street, Suite 220, Boulder, CO 80302, Tel: (303) 442-2021, an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court pursuant to order of Judge Thompson dated July 22, 2009 (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Daily May 11, 18, 25, 2012 & June 1, 2012 - 1076312

Joni Brooks or Kathy White, having been first duly sworn, deposes and says: that Yuma Sun is a newspaper of general circulation published daily in the City of Yuma, County of Yuma, State of Arizona; that (s)he is the publisher or business manager of said paper; that the

SUMMONS

a printed copy of which, as it appeared in said paper, is hereto attached and made a part of this affidavit, was published in Yuma Sun For _4_ issues; that the date of the first publication of said

SUMMONS

was May 11th, 2012 and the date of the last publication being June 1st, 2012 and that the dates when said SUMMONS was printed and published in said paper were 05/11/2012, 05/18/2012, 05/25/2012, 06/01/2012

Subscribed and sworn to before me, by the said Joni Brooks or Kathy White

1st day of June, 2012

Barb Bajo _____ Notary Public

My commission expires __Nov 1 2013__



OFFICIAL SEAL
BARB BAJO
Commission # 264431
Notary Public - State of Arizona
YUMA COUNTY
My Comm. Expires November 1, 2013

# Publisher's Affidavit of Publication

## oOo

## STATE OF ARIZONA }
## COUNTY OF YUMA }

**SUMMONS** IN A CIVIL ACTION Case No. 51-CV-1247-GT-RBB UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA, Plaintiffs, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants, TO: JOAN DALTON, YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY Curtis Berkey ALEXANDER, BERKEY, WILLIAMS & WEATHERS LLP, 2030 Addison Street, Suite 410, Berkeley, CA 94704, Tel: (510) 548-7070 an answer to the complaint which is herewith served upon you, within such time as to be set by subsequent order of the Court (Docket #5174). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. DATED: October 20, 2009. Publish Daily May 11, 18, 25, 2012 & June 1, 2012 1076313

Joni Brooks or Kathy White, having been first duly sworn, deposes and says: that Yuma Sun is a newspaper of general circulation published daily in the City of Yuma, County of Yuma, State of Arizona; that (s)he is the publisher or business manager of said paper; that the

SUMMONS

_____

a printed copy of which, as it appeared in said paper, is hereto attached and made a part of this affidavit, was published in Yuma Sun For 4 issues; that the date of the first publication of said

SUMMONS

_____

_____

was May 11th, 2012 and the date of the last publication being June 1st, 2012 and that the dates when said SUMMONS was printed and published in said paper were 05/11/2012, 05/18/2012, 05/25/2012, 06/01/2012

Subscribed and sworn to before me, by the said Joni Brooks or Kathy White

1st day of June, 2012

Notary Public

My commission expires _NOV 1, 2013_



OFFICIAL SEAL
BARB BAJO
Commission # 256431
Notary Public - State of Arizona
YUMA COUNTY
My Comm. Expires November 1, 2013