Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@abwwlaw.com
E-mail: swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenor
Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　Defendants. | CIVIL NO.: 51-CV-1247-GT-RBB<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Hon. Gordon Thompson, Jr. |

Case No.: 51-cv-1247-GT-RBB

1 | Pursuant to Local Rule 83.3(e), notice is hereby given that the name of the law firm
2 | representing the Ramona Band of Cahuilla, Plaintiff-Intervenor in this matter, has been changed
3 | from Alexander, Berkey, Williams & Weathers LLP to Berkey Williams LLP effective July 16,
4 | 2012.  The address and contact information for the firm and its attorneys have not changed.

Date: July 20, 2012                                  Respectfully submitted,

                                                     BERKEY WILLIAMS LLP

                                                     By: s/Curtis G. Berkey
                                                         Curtis G. Berkey
                                                         Scott W. Williams
                                                         2030 Addison Street, Suite 410
                                                         Berkeley, California 94704
                                                         Tel: 510/548-7070
                                                         Fax: 510/548-7080
                                                         E-mail: cberkey@abwwlaw.com
                                                         E-mail: swilliams@abwwlaw.com

                                                         *Attorneys for Plaintiff-Intervenor,*
                                                         *Ramona Band of Cahuilla*