## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES               Case No. 51cv1247 GT(RBB)
                                                   Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Chris Watson                         Mike McPherson (present)

### Defendants

Chuck Binder (present)               John Flocken (present)
Curtis Berkey                        Marilyn Levin (present)
Scott McElroy (present)              Michael T. Zarro
M. Catherine Condon (present)        Jeffrey A. Hoskinson (present)
James Markman (present)              Matthew Duarte (present)
Gordon Lanik                         Ray Mistica (present)
Rob Davis

PROCEEDINGS:    ____ In Chambers    ____ In Court    x  Telephonic

A telephonic settlement conference with counsel for all parties was held.

A further telephonic settlement conference with counsel for all parties is set for August 24, 2012, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: July 19, 2012            IT IS SO ORDERED:  /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Thompson                               INITIALS: VL (mg) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\USA-FALLBROOK\Minute37.wpd