Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP, L.L.P.
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,*
  *Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
Scott W. Williams (SBN 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
cberkey@abwwlaw.com
swilliams@abwwlaw.com
*Attorneys for Plaintiff in Intervention*
  *the Ramona Band of Cahuilla*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> RAMONA BAND OF CAHUILLA, ) <br> CAHUILLA BAND OF INDIANS, ) <br> federally recognized Indian tribes, ) <br> ) <br> Plaintiffs in Intervention, ) <br> ) <br> v. ) <br> ) <br> FALLBROOK PUBLIC UTILITY ) <br> DISTRICT, a public service corporation ) <br> of the State of California, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 51-cv-1247-GT-RBB <br><br> **JOINT MOTION FOR ORDER RE:** <br> **SUCCESSORS-IN-INTEREST** <br><br> Hearing Date: No hearing date set <br> Time: <br> Courtroom:   8 <br><br> Hon. Gordon Thompson, Jr. |

Pursuant to Rule 25(a) and (c) of the Federal Rules of Civil Procedure, Plaintiffs in Intervention, Ramona Band of Cahuilla and Cahuilla Band of Indians (collectively "Tribes"), hereby move this Court for an order that addresses how to proceed when, during the pendency of this action, a defendant either (1) dies; or (2) transfers a property interest that is at issue in this action to a third party. Specifically, the Tribes request this Court to confirm that once they complete service of process on a defendant property owner, they are under no obligation to monitor for the subsequent deaths of defendants or transfers of property interests, to serve process on any successors-in-interest, or to seek substitution under Rule 25. This motion is supported by the accompanying *Memorandum of Points and Authorities in Support of Joint Motion for Order re: Successors-in-Interest*.

Respectfully submitted this 3rd day of August, 2012.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
 & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

*/s/ Scott B. McElroy*
By:_____
    Scott B. McElroy

*Attorneys for Plaintiff in Intervention,
  the Cahuilla Band of Indians*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                              Curtis G. Berkey (SBN 195485)
                              Scott W. Williams (SBN 097966)
                              BERKEY WILLIAMS LLP
                              2030 Addison Street, Suite 410
                              Berkeley, CA 94704
                              Tel: 510-548-7070, Fax: 510-548-7080
                              cberkey@abwwlaw.com
                              swilliams@abwwlaw.com

                                         */s/ Curtis G. Berkey*
                              By:_____
                                  Curtis G. Berkey

                              *Attorneys for Plaintiff in Intervention*
                                *the Ramona Band of Cahuilla*