1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

7

| | | |
|---|---|---|
| 8 | UNITED STATES OF AMERICA, ) | Case No. 51-cv-1247-GT-RBB |
| 9 | Plaintiff, ) | |
| 10 | RAMONA BAND OF CAHUILLA, ) | **MOTION SUBSTITUTING PARTY** |
| 11 | CAHUILLA BAND OF INDIANS, ) federally recognized Indian tribes, ) | |
| 12 | Plaintiffs in Intervention, ) | Hearing Date: No hearing date set Time: |
| 13 | v. ) | Courtroom:    8 |
| 14 | FALLBROOK PUBLIC UTILITY ) | Hon. Gordon Thompson, Jr. |
| 15 | DISTRICT, a public service corporation ) of the State of California, et al., ) | |
| 16 | Defendants. ) | |
| 17 | _____ ) | |

18      This motion is filed pursuant to Rule 25(c) of the Federal Rules of Civil Procedure and

19   this Court's *Order re: Successors-in-Interest*, and is filed jointly by _____

20   _____, who is a current Defendant in this action ("Current Defendant") and has

21   conveyed or otherwise transferred one or more of the properties, together with its surface and/or

22   ground water claims ("water claims"), involved in this case to _____

23   _ ("Proposed Defendant").

24      By this motion, the Current Defendant and the Proposed Defendant seek to substitute the

25   Proposed Defendant into this action in place of the Current Defendant regarding the water claims

26   within the Anza Ground Water Basin or the Cahuilla Ground Water Basin.

27
28

**EXHIBIT 2**

1  **I.     IDENTIFICATION OF CURRENT DEFENDANT:**

2      The undersigned Current Defendant in the above action hereby notifies the Court and the

3  parties that the undersigned has sold or otherwise conveyed all or a portion of the property and

4  water claims to the Proposed Defendant and provides the following information:

5      A.     The name and address of the Current Defendant:

6          Name(s):_____
           Address: _____

7          _____
           Telephone Number:_____

8          E-mail Address:_____

9      B.     Attorney Representation:

10         ☐     Check here if the Current Defendant is **not** represented by counsel in this

11              proceeding.

12         ☐     Check here if the Current Defendant **is** represented by counsel in this

13              proceeding.

14      If the Current Defendant is represented by counsel in this proceeding, that attorney is

15  identified below, along with his or her mailing address, telephone number, facsimile number and

16  e-mail address:

17         Attorney:_____
           Address: _____

18         _____
           Telephone and Fax Number:_____

19         E-mail Address:_____

20  **II.    IDENTIFICATION OF PROPOSED DEFENDANT:**

21      The undersigned Proposed Defendant in the above action hereby notifies the Court and

22  the parties that the undersigned has acquired all or a portion of the property and water claims

23  from the Current Defendant and provides the following information:

24      A.     The name and address of the Proposed Defendant:

25         Name(s):_____
           Address: _____

26         _____
           Telephone Number:_____

27         E-mail Address:_____

28

Motion Substituting Party                    2                    Case No. 51-cv-1247

**EXHIBIT 2**

B.    Attorney Representation:

☐    Check here if the Proposed Defendant is **not** represented by counsel in this

proceeding.

☐    Check here if the Proposed Defendant **is** represented by counsel in this

proceeding.

If the Proposed Defendant is represented by counsel in this proceeding, that attorney is

identified below, along with his or her mailing address, telephone number, facsimile number and

e-mail address:

Attorney:_____
Address: _____
          _____
Telephone and Fax Number:_____
E-mail Address:_____

**III.    IDENTIFICATION OF THE PROPERTY AND WATER CLAIMS ADDRESSED IN THIS MOTION:**

A.    This motion addresses the following property and water claims that the Current

Defendant has transferred or otherwise conveyed to the Proposed Defendant:

Property Description: _____
_____
_____
_____

APN: _____

B.    Attached to and included with this motion is a true and correct copy of each of the

documents by which the change in ownership was accomplished (check all

appropriate boxes):

☐    Deed(s)

☐    Court Order (s)

☐    Other Document(s)

**IV.    REQUEST FOR SUBSTITUTION:**

A.    By this filing, the Current Defendant and the Proposed Defendant agree that the

Proposed Defendant may be substituted into this action as the Defendant in regard

to the water claims identified in Section III.A.

Motion Substituting Party                    3                    Case No. 51-cv-1247

**EXHIBIT 2**

1   B.   The Current Defendant and the Proposed Defendant acknowledge that any person

2        or entity who files this type of motion for substitution in this matter is ultimately

3        responsible for the accuracy of this filing.  Consequently, the Current Defendant

4        and the Proposed Defendant acknowledge that any defendant who files such a

5        motion, but, in fact, retains the water claims addressed in this motion, shall

6        nevertheless be bound by the results of this litigation.

7   C.   Following the conveyance or transfer identified above, does the Current

8        Defendant retain any water claim or portion of a water claim, including any

9        claims not identified in Section III, that are involved in this case?

10       ☐   **No.**  Subsequent to the conveyance/transfer identified in this motion,

11           I/we/entity do not have any other water claims that are involved in this

12           case.  As a result, I/we/entity submit that the Court may dismiss the

13           Current Defendant from this proceeding because I/we/entity no longer

14           own any water claims that are subject to this proceeding.

15       ☐   **Yes.**  Subsequent to the conveyance/transfer identified in this motion,

16           I/we/entity have other water claims that are involved in this case.  As a

17           result, the Current Defendant remains a Defendant in this proceeding

18           based on the ownership of other water claims that are subject to this

19           proceeding.

20  **V.   WAIVER OF SERVICE PURSUANT TO FED. R. CIV. P. 4:**

21       This Section applies to any Proposed Defendant not already a Defendant in this case

22  based on its ownership of other property and water claim.  By its signature to this motion, the

23  Proposed Defendant:

24  A.   Acknowledges that I/we/entity (or the entity on whose behalf I am acting) have

25       been made aware of the fact that the water claim(s) described in Section III above

26       are subject to this proceeding which is entitled *United States v. Fallbrook Public*

27       *Utility District*, Case No. 51-cv-1247-GT-RBB, in the United States District

28

Motion Substituting Party                    4                    Case No. 51-cv-1247

**EXHIBIT 2**

1    Court for the Southern District of California, and that I am bound by all Orders in

2    this proceeding;

3    B.    Acknowledges that I/we/entity (or the entity on whose behalf I am acting) need

4    not be served separately or personally, pursuant to Rule 4 of the Federal Rules of

5    Civil Procedure, with the summonses, the complaints, the instant motion or any

6    other previous filing in this proceeding;

7    C.    Acknowledges that I/we/entity (or the entity on whose behalf I am acting) will

8    retain all defenses or objections to the lawsuit or to the jurisdiction or venue of

9    the Court, except for objections based on a defect in personal service.

10   **VI.    CERTIFICATION AND ACKNOWLEDGMENTS:**

11   By this filing, the Current Defendant and the Proposed Defendant acknowledge that:

12   A.    Federal Rule of Civil Procedure 25(c) governs the substitution of successors-in-

13   interest that are the result of a transfer, other than those resulting from the death

14   of a defendant, and provides in relevant part that "[i]f an interest is transferred,

15   the action may be continued by or against the original party unless the court, on

16   motion, orders the transferee to be substituted in the action or joined with the

17   original party.";

18   B.    Rule 25(c) does not require that anything be done after an interest is transferred,

19   which means that the action may be continued by or against the original party,

20   and the judgment will be binding on his successor-in-interest even though the

21   successor-in-interest is not named;

22   C.    Absent the filing of this or a similar motion, this action would continue in the

23   name of the Current Defendant, but would nevertheless bind the Proposed

24   Defendant and any future successors-in-interest to the results of the litigation;

25   D.    Other parties to the case, acting pursuant to the Federal Rules of Civil Procedure,

26   may wish to file their position(s) regarding the merits of this motion, and may

27   support, oppose or take no position on the merits of the motion;

28

Motion Substituting Party                     5                     Case No. 51-cv-1247

**EXHIBIT 2**

1      E.      Following the filing of this motion, the action will continue in the name of the

2              Current Defendant for the property and water claims identified herein until such

3              time as the Court approves the substitution requested herein.  While substitution

4              does not automatically dismiss a Current Defendant from this proceeding, the

5              Court may dismiss the Current Defendant if that Defendant no longer has any

6              water claims subject to this proceeding.

7  **VII.    FILING AND SERVICE OF THIS MOTION:**

8          The Current Defendant and the Proposed Defendant have filed this motion in the above

9  action with:

10          Office of the Clerk
           U.S. District Court
11          Southern District of California
           880 Front Street, Suite 4290
12          San Diego, CA 92101

13  and served a copy of this motion on the attorneys of record and the unrepresented parties as set

14  forth on the Service List in compliance with the electronic filing procedures of the U.S. District

15  Court for the Southern District of California.

16
                                    **Signature of Current Defendant:**
17

18
   Date:_____
19                                  _____
                                    (Signature)
20
                                    _____
21                                  (Printed or typed Name)

22                                  **Signature of Proposed Defendant:**

23

24  Date:_____     _____
                                    (Signature)
25
                                    _____
26                                  (Printed or typed Name)

27

28

Motion Substituting Party                        6                        Case No. 51-cv-1247

**EXHIBIT 2**