# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above entitled action. My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado 80302.

On August 3, 2012, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the following documents in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GT-RBB:

1. Joint Motion for Order Re: Successors-in- Interest;
2. Memorandum of Points and Authorities in Support of Joint Motion for Order Re: Successors-in Interest; Exhibits 1 and 2; and
3. Proposed Order Re: Successors-in-Interest.

by using the CMECF system, which generated and transmitted a notice of electronic filing to the following CMIECF registrants:

Alice E. Walker: awalker@mmwclaw.com; dvitale@mmwclaw.com
B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Charles W. Binder: cwbinder@smrwm.org
Curtis G. Berkey: cberkey@abwwlaw.com; mmorales@abwwlaw.com
Daniel E. Steuer: dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding: jhester@mccarthyholthaus.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
Gary D. Leasure: gleasure@garydleasure.com
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.lT,com; mary@geraldblank.sdcoxmail,com
Harry Campbell Carpelan: hcarpelan@redwineandsherrill.com
Herbert W, Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com
James Michael Powell: jpowellesq@gmail.com
John A. Karaczynski: jkaraczynski@akingump.com; dcolvin@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw,net;jondeeresq@earthlink.net
Kevin Patrick Sullivan: ksullivan@pshlawyers,com; kstanis@pshlawyers,com
Linda Caldwell: goforthvillage2@yahoo.com

M. Catherine Condon: ccondon@mmwclaw,com; dvitale@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW, Hughes@doj,ca.gov
Mark L. Brandon: mbrandon@brandon-law.com; dslack@brandon-law.com
Mary L. Fickel: mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green: matthew.green@bbklaw.com; amelia,mendez@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage,com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Peter J. Mort: pmort@akingmnp.com;jfukai@akingump.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert J. James: bob@fallbrooklawoffice,com
Robert K. Edmunds: robert.edmunds@bipc.com; lyndawest@bipc,com; sdtemp2@bipc,com
Robert M, Cohen: rcohen@cohenburgelaw,com; vzareba@cohenburgelaw,com
Scott B, McElroy: smcelroy@mmwclaw.com; dvitale@mmwclaw.com
Thomas Caldwell: goforthvillage2@yahoo.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov
Timothy P, Johnson: tjohnson@johnson-chambers,com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@cimlawfrrm.com;
        bill.koska@clmlawfrrm.com

I further certify that on August 3, 2012, I caused to be served the following documents:

1.  Joint Motion for Order Re: Successors-in- Interest;
2.  Memorandum of Points and Authorities in Support of Joint Motion for Order Re: Successors-in Interest; Exhibits 1 and 2; and
3.  Proposed Order Re: Successors-in-Interest.

by depositing a copy in the United States mail at Boulder, Colorado, in an envelope with first class postage fully paid, addressed as follows:

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Carl Gage
Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Edward Lueras
Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059


John Ellison
49975 Indian Rock
Aguanga, CA 92536


Khyber Courchesne
1264 Page Street
San Francisco, CA 94117


Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536


Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Robert Mannschreck
Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403


Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506


Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932


John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932


Michael J Machado
Pamela M Machado
P O Box 391607
Anza, CA 92539


I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on August 3, 2012.

Daryl Ann Vitale
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
dvitale@mmwclaw.com