## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GT(RBB)
                                            Time Spent: 35 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE               Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Chris Watson | Mike McPherson |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica |
| Rob Davis (present) | |

PROCEEDINGS:   _x_ In Chambers     ___ In Court     ___ Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

An in-person settlement conference for these parties and counsel <u>only</u> is set for October 17, 2012, at 1:30 p.m.

Scott McElroy is to notify the Court no later than October 10, 2012, regarding converting the in-person conference to a telephonic conference.

DATE: August 21, 2012         IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Thompson                            INITIALS: VL (mg) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\USA-FALLBROOK\Minute38.wpd