MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GT(RBB)
                                              Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

Patrick Barry (present)            Douglas Garcia (present)
Chris Watson (present)             Mike McPherson (present)

### Defendants

Chuck Binder (present)             John Flocken (present)
Curtis Berkey (present)            Marilyn Levin (present)
Scott McElroy (present)            Michael T. Zarro (present)
M. Catherine Condon                Jeffrey A. Hoskinson (present)
James Markman (present)            Matthew Duarte (present)
Gordon Lanik                       Ray Mistica (present)
Rob Davis

PROCEEDINGS:  ___ In Chambers   ___ In Court   _x_ Telephonic

A telephonic settlement conference with counsel for all parties was held.

A further telephonic settlement conference with counsel for all parties is set for October 19, 2012, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: August 24, 2012          IT IS SO ORDERED: /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Thompson                               INITIALS: VL (mg) Deputy
    All Parties of Record