# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, etc., et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 51cv1247-LAB (RBB)<br><br>**ORDER SETTING STATUS CONFERENCE** |

　　　　This case, which has been pending for six decades, was recently transferred to District Judge Larry A. Burns. In order to clarify the status of this case and progress being made towards its final resolution, the Court sets a status conference to be held at **10:00 a.m. on Wednesday, October 17, 2012** in Courtroom 9. The conference is expected to conclude by 11:00 a.m. The counsel identified in Magistrate Judge Ruben Brooks' minute order of August 24, 2012 (Docket no. 5391) are **ORDERED** to meet and confer and to select a committee of no more than ten of them to appear as representatives at the status conference. All other counsel or interested parties may, of course, attend the conference but will not formally take part.

　　　　The parties should be prepared to clarify what the basis is for the Court's continuing jurisdiction, and what steps or rulings are needed in order to enter final judgment in this

///

1  decades-old case, and counsel are directed to prepare to address these points at the
2  conference.

3

4  **IT IS SO ORDERED**.

5  DATED:  September 5, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge