# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above entitled action.  My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado 80302.

On September 7, 2012, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the following documents in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GT-RBB:

1. *Joint Reply to Partial Opposition to Tribes' Motion for Order Re: Successors-in-Interest; Declaration of Robert Giffin in Support Thereof*; and
2. *Declaration of M. Catherine Condon in Support of Joint Reply to Partial Opposition to Tribes' Motion for Order Re: Successors-in-Interest*.

by using the CMECF system, which generated and transmitted a notice of electronic filing to the following  CMIECF registrants:

Alice E. Walker: awalker@mmwclaw.com; dvitale@mmwclaw.com
B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net, b.sampson3@cox.net, ihector@sampsonlaw.net, mfickel@sampsonlaw.com
Charles W. Binder: cwbinder@smrwm.org
Curtis G. Berkey: cberkey@abwwlaw.com; mmorales@abwwlaw.com
Daniel E. Steuer: dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding: jhester@mccarthyholthaus.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
Gary D. Leasure: gleasure@garydleasure.com
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.lT.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan: hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com
James Michael Powell: jpowellesq@gmail.com
John A. Karaczynski: jkaraczynski@akingump.com; dcolvin@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net;jondeeresq@earthlink.net

Kevin Patrick Sullivan: ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Linda Caldwell: goforthvillage2@yahoo.com
M. Catherine Condon: ccondon@mmwclaw.com; dvitale@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW. Hughes@doj.ca.gov
Mark L. Brandon: mbrandon@brandon-law.com; dslack@brandon-law.com
Mary L. Fickel: mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green: matthew.green@bbklaw.com; amelia.mendez@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Peter J. Mort: pmort@akingmnp.com;jfukai@akingump.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert J. James: bob@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott B. McElroy: smcelroy@mmwclaw.com; dvitale@mmwclaw.com
Thomas Caldwell: goforthvillage2@yahoo.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@cimlawfrrm.com;
   bill.koska@clmlawfrrm.com

I further certify that on September 7, 2012, I caused to be served the following documents:

1. *Joint Reply to Partial Opposition to Tribes' Motion for Order Re: Successors-in-Interest; Declaration of Robert Giffin in Support Thereof*; and
2. *Declaration of M. Catherine Condon in Support of Joint Reply to Partial Opposition to Tribes' Motion for Order Re: Successors-in-Interest*.

by depositing a copy in the United States mail at Boulder, Colorado, in an envelope with first class postage fully paid, addressed as follows:

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Carl Gage<br>Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 |

Edward Lueras
Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059


John Ellison
49975 Indian Rock
Aguanga, CA 92536

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Robert Mannschreck
Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J Machado
Pamela M Machado
P O Box 391607
Anza, CA 92539

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on September 7, 2012.

*/s/ Daryl Ann Vitale*
Daryl Ann Vitale
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel:  303-442-2021, Fax: 303-444-3490
dvitale@mmwclaw.com