# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>:  USA v. Fallbrook Public Utility District            <u>Case No</u>: 51cv1247-LAB (RBB)

<u>HON. Larry Alan Burns</u>            <u>CT. DEPUTY</u>            <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:       No appearance.

<u>Defendant(s)</u>:    No appearance.

     Watermaster Charles Binder should attend the status conference on October 17, 2012 at 10:00 a.m. In view of the conference's expected brevity and limited space, he should appear telephonically. The Court will call him when the conference is ready to begin, and he should be on a land line, not a cell phone.

DATED:  September 13, 2012

                                                   **IT IS SO ORDERED**.

*[Signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge