# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASE TO BE TRANSFERRED TO THE HONORABLE GONZALO P. CURIEL | **ORDER** |

BURNS, Judge:

*United States of America v. Fallbrook Public Utility District*, 51cv1247-LAB (RBB), now on the calendar of Judge Larry Alan Burns, is hereby transferred from Judge Burns to Judge Gonzalo Curiel. The initials GPC shall replace LAB in all future pleadings. The status hearing currently on calendar for Wednesday, October 17, and all other dates on calendar before Judge Burns, are **VACATED**. Any dates calendared before Magistrate Judge Brooks shall remain as scheduled.

**IT IS SO ORDERED**.

DATED: October 15, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge