## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 40 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Chris Watson                         Mike McPherson

### Defendants

Chuck Binder (present)               John Flocken
Curtis Berkey                        Marilyn Levin
Scott McElroy (present)              Michael T. Zarro
M. Catherine Condon                  Jeffrey A. Hoskinson
James Markman                        Matthew Duarte (present)
Gordon Lanik                         Ray Mistica
Rob Davis (present)

PROCEEDINGS:   _x_ In Chambers    ___ In Court    ___ Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

An in-person settlement conference for these parties and counsel _only_ is set for March 6, 2013, at 1:30 p.m.

DATE: October 17, 2012        IT IS SO ORDERED:   _Ruben Brooks_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Curiel                                  INITIALS: VL (mg) Deputy
    All Parties of Record