## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES     Case No. 51cv1247 GPC(RBB)
                                         Time Spent: 10 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                   Rptr.

### Plaintiffs

Patrick Barry (present)          Douglas Garcia (present)
Chris Watson                     Mike McPherson (present)

### Defendants

Chuck Binder (present)           John Flocken (present)
Curtis Berkey (present)          Marilyn Levin
Scott McElroy (present)          Michael T. Zarro (present)
M. Catherine Condon (present)    Jeffrey A. Hoskinson (present)
James Markman (present)          Matthew Duarte (present)
Gordon Lanik                     Ray Mistica (present)
Rob Davis

PROCEEDINGS:   ___ In Chambers     ___ In Court     _x_ Telephonic

A telephonic settlement conference with counsel for all parties was held.

A telephonic settlement conference with counsel for all parties is set for April 8, 2013, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: October 19, 2012        IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Curiel                              INITIALS: VL (mg) Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute41.wpd