**AMENDED**
**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES     Case No. 51cv1247 GPC(RBB)
    Time Spent: 10 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

**Plaintiffs**

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Chris Watson | Mike McPherson (present) |

**Defendants**

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| James Markman (present) | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica (present) |
| Rob Davis | |

PROCEEDINGS: ___ In Chambers     ___ In Court     _x_ Telephonic

A telephonic settlement conference with counsel for all parties was held.

A telephonic settlement conference with counsel for all parties is set for **March** 8, 2013, at 8:00 a.m.

Patrick Barry is to initiate the call.

DATE: October 19, 2012     IT IS SO ORDERED:     /s/ Ruben Brooks
Ruben B. Brooks,
U.S. Magistrate Judge
cc: Judge Curiel     INITIALS: VL (mg) Deputy
All Parties of Record