# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                       Plaintiff-Intervenors,<br>   vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                              Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>[Doc. No. 5398.] |

Upon consideration of the Joint Motion to Extend the Stay filed by Plaintiff-Intervenors Ramona Bank of Cahuilla and Cahuilla Bank of Indians ("Tribes"), IT IS HEREBY ORDERED that the Tribes are granted a four month extension of the stay until **January 25, 2013.**

IT IS SO ORDERED.

DATED: October 26, 2012

_____
HON. GONZALO P. CURIEL
United States District Judge

- 1 -                                                                                                                   [51CV1247-GPC(RBB)]