Michael J. Machado
Pamela M. Machado
AKA; Pamela M. Bartholomew
Pro Se Litigants
P.O. Box 391607
Anza, CA  92539
951-763-5514 hm, 951-551-4875 cell
951-763-5588 fax

FILED

12 OCT 26 PM 3: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: MD                          DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CIVIL CASE NO: 1247-SD-C |
| | ) No 51-cv-01247 LAB-RBB |
| Plaintiff, | ) **X Parte** |
| | ) |
| **RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,** | ) REGARDING:  Order Setting Status Conference,  October 17, 2012 |
| | ) Dept. 9, 10:00 a.m. |
| Plaintiffs, | ) |
| v. | ) |
| **MICHAEL J. MACHADO, PAMELA M. MACHADO, AKA: PAMELA M. BARTHOLOMEW** | ) The Honorable: |
| | ) Judge Gonzalo P. Curiel |
| **Defendants** | ) |

The Court is advised that Defendant Michael Machado personally appeared on October 17, 2012 in Dept. 9 at 10:00 a.m. at the Federal Court House in San Diego.

Defendant was never informed that the scheduled Status Conference had been cancelled.  This is the second time Defendant has made the lengthy trip from Anza, California, 76 miles to the North for a Status Conference that has been

X PARTE - 1

1  cancelled.  Defendant is not complaining in that Defendant should have
2  checked with the Court prior to making the trip.
3
4  However, the Defendant would like the Court to be informed that this
5  Defendant answered the First Amended Complaint more than four years ago and
6  has heard virtually nothing since, that moves this case forward, attempts to
7  move this case forward or offers even the slightest flicker of hope that this
8  case will ever see a Trier of Facts and/or be resolved during the life time
9  of anyone involved.  This seems to be no fault of the Court, but instead the
10 Plaintiffs and their council.  This Defendant prays that the Court will draw
11 a line in the sand at some point, so that this un-fair cloud put upon
12 Defendant's properties can be resolved by this Court.
13
14 This Defendant further prays that the Court will instruct Plaintiffs and
15 their Council that this Defendant has a right to be involved in potential
16 Settlement Negotiations.  To date, Plaintiffs have ignored Defendant's
17 written requests.
18
19 Respectfully,
20 _____
21 Michael J. Machado; Pro Se Litigant
22
23 _____
24 Pamela M. Machado; Pro Se Litigant
25 AKA: Pamela M. Bartholomew

PROOF OF SERVICE BY MAIL
(C.C.P. 1013A(1), 2015.5)

STATE OF CALIFORNIA,]
COUNTY OF RIVERSIDE,]ss

I, the undersigned, am over the age of 18 years, residing or employed in the County of  Riverside , and not a party to the within action; my (residence) address is, 57760 Valley Vista, Anza, CA

On  10/24/2012 , I served the within  X-Parte legal document to United States District Court

on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Anza, California, addressed as follows:

Scott B. McElroy
M. Catherine Condon
MCELROY, MEYER, WALKER & CONDON, PC
1007 Pearl St., #220
Boulder, CO 80302

Clerk of the Court
United States District Court
Southern District of California
880 Front St., Rm# 4290
San Diego, CA 92101-8900

Curtis G. Berkey
Scott W. Williams
BERKEY WILLIAMS LLP
2030 Addison St., #410
Berkeley, CA 94704

Marco A. Gonzalez
COAST LAW GROUP, LLP
1140 S. Coast Hwy, #101
Encinitas, CA 92024

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on     10-24-12     at     Anza    ,

County of     Riverside    , State of California.

      Patricia Clark                                   *Patricia Clark*
TYPE NAME OF DECLARANT                SIGNATURE OF DECLARANT



Mr. Machado
PO Box 391607
Anza CA 92539-1607



SN BERNARDINO CA 923

24 OCT 2012 PM 5 L

Clerk of the Court
United States District Court
Southern District of California
880 Front St., Rm# 4290
San Diego, CA  92101-8900