**WATERMASTER**

SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



FILED
DEC 07 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

December 5, 2012

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway
San Diego, CA  92101

Re:   *U.S. v. Fallbrook Public Utility District, et al.*, Civil No. 51-CV-1247-GPC-RBB
      Final Annual Watermaster Report for Water Year 2010-11

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989, and my letter of September 17, 2012, this is to inform the Court that no written objections were filed within 30 days of service of mailing the above-captioned annual report to the parties listed on the Watermaster Distribution List. Accordingly, please find the enclosed CD containing the PDF files for the final Annual Watermaster Report for Water Year 2010-11. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions please do not hesitate to call. Thank you.

Sincerely,

Charles W. Binder, P.E.
Watermaster

CWB:aem
Enclosure
cc (w/o Encl.):  Honorable Ruben B. Brooks