# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On January 25, 2013, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the following documents in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1)   **JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker: awalker@mmwclaw.com; dvitale@mmwclaw.com
B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Charles W. Binder: cwbinder@smrwm.org
Curtis G. Berkey: cberkey@abwwlaw.com; mmorales@abwwlaw.com
Daniel E. Steuer: dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding: jhester@mccarthyholthaus.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
Gary D. Leasure: gleasure@garydleasure.com
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan: hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com
James Michael Powell: jpowellesq@gmail.com
John A. Karaczynski: jkaraczynski@akingump.com; dcolvin@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Kevin Patrick Sullivan: ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Linda Caldwell: goforthvillage2@yahoo.com
M. Catherine Condon: ccondon@mmwclaw.com; dvitale@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mark L. Brandon: mbrandon@brandon-law.com; dslack@brandon-law.com
Mary L. Fickel: mfickel@sampsonlaw.net
Matthew L. Green: matthew.green@bbklaw.com; amelia.mendez@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Peter J. Mort: pmort@akingump.com; jfukai@akingump.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert J. James: bob@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott B. McElroy: smcelroy@mmwclaw.com; dvitale@mmwclaw.com
Thomas Caldwell: goforthvillage2@yahoo.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on January 25, 2013, I caused to be served the following document:

1) NOTICE OF ELECTRONIC FILING (Docket # 5407)

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 25, 2013, at Berkeley, California.

_____
Martha Morales