1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| 12              Plaintiff, | **ORDER GRANTING JOINT** |
| | **MOTION TO EXTEND STAY** |
| 13  RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, | |
| 14 | [Dkt. No. 5407.] |
| 15              Plaintiff-Intervenors, | |
|     vs. | |
| 16  FALLBROOK PUTLIC UTILITY DISTRICT, et al., | |
| 17 | |
| 18              Defendants. | |

19
20          Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona
21  Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered: The Tribes are
22  granted a four month extension of the stay, until **May 24, 2013.**
23          IT IS SO ORDERED.
24
25  DATED:  January 29, 2013
26
27                              HON. GONZALO P. CURIEL
                                United States District Judge
28