## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                           Case No. 51cv1247 GPC(RBB)
                                                                Time Spent: 50 mins.
HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

Patrick Barry (present)                 Douglas Garcia (present)
Chris Watson                            Mike McPherson


### Defendants

Chuck Binder (present)                  John Flocken
Curtis Berkey                           Marilyn Levin
Scott McElroy (present)                 Michael T. Zarro
M. Catherine Condon                     Jeffrey A. Hoskinson
James Markman                           Matthew Duarte (present)
Gordon Lanik                            Ray Mistica
Rob Davis (present)

PROCEEDINGS:   x  In Chambers      ___  In Court      ___  Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

If these two settling groups are unable to finalize a contract with Matt Marshall, of Cushman & Wakefield, by April 1, 2013, they are to submit a joint or separate alternative proposals directly to the chambers of Magistrate Judge Brooks by April 15, 2013.

Assuming that a contract has been signed with Marshall and Cushman & Wakefield by the above-referenced date, an in-person settlement conference for these parties and counsel only is set for July 1, 2013, at 1:30 p.m. The Court requests that Matt Marshall attend. All conference participants are to be prepared to discuss the results of Marshall's report.

DATE: March 6, 2013                IT IS SO ORDERED:   /s/ Ruben Brooks
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge
cc: Judge Curiel                                      INITIALS: VL (mg) Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute42.wpd