Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com
*Attorneys for Plaintiff in Intervention,
  Cahuilla Band of Indians*

Curtis G. Berkey (SBN 195485)
Scott W. Williams (SBN 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510-548-7070, Fax: 510-548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GPC-RBB |
| Plaintiff, | |
| | **JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | Hearing Date: No hearing date set |
| | Time: |
| Plaintiffs in Intervention, | Courtroom: 2D |
| v. | Hon. Gonzalo P. Curiel |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Case No. 51-cv-1247-GPC-RBB

Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes") respectfully move this Court for a 120-day extension of the stay of litigation until September 23, 2013, in order to allow the parties to continue settlement negotiations. Pursuant to this Court's Order of January 29, 2013, the stay expires on May 24, 2013. Doc. No. 5407. Extension of the stay is warranted to allow the parties to devote their time and resources to an out-of-court settlement. Counsel is authorized to state that the United States, the State of California, the County of Riverside, Riverside County Flood Control and Water Conservation District, Alvin Greenwald, the Hemet Unified School District, Agri-Empire and Anza Basin Landowners Group do not oppose this Joint Motion.

Since the last report to the Court on January 25, 2013, the parties have continued their settlement discussions. Participating parties include: the Tribes; the United States; the State of California; the County of Riverside and Riverside County Flood Control and Water Conservation District; Agri-Empire; Alvin Greenwald; the Hemet Unified School District; and the Anza Basin Landowners Group ("Settlement Parties"). The Santa Margarita River Watermaster is also participating, as are various hydrologic and engineering consultants on behalf of the Settlement Parties. The Settlement Parties have continued to make progress in drafting provisions of a settlement agreement, based on prior agreement regarding framework concepts and principles.

The Settlement Parties have conducted extensive and wide-ranging discussions by telephonic meetings and by in-person meetings, both as a group and among smaller subsets of the Parties. Telephonic meetings were held on February 5, March 7, April 8, April 25 and May 16, 2013. The Settlement Parties met in person on April 9 and May 21, 2013, to continue

the discussions. Magistrate Judge Brooks met in chambers with representatives of the Cahuilla Band of Indians, Agri-Empire and the United States on March 6 and the Settlement Parties reported by telephone on their progress to Magistrate Judge Brooks on March 8, 2013.

A draft settlement agreement is progressing toward completion. The principal concepts of settlement have been largely finalized, although a number of important issues remain to be resolved. The Settlement Parties have scheduled teleconferences on June 14 and June 27 to attempt to resolve a number of the outstanding issues. If the Settlement Parties are unable to resolve certain issues prior to the in-person status conference with Magistrate Judge Brooks on July 1, 2013, they intend to discuss those issues with him at that time.

The Tribes believe the unresolved issues continue to be narrowed and that an extension of the stay is justified in order to allow the parties to devote their time and resources to a negotiated resolution of the Tribes' claims without the distraction, costs, and burdens of litigation.

In addition, the Cahuilla Band of Indians, Agri-Empire and the United States have continued their discussions of issues unique to those parties. The appraiser hired by Agri-Empire and the United States is currently drafting his appraisal report. The Cahuilla Band of Indians, Agri-Empire, the United States and the appraiser will meet with Magistrate Judge Brooks on July 1, 2013, to report on the appraiser's progress.

Based on the foregoing, the Tribes respectfully request that the stay be continued until September 23, 2013.

Respectfully submitted this 24th day of May, 2013.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California  92024
Tel: 760-942-8505, Fax:  760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER
  & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado  80302
Tel: 303-442-2021, Fax:  303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com

/s/ M. Catherine Condon
By:_____
      M. Catherine Condon
*Attorneys for Plaintiff in Intervention, the Cahuilla Band of Indians*


Curtis G. Berkey (SBN 195485)
Scott W. Williams (SBN 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, California  94704
Tel: 510-548-7070, Fax: 510-548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com

/s/ Curtis B. Berkey
By:_____
    Curtis B. Berkey
*Attorneys for Plaintiff-Intervenor* Ramona *Band of Cahuilla*