# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above entitled action. My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado 80302.

On May 24, 2013, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the *Joint Motion to Extend Stay* in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Daniel J. Goulding, mholt@qualityloan.com, QLSLitigation@qualityloan.com,
    asoderberg@qualityloan.com
Gerald (Jerry) Blank, gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Mark L. Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Robert H. James, bob@fallbrooklawoffice.com
Robert K. Edmunds, robert.edmunds@bipc.com, lynda.west@bipc.com,
    robin.robbins@bipc.com, sdtemp1@bipc.com
Thomas C. Stahl, Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov,
    sandra.huston@usdoj.gov
Robert M. Cohen, rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
wwendelstein@cohenburgelaw.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
John A. Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
William K. Koska, wkoska@koskalaw.com, alice.ross@clmlawfirm.com,
    bill.koska@clmlawfirm.com
Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Peter J. Mort, pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com
Bryan D. Sampson, bsampson@sampsonlaw.net, b.sampson3@cox.net,
    mfickel@sampsonlaw.net, psampson@sampsonlaw.net
B. Tilden Kim, tkim@rwglaw.com, lpomatto@rwglaw.com
Michele A. Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
James B. Gilpin, james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com,
    marta.stasik@bbklaw.com
Bill J. Kuenzinger, bkuenzinger@bdasports.com, rjones@bhsmck.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Kevin Patrick Sullivan, ksullivan@sanlawyers.com, kstanis@sanlawyers.com

1

Gary D. Leasure, gleasure@garydleasure.com
Mary L. Fickel, mfickel@sampsonlaw.net, mfickel@fickeldavislaw.com
Timothy P. Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com,
    marta.stasik@bbklaw.com
F Patrick Barry, patrick.barry@usdoj.gov
Marilyn H. Levin, marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Curtis G. Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Richard Alvin Lewis, Rlewis@RichardLewis.com
Patricia Grace Rosenberg, prosenberg@hnattorneys.com
Jonathan M. Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
David Philip Colella, dcolella@flsd.com
Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
George Chakmakis, george@chakmakislaw.com
David Leventhal, davelevlaw@yahoo.com
James Michael Powell, jpowellesq@gmail.com, info@mydebtorlaw.com
Charles W Binder, courtdocs@smrwm.org
Donald R. Timms, dontimms@san.rr.com
Linda Caldwell, goforthvillage2@yahoo.com
Thomas Caldwel,l goforthvillage2@yahoo.com
Herbert W. Kuehne, hwkuehne@pacbell.net
Marlene C. Kuehne, hwkuehne@pacbell.net

    I further certify that on May 24, 2013, I caused to be served the *Joint Motion to Extend Stay* by depositing a copy in the United States mail at Boulder, Colorado, in an envelope with first class postage fully paid, addressed as follows:

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Carl Gage
Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Robert Mannschreck
Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J Machado
Pamela M Machado
P O Box 391607
Anza, CA 92539

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

    I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

    Executed on May 24, 2013.

*[signature]*
Daryl Ann Vitale
McELROY, MEYER, WALKER &
CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
dvitale@mmwclaw.com