# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-<br>Intervenors,<br>vs.<br><br>FALLBROOK PUTLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING JOINT<br>MOTION TO EXTEND STAY**<br><br>[Dkt. No. 5410.] |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes"), it is hereby ordered:The Tribes are granted a four-month extension of the stay, until **September 23, 2013.**

IT IS SO ORDERED.

DATED:  May 28, 2013

HON. GONZALO P. CURIEL
United States District Judge

[51CV1247-GPC(RBB)]