### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 1 hr 5 mins.
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                        Rptr.

#### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Chris Watson                         Mike McPherson (present)

#### Defendants

Chuck Binder (present)               John Flocken
Curtis Berkey                        Marilyn Levin
Scott McElroy (present)              Michael T. Zarro
M. Catherine Condon                  Jeffrey A. Hoskinson
James Markman                        Matthew Duarte (present)
Gordon Lanik                         Ray Mistica
Rob Davis (present)

PROCEEDINGS:  ____ In Chambers   _X_ In Court   ____ Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

DATE: July 1, 2013            IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Curiel                                 INITIALS: VL (mg) Deputy
    All Parties of Record