MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                         Case No. 51cv1247 GPC(RBB)
                                                             Time Spent: 2 hours and 10 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                                          Rptr.

                                   Plaintiffs

Patrick Barry (present)                    Douglas Garcia (present)
Chris Watson                               Mike McPherson (present)


                                   Defendants

Chuck Binder (present)                     John Flocken (present)
Curtis Berkey (present)                    Marilyn Levin (present)
Scott McElroy (present)                    Michael T. Zarro
M. Catherine Condon                        Jeffrey A. Hoskinson (present)
Tilden Kim (present)                       Matthew Duarte (present)
Gordon Lanik                               Ray Mistica (present)
Rob Davis

PROCEEDINGS:   ___ In Chambers    x  In Court    ___ Telephonic


A settlement conference was held.

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder only is set for November 4, 2013, at 10:00 a.m.

The Court sets an in-person settlement conference for November 4, 2013, at 1:30 p.m. for the following parties only:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and M. Catherine Condon)

2.  The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and co-counsel)

3.  The United States (attorney Patrick Barry)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  Individual landowners represented by Richards, Watson & Gershon (attorney James L. Markman or co-counsel)

6.  Agri-Empire, Inc. (attorneys Robert Davis and Matt Duarte)

7.  The Hemet School District (attorney Jeff Hoskinson)

///

///

8.   The State of California (attorney Marilyn Levin or associate counsel)

9.   The County of Riverside (attorney Ray Mistica)

All draft settlement agreements among the parties are to be completed by November 1, 2013.

DATE: <u>July 1, 2013</u>   IT IS SO ORDERED: _____
                                            Ruben B. Brooks,
                                            U.S. Magistrate Judge

cc:  Judge Curiel                    INITIALS: <u>VL (mg)</u> Deputy
     All Parties of Record