| | |
|---|---|
| MARCIA SCULLY, SBN 80648<br>JOSEPH VANDERHORST, SBN 106441<br>CATHERINE M. STITES, SBN 188534<br>The Metropolitan Water District of Southern California<br>700 N. Alameda Street<br>Los Angeles, CA 90012<br>Telephone: (213) 217-6000<br>Facsimile: (213) 217-6890 | *Exempt from filing fee pursuant to Gov't Code § 6103* |

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No.: 51-CV-1247-GPC-RBB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS**<br><br>Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

PLEASE TAKE NOTICE that pursuant to Local Rules 83.3(b)(4) of the Local Rules of Practice for the United States District Court for the Southern District of California, Defendant Metropolitan Water District of Southern California ("Metropolitan") hereby substitutes the following as attorneys of record in the place of Peter von Haam and Karen Tachiki:

| | |
|---|---|
| Joseph A. Vanderhorst<br>Chief Deputy General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012<br>Telephone: (213) 217-6321 | Marcia L. Scully<br>General Counsel<br>Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012<br>Telephone: (213) 217-6115 |

| Facsimile: (213) 217-6890<br>E-mail: jvanderhorst@mwdh2o.com | Facsimile: (213) 217-6890<br>E-mail: mscully@mwdh2o.com |

Catherine M. Stites will also remain as counsel of record for Metropolitan.

Metropolitan is represented by its in-house counsel. Former General Counsel Karen Tachiki has retired from Metropolitan, and Mr. von Haam has been assigned to other matters.

DATED: July 9, 2013

THE METROPOLITAN WATER DISTRICT OF
SOUTHERN CALIFORNIA
MARCIA SCULLY, GENERAL COUNSEL
JOSEPH A. VANDERHORST
CATHERINE M. STITES

By: _____
Joseph A. Vanderhorst

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT OF
SOUTHERN CALIFORNIA

# DECLARATION OF SERVICE

I, the undersigned declare as follows:

I am a citizen of the United States of America, over the age of 18 years, not a party to the above entitled action. My business address is 700 North Alameda Street, Los Angeles, California 90012.

On July 10, 2013, I electronically filed on behalf of Metropolitan Water District of Southern California the foregoing *Notice of Substitution of Attorneys* in *United States of America v. Fallbrook Public Utility District, et al.*, Case No. 51-CV-1247-GPC-RBB by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Daniel J. Goulding, mholt@qualityloan.com, QLSLitigation@qualityloan.com, asoderberg@qualityloan.com
Gerald (Jerry) Blank, gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Mark L. Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Robert H. James, bob@fallbrooklawoffice.com
Robert K. Edmunds, robert.edmunds@bipc.com, lynda.west@bipc.com, robin.robbins@bipc.com, sdtempl@bipc.com
Thomas C. Stahl, Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov
Robert M. Cohen, rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Michael Duane Davis, michaeLdavis@greshamsavage.com, teri.gallagher@greshamsavage.com
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
John A. Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com, dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
William K. Koska, wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com
Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Peter J. Mort, pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com
Bryan D. Sampson, bsampson@sampsonlaw.net, b.sampson3@cox.net, mfickel@sampsonlaw.net, psampson@sampsonlaw.net
B. Tilden Kim, tkim@rwglaw.com, lpomatto@rwglaw.com
Michele A. Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
James B. Gilpin, james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com, marta.stasik@bbklaw.com
Bill J. Kuenzinger, bkuenzinger@bdasports.com, rjones@bhsmck.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com

-1-

Case No. 51-CV-1247-GPC-RBB

| | |
|---|---|
| 1 | John Christopher Lemmo, jl@procopio.com, laj@procopio.com |
| 2 | Kevin Patrick Sullivan, ksullivan@sanlawyers.com, kstanis@sanlawyers.com |
| | Gary D. Leasure, gleasure@garydleasure.com |
| 3 | Mary L. Fickel, mfickel@sampsonlaw.net, rdavis@fickeldavislaw.com |
| 4 | Timothy P. Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| | Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com, |
| 5 | marta.stasik@bbklaw.com |
| | F Patrick Barry, patrick.barry@usdoj.gov |
| 6 | Marilyn H. Levin, marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov |
| 7 | Curtis G. Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com |
| | Richard Alvin Lewis, Rlewis@RichardLewis.com |
| 8 | Patricia Grace Rosenberg, prosenberg@hnattorneys.com |
| 9 | Jonathan M. Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
| | David Philip Colella, dcolella@f1sd.com |
| 10 | Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com |
| | M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com |
| 11 | Daniel Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com |
| 12 | George Chakmakis, george@chakmakislaw.com |
| | David Leventhal, davelevlaw@yahoo.com |
| 13 | James Michael Powell, jpowellesq@gmail.com, info@mydebtorlaw.com |
| | Charles W Binder, courtdocs@smrwm.org |
| 14 | Donald R. Timms, dontimms@san.rr.com |
| 15 | Linda Caldwell, goforthvillage2@yahoo.com |
| | Thomas Caldwell goforthvillage2@yahoo.com |
| 16 | Herbert W. Kuehne, hwkuehne@pacbell.net |
| 17 | Marlene C. Kuehne, hwkuehne@pacbell.net |
| | Elsinore Valley Municipal Water District, matthew.green@bbklaw.com |
| 18 | M.E.M. Limited Partnership, prosenberg@hnattorneys.com |
| | Rancho California Water District, james.gilpin@bblaw.com |
| 19 | Michael Roberts, cvrinc@earthlink.net |
| 20 | Michelle Roberts, cvrinc@earthlink.net |
| | Roman Catholic Bishop of San Bernardino, dcolella@flsd.com |

I further certify that on July 10, 2013, I caused to be served the Notice of Substitution of Attorney by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, and addressed as follows:

| | |
|---|---|
| Anna Gale James | Carl Gage |
| 40275 Curry Court | Donna Gage |
| Aguanga, CA  92536 | 40685 Tumbleweed Trail |
| | Aguanga, CA 92536 |

-2-

Case No. 51-CV-1247-GPC-RBB

| | |
|---|---|
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Edward Lueras<br>Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| Robert Mannschreck<br>Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 |
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 92536 |
| John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |
| Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 |

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 10, 2013.

                              s/ Gina Osorio