

Major Water Purveyors — Santa Margarita River Watershed Watermaster