# WATERMASTER
## SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990

July 23, 2013

**FILED**
Aug 13 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ Shadim    DEPUTY

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway
San Diego, CA 92101

Re:   *U.S.A. v. Fallbrook Public Utility District, et al.*, Civil No. 51-cv-1247-GPC-RBB
      Final Annual Watermaster Report for Water Year 2011-12

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989; enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2011-12. Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on April 17, 2013, and comments and suggestions were incorporated into the final report as reflected in responses provided to the particular commenter.

Copies of this letter and the Annual Report were mailed on July 23, 2013, to the parties listed on the Watermaster distribution list provided below. In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA. Ten copies of the report have been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be mailed to any party requesting a copy.

The Order notes that any party objecting to any portion of this report may file written notice with the Court within 30 days of service. Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 2 of 9

    As indicated above the three PDF files for the report are contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

    If you have any questions, please do not hesitate to call.

Sincerely,

*[signature: Chas W. Binder]*

Charles W. Binder, P.E.
Watermaster

CWB:aen
Enclosures
cc (w/ Hard Copy of Encl.): Honorable Ruben B. Brooks
                                 Distribution List – Attached

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 3 of 9

| | | |
|---|---|---|
| Patrick Barry, Esq.<br>U.S. Dept. of Justice<br>Env. & Natural Resources Div.<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044-7611 | Superintendent<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>1451 Research Park Drive, #100<br>Riverside, CA 92507-2154 | Doug Garcia<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>2800 Cottage Way<br>Sacramento, CA 95825 |
| Charles Jachens<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>2800 Cottage Way, Rm W-2821<br>Sacramento, CA 95825 | Christina Mokhtarzadeh<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>1451 Research Park Drive, #100<br>Riverside, CA 92507-2471 | Chris Watson<br>Office of the Solicitor<br>U. S. Dept. of Interior<br>1849 C St., N.W. -- M.S. 6513<br>Washington, D.C. 20240 |
| Noel Ludwig, Hydrologist<br>CA Desert District<br>Bureau of Land Management<br>22835 Calle San Juan de Los Lagos<br>Moreno Valley, CA 92553 | Leslie Cleveland<br>US Bureau of Reclamation<br>27708 Jefferson Ave, #202<br>Temecula, CA 92590 | Bill Steele<br>US Bureau of Reclamation<br>27708 Jefferson Ave, #202<br>Temecula, CA 92590 |
| Wesley R. Danskin<br>USGS<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA 92101 | Scott Patterson<br>USGS<br>South Poway Field Office<br>12110 Tech Center Drive<br>Poway, CA 92064 | Michael T. Wright<br>USGS<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA 92101 |
| Anthony Madrigal, Sr.<br>899 Oakland Hills Drive<br>Banning, CA 92220-5176 | Luther Salgado, Sr., Chairperson<br>Cahuilla Band of Indians<br>P. O. Box 391760<br>Anza, CA 92539 | Scott McElroy, Esq.<br>McElroy, Meyer, Walker & Condon P.C.<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302 |
| Assad Safadi<br>NRCE<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | Counsel Western Bases<br>Box 555231<br>Marine Corps Base, Bldg. 1254<br>Camp Pendleton, CA 92055-5231 | Paul R. Boughman, Esq.<br>Western Area Counsel Office<br>Box 555231<br>Marine Corps Base, Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Asst. Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5008 | Asst. Chief of Staff<br>Facilities<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 | John O. Simpson, Director<br>Office of Water Resources<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 4 of 9

Dan Bartu
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Larry Carlson
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Khalique Khan
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

David Depoy
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Kyle R. Cook
Environmental Security
Box 555008
Marine Corps Base, Bldg. 22165
Camp Pendleton, CA 92055-5008

Mark Bonsavage
Environmental Security
Box 555008
Marine Corps Base, Bldg. 22165
Camp Pendleton, CA 92055-5008

Michael E. McPherson
344 Plumosa Avenue
Vista, CA 92083

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Mike Luker
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Nancy Swiatly
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Khos Ghaderi
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Zandro Mallari
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Dr. Brian J. Brady
General Manager
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 5 of 9

| | | |
|---|---|---|
| Archie McPhee<br>Board of Directors<br>Fallbrook Public Utility District<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 | Robert H. James, Esq.<br>Sachse, James, & Lopardo<br>205 W. Alvarado<br>Fallbrook, CA 92028 | Martha H. Lennihan, Esq.<br>Lennihan Law<br>1661 Garden Highway, #102<br>Sacramento, CA 95833 |
| Amy Gallaher<br>Metropolitan Water District<br>Diamond Valley Lake, Field Office<br>33752 Newport Road<br>Winchester, CA 92596 | Darwin Potter<br>Metropolitan Water District<br>Skinner Branch<br>33740 Borel Road<br>Winchester, CA 92596 | Michael J. Lopez<br>Metropolitan Water District<br>33740 Borel Road<br>Winchester, CA 92596 |
| Joseph Vanderhorst, Esq.<br>Deputy General Counsel<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 | John Mora, Director<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Andrew Masiel, Sr.<br>Pechanga Tribal Council<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| John Macarro, General Counsel<br>Pechanga Band of Luiseño Indians<br>Government Center<br>P. O. Box 1477<br>Temecula, CA 92593 | Mark Macarro<br>Pechanga Tribal Spokesperson<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Benjamin Vasquez<br>Pechanga Tribal Council<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Rick Briones<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Donald R. Pongrace, Esq.<br>Akin Gump Strauss Hauer &<br>Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 | John A. Karaczynski, Esq.<br>Akin Gump Strauss Hauer &<br>Feld LLP<br>2029 Century Park East, Ste. 2400<br>Los Angeles, CA 90067-3012 |
| James Meggesto, Esq.<br>Akin Gump Strauss Hauer &<br>Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 | Katherine A. Morgan, Esq.<br>Akin Gump Straus Hauer &<br>Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 | Rodney B. Lewis, Esq.<br>Akin Gump Strauss Hauer &<br>Feld LLP<br>4035 E. Cathedral Rock Drive<br>Phoenix, AZ 85044 |
| Eugene Franzoy<br>Franzoy Consulting, Inc.<br>8141 West Gelding Drive<br>Peoria, AZ 85381 | Steve Larson<br>S.S. Papadopulos & Assoc.<br>7944 Wisconsin Avenue<br>Bethesda, MD 20814-3620 | General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92088-9372 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 6 of 9

| | | |
|---|---|---|
| Dennis A. Sanford<br>Board of Directors<br>Rainbow MWD<br>1493 Via Ladera<br>Rainbow, CA 92028 | Mr. Joseph D. Hamilton<br>Tribal Chairman<br>Ramona Band of Cahuilla Indians<br>P. O. Box 391670<br>Anza, CA 92539 | Manual Hamilton<br>Vice Chairman<br>Ramona Band of Cahuilla Indians<br>P. O. Box 391372<br>Anza, CA 92539 |
| Curtis Berkey, Esq.<br>Berkey Williams LLP<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 | General Manager<br>Rancho Cal RV Resort OA<br>P. O. Box 214<br>Aguanga, CA 92536 |
| Matt Stone, General Manager<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Richard S. Williamson<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Craig Elitharp<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Andy Webster<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | James B. Gilpin, Esq.<br>Best, Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-8493 | Roxanne Nagel<br>Kennedy Jenks<br>143 Union Blvd. Suite 600<br>Lakewood, CO 80228 |
| Dr. Dennis Williams<br>GEOSCIENCE Support Services Inc.<br>P. O. Box 220<br>Claremont, CA 91711 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 | Linda Garcia<br>Riverside Co. Flood Control<br>1995 Market Street<br>Riverside, CA 92501 |
| Pamela Walls, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Raymond M. Mistica, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Todd Shibata<br>Riverside County Waste Mgmt<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| Jack Easton<br>Riverside Land Conservancy<br>4075 Mission Inn Avenue<br>Riverside, CA 92501 | John Rossi, General Manager<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Jack S. Safely<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 7 of 9

Brenda Meyer
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Joseph Lomeli
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Jill Willis, Esq.
Best Best & Krieger
300 S. Grand Ave. 25th Floor
Los Angeles, CA 90071

Renee Konstantine
San Diego State University
Biology Department
5500 Campanile Dr., LS-104
San Diego, CA 92182-4614

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Timothy Ross
Chief, Groundwater Section
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Bob Pierotti, Chief
Resources Assessment Branch
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Kelly Lawler
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

John O'Hagen
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Bob Rinker
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA 92383

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

AVMAC
Attn: Secretary
P. O. Box 391076
Anza, CA 92539-0908

Elsa Barton
217 No. Palm
Hemet, CA 92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA 91604

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

Case 3:51-cv-01247-JO-SBC   Document 5416   Filed 08/13/13   PageID.62155   Page 8 of 9

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 8 of 9

Ruth Cyriacks
38720 Highway 74
Oakhurst, CA 93644

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties;
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

Michelle Staples, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA 92590

EMARCD
21535 Palomar St., Suite A
Wildomar, CA 92595

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA 90036

Les Harris
44700 Sage Road – H
Aguanga, CA 92536

Duane Larson
Hawthorn Water System
23580 Carneros Court
Murrieta, CA 92562

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Nobuo Kamata
C/O Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA 92614

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Bob Lemons
31040 Avenida Buena Suerte
Temecula, CA 92591

Louidar
1632 Colina Vista
Fallbrook, CA 92028

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Richard & Christine McMillan
McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Frank C. Miller
Jane Grabowski-Miller
930 Cornell Court
Madison, WI 53705

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2011-12
July 23, 2013
Page 9 of 9

Nicole Rowan, P.E., D.WRE
Camp Dresser & McKee, Inc.
555 17th Street, Suite 1100
Denver, CO  80202

Mr. Herb Smith
42545 Kalmia Street
Murrieta, CA  92562