

Map Produced by:
Rancho California Water District
Geographic Information Systems
March 2009





N

1 inch = 4 miles
0   0.5   1   2   3   Miles

# Major Water Purveyors
## Santa Margarita River Watershed Watermaster

W.M.W.D.
E.M.W.D.
Cleveland National Forest
E.V.M.W.D.
CANYON LAKE
LAKE ELSINORE
DIAMOND VALLEY LAKE
San Bernardino National Forest
HEMET LAKE
LAKE SKINNER
Murrieta
W.M.W.D.-M
R.C.W.D.-SR
R.C.W.D.-R
Temecula
Ramona I.R.
Anza
Cahuilla I.R.
VAIL LAKE
Aguanga
Pechanga I.R.
W.M.W.D.
F.P.U.D.
Fallbrook
R.M.W.D.
Camp Pendleton
LAKE O'NEILL
Cleveland National Forest
Riverside County
San Diego County
Pauma I.R.
Orange County
Pacific Ocean

### Legend
- ▲ Gaging Station
- Santa Margarita River Watershed
- Indian Reservation

**RCWD Divisions**
R.C.W.D.-R - Rancho California Water District - Rancho Division
R.C.W.D.-SR - Rancho California Water District - Santa Rosa Division

**Water Purveyors**
E.M.W.D. - Eastern Municipal Water District
E.V.M.W.D. - Elsinore Valley Municipal Water District
F.P.U.D. - Fallbrook Public Utility District
R.M.W.D. - Rainbow Municipal Water District
W.M.W.D. - Western Municipal Water District
W.M.W.D.-M - Western Municipal Water District- Murrieta Division

Note: The Western Municipal Water District Service Area also includes
the Elsinore Valley Municipal Water District and portions of the
Rancho California Water District.
The Eastern Municipal Water District Service Area also includes
portions of Rancho California Water District and Murrieta Division
of the Western Municipal Water District.

DATE: 3/9/2009    NAME: /osul    FILE: F:\GIS\Projects\Watermaster\Map\01-28-09\watermasters_02-11-09_v5.mxd