Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
Daniel E. Steuer (Pro hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com, awalker@mmwclaw.com
ccondon@mmwclaw.com, dsteuer@mmwclaw.com

*Attorneys for Plaintiff in Intervention,*
*Cahuilla Band of Indians*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-1247-GPC-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian tribes, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Plaintiffs in Intervention, | Hearing Date: No hearing date set<br>Time:<br>Courtroom: 2D |
| v. | Hon. Gonzalo P. Curiel |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | |

Daniel E. Steuer hereby gives notice that effective August 23, 2013, he will no longer be employed at the law firm of McElroy, Meyer, Walker & Condon, P.C., and will no longer

represent the Cahuilla Band of Indians the above-captioned matter. Mr. Steuer should be removed as co-counsel of record in this matter. The Cahuilla Band of Indians continues to be represented in this matter by Scott B. McElroy, Alice E. Walker, and M. Catherine Condon of the McElroy, Meyer, Walker & Condon, P.C. law firm, along with Marco A. Gonzalez, of Coast Law Group, LLC.

Respectfully submitted this 21 day of August, 2013.

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: 760-942-8505, Fax: 760-942-8515
marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
Alice E. Walker (Pro Hac Vice)
Daniel E. Steuer (Pro Hac Vice)
McELROY, MEYER, WALKER
 & CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
smcelroy@mmwclaw.com
ccondon@mmwclaw.com
awalker@mmwclaw.com
dsteuer@mmwclaw.com

By: _____
Daniel E. Steuer

*Attorneys for Plaintiff in Intervention, the Cahuilla Band of Indians*

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above entitled action. My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado 80302.

On August 23, 2013, I electronically filed on behalf of the Cahuilla Band of Indians the foregoing *Notice of Withdrawal of Counsel* by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Daniel J. Goulding, mholt@qualityloan.com, QLSLitigation@qualityloan.com,
    asoderberg@qualityloan.com
Gerald (Jerry) Blank, gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Mark L. Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
Robert H. James, bob@fallbrooklawoffice.com
Robert K. Edmunds, robert.edmunds@bipc.com, lynda.west@bipc.com,
    robin.robbins@bipc.com, sdtemp1@bipc.com
Thomas C. Stahl, Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov,
    sandra.huston@usdoj.gov
Robert M. Cohen, rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
wwendelstein@cohenburgelaw.com
Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
John A. Karaczynski, jkaraczynski@akingump.com, dcolvin@akingump.com,
    dpongrace@akingump.com, jmeggesto@akingump.com, kamorgan@akingump.com
William K. Koska, wkoska@koskalaw.com, alice.ross@clmlawfirm.com,
    bill.koska@clmlawfirm.com
Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Peter J. Mort, pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com
Bryan D. Sampson, bsampson@sampsonlaw.net, b.sampson3@cox.net,
    mfickel@sampsonlaw.net, psampson@sampsonlaw.net
B. Tilden Kim, tkim@rwglaw.com, lpomatto@rwglaw.com
Michele A. Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
James B. Gilpin, james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com,
    marta.stasik@bbklaw.com
Bill J. Kuenzinger, bkuenzinger@bdasports.com, rjones@bhsmck.com
Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
John Christopher Lemmo, jl@procopio.com, laj@procopio.com
Kevin Patrick Sullivan, ksullivan@sanlawyers.com, kstanis@sanlawyers.com
Gary D. Leasure, gleasure@garydleasure.com
Mary L. Fickel, mfickel@sampsonlaw.net, mfickel@fickeldavislaw.com

1  Timothy P. Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
2  Matthew L Green, matthew.green@bbklaw.com, lisa.grennon@bbklaw.com,
   marta.stasik@bbklaw.com
3  F Patrick Barry, patrick.barry@usdoj.gov
4  Marilyn H. Levin, marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
   Curtis G. Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
5  Richard Alvin Lewis, Rlewis@RichardLewis.com
   Patricia Grace Rosenberg, prosenberg@hnattorneys.com
6  Jonathan M. Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
7  David Philip Colella, dcolella@flsd.com
   Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
8  M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
   Daniel E. Steuer, dsteuer@mmwclaw.com, dvitale@mmwclaw.com
9  George Chakmakis, george@chakmakislaw.com
10 David Leventhal, davelevlaw@yahoo.com
   James Michael Powell, jpowellesq@gmail.com, info@mydebtorlaw.com
11 Charles W Binder, courtdocs@smrwm.org
12 Donald R. Timms, dontimms@san.rr.com
   Linda Caldwell, goforthvillage2@yahoo.com
13 Thomas Caldwel,l goforthvillage2@yahoo.com
   Herbert W. Kuehne, hwkuehne@pacbell.net
14 Marlene C. Kuehne, hwkuehne@pacbell.net

15      I further certify that on August 23, 2013, I caused to be served the Notice of
16 Withdrawal of Counsel by depositing a copy in the United States mail at Boulder, Colorado, in
   an envelope with first class postage fully paid, addressed as follows:

Anna Gale James                         Carl Gage
40275 Curry Court                       Donna Gage
Aguanga, CA 92536                       40685 Tumbleweed Trail
                                        Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E                     Edward Lueras
Seal Beach, CA 90740                    Carol Lueras
                                        623 Beverly Blvd.
                                        Fullerton, CA 96833
Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536                       James L. Markman
                                        Richards Watson & Gershon
                                        1 Civic Center Circle
                                        PO Box 1059
                                        Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Robert Mannschreck
Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J Machado
Pamela M Machado
P O Box 391607
Anza, CA 92539

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on August 23, 2013.

*[signature]*