Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook CA  92028
August 5, 2013

Judge: Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway
San Diego, CA  92101



FILED

AUG 2 6 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Dear Judge Curiel,

In response to the Report "U.S.A. v Fallbrook PUD  et al., Civil No. 51-cv-1247-GPC-RBB, Final Annual WATERMASTER Report for WATER Year 2011-12 ( the most recent  WATERMASTER Report published).  My concerns are as follows:

1) There cannot be even a suggestion of the possibility of collaboration between the WATERMASTER, Charles W. Binder and the Fallbrook PUD and/or any other member of the Steering Committee.  <u>This Steering Committee is presently comprised of the U.S. Department of the Navy, Eastern MWD, Western MWD, Fallbrook PUD, Metropolitan WD, Rancho California WD, and the Pechanga Tribe (Was the San Diego County Water Authority not allowed to participate in the  Steering Committee? It was not identified in any information I received).</u>

2) **Ray Maybus, the United States Secretary of the Navy must approve any and all changes involving the Santa Margarita River Conjunctive Use Project per ENCLOSURE 1**. The Santa Margarita River is defined as a "Water of the United States of America" which, therefore, is subject to Corps of Engineers jurisdiction under Section 404 of the clean water act (<u>A jurisdictional water of the United States is defined in Section 328.3 of Title 38 of the Code of Federal Regulations</u>).  Camp Pendleton must **by law** submit to the County all evidence that appropriate permits have been issued pursuant to the Federal Water Pollution Control Act (33 U. S. C. Sec. 1251 et seq.) authorizing any Grading, or a statement from the U.S. Army Corps of Engineers certifying that a permit is not required.  This has not occurred.  The Commanding Officer of Camp Pendleton must also grant the County a **Right of Entry onto the site for the purpose of inspection and this too has not occurred**.  <u>Why has this info been neglected by the Watermaster</u>?

3) Waters of the United States as defined by the U. S. Army Corps of Engineers' Regulations are identified as:

. **Territorial seas, measured seaward a distance of 3 miles;**

. <u>**Coastal and inland waters, lakes, rivers and streams, and their tributaries;**</u> ✓✓

. Interstate waters and their tributaries;
. Wetlands adjacent to all of the above waters; and
. Isolated wetlands and lakes, intermittent streams, and other waters that
are not a part of a tributary system to interstate waters or to navigable
waters of the United States, the degradation or destruction of which would
affect interstate commerce. See ENCLOSURE 3.

Therefore, the Santa Margarita River is a "Water of the United States" and
as such requires a regulatory permit from the Army Corps of Engineers.
WHY has the Watermaster neglected to inform the so called "STEERING
COMMITTEE" of these permit requirements?  Could it possibly be because
the Watermaster is actually an employee of both the Fallbrook PUD as well
as Judge: Honorable Gonzolo P. Curiel.  Therefore, a conflict of interest is
occurring because of the directly opposing work requirements of each of
these employers?  No man can serve two masters who are in opposition.

The stated activities requiring a U.S. Army Corps of Engineers permit
includes, <u>among many other activities,</u> the following:  "Any construction of
revetments, groins, break-waters," <u>DAMS</u> ", levees, dikes and weirs".  <u>Camp
Pendleton has constructed an existing "partial" dam across the Santa
Margarita River without any permit,</u> thereby, "back-flooding" the waters of
the Santa Margarita River (SMR) over its natural banks for the creation of
<u>existing wells</u> on the banks of the SMR.  This well water is presently used
on Camp Pendleton for base showers, base wash basins, base irrigation,
etc. with no evidence that this dam was ever<u> permitted</u> before/during/after
WW2.  Camp Pendleton has recently advertised plans to construct a newer,
higher, wider, larger dam across the Santa Margarita River to flood more
areas on upstream banks of the SMR.  This new "DAM" across the SMR will
provide more well water<u> EXCLUSIVELY</u> FOR the Fallbrook PUD with water
unlawfully originating from the SMR by not obtaining all necessary permits
from the U.S. Army Corps of Engineers.  <u>See ENCLOSURE 2.</u>

4) My overall experiences with the Camp Pendleton Marine Corps Commanding
Officers and/or Staff/Government Employees is that the Camp Pendleton
command and/or civilian personnel have determined that they are not really a
member of the United States of America (they believe they are individually
supreme) and are therefore not subject to any U.S. Government environmental
laws.  It appears that some in the Camp Pendleton Command have decided,
illegally, that they are a separate entity from the United States and thereby
separate from all of the laws of the United States they disagree with. These

personnel have succeeded for many years **with the philosophy of "the LAW is what we declare it to be".**

5) Wild raccoons, beavers, bobcats, coyotes, red tail hawks, mountain lions, bears, numerous species of fish, Coastal Sage, Gnat Catcher's, Arroyo Toad's, Least Bell's vireo's, etc. are endangered species found in and around the Santa Margarita River in the Camp Pendleton area.  Most of these protected species can be found on the Banks and/or mouth of the Santa Margarita River in Camp Pendleton near populated areas. **The Watermaster did not mention these protected animal and plants species in any of his reports, Why not?**  The presence of these plants and animals in Camp Pendleton restrict any *Camp Pendleton* grading and construction.  **Why has the Watermaster ignored the presence of these protected plants and animals in his reports?**  They are extremely important in work involving grading, construction, and for **"WELL"** pipeline connections from Camp Pendleton to its border with the Fallbrook PUD.

6) The California Endangered Species Act (CESA) states that "all native species of fishes, amphibians, birds mammals, invertebrates, and plants threatened with extension and those experiencing a significant decline, which if not halted, would lead to threatened or endangered designation, will be protected or preserved".  They can be found in/near the Santa Margarita River and some endangered species are concentrated close to the Camp Pendleton Base Water Wells and extend to/into the Pacific Ocean shore line. **See ENCLOSURE 3.**

7) I have, in the past 12 years in Fallbrook, witnessed many shocking, actions that have occurred in/on Camp Pendleton that are illegal in the real civilian world. **(A)**  Please note on Page 46 of the 2011-12 Watermaster Report; the term on line 8, P. 49 stating – "Department of the Navy Marine Corps Camp Pendleton" **IS INCORRECT.  Please refer to Enclosure 1** which states:  **"The Department of the Navy consists of two uniformed Services, the United States Navy and the United States Marine Corps.  In effect, all authority within the Navy and Marine Corps, unless specifically exempted by law, is derivative of the authority vested in the Secretary of the Navy".**  In the chain of Command, the Camp Pendleton General is at least 4 levels of command below that of the U.S. Secretary of the Navy.  Consequently, the grouping of the "Marine Corps Base Camp Pendleton" with the U.S. Secretary of the Navy as shown on Page 46, becomes an affront to both the Navy and the Marine Corps and is a deliberate attempt to dispute the authority of the United States Secretary of the Navy (I am ex-Navy). Please eliminate the words "Marine Corps Camp Pendleton" from the above line 8, page 49, of the Watermaster 2012-12 report.  It is, in effect, unlawful. **(B)** The last paragraph on page 49 of the 2011-12 Watermaster report is extremely confusing and should either be removed or clarified.  The abbreviation **"SWRCB"** has not been, and must be, identified. The term **"appropriated"** has 2 dictionary

definitions.  The term **confluence** means "Merging into one" and/or "streams that blend into one".  There is only one Santa Margarita River flowing thru Camp Pendleton and the word **"appropriated** means – to take or use something forcefully of without permission" Please define "the Santa Margarita River stream" as used in this paragraph, properly using plain English.  The Santa Margarita River is a single river flowing from Temecula Creek in Riverside County into the Pacific Ocean in San Diego County. Please define this paragraph more clearly using clarifying ,common sense wording.

8)  Data from the Fallbrook PUD monthly reports reveals the WATERMASTER received funding from the Fallbrook PUD (FPUD) as follows:

May 31,2013 for $23,200.00  - 4 th quarter,

March 31, 2013 for $23,000.00 – 3 rd quarter,

Dec. 31,  2012 for $23,200.00 – 2 nd quarter,

Aug. 27,  2012 for $21,645.00 – 1 st quarter,

TOTAL WATERMASTER FY 2012-13 FUNDING BY FPUD = **$91,045.00**

If you want, or need, copies of these WATERMASTER funding documents please advise. I do not wish to clutter up this communication any more than required.  The Fiscal Year for FPUD **starts** on July 1, 2012 and **ends** on June 30, 2013.  The total amount of these payments by FPUD to the WATERMASTER in FY 2012 consists of **$91,045.00**.  However, if every member of the steering committee is required to pay this same amount of money then the WATERMASTER (Mr. Binder) will receive **$637,315.00** per year via Steering Committee members. (If the San Diego County Water Authority is included as a member of the Steering Committee, the total income for Mr. Binder increases to **$728,360.00** per year).  Please provide me with info on all of the monies each Steering Committee members paid to the WATERMASTER during the time period July 1, 2012 to June 30, 2013.  The Waternaster's FY is 10/1/12- 9/30/13.

**An approved WATERMASTER Budget for years 2012-13** appears on page 105 of the "titled 2011-12" (2012-13 **?**) Watermaster Report as well as a proposed Budget for years 2013-14 for proposed expenditures.  These expenditures appear to disagree with FPUD expenditures specified in the FPUD Budget.  The Watermaster Budget must be **audited** and copies of the audit must be forwarded to each FPUD Director, et al, each year. The Fallbrook PUD in its recent budget (2013-14 - "July 1 to June 30") has employed the Watermaster for a number of tasks. This is income for the Watermaster; the Fallbrook PUD ratepayers are entitled to know how much in total monies that one of their employees (the Watermaster) earns in one fiscal year. At present, the Fallbrook PUD ratepayers do not know the total of monies that is allocated to the Watermaster.  I have **NOT** seen a rent payment receipt for the $18,000 **RENT**

from the Watermaster payable to the Fallbrook PUD, this year, in our Financial Reports and I need proof of payment. Please refer to **ENCLOSURE 4**.

**ENCLOSURE 5** contains a copy of a document from FPUD's "**2013-2014 Final Budget**" called the "**Santa Margarita Water Rights Development**" This document description states: <u>" All costs associated with securing water rights for both the Conjunctive Use Project and Lake Skinner. Includes legal costs and Watermaster fees to support securing, protecting and maintaining the Districts water rights"</u>. **Please note:** the <u>Watermaster is allocated in this document  $94,300.00 in year 2013-14 and $97,140.00</u> each year for the following 5 years (an overall  total of <u>$580,000.00</u>).  This is very positive evidence and looks as if the Watermaster <u>has been bought and paid for</u> by the Fallbrook Public Utility District management, <u>excluding me</u>.  **The Watermaster works for Judge Curiel and at the same time he also works for the Fallbrook Public Utility District (FPUD) on the same project but with opposing goals to that of Judge Curiel's employment goals for the Watermaster.  Therefore, It appears that the Watermaster may be involved in something unlawful as are those FPUD management officials who are also involved.   It seems as if this is a form of bribery?**

9) <u>**ENCLOSURE 6 identifies FPUD money spent**</u> on the "<u>**Santa Margarita Conj. Use project**</u>" & projected 2912-13 budget costs are **$282,600** & 2013-14 Budget costs are **$270,000**".  <u>Where is this money going? Who is receiving this money? This funding has been going for several years and **is planned to continue until years 2018-19**.</u>  **Please Advise,** this is not chicken feed and it is **the Fallbrook PUD ratepayers who are paying these monies <u>and not the tooth</u>** <u>fairy.</u> **Enclosure 6 funding extends to "Out Year" 2018-19 <u>& totals over a million dollars</u> just for the Santa Margarita Conjunctive Use Project.  Who IS GETTING these KICKBACKS FROM THE FALLBROOK PUD?**

10) <u>**The Fallbrook PUD has no water rights on the Santa Margarita River and neither has the U. S. Marine Corps.**</u>  <u>The U.S. Department of the Navy has water rights on the Santa Margarita River.</u> **See ENCLOSURE 1.  FPUD has water rights only in/on Tucalota Creek, Riverside County.**  Furthermore, "**<u>All authority within the Navy and Marine Corps, unless specifically exempted by law, is derivative of the authority vested in the Secretary of the Navy</u>**". <u>Approval by the Secretary of the Navy for work on all "Jurisdictional Waters of the United States" is necessary.</u> This includes Santa Margarita River waters.

11) There are several Federal Employees stationed in Camp Pendleton who have been officially charged with crimes involving money kickbacks on contracts.

12) **Enclosure 7**:  <u>Copies of more money FPUD paid to the WATERMASTER:</u>

**(A) Watermaster** - Support, Job # 603 –"Reimbursement Support for the Watermaster"- 2012-13 for **$138,368.00** and 2013-14 Budget for **$111,837.**
**(B) Watermaster** - Finance Support', Job # 600 – "Reimbursable Finance support for the Watermaster" 2012-13- Est. Actual of **$1,257.00.**
**13)** **Enclosure 8** also presents Capital Budget information on the **"Santa Margarita Water Rights"** listing **$192,800** for 2012-13 and **$144,300** for 2013-14. It extends funding to "Out Year" 2018-19 **and totals over a million dollars. TWO WATER RIGHTS Programs exist for FPUD (see Encl. 5 & 8 above)?**
**14) ENCLOSURE 9:** Post Office Return Card delivery requests not honored.

I have sent copies of my complaints to Brigadier General Coglianese, Commanding Officer of Camp Pendleton by certified mail/with return card see Enclosure 9. By the absence of these signed Post Office return cards delivered to me, it is obvious that General Coglianese never received any of my communications. I have never received a written confirmation of receipt for any of my communications to General Coglianese. I believe that some person in Brigadier General Coglianese's office area intercepts my communications and forwards them directly to the Fallbrook PUD. I have not received a copy of a letter of transmittal from the General to FPUD but I did receive exact copies of all of those/my letters directly from FPUD that were addressed to the General . This was then followed by threats from FPUD's Board President and/or GM using a "Brown Act" violation as a vehicle. What a joke, the Brown has been suspended in California from June 2012 to July 1, 2015.

It is a criminal act to intercept all of my mail which was sent to Brigadier General Coglianese as certified/return card mail and then give that mail to someone else (other than General Coglianese). **I am convinced that this has happend**. FPUD managers have violated their ratepayer duties for so long they believe they have a right to do anything they so desire to do.

The WATERMASTER'S Budget is presented in Enclosure 4. The total proposed budgeted amount for the year 2012-13 is $649,600.00 of which $417,375 is Watermaster's Office Charges and $232,225 is USGS charges. The USGS is not identified as a member of the WATERMASTER "Steering Committee". Is the USGS charges separate from the Steering Committee? The Watermaster's Budget starts on October 1, 2012 and ends on September 30, 2013. This is an unusual fiscal year.

Archie D. McPhee, Director # 4, Fallbrook Public Utility District
Professional **Chemical** Engineer (Canada, New York State, Maryland)
California Registered Professional **Civil** Engineer

# ENCLOSURE 1

# United States Secretary of the Navy

From Wikipedia, the free encyclopedia

The **Secretary of the Navy** (or **SECNAV**) is a statutory office (10 U.S.C. § 5013 (http://www.law.cornell.edu/uscode/10/5013.html)) and the head (chief executive officer) of the Department of the Navy, a military department (component organization) within the Department of Defense of the United States of America.

The Secretary of the Navy must by law be a civilian, at least 5 years removed from active military service, and is appointed by the President and requires confirmation by a majority vote of the Senate.

The Secretary of the Navy was, from its creation in 1798, a member of the President's Cabinet until 1949, when the Secretary of the Navy (and the Secretaries of the Army and Air Force) was by amendments to the National Security Act of 1947 made subordinate to the Secretary of Defense.[1]

## Contents

- 1 Responsibilities
    - 1.1 Navy Regulations
    - 1.2 U.S. Coast Guard
- 2 The Navy Secretariat
- 3 Secretaries of the Navy[7][8]
    - 3.1 Continental Congress
    - 3.2 Executive Department 1798-1947
    - 3.3 Military Department (Department of Defense) 1947-
- 4 References
- 5 See also
- 6 External links

## Responsibilities

The Department of the Navy (DoN) consists of two Uniformed Services: the United States Navy and the United States Marine Corps.[2] The Secretary of the Navy is responsible for, and has statutory authority



**Secretary of the Navy
SECNAV**

**Flag of the Secretary of the Navy**



**Seal of the Department of the Navy**



**Incumbent
Ray Mabus**
since May 19, 2009

| | |
|---|---|
| **Style** | *Mister Secretary* |
| **Department** | Department of the Navy |
| **Reports to** | Secretary of Defense |
| | Deputy Secretary of Defense |

(10 U.S.C. § 5013
(http://www.law.cornell.edu/uscode/10/5013.html)) to
"conduct all the affairs of the Department of the
Navy", i.e. as its chief executive officer, subject to the
limits of the law, and the directions of the President
and the Secretary of Defense. In effect, all authority
within the Navy and Marine Corps, unless specifically
exempted by law, is derivative of the authority vested
in the Secretary of the Navy.

| | |
|---|---|
| **Appointer** | The President |
| | with Senate advice and consent |
| **Term length** | No fixed term |
| **Inaugural holder** | Benjamin Stoddert |
| **Formation** | June 18, 1798 |
| **Succession** | 3rd in SecDef succession |
| **Deputy** | The Under Secretary |
| | (principal civilian deputy) |
| | Chief of Naval Operations |
| | (navy advisor and deputy) |
| | The Commandant |
| | (marine corps advisor and deputy) |
| **Salary** | Executive Schedule, level II |
| **Website** | Official Website |
| | (http://www.navy.mil/secnav) |

Specifically enumerated responsibilities of the
SECNAV in beforementioned section are: recruiting,
organizing, supplying, equipping, training,
mobilizing, and demobilizing. The Secretary also
oversees the construction, outfitting, and repair of
naval ships, equipment and facilities. SECNAV is
responsible for the formulation and implementation of
policies and programs that are consistent with the national security policies and objectives established by
the President or the Secretary of Defense.[3][4]

The Secretary of the Navy is a member of the Defense Acquisition Board (DAB), chaired by the Under
Secretary of Defense for Acquisition, Technology and Logistics. Furthermore, the Secretary has several
statutory responsibilities under the Uniform Code of Military Justice (UCMJ) with respect to the
administration of the military justice system for the Navy & the Marine Corps, including the authority to
convene general courts-martial and to commute sentences.

The principal military advisers to the SECNAV are the two service chiefs of the naval services: for
matters regarding the Navy the Chief of Naval Operations (CNO), and for matters regarding the Marine
Corps the Commandant of the Marine Corps (CMC). The CNO and the Commandant act as the principal
executive agents of the SECNAV within their respective services to implement the orders of the
Secretary.

## Navy Regulations

The United States Navy Regulations is the principal regulatory document of the Department of the
Navy, and any changes to it can only be approved by the Secretary of the Navy.

## U.S. Coast Guard

Whenever the United States Coast Guard operates as a service within the Department of the Navy, the
Secretary of the Navy has the same powers and duties with respect to the Coast Guard as the Secretary
of Homeland Security when the Coast Guard is not operating as a service in the Navy.[5]



THE OFFICIAL WEBSITE OF THE UNITED STATES MARINE CORPS

Search Marine Corps

HOME   UNITS   NEWS   PHOTOS   LEADERS   MARINES   FAMILY   COMMUNITY RELATIONS

## MARINE CORPS LEADERSHIP

| Secretary of the Navy | Commandant of the Marine Corps | Assistant Commandant of the Marine Corps | Sergeant Major of the Marine Corps |
|---|---|---|---|
|  |  |  |  |
| Hon. Ray Mabus<br>Biography<br>Official Photo<br>Website | Gen. James F. Amos<br>Biography<br>Official Photo<br>Website | Gen. John M. Paxton, Jr.<br>Biography<br>Official Photo<br>Website | Sgt. Maj. Micheal P. Barrett<br>Biography<br>Official Photo<br>Website |

Official U.S. Marine Corps Website      RSS Feeds / Social Media  /  Privacy and External Links  /  FOIA  /  No Fear Act  /  USA.gov  /  Site Map  /  FAQs  /  Contact Us

# ENCLOSURE 2

our notion's water resources and wetlands are used in the best interest of the public. This includes consideration of environmental, cultural and other public interest concerns.

## Who Should Obtain a Permit?

Any person, firm, or agency (including Federal, state, and local governmental agencies) planning to work in waters of the United States should first contact the Corps of Engineers regarding the need to obtain a permit from the Regulatory Branch. Permits, licenses, variances, or similar authorization may also be required by other Federal, state and local statutes.

The necessary permits are required even when land next to or under the water is privately owned. Both the property owner and contractor may be held liable for violation of Federal law if work begins before permits have been obtained. Penalties for proceeding with work without a permit issued by the Corps may include:

• Removal of work and restoration of area.
• Administrative penalties of up to $25,000 per day for each violation.
• Fine of up to $50,000 per day for each violation.
• Up to three years in prison.

## Typical Activities Requiring Permits

The listed activities in waters of the United States may require permits.

• Construction of such structures as piers, wharves, bulkheads, dolphins, marinas, ramps and floats.
• Placement of wires and cables over the water, pipes or cables under the water, and intake and outfall pipes.
• Dredging, excavation and depositing of fill and dredged material.
• Transport of dredged material for the purpose of dumping into ocean waters.
• Any construction of revetments, groins, break- waters, levees, dams, dikes and weirs.
• Placement of riprap and road fills.
• Grading or land leveling activities.
• Sandmining and related activities.

## Applicable Laws

# US Army Corps of Engineers
## Sacramento District
## Regulatory Program

## Jurisdiction Overview

The U.S. Army Corps of Engineers has permitting authority over activities affecting waters of the United States. Waters of the United States include surface waters such as navigable waters and their tributaries, all interstate waters and their tributaries, natural lakes, all wetlands adjacent to other waters, and all impoundments of these waters. To find the navigable waterways in the Sacramento District, click here.

Two federal statutes mandate Corps jurisdiction over navigable waterways and adjacent wetlands. These are Section 10 of the Rivers and Harbors Act of 1899 and Section 404 of the Clean Water Act. Section 10 of the Rivers and Harbors Act applies to all navigable waters of the United States and Section 404 of the Clean Water Act applies to all waters including wetlands that have sufficient nexus to interstate commerce. The diagram below illustrates the lateral limit where Section 10 and Section 404 apply.



Section 10 of the Rivers and Harbors Act          Section 404 of the Clean Water Act

# ENCLOSURE 3

The Cops permit program is based mainly on three Acts of Congress.
- Sections 9 and 10 of the RIVER AND HARBOR ACT of 1899 prohibit unauthorized construction in navigable waters of the United States.
- Section 404 of the CLEAN WATER ACT governs disposal of dredged or fill material in waters of the United States.
- Section 103 of the MARINE PROTECTION, RESEARCH, AND SANCTUARIES ACT OF 1972 regulates transportation of dredged material for the purpose of dumping into ocean waters.

Other statutes also affect Corps regulatory authority.
- The NATIONAL ENVIRONMENTAL POLICY ACT of 1969 defines the national policy for encouragement of productive harmony between man and his environment, as evaluated through Environmental Impact Statements and Assessments.
- The FISH AND WILDLIFE COORDINATION ACT of 1956 requires the Corps to coordinate permit applications with State and Federal fish and wildlife agencies.
- The NATIONAL HISTORIC PRESERVATION ACT of 1966 requires coordination on matters concerning historic and archaeological preservation.
- The COASTAL ZONE MANAGEMENT ACT of 1972 requires that activities comply with and be certified by a State's coastal zone management program.
- The ENDANGERED SPECIES ACT of 1973 requires coordination to insure protection of endangered and threatened species.
- The EXECUTIVE ORDER 11988 of 1977 requires that the District Engineer avoid authorizing floodplain development whenever practicable.

## Waters of the United States Defined

Waters of the United States, which are subject to Corps of Engineers' jurisdiction under Section 404 of the Clean Water Act, include:
- Territorial seas, measured seaward a distance of three miles;
- Coastal and inland waters, lakes, rivers and streams, and their tributaries;
- Interstate waters and their tributaries;
- Wetlands adjacent to all of the above waters; and
- Isolated wetlands and lakes, intermittent streams, and other waters that are not part of a tributary system to interstate waters or to navigable waters of the United States, the degradation or destruction of which could affect interstate commerce.

## Factors Considered In Issuing a Permit

Overall, a permit must be found to be not contrary to the public interest. All factors which

# ENCLOSURE 4

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

## SECTION 13 - WATERMASTER OFFICE BUDGET 2013-2014

A total Watermaster Budget of $658,840 for the Water Year ending September 30, 2014 is shown below.

This budget includes $419,715 for the Watermaster Office and $239,125 for USGS gaging station operations and groundwater monitoring. The budgeted cost for services provided by the U. S. Geological Survey is based on the annual renewal of a cooperative agreement with the Watermaster.

| | APPROVED BUDGET CURRENT YEAR 2012-13 | PROPOSED BUDGET 2013-14 |
|---|---|---|
| **Watermaster Office** | | |
| Rent | $ 18,000 | $ 18,000 |
| Accounting Services | 7,000 | 8,800 |
| Supplies | 1,600 | 1,800 |
| General Liability & Professional Insurance | 500 | 600 |
| Printing | 9,800 | 10,800 |
| Audit | 6,300 | 6,300 |
| Publications | 4,200 | 4,200 |
| Clerical/Data Management | 104,400 | 99,700 |
| Telephone/Internet | 4,700 | 4,200 |
| Miscellaneous Operating/Maintenance | 5,575 | 5,915 |
| Mileage/Travel | 800 | 900 |
| Office Equipment and Software | 2,000 | 2,000 |
| IT System/Website | 10,000 | 10,000 |
| **Watermaster** | | |
| Consulting Services | 215,000 | 219,000 |
| Travel Reimbursement | 27,500 | 27,500 |
| **SUBTOTAL WATERMASTER OFFICE** | **$ 417,375** | **$ 419,715** |
| **USGS** | | |
| Gaging Station Operation and Maintenance | $ 177,325 | $ 150,225 |
| Water Quality Operation and Maintenance | 23,600 | 23,600 |
| Groundwater Monitoring Wells Water Levels | 20,300 | 43,300 |
| Groundwater Monitoring Wells Water Quality | 11,000 | 22,000 |
| **SUBTOTAL USGS** | **$ 232,225** | **$ 239,125** |
| **TOTAL** | **$ 649,600** | **$ 658,840** |

# ENCLOSURE 5

# WATER DEPARTMENT
## Capital Budget
### Project Detail

**Project Title:**  Santa Margarita River Water Rights Development

**Description:**  All costs associated with securing water rights for both the Conjunctive Use Project and Lake Skinner. Includes legal costs and watermaster fees to support securing, protecting and maintaining the District's water rights.

| Title | 2013-14 | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 |
|---|---|---|---|---|---|---|
| Watermaster | 94,300 | 97,140 | 97,140 | 97,140 | 97,140 | 97,140 |
| SMRCUP Water Rights | 30,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Lake Skinner Water Rights | | | | | 5,000 | 5,000 |
| Skinner Inflows Modeling/Flow Measurement | 20,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Skinner MND Update | | 40,000 | 20,000 | 20,000 | | |
| **Totals** | **144,300** | **152,140** | **132,140** | **132,140** | **117,140** | **117,140** |

# ENCLOSURE 6

# WATER DEPARTMENT
## Capital Budget Summary

| PROJECTS | Budget 2012-13 | Projected 2012-13 | Budget 2013-14 | Outyear 2014-15 | Outyear 2015-16 | Outyear 2016-17 | Outyear 2017-18 | Outyear 2018-19 | Outyear 2019-20 | Outyear 2020-21 | Outyear 2021-22 | Outyear 2022-23 | Outyear 2023-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Field Equipment | 181,000 | 182,800 | 182,800 | 263,550 | 251,988 | 160,750 | 181,000 | 148,125 | 152,569 | 157,146 | 161,950 | 168,716 | 171,717 |
| Reservoirs | 633,678 | 7,000 | 1,042,740 | 552,078 | 414,853 | 1,045,543 | 449,697 | 774,068 | 250,812 | 251,192 | 251,144 | 251,500 | 259,045 |
| Seismic Retrofit | 50,000 | 12,700 | 30,000 | 15,000 | 16,000 | | | | 0 | 0 | 0 | 0 | 0 |
| Pipelines | 674,801 | 889,800 | 986,387 | 1,057,807 | 1,115,627 | 979,177 | 1,011,686 | 943,033 | 974,222 | 955,168 | 935,896 | 1,008,141 | 1,010,498 |
| Yard/SCADA/Facility | 156,000 | 20,000 | 186,000 | 105,000 | 80,000 | 15,000 | 15,000 | 15,000 | 15,450 | 15,914 | 16,391 | 16,883 | 17,389 |
| DLSA Improvements | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Pressure Stations | 35,000 | 10,000 | 15,750 | 15,750 | | | | | 0 | 0 | 0 | 0 | 0 |
| Santa Margarita Conj. Use | 325,000 | 282,500 | 270,000 | 365,000 | 190,000 | 190,000 | 80,000 | 80,000 | 82,400 | 84,872 | 87,418 | 90,041 | 92,742 |
| Santa Margarita Water Rights | 256,500 | 192,800 | 144,300 | 152,140 | 132,140 | 132,140 | 117,140 | 117,140 | 120,654 | 124,274 | 128,002 | 131,842 | 135,797 |
| Pump Stations | | 1,000 | 365,000 | 570,000 | 150,000 | 75,000 | 50,000 | 200,000 | 0 | 0 | 0 | 0 | 0 |
| Water Supply Facilities | 95,000 | 835,816 | 370,000 | 72,000 | 73,000 | 74,000 | 50,000 | 150,000 | 51,500 | 53,045 | 54,636 | 56,275 | 57,984 |
| Meter Service Replacement | 50,000 | | 60,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 51,500 | 53,045 | 54,636 | 56,275 | 57,984 |
| Meter Installations | 42,138 | | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 41,200 | 42,436 | 43,709 | 45,020 | 46,371 |
| Facility Upgrades & Security | 83,500 | 158,802 | 62,200 | 57,200 | 49,200 | 49,200 | 23,200 | 23,200 | 23,898 | 24,613 | 25,351 | 26,112 | 26,885 |
| TOTALS | 2,561,815 | 2,593,417 | 3,795,927 | 3,503,225 | 2,605,809 | 2,824,810 | 2,032,723 | 2,490,566 | 1,764,203 | 1,762,694 | 1,759,044 | 1,848,605 | 1,876,382 |
| **Reduce Budget by ___%** | | | | | | | | | | | | | |
| **REVENUE PROGRAM** | | | | | | | | | | | | | |
| Pumping Charge | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 |
| Standby/Availability Charges | 42,138 | 65,000 | 66,000 | 67,980 | 70,019 | 72,120 | 74,284 | 76,512 | 78,807 | 81,172 | 83,807 | 86,115 | 88,698 |
| Connection Fees | 466,609 | 466,609 | 468,609 | 515,002 | 485,488 | 503,093 | 521,072 | 539,412 | 558,118 | 577,198 | 596,660 | 616,611 | 636,759 |
| Property Taxes | 194,200 | 93,912 | 115,000 | 115,000 | 115,000 | 116,150 | 119,635 | 123,224 | 126,920 | 130,728 | 134,650 | 138,689 | 142,650 |
| Interest | 10,000 | 17,320 | 15,000 | 15,000 | 20,000 | 20,000 | 20,000 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 |
| Developer Funds | 505,000 | 493,880 | 114,000 | | | | | | | | | | |
| Capital Improvement Charge | 493,880 | | 1,014,000 | 1,064,700 | 1,117,935 | 1,173,832 | 1,232,523 | 1,294,150 | 1,358,857 | 1,426,800 | 1,498,140 | 1,573,047 | 1,651,699 |
| Facilities Rent Revenue/Tenants | 176,183 | 176,182 | 176,000 | 181,560 | 185,191 | 188,895 | 192,673 | 196,526 | 200,457 | 204,466 | 208,555 | 212,726 | 216,981 |
| Transfer from Water Ops/60 | | 75,000 | 75,000 | 75,000 | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| Revenue Subtotal | 1,569,126 | 1,598,703 | 2,134,609 | 2,182,242 | 2,196,611 | 2,277,089 | 2,363,187 | 2,465,323 | 2,578,658 | 2,675,863 | 2,777,112 | 2,882,588 | 2,992,487 |
| Required Reserves | 1,012,687 | 994,714 | 1,661,318 | 1,340,982 | 309,198 | 547,720 | (339,464) | 5,243 | (814,456) | (913,169) | (1,018,067) | (1,033,783) | (1,116,105) |
| TOTALS | 2,561,815 | 2,593,417 | 3,795,927 | 3,503,225 | 2,505,809 | 2,824,810 | 2,032,723 | 2,490,566 | 1,764,203 | 1,762,694 | 1,759,044 | 1,848,805 | 1,876,382 |
| Fund Balance Beginning of Year | 4,145,421 | 4,145,421 | 4,066,899 | 1,489,388 | 148,406 | (160,782) | (708,512) | (378,048) | (383,291) | 431,165 | 1,344,334 | 2,382,401 | 3,396,185 |
| Less: District CIP | 918,192 | 918,192 | (918,192) | | | | | | | | | | |
| Plus Net SRF Loan Proceeds | | | | | | | | | | | | | |
| Change During Year | (1,012,687) | (76,522) | (2,579,510) | (1,340,982) | (309,198) | (547,720) | 330,464 | (5,243) | 814,456 | 913,169 | 1,018,067 | 1,033,783 | 1,116,105 |
| Fund Balance End of Year | 3,132,734 | 4,068,899 | 1,489,388 | 148,406 | (160,782) | (708,512) | (378,048) | (383,291) | 431,165 | 1,344,334 | 2,382,401 | 3,396,185 | 4,512,290 |
| FB Minimum per Admin Code | 7,289,152 | 7,289,152 | 6,009,034 | 5,330,619 | 4,857,533 | 4,065,446 | 4,254,769 | 3,828,897 | 3,521,739 | 3,607,850 | 3,725,188 | 3,752,764 | 3,752,764 |
| Fund Balance Over/(Under Target) | (4,156,418) | (3,220,253) | (4,519,645) | (5,182,213) | (5,018,325) | (4,773,958) | (4,632,818) | (3,910,189) | (3,090,574) | (2,263,515) | (1,362,786) | (356,590) | 759,525 |

# ENCLOSURE 7

**ADMINISTRATION DEPARTMENT**
Administration & Financial Management Program
**Job Detail**

**TITLE:**        Watermaster Support

**JOB #:**        603

**DESCRIPTION:**   Reimbursable support for the Watermaster

**WORKLOAD:**

**EFFECTIVENESS:**

**PROGRAM BUDGET**

| Expenses | 2012-13 Budget | 2012-13 Est. Actual | 2013-14 Budget |
|---|---|---|---|
| Labor | 105,144 | 67,662 | 54,822 |
| Fringe Benefits | 98,835 | 63,602 | 51,259 |
| Equipment Allocation | 11,040 | 7,104 | 5,756 |
| Materials & Supplies | - | - | - |
| Contract Services | - | - | - |
| **TOTAL EXPENSES** | 215,019 | 138,368 | 111,837 |

**Materials/Supplies/Contract Services**

Copy/Postage
Other

| | | | |
|---|---|---|---|
| Total | - | - | - |



**ADMINISTRATION DEPARTMENT**
Administration & Financial Management Program
**Job Detail**

**TITLE:** Watermaster Finance Support

**JOB #:** 600

**DESCRIPTION:** Reimbursable Finance support for the Watermaster

**WORKLOAD:**

**EFFECTIVENESS:**

**PROGRAM BUDGET**

| Expenses | 2012-13 Budget | 2012-13 Est. Actual | 2013-14 Budget |
|---|---|---|---|
| Labor | - | (3,119) | - |
| Fringe Benefits | - | 3,936 | - |
| Equipment Allocation | - | 440 | - |
| Materials & Supplies | - | - | - |
| Contract Services | - | - | - |
| **TOTAL EXPENSES** | - | 1,257 | - |

**Materials/Supplies/Contract Services**

Copy/Postage
Other

| Total | - | - | - |
|---|---|---|---|



# ENCLOSURE 8

## WATER DEPARTMENT
### Capital Budget Summary

| PROJECTS | Budget 2012-13 | Projected 2012-13 | Budget 2013-14 | Outyear 2014-15 | Outyear 2015-16 | Outyear 2016-17 | Outyear 2017-18 | Outyear 2018-19 |
|---|---|---|---|---|---|---|---|---|
| Field Equipment | 181,000 | 182,800 | 263,550 | 501,150 | 251,989 | 160,750 | 181,000 | 148,125 |
| Reservoirs | 633,678 | 7,000 | 1,042,740 | 552,078 | 414,853 | 1,045,543 | 449,897 | 774,068 |
| Seismic Retrofit | 50,000 | 12,700 | 30,000 | 15,000 | 15,000 | 15,000 | 15,000 | 0 |
| Pipelines | 674,801 | 889,900 | 986,397 | 1,057,907 | 1,115,627 | 979,177 | 1,011,686 | 943,033 |
| Yard/SCADA/Facility | 155,000 | 20,000 | 166,000 | 105,000 | 80,000 | 15,000 | 15,000 | 15,000 |
| DLSA Improvements | - | | 0 | 0 | 0 | 0 | 0 | 0 |
| Pressure Stations | 35,000 | 10,000 | 15,750 | 15,750 | 0 | 50,000 | 0 | 0 |
| Santa Margarita Conj. Use | 325,000 | 282,600 | 270,000 | 365,000 | 190,000 | 190,000 | 80,000 | 80,000 |
| Santa Margarita Water Rights | 256,500 | 192,800 | 144,300 | 152,140 | 132,140 | 132,140 | 117,140 | 117,140 |
| Pump Stations | | 1,000 | 365,000 | 570,000 | 150,000 | 75,000 | 50,000 | 200,000 |
| Water Supply Facilities | 95,000 | 835,815 | 370,000 | 72,000 | 73,000 | 74,000 | 50,000 | 150,000 |
| Meter Service Replacement | 50,000 | | 60,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Meter Installations | 42,136 | | 0 | 0 | 0 | 0 | 0 | 0 |
| Facility Upgrades & Security | 83,500 | 158,802 | 62,200 | 57,200 | 43,200 | 48,200 | 23,200 | 23,200 |
| TOTALS | 2,581,815 | 2,593,417 | 3,795,927 | 3,503,225 | 2,605,809 | 2,824,810 | 2,032,723 | 2,490,566 |
| Reduce Budget by __% | | | | | | | | |
| | | | | | | | | |
| **REVENUE PROGRAM** | | | | | | | | |
| Pumping Charge | - | - | 66,000 | 67,980 | 70,019 | 72,120 | 74,284 | 76,512 |
| Standby/Availability Charges | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 | 203,000 |
| Connection Fees | 42,136 | 65,000 | - | - | - | - | - | - |
| Property Taxes | 468,809 | 468,809 | 468,809 | 515,002 | 485,466 | 503,093 | 521,072 | 539,412 |
| Interest | 164,200 | 93,912 | 115,000 | 115,000 | 115,000 | 116,150 | 119,635 | 123,224 |
| Developer Funds | 10,000 | 17,320 | 15,000 | 15,000 | 20,000 | 20,000 | 20,000 | 52,500 |
| Capital Improvement Charge | 505,000 | 499,680 | 1,014,000 | 1,064,700 | 1,117,935 | 1,173,832 | 1,232,523 | 1,294,150 |
| Facilities Rent Revenue/Tenants | 176,183 | 176,182 | 178,000 | 181,560 | 185,191 | 188,895 | 192,673 | 196,526 |
| Transfer from Water Ops/60 | - | 75,000 | 75,000 | 0 | 0 | 0 | 0 | 0 |
| Other | | | | | | | | |
| Revenue Subtotal | 1,569,128 | 1,598,703 | 2,134,609 | 2,162,242 | 2,196,611 | 2,277,089 | 2,363,187 | 2,485,323 |
| Required Reserves | 1,012,687 | 994,714 | 1,661,318 | 1,340,982 | 309,198 | 547,720 | (330,464) | 5,243 |
| TOTALS | 2,581,815 | 2,593,417 | 3,795,927 | 3,503,225 | 2,505,809 | 2,824,810 | 2,032,723 | 2,490,566 |
| | | | | | | | | |
| Fund Balance Beginning of Year | 4,145,421 | 4,145,421 | 4,068,899 | 1,489,388 | 148,406 | (160,792) | (708,512) | (378,048) |
| Less: District CIP | | 918,192 | (918,192) | | | | | |
| Plus: Net SRF Loan Proceeds | | - | - | | | | | |
| Change During Year | (1,012,687) | (76,522) | (2,579,510) | (1,340,982) | (309,198) | (547,720) | 330,464 | (5,243) |
| Fund Balance End of Year | 3,132,734 | 4,068,899 | 1,489,388 | 148,406 | (160,792) | (708,512) | (378,048) | (383,291) |
| FB Minimum per Admin Code | 7,299,152 | 7,299,152 | 6,009,034 | 5,330,619 | 4,857,533 | 4,065,446 | 4,254,769 | 3,526,897 |
| Fund Balance Over (Under Target) | (4,166,418) | (3,230,253) | (4,519,645) | (5,182,213) | (5,018,325) | (4,773,958) | (4,632,818) | (3,910,189) |

# ENCLOSURE 9

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CAMP PENDLETON CA 92055

OFFICIAL USE

| Postage | $ | $1.92 | 0028 |
| Certified Fee | | $3.10 | 15 |
| Return Receipt Fee (Endorsement Required) | | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.57 | 03/20/2013 |

7012 3050 0001 6797 7542

Sent To  *BRIGADIER GENERAL COGLIANESE*
Street, Apt. No.; or PO Box No.  *COMMANDING OFFICER*
City, State, ZIP+4  *CAMP PENDLETON CA 92055*

PS Form 3800, August 2006                    See Reverse for Instructions





**END**