# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE    Gonzalo P. Curiel
FROM: V. Mosqueda            , Deputy Clerk    RECEIVED DATE: 6/23/2013
CASE NO. 3:51-cv-01247-GPC-RBB    DOCUMENT FILED BY: Archie D. Mcphee
CASE TITLE: United States of America v. Fallbrook Public Utility District
DOCUMENT ENTITLED: Letter regarding response to Report

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Document is untimely |

Date Forwarded: 8/26/2013

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes    Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 8/27/13    CHAMBERS OF:    The Honorable Gonzalo P. Curiel
                                   Gonzalo P. Curiel

cc: All Parties    By: