1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  BERKEY WILLIAMS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@berkeywilliams.com
4  E-mail: swilliams@berkeywilliams.com
   *Attorneys for Plaintiff-Intervenor*
5  *Ramona Band of Cahuilla*

6  Marco A. Gonzalez (CA State Bar No. 190832)
   COAST LAW GROUP LLP
7  1140 S. Coast Hwy. 101
   Encinitas, CA 92024
8  Tel: 760/942-8505, Fax: 760/942-8515
   Email: marco@coastlawgroup.com
9
   Scott B. McElroy (Pro Hac Vice)
10 M. Catherine Condon (Pro Hac Vice)
   McELROY, MEYER, WALKER & CONDON, P.C.
11 1007 Pearl Street, Suite 220, Boulder, CO 80302
   Tel: 303/442-2021, Fax: 303/444-3490
12 E-mail: smcelroy@mmwclaw.com
   E-mail: ccondon@mmwclaw.com
13 *Attorneys for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
14

15                    UNITED STATES DISTRICT COURT

16                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GPC-RBB |
| Plaintiff, | **JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | Date: No hearing date set<br>Time: |
| Plaintiff-Intervenors, | Dept: 9 |
| v. | Hon. Gonzalo P. Curiel |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | **ORAL ARGUMENT NOT REQUIRED** |

Case No.: 51-cv-1247-GPC-RBB

Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla ("Tribes") respectfully move this Court for a 120-day extension of the stay of litigation until January 21, 2014, in order to allow the parties to continue settlement discussions. Pursuant to this Court's Order of May 28, 2013, (Dkt. 5411), the current stay expires on September 23, 2013. The parties are committed to resolving the Tribe's water rights claims in a negotiated settlement, and extending the stay will allow them to devote their time and resources to that process without the distraction and cost of protracted litigation. Counsel for the Tribes is authorized to state that the United States, the State of California, the County of Riverside, Riverside County Flood Control and Water Conservation District, Alvin Greenwald, the Hemet Unified School District, and Agri-Empire support this motion to extend the stay. The Anza Basin Landowners Group represented by Richards, Watson & Gershon does not oppose the Tribes' motion.

On July 1, 2013, Magistrate Judge Brooks met with the parties to discuss the status of the settlement negotiations, and ordered that the parties should seek to have the draft settlement agreement completed by November 1, 2013. The parties have been working diligently to complete the draft settlement agreement in compliance with Judge Brooks' Order. The parties will meet with Judge Brooks on November 4, 2013, to report on the progress of their efforts. Over the last four months since this Court's Order extending the stay, the parties have met telephonically or in person as a group or in sub-groups 13 times to seek to resolve the outstanding substantive issues and to revise the draft settlement agreement to conform to the evolving understandings of the parties (June 14; June 25; June 27; July 1; July 11; July 12; July 19; August 8; August 20; September 9; September 11; September 12; and September 19). Several iterations of the draft settlement agreement have been produced by the Tribes, reviewed by the parties and subsequently revised to reflect the evolving consensus of the parties. The Watermaster's comments on the various drafts have been especially helpful in identifying ambiguities in the draft and highlighting disagreements that remain. Through this process, the substantive issues remaining have been reduced to a manageable number. The most significant remaining issue continues to be the appropriate allocation of water among parties. The parties have agreed to meet by telephone on September 24; October 4 (State issues only); and October 31. An in-person meeting will be held on October 17 to discuss the

water budget.  And, as noted, the parties will meet with Judge Brooks on November 4 to discuss the draft settlement agreement and to seek assistance with resolving any outstanding issues.  A stay beyond this date is necessary to allow the parties to resolve any remaining issues and, depending on the status of the discussions, to convert the draft settlement agreement into a final settlement agreement that counsel can recommend for approval to their clients.

The attorneys for the parties have also assigned various technical issues to the Technical Committee comprised of consultants for some of the parties.  The Technical Committee has produced several draft reports that assist the parties in resolving various outstanding issues.

Finally, the Cahuilla Band of Indians, Agri-Empire and the United States have continued their discussions of the issues unique to those parties.  They have regularly reported to the larger settlement group about their progress.  They met with Judge Brooks on July 1 to discuss the status of those discussions and are to meet separately with Judge Brooks concerning the status of those discussions on November 4, 2013.

Based on the foregoing, the Tribes respectfully request that the stay be continued until January 21, 2014.

Date: September 23, 2013                             Respectfully submitted,

BERKEY WILLIAMS LLP

By:*s/Curtis G. Berkey*
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com
    E-mail: swilliams@berkeywilliams.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

| | |
|---|---|
| 1 | McELROY, MEYER, WALKER & CONDON, P.C. |
| 2 | |
| 3 | By:*s/Scott B. McElroy* |
| | Scott B. McElroy (Pro Hac Vice) |
| 4 | M. Catherine Condon (Pro Hac Vice) |
| | 1007 Pearl Street, Suite 220 |
| 5 | Boulder, Colorado |
| | Tel: 303/442-2021; Fax: 303/444-3490 |
| 6 | E-mail: smcelroy@mmwclaw.com |
| | E-mail: ccondon@mmwclaw.com |
| 7 | |
| | *Attorneys for Plaintiff-Intervenor,* |
| 8 | *Cahuilla Band of Indians* |

3                          Case No.: 51-cv-1247-GPC-RBB