1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   UNITED STATES OF AMERICA,                    CASE NO. 51cv1247-GPC(RBB)
12                              Plaintiff,         **ORDER GRANTING JOINT
                                                  MOTION TO EXTEND STAY**
13   RAMONA BAND OF CAHUILLA;
     CAHUILLA BAND OF INDIANS,                    [Dkt. No. 5421.]
14                          Plaintiff-
15   Intervenors,
               vs.
16
     FALLBROOK PUBLIC UTILITY
17   DISTRICT, et al.,
18                          Defendants.
19
20          Upon   consideration   of   the   Joint   Motion   to   Extend   Stay   filed   by
21   Plaintiff-Intervenors Cahuilla Band of Indians and Ramona Band of Cahuilla
22   ("Tribes"), it is hereby ordered: The Tribes are granted a four-month extension of the
23   stay, until **January 21, 2014.**
24          IT IS SO ORDERED.
25
26   DATED:  September 25, 2013
27
                                                  HON. GONZALO P. CURIEL
28                                                United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[51CV1247-GPC(RBB)]