1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| 12                          Plaintiff, | **ORDER SETTING HEARING** |
| 13   RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS, | **DATE ON OBJECTIONS TO**<br>**WATERMASTER ANNUAL**<br>**REPORT FOR THE YEAR 2011-** |
| 14                          Plaintiff- | **2012** |
| 15   Intervenors,<br>      vs. | |
| 16 | |
| 17   FALLBROOK PUTLIC UTILITY<br>DISTRICT, et al., | |
| 18                          Defendants. | |

19
20

On August 13, 2013, the Watermaster filed the Annual Watermaster Report for

21

the Water Year 2011-2012. (Dkt. No. 5416.)  Pursuant to the 30 day objection period,

22

Archie McPhee filed objections on August 26, 2013.  (Dkt. No. 5418.)  The 30 day

23

objection period has passed.  Accordingly, the Watermaster shall file a response to

24

McPhee's objection on or before **October 25,  2013.**  The Court sets a hearing on

25

**November 8, 2013 at 1:30 p.m.**  in Courtroom 2D to address the objections to the

26

/ / / /

27

/ / / /

28

[51CV1247-GPC(RBB)]

1   Annual Watermaster Report.

2          IT IS SO ORDERED.

3

4   DATED:  September 30, 2013

5

6   HON. GONZALO P. CURIEL
    United States District Judge

7

8

9   cc:
    Archie D. McPhee
10  40482 Gavilan Mountain Road
    Fallbrook, CA 92028
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[51CV1247-GPC(RBB)]