JOHN KARACZYNSKI (SBN 93108)
RODNEY B. LEWIS (*Pro Hac Vice*)
JAMES T. MEGGESTO (*Pro Hac Vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
E-mail: jkaraczynski@akingump.com
E-mail: rlewis@akingump.com
E-mail: jmeggesto@akingump.com

*Attorneys for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseño Indians*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 51-01247-GPC-RBB<br><br>**PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE**<br><br>Hearing Date: November 8, 2013<br>Time:　　　　1:30 p.m.<br>Dept:　　　　2D<br><br>Hon. Gonzalo P. Curiel |

　　　　The Pechanga Band of Luiseño Mission Indians ("Pechanga") respectfully submits this response to the objections filed by Archie McPhee ("McPhee") to the Annual Watermaster Report for the Water Year 2011-2012 ("Report"). The Report was filed by the Watermaster on August 13, 2013. (Dkt. No. 5416.) McPhee filed objections to the Report on August 26, 2013 (Dkt. No. 5418) and the Court subsequently requested a response from the Watermaster on or before October 25, 2013. (Dkt. No. 5424.) The Watermaster filed his response to the McPhee objections on October 22, 2013. (Dkt. No. 5425). The Court has not requested a response from Pechanga but we nonetheless submit this response in support of the Watermaster.

## I. THE ACTIONS OF THE WATERMASTER ARE DICTATED BY THIS COURT AND ARE SUBJECT TO STRICT OVERSIGHT.

The Court has established numerous checks on the activities of the Watermaster that ensure adherence to the law and the prescribed duties of the Watermaster's office. The Watermaster's duties and powers were promulgated by this Court on March 13, 1989 and encompassed specific tasks to be undertaken by the Watermaster on an ongoing basis. (Dckt. No. 4809.) The order establishing the Watermaster also stipulated explicit procedures for funding and operating the Watermaster's office, which to our knowledge, have been dutifully followed since that time. The Court then took oversight of the Watermaster a step further and established the Steering Committee, whose primary purpose is to oversee the Watermaster and assist the Watermaster's office with its duties to the Santa Margarita Watershed. (Dckt. No. 4805.) Furthermore, the Watermaster is subject to an annual audit prepared by an Independent Auditor. The annual audit assesses the financial health of the Watermaster's office in an Independent Auditor Report that is submitted to the Court and each member of the Steering Committee.

## II. PECHANGA HAS NO KNOWLEDGE OF THE ALLEGATIONS MADE AGAINST THE WATERMASTER IN MCPHEE'S OBJECTIONS.

Pechanga has worked with Mr. Binder, the current Watermaster, since his appointment by the Court in December 2005, and has no knowledge of the Watermaster engaging in any of the illegal activities alleged by McPhee. McPhee's objections charge that Mr. Binder has improperly collaborated with officials from the Fallbrook Public Utility District ("FPUD"), embezzled assessments paid by the FPUD to the Watermaster's office, and neglected various statutory responsibilities under Federal and California law. (Dckt. No. 5418.) As a member of the Steering Committee, Pechanga has dealt with Mr. Binder, in his capacity as Watermaster, on numerous occasions and has never seen any evidence of the allegations raised in McPhee's objections. Many of Pechanga's interactions with Mr. Binder have been through the Steering Committee and were dictated by adherence to the Watermaster's specific duties. Pechanga has also been privy to the annual audits required of the Watermaster office and is not aware of any

1  audit findings that substantiate any of the allegations made in McPhee's objections. (Dckt. No.
2  5418.)

### III. CONCLUSION

Accordingly, Pechanga disagrees with McPhee's objections and supports the Annual Watermaster Report for the Water Year 2011-2012. (Dckt. No. 5416.)

RESPECTFULLY SUBMITTED,

Dated: October 31, 2013        AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *James T. Meggesto*
    James T. Meggesto
    jmeggesto@akingump.com
    Attorney for Plaintiff-Intervenor/Defendant
    Pechanga Band of Luiseño Indians

3

# DECLARATION OF SERVICE BY U.S. MAIL

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1333 New Hampshire Avenue, NW, Washington, D.C, 20036.

On October 31, 2013, I caused to be served the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.,* Case No. 51-1247-GPC-RBB:

1) PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope to the addresses below.

Nobuo Komota
c/o Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Agri-Empire, Inc.
P.O. Box 490
San Jacinto, CA  92383

Bill Steele
U.S. Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA  92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

General Manager
Rancho CA RV Resort OA
P.O. Box 214
Aguanga, CA  92536

SDSU Field Station Programs
ATTN: Matt Rahn, Reserve Director
5500 Campanile Drive
San Diego, CA  92182-4614

Anthony J. Pack, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA  92572-8300

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92028-9327

Michael Lopez
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jack S. Safely
Western MWD
P.O. Box 5286
Riverside, CA  92517

PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE

| | |
|---|---|
| Arthur L. Littleworth<br>James B. Gilpin<br>C. Michael Cowett<br>BEST BEST & KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA  92101 | John Rossi, General Manager<br>Western MWD<br>P.O. Box 5286<br>Riverside, CA  92517 |
| Louidar<br>c/o McMillan Farm Management<br>29379 Rancho California Road, #201<br>Temecula, CA  92591 | Linda Garcia<br>Riverside Co. Flood Control and Water<br>Conservation District<br>1995 Market Street<br>Riverside, CA  92501 |
| Keith Lewinger, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA  92088 | Patrick Barry, Esq.<br>Amy S. Tryon<br>Environment and Natural Resources Division<br>Indian Resources Section<br>U.S. Department of Justice<br>P.O. Box 44378<br>Washington, DC  20026-4378 |
| Robert H. James, Esq.<br>SACHSE, JAMES & LOPARDO<br>205 W. Alvarado St., Suite 1<br>Fallbrook, CA  92028 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA  92581 |
| Mike Luker<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA  92572-8300 | Brian Brady, General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA  92589-9017 |
| Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road, Suite 201<br>Temecula, CA  92591 | Craig Elitharp, Director of Operations<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA  92589-9017 |
| Counsel Western Bases<br>P.O. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA  92055-5231 | Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA  92083 |
| Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA  92596 | David Glazer, Esq.<br>Environment and Natural Resources Division<br>Natural Resources Section<br>U.S. Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA  94105 |
| Tulvio Durand, Chairman<br>AVMAC<br>P.O. Box 390908<br>Anza, CA  92539 | |

PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE

| | |
|---|---|
| Manuel Hamilton<br>Joseph Hamilton<br>P.O. Box 391372<br>Anza, CA  92539 | Susan M. Williams<br>Sarah S. Works<br>WILLIAMS & WORKS, P.A.<br>P.O. Box 1483<br>Corrales, NM  87048 |
| Leslie Cleveland<br>U.S. Bureau of Reclamation<br>27708 Jefferson Avenue, #202<br>Temecula, CA  92590 | Don Forsyth<br>Metropolitan Water District<br>33752 Newport Road<br>Winchester, CA  92596 |
| James Carter<br>P.O. Box 28739<br>Santa Ana, CA 92799-8739 | Anza Mutual Water Company<br>P.O. Box 390117<br>Anza, CA  92539-0117 |
| Marco A. Gonzalez<br>Rory R. Wicks<br>Coast Law Group LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA  92024 | Assistant Chief of Staff, Facilities<br>Attn: Office of Water Resources<br>Box 555013<br>Camp Pendleton, CA  92055-5013 |
| Assistant Chief of Staff<br>Environmental Security<br>Box 555008<br>Marine Corps Base<br>Camp Pendleton, CA  92055-5008 | Chairperson<br>Cahuilla Band of Indians<br>P.O. Box 391760<br>Anza, CA  92539 |
| Peter E. Von Haam, Sr. Deputy General Counsel<br>Metropolitan Water District of Southern California<br>P.O. Box 54153<br>Los Angeles, CA  90054 | James J. Fletcher<br>U. S. Department of the Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA  92507-2471 |
| Pamela Williams<br>Office of the Solicitor<br>U.S. Department of the Interior<br>Division of Indian Affairs<br>1849 C Street, NW, Room 6456<br>Washington, DC  20240<br>Jeffry F. Ferre<br>Jill N. Willis<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, CA  92502 | Elsa Barton<br>217 No. Palm<br>Hemet, CA  92543<br><br>Michael L. Tidus<br>Michele A. Staples<br>JACKSON, DEMARCO, TIDUS & PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA  92614<br><br>Amy Gallaher<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA  90054-0153 |

6

PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE

| | | |
|---|---|---|
| 1 | Mark Shaffer<br>6837 NE New Brooklyn Road | Marianne E. Pajot<br>40225 Curry Court |
| 2 | Bainbridge Island, WA  98110 | Aguanga, CA  92536-9742 |
| 3 | Stephen B. Reich | Louidar |
| | Stetson Engineers, Inc. | P.O. Box 891510 |
| 4 | 2171 E. Francisco Blvd., Suite K | Temecula, CA  92591 |
| 5 | San Rafael, CA  94901 | |
| | | Eugene Franzoy |
| 6 | Charles W. Binder, Watermaster | Franzoy Consulting, Inc. |
| | Santa Margarita River Watershed | 1392 W. Stacey Lane |
| 7 | P.O. Box 631 | Tempe, AZ  85284 |
| | Fallbrook, CA  92088 | |
| 8 | | Steve Larson |
| 9 | Khyber Courchesne | S.S. Papadopilos & Associates |
| | 1264 Page Street | 7944 Wisconsin Ave. |
| 10 | San Francisco, CA  94117 | Bethesda, MD  20814-3320 |
| 11 | Briar McTaggart | Curtis G. Berkey |
| | 1642 Merion Way 40E | Scott W. Williams |
| 12 | Seal Beach, CA  90740 | Alexander, Berkey, Williams and Weathers LLL |
| 13 | Anna Gale James | 2030 Addison Street, Suite 410 |
| 14 | 40275 Curry Court | Berkley, CA  94704 |
| | Aguanga, CA  92536 | |
| 15 | | Lake Riverside Estates Community Assoc. |
| 16 | Billy Ward | 41610 Lakeshore Blvd. |
| | P O Box 5878 | Aguanga, CA  92536 |
| 17 | San Diego, CA  92165 | Dyson Development |
| | | 437 South Highway 101, Suite 217 |
| 18 | Mary E. Lee | Solana Beach, CA  92075 |
| | 41085 Lakeshore Blvd. | |
| 19 | Aguanga, CA  92536 | Anza Holdings LLC |
| | | 1220 Spinnaker Trail |
| 20 | John S. Wilson | Monument, CO  80132 |
| 21 | Peggy Wilson | Anza Acreage, LLC |
| | 14205 Minorca Cove | 1310 Stratford Court |
| 22 | Del Mar, CA  92014-2932 | Del Mar, CA  92014 |
| 23 | Michael J. Machado | |
| | Pamela M. Machado | Michael Gheleta |
| 24 | P O Box 391607 | United States Department of Justice |
| 25 | Anza, CA  92539 | Environment and Natural Resources Division |
| 26 | Barbara J. Carr Trust | 1961 Stout Street, Floor 8 |
| | Barbara J. Carr, Trustee | Denver, CO  80294-1961 |
| 27 | 20571 Bexley Road | |
| 28 | Jamul, CA  91935-7945 | |

7

PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL
WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA  92064

Thomas Perkins
7037 Gaskin Place
Riverside, CA  92506

Anthony Madrigal
26 Lanyard Court
Sacramento, CA  95831

Scott B. McElroy
Alice E. Walker
M. Catherine Condon
Daniel E. Steuer
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA  92822-1059

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA  92591

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA  92539

Wiederrich Family Trust
13440 St. Andrews Place
Poway, CA  92064

Thomas Perkins
7037 Gaskin Place
Riverside, CA  92506

Anthony Madrigal
26 Lanyard Court
Sacramento, CA  95831

Scott B. McElroy
Alice E. Walker
M. Catherine Condon
Daniel E. Steuer
McElroy, Meyer, Walker & Condon, P.C.
1007 Pearl Street, Suite 220
Boulder, CO  80302

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA  92822-1059

Temecula Ranchos
c/o McMillan Farm Management
29379 Rancho California Road, #201
Temecula, CA  92591

Elena Mafla, Chairman
AVMAC
43205 Chapman Road
Anza, CA  92539

Jackie Spanley
AVMAC
43205 Chapman Road
Anza, CA  92539

Alvin Greenwald
6010 Wilshire Boulevard, Suite 500
Los Angeles, CA  90036

Catherine M. Stites, General Counsel
Metropolitan Water District of Southern California
700 North Alameda Street
Los Angeles, CA  90012-2944

Western Land Financial and Pacific Holt Corporation
23 Midway Street, Unit B
San Francisco, CA  94133

Avalon Management Group, Inc.
31608 Railroad Canyon Road
Canyon Lake, CA  92587

Bob Lemons
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Assad S. Safadi
Natural Resources Consulting Engineers, Inc.
131 Lincoln Avenue, Suite 300
Fort Collins, CO  80524

 

  I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 31, 2013 at Washington, D.C.

           */s/James T. Meggesto*
            James T. Meggesto

8

PECHANGA BAND OF LUISEÑO MISSION INDIANS RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE