Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook CA 92028
October 25, 2013

Honorable Gonzalo P. Curiel
United States District Judge
Southern District of California
221 W. Broadway
San Diego, CA 92101


FILED
OCT 30 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

Dear Judge Curiel,

Hi  The Civil Action No. 51-cv-01247- GPC-RBB was delivered to my address by mail yesterday (August 24, 2013) after 4.00 PM. It took me some time to pick it up and then read it through couple of times to obtain an understanding of what it was all about.  Then I had to round up and go thru my old files to obtain those files that may be applicable and then read them to see which files were usable.  Mr. William Brunick of Brunick, McElhaney & Kennedy PLC pulled a fast one on me by waiting until the second last day permissible for delivery and, thereby, hoping that the deadline passed prior to my response.  Is it possible to postpone the above Civil Action case for a week or 10 days longer than Nov. 8, 2013 to permit me to gather and print all of the documents I need? Please Advise.

Archie D. McPhee
Chemical Engineer (MS, New York University)
California Registered Professional Civil Engineer