JAMES L. MARKMAN (043536)
B. TILDEN KIM (143937)
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Specially Appearing
Defendant Gordon Lanik

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br><br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 1247-SD-C<br><br>**JOINDER IN WATERMASTER'S RESPONSE TO OBJECTION TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-2012 BY ARCHIE D. MCPHEE**<br><br>Date:       November 8, 2013<br>Time:       1:30 p.m.<br>Dept.:       2D<br><br>Hon. Gonzalo P. Curiel |

Specially appearing Gordon Lanik files this Joinder to the Watermaster's Response to Archie D. McPhee's Objections to the Annual Watermaster Report for Water Year 2011-12. The Watermaster's Response was filed on or about October 22, 2013, and this Court has scheduled a hearing on this matter for November 8, 2013.

As background, Mr. Lanik is one of several hundred landowners represented by the same counsel in this action concerning water production rights in the Anza area of the subject watershed. Mr. Lanik is also a member of the Litigation Committee formed by these landowners to coordinate their efforts in this pending action.

These water production right issues were first raised by complaints-in-intervenor filed by two Indian tribes in 2006. Counsel for Mr. Lanik, members of the Litigation Committee, and all parties currently in negotiations on these water production right issues contemplate administration of a fully negotiated, and Congress-approved water management plan. The administration of that water management plan will require services of the Watermaster, and is further contemplated to be paid for by Anza water producers.

Mr. Lanik and the Litigation Committee vigorously disagree with Archie D. McPhee's Objections to Annual Watermaster Report for Water Year 2011-12, filed on August 26, 2013. Instead, Mr. Lanik and the Litigation Committee hereby joins and concurs with the following document: "Watermaster of the Santa Margarita River Watershed Response to Objection to Annual Watermaster Report For Water Year 2011-12 by Archie D. McPhee" (filed on or about October 22, 2013).

In short, like the Watermaster, we contend that Mr. McPhee's objections are without any merit, and are frivolous. We also strongly concur with the Watermaster's request that Mr. McPhee be ordered to reimburse the Watermaster for the significant expenses incurred in filing its Response, including reasonable attorney's fees and costs. Otherwise, water producers and ratepayers would be

1 | required to absorb the significant legal fees and costs incurred by a Court officer,
2 | having been forced to respond to McPhee's meritless and frivolous objections.
3 | Respectfully submitted,

DATED: October 31, 2013

JAMES L. MARKMAN
B. TILDEN KIM
RICHARDS, WATSON & GERSHON,
A Professional Corporation

By: _____ (BTK)
James L. Markman
Attorneys for Specially Appearing
Defendant Gordon Lanik

# PROOF OF SERVICE

I, Karen Eisenberg, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On November 1, 2013, I served the within document(s) described as:

**JOINDER IN WATERMASTER'S RESPONSE TO OBJECTION TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-2012 BY ARCHIE D. MCPHEE**

[X] (CMECF SYSTEM) By using the CMECF system, which generated and transmitted a notice of electronic filing to the following CMECF registrants:

Alice E. Walker: awalker@mmwclaw.com; dvitale@mmwclaw.com
Bill J. Kuenzinger: bkuenzinger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; mfickel@sampsonlaw.net: psampson@sampsonlaw.net; b.sampson3@cox.net
Charles W. Binder: cwbinder@smrwm.org
Curtis G. Berkey: cberkey@abwwlaw.com
Daniel J. Goulding: jhester@mccarthyholthaus.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.it.com
Elsinore Valley Municipal Water District: matthew.green@bbklaw.com
F. Patrick Barry: Patrick.barry@usdoj.gov
Gary D. Leasure: gleasure@garydleasure.com
George Chakmakis: George@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan: hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com
James Michael Powell: jpowellesq@gmail.com
John A. Karaczynski: jkarczynski@akingump.com; dcolvin@akingump.com
Johnathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Joseph A. Vanderhorst: jvanderhorst@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Linda Caldwell: goforthvillage2@yahoo.com
M. Catherine Condon: ccondon@mmwclaw.com; dvitale@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com

-1-

| | |
|---|---|
| 1 | Marilyn H. Levin: Marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov |
| 2 | Mark L. Brandon: mbrandon@brandon-law.com; dslack@brandon-law.com |
| | Marlene C. Kuehne: hwkuehne@pacbell.net |
| 3 | Mary L. Fickel: mfickel@sampsonlaw.net; bsampson@sampsonlaw.net |
| 4 | Matthew L. Green: matthew.green@bbklaw.com; Amelia.mendez@bbklaw.com |
| | M.E.M. Limited Partnership: prosenberg@hnattorneys.com |
| 5 | Michael Duane Davis: Michael.davis@greshamsavage.com; |
| 6 | terigallagher@greshamsavage.com |
| | Michael Roberts: cvrinc@earthlink.net |
| 7 | Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; |
| 8 | pgosney@jdtplaw.com |
| | Michelle Roberts: cvrinc@earthlink.net |
| 9 | Patricia Grace Rosenberg: prosenberg@hnattorneys.com |
| 10 | Peter J. Mort: pmort@akingmnp.com; jfukai@akingump.com |
| | Rancho California Water District: james.giplin@bbklwa.com |
| 11 | Richard Alvin Lewis: Rlewis@RichardLewis.com |
| 12 | Robert J. James: bob@fallbrooklawoffice.com |
| | Robert K. Edmunds: robert.edmunds@bipc.com; lyndawest@bipc.com; |
| 13 | sdtemp2@bic.com |
| 14 | Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com |
| | Roman Catholic Bishop of San Bernardino: dcolella@flsd.com |
| 15 | Scott B. McElroy: smcelroy@mmwclaw.com; dvitale@mmwclaw.com |
| 16 | Thomas C. Caldwell: goforthvillage2@yahoo.com |
| | Thomas C. Stahl: Thomas.Stahl@usdoj.gov |
| 17 | Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson- |
| 18 | chambers.com |
| | William K. Koska: wkoska@kbskalaw.com; alice.ross@clmlawfirm.com; |
| 19 | bill.koska@clmlawfirm.com |

I further certify that on November 1, 2013, I caused to be served the following documents:

**JOINDER IN WATERMASTER'S RESPONSE TO OBJECTION TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-2012 BY ARCHIE D. MCPHEE**

by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, addressed on the attached Service List:

_____Karen Eisenberg_____     _____(Signature)_____
(Type or print name)

-2-

12663-0002\1488299v1.doc

# SERVICE LIST

| | |
|---|---|
| **Khyber Courchesne**<br>1264 Page Street<br>San Francisco, CA 94117 | **Michael J Machado**<br>P O Box 391607<br>Anza, CA 92539 |
| **Carolyn Ellison**<br>49975 Indian Rock<br>Aguanga, CA 92536 | **Pamela M Machado**<br>P O Box 391607<br>Anza, CA 92539 |
| **John Ellison**<br>49975 Indian Rock<br>Aguanga, CA 92536 | **Diane Mannschreck**<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |
| **Carl Gage**<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | **Robert Mannschreck**<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |
| **Donna Gage**<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | **Archie D. McPhee**<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| **Anna Gale James**<br>40275 Curry Court<br>Aguanga, CA 92536 | **Briar McTaggart**<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| **Mary E Lee**<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | **Marianne E Pajot**<br>40225 Curry Court<br>Aguanga, CA 92536 |
| **Carol Lueras**<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | **Thomas C Perkins**<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| **Edward Lueras**<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | **John S Wilson**<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |

12663-0002\1488299v1.doc

1
2 **Peggy Wilson**
3 14205 Minorca Cove
  Del Mar, CA 92014-2932
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

12663-0002\1488299v1.doc