1  Curtis G. Berkey (CA State Bar No. 195485)
   Scott W. Williams (CA State Bar No. 097966)
2  BERKEY WILLIAMS LLP
   2030 Addison Street, Suite 410, Berkeley, CA 94704
3  Tel: 510/548-7070, Fax: 510/548-7080
   E-mail: cberkey@berkeywilliams.com
4  E-mail: swilliams@berkeywilliams.com
   *Attorneys for Plaintiff-Intervenor, Ramona Band of Cahuilla*
5
   Marco A. Gonzalez (CA State Bar No. 190832)
6  COAST LAW GROUP LLP
   1140 S. Coast Hwy. 101
7  Encinitas, CA 92024
   Tel: 760/942-8505, Fax: 760/942-8515
8  Email: marco@coastlawgroup.com

9  Scott B. McElroy (Pro Hac Vice)
   M. Catherine Condon (Pro Hac Vice)
10 McELROY, MEYER, WALKER & CONDON, P.C.
   1007 Pearl Street, Suite 220, Boulder, CO 80302
11 Tel: 303/442-2021, Fax: 303/444-3490
   E-mail: smcelroy@mmwclaw.com
12 E-mail: ccondon@mmwclaw.com
   *Attorneys for Plaintiff-Intervenor, Cahuilla Band of Indians*
13
   Patrick Barry (SBA 006056)
14 Department of Justice
   Environment and Natural Resources Div.
15 Indian Resources Section
   P.O. Box 7611
16 Ben Franklin Station
   Washington, D.C. 20044
17 Tel: 202/305-0269
   E-mail: patrick.barry@usdoj.gov
18 *Attorney for the United States*

19              UNITED STATES DISTRICT COURT

20         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GPC-RBB |
| Plaintiff, | **RESPONSE OF THE UNITED STATES, RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FILED BY ARCHIE D. McPHEE** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | |
| Plaintiff-Intervenors, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Date: November 8, 2013<br>Time: 1:30 p.m.<br>Dept: 2D |
| Defendants. | Hon. Gonzalo P. Curiel |

Case No.: 51-cv-1247-GPC-RBB

1    The United States and Intervenor-Plaintiffs Ramona Band of Cahuilla and Cahuilla Band of Indians submit this response to concerns raised by Archie D. McPhee with regard to certain alleged activities of Camp Pendleton Marine Corps Base and the Santa Margarita River Watermaster. Although the filing purports to address matters set forth in the Watermaster's 2011-2012 Annual Report, Mr. McPhee's allegations raise issues that go far beyond the scope of the Annual Report, and the scope of the Watermaster's duties. In fact, Mr. McPhee raises matters outside the scope of the *Fallbrook* adjudication itself. Neither the United States as trustee for the Tribes nor the Tribes themselves is involved in any of the activities alleged by Mr. McPhee, but they have experience with the Watermaster that is relevant to the unfounded allegations Mr. McPhee has raised. As the Court-appointed authority for monitoring and reporting on water use in the Santa Margarita River Watershed, the Watermaster has had regular interaction with the Tribes and the United States as the Tribes' trustee. Since the Tribes intervened in the case in 2006 to assert federal reserved water rights, they have had extensive experience with the Watermaster on a wide variety of matters, including in recent years, his participation in the negotiations aimed at settling the Tribes' water rights claims.

The Tribes and the United States can state unequivocally that their experience with the Watermaster contradicts in the strongest possible way any suggestion in Mr. McPhee's filing that the Watermaster has engaged in contumacious conduct, neglect of duty or financial impropriety. In the United States' and the Tribes' experience, the Watermaster has scrupulously adhered to the terms of this Court's Order authorizing watermaster functions. (Document 4805). From our perspective, the Watermaster has carried out his office's responsibilities with integrity and fairness to all parties.

Mr. McPhee does not request any particular relief, but in any event, the United States and the Tribes' respectfully request that this Court take no action with regard to Mr. McPhee's allegations. To the extent that Mr. McPhee requests revisions to the Annual Report, those requests have been adequately addressed in the *Watermaster of the Santa Margarita River Watershed Response to Objection to Annual Watermaster Report for Water Year 2011-2012 by Archie McPhee,* filed by counsel for the Watermaster on October 23, 2013 (Document 5425). Finally, to the extent the Court finds Mr. McPhee's objections to be frivolous, Mr. McPhee should be required to reimburse the

Watermaster for fees and costs incurred in responding. The parties to this adjudication should not have to bear those expenses.

Date: November 1, 2013

Respectfully submitted,

BERKEY WILLIAMS LLP

By: *s/Curtis G. Berkey*
Curtis G. Berkey
Scott W. Williams
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com

*Attorneys for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California 92024
Tel: 760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By: *s/Scott B. McElroy*
Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
1007 Pearl Street, Suite 220
Boulder, Colorado
Tel: 303/442-2021; Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,
Cahuilla Band of Indians*

By: *s/Patrick Barry*
Patrick Barry
Department of Justice
Environment and Natural Resources Div.
Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
Tel: 202/305-0269
E-mail: patrick.barry@usdoj.gov
*Attorney for the United States*

2    Case No.: 51-cv-1247-GPC-RBB