# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　　　　　Plaintiff-Intervenors,<br>　　vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING REQUEST TO CONTINUE HEARING DATE**<br><br>[Dkt. No. 5428.] |

On September 30, 2013, the Court set a hearing date on Archie McPhee's objections to the Annual Watermaster Report for the Water Year 2011-2012. On October 30, 2013, McPhee filed a request to continue the hearing because he only recently, on October 24, 2013[1] received the Watermaster's response. While McPhee objects to the "last minute" filing by the Watermaster, the Court's order granted the Watermaster until October 25, 2013 to file his response. The Wastermaster's response was timely. Nevertheless, the Court grants McPhee's request to continue the hearing.

---

[1] While the letter states August 24, 2013, by deduction, it appears that this was a typographical error and McPhee intended to write October 24, 2013.

1 | Accordingly, IT IS HEREBY ORDERED that the hearing set for November 8, 2013
2 | shall be continued to **November 15, 2013 at 1:30 p.m.**
3 |     IT IS SO ORDERED.

5 | DATED: November 1, 2013

                        HON. GONZALO P. CURIEL
                        United States District Judge