**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 4 hrs. 15 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

Plaintiffs

Patrick Barry (present)            Douglas Garcia (present)
Chris Watson                       Mike McPherson (present)

Defendants

Chuck Binder (present)             John Flocken (present)
Curtis Berkey (present)            Marilyn Levin
Scott McElroy (present)            Michael T. Zarro (present)
M. Catherine Condon                Jeffrey A. Hoskinson
Rob Davis (present)                James Markman (present)
Gordon Lanik (present)             Jeff Frey (present)
Sunshine Sykes (present)           Edward Walls (pro se) (present)
William Ainsworth (pro se) (present)   Raymond Schooley (pro se) (present)

PROCEEDINGS:   x   In Chambers    x   In Court    ___  Telephonic

A settlement conference was held.

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder only is set for February 19, 2014, at 10:00 a.m.

The Court sets a telephonic attorneys-only settlement conference for January 9, 2014, at 8:00 a.m. for the following parties only:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and M. Catherine Condon)

2.  The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and co-counsel)

3.  The United States (attorney Patrick Barry)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  Individual landowners represented by Richards, Watson & Gershon (attorney James L. Markman or co-counsel)

6.  Agri-Empire, Inc. (attorneys Robert Davis and Matt Duarte)

7.  The Hemet School District (attorney Jeff Hoskinson or Jeff Frey)

///

///

8.   The State of California (attorney Marilyn Levin or associate counsel)

9.   The County of Riverside (attorney Ray Mistica or Sunshine Sykes)

Patrick Barry is to initiate the call.  For the same group, the Court also sets an in-person settlement conference for <u>March 24, 2014, at 8:30 a.m.</u>

DATE: <u>November 4, 2013</u>         IT IS SO ORDERED:    *Ruben Brooks*
                                                         Ruben B. Brooks,
                                                         U.S. Magistrate Judge

cc:  Judge Curiel                                        INITIALS: <u>VL (mg)</u>  Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute46.wpd