Robert H. James, SBN 045384
Sachse, James & Lopardo
205 W. Alvarado St., Suite 1
Fallbrook, CA 92028-2025
760-728-1154
760-728-9648 fax
bob@fallbrooklawoffice.com

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 51-cv-01247-GPC-RBB<br><br>JOINDER OF FALLBROOK PUBLIC UTILITY DISTRICT TO THE RESPONSE OF THE WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED TO OBJECTION TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-12 BY ARCHIE D. MCPHEE<br><br>Date:　November 15, 2013<br>Time:　1:30 AM<br>Dept.:　2D<br><br>Hon. Gonzalo P. Curiel |

FALLBROOK PUBLIC UTILITY DISTRICT, respectfully supports and joins in the brief filed by WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED in response to OBJECTION TO ANNUAL 2011-2012 WATERMASTER REPORT FOR WATER YEAR 2011-2012 by ARCHIE D. MCPHEE.

RESPECTFULLY SUBMITTED,

Dated: November 12, 2013　　　　　　　　　　SACHSE, JAMES & LOPARDO

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Robert H. James

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 205 W. Alvarado Street, Suite 1, Fallbrook, CA 92028. On this date, I served the document(s) entitled:

**JOINDER OF FALLBROOK PUBLIC UTILITY DISTRICT TO THE RESPONSE OF THE WATERMASTER OF SANTA MARGARITA RIVER WATERSHED TO OBJECTION TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2011-2012 BY ARCHIE D. MCPHEE**

X   **BY MAIL AS FOLLOWS:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

**See Attached List**

I am readily familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 12, 2013, at San Diego County, California.

_____
DEBORAH M. WOLFE

Joinder of Fallbrook Public Utility District to the Response of the Watermaster of Santa Margarita River Watershed

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San Bernardino, CA 92408-3303

Robert Eben, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Christina Mokhtarzadeh
Bureau of Indian Affairs U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2471

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Luther Salgado, Sr., Chairperson
Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Asst. Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Dan Bartu
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Doug Garcia
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Chris Watson
Office of the Solicitor
U.S. Dept. of Interior
1849 C St., N.W. - M.S. 6513
Washington, D.C. 20240

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Ste. 200
San Diego, CA 92101

Scott McElroy, Esq.
McElroy, Meyer, Walker & Condon P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

Asst. Chief of Staff
Facilities
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Larry Carlson
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Patrick Barry, Esq.
U.S. Dept. of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Honorable Ruben B. Brooks
U.S. District Court
Southern District of CA
221 West Broadway
San Diego, CA 92101

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Room W-2821
Sacramento, CA 95825

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Ste. 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Assad Safadi
NRCE
131 Lincoln Avenue, Ste. 300
Fort Collins, CO 80524

John O. Simpson, Director
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Khalique Khan
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Counsel Western Bases
Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA 92055-5231

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Darwin Potter
Metropolitan Water District
Skinner Branch
Winchester, CA 92596

David Depoy
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Kyle R. Cook
Environmental Security, Bldg. 22165
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David Glazer, Esq.
US DOJ Env & Nat Res Div.
Natural Resources Section
301 Howard Street, Ste. 1050
San Francisco, CA 94105

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Ste. K
San Rafael, CA 94901

Mark Bonsavage
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Ste. K
San Rafael, CA 94901

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Nancy Swiatly
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Khos Ghaderi
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Mike Luker
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Brian Brady, General Manager
Fallbrook Public Utility District
990 E Mission Rd
Fallbrook, CA 92028

Jack Bebee
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Jeff Marchand
P.O. Box 2290
Fallbrook, CA 92088

Amy Gallaher
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA 92596

Martha H. Lennihan, Esq.
Lennihan Law
1661 Garden Highway #102
Sacramento, CA 95833

Joseph Vanderhorst, Esq.
Deputy General Counsel
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Michael J. Lopez
Metropolitan Water District
33740 Borel Road
Winchester, CA 92596

John Mora, Director
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Andrew Masiel, Sr.
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Benjamin Vasquez
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Pechanga Tribal Spokesperson
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Rick Briones
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

John Macarro, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA 92593

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

John A. Karaczynski, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

James Meggesto, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

Steve Larson
S.S. Papadopulos & Associates, Inc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Dennis Sanford, Board of
Directors – Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Mr. Joseph D. Hamilton, Tribal Chm.
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Manual Hamilton, Vice Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA 92536

Matt Stone, General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Richard S. Williamson
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Craig Elitharp
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Roxanne Nagel
Kennedy Jenks
143 Union Blvd. Suite 600
Lakewood, CO 80228

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA 91711

Todd Shibata
Riverside County Waste Mgmt
14310 Frederick Street
Moreno Valley, CA 92553

Raymond M. Mistica, Esq.
Deputy County Counsel
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Brenda Meyer
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Kelly Lawler
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA 92383

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

Jack Easton
Riverside Land Conservancy
4075 Mission Inn Avenue
Riverside, CA 92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Joseph Lomeli
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Jill Willis, Esq.
Best Best & Krieger
300 S. Grand Ave. 25th Floor
Los Angeles, CA 90071

Timothy Ross
Chief, Groundwater Section
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

John O'Hagen
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

AVMAC
Attn: Secretary
P. O. Box 391076
Anza, CA 92539-0908

Linda Garcia
Riverside Co. Flood Control
1995 Market Street
Riverside, CA 92501

Pamela Walls, Esq.
Deputy County Counsel
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Renee Konstantine
Graduate Programs &
Field Stations Coordinator
San Diego State University, Biology Dept
5500 Campanile Dr., LS-104
San Diego, CA 92182-4614

Bob Pierotti, Chief
Resources Assessment Branch
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Bob Rinker
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Elsa Barton
217 No. Palm
Hemet, CA 92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA 91604

Ruth E. Cyriacks
P.O. Box 2024
Oakhurst, CA 93644-2024

Michelle Staples, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Duane Larson
Hawthorn Water System
40058 Temple Court
Murrieta, CA 92563

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Frank C. Miller
Jane Grabowski-Miller
930 Cornell Court
Madison, WI 53705

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA 92590

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA 90036

Nobuo Kamata
C/O Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Bob Lemons
31040 Avenida Buena Suerte
Temecula, CA 92591

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Mr. James A. Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

EMARCD
21535 Palomar St., Suite A
Wildomar, CA 92595

Les Harris
44700 Sage Road – H
Aguanga, CA 92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA 92614

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Louidar
1632 Colina Vista
Fallbrook, CA 92028

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Nicole Rowan, P.E., D.WRE
Camp Dresser & McKee, Inc.
555 17th Street, Suite 1100
Denver, CO 80202

Mr. Herb Smith
42545 Kalmia Street
Murrieta, CA 92562

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506