# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA


FILED
13 NOV 13 PM 2:54

### NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE  / ☐ U.S. MAGISTRATE JUDGE   Gonzalo P. Curiel
FROM: S. Melvin , Deputy Clerk   RECEIVED DATE: 11/12/2013
CASE NO. 51-cv-1247-GPC-RBB    DOCUMENT FILED BY: Archie McPhee
CASE TITLE: United States of America v. Fallbrook Public Utility District
DOCUMENT ENTITLED: Reply

Upon the submission of the attached document(s), the following discrepancies are noted:

| LOCAL RULE | DISCREPANCY |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice on Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☒ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☒ | Supplemental documents require court order |
| ☐ | Default judgment in sum certain includes calculated interest |
| ☒ OTHER: | failure to request leave to file reply; lack of proof of service |

Date Forwarded: _____

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 11/12/13    CHAMBERS OF:  The Honorable Gonzalo P. Curiel

cc: All Parties    By: ~~Gonzalo P. Curiel~~

# REJECTED

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 51-cv-01247-GPC-RBB |
| Plaintiff, | |
| | **[PROPOSED] ORDER** |
| vs. | Hearing Date: November 15, 2013 <br> Time: 1:30 p.m. <br> Dept.: 2D |
| FALLBROOK PUBLIC UTLITY DISTRICT, et al., | |
| Defendants. | Hon. Gonzalo P. Curiel |

Please Do Not Make A Final Decision Untill The Naval Criminal Investigative Service's Investigation On This Matter Is Completed

*Archie D. McPhee*

Archie D. McPhee

[Seal: REGISTERED PROFESSIONAL ENGINEER, ARCHIE D. McPHEE, 036761, EXP 06-30-15, CIVIL, STATE OF CALIFORNIA]