# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
13 NOV 15 PM 3:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Gonzalo P. Curiel
FROM: C. Lopez, Deputy Clerk    RECEIVED DATE: 11/12/2013
CASE NO. 51-cv-01247-GPC-RBB    DOCUMENT FILED BY: Jeremy Balliger
CASE TITLE: United States of America v. Fallbrook Public Utility District
DOCUMENT ENTITLED: Answer

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | Document not filed electronically. Notice on Noncompliance already issued. |
| ☒ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Document not timely. |

Date Forwarded: 11/14/2013

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 11/14/13    CHAMBERS OF:  The Honorable Gonzalo P. Curiel
cc: All Parties    By: _Gonzalo P. Curiel_

Jeremy Balliger
13675-C Ruette Le Parc
Del Mar, CA 92014
and
917 Marine Street
Santa Monica, CA 90405
Tel.: (858) 342-8001
Email: lynn_balliger@att.net
Pro Se

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**REJECTED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 51-cv-1247-GPC(RBB) |
| Plaintiff, | **ANSWER OF JEREMY BALLIGER, SUCCESSOR-IN-INTEREST TO DEFENDANT CECILIA COLE, TO CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION** |
| RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, | |
| Plaintiff-Intervenors, | |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a Public service corporation of the State of California, et al., | |
| Defendant. | |

///
///
///

- 1 -
ANSWER OF JEREMY BALLIGER, SUCCESSOR IN INTEREST TO DEFENDANT CECILIA COLE
51-cv-01247-GT-RBB