# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　　　Plaintiff-Intervenors,<br>　　　vs.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER** |

　　　The above-entitled action on regularly for hearing on November 15, 2013 before the Honorable Gonzalo P. Curiel, District Judge, on the Objection and Response to Objection.  William J. Brunick, Esq. appeared on behalf of the Watermaster of the Santa Margarita River Watershed.  Archie McPhee, pro se, appeared.  The Court having reviewed and considered the moving and opposing papers, and the arguments of counsel and Mr. McPhee, and good cause appearing, HEREBY ORDERS the following:

1. 　The Watermaster's Report for Water Year 2011-12 contains all information which the Court has directed the Watermaster to include in the annual report.
2. 　The Watermaster's response adequately addresses McPhee objections as to the

1        Annual Watermaster Report for Water Year 2011-12 ("Report").

2    3.  The Report is accepted and approved by the Court without any changes.

3    4.  The Court finds that the unsupported allegations and statements made by McPhee directed to the Watermaster concerning any conflict of interest, collaboration, or bribery, as they relate to FPUD, the Steering Committee, the Department of the Navy and the United States are not proper objections to the content of the Report.

8    5.  Mr. McPhee is ordered to follow established Court procedures in submitting any future objections to Annual Watermaster Reports and any and all such objections must be limited to the scope of the information provided in the Annual Watermaster Report.

IT IS SO ORDERED.

DATED: November 18, 2013

HON. GONZALO P. CURIEL
United States District Judge