MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GPC(RBB)
                                             Time Spent: 55 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

Plaintiffs

Patrick Barry (present)             Douglas Garcia (present)
Yosef Negose (present)              Mike McPherson (present)

Defendants

Chuck Binder (present)              John Flocken (present)
Curtis Berkey (present)             Marilyn Levin (present)
Scott McElroy (present)             Michael T. Zarro
M. Catherine Condon (present)       Jeffrey A. Hoskinson (present)
Rob Davis                           James Markman (present)
Matt Duarte (present)               Jeff Frey
Sunshine Sykes                      Edward Walls
William Ainsworth                   Ray Mistica (present)

PROCEEDINGS:   ___ In Chambers    ___ In Court    _x_ Telephonic

A telephonic attorneys-only settlement conference was held.

The in-person settlement conference with only the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder set for February 19, 2014, at 10:00 a.m. is **VACATED** and reset for February 26, 2014, at 10:00 a.m.

The settlement conference set for March 24, 2014, at 8:30 a.m. is **VACATED** and reset for March 12, 2014, at 8:30 a.m. That conference is for the following parties only:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and M. Catherine Condon)

2.  The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and co-counsel)

3.  The United States (attorney Patrick Barry)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  Individual landowners represented by Richards, Watson & Gershon (attorney James L. Markman or co-counsel)

6.  Agri-Empire, Inc. (attorneys Robert Davis and Matt Duarte)

7.  The Hemet School District (attorney Jeff Hoskinson or Jeff Frey)

8.  The State of California (attorney Marilyn Levin or associate counsel)

9.  The County of Riverside (attorney Ray Mistica or Sunshine Sykes)

Only litigants represented by the attorneys listed may attend the conference. Any party may lodge a confidential settlement conference brief on or before <u>March 5, 2014</u>.  Briefs are not to exceed twenty pages.

<u>DATE: January 9, 2014</u>    IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc: Judge Curiel                                  INITIALS:  VL (mg)  Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute46 - Copy.wpd