MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                            Time Spent:
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                Rptr.

### Plaintiffs

| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |

### Defendants

| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Jeff Frey |
| Sunshine Sykes | Edward Walls |
| William Ainsworth | Ray Mistica |

PROCEEDINGS:     ____ In Chambers     ____ In Court     ____ Telephonic

In anticipation of the February 26, 2014 settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder, settlement conference briefs are to be lodged with the chambers of Magistrate Judge Ruben B. Brooks on or before February 19, 2014. Briefs are not to exceed ten pages.

DATE: January 13, 2014        IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Curiel                                INITIALS:  VL (mg) Deputy
     All Parties of Record