Jeremy Balliger
13675-C Ruette Le Parc
Del Mar, CA 92014
and
917 Marine Street
Santa Monica, CA 90405
Tel.: (858) 342-8001
Email: lynn_balliger@att.net
Pro Se

FILED

14 JAN 13 AM 10: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC

JAN - 8 2014

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, a Public service corporation<br>of the State of California, et al.,<br><br>Defendants. | Case No.: 51-cv-1247-GPC (RBB)<br><br>**EX PARTE APPLICATION OF JEREMY BALLIGER, SUCCESSOR-IN-INTEREST TO DEFENDANT CECILIA COLE, 1) TO REQUEST SUBSTITUTION IN PLACE OF DEFENDANT CECILIA COLE, AND 2) FOR LEAVE TO FILE ANSWER TO CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT IN INTERVENTION** |

///
///
///

TO THE HONORABLE GONZALO P. CURIEL, UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's October 31, 2013, Order Granting Plaintiffs' Joint Motion for Order Re: Successors-in-Interest, Jeremy Balliger, successor-in-interest to Defendant Cecilia Cole herein ("Mr. Balliger") submits his ex parte application and respectfully requests that Mr. Balliger be substituted in place of Defendant Cecilia Cole in this matter, under Fed. R. Civ. P. 25(c), and that Mr. Balliger also be granted leave to file an Answer to Plaintiff-Intervenors the Cahuilla Band of Indians' Second Amended Complaint. Mr. Balliger represents the following:

1. Mr. Balliger inherited vacant land in Anza, California ("the property"), from his grandfather, Vernon Balliger, who passed away in March 2008.

2. Jeremy's Aunt, Defendant Cecilia Cole, the successor-trustee of his grandfather's estate, executed the Quitclaim Deed to the property on November 15, 2010, thereby transferring the property to Mr. Balliger. Ms. Cole delivered the executed quitclaim deed to Mr. Balliger on the same day that she executed it. A true and correct copy of the Quitclaim Deed is attached as Exhibit 1 to the Declaration of Jeremy Balliger filed in support of this ex parte application.

3. In June 2011, Ms. Cole was served with the Second Amended Complaint. However, the record owner, Mr. Balliger, has not been served with the Second Amended Complaint.

4. On October 31, 2013, the Court entered its Order Granting Plaintiffs' Joint Motion for Order Re: Successors-in-Interest. As part of the Order, the

Court held that "Rule 25(c) provides that a defendant or successor-in-interest may move the court for substitution if they so choose."

5. Mr. Balliger submits his ex parte application, because an Answer has not been filed to the Second Amended Complaint served upon Ms. Cole, and as successor-in-interest to Defendant Ms. Cole, Mr. Balliger seeks to avoid entry of default in this matter. Mr. Balliger, as successor-in-interest to Ms. Cole, attempted to file an Answer to the Second Amended Complaint, which the Court received on November 12, 2013; however, on November 14, 2013, Mr. Balliger received notice from the Court that the Answer was rejected because it was untimely.

6. Mr. Balliger prays that this Court enter its Order substituting him in place of Ms. Cole in this matter, and granting Mr. Balliger leave to file an Answer to Plaintiff- Intervenors' Second Amended Complaint.

Dated: January 3, 2014

Respectfully submitted,

_____
Jeremy Balliger
Pro Se
Successor-in-interest to
Defendant Cecilia Cole