1  Jeremy Balliger
2  13675-C Ruette Le Parc
   Del Mar, CA 92014
3  and
4  917 Marine Street
   Santa Monica, CA 90405
5  Tel.: (858) 342-8001
6  Email: lynn_balliger@att.net
7  Pro Se

FILED

14 JAN 13 AM 10: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

NUNC PRO TUNC

JAN - 8 2014

8

9      **THE UNITED STATES DISTRICT COURT**

10     **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No.: 51-cv-1247-GPC(RBB) |
| 13       Plaintiff, | **DECLARATION IN SUPPORT OF** |
| 14  | **EX PARTE APPLICATION OF** |
| 15  RAMONA BAND OF CAHUILLA; | **JEREMY BALLIGER,** |
| 16  CAHUILLA BAND OF INDIANS, | **SUCCESSOR-IN-INTEREST TO** |
| 17       Plaintiff-Intervenors, | **DEFENDANT CECILIA COLE,** |
| 18  | **1) TO REQUEST SUBSTITUTION** |
| 19       vs. | **IN PLACE OF DEFENDANT** |
| 20  FALLBROOK PUBLIC UTILITY | **CECILIA COLE, AND 2) FOR** |
| 21  DISTRICT, a Public service corporation | **LEAVE TO FILE ANSWER TO** |
| 22  of the State of California, et al., | **CAHUILLA BAND OF INDIANS'** |
| 23       Defendants. | **SECOND AMENDED COMPLAINT** |
| | **IN INTERVENTION** |

24

25  / / /

26  / / /

27  / / /

28

- 1 -

I, Jeremy Balliger, declare as follows:

1.      I inherited vacant land in Anza, California ("the property"), from my grandfather, Vernon Balliger, who passed away in March 2008.

2.      My Aunt, Defendant Cecilia Cole ("Ms. Cole"), the successor-trustee of my grandfather's estate, executed the Quitclaim Deed to the property on November 15, 2010, thereby transferring the property to me.  She delivered the executed quitclaim deed to me on the same day that she executed it.  A true and correct copy of the Quitclaim Deed is attached as Exhibit 1.

3.      In June 2011, Ms. Cole was served with the Second Amended Complaint.  However, as the record owner, I have not been served with the Second Amended Complaint.

4.      I submit my ex parte application, because an Answer has not been filed to the Second Amended Complaint served upon Ms. Cole, and as successor-in-interest to Defendant Ms. Cole, I seek to avoid entry of default in this matter.  As successor-in-interest to Ms. Cole, I attempted to file an Answer to the Second Amended Complaint, which the Court received on November 12, 2013; however, on November 14, 2013, I received notice from the Court that the Answer was rejected because it was untimely.

5.      I respectfully request that this Court enter its Order substituting me in place of Ms. Cole in this matter, and granting me leave to file an Answer to Plaintiff- Intervenors' Second Amended Complaint.

Executed this 2nd day of January 2014, under the penalty of perjury and pursuant to the laws of the United States of America.

_____
Jeremy Balliger

- 2 -

EXHIBIT 1

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Jeremy A. Balliger

AND WHEN RECORDED MAIL TO:

Jeremy A. Balliger
917 Marine Street, Apt. 1
Santa Monica, CA 90405



DOC # 2012-0106422
03/08/2012 08:00A Fee:27.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|------|------|------|------|------|
| 1 | | | 5 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: | | CTY | UNI | 073 |

- 27

## Quitclaim Deed

(Please fill in document title(s) on this line)

**The undersigned grantor(s) declare(s) DOCUMENTARY TRANSFER TAX $0**

M

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

# QUITCLAIM DEED

**THIS QUITCLAIM DEED,** Executed this               08               day of   November   ,

2010  (year),

by first party,  Grantor, The Vernon J Balliger Trust dated  April 2,1987, Amended July 25,1989,

whose post office address is                          N/A

to second party, Grantee,                     Jeremy A Balliger

whose post office address is            16654 Box510, Canyon Country, CA 91351

**WITNESSETH,** That the said first party, for good consideration and for the sum of
                    Dollars ($0.00          ) paid by the said second party, the receipt whereof
is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party
forever, all the right, title, interest and claim which the said first party has in and to the following
described parcel of land, and improvements and appurtenances thereto in the County of

   RIVERSIDE        , State of        CALIFORNIA        to wit:

Legally described as parcel 2 of parcel map 5124 in the County of Riverside, State of California,
as per map recorded in book 9, page 20 of parcel maps, in the Office of the  County Recorder of
said county. APN: 576-100-044-7

Page 1 of 2.

[Signatures on following page.]

Initials of First Party

AHAAZZZA

**IN WITNESS WHEREOF,** The said first party has signed and sealed these presents the day and year first above written. Signed, sealed and delivered in presence of: The Vernon J. Balliger Trust, dated April 2, 1987, Amended July 25, 1989

_____   x _Cecelia J Cole_____
Signature of Witness                   Signature of First Party, Grantor

_____   CECELIA J. COLE
Print name of Witness                  Print name of First Party

_____   _____
Signature of Witness                   Signature of First Party, Grantor

_____   _____
Print name of Witness                  Print name of First Party

STATE OF California
COUNTY OF Los Angeles }
On 11 / 15 / 2010 before me, Somalia Sloane Goldsby, Notary Public.
appeared Cecelia Jo Balliger Cole
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

(Seal)

SOMALIA SLOANE GOLDSBY
COMM. 1826399
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Dec. 11, 2012

Affiant _____ Known ✓ Produced ID
Type of ID Colorado D.L.

_HR Cole_____
Signature of Preparer
HENRY R COLE
Print Name of Preparer
592 CR 281, Woodland Park, Co
Address of Preparer         80863

Page 2 of 2.

Initials of First Party

AHAAZZZA

# ACKNOWLEDGMENT

State of California
County of _____ Los Angeles _____ )

On _November 15, 2010_ before me, _Somalia Sloane Goldsby, notary public_
(insert name and title of the officer)

personally appeared __Cecelia Jo Balliger Cole__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____          **(Seal)**

SOMALIA SLOANE GOLDSBY
COMM. 1826399
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Dec. 11, 2012

# AFFIDAVIT

I, Cecelia J Balliger Trustee of The Vernon Joseph Balliger Trust, dated April 20, 1987 with amendments of July 25,1989, June 15, 1991, August 14, 1993, October 16, 2003 and July 1. 2004.

Do sign my name to this instrument this _15_ day of November 2010, and being duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as the declared Trustee of The Vernon J. Balliger Trust dated April 20 1987.and that I willing, execute the **QUITCLAIM DEED** date November 8, 2010. I execute it as a free and voluntary act for the purpose expressed in the Trust, and that I am eighteen ears of age or older, of sound mind, and under no constraint or undo influence.

x _Cecelia J Col_

Cecelia J Cole
592 CR 281
Woodland Park, CO 80863

Subscribed, Sworn and acknowledged before me Cecelia J Cole Trustee, The Testator; and subscribed and sworn before me Witnesses_____, this _____day of November 2010.

_____

Notary Public, or other Officer authorized to take
And certify acknowledgment and administer oaths

State of California County of
_LOS Angeles_
Subscribed and sworn to (or affirmed)
before me on this _15_ day of _NOV_, 20 _10_ by
_Cecelia Jo Balliger Cole_
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _Somalia Sloane Goldsby_

(Seal)



SOMALIA SLOANE GOLDSBY
COMM. 1826399
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Dec 11, 2012