1  Jeremy Balliger
2  13675-C Ruette Le Parc
3  Del Mar, CA 92014
   and
4  917 Marine Street
5  Santa Monica, CA 90405
   Tel.: (858) 342-8001
6  Email: lynn_balliger@att.net
7  Pro Se

# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 51-cv-1247-GPC(RBB) |
| Plaintiff, | **DECLARATION OF SERVICE** |
| RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, | |
| Plaintiff-Intervenors, | |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a Public service corporation of the State of California, et al., | |
| Defendants. | |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action, and that I served the following documents:

|  |  |
|---|---|
| 1 | **EX PARTE APPLICATION OF JEREMY BALLIGER, SUCCESSOR-IN-** |
| 2 | **INTEREST TO DEFENDANT CECILIA COLE, 1) TO REQUEST** |
| 3 | **SUBSTITUTION IN PLACE OF DEFENDANT CECILIA COLE, AND** |
|   | **2) FOR LEAVE TO FILE ANSWER TO CAHUILLA BAND OF INDIANS'** |
| 4 | **SECOND AMENDED COMPLAINT IN INTERVENTION** |
| 5 |  |
|   | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION OF** |
| 6 | **JEREMY BALLIGER, SUCCESSOR-IN-INTEREST TO DEFENDANT** |
| 7 | **CECILIA COLE, 1) TO REQUEST SUBSTITUTION IN PLACE OF** |
|   | **DEFENDANT CECILIA COLE, AND 2) FOR LEAVE TO FILE ANSWER** |
| 8 | **TO CAHUILLA BAND OF INDIANS' SECOND AMENDED COMPLAINT** |
| 9 | **IN INTERVENTION** |
| 10 | on the below named persons: |
| 11 |  |
| 12 | Thomas C Stahl |
|   | U S Attorneys Office |
| 13 | Southern District of California |
|   | 880 Front Street |
| 14 | Room 6293 |
|   | San Diego, CA 92101 |
| 15 |  |
|   | M. Catherine Condon |
| 16 | McElroy, Meyer, Walker & Condon, P.C. |
|   | 1007 Pearl Street, Suite 220 |
| 17 | Boulder, CO 80302 |
| 18 | Curtis B. Berkey |
|   | Alexander, Berkey, Williams & Weathers, L.L.P. |
| 19 | 2030 Addison Street, Suite 410 |
|   | Berkeley, CA 94704 |
| 20 |  |
| 21 | Marco A. Gonzalez |
|   | Coast Law Group, L.L.P. |
| 22 | 1140 S. Coast Hwy. 101 |
|   | Encinitas, CA 92024 |
| 23 |  |
| 24 | in the following manner: |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

1
2   By placing a copy in a separate envelope, with postage fully prepaid, for each
3   person named below and depositing each in the U.S. Mail at San Diego,
4   California on January 7, 2014.
5   Executed on January 7, 2014, at San Diego, California.
6
    *Lynn Balliger*
    Lynn Balliger
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28