1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| 12                     Plaintiff, | **ORDER GRANTING JOINT** |
| 13  RAMONA BAND OF CAHUILLA; | **MOTION TO EXTEND STAY** |
|     CAHUILLA BAND OF INDIANS, | [Dkt. No. 5443.] |
| 14                   Plaintiff- | |
| 15  Intervenors, | |
|              vs. | |
| 16  FALLBROOK PUBLIC UTILITY | |
| 17  DISTRICT, et al., | |
| 18                   Defendants. | |

19

20          Upon consideration of the Joint Motion to Extend Stay filed by
21  Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians
22  ("Tribes"), it is hereby ordered: The Tribes are granted a three month extension of the
23  stay, until April 21, 2014.
24          IT IS SO ORDERED.
25  DATED:  January 17, 2014
26
27          HON. GONZALO P. CURIEL
            United States District Judge
28

- 1 -                                    [51CV1247-GPC(RBB)]