# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                          Plaintiff-Intervenors,<br>        vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                          Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JEREMY BALLIGER'S *EX PARTE* APPLICATION**<br><br>[Dkt. No. 5442.] |

On January 13, 2014, Jeremy Balliger filed an *ex parte* application to request substitution in place of Defendant Cecilia Cole pursuant to Federal Rule of Civil Procedure 25(c), and for leave to file an answer to Cahuilla Band of Indians' second amended complaint in intervention. No opposition has been filed to Balliger's *ex parte* application.

Balliger states he inherited vacant land in Anza, California from his grandfather who passed away in March 2008. His aunt, Cecilia Cole, the successor-trustee of his grandfather's estate, executed the Quitclaim Deed to Jeremy Balliger on November 15,

2010. In June 2011, Cecilia Cole was served with the second amended complaint but not Balliger. On October 31, 2013, the Court granted Plaintiffs' joint motion for order re: successors-in-interest. (Dkt. No. 5427.) In that order, the Court stated that a successor-in interest may move the court for substitution. (Id.) Balliger seeks to be substituted in place of Cecilia Cole. Accordingly, good cause appearing, the Court GRANTS Balliger's *ex parte* application to request substitution in place of Defendant Cecilia Cole.

Balliger also moves *ex parte* for leave to file an answer to the second amended complaint. On January 17, 2014, the Court granted the joint motion to extend the stay by Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians. (Dkt. No. 5444.) Since there is a stay of the proceedings as to the Plaintiff-Intervenors' second amended complaint, at this time, the Court DENIES Balliger's *ex parte* application for leave to file an answer.

## Conclusion

Based on the above, the Court GRANTS Balliger's *ex parte* application to request substitution in place of Defendant Cecilia Cole and DENIES Balliger's *ex parte* application for leave to file an answer.

IT IS SO ORDERED.

DATED: January 30, 2014

HON. GONZALO P. CURIEL
United States District Judge