**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES  Case No. 51cv1247 GPC(RBB)
                                       Time Spent: 2 hrs. 15 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                  Rptr.

Plaintiffs

| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |

Defendants

| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis (present) | James Markman |
| Matt Duarte (present) | Jeff Frey |
| Sunshine Sykes | Edward Walls |
| William Ainsworth | Ray Mistica |

PROCEEDINGS:   ___ In Chambers   _x_ In Court   ___ Telephonic

A settlement conference with the following parties was held: the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder.

An in-person settlement conference with only the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder is set for June 4, 2014, at 10:00 a.m.

The settlement conference set for March 12, 2014, at 8:30 a.m. is **VACATED** and reset for June 18, 2014, at 10:00 a.m. That conference is for the following parties only:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and M. Catherine Condon)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and co-counsel)

3. The United States (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by Richards, Watson & Gershon (attorney James L. Markman or co-counsel)

6. Agri-Empire, Inc. (attorneys Robert Davis and Matt Duarte)

7. The Hemet School District (attorney Jeff Hoskinson or Jeff Frey)

U.S.A. v. FALLBROOK PUBLIC UTILITIES
Case No. 51cv1247 GPC(RBB)

Page 2

8.   The State of California (attorney Marilyn Levin or associate counsel)

9.   The County of Riverside (attorney Ray Mistica or Sunshine Sykes)

Only litigants represented by the attorneys listed may attend the conference. Any party may lodge a confidential settlement conference brief on or before June 11, 2014. Briefs are not to exceed twenty pages.

A telephonic settlement conference with Marilyn Levin, James L. Markman, and counsel for the Plaintiffs is set for March 12, 2014, at 8:30 a.m. Patrick Barry is to initiate the call. Only these parties need submit confidential settlement briefs addressing the legal issues discussed at the January 9, 2014, settlement conference.

DATE: February 26, 2014         IT IS SO ORDERED:   _Ruben Brooks_
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:   Judge Curiel                                  INITIALS: VL (mg) Deputy
      All Parties of Record