## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                         Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| | Chris Watson (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Michael T. Zarro (present) |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis | James Markman (present) |
| Matt Duarte | Jeff Frey |
| Sunshine Sykes | Edward Walls |
| William Ainsworth | Ray Mistica |

PROCEEDINGS:    ___ In Chambers    _x_ In Court    ___ Telephonic

A telephonic attorneys-only settlement conference was held.

DATE: March 12, 2014          IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Curiel                                  INITIALS: VL (mg) Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute49.wpd