Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATE DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　　Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date:　No hearing date set<br>Time:<br>Dept:　9<br><br>Hon. Gonzalo P. Curiel<br><br><br>**ORAL ARGUMENT NOT REQUIRED** |

CASE NO.: 51-CV-1247-GPC-RBB

Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes") respectfully move this Court for a 90-day extension of the stay of litigation until July 21, 2014, in order to allow the parties to continue settlement discussions.  Under this Court's Order of January 17, 2014 (Document 5445), the current stay expires on April 21, 2014.  Counsel for the Tribes are authorized to state that the United States; State of California; County of Riverside; Riverside County Flood Control and Water Conservation District; the Greenwald Landowners; Hemet Unified School District; Agri-Empire and the Anza Basin Landowners Group do not oppose the Tribes' request to extend the stay for an additional 90 days.

Since the last status report, the parties' efforts have focused on resolving outstanding issues with regard to an appropriate allocation of water among the parties, the legal attributes of the Tribes' water rights to be recognized in the Settlement Agreement, measures to ensure the Tribes' water supplies are protected, and administration of the water rights to be held by the parties.  Discussions with regard to water allocation are nearly complete.  Settlement provisions designed to implement the parties' understandings with regard to these and other issues have been revised.

As to those issues on which there continues to be disagreement, U.S. Magistrate Judge Brooks has scheduled a settlement conference for June 4 with the Cahuilla Band of Indians, Agri-Empire and the United States, and for June 18 with the settlement parties as a whole to discuss possible resolution of these issues.  The parties lodged confidential settlement briefs with Judge Brooks on February 19 and March 5 to elucidate their perspectives on these issues.  Judge Brooks stated at a settlement conference on March 12 that he concurs in the Tribes' request to extend the stay.

-2-

CASE NO.: 51-CV-1247-GPC-RBB

Settlement discussions were conducted in telephonic meetings on March 4 and April 17. Judge Brooks conducted settlement conferences with the Cahuilla Band of Indians, the United States and Agri-Empire on February 26 to discuss issues unique to those parties. Those parties have also conducted discussions throughout the pendency of the stay. Judge Brooks held a telephone settlement conference on March 12 with the Tribes, the United States, State of California, the Represented Landowners Group and the Watermaster. In addition, various parties have conducted discussions to address certain issues of particular concern to them when convening the entire group of represented parties was not necessary or efficient. These discussions have facilitated progress of the negotiations as a whole.

The parties are committed to continuing these settlement discussions. A 90-day extension of the stay will allow this process to continue without the cost or distraction of litigation.

For these reasons, the Tribes respectfully request that the stay be continued to July 21, 2014.

Date:   April 18, 2014                        Respectfully submitted,

                                              BERKEY WILLIAMS LLP


                                              By: *s/ Curtis G. Berkey*
                                                  Curtis G. Berkey
                                                  Scott W. Williams
                                                  2030 Addison Street, Suite 410
                                                  Berkeley, California 94704
                                                  Tel: 510/548-7070; Fax: 510/548-7080
                                                  E-mail: cberkey@berkeywilliams.com
                                                  E-mail: swilliams@berkeywilliams.com

                                                  Attorneys for Plaintiff-Intervenor,
                                                  Ramona Band of Cahuilla

-3-

CASE NO.: 51-CV-1247-GPC-RBB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California 92024
Tel: 760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com


McELROY, MEYER, WALKER &
CONDON, P.C.


By: *s/ Scott B. McElroy*
　　 Scott B. McElroy (Pro Hac Vice)
　　 M. Catherine Condon (Pro Hac Vice)
　　 1007 Pearl Street, Suite 220
　　 Boulder, Colorado
　　 Tel: 303/442-2021; Fax: 303/444-3490
　　 E-mail: smcelroy@mmwclaw.com
　　 E-mail: ccondon@mmwclaw.com

　　 Attorneys for Plaintiff-Intervenor,
　　 Cahuilla Band of Indians

-4-

CASE NO.: 51-CV-1247-GPC-RBB