# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, | [Dkt. No. 5448.] |
| Plaintiff-Intervenors, | |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a three month extension of the stay, until July 21, 2014.

IT IS SO ORDERED.

DATED:  April 21, 2014

HON. GONZALO P. CURIEL
United States District Judge

[51CV1247-GPC(RBB)]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[51CV1247-GPC(RBB)]