**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



May 12, 2014

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA 92101

Re: *U.S.A. v. Fallbrook Public Utility District, et al.*, Civil No. 51-cv-1247-GPC-RBB
Final Annual CWRMA Report for Calendar Year 2013

Dear Judge Curiel:

In accordance with Section 13 of the Cooperative Annual Water Resource Management Agreement (CWRMA), approved by the Court on August 20, 2002, the Watermaster has prepared the Annual CWRMA Report for Calendar Year 2013. The report was prepared in consultation with the CWRMA Technical Advisory Committee and has been approved by the signatory parties to the CWRMA. Accordingly, please find the enclosed hard copy and CD containing the PDF files for the final Annual CWRMA Report for Calendar Year 2013. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions please do not hesitate to call. Thank you.

Sincerely,

Chas W. Binder

Charles W. Binder, P.E.
Watermaster

CWB:aen
Enclosures
cc (w/o Encls.): Honorable Ruben B. Brooks
cc (w/ Hard Copy of Encl.): Distribution List

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual CWRMA Report for Calendar Year 2013
May 12, 2014
Page 2 of 2

Distribution List:

Matthew G. Stone
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Craig Elitharp
Director of Operations and Maintenance
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Dennis E. Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA 91711

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

John O. Simpson, Director
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Daniel P. Bartu
Office of Water Resources
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base
Camp Pendleton, CA 92055-5231

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

David B. Glazer, Esq.
US DOJ Env & Nat Resource Dept.
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Boulevard, Suite K
San Rafael, CA 94901

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Boulevard, Suite K
San Rafael, CA 94901