

Map Produced by:
Rancho California Water District
Geographic Information Systems
March 2009





1 inch = 4 miles

0  0.5  1      2        3  Miles

# Major Water Purveyors
## Santa Margarita River Watershed Watermaster

W.M.W.D.

E.M.W.D.

E.M.W.D.

Cleveland National Forest

Orange County

LAKE ELSINORE

CANYON LAKE

DIAMOND VALLEY LAKE

HEMET LAKE

San Bernardino National Forest

Ramona I.R.

Anza

Cahuilla I.R.

W.M.W.D.-M

Murrieta

LAKE SKINNER

R.C.W.D.-SR.

R.C.W.D.-R.

Temecula

VAIL LAKE

Aguanga

F.P.U.D.

Pechanga I.R.

W.M.W.D.

Fallbrook

Cleveland National Forest

Riverside County
San Diego County

R.M.W.D.

Camp Pendleton

LAKE O'NEILL

Pauma I.R.

Pacific Ocean

**Legend**

▲ Gaging Station

▬ Santa Margarita River Watershed

▭ Indian Reservation

RCWD Divisions
R.C.W.D.-R - Rancho California Water District - Rancho Division
R.C.W.D.-SR - Rancho California Water District - Santa Rosa Division

Water Purveyors
E.M.W.D. - Eastern Municipal Water District
E.V.M.W.D. - Elsinore Valley Municipal Water District
F.P.U.D. - Fallbrook Public Utility District
R.M.W.D. - Rainbow Municipal Water District
W.M.W.D. - Western Municipal Water District
W.M.W.D.-M - Western Municipal Water District- Murrieta Division

Note: The Western Municipal Water District Service Area also includes
the Elsinore Valley Municipal Water District and portions of the
Rancho California Water District.
The Eastern Municipal Water District Service Area also includes
portions of Rancho California Water District and Murrieta Division
of the Western Municipal Water District.

DATE: 3/9/2009    NAME: rcsui    FILE: F:\GIS\Projects\Watermaster\Map\01-28-09\watermasters_02-11-09_v5.mxd