

Rancho California Water District

# CWRMA Location Map

Map Produced by:
Rancho California Water District
Geographic Information Systems
February 2014

Wildomar
Precipitation
Gage

LAKE ELSINORE

DIAMOND VALLEY LAKE

LAKE SKINNER

Murrieta

Temecula Creek
near Aguanga
[USGS#11042400]

Pond No. 5   VDC Upper
203
234  232   125  P 110   TMVC
124  P  210  157
126  P  133
109  130
Outlet WR-34   VDC Lower
217  P
Santa Margarita River
near Temecula(Gorge)
[USGS#11044000]
TMPP  TMWV   TMTC

VAIL LAKE

Pechanga I.R.

Temecula

Camp Pendleton

Fallbrook

Legend
- P  RCWD Production Well
- ▲  WR-34 Outlet
- M  USGS Multi-level Monitoring Well
- ●  Gaging Station
- ●  Wildomar Precipitation Gage
- VDC Recharge Facilities
- Highways
- Santa Margarita River Watershed
- Creek / River
- Indian Reservation
- Counties

0  0.5  1  2  Miles