**JOHN S.M. WILSON and PEGGY WILSON**
Tees u/t/a/ dtd 3/29/96
14205 Minorca Cove
Del Mar, CA 92014-2932
Phone: 858 755-9557

May 14, 2014

Hon. Gonzalo P. Curiel
United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101



Subject: **United States of America, et al v. Fallbrook Public Utility District et al
Cahuilla Band of Indians, Ramona Band of Cahuilla Indians
Civil No. 51cv1247-GPC –RBB**

Change of Property Ownership

Property: Assessors Parcel No: 584-040-015-5 - Undeveloped Land,
Lot 97 of Tract 3925 Lake Riverside Estates, County of Riverside
Book 65, Pages 15-43, Amended 2/16/1973, Instrument 20585

This is to inform the Court that as of November 6, 2009 we no longer own the above listed property which is subject to **CIVIL 51 cv 1247-GPC-RBB.**

The property was sold November 6, 2009 to:
**Timothy Jones and Linda Jones, 34731 De Portola Road, Temecula, CA 92592.**
who subsequently sold the property to:
**Scott Joseph Richardson, 26426 Arboretum Way #805, Murrieta, CA 92563** .

The plaintiffs attorneys:

Mr. Curtis Berkey,            and    Mr. Scott McElroy,
2030 Addison Street, Suite 410,       1007 Pearl Street, Suite 220
Berkeley, CA 94704                    Boulder, Colorado 80302

were informed at the time of the sales and provided with copies of the Grant Deeds. Copies of the Grant Deeds are enclosed.

Please advise us if we need to take any further action to record this change of ownership.

Sincerely,

**JOHN S.M. WILSON and PEGGY WILSON Tees u/t/a/ dtd 3/29/96**

*John Wilson Trustee*                      *Peggy Wilson Trustee*

John S. M. Wilson, Trustee                                      Peggy Wilson, Trustee

RECORDING REQUESTED BY:
EQUITY TITLE - ORANGE COUNTY/INLAND EMPIRE

AND WHEN RECORDED MAIL TO:
Timothy Jones and Linda Jones
34731 De Portola Road
Temecula, CA 92592

Order No.: OR0913161
Escrow No.: BC-12700-LT
A.P.N.: 584-040-015-5   TRA 071-308

DOC # 2009-0577128
11/06/2009 08:00A Fee:12.00
Page 1 of 2 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $38.50     CITY TRANSFER TAX IS $.00
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[X] unincorporated area     AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

John S. M. Wilson, Trustee and Peggy Wilson, Trustee of the John S. M. Wilson and Peggy Wilson Trust Agreement dated March 29, 1996

hereby GRANT(S) to

Timothy Jones and Linda Jones, husband and wife as joint tenants

the following described real property in the County of Riverside, State of California:

See Exhibit "A" attached hereto and made a part hereof for complete legal description.
AKA: 0 - Vacant Land, APN 584-040-015-5, Pima Court, Aguanga, CA 92536

Dated: October 25, 2009
STATE OF CALIFORNIA
COUNTY OF San Diego                          } ss.

On 10-28-2009 before me
F. MAHMOUDI                      Notary Public,
personally appeared
John S. M. Wilson & Peggy Wilson

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____
          Signature of Notary
Commission Expiration Date: 10-19-2011

John S. M. Wilson and Peggy Wilson Trust Agreement
dated March 29, 1996
By: John S. M. Wilson, Trustee   TRUSTEE

By: Peggy Wilson, Trustee

F. MAHMOUDI
Commission # 1769710
Notary Public - California
San Diego County
My Comm. Expires Oct 19, 2011

(This area for official notarial seal)

MAIL TAX STATEMENTS TO: Timothy Jones and Linda Jones, 34731 De Portola Road, Temecula, CA 92592

RIVERSIDE,CA   DOCUMENT: DD 2009.577128                              Page 1 of 2

Printed on 12/3/2009 11:47:49 AM    Provided by DataTrace System

EXHIBIT "A"

PARCEL 1:

LOT 97 OF TRACT 3925 IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 15-43 INCLUSIVE, AND AS AMENDED BY CERTIFICATE OF CORRECTION RECORDED FEBRUARY 16, 1973, AS INSTRUMENT NO. 20585, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING 50% OF ALL METALS AND MINERALS AND ALL PETROLEUM, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID PROPERTY AND EVERY PART THEREOF AND THE RIGHT TO EXTRACT SAME, BUT WITHOUT RIGHT OF ENTRY UPON OR THROUGH SAID REAL PROERPTY EXCEPT BENEATH A DEPTH OF 500 FEET BELOW THE PRESENT SURFACE OF SAID REAL PROPERTY, AS RESERVED IN THAT DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS EXECUTED BY GRAYCO LAND ESCROW, LTD., A CORPORATION, AND RECORDED APRIL 10, 1979 AS INSTRUMENT NO. 33659.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, AND PUBLIC UTILITY PURPOSES IN AND OVER THOSE PORTIONS OF TRACT NO. 3925 IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGE 15, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY SHOWN AS ROAD EASEMENTS ON SAID MAP, EXCEPT FOR LOTS 70, 252, 308, 382, 426, 486, 583, 586, AND 735.

***END OF LEGAL DESCRIPTION***

RECORDING REQUESTED BY:
EQUITY TITLE - ORANGE COUNTY/INLAND
EMPIRE

AND WHEN RECORDED MAIL TO:
Scott Joseph Richardson
26426 Arboretum Way, #805
Murrieta, CA 92563

Order No.: OR1013250
Escrow No.: BC-13537-LT
A.P.N.: 584-040-015-5  TRA# 071-308
MAIL TAX STATEMENTS TO SAME AS ABOVE
1013250

DOC # 2010-0520008
10/29/2010 08:00A Fee:18.00
Page 1 of 2 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| M | A | L | 465 | 426 | PCOR/NCOR | SMF | NCHG | | EXAM |
| | | | | | T: | | CTY | UNI | 025 |

**GRANT Deed**

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS **$38.50**     CITY TRANSFER TAX IS $.00
[ x ]   computed on full value of property conveyed, or
[ ]    computed on full value less value of liens or encumbrances remaining at time of sale.
[ x ]   unincorporated area of **Aguanga** AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Timothy Jones and Linda Jones, husband and wife as joint tenants**

hereby GRANT(S) to

**Scott Joseph Richardson, a married man as his sole & separate property**

the following described real property in the County of **Riverside**, State of California:
See Exhibit "A" attached hereto and made a part hereof for complete legal description.

AKA: 0 - Vacant Land - AP#584-040-015-5 Pima Court, Aguanga, CA 92536

Dated: October 4, 2010

STATE OF CALIFORNIA
COUNTY OF Riverside                 } ss.
On 10/12/2010                        before me
Eugenia Garcia,            Notary Public,
personally appeared
Timothy Jones and
Linda Jones
who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their
authorized capacity(ies) and that by his/her/their
signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s), acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws
of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.
Signature _Eugenia Garcia_
          Signature of Notary
Commission Expiration Date: 8/22/2013

_Timothy Jones_
Timothy Jones

_Linda Jones_
Linda Jones

EUGENIA GARCIA
Commission # 1862253
Notary Public - California
Riverside County
My Comm. Expires Aug 22, 2013

(This area for official notarial seal)

EXHIBIT "A"

PARCEL 1:

LOT 97 OF TRACT 3925 IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 15-43 INCLUSIVE, AND AS AMENDED BY CERTIFICATE OF CORRECTION RECORDED FEBRUARY 16, 1973, AS INSTRUMENT NO. 20585, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING 50% OF ALL METALS AND MINERALS AND ALL PETROLEUM, NATURAL GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID PROPERTY AND EVERY PART THEREOF AND THE RIGHT TO EXTRACT SAME, BUT WITHOUT RIGHT OF ENTRY UPON OR THROUGH SAID REAL PROERPTY EXCEPT BENEATH A DEPTH OF 500 FEET BELOW THE PRESENT SURFACE OF SAID REAL PROPERTY, AS RESERVED IN THAT DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS EXECUTED BY GRAYCO LAND ESCROW, LTD., A CORPORATION, AND RECORDED APRIL 10, 1979 AS INSTRUMENT NO. 33659.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, AND PUBLIC UTILITY PURPOSES IN AND OVER THOSE PORTIONS OF TRACT NO. 3925 IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGE 15, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY SHOWN AS ROAD EASEMENTS ON SAID MAP, EXCEPT FOR LOTS 70, 252, 308, 382, 426, 486, 583, 586, AND 735.

***END OF LEGAL DESCRIPTION***