## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GPC(RBB)
                                             Time Spent: 2 hrs 10 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| Patrick Barry (present) | Douglas Garcia (present) |
| Laura Maul (present) | Mike McPherson (present) |

### Defendants

| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica |
| Rob Davis (present) | |

PROCEEDINGS:   X   In Chambers    X    In Court    ____ Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

DATE: June 4, 2014           IT IS SO ORDERED:  _Ruben Brooks_
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Curiel                                INITIALS: VL (mg) Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute44.wpd