MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                                     Time Spent: 3 hrs.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                     Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Michael T. Zarro (present) |
| M. Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte (present) | Jeff Frey |
| William Ainsworth | Edward Walls |
| | Ray Mistica (present) |

PROCEEDINGS:   x   In Chambers    x   In Court    ___ Telephonic

A settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and co-counsel)

3. The United States (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by James Markman and John Flocken

6. Agri-Empire, Inc. (attorneys Robert Davis and Matt Duarte)

7. The Hemet School District (attorney Jeff Hoskinson or Jeff Frey)

8. The State of California (attorney Marilyn Levin or associate counsel)

9. The County of Riverside (attorney Ray Mistica)

An in-person settlement conference with these parties is set for August 20, 2014, at 10:00 a.m. The Cahuilla Band of Indians, the Ramona Band of Cahuilla, Agri-Empire, Inc., the State of California, and Mr. Markman's

//
//

```
U.S.A. v. FALLBROOK PUBLIC UTILITIES
Case No. 51cv1247 GPC(RBB)

Page 2
```

clients are to lodge settlement conference briefs with the chambers of Magistrate Judge Ruben B. Brooks on or before <u>August 18, 2014</u>.  For the remaining parties, settlement conference briefs are optional.

DATE: <u>June 18, 2014</u>        IT IS SO ORDERED:   _/s/ Ruben Brooks_
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc:  Judge Curiel                              INITIALS:  VL (mg)  Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute50.wpd