Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Courtroom:   9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes") respectfully move this Court for a 90-day extension of the stay of litigation until October 20, 2014, in order to allow the parties to continue settlement discussions.  Under this Court's Order of April 21, 2014 (Document 5448), the current stay expires on July 21, 2014.  Counsel for the Tribes are authorized to state that the United States, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District, Agri-Empire, and the Anza Basin Landowners Group do not oppose the Tribes' request to extend the stay for an additional 90 days.  U.S. Magistrate Judge Brooks stated at a settlement conference on June 18, 2014, that he concurs in the Tribes' request to extend the stay.

Since the last status report, the parties' efforts have focused on resolving outstanding issues with regard to an appropriate allocation of water among the parties, the legal attributes of the Tribes' water rights to be recognized in the Settlement Agreement, measures to ensure the Tribes' water supplies are protected, and administration of the water rights to be held by the parties.  Discussions with regard to water allocation are nearly complete.  Settlement provisions designed to implement the parties' understandings with regard to these and other issues have been revised.

Settlement discussions were conducted at an in-person meeting on June 3, 2014, and in telephonic meetings on June 6 and July 8, 2014.  In addition, various parties have conducted discussions to address certain issues of particular concern to them when convening the entire group of represented parties was not necessary or efficient.  These discussions have facilitated progress of the negotiations as a whole.

CASE NO.: 51-CV-1247-GPC-RBB

As to those issues on which there continues to be disagreement, U.S. Magistrate Judge Brooks held a settlement conference on June 4 with the Cahuilla Band of Indians, Agri-Empire and the United States, and on June 18, 2014, with the settlement parties as a whole to discuss possible resolution of these issues.  The parties lodged confidential settlement briefs with Judge Brooks on February 19, March 5 and June 11 to elucidate their perspectives on these issues.

The parties are committed to continuing these settlement discussions and have scheduled another telephonic meeting on August 8, 2014.  In addition, U.S. Magistrate Judge Brooks has scheduled a settlement conference for August 20, 2014 with the settlement parties to ascertain if the parties have reached resolution of the issues on which there continues to be disagreement. Judge Brooks has indicated that the Tribes, the United States, Agri-Empire, the State of California and the Anza Basin Landowners Group lodge a confidential settlement conference brief with the chambers of Judge Brooks on or before August 18, 2014.  For the remaining parties, settlement conference briefs are optional.

A 90-day extension of the stay will allow the settlement parties to continue the settlement discussions without the cost or distraction of litigation.

For these reasons, the Tribes respectfully request that the stay be continued to October 20, 2014.

CASE NO.: 51-CV-1247-GPC-RBB

Date:   July 17, 2014

Respectfully submitted,

BERKEY WILLIAMS LLP

/s/ Curtis G. Berkey

By:_____

    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com
    E-mail: swilliams@berkeywilliams.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*


Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com


McELROY, MEYER, WALKER &
CONDON, P.C.

/s/ M. Catherine Condon

By:_____

    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021; Fax: 303/444-3490
    E-mail: smcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

CASE NO.: 51-CV-1247-GPC-RBB