## DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above entitled action. My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado 80302.

On July 18, 2014, I electronically filed on behalf of the Cahuilla Band of Indians and the Ramona Band of Cahuilla the *Joint Motion to Extend Stay* in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Daniel J Goulding   vquantrell@qualityloan.com, QLSLitigation@qualityloan.com
Gerald (Jerry) Blank   gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Mark L Brandon   mbrandon@brandon-law.com, dslack@brandon-law.com
Robert H James   bob@fallbrooklawoffice.com, deborah@fallbrooklawoffice.com
Robert K Edmunds   robert.edmunds@bipc.com, lynda.west@bipc.com,
    robin.robbins@bipc.com, sdtemp1@bipc.com
Thomas C Stahl   Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov,
    sandra.huston@usdoj.gov
Robert M Cohen   rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
    wwendelstein@cohenburgelaw.com
Michael Duane Davis   michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Harry Campbell Carpelan   hcarpelan@redwineandsherrill.com
John A Karaczynski   jkaraczynski@akingump.com, dpongrace@akingump.com,
    jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com
William K. Koska   wkoska@koskalaw.com, alice.ross@clmlawfirm.com,
    bill.koska@clmlawfirm.com
Scott B. McElroy   smcelroy@mmwclaw.com, dvitale@mmwclaw.com
Peter J Mort   pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com
Bryan D Sampson   bsampson@sampsonlaw.net, b.sampson3@cox.net,
    mfickel@sampsonlaw.net, psampson@sampsonlaw.net
B. Tilden Kim   tkim@rwglaw.com, lpomatto@rwglaw.com
Michele A Staples   mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
James B Gilpin   james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com,
    marta.stasik@bbklaw.com
Bill J Kuenzinger   bkuenzinger@bdasports.com, rjones@bhsmck.com
Marco Antonio Gonzalez   marco@coastlawgroup.com, sara@coastlawgroup.com
John Christopher Lemmo   jl@procopio.com, laj@procopio.com
Kevin Patrick Sullivan   ksullivan@sanlawyers.com, kstanis@sanlawyers.com

1

Gary D Leasure   gleasure@garydleasure.com
Mary L. Fickel   mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com
Timothy P. Johnson   tjohnson@johnson-chambers.com, cww@johnson-chambers.com
Matthew L Green   matthew.green@bbklaw.com, lisa.grennon@bbklaw.com,
    marta.stasik@bbklaw.com
F Patrick Barry   patrick.barry@usdoj.gov
Marilyn H Levin   marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Curtis G Berkey   cberkey@abwwlaw.com, mmorales@abwwlaw.com
Richard Alvin Lewis   Rlewis@RichardLewis.com
Patricia Grace Rosenberg   prosenberg@hnattorneys.com
Jonathan M Deer   jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
David Philip Colella   dcolella@flsd.com
Alice E. Walker   awalker@mmwclaw.com, dvitale@mmwclaw.com
M. Catherine Condon   ccondon@mmwclaw.com, dvitale@mmwclaw.com
George Chakmakis   george@chakmakislaw.com
Joseph Anthony Vanderhorst   JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com
David Leventhal   davelevlaw@yahoo.com
James Michael Powell   jpowellesq@gmail.com, info@mydebtorlaw.com
Charles W Binder   courtdocs@smrwm.org
Donald R Timms   dontimms@san.rr.com
Linda Caldwell   goforthvillage2@yahoo.com
Thomas Caldwell   goforthvillage2@yahoo.com
Herbert W Kuehne   hwkuehne@pacbell.net
Marlene C Kuehne   hwkuehne@pacbell.net

    I further certify that on July 18, 2014, I caused to be served the *Joint Motion to Extend Stay* by depositing a copy in the United States mail at Boulder, Colorado, in an envelope with first class postage fully paid, addressed as follows:

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

   I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

   Executed on July 18, 2014.

*/s/ Daryl Ann Vitale*
Daryl Ann Vitale
McELROY, MEYER, WALKER &
CONDON, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Tel: 303-442-2021, Fax: 303-444-3490
dvitale@mmwclaw.com