# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                                  Plaintiff-Intervenors,<br>       vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                                  Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>[Dkt. No. 5455.] |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a three month extension of the stay, until **October 20, 2014**.

IT IS SO ORDERED.

DATED: July 18, 2014

HON. GONZALO P. CURIEL
United States District Judge

- 1 -                                                                                   [51CV1247-GPC(RBB)]