
# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA


FILED ORIGINAL
JUL 18 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

v.

FALLBROOK PUBLIC UTILITY DISTRICT, et al.

Defendant.

Civil No. 51-01247-GPC-RBB

**PRO HAC VICE APPLICATION**

Pechanga Band of Luiseno Indians
Party Represented

I, __Katherine Brossy__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Akin Gump Strauss Hauer & Feld LLP
Street address: 1333 New Hampshire Avenue, NW
City, State, ZIP: Washington, D.C. 20036
Phone number: (202) 887-4005
Email: kbrossy@akingump.com

That on __5/15/14__ (Date) I was admitted to practice before U.S. District Court for the District of (Name of Court) Columbia and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John A. Karaczynski (Name)    (310) 229-1000 (Telephone)

Akin Gump Strauss Hauer & Feld LLP (Firm)

2029 Century Park East, Suite 2400 (Street)    Los Angeles (City)    90067 (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

*(Signature of Designated Attorney)*

The pro hac vice application is hereby approved for filing.

**RECEIVED**
JUL 14 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY $206.00 /64531 DEPUTY

Received $206.00 for Court Library fee

_____ Deputy Clerk

Date 07-16-2014

It is so Ordered

_____

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, he/she is in good standing and eligible to practice in said court, (4) that he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number and written consent of such designee.

**Fee:** $206.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

> John Morrill, Clerk
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, California 92101