# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br>V.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al<br>Defendant(s). | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:51-cv-1247-GPC-RBB |

Notice is hereby given that, subject to approval by the court, __Anza Comm. Church of the Nazarene__ substitutes
(Party (s) Name)

__Grant A. Reader__, State Bar No. __158457__ as counsel of record in
(Name of New Attorney)

place of __Gary D. Leasure__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Grant A. Reader, Attorney at Law
- Address: 7231 Boulder Ave., #811, Highland, CA 92346
- Telephone: (909) 271-7591    Facsimile (909) 495-1611
- E-Mail (Optional): garlaw71@gmail.com

I consent to the above substitution.
Date: 7/25/2014

_(signed) (pastor)_
(Signature of Party (s))

I consent to being substituted.
Date: 7/25/2014

_(signed)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/24/2014

_Grant Reader_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]