# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

| UNITED STATES OF AMERICA | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al | CASE NUMBER: 3:51-cv-1247-GPC-RBB |
| Defendant(s). | |

Notice is hereby given that, subject to approval by the court, __So. California District Advisory Bd. Inc__ substitutes
(Party (s) Name)

__Grant A. Reader__ , State Bar No. __158457__ as counsel of record in
(Name of New Attorney)

place of __Gary D. Leasure__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Grant A. Reader, Attorney at Law
Address: 7231 Boulder Ave., #811, Highland, CA 92346
Telephone: (909) 271-7591          Facsimile: (909) 495-1611
E-Mail (Optional): garlaw71@gmail.com

I consent to the above substitution.
Date: 7/25/2014
                                                                   (Signature of Party (s))

I consent to being substituted.
Date: 7/25/2014
                                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/24/2014
                                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]