WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990

August 6, 2014



Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA 92101

Re: *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
Final Annual Watermaster Report for Water Year 2012-13

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2012-13. Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on May 5, 2014, and comments and suggestions were incorporated into the final report as reflected in responses provided to the particular commenter.

Copies of this letter and the Annual Watermaster Report were mailed on August 6, 2014, to the parties listed on the Watermaster distribution list provided below. In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA. Ten copies of the report have been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be mailed to any party requesting a copy.

The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service. Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 2 of 8

    As indicated above the three PDF files for the report are contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

    If you have any questions, please do not hesitate to call.

                                  Sincerely,

                                  Charles W. Binder, P.E.
                                  Watermaster

CWB:aen
Enclosures
cc (w/ Hard Copy of Encl.): Honorable Ruben B. Brooks
                             Distribution List – Attached

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 3 of 8

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Robert Eben, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Doug Garcia, Esq.
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Rm W-2821
Sacramento, CA 95825

Christina Mokhtarzadeh
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2471

Chris Watson, Esq.
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. -- M.S. 6513
Washington, D.C. 20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Luther Salgado, Sr., Chairperson
Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

Scott McElroy, Esq.
McElroy, Meyer, Walker &
Condon P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Asst. Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Asst. Chief of Staff
Facilities
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Khalique Khan
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Dan Bartu
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

David DePoy
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Counsel Western Bases
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 4 of 8

Kyle R. Cook
Environmental Security
Box 555008
Marine Corps Base, Bldg. 22165
Camp Pendleton, CA 92055-5008

Mark Bonsavage
Environmental Security
Box 555008
Marine Corps Base, Bldg. 22165
Camp Pendleton, CA 92055-5008

Larry Carlson
39325 De Luz Road
Fallbrook, CA 92028

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Zandro Mallari
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Charles J. Bachman
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Carol Darby
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Dr. Brian J. Brady
General Manager
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Martha H. Lennihan, Esq.
Lennihan Law
1661 Garden Highway, #102
Sacramento, CA 95833

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA 92596

Darwin Potter
Metropolitan Water District
Skinner Branch
33740 Borel Road
Winchester, CA 92596

Michael J. Lopez
Metropolitan Water District
33740 Borel Road
Winchester, CA 92596

Joseph Vanderhorst, Esq.
Deputy General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 5 of 8

Nathan Howard
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Mike Luker
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Pechanga Tribal Spokesperson
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Andrew Masiel, Sr.
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Benjamin Vasquez
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Rick Briones
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

John Macarro, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA 92593

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer &
Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Steve Larson
S.S. Papadopulos & Assoc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Dennis A. Sanford
Board of Directors
Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Manual Hamilton
Vice Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA 92536

Matt Stone, General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 6 of 8

| | | |
|---|---|---|
| Richard S. Williamson<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Andy Webster<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Fred Edgecomb<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| James B. Gilpin, Esq.<br>Best, Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-8493 | Craig Elitharp<br>Kennedy Jenks Consultants<br>Three Better World Circle, Suite 200<br>Temecula, CA 92590 | Roxanne Nagel<br>Kennedy Jenks Consultants<br>143 Union Blvd. Suite 600<br>Lakewood, CO 80228 |
| Dr. Dennis Williams<br>GEOSCIENCE Support Services Inc.<br>P. O. Box 220<br>Claremont, CA 91711 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 | Linda Garcia<br>Riverside Co. Flood Control<br>1995 Market Street<br>Riverside, CA 92501 |
| Pamela Walls, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Raymond M. Mistica, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Todd Shibata<br>Riverside County Waste Mgmt<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| Jack Easton<br>Riverside Land Conservancy<br>4075 Mission Inn Avenue<br>Riverside, CA 92501 | John Rossi, General Manager<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Leasa Cleland<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Fakhri Manghi<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Brenda Dennstedt<br>Board of Directors<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Jill Willis, Esq.<br>Best Best & Krieger<br>300 S. Grand Ave. 25th Floor<br>Los Angeles, CA 90071 |
| Renee Konstantine<br>San Diego State University<br>Biology Department<br>5500 Campanile Dr., LS-104<br>San Diego, CA 92182-4614 | Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 | Timothy Ross<br>Chief, Groundwater Section<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |
| Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | Kelly Lawler<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | John O'Hagen<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 7 of 8

Bob Rinker
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA 92383

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

AVMAC
Attn: Secretary
P. O. Box 391076
Anza, CA 92539-0908

Elsa Barton
217 No. Palm
Hemet, CA 92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA 91604

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

Ruth Cyriacks
P.O. Box 2024
Oakhurst, CA 93644-2024

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties;
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

Michelle Staples, Esq.
Jackson, DeMarco & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA 92590

EMARCD
21535 Palomar St., Suite A
Wildomar, CA 92595

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA 90036

Les Harris
44700 Sage Road – H
Aguanga, CA 92536

Duane Larson
Hawthorn Water System
23580 Carneros Court
Murrieta, CA 92562

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Zen-Kamata, LLC
C/O Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA 92614

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2012-13
August 6, 2014
Page 8 of 8

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Louidar
1632 Colina Vista
Fallbrook, CA 92028

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Nicole Rowan, P.E., D.WRE
Camp Dresser & McKee, Inc.
555 17th Street, Suite 1100
Denver, CO 80202

Bob Lemons
31040 Avenida Buena Suerte
Temecula, CA 92591

Richard & Christine McMillan
Gary & Patricia McMillan
c/o McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Frank C. Miller
Jane Grabowski-Miller
930 Cornell Court
Madison, WI 53705

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San Bernardino, CA 92408-3303