

Map Produced by:
Rancho California Water District
Geographic Information Systems
March 2009





# Major Water Purveyors
## Santa Margarita River Watershed Watermaster

W.M.W.D.

E.M.W.D.

E.V.M.W.D.

CANYON LAKE

LAKE ELSINORE

Cleveland National Forest

Orange County

DIAMOND VALLEY LAKE

San Bernardino National Forest

HEMET LAKE

LAKE SKINNER

Murrieta

W.M.W.D.-M

Ramona I.R.

Anza

R.C.W.D.-SR.

R.C.W.D.-R.

Temecula

Cahuilla I.R.

VAIL LAKE

Aguanga

Pechanga I.R.

F.P.U.D.

W.M.W.D.

Fallbrook

R.M.W.D.

Cleveland National Forest

Riverside County
San Diego County

Camp Pendleton

LAKE O'NEILL

Pauma I.R.

Pacific Ocean

**Legend**
- ▲ Gaging Station
- ▬ Santa Margarita River Watershed
- ▢ Indian Reservation

**RCWD Divisions**
R.C.W.D.-R - Rancho California Water District - Rancho Division
R.C.W.D.-SR - Rancho California Water District - Santa Rosa Division

**Water Purveyors**
E.M.W.D. - Eastern Municipal Water District
E.V.M.W.D. - Elsinore Valley Municipal Water District
F.P.U.D. - Fallbrook Public Utility District
R.M.W.D. - Rainbow Municipal Water District
W.M.W.D. - Western Municipal Water District
W.M.W.D.-M - Western Municipal Water District- Murrieta Division

Note: The Western Municipal Water District Service Area also includes the Elsinore Valley Municipal Water District and portions of the Rancho California Water District.
The Eastern Municipal Water District Service Area also includes portions of Rancho California Water District and Murrieta Division of the Western Municipal Water District.

1 inch = 4 miles
0  0.5  1    2    3 Miles

DATE: 3/9/2009    NAME: /osul    FILE: F:\GIS\Projects\Watermaster\Map\01-26-09\watermasters_02-11-09_v5.mxd