AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern  District of  California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br>V.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al<br>Defendant(s). | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 3:51-cv-1247-GPC-RBB |

**FILED AUG -7 2014 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY ___ DEPUTY**

Notice is hereby given that, subject to approval by the court, __Anza Comm. Church of the Nazarene__ substitutes
(Party (s) Name)

__Grant A. Reader_____. State Bar No. __158457__ as counsel of record in
(Name of New Attorney)

place of __Gary D. Leasure_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Grant A. Reader, Attorney at Law
Address:       7231 Boulder Ave., #811, Highland, CA 92346
Telephone:     (909) 271-7591              Facsimile  (909) 495-1611
E-Mail (Optional): garlaw71@gmail.com

I consent to the above substitution.
Date:   7/25/2014

_____ (pastor)
(Signature of Party (s))

I consent to being substituted.
Date:   7/25/2014

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   7/24/2014

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   08/05/14

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]