AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al<br>Defendant(s). | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:51-cv-1247-GPC-RBB |

FILED
AUG -7 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Notice is hereby given that, subject to approval by the court, __So. California District Advisory Bd. Inc__ substitutes
(Party (s) Name)

__Grant A. Reader__ , State Bar No. __158457__ as counsel of record in
(Name of New Attorney)

place of __Gary D. Leasure__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Grant A. Reader, Attorney at Law
Address:        7231 Boulder Ave., #811, Highland, CA 92346
Telephone:      (909) 271-7591            Facsimile  (909) 495-1611
E-Mail (Optional):  garlaw71@gmail.com

I consent to the above substitution.
Date:  7/25/2014                          X _[signature]_
                                          (Signature of Party (s))

I consent to being substituted.
Date:  7/25/2014                          _[signature]_
                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  7/24/2014                          _[signature]_
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  08/05/14                           _[signature]_
                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]