**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES            Case No. 51cv1247 GPC(RBB)
                                                 Time Spent: 1.5 hrs.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Michael T. Zarro (present) |
| M. Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Jeff Frey |
| William Ainsworth | Edward Walls |
| | Ray Mistica (present) |

PROCEEDINGS:   ___ In Chambers   _x_ In Court   ___ Telephonic

A settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by James Markman and John Flocken

6. Agri-Empire, Inc. (attorney Matt Duarte)

7. The Hemet School District (attorney Jeff Hoskinson)

8. The State of California (attorneys Marilyn Levin and Michael Zarro)

9. The County of Riverside (attorney Ray Mistica)

A telephonic attorneys-only settlement conference with these parties is set for November 18, 2014, at 8:00 a.m.  Patrick Barry is to initiate the call.

//

//

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>                Case No. <u>51cv1247 GPC(RBB)</u>
August 20, 2014
Page 2


An in-person settlement conference with <u>only</u> the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder is set for <u>November 17, 2014, at 1:30 p.m.</u>


DATE: <u>August 20, 2014</u>        IT IS SO ORDERED:    /s/ Ruben Brooks
                                                        Ruben B. Brooks,
                                                        U.S. Magistrate Judge
cc: Judge Curiel                                  INITIALS: VL (mg)  Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute51.wpd