# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                         Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                                         Plaintiff-Intervenors,<br>       vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                                         Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>[Dkt. No. 5464.] |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a 90 day extension of the stay, until **January 20, 2015.**

IT IS SO ORDERED.

DATED:  October 21, 2014

HON. GONZALO P. CURIEL
United States District Judge

- 1 -                                                                 [51CV1247-GPC(RBB)]