

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Dear Sir;

Please remove me from the attached case mailing list.

Thank you,
Briar McTaggart

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>[Dkt. No. 5464.] |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a 90 day extension of the stay, until **January 20, 2015.**

IT IS SO ORDERED.

DATED: October 21, 2014

HON. GONZALO P. CURIEL
United States District Judge

- 1 -

[51CV1247-GPC(RBB)]