```
 1  MARCIA SCULLY, SBN 80648
    JOSEPH VANDERHORST, SBN 106441
 2  HERIBERTO F. DIAZ, SBN 132821
    CATHERINE M. STITES, SBN 188534
 3  The Metropolitan Water District of Southern California
    P.O. Box 54153
 4  Los Angeles, CA 90054-0153
    700 N. Alameda Street
 5  Los Angeles, CA 90012
    Telephone: (213) 217-6000
 6  Facsimile:  (213) 217-6890
    mscully@mwdh2o.com
 7  jvanderhorst@mwdh2o.com;
    hdiaz@mwdh2o.com
 8  cstites@mwdh2o.com
```

*Exempt from filing fee pursuant to Gov't Code § 6103*

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 51-CV-1247-GPC-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian Tribes, | **DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S NOTICE OF ASSOCIATION OF ATTORNEY AND DESIGNATION OF NEW LEAD ATTORNEY** |
| Plaintiffs in Intervention, | |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

TO THE COURT AND TO ALL COUNSEL OF RECORD AND PARTIES HEREIN:

-1-    Case No. 51-CV-1247-GPC-RBB

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3(f)(4) of the Local Rules of Practice for the United States District Court for the Southern District of California, Defendant The Metropolitan Water District of Southern California ("Metropolitan") hereby designates Heriberto F. Diaz as lead counsel in the above-entitled matter. Heriberto Diaz's phone number is (213) 217-7172. Address and facsimile number will be the same as first written above.

PLEASE TAKE FURTHER NOTICE THAT Marcia Scully, Joseph Vanderhorst and Catherine M. Stites will also remain as counsel of record for Metropolitan.

All further notices and copies of pleadings, papers, and other materials relevant to this matter should be directed to and served upon all counsel listed above.

DATED: November 19, 2014

THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
MARCIA SCULLY, GENERAL COUNSEL
JOSEPH A. VANDERHORST
HERIBERTO F. DIAZ
CATHERINE M. STIRES

By: _____
Heriberto F. Diaz

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
mscully@mwdh2o.com;
jvanderhorst@mwdh2o.com;
hdiaz@mwdh2o.com; cstites@mwdhwo.com

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, not a party to the above-entitled action. My business address is 700 North Alameda Street, Los Angeles, California 90012.

On November 19, 2014, I electronically filed on behalf of The Metropolitan Water District of Southern California, the following documents in the *United States of America v. Fallbrook Public Utility District, et al.*, Case No. 51-CV-1247-GPC-RBB:

***Defendant The Metropolitan Water District of Southern California's Notice of Association of Attorney and Designation of New Lead Attorney*** in

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim, tkim@rwglaw.com, lpomatto@rwglaw.com
Bill J. Kuenzinger, bkuenzinger@bdasports.com, rjones@bhsmck.com
Bryan D. Sampson, bsampson@sampsonlaw.net, b.sampson3@cox.net, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel J. Goulding, mholt@qualityloan.com, QLSLitigation@qualityloan.com, asoderberg@qualityloan.com
David Leventhal, davelevlaw@yahoo.com
David Philip Colella, dcolella@f1sd.com
Donald R. Timms, dontimms@san.rr.com
Elsinore Valley Municipal Water District, matthew.green@bbklaw.com
F. Patrick Barry, patrick.barry@usdoj.gov
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Grant A. Reader, garlaw71@gmail.com
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne, hwkuehne@pacbell.net
James B. Gilpin, james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com, marta.stasik@bbklaw.com
James Michael Powell, jpowellesq@gmail.com, info@mydebtorlaw.com

-1-

1. John A. Karaczynski, jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, kbrossy@akingump.com
2. John Christopher Lemmo, jl@procopio.com, laj@procopio.com
3. Jonathan M. Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
4. Kevin Patrick Sullivan, ksullivan@sanlawyers.com, kstanis@sanlawyers.com
5. Linda Caldwell, goforthvillage2@yahoo.com
6. Lynn Balliger, lynn_balliger@att.net
7. M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
8. Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
9. Marilyn H. Levin, marilyn.levin@doj.ca.gov
10. Mark L. Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
11. Marlene C. Kuehne, hwkuehne@pacbell.net
12. Mary L. Fickel, mfickel@sampsonlaw.net, rdavis@fickeldavislaw.com
13. Matthew L Green, matthew.green@bbklaw.com, Amelia.mendez@bbklaw.com
14. M.E.M. Limited Partnership, prosenberg@hnattorneys.com
15. Michael Duane Davis, michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
16. Michael Roberts, Michelle Roberts, cvrinc@earthlink.net
17. Michele A. Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com
18. Patricia Grace Rosenberg, prosenberg@hnattorneys.com
19. Peter J. Mort, pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com
20. Rancho California Water District, james.gilpin@bblaw.com
21. Richard Alvin Lewis, Rlewis@RichardLewis.com
22. Robert H. James, bob@fallbrooklawoffice.com, Deborah@fallbrooklawoffice.com
23. Robert K. Edmunds, robert.edmunds@bipc.com, lynda.west@bipc.com, robin.robbins@bipc.com, sdtempl@bipc.com
24. Robert M. Cohen, rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
25. Roman Catholic Bishop of San Bernardino, dcolella@flsd.com
26. Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
27. Thomas Caldwell goforthvillage2@yahoo.com
28. Thomas C. Stahl, Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov
29. Timothy P. Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
30. William K. Koska, wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

I further certify that on November 17, 2014, I caused to be served the following document:

***Defendant The Metropolitan Water District of Southern California's Notice of Association of Attorney and Designation of New Lead Attorney*** in

by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, and addressed as follows:

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Carl Gage<br>Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Edward Lueras<br>Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | John Ellison<br>Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 92536 |
| Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 | Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 |
| Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Robert Mannschreck<br>Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 |
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 19, 2014, at Los Angeles, California.

_____
Zenaida Afable