MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES     Case No. 51cv1247 GPC(RBB)
                                                                              Time Spent: 1 hr 15 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Laura Maul | Mike McPherson |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson |
| James Markman | Matthew Duarte (present) |
| Gordon Lanik | Ray Mistica |
| Rob Davis (present) | |

PROCEEDINGS: _____ In Chambers    X    In Court _____ Telephonic

An in-person settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder was held.

DATE: November 17, 2014      IT IS SO ORDERED: _/s/ Ruben Brooks_
                                                                        Ruben B. Brooks,
                                                                        U.S. Magistrate Judge
cc: Judge Curiel                                   INITIALS: VL (mg) Deputy
     All Parties of Record