**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES　　　　　Case No. 51cv1247 GPC(RBB)
　　　　　　　　　　　　　　　　　　　　　　　　Time Spent: 50 mins.
HON. RUBEN B. BROOKS　　CT. DEPUTY VICKY LEE　　　　　　　　　Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Jeff Frey |
| William Ainsworth | Edward Walls |
| | Ronak Patel (present) |

PROCEEDINGS:　____ In Chambers　　____ In Court　　_x_ Telephonic

A telephonic settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by James Markman and John Flocken

6. Agri-Empire, Inc. (attorney Matt Duarte)

7. The Hemet School District (attorney Jeff Hoskinson)

8. The State of California (attorney Marilyn Levin)

9. The County of Riverside (attorney Ronak Patel)

10. Chuck Binder, Watermaster

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
November 18, 2014
Page 2

An in-person settlement conference is set for December 19, 2014, at 1:30 p.m. for the following parties:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  Individual landowners represented by James Markman and John Flocken

An in-person settlement conference is set for January 22, 2015, at 1:30 p.m. for the following parties:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Marilyn Levin)

7.  The County of Riverside (attorney Ronak Patel)

8.  Chuck Binder, Watermaster


DATE: November 18, 2014         IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Curiel                                   INITIALS: VL (mg) Deputy
     All Parties of Record