MARCIA SCULLY, SBN 80648
JOSEPH VANDERHORST, SBN 106441
HERIBERTO F. DIAZ, SBN 132821
CATHERINE M. STITES, SBN 188534
The Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054-0153
700 N. Alameda Street
Los Angeles, CA 90012
Telephone: (213) 217-6000
Facsimile: (213) 217-6890
mscully@mwdh2o.com
jvanderhorst@mwdh2o.com;
hdiaz@mwdh2o.com
cstites@mwdh2o.com

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

*Exempt from filing fee pursuant to Gov't Code § 6103*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 51-CV-1247-GPC-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian Tribes, | **DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S NOTICE OF ASSOCIATION OF ATTORNEY AND DESIGNATION OF NEW LEAD ATTORNEY** |
| Plaintiffs in Intervention, | |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al., | |
| Defendants. | Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

TO THE COURT AND TO ALL COUNSEL OF RECORD AND PARTIES HEREIN:

-1-                                        Case No. 51-CV-1247-GPC-RBB

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3(f)(4) of the Local Rules of Practice for the United States District Court for the Southern District of California, Defendant The Metropolitan Water District of Southern California ("Metropolitan") hereby designates Heriberto F. Diaz as lead counsel in the above-entitled matter. Heriberto Diaz's phone number is (213) 217-7172. Address and facsimile number will be the same as first written above.

PLEASE TAKE FURTHER NOTICE THAT Marcia Scully, Joseph Vanderhorst and Catherine M. Stites will also remain as counsel of record for Metropolitan.

All further notices and copies of pleadings, papers, and other materials relevant to this matter should be directed to and served upon all counsel listed above.

DATED: November 19, 2014

THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
MARCIA SCULLY, GENERAL COUNSEL
JOSEPH A. VANDERHORST
HERIBERTO F. DIAZ
CATHERINE M. STIRES

By: _____
Heriberto F. Diaz

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
mscully@mwdh2o.com;
jvanderhorst@mwdh2o.com;
hdiaz@mwdh2o.com; cstites@mwdhwo.com

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, not a party to the above-entitled action. My business address is 700 North Alameda Street, Los Angeles, California 90012.

On <u>November 19, 2014</u>, I electronically filed on behalf of The Metropolitan Water District of Southern California, the following documents in the *United States of America v. Fallbrook Public Utility District, et al.*, Case No. 51-CV-1247-GPC-RBB:

***Defendant The Metropolitan Water District of Southern California's Notice of Association of Attorney and Designation of New Lead Attorney*** in

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker, awalker@mmwclaw.com, dvitale@mmwclaw.com
B. Tilden Kim, tkim@rwglaw.com, lpomatto@rwglaw.com
Bill J. Kuenzinger, bkuenzinger@bdasports.com, rjones@bhsmck.com
Bryan D. Sampson, bsampson@sampsonlaw.net, b.sampson3@cox.net,
    mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org
Curtis G. Berkey, cberkey@abwwlaw.com, mmorales@abwwlaw.com
Daniel J. Goulding, mholt@qualityloan.com, QLSLitigation@qualityloan.com,
    asoderberg@qualityloan.com
David Leventhal, davelevlaw@yahoo.com
David Philip Colella, dcolella@f1sd.com
Donald R. Timms, dontimms@san.rr.com
Elsinore Valley Municipal Water District, matthew.green@bbklaw.com
F. Patrick Barry, patrick.barry@usdoj.gov
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Grant A. Reader, garlaw71@gmail.com
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne, hwkuehne@pacbell.net
James B. Gilpin, james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com,
    marta.stasik@bbklaw.com
James Michael Powell, jpowellesq@gmail.com, info@mydebtorlaw.com

1  John A. Karaczynski, jkaraczynski@akingump.com, dpongrace@akingump.com,
       jfukai@akingump.com, kbrossy@akingump.com
2  John Christopher Lemmo, jl@procopio.com, laj@procopio.com
3  Jonathan M. Deer, jdeer@taflaw.net, gsuchniak@taflaw.net,
       jondeeresq@earthlink.net
4  Kevin Patrick Sullivan, ksullivan@sanlawyers.com, kstanis@sanlawyers.com
5  Linda Caldwell, goforthvillage2@yahoo.com
6  Lynn Balliger, lynn_balliger@att.net
7  M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com
8  Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com
9  Marilyn H. Levin, marilyn.levin@doj.ca.gov
10 Mark L. Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com
11 Marlene C. Kuehne, hwkuehne@pacbell.net
12 Mary L. Fickel, mfickel@sampsonlaw.net, rdavis@fickeldavislaw.com
13 Matthew L Green, matthew.green@bbklaw.com, Amelia.mendez@bbklaw.com
14 M.E.M. Limited Partnership, prosenberg@hnattorneys.com
15 Michael Duane Davis, michael.davis@greshamsavage.com,
       teri.gallagher@greshamsavage.com
16 Michael Roberts, Michelle Roberts, cvrinc@earthlink.net
17 Michele A. Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com,
       pgosney@jdtplaw.com
18 Patricia Grace Rosenberg, prosenberg@hnattorneys.com
19 Peter J. Mort, pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com
20 Rancho California Water District, james.gilpin@bblaw.com
21 Richard Alvin Lewis, Rlewis@RichardLewis.com
22 Robert H. James, bob@fallbrooklawoffice.com, Deborah@fallbrooklawoffice.com
23 Robert K. Edmunds, robert.edmunds@bipc.com, lynda.west@bipc.com,
       robin.robbins@bipc.com, sdtempl@bipc.com
24 Robert M. Cohen, rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com,
       wwendelstein@cohenburgelaw.com
25 Roman Catholic Bishop of San Bernardino, dcolella@flsd.com
26 Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com
27 Thomas Caldwell goforthvillage2@yahoo.com
28 Thomas C. Stahl, Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov,
       efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov
29 Timothy P. Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com
30 William K. Koska, wkoska@koskalaw.com, alice.ross@clmlawfirm.com,
       bill.koska@clmlawfirm.com

I further certify that on November 17, 2014, I caused to be served the following document:

***Defendant The Metropolitan Water District of Southern California's Notice of Association of Attorney and Designation of New Lead Attorney*** in

by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, and addressed as follows:

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Carl Gage
Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

John Ellison
Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

John S. Wilson
Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 92536

Marianne E. Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J. Machado
Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Robert Mannschreck
Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

-3-     Case No. 51-CV-1247-GPC-RBB

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 19, 2014, at Los Angeles, California.

_____
Zenaida Afable