### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)

Time Spent: 2 hrs.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE          Rptr.

#### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul |

#### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| James Markman (present) | Jeffrey A. Hoskinson |

PROCEEDINGS:    __x__  In Chambers    __x__    In Court    ____  Telephonic

An in-person settlement conference with the following parties was held:

1.   The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2.   The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.   The United States (attorneys Patrick Barry and Mike McPherson)

4.   The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.   Individual landowners represented by James Markman and John Flocken

DATE: December 19, 2014          IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge
INITIALS:  VL (mg) Deputy

cc:  Judge Curiel
     All Parties of Record