Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-1247-GPC-RBB |
| Plaintiff, | **JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | |
| | Date: No hearing date set |
| | Time: |
| Plaintiff-Intervenors, | Dept: 9 |
| v. | Hon. Gonzalo P. Curiel |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | **ORAL ARGUMENT NOT REQUIRED** |

Case No.: 51-cv-1247-GPC-RBB

      Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians ("Tribes") respectfully move this Court for a 90-day extension of the stay of litigation until April 20, 2015, in order to allow the parties to continue settlement discussions.  Under this Court's Order of October 21, 2014 (Document 5465), the current stay expires on January 20, 2015.  Counsel for the Tribes are authorized to state that the United States, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District, Agri-Empire, and the Anza Basin Landowners Group do not oppose the Tribes' request to extend the stay for an additional 90 days.

      With the assistance of U.S. Magistrate Judge Ruben B. Brooks, the negotiating parties continue to make progress toward the goal of an out-of-court resolution of the Tribes' claims.  Since the last status report, the parties have focused their discussions on issues related to the administration of water rights that will be established by the Partial Final Decree implementing the Settlement Agreement, and issues related to the proper management of the groundwater basins to ensure adequate water supplies now and in the future.  The parties' efforts have narrowed the outstanding issues, and all parties are working diligently in good faith to resolve them.

      Settlement discussions were conducted in person on October 28 at the offices of Richards, Watson & Gershon in Brea, California.  On November 17, the counsel for the Tribes and the United States met with Watermaster Charles Binder to discuss particular concerns related to various provisions of the draft settlement agreement.  Settlement discussions were conducted by telephone with the larger settlement group on December 18.  Counsel for the Tribes and the United States met with representatives of the Anza Landowners Group on December 19 to seek to narrow the remaining issues of concern to them.  On January 12, counsel for the Tribes, the United States and the State of California met by telephone to discuss issues unique to the State's interests and concerns.  This process of convening smaller groups focused on issues peculiar to only a few parties has facilitated progress of the negotiations as a whole.

       U.S. Magistrate Judge Brooks held an in-person settlement conference with the Cahuilla Band of Indians, the United States and Agri-Empire on November 17.  Judge Brooks held a telephonic settlement conference with all negotiating parties on November 18.  Judge Brooks also

1 held an in-person settlement conference with representatives of the Tribes, the United States and
2 Anza Landowners Group on December 19.  A settlement conference with Judge Brooks, the Tribes,
3 the United States, State of California, County of Riverside and Hemet Unified School District is
4 scheduled for January 22, 2015.

5     The parties are committed to continuing these settlement discussions.  A 90-day extension of
6 the stay will allow the settlement parties to continue the settlement discussions without the cost or
7 distraction of litigation.

8     For these reasons, the Tribes respectfully request that the stay of litigation be extended to
9 April 20, 2015.

Date:   January 20, 2015              Respectfully submitted,

BERKEY WILLIAMS LLP

By:*s/Curtis G. Berkey*
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com
    E-mail: swilliams@berkeywilliams.com

*Attorneys for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER & CONDON, P.C.

By:*s/Scott B. McElroy*
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021; Fax: 303/444-3490
    E-mail: smcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

*Attorneys for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*