**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 1 hr. 15 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                             Rptr.

## Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

## Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| M. Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte | Jeff Frey |
| William Ainsworth | Edward Walls |
| Ray Mistica (present) | Ronak Patel |

PROCEEDINGS:    x   In Chambers    x    In Court    ____ Telephonic

A settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster

A telephonic attorneys-only settlement conference with the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder is set for February 3, 2015, at 8:00 a.m.  Patrick Barry is to initiate the call.

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
November 18, 2014
Page 2

An in-person settlement conference is set for March 20, 2015, at 8:30 a.m. for the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by James Markman and John Flocken

An in-person settlement conference is set for March 19, 2015, at 1:30 p.m. for the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster


DATE: January 22, 2015          IT IS SO ORDERED:  _____
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Curiel                                   INITIALS: VL (mg) Deputy
    All Parties of Record