# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>          Plaintiff-Intervenors,<br>   vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>          Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>[Dkt. No. 5472.] |

  Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

  The Tribes are granted a 90 day extension of the stay, until **April 20, 2015.**

  IT IS SO ORDERED.

DATED: January 26, 2015

                        HON. GONZALO P. CURIEL
                        United States District Judge