## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES         Case No. 51cv1247 GPC(RBB)
                                             Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                 Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis (present) | James Markman |
| Matt Duarte | Jeff Frey |
| William Ainsworth | Edward Walls |
| Ray Mistica | Ronak Patel |

PROCEEDINGS:  ___ In Chambers   ___ In Court   _x_ Telephonic

A telephonic attorneys-only settlement conference with the following parties was held: the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder.

A telephonic attorneys-only settlement conference for these parties only is set for May 20, 2015, at 8:00 a.m. Patrick Barry is to initiate the call.

DATE: February 3, 2015         IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Curiel                                  INITIALS: VL (mg) Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute56.wpd