UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
FEB 23 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY



Anna Gale James
40275 Curry Court
Aguanga, CA 92536

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                   Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis (present) | James Markman |
| Matt Duarte | Jeff Frey |
| William Ainsworth | Edward Walls |
| Ray Mistica | Ronak Patel |

PROCEEDINGS:  ____ In Chambers   ____ In Court   __x__ Telephonic

A telephonic attorneys-only settlement conference with the following parties was held: the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder.

A telephonic attorneys-only settlement conference for these parties only is set for May 20, 2015, at 8:00 a.m. Patrick Barry is to initiate the call.

DATE: February 3, 2015        IT IS SO ORDERED: Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Curiel                               INITIALS: VL (mg) Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute56.wpd