FILED

15 MAR -9 AM 8:25

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS<br><br>    Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>    Defendants. | Case No.: 51-cv-1247-GPC-RBB<br><br>**CONSENT ORDER GRANTING SUBSTITUTTION OF ATTORNEY** |

    Notice is hereby given that, subject to approval by the court, MILAN L. BRANDON AS TRUSTEE FOR BRANDON FAMILY TRUST, substitutes Robert K. Jassoy (SBN 168016) as counsel of record in place of Mark L. Brandon.

    Contact information for new counsel is as follows:

Jassoy Law Firm
Robert K. Jassoy
110 West A Street, Ste. 950
San Diego, CA 92101
Telephone: 619-233-7441
Facsimile: 619-233-7446
Email: rjassoy@jassoylaw.com

1 | I consent to the above substitution

2 | Date: February 27, 2015        By: _Milan Brandon_
3 |                                    MILAN BRANDON AS TRUSTEE FOR
  |                                    BRANDON FAMILY TRUST

4 | I consent to being substituted:
5 | Date: February 27, 2015        By: _Mark L. Brandon_
6 |                                    Mark L. Brandon

7 | I consent to the above substitution:
8 | Date: February 28, 2015        By: _Robert K. Lassoy_
9 |                                    Robert K. Lassoy

12 | The substitution of attorney is hereby approved and so ORDERED.

14 | Date: 03/04/15                 By: _____
15 |                                    Judge