## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 1 hr. 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| M. Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte | Jeff Frey |
| William Ainsworth | Edward Walls |
| Ray Mistica (present) | Ronak Patel |

PROCEEDINGS:  ___ In Chambers   _x_ In Court   ___ Telephonic

A settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster

DATE: March 19, 2015          IT IS SO ORDERED: *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Curiel                                INITIALS: VL (mg) Deputy
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute57.wpd