**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES                   Case No. 51cv1247 GPC(RBB)
                                                       Time Spent: 2 hr. 15 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| Tilden Kim (present) | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Jeff Frey |
| William Ainsworth | Edward Walls |
| Ray Mistica | Ronak Patel |

PROCEEDINGS:   ____ In Chambers   _x_ In Court   ____ Telephonic

A settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorneys Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. Individual landowners represented by James Markman and John Flocken

6. Chuck Binder, Watermaster

An in-person settlement conference is set for May 21, 2015, at 1:30 p.m. for the following parties:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>             Case No. <u>51cv1247 GPC(RBB)</u>
March 20, 2015
Page 2

5.   The Hemet School District (attorney Jeff Hoskinson)

6.   The State of California (attorney Michael Zarro)

7.   The County of Riverside (attorney Ray Mistica)

8.   Chuck Binder, Watermaster

9.   Individual landowners represented by James Markman and John Flocken

DATE: <u>March 20, 2015</u>           IT IS SO ORDERED:  /s/ Ruben Brooks
                                                          Ruben B. Brooks,
                                                          U.S. Magistrate Judge
cc:  Judge Curiel                                         INITIALS:  VL (mg)  Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute58.wpd