Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>        Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>        Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date:  No hearing date set<br>Time:<br>Dept:  9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (Tribes) respectfully move this Court for a 90-day extension of the stay of litigation until July 20, 2015. An extension of the stay will allow the parties to continue their progress toward a negotiated settlement of the Tribes' water rights claims. Under this Court's Order of January 26, 2015, (Doc. No. 5474), the current stay expires on April 20, 2015. Counsel for the Tribes are authorized to state that the United States, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District, Agri-Empire, and the Anza Basin Landowners Group do not oppose the Tribes' request to extend the stay for an additional 90 days.

Settlement discussions during the preceding 90 days have continued to move the parties along a path to a negotiated resolution of the Tribes' claims that also addresses the concerns and interests of the other settlement parties. U.S. Magistrate Judge Ruben B. Brooks continues to play a constructive and effective role in narrowing the outstanding issues and facilitating proposals and ideas to satisfactorily resolve them. The parties have directed their efforts at the following tasks: 1) revising the characteristics of the State of California's proposed water right; 2) establishing procedures for administration of the water basins during times of drought; 3) revising proposed measures to protect water supplies on the Tribes' reservations; 4) revising the proposed water right for the Greenwald Landowners; and 5) outlining administration of the settlement agreement and final decree by the Watermaster and allocating costs associated with such administration. In addition, in late February, the Tribes met with the Watermaster for two days to discuss his comments and proposed revisions to the draft Settlement Agreement, which materially advanced the settlement process.

Following the meeting with the Watermaster, the Tribes prepared a comprehensive revision of the draft settlement agreement for circulation to the settlement parties. Some of them have responded with comments and proposed revisions of their own. The parties recently referred a number of technical issues to the Technical Committee for its investigation and analysis. The results of that work are expected soon, and will help to establish a sound technical basis for resolving the outstanding issues.

The issues outlined above were discussed at either in-person or telephonic meetings on the following dates:

January 22:    in-person meeting among the Tribes, the United States, State of California, the County of Riverside and the Watermaster;

January 22:    in-person meeting among Magistrate Judge Brooks, the Tribes, the United States, the State of California, the County of Riverside, Hemet Unified School District, and the Watermaster;

February 2:    telephonic meeting among the Tribes and the United States;

February 3:    telephonic meeting among Judge Brooks, the Cahuilla Band of Indians, the United States and Agri-Empire;

Feb. 19-20:    in-person meetings among the Tribes, the United States and the Watermaster;

February 24:   telephonic meeting among the Tribes, the United States and the Greenwald Landowners;

March 9:       telephonic meeting among the Tribes and the United States;

March 12:      telephonic meeting among the settlement parties and the Watermaster;

March 19:      in-person meeting among the Tribes, the United States and the State of California;

March 19:      in-person meeting among Judge Brooks, the Tribes, the United States, the State of California; the County of Riverside; Hemet Unified School District and the Watermaster;

March 20:      in-person meeting among Judge Brooks, the Tribes, the United States, the Anza Landowners Group and the Watermaster.

The parties are committed to continuing these settlement discussions. The parties are scheduled to meet on May 12 to continue the discussions. A telephonic meeting among Magistrate Judge Brooks, the Cahuilla Band of Indians, Agri-Empire and the United States is scheduled for May 21. All parties are scheduled to meet with Magistrate Judge Brooks on May 21 to report on their progress and to discuss remaining outstanding issues. A 90-day extension of the stay will permit the parties to continue their settlement efforts without the cost or distraction of litigation.

For these reasons, the Tribes respectfully request that the stay of litigation be extended to July 20, 2015.

Date:  April 20, 2015                          Respectfully submitted,

                                               BERKEY WILLIAMS LLP


                                               By: *s/Curtis G. Berkey*
                                                   Curtis G. Berkey
                                                   Scott W. Williams
                                                   2030 Addison Street, Suite 410
                                                   Berkeley, California 94704
                                                   Tel: 510/548-7070; Fax: 510/548-7080
                                                   E-mail: cberkey@berkeywilliams.com
                                                   E-mail: swilliams@berkeywilliams.com

                                                   *Attorneys for Plaintiff-Intervenor,*
                                                   *Ramona Band of Cahuilla*

                                               Marco A. Gonzalez (SBN 190832)
                                               COAST LAW GROUP LLP
                                               11140 S. Coast Hwy. 101
                                               Encinitas, California  92024
                                               Tel:  760/942-8505; Fax: 760/942-8515
                                               Email: marco@coastlawgroup.com

                                               McELROY, MEYER, WALKER &
                                               CONDON, P.C.


                                               By: *s/Scott B. McElroy*
                                                   Scott B. McElroy (Pro Hac Vice)
                                                   M. Catherine Condon (Pro Hac Vice)
                                                   1007 Pearl Street, Suite 220
                                                   Boulder, Colorado
                                                   Tel: 303/442-2021; Fax: 303/444-3490
                                                   E-mail: smcelroy@mmwclaw.com
                                                   E-mail: ccondon@mmwclaw.com

                                                   *Attorneys for Plaintiff-Intervenor,*
                                                   *Cahuilla Band of Indians*