MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| M. Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis (present) | James Markman |
| Matt Duarte | Jeff Frey |
| William Ainsworth | Edward Walls |
| Ray Mistica | Ronak Patel |

PROCEEDINGS: ___ In Chambers    ___ In Court    _x_ Telephonic

A telephonic attorneys-only settlement conference with the following parties was held: the United States of America; the Cahuilla Band of Indians; Agri-Empire, Inc.; and Watermaster Charles W. Binder.

DATE: May 20, 2015          IT IS SO ORDERED:  /s/ Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Curiel                               INITIALS: VL (mg) Deputy
    All Parties of Record