## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 2 hr. 15 mins.
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                          Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| Tilden Kim | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte | Jennifer Henderson (present) |
| William Ainsworth | Edward Walls |
| Ray Mistica (present) | Ronak Patel |

PROCEEDINGS:    x   In Chambers    x    In Court    _____ Telephonic

A settlement conference with the following parties was held:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Rob Davis)

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>                  Case No. <u>51cv1247 GPC(RBB)</u>
May 21, 2015
Page 2


An in-person settlement conference is set for <u>July 22, 2015, at 9:00 a.m.</u> for the following parties:

1.   The Cahuilla Band of Indians (attorney Scott McElroy)

2.   The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.   The United States (attorneys Patrick Barry and Mike McPherson)

4.   The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.   The Hemet School District (attorney Jeff Hoskinson)

6.   The State of California (attorney Michael Zarro)

7.   The County of Riverside (attorney Ray Mistica)

8.   Chuck Binder, Watermaster

9.   Individual landowners represented by James Markman and John Flocken

10.  Agri-Empire, Inc. (Rob Davis or Matt Duarte)


A settlement conference with Chuck Binder, Watermaster, is set for <u>July 31, 2015, at 9:00 a.m.</u>


DATE: <u>May 21, 2015</u>            IT IS SO ORDERED:    *Ruben Brooks* (signature)
                                                          Ruben B. Brooks,
                                                          U.S. Magistrate Judge
cc:  Judge Curiel                                         INITIALS:  VL (mg)  Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute60.wpd