Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　　Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date:　No hearing date set<br>Time:<br>Dept:　9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (Tribes) respectfully move this Court for a 90-day extension of the stay of litigation until October 19, 2015.  Under this Court's Order of April 21, 2015, (Doc. 5482), the current stay expires on July 20, 2015.  Counsel for the Tribes are authorized to state that the United States, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District, Agri-Empire, and the Anza Basin Landowners Group do not oppose the Tribes' request to extend the stay for an additional 90 days. An extension of the stay will allow the parties to continue their progress toward a negotiated settlement of the Tribes' water rights claims.

During the last 90-day stay period, the settlement parties made substantial progress toward a negotiated resolution of the Tribes' claims that also addresses the concerns and interests of the other settlement parties.  The parties directed their efforts at ensuring that the language of the draft settlement agreement accurately captures the concepts agreed upon and understandings reached by the parties.  There remain issues outstanding regarding the scope of the Watermaster's responsibilities to administer the Final Decree and the allocation of costs for those activities among the parties, among several others.  The parties hope to complete the settlement agreement by the end of the year.

The Tribes prepared a comprehensive revision of the draft settlement agreement that was distributed to the settlement parties on July 1.  A revised draft of the Watermaster Rules and Regulations was distributed as well.  The settlement parties met on July 13 to consider this most recent draft, and additional revisions have been proposed and will be incorporated into the draft. The settlement parties will meet with U.S. Magistrate Judge Ruben B. Brooks on July 22 to report on their progress.

Since the last status report, the parties discussed outstanding issues at either in-person or telephonic meetings on the following dates:

April 23:    Telephonic meeting among the Tribes and the United States to revise draft settlement agreement;

| | | |
|---|---|---|
| May 12: | In-person meeting among all settlement parties to discuss revisions to draft settlement agreement; |
| May 20: | Telephonic meeting among Judge Brooks, the Cahuilla Band of Indians and Agri-Empire; |
| May 21: | In-person meeting among Judge Brooks and all settlement parties to discuss progress of settlement discussions; |
| May 21: | In-person meeting among the Tribes, the United States and State of California regarding issues unique to those parties; |
| June 15: | Telephonic meeting among the Tribes and the United States to revise draft settlement agreement; |
| June 22: | Telephonic meeting among the Tribes and the United States to revise draft settlement agreement; |
| June 29: | Telephonic meeting among the Tribes and the United States to revise draft settlement agreement; |
| July 13: | In-person meeting among all parties to review draft settlement agreement and consider additional revisions. |

The parties are committed to continuing these settlement discussions. A 90-day extension of the stay will permit the parties to continue their settlement efforts without the cost or distraction of litigation.

For these reasons, the Tribes respectfully request that the stay of litigation be extended to October 19, 2015.

Date: July 20, 2015                                  Respectfully submitted,

                                                     BERKEY WILLIAMS LLP


                                                     By: *s/Curtis G. Berkey*
                                                         Curtis G. Berkey
                                                         Scott W. Williams
                                                         2030 Addison Street, Suite 410

3

1
2
      Berkeley, California 94704
      Tel: 510/548-7070; Fax: 510/548-7080
      E-mail: cberkey@berkeywilliams.com
      E-mail: swilliams@berkeywilliams.com

3
4
      *Attorneys for Plaintiff-Intervenor,*
      *Ramona Band of Cahuilla*

5
6
7
8
      Marco A. Gonzalez (SBN 190832)
      COAST LAW GROUP LLP
      11140 S. Coast Hwy. 101
      Encinitas, California  92024
      Tel:  760/942-8505; Fax: 760/942-8515
      Email: marco@coastlawgroup.com

9
10
      McELROY, MEYER, WALKER &
      CONDON, P.C.

11
12
13
14
15
16
By: *s/Scott B. McElroy*
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado 80302
    Tel: 303/442-2021; Fax: 303/444-3490
    E-mail: smcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

17
18
      *Attorneys for Plaintiff-Intervenor,*
      *Cahuilla Band of Indians*

19

20

21

22

23

24

25

26

27

28