**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, | [Dkt. No. 5486.] |
| Plaintiff-Intervenors, | |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered: The Tribes are granted a 90 day extension of the stay, until **October 19, 2015.**

IT IS SO ORDERED.


DATED: July 21, 2015

HON. GONZALO P. CURIEL
United States District Judge

- 1 -                                                                    [51CV1247-GPC(RBB)]