U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
August 7, 2015

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 1 hr.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                   Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte (present) | Jennifer Henderson |
| William Ainsworth | Edward Walls |
| Ray Mistica (present) | Ronak Patel |

PROCEEDINGS:  _____ In Chambers   _____ In Court   __x__ Telephonic

A telephonic, attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The County of Riverside (attorney Ray Mistica)

7. Chuck Binder, Watermaster

8. Individual landowners represented by James Markman and John Flocken

9. Agri-Empire, Inc. (Rob Davis or Matt Duarte)

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>                    Case No. <u>51cv1247 GPC(RBB)</u>
August 7, 2015

Michael Zarro and Jennifer Henderson for the State of California failed to appear.

A meeting with James Markman, Scott McElroy, Curtis Berkey, Catherine Condon, and their client representatives is to take place no later than <u>September 17, 2015</u>.

Chuck Binder, Michael Zarro, and Jennifer Henderson are also to meet on or before <u>September 17, 2015</u>, to continue their discussions regarding the DWR.

A settlement conference with all parties and counsel is set for <u>September 29, 2015, at 1:30 p.m.</u>  The purpose of the conference is to finalize a settlement agreement or discuss a schedule for trying the case.

A joint status report is to be lodged with the chambers of Magistrate Judge Ruben B. Brooks on or before <u>September 25, 2015</u>.  A joint discovery plan is to be lodged by the same date.  <u>See</u> Fed. R. Civ. P. 26(f).


DATE: <u>August 7, 2015</u>          IT IS SO ORDERED: /s/ Ruben B. Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Curiel                         INITIALS:  VL (mg) Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute62.wpd