WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



August 26, 2015

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA 92101

Re: *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
Final Annual Watermaster Report for Water Year 2013-14

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2013-14. Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on June 2, 2015, and comments and suggestions were incorporated into the final report as reflected in responses provided to the particular commenter.

Copies of this letter and the Annual Watermaster Report were mailed on August 26, 2015, to the parties listed on the Watermaster distribution list provided below. In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA. Ten copies of the report have been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be mailed to any party requesting a copy.

The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service. Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 2 of 8

As indicated above the three PDF files for the report are contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions, please do not hesitate to call.

Sincerely,

*[signature]*

Charles W. Binder, P.E.
Watermaster

CWB:aen
Enclosures
cc (w/ Hard Copy of Encl.):  Honorable Ruben B. Brooks
                              Distribution List – Attached

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 3 of 8

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Robert Eben, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Doug Garcia, Esq.
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Rm W-2821
Sacramento, CA 95825

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC 20240

Chris Watson, Esq.
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. -- M.S. 6513
Washington, D.C. 20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Luther Salgado, Sr., Chairperson
Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

Scott McElroy, Esq.
McElroy, Meyer, Walker &
Condon P.C.
1007 Pearl Street, Suite 220
Boulder, CO 80302

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Asst. Chief of Staff
Environmental Security
Box 555008
Marine Corps Base
Camp Pendleton, CA 92055-5008

Asst. Chief of Staff
Facilities
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Mark Bonsavage
Environmental Security
Box 555008
Marine Corps Base, Bldg. 22165
Camp Pendleton, CA 92055-5008

Kyle R. Cook
Environmental Security
Box 555008
Marine Corps Base, Bldg. 22165
Camp Pendleton, CA 92055-5008

Khalique Khan
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Dan Bartu
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

David DePoy
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 4 of 8

Greg Seaman
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Counsel Western Bases
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Larry Carlson
39325 De Luz Road
Fallbrook, CA 92028

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Jean Moran
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Christine Cobb
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Charles J. Bachman
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Zandro Mallari
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Carol Darby
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Dr. Brian J. Brady
General Manager
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Martha H. Lennihan, Esq.
Lennihan Law
1661 Garden Highway, #102
Sacramento, CA 95833

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 5 of 8

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA 92596

Darwin Potter
Metropolitan Water District
Skinner Branch
33740 Borel Road
Winchester, CA 92596

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Heriberto Diaz, Esq.
Senior Deputy General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Mark Macarro
Pechanga Tribal Chairman
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Marc Luker
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Andrew Masiel, Sr.
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Nathan Howard
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Mike Luker
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Rick Briones
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer &
Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Steve Larson
S.S. Papadopulos & Assoc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Dennis A. Sanford
Board of Directors
Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Manual Hamilton
Vice Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 6 of 8

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA 92536

Jeffrey D. Armstrong
Interim General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Fred Edgecomb
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Warren Back
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA 92590

Roxanne Nagel
Kennedy Jenks Consultants
143 Union Blvd. Suite 600
Lakewood, CO 80228

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA 91711

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

Linda Garcia
Riverside Co. Flood Control
1995 Market Street
Riverside, CA 92501

Todd Shibata
Riverside County Waste Mgmt
14310 Frederick Street
Moreno Valley, CA 92553

Jack Easton
Riverside Land Conservancy
4075 Mission Inn Avenue
Riverside, CA 92501

Pamela Walls, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Raymond M. Mistica, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Leasa Cleland
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Jill Willis, Esq.
Best Best & Krieger
300 S. Grand Ave. 25th Floor
Los Angeles, CA 90071

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 7 of 8

| | | |
|---|---|---|
| Jason M. Ackerman, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 | Renee Konstantine<br>San Diego State University<br>Biology Department<br>5500 Campanile Dr., LS-104<br>San Diego, CA 92182-4614 | Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 |
| Timothy Ross<br>Chief, Groundwater Section<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | Kelly Lawler<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |
| John O'Hagen<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 | Bob Rinker<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 | Agri-Empire, Inc.<br>P. O. Box 490<br>San Jacinto, CA 92383 |
| Robert A. Davis, Jr., Esq.<br>Davis & Wojcik<br>1001 East Morton Place, Suite A<br>Hemet, CA 92543 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 | James P. Bryson, P.G.<br>ARCADIS U.S., Inc.<br>320 Commerce, Suite 200<br>Irvine, CA 92602 |
| AVMAC<br>Attn: Secretary<br>P. O. Box 391076<br>Anza, CA 92539-0908 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Barbara Booth<br>3883 Ridgemoor Drive<br>Studio City, CA 91604 |
| Gregory B. Burnett<br>P.O. Box 391111<br>Anza, CA 92539 | James Carter<br>Wild Horse Peak Vineyard Mountain<br>3719 South Plaza Drive<br>Santa Ana, CA 92704 | Ruth Cyriacks<br>P.O. Box 2024<br>Oakhurst, CA 93644-2024 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Roger Doverspike<br>41919 Moreno Road, Suite F<br>Temecula, CA 92590 | EMARCD<br>21535 Palomar St., Suite A<br>Wildomar, CA 92595 |
| John R. Flocken, Esq.<br>Greenwald & Hoffman, LLP<br>1851 E. First Street, Suite 860<br>Santa Ana, CA 92705-4039 | Randy Greenwald<br>6010 Wilshire Blvd. #500<br>Los Angeles, CA 90036 | Les Harris<br>44700 Sage Road – H<br>Aguanga, CA 92536 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re:  Final Annual Watermaster Report for Water Year 2013-14
August 26, 2015
Page 8 of 8

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA  92660

Zen-Kamata, LLC
C/O Richard Woo
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Gordon Lanik
P.O. Box 291273
Anza, CA  92539

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA  92822-1059

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA  92028

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road, #78
Warner Springs, CA  92086

Wes Strickland, Esq.
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX  78701

Duane Larson
Hawthorn Water System
23580 Carneros Court
Murrieta, CA  92562

Dan Walsh
42551 Highway 79S.
Aguanga, CA  92536

Flavia Kreig
P.O. Box 716
Aguanga, CA  92536

Bob Lemons
31040 Avenida Buena Suerte
Temecula, CA  92591

Richard & Christine McMillan
Gary & Patricia McMillan
c/o McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA  92591-5210

Frank C. Miller
Jane Grabowski-Miller
930 Cornell Court
Madison, WI  53705

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA  92028

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San  Bernardino, California   92408-3303

Hill Springs Farms, LLC
P. O. Box 1946
Duarte, CA  91009

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA  92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA  92501

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA  92656

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA  91755

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA  92024