## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GPC(RBB)
                                            Time Spent: 2 hrs.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| | Ronak Patel |

PROCEEDINGS:   X   In Chambers    X   In Court    _____ Telephonic

A settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. Chuck Binder, Watermaster

8. Individual landowners represented by James Markman, Tilden Kim, and John Flocken

9. Agri-Empire, Inc. (Rob Davis)

Ray Mistica for the County of Riverside failed to appear.
A telephonic, attorneys-only settlement conference with the Agri-Empire group is set for October 14, 2015, at 2:00 p.m.

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
September 29, 2015
Page 2

A telephonic attorneys-only status conference is set for November 10, 2015, at 2:00 p.m. for the following parties:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Rob Davis or Matt Duarte)

Mr. Barry is to initiate both calls.

DATE: September 29, 2015        IT IS SO ORDERED:     *signature*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\Minute63.wpd