## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES            Case No. 51cv1247 GPC(RBB)
                                                Time Spent: _____
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                Rptr. _____

### Plaintiffs

| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

### Defendants

| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| Catherine Condon | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
|  | Ronak Patel |

PROCEEDINGS:   X  In Chambers   X  In Court   ___ Telephonic

On August 7, 2015, a telephonic, attorneys-only conference with several parties to this action was held. The County of Riverside was one of the participants [ECF No. 5489]. At the conclusion of the conference, the Court scheduled an in-person settlement conference for all parties and counsel to be held on September 29, 2015, at 1:30 p.m. The County of Riverside, represented by its attorney, Ray Mistica, did not appear.

An order to show cause is issued for why the County of Riverside and its attorney should not be sanctioned for failing to attend the September 29, 2015, settlement conference. The County and its attorney may file an opposition to the order to show cause by October 14, 2015; any party may file comments by October 21, 2015. The Court will hold a hearing on the order to show cause on November 2, 2015, at 10:00 a.m.

DATE: September 29, 2015         IT IS SO ORDERED: *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record