(Exempt from Filing Fees
Pursuant to Govt. Code § 6103)

GREGORY P. PRIAMOS, County Counsel (SBN 136766)
JAMES E. BROWN, Assistant County Counsel (SBN 162579)
RAYMOND M. MISTICA, Deputy County Counsel (SBN 225808)
3960 Orange Street, Suite 500
Riverside, CA 92501
Telephone: (951) 955-6300
Facsimile: (951) 955-6363
Email: rmistica@co.riverside.ca.us

Attorneys for County of Riverside and
Riverside County Flood Control & Water Conservation District

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, et al., <br><br> Defendants. | Case No. 51-CV-1247-GPC-RBB <br><br> RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING; DECLARATION OF RAYMOND M. MISTICA <br><br> DATE: 11-02-15 <br> TIME: 10:00 A.M. <br> JUDGE: Magistrate Judge Ruben B. Brooks |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following declaration is hereby submitted in response to the Court's setting of an Order to Show Cause Hearing for Failure to Appear at the last settlement conference.

1

## DECLARATION OF RAYMOND M. MISTICA

I, RAYMOND M. MISTICA, do declare as follows:

1.    On August 7, 2015, a telephonic, attorneys-only settlement conference was held in which I appeared along with the counsels for the other parties except for the State of California, whose counsels failed to appear. The court did not set any Order to Show Cause hearing against the State's counsels. However, the court did schedule a settlement conference with all parties and counsel for September 29, 2015, at 1:30 p.m. The stated purpose of the conference is to finalize a settlement agreement or discuss a schedule for trying the case. The court also ordered that a joint status report be lodged with the chambers of Magistrate Judge Ruben B. Brooks on or before September 25, 2015. A joint discovery plan was to be lodged by the same date.

2.    On September 15, 2015, following the August 7, 2015 settlement conference call, I participated in a closed session meeting with the County of Riverside Board of Supervisors to discuss the case since the court was looking to either finalize a settlement agreement by September 29, 2015 or commence with litigation. It was determined that the cost of preserving the County's de minimus water right of 5 acre feet per year of present use was too great and not worth preserving. As a result, I was instructed to withdraw from the litigation and to no longer preserve the County's claimed water right.

3.    On September 24, 2015, I informed the parties by email that the County of Riverside and Riverside County Flood Control and Water Conservation District will no longer actively participate in the litigation, and that I had been instructed to withdraw

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA

from the litigation, as the cost of preserving their de minimus water right was determined to be too great. The Joint Status Report submitted by Cahuilla Band of Indians' counsel describes that the County of Riverside and Riverside County Flood Control and Water Conservation District advised on September 24, 2015 that they will no longer actively participate in the litigation, but it failed to advise that the County no longer wished to preserve its water right.

4.      It is the intent of the County of Riverside and Riverside County Flood Control and Water Conservation District to file a disclaimer of interest as to any claimed water right in this litigation. However, the disclaimer cannot be filed at this time since there is a stay in effect, as ordered by this court. Also, because of the stay, neither the County of Riverside nor Riverside County Flood Control and Water Conservation District have answered the Tribes' complaints in intervention.

5.      I did not attend the scheduled settlement conference on September 29, 2015 since I had already informed the parties that my clients were no longer preserving any claimed water right, and thus, withdrawing from the litigation. The County of Riverside and Riverside County Flood Control and Water Conservation District are also not taking a position on any party's claimed rights to water. There is simply no longer any interest at stake that my clients would be negotiating to preserve in settlement since they are giving up any water right that is the subject of this litigation.

6.      I had not been approached by any party regarding settlement after the August 7, 2015 conference call and before the September 29, 2015 scheduled settlement

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA

conference that would have indicated any progress in the settlement positions of the parties. Also, because the demands on my clients have been a moving target, I was not hopeful that a final settlement would be achieved before September 29, 2015 that would be acceptable to my clients and reasonably related to their de minimus pro rata share in any water right. Full blown litigation appeared to be imminent and the cost of continued participation over several years of never-ending settlement discussions along with the anticipated Wastermaster budget that would make water assessments too expensive simply did not justify preserving the de minimus amount of water that the County was seeking. All of these issues were taken into consideration.

7.      As such, I humbly request that this court not impose any sanctions for my failure to appear at the September 29, 2015 settlement conference since my clients are not disputing any party's claimed water rights and no longer seek to preserve any water right. There is nothing more for my clients to settle upon and attendance to merely observe the settlement conference proceedings would have been construed as a waste of taxpayer funds. I apologize that this information was not provided to the court in the previously submitted Joint Status Report prepared by others.

///

///

///

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA

1    I declare under the penalty of perjury under the laws of the State of California that

2    the foregoing is true and correct to the best of my knowledge.

3    Executed this 14th day of October 2015, at Riverside, California.

Raymond M. Mistica,
Deputy County Counsel
Attorneys for County of Riverside and
Riverside County Flood Control & Water
Conservation District

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA

## PROOF OF SERVICE BY MAIL

### District Court Case No. 51-CV-1247-GT-RBB

I, the undersigned, say that I am a citizen of the United States and am employed in the county of Riverside, over the age of 18 years and not a party to the within action or proceeding; that my business address is: 3960 Orange Street, Fifth Floor, Riverside, CA 92501-3611.

That on ___October 14, 2015___, I served a copy of the following listed documents:

**RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING; DECLARATION OF RAYMOND M. MISTICA**

by delivering a true copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED LIST **

☒ FIRST CLASS MAIL. I am "readily familiar" with this office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Riverside, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ OVERNIGHT MAIL. I am "readily familiar" with this office's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier in the ordinary course of business.

☐ PERSONAL SERVICE. I personally served the documents/envelope to the persons at the addresses listed above. Delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of 9:00 a.m. and 5:00 p.m.

☒ ELECTRONIC SERVICE.   By using the CM/ECF system which generated and transmitted a notice of electronic filing to the following CM/ECF registrants on the attached list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___October 14, 2015___, at Riverside, California.

_____
NATASHA L. RANGEL

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING; DECLARATION OF RAYMOND M. MISTICA

PROOF OF SERVICE
ATTACHMENT LIST
UNITED STATES OF AMERICA V. RAMONA BAND OF CAHUILLA,
CAHUILLA BAND OF INDIANS, et al.,
Case No.: 51-CV-1247-GPC-RBB

| | |
|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | EdwardLueras<br>623 Beverly Blvd.<br>Fullerton, CA<br>96833 |
| Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Michael J.<br>Machado<br>P.O. Box<br>391607<br>Anza, CA<br>92539 |
| Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Diane<br>Mannschreck<br>1600 Kiowa<br>Ave.<br>Lake Havasu City, AZ<br>86403 |
| Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | James L.<br>Markman<br>Richards, Watson &<br>Gersho<br>1 Civic Center<br>Circle<br>P.O. Box<br>1059<br>Brea, CA 92822-1<br>059 |
| Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |
| Thomas C. Perkins<br>7037 Gaskin Place | John S. Wilson<br>14205 Minorca Cove |

7
RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA

| | |
|---|---|
| Riverside, CA 92506 | Del Mar, CA 92014-2932 |
| Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Curtis G. Berkey<br>Scott W. Williams<br>Berkey Williams LLP<br>2030 ADDISON STREET, STE 410<br>BERKELEY, CA 94704 | MARCO A. GONZALEZ<br>COASE LAW GROUP<br>1140 S. COAST HWY. 101<br>ENCINITAS, CA 92024 |
| SCOTT B. MCELROY<br>M. CATHERINE CONDON<br>MCELROY, MEYER, WALKER &<br>CONDON, P.C.<br>1007 PEARL STREET, STE 220<br>BOULDER, CO 80302 | |

ELECTRONIC SERVICE LIST. By using the CM/ECF system which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker: awalker@mmwclaw.com; bray@mmwclaw.com

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com

Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com

Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net

Charles W. Binder: cwbinder@smrwm.org

Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com

Daniel E. Steuer: dsteuer@mmwclaw.com; dvitale@mmwclaw.com

David Leventhal: davelevlaw@yahoo.com David

Philip Colella: dcolella@flsd.com Donald R.

Timms: dontimms@san.rr.com

F. Patrick Barry: patrick.barry@usdoj.gov

Gary D. Leasure: gleasure@garydleasure.com

George Chakmakis: george@chakmakislaw.com

Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com

Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA

1   James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com;
    marta.stasik@bbklaw.com

2   James Michael Powell: jpowellesq@gmail.com

3   John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com;
    jfukai@akingump.com

4   John Christopher Lemmo: jl@procopio.com; laj@procopio.com

5   Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net;
    jondeeresq@earthlink.net Joseph Anthony Vanderhorst:

6   jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com Kevin

7   Patrick Sullivan: ksullivan@sanlawyers.com;

8   kstanis@sanlawyers.com

    Linda Caldwell: goforthvillage2@yahoo.com

9   Lynn Balliger: lynn_balliger@att.net

10  M. Catherine Condon: ccondon@mmwclaw.com; bray@mmwclaw.com

    Marco Antonio Gonzalez: marco@coastlawgroup.com;

11  sara@coastlawgroup.com Marilyn H. Levin:

12  marilyn.levin@doj.ca.gov; MichaelW.

13  Hughes@doj.ca.gov Mary L. Fickel:

    mfickel@sampsonlaw.net

14  Matthew L. Green: matthew.green@bbklaw.com; amelia.mendez@bbklaw.com

15  Michael Duane Davis: michael.davis@greshamsavage.com;
    terigallagher@greshamsavage.com Michele A. Staples:

16  mstaples@jdtplaw.com; dtankersley@jdtplaw.com;

17  pgosney@jdtplaw.com Patricia Grace Rosenberg:
    prosenberg@hnattomeys.com

18  Richard Alvin Lewis: Rlewis@RichardLewis.com

19  Robert J. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com

20  Robert K. Edmunds: robert.edmunds@bipc.com; lynda.west@bipc.com;
    sdtempl@bipc.com; robin.robbins@bipc.com Robert M. Cohen:

21  rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com;

22  wwendelstein@cohenburgelaw.com Robert K. Jassoy: rjassoy@jassoylaw.com

    Scott B. McElroy: smcelroy@mmwclaw.com; bray@mmwclaw.com

23  Thomas Caldwell: goforthvillage2@yahoo.com

24  Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov;
    efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov

25  Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-

26  chambers.com

    William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com;

27  bill.koska@clmlawfirm.com

28

RESPONSE TO COURT'S SETTING OF ORDER TO SHOW CAUSE HEARING;
DECLARATION OF RAYMOND M. MISTICA