## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 35 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson |
| Chris Watson (present) | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis (present) | James Markman |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| | Ronak Patel |

PROCEEDINGS:    ____ In Chambers    ____ In Court    _X_ Telephonic

A telephonic, attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The United States (attorneys Patrick Barry, Chris Watson, and Laura Maul)

3. The United States Bureau of Indian Affairs (attorney Doug Garcia)

4. Chuck Binder, Watermaster

5. Agri-Empire, Inc. (Rob Davis and Matt Duarte)

A telephonic, attorneys-only settlement conference with the Agri-Empire group is set for November 10, 2015, at 3:00 p.m.

Mr. Barry is to initiate the call.

DATE: October 14, 2015          IT IS SO ORDERED:    *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record