# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Courtroom: 9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Joint Motion to Extend Stay* filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a 90 day extension of the stay, until **January 19, 2016.**

**IT IS SO ORDERED.**

DATED: October 26, 2015

_____
**HON. GONZALO P. CURIEL
United States District Judge**

Case No.: 51-cv-1247-GPC-RBB