## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>                Case No. <u>51cv1247 GPC(RBB)</u>
                                                                Time Spent: <u>15 mins.</u>
<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>      <u>Rptr. 10:02 a.m. - 10:17 a.m.</u>

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| | Ronak Patel |

PROCEEDINGS:   _____ In Chambers   __X__ In Court   _____ Telephonic

An order to show cause hearing was held.

For the reasons stated on the record, the order to show cause [ECF No. 5492] is discharged.


DATE: <u>November 2, 2015</u>         IT IS SO ORDERED:   _Ruben Brooks_
                                                         Ruben B. Brooks,
                                                         U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record