**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES                     Case No. 51cv1247 GPC(RBB)
                                                          Time Spent: 1 hr. 25 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                                  Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson |
| Chris Watson (present) | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Burnick (present) | Ronak Patel |

PROCEEDINGS:   ____ In Chambers   ____ In Court   _X_ Telephonic

A telephonic attorneys-only status conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorney Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Burnick)

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

<u>U.S.A. v. FALLBROOK PUBLIC UTILITIES</u>                     Case No. <u>51cv1247 GPC(RBB)</u>
November 10, 2015
Page 2


A telephonic attorneys-only settlement conference is set for <u>November 30, 2015, at 2:00 p.m.</u> for the following parties:

1. The Cahuilla Band of Indians (attorney Scott McElroy)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Rob Davis or Matt Duarte)

The United States is to initiate the call.


DATE: <u>November 10, 2015</u>        IT IS SO ORDERED:   /s/ Ruben Brooks
                                                          Ruben B. Brooks,
                                                          U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute68.wpd