## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 10 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                     Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson |
| Chris Watson (present) | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro |
| Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Burnick | Ronak Patel |

PROCEEDINGS:  ____ In Chambers    ____ In Court    __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The United States (attorney Laura Maul)

3. The United States Bureau of Indian Affairs (attorney Doug Garcia)

4. Chuck Binder, Watermaster

5. Agri-Empire, Inc. (Matt Duarte)

6. Department of the Interior, Solicitor's Office (attorney Chris Watson)

A telephonic attorneys-only settlement conference with the Agri-Empire group is set for November 30, 2015, at 8:00 a.m.

The United States is to initiate the call.

DATE: November 10, 2015          IT IS SO ORDERED: /s/ Ruben Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record