

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES         Case No. 51cv1247 GPC(RBB)

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Time Spent: 15 mins.
Rptr. 10:02 a.m. - 10:17 a.m.

### Plaintiffs

Patrick Barry                         Douglas Garcia
Yosef Negose                          Mike McPherson
Chris Watson                          Laura Maul

### Defendants

Chuck Binder (present)                John Flocken
Curtis Berkey                         Marilyn Levin
Scott McElroy                         Michael T. Zarro
Catherine Condon                      Jeffrey A. Hoskinson
Rob Davis                             James Markman
Matt Duarte                           Tilden Kim
William Ainsworth                     Jennifer Henderson
Ray Mistica (present)                 Edward Walls
                                      Ronak Patel

PROCEEDINGS: ____ In Chambers   _X_ In Court   ____ Telephonic

An order to show cause hearing was held.

For the reasons stated on the record, the order to show cause [ECF No. 5492] is discharged.

DATE: November 2, 2015          IT IS SO ORDERED: /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record