## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Burnick | Ronak Patel |

PROCEEDINGS:   ___ In Chambers    ___ In Court    _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Catherine Condon)

2. The United States (attorneys Patrick Barry and Mike McPherson)

3. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

4. Chuck Binder, Watermaster

5. Agri-Empire, Inc. (Matt Duarte)

6. Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE: November 30, 2015         IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute70.wpd