**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES               Case No. 51cv1247 GPC(RBB)
                                                   Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                        Rptr.

Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul |

Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy | Michael T. Zarro (present) |
| Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Burnick (present) | Ronak Patel |

PROCEEDINGS:   ____ In Chambers   ____ In Court   _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorneys Michael Zarro and Jennifer Henderson)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Burnick)

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
November 30, 2015
Page 2

A telephonic attorneys-only settlement conference with the Agri-Empire group is set for January 8, 2016, at 9:00 a.m.

By January 13, 2016, the parties are to provide the Court with the latest version of the final settlement agreement for the case.

A telephonic attorneys-only settlement conference is set for January 15, 2016, at 8:30 a.m. for the following parties:

1.  The Cahuilla Band of Indians (attorney Scott McElroy)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Chuck Binder, Watermaster

9.  Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

A final draft of the rules and regulations for the Watermaster shall be provided to the Court no later than January 19, 2016, at 2:00 p.m.

An in-person conference with the Watermaster is set for January 20, 2016, at 8:30 a.m.

A telephonic attorneys-only settlement conference is set for January 22, 2016, at 8:30 a.m. for the following parties:

1.  The Cahuilla Band of Indians (attorney Scott McElroy)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

| | |
|---|---|
| U.S.A. v. FALLBROOK PUBLIC UTILITIES | Case No. 51cv1247 GPC(RBB) |
| November 30, 2015 | |
| Page 3 | |

6.    The State of California (attorney Michael Zarro)

7.    The County of Riverside (attorney Ray Mistica)

8.    Chuck Binder, Watermaster

9.    Individual landowners represented by James Markman and John Flocken

10.   Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11.   Department of the Interior, Solicitor's Office (attorney Chris Watson)

The United States is to initiate all three conference calls.


DATE: November 30, 2015    IT IS SO ORDERED: _____
                                                                  Ruben B. Brooks,
                                                                  U.S. Magistrate Judge

cc:   Judge Curiel
       All Parties of Record