**FILED**

Dec 10 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ Shadim  DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



$ 00.70⁵
MAILED FROM ZIP CODE 91950

MARIANNE E PAJOT
40225 CURRY COURT
AGUANGA, CA 92536

9253639742 H002

Case 3:51-cv-01247-JO-SBC   Document 5505   Filed 12/10/15   PageID.64438   Page 2 of 8


DEC 10 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES       Case No. 51cv1247 GPC(RBB)
                                           Time Spent: 20 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE             Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Burnick | Ronak Patel |

PROCEEDINGS: _____ In Chambers  _____ In Court  __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Catherine Condon)

2. The United States (attorneys Patrick Barry and Mike McPherson)

3. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

4. Chuck Binder, Watermaster

5. Agri-Empire, Inc. (Matt Duarte)

6. Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE: November 30, 2015       IT IS SO ORDERED: /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

# Minute Entries

3:51-cv-01247-GPC-RBB United
States of America v. Fallbrook
Public Utility District

STAYED

## U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 11/30/2015 at 1:29 PM PST and filed on 11/30/2015
**Case Name:** United States of America v. Fallbrook Public Utility District
**Case Number:** 3:51-cv-01247-GPC-RBB
**Filer:**
**Document Number:** 5501

**Docket Text:**
**Minute Order for proceedings held before Magistrate Judge Ruben B. Brooks: Settlement Conference held on 11/30/2015(Plaintiff Attorney Patrick Barry (present), Douglas Garcia (present), Yosef Negose, Mike McPherson (present), Chris Watson (present), Laura Maul). (Defendant Attorney Chuck Binder (present), John Flocken, Curtis Berkey, Marilyn Levin, Scott McElroy, Michael T. Zarro, Catherine Condon (present), Jeffrey A. Hoskinson, Rob Davis, James Markman, Matt Duarte (present), Tilden Kim, William Ainsworth, Jennifer Henderson, Ray Mistica, Edward Walls, William Burnick, Ronak Patel). (All non-registered users served via U.S. Mail Service)(kcm)**

**3:51-cv-01247-GPC-RBB Notice has been electronically mailed to:**

Daniel J Goulding    dgoulding@qualityloan.com, jmolteni@qualityloan.com, srogato@qualityloan.com

Gerald (Jerry) Blank    gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

Robert H James    bob@fallbrooklawoffice.com, deborah@fallbrooklawoffice.com

Robert K Edmunds    robert.edmunds@bipc.com, lisa.largent@bipc.com

Thomas C Stahl    Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov

Robert M Cohen    rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

Harry Campbell Carpelan    hcarpelan@redwineandsherrill.com

John A Karaczynski    jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com

William K. Koska    wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

Scott B. McElroy    smcelroy@mmwclaw.com, bray@mmwclaw.com, recept@mmwclaw.com, slongo@mmwclaw.com

Bryan D Sampson    bsampson@sampsonlaw.net, b.sampson3@cox.net, mfickel@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim    tkim@rwglaw.com, lpomatto@rwglaw.com

Michele A Staples    mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com

Robert Kevin Jassoy    rjassoy@cox.net

James B Gilpin    james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com, marta.stasik@bbklaw.com

Bill J Kuenzinger    bkuenzinger@bdasports.com, rjones@bhsmck.com

Marco Antonio Gonzalez    marco@coastlawgroup.com, livia@coastlawgroup.com, sara@coastlawgroup.com

John Christopher Lemmo    jl@procopio.com, laj@procopio.com

Kevin Patrick Sullivan    ksullivan@sanlawyers.com, kstanis@sanlawyers.com

Mary L. Fickel    mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson    tjohnson@johnson-chambers.com, cww@johnson-chambers.com

Matthew L Green    matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

F Patrick Barry    patrick.barry@usdoj.gov

Marilyn H Levin    marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey    cberkey@abwwlaw.com, mmorales@abwwlaw.com

Richard Alvin Lewis    Rlewis@RichardLewis.com

Patricia Grace Rosenberg    prosenberg@hnattorneys.com

Jonathan M Deer    jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

David Philip Colella    dcolella@flsd.com

Alice E. Walker      awalker@mmwclaw.com, recept@mmwclaw.com

M. Catherine Condon      ccondon@mmwclaw.com, recept@mmwclaw.com

George Chakmakis      george@chakmakislaw.com

Joseph Anthony Vanderhorst      JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com

David Leventhal      davelevlaw@yahoo.com

James Michael Powell      jpowellesq@gmail.com, info@mydebtorlaw.com

Grant Alan Reader      garlaw71@gmail.com

Charles W Binder      courtdocs@smrwm.org

Donald R Timms      dontimms@san.rr.com

Linda Caldwell      goforthvillage2@yahoo.com

Thomas Caldwell      goforthvillage2@yahoo.com

Herbert W Kuehne      hwkuehne@pacbell.net

Marlene C Kuehne      hwkuehne@pacbell.net

**3:51-cv-01247-GPC-RBB Electronically filed documents must be served conventionally by the filer to:**

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock

Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=11/30/2015] [FileNumber=9505509-0] [16173e0db770a3929b71b7bfb08a6a3e948c1173f584a5ef95ce2029b6eb2dbf9d5aa421589c5eb939645de210e9e4a72aa2f673316cf755dac0cf26c6a6d84f]]