**FILED**

Dec 18 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ Shadim       DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

ELECTRONIC
SERVICE
REQUESTED



PRESORTED FIRST CLASS

UNITED STATES POSTAGE $00.41⁶
0004283985  DEC 03 2015
MAILED FROM ZIP CODE 91950

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

92101@3806

NIXIE        282   DE  1260      0012/14/15
             RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

BC: 92101380620     *1608-05331-06-43



CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEC 18 2015
RECEIVED

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                               Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul |

Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy | Michael T. Zarro (present) |
| Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Burnick (present) | Ronak Patel |

PROCEEDINGS:    ____ In Chambers    ____ In Court    __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Catherine Condon)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorneys Michael Zarro and Jennifer Henderson)

7.  The County of Riverside (attorney Ray Mistica)

8.  Chuck Binder, Watermaster (attorney William Burnick)

9.  Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
November 30, 2015
Page 2

A telephonic attorneys-only settlement conference with the Agri-Empire group is set for January 8, 2016, at 9:00 a.m.

By January 13, 2016, the parties are to provide the Court with the latest version of the final settlement agreement for the case.

A telephonic attorneys-only settlement conference is set for January 15, 2016, at 8:30 a.m. for the following parties:

1.  The Cahuilla Band of Indians (attorney Scott McElroy)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Chuck Binder, Watermaster

9.  Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

A final draft of the rules and regulations for the Watermaster shall be provided to the Court no later than January 19, 2016, at 2:00 p.m.

An in-person conference with the Watermaster is set for January 20, 2016, at 8:30 a.m.

A telephonic attorneys-only settlement conference is set for January 22, 2016, at 8:30 a.m. for the following parties:

1.  The Cahuilla Band of Indians (attorney Scott McElroy)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>  Case No. <u>51cv1247 GPC(RBB)</u>
November 30, 2015
Page 3

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

The United States is to initiate all three conference calls.

DATE: <u>November 30, 2015</u>   IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute71.wpd