OFFICIAL BUSINESS

NIXIE   918   4C 1   7212/28/15

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101380620   *2508-07693-27-45

SAN BERNARDINO
CA 924
17 DEC '15

UNITED STATES POSTAGE
PITNEY BOWES
02 1R   $ 00.48
0002006475   OCT 27 2015
MAILED FROM ZIP CODE 91950

FILED

JAN 4 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

ANK

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

92536$89742 H002

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-cv-1247-GPC-RBB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | |
| Plaintiff-Intervenors, | Date: No hearing date set |
| | Time: |
| | Courtroom: 9 |
| v. | Hon. Gonzalo P. Curiel |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | **ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Joint Motion to Extend Stay* filed by Plaintiff-Intervenors Ramona Band of Cahuilla and the Cahuilla Band of Indians ("Tribes"), it is hereby ordered:

The Tribes are granted a 90 day extension of the stay, until **January 19, 2016.**

**IT IS SO ORDERED.**

**DATED: October 26, 2015**

**HON. GONZALO P. CURIEL**
**United States District Judge**