

ANNA GALE JAMES
40275 Curry court
AGUANGA, CA 92536

# Minute Entries

3:51-cv-01247-GPC-RBB United
States of America v. Fallbrook
Public Utility District

STAYED

## U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 11/30/2015 at 1:29 PM PST and filed on 11/30/2015
**Case Name:** United States of America v. Fallbrook Public Utility District
**Case Number:** 3:51-cv-01247-GPC-RBB
**Filer:**
**Document Number:** 5501

**Docket Text:**
**Minute Order for proceedings held before Magistrate Judge Ruben B. Brooks: Settlement Conference held on 11/30/2015(Plaintiff Attorney Patrick Barry (present), Douglas Garcia (present), Yosef Negose, Mike McPherson (present), Chris Watson (present), Laura Maul). (Defendant Attorney Chuck Binder (present), John Flocken, Curtis Berkey, Marilyn Levin, Scott McElroy, Michael T. Zarro, Catherine Condon (present), Jeffrey A. Hoskinson, Rob Davis, James Markman, Matt Duarte (present), Tilden Kim, William Ainsworth, Jennifer Henderson, Ray Mistica, Edward Walls, William Burnick, Ronak Patel). (All non-registered users served via U.S. Mail Service)(kcm)**

**3:51-cv-01247-GPC-RBB Notice has been electronically mailed to:**

Daniel J Goulding    dgoulding@qualityloan.com, jmolteni@qualityloan.com, srogato@qualityloan.com

Gerald (Jerry) Blank    gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

Robert H James    bob@fallbrooklawoffice.com, deborah@fallbrooklawoffice.com

Robert K Edmunds    robert.edmunds@bipc.com, lisa.largent@bipc.com

Thomas C Stahl    Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov

Robert M Cohen    rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

https://ecf.casd.circ9.dcn/cgi-bin/Dispatch.pl?773031520007028                    11/30/2015

Harry Campbell Carpelan     hcarpelan@redwineandsherrill.com

John A Karaczynski     jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com

William K. Koska     wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

Scott B. McElroy     smcelroy@mmwclaw.com, bray@mmwclaw.com, recept@mmwclaw.com, slongo@mmwclaw.com

Bryan D Sampson     bsampson@sampsonlaw.net, b.sampson3@cox.net, mfickel@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim     tkim@rwglaw.com, lpomatto@rwglaw.com

Michele A Staples     mstaples@jdtplaw.com, dtankersley@jdtplaw.com, pgosney@jdtplaw.com

Robert Kevin Jassoy     rjassoy@cox.net

James B Gilpin     james.gilpin@bbklaw.com, lisa.grennon@bbklaw.com, marta.stasik@bbklaw.com

Bill J Kuenzinger     bkuenzinger@bdasports.com, rjones@bhsmck.com

Marco Antonio Gonzalez     marco@coastlawgroup.com, livia@coastlawgroup.com, sara@coastlawgroup.com

John Christopher Lemmo     jl@procopio.com, laj@procopio.com

Kevin Patrick Sullivan     ksullivan@sanlawyers.com, kstanis@sanlawyers.com

Mary L. Fickel     mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson     tjohnson@johnson-chambers.com, cww@johnson-chambers.com

Matthew L Green     matthew.green@bbklaw.com, lisa.grennon@bbklaw.com

F Patrick Barry     patrick.barry@usdoj.gov

Marilyn H Levin     marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey     cberkey@abwwlaw.com, mmorales@abwwlaw.com

Richard Alvin Lewis     Rlewis@RichardLewis.com

Patricia Grace Rosenberg     prosenberg@hnattorneys.com

Jonathan M Deer     jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

David Philip Colella     dcolella@flsd.com

Alice E. Walker    awalker@mmwclaw.com, recept@mmwclaw.com

M. Catherine Condon    ccondon@mmwclaw.com, recept@mmwclaw.com

George Chakmakis    george@chakmakislaw.com

Joseph Anthony Vanderhorst    JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com

David Leventhal    davelevlaw@yahoo.com

James Michael Powell    jpowellesq@gmail.com, info@mydebtorlaw.com

Grant Alan Reader    garlaw71@gmail.com

Charles W Binder    courtdocs@smrwm.org

Donald R Timms    dontimms@san.rr.com

Linda Caldwell    goforthvillage2@yahoo.com

Thomas Caldwell    goforthvillage2@yahoo.com

Herbert W Kuehne    hwkuehne@pacbell.net

Marlene C Kuehne    hwkuehne@pacbell.net

**3:51-cv-01247-GPC-RBB Electronically filed documents must be served conventionally by the filer to:**

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock

Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=11/30/2015] [FileNumber=9505509-0] [16173e0db770a3929b71b7bfb08a6a3e948c1173f584a5ef95ce2029b6eb2dbf9d5aa421589c5eb939645de210e9e4a72aa2f673316cf755dac0cf26c6a6d84f]]

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 20 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| Catherine Condon (present) | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Burnick | Ronak Patel |

PROCEEDINGS: _____ In Chambers    _____ In Court    __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Catherine Condon)

2.  The United States (attorneys Patrick Barry and Mike McPherson)

3.  The United States Bureau of Indian Affairs (attorney Douglas Garcia)

4.  Chuck Binder, Watermaster

5.  Agri-Empire, Inc. (Matt Duarte)

6.  Department of the Interior, Solicitor's Office (attorney Chris Watson)


DATE: November 30, 2015    IT IS SO ORDERED: /s/ Ruben B. Brooks
                                             Ruben B. Brooks,
                                             U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute70.wpd