# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Hon. Gonzalo P. Curiel

| | |
|---|---|
| FROM:  T. Hernandez, Deputy Clerk | RECEIVED DATE:  January 4, 2016 |
| CASE NO.  51cv1247-GPC-RBB | DOC FILED BY:  Marianne Pajot |
| CASE TITLE:  United States of America v. Fallbrook Public Utility District | |
| DOCUMENT ENTITLED:  Ex Parte Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Ex Parte Communication

Request to be removed from service list has already been implemented.

Date Forwarded:   **January 5, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   January 7, 2016          CHAMBERS OF:  Hon. Gonzalo P. Curiel

cc: All Parties              By: _____