**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES    Case No. 51cv1247 GPC(RBB)
                                        Time Spent: 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

Plaintiffs

Patrick Barry (present)            Douglas Garcia (present)
Mike McPherson (present)           Chris Watson (present)

Defendants

Chuck Binder (present)             Scott McElroy (present)
Catherine Condon (present)         Rob Davis (present)
Matt Duarte (present)

PROCEEDINGS:   ___ In Chambers   ___ In Court   _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The United States (attorneys Patrick Barry and Mike McPherson)

3. The United States Bureau of Indian Affairs (attorney Doug Garcia)

4. Chuck Binder, Watermaster

5. Agri-Empire, Inc. (Rob Davis and Matt Duarte)

6. Department of the Interior, Solicitor's Office (attorney Chris Watson)

The January 13, 2016 and January 19, 2016 deadlines set for written submissions to the Court by the parties in the Court's November 30, 2015 minute order [ECF No. 5502] are vacated.

The in-person conference with the Watermaster scheduled for January 20, 2016, is also vacated.

The telephonic attorneys-only settlement conference set for January 15, 2016, remains on calendar. On that date, the Court will address further conferences. The United States is to initiate the January 15, 2016 conference.

DATE: January 8, 2016        IT IS SO ORDERED: /s/ Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute72.wpd