Curtis G. Berkey (CA State Bar No. 195485)
Scott W. Williams (CA State Bar No. 097966)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070, Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
*Attorneys for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Dept:   9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

1

Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (Tribes) respectfully move this Court for a 90-day extension of the stay of litigation until April 19, 2016. Under this Court's Order of October 26, 2015, (Doc. 5496), the current stay expires on January 19, 2016. Counsel for the Tribes are authorized to state that the United States, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District, Agri-Empire, and the Anza Basin Landowners Group do not oppose the Tribes' request to extend the stay for an additional 90 days. In addition, Magistrate Judge Brooks indicated he supports the Tribes' request to extend the stay. An extension of the stay will allow the parties to continue their progress toward a negotiated settlement of the Tribes' water rights claims.

During the last 90-day stay period, the settlement parties made substantial progress toward a negotiated resolution of the Tribes' claims that also addresses the concerns and interests of the other settlement parties. The parties directed their efforts to discussing the scope of the Watermaster's responsibilities and the budget for that office with respect to administering the Final Decree. The settlement parties' technical consultants are currently discussing the Watermaster's responsibilities and working on a revised budget. Although the settlement parties and their consultants are working diligently to resolve these issues, resolving them will take additional time and effort.

Since the last status report, the parties discussed outstanding issues at either in-person or telephonic meetings on the following dates:

October 14: Telephonic meeting among Judge Brooks, the Cahuilla Tribe, the Federal Team and Agri-Empire to discuss status of negotiations;

October 19: In-person meeting among the Watermaster and the settlement parties to discuss the Watermaster's revised budget;

October 20: In-person meeting among the County, the Tribes and the Represented Landowners Group to discuss the County's role in the settlement;

| | | |
|---|---|---|
| November 9: | The settlement parties lodged the draft settlement agreement with Judge Brooks' chambers; |
| November 10: | Telephonic meeting among Judge Brooks and all settlement parties in which Judge Brooks went through the draft settlement agreement page-by-page pointing out various issues or concerns; |
| November 17: | Telephonic meetings among the settlement parties to discuss Judge Brooks' concerns and the Watermaster's duties and costs; |
| November 30: | Telephonic meeting among Judge Brooks, the Cahuilla Tribe, the Federal Team and Agri-Empire to discuss status of negotiations; |
| December 7: | Telephonic meeting among the settlement parties to continue discussing the Watermaster's duties and costs; |
| January 8, 2016: | Telephonic meeting among Judge Brooks, the Cahuilla Tribe, the Federal Team and Agri-Empire to discuss status of negotiations and |
| January 15, 2016: | Telephonic meeting among Judge Brooks and all settlement parties to discuss progress of settlement discussions. The parties scheduled additional meetings and deadlines for submitting the revised draft settlement agreement and the Watermaster's rules and regulations to Judge Brooks for his review. |

In addition, the parties scheduled an in-person meeting on February 18, 2016 to discuss the scope of the Watermaster's responsibilities and budget and any other remaining outstanding issues with respect to the settlement.

The parties are committed to continuing these settlement discussions. A 90-day extension of the stay will permit the parties to continue their settlement efforts without the cost or distraction of litigation.

For these reasons, the Tribes respectfully request that the stay of litigation be extended to April 19, 2016.

Date:  January 15, 2016.                    Respectfully submitted,

BERKEY WILLIAMS LLP


By: *s/Curtis G. Berkey*
    Curtis G. Berkey
    Scott W. Williams
    2030 Addison Street, Suite 410
    Berkeley, California 94704
    Tel: 510/548-7070; Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com
    E-mail: swilliams@berkeywilliams.com

    *Attorneys for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

Marco A. Gonzalez (SBN 190832)
COAST LAW GROUP LLP
11140 S. Coast Hwy. 101
Encinitas, California  92024
Tel:  760/942-8505; Fax: 760/942-8515
Email: marco@coastlawgroup.com

McELROY, MEYER, WALKER &
CONDON, P.C.


By: *s/Scott B. McElroy*
    Scott B. McElroy (Pro Hac Vice)
    M. Catherine Condon (Pro Hac Vice)
    1007 Pearl Street, Suite 220
    Boulder, Colorado
    Tel: 303/442-2021; Fax: 303/444-3490
    E-mail: smcelroy@mmwclaw.com
    E-mail: ccondon@mmwclaw.com

    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*