**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES    Case No. 51cv1247 GPC(RBB)
                                         Time Spent: 25 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

Plaintiffs

Patrick Barry (present)            Douglas Garcia (present)
Yosef Negose                       Mike McPherson (present)
Chris Watson                       Laura Maul

Defendants

Chuck Binder (present)             John Flocken (present)
Curtis Berkey (present)            Marilyn Levin
Scott McElroy (present)            Michael T. Zarro (present)
Catherine Condon (present)         Jeffrey A. Hoskinson (present)
Rob Davis                          James Markman (present)
Matt Duarte                        Tilden Kim
William Ainsworth                  Jennifer Henderson (present)
Ray Mistica (present)              Edward Walls
William Brunick (present)          Ronak Patel (present)
Daniel Thompson (present)

PROCEEDINGS:    ___ In Chambers    ___ In Court    _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeffrey Hoskinson)

6.  The State of California (attorneys Michael Zarro and Jennifer Henderson)

7.  The County of Riverside (attorneys Ray Mistica and Ronak Patel)

8.  Chuck Binder, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Daniel Thompson)

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITIES</u>                Case No. <u>51cv1247 GPC(RBB)</u>
January 15, 2016
Page 2

11.   Department of the Interior, Solicitor's Office

A draft of the settlement agreement shall be submitted to the Court by March 1, 2016.

A telephonic attorneys-only settlement conference to discuss the settlement agreement is set for <u>March 11, 2016, at 8:30 a.m.</u> for the following parties:

1.   The Cahuilla Band of Indians (attorney Scott McElroy)

2.   The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.   The United States (attorneys Patrick Barry and Mike McPherson)

4.   The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.   The Hemet School District (attorney Jeff Hoskinson)

6.   The State of California (attorney Michael Zarro)

7.   The County of Riverside (attorney Ray Mistica)

8.   Chuck Binder, Watermaster

9.   Individual landowners represented by James Markman and John Flocken

10.  Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11.  Department of the Interior, Solicitor's Office (attorney Chris Watson)

A draft of the rules and regulations for the Watermaster shall be provided to the Court by <u>March 15, 2016</u>.

An in-person conference with the Watermaster to discuss the Watermaster rules and regulations is set for <u>March 17, 2016, at 1:30 p.m.</u>

A telephonic attorneys-only settlement conference to discuss the Watermaster rules and regulations is set for <u>March 22, 2016, at 1:30 p.m.</u> for the following parties:

1.   The Cahuilla Band of Indians (attorney Scott McElroy)

2.   The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.   The United States (attorneys Patrick Barry and Mike McPherson)

4.   The United States Bureau of Indian Affairs (attorney Doug Garcia)

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
January 15, 2016
Page 3

5.    The Hemet School District (attorney Jeff Hoskinson)

6.    The State of California (attorney Michael Zarro)

7.    The County of Riverside (attorney Ray Mistica)

8.    Chuck Binder, Watermaster

9.    Individual landowners represented by James Markman and John Flocken

10.   Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11.   Department of the Interior, Solicitor's Office (attorney Chris Watson)

The United States is to initiate the two conference calls.

The telephonic attorneys-only settlement conference set for January 22, 2016, at 8:30 a.m. is vacated.

DATE: January 15, 2016          IT IS SO ORDERED:    Ruben Brooks,
                                                     U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute73.wpd