Marianne E Pajot
40225 Curry Court
Aguanga, CA 92536

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 30 mins.
HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE                      Rptr.

Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Yosef Negose                         Mike McPherson (present)
Chris Watson (present)               Laura Maul

Defendants

Chuck Binder (present)               John Flocken (present)
Curtis Berkey (present)              Marilyn Levin
Scott McElroy                        Michael T. Zarro (present)
Catherine Condon (present)           Jeffrey A. Hoskinson (present)
Rob Davis                            James Markman (present)
Matt Duarte (present)                Tilden Kim
William Ainsworth                    Jennifer Henderson (present)
Ray Mistica (present)                Edward Walls
William Burnick (present)            Ronak Patel

PROCEEDINGS: _____ In Chambers _____ In Court __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Catherine Condon)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorneys Michael Zarro and Jennifer Henderson)

7.  The County of Riverside (attorney Ray Mistica)

8.  Chuck Binder, Watermaster (attorney William Burnick)

9.  Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
November 30, 2015
Page 2


A telephonic attorneys-only settlement conference with the Agri-Empire group is set for January 8, 2016, at 9:00 a.m.

By January 13, 2016, the parties are to provide the Court with the latest version of the final settlement agreement for the case.

A telephonic attorneys-only settlement conference is set for January 15, 2016, at 8:30 a.m. for the following parties:

1.    The Cahuilla Band of Indians (attorney Scott McElroy)

2.    The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.    The United States (attorneys Patrick Barry and Mike McPherson)

4.    The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.    The Hemet School District (attorney Jeff Hoskinson)

6.    The State of California (attorney Michael Zarro)

7.    The County of Riverside (attorney Ray Mistica)

8.    Chuck Binder, Watermaster

9.    Individual landowners represented by James Markman and John Flocken

10.   Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11.   Department of the Interior, Solicitor's Office (attorney Chris Watson)

A final draft of the rules and regulations for the Watermaster shall be provided to the Court no later than January 19, 2016, at 2:00 p.m.

An in-person conference with the Watermaster is set for January 20, 2016, at 8:30 a.m.

A telephonic attorneys-only settlement conference is set for January 22, 2016, at 8:30 a.m. for the following parties:

1.    The Cahuilla Band of Indians (attorney Scott McElroy)

2.    The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.    The United States (attorneys Patrick Barry and Mike McPherson)

4.    The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.    The Hemet School District (attorney Jeff Hoskinson)

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. <u>51cv1247 GPC(RBB)</u>
November 30, 2015
Page 3

6.   The State of California (attorney Michael Zarro)

7.   The County of Riverside (attorney Ray Mistica)

8.   Chuck Binder, Watermaster

9.   Individual landowners represented by James Markman and John Flocken

10.  Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11.  Department of the Interior, Solicitor's Office (attorney Chris Watson)

The United States is to initiate all three conference calls.

DATE: <u>November 30, 2015</u>          IT IS SO ORDERED:    /s/ Ruben Brooks
                                                             Ruben B. Brooks,
                                                             U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute71.wpd

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

ELECTRONIC
SERVICE
REQUESTED

PRESORTED
FIRST CLASS



02 1M
0004283985    $ 00.41
DEC 03 2015
MAILED FROM ZIP CODE 91950

RTS

56998@9999

NIXIE    91715  02/04/2016
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955



FEB 1 9 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED