### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 2 hrs. 5 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                         Rptr.

#### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul |

#### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |
| Daniel Thompson | |

PROCEEDINGS:  _____ In Chambers   _____ In Court   __x__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeffrey Hoskinson)

6. The State of California (attorneys Michael Zarro and Jennifer Henderson)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (attorney Rob Davis)

| | |
|---|---|
| U.S.A. v. FALLBROOK PUBLIC UTILITIES<br>March 11, 2016<br>Page 2 | Case No. 51cv1247 GPC(RBB) |

The in-person conference with the Watermaster set for March 17, 2016, at 1:30 p.m. is vacated.


DATE: March 11, 2016　　　　IT IS SO ORDERED:　　*/s/ Ruben Brooks*
　　　　　　　　　　　　　　　　　　　　　　　　Ruben B. Brooks,
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Judge Curiel
　　All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute74.wpd