MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 40 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

Plaintiffs

| Patrick Barry | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

Defendants

| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Scott McElroy (present) | Michael T. Zarro (present) |
| Catherine Condon (present) | Jeffrey A. Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Daniel Thompson | |

PROCEEDINGS:   ____ In Chambers    ____ In Court    _x_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorneys Scott McElroy and Catherine Condon)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Laura Maul and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeffrey Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorneys Ray Mistica and Ronak Patel)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (attorney Matt Duarte)

U.S.A. v. FALLBROOK PUBLIC UTILITIESCase No. 51cv1247 GPC(RBB)
March 22, 2016
Page 2

An in-person settlement conference is set for May 18, 2016, at 10:00 a.m. with the following parties:

1.The Cahuilla Band of Indians (attorney Scott McElroy)

2.The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.The United States (attorneys Patrick Barry and Mike McPherson)

4.The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.The Hemet School District (attorney Jeff Hoskinson)

6.The State of California (attorney Michael Zarro)

7.The County of Riverside (attorney Ray Mistica)

8.Chuck Binder, Watermaster

9.Individual landowners represented by James Markman and John Flocken

10.Agri-Empire, Inc. (Rob Davis or Matt Duarte)

11.Department of the Interior, Solicitor's Office (attorney Chris Watson)


The following parties shall have at least one client representative present at the May 18, 2016 conference:

1.The Cahuilla Band of Indians

2.The Ramona Band of Cahuilla

3.Individual landowners represented by James Markman

4.Agri-Empire, Inc.


The following parties shall submit a settlement brief directly to chambers no later than May 11, 2016:

1.The Cahuilla Band of Indians

2.The Ramona Band of Cahuilla

3.The United States

4.Chuck Binder, Watermaster

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
March 22, 2016
Page 3

5.   Individual landowners represented by James Markman

Mr. Berkey is to submit the latest version of the Watermaster rules and regulations directly to chambers no later than May 11, 2016.

DATE: March 22, 2016          IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute75.wpd

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
March 22, 2016
Page 3


  cc:   Judge Curiel
        All Parties of Record