## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GPC(RBB)

                                            Time Spent:
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Scott McElroy | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick | Ronak Patel |
| Daniel Thompson | |

PROCEEDINGS:  _____ In Chambers   _____ In Court   _____ Telephonic

The in-person settlement conference set for May 18, 2016, at 10:00 a.m. is vacated and reset for May 25, 2016, at 10:00 a.m.

DATE: April 6, 2016             IT IS SO ORDERED:  *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record