**PECHANGA OFFICE OF GENERAL COUNSEL**
STEVE BODMER, GENERAL COUNSEL (CA. BAR NO. 257123)
P.O. Box 1477
Temecula, California 92592
Telephone: 951-770-6171
Email: sbodmer@pechanga-nsn.gov

*Attorneys for Plaintiff-Intervenor and Defendant*
PECHANGA BAND OF LUISENO INDIANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-cv-01247-GPC-RBB |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| FALLBROOK PUBLIC UTILITY DISTRICT, *et al.* | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD IN THE ABOVE-ENTITLED ACTION:**

**PLEASE TAKE NOTICE** that, commencing immediately, Steve Bodmer of the Pechanga Office of the General Counsel, P.O. Box 1477, Temecula, California 92593, (951) 770-6171, will act as lead counsel, instead of John Karaczynski, in this matter for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians.

All pleadings, discovery, correspondence and other material in connection with this action should be served upon counsel for Plaintiff-Intervenor and Defendant Pechanga Band of Luiseno Indians at the following address:

1

Steve Bodmer
Pechanga Office of the General Counsel
P.O. Box 1477
Temecula, California 92593
Tel: (951) 770-6171
Fax: (951) 694-0732
Email: sbodmer@pechanga-nsn.gov

Dated: April 11, 2016                PECHANGA OFFICE OF THE GENERAL COUNSEL

By: _____
Steve Bodmer
Lead Counsel for the
Pechanga Band of Luiseno Indians