**PECHANGA OFFICE OF GENERAL COUNSEL**
STEVE BODMER, GENERAL COUNSEL (CA. BAR NO. 257123)
P.O. Box 1477
Temecula, California 92592
Telephone: 951-770-6171
Email: sbodmer@pechanga-nsn.gov

*Attorneys for Plaintiff-Intervenor and Defendant*
PECHANGA BAND OF LUISENO INDIANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*<br><br>　　　　　Defendants. | Case No. 51-cv-01247-GPC-RBB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned declare under penalty of perjury, that I am employed in the County of Riverside, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 12705 Pechanga Road, Temecula, California 92592.

On April 11, 2016, I served the following document(s):

**NOTICE OF APPEARANCE OF COUNSEL**

[xx]　By Electronic Filing: I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to ECF Administrative Policies and Procedures Manual, Section 2(d)(2), upon the counsel on the list.

Dated: April 11, 2016　　　　　　　　PECHANGA OFFICE OF THE GENERAL COUNSEL

　　　　　　　　　　　　　　　　　　By: _____/s/Steve Bodmer_____
　　　　　　　　　　　　　　　　　　　　Steve Bodmer
　　　　　　　　　　　　　　　　　　　　Lead Counsel for the
　　　　　　　　　　　　　　　　　　　　Pechanga Band of Luiseno Indians