# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On April 19, 2016, I electronically filed on behalf of the Ramona Band of Cahuilla the following document in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1) **MOTION TO EXTEND STAY (Docket # 5520)**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker: awalker@mmwclaw.com; recept@mmwclaw.com
B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Charles W. Binder: courtdocs@smrwm.org
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Harry Campbell Carpelan: hcarpelan@redwinesherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Thomas Caldwell; Linda Caldwell: goforthvillage2@yahoo.com
M. Catherine Condon: ccondon@mmwclaw.com; recept@mmwclaw.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert J. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Scott B. McElroy: smcelroy@mmwclaw.com; bray@mmwclaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on April 19, 2016, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING (Docket # 5520)**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

James L. Markman
Richards, Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Briar McTaggart
1642 Merion Way, 40E
Seal Beach, CA 90740

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 19, 2016, at Berkeley, California.

_Martha Morales_
Martha Morales