# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 51-cv-1247-GPC-RBB<br><br>**ORDER GRANTING MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Courtroom: 9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Motion to Extend Stay* filed by Plaintiff-Intervenor the Ramona Band of Cahuilla, it is hereby ordered:

The motion is granted and the stay is extended until July 18, 2016.

**IT IS SO ORDERED.**

DATED: April 19, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 51-cv-1247-GPC-RBB