Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Scott B. McElroy (Pro Hac Vice)
M. Catherine Condon (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 51-CV-1247-GPC-RBB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY BY PLAINTIFF–INTERVENOR CAHUILLA BAND OF INDIANS** |
| CAHUILLA ABND OF INDIANS, | |
| Plaintiff-Intervenor, | Hon. Gonzalo P. Curiel |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Pursuant to CivLR 83.3(f)(2), and as described below, the Plaintiff-Intervenor Cahuilla Band of Indians ("Cahuilla Band") substitutes its attorneys of record in this matter.

By this substitution, attorneys Scott B. McElroy and M. Catherine Condon (pro hac vice) of McElroy, Meyer, Walker & Condon, P.C. and Marco A Gonzalez (SBN 190832) of Coast Law Group LLP will cease to act for the Cahuilla Band, and the Cahuilla Band appoints attorney

1

Lester J. Marston (SBN 81030) of Rapport and Marston as its new attorney of record.

Accordingly, the Cahuilla Band asks the Court to approve this substitution of attorney and to enter the accompanying proposed order.

DATED:      April 21, 2016

Respectfully submitted,

CAHUILLA BAND OF INDIANS

Chairman Daniel Salgado

McELROY, MEYER, WALKER & CONDON, P.C.

M. Catherine Condon
Scott B. McElroy

COAST LAW GROUP LLP

Marco A. Gonzalez

RAPPORT AND MARSTON

Lester J. Marston

2