**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. 51-CV-1247-GPC-RBB |
| Plaintiff, | ) |
| | ) **ORDER APPROVING SUBSTITUTION** |
| CAHUILLA ABND OF INDIANS, | ) **OF ATTORNEY BY PLAINTIFF-** |
| | ) **INTERVENOR CAHUILLA BAND OF** |
| Plaintiff-Intervenor, | ) **INDIANS** |
| | ) |
| v. | ) Hon. Gonzalo P. Curiel |
| | ) |
| FALLBROOK PUBLIC UTILITY | ) |
| DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having reviewed the Plaintiff-Intervenor Cahuilla Band of Indians' ("Cahuilla Band") substitution of attorney filed on April 22, 2016, and being fully advised in the premises, hereby **APPROVES** the substitution.

Attorneys Scott B. McElroy and M. Catherine Condon of McElroy, Meyer, Walker & Condon, P.C. and Marco A Gonzalez of Coast Law Group LLP will cease to act for the Cahuilla Band in all respects, and attorney Lester J. Marston of Rapport and Marston will act as the Cahuilla Band's attorney of record going forward.  Accordingly, the attorneys ceasing to act are no longer required to attend the in-person settlement conference in May 2016, and Lester J. Marston shall attend that conference on behalf of the Cahuilla Band.

IT IS SO ORDERED.

Dated:  April 27, 2016

Hon. Gonzalo P. Curiel
United States District Judge