**FILED**

May 03 2016

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY          s/ darcig          DEPUTY

# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2015



**MAY 2016**

**PREPARED BY**
**SANTA MARGARITA RIVER WATERSHED WATERMASTER**

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

**CIVIL NO. 51-cv-1247-GPC-RBB**

# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2015

**MAY 2016**

PREPARED BY

SANTA MARGARITA RIVER WATERSHED WATERMASTER

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

**CIVIL NO. 51-cv-1247-GPC-RBB**

WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California  92088
(760) 728-1028
FAX (760) 728-1990

May 3, 2016

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re:     *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
        Final Annual CWRMA Report for Calendar Year 2015

Dear Judge Curiel:

        In accordance with Section 13 of the Cooperative Annual Water Resource Management Agreement (CWRMA), approved by the Court on August 20, 2002, the Watermaster has prepared the Annual CWRMA Report for Calendar Year 2015.  The report was prepared in consultation with the CWRMA Technical Advisory Committee and has been approved by the signatory parties to the CWRMA.  Accordingly, please find the enclosed hard copy and CD containing the PDF files for the final Annual CWRMA Report for Calendar Year 2015.  Please make arrangements for posting the PDF files on the electronic docket.

        If you have any questions please do not hesitate to call.  Thank you.

                                        Sincerely,

                                        Charles W. Binder, P.E.
                                        Watermaster

CWB:aen
Enclosures
cc (w/o Encls.):  Honorable Ruben B. Brooks
cc (w/ Hard Copy of Encl.):  Distribution List

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re:  Final Annual CWRMA Report for Calendar Year 2015
May 3, 2016
Page 2 of 2

Distribution List:

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

John O. Simpson, General Manager
Water Resources Division
Box 555013
Marine Corps Base Camp Pendleton
Camp Pendleton, CA  92055-5013

Rich J. Ottolini
Interim Director of Operations and Maintenance
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Daniel P. Bartu
Water Resources Division
Box 555013
Marine Corps Base Camp Pendleton
Camp Pendleton, CA  92055-5013

Craig Elitharp
Kennedy/Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA  92590

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base Camp Pendleton
Camp Pendleton, CA  92055-5231

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA  92101-8493

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Dennis E. Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA  91711

David B. Glazer, Esq.
US DOJ Env & Nat Resource Dept.
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA  94105

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Boulevard, Suite K
San Rafael, CA  94901