**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GPC(RBB)
                                            Time Spent: 3 hrs. 55 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeffrey A. Hoskinson (present) |
| Rob Davis (present) | James Markman (present) |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |

PROCEEDINGS:   X   In Chambers    X   In Court    ___  Telephonic

An in-person settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and John Flocken

10. Agri-Empire, Inc. (Rob Davis and Matt Duarte)

A telephonic attorneys-only settlement conference is set for <u>August 17, 2016, at 8:00 a.m.</u> for the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and John Flocken

10. Agri-Empire, Inc. (Rob Davis and Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

Mr. Barry is to initiate the call.

The parties may submit separate short status reports directly to chambers by August 10, 2016.

DATE: <u>May 25, 2016</u>                IT IS SO ORDERED:  *Ruben Brooks*
                                                           Ruben B. Brooks,
                                                           U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute78.wpd