1

STEVE BODMER
Pechanga Office of General Counsel
P.O. Box 1477
Temecula, California 92592
Telephone: 951-770-6171
Email: sbodmer@pechanga-nsn.gov
*Attorney for Plaintiff-Intervenor/Defendant*
*Pechanga Band of Luiseño Indians*

2

3

4

5

JAMES B. GILPIN
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA  92101
Telephone: 619-525-1300
E-mail:  James.Gilpin@bbklaw.com
*Attorney for Rancho California Water District*

6

7

8

9

PATRICK BARRY (*Pro Hac Vice*)
Department of Justice
P.O. Box 44378
Washington, D.C.  20026-4378
Telephone: 202-305-0254
E-mail: Patrick.Barry@usdoj.gov
*Attorney for the United States*

10

11

12

13

14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SETTLEMENT PROCEEDINGS BEFORE JUDGE BROOKS

15

16

17

| UNITED STATES OF AMERICA, | Case No. 51-1247-SD-GT |
|---|---|
| Plaintiff, | **JOINT SETTLEMENT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT, AND THE UNITED STATES** |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT,  *et al.*, | |
| Defendants. | Hon. Gonzalo P. Curiel |

18

19

20

21

22

23    The Pechanga Band of Luiseño Mission Indians ("Pechanga"), Rancho California Water

24  District ("RCWD") and the United States (collectively the "Submitting Parties") hereby

25  respectfully submit this joint settlement status report to update the Court on the status of their

26  settlement negotiations and progress toward achieving a final settlement.

27        **I.        Status of Settlement**

28

JOINT SETTLEMENT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

Since 2008, the Submitting Parties have been pursuing settlement of Pechanga's water rights claims in the underlying litigation.  The Submitting Parties have met for numerous settlement negotiations since the Submitting Parties last filed a status report with the Court. Those meetings have resulted in substantial progress toward achieving a final settlement. A bill to ratify a proposed settlement was introduced in the 114th Congress in the Senate (S. 1983) and was reported favorably out of the Senate Committee Indian Affairs without amendment on February 3, 2016.[1]  A hearing on the proposed settlement is now scheduled before the House Natural Resources Subcommittee on Water, Power and Oceans for June 23, 2016.

As part of the Congressional process for approval, on May 17, 2016 the United States, acting through the Department of Interior and Department of Justice transmitted a letter to the United States House Natural Resources Committee, a copy of which is attached.  We have also attached a copy of the proposed Settlement Agreement and ratifying legislation that was submitted to the House Subcommittee as the basis for their hearing.

The Submitting Parties will provide additional settlement status updates as the congressional process continues and notify the Court upon enactment of the Act and the signing of the Settlement Agreement.

RESPECTFULLY SUBMITTED,

Dated:   June 16, 2016                                   Pechanga Band of Luiseño Mission Indians

                                                                    By: *s/ Steve Bodmer*_____

                                                                    Steve Bodmer

---

[1] A copy of the agreed upon and pending legislation is attached as an exhibit to this Joint Status Report.

2

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT AND THE UNITED STATES

Rancho California Water District

By: *s/ James B. Gilpin*_____

    James B. Gilpin


United States of America

By: *s/ Patrick Barry*_____

    Patrick Barry

3

JOINT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO
CALIFORNIA WATER DISTRICT AND THE UNITED STATES