**PECHANGA OFFICE OF GENERAL COUNSEL**
STEVE BODMER, GENERAL COUNSEL (CA. BAR NO. 257123)
P.O. Box 1477
Temecula, California 92592
Telephone: 951-770-6171
Email: sbodmer@pechanga-nsn.gov

*Attorneys for Plaintiff-Intervenor and Defendant*
PECHANGA BAND OF LUISENO INDIANS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*<br><br>Defendants. | Case No. 3:51-cv-01247-GPC-RBB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned declare under penalty of perjury, that I am employed in the County of Riverside, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 12705 Pechanga Road, Temecula, California 92592.

On June 16, 2016, I served the following document(s):

**JOINT SETTLEMENT STATUS REPORT SUBMITTED BY PECHANGA BAND OF LUISEÑO MISSION INDIANS, RANCHO CALIFORNIA WATER DISTRICT, AND THE UNITED STATES**

[xx]   By Electronic Filing:  I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to ECF Administrative Policies and Procedures Manual, Section 2(d)(2), upon the counsel on the list.

Dated: June 16, 2016         PECHANGA OFFICE OF THE GENERAL COUNSEL

By: _____/s/Steve Bodmer_____
   Steve Bodmer
   Lead Counsel for the
   Pechanga Band of Luiseno Indians