Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**MOTION TO EXTEND STAY**<br><br>Date:　No hearing date set<br>Time:<br>Dept.:　9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

CIVIL NO.: 51-CV-1247-GPC-RBB

Plaintiff-Intervenor Ramona Band of Cahuilla (Tribe) respectfully moves this Court for a 90-day extension of the stay of litigation until October 17, 2016.  Under this Court's Order of April 19, 2016 (Doc. 5521), the current stay expires on July 18, 2016.  Counsel for the Tribe is authorized to state that the United States, Cahuilla Band of Indians, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District, the Anza Basin Landowners Group, and Agri-Empire do not oppose the Tribe's request to extend the stay for 90 days.  An extension of the stay will enable the parties to continue their discussions aimed at a negotiated settlement of the Tribe's water rights claims, without the distraction or burdens of litigation.

During the prior stay period, the settlement parties continued to refine and revise the language of the draft settlement agreement.   The settlement parties' technical consultants have analyzed additional data related to the groundwater recharge and production in the Anza Groundwater Basin and Cahuilla Groundwater Basin, which the parties have used for discussions about an appropriate sustainable groundwater management plan for both Basins. The settlement parties continued to refine the scope of responsibilities of the Watermaster, the allocation of Watermaster fees, and the Watermaster's start-up and annual budgets for administering the settlement agreement and partial final decree.  Certain settlement parties have also discussed the relationship between the State-mandated reporting of groundwater levels in the Basins and the groundwater management plan, and the funding for such reporting requirements.  Exhibits to the draft settlement agreement are also being prepared.  The settlement parties are making progress toward a final resolution of these and related issues.

Counsel for the Cahuilla Band of Indians has filed a substitution of attorney pursuant to CivLR 83.3.f.2, which this Court granted on April 27, 2016.

1

CIVIL NO.: 51-CV-1247-GPC-RBB

Since the last status report, the settlement parties took action or discussed outstanding issues at either in-person or telephonic meetings on the following dates:

April 27: In-person meeting among all settlement parties to discuss revisions to draft settlement agreement; groundwater management plan; Watermaster role and responsibilities; and Watermaster budget.

May 11: The settlement parties lodged a draft of the Watermaster Rules and Regulations with U.S. Magistrate Judge Brooks' chambers for review.

May 19: Telephonic meeting among all settlement parties.

May 25: The settlement parties met with U.S. Magistrate Judge Brooks to discuss outstanding issues.

May 26: Telephonic meeting among certain settlement parties and Watermaster to discuss revisions to draft settlement agreement.

June 28: Telephonic settlement conference between Ramona Band of Cahuilla and State of California regarding issues unique to those settlement parties.

July 5: Telephonic conference between Ramona Band of Cahuilla and Watermaster regarding groundwater level reporting requirements under State law.

In addition, counsel for the parties have conducted teleconferences outside the larger group meetings as necessary to continue progress toward resolving outstanding issues. The settlement parties have scheduled a telephonic settlement conference with Judge Brooks on August 17, 2016.

///

The settlement parties are committed to continuing these discussions.  A 90-day extension of the stay will permit them to continue settlement efforts without the cost or distraction of litigation.

For these reasons, the Tribe respectfully requests that the stay of litigation be extended to October 17, 2016.

Date:  July 18, 2016                              Respectfully submitted,

BERKEY WILLIAMS LLP

By: *s/Curtis G. Berkey*
   Curtis G. Berkey
   2030 Addison Street, Suite 410
   Berkeley, California  94704
   Tel: 510/548-7070
   Fax: 510/548-7080
   E-mail: cberkey@berkeywilliams.com

   *Attorney for Plaintiff-Intervenor,*
   *Ramona Band of Cahuilla*