# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GPC-RBB<br><br>**ORDER GRANTING MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Courtroom: 9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Motion to Extend Stay* filed by Plaintiff-Intervenor the Ramona Band of Cahuilla, it is hereby ordered:

The motion is granted and the stay is extended until October 17, 2016.

**IT IS SO ORDERED.**

**DATED:  July 18, 2016**

_____
**HON. GONZALO P. CURIEL**
**United States District Judge**

Case No.: 51-cv-1247-GPC-RBB