# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
16 AUG 16 AM 8: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE  /  ☒ U.S. MAGISTRATE JUDGE   Hon. Ruben B. Brooks

| CASE NO. 51cv1247 GPC (RBB) | RECEIVED DATE: August 5, 2016 |
|---|---|
| CASE TITLE: United States of America v. Fallbrook Public Utility District | |
| DOCUMENT ENTITLED: Letter to Judge Brooks from Attorney Randy R. Maher | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Ex parte communications with the Court are prohibited.

Date Forwarded: **August 12, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, ~~and it is ORDERED that the Clerk serve a copy of this order on all part~~ies. |

Rejected documents to be returned ~~to pro se or inmate?~~ ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: August 12, 2016         CHAMBERS OF:  Hon. Ruben B. Brooks

cc: All Parties              By: _____