JAMES B. GILPIN, Bar No. 151466
james.gilpin@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA  92101
Telephone:  (619) 525-1300
Facsimile:  (619) 233-6118

Attorneys for Defendant
RANCHO CALIFORNIA WATER
DISTRICT on behalf of the Santa Margarita
River Watershed Watermaster Steering
Committee

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No.  51-cv-01247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPOINT REPLACEMENT WATERMASTER FOR SANTA MARGARITA RIVER WATERSHED<br><br>Date:      November 18, 2016<br>Time:      1:30 p.m.<br>Dept.:     2D |

MEM. OF P.&A. IN SUPP. OF MOT. TO
APPOINT REPLACEMENT WATERMASTER
51-cv-01247-GPC-RBB

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

1    Defendant Rancho California Water District, on behalf of the Santa

2    Margarita River Watershed Watermaster Steering Committee, respectfully submits

3    the following memorandum of points and authorities in support of the motion to

4    appoint a replacement watermaster for the Santa Margarita River Watershed.

5    **Background**

6    In 1966, a Modified Final Judgment and Decree ("Judgment") was entered

7    by the United States District Court ("Court") in the case of the *United States v.*

8    *Fallbrook Public Utility District, et al.*, Case No. 1247-SD-T, pursuant to which the

9    Court retained continuing jurisdiction of all surfaces waters, and all underground or

10   subsurface waters, within the Santa Margarita River Watershed ("Watershed") to

11   administer and enforce the provisions of the Judgment.

12   On February 3, 1989, the Court entered an Order for the Appointment of a

13   Steering Committee ("1989 Steering Committee Order"), [Doc. No. 4805],

14   appointing a steering committee known as the Santa Margarita River Watershed

15   Watermaster Steering Committee ("Steering Committee").  Initially, the Steering

16   Committee was comprised of a representative appointed by each of the following

17   parties: the United States of America, Fallbrook Public Utility District, and Rancho

18   California Water District.  The Steering Committee is currently comprised of a

19   representative appointed by the United States of America, Fallbrook Public Utility

20   District, Rancho California Water District, Eastern Municipal Water District,

21   Metropolitan Water District of Southern California, Pechanga Band of Luiseño

22   Mission Indians, and Western Municipal Water District.

23   Pursuant to the 1989 Steering Committee Order, the duties and

24   responsibilities of the Steering Committee include recommending to the Court a

25   candidate for the position of Watermaster in the Santa Margarita Watershed

26   ("Watermaster").  On November 15, 2005, the Court entered an order authorizing

27   the Steering Committee to negotiate and execute an employment contract with

28   Charles W. Binder to serve as the Watermaster for the Watershed.  Thereafter, on

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

1   February 21, 2006, the Steering Committee entered into a written agreement with

2   Binder & Associates Consulting, Inc., to serve as the Watermaster for the

3   Watershed.  Mr. Binder has served as the Watermaster since that time.

4       On or about January 4, 2016, Mr. Binder announced his decision to cease

5   serving as the Watermaster as of the end of 2016.  Following this announcement,

6   the Steering Committee developed and undertook a proposed process for the search

7   and selection of the new Watermaster.  On April 6, 2016, Mr. Binder and some of

8   the members of the Steering Committee and their representatives met with the

9   Court to discuss the proposed search and selection process.  The Court consented to

10  the Steering Committee undertaking the search process and making a

11  recommendation for the appointment of a new Watermaster.

12      Thereafter, the Steering Committee appointed a Watermaster Selection

13  Committee, which conducted the selection process and which has designated three

14  candidates to be considered for the appointment as the new Watermaster upon the

15  retirement of Mr. Binder.  The three finalists, in order of preference, are (1) Brian J.

16  Brady of Brian J. Brady and Associates, (2) Michael J. Preszler of ECORP, and (3)

17  Robert C. Wagner/David Shaw of Wagner & Bonsignore & Balance Hydrologics,

18  Inc.

19      The Steering Committee now respectfully requests that the Court enter the

20  proposed order attached to the Notice of Motion and Motion as Exhibit "B,"

21  selecting Mr. Brady as the next Watermaster and authorizing the Steering

22  Committee to complete negotiations of an agreement with him.  The appointment

23  of the current Watermaster Mr. Binder shall cease upon the effective date for Mr.

24  Brady to commence serving as the new Watermaster.

25      A hearing on the Motion has been scheduled for November 18, 2016, at 1:30

26  p.m., in Department 2D (2nd Floor – Schwartz), Suite 2190, of the United States

27  District Court Southern District Of California, located  221 West Broadway in San

28

MEM. OF P.&A. IN SUPP. OF MOT. TO
APPOINT REPLACEMENT WATERMASTER
51-cv-01247-GPC-RBB

Diego, California, 92101.  The Steering Committee provided notice of the motion and hearing as follows:

1. Electronic filing through the CM/ECF system for parties receiving electronic notice and notice by mail for those mail-only parties registered with the Court;

2. Mailing to recipients on the current Watermaster Distribution List;

3. Physical posting of Notice of Hearing at Fallbrook Public Utility District, Rancho California Water District, and the Anza Post Office; and

4. Publication in the following three newspapers: (a) High Country Journal; (b) Press Enterprise; and (c) San Diego Union-Tribune (North County).

Pursuant to Civil Rule 7.1.e.2, the Notices provided that any opposition to this motion must be filed and served no later than November 4, 2016.

Dated:  September 30, 2016              BEST BEST & KRIEGER LLP


By: /s/ James B. Gilpin
    JAMES B. GILPIN
    Attorneys for Defendant
    RANCHO CALIFORNIA WATER
    DISTRICT on behalf of the Santa
    Margarita River Watershed
    Watermaster Steering Committee

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101

MEM. OF P.&A. IN SUPP. OF MOT. TO
APPOINT REPLACEMENT WATERMASTER
51-cv-01247-GPC-RBB