Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Dept.:　9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenor Ramona Band of Cahuilla (Tribe) respectfully moves this Court for a 90-day extension of the stay of litigation until January 16, 2017. Under this Court's Order of July 18, 2016 (Doc. 5528), the current stay expires on October 17, 2016. Counsel for the Tribe is authorized to state that the United States, Cahuilla Band of Indians, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, the Greenwald Landowners, Hemet Unified School District and Agri-Empire do not oppose the Tribe's request to extend the stay for 90 days. The Anza Basin Landowners Group opposes an extension of the stay.

Since the last stay extension, the settlement parties have focused their settlement efforts on enhancing their knowledge and understanding of the relationship between groundwater recharge and production in the Anza Groundwater Basin and Cahuilla Groundwater Basin. This technical understanding is necessary to enable the parties to assess the adequacy of the provisions of the draft settlement agreement related to groundwater management under the principle of Safe Yield, and to inform the development of a groundwater management plan that meets sustainability goals. The settlement parties have also discussed certain proposed revisions to the draft settlement agreement. Those discussions are continuing.

Since the last status report, the settlement parties took action or discussed outstanding issues on the following dates:

July 28:    Telephonic meeting among Ramona Band of Cahuilla, Cahuilla Band of Indians and the United States.

August 10:  Various settlement parties lodged settlement briefs with U.S. Magistrate Judge Ruben B. Brooks.

In-person meeting among all settlement parties.

August 17:     Telephonic settlement conference with U.S. Magistrate Judge Brooks.

September 14: Settlement parties' Technical Committee telephonic meeting to discuss technical issues related to Safe Yield provisions of draft settlement agreement.

September 28: Settlement parties' Technical Committee telephonic meeting on Safe Yield issues.

October 5:     Telephonic meeting of all settlement parties.

In addition, counsel for the parties have conducted teleconferences outside the larger group meetings as necessary to continue progress toward resolving outstanding issues. Further, the Ramona Band of Cahuilla, Cahuilla Band of Indians and the United States are scheduled to meet with U.S. Magistrate Judge Brooks on October 18, 2016.

The settlement parties that concur in this motion are committed to continuing these discussions. A 90-day extension of the stay will permit them to continue settlement efforts without the cost or distraction of litigation.

For these reasons, the Ramona Band of Cahuilla respectfully requests that the stay of litigation be extended to January 16, 2017.

Date:  October 17, 2016                           Respectfully submitted,

                                                  BERKEY WILLIAMS LLP

                                                  By:  s/Curtis G. Berkey
                                                       Curtis G. Berkey
                                                       2030 Addison Street, Suite 410
                                                       Berkeley, California  94704
                                                       Tel: 510/548-7070
                                                       Fax: 510/548-7080
                                                       E-mail: cberkey@berkeywilliams.com

                                                       *Attorney for Plaintiff-Intervenor,*
                                                       *Ramona Band of Cahuilla*

2

CIVIL NO.: 51-CV-1247-GPC-RBB