WATERMASTER
SANTA MARGARITA RIVER WATERSHED
P.O. Box 631
Fallbrook, California 92088
(760) 728-1028
FAX (760) 728-1990



**FILED**

Oct 17 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ darcig        DEPUTY

October 14, 2016

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA 92101

Re:   *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
      Final Annual Watermaster Report for Water Year 2014-15

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2014-15. Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on August 8, 2016, and comments and suggestions were incorporated into the final report as reflected in responses provided to the particular commenter.

Copies of this letter and the Annual Watermaster Report were mailed on October 14, 2016, to the parties listed on the Watermaster distribution list provided below. In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA. Ten copies of the report have been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be mailed to any party requesting a copy.

The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service. Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 2 of 9

As indicated above the three PDF files for the report are contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions, please do not hesitate to call.

Sincerely,

Charles W. Binder, P.E.
Watermaster

CWB:aen
Enclosures
cc (w/ Hard Copy of Encl.):  Honorable Ruben B. Brooks
                              Distribution List – Attached

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 3 of 9

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA  92507-2154

Doug Garcia, Esq.
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA  95825

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Rm W-2821
Sacramento, CA  95825

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Chris Watson, Esq.
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. -- M.S. 6513
Washington, D.C.  20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA  92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA  92064

Matthew K. Landon
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA  92220-5176

Daniel Salgado, Chairperson
Cahuilla Band of Indians
P. O. Box 391760
Anza, CA  92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA  95482

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO  80524

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA  92055-5013

Dan Bartu
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA  92055-5013

David DePoy
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA  92055-5013

Case 3:51-cv-01247-JO-SBC   Document 5534   Filed 10/17/16   PageID.65114   Page 4 of 9

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 4 of 9

Greg Seaman
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Jean Moran
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Charles J. Bachmann
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Zandro Mallari
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Michele Buriss
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Dr. Brian J. Brady
General Manager
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA 92028

Martha H. Lennihan, Esq.
Lennihan Law
1661 Garden Highway, #102
Sacramento, CA 95833

Keith Nobriga
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA 92596

Darwin Potter
Metropolitan Water District
Skinner Branch
33740 Borel Road
Winchester, CA 92596

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 5 of 9

Heriberto Diaz, Esq.
Senior Deputy General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Mark Macarro
Pechanga Tribal Chairman
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Marc Luker
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Eagle Jones
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Mike Luker
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer &
Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Steve Larson
S.S. Papadopulos & Assoc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Dennis A. Sanford
Board of Directors
Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Erick Miller
Aspect Consulting, LLC
350 Madison Avenue North
Bainbridge Island, WA 98110

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA 92536

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 6 of 9

| | | |
|---|---|---|
| Andy Webster<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Eva Plajzer<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Warren Back<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Rich Ottolini<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Piero C. Dallarda, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 | James B. Gilpin, Esq.<br>Best, Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-8493 |
| Craig Elitharp<br>Kennedy Jenks Consultants<br>Three Better World Circle, Suite 200<br>Temecula, CA 92590 | Ray Lyons<br>Kennedy Jenks Consultants<br>3210 El Camino Real, Suite 150<br>Irvine, CA 92602-1365 | Dr. Dennis Williams<br>GEOSCIENCE Support Services Inc.<br>P. O. Box 220<br>Claremont, CA 91711 |
| Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 | Jason Uhley<br>Riverside Co. Flood Control<br>1995 Market Street<br>Riverside, CA 92501 | Todd Shibata<br>Riverside County Waste Mgmt<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| Jack Easton<br>Riverside Land Conservancy<br>4075 Mission Inn Avenue<br>Riverside, CA 92501 | Pamela Walls, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Raymond M. Mistica, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 |
| John Rossi, General Manager<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Karly Gaynor<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Tim Barr<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Brenda Dennstedt<br>Board of Directors<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Jill Willis, Esq.<br>Best Best & Krieger<br>300 S. Grand Ave. 25th Floor<br>Los Angeles, CA 90071 | Jason M. Ackerman, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 | Timothy Ross<br>Chief, Groundwater Section<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 7 of 9

Kelly Lawler
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

John O'Hagen
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Bob Rinker
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA 92383

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

AVMAC
Attn: Secretary
P. O. Box 391076
Anza, CA 92539-0908

Elsa Barton
217 No. Palm
Hemet, CA 92543

Bluebird Ranch
c/o Abraham Poladian
P.O. Box 1089
Fallbrook, CA 92088

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA 91604

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539

Larry Carlson
39325 De Luz Road
Fallbrook, CA 92028

Chambers Family LLC
c/o Thomas Montllor
910 N. Pacific Street, Apt. # 38
Oceanside, CA 92054

Ruth Cyriacks
P.O. Box 2024
Oakhurst, CA 93644-2024

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA 92614

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA 92590

EG High Desert Properties, LLC
12881 Bradley Avenue
Sylmar, CA 91342

EMARCD
21535 Palomar St., Suite A
Wildomar, CA 92595

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA 90036

Les Harris
44700 Sage Road – H
Aguanga, CA 92536

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 8 of 9

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA 92593

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Hill Springs Farms, LLC
P. O. Box 1946
Duarte, CA 91009

Zen-Kamata, LLC
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Dan Walsh
42551 Highway 79S.
Aguanga, CA 92536

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA 92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA 92614

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Richard & Christine McMillan
Gary & Patricia McMillan
c/o McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Bertha Mendoza
35853 Calle Nopal
Temecula, CA 92592

Frank C. Miller
Jane Grabowski-Miller
930 Cornell Court
Madison, WI 53705

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

William and Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

WATERMASTER
SANTA MARGARITA RIVER WATERSHED

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2014-15
October 14, 2016
Page 9 of 9

Wes Strickland, Esq.
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
P.O. Box 13130
San Bernardino, CA 92423-3130