JAMES L. MARKMAN (043536)
B. TILDEN KIM (143937)
PATRICK D. SKAHAN (286140)
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Anza Basin Represented Landowner Group

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>　　　　Plaintiff-Intervenors,<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**CERTIFICATE OF SERVICE**<br><br>Current Stay Expiration Date:  October 17, 2016<br><br>Magistrate Judge:  Ruben B. Brooks |

# CERTIFICATE OF SERVICE

I, Linda I. Pomatto, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On October 17, 2016, I served the within document(s) by using the CMECF system, which generated and transmitted a notice of electronic filing to the following CMIECF registrants described as

**ANZA BASIN REPRESENTED LANDOWNER GROUP'S OPPOSITION TO MOTION FOR EXTENSION OF STAY**

Alice E. Walker; awalker@mmwclaw.com; dvitale@mmwclaw.com
Bill J. Kuenzinger: bkuenzinger@bdasports.com; rjones@bhsmck.com
Charles W. Binder; cwbinder@smrwm.org
Curtis G. Berkey; cberkey@abwwlaw.com
Daniel E. Steuer; dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding; jhester@mccarthyholthaus.com
David Leventhal; davelevlaw@yahoo.com
David Philip Colella; dcolella@flsd.com
Donald R. Timms; dontimms@san.it.com
F. Patrick Barry; Patrick.barry@usdoj.gov
Gary D. Leasure; gleasure@garydleasure.com
George Chakmakis; George@chakmakislaw.com
Gerald (Jery) Blank; gblank@san.IT.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan; hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne; hwkuehne@pacbell.net
James B. Gilpin; james.gilpin@bbklaw.com
James Michael Powell; jpowellesq@gmail.com
Johnathan M. Deer; jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
John Christopher Lemmo; jl@procopio.com; laj@procopio.com
Joseph A. Vanderhorst; jvanderhorst@mwdh2o.com
Katie Brossy, kbrossy@akingump.com
Kevin Patrick Sullivan; ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Lester J. Marston; marston1@pacbell.net
Linda Caldwell; goforthvillage2@yahoo.com
Marcia L. Scully; mscully@mwdh2o.com
Marilyn H. Levin; Marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel; mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green; matthew.green@bbklaw.com; Amelia.mendez@bbklaw.com
Michael Duane Davis; Michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples; mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patrick Grace Rosenberg; prosenberg@hnattorneys.com
Richard Alvin Lewis; Rlewis@RichardLewis.com
Robert J. James; bob@fallbrooklawoffice.com
Robert K. Jassoy; rjassoy@jayyoylaw.com
Robert K. Edmunds; robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bic.com
Robert M. Cohen; rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott W. Williams; swilliams@abwwlaw.com
Steve Bodmer, sbodmer@pechanga-nsn.gov

-1-

-2-

Thomas C. Caldwell; goforthvillage2@yahoo.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov
Timothy P. Johnson; tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Kosh; wkosha@koskalaw.com; alice.ross@cimlawfirm.com;
bill.koska@clmlawfirm.com

I further certify that on October 18, 2016, I caused to be served the following documents:

**ANZA BASE REPRESENTED LANDOWNER GROUP'S OPPOSITION TO MOTION FOR EXTENSION OF STAY**

by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, addressed on the attached Service List:

_____LINDA I. POMATTO_____          _____/s/ Linda Pomatto_____
(Type or print name)                              (Signature)

## SERVICE LIST

| | |
|---|---|
| Anna Gale James<br>Donna Gage<br>40275 Curry Court<br>Aguanga, CA  92536 | Carl Gage<br>Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA  92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA  90740 | Edward Lueras<br>Carol Lueras<br>623 Beverly Boulevard<br>Fullerton, CA  96833 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA  92536 | Robert Mannschreck<br>Diane Mannschreck<br>1600 Kiowa Avenue<br>Lake Havasu City, AZ  86403 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA  92536 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA  92014-2932 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA  94117 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA  92014-2932 |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA  92536 | Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA  92539 |
| Barbara Cole<br>40225 Curry Court<br>Aguanga, CA  92536 | Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA  92506 |
| Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA  92028 | |

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

-3-

12663-0002\1488299v1.doc