**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-cv-1247-GPC-RBB |
| Plaintiff, | |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | **ORDER GRANTING MOTION TO EXTEND STAY** |
| Plaintiffs-Intervenors, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

A Motion to Extend Stay was filed by Plaintiff-Intervenor the Ramona Band of Cahuilla, Dkt. No. 5532), and an opposition was filed by Anza Basin Represented Landowner Group, (Dkt. No. 5533).  The Anza Basin Represented Landowner Group asserts that the stay "should not be further extended if settlement negotiations are actually at an impasse." (Dkt. No. 5533 at 2.)  Subsequently, an in-person settlement conference was held on October 18, 2016.  (Dkt. No. 5536.)  Another telephonic attorneys-only settlement was held on October 20, 2016.  (Dkt. No. 5537.)  Another in-person settlement conference is currently set for November 16, 2016.  (Id.)  Since

/ / / /

/ / / /

1   settlement negotiations do not appear to be at an impasse, the Court GRANTS the

2   motion to extend the stay.  Accordingly, IT IS HEREBY ORDERED that the motion

3   is granted and the stay is extended until **January 16, 2017.**

4       **IT IS SO ORDERED.**

5   DATED:  November 2, 2016

6

7   HON. GONZALO P. CURIEL
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28