JAMES B. GILPIN, Bar No. 151466
james.gilpin@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway
15th Floor
San Diego, CA  92101
Telephone:  (619) 525-1300
Facsimile:  (619) 233-6118

RANCHO CALIFORNIA WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  51-cv-01247-GPC-RBB |
|---|---|
| Plaintiff, | Judge: Hon. Gonzalo P. Curiel |
| v. | PROOF OF PUBLICATIONS RE NOTICE OF HEARING ON MOTION TO APPOINT NEW WATERMASTER |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendant. | |

# The San Diego
# Union-Tribune

**Bill To:**
Best Best & Krieger LLP – CU00540725
3390 University Ave
Fl 5
Riverside,CA 92502

**This space is for the County Clerk's Filing Stamp**

### PROOF OF PUBLICATION
### (2015.5 C.C.P.)

**STATE OF ILLINOIS**
**County of Cook**

I am a citizen of the United States and a resident of
the County aforesaid; I am over the age of eighteen
years and not a party to or interested in the above-
entitled matter.  I am the principal clerk of the printer
of

**The San Diego Union Tribune**

Formerly known as the North County Times and UT
North County and which newspaper has been
adjudicated as a newspaper of general circulation by
the Superior Court of the County San Diego, State of
California, for the City of Oceanside and the City of
Escondido, Court Decree numbers 172171, 171349,
for the County of San Diego that the notice of which
the annexed is a printed copy (set in type not smaller
than nonpareil), has been published in each regular
and entire issue of the said newspaper and not in
any supplement thereof on the following dates, to-
wit:

Oct 07, 2016; Oct 14, 2016

I certify (or declare) under the penalty of perjury that
the foregoing is true and correct.

Dated at Chicago, Illinois on this
2nd day of November, 2016

Taylor Wash
Legal Advertising

| Proof of Publication of |
| --- |
| See Attached |

4498490

# The San Diego
# Union-Tribune

**Bill To:**

Best Best & Krieger LLP - CU00540725

3390 University Ave, Fl 5

Riverside,CA 92502

NOTICE OF HEAR-
ING BEFORE THE
UNITED STATES
DISTRICT COURT
SOUTHERN DIS-
TRICT OF CALIFOR-
NIA

Case No. 51-cv-
01247-GPC-RBB
Judge: Hon. Gon-
zalo P. Curiel
Date: November 18,
2016
Time: 1:30 p.m.
Dept.: 2D

UNITED STATES OF
AMERICA,
Plaintiff,
v.
FALLBROOK PUBLIC
UTILITY
DISTRICT, et al.,
Defendants.
Notice is Hereby
Given that on No-
vember 18, 2016, at
1:30 p.m., or as soon
thereafter as the mat-
ter may be heard in
the above-entitled
Court, located in
Courtroom 2D (2nd
Floor – Schwartz),
Suite 2190, 221 West
Broadway, San Diego,
California, 92101,
the Santa Margarita
River Watershed Wa-
termaster Steering
Committee will move
the Court for an order
(1) appointing Brian J.
Brady of Brian J. Brady
and Associates, or al-
ternatively Michael
J. Preszler of ECORP,
or alternatively Rob-
ert C. Wagner/David
Shaw of Wagner &
Bonsignore & Balance
Hydrologics, Inc., as
the new Watermaster
for the Santa Margar-
ita River Watershed
to fulfill the roles and
responsibilities set
forth in the Order for
the Appointment of a
Watermaster; Powers
and Duties [Doc. No.
4809]. Copies of the
Motion may be ob-
tained during normal
working hours at the
offices of either of the
following:

Fallbrook Public Util-
ity District
990 East Mission Road
Fallbrook, California

Rancho California Wa-
ter District
42135 Winchester
Road
Temecula, California

Pursuant to Civil
Rule 7.1.e.2, any op-
position to this mo-
tion must be filed
and served no later
than November 4,
2016.

4498490

# THE PRESS-ENTERPRISE

1825 Chicago Ave, Suite 100
Riverside, CA 92507
951-684-1200
951-368-9018 FAX

## PROOF OF PUBLICATION
### (2010, 2015.5 C.C.P)

Publication(s): The Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.:

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper in general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673, under date of August 25, 1995, Case Number 267864, and under date of September 16, 2013, Case Number RIC 1309013; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

**10/07, 10/14/2016**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: Oct 14, 2016

At: Riverside, California

_____
Legal Advertising Representative, The Press-Enterprise

BEST BEST & KRIEGER LLP
P.O. BOX 1028
RIVERSIDE, CA 92502

Ad Number: 0010204275-01

P.O. Number:

---

**NOTICE OF HEARING BEFORE THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, | Case No. 51-cv-01247-GPC-RBB |
| | Judge: Hon. Gonzalo P. Curiel |
| v. | Date: November 18, 2016 |
| **FALLBROOK PUBLIC UTILITY DISTRICT, et al.,** Defendants. | Time: 1:30 p.m. |
| | Dept.: 2D |

**Notice is Hereby Given** that on November 18, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in Courtroom 2D (2nd Floor – Schwartz), Suite 2190, 221 West Broadway, San Diego, California, 92101, the Santa Margarita River Watershed Watermaster Steering Committee will move the Court for an order (1) appointing Brian J. Brady of Brian J. Brady and Associates, or alternatively Michael J. Preszler of ECORP, or alternatively Robert C. Wagner/David Shaw of Wagner & Bonsignore & Balance Hydrologics, Inc., as the new Watermaster for the Santa Margarita River Watershed to fulfill the roles and responsibilities set forth in the Order for the Appointment of a Watermaster; Powers and Duties [Doc. No. 4809]. Copies of the Motion may be obtained during normal working hours at the offices of either of the following:

| Fallbrook Public Utility District | Rancho California Water District |
| 990 East Mission Road | 42135 Winchester Road |
| Fallbrook, California | Temecula, California |

**Pursuant to Civil Rule 7.1.e.2, any opposition to this motion must be filed and served no later than November 4, 2016.**

10/7, 10/14

# THE PRESS-ENTERPRISE

1825 Chicago Ave, Suite 100
Riverside, CA 92507
951-684-1200
951-368-9018 FAX

## PROOF OF PUBLICATION
### (2010, 2015.5 C.C.P)

Publication(s): The Press-Enterprise

PROOF OF PUBLICATION OF

Ad Desc.:

I am a citizen of the United States. I am over the age of eighteen years and not a party to or interested in the above entitled matter. I am an authorized representative of THE PRESS-ENTERPRISE, a newspaper in general circulation, printed and published daily in the County of Riverside, and which newspaper has been adjudicated a newspaper of general circulation by the Superior Court of the County of Riverside, State of California, under date of April 25, 1952, Case Number 54446, under date of March 29, 1957, Case Number 65673, under date of August 25, 1995, Case Number 267864, and under date of September 16, 2013, Case Number RIC 1309013; that the notice, of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

**10/07, 10/14/2016**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Date: Oct 14, 2016

At: Riverside, California

Legal Advertising Representative, The Press-Enterprise

BEST BEST & KRIEGER LLP
P.O. BOX 1028
RIVERSIDE, CA 92502

Ad Number: 0010204275-01

P.O. Number:

---

**NOTICE OF HEARING BEFORE THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, | Case No. 51-cv-01247-GPC-RBB |
|---|---|
| v. | Judge: Hon. Gonzalo P. Curiel |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. | Date: November 18, 2016 |
| | Time: 1:30 p.m. |
| | Dept.: 2D |

**Notice is Hereby Given** that on November 18, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in Courtroom 2D (2nd Floor – Schwartz), Suite 2190, 221 West Broadway, San Diego, California, 92101, the Santa Margarita River Watershed Watermaster Steering Committee will move the Court for an order (1) appointing Brian J. Brady of Brian J. Brady and Associates, or alternatively Michael J. Preszler of ECORP, or alternatively Robert C. Wagner/David Shaw of Wagner & Bonsignore & Balance Hydrologics, Inc., as the new Watermaster for the Santa Margarita River Watershed to fulfill the roles and responsibilities set forth in the Order for the Appointment of a Watermaster; Powers and Duties [Doc. No. 4609]. Copies of the Motion may be obtained during normal working hours at the offices of either of the following:

| Fallbrook Public Utility District | Rancho California Water District |
|---|---|
| 990 East Mission Road | 42135 Winchester Road |
| Fallbrook, California | Temecula, California |

**Pursuant to Civil Rule 7.1.e.2, any opposition to this motion must be filed and served no later than November 4, 2016.**

10/7, 10/14

PAGE 20 — HIGH COUNTRY JOURNAL — OCTOBER 7, 2016

# ❋ CLASSIFIED ADS ❋

## HELP WANTED

**Anza Gas Service INC.** is now accepting applications for a class B CDL delivery driver. Responsibilities: Drive a bobtail propane delivery truck, fill tanks at residential and commercial sites, 15-40 stops per day. Work outdoors & drive in all types of weather, plus misc. service work after your route is completed. QUALIFICATIONS: High school diploma or equivalent, at least 21 years old, proficient verbal & written communication skills, Class "B" CDL with Haz Mat, Tanker, Air brake endorsements & acceptable driving history. Plus benefits. Anza Gas Service is a drug and smoke free workplace. Cadidates must be able to pass a pre-employment drug & alcohol test and random screening, and criminal background check. To apply, please come into the Anza Gas office located at 56380 HWY 371 in Anza. (951)763-4422

## WANTED

• • • • • • • • • • • • • •
WE BUY CARS & TRUCKS
All years, makes & models
Local dealer lissensed & bonded
VALLEY AUTO SALES
AGUANGA
951-763-5502 - JOE
• • • • • • • • • • • • • •

## BUSINESS OPPORTUNITIES

### GOT WATER!!!!

OPPORTUNITY OF THE DECADE, Turn-key 50 year well drilling business complete with all equipment to start making $$, prime location, tons of equipment, lots of GOODWILL, "HUGGGE"!! PRODUCING COMMERCIAL WELL, over 5 acres fenced and cross fenced, all usable, a place to call home with plenty of storage. PLUS large workshop. Everthing is included, including the keys.

OVERLAND REALTY CALL BOB FOR DETAILS 951-763-2500 BRE#00891360

## FOR SALE

### GOATS FOR SALE

NIGERIAN DWARF KIDS

4 MONTHS OLD.

CUTE, FRIENDLY FEMALES:
3 GOLD AND WHITE
1 BLACK AND WHITE

BREED FOR MILK, CHEESE, SOAP.

PRICE NEGOTIABLE

CALL 951-763-2401

FOR SALE: DUAL FUEL GENERATOR, new in box. 4400 peak, 3500 running watts. CARB Compliant. $480. 951-312-3863

### FOR SALE:

1997 27' Fleetwood Prowler Travel Trailer. 5th Wheel. Slide-out. Everything works! Must pick up. $6,500.

**951-240-1038**



## REAL ESTATE FOR SALE

**There's No Place Like Home.** Plenty of space. Warm finishes. Huge Game Rm, Oversize Garage. Room for Horse, Toys or Shop on additional engineered pad. Interiors boast of hardwood and travertine floors, custom cabinets, granite counters Reduced energy use due to high efficiency fireplace, ceiling fans and tight insulation. Easy care central vacuum. Great views throughout the home. Picture yourselves is this Custom Home. 951-767-2400 DCH Real Estate BRE 01885202

**4 Bedrooms plus a Den** on 2.73 manicured acres. Clean, spacious generous floor plan. Open easy-flow Kitchen. Built to last. Silvercrest Superfloor and a 50 year roof. One of a kind. Plus well manicured fenced front and rear yard. Ample fenced vegetable garden area. Over-sized 2 car garage, garden sheds, cross fencing. Super-clean. 951-767-2400 DCH Real Estate BRE 01885202

**Buildable 5 acre lot,** in private area of Sage and Wilson Valley. Property is intersected by 2 dirt roads, but still has plenty of open, private space on both sides to develop. Perfect for a custom manufactured home or agricultural development. Potential for development on separate areas of property for added privacy and possibilities. Electric close by. Come and see this unique parcel before it's gone! 951-767-2400 DCH Real Estate BRE 01885202

## FOR RENT

**2010 Skyline manufactured home,** second unit on 20 acre ranch. Separate fenced yard, with separate electronic, gated entrance. Home has large kitchen with center island, refrigerator, stove & dishwasher inc. Split floor plan, master bath with garden tub, his & hers sinks and huge walk in closet. Wood stove in living room, separate dining area, new laminate flooring in living room & dining area. Indoor laundry room, large deck wrap around deck. Horses welcome, dogs negotiable ( additional security required), NO CATS, NO 420. Separate utilities. One year lease required. All applicants must have credit check and proof of income. $1250/mo. Cadillac Ranch Real Estate BRE 01407873 (951) 551 -7676. www.cadillacranchrealestate.com

**Nice 2 bedroom, 2 bath,** two story, plus bonus room and covered patio. Large carport, washer hookup, fridge, landscaped, 1132 sq.ft. Pets negotiable. Credit check. $950/mo. + electricity. 951-312-3863

### HOMES FOR RENT

2 bedroom, 2 bath
From $650 to $900 per month

3 bedroom, 2 bath
From $800 to $1100 per month

**Anza Pines Mobile Home Park**
53651 Highway 371, Anza, CA

**951-763-4160**

**3 bedroom 2 bath** on over 4 acres small arena, fenced and cross fenced bring the ponies to this elevated picture perfect home on the range only $1200 per month in Upper Aguanga. Overland Realty 951-763-2500 BRE# 00891360

## COMMERCIAL/OFFICE FOR RENT

**Restaurant Bldg For Rent** - Possibly divisible; total square footage 2700+ s/f. Rent is negotiable with long-term lease. Ask for Bob: OVERLAND REALTY 951-763-2500 BRE#00891360

## RENTERS WANTED

**RENTALS NEEDED.** Put your empty home to work for you. We have waiting tenants who can pay you rent. Overland Realty BRE#00891360 951-763-2500

**PROFESSIONAL PROPERTY MANAGEMENT:** With over 30 years of experience, professional service and fantastic customer satisfaction, I am the premier provider of residential property management services. My eviction rate is less than 1%. I perform comprehensive screening leaving only the high quality tenants. This allows me to keep your property occupied. We never markup maintenance and repairs on your home. Our philosophy is to always be transparent and honest to our owners and tenants. Let me maximize your return on your investment and minimize the headaches. Call for a free quote! Sharon Evans, Cadillac Ranch Real Estate BRE#01407873 (951) 551-7676

## SERVICES OFFERED

### ANZA ATTORNEY RANDY R. MAHER

*by Appointment Only*

**(951) 294-8121**

Civil, Criminal and Transactional Law Living Trusts

Sorry,
No Family Law Matters

## LEGAL NOTICES

**NOTICE OF HEARING BEFORE THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FALLBROOK PUBLIC UTILITY DISTRICT, et al., Defendants. | Case No. 51-cv-01247-GPC-RBB<br><br>Judge: Hon. Gonzalo P. Curiel<br>Date: November 18, 2016<br>Time: 1:30 p.m.<br>Dept.: 2D |

Notice is Hereby Given that on November 18, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in Courtroom 2D (2nd Floor – Schwartz), Suite 2190, 221 West Broadway, San Diego, California, 92101, the Santa Margarita River Watershed Watermaster Steering Committee will move the Court for an order (1) appointing Brian J. Brady of Brian J. Brady and Associates, or alternatively Michael J. Preszler of ECORP, or alternatively Robert C. Wagner/David Shaw of Wagner & Bonsignore & Balance Hydrologics, Inc., as the new Watermaster for the Santa Margarita River Watershed to fulfill the roles and responsibilities set forth in the Order for the Appointment of a Watermaster; Powers and Duties [Doc. No. 4809]. Copies of the Motion may be examined during normal working hours at the offices of any of the following:

| Fallbrook Public Utility District<br>990 East Mission Road<br>Fallbrook, California | Rancho California Water District<br>42135 Winchester Road<br>Temecula, California |
|---|---|
| Anza Post Office<br>38775 Contreras Road<br>Anza, California | |

Pursuant to Civil Rule 7.1.e.2, any opposition to this motion must be filed and served no later than November 4, 2016.

*****************

**PROOF OF SERVICE**

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of these documents via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E).

PROOF OF PUBLICATIONS RE NOTICE OF HEARING ON
MOTION TO APPOINT NEW WATERMASTER

Executed on November 2, 2016, at San Diego, California.

Lynn Clark

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CA 92101