JAMES B. GILPIN, Bar No. 151466
james.gilpin@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway
15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

RANCHO CALIFORNIA WATER DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　Defendant. | Case No. 51-cv-01247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br><br>PROOF OF SERVICE |

60028.00002\29186026.1
11/3/16

PROOF OF SERVICE

**PROOF OF SERVICE**

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of these documents via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E). Any other counsel of record and parties will be served by first class mail this 3rd day of November 2016.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 3, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

PROOF OF PUBLICATIONS RE NOTICE OF HEARING ON
MOTION TO APPOINT NEW WATERMASTER

in a sealed envelope, postage fully paid, addressed as follows:

*See Attachment A*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 3, 2016, at San Diego, California.

_____
Lynn Clark

60028.00002\29263336.1

ATTACHMENT A
*UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

John Ellison
49975 Indian Rock
Aguanga, CA 92536

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA  95482

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506