OFFICIAL BUSINESS

NIXIE        914        SE 1        91 11/01/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101388020          *1052-05882-01-26

92101<3806

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

FILED
NOV - 7 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES POSTAGE
$ 00.46⁵
PITNEY BOWES

FWD

## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES            Case No. 51cv1247 GPC(RBB)
                                                Time Spent: 35 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                      Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul (present) |

### Defendants

| | |
|---|---|
| Chuck Binder (present) | John Flocken (present) |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |

PROCEEDINGS: _____ In Chambers   _____ In Court   __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorneys Michael Zarro and Marilyn Levin)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (attorney Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

An in-person settlement conference is set for <u>November 16, 2016, at 9:00 a.m.</u> with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorneys Michael Zarro and Marilyn Levin)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman and John Flocken

10. Agri-Empire, Inc. (attorney Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

The parties may submit settlement briefs directly to chambers no later than November 10, 2016.

DATE: <u>October 20, 2016</u>     IT IS SO ORDERED: _____
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers\Brooks\CAJFC\USA-FALLBROOK\MINUTE ORDERS\Minute61.wpd