UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
NOV 14 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY



NOV 14 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED



PRESORTED FIRST CLASS
UNITED STATES POSTAGE
PITNEY BOWES
02 1R         $ 00.46⁵
0002006475   NOV 04 2016
MAILED FROM ZIP CODE 91950

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

914 NFE 1    A15F0011/05/16
FORWARD TIME EXP   RTN TO SEND
JAMES ANNA GALE
11381 PROSPERITY FARMS RD APT 609
PALM BCH GDNS FL 33410-3460

RETURN TO SENDER

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br>Plaintiffs-Intervenors,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>Defendants. | CIVIL NO.: 51-cv-1247-GPC-RBB<br><br>**ORDER GRANTING MOTION TO EXTEND STAY** |

A Motion to Extend Stay was filed by Plaintiff-Intervenor the Ramona Band of Cahuilla, Dkt. No. 5532), and an opposition was filed by Anza Basin Represented Landowner Group, (Dkt. No. 5533). The Anza Basin Represented Landowner Group asserts that the stay "should not be further extended if settlement negotiations are actually at an impasse." (Dkt. No. 5533 at 2.) Subsequently, an in-person settlement conference was held on October 18, 2016. (Dkt. No. 5536.) Another telephonic attorneys-only settlement was held on October 20, 2016. (Dkt. No. 5537.) Another in-person settlement conference is currently set for November 16, 2016. (Id.) Since

/ / / /

/ / / /

Case No.: 51-cv-1247-GPC-RBB

1 | settlement negotiations do not appear to be at an impasse, the Court GRANTS the
2 | motion to extend the stay. Accordingly, IT IS HEREBY ORDERED that the motion
3 | is granted and the stay is extended until **January 16, 2017.**
4 | **IT IS SO ORDERED.**
5 | DATED: November 2, 2016

HON. GONZALO P. CURIEL
United States District Judge