## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GPC(RBB)

                                                                     Time Spent:
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                               Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Lester Marston | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick | Ronak Patel |
| Daniel Thompson | |

PROCEEDINGS:    ___ In Chambers    ___ In Court    ___ Telephonic

The in-person settlement conference set for November 16, 2016, is vacated and reset for December 14, 2016, at 9:00 a.m.  The parties may submit settlement briefs directly to chambers no later than December 7, 2016.

DATE: November 15, 2016         IT IS SO ORDERED:   _Ruben Brooks_
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record