1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| 12                      Plaintiff, | **ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON OBJECTIONS TO FINAL ANNUAL WATERMASTER REPORT FOR THE YEAR 2014-2015** |
| 13  RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS, | |
| 14                      Plaintiff- | |
| 15  Intervenors, | |
|         vs. | |
| 16 | |
| 17  FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| 18 | |
| 19                      Defendants. | |

20          On October 17, 2016, the Watermaster filed the Final Annual Watermaster
21   Report for the Water Year 2014-2015.  (Dkt. No. 5534.)  Pursuant to the 30 day
22   objection period, on November 15, 2016, the Court received three objections.  (Dkt.
23   Nos. 5544, 5555, 5546.)  Accordingly, the Watermaster shall file a response to the
24   objections on or before **December 9, 2016.**  Any reply to the Watermaster's response
25   / / / /
26   / / / /
27   / / / /
28

[51CV1247-GPC(RBB)]

shall be filed on or before **December 23, 2016**.  The Court sets a hearing on **January 13, 2017 at 1:30 p.m.** in Courtroom 2D to address the objections to the Annual Watermaster Report.

　　　　IT IS SO ORDERED.

DATED:  November 17, 2016

HON. GONZALO P. CURIEL
United States District Judge

[51CV1247-GPC(RBB)]