**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES      Case No. 51cv1247 GPC(RBB)

**Time Spent: 20 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE     Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Lester Marston | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick | Ronak Patel |
| Daniel Thompson | Margot Stebens (present) |

PROCEEDINGS: __X__ In Chambers __X__ In Court ____ Telephonic

An in-person settlement conference was held with the County of Riverside and the Hemet School District.

DATE: November 16, 2016     IT IS SO ORDERED: *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
     All Parties of Record