**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



NOV 21 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT...



UNITED STATES POSTAGE
PITNEY BOWES
02 1R      $ 00.46
0002006475   NOV 16 2016
MAILED FROM ZIP CODE 91950

FILED
NOV 22 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

925363S742 HC
92101>3806

914 NFE 1      A1510011/16/16
FORWARD TIME EXP    RTN TO SEND
JAMES ANNA GALE
11381 PROSPERITY FARMS RD APT 609
PALM BCH GDNS FL 33410-3423

RETURN TO SENDER

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES     Case No. 51cv1247 GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Lester Marston | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick | Ronak Patel |
| Daniel Thompson | |

PROCEEDINGS: _____ In Chambers    _____ In Court    _____ Telephonic

The in-person settlement conference set for November 16, 2016, is vacated and reset for December 14, 2016, at 9:00 a.m. The parties may submit settlement briefs directly to chambers no later than December 7, 2016.

DATE: November 15, 2016     IT IS SO ORDERED: *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute82.wpd