

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

FILED

DEC - 6 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Case 3:51-cv-01247-... Document 5547   Filed 11/17/16   Page 1 of 2

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 | Plaintiff,

13 | RAMONA BAND OF CAHUILLA;
CAHUILLA BAND OF INDIANS,

14

15 | Plaintiff-
Intervenors,

16 | vs.

17 | FALLBROOK PUBLIC UTILITY
DISTRICT, et al.,

18

19 | Defendants.

CASE NO. 51cv1247-GPC(RBB)

**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON OBJECTIONS TO FINAL ANNUAL WATERMASTER REPORT FOR THE YEAR 2014-2015**

20

21      On October 17, 2016, the Watermaster filed the Final Annual Watermaster

22 Report for the Water Year 2014-2015. (Dkt. No. 5534.) Pursuant to the 30 day

23 objection period, on November 15, 2016, the Court received three objections. (Dkt.

24 Nos. 5544, 5555, 5546.) Accordingly, the Watermaster shall file a response to the

25 objections on or before **December 9, 2016.** Any reply to the Watermaster's response

////

26 ////

27 ////

28

- 1 -

|51CV1247-GPC(RBB)|

Case 3:51-cv-01247-GPC-RBB   Document 5547   Filed 11/17/16   Page 2 of 2

1  shall be filed on or before **December 23, 2016**.  The Court sets a hearing on **January**

2  **13, 2017 at 1:30 p.m.** in Courtroom 2D to address the objections to the Annual

3  Watermaster Report.

4       IT IS SO ORDERED.

5

6  DATED:  November 17, 2016

7

8  HON. GONZALO P. CURIEL
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[51CV1247-GPC(RBB)]