

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

FILED
DEC -6 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES        Case No. 51cv1247 GPC(RBB)
                                            **Time Spent: 20 mins**
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Mike McPherson |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Chuck Binder | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Lester Marston | Michael T. Zarro |
| Catherine Condon | Jeffrey A. Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick | Ronak Patel |
| Daniel Thompson | Margot Stebens (present) |

PROCEEDINGS:   __X__ In Chambers   __X__ In Court   _____ Telephonic

An in-person settlement conference was held with the County of Riverside and the Hemet School District.

DATE: November 16, 2016        IT IS SO ORDERED: _Ruben Brooks_
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record