1  William J. Brunick, Esq. (State Bar No. 46289)
   **BRUNICK, McELHANEY & KENNEDY PLC**
2  1839 Commercenter West
   San Bernardino, California 92408-3303
3
4  MAILING:
   P.O. Box 13130
5  San Bernardino, California 92423-3130
6  Telephone: (909) 889-8301
   Facsimile: (909) 388-1889
7  E-Mail: bbrunick@bmblawoffice.com
8  Attorneys for WATERMASTER SANTA MARGARITA RIVER WATERSHED

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Civil Action No. 51-cv-01247-GPC-RBB<br><br>**WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2014-15 BY GREGORY BURNETT; CINDY L. BARKER; and ROBYN M. GARRISON**<br><br>Date: January 13, 2017<br>Time: 1:30 p.m.<br>Dept.: 2D<br><br>Hon. Gonzalo P. Curiel |

## TABLE OF CONTENTS

I.   Introduction.............................................................................. 2
II.  Objecting Parties........................................................................ 2
     A.   Burnett............................................................................. 2
     B.   Barker.............................................................................. 3
     C.   Garrison............................................................................ 4
III. Background............................................................................... 4
     A.   The Watermaster Office............................................................. 4
IV.  General Statement As To Objections Or Concerns of Burnett, Barker
     and Garrison To The Watermaster Report................................................ 6
V.   Specific Watermaster Response To Objections To Watermaster Report...................... 7
     1.   Garrison Objection................................................................ 7
          Item 1 of Garrison Letter (First Paragraph, Page 4 of Letter..................... 9
          Item 2 of Garrison Letter (Item No. 2, Last Paragraph, Page 2
          and Continuing on to Page 3 of (Letter).......................................... 9
          Item 3 of Garrison Letter (General Commentary throughout Letter)................ 10
     2.   Barker Objection................................................................. 10
     3.   Burnett Objection................................................................ 10
          Concern No. 1 Report of High Nitrate Concentration (Item No. 1,
          Page 2 of Letter................................................................ 10
          Concern No. 2 Lack of Monitoring (Item No. 2, Pages 2-3 of Letter .............. 11
          Concern No. 3 Overdraft (Item No. 3, Pages 3-4 of Letter)....................... 11
          Concern No. 4 (Pages 4-5 of Letter)............................................. 12
VI.  Recent Developments................................................................... 13
VII. Conclusion............................................................................ 13

# I.

# INTRODUCTION

On October 14, 2016, the Watermaster submitted the Annual Watermaster Report for Water Year 2014-15 ("Report") to the Court for posting to the electronic docket (Docket Nos. 5534 through 5534-3) and a copy of the Report was mailed to all individuals on the Watermaster Distribution List (See Docket No. 5534), as well as interested parties who requested copies. On October 17, 2016, the Court posted the Annual Watermaster Report for Water Year 2014-15 (Docket Nos. 5534 through 5534-3) to the docket. Pursuant to Section II of the "Order For The Appointment Of A Watermaster; Powers and Duties." ("Watermaster Order") entered by the Court on March 13, 1989 (Docket No. 4809), any party may file an objection to the Report within thirty (30) days of service of the Report.

# II.

# OBJECTING PARTIES

A.  Burnett

On November 9, 2016, Gregory Burnett ("Burnett") submitted written objections to the Report ("Burnett Objection") as filed on November 15, 2016 (Docket No. 5546), containing certain concerns related to the Report and other extraneous comments. Burnett is the owner of real property located in Section 8, Township 7 South, Range 3 East, in the County of Riverside ("Burnett Property"), as well as the owner of Thomas Mountain Ranch, a large 265-acre custom home development comprising of forty-six (46) home sites ranging from two (2) to four (4) acres ("Thomas Mountain Ranch"), which is located in Section 5, Township 7 South, Range 3 East, in the County of Riverside. Both the Burnett Property and Thomas Mountain Ranch predecessor parcels are identified in Interlocutory Judgment 33 (Docket No. 4436), in which the Court retains continuing jurisdiction with respect to all surface water and certain ground water

2

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO
ANNUAL WATERMASTER REPORT FOR WATER YEAR 2014-15

in the Anza Ground Water Basin ("Anza Basin"), if any, found on the lands described in Exhibit "B" of Interlocutory Judgment 33 (Docket No. 4436).

Burnett is also named as a defendant (Docket No. 5369) in the Cahuilla Band of Indians' Second Amended Complaint-In-Intervention (Docket No. 5182) and the Ramona Band of Cahuilla's Second Amended Complaint-In-Intervention (Docket No. 5181). These filings of the complaints by the Tribes are referred to herein as "the Adjudication." Burnett's status as a defendant is further evidenced by the instances that Burnett filed various papers pertaining to the Tribes' complaints including: (1) July 2, 2007 Opposition Brief to Plaintiff-Intervenors' Joint Motion for Order on Service and Notification of Tribal Water Right's Claim and Memorandum of Points and Authorities in Support Thereof (Docket No. 4935); (2) June 13, 2008 Memorandum of Points and Authorities in Partial Opposition to Motion to Temporarily Stay the Proceeding; Declaration of Gregory V. Burnett in Support Thereof (Docket Nos. 5018 and 5018-2); (3) January 5, 2009 Status Report (Docket No. 5080) where he argued the Stay should be lifted and landowners 'should be allowed an expedited resolution of this lawsuit to remove the cloud placed on the title to their respective properties" (page 1, lines 16 through 18); and (4) April 8, 2009 Notice of Motion and Motion to Quash Service of Summons, or in the Alternative, Motion to Dismiss; Memorandum of Points and Authorities and Declaration in Support (Docket Nos. 5111 and 5112).

B. Barker

On November 8, 2016, Cindy Barker ("Barker") submitted written objections to the Report ("Barker Objection") as filed on November 15, 2016 (Docket No. 5544), containing certain concerns related to the Report and other extraneous comments. Barker is the owner of property located in Section 8, Township 7 South, Range 3 East, in the County of Riverside, California ("Barker Property"), which is located in the Anza Basin in the upper Santa Margarita

3

River Watershed ("SMRW" or "Watershed"). The Barker Property is part of Parcel No. 234 identified in Interlocutory Judgment 33 (Docket No. 4436), in which the Court retains continuing jurisdiction with respect to all surface water and certain ground water in the Anza Basin, if any, found on the lands described in Exhibit "B" of the Interlocutory Judgment 33 (Docket No. 4436). Additionally, the Watermaster is informed and believes Barker is married to Gregory Burnett, who also filed an objection to the Report (Docket No. 5546).

Barker is also named as a defendant (Docket No. 5369) in the Cahuilla Band of Indians' Second Amended Complaint-In-Intervention (Docket No. 5182) and the Ramona Band of Cahuilla's Second Amended Complaint-In-Intervention (Docket No. 5181).

### C. Garrison

On November 8, 2016, Robyn Garrison ("Garrison") submitted objections to the Report ("Garrison Objection") as filed November 15, 2016 (Docket No. 5545), containing certain concerns related to the Report and other extraneous comments. Garrison in the owner of several properties located in the Anza area and it was determined the Garrison Properties are subject to the provisions of the Interlocutory Judgment 33 (Docket No. 4436) and Interlocutory Judgment 33A (Docket No. 4322 through 4322-1), and therefore are subject to the jurisdiction of the Court.

Garrison is also named as a defendant (Docket No. 5369) in the Cahuilla Band of Indians' Second Amended Complaint-In-Intervention (Docket No. 5182) and the Ramona Band of Cahuilla's Second Amended Complaint-In-Intervention (Docket No. 5181).

## III.

## BACKGROUND

### A. The Watermaster Office

On January 25, 1951, the United States of America filed this instant action

4

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO
ANNUAL WATERMASTER REPORT FOR WATER YEAR 2014-15

to seek a judicial determination of all respective water rights within the SMRW. The Final Judgment and Decree was entered on May 8, 1963 (Docket No. 4489), and subsequently appealed to the U.S. Court of Appeals. A Modified Final Judgment and Decree was entered on April 6, 1966 (Docket No. 4768).

On March 13, 1989, the Court issued the Watermaster Order (Docket No. 4809) appointing the Watermaster to administer and enforce the provisions of the Modified Final Judgment and Decree and subsequent orders of this Court. The Watermaster Order describes the Watermaster's powers and duties as well as procedures for funding and operating the Watermaster office. On February 7, 1989, the Court issued an order appointing a Steering Committee ("Steering Committee Order") (Docket No. 4805) that is currently comprised of representatives from the United States, represented by Camp Pendleton, Marine Corps Base, Eastern Municipal Water District, Fallbrook Public Utility District, Metropolitan Water District of Southern California, Pechanga Band of Luiseño Mission Indians, Rancho California Water District, and Western Municipal Water District. The purposes of the Steering Committee are to assist the Court and Watermaster, facilitate litigation, and fund the Watermaster office.

The duties of the Watermaster are specified by Court Order. One of the principal duties of the Watermaster is to prepare and submit to the Court the annual report that includes findings and conclusions regarding surface water and groundwater availability and use, imported and exported supplies, reservoir operations, water quality, threats to water supplies, water rights, and the annual budget for the Watermaster office. An annual report has been prepared and submitted by the Watermaster since Water Year 1988-89 to present. The Watermaster is also responsible for the administration of agreements and memoranda of understanding between various parties related to water operations in the Watershed, pursuant to Court Order (Docket No. 4809).

///

# IV.
# GENERAL STATEMENT AS TO OBJECTIONS OR CONCERNS OF BURNETT, BARKER AND GARRISON TO THE WATERMASTER REPORT

The Watermaster has made a determination that the Burnett, Barker and Garrison properties, and their water rights are within Court jurisdiction and, therefore, are subject to the provisions of Interlocutory Judgment 33 (Docket No. 4436) and Interlocutory Judgment 33A (Docket No. 4322 through 4322-1). In addition, the Watermaster has determined that the lands for Thomas Mountain Ranch are subject to Court jurisdiction.

The Watermaster is informed and believes that Barker and Garrison were members of the Anza Valley Municipal Advisory Council ("AVMAC"), which is a citizens group appointed by the 3rd District Supervisor of the Riverside County Board of Supervisors. This group acts as a liaison between the County Board and the residents in the Anza Valley on various critical issues. The Adjudication and the Cahuilla and Ramona complaints-in-intervention are often a topic at the AVMAC meetings.

Additionally, the Watermaster is informed and believes Barker and Garrison are members of the individual Landowners' Group ("Landowners' Group") represented by legal counsel, and are part of the ongoing settlement negotiations being overseen by the Honorable Ruben B. Brooks in this instant action.

Burnett was originally on the Anza-Aguanga Citizen's for Water Rights ("AACWR"), an organization of landowners formed specifically to coordinate defense of the Tribes' complaints. The efforts by AACWR led to the formation of the Landowners' Group participating in the settlement negotiations. Burnett was represented by an attorney for the Landowners' Group for his various filings, as listed above. However, the Watermaster believes that Burnett is no longer

actively involved in this group, but Barker and Garrison are believed to be members of this group.

Burnett, Barker and Garrison have been active participants in the Adjudication and for the majority of the time have been represented by legal counsel in the litigation. All three parties have expressed concerns regarding the effort of both Tribes' Second Amended Complaints-In-Intervention in this Adjudication and the potential of being enjoined from withdrawing ground water in the Anza Basin.

The development of real estate has become problematic in light of the County of Riverside and the State of California's interpretation of the Technical, Managerial and Financial ("TMF") Assessment process imposed by the Safe Drinking Act of 1996, and the Tribes Second Amended Complaints-In-Intervention which could potentially affect ground water production in the Anza Basin.

The inability of the parties to resolve the ongoing litigation and the inability of Watermaster to quantify and certify the water rights of Burnett, Barker and Garrison under the TMF Assessment process seem to be the primary reason for filing the three objections (Docket Nos. 5544, 5545, and 5546) rather than substantive flaws related to the Watermaster Report.

The Watermaster will address specific objections as it relates to the Watermaster Report.

## V.

## SPECIFIC WATERMASTER RESPONSE TO OBJECTIONS TO WATERMASTER REPORT

1. Garrison Objection

The Garrison Objection suggests that the Watermaster has not provided the Anza Basin residents information about the "Indian lawsuit." The Watermaster has provided information to Anza Basin residents in various presentations and

7

communications over the last nine (9) years. Due to ongoing settlement negotiations, some information is considered confidential and cannot be provided by the Watermaster. The parties are progressing with settlement negotiations subject to Court supervision for resolution of the Tribes' water rights, as well as other parties in the Adjudication.

On April 8, 2008, the Watermater hosted a public meeting which included a presentation, question and answer session, and handouts for local Anza residents concerning the case and the claims filed by the two Tribes.

Anza area residents were invited to join various landowner groups that organized to hire water rights' attorneys to represent the landowners in the Tribes' federal reserved water rights claims. As indicated above, Garrison is believed to be a member of the principal Landowners' Group participating in the settlement negotiations.

The Watermaster has been available to answer questions, and has answered questions and provided information that does not violate the confidentiality of the settlement negotiations to numerous landowners, water rights' attorneys and consultants hired by Anza landowners.

The Watermaster acknowledges the difficulties the Riverside County TMF requirements have placed on the Anza community both as to represented, as well as, unrepresented parties in the Adjudication. The Watermaster has explained to Garrison's consultant numerous times that the Court, and thus the Watermaster, do not have the authority to issue water supply permits. The County of Riverside is responsible for issuing well permits and approving community water systems under the State Water Resources Control Board ("SWRCB") Drinking Water Program. The Watermaster cannot certify water rights in an adjudicated basin that has not been quantified. The Adjudication is currently under a Stay pending ongoing settlement negotiations related to the Tribes' federal reserved water rights claims.

8

Item 1 of Garrison Letter (First Paragraph, Page 4 of Letter)

The material in Item 1 of the Garrison letter is not a topic contained in the Report, nor does the Watermaster or the Court have the authority to approve developments, community water systems or issue well permits.

Item 2 of Garrison Letter (Item No. 2, Last Paragraph, Page 2 and continuing on to Page 3 of Letter)

The jurisdictional determination made in Domenigoni Valley pursuant to Interlocutory Judgment 36 entitled "Findings of Fact, Conclusions of Law, and Interlocutory Judgment No. 36, Warm Springs Creek Sub-Watershed" (Docket No. 4409) and Interlocutory Judgment 36-A entitled "Warm Springs Creek Sub-Watershed Interlocutory Judgment 36-A; Findings of Fact, Conclusions of Law and Interlocutory Judgment 36 A, Respecting Lands in the Sub-Watershed of Warm Springs Creek Upstream From the Boundary of the Murrieta-Temecula Ground Water Area" (Docket No. 4457 through 4457-1) is not a quantification of the referred to rights. The Watermaster reports on ground water levels in Domenigoni Valley pursuant to the November 21, 1994 Memorandum of Understanding entitled "Memorandum of Understanding and Agreement on Operation of Domenigoni Valley Reservoir" between Metropolitan Water District of Southern California, Fallbrook Public Utility District, Rancho California Water District and the United States of America (Docket No. 4843). Section 5.5 of the Report is merely the Watermaster reporting on administration and enforcement of Court orders.

The Watermaster administers and enforces the provisions of the Modified Final Decree and Order and all subsequent orders of the Court. The Watermaster does not have the authority to provide "assistance and guidance" or use a "general rule of thumb" at the Watermaster's discretion. The Watermaster answers to the Court as to all the provisions of the Judgment.

///

Item 3 of Garrison Letter (General Commentary throughout Letter)

The Report of the Watermaster evidences the variety of duties undertaken by the Watermaster in the administration of the Judgment as to use, quantity and restrictions of use of water in the Anza Basin. This information gathered by the Watermaster, is contained in the Report. Quantity and limitations of use may well be further defined in any settlement or subsequent Court orders in this current litigation.

2. Barker Objection

Since Barker's objection to the Watermaster Report is essentially identical to the Garrison Objection, Watermaster incorporates fully herein, as though set forth in full, the same responses as stated to the Garrison Objection.

As to the cost of the administration of the Watermaster, it is not funded by taxpayers' dollars as Barker asserts. The Watermaster office is funded by annual assessments to Steering Committee members as outlined in the Watemaster Order. There are a total of seven (7) Steering Committee members. The Watermaster office receives four (4) quarterly Steering Committee assessments from each Steering Committee member during each water year (October 1 through 30).[1] Annual assessments are determined by dividing the approved budget by seven (7). For example, for Water Year 2015-16, the budget was approved in the amount of $716,100 with Steering Committee members paying four (4) quarterly assessments of $25,575, totaling $102,300, as approved by the Court in the Annual Watermaster Report for Water Year 2013-14 (Docket Nos. 5490 through 5490-3). For Water Year 2016-17, the budget is $772,100, as approved by the Court upon acceptance of this Report for Water Year 2014-15.

3. Burnett Objection

Concern No. 1, Report of High Nitrate Concentration (Item No. 1, Page 2

---

[1] The United States of America, represented by Marine Corps Base, Camp Pendleton, pays its Steering Committee assessment in one (1) annual payment through established U.S. Government vendor payment procedures.

of Letter):

The Burnett Objection states that the Report is inaccurate or incomplete because the Report does not provide data regarding high nitrates that were reported in the Anza Valley in the past. Section 9.1 of the Report discusses general threats to long-term water supply that have been reported in previous reports and Section 9.2 describes previous reporting of high nitrates in the Anza Valley. The Report specifically states that high nitrate concentrations were reported in Anza Valley in the Annual Watermaster Report for Water Year 1993-94 (Docket No. 5190). The Report also specifically states that the high nitrate concentrations were based on data collected by the United States Geological Survey ("USGS"). Water quality and monitoring are the responsibility of the Regional Water Quality Control Board of the San Diego Region ("Regional Board") and local entities.

<u>Concern No. 2, Lack of Monitoring (Item No. 2, Pages 2-3 of Letter):</u>

Water levels in subject wells in the Watershed are measured periodically by various water entities and reported to Watermaster. Historically, ground water levels in the Watershed are shown in Section 4.3 of the Watermaster Report. For the Anza Basin, the ground water levels for Anza Mutual Water Company Well No. 1 have been published in the Annual Report as Figure 4.4 since Water Year 1989-90 and the hydrograph provides a representative illustration of ground level trends for the Anza Basin. Such a typical hydrograph is provided in the Annual Report for other basins in the Watershed. Certainly, additional monitoring wells for the Anza Basin would be desirable subject to budgetary restraints of the Watermaster. The Watermaster is presently participating in the development of a California Statewide Groundwater Elevation Monitoring ("CASGEM") program that will provide an expanded monitoring network for the Anza Basin.

<u>Concern No. 3, Overdraft (Item No. 3, Pages 3-4 of Letter):</u>

The Burnett Objection claims the Report does not have data to support the

11

"warning" that the Anza Valley had previous concerns of overdraft. The Report specifically states: *"Previous* Watermaster reports have noted concerns about overdraft conditions in Anza Valley ... ". The Report notes the previous studies for the area and that no further studies have been conducted regarding determination of overdraft.

The parties involved in the settlement negotiations have evaluated overdraft but no specific studies have been published and the Watermaster cannot include any studies or other information developed as part of the settlement negotiations because such information is confidential at the present time.

Concern No. 4 (Pages 4-5 of Letter):

The Watermaster did not make any "determination" regarding overdraft conditions or high nitrate water quality conditions. The Report merely reports on previous studies for the Anza Basin.

The Watermaster is administering water rights in accordance with the duties and responsibilities outlined in the Watermaster Order (Docket No. 4809), and with respect to the Anza Area, in accordance with Interlocutory Judgment 33 (Docket No. 4436), Interlocutory Judgment 33A (Docket No. 4322 through 4322-1), and Interlocutory Judgment 41 (Docket No. 4430).

Water right activity monitoring is included in the Report. Various sections of the Report include water right reporting, including but not limited to, Sections 3, 4 and 7 related to production and use of the various water rights, and Section 6 which provides a description of the various water rights. The Watermaster administers and enforces the provisions of the Modified Judgment and Final Decree and all subsequent orders of the Court. The entire Report is an example of that administration and monitoring represented by 800 Court filings in this case since 1966.

The Watermaster continues to provide technical support to members of the public and the ongoing settlement negotiations related to the complaints filed by

12

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2014-15

the Tribes. The Watermaster is unable to report on confidential settlement negotiations and therefore cannot report on many current activities in the Anza Basin.

## VI.

## RECENT DEVELOPMENTS

The State of California has recently adopted on September 29, 2016, Senate Bill 1263 ("SB1263") which imposes on SWRCB, the responsibility and duty to provide a dependable safe supply of drinking water. SB1263 would prohibit a local primary agency from issuing a permit to operate a public water supply system without concurrence of the State Board. This may allow residents to deal directly with the State of California for small water suppliers to secure permits to operate a small water system. This may address Burnett, Barker and Garrison's concerns as to land development.

Watermaster will continue to make the Annual Report available to the applicants involved in the TMF process and to the represented and unrepresented parties in the ongoing settlement negotiations. Watermaster, along with engineering representatives of the parties continue to meet to develop the technical data which will form the basis of settlement of the Adjudication and water management in the area.

## VII.

## CONCLUSION

The Watermaster requests that the Report be accepted and approved by the Court.

Dated: December 8, 2016

BRUNICK, McELHANEY & KENNEDY

By: /s/ William Brunick
WILLIAM BRUNICK, Attorney for
WATERMASTER SANTA
MARGARITA RIVER WATERSHED

13

WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO
ANNUAL WATERMASTER REPORT FOR WATER YEAR 2014-15

## PROOF OF SERVICE

STATE OF CALIFORNIA }
COUNTY OF SAN BERNARDINO}

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 1839 Commercenter West, San Bernardino, California 92408-3303.

On December 8, 2016, I served the foregoing document described as: **WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2014-15 BY GREGORY BURNETT; CINDY L. BARKER; AND ROBYN M. GARRISON** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED DISTRIBUTION LIST

__XX__ BY MAIL AS FOLLOWS: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY ELECTRONIC MAIL AS FOLLOWS: On this date, the aforesaid document was transmitted by electronic mail to the person(s) whose name(s) and e-mail address are listed. The transmission(s) were reported without error.

__X__ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 8, 2016, at San Bernardino, California.

Jo Anne Quihuis

| | | |
|---|---|---|
| Honorable Gonzalo P. Curiel<br>United States District Court<br>Southern District of California<br>221 West Broadway, Ste. 2190<br>San Diego, CA  92101 | Honorable Ruben B. Brooks<br>U. S.  District Court<br>Southern District of CA<br>221 West Broadway, Ste. 2160<br>San Diego, CA  92101 | Patrick Barry, Esq.<br>U.S. Dept. of Justice<br>Environment and Natural Resources Div.<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC  20044-7611 |
| Javin Moore, Superintendent<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>1451 Research Park Drive, #100<br>Riverside, CA  92507-2154 | Doug Garcia<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>2800 Cottage Way<br>Sacramento, CA  95825 | Charles Jachens<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>2800 Cottage Way, Room W-2821<br>Sacramento, CA  95825 |
| Christina Mokhtarzadeh<br>U. S. Department of Interior – BIA<br>Branch of Water Resources<br>1849 C Street, NW – M.S. 4637<br>Washington, DC  20240 | Chris Watson<br>Office of the Solicitor<br>U. S. Dept. of Interior<br>1849 C St., N.W. –  M.S. 6513<br>Washington, D.C.  20240 | Noel Ludwig, Hydrologist<br>CA Desert District<br>Bureau of Land Management<br>22835 Calle San Juan de Los Lagos<br>Moreno Valley, CA  92553 |
| Leslie Cleveland<br>US Bureau of Reclamation<br>27708 Jefferson Ave, #202<br>Temecula, CA  92590 | Bill Steele<br>US Bureau of Reclamation<br>27708 Jefferson Ave, #202<br>Temecula, CA  92590 | Wesley R. Danskin<br>USGS<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA  92101 |
| Scott Patterson<br>USGS<br>South Poway Field Office<br>12110 Tech Center Drive<br>Poway, CA  92064 | Michael T. Wright<br>USGS<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA  92101 | Anthony Madrigal, Sr.<br>899 Oakland Hills Drive<br>Banning, CA  92220-5176 |
| Daniel Salgado, Chairperson<br>Cahuilla Band of Indians<br>P. O. Box 391760<br>Anza, CA  92539 | Lester J. Marston, Esq.<br>Law Offices of Rapport and Marston<br>405 West Perkins Street<br>Ukiah, CA  95482 | Assad Safadi<br>NRCE<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO  80524 |
| John O. Simpson, Director<br>Water Resources Division<br>Box 555013<br>Marine Corps Base, Bldg. 220105-T<br>Camp Pendleton, CA  92055-5013 | Dan Bartu<br>Water Resources Division<br>Box 555013<br>Marine Corps Base, Bldg. 220105-T<br>Camp Pendleton, CA  92055-5013 | David Depoy<br>Water Resources Division<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA  92055-5013 |
| Greg Seaman<br>Water Resources Division<br>Box 555013<br>Marine Corps Base, Camp Pendleton<br>Camp Pendleton, CA  92055-5013 | Paul R. Boughman, Esq.<br>Western Area Counsel Office<br>Box 555231<br>Marine Corps Base, Bldg. 1254<br>Camp Pendleton, CA  92055-5231 | David Glazer, Esq.<br>US DOJ Env & Nat Res Division<br>Natural Resources Section<br>301 Howard Street, Suite 1050<br>San Francisco, CA  94105 |
| Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA  94901 | Molly Palmer<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA  94901 | Stephen B. Reich<br>Stetson Engineers, Inc.<br>785 Grand Avenue, Suite 202<br>Carlsbad, CA  92008 |
| Jean Moran<br>Stetson Engineers, Inc.<br>785 Grand Avenue, Suite 202<br>Carlsbad, CA  92008 | Paul D. Jones, II, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA  92572-8300 | Charles J. Bachmann<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA  92572-8300 |

| | | |
|---|---|---|
| Zandro Mallari<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Michele Buriss<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Steven P. O'Neill, Esq.<br>Lemieux & O'Neill<br>4165 E. Thousand Oaks Blvd.<br>Suite 350<br>Westlake Village, CA 91362 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 | Jesus Gastelum<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 | Ganesh Krishnamurthy<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 |
| Dr. Brian J. Brady, General Manager<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 | Jack Bebee<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 | Jeff Marchand<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>3668 Katie Lendre Drive<br>Fallbrook, CA 92028 | Martha H. Lennihan, Esq.<br>Lennihan Law<br>1661 Garden Highway, #102<br>Sacramento, CA 95833 | Keith E. Nobriga<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Amy Dorado<br>Metropolitan Water District<br>Diamond Valley Lake, Field Office<br>33752 Newport Road<br>Winchester, CA 92596 | Darwin Potter<br>Metropolitan Water District<br>Skinner Branch<br>33740 Borel Road<br>Winchester, CA 92596 | Tim Schaadt<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Heriberto Diaz, Esq.<br>Senior Deputy General Counsel<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Macarro<br>Pechanga Tribal Chairman<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Marc Luker<br>Pechanga Tribal Council<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Mike Luker<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Eagle Jones<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Steve Bodmer, Esq.<br>General Counsel<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Donald R. Pongrace, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564 | Rodney B. Lewis, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>4035 E. Cathedral Rock Drive<br>Phoenix, AZ 85044 | Katherine A. Brossy, Esq.<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 |
| Michael-Corey Hinton, Esq.<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 | Steve Larson<br>S.S. Papadopulos & Associates, Inc.<br>7944 Wisconsin Avenue<br>Bethesda, MD 20814-3620 | Eugene Franzoy<br>Franzoy Consulting, Inc.<br>8141 West Gelding Drive<br>Peoria, AZ 85381 |
| General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92088-9372 | Dennis Sanford, Board of<br>Directors – Rainbow MWD<br>1493 Via Ladera<br>Rainbow, CA 92028 | Joseph D. Hamilton, Tribal Chm.<br>Ramona Band of Cahuilla Indians<br>P. O. Box 391670<br>Anza, CA 92539 |

| | | |
|---|---|---|
| Nicolette Jonkhoff<br>EPA Manager<br>Ramona Band of Cahuilla Indians<br>P. O. Box 391372<br>Anza, CA 92539 | Curtis Berkey, Esq.<br>Berkey Williams LLP<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Erick Miller<br>Aspect Consulting, LLC<br>350 Madison Avenue North<br>Bainbridge Island, WA 98110 |
| Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 | General Manager<br>Rancho Cal RV Resort OA<br>P. O. Box 214<br>Aguanga, CA 92536 | Jeffrey D. Armstrong<br>General Manager<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Andy Webster<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Eva Plajzer<br>Assistant General Manager<br>Rancho California WD<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Warren Back<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Rich Ottolini<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Piero C. Dallarda, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 | James B. Gilpin, Esq.<br>Best, Best & Krieger<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101-8493 |
| Craig Elitharp<br>Kennedy Jenks Consultants<br>Three Better World Circle, Suite 200<br>Temecula, CA 92590 | Ray Lyons<br>Kennedy Jenks Consultants<br>3210 El Camino Real, Suite 150<br>Irvine, CA 92602-1365 | Dr. Dennis Williams<br>GEOSCIENCE Support Services Inc.<br>P. O. Box 220<br>Claremont, CA 91711 |
| Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 | Jason Uhley<br>Riverside Co. Flood Control<br>1995 Market Street<br>Riverside, CA 92501 | Todd Shibata<br>Riverside County Waste Mgmt<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| Jack Easton<br>Riverside Land Conservancy<br>4075 Mission Inn Avenue<br>Riverside, CA 92501 | Pamela Walls, Esq.<br>Deputy County Counsel<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Raymond M. Mistica, Esq.<br>Deputy County Counsel<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 |
| John Rossi, General Manager<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Karly Gaynor<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Tim Barr<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Brenda Dennstedt<br>Board of Directors<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Jill Willis, Esq.<br>Best, Best & Krieger<br>300 S. Grand Ave. 25th Floor<br>Los Angeles, CA 90071 | Jason M. Ackerman, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 | Timothy Ross<br>Chief, Groundwater Section<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |

| | | |
|---|---|---|
| Kelly Lawler<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | John O'Hagen<br>CA State Water Res. Control Board<br>Division of Water 2Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 | Bob Rinker<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 |
| Agri-Empire, Inc.<br>P. O. Box 490<br>San Jacinto, CA 92383 | Robert A. Davis, Jr., Esq.<br>Davis & Wojcik<br>1001 East Morton Place, Suite A<br>Hemet, CA 92543 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| James P. Bryson, P.G.<br>ARCADIS U.S., Inc.<br>320 Commerce, Suite 200<br>Irvine, CA 92602 | Victor H. Heimbach<br>VH Design<br>P.O. Box 428<br>Temecula, CA 92593 | AVMAC<br>Attn: Secretary<br>P. O. Box 391076<br>Anza, CA 92539-0908 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Barbara Booth<br>3883 Ridgemoor Drive<br>Studio City, CA 91604 | Gregory B. Burnett<br>P.O. Box 391111<br>Anza, CA 92539 |
| Bluebird Ranch<br>c/o Abraham Poladian<br>P.O. Box 1089<br>Fallbrook, CA 92088 | Chambers Family LLC<br>c/o Thomas Montllor<br>910 N. Pacific Street, Apt. # 38<br>Oceanside, CA 92054 | Ruth E. Cyriacks<br>27869 S. Lakeview Drive<br>Parkhill, OK 74451 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Francis & Jean Domenigoni Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Michelle Staples, Esq.<br>Jackson Tidus<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Roger Doverspike<br>41919 Moreno Road, Suite F<br>Temecula, CA 92590 | EG High Desert Properties, LLC<br>12881Bradley Avenue<br>Sylmar, CA 91342 | EMARCD<br>21535 Palomar St., Suite A<br>Wildomar, CA 92595 |
| John R. Flocken, Esq.<br>Greenwald & Hoffman, LLP<br>1851 E. First Street, Suite 860<br>Santa Ana, CA 92705-4039 | Thomas R. Greenwald<br>640 S. San Vincente Boulevard, #475<br>Los Angeles, CA 90048 | Les Harris<br>44700 Sage Road – H<br>Aguanga, CA 92536 |
| Jeffrey A. Hoskinson, Esq.<br>Bowie, Arneson, Wiles & Giannone<br>4920 Campus Drive<br>Newport Beach, CA 92660 | Harris Family<br>44444 Sage Road<br>Aguanga, CA 92536 | Kathy Unger<br>Hawthorn Water System<br>23866 Chelsea Way<br>Murrieta, CA 92562 |
| Kenna Jones<br>Hawthorn Water System<br>25403 Edna<br>Murrieta, CA 92562 | Hill Springs Farms, LLC<br>P. O. Box 1946<br>Duarte, CA 91009 | Zen-Kamata, LLC<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 |

Dan Walsh
42551 Highway 79S.
Aguanga, CA 92536

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA 92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA 92614

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Bertha Mendoza
35853 Calle Nopal
Temecula, CA 92592

Frank C. Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI 53593

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

Wes Strickland, Esq.
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

Larry Carlson
39325 De Luz Road
Fallbrook, CA 92028

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Cindy L Barker
37060 Bonita Vista Road
Anza, CA 92539

Robyn M. Garrison
ERA Excel Realty
56070 Highway 371
Anza, CA 92539