**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
DEC - 8 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

914 NFE 1    A1SI0012/02/16
FORWARD TIME EXP   RTN TO SEND
JAMES ANNA GALE
11381 PROSPERITY FARMS RD APT 609
PALM BCH GDNS FL 33410-3460

RETURN TO SENDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA; CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER APPOINTING REPLACEMENT WATERMASTER FOR SANTA MARGARITA RIVER WATERSHED AND AUTHORIZING CONTRACT NEGOTIATIONS**<br><br>[Dkt. No. 5531.] |

Defendant Rancho California Water District, on behalf of the Santa Margarita River Watershed Watermaster Steering Committee, filed a motion to appoint replacement Watermaster for Santa Margarita Watershed. (Dkt. No. 5531.) After a selection process, the Steering Committee recommended three finalists. (Id.) The Court then conducted in-person interviews with all three candidates. On November 18, 2016, the Court held a hearing. James Gilpin, Esq. appeared on behalf of Rancho California Water District. No objectors appeared and objections have not been filed to the motion.

    Based on a careful review of the candidates' submissions and having conducted in-person interviews, IT IS HEREBY ORDERED that Michael J. Preszler of ECORP Consulting, Inc. is hereby selected as the next Watermaster for the Santa Margarita River Watershed.  The Santa Margarita River Watershed Watermaster Steering Committee is hereby authorized to complete negotiations of an agreement with Mr. Preszler.  Upon the effective date of the executed contract, Mr. Preszler shall serve as the Watermaster for the Santa Margarita River Watershed provided that the contract shall not be executed until after the Court's hearing on Objections to the Watermaster Report Final Annual Watermaster Report for the Water Year 2014-2015 set for January 13, 2017.  (Dkt. No. 5547.)

    IT IS SO ORDERED.

DATED: November 30, 2016

HON. GONZALO P. CURIEL
United States District Judge