LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenor<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**DECLARATION OF LESTER J. MARSTON IN SUPPORT OF CAHUILLA BAND OF INDIANS REPLY TO WATERMASTER'S RESPONSE TO OBJECTIONS TO ANNUAL REPORT FOR WATER YEAR 2014-2015**<br><br>Date: January 13, 2017<br>Time: 1:30 p.m.<br>Courtroom: 9<br>Before the Honorable Gonzalo P. Curiel |

I, Lester J. Marston, declare:

1. I am the attorney for the plaintiff-intervenor Cahuilla Band of Indians, in the above-entitled case. I am submitting this declaration in support of the Cahuilla Bands Reply to the Watermaster's response to objections filed by defendants Gregory Burnett, Cindy L. Barker and Robyn M. Garrison, to the Watermaster's Annual Report for the year 2014-2015. The information contained in this declaration is of my own

1

1  personal knowledge and if called as a witness in these proceedings I could competently testify thereto.

2.      Gregory Burnett, Cindy L. Barker and Robyn M. Garrison (collectively "Objecting Defendants"), never served a copy of their Objections to the Watermaster's Annual Report for the year 2014-2015 on myself as counsel for Cahuilla Band of Indians ("Tribe"). Nor did I receive a copy of Objecting Defendant's objections until December 28, 2016, when counsel for the Ramona Band of Cahuilla Indians provided copies of the objections to me.

3.      On December 28, 2016, the Tribe was served and received the Ramon Band of Cahuilla's Reply to Watermaster's Response to Objections to Annual Report for Water Year 2015-2016.

I declare under penalty of perjury that the foregoing is true and correct; executed this 29th day of December in Ukiah, California.

By:  */s/ Lester J. Marston*
     LESTER J. MARSTON
     Attorney for Plaintiff, Cahuilla Band
     of Indians