December 20, 2016

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California          NUNC PRO TUNC
221 West Broadway, Suite 2190                12/23/16
San Diego, CA 92101



FILED

Jan 03 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ darcig          DEPUTY

Honorable Ruben B. Brooks
United States District Court
Southern District of California
221 West Broadway, Suite 2160
San Diego, CA 92101

WATERMASTER
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Re: *U.S.A. v. Fallbrook Public Utility District, et al.*, Civil No. 51-cv-1247-GPC-RBB
Final Annual Watermaster Report for Water Year 2014-2015

Documents:

"Report"      Watermaster Annual Water report – water year 2014-2015, court filed.

"Objection"   My (Cindy Barker) November 8, 2016 letter of "Objection" to the "Report", court filed.

"Response"    Watermaster's written response to Cindy Barker regarding "Objection", court filed.

"Rebuttal"    Cindy's Barker's rebuttal of the Response, via Certified Mail USPS (enclosed)

## REBUTTAL

Having carefully read and reviewed the first five (5) numbered pages of the "Response", may I note that there is not ONE single comment regarding the "Objection" as filed with the Court.

I was also highly surprised the Watermaster "Response" to the "Objection" further attempts to minimize the "Objection" by referring to my words as "extraneous comments" and then stating incorrectly that I am married to Mr .Greg Burnett. The "Response" delves into my personal life and community service, and announces incorrectly, my motivation for filing the "Objection". All this material merely underscores the non-responsive, personal basis of the "Response". Why are these topics relevant? Why is this information necessary for the Watermaster to address the "Objection"?

The "Objection" specifically followed Court guidance that requests any objection be clear and focused. The "Objection" was less than three pages with numbered points of conflict while the Watermaster Response is already five pages in length, yet addresses nothing in the "Objection".

1

Frankly, was truly hoping for some real information, real and practical guidelines, etc. as to the points within the "Objection". Instead of a sincere effort, the Watermaster choose a different approach to the "Response". To this degree, the Response was an ineffective effort to the federal court and the taxpaying land owners within the Watershed.

The Watermaster refers to priority dates within the report. Watermaster explains that those properties with an older or "senior" priority date have a superior right over those with a later/future priority date. The Ramona Band of Cahuilla Indians claim a priority date by way of the United States of America establishing the Ramona reservation in 1893.

**The Watermaster report does not INCLUDE any description of water rights associated to non-Indian lands with priority dates senior to those of the reservation system. Much of the Anza Basin evolved from federal lands, including the lands of the federal government referred to as the Ramona Reservation. The Watermaster has refused, for years, to ackowledge the legal ownership of real property with priority dates prior to that of the Ramona Tribe. This legal class of property owners are ignored by the Watermaster. WHY?**

This ommission by the Watermaster is prejudical at best. The omission serves to allow people reading the Annual Water report to "assume", to "go forward" on the basis that Indian reservations have senior, priority dates over **ALL** Anza Basin landowners. It is simply a false statement. The Tribal Indians have water rights, so do other non-Indian landowners – but this is never disclosed by the Watermaster!

"RESPONSE": Page 6 – IV. GENERAL STATEMENT...

I explained in my filed "Objection" that I am a full time, career Realtor®, and I am operating at an all time high in my business activity. As such, I am totally involved with all things contained in the Watermaster's Annual Water report and the Anza Basin.

May I point out that now ending with page 7 of the "Response" – I have yet to receive any practical, intelligent response to the issues raised within the "Objection". However I read about things like TMF, the Tribes Amended Complaints, legal theories, etc. What is all this stuff? None of this was in the "Objection".

Lastly, I strongly object to the Watermaster lumping me in with others who have business with the Court and/or Watermaster. I have read the "Objection" that Mr. Burnett filed with the court. Mr. Burnett's issues and points (which also are very critical) are dramatically different than my "Objection" points. In the next response by the Watermaster, may the Court instruct the Watermaster to respond to the "Objection" as filed with the Court and not attempt to dismiss my "Objection" by lumping me in with other parties and their objections as they may be.

We have gained no ground, maybe going backwards over this conflcit with the Annual Water Report. I hope in the next repsonse, the Watermaster will take the "Objection" more seriously. The Watermaster is a professional, well paid and supported by the Court, but has way underperformed the responsibility to author an accurate, non-misleading, non-prejudicial, inclusive to and for all stakeholders, Annual Water Report.

Sincerely,

*Cindy Barker*
Cindy Barker

2



**First Real Estate SERVICE**
P.O. Box 391111
Anza, CA 92539



CERTIFIED MAIL
7016 0340 0000 1200 2257



$6.470
US POSTAGE
FIRST-CLASS
FROM 92536
DEC 21 2016
stamps.com

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Ste 2190
San Diego CA 92101-8974



DEC 2 3 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA