Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA  95482
Tel: (707) 462-6846
Fax: (707) 462-4235
E-mail: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Dept.:  9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

CIVIL NO.: 51-CV-1247-GPC-RBB

Plaintiff-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians (Tribes) respectfully move this Court for a 180-day extension of the stay of litigation until July 17, 2017. Under this Court's Order of November 2, 2016 (Doc. 5538), the current stay expired on January 16, 2017. Counsel for the Tribes are authorized to state that the United States; State of California; County of Riverside; Riverside County Flood Control and Water Conservation District; the Anza Landowners Group; Greenwald Landowners; Hemet Unified School District; and Agri-Empire do not oppose the Tribes' request to extend the stay for 180 days.

Since the last stay extension, the settlement parties have focused their discussions on refining the characteristics of the water rights to be recognized in the settlement agreement and measures to enhance water supplies in the basins. Further, discussions have included proposed revisions to the groundwater management plan under principles of safe yield, and the technical basis for those proposed revisions. These discussions are informing the development of a groundwater management plan that meets sustainability goals. The settlement parties have also discussed certain proposed revisions to the draft settlement agreement. Those discussions are continuing.

Since the last status report, the settlement parties took action or discussed outstanding issues on the following dates:

Oct. 18:    In-person settlement conference with U.S. Magistrate Judge Ruben B. Brooks.

Oct. 20:    Telephonic settlement conference with U.S. Magistrate Judge Ruben B. Brooks.

Nov. 7:    Telephonic settlement conference among all attorneys for settlement parties.

1

CIVIL NO.: 51-CV-1247-GPC-RBB

| | | |
|---|---|---|
| Nov. 10: | Certain settlement parties lodged confidential settlement briefs with U.S. Magistrate Judge Ruben B. Brooks. |
| Nov. 16: | In-person settlement conference with U.S. Magistrate Judge Ruben B. Brooks. |
| Dec. 7: | Certain settlement parties lodged confidential settlement briefs with U.S. Magistrate Judge Ruben B. Brooks. |
| Dec. 13: | In-person settlement conference with all settlement parties. |
| Dec. 14: | In-person settlement conference with U.S. Magistrate Judge Ruben B. Brooks. |

In addition, counsel for the parties have conducted teleconferences as necessary outside the larger group meetings to continue progress toward resolving outstanding issues. The settlement parties have scheduled a telephonic settlement conference for January 25, and additional meetings will be scheduled to continue the discussions.

The settlement parties are committed to continuing these discussions. A 180-day extension of the stay will permit them to continue settlement efforts without the cost or distraction of litigation. The settlement parties believe a longer period of stay will facilitate progress toward a resolution of the outstanding issues, and provide sufficient time for certain technical analyses of proposed projects that are under discussion.

///

///

///

///

///

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians respectfully request that the stay of litigation be extended to July 17, 2017.

Date:  January 17, 2017                    Respectfully submitted,

BERKEY WILLIAMS LLP

By: *s/Curtis G. Berkey*
    Curtis G. Berkey
    2030 Addison Street, Suite 410
    Berkeley, California  94704
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com

    *Attorney for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

RAPPORT AND MARSTON

By: *s/Lester J. Marston*
    Lester J. Marston
    405 West Perkins Street
    Ukiah, CA  95482
    Tel: (707) 462-6846
    Fax: (707) 462-4235
    E-mail: marston1@pacbell.net

    *Attorney for Plaintiff-Intervenor*
    *Cahuilla Band of Indians*