1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                              Plaintiff-<br>Intervenors,<br>                                vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                                        Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER** |

    The above-entitled action on regularly for hearing on January 13, 2017 before the Honorable Gonzalo P. Curiel, District Judge, on the Objections of Gregory Burnett, Cindy Barker and Robyn Garrison to the Annual Watermaster Report for Water Year 2014-15, Watermaster's Response to Objections, and Replies.  (Dkt. Nos. 5544, 5545, 5546, 5554, 5557, 5558, 5559, 5560.)  William J. Brunick, Esq. appeared on behalf of the Watermaster of the Santa Margarita River Watershed.  Gregory Burnett and Cindy Barker appeared pro se.  The Court having reviewed and considered the moving, opposing, and reply papers, and the arguments of counsel and Burnett and Barker, and good cause appearing, HEREBY ORDERS the following:

[51CV1247-GPC(RBB)]

1     1.    The Watermaster's Report for Water Year 2014-15 is accepted and approved by

2   the Court without any changes.

3         IT IS SO ORDERED.

4

5   DATED:  January 17, 2017

6

7                          HON. GONZALO P. CURIEL
                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[51CV1247-GPC(RBB)]