UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Anna Gale James
40275 Curry Court
Aguanga, CA 92536



FILED
JAN 18 2017
MAILED FROM ZIP CODE 91950

JAN 24 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

FORWARD TIME EXP   RTN TO SEND
JAMES ANNA GALE
11381 PROSPERITY FARMS RD APT 509
PALM BCH GDNS FL 33410-3458

RETURN TO SENDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                              Plaintiff-Intervenors,<br><br>         vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                              Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER** |

The above-entitled action on regularly for hearing on January 13, 2017 before the Honorable Gonzalo P. Curiel, District Judge, on the Objections of Gregory Burnett, Cindy Barker and Robyn Garrison to the Annual Watermaster Report for Water Year 2014-15, Watermaster's Response to Objections, and Replies. (Dkt. Nos. 5544, 5545, 5546, 5554, 5557, 5558, 5559, 5560.) William J. Brunick, Esq. appeared on behalf of the Watermaster of the Santa Margarita River Watershed. Gregory Burnett and Cindy Barker appeared pro se. The Court having reviewed and considered the moving, opposing, and reply papers, and the arguments of counsel and Burnett and Barker, and good cause appearing, HEREBY ORDERS the following:

1. The Watermaster's Report for Water Year 2014-15 is accepted and approved by the Court without any changes.

IT IS SO ORDERED.

DATED: January 17, 2017

HON. GONZALO P. CURIEL
United States District Judge

[51CV1247-GPC(RBB)]