

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JAN 3 1 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

RECEIVED
JAN 3 0 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

$ 00.46⁰
02 1R
0002006475   JAN 25 2017
MAILED FROM ZIP CODE 91950

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

FORWARD TIME EXP   RTN TO SEND
JAMES ANNA GALE
11381 PROSPERITY FARMS RD APT 529
PALM BCH GDNS FL 33410-3460

RETURN TO SENDER

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-cv-1247-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>Date:   No hearing date set<br>Time:<br>Courtroom: 9<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Upon consideration of the *Joint Motion to Extend Stay* filed by Plaintiff-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians, it is hereby ordered:

The motion is granted and the stay is extended until **July 17, 2017.**

IT IS SO ORDERED.

DATED: January 23, 2017

HON. GONZALO P. CURIEL
United States District Judge

Case No.: 51-cv-1247-GPC-RBB