**REID & HELLYER**
A Professional Corporation
DAVID G. MOORE, State Bar No. 36078
MICHAEL G. KERBS, State Bar No. 131620
3880 Lemon Street, Fifth Floor
Post Office Box 1300
Riverside, California 92502-1300
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for Defendant Gregory V. Burnett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et.al.,<br><br>Plaintiffs-Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et.al.,<br><br>Defendants. | CASE NO. 51-cv-1247-GT-RBB<br><br>The Hon. Judge Gonzalo P. Curiel<br><br>**DECLARATION OF GREGORY V. BURNETT IN SUPPORT OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS**<br><br>[Notice and Motion; and Declaration of David G. Moore filed concurrently herewith]<br><br>Date: April 7, 2017<br>Time: 1:30 p.m.<br>Dept: Courtroom 2D<br>Judge: Hon. Gonzalo P. Curiel |

I, Gregory V. Burnett declare:

1. I am the owner of over 500 acres of real property located in the Anza Valley and overlying the Anza Ground Water Basin. I was served as a defendant with the Complaints in Intervention filed by the Ramona Band of Cahuilla Indians' and Cahuilla Band of Indians' (collectively, the "Tribes") and am a party to this action. The facts set forth herein are of my own personal knowledge and if sworn I

1  could and would testify competently thereto.

2      2.    I have participated in and monitored this action since approximately
3  2007. I have personally, and through my previous attorney, attended numerous court
4  hearings, settlement conferences, and filed documents with the Court.

5      3.    Since 2007, and more recently in the last few years, I have asserted my
6  position that I am not a proper party to this action. My efforts have included
7  communications with the Tribes, the Tribes' counsel, the Watermaster, and counsel
8  for the Watermaster. One of my most recent attempts was made in September and
9  October, 2016, wherein I sent letters to the Ramona Tribe and its counsel, providing
10 the factual basis for dismissing me as a defendant based on the origination of my
11 water rights via the July 27, 1866, Railroad and Telegraph Line Lands Act. I also
12 appeared before this Court most recently on January 13, 2017 at the Hearing re:
13 Objections to Final Annual Watermaster Report For the Year 2014-2015, whereat I
14 posed the question why the Watermaster has continuously refused to acknowledge the
15 class of landowners, such as myself, that have superior water rights that originated
16 before the Tribes' federal reserved water right.

17     4.    None of my attempts to have the Tribes dismiss me as a defendant or
18 have the Watermaster include me (and others similarly situated) in his report have
19 been successful. Furthermore, beyond filing objections to the Watermaster Reports, I
20 have been unable to seek relief from the Court because of the litigation stay that has
21 been in place since 2008. As such, I recently retained Reid & Hellyer to act as my
22 attorney of record to assist in requesting that this Court lift the litigation stay for the
23 purpose of allowing me to file a substantive motion with the Court in the form of a
24 motion to dismiss.

25     5.    I am the owner and founder of a residential development known as
26 Thomas Mountain Ranch overlying the Anza Ground Water Basin. As a direct result
27 of me being named as a defendant in this action, the length of time that this action has
28 been pending, and the uncertainty that arises because of the Tribes' claims to superior

REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

water rights, I have been thwarted in my attempts to implement a small water system to support Thomas Mountain Ranch and my ability to obtain financing to support the development. Additionally, I have spent countless hours attempting to make my voice heard and ensure that my water rights are preserved, resulting in a loss of income, emotional distress, and a loss of goodwill to Thomas Mountain Ranch and myself due to a lack of developmental progress.

6. I seek the assistance of this Court to allow me my day in court - a day that I have been waiting to have for the last ten years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 30th day of the January, 2017 at Anza, California, California.

Gregory V. Burnett