## DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 3880 Lemon Street, 5th Floor, Riverside, Californai 92501.

On January 31, 2017, I electronically filed on behalf of defendant Gregory V. Burnett the following document in <u>United States of America. et al. v. Fallbrook Public Utility District. et al.,</u> Case No. Sl-cv-1247-GPC-RBB:

1) **NOTICE OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS; MEMORANDUM OF POINTS AND AUTHORITIES;**

2) **DECLARATION OF DAVID G. MOORE IN SUPPORT OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS; AND**

3) **DECLARATION OF GREGORY V. BURNETT IN SUPPORT OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS**

by using the CMlECF system, which generated and transmitted a notice of electronic filing to the following CMlECF registrants:

B. Tilden Kim: tkim@rwglaw.com; Ipomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bSRmpson@Sampsonlaw.nel; b.sampson3@cox.net; mflckcl@sampsonlaw.nct; psampson@sampsonlaw.net
Charles W. Binder: courtdocs@smrwm.org
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcoleUa@flsd.com
Donald R. Timms: dontimms@San.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com

Grant Alan Reader: garlaw7} @gmail.com
Harry Campbell Carpelan: hcarpelan@redwinesherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh20.com; gosorio@mwdh~o.~om
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Thomas Caldwell; Linda Caldwell: goforthvillage2@Yahoo.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW. Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattomeys.com
Richard Alvin Lewis: RlewiS@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; Iisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov.; efile.dkt.civ@usdoj.gov; sandra.huston@lIsdoj.gov
Timothy P. Johnson: tjohnson@iohnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@chnlawfinn.com; bill.koska@clmlawfirm.com

I further certify that on January 31, 2017, I caused to be served the following documents:

    1) **NOTICE OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS; MEMORANDUM OF POINTS AND AUTHORITIES;**

    2) **DECLARATION OF DAVID G. MOORE IN SUPPORT OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS; AND**

    3) **DECLARATION OF GREGORY V. BURNETT IN SUPPORT OF MOTION AND MOTION FOR RELIEF FROM STAY FOR LIMITED PURPOSE OF ALLOWING GREGORY V. BURNETT TO FILE A**

## MOTION TO DISMISS INTERVENORS' SECOND AMENDED COMPLAINTS

by depositing a copy in the United States mail at Riverside, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7 037Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale<br>40275 Curry Court<br>Aguanga, CA 92536 | James Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 31, 2017, at Riverside, California.

*Brenda M. Schenkkan* (signature)
Brenda M. Schenkkan