# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>                                    Plaintiff-<br>Intervenors,<br>          vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>                                    Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On January 31, 2017, Defendant Gregory Burnett filed a motion for relief from stay for limited purpose of allowing Gregory Burnett to file a motion to dismiss Intervenors' second amended complaints.  (Dkt. No. 5568.)   According, IT IS HEREBY ORDERED that any opposition shall be filed on or before  **March 3, 2017.** Any reply shall be filed on or before **March 17, 2017.**  A hearing is set on **April 7, 2017 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

DATED:  February 1, 2017

HON. GONZALO P. CURIEL
United States District Judge

[51CV1247-GPC(RBB)]