

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　　　　Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER DIRECTING STEERING COMMITTEE TO EITHER FILE EXECUTED CONTRACT OR UPDATE THE COURT ON STATUS OF CONTRACT NEGOTIATIONS WITH REPLACEMENT WATERMASTER** |

On November 30, 2016, the Court appointed Michael J. Preszler as replacement Watermaster for Santa Margarita River Watershed and authorized the Steering Committee to complete negotiations of an agreement with Mr. Preszler. (Dkt. No. 5551.) The Court learned that Charles Binder's last day as Watermaster is January 31, 2017 and the executed contract for the replacement Watermaster has not yet been filed with the Court. The Court DIRECTS the Steering Committee to either file the executed

////

////

- 1 -

[51CV1247-GPC(RBB)]

1 | contract with Michael Preszler or to provide an update on the status of the negotiations
2 | on or before **12:00 noon** on **February 1, 2017.**
3 |     IT IS SO ORDERED.
4
5 | DATED: January 31, 2017

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge