UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

FEB 0 6 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
000 2006475          FEB 03 2017
MAILED FROM ZIP CODE 91950
$00.46⁰

FEB 06 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

FORWARD TIME EXP  RTN TO SEND
JAMES/ANNA GALE
31301 PROSPERITY FARMS RD APT 665
PALM BCH GDNS FL 33410-3460

RETURN TO SENDER

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA;<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-<br>Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | CASE NO. 51cv1247-GPC(RBB)<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE** |

On January 31, 2017, Defendant Gregory Burnett filed a motion for relief from stay for limited purpose of allowing Gregory Burnett to file a motion to dismiss Intervenors' second amended complaints.  (Dkt. No. 5568.)   According, IT IS HEREBY ORDERED that any opposition shall be filed on or before **March 3, 2017.** Any reply shall be filed on or before **March 17, 2017.**  A hearing is set on **April 7, 2017 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

DATED:  February 1, 2017

HON. GONZALO P. CURIEL
United States District Judge

- 1 -

[51CV1247-GPC(RBB)]