LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>                    Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>                    Defendants. | Case No. 3:51-cv-01247-GPC-RBB<br><br>**ENTRY OF APPEARANCE**<br><br>Date: January 13, 2017<br>Time: 1:30 p.m.<br>Courtroom: 9<br>Before the Honorable Gonzalo P. Curiel |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

        Please enter my appearance as Counsel in this case on behalf of Plaintiff-Intervenor, the Cahuilla Band of Indians.

Dated: February 21, 2017

Respectfully Submitted,
RAPPORT AND MARSTON
By:    */s/ Lester J. Marston*
LESTER J. MARSTON
Attorney for Plaintiff, Cahuilla Band of Indians

1

# CERTIFICATE/PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is 405 West Perkins Street, Ukiah, CA 95482.

On February 21, 2017, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case  No. 3:51-cv-1247-GPC-RBB:

## ENTRY OF APPEARANCE

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the  following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com

Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com

Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net;  psampson@sampsonlaw.net

Charles W. Binder: courtdocs@smrwm.org

Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com

Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com

David Leventhal: davelevlaw@yahoo.com

David Philip Colella: dcolella@flsd.com

Donald R. Timms: dontimms@san.rr.com

F. Patrick Barry: patrick.barry@usdoj.gov

George Chakmakis: george@chakmakislaw.com

Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com

Grant Alan Reader: garlaw71@gmail.com

Harry Campbell Carpelan: hcarpelan@redwinesherrill.com

Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net

James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com

James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com

John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com

John Christopher Lemmo:  jl@procopio.com; laj@procopio.com

Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net

2

Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com;
gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Thomas Caldwell; Linda Caldwell: goforthvillage2@yahoo.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW. Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com;
terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com;
pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com;
deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com;
vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov;
efile.dkt.civ@usdoj.gov;
sandra.huston@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com;
bill.koska@clmlawfinn.com

I further certify that on February 21, 2017, I caused to be served the following documents:

## ENTRY OF APPEARANCE

by depositing a copy in the United States mail at Ukiah, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne | Carolyn Ellison | |
| 1264 Page Street | 49975 Indian Rock | John Ellison |
| San Francisco, CA 94117 | Aguanga, CA 92536 | 49975 Indian Rock |
| | | Aguanga, CA 92536 |

ENTRY OF APPEARANCE [CASE NO. 3:51-CV-01247-GPC-RBB]

Fullerton, CA 96833

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ
86403

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ
86403

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Cindy L. Barker
37060 Bonita Vista Rd.
Anza, CA 92539

James L. Markman
Richards, Watson &
Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Archie D. McPhee
40482 Gavilan Mountain R
Fallbrook, CA 92028

Robyn M. Garrison
ERA Excel Realty
56070 Highway 371
Anza, CA 92539

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carol Lueras
623 Beverly Blvd.

Briar McTaggart
1642 Merion Way, 40E
Seal Beach, CA 90740

Greg Burnett
The Burnett Group
P.O. Box 391111
Anza, CA 92539

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on February 21, 2017, at Ukiah, California.

*/s/ Brissa De La Herran*

**ENTRY OF APPEARANCE [CASE NO. 3:51-CV-01247-GPC-RBB]**