Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Tel: (510) 548-7070
Fax: (510) 548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF RAMONA BAND OF CAHUILLA'S OPPOSITION TO BURNETT MOTION TO LIFT STAY OF LITIGATION**<br><br>Date: April 7, 2017<br>Time: 1:30 p.m.<br>Dept.: Courtroom 2D<br><br>Hon. Gonzalo P. Curiel |

CIVIL NO.: 51-CV-1247-GPC-RBB

I hereby declare as follows:

1. I am counsel to the Ramona Band of Cahuilla (Band), plaintiff-intervenor in this action. I have represented the Band since its intervention in this action in 2007. I make this Declaration based on my personal knowledge.

2. In late September 2016, the Ramona Band of Cahuilla received an undated letter from Gregory Burnett demanding that the Band "cease and desist" in asserting its water rights claims against him, and that the Band voluntarily dismiss him from the *Fallbrook* subproceeding to quantify the Band's water rights in the Anza Groundwater Basin.

3. On October 14, 2016, Joseph Hamilton, the Chairman of the Ramona Band of Cahuilla, sent a letter to Mr. Burnett refusing his demand to be dismissed. The Chairman noted that the Band's pending claims are not the reason the County of Riverside has refused to issue a community water system permit to Burnett, and pointed out that the Band has taken no action to impede the development of his property. The letter outlined the well-established legal authorities that contradict Mr. Burnett's unique theory to the effect that a 1921 federal land patent gives him a federal water right that is superior to that of the Band. Thereafter, I informed Mr. Burnett (who was then not represented by counsel, so far as I knew) by telephone that the Ramona Band would offer its assistance in seeking a satisfactory

resolution to the permit issue with the County of Riverside.  Mr. Burnett refused the offer of assistance.

4. Shortly after the Ramona Band was granted intervention by this Court in 2007, I helped organize discussions among the landowner defendants in the Anza Groundwater Basin and Cahuilla Groundwater Basin with the purpose of resolving the Ramona Band's and Cahuilla Band's water rights claims through a negotiated settlement.  Initially, Mr. Burnett participated with his counsel in those discussions on a regular basis, but for reasons not known to me, to the best of my recollection, he ceased participating within approximately one year.  The landowners organized a litigation committee to participate in the discussions, and Mr. Burnett was a member and chair of this group until he stopped participating.  According to Mr. Burnett, that group comprised approximately 1,500 landowner defendants, who shared the costs of legal representation by a single law firm.  The Ramona Band has repeatedly informed Mr. Burnett that it would recommend to the settlement parties that he and his counsel be invited to participate in settlement discussions if he wished.  He has not responded to that overture.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2017                       *s/Curtis G. Berkey*
                                           Curtis G. Berkey