**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                                   Time Spent: 35 mins.
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE              Rptr.

Plaintiffs

Patrick Barry (present)            Douglas Garcia (present)
Yosef Negose                       Mike McPherson (present)
Chris Watson                       Laura Maul

Defendants

Michael J. Preszler                John Flocken
Curtis Berkey (present)            Marilyn Levin
Lester Marston (present)           Michael T. Zarro (present)
Daniel Thompson                    Jeff Hoskinson (present)
Rob Davis                          James Markman (present)
Matt Duarte (present)              Tilden Kim
William Ainsworth                  Jennifer Henderson
Ray Mistica (present)              Edward Walls
William Brunick (present)          Ronak Patel
Paul Greenwald (present)

PROCEEDINGS:  _____  In Chambers  _____  In Court  __X__  Telephonic


A telephonic attorneys only settlement conference was held with the following parties:

1.   The Cahuilla Band of Indians (attorney Lester Marston)

2.   The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.   The United States (attorneys Patrick Barry and Mike McPherson)

4.   The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.   The Hemet School District (attorney Jeff Hoskinson)

6.   The State of California (attorney Michael Zarro)

7.   The County of Riverside (attorney Ray Mistica)

8.   Michael J. Preszler, Watermaster (attorney William Brunick)

9.   Individual landowners represented by James Markman and Paul Greenwald

10.  Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for <u>April 19, 2017, at 8:00 a.m.</u> with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Chuck Binder, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman, Tilden Kim, and John Flocken

10.  Agri-Empire, Inc. (attorneys Matt Duarte and Rob Davis)

11.  Department of the Interior, Solicitor's Office (attorney Chris Watson)

Counsel for the United States is to initiate the call.

An in-person settlement conference is set for <u>June 6, 2017, at 9:00 a.m.</u> with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Chuck Binder, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman, Tilden Kim, and John Flocken

10.   Agri-Empire, Inc. (attorneys Matt Duarte and Rob Davis)

11.   Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE:  <u>March 16, 2017</u>          IT IS SO ORDERED:  _Ruben Brooks_

                                                                Ruben B. Brooks,
                                                                U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute85.wpd