MARCIA SCULLY, SBN 80648
HERIBERTO F. DIAZ, SBN 132821
CATHERINE M. STITES, SBN 188534
The Metropolitan Water District of Southern California
P.O. Box 54153
Los Angeles, CA 90054-0153
700 N. Alameda Street
Los Angeles, CA 90012
Telephone: (213) 217-6000
Facsimile: (213) 217-6890
mscully@mwdh2o.com
hdiaz@mwdh2o.com
cstites@mwdh2o.com

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

*Exempt from filing fee pursuant to Gov't Code § 6103*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian Tribes,<br><br>Plaintiffs in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No.: 51-CV-1247-GPC-RBB<br><br>**DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S NOTICE OF DESIGNATION OF LEAD ATTORNEY**<br><br>Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

TO THE COURT AND TO ALL COUNSEL OF RECORD AND PARTIES HEREIN:

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3(f)(2) of the Local Rules of Practice for the United States District Court for the Southern District of California, Defendant The Metropolitan Water District of Southern California ("Metropolitan") hereby designates Heriberto F. Diaz as lead counsel in the above-

-1-

Case No. 51-CV-1247-GPC-RBB

1 | entitled matter. Heriberto Diaz's phone number is (213) 217-7172. Address, email address and facsimile number will be the same as first written above.

PLEASE TAKE FURTHER NOTICE THAT Joseph Vanderhorst has since retired from Metropolitan. Please remove his name from the service list.

All further notices and copies of pleadings, papers, and other materials relevant to this matter should be directed to and served upon Heriberto F. Diaz.

DATED: March 20, 2017

THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
MARCIA SCULLY, GENERAL COUNSEL
JOSEPH A. VANDERHORST
HERIBERTO F. DIAZ
CATHERINE M. STIRES

By: _____
Heriberto F. Diaz

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
mscully@mwdh2o.com; hdiaz@mwdh2o.com;
cstites@mwdhwo.com

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, not a party to the above-entitled action. My business address is 700 North Alameda Street, Los Angeles, California 90012.

On March 21, 2017, I electronically filed on behalf of The Metropolitan Water District of Southern California, the following documents in the *United States of America v. Fallbrook Public Utility District, et al.*, Case No. 51-CV-1247-GPC-RBB:

***Defendant The Metropolitan Water District of Southern California's Notice of Designation of Lead Attorney*** in

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Alice E. Walker, awalker@mmwclaw.com, recept@mmwclaw.com
B. Tilden Kim, tkim@rwglaw.com, lpomatto@rwglaw.com
Bill J. Kuenzinger, bkuenzinger@bdasports.com, rjones@bhsmck.com
Bryan D. Sampson, bsampson@sampsonlaw.net, b.sampson3@cox.net, mfickel@sampsonlaw.net
Charles W. Binder, cwbinder@smrwm.org, courtdocs@smrwm.org
Curtis G. Berkey, cberkey@berkeywilliams.com, mmorales@berkeywilliams.com
Daniel J. Goulding, dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com,
David Leventhal, davelevlaw@yahoo.com
David Philip Colella, dcolella@f1sd.com
Donald R. Timms, dontimms@san.rr.com
Elsinore Valley Municipal Water District, matthew.green@bbklaw.com
F. Patrick Barry, patrick.barry@usdoj.gov
George Chakmakis, george@chakmakislaw.com
Gerald (Jerry) Blank, gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Grant A. Reader, garlaw71@gmail.com
Harry Campbell Carpelan, hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, hwkuehne@pacbell.net
Heriberto F. Diaz, hdiaz@mwdh2o.com
James B. Gilpin, james.gilpin@bbklaw.com, Lindsay.puckett@bbklaw.com, lynn.clark@bbklaw.com, marta.stasik@bbklaw.com

| | |
|---|---|
| 1 | James Michael Powell, jpowellesq@gmail.com, info@mydebtorlaw.com |
| 2 | John A. Karaczynski, jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com |
| 3 | John Christopher Lemmo, jl@procopio.com, laj@procopio.com |
| 4 | Jonathan M. Deer, jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
| 5 | Kevin Patrick Sullivan, ksullivan@sanlawyers.com, prussell@sanlawyers.com |
| 6 | Linda Caldwell, goforthvillage2@yahoo.com |
|   | Lynn Balliger, lynn_balliger@att.net |
| 7 | M. Catherine Condon, ccondon@mmwclaw.com, dvitale@mmwclaw.com |
| 8 | Marco Antonio Gonzalez, marco@coastlawgroup.com, sara@coastlawgroup.com |
|   | Marlene C. Kuehne, hwkuehne@pacbell.net |
| 9 | Marilyn H. Levin, marilyn.levin@doj.ca.gov |
| 10 | Mark L. Brandon, mbrandon@brandon-law.com, dslack@brandon-law.com |
|    | Marlene C. Kuehne, hwkuehne@pacbell.net |
| 11 | Mary L. Fickel, mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com |
| 12 | Matthew L Green, matthew.green@bbklaw.com, lisa.atwood@bbklaw.com |
|    | M.E.M. Limited Partnership, prosenberg@hnattorneys.com |
| 13 | Michael Duane Davis, michael.davis@greshamsavage.com, |
| 14 | teri.gallagher@greshamsavage.com |
|    | Michael Roberts, Michelle Roberts, cvrinc@earthlink.net |
| 15 | Michele A. Staples, mstaples@jdtplaw.com, dtankersley@jdtplaw.com, |
| 16 | pgosney@jdtplaw.com |
|    | Patricia Grace Rosenberg, prosenberg@hnattorneys.com |
| 17 | Peter J. Mort, pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com |
| 18 | Rancho California Water District, james.gilpin@bblaw.com |
|    | Richard Alvin Lewis, Rlewis@RichardLewis.com |
| 19 | Robert H. James, bob@fallbrooklawoffice.com, Deborah@fallbrooklawoffice.com |
| 20 | Robert K. Edmunds, robert.edmunds@bipc.com, lisa.largent@bipc.com, |
|    | Robert M. Cohen, rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, |
| 21 | wwendelstein@cohenburgelaw.com |
| 22 | Roman Catholic Bishop of San Bernardino, dcolella@flsd.com |
|    | Scott B. McElroy, smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| 23 | Steve Michael Bodmer, sbodmer@pechanga-nsn.gov |
| 24 | Thomas Caldwell, goforthvillage2@yahoo.com |
|    | Thomas C. Stahl, Thomas.Stahl@usdoj.gov, CaseView.ECF@usdoj.gov, |
| 25 | Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov |
| 26 | Timothy P. Johnson, tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| 27 | William K. Koska, wkoska@koskalaw.com, alice.ross@clmlawfirm.com, |
| 28 | bill.koska@clmlawfirm.com |

I further certify that on March 21, 2017, I caused to be served the following document:

***Defendant The Metropolitan Water District of Southern California's Notice of Designation of Lead Attorney*** in

by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, and addressed as follows:

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carl Gage<br>Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Edward Lueras<br>Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 |
| James L. Markman<br>Richards Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | John Ellison<br>Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| John S. Wilson<br>Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 92536 |
| Lester John Marston<br>Rapport and Marston<br>405 West Perkins Street<br>Ukiah, CA 95482 | Marianne E. Pajot<br>40225 Curry Court<br>Aguanga, CA 92536 |

| | |
|---|---|
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Robert Mannschreck<br>Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 21, 2017, at Los Angeles, California.

_____
Zenaida Afable