**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
MAR 24 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY



GPC

UNITED STATES POSTAGE
PITNEY BOWES
02 1R        $ 00.46⁰
0002006447   MAR 17 2017
MAILED FROM ZIP CODE 91950

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

92101>3802

910 NFE 1     A1510003/17/17
FORWARD TIME EXP    RTN TO SEND
JAMES ANNA GALE
11581 PROSPERITY FARMS RD APT 609
PALM BCH GDNS FL 33410-3460
            RETURN TO SENDER

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 35 mins.
HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                     Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose | Mike McPherson (present) |
| Chris Watson | Laura Maul |

### Defendants

| | |
|---|---|
| Michael J. Preszler | John Flocken |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |
| Paul Greenwald (present) | |

PROCEEDINGS:  ____ In Chambers   ____ In Court   _X_ Telephonic

A telephonic attorneys only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for <u>April 19, 2017, at 8:00 a.m.</u> with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and John Flocken

10. Agri-Empire, Inc. (attorneys Matt Duarte and Rob Davis)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

Counsel for the United States is to initiate the call.

An in-person settlement conference is set for <u>June 6, 2017, at 9:00 a.m.</u> with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Mike McPherson, and Laura Maul)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Chuck Binder, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and John Flocken

10. Agri-Empire, Inc. (attorneys Matt Duarte and Rob Davis)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE: <u>March 16, 2017</u>  IT IS SO ORDERED: *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record