**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES                    Case No. 51cv1247 GPC(RBB)
                                                         Time Spent: 1 hr.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Mike McPherson (present) |
| Chris Watson (present) | Laura Maul |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | John Flocken |
| Curtis Berkey (present) | Marilyn Levin (present) |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |
| Paul Greenwald (present) | |

PROCEEDINGS: ____ In Chambers    ____ In Court    X Telephonic

A telephonic attorneys only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Mike McPherson)

4. The United States Bureau of Indian Affairs (attorney Doug Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorneys Michael Zarro and Marilyn Levin)

7. The County of Riverside (attorney Ray Mistica)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE: <u>April 19, 2017</u>     IT IS SO ORDERED: _____
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute86.wpd