**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAY -3 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK US DISTRICT COURT
MAY 0 3 2017
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

U.S. POSTAGE >> PITNEY BOWES
ZIP 91950 $ 000.46⁰
02 4W
0000343405 APR 20 2017

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE    925364812-1N    04/29/17
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES    Case No. 51cv1247 GPC(RBB)
                                        Time Spent: 1 hr.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE         Rptr.

### Plaintiffs

Patrick Barry (present)            Douglas Garcia (present)
Yosef Negose (present)             Mike McPherson (present)
Chris Watson (present)             Laura Maul

### Defendants

Michael J. Preszler (present)      John Flocken
Curtis Berkey (present)            Marilyn Levin (present)
Lester Marston (present)           Michael T. Zarro (present)
Daniel Thompson                    Jeff Hoskinson (present)
Rob Davis                          James Markman (present)
Matt Duarte (present)              Tilden Kim
William Ainsworth                  Jennifer Henderson
Ray Mistica (present)              Edward Walls
William Brunick (present)          Ronak Patel
Paul Greenwald (present)

PROCEEDINGS:  ____ In Chambers   ____ In Court   _X_ Telephonic

A telephonic attorneys only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Yosef Negose, and Mike McPherson)

4.  The United States Bureau of Indian Affairs (attorney Doug Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorneys Michael Zarro and Marilyn Levin)

7.  The County of Riverside (attorney Ray Mistica)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman and Paul Greenwald

10.   Agri-Empire, Inc. (attorney Matt Duarte)

11.   Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE: <u>April 19, 2017</u>        IT IS SO ORDERED:   *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record

I:\Chambers Brooks\CASES\USA-FALLBROOK\MINUTE ORDERS\Minute86.wpd