UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-55664 |
| Plaintiff, | |
| and | D.C. No. 3:51-cv-01247-GPC-RBB<br>U.S. District Court for Southern<br>California, San Diego |
| CAHUILLA BAND OF INDIANS;<br>RAMONA BAND OF CAHUILLA, | **TIME SCHEDULE ORDER** |
| Intervenor-Plaintiffs - Appellees, | |
| v. | |
| GREGORY BURNETT, | |
| Defendant - Appellant, | |
| and | |
| FALLBROOK PUBLIC UTILITY<br>DISTRICT, | |
| Defendant. | |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| **Tue., May 16, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
|---|---|
| **Fri., June 2, 2017** | Transcript shall be ordered. |
| **Mon., July 3, 2017** | Transcript shall be filed by court reporter. |
| **Mon., August 14, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Thu., September 14, 2017** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7