**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 2 hrs.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                     Rptr.

**Plaintiffs**

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

**Defendants**

| | |
|---|---|
| Michael J. Preszler | John Flocken |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Paul Greenwald (present) | Jeffrey W. Frey (present) |

PROCEEDINGS:   X   In Chambers    X   In Court    ____ Telephonic

An in-person settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Yosef Negose)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeffrey W. Frey)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

An in-person settlement conference is set for August 23, 2017, at 9:00 a.m. with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Yosef Negose)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeffrey W. Frey)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

DATE: June 6, 2017        IT IS SO ORDERED: _____
                                            Ruben B. Brooks,
                                            U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record