LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

CURTIS G. BERKEY
California State Bar No. 195485
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Telephone: 510-548-7070
Facsimile: 510-548-7080
Email: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>        Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: 9<br>Before the Honorable Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

1
CAHUILLA BAND OF INDIANS' OPPOSITION TO MOTION FOR RELIEF FROM STAY

Plaintiff-Intervenors the Cahuilla Band of Indians and the Ramona Band of Cahuilla (Tribes) respectfully move this Court for a 180-day extension of the stay of litigation until January 13, 2018. Under this Court's Order of January 23, 2017 (Doc. 5564), the current stay expires on July 17, 2017. Counsel for the Tribes are authorized to state that the United States; State of California; County of Riverside; Riverside County Flood Control and Water Conservation District; the Anza Landowners Group; Greenwald Landowners; Hemet Unified School District; and Agri-Empire do not oppose the Tribes' request to extend the stay for 180 days.

Since the last stay extension on January 23, 2017, the settlement parties have engaged in extensive negotiations to conclude a settlement. The Cahuilla Band has completed a number of studies regarding the feasibility of importing water into the Anza-Cahuilla Basin to ensure that there is enough water to meet each of the party's allocation as set forth in the proposed settlement agreement and maintain the basin on a sustained yield basis. The parties are currently determining the feasibility of constructing a pipeline, dam and other water yielding facilities that could be used to import water from outside the basin and store it on the Cahuilla Reservation for use in recharging the basin on an as needed basis.

Since the last status report, the settlement parties took action or discussed outstanding issues on the following dates:

January 25, 2017:  Telephonic attorneys only settlement conference;

February 17, 2017:  Joint Status Report lodged with chambers of U.S. Magistrate Judge Ruben B. Brooks;

February 28, 2017:  In-person settlement conference;

March 16, 2017: Telephonic attorneys only settlement conference with U.S. Magistrate Judge Ruben B. Brooks;

April 6, 2017:  In-person settlement conference;

April 19, 2017: Telephonic attorneys only settlement conference with U.S. Magistrate Judge Ruben B. Brooks;

May 16, 2017: Telephonic attorneys only settlement conference;

June 6, 2017: In-person settlement conference with U.S. Magistrate Judge Ruben B. Brooks; and

June 28, 2017: In-person meeting between the Cahuilla Band of Indians and the State of California to negotiate the State's contribution for the water importation project.

The United States and the Cahuilla Band of Indians are currently scheduling meetings with various water agencies to ascertain the availability and cost of purchasing water for importation into the Basin. Additional meetings among the parties are in the process of being scheduled to negotiate each party's contribution to the water importation project.

In addition, counsel for the parties have conducted teleconferences as necessary outside the larger group meetings to continue progress toward resolving outstanding issues. An in-person settlement conference is presently scheduled for August 23, 2017, at 9:00 a.m., and additional meetings and teleconferences will be scheduled to continue the discussions. The next in-person meeting is scheduled for July 31, 2017.

The settlement parties are committed to continuing these discussions. A 180-day extension of the stay will permit them to continue settlement efforts without the cost or distraction of litigation. The settlement parties believe a longer period of stay will facilitate progress toward a resolution of the outstanding issues, and provide sufficient time for certain technical analyses of proposed projects that are under discussion.

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians respectfully request that the stay of litigation be extended to January 13, 2018.

Dated: July 18, 2017                             Respectfully Submitted,

RAPPORT AND MARSTON

By: */s/ Lester J. Marston*
LESTER J. MARSTON
Attorney for Plaintiff-Intervenor, Cahuilla Band of Indians

BERKEY WILLIAMS LLP

By: */s/ Curtis G. Berkey*
CURTIS G. BERKEY
Attorney for Plaintiff-Intervenor, Ramona Band of Cahuilla

**CERTIFICATE/PROOF OF SERVICE**

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 405 West Perkins Street, Ukiah, CA 95482.

On July 18, 2017, I electronically filed on behalf of the Cahuilla Band of Indians the following document in United States of America, et al. v. Fallbrook Public Utility District, et al., Case No. 51-cv-1247-GPC-RBB:

**JOINT MOTION TO EXTEND STAY,**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Charles W. Binder: courtdocs@smrwm.org
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Harry Campbell Carpelan: hcarpelan@redwinesherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com

CAHUILLA BAND OF INDIANS' OPPOSITION TO MOTION FOR RELIEF FROM STAY

Thomas Caldwell; Linda Caldwell: goforthvillage2@yahoo.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW. Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen:  rcohen@cohenburgelaw.com;  vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Thomas C. Stahl:  Thomas.Stahl@usdoj.gov;  Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfinn.com

I further certify that on July 18, 2017, I caused to be served the following documents:

**JOINT MOTION TO EXTEND STAY**

by depositing a copy in the United States mail at Ukiah, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne | John Ellison | Donna Gage |
| 1264 Page Street | 49975 Indian Rock | 40685 Tumbleweed Trail |
| San Francisco, CA 94117 | Aguanga, CA 92536 | Aguanga, CA 92536 |
| | | |
| Carolyn Ellison | Carl Gage | Anna Gale James |
| 49975 Indian Rock | 40685 Tumbleweed Trail | 40275 Curry Court |
| Aguanga, CA 92536 | Aguanga, CA 92536 | Aguanga, CA 92536 |

| | | |
|---|---|---|
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Cindy L. Barker<br>37060 Bonita Vista Rd.<br>Anza, CA 92539 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | | Archie D. McPhee<br>40482 Gavilan Mountain R<br>Fallbrook, CA 92028 |
| Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 | Robyn M. Garrison<br>ERA Excel Realty<br>56070 Highway 371<br>Anza, CA 92539 |
| Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 | Greg Burnett<br>The Burnett Group<br>P.O. Box 391111<br>Anza, CA 92539 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on July 18, 2017, at Ukiah, California.

/s/ *Ericka Duncan*

CAHUILLA BAND OF INDIANS' OPPOSITION TO MOTION FOR RELIEF FROM STAY