JAMES L. MARKMAN (043536)
B. TILDEN KIM (143937)
PATRICK D. SKAHAN (286140)
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Anza Basin Represented Landowner Group

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No. 1247-SD-C<br><br>**ANZA BASIN REPRESENTED LANDOWNER GROUP'S RESPONSE TO MOTION FOR EXTENSION OF STAY**<br><br>Current Stay Expiration Date: July 17, 2017<br><br>Magistrate Judge: Ruben B. Brooks |

     Anza Basin Represented Landowner Group ("Landowner Group") submits this response to the Cahuilla Band of Indians and the Ramona Band of Cahuilla Indians' (collectively "the Tribes") joint motion to extend the stay of these proceedings. The current stay expired on July 17, 2017.

     The Tribes' Joint Motion, page 2, lines 6 to 8 indicated that the Landowner Group does not oppose the Tribes' request for another 180 day extension of the stay. That representation is partially true. The Landowner Group did not file an opposition because it is unwilling to devote precious legal resources to file an opposition that the Court would most likely deny.

     Instead, the Landowner Group stands by its Opposition filed on October 17, 2016 (Document No. 5533) (a courtesy copy is attached as Exhibit "A"). A continuance of the stay will not foster continued good faith negotiations, as it does not appear that any settlement will be likely in the foreseeable future, notwithstanding efforts made by the Court. In the meantime, economic growth in the Anza Valley has been smothered out for years. For the foregoing reasons, the Court should carefully consider alternatives, rather than simply granting the Band's joint motion to further stay proceedings.

DATED:  July 24, 2017

JAMES L. MARKMAN
B. TILDEN KIM
PATRICK D. SKAHAN
RICHARDS, WATSON & GERSHON,
A Professional Corporation


By:    /s/ James L. Markman
      James L. Markman
      Attorneys for Anza Basin Represented
      Landowner Group