# CERTIFICATE OF SERVICE

I, Linda I. Pomatto, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On July 24, 2017, I served the within document(s) by using the CMECF system, which generated and transmitted a notice of electronic filing to the following CMIECF registrants described as

**ANZA BASIN REPRESENTED LANDOWNER GROUP'S RESPONSE TO MOTION FOR EXTENSION OF STAY**

Alice E. Walker; awalker@mmwclaw.com; dvitale@mmwclaw.com
Bill J. Kuenzinger: bkuenzinger@bdasports.com; rjones@bhsmck.com
Charles W. Binder; cwbinder@smrwm.org
Curtis G. Berkey; cberkey@abwwlaw.com
Daniel E. Steuer; dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding; jhester@mccarthyholthaus.com
David Leventhal; davelevlaw@yahoo.com
David Philip Colella; dcolella@flsd.com
Donald R. Timms; dontimms@san.it.com
F. Patrick Barry; Patrick.barry@usdoj.gov
Gary D. Leasure; gleasure@garydleasure.com
George Chakmakis; George@chakmakislaw.com
Gerald (Jery) Blank; gblank@san.IT.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan; hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne; hwkuehne@pacbell.net
James B. Gilpin; james.gilpin@bbklaw.com
James Michael Powell; jpowellesq@gmail.com
Johnathan M. Deer; jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
John Christopher Lemmo; jl@procopio.com; laj@procopio.com
Joseph A. Vanderhorst; jvanderhorst@mwdh2o.com
Katie Brossy, kbrossy@akingump.com
Kevin Patrick Sullivan; ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Lester J. Marston; marston1@pacbell.net
Linda Caldwell; goforthvillage2@yahoo.com
Marcia L. Scully; mscully@mwdh2o.com
Marilyn H. Levin; Marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel; mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green; matthew.green@bbklaw.com; Amelia.mendez@bbklaw.com
Michael Duane Davis; Michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples; mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patrick Grace Rosenberg; prosenberg@hnattorneys.com
Richard Alvin Lewis; Rlewis@RichardLewis.com
Robert J. James; bob@fallbrooklawoffice.com
Robert K. Jassoy; rjassoy@jayyoylaw.com
Robert K. Edmunds; robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bic.com
Robert M. Cohen; rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott W. Williams; swilliams@abwwlaw.com
Steve Bodmer, sbodmer@pechanga-nsn.gov

12663-0002\1488299v1.doc

1  Thomas C. Caldwell; goforthvillage2@yahoo.com
   Thomas C. Stahl: Thomas.Stahl@usdoj.gov
2  Timothy P. Johnson; tjohnson@johnson-chambers.com; cww@johnson-chambers.com
   William K. Kosh; wkosha@koskalaw.com; alice.ross@cimlawfirm.com;
3  bill.koska@clmlawfirm.com

4  I further certify that on July 24, 2014, I caused to be served the following documents:

5  **ANZA BASE REPRESENTED LANDOWNER GROUP'S OPPOSITION TO MOTION FOR EXTENSION OF STAY**

6  
7  by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, addressed on the attached Service List:

9  _____LINDA I. POMATTO_____           _____
      (Type or print name)                              (Signature)

-2-

12663-0002\1488299v1.doc

## SERVICE LIST

| | |
|---|---|
| Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 | Carl Gage<br>Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 |
| Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 | Edward Lueras<br>Carol Lueras<br>623 Beverly Boulevard<br>Fullerton, CA 96833 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Robert Mannschreck<br>Diane Mannschreck<br>1600 Kiowa Avenue<br>Lake Havasu City, AZ 86403 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | Michael J. Machado<br>Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| Thomas Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | |

12663-0002\1488299v1.doc