# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)

                                                         Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                  Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry | Douglas Garcia |
| Yosef Negose | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Lester Marston | Michael T. Zarro |
| Daniel Thompson | Jeff Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick | Ronak Patel |
| Paul Greenwald | Jeffrey W. Frey |

PROCEEDINGS:  _____  In Chambers  _____  In Court  _____  Telephonic

An attorneys-only status conference is set for August 22, 2017, at 1:30 p.m. with the Pechanga Band, the United States, and the Rancho California Water District.

DATE:  August 2, 2017          IT IS SO ORDERED:  _Ruben Brooks_
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record