**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT                Case No. 51cv1247 GPC(RBB)
                                                           Time Spent: 30 mins.
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler | John Flocken |
| Curtis Berkey | Marilyn Levin |
| Lester Marston | Michael T. Zarro |
| Daniel Thompson | Jeff Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick | Ronak Patel |
| Paul Greenwald | Jeffrey W. Frey |

PROCEEDINGS:   X   In Chambers    X   In Court    ___   Telephonic

An attorneys-only status conference was held on August 22, 2017, with the following parties:

1.   The United States of America (attorneys Patrick Barry and Yosef Negose)

2.   The Pechanga Band of Mission Indians (attorneys John Karaczynski, Donald Pongrace, Merrill Godfrey, Steve Bodmer)

3.   The Rancho California Water District (attorney James Gilpin)

DATE: August 22, 2017                IT IS SO ORDERED:   *Ruben Brooks*
                                                         Ruben B. Brooks,
                                                         U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record