**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT        Case No. 51cv1247 GPC(RBB)
                                                   Time Spent: 3 hrs. 30 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey (present) |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Paul Greenwald (present) | |

PROCEEDINGS:   X   In Chambers     X   In Court       ___ Telephonic

An in-person settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Yosef Negose)

4. The United States Bureau of Indian Affairs (Douglas Garcia)

5. The Hemet School District (attorney Margot Stevens)

6. The State of California (attorneys Michael Zarro and Jennifer T. Henderson)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney Steven M. Kennedy)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

After recess, individuals who had asked to voice their concerns spoke off the record and voiced their concerns to the Court.

Counsel for the Cahuilla Band of Indians shall submit a settlement status report by <u>September 29, 2017</u>.

A telephonic attorneys-only settlement conference is set for <u>November 28, 2017, at 8:00 a.m.</u> with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Yosef Negose)

4. The United States Bureau of Indian Affairs (Douglas Garcia)

5. The Hemet School District (attorney Margot Stevens)

6. The State of California (attorney Jennifer T. Henderson)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney Steven M. Kennedy)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

11. Department of the Interior, Solicitor's Office (attorney Chris Watson)

Counsel for the United States is to initiate the call.

DATE: <u>August 23, 2017</u>          IT IS SO ORDERED: _____
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record