# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2016



**AUGUST 2017**

**PREPARED BY**
**SANTA MARGARITA RIVER WATERSHED WATERMASTER**

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

**CIVIL NO. 51-cv-1247-GPC-RBB**

# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2016

AUGUST 2017

**PREPARED BY**

**SANTA MARGARITA RIVER WATERSHED WATERMASTER**

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

**CIVIL NO. 51-cv-1247-GPC-RBB**

**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED
895 Embarcadero Drive, Suite 105
El Dorado Hills, California 95762
(916) 542-7895
FAX (760) 728-1990

August 22, 2017

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re: *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
Final Annual CWRMA Report for Calendar Year 2016

Dear Judge Curiel:

    In accordance with Section 13 of the Cooperative Annual Water Resource Management Agreement (CWRMA), approved by the Court on August 20, 2002, the Watermaster has prepared the Annual CWRMA Report for Calendar Year 2016.  The report was prepared in consultation with the CWRMA Technical Advisory Committee and has been approved by the signatory parties to the CWRMA.  Accordingly, please find the enclosed hard copy and CD containing the PDF files for the final Annual CWRMA Report for Calendar Year 2016.  Please make arrangements for posting the PDF files on the electronic docket.

    If you have any questions please do not hesitate to call.  Thank you.

Sincerely,

*Michael J. Preszler*

Michael J. Preszler, P.E.
Watermaster

MJP
Enclosures
cc (w/o Encls.):  Honorable Ruben B. Brooks
cc (w/ Hard Copy of Encl.):  Distribution List

Honorable Gonzalo P. Curiel
Re:  Final Annual CWRMA Report for Calendar Year 2016
August 22, 2017
Page 2 of 2

<u>Distribution List</u>:

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Eva Plajzer, P.E., Assistant General Manager
Engineering and Operations and Maintenance
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Rich J. Ottolini
Interim Director of Operations and Maintenance
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA  92590

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA  92101-8493

Dennis E. Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA  91711

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Daniel P. Bartu
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base
Camp Pendleton, CA  92055-5231

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

David B. Glazer, Esq.
US DOJ Env & Nat Resource Dept.
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA  94105

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Boulevard, Suite K
San Rafael, CA  94901