Case 3:51-cv-01247-JO-SBC   Document 5598-3   Filed 09/07/17   PageID.66096   Page 1 of 2





CWRMA Location Map