```
                                                                FILED
        UNITED STATES COURT OF APPEALS
                                                              SEP 14 2017
           FOR THE NINTH CIRCUIT
                                                           MOLLY C. DWYER, CLERK
                                                            U.S. COURT OF APPEALS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> and<br><br>CAHUILLA BAND OF INDIANS and RAMONA BAND OF CAHUILLA,<br><br>    Intervenor-Plaintiffs-Appellees,<br><br> v.<br><br>GREGORY BURNETT,<br><br>        Defendant-Appellant,<br><br> and<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br><br>        Defendant. | No.   17-55664<br><br>D.C. No.<br>3:51-cv-01247-GPC-RBB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: GRABER, RAWLINSON, and BYBEE, Circuit Judges.

Appellant's motion to take judicial notice of documents filed in support of the response to the order to show cause is granted (Docket Entry No. 16).

We have reviewed the responses to the May 25, 2017 order to show cause. The order to show cause is discharged.

In addition to all other issues the parties wish to raise in their briefs, the

ELF/MOATT

parties shall address whether the district court's order denying appellant's motion to lift the stay of proceedings is a final and appealable order pursuant to *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1 (1983).

The Clerk shall strike the opening brief and excerpts of record received on August 14, 2017. The opening brief and excerpts of record are due October 25, 2017; the answering brief is due November 27, 2017; and the optional reply brief is due within 21 days after service of the answering brief.