ROBERT H. JAMES
THE LAW OFFICE OF ROBERT H. JAMES
3668 Katie Lendre Drive
Fallbrook, CA 92028
(760)723-9018
Email: roberthjameslaw@gmail.com

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

MARTHA H. LENNIHAN (SBN 122478)
LENNIHAN LAW
6645 Garden Highway
Sacramento, CA. 95837
Telephone:   (916) 799-4460
Email: mlennihan@lennihan.net

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.  51-1247-GPC-RBB<br><br>**REQUEST FOR SUBSITUTION OF COUNSEL; [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Defendant FALLBROOK PUBLIC UTILITY DISTRICT, requests the following substitution of counsel:

| | |
|---|---|
| 1 | Former Counsel of Record: |
| 2 | ROBERT H. JAMES |
| 3 | THE LAW OFFICE OF ROBERT H. JAMES |
| 4 | 3668 Katie Lendre Drive |
| 5 | Fallbrook, CA 92028 |
| 6 | Phone: (760)723-9018 |
| 7 | Email: roberthjameslaw@gmail.com |
| 8 | |
| 9 | New Counsel of Record: |
| 10 | MARTHA H. LENNIHAN |
| 11 | LENNIHAN LAW |
| 12 | 6645 Garden Highway |
| 13 | Sacramento, CA 95837 |
| 14 | Phone: (916) 799-4460 |
| 15 | E-Mail: mlennihan@lennihan.net |
| 16 | |
| 17 | Defendant FALLBROOK PUBLIC UTILITY DISTRICT respectfully requests this substitution: |
| 18 | |
| 19 | Dated: 11/14/2017                              [signature] |
| 20 |                                                          Jack Bebee, Acting General Manager |
| 21 | I consent to this substitution: |
| 22 | |
| 23 | Dated: 11/14/2017                              [signature] |
| 24 |                                                          ROBERT H. JAMES |
| 25 |                                                          The Law Office of Robert H. James |

<span>
1  I accept this substitution:
2
3
4  Dated: November 18, 2017            _____
5                                      MARTHA H. LENNIHAN
6                                      Lennihan Law
7
8
9                                   ORDER
10 The requested Substitution of Counsel is hereby granted.
11
12 Dated: _____      _____
13                                     Hon. Gonzalo P. Curiel
14                                     UNITED STATES DISTRICT JUDGE
</span>

<span>

</span>

DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that: I am over the age of eighteen years; am not a party to this action; my business address is Lennihan Law, 6645 Garden Highway, Sacramento, California 95837; and that I served the REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER on behalf of the Fallbrook Public Utility District, as follows:

1. Via United States Mail to the mailing list attached hereto as Attachment A; and
2. Via e-mail to the e-mail list attached hereto as Attachment B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2017, at Sacramento, California.

_____
Martha H. Lennihan

Page 4

ATTACHMENT A

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Ste. 2190
San Diego, CA 92101

Honorable Ruben B. Brooks
U. S. District Court
Southern District of CA
221 West Broadway, Ste. 2160
San Diego, CA 92101

Patrick Barry, Esq.
U.S. Dept. of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Doug Garcia
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Room W-2821
Sacramento, CA 95825

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC 20240

Chris Watson
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. – M.S. 6513
Washington, D.C. 20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Area Manager
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Daniel Salgado, Chairperson
Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Bruce Bernard
US DOJ Env & Nat Res Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Charles J. Bachmann
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA  92539

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA  98110

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA  92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

Jack Easton
Riverside Land Conservancy
4075 Mission Inn Avenue
Riverside, CA  92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Brenda Dennstedt
Board of Directors
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA  94704

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA  92536

Eva Plajzer
Assistant General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA  92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA  92502

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA  92602-1365

Jason Uhley
Riverside Co. Flood Control
1995 Market Street
Riverside, CA  92501

Pamela Walls, Esq.
Deputy County Counsel
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Karly Gaynor
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jill Willis, Esq.
Best, Best & Krieger
300 S. Grand Ave. 25th Floor
Los Angeles, CA  90071

Timothy Ross
Chief, Groundwater Section
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Erick Miller
Aspect Consulting, LLC
350 Madison Avenue North
Bainbridge Island, WA  98110

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Warren Back
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA  92101-8493

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA  91711

Todd Shibata
Riverside County Waste Mgmt
14310 Frederick Street
Moreno Valley, CA  92553

Raymond M. Mistica, Esq.
Deputy County Counsel
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jason M. Ackerman, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA  92502

Bob Pierotti, Chief
Resources Assessment Branch
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

| | | |
|---|---|---|
| Zandro Mallari<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Michele Buriss<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Steven P. O'Neill, Esq.<br>Lemieux & O'Neill<br>4165 E. Thousand Oaks Blvd.<br>Suite 350<br>Westlake Village, CA 91362 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 | Jesus Gastelum<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 | Ganesh Krishnamurthy<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 |
| | Jack Bebee<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 | Jeff Marchand<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>3668 Katie Lendre Drive<br>Fallbrook, CA 92028 | Martha H. Lennihan, Esq.<br>Lennihan Law<br>6645 Garden Highway<br>Sacramento, CA 95837 | Keith E. Nobriga<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Amy Dorado<br>Metropolitan Water District<br>Diamond Valley Lake, Field Office<br>33752 Newport Road<br>Winchester, CA 92596 | Darwin Potter<br>Metropolitan Water District<br>Skinner Branch<br>33740 Borel Road<br>Winchester, CA 92596 | Tim Schaadt<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Heriberto Diaz, Esq.<br>Senior Deputy General Counsel<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Macarro<br>Pechanga Tribal Chairman<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Marc Luker<br>Pechanga Tribal Council<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Mike Luker<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Eagle Jones<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Steve Bodmer, Esq.<br>General Counsel<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Donald R. Pongrace, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564 | Rodney B. Lewis, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>4035 E. Cathedral Rock Drive<br>Phoenix, AZ 85044 | Katherine A. Brossy, Esq.<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 |
| Michael-Corey Hinton, Esq.<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Ave., N.W.<br>Washington, D.C. 20036-1564 | Steve Larson<br>S.S. Papadopulos & Associates, Inc.<br>7944 Wisconsin Avenue<br>Bethesda, MD 20814-3620 | Eugene Franzoy<br>Franzoy Consulting, Inc.<br>8141 West Gelding Drive<br>Peoria, AZ 85381 |
| General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92088-9372 | Dennis Sanford, Board of<br>Directors -- Rainbow MWD<br>1493 Via Ladera<br>Rainbow, CA 92028 | Joseph D. Hamilton, Tribal Chm.<br>Ramona Band of Cahuilla Indians<br>P. O. Box 391670<br>Anza, CA 92539 |

Dan Walsh
42551 Highway 79S.
Aguanga, CA  92536

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA  92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Flavia Kreig
P.O. Box 716
Aguanga, CA  92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA  92501

Gordon Lanik
P.O. Box 291273
Anza, CA  92539

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA  92822-1059

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA  92591-5210

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA  92028

Bertha Mendoza
35853 Calle Nopal
Temecula, CA  92592

Frank C. Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI  53593

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA  91755

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA  92086

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA  92028

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA  92024

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA  92589

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA  92536

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA  92028

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Cindy L Barker
37060 Bonita Vista Road
Anza, CA 92539

Robyn M. Garrison
ERA Excel Realty
56070 Highway 371
Anza, CA 92539

Kelly Lawler
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

John O'Hagen
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA  95812

Bob Rinker
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA  95812

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA  92383

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA  92602

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA  92593

AVMAC
Attn:  Secretary
P. O. Box 391076
Anza, CA  92539-0908

Elsa Barton
217 No. Palm
Hemet, CA  92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA  91604

Gregory B. Burnett
P.O. Box 391111
Anza, CA  92539

Bluebird Ranch
c/o Abraham Poladian
P.O. Box 1089
Fallbrook, CA  92088

Chambers Family LLC
c/o Thomas Montllor
910 N. Pacific Street, Apt. # 38
Oceanside, CA  92054

Ruth E. Cyriacks
27869 S. Lakeview Drive
Parkhill, OK  74451

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA  92596

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA  92596

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA  92614

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA  92590

EG High Desert Properties, LLC
12881 Bradley Avenue
Sylmar, CA  91342

EMARCD
21535 Palomar St., Suite A
Wildomar, CA  92595

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA  92705-4039

Thomas R. Greenwald
640 S. San Vincente Boulevard, #475
Los Angeles, CA  90048

Les Harris
44700 Sage Road – H
Aguanga, CA  92536

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA  92660

Harris Family
44444 Sage Road
Aguanga, CA  92536

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Hill Springs Farms, LLC
P. O. Box 1946
Duarte, CA  91009

Zen-Kamata, LLC
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Attachment B

United States v Fallbrook

EMAIL SERVICE LIST

Daniel J Goulding       dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com

Gerald (Jerry) Blank       gblank@san.rr.com, mary@geraldblank.sdcoxmail.com

Robert H James       roberthjameslaw@gmail.com

Robert K Edmunds       robert.edmunds@bipc.com, lisa.largent@bipc.com

Thomas C Stahl       Thomas.Stahl@usdoj.gov, CaseView.ECF@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov

Robert M Cohen       rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis       michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

Harry Campbell Carpelan       hcarpelan@redwineandsherrill.com

John A Karaczynski       jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com

William K. Koska       wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com

Lester John Marston       marston1@pacbell.net, rapportandmarston@gmail.com

Bryan D Sampson       bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim       tkim@rwglaw.com, lpomatto@rwglaw.com

Michele A Staples       mstaples@jacksontidus.law, dtankersley@jacksontidus.law, pgosney@jacksontidus.law

James B Gilpin       james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lynn.clark@bbklaw.com

Bill J Kuenzinger       bkuenzinger@bdasports.com, rjones@bhsmck.com

John Christopher Lemmo       jl@procopio.com, laj@procopio.com

Kevin Patrick Sullivan    ksullivan@sanlawyers.com, prussell@sanlawyers.com

Mary L. Fickel    mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson    tjohnson@johnson-chambers.com, cww@johnson-chambers.com

Matthew L Green    matthew.green@bbklaw.com, lisa.atwood@bbklaw.com

F Patrick Barry    patrick.barry@usdoj.gov

Marilyn H Levin    marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey cberkey@abwwlaw.com, mmorales@abwwlaw.com

Richard Alvin Lewis    Rlewis@RichardLewis.com

Patricia Grace Rosenberg    prosenberg@hnattorneys.com

Jonathan M Deer    jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

David Philip Colella    dcolella@flsd.com

Alice E. Walker    awalker@mmwclaw.com, recept@mmwclaw.com

George Chakmakis    george@chakmakislaw.com

Joseph Anthony Vanderhorst    JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com

David Leventhal    davelevlaw@yahoo.com

James Michael Powell  jpowellesq@gmail.com, info@mydebtorlaw.com

Grant Alan Reader    garlaw71@gmail.com

Steve Michael Bodmer    sbodmer@pechanga-nsn.gov

Michael J. Preszler, PE    courtdocs@smrwm.org

Donald R Timms    dontimms@san.rr.com
Thomas and Linda Caldwell    goforthvillage2@yahoo.com

Herbert and Marlene Kuehne   hwkuehne@pacbell.net

Martha H. Lennihan   mlennihan@lennihan.net