FILED

17 NOV 28 PM 2:19

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: LC   DEPUTY

ROBERT H. JAMES
THE LAW OFFICE OF ROBERT H. JAMES
3668 Katie Lendre Drive
Fallbrook, CA 92028
(760)723-9018
Email: roberthjameslaw@gmail.com

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

MARTHA H. LENNIHAN (SBN 122478)
LENNIHAN LAW
6645 Garden Highway
Sacramento, CA. 95837
Telephone:   (916) 799-4460
Email: mlennihan@lennihan.net

Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-1247-GPC-RBB |
| Plaintiff, | |
| vs. | **REQUEST FOR SUBSITUTION OF COUNSEL;** [PROPOSED] **ORDER** |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Defendant FALLBROOK PUBLIC UTILITY DISTRICT, requests the following substitution of counsel:

1 | Former Counsel of Record:
2 | ROBERT H. JAMES
3 | THE LAW OFFICE OF ROBERT H. JAMES
4 | 3668 Katie Lendre Drive
5 | Fallbrook, CA 92028
6 | Phone: (760)723-9018
7 | Email: roberthjameslaw@gmail.com
8 |
9 | New Counsel of Record:
10 | MARTHA H. LENNIHAN
11 | LENNIHAN LAW
12 | 6645 Garden Highway
13 | Sacramento, CA 95837
14 | Phone: (916) 799-4460
15 | E-Mail: mlennihan@lennihan.net
16 |
17 | Defendant FALLBROOK PUBLIC UTILITY DISTRICT respectfully requests this substitution:
18 |
19 | Dated: 11/14/2017
20 | Jack Bebee, Acting General Manager
21 | I consent to this substitution:
22 |
23 | Dated: 11/14/2017
24 | ROBERT H. JAMES
25 | The Law Office of Robert H. James

I accept this substitution:

Dated: November 18, 2017

MARTHA H. LENNIHAN

Lennihan Law

ORDER

The requested Substitution of Counsel is hereby granted.

Dated: 11/28/17

Hon. Gonzalo P. Curiel

UNITED STATES DISTRICT JUDGE