MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT          Case No. 51cv1247 GPC(RBB)
                                                     Time Spent: 1 hr. 10 mins
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                              Rptr.

Plaintiffs

| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

Defendants

| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman (present) |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |
| Paul Greenwald (present) | |

PROCEEDINGS: ____ In Chambers   ____ In Court   __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Cooper DeMarse)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4.  The United States Bureau of Indian Affairs (Douglas Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **January 9, 2018**, at **8:00 a.m.** with the same parties. Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference in December 2017, in anticipation of the settlement conference with the Court set for January 9, 2018.

DATE: November 28, 2017          IT IS SO ORDERED:  /s/ Ruben Brooks
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record