**FILED**

Dec 13 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ annettec    DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT    Case No. 51cv1247 GPC(RBB)

Time Spent: 1 hr. 10 mins

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

### Plaintiffs

Patrick Barry (present)          Douglas Garcia (present)
Yosef Negose (present)           Laura Maul
Chris Watson

### Defendants

Michael J. Preszler (present)    Jeffrey W. Frey
Curtis Berkey (present)          Marilyn Levin
Lester Marston                   Michael T. Zarro (present)
Daniel Thompson                  Jeff Hoskinson (present)
Rob Davis                        James Markman (present)
Matt Duarte (present)            Tilden Kim (present)
William Ainsworth                Jennifer Henderson
Ray Mistica (present)            Edward Walls
William Brunick (present)        Ronak Patel
Paul Greenwald (present)

PROCEEDINGS: _____ In Chambers    _____ In Court    __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Cooper DeMarse)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The United States Bureau of Indian Affairs (Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ray Mistica)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **January 9, 2018**, at **8:00 a.m.** with the same parties. Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference in December 2017, in anticipation of the settlement conference with the Court set for January 9, 2018.

DATE: November 28, 2017        IT IS SO ORDERED: _____
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record

FILED

17 NOV 28 PM 2:19

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY LC   DEPUTY

1  ROBERT H. JAMES
   THE LAW OFFICE OF ROBERT H. JAMES
2  3668 Katie Lendre Drive
   Fallbrook, CA 92028
3  (760)723-9018
   Email: roberthjameslaw@gmail.com
4
5  Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

6  MARTHA H. LENNIHAN (SBN 122478)
   LENNIHAN LAW
7  6645 Garden Highway
   Sacramento, CA. 95837
   Telephone: (916) 799-4460
8  Email: mlennihan@lennihan.net

9  Attorneys for Defendant FALLBROOK PUBLIC UTILITY DISTRICT

10

11                 IN THE UNITED STATES DISTRICT COURT

12                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | UNITED STATES OF AMERICA,      ) Case No. 51-1247-GPC-RBB
15 |                    Plaintiff,  )
                                    ) **REQUEST FOR SUBSTITUTION OF**
16 | vs.                            ) **COUNSEL; [PROPOSED] ORDER**
                                    )
17 | FALLBROOK PUBLIC UTILITY       )
   | DISTRICT, et al.,              )
18 |                                )
                                    )
19 |                   Defendants.  )
                                    )
20 |_____)

21

22 TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD
23 PLEASE TAKE NOTICE THAT Defendant FALLBROOK PUBLIC UTILITY DISTRICT,
24 requests the following substitution of counsel:
25
26
27
28

1 | Former Counsel of Record:
2 | ROBERT H. JAMES
3 | THE LAW OFFICE OF ROBERT H. JAMES
4 | 3668 Katie Lendre Drive
5 | Fallbrook, CA 92028
6 | Phone: (760)723-9018
7 | Email: roberthjameslaw@gmail.com
8 |
9 | New Counsel of Record:
10 | MARTHA H. LENNIHAN
11 | LENNIHAN LAW
12 | 6645 Garden Highway
13 | Sacramento, CA 95837
14 | Phone: (916) 799-4460
15 | E-Mail: mlennihan@lennihan.net
16 |
17 | Defendant FALLBROOK PUBLIC UTILITY DISTRICT respectfully requests this substitution:
18 |
19 | Dated: 11/14/2017
20 | _____
     Jack Bebee, Acting General Manager
21 | I consent to this substitution:
22 |
23 | Dated: 11/14/2017
24 | _____
     ROBERT H. JAMES
25 | The Law Office of Robert H. James
26 |
27 |
28 |

1 | I accept this substitution:

4 | Dated: November 18, 2017

MARTHA H. LENNIHAN

Lennihan Law

ORDER

The requested Substitution of Counsel is hereby granted.

Dated: 11/28/17

Hon. Gonzalo P. Curiel

UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER

Page 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

DEC 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

PRESORTED
FIRST CLASS



ZIP 91950
02 4W
0000343405 DEC. 06 2017
$ 000.40
U.S. POSTAGE >> PITNEY BOWES

*910 NDE 1260 1718612/09/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101328652Ø      *2952-02469-08-13