# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM: L. Cervantes, Deputy Clerk | RECEIVED DATE: January 8, 2018 |
|---|---|
| CASE NO. 51-cv-01247-GPC-RBB | DOC FILED BY: John S. M. Wilson and Peggy Wilson |
| CASE TITLE: United States of America v. Fallbrook Public Utility District ||
| DOCUMENT ENTITLED: Change of Property Ownership ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 – Improper format;

Civ.L. Rule 5.2 – Missing proof of service;

Date Forwarded:  **January 9, 2018**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: January 10, 2018

*Gonzalo Curiel*
Hon. Gonzalo P. Curiel
United States District Judge