JOHN S. M. WILSON and PEGGY WILSON
TEES U/T/A DTD. 3/29/96
14205 MINORCA COVE
DEL MAR, CA 92014-2932
PHONE: 858-755-9557

**FILED**
Jan 10 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ darcig  DEPUTY

JAN. 6, 2018

NUNC PRO TUNC
1/8/18

HON. GONZALO P. CURIEL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA 92101

SUBJECT: UNITED STATES OF AMERICA, et al v. FALLBROOK PUBLIC UTILITY DISTRICT et al CAHUILLA BAND OF INDIANS, RAMONA BAND OF CAHUILLA INDIANS CIVIL No. 51cv1247-GPC-RBB

CHANGE OF PROPERTY OWNERSHIP:
PROPERTY: ASSESSORS PARCEL No. 584-040-015-5
LOT 97 OF TRACT 3925 LAKE RIVERSIDE ESTATES, COUNTY OF RIVERSIDE BOOK 65, PAGES 15-43, AMENDED 2/16/1973 INSTRUMENT 20585. PROPERTY IS SUBJECT TO CIVIL 51cv1247-GPC-RBB.

THIS IS TO INFORM THE COURT THAT SCOTT JOSEPH RICHARDSON, OF 26426 ARBORETUM WAY No. 805, MURRIETA CA 92563, ON DEC. 22, 2015, SOLD THE PROPERTY TO LAKE RIVERSIDE ESTATES COMMUNITY ASSOCIATON, 41610 LAKESHORE BLVD. AGUANGA, CA 92536

*JSM Wilson*
JOHN S.M. WILSON

*Peggy Wilson*
PEGGY WILSON

RECORDING REQUESTED BY:
EBS Escrow
Order No. 5061353
Escrow No. 34397-SW
Parcel No. 584-040-015

AND WHEN RECORDED MAIL TO:

LAKE RIVERSIDE ESTATES
COMMUNITY ASSOCIATION
49880 Ottowa Ct.
Aguanga, CA 92536

DOC # 2015-0563281
12/30/2015 04:00 PM Fees: $24.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: LINDA #922

tro: 071-308

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $33.00 and CITY $
- [X] computed on full value of property conveyed, or
- [ ] computed on full value less liens or encumbrances remaining at the time of sale.
- [X] unincorporated area:    [ ] Aguanga, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Scott Joseph Richardson, a Married Man as his sole and separate property

hereby GRANT(S) to   Lake Riverside Estates Community Association, a California Corporation

the following described real property in the County of Riverside, State of California:
Full legal description attached hereto and made a part hereof.

More commonly known as: Lot 97/APN: 584-040-015, Aguanga, CA

Date   December 22, 2015

_Scott Joseph Richardson_ (signature)
Scott Joseph Richardson

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF Riverside   } S.S.

On December 26, 2015, before me, Stephanie Ann Parra, Notary Public, personally appeared Scott Joseph Richardson, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Stephanie Ann Parra_ (Seal)

STEPHANIE ANN PARRA
Commission No. 2060043
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires MARCH 12, 2018

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

