**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT          Case No. 51cv1247 GPC(RBB)
                                                     Time Spent: 45 mins
HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                 Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Paul Greenwald | |

PROCEEDINGS: ____ In Chambers     ____ In Court     _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorneys Michael Zarro and Jennifer Henderson)

6. The County of Riverside (attorneys Ray Mistica and Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners represented by Tilden Kim and Paul Greenwald

9. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **March 14, 2018**, at **8:00 a.m.** with the same parties and the United States Bureau of Indian Affairs. Counsel for the United States is to initiate the call.

DATE: January 9, 2018          IT IS SO ORDERED: _____
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record