LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

CURTIS G. BERKEY
California State Bar No. 195485
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Telephone: 510-548-7070
Facsimile: 510-548-7080
Email: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>    Plaintiff-Intervenor,<br><br>RAMONA BAND OF CAHUILLA,<br><br>    Plaintiff-Intervenor.<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>    Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: 9<br>Before the Honorable Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Band") and the Ramona Band of Cahuilla ("Ramona Band") (together, "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until July 16, 2018. Under this Court's Order of July 25, 2017 (Doc. 5594), the current stay expired on January 13, 2018. Counsel for the Tribes are authorized to state that the United States; State of California; County of Riverside; Riverside County Flood Control and Water Conservation District; the Anza Landowners Group; Greenwald Landowners; Hemet Unified School District; and Agri-Empire do not oppose the Tribes' request to extend the stay for 180 days. The Watermaster also supports extension of the stay. U.S. Magistrate Judge Ruben Brooks, who is overseeing the settlement negotiations, has recommended to the settlement parties that they support an extension of the stay.

As previously reported, the Cahuilla Band has proposed settling the case by importing water into the Anza/Cahuilla basin ("Basin") to ensure that there is enough water available to meet the reasonable needs of all parties. Since the last stay extension was granted on July 25, 2017, the settlement parties have engaged in extensive negotiations to conclude a settlement. The Cahuilla Band had its' engineer developed a concept design for a project, consisting of a twenty inch pipeline, four lift stations and a dam with the capacity to store up to Five Thousand acre feet of raw water on the Cahuilla Reservation ("Reservation"), to import water into the Basin ("Project"). The specific design of the Project components are as follows.

(1) The Cahuilla Band will connect its water system with the Eastern Water District's ("Eastern") water distribution system by laying a 20 inch pipeline in the Anza County Road right of way to State Highway 79 right-of-way and then to State Highway 371 to the Reservation.

(2) The pipeline would require the construction of four lift stations, if possible within the State Highway 79 and 371 rights-of-way. If the width of the rights of way are not wide enough to include the construction of the lift stations, then the Cahuilla Band

will acquire additional easements along the rights-of-way sufficient to construct the lift stations.

(3) The State and County would issue encroachment permits for the construction of the pipeline and the lift stations.

(4) The pipeline would connect to and terminate at an earthen dam constructed on the Reservation that will be of sufficient size to impound up to 5000 acre feet of water.

(5) The Cahuilla Band has undertaken a study that has determined that the construction of the dam on the Reservation is feasible and a site has been selected for the dam's location.

(6) The Cahuilla Band would construct a pipeline from the dam to a discharge site on the Reservation that would be conducive to the absorption and percolation of the water through the ground and that would allow for the recharge of the Basin. The Cahuilla Band had its hydrologists conclude a study that located a site on the Reservation that would be feasible to recharge the Basin utilizing this method.

(7) The Cahuilla Band and representatives of the United States have met with Metropolitan Water District ("MWD") and verified that MWD has 3000-5000 acre feet of raw water available for purchase for the Project.

(8) The Cahuilla Band and representatives of the United States have met with Eastern and has verified that, upon annexation of all or a portion of the Reservation into the District, the District would be able to sell and deliver the raw water to the Cahuilla Band's 20 inch pipeline at a location at the end of Anza Road.

(9) The Cahuilla Band has met separately with the State and has requested copies of the State highway maps to determine the sufficiency of the width of the right of way for State Highway 79 and 371 for the construction of the lift stations; if the right of ways is inadequate, the Cahuilla Band will obtain easements from landowners sufficient to allow for the construction of the lift stations.

(10) The Cahuilla Band has met with all parties and has agreed, as part of the settlement, to cap the amount of water it is entitled to annually appropriate from the

Basin and to purchase the Agri-Empire property and retire the amount of water that Agri Empire is presently appropriating out of the Basin to ensure that there is a sufficient amount of water to meet all of the parties' needs.

(11) The Cahuilla Band will agree to purchase and import any additional water that it needs to fulfill the purposes for which the Reservation was created from MWD and Eastern.

Based upon the preliminary studies and meeting with MWD and Eastern, the Project is feasible and the importation of water onto the Reservation is feasible.  By retiring the Agri-Empire appropriation, limiting the amount of water that the Cahuilla Band will appropriate from the Basin each year and agreeing to purchase any additional water that the Cahuilla Band needs above the capped amount, the ensures that there is enough water in the Basin for all of the parties.

The Cahuilla Band has obtained engineering estimates for the construction of the Project. The Cahuilla Band has met with representatives of the United States, the State, the County and local entities to discuss the possibility of the acquisition of a parcel of property ("Property") in trust for the Cahuilla Band that once developed would generate sufficient revenue to pay for the costs of the Project. The Cahuilla Band is in negotiations with the United States, the State, the County, and other entities to reach agreement on each entity's contribution to be made under the Settlement Agreement. The contributions would be in the form of approvals that would be necessary to acquire and develop the Property. The Cahuilla Band anticipates concluding those negotiations within the next 90 days and should know at the conclusion of those negotiations whether the acquisition of the Property is feasible and based upon further studies to be undertaken by the Cahuilla Band, the businesses developed on the Property will generate sufficient revenue to pay for the Project.  Once the Cahuilla Band has determined whether sufficient revenue can be raised for the Project, it will circulate a revised Settlement Agreement for the other parties review and approval.

Since the last status report, the settlement parties took action or discussed outstanding issues on the following dates:

July 18, 2017: Status Report filed by the Cahuilla Band.

July 31, 2017:  Meeting between Cahuilla band and County Representatives.

July 31, 2017:  In-Person meeting of attorneys for settlement parties.

August 23, 2017: In-Person Settlement Conference with Judge Brooks.

October 17, 2017:  In-Person meeting with Steering Committee in *Fallbrook.*

November 28, 2017: Attorney-only settlement conference with Judge Brooks.

January 4, 2018: Attorney-only telephonic meeting.

January 8, 2018: Meeting with Cahuilla Band and municipalities to discuss site selection for the Property acquisition.

January 9, 2018: All parties conference call with Magistrate Brooks to report on the status of the settlement negotiations.

January 11, 2018: Meeting Cahuilla Band and the State regarding Property selection and acquisition of Highway maps.

The Settlement negotiations are currently going well, and nothing has occurred to cause concern that the negotiations will not be successful. Unfortunately, the negotiations were slowed down by wildfires in Northern California and holidays, or even more progress would have been made.  There is no reason at this time to think that a settlement cannot be reached in this case as proposed by the Cahuilla Band.

In addition, counsel for the parties have conducted teleconferences as necessary outside the larger group meetings to continue progress toward resolving outstanding issues. A settlement conference call is presently scheduled for February 6, 2018. Additional meetings and teleconferences will be scheduled to continue the discussions, including scheduling another in person meeting if needed in March.

The settlement parties are committed to continuing these discussions. A 180-day extension of the stay will permit them to continue settlement efforts without the cost or distraction of litigation. The settlement parties believe a longer period of stay will

facilitate progress toward a resolution of the outstanding issues, and provide sufficient time to conclude negotiations on the parties' contributions to costs of the Project, and to conduct and appraisal and addition studies to determine whether the economic development of a parcel of property will be sufficient to pay for the project.

    For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians respectfully request that the stay of litigation be extended to July 16, 2018.

Dated: January 17, 2018                  Respectfully Submitted,

RAPPORT AND MARSTON

By:   */s/ Lester J. Marston*
      LESTER J. MARSTON
      Attorney for Plaintiff-Intervenor, Cahuilla Band of Indians

BERKEY WILLIAMS LLP

By:   */s/ Curtis G. Berkey*
      CURTIS G. BERKEY
      Attorney for Plaintiff-Intervenor, Ramona Band of Cahuilla

# CERTIFICATE/PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 405 West Perkins Street, Ukiah, CA 95482.

On January 17, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB:

### JOINT MOTION TO EXTEND STAY

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Charles W. Binder: courtdocs@smrwm.org
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Harry Campbell Carpelan: hcarpelan@redwinesherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Thomas Caldwell; Linda Caldwell: goforthvillage2@yahoo.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com

|   |   |
|---|---|
| 1 | Richard Alvin Lewis: Rlewis@RichardLewis.com |
| 2 | Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com |
| 3 | Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com |
|   | Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw. com |
| 4 | Steve Michael Bodmer: sbodmer@pechanga-nsn.gov |
| 5 | Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov |
| 6 | Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com |
| 7 | William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfinn.com |

I further certify that on January 17, 2018, I caused to be served the following documents:

**JOINT MOTION TO EXTEND STAY**

by depositing a copy in the United States mail at Ukiah, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain R<br>Fallbrook, CA 92028 |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Robyn M. Garrison<br>ERA Excel Realty<br>56070 Highway 371<br>Anza, CA 92539 |
| Cindy L. Barker<br>37060 Bonita Vista Rd.<br>Anza, CA 92539 | | |

1  Greg Burnett
   The Burnett Group
2  P.O. Box 391111
   Anza, CA 92539
3
       I declare under penalty of perjury under the laws of the State of California that
4  the foregoing is true and correct; executed on January 17, 2018, at Ukiah, California.

5                                    */s/* Ericka Duncan

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28