**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JAN 23 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

U.S. POSTAGE >> PITNEY BOWES
ZIP 91950 $ 000.46⁰
02 4W
0000343405 JAN 12 2018

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

```
                    910 NFE 1     C16C0001/19/18
         FORWARD TIME EXP   RTR TO SEND
         COLE PHD BARBARA S
         A133
         33175 TEMECULA PKWY STE A
         TEMECULA CA 92592-7200
FWD               RETURN TO SENDER
92101>7806
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT         Case No. 51cv1247 GPC(RBB)
                                                   Time Spent: 45 mins
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                          Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Paul Greenwald | |

PROCEEDINGS:  ____ In Chambers   ____ In Court   __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorneys Michael Zarro and Jennifer Henderson)

6. The County of Riverside (attorneys Ray Mistica and Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners represented by Tilden Kim and Paul Greenwald

9. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **March 14, 2018**, at **8:00 a.m.** with the same parties and the United States Bureau of Indian Affairs.  Counsel for the United States is to initiate the call.

DATE: January 9, 2018         IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record