STEVE BODMER
Pechanga Office of General Counsel
P.O. Box 1477
Temecula, California 92593
Telephone: 951-770-6171
E-mail: sbodmer@pechanga-nsn.gov
*Attorney for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseño Indians*

JAMES B. GILPIN
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: 619-525-1300
E-mail: James.Gilpin@bbklaw.com
*Attorney for Rancho California Water District*

PATRICK BARRY (*Pro Hac Vice*)
Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378
Telephone: 202-305-0254
E-mail: Patrick.Barry@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>　　　　　　Defendants. | Case No. 51-01247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a citizen of the United States and employed in Temecula, California. I am over the age of eighteen years and not a party to the above-captioned action. My business address is P.O. Box 1477, Temecula, California 92593.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of these documents via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E). I further attest that on January 24, 2018, I caused to be sent by first-class mail, in a sealed envelope, postage paid, to each of the recipients on the Clerk's list of addressees to be served by conventional means (listed in Attachment A), true and correct copies of the following document(s):

1. **JOINT MOTION FOR CONSENT JUDGMENT AND DECREE ADOPTING SETTLEMENT AGREEMENT;**
2. **EXHIBIT 1-PECHANGA SETTLEMENT AGREEMENT AND EXHIBITS;**
3. **EXHIBIT 2-PECHANGA SETTLEMENT ACT;**
4. **EXHIBIT 3-DECLARATION OF DONALD PONGRACE;**
5. **EXHIBIT 4-DECLARATION OF PATRICK BARRY;**
6. **EXHIBIT 5-DECLARATION OF JAMES GILPIN; and**
7. **JOINT MEMORANDUM IN SUPPORT OF THE JOINT MOTION FOR CONSENT JUDGMENT AND DECREE ADOPTING SETTLEMENT AGREEMENT.**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2018, at Temecula, California.

*/s/ Marcy Hernandez*

Marcy Hernandez

## Attachment A

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506