**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JAN 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

JAN 25 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

U.S. POSTAGE » PITNEY BOWES
ZIP 91950  $ 000.46⁰
02 4W
0000343405 JAN 12 2018

GPC

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE    910  FE 1    0001/23/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92101380620       *0304-04363-12-43

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT     Case No. <u>51cv1247 GPC(RBB)</u>
                                                                           Time Spent: <u>45 mins</u>

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                   Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Paul Greenwald | |

PROCEEDINGS: \_\_\_\_ In Chambers     \_\_\_\_ In Court     __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorneys Michael Zarro and Jennifer Henderson)

6. The County of Riverside (attorneys Ray Mistica and Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners represented by Tilden Kim and Paul Greenwald

9. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **March 14, 2018**, at **8:00 a.m.** with the same parties and the United States Bureau of Indian Affairs. Counsel for the United States is to initiate the call.

DATE: January 9, 2018        IT IS SO ORDERED: /s/ Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record