

**FILED**

Jan 26 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ darcig       DEPUTY

January 22, 2018

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re:   *U.S.A. v. Fallbrook Public Utility District, et al.*, Civil No. 51-cv-1247-GPC-RBB
      Final Annual Watermaster Report for Water Year 2015-16

Dear Judge Curiel:

   In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF file for the final Annual Watermaster Report for the Water Year 2015-16.  Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on November 3, 2017, and comments and suggestions received were incorporated into the final report.

   Copies of this letter and the Annual Watermaster Report were mailed on January 22, 2018, to the parties listed on the Watermaster distribution list provided below. In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA.  Four copies of the report have been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be provided to any party requesting a copy.

   The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service.  Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2015-16
January 22, 2018
Page 2 of 8

    As indicated above the PDF file for the report is contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

    If you have any questions, please do not hesitate to call.

Sincerely,

*Michael J. Preszler*

Michael J. Preszler, P.E.
Watermaster

Enclosures
cc (w/ Hard Copy of Encl.): Honorable Ruben B. Brooks
                              Distribution List – Attached

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Doug Garcia
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Room W-2821
Sacramento, CA 95825

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC 20240

Chris Watson
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. -- M.S. 6513
Washington, D.C. 20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Daniel Salgado, Chairperson
Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T Camp
Pendleton, CA 92055-5013

Dan Bartu
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

David Depoy
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA 92055-5013

Greg Seaman
Water Resources Division
Box 555013
Marine Corps Base, Camp Pendleton
Camp Pendleton, CA 92055-5013

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Patrick Barry, Esq.
U.S. Dept. of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2015-16
January 22, 2018
Page 4 of 8

| | | |
|---|---|---|
| Jean Moran<br>Stetson Engineers, Inc.<br>785 Grand Avenue, Suite 202<br>Carlsbad, CA 92008 | Paul D. Jones, II, General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Charles J. Bachmann<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 |
| Zandro Mallari<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Michele Buriss<br>Eastern MWD<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Steven P. O'Neill, Esq.<br>Lemieux & O'Neill<br>4165 E. Thousand Oaks Blvd.<br>Suite 350<br>Westlake Village, CA 91362 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 | Jesus Gastelum<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 | Ganesh Krishnamurthy<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 |
| Lynette Stewart<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Jack Bebee, Interim General Manager<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 | Jeff Marchand<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>3668 Katie Lendre Drive<br>Fallbrook, CA 92028 | Martha H. Lennihan, Esq.<br>Lennihan Law<br>6645 Garden Highway<br>Sacramento, CA 95837 | Keith E. Nobriga<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Amy Dorado<br>Metropolitan Water District<br>Diamond Valley Lake, Field Office<br>33752 Newport Road<br>Winchester, CA 92596 | Darwin Potter<br>Metropolitan Water District<br>Skinner Branch<br>33740 Borel Road<br>Winchester, CA 92596 | Tim Kellett<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 |
| Heriberto Diaz, Esq.<br>Senior Deputy General Counsel<br>Metropolitan Water District<br>P. O. Box 54153<br>Los Angeles, CA 90054-0153 | Mark Macarro<br>Pechanga Tribal Chairman<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Marc Luker<br>Pechanga Tribal Council<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Mike Luker<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Eagle Jones<br>Pechanga Water Systems<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Steve Bodmer, Esq.<br>General Counsel<br>Pechanga Band of Luiseño Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2015-16
January 22, 2018
Page 5 of 8

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ 85044

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Steve Larson
S.S. Papadopulos & Associates, Inc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Dennis Sanford, Board of
Directors – Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Joseph D. Hamilton, Tribal Chm.
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

Erick W. Miller
Aspect Consulting, LLC
350 Madison Avenue North
Bainbridge Island, WA 98110

Randy Greeenwald
6010 Wilshire Blvd. #500
Los Angeles, CA 90036

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA 92536

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Eva Plajzer
Assistant General Manager
Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Warren Back
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Bob Lemons
31040 Avenida Buena Suerte
Temecula, CA 92591

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA 92602-1365

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA 91711

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2015-16
January 22, 2018
Page 6 of 8

| | | |
|---|---|---|
| Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 | Jason Uhley<br>Riverside Co. Flood Control<br>1995 Market Street<br>Riverside, CA 92501 | Todd Shibata<br>Riverside County Waste Mgmt<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| Jack Easton<br>Riverside Land Conservancy<br>4075 Mission Inn Avenue<br>Riverside, CA 92501 | Pamela Walls, Esq.<br>Deputy County Counsel<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Raymond M. Mistica, Esq.<br>Deputy County Counsel<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 |
| John Rossi, General Manager<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Karly Gaynor<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Tim Barr<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Brenda Dennstedt<br>Board of Directors<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Jill Willis, Esq.<br>Best, Best & Krieger<br>300 S. Grand Ave. 25th Floor<br>Los Angeles, CA 90071 | Jason M. Ackerman, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 | Timothy Ross<br>Chief, Groundwater Section<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |
| Kelly Lawler<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 | John O'Hagen<br>CA State Water Res. Control Board<br>Division of Water 2Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 | Bob Rinker<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 |
| Agri-Empire, Inc.<br>P. O. Box 490<br>San Jacinto, CA 92383 | Robert A. Davis, Jr., Esq.<br>Davis & Wojcik<br>1001 East Morton Place, Suite A<br>Hemet, CA 92543 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| James P. Bryson, P.G.<br>ARCADIS U.S., Inc.<br>320 Commerce, Suite 200<br>Irvine, CA 92602 | Victor H. Heimbach<br>VH Design<br>P.O. Box 428<br>Temecula, CA 92593 | AVMAC<br>Attn: Secretary<br>P. O. Box 391076<br>Anza, CA 92539-0908 |

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2015-16
January 22, 2018
Page 7 of 8

| | | |
|---|---|---|
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Barbara Booth<br>3883 Ridgemoor Drive<br>Studio City, CA 91604 | Gregory B. Burnett<br>P.O. Box 391111<br>Anza, CA 92539 |
| Bluebird Ranch<br>c/o Abraham Poladian<br>P.O. Box 1089<br>Fallbrook, CA 92088 | Chambers Family LLC<br>c/o Thomas Montllor<br>910 N. Pacific Street, Apt. # 38<br>Oceanside, CA 92054 | Ruth E. Cyriacks<br>27869 S. Lakeview Drive<br>Parkhill, OK 74451 |
| Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 | Francis & Jean Domenigoni Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Michelle Staples, Esq.<br>Jackson Tidus<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| Roger Doverspike<br>41919 Moreno Road, Suite F<br>Temecula, CA 92590 | EG High Desert Properties, LLC<br>12881 Bradley Avenue<br>Sylmar, CA 91342 | EMARCD<br>21535 Palomar St., Suite A<br>Wildomar, CA 92595 |
| John R. Flocken, Esq.<br>Greenwald & Hoffman, LLP<br>1851 E. First Street, Suite 860<br>Santa Ana, CA 92705-4039 | Thomas R. Greenwald<br>640 S. San Vincente Boulevard, #475<br>Los Angeles, CA 90048 | Les Harris<br>44700 Sage Road – H<br>Aguanga, CA 92536 |
| Jeffrey A. Hoskinson, Esq.<br>Bowie, Arneson, Wiles & Giannone<br>4920 Campus Drive<br>Newport Beach, CA 92660 | Leslie & Jeannette Harris<br>44700 Sage Road - H<br>Aguanga, CA 92536 | Kathy Unger<br>Hawthorn Water System<br>23866 Chelsea Way<br>Murrieta, CA 92562 |
| Kenna Jones<br>Hawthorn Water System<br>25403 Edna<br>Murrieta, CA 92562 | Hill Springs Farms, LLC<br>P. O. Box 1946<br>Duarte, CA 91009 | Zen-Kamata, LLC<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 |
| Dan Walsh<br>42551 Highway 79S.<br>Aguanga, CA 92536 | Lake Riverside Estates<br>Community Association<br>41610 Lakeshore Boulevard<br>Aguanga, CA 92536 | Art Kidman<br>Kidman Law, LLP<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614 |

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Richard & Christine McMillan
Gary & Patricia McMillan
McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Bertha Mendoza
35853 Calle Nopal
Temecula, CA 92592

Frank C. Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI 53593

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

Wes Strickland, Esq.
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

Larry Carlson
39325 De Luz Road
Fallbrook, CA 92028

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
P.O. Box 13130
San Bernardino, CA 92423-3130

Robert Eben, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Scott McElroy, Esq.
McElroy, Meyer, Walker & Condon P.C
1007 Pearl Street, Ste. 220
Boulder, CO 80302