# Dr. Mary E. Lee

42560 Rambling Lane, Aguanga, CA 92536 | (951) 763-9644 | aguangalee@outlook.com



FILED
18 JAN 29 PM 4:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

January 24, 2018

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101

Re: Change of mailing address and e-mail address

Please be advised that the mailing address and e-mail address for Mary E. Lee have changed:

Old mailing address:  42010 Rolling Hills Drive
                      Aguanga, CA 92536

New mailing address: 42560 Rambling Ln
                     Aguanga, CA 92536

Old e-mail address:   aguangalee@earthlink.net

New e-mail address: aguangalee@outlook.com

Thank you.

Sincerely,

Mary E. Lee, Ph.D.

**CERTIFIED MAIL**

Dr. Mary E. Lee
42560 Rambling Ln
Aguanga, CA 92536-9418

7016 0340 0000 1202 6314





U.S. POSTAGE PAID
ANZA, CA
92539
JAN 25, 18
AMOUNT
$6.70
R2305H128875-06



JAN 2 9 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101

9210183806 C037