Marco A. Gonzalez (CA State Bar No. 190832)
COAST LAW GROUP LLP
1140 S. Coast Hwy. 101
Encinitas, CA 92024
Tel: 760/942-8505, Fax: 760/942-8515
Email: marco@coastlawgroup.com

Alice E. Walker (Pro Hac Vice)
McELROY, MEYER, WALKER & CONDON, P.C.
1007 Pearl Street, Suite 220, Boulder, CO 80302
Tel: 303/442-2021, Fax: 303/444-3490
E-mail: smcelroy@mmwclaw.com
E-mail: ccondon@mmwclaw.com
*Attorneys for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 51-CV-1247-GPC-RBB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| CAHUILLA BAND OF INDIANS, | Hon. Gonzalo P. Curiel |
| Plaintiff-Intervenor, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | |
| Defendants. | |

Pursuant to CivLR 83.3(f)(3), Alice E. Walker hereby gives notice that on April 22, 2016, the Plaintiff-Intervenor Cahuilla Band of Indians ("Cahuilla Band") substituted its attorneys of record in this matter, and appointed attorney Lester J. Marston (SBN 81030) of Rapport and Marston as its new attorney of record. The Court approved the substitution by order dated April 27, 2016, Dkt. No. 5523.

1

Accordingly, Alice E. Walker of McElroy, Meyer, Walker & Condon, P.C., should be removed as co-counsel of record in this matter.

DATED:   March 7, 2018

Respectfully submitted,

McELROY, MEYER, WALKER & CONDON, P.C.

*/s/ Alice E. Walker*
Alice E. Walker
*Attorney for Plaintiff in Intervention, the Cahuilla Band of Indians*