# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 1007 Pearl Street, Suite 220, Boulder, Colorado, 80302.

On March 7, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following document in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1) **NOTICE OF WITHDRAWAL OF COUNSEL (Docket # 5717)**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

Daniel J Goulding   dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com
Gerald (Jerry) Blank   gblank@san.rr.com, mary@geraldblank.sdcoxmail.com
Robert H James   bob@fallbrooklawoffice.com, deborah@fallbrooklawoffice.com
Robert K Edmunds   robert.edmunds@bipc.com, lisa.largent@bipc.com
Thomas C Stahl   Thomas.Stahl@usdoj.gov, CaseView.ECF@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov
Robert M Cohen   rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com
Michael Duane Davis   michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com
Harry Campbell Carpelan   hcarpelan@redwineandsherrill.com
John A Karaczynski   jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com
William K. Koska   wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com
Lester John Marston   marston1@pacbell.net, rapportandmarston@gmail.com
Bryan D Sampson   bsampson@sampsonlaw.net, psampson@sampsonlaw.net
B. Tilden Kim   tkim@rwglaw.com, lpomatto@rwglaw.com
Michele A Staples   mstaples@jacksontidus.law, dtankersley@jacksontidus.law, pgosney@jacksontidus.law
Michael G Kerbs   mkerbs@rhlaw.com, bschenkkan@rhlaw.com, tsosa@rhlaw.com
James B Gilpin   james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lynn.clark@bbklaw.com
Bill J Kuenzinger   bkuenzinger@bdasports.com, rjones@bhsmck.com
John Christopher Lemmo   jl@procopio.com, laj@procopio.com
Kevin Patrick Sullivan   ksullivan@sanlawyers.com, prussell@sanlawyers.com
Mary L. Fickel   mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com
Timothy P. Johnson   tjohnson@johnson-chambers.com, cww@johnson-chambers.com
Matthew L Green   matthew.green@bbklaw.com, lisa.atwood@bbklaw.com
F Patrick Barry   patrick.barry@usdoj.gov
Marilyn H Levin   marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov
Curtis G Berkey   cberkey@abwwlaw.com, mmorales@abwwlaw.com
Richard Alvin Lewis   Rlewis@RichardLewis.com
Patricia Grace Rosenberg   prosenberg@hnattorneys.com
Jonathan M Deer   jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net
David Philip Colella   dcolella@flsd.com
Alice E. Walker   awalker@mmwclaw.com, recept@mmwclaw.com
George Chakmakis   george@chakmakislaw.com
Joseph Anthony Vanderhorst   JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com

1

| | |
|---|---|
| 1 | David Leventhal    davelevlaw@yahoo.com |
| | James Michael Powell    jpowellesq@gmail.com, info@mydebtorlaw.com |
| 2 | Grant Alan Reader    garlaw71@gmail.com |
| | Heriberto Fortino Diaz    hdiaz@mwdh2o.com, zafable@mwdh2o.com |
| 3 | Steve Michael Bodmer    sbodmer@pechanga-nsn.gov |
| | Donald R Timms    dontimms@san.rr.com |
| 4 | Linda Caldwell    goforthvillage2@yahoo.com |
| | Thomas Caldwell    goforthvillage2@yahoo.com |
| 5 | Herbert W Kuehne    hwkuehne@pacbell.net |
| | Marlene C Kuehne    hwkuehne@pacbell.net |
| 6 | Michael J Preszler    courtdocs@smrwm.org |

I further certify that on March 7, 2018, I caused to be served the following document:

## 1) NOTICE OF WITHDRAWAL OF COUNSEL (Docket # 5717)

by depositing a copy in the United States mail at Boulder, Colorado, in an envelope with first class postage fully paid, addressed as follows:

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

2

1 | Peggy Wilson
14205 Minorca Cove
2 | Del Mar, CA 92014-2932

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

3 | Robert Mannschreck
1600 Kiowa Ave
4 | Lake Havasu City, AZ 86403

    I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 7, 2018, at Boulder, Colorado.

*/s/ Bonnie Ray*

Bonnie Ray

3