**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITY DISTRICT</u>　　　Case No. <u>51cv1247 GPC(RBB)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Time Spent: <u>45 mins</u>
<u>HON. RUBEN B. BROOKS</u>　　<u>CT. DEPUTY VICKY LEE</u>　　　　　　　　　　　　<u>Rptr.</u>

<u>Plaintiffs</u>

<u>Patrick Barry (present)</u>　　　　　　　　<u>Douglas Garcia (present)</u>

<u>Yosef Negose (present)</u>　　　　　　　　<u>Laura Maul</u>
<u>Chris Watson</u>

<u>Defendants</u>

<u>Michael J. Preszler (present)</u>　　　　<u>Jeffrey W. Frey</u>
<u>Curtis Berkey (present)</u>　　　　　　　<u>Marilyn Levin</u>
<u>Lester Marston (present)</u>　　　　　　　<u>Michael T. Zarro (present)</u>
<u>Daniel Thompson</u>　　　　　　　　　　　<u>Jeff Hoskinson (present)</u>
<u>Rob Davis</u>　　　　　　　　　　　　　　<u>James Markman</u>
<u>Matt Duarte (present)</u>　　　　　　　　<u>Tilden Kim (present)</u>
<u>William Ainsworth</u>　　　　　　　　　　<u>Jennifer Henderson (present)</u>
<u>Ray Mistica (present)</u>　　　　　　　　<u>Edward Walls</u>
<u>William Brunick (present)</u>　　　　　　<u>Ronak Patel</u>
<u>Paul Greenwald</u>

PROCEEDINGS: ____ In Chambers　　____ In Court　　__X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.　The Cahuilla Band of Indians (attorney Lester Martson)

2.　The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.　The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4.　The United States Bureau of Indian Affairs (Douglas Garcia)

5.　The Hemet School District (attorney Jeff Hoskinson)

6.　The State of California (attorneys Michael Zarro and Jennifer Henderson)

7.　The County of Riverside (attorney Ray Mistica)

8.　Michael J. Preszler, Watermaster (attorney William Brunick)

9.　Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10.   Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **May 31, 2018**, at **8:00 a.m.** with the same parties.  Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference on April 30, 2018, at 10:00 a.m., in anticipation of the settlement conference with the Court set for May 31, 2018.

DATE: March 14, 2018         IT IS SO ORDERED:   _____
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record