**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAR 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY



PRESORTED
FIRST CLASS

U.S. POSTAGE ›› PITNEY BOWES

ZIP 91950     $ 000.40⁸
02 4W
0000343405 MAR 21 2018

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

910 NFE 1260C1510303/21/18
FORWARD TIME EXP   RTN TO SEND
COLE PHD BARBARA S
A133
33175 TEMECULA PKWY STE A
TEMECULA CA 92592-7300
RETURN TO SENDER

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT     Case No. 51cv1247 GPC(RBB)
                                                Time Spent: 45 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte (present) | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |
| Paul Greenwald | |

PROCEEDINGS: _____ In Chambers  _____ In Court  __X__ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The United States Bureau of Indian Affairs (Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorneys Michael Zarro and Jennifer Henderson)

7. The County of Riverside (attorney Ray Mistica)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

A telephonic attorneys-only settlement conference is set for **May 31, 2018**, at **8:00 a.m.** with the same parties. Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference on April 30, 2018, at 10:00 a.m., in anticipation of the settlement conference with the Court set for May 31, 2018.

DATE: March 14, 2018                    IT IS SO ORDERED:   /s/ Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record