STEVE BODMER
Pechanga Office of General Counsel
P.O. Box 1477
Temecula, California 92593
Telephone: 951-770-6171
E-mail: sbodmer@pechanga-nsn.gov
*Attorney for Plaintiff-Intervenor/Defendant
Pechanga Band of Luiseño Indians*

JAMES B. GILPIN
Best Best & Krieger LLP
655 West Broadway, 15th Floor
San Diego, CA 92101
Telephone: 619-525-1300
E-mail: James.Gilpin@bbklaw.com
*Attorney for Rancho California Water District*

PATRICK BARRY (*Pro Hac Vice*)
Department of Justice
P.O. Box 44378
Washington, D.C. 20026-4378
Telephone: 202-305-0254
E-mail: Patrick.Barry@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No. 51-01247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br><br>**JOINT MOTION TO CONTINUE HEARING DATE**<br><br>Hearing Date:　June 15, 2018<br>Hearing Time:　1:30 p.m. |

　　　　The Pechanga Band of Luiseño Mission Indians ("Pechanga"), Rancho California Water District ("RCWD") and the United States of America ("United

1  States") (collectively the "Submitting Parties") hereby respectfully submit this joint
2  motion to continue the hearing date from May 25, 2018 at 1:30 p.m. to June 15,
3  2018 at 1:30 p.m.  The United States has a conflict which prevents it from attending
4  the May 25th during which this Court was scheduled to consider approval of the
5  consent judgment and decree adopting the Pechanga Band of Luiseño Mission
6  Indians Water Rights Settlement Agreement.

7  The Submitting Parties, by and through their undersigned attorneys, jointly
8  move this Court to reschedule the hearing to June 15, 2018 at 1:30 p.m. Under the
9  current schedule any party opposing the Joint Motion must file that opposition or
10 statement of non-opposition with the clerk and serve the movant or the movant's
11 attorney by May 11, 2018, which is fourteen (14) calendar days prior to the
12 previous noticed hearing on May 25, 2018.  The Submitting Parties, by and through
13 their undersigned attorneys, jointly move this Court to maintain the current deadline
14 of May 11, 2018 for parties to file responses to the Joint Motion.

15 WHEREFORE, the Submitting Parties respectfully request that this Joint
16 Motion be granted and the Proposed Order, submitted electronically to the court, be
17 entered accordingly.

RESPECTFULLY SUBMITTED,

Dated: April 16, 2018                 Pechanga Band of Luiseño Mission Indians

By:   *s/Steve Bodmer*
      Steve Bodmer
      Attorney for Pechanga Band of
      Luiseño Mission Indians
      E-mail: sbodmer@pechanga-nsn.gov


Rancho California Water District


By:   *s/James Gilpin*
      James Gilpin

1 | Attorney for Rancho California Water District
2 | E-mail: James.Gilpin@bbklaw.com
3 |
4 | United States of America
5 |
6 | By: *s/Patrick Barry*
    Patrick Barry
7 | Attorney for the United States of America
8 | E-mail: Patrick.Barry@usdoj.gov

- 3 -

JOINT MOTION TO CONTINUE HEARING DATE
CASE NO. 51-CV-01247-GPC-RBB