UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>Defendants. | Case No. 51-01247-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>**[DKT. NO. 5620.]**<br><br>Hon. Gonzalo P. Curiel |

The Court has considered the Joint Motion to Continue the Hearing Date regarding approval of the consent judgment and decree adopting the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement.

**NOW THEREFORE,** it is hereby ordered as follows:

**1.** The hearing date for the Court's consideration of the consent judgment and decree adopting the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement is moved from May 25, 2018 at 1:30 p.m. to **June 15, 2018 at 1:30 p.m. in Courtroom 2D.**

/ / / /

/ / / /

/ / / /

2. The deadline for parties to file any opposition or statement of non-opposition remains May 11, 2018.

IT IS SO ORDERED.

Dated: April 16, 2018

Hon. Gonzalo P. Curiel
United States District Judge