**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





U.S. POSTAGE >> PITNEY BOWES

FILED

$ 000.47°
02 4W
0000343405 APR 18 2018

APR 27 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

AR27

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

910 NFE 1   C16I0004/19/18
FORWARD TIME EXP   RTN TO SEND
COLE PHD BARBARA S
A133
33175 TEMECULA PKWY STE A
TEMECULA CA 92592-7300
RETURN TO SENDER

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 51-01247-GPC-RBB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| v. | **[DKT. NO. 5620.]** |
| FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*, | Hon. Gonzalo P. Curiel |
| Defendants. | |

The Court has considered the Joint Motion to Continue the Hearing Date regarding approval of the consent judgment and decree adopting the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement.

**NOW THEREFORE,** it is hereby ordered as follows:

1.    The hearing date for the Court's consideration of the consent judgment and decree adopting the Pechanga Band of Luiseño Mission Indians Water Rights Settlement Agreement is moved from May 25, 2018 at 1:30 p.m. to **June 15, 2018 at 1:30 p.m. in Courtroom 2D.**

/ / / /

/ / / /

/ / / /

1

2          2.    The deadline for parties to file any opposition or statement of non-

3      opposition remains May 11, 2018.

4          IT IS SO ORDERED.
       Dated:  April 16, 2018

5                                              Hon. Gonzalo P. Curiel

6                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28