**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT         Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 45 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                          Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick | Ronak Patel |
| Paul Greenwald | |

PROCEEDINGS:  ___ In Chambers    ___ In Court    _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Michael McPherson)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorney Jennifer Henderson)

6. The County of Riverside (attorney Ray Mistica)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners represented (attorney James Markman).

A telephonic attorneys-only settlement conference is set for **July 18, 2018**, at **1:30 p.m.** with the same parties and Agri-Empire, Inc. Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference on June 22, 2018, in anticipation of the settlement conference with the Court set for July 18, 2018.

DATE: May 31, 2018            IT IS SO ORDERED: _____
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record