

FILED
JUN 7 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

51cv1247-GPC(RBB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>U.S.A.</u> v. <u>FALLBROOK PUBLIC UTILITY DISTRICT</u>        Case No. <u>51cv1247 GPC(RBB)</u>

                                                           Time Spent: <u>45 mins</u>

<u>HON. RUBEN B. BROOKS</u>    <u>CT. DEPUTY VICKY LEE</u>              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick | Ronak Patel |
| Paul Greenwald | |

PROCEEDINGS: ____ In Chambers    ____ In Court    _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Michael McPherson)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorney Jennifer Henderson)

6. The County of Riverside (attorney Ray Mistica)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners represented (attorney James Markman).

A telephonic attorneys-only settlement conference is set for **July 18, 2018**, at **1:30 p.m.** with the same parties and Agri-Empire, Inc. Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference on June 22, 2018, in anticipation of the settlement conference with the Court set for July 18, 2018.

DATE: May 31, 2018    IT IS SO ORDERED:    /s/ Ruben Brooks
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
All Parties of Record