

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

51cv1247-GPC(RBB)

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

```
               910 N7E 1     C1617206/05/19
FORWARD TIME EXP   RTN TO SEND
COLE PHD BARBARA S
A133
33175 TEMECULA PKWY STE A
TEMECULA CA 92592-7308
           RETURN TO SENDER
```

**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT        Case No. 51cv1247 GPC(RBB)
                                                   Time Spent: 45 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia |
| Yosef Negose | Laura Maul |
| Chris Watson | |

Defendants

| | |
|---|---|
| Michael J. Preszler (present) | Jeffrey W. Frey |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro |
| Daniel Thompson | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim |
| William Ainsworth | Jennifer Henderson (present) |
| Ray Mistica (present) | Edward Walls |
| William Brunick | Ronak Patel |
| Paul Greenwald | |

PROCEEDINGS:  ____ In Chambers  ____ In Court   X  Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry and Michael McPherson)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorney Jennifer Henderson)

6. The County of Riverside (attorney Ray Mistica)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners represented (attorney James Markman).

A telephonic attorneys-only settlement conference is set for **July 18, 2018**, at **1:30 p.m.** with the same parties and Agri-Empire, Inc. Counsel for the United States is to initiate the call.

The Court further orders Mr. Marston to coordinate with the counsel for the above parties and set a telephonic conference on June 22, 2018, in anticipation of the settlement conference with the Court set for July 18, 2018.

DATE: May 31, 2018     IT IS SO ORDERED: /s/ Ruben Rawls

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record