```
 1  STEVEN P. O'NEILL (SBN. 143075)
    soneill@omlolaw.com
 2  OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP
    4165 E. Thousand Oaks Blvd., Suite 350
 3  Westlake Village, CA  91362
    Telephone: (805) 495-4770
 4  Facsimile:  (805) 495-2787
 5
    Attorneys for Defendant
 6  EASTERN MUNICIPAL WATER DISTRICT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>　　　　Defendants, | CASE NO.: 51-1247-GPC-RBB<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant EASTERN MUNICIPAL WATER DISTRICT requests the following substitution of counsel:

Former Counsel of Record:

Harry Campbell Carpelan
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501-1720
Tel: (951)684-2520
Fax: (951)684-9583
Email: hcarpelan@redwineandsherrill.com

- 1 -

REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER

**New Counsel of Record**:
Steven P. O'Neill, Esq.
Olivarez Madruga Lemieux O'Neill, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Tel: (805) 495-4770
Fax: (805) 495-2787
Email: soneill@omlolaw.com

Defendant, EASTERN MUNICIPAL WATER DISTRICT respectfully requests this substitution:

Dated: June 13, 2018                    EASTERN MUNICIPAL WATER DISTRICT

                                        By _____
                                        Paul Jones, General Manager

I consent to this substitution:

Dated: June 13, 2018                    REDWINE & SHERRILL

                                        By _____
                                        GERALD D. SHOAF
                                        for Harry C. Carpelan

I accept this substitution:

DATED: June 5, 2018                     OLIVAREZ MADRUGA LEMIEUX O'NEILL

                                        By _____
                                        STEVEN P. O'NEILL
                                        Attorneys for Defendant
                                        Eastern Municipal Water District

- 2 -

**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER**

**O R D E R**

The requested Substitution of Counsel is hereby GRANTED.

Dated: _____, 2018

                                                      Honorable Gonzalo P. Curiel
                                                      United States District Judge

**DECLARATION OF SERVICE**

STATE OF CALIFORNIA, )
                     ) ss.
COUNTY OF VENTURA    )

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 4165 E. Thousand Oaks Blvd., Suite 350, Westlake Village, CA 91362.

On June 13, 2018, I served **REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER** on interested parties in this action by electronically filing and serving the above-entitled document on CM/ECF-California Southern District website at www.ecf.cacd.uscourts.gov

[X]   **(BY ELECTRONIC SERVICE] Where notice may be served by electronic service and any accompanying documents may be authorized when a party has agreed to accept service electronically in that action. Electronic service is complete at the time of transmission.**

[X]   **(BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 13, 2018**, in Westlake Village, California.

_____
KATHI MIERS

POS.Decl of Service.doc

## Electronic Service List

| | |
|---|---|
| Daniel J Goulding | dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com |
| Gerald (Jerry) Blank | gblank@san.rr.com, mary@geraldblank.sdcoxmail.com |
| Robert H James | bob@fallbrooklawoffice.com |
| Robert K Edmunds | robert.edmunds@bipc.com, lisa.largent@bipc.com |
| Thomas C Stahl | Thomas.Stahl@usdoj.gov, CaseView.ECF@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov |
| Robert M Cohen | rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com |
| Michael Duane Davis | michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
| Harry Campbell Carpelan | hcarpelan@redwineandsherrill.com |
| John A Karaczynski | jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com |
| William K. Koska | wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com |
| Lester John Marston | marston1@pacbell.net, rapportandmarston@gmail.com |
| Bryan D Sampson | bsampson@sampsonlaw.net, psampson@sampsonlaw.net |
| B. Tilden Kim | tkim@rwglaw.com, lpomatto@rwglaw.com |
| Michele A Staples | mstaples@jacksontidus.law, dtankersley@jacksontidus.law, pgosney@jacksontidus.law |
| James B Gilpin | james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lynn.clark@bbklaw.com |
| Bill J Kuenzinger | bkuenzinger@bdasports.com, rjones@bhsmck.com |
| John Christopher Lemmo | jl@procopio.com, laj@procopio.com |
| Kevin Patrick Sullivan | ksullivan@sanlawyers.com, prussell@sanlawyers.com |
| Mary L. Fickel | mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com |
| Timothy P. Johnson | tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| Matthew L Green | matthew.green@bbklaw.com, lisa.atwood@bbklaw.com |
| F Patrick Barry | patrick.barry@usdoj.gov |

| | |
|---|---|
| Marilyn H Levin | marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov |
| Curtis G Berkey | cberkey@abwwlaw.com, mmorales@abwwlaw.com |
| Richard Alvin Lewis | Rlewis@RichardLewis.com |
| Patricia Grace Rosenberg | prosenberg@hnattorneys.com |
| Jonathan M Deer | jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
| David Philip Colella | dcolella@flsd.com |
| Alice E. Walker | awalker@mmwclaw.com, recept@mmwclaw.com |
| George Chakmakis | george@chakmakislaw.com |
| Joseph Anthony Vanderhorst | JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com |
| David Leventhal | davelevlaw@yahoo.com |
| James Michael Powell | jpowellesq@gmail.com, info@mydebtorlaw.com |
| Grant Alan Reader | garlaw71@gmail.com |
| Steve Michael Bodmer | sbodmer@pechanga-nsn.gov |
| Michael | courtdocs@smrwm.org |
| Donald R Timms | dontimms@san.rr.com |
| Linda Caldwell | goforthvillage2@yahoo.com |
| Thomas Caldwell | goforthvillage2@yahoo.com |
| Herbert W Kuehne | hwkuehne@pacbell.net |
| Marlene C Kuehne | hwkuehne@pacbell.net |
| Martha H. Lennihan | mlennihan@lennihan.net |

## MAIL SERVICE LIST

Honorable Gonzalo P. Curiel
United States District Court, Southern District
221 West Broadway, Ste. 2190
San Diego, CA 92101

Javin Moore, Superintendent
Bureau of Indian Affairs/U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Christina Mokhtarzadeh
U. S. Department of Interior/BIA Branch of Water Res.
1849 C Street, NW-M.S. 4637
Washington, DC 20240

Scott Patterson USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Daniel Salgado, Chairperson
Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

John O. Simpson, Director
Water Resources Division
Box 555013/Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Honorable Ruben B. Brooks
U. S. District Court/Southern District
221 West Broadway, Ste. 2160
San Diego, CA 92101

Doug Garcia
Bureau of Indian Affairs/U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Chris Watson
Office of the Solicitor/U.S. Dept. of Interior
1849 C St., N.W. - M.S. 6513
Washington, D.C. 20240

Area Manager
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Michael T. Wright
USGS/San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231/Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Patrick Barry, Esq.
U.S. Dept. of Justice/Environ. and Natural Res. Div.
P.O. Box 7611/Ben Franklin Station
Washington, DC 20044-7611

Charles Jachens
Bureau of Indian Affairs/U.S. Dept. of Interior
2800 Cottage Way, Room W-2821
Sacramento, CA 95825

Noel Ludwig, Hydrologist
CA Desert District/Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Wesley R. Danskin
USGS/San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Bruce Bernard
US DOJ Env & Nat Res Division
999 18111 Street/South Terrace, Suite 370
Denver, CO 80202

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite202
Carlsbad, CA 92008

Charles J. Bachmann
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Nicolette Jonkhoff
EPA Manager/Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA 92590

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

Jack Easton
Riverside Land Conservancy
4075 Mission Inn Avenue
Riverside, CA 92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors/Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Marilyn Levin, Deputy Atty. Gen.
State of California/Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA 92536

Eva Plajzer
Assistant General Manager/Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA 92602-1365

Jason Uhley  
Riverside Co. Flood Control  
1995 Market Street  
Riverside, CA 92501  

Todd Shibata  
Riverside County Waste Mgmt  
14310 Frederick Street  
Moreno Valley, CA 92553  

Pamela Walls, Esq.  
Deputy Cnty Cnsel/Cnty of Riverside/Off of Cnty Cnsel  
3960 Orange Street, Suite 500  
Riverside, CA 92501  

Raymond M. Mistica, Esq.  
Deputy Cnty Cnsel/Cnty of Riverside/Off of Cnty Cnsel  
3960 Orange Street, Suite 500  
Riverside, CA 92501  

Karly Gaynor Western MWD  
14205 Meridian Parkway  
Riverside, CA 92518  

Tim Barr  
Western MWD  
14205 Meridian Parkway  
Riverside, CA 92518  

Jill Willis, Esq.  
Best, Best & Krieger  
300 S. Grand Ave. 25th Floor  
Los Angeles, CA 90071  

Jason M. Ackerman, Esq.  
Best, Best & Krieger  
P.O. Box 1028  
Riverside, CA 92502  

Timothy Ross  
Chief, Groundwater Section/CA Dept of Water Res  
770 Fairmont Avenue, Suite 102  
Glendale, CA 91203-1035  

Bob Pierotti, Chief  
Resources Assessment Branch/CA Dept of Water Res  
770 Fairmont Avenue, Suite 102  
Glendale, CA 91203-1035  

Erick Miller  
Aspect Consulting, LLC  
350 Madison Avenue North  
Bainbridge Island, WA 98110  

Zandro Mallari  
Eastern MWD  
P. O. Box 8300  
Perris, CA 92572-8300  

Jeffrey D. Armstrong, General Manager  
Rancho California Water District  
P.O. Box 9017  
Temecula, CA 92589-9017  

General Manager  
Elsinore Valley MWD  
P.O. Box 3000  
Lake Elsinore, CA 92530  

Warren Back  
Rancho California Water District  
P. O. Box 9017  
Temecula, CA 92589-9017  

Robert H. James, Esq.  
3668 Katie Lendre Drive  
Fallbrook, CA 92028  

James B. Gilpin, Esq.  
Best, Best & Krieger  
655 West Broadway, 15th Floor  
San Diego, CA 92101-8493  

Amy Dorado  
Metropolitan Water District Diamond Valley Lake, F.O.  
33752 Newport Road  
Winchester, CA 92596  

Dr. Dennis Williams  
GEOSCIENCE Support Services Inc.  
P. O. Box220  
Claremont, CA 91711  

Heriberto Diaz, Esq.  
Sr Deputy General Counsel Metropolitan Water District  
P. O. Box 54153  
Los Angeles, CA 90054-0153

Mike Luker
Pechanga Water Sys Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Michele Buriss
Eastern MWD
P. 0. Box 8300
Perris, CA 92572-8300

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jack Bebee
Fallbrook Public Utility District
P. 0. Box 2290
Fallbrook, CA 92088

Martha H. Lennihan, Esq.
Lennihan Law
6645 Garden Highway
Sacramento, CA 95837

Darwin Potter
Metropolitan Water District/Skinner Branch
33740 Borel Road
Winchester, CA 92596

Mark Macarro
Pechanga Tribal Chair. Pechanga Band of Luiseno Indians
P. 0. Box 1477
Temecula, CA 92593

Eagle Jones
Pechanga Water Sys Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, Al. 85044

Steve Larson
S.S. Papadopulos & Associates, Inc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Dennis Sanford
Board of Directors - Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jeff Marchand
Fallbrook Public Utility District
P. 0. Box 2290
Fallbrook, CA 92088

Keith E. Nobriga
Metropolitan Water District
P. 0. Box 54153
Los Angeles, CA 90054-0153

Tim Schaadt
Metropolitan Water District
P. 0. Box 54153
Los Angeles, CA 90054-0153

Marc Luker
Pechanga Tribal Council Pechanga Band of Luiseno Indians
P. 0. Box 1477
Temecula, CA 92593

Steve Bodmer, Esq.
Gen Counsel/Pechanga Band of Luiseno Indians
P. 0. Box 1477
Temecula, CA 92593

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, A2 85381

Joseph D. Hamilton, Tribal Chm.
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Dan Walsh
42551 Highway 79S.
Aguanga, CA 92536

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

Frank C. Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI 53593

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

Cindy L Barker
37060 Bonita Vista Road
Anza, CA 92539

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA 92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Robyn M. Garrison
ERA Excel Realty
56070 Highway 371
Anza, CA 92539

Art Kidman
Kidman Law, LLP
2030 Main Street. Suite 1300
Irvine, CA 92614

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Richard & Christine McMillan
Gary & Patricia McMillan/McMillan Farm Mgmnt
29379 Rancho California Rd, #201
Temecula, CA 92591-5210

Bertha Mendoza
35853 Calle Nopal
Temecula, CA 92592

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Kelly Lawler
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Agri-Empire, Inc.
P. O. Box490
San Jacinto, CA 92383

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

Elsa Barton
217 No. Palm
Hemet, CA 92543

Bluebird Ranch
c/o Abraham Poladian
P.O. Box 1089
Fallbrook, CA 92088

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA 92590

John R. Flocken , Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

John O'Hagen
CA State Water Res. Control Board/Div of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

Victor H. Heimbach
VH Design
P.O. Box428
Temecula, CA 92593

Barbara Bootll
3883 Ridgemoor Drive
Studio City, CA 91604

Chambers Family LLC
c/o Thomas Montllor
910 N. Pacific Street, Apt. # 38
Oceanside, CA 92054

Francis & Jean Domenigoni Trust
Domenigoni-Barton Prop/Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

EG High Desert Properties, LLC
12881 Bradley Avenue
Sylmar, CA 91342

Thomas R. Greenwald
640 S. San Vincente Boulevard, #475
Los Angeles, CA 90048

Harris Family
44444 Sage Road
Aguanga, CA 92536

Hill Springs Farms, LLC
P. O. Box 1946
Duarte, CA 91009

Bob Rinker
CA State Water Res. Control Board/Div of Water Rights
P.O. Box 2000
Sacramento, CA 95812

AVMAC
Attn: Secretary
P. O. Box 391076
Anza, CA 92539-0908

Ruth E. Cyriacks
27869 S. Lakeview Drive
Parkhill, OK 74451

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA 92614

EMARCD
21535 Palomar St., Suite A
Wildomar, CA 92595

Les Harris
44700 Sage Road - H
Aguanga, CA 92536

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Zen-Kamata, LLC
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539