STEVEN P. O'NEILL (SBN. 143075)
soneill@omlaw.com
OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA  91362
Telephone:  (805) 495-4770
Facsimile:   (805) 495-2787

Attorneys for Defendant
EASTERN MUNICIPAL WATER DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  51-1247-GPC-RBB |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR SUBSTITUTION OF** |
| | ) | **COUNSEL; ORDER** |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, ET AL., | ) | |
| Defendants, | ) | |
| | ) | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that Defendant EASTERN MUNICIPAL WATER DISTRICT

requests the following substitution of counsel:

Former Counsel of Record:

Harry Campbell Carpelan
Redwine and Sherill
1950 Market Street
Riverside, CA 92501−1720
Tel: (951)684−2520
Fax: (951)684−9583
Email: hcarpelan@redwineandsherrill.com

**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER**

**New Counsel of Record**:

Steven P. O'Neill, Esq.

Olivarez Madruga Lemieux O'Neill, LLP

4165 E. Thousand Oaks Blvd., Suite 350

Westlake Village, CA 91362

Tel: (805) 495-4770

Fax: (805) 495-2787

Email: soneill@omlolaw.com

Defendant, EASTERN MUNICIPAL WATER DISTRICT respectfully requests this substitution:

Dated: June 13, 2018            EASTERN MUNICIPAL WATER DISTRICT

                                */s/ Paul Jones*
                                By _____
                                Paul Jones, General Manager

I consent to this substitution:

Dated: June 13, 2018            REDWINE & SHERILL

                                */s/ Gerald D. Shoaf*
                                By_____
                                GERALD D. SHOAF
                                For Harry C. Carpelan

I accept this substitution:

DATED: June 5, 2018            OLIVAREZ MADRUGA LEMIEUX O'NEILL

                                */s/ Steven P. O'Neill*
                                By_____
                                STEVEN P. O'NEILL
                                Attorneys for Defendant
                                Eastern Municipal Water District

REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER

# O R D E R

The requested Substitution of Counsel is hereby GRANTED.

Dated:  June 14, 2018

Hon. Gonzalo P. Curiel
United States District Judge

**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER**