UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED

JUN 20 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

910 NFE 1260C16I0006/15/18
FORWARD TIME EXP    RTN TO SEND
COLE PHD BARBARA S
A133
33175 TEMECULA PKWY STE A
TEMECULA CA 92592-7300
        RETURN TO SENDER

STEVEN P. O'NEILL (SBN. 143075)
soneill@omlolaw.com
OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: (805) 495-4770
Facsimile: (805) 495-2787

Attorneys for Defendant
EASTERN MUNICIPAL WATER DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., <br><br> Defendants. | CASE NO.: 51-1247-GPC-RBB <br><br> **REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant EASTERN MUNICIPAL WATER DISTRICT requests the following substitution of counsel:

Former Counsel of Record:

Harry Campbell Carpelan
Redwine and Sherill
1950 Market Street
Riverside, CA 92501-1720
Tel: (951)684-2520
Fax: (951)684-9583
Email: hcarpelan@redwineandsherrill.com

- 1 -

REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER

**New Counsel of Record:**
Steven P. O'Neill, Esq.
Olivarez Madruga Lemieux O'Neill, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Tel: (805) 495-4770
Fax: (805) 495-2787
Email: soneill@omlolaw.com

Defendant, EASTERN MUNICIPAL WATER DISTRICT respectfully requests this substitution:

Dated: June 13, 2018          EASTERN MUNICIPAL WATER DISTRICT

                                      /s/ Paul Jones
                              By _____
                              Paul Jones, General Manager

I consent to this substitution:

Dated: June 13, 2018          REDWINE & SHERILL

                                      /s/ Gerald D. Shoaf
                              By _____
                                  GERALD D. SHOAF
                                  For Harry C. Carpelan

I accept this substitution:

DATED: June 5, 2018           OLIVAREZ MADRUGA LEMIEUX O'NEILL

                                      /s/ Steven P. O'Neill
                              By _____
                              STEVEN P. O'NEILL
                              Attorneys for Defendant
                              Eastern Municipal Water District

- 2 -

**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER**

# ORDER

The requested Substitution of Counsel is hereby GRANTED.

Dated: June 14, 2018

*(signature)*
Hon. Gonzalo P. Curiel
United States District Judge

**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER**