**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUN 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

U.S. POSTAGE PITNEY BOWES
ZIP 91950 $ 000.40
02 4W
0000343405 JUN 15 2018

NIXIE        910  DE 1   0006/29/18
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 92101380620    *2952-00492-20-14

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

STEVEN P. O'NEILL (SBN. 143075)
soneill@omlolaw.com
OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: (805) 495-4770
Facsimile: (805) 495-2787

Attorneys for Defendant
EASTERN MUNICIPAL WATER DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 51-1247-GPC-RBB |
| Plaintiff, | **REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | |
| Defendants, | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant EASTERN MUNICIPAL WATER DISTRICT requests the following substitution of counsel:

Former Counsel of Record:

Harry Campbell Carpelan
Redwine and Sherill
1950 Market Street
Riverside, CA 92501-1720
Tel: (951)684-2520
Fax: (951)684-9583
Email: hcarpelan@redwineandsherrill.com

- 1 -

REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER

**New Counsel of Record**:
Steven P. O'Neill, Esq.
Olivarez Madruga Lemieux O'Neill, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Tel: (805) 495-4770
Fax: (805) 495-2787
Email: soneill@omlolaw.com

Defendant, EASTERN MUNICIPAL WATER DISTRICT respectfully requests this substitution:

Dated: June 13, 2018                    EASTERN MUNICIPAL WATER DISTRICT

                                        */s/ Paul Jones*
                                        By _____
                                        Paul Jones, General Manager

I consent to this substitution:

Dated: June 13, 2018                    REDWINE & SHERILL

                                        */s/ Gerald D. Shoaf*
                                        By _____
                                            GERALD D. SHOAF
                                            For Harry C. Carpelan

I accept this substitution:

DATED: June 5, 2018                     OLIVAREZ MADRUGA LEMIEUX O'NEILL

                                        */s/ Steven P. O'Neill*
                                        By _____
                                        STEVEN P. O'NEILL
                                        Attorneys for Defendant
                                        Eastern Municipal Water District

- 2 -

**REQUEST FOR SUBSTITUTION OF COUNSEL; (PROPOSED) ORDER**

**O R D E R**

The requested Substitution of Counsel is hereby GRANTED.

Dated: June 14, 2018

Hon. Gonzalo P. Curiel
United States District Judge