LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

CURTIS G. BERKEY
California State Bar No. 195485
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Telephone: 510-548-7070
Facsimile: 510-548-7080
Email: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>            Plaintiff-Intervenor,<br><br>RAMONA BAND OF CAHUILLA,<br><br>            Plaintiff-Intervenor.<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>            Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: 9<br>Before the Honorable Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Band") and the Ramona Band of Cahuilla ("Ramona Band") (together, "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until January 14, 2018. Under this Court's Order of January 22, 2018 (Doc. 5608), the current stay expired on July 16, 2018. Counsel for the Tribes is authorized to state that the United States; State of California; County of Riverside; Riverside County Flood Control and Water Conservation District; the Anza Landowners Group; Greenwald Landowners; Hemet Unified School District; and Agri-Empire do not oppose the Tribes' request to extend the stay for 180 days. The Watermaster also supports extension of the stay. U.S. Magistrate Judge Ruben Brooks, who is overseeing the settlement negotiations, has advised the parties that the Tribes could represent to the Court that he supports an extension of the stay.

As previously reported, the Cahuilla Band has proposed settling the case by constructing a water project that would import water into the Anza/Cahuilla basin ("Basin") to ensure that there is enough water available to meet the reasonable needs of all parties. Since the last stay extension was granted on January 22, 2018, the settlement parties have engaged in extensive negotiations to conclude a settlement. The Cahuilla Band had its' engineer developed a cost estimate for the construction of the water project. In addition, the State of California has provided the Cahuilla Band with rights of way maps for State Highways 79 and 371. The maps have been provided to the Cahuilla Tribe's engineer to determine whether adequate right of way width exists to lay the water pipe line, electrical lines and water pumping stations within the rights away thereby only requiring the issuance of an encroachment permits by Cal Trans and the County for the construction of the water line and pump stations from Eastern Municipal Water District's closes water main pipeline to the dam to be constructed on the Cahuilla Reservation. Finally, the Cahuilla Tribe revised the parties' previous proposed settlement agreement to add provisions for the construction of the water project and how the Cahuilla Tribe shall pay for the costs to construct the water project. The revised

settlement agreement was sent out to all of the parties for review and comment. Comments were prepared and submitted by the participating settlement parties to the Cahuilla Tribe who is in the process of incorporating the comments into the revised settlement agreement. The Cahuilla Tribe will be circulating the revised settlement agreement with the incorporated comments to all of the parties on July 16, 2018. Following receipt and review of the revised settlement agreement incorporating the parties' comments, the parties will meet in person for the purpose of attempting to resolve unresolved issues. The Tribes anticipate that it will take a number of calls and possible face to face meetings between the parties to resolve all of the outstanding issues.

Also the Cahuilla Tribe has meet with the State of California on two separate occasions to discuss the State's contribution for paying for the costs to construct the water project. The Cahuilla Tribe has proposed the acquisition of an additional parcel of property that would be taken into trust for the Tribe for economic development in a northern Riverside County city. The businesses that would be developed on the acquired property would generate enough revenue to pay for the costs of the water project. The Cahuilla Tribe retained a marketing firm to conduct a comprehensive market study to determine the feasibility of the economic development project. The market study showed that the businesses the Cahuilla Tribe proposes to operate on the proposed site would be sufficient to pay for the costs to construct the water project. The parties still need to negotiate an alternative provision to address what the parties would in the event the economic development project does not generate sufficient revenue to construct the water project. The Cahuilla Tribe has negotiated a municipal services agreement ("MSA") with the city in which the proposed economic development parcel is located. City staff is prepared to recommend to the city council to approve the MSA. Under the MSA the city would: (1) allow the Cahuilla Tribe to acquire the property; (2) allow the United States to accept title to the property in trust for the Tribe and (3) allow the Tribe

to operate the businesses necessary to generate the revenue to pay for the costs to construct the water project.

In addition, in the first two weeks of July, the Cahuilla Tribe has been in negotiations with the owners of the identified economic development property to negotiate an option agreement with the owners that would allow the Cahuilla Tribe to purchase the property for development upon approval of the settlement agreement.

The Cahuilla Tribe is now in the process of drafting a comprehensive memorandum setting forth the authority of each of the parties to approve the settlement agreement with the water project and economic development provisions contained in the settlement agreement. The Cahuilla Tribe will have that memorandum drafted and submitted to the parties for review and comment, approving the settlement agreement by the end of August of 2018.

Finally, the Cahuilla Tribe has met with its County Supervisor and Congressman to start the process of gaining congressional support and approval of the Cahuilla Tribe's proposed settlement agreement. In addition, the MSA with the city requires the city to actively seek the support and approval of its Congressman of the settlement agreement. The city's Congressman is a different Congressman then the Cahuilla Tribe's Congressman.

Since the last status report, the settlement parties took action or discussed outstanding issues on the following dates:

1. January 18, 2018: Telephonic meeting among certain attorneys regarding community water system permit issue.
2. February 1, 2018: Telephonic meeting among certain attorneys regarding community water system permit issue.
3. February 6, 2018: Attorneys-only telephonic meeting.
4. March 14, 2018: Attorneys telephonic meeting with U.S. Magistrate Judge Brooks.

| | | |
|---|---|---|
| 5. | April 30, 2018: | Attorneys-only telephonic meeting. |
| 6. | May 8, 2018: | Meeting between the Cahuilla Tribe and representatives of the State of California to discuss the State's contribution to the settlement and the site selection for the economic development parcel. |
| 7. | May 17, 2018: | Meeting between the Cahuilla Tribe and Congressman Ruiz office to brief the Congressman's staff on the proposed settlement and to gain congressional support for the settlement. |
| 8. | May 31, 2018: | Attorneys telephonic meeting with U.S. Magistrate Judge Brooks. |
| 9. | June 12, 2018: | Meeting between the Cahuilla Tribe and the city staff for the city to make a presentation to the city of the market study and to negotiate the final terms of the MSA. |
| 10. | June 22, 2018: | Attorneys-only telephonic meeting. |
| 11. | July 6-16, 2018: | Negotiations between the Cahuilla Tribe and the owners of the economic development parcel to conclude an option agreement for the purchase of the economic development property. |
| 12. | July 5, 2018: | Attorneys-only telephonic meeting. |
| 13. | July 16, 2018: | Attorneys-only telephonic meeting. |

The parties are committed to resolving the outstanding issues and substantial progress has been made toward final settlement.

In addition, counsel for the parties have conducted teleconferences as necessary outside the larger group meetings to continue progress toward resolving outstanding issues. Additional meetings and teleconferences will be scheduled to continue the discussions, including scheduling another in person meeting if needed in July or August.

The settlement parties are committed to continuing these discussions. A 180-day extension of the stay will permit them to continue settlement efforts without the cost or distraction of litigation. The settlement parties believe a longer period of stay will facilitate progress toward a resolution of the outstanding issues, and provide sufficient time to conclude negotiations on the parties' contributions to costs of the project.

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians respectfully requests that the stay of litigation be extended to July 16, 2018.

Dated: July 16, 2018                            Respectfully Submitted,


                RAPPORT AND MARSTON

By: */s/ Lester J. Marston*
     LESTER J. MARSTON
     Attorney for Plaintiff-Intervenor, Cahuilla Band of Indians

BERKEY WILLIAMS LLP

By: */s/ Curtis G. Berkey*
     CURTIS G. BERKEY
     Attorney for Plaintiff-Intervenor, Ramona Band of Cahuilla

**CERTIFICATE/PROOF OF SERVICE**

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 405 West Perkins Street, Ukiah, CA 95482.

On July 16, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB:

**JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Charles W. Binder: courtdocs@smrwm.org
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Harry Campbell Carpelan: hcarpelan@redwinesherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Thomas Caldwell; Linda Caldwell: goforthvillage2@yahoo.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com

Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfinn.com

I further certify that on July 16, 2018, I caused to be served the following documents:

**JOINT MOTION TO EXTEND STAY**

by depositing a copy in the United States mail at Ukiah, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain R<br>Fallbrook, CA 92028 |
| Mary E. Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Robyn M. Garrison<br>ERA Excel Realty<br>56070 Highway 371<br>Anza, CA 92539 |
| Cindy L. Barker<br>37060 Bonita Vista Rd.<br>Anza, CA 92539 | | |

Greg Burnett
The Burnett Group
P.O. Box 391111
Anza, CA 92539

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on July 16, 2018, at Ukiah, California.

                                                                        */s/* Ericka Duncan