<div style="text-align:center">

**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED
169 Parkshore Drive, Suite 110
Folsom, California 95630
(916) 542-7895

</div>



June 25, 2018

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re:   U.S.A. v. Fallbrook Public Utility District, et al., Civil No. 51-cv-1247-GPC-RBB
      Final Annual CWRMA Report for Calendar Year 2017

Dear Judge Curiel:

      In accordance with Section 13 of the Cooperative Annual Water Resource Management Agreement (CWRMA), approved by the Court on August 20, 2002, the Watermaster has prepared the Annual CWRMA Report for Calendar Year 2017.  The report was prepared in consultation with the CWRMA Technical Advisory Committee and has been approved by the signatory parties to the CWRMA.  Accordingly, please find the enclosed hard copy and CD containing the PDF files for the final Annual CWRMA Report for Calendar Year 2017.  Please make arrangements for posting the PDF files on the electronic docket.

      If you have any questions please do not hesitate to call.  Thank you.

<div style="margin-left:50%">

Sincerely,

*Michael J. Preszler*

Michael J. Preszler, P.E.
Watermaster

</div>

MJP
Enclosures
cc (w/o Encls.):  Honorable Ruben B. Brooks
cc (w/ Hard Copy of Encl.):  Distribution List

Honorable Gonzalo P. Curiel
Re:  Final Annual CWRMA Report for Calendar Year 2017
June 25, 2018
Page 2 of 2

<u>Distribution List:</u>

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Eva Plajzer, P.E., Assistant General Manager
Engineering and Operations and Maintenance
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Daniel P. Bartu
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Rich J. Ottolini
Water Operations Manager
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231 Bldg. 1254
Marine Corps Base
Camp Pendleton, CA  92055-5231

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA  92590

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA  92101-8493

Bruce D. Bernard, Esq.
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace – Suite 370
Denver, Colorado 80202

Dennis E. Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA  91711

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Boulevard, Suite K
San Rafael, CA  94901

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101