**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT          Case No. 51cv1247 GPC(RBB)
                                                     Time Spent: 50 mins
HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                             Rptr.

### Plaintiffs

Patrick Barry (present)                Douglas Garcia (present)

Yosef Negose (present)                 Laura Maul
Chris Watson

### Defendants

Michael J. Preszler (present)          Jeffrey W. Frey
Curtis Berkey (present)                Marilyn Levin (present)
Lester Marston (present)               Michael T. Zarro

Daniel Thompson                        Jeff Hoskinson (present)
Rob Davis                              James Markman (present)
Matt Duarte (present)                  Tilden Kim (present)
William Ainsworth                      Jennifer Henderson (present)
Ray Mistica                            Edward Walls
William Brunick (present)              Ronak Patel (present)
Paul Greenwald (present)

PROCEEDINGS: ____ In Chambers    ____ In Court    __X__ Telephonic


A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Martson)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The United States Bureau of Indian Affairs (Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorneys Marilyn Levin and Jennifer Henderson)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

An in-person attorneys-only settlement conference is set for **August 28, 2018**, at **9:00 a.m.** with the same parties. Counsel for the Cahuilla Band of Indians shall submit a settlement status report by **August 24, 2018**.

Counsel for the above parties are to meet on **August 8, 2018**, at **10:30 a.m.** at a location to be determined by the parties, in anticipation of the settlement conference with the Court set for August 28, 2018.

DATE: July 18, 2018             IT IS SO ORDERED: _____
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record