

FILED

AUG 2 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**51cv1247-GPC(RBB)**

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

025  FTBAAAB 92536    9210123806

NIXIE           910 WFS 1260  1310807/25/18
             RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT        Case No. 51cv1247 GPC(RBB)
                                                   Time Spent: 50 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                       Rptr.

Plaintiffs

Patrick Barry (present)                  Douglas Garcia (present)

Yosef Negose (present)                   Laura Maul
Chris Watson

Defendants

Michael J. Preszler (present)            Jeffrey W. Frey
Curtis Berkey (present)                  Marilyn Levin (present)
Lester Marston (present)                 Michael T. Zarro

Daniel Thompson                          Jeff Hoskinson (present)
Rob Davis                                James Markman (present)
Matt Duarte (present)                    Tilden Kim (present)
William Ainsworth                        Jennifer Henderson (present)
Ray Mistica                              Edward Walls
William Brunick (present)                Ronak Patel (present)
Paul Greenwald (present)

PROCEEDINGS: ____ In Chambers   ____ In Court   _X_ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Martson)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4.  The United States Bureau of Indian Affairs (Douglas Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorneys Marilyn Levin and Jennifer Henderson)

7.  The County of Riverside (attorney Ronak Patel)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by James Markman, Tilden Kim, and Paul Greenwald

10. Agri-Empire, Inc. (attorney Matt Duarte)

An in-person attorneys-only settlement conference is set for **August 28, 2018**, at **9:00 a.m.** with the same parties. Counsel for the Cahuilla Band of Indians shall submit a settlement status report by **August 24, 2018**.

Counsel for the above parties are to meet on **August 8, 2018**, at **10:30 a.m.** at a location to be determined by the parties, in anticipation of the settlement conference with the Court set for August 28, 2018.

DATE: July 18, 2018     IT IS SO ORDERED: _Ruben B. Brooks_
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
All Parties of Record