**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES          Case No. 51cv1247 GPC(RBB)
                                              Time Spent: 4 hrs. 25 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                       Rptr.

### Plaintiffs

Patrick Barry (present)              Douglas Garcia (present)
Yosef Negose (present)               Laura Maul
Chris Watson

### Defendants

Michael J. Preszler (present)        John Flocken
Curtis Berkey (present)              Marilyn Levin
Lester Marston (present)             Michael T. Zarro (present)
Daniel Thompson                      Jeff Hoskinson
Rob Davis                            James Markman
Matt Duarte                          Tilden Kim (present)
William Ainsworth                    Jennifer Henderson
Ray Mistica                          Edward Walls
William Brunick (present)            Ronak Patel (present)
Paul Greenwald (present)             Jeffrey W. Frey (present)

PROCEEDINGS:   _X_ In Chambers   _X_ In Court   ____ Telephonic


An in-person settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4.  The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.  The Hemet School District (attorney Jeffrey W. Frey)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ronak Patel)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners represented by Tilden Kim

10. Agri-Empire, Inc. (special appearance by attorney Paul Greenwald)

A telephonic attorneys-only settlement conference is set for **October 10, 2018**, at **9:00 a.m.** with the same parties.  Counsel for the United States is to initiate the call.

An in-person attorneys-only settlement conference is set for **November 14, 2018**, at **9:00 a.m.** with the same parties.  Counsel for the Cahuilla Band of Indians shall submit a settlement status report by **November 7, 2018**.

DATE: August 28, 2018      IT IS SO ORDERED: /s/ Ruben B. Brooks
Ruben B. Brooks,
U.S. Magistrate Judge

cc:   Judge Curiel
      All Parties of Record