**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
SEP 07 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

U.S. POSTAGE >> PITNEY BOWES
ZIP 91950  $ 000.40
0000343405 SEP 04 2018

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE           910 NFE 1260 1810009/04/18
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 92101380620    *4123-00076-04-45

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. v. FALLBROOK PUBLIC UTILITIES

Case No. <u>51cv1247 GPC(RBB)</u>
Time Spent: <u>4 hrs. 25 mins</u>

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

### Plaintiffs

| | |
|---|---|
| <u>Patrick Barry (present)</u> | <u>Douglas Garcia (present)</u> |
| <u>Yosef Negose (present)</u> | <u>Laura Maul</u> |
| <u>Chris Watson</u> | |

### Defendants

| | |
|---|---|
| <u>Michael J. Preszler (present)</u> | <u>John Flocken</u> |
| <u>Curtis Berkey (present)</u> | <u>Marilyn Levin</u> |
| <u>Lester Marston (present)</u> | <u>Michael T. Zarro (present)</u> |
| <u>Daniel Thompson</u> | <u>Jeff Hoskinson</u> |
| <u>Rob Davis</u> | <u>James Markman</u> |
| <u>Matt Duarte</u> | <u>Tilden Kim (present)</u> |
| <u>William Ainsworth</u> | <u>Jennifer Henderson</u> |
| <u>Ray Mistica</u> | <u>Edward Walls</u> |
| <u>William Brunick (present)</u> | <u>Ronak Patel (present)</u> |
| <u>Paul Greenwald (present)</u> | <u>Jeffrey W. Frey (present)</u> |

PROCEEDINGS:  __X__ In Chambers   __X__ In Court   ____ Telephonic

An in-person settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeffrey W. Frey)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners represented by Tilden Kim

10. Agri-Empire, Inc. (special appearance by attorney Paul Greenwald)

A telephonic attorneys-only settlement conference is set for **October 10, 2018**, at **9:00 a.m.** with the same parties. Counsel for the United States is to initiate the call.

An in-person attorneys-only settlement conference is set for **November 14, 2018**, at **9:00 a.m.** with the same parties. Counsel for the Cahuilla Band of Indians shall submit a settlement status report by **November 7, 2018**.

DATE: August 28, 2018            IT IS SO ORDERED:    /s/ Ruben Brooks
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record