UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

RECEIVED SEP 21 2018 BY

FILED SEP 21 2018 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

U.S. POSTAGE PITNEY BOWES
ZIP 91950 $ 000.40
02 4W
0000343405 SEP 04 2018

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE    911   FE 1260    0009/19/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92101320620    *1952-05082-12-14

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITIES                Case No. 51cv1247 GPC(RBB)
                                                    Time Spent: 4 hrs. 25 mins
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                              Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | John Flocken |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson | Jeff Hoskinson |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica | Edward Walls |
| William Brunick (present) | Ronak Patel (present) |
| Paul Greenwald (present) | Jeffrey W. Frey (present) |

PROCEEDINGS:   __X__ In Chambers   __X__ In Court   ____ Telephonic

An in-person settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry, Yosef Negose, and Michael McPherson)

4.  The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.  The Hemet School District (attorney Jeffrey W. Frey)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ronak Patel)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners represented by Tilden Kim

10. Agri-Empire, Inc. (special appearance by attorney Paul Greenwald)

A telephonic attorneys-only settlement conference is set for **October 10, 2018**, at **9:00 a.m.** with the same parties. Counsel for the United States is to initiate the call.

An in-person attorneys-only settlement conference is set for **November 14, 2018**, at **9:00 a.m.** with the same parties. Counsel for the Cahuilla Band of Indians shall submit a settlement status report by **November 7, 2018**.

DATE: August 28, 2018      IT IS SO ORDERED: _/s/ Ruben B. Brooks_
                                              Ruben B. Brooks,
                                              U.S. Magistrate Judge

cc:  Judge Curiel
     All Parties of Record