LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiff, Cahuilla Band of Indians*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**CAHUILLA BAND OF INDIANS MOTION TO CONTINUE OCTOBER 10, 2018 TELEPHONE HEARING AND ORDER THEREON**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: To Be Determine<br>Before the Honorable Magistrate Ruben B. Brooks<br><br>**ORAL ARGUMENT NOT REQUIRED** |

COMES NOW, the Cahuilla Band of Indians ("Tribe") who hereby moves the Court, pursuant to Local Rule 7.1 (g)(2), for an order continuing the telephone hearing scheduled in this case with Magistrate Ruben B. Brooks for October 10, 2018, at 9:00 a.m. to a date after October 16, 2018, to be set by the Court.

The Tribe motion is based upon the following grounds:

1.      Counsel for the Tribe is the attorney of record responsible for the preparation and filing of briefs and presenting oral argument in the following cases pending before the Ninth Circuit Court of Appeals and the Seventh Circuit Court of Appeals: *United States of America, Ramona Band of Cahuilla, and Cahuilla Band of Indians v. Gregory Burnett and Fallbrook Public Utility District*, in the United States Court of Appeals for the Ninth Circuit, Case No. 17-55664; *Chemehuevi Indian Tribe, et al. v. John McMahon, et al.*, in the United States Court of Appeals for the Ninth Circuit, Case No. 17-56791; *Chemehuevi Indian Tribe, et al. v. Edmund Brown, Jr., et al.*, in the United States Court of Appeals for the Ninth Circuit, Case No. 17-55604; *Stockbridge-Munsee Community v. State of Wisconsin, et al.*, in the United States Court of Appeals for the Seventh Circuit, Case No. 18-1449; *Yurok Tribe v. Resighini Rancheria, et al.*, in the United States Court of Appeals for the Ninth Circuit, Case No. 18-15309; *Andrew Allen, et a.l v. USA, et al.*, in the United States Court of Appeals for the Ninth Circuit, Case No. 17-17463 and *Upper Lake Pomo Association and Jessica Jackson v. Roger C. B. Morton and the United States of America, et. al.,* in the United States Court of Appeals for the Ninth Circuit, Case No. 18-16764.

2.      Counsel for the Tribe had a reply brief due in *Andrew Allen, et a.l v. USA, et al.*, in the United States Court of Appeals for the Ninth Circuit, No. 17-17463, on August 27, 2018 and a Court appearance in this case on August 28, 2018. Counsel for the Tribe presented oral argument to the Seventh Circuit Court of Appeals in Chicago in *Stockbridge Munsee Community v. State of Wisconsin* on September 26, 2018 and has oral argument set in Pasadena before the Ninth Circuit Court of Appeals in *Chemehuevi Indian Tribe, et al. v. Edmund Brown, Jr., et al.*, for October 9, 2018. Pursuant to the Seventh Circuit's Order dated September 27, 2018, Counsel for the Tribe has a supplemental brief due on October 11, 2018, in *Stockbridge Munsee Community v. State of Wisconsin*.

3.      In addition, Counsel for the Tribe is one of the chief negotiators representing four (4) Indian tribes as part of a group of twenty-one Tribes presently

2

negotiating with the Governor's Office to renew their Tribal-State Gaming Compacts with the State of California. The Tribe's Counsel attended negotiating sessions with the State of California on August 10, 11, and 12, 2018, and October 1 and 2, 2018.

4.     Furthermore, as part of the settlement of this case, Counsel for the Tribe has been participating in telephone calls and meetings on behalf of the Tribe to retain a governmental relations specialist to consult with and assist the Tribe in obtaining the approval of the proposed Settlement Agreement by the Governor of the State of California. This has included both participating in a face to face meeting with the consultant on September 27, 2018, and the drafting of informational memoranda and the contract necessary to retain the consultant to assist the Tribe with the settlement of this case.

5.     Based on the forgoing, Counsel for the Tribe was unable to complete and circulate to the other parties to this litigation a revised draft of the Tribe's proposed settlement agreement on September 14, 2018. The parties had scheduled an in-person meeting for September 21, 2018, to review the revised draft.

6.     The parties agreed that it would serve no purpose to have an in-person meeting until the parties have reviewed a draft of the revised settlement agreement in advance of the meeting. The parties therefore agreed that the Tribe would circulate a revised draft of the settlement agreement on October 5, 2018 and that the parties would re-schedule the in-person meeting for October 16, 2018.

7.     The parties also agreed that the telephone hearing with the Magistrate scheduled for October 10, 2018, should, if possible, be rescheduled to allow the parties to review and comment on the revised settlement agreement prior to the hearing with the Magistrate. After the parties have had an opportunity to review and comment on the revised settlement agreement, the parties will be in a better position to report to the Magistrate on the progress of the settlement and what the parties need the Magistrate to do, if anything, to facilitate the settlement of the case.

8.      The parties agree that the Tribe may request that the Court continue the October telephone hearing with the Magistrate to a date after October 16, 2018.

Dated: October 5, 2018                    RAPPORT AND MARSTON

                                          */s/Lester J. Marston*_____
                                          Lester J. Marston,
                                          Attorney for the Cahuilla  Band of Indians

## ORDER

Having read the foregoing motion of the Cahuilla Band of Indians and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the telephone hearing currently set in this case for October 10, 2018 at 9:00 a.m. is hereby continued to _____ __, 2018, at _:__ a.m.

Dated: October __, 2018


                                          _____
                                          RUBEN B. BROOKS, Magistrate Judge

# CERTIFICATE/PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is 405 West Perkins Street, Ukiah, CA 95482.

On October 5, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case  No. 51-cv-1247-GPC-RBB:

by transmitting a notice of electronic filing to the  following:

Honorable Ruben B. Brooks, efile_brooks@casd.uscourts.gov
Curtis G. Berkey, cberkey@berkeywilliams.com
Patrick Barry, Patrick.Barry@usdoj.gov
Yosef Negose, Yosef.Negose@usdoj.gov
Michael McPherson, McPhersonME.CTR@pendleton.usmc.mil; mikemcp111@aol.com
Douglas Garcia, Doug.Garcia@bia.gov
Jeffrey W. Frey, Jeff.Frey@aalrr.com
Jeff Hoskinson, Jeff.Hoskinson@aalrr.com
Michael Zarro, Michael.Zarro@doj.ca.gov
Ronak Patel, RPatel@co.riverside.ca.us
Michael J. Preszler, mpreszler@smrwm.org
William Brunick, bbrunick@bmklawplc.com
Tilden Kim, TKim@rwglaw.com
Paul Greenwald, pgreenwald@peglaw.us
Marilyn Levin, Marilyn.Levin@doj.ca.gov
Ray Mistica, rmistica@rivco.org
James Markman, JMarkman@rwglaw.com
Jennifer Henderson, Jennifer.Henderson@doj.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on October 5, 2018, at Ukiah, California.

*/s/* Ericka Duncan