# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING MOTION TO CONTINUE OCTOBER 10, 2018 TELEPHONIC HEARING [ECF NO. 5647]** |

　　On October 5, 2018, the Cahuilla Band of Indians filed a Motion to Continue October 10, 2018 Telephone Hearing [ECF No. 5647].  Having read the unopposed motion and finding good cause, the Court continues the telephonic attorneys-only status conference currently set for **October 10, 2018**, at **9:00 a.m.** until **October 29, 2018**, at **8:00 a.m.**  All other guidelines and requirements remain as previously set.

　　**IT IS SO ORDERED.**

Dated:  October 9, 2018

　　　　　　　　　　　　　　　　　　　　　　Hon. Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge