UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

OCT 15 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY



US POSTAGE PITNEY BOWES

ZIP 91950  $ 000.47
02 4W
0000343405 OCT 11 2018

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

910 NFE 1     7171 0010/11/18
FORWARD TIME EXP    RTN TO SEND
MCTAGGART BRIAR C
15937 PIPER WAY
ADELANTO CA 92301-3133

RETURN TO SENDER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING MOTION TO CONTINUE OCTOBER 10, 2018 TELEPHONIC HEARING**<br>**[ECF NO. 5647]** |

On October 5, 2018, the Cahuilla Band of Indians filed a Motion to Continue October 10, 2018 Telephone Hearing [ECF No. 5647]. Having read the unopposed motion and finding good cause, the Court continues the telephonic attorneys-only status conference currently set for **October 10, 2018**, at **9:00 a.m.** until **October 29, 2018**, at **8:00 a.m.** All other guidelines and requirements remain as previously set.

**IT IS SO ORDERED.**

Dated: October 9, 2018

Hon. Ruben B. Brooks
United States Magistrate Judge