UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**

Oct 22 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

U.S. POSTAGE >> PITNEY BOWES

ZIP 91950
02 4W
0000343405

$ 000.47⁰

OCT 11 2018



Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE     911  PE 1        0010/17/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101389520      *9404-05609-11-45

92101>3806
92536389742 H(