1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

11                                    Plaintiff,

12  CAHUILLA BAND OF INDIANS,

13                         Plaintiff-Intervenor,

14  v.

15  FALLBROOK PUBLIC UTILITY

16  DISTRICT, et al.,

17                                    Defendants.

Case No.: 51cv1247-GPC(RBB)

**ORDER GRANTING MOTION TO CONTINUE OCTOBER 10, 2018 TELEPHONIC HEARING [ECF NO. 5647]**

18

19         On October 5, 2018, the Cahuilla Band of Indians filed a Motion to Continue

20  October 10, 2018 Telephone Hearing [ECF No. 5647].  Having read the unopposed

21  motion and finding good cause, the Court continues the telephonic attorneys-only status

22  conference currently set for **October 10, 2018**, at **9:00 a.m.** until **October 29, 2018**, at

23  **8:00 a.m.**  All other guidelines and requirements remain as previously set.

24         **IT IS SO ORDERED.**

25  Dated:  October 9, 2018

26                                                          Hon. Ruben B. Brooks

27                                                          United States Magistrate Judge

28

I

51cv1247-GPC(RBB)