UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
OCT 22 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

U.S. POSTAGE  PITNEY BOWES
ZIP 91950  $ 000.47⁰
0000343405 OCT 11 2018

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE    911  FE 1    0010/17/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>                        Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>                            Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING MOTION TO CONTINUE OCTOBER 10, 2018 TELEPHONIC HEARING**<br>**[ECF NO. 5647]** |

      On October 5, 2018, the Cahuilla Band of Indians filed a Motion to Continue October 10, 2018 Telephone Hearing [ECF No. 5647]. Having read the unopposed motion and finding good cause, the Court continues the telephonic attorneys-only status conference currently set for **October 10, 2018**, at **9:00 a.m.** until **October 29, 2018**, at **8:00 a.m.** All other guidelines and requirements remain as previously set.

      **IT IS SO ORDERED.**

Dated: October 9, 2018

                                                                     Hon. Ruben B. Brooks<br>                                                              United States Magistrate Judge