LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiff, Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>　　　　　　Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**CAHUILLA BAND OF INDIANS' MOTION TO VACATE OCTOBER 29, 2018 TELEPHONE HEARING**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: To Be Determine<br>Before the Honorable Magistrate Ruben B. Brooks<br><br>**ORAL ARGUMENT NOT REQUIRED** |

COMES NOW, the Cahuilla Band of Indians ("Tribe") who hereby moves the Court, pursuant to Local Rule 7.1(g)(2), for an order vacating the telephone hearing scheduled in this case with Magistrate Ruben B. Brooks for October 29, 2018, at 8:00 a.m.

This motion is based upon the following grounds:

1.　　Legal counsel for the parties met face to face on October 16, 2018, and made good progress towards reaching agreement on settlement of this litigation.

2.      The parties have identified all of the remaining issue that they believe need to be resolved and have directed individual legal counsel for the parties to draft proposed provisions of the settlement agreement to address those issues.

3.      The parties intend to review the proposed provisions and, it is hoped, resolve the remaining issues at the next face to face meeting of the parties' legal counsel, which is scheduled for October 30th.

4.      The parties wish to vacate the telephone hearing with Judge Brooks scheduled for October 29th, because they believe that it would not be the most beneficial use of the Court's resources and that it be more productive for the parties to utilize that time to prepare for the face to face meeting of the parties' legal counsel scheduled for the following day.

5.      The parties do not wish to reschedule the November 14th hearing before Judge Brooks, as they believe that they will be ready at that time to address any remaining issues with the assistance of Judge Brooks.

6.      Seven days prior to the November 14th hearing, the parties will file with the Court a statement of any reamining issues that need to be resolved, so Judge Brooks will be able focus on resolving those issues with the parties.

7.      The Tribe submits this motion on behalf of all of the parties.

Dated: October 25, 2018                    RAPPORT AND MARSTON

                                           */s/Lester J. Marston*
                                           Lester J. Marston,
                                           Attorney for the Cahuilla  Band of Indians

**MOTION TO VACATE HEARING [Case No. 51-CV-01247-GPC-RBB]**

# CERTIFICATE/PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action.  My business address is 405 West Perkins Street, Ukiah, CA 95482.

On October 25, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following documents in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case  No. 51-cv-1247-GPC-RBB, by using the CM/ECF system:

**CAHUILLA BAND OF INDIANS' MOTION TO VACATE OCTOBER 29, 2018 TELEPHONE HEARING**;

**DECLARATION OF LESTER J. MARSTON IN SUPPORT OF CAHUILLA BAND OF INDIANS' MOTION TO VACATE OCTOBER 29, 2018 TELEPHONE HEARING AND ORDER THEREON**

**PROPOSED ORDER**

by transmitting a notice of electronic filing to the  following parties:


Honorable Ruben B. Brooks, efile_brooks@casd.uscourts.gov
Curtis G. Berkey, cberkey@berkeywilliams.com
Patrick Barry, Patrick.Barry@usdoj.gov
Yosef Negose, Yosef.Negose@usdoj.gov
Michael McPherson, mikemcp111@aol.com
Douglas Garcia, Doug.Garcia@bia.gov
Jeffrey W. Frey, Jeff.Frey@aalrr.com
Jeff Hoskinson, Jeff.Hoskinson@aalrr.com
Michael Zarro, Michael.Zarro@doj.ca.gov
Ronak Patel, RPatel@co.riverside.ca.us
Michael J. Preszler, mpreszler@smrwm.org
William Brunick, bbrunick@bmklawplc.com
Tilden Kim, TKim@rwglaw.com
Paul Greenwald, pegreenwald@peglaw.us
Marilyn Levin, Marilyn.Levin@doj.ca.gov
Ray Mistica, rmistica@rivco.org
James Markman, JMarkman@rwglaw.com
Jennifer Henderson, Jennifer.Henderson@doj.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on October 25, 2018, at Ukiah, California.

*/s/* Ericka Duncan

3

**MOTION TO VACATE HEARING [Case No. 51-CV-01247-GPC-RBB]**