LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiff, Cahuilla Band of Indians*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>                         Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>                    Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**DECLARATION OF LESTER J. MARSTON IN SUPPORT OF CAHUILLA BAND OF INDIANS' MOTION TO VACATE OCTOBER 29, 2018 TELEPHONE HEARING AND ORDER THEREON**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: To Be Determine<br>Before the Honorable Magistrate Ruben B. Brooks<br><br>**ORAL ARGUMENT NOT REQUIRED** |

I, LESTER J. MARTSON, declare:

1.     I am counsel of record for Plaintiff-Intervenor Cahuilla Band of Indians ("Tribe") in the above-entitled case. I submit this declaration in support of the Tribe's Motion to Vacate October 29, 2018 Telephone Hearing filed in the above-entitled action. The information contained in this declaration is of my own personal knowledge and, if called as a witness, I could competently testify thereto.

1

2.      Legal counsel for the parties met face to face on October 16, 2018, and made good progress towards reaching agreement on settlement of this litigation.

2.      The parties have identified all of the remaining issue that they believe need to be resolved and have directed individual legal counsel for the parties to draft proposed provisions of the settlement agreement to address those issues.

3.      The parties intend to review the proposed provisions and, it is hoped, resolve the remaining issues at the next face to face meeting of the parties' legal counsel, which is scheduled for October 30th.

4.      The parties wish to vacate the telephone hearing with Judge Brooks scheduled for October 29th, because they believe that it would not be the most beneficial use of the Court's resources and that it be more productive for the parties to utilize that time to prepare for the face to face meeting of the parties' legal counsel scheduled for the following day.

5.      The parties do not wish to reschedule the November 14th hearing before Judge Brooks, as they believe that they will be ready at that time to address any remaining issues with the assistance of Judge Brooks.

6.      Seven days prior to the November 14th hearing, the parties will file with the Court a statement of any reamining issues that need to be resolved, so Judge Brooks will be able focus on resolving those issues with the parties.

7.      The parties have authorized me to file this motion on behalf of all of the parties.

I declare under penalty of perjury that the foregoing is true and correct; executed this 25th day of October, 2018, in Ukiah, California.

*/s/Lester J. Marston*
LESTER J. MARSTON, Declarant

**DECLARATION OF LESTER J. MARSTON [Case No. 51-CV-01247-GPC-RBB]**