# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>                              Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>                              Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING MOTION TO VACATE OCTOBER 29, 2018 TELEPHONIC HEARING**<br>**[ECF NO. 5652]** |

On October 25, 2018, Cahuilla Band of Indians filed a Motion to Vacate October 29, 2018 telephonic attorneys-only settlement conference.  (Mot. Vacate, ECF No. 5652.)  The motion was submitted "on behalf of all of the parties."  (<u>Id.</u> at 2.) Having read the motion and finding good cause, the Court **VACATES** the telephonic attorneys-only settlement conference set for **October 29, 2018**, at **8:00 a.m.**  All guidelines and requirements concerning the November 14, 2018 in-person attorneys-only settlement conference remain in effect.

**IT IS SO ORDERED.**

Dated:  October 26, 2018

Hon. Ruben B. Brooks
United States Magistrate Judge