L ESTER J. M ARSTON
California State Bar No. 081030
R APPORT AND M ARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiff, Cahuilla Band of Indians*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>    Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**CAHUILLA BAND OF INDIANS' MOTION TO CONTINUE THE NOVEMBER 14, 2018 HEARING TO NOVEMBER 28, 2018**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: To Be Determined<br>Before the Honorable Magistrate Ruben B. Brooks<br><br>**ORAL ARGUMENT NOT REQUIRED** |

COMES NOW, the Cahuilla Band of Indians ("Tribe") who hereby moves the Court, pursuant to Local Rule 7.1(g)(2), for an order continuing the hearing scheduled in this case from November 14, 2018, to November 28, 2018.

This motion is based upon the following grounds:

1. Legal counsel for the parties met face to face on October 30, 2018, in Santa Ana, California, and made good progress towards reaching agreement on a settlement of this litigation.

1

**MOTION TO CONTINUE HEARING [Case No. 51-CV-01247-GPC-RBB]**

2. The parties have identified all of the remaining issues that they believe need to be resolved and have directed individual legal counsel for the parties to draft proposed provisions of the settlement agreement to address those issues.

3. The parties intend to review the proposed provisions and, it is hoped, resolve the remaining issues at the next face to face meeting of the parties' legal counsel, which is scheduled for November 27 and 28, in San Diego, California.

4. By continuing the hearing date to November 28, legal counsel for the parties will be able to complete their negotiations on November 27 and, if necessary, the morning of the 28th, and present the Court with the settlement agreement or, if necessary, the remaining disputed issues. This will allow the Court to focus on the remaining outstanding issues, if any, and assist the parties in reaching agreement on those issues.

5. For the reasons set forth above, the parties wish to vacate the hearing with Judge Brooks scheduled for November 14 because they believe that: (1) it would be the best use of the Court's resources for the parties to complete their negotiations before they met with Judge Brooks and, (2) at the same time, it would reduce the costs incurred by the parties arising from travel on the part of the parties' legal counsel.

6. Seven days prior to the November 28 hearing, the parties will file with the Court a statement of any remaining issues that need to be resolved, so Judge Brooks will be able to focus on discussing and resolving those issues with the parties.

7. The Tribe submits this motion on behalf of all of the parties.

Dated: November 8, 2018       RAPPORT AND MARSTON

*/s/Lester J. Marston*
Lester J. Marston
Attorney for the Cahuilla Band of Indians

## PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, CA 94704.

On November 8, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following documents in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB, by using the CM/ECF system:

1. **CAHUILLA BAND OF INDIANS' MOTION TO CONTINUE THE NOVEMBER 14, 2018 HEARING TO NOVEMBER 28, 2018**
2. **DECLARATION OF LESTER J. MARSTON IN SUPPORT OF CAHUILLA BAND OF INDIANS' MOTION TO CONTINUE THE NOVEMBER 14, 2018 HEARING**
3. **PROPOSED ORDER**

by transmitting a notice of electronic filing to the following parties:

Honorable Ruben B. Brooks, efile_brooks@casd.uscourts.gov
Curtis G. Berkey, cberkey@berkeywilliams.com
Patrick Barry, Patrick.Barry@usdoj.gov
Yosef Negose, Yosef.Negose@usdoj.gov
Michael McPherson, mikemcp111@aol.com
Douglas Garcia, Doug.Garcia@bia.gov
Jeffrey W. Frey, Jeff.Frey@aalrr.com
Jeff Hoskinson, Jeff.Hoskinson@aalrr.com
Michael Zarro, Michael.Zarro@doj.ca.gov
Ronak Patel, RPatel@co.riverside.ca.us
Michael J. Preszler, mpreszler@smrwm.org
William Brunick, bbrunick@bmklawplc.com
Tilden Kim, TKim@rwglaw.com
Paul Greenwald, pegreenwald@peglaw.us
Marilyn Levin, Marilyn.Levin@doj.ca.gov
Ray Mistica, rmistica@rivco.org
James Markman, JMarkman@rwglaw.com
Jennifer Henderson, Jennifer.Henderson@doj.ca.gov
Lester J. Marston, marston1@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 8, 2018, at Berkeley, California.

Martha Morales