LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiff, Cahuilla Band of Indians*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>     Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>    Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**DECLARATION OF LESTER J. MARSTON IN SUPPORT OF CAHUILLA BAND OF INDIANS' MOTION TO CONTINUE THE NOVEMBER 14, 2018 HEARING**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: To Be Determined<br>Before the Honorable Magistrate Ruben B. Brooks<br><br>**ORAL ARGUMENT NOT REQUIRED** |

I, LESTER J. MARTSON, declare:

1. I am counsel of record for Plaintiff-Intervenor the Cahuilla Band of Indians ("Tribe") in the above-entitled case. I am submitting this declaration in support of the Tribe's Motion to continue the November 14, 2018, hearing presently scheduled in this case to November 28, 2018. The information contained in this declaration is of my own personal knowledge and, if called as a witness in these proceedings, I could competently testify thereto.

1

2.     Legal counsel for the parties met face to face on October 30, 2018, in Santa Ana, California and made good progress towards reaching agreement on settlement of this litigation.

3.     The parties have identified all of the remaining issues that they believe need to be resolved and have directed individual legal counsel for the parties to draft proposed provisions of the settlement agreement to address those issues.

4.     The parties intend to review the proposed provisions and, it is hoped, resolve the remaining issues at the next face to face meeting of the parties' legal counsel, which is scheduled for November 27 and 28, 2018, in San Diego, California.

5.     The parties wish to vacate the hearing with Judge Brooks scheduled for November 14, 2018, because they believe that it would not be the most beneficial use of the Court's resources and that it would be more productive for the parties to meet face to face on November 27 and 28 in San Diego, California, prior to meeting with Judge Brooks to attempt in good faith to resolve the remaining outstanding settlement issues.

6.     By allowing the parties to meet on November 27 and 28, the parties will hopefully be able to either resolve all remaining outstanding issues or narrow the issues so that Judge Brooks' time can be used more effectively to assist the parties in resolving those issues. After the face to face meetings on November 27 and 28, the parties believe that they will be in a better position than they would have been on November 14, to address any remaining issues with the assistance of Judge Brooks.

7.     For these reasons the parties request that the Court continue the November 14, 2018, hearing to November 28, 2018, at 1:30 p.m.

8.     Seven days prior to the November 28 hearing, the parties will file with the Court a statement of any remaining issues that need to be resolved, so Judge Brooks will be able to focus on resolving those issues with the parties.

9.     The parties have authorized me to file this motion on their behalf.

2

**DECLARATION OF LESTER J. MARSTON [Case No. 51-CV-01247-GPC-RBB]**

1         I declare under penalty of perjury that the foregoing is true and correct; executed

2  this 8th day of November 2018, in Ukiah, California.

3

4                           */s/Lester J. Marston*

5                           LESTER J. MARSTON, Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF LESTER J. MARSTON [Case No. 51-CV-01247-GPC-RBB]**