# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**ORDER GRANTING MOTION TO CONTINUE THE NOVEMBER 14, 2018 HEARING TO NOVEMBER 28, 2018 [ECF NO. 5654]** |

　　　　Having read the unopposed motion to continue the hearing scheduled for November 14, 2018 at 9:00 a.m. to November 28, 2018, and the supporting declaration filed by the Cahuilla Band of Indians, and good cause appearing therefor,

　　　　**IT IS HEREBY ORDERED**:

　　　　1.　　The hearing currently set in this case for November 14, 2018 at 9:00 a.m. is continued to **November 28, 2018** at **1:30 p.m.**

　　　　2.　　The Cahuilla Band of Indians, on behalf of the Parties, shall file a

///

1  statement of unresolved issues with the Court seven (7) days before the November 28,
2  2018 hearing.
3      **IT IS SO ORDERED**.
4  Dated: November 9, 2018

                                        Honorable Ruben B. Brooks
                                        United States Magistrate Judge