UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
NOV 08 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

R-T-S- 92536410   009 11/05/18
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>CAHUILLA BAND OF INDIANS,<br>　　　　Plaintiff-Intervenor,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>　　　　Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING MOTION TO VACATE OCTOBER 29, 2018 TELEPHONIC HEARING**<br>**[ECF NO. 5652]** |

On October 25, 2018, Cahuilla Band of Indians filed a Motion to Vacate October 29, 2018 telephonic attorneys-only settlement conference. (Mot. Vacate, ECF No. 5652.) The motion was submitted "on behalf of all of the parties." (Id. at 2.) Having read the motion and finding good cause, the Court **VACATES** the telephonic attorneys-only settlement conference set for **October 29, 2018**, at **8:00 a.m.** All guidelines and requirements concerning the November 14, 2018 in-person attorneys-only settlement conference remain in effect.

**IT IS SO ORDERED.**

Dated: October 26, 2018

　　　　　　　　　　　　　　　　　　Hon. Ruben B. Brooks
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

51cv1247-GPC(RBB)