**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
NOV 19 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY



Anna Gale James
40275 Curry Court
Aguanga, CA 92536

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER GRANTING MOTION TO VACATE OCTOBER 29, 2018 TELEPHONIC HEARING**<br>**[ECF NO. 5652]** |

On October 25, 2018, Cahuilla Band of Indians filed a Motion to Vacate October 29, 2018 telephonic attorneys-only settlement conference. (Mot. Vacate, ECF No. 5652.) The motion was submitted "on behalf of all of the parties." (Id. at 2.) Having read the motion and finding good cause, the Court **VACATES** the telephonic attorneys-only settlement conference set for **October 29, 2018**, at **8:00 a.m.** All guidelines and requirements concerning the November 14, 2018 in-person attorneys-only settlement conference remain in effect.

**IT IS SO ORDERED.**

Dated: October 26, 2018

Hon. Ruben B. Brooks
United States Magistrate Judge