UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Barbara Cole
40225 Curry Court
Aguanga, CA 92536



RECEIVED
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
NOV 19 2018

FILED
NOV 19 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

NIXIE          911    7E  1           7211/16/18
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
   BC: 92101386526      *8304-07230-09-47

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**ORDER GRANTING MOTION TO CONTINUE THE NOVEMBER 14, 2018 HEARING TO NOVEMBER 28, 2018 [ECF NO. 5654]** |

Having read the unopposed motion to continue the hearing scheduled for November 14, 2018 at 9:00 a.m. to November 28, 2018, and the supporting declaration filed by the Cahuilla Band of Indians, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The hearing currently set in this case for November 14, 2018 at 9:00 a.m. is continued to **November 28, 2018** at **1:30 p.m.**

2. The Cahuilla Band of Indians, on behalf of the Parties, shall file a

/ / /

1

**ORDER [Case No. 51-CV-01247-GPC-RBB]**

1 statement of unresolved issues with the Court seven (7) days before the November 28,
2 2018 hearing.

3 **IT IS SO ORDERED**.

4 Dated: November 9, 2018

*[signature: Ruben Brooks]*

Honorable Ruben B. Brooks
United States Magistrate Judge