Paul Evan Greenwald, SBN 57162
Law Offices of Paul Evan Greenwald
12951 Miriam Place
Santa Ana, CA 92705-1334
Tel.: (714) 348-5800
pegreenwald@peglaw.us
Attorneys for Greenwald

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br>Plaintiff-Intervenor,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br>Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>Next Court Deadline: None<br><br>NOTICE OF CHANGE OF E-MAIL ADDRESS OF PAUL EVAN GREENWALD TO pegreenwald@peglaw.us |

**GREENWALD'S NOTICE TO CHANGE OF E-MAIL ADDRESS**

Paul Evan Greenwald submits this Notice of Change of E-Mail Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following e-mail address: pegreenwald@peglaw.us. The mailing address remains the same [unchanged]. Paul Evan Greenwald, Esq., Law Offices of Paul Evan Greenwald, 12951 Miriam Place, Santa Ana, CA 92705-1334.

DATED: November 25, 2018                    Respectfully submitted,

_____
PAUL EVAN GREENWALD

**CERTIFICATE/PROOF OF SERVICE**

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 12951 Miriam Place, Santa Ana, CA 92705.

On November 25, 2018, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB:

by transmitting a notice of electronic filing to the following:

Honorable Ruben B. Brooks, efile_brooks@casd.uscourts.gov
Curtis G. Berkey, cberkey@berkeywilliams.com
Patrick Barry, Patrick.Barry@usdoj.gov
Yosef Negose, Yosef.Negose@usdoj.gov
Michael McPherson, McPhersonME.CTR@pendleton.usmc.mil; mikemcp111@aol.com
Douglas Garcia, Doug.Garcia@bia.gov
Jeffrey W. Frey, Jeff.Frey@aalrr.com
Jeff Hoskinson, Jeff.Hoskinson@aalrr.com
Michael Zarro, Michael.Zarro@doj.ca.gov
Ronak Patel, RPatel@co.riverside.ca.us
Michael J. Preszler, mpreszler@smrwm.org
William Brunick, bbrunick@bmklawplc.com
Tilden Kim, TKim@rwglaw.com
Paul Greenwald, pegreenwald@peglaw.us
Marilyn Levin, Marilyn.Levin@doj.ca.gov
Ray Mistica, rmistica@rivco.org
James Markman, JMarkman@rwglaw.com
Jennifer Henderson, Jennifer.Henderson@doj.ca.gov
Lester J. Marston, marston1@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on November 25, 2018, at Santa Ana, California.

PAUL EVAN GREENWALD