OFFICIAL BUSINESS

NIXIE 911 SE 1 2212/08/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 92101380620 *0852-06941-06-09

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

FILED
DEC 11 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. v. FALLBROOK PUBLIC UTILITY DISTRICT          Case No. 51cv1247 GPC(RBB)
                                                     Time Spent: 1 hour, 30 mins.
HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                           Rptr.

### Plaintiffs

| | |
|---|---|
| Patrick Barry (present) | Douglas Garcia (present) |
| Yosef Negose (present) | Laura Maul |
| Chris Watson | |

### Defendants

| | |
|---|---|
| Michael J. Preszler (present) | John Flocken |
| Curtis Berkey (present) | Marilyn Levin |
| Lester Marston (present) | Michael T. Zarro (present) |
| Daniel Thompson (present) | Jeff Hoskinson (present) |
| Rob Davis | James Markman |
| Matt Duarte | Tilden Kim (present) |
| William Ainsworth | Jennifer Henderson |
| Ray Mistica (present) | Edward Walls |
| William Brunick (present) | Ronak Patel |
| Paul Greenwald (present) | Jeffrey W. Frey |

PROCEEDINGS:   X   In Chambers   X   In Court   ____ Telephonic

An in-person settlement conference was held with the following parties:

1.  The Cahuilla Band of Indians (attorneys Lester Marston and Erica Macias)

2.  The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.  The United States (attorneys Patrick Barry and Yosef Negose)

4.  The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ray Mistica)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners (attorneys Tilden Kim and Paul Greenwald)

10. Agri-Empire, Inc. (attorney Daniel Thompson)

A telephonic attorneys-only settlement conference is set for **February 20, 2019**, at **8:00 a.m.** with the same parties. Counsel for the United States is to initiate the call.

DATE: November 29, 2018		IT IS SO ORDERED: /s/ Ruben Brooks
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record