WATERMASTER
SANTA MARGARITA RIVER WATERSHED
169 PARKSHORE AVE., SUITE 110
FOLSOM, CA 95630



FILED

Dec 17 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ darcig        DEPUTY

December 11, 2018

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA 92101

Re:   *U.S.A. v. Fallbrook Public Utility District, et al.*, Civil No. 51-cv-1247-GPC-RBB
      Final Annual Watermaster Report for Water Year 2016-17

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2016-17. Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on October 11, 2018, and comments and suggestions received were incorporated into the final report as appropriate.

Copies of this letter and the Annual Watermaster Report were provided on December 11, 2018, to the parties listed on the Watermaster distribution list provided below. In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA. Five copies of the report have also been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be mailed to any party requesting a copy.

The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service. Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 2 of 8

As indicated above the PDF files for the report is contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions, please do not hesitate to call.

Sincerely,

Michael J. Preszler

Michael J. Preszler, P.E.
Watermaster

MJP:rah
Enclosures
cc (w/ Hard Copy of Encl.):   Honorable Ruben B. Brooks
                              Distribution List – Attached

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 3 of 8

Report has been delivered by mail to:

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Doug Garcia, Esq.
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Rm W-2821
Sacramento, CA 95825

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC 20240

Chris Watson, Esq.
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. – M.S. 6513
Washington, D.C. 20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Matthew K. Landon
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482

David DePoy
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Dan Bartu
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 4 of 8

Greg Seaman
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Zandro Mallari
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA 92028

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA 92596

Eagle Jones
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michele Buriss
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Darwin Potter
Metropolitan Water District
Skinner Branch
33740 Borel Road
Winchester, CA 92596

Mark Macarro
Pechanga Tribal Chairman
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Mike Luker
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Steve Larson
S.S. Papadopulos & Assoc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Charles J. Bachmann
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Keith Nobriga
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Marc Luker
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA 92593

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 5 of 8

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Dennis A. Sanford
Board of Directors
Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Eva Plajzer
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA 92602-1365

Jason Uhley
Riverside Co. Flood Control
1995 Market Street
Riverside, CA 92501

Pamela Walls, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Jeff Kirshberg
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA 91711

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 6 of 8

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA 92383

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

Bluebird Ranch
c/o Abraham Poladian
P.O. Box 1089
Fallbrook, CA 92088

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA 92593

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Jill Willis, Esq.
Best Best & Krieger
300 S. Grand Ave. 25th Floor
Los Angeles, CA 90071

John O'Hagen
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

AVMAC
Attn: Secretary
P. O. Box 391076
Anza, CA 92539-0908

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA 91604

Chambers Family LLC
c/o Thomas Montllor
910 N. Pacific Street, Apt. # 38
Oceanside, CA 92054

Cindy and Andy Domenigoni
33011 Holland Road
Winchester, CA 92596

EG High Desert Properties, LLC
12881 Bradley Avenue
Sylmar, CA 91342

Todd Shibata
Riverside County Waste Mgmt
14310 Frederick Street
Moreno Valley, CA 92553

Raymond M. Mistica, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Jason M. Ackerman, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Bob Pierotti, Chief
Resources Assessment Branch
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Bob Rinker
CA State Water Res. Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Elsa Barton
217 No. Palm
Hemet, CA 92543

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 7 of 8

| | | |
|---|---|---|
| Dan Walsh<br>42551 Highway 79S.<br>Aguanga, CA 92536 | Jeffrey A. Hoskinson, Esq.<br>Bowie, Arneson, Wiles & Giannone<br>4920 Campus Drive<br>Newport Beach, CA 92660 | Gregory B. Burnett<br>P.O. Box 391111<br>Anza, CA 92539 |
| Flavia Kreig<br>P.O. Box 716<br>Aguanga, CA 92536 | Hill Springs Farms, LLC<br>P. O. Box 1946<br>Duarte, CA 91009 | Les Harris<br>44700 Sage Road – H<br>Aguanga, CA 92536 |
| Louidar<br>Mount Palomar Winery<br>33820 Rancho California Road<br>Temecula, CA 92591 | Lake Riverside Estates<br>Community Association<br>41610 Lakeshore Boulevard<br>Aguanga, CA 92536 | Kenna Jones<br>Hawthorn Water System<br>25403 Edna<br>Murrieta, CA 92562 |
| Frank C. Miller<br>Jane Grabowski-Miller<br>930 Cornell Court<br>Madison, WI 53705 | Robert A. Krieger<br>Krieger & Stewart<br>3602 University Avenue<br>Riverside, CA 92501 | Zen-Kamata, LLC<br>Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 |
| Wagner Family Trust<br>41128 DeLuz Road<br>Fallbrook, CA 92028 | James Markman, Esq.<br>Richards, Watson & Gershon<br>P.O. Box 1059<br>Brea, CA 92822-1059 | Art Kidman<br>Kidman Law, LLP<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614 |
| Joe Ornelas<br>Quiet Oaks Mobile Home Park<br>26455 Paradise Valley Road<br>Warner Springs, CA 92086 | Archie McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 | Gordon Lanik<br>P.O. Box 291273<br>Anza, CA 92539 |
| Twin Creeks Ranch<br>c/o Chester Mason<br>P.O. Box 892378<br>Temecula, CA 92589 | Mr. and Mrs. Alfred Mori<br>1936 Mancha Way<br>Monterey Park, CA 91755 | Richard & Christine McMillan<br>Gary & Patricia McMillan<br>c/o McMillan Farm Management<br>29379 Rancho California Rd, # 201<br>Temecula, CA 92591-5210 |
| William J. Brunick, Esq.<br>Brunick, McElhaney & Kennedy PLC<br>P.O. Box 13130<br>San Bernardino, CA 92423-3130 | Serafina Holdings, LLC<br>40376 Sandia Creek Road<br>Fallbrook, CA 92028 | Bertha Mendoza<br>35853 Calle Nopal<br>Temecula, CA 92592 |

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2016-17
December 11, 2018
Page 8 of 8

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Michael Zarro, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

Report has been electronically mailed to:

| Name | Email |
|---|---|
| Heriberto F. Diaz | hdiaz@mwdh2o.com |
| Chairperson | tribalcouncil@cahuilla.net |
| James Gilpin | james.gilpin@bbklaw.com |
| Assad Safadi | office@nrce.com |
| Wes Strickland | wstrickland@jw.com |
| Karly Gaynor | kgaynor@wmwd.com |
| Lawrence Carlson | chappoh2o@gmail.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| Parag Kalaria | pkalaria@evmwd.net |
| Jason Dafforn | jdafforn@evmwd.net |
| EVWMD | margie@evmwd.net |
| Roger Doverspike | rkd@doverspikeassociates.com |
| Jean Moran | jeanm@stetsonengineers.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Eloise Berryman | eloise.berryman@waterboards.ca.gov |
| Larry McKenney | larry.mckenney@gmail.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Michelle Staples | mstaples@jacksontidus.law |
| Kelly Lawler | kelly.lawler@water.ca.gov |
| Curtis Berkey | cberkey@berkeywilliams.com |
| Jack Easton | jeaston@riversandlands.org |
| Jack Bebee | jackb@fpud.com |
| Mary Lou Boultinghouse | maryloub@fpud.com |
| Michael Powers | mpowers@rainbowmwd.com |
| Rainbow MWD | engineering@rainbowmwd.com |
| Erick Miller | emiller@aspectconsulting.com |
| Timothy Ross | timothy.ross@water.ca.gov |
| Martha Lennihan | mlennihan@lennihan.net |
| Hannah Pheasant | hannah.pheasant@usdoj.gov |
| Marilyn Levin | marilyn.levin@doj.ca.gov |
| Michael Zarro | michael.zarro@doj.ca.gov |