# Santa Margarita River Watershed Major Water Purveyors

This exhibit is to be used for approximate purposes only. Not to be used for engineering, recording, or litigation purposes. No warranty of accuracy is implied or guaranteed.

**Legend**
- RCWD Service Area
- EMWD Service Area
- MCB-Camp Pendleton
- FPUD Service Area
- WMWD Service Area
- EVMWD Service Area
- Rainbow MWD Service Area
- USGS Station ID
- Santa Margarita River Watershed Boundary
- Indian Reservations

Note: The Western Municipal Water District Service Area also includes the Elsinore Valley Municipal Water District and portions of the Rancho California Water District.
The Eastern Municipal Water District Service Area also includes portions of the Rancho California Water District and Murrieta Division of the Western Municipal Water District.

Prepared by: Robert Heather   Date: 2018-09-14
Document Path: C:\Users\Robert\Desktop\Robert Heather\Watermaster Office\GIS\Google Earth\GIS\0-PROJECTS\20180907_SMRW Map.qgz

Labeled features: Los Angeles, Palm Springs, San Diego, Lake Elsinore, LAKE ELSINORE, Elsinore Valley Municipal Water District, Western Municipal Water District Murrieta Division, DIAMOND VALLEY LAKE, Warm Springs Creek, Rawson Creek, Eastern Municipal Water District, Wildomar, Tucalota Creek, LAKE SKINNER, Ramona Village, Sage, Cole Creek, Murrieta, Murrieta Creek, Santa Gertrudis Creek, Cahuilla Creek, Anza, Cahuilla Reservation, Sandia Creek, Rancho California Water District, Temecula, Temecula Creek, VAIL LAKE, Wilson Creek, LAKE RIVERSIDE, De Luz Creek, Santa Margarita River, Pechanga Reservation, Tule Creek, Cottonwood Creek, Fallbrook Public Utilities District, Rainbow Creek, Arroyo Seco Creek, Aguanga, RIVERSIDE COUNTY / SAN DIEGO COUNTY, Camp Pendleton, Fallbrook, Fallbrook Creek, Rainbow Municipal Water District, Pauma and Yuima Reservation, Chihuahua Creek, LAKE O'NEILL, Oceanside, ORANGE COUNTY.

USGS Stations: 11042600, 11042800, 11042900, 11043000, 11044000, 11042631, 11042400, 11044800, 11044350, 11044300, 11044250, 11044500, 11045300, 11046000.

Scale: 0 – 12 mi