1  Paul Evan Greenwald, SBN 57162
   Law Offices of Paul Evan Greenwald
2  12951 Miriam Place
3  Santa Ana, CA 92705-1334
   Tel.: (714) 348-5800
4  pegreenwald@peglaw.us
   Attorneys for Greenwald Estate
5

6

7                       IN THE UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,        | Case No. 51-CV-01247-GPC-RBB
   |                         Plaintiff, |
11 |                                   | Next Court Deadline: None
   | CAHUILLA BAND OF INDIANS,         |
12 |              Plaintiff-Intervenor, |
   |                                   | **NOTICE OF APPEARANCE FOR**
13 | v.                                | **PAUL EVAN GREENWALD AS**
   |                                   | **COUNSEL OF RECORD FOR**
14 |                                   | **THE GREENWALD ESTATE**
   | FALLBROOK PUBLIC UTILITY          |
15 | DISTRICT, et al.,                 |
   |                        Defendants, |
16

17

18           **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

19           PLEASE TAKE NOTICE THAT Paul Evan Greenwald of the Law Offices of Paul

20   Evan Greenwald, who is permitted to practice in this District, hereby appears as counsel

21   of record on behalf of Defendant, The Greenwald Estate. Effective immediately, please add

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  Paul Evan Greenwald as an attorney to be noticed on all matters at the following address:

2

3  Paul Evan Greenwald, Esq.
   Law Offices of Paul Evan Greenwald
4  12951 Miriam Place
   Santa Ana, CA 92705-1334
5  Tel.: (714) 348-5800
   pegreenwald@peglaw.us

6

7  Dated: January 7, 2019                    LAW OFFICES OF PAUL EVAN GREENWALD

8

9

10                                           By: [signature]

11                                           Paul Evan Greenwald, Esq.
                                             Law Offices of Paul Evan Greenwald
12                                           12951 Miriam Place
                                             Santa Ana, CA 92705-1334
13                                           Tel.: (714) 348-5800
                                             pegreenwald@peglaw.us

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE/PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 12951 Miriam Place, Santa Ana, CA 92705.

On January 7, 2019, I electronically filed on behalf of the Greenwald Estate the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB: Notice of Appearance of Paul Evan Greenwald

by transmitting a notice of electronic filing to the following:

Honorable Ruben B. Brooks, efile_brooks@casd.uscourts.gov
Curtis G. Berkey, cberkey@berkeywilliams.com
Patrick Barry, Patrick.Barry@usdoj.gov
Yosef Negose, Yosef.Negose@usdoj.gov
Michael McPherson, McPhersonME.CTR@pendleton.usmc.mil; mikemcp111@aol.com
Douglas Garcia, Doug.Garcia@bia.gov
Jeffrey W. Frey, Jeff.Frey@aalrr.com
Jeff Hoskinson, Jeff.Hoskinson@aalrr.com
Michael Zarro, Michael.Zarro@doj.ca.gov
Ronak Patel, RPatel@co.riverside.ca.us
Michael J. Preszler, mpreszler@smrwm.org
William Brunick, bbrunick@bmklawplc.com
Tilden Kim, TKim@rwglaw.com
Paul Greenwald, pegreenwald@peglaw.us
Marilyn Levin, Marilyn.Levin@doj.ca.gov
Ray Mistica, rmistica@rivco.org
James Markman, JMarkman@rwglaw.com
Jennifer Henderson, Jennifer.Henderson@doj.ca.gov
Lester J. Marston, marston1@pacbell.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on January 7, 2019 at Santa Ana, California.

_____
PAUL EVAN GREENWALD