1  JEFFRY F. FERRE, Bar No. 138148
   jeff.ferre@bbklaw.com
2  J.G. ANDRE MONETTE, Bar No. 248245
   andre.monette@bbklaw.com
3  BEST BEST & KRIEGER LLP
   2000 Pennsylvania Ave. NW, Suite 5300
4  Washington, D.C. 20006
   Telephone: (202) 785-0600
5  Facsimile: (202) 785-1234

6  Attorneys for Defendant
   Western Municipal Water District
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, et al.,<br><br>Plaintiff–Intervenors,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Civil No. 51cv1247 GT (RBB)<br>Judge: Hon. Gonzalo P. Curiel<br><br>DEFENDANT WESTERN MUNICIPAL WATER DISTRICT'S JOINDER IN DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S OBJECTION TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Western Municipal Water District, as a member of the Watermaster Steering Committee and successor to Murrieta County Water District, hereby joins in Defendant Rancho California Water District's Objection to Proposed Watermaster Budget for 2018-19 for the Santa Margarita River Watershed and the accompanying Declaration of Eva Plazjer, both of which were filed on January 11, 2019 (Doc. Nos. 5667, 5667-1).

Dated: January 11, 2019        BEST BEST & KRIEGER LLP


                               By: /s/ Andre Monette
                                  JEFFRY F. FERRE
                                  ANDRE MONETTE
                                  Attorneys for Defendant Western
                                  Municipal Water District