1   JAMES B. GILPIN
    Best Best & Krieger LLP
2   655 West Broadway, 15th Floor
    San Diego, CA 92101
3   Telephone: 619-525-1300
    E-mail: James.Gilpin@bbklaw.com
4   *Attorney for Rancho California*
5   *Water District*

6

7

8

9               UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,          Case No. 51-01247-GPC-RBB
                                        Judge:  Hon. Gonzalo P. Curiel
13                  Plaintiff,          Courtroom:  2D

14         v.                           **PROOF OF SERVICE**

15   FALLBROOK PUBLIC UTILITY
     DISTRICT,  *et al.*,
16
                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

60028.00006\31741759.1                        PROOF OF SERVICE
                                        CASE NO. 51-01247-GPC-RBB

# PROOF OF SERVICE

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of these documents via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E). Any other counsel of record and parties will be served by first class mail on January 11, 2019.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 11, 2019, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT WESTERN MUNICIPAL WATER DISTRICT'S JOINDER IN DEFENDANT RANCHO CALIFORNIA WATER DISTRICT'S OBJECTION TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA WATERSHED**

in a sealed envelope, postage fully paid, addressed as follows:

***See Attachment A***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

1    I declare that I am employed in the office of a member of the bar of this court

2   at whose direction the service was made.

3    Executed on January 11, 2019, at San Diego, California.

4

5

6                                                            Lynn Clark

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT A

*United States of America v. Fallbrook Public Utility District, et al.,*
Case No. 51-cv-1247-GPC-RBB

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA  92028

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

1

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

Cahuilla Band of Indians
52701 US Hwy 371
Anza, California 92539

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA  92507-2154

Doug Garcia
Bureau of Indian Affairs – Pacific Region
2800 Cottage Way
Sacramento, CA  95825

Charles Jachens, Regional Hydrologist
Bureau of Indian Affairs
Pacific Region
2800 Cottage Way, Room W-2821
Sacramento CA  95825

Michael E. McPherson, Esq.
344 Plumosa venue
Vista, CA  92083

Chris Watson, Solicitor Office
U. S. Dept of Interior
Division of Indian Affairs
1849 C. Street NW -- M.S. 6513
Washington, D.C.  20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA  92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

3

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

U.S. Dept. of Justice
Environment and Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Michael E. McPherson, Esquire
344 Plumosa Avenue
Vista, CA  92083

Superintendent
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA   92507-2471

Robert Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Anthony Madrigal, Sr.
Cahuilla Band of Indians
899 Oakland Hills
Banning, CA  92220-5176

Cahuilla Band of Indians
P. O. Box 391760
Anza, CA  92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA  95482

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO  80524

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Paul D. Jones, II General Manager
Eastern MWD
P.O. Box 8300
Perris, CA  92572-8300

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92530

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA  92028

Keith Nobriga
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054-0153

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,*
CASE NO. 51-CV-1247-GPC-RBB

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P.O. Box 391372
Anza, CA  92539

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA  92602-1365

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

Pamela Walls, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA  92501

Jeff Kirshberg
Rancho California Water District
Temecula, CA  92589-9017

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P.O. Box 220
Claremont, CA  91711

Todd Shibata
Riverside County Waste Management
14310 Frederick Street
Moreno Valley, CA  92553

John O'Hagen
CA State Water Resources Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA  95812

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Raymond M. Mistica, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA  92501

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA  92602

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA  91604

Bob Pierotti, Chief
Resources Assessment Branch
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035
Bob Rinker
CA State Water Res. Control Board
P.O. Box 2000
Sacramento, CA  95812

Joel Heywood
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Dan Bartu
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

7

David DePoy
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Greg Seaman
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Counsel Western Bases
P. O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA  92055-5231

Paul R. Boughman
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base
Camp Pendleton, CA  92055-5231

David Glazer, Esquire
US DOJ Env. & Nat Res Dept.
Natural Resources Section
301 Howard Street, Ste. 1050
San Francisco, CA  94105

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Jean Moran
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA  94901

Wes Danskin
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Michael Wright
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA  92064

Matthew K. Landon
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Paul D. Jones, General Manager
Eastern Municipal Water District
P.O. Box 8300
Perris, CA  92572-8300

Charles Bachmann
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300
Michele Buriss
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Kelley Gage
Eastern Municipal Water District
2270 Trumble Road
Perris, CA 92570

Khos Ghaderi
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Zandro Mallari
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA  91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Dr. Brian J. Brady, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA  92088

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

MaryLou Boultinghouse
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA  92028

Martha Lennihan, Esq.
Lennihan Law
1661 Garden Highway; #102
Sacramento, CA  95833

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA  90054-0153

Heriberto F. Diaz, Esq.
Deputy General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA  90054-0153

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA  92596

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

Eagle Jones, Director
Pechanga Water Systems
P. O. Box 1477
Temecula, CA  92593

Marc Luker
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Mark Macarro
Pechanga Tribal Spokesperson
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA  92593

Mike Luker
Pechanga Water Systems
P. O. Box 1477
Temecula, CA  92593

Louise Burke
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Sally Triplett
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ  85044

Katherine Brossy, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ  85381

Steve Larson
S. S. Papadopulos & Associates
7944 Wisconsin Avenue
Bethesda, MD  20814-3620

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

Dennis Sanford, Board of
Directors – Rainbow MWD
1493 Via Ladera
Rainbow, CA  92028

Mr. Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla
P. O. Box 391670
Anza, CA  92539-1670

Mr. Manual Hamilton
Ramona Band of Cahuilla
P. O. Box 391372
Anza, CA  92539

Curtis Berkey, Esq.
Berkey Williams
2030 Addison Street, Suite 410
Berkley, CA  94704

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA  98110

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA  92536

Jeffrey D. Armstrong, General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Eva Plajzer, Assistant General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Mike Calvert
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Warren Back
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Corey Wallace
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA  92590

Director
Riverside Co. Planning
4080 Lemon St., 9th Floor
Riverside, CA  92501

Jason Uhley
Riverside Co. Flood Control
and Water Conservation District
1995 Market Street
Riverside, CA  92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jeffrey D. Sims
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Karly Gaynor
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Craig Miller
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jean Perry
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Derek Kawaii
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Lisa Lemoine
Western WMD
14205 Meridian Parkway
Riverside, CA  92518

Brenda Dennstedt
Western Municipal Water District
14205 Meridian Parkway
Riverside, CA  92518

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Timothy Ross
Chief, Groundwater Section
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA  92383

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,*
CASE NO. 51-CV-1247-GPC-RBB

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA  92593

AVMAC
Attn:  Secretary
P. O. Box 391076
Anza, CA  92539

Elsa Barton
217 No. Palm
Hemet, CA  92543

Gregory B. Burnett
P.O. Box 391111
Anza, CA  92539

Carol J. Carson
Murrieta Six Cs, LLC
25471 Hayes Avenue
Murrieta, CA  92562

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

Chambers Family Trust
c/o Thomas Montllor
910 North Pacific Street, Apt. No. 38
Oceanside, CA  92054

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA  92596

ATTACHMENT A
UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
CASE NO. 51-CV-1247-GPC-RBB

Francis and Jean Domenigoni
Francis N. & Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA  92596

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA  92614

EG High Desert Properties, LLC
12881Bradley Avenue
Sylmar, CA  91342

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA  90036

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA  92705-4039

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA  92660

Harris Family
44444 Sage Road
Aguanga, CA  92536

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Hill Springs Farms
c/o Mr. Rao Anne
P.O. Box 1946
Duarte, CA  91009

Zen-Kamata, LLC
c/o Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Dan Walsh
42551 Highway 79S.
Aguanga, CA  92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Lake Forest, LLC
41257 DeLuz Road
Fallbrook, CA  92028

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA  92536

Gordon Lanik
P.O. Box 391273
Anza, CA  92539

Charles and Catherine Lee
44952 Vista Del Mar
Temecula, CA  92590

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

Lovingier Family Trust
35490 Highway 79
Warner Springs, CA  92086

ATTACHMENT A
UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
CASE NO. 51-CV-1247-GPC-RBB

McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA  92591-5210

Bertha Mendoza
35853 Calle Nopal
Temecula, CA  92592

Frank Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI  53593

Moon Valley Nursery
19820 North 7th Street, #240
Phoenix, AZ  85024

Abraham Poladian
Bluebird Ranch
P. O. Box 1089
Fallbrook, CA  92088

Pete and Dorothy Prestininzi
Bundy Canyon Super Storage
22460 Bundy Canyon Road
Wildomar, CA  92595

Joseph A. Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road, #78
Warner Springs, CA 92086

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

ATTACHMENT A
UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,
CASE NO. 51-CV-1247-GPC-RBB

Clifford R. Ronnenberg
Sage Ranch Nursery
P.O. Box 574
Stanton, CA  90680

Renee Konstantine
Graduate Programs & Field Stations Coordinator
San Diego State University, Biology Dept.
5500 Campanile Drive, LS-104
San Diego, CA  92182-4614

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Stehly Family Holdings, LLC
13268 McNally Road
Valley Center, CA  92082

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA  92024

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA  92589

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA  92536

Norman Vanginkel
21136 Trailside Drive
Yorba Linda, CA  92887

Alfred Varela
41125 DeLuz Road
Fallbrook, CA 92028

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA  92028

Welburn Family Trust
40787 DeLuz Murrieta Road
Fallbrook, CA  92028

Wilson Creek Development
Wilson Creek Land Co.
P. O. Box 347
Aguanga, CA  92536

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San Bernardino, California  92408-3303

Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

Flavia Kreig
P.O. Box 716
Aguanga, CA  92536

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*,
CASE NO. 51-CV-1247-GPC-RBB

Les Harris
44700 Sage Road – H
Aguanga, CA  92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA  92501

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA  92086

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA  91755

Michael Zarro, Deputy Attorney General
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Electronically mailed to:

| | |
|---|---|
| Heriberto F. Diaz | hdiaz@mwdh2o.com |
| Chairperson | tribalcouncil@cahuilla.net |
| Assad Safadi | office@nrce.com |
| West Strickland | wstrickland@jw.com |
| Karly Gaynor | kgaynor@wmwd.com |
| Lawrence Carlson | chappoh2ogmail.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| Parag Kalaria | pkalaria@evmwd.net |
| Jason Dafforn | jdafforn@evmwd.net |
| EVMWD | Margie@evmwd.net |
| Rogert Doverspike | rkd@doverspikeassociates.com |
| Jean Moran | jeanm@stetsonengineers.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Eloise Berrgman | Eloise.berryman@waterboards.ca.gov |
| Larry McKenney | larry.mckenney@gmail.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Michelle Staples | mstaples@jacksontidus.law |
| Kelly Lawler | Kelly.lawler@water.ca.gov |

ATTACHMENT A
*UNITED STATES OF AMERICA V. FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,*
CASE NO. 51-CV-1247-GPC-RBB

| | |
|---|---|
| Curtis Berkey | cberkey@berkeywilliams.com |
| Jack Easton | jeaston@riversandlands.org |
| Jack Bebee | jackb@fpud.com |
| Mary Lou Boultinghouse | maryloub@fpud.com |
| Michael Powers | mpowers@rainbowmwd.com |
| Rainbow MWD | engineering@rainbowmwd.com |
| Erick Miller | emiller@aspectconsulting.com |
| Timothy Ross | timothy.ross@water.ca.gov |
| Martha Lennihan | mlennihan@lennihan.net |
| Hannah Pheasant | Hannah.pheasant@usdoj.job |
| Marilyn Levin | Marilyn.levin@doj.ca.gov |
| Michael Zarro | michael.zarro@dog.ca.gov |

60028.00006\31739582.2