LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

*Attorney for Plaintiff-Intervenor*
*Cahuilla Band of Indians*

CURTIS G. BERKEY
California State Bar No. 195485
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
Telephone: 510-548-7070
Facsimile: 510-548-7080
Email: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor*
*Ramona Band of Cahuilla*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>RAMONA BAND OF CAHUILLA,<br><br>　　　　　　Plaintiff-Intervenor.<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>　　　　　　Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Dept.: 9<br>Before the Honorable Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Band") and the Ramona Band of Cahuilla ("Ramona Band") (together, "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until July 9, 2019. Under this Court's Order of July 19, 2018, the current stay will expire on January 14, 2019. Counsel for the Tribes is authorized to state that the United States; State of California; County of Riverside; Riverside County Flood Control and Water Conservation District; the Anza Landowners Group; Greenwald Estate; Hemet Unified School District; and Agri-Empire do not oppose the Tribes' request to extend the stay for 180 days. The Water Master also supports extension of the stay. The United States and Agri-Empire have not expressed support or opposition to the motion.

As previously reported, the Cahuilla Band has proposed settling the case by constructing a water project that would import water into the Anza/Cahuilla basin ("Basin") to ensure that there is enough water available to meet the reasonable needs of all parties. Since the last stay extension was granted on July 19, 2018, the settlement parties have engaged in extensive negotiations to conclude a settlement. The parties have drafted two settlement agreements. The only difference between the two agreements is that one agreement requires the Cahuilla Band to pay for the costs of the water project from the revenues generated by the Cahuilla Band operating businesses on an economic development parcel that would be taken into trust by the United States for the Tribe under the terms of the settlement agreement. This agreement would have to be approved by the Governor. During the course of the negotiations, former Governor Brown had not been provided with the information necessary to fully evaluate the Cahuilla Band's proposal regarding the economic development parcel in time to make a decision before the end of his administration, but did advise the Cahuilla Band of the policy concerns raised by the proposal. Governor Newsom has not yet appointed a senior Tribal Advisor, but as soon as one is appointed, and after the Cahuilla Band provides the Governor's Office with the information necessary to evaluate the proposal, and after the information is reviewed, the Attorney General's Office will consult with

and advise the Governor's Office regarding the proposal. Following that process, the Cahuilla Band expects to learn Governor Newsom's position on a settlement that includes provision authorizing the United States to acquire the economic development parcel in trust for the Tribe.

In addition, the parties have drafted, reviewed and revised a second settlement agreement, which does not involve taking the economic development parcel into trust. Under the terms of the second agreement, the costs of the construction of the water project are proposed to be paid from an appropriation by Congress.

Since the last stay was approved by the Court, the parties have had numerous telephone calls and face to face meetings to reach consensus on a proposed settlement agreement. The parties have reviewed the latest drafts of the proposed settlement agreements, have exchanged comments on the drafts and have exchanged revisions to the drafts. The parties are currently working on a draft that does not include the economic development land acquisition. The current draft of that agreement consists of 59 pages and 15 sections which include but are not limited to sections covering general provisions, the Cahuilla Band's water rights, the Ramona Band's water rights, the federal agencies' water rights, the state agencies' water rights, the water rights of other represented parties, future use rights of represented parties, water rights of nonparticipating parties (those not participating in the settlement discussions), enforcement of the final decree, administration of the settlement agreement and the final decree in both the Cahuilla Groundwater Basin and Anza Groundwater Basin , waivers and release of claims, conditions precedent to enforceability, the federal legislation necessary to approve the agreement and six miscellaneous provisions.

The principal provisions for which agreement has not yet been reached concern management of the groundwater basins in accordance with the goal of safe yield and sustainable groundwater management principles. Specifically: the outstanding questions are: (1) when sustainability principles require active groundwater management, who reduces their water use first and in what amounts and (2) what is the best means to

measure groundwater use to facilitate sound groundwater management, including whether meters should be installed on certain groundwater wells. The State of California has proposed a method for sustainable management that the parties currently have under review and will take up at their next face to face meeting scheduled for February 13, 2019, in San Diego. The next meeting with U.S. Magistrate Judge Brooks is a telephone conference call scheduled for February 20, 2019.

The parties have set the date of April 1, 2019, as the target date for agreeing on a settlement or agreeing that they have reached an impasse. Within thirty days of receipt of the necessary information from the Cahuilla Band, the parties should know Governor Newsom's position on the settlement agreement containing provisions pertaining to the Cahuilla Band acquiring the economic development parcel. In addition, the parties likely will have completed revisions to the latest draft of the settlement agreement that does not pertain to the acquisition of the economic development parcel. At that time, if the parties believe that they need Judge Brooks' assistance in helping them resolve the remaining outstanding issues, they will request that Judge Brooks schedule an in-person, in-court settlement hearing before Judge Brooks.

Since the last status report, the settlement parties took action or discussed outstanding issues on the following dates:

1. August 8, 2018:

    The parties held an in-person meeting to discuss the draft settlement agreements.

2. August 22, 2018:

    The parties held a conference call to discuss what was going into the status report to Judge Brooks.

    The parties filed a Status Report setting forth the outstanding issues that need to be resolved with the Magistrate.

3. August 28, 2018:

        The Court held a settlement conference with the parties to discuss and review the outstanding issues that still needed to be resolved

4.    October 16, 2018:

        The parties had an in-person settlement negotiation session.

5.    October 30, 2018:

        The parties had an in-person negotiation session.

6.    November 27, 2018:

        The parties had an in person negotiation session.

7.    November 28, 2018:

        The parties had an in-person negotiation session and then appeared in person in Court before Magistrate Brooks to discuss with the Magistrate where the parties are at in the settlement process and what outstanding issues remain to be resolved.

8.    January 8, 2019:

        The parties held an in-person negotiation session.

        The parties are committed to resolving the outstanding issues and substantial progress has been made toward final settlement.

        In addition, counsel for the parties have conducted teleconferences as necessary outside the larger group meetings to continue progress toward resolving outstanding issues. Additional meetings and teleconferences will be scheduled to continue the discussions.  For example, the Cahuilla Band and Ramona Band will be scheduling a telephone call with the Federal Team to discuss the State's latest proposal regarding reductions in water usage during shortage.  In addition, the Federal Team and the Cahuilla Band will be scheduling a meeting with Agri-Empire to finalize the Agri-Empire real property purchase agreement.

        The settlement parties are committed to continuing these discussions.  A 180-day extension of the stay will permit them to continue settlement efforts without the cost or

distraction of litigation. The settlement parties believe a stay will facilitate progress toward a resolution of the outstanding issues.

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians respectfully requests that the stay of litigation be extended to July 9, 2019.

Dated: January 11, 2019                         Respectfully Submitted,


                                                RAPPORT AND MARSTON

                                                By:  */s/ Lester J. Marston*
                                                     LESTER J. MARSTON
                                                     Attorney for Plaintiff-Intervenor,
                                                     Cahuilla Band of Indians

                                                BERKEY WILLIAMS LLP

                                                By:  */s/ Curtis G. Berkey*
                                                     CURTIS G. BERKEY
                                                     Attorney for Plaintiff-Intervenor,
                                                     Ramona Band of Cahuilla

**CERTIFICATE/PROOF OF SERVICE**

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 405 West Perkins Street, Ukiah, CA 95482.

On January 11, 2019, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB:

**JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Charles W. Binder: courtdocs@smrwm.org
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Harry Campbell Carpelan: hcarpelan@redwinesherrill.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Thomas Caldwell; Linda Caldwell: goforthvillage2@yahoo.com
Marco Antonio Gonzalez: marco@coastlawgroup.com; sara@coastlawgroup.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patricia Grace Rosenberg: prosenberg@hnattorneys.com

Paul Greenwald: pegreenwald@peglaw.us
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfinn.com

I further certify that on January 11, 2019, I caused to be served the following documents:

**JOINT MOTION TO EXTEND STAY**

by depositing a copy in the United States mail at Ukiah, California, in an envelope with first class postage fully paid, addressed as follows:

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Cindy L. Barker
37060 Bonita Vista Rd.
Anza, CA 92539

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

James L. Markman
Richards, Watson & Gershon
1 Civic Center Circle

P.O. Box 1059
Brea, CA 92822-1059

Briar McTaggart
1642 Merion Way, 40E
Seal Beach, CA 90740

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Archie D. McPhee
40482 Gavilan Mountain R
Fallbrook, CA 92028

Robyn M. Garrison
ERA Excel Realty
56070 Highway 371
Anza, CA 92539

Greg Burnett
The Burnett Group
P.O. Box 391111
Anza, CA 92539

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on January 11, 2019, at Ukiah, California.

             /s/ Ericka Duncan