Martha H. Lennihan, Bar No. 122478
LENNIHAN LAW
6645 Garden Highway
Sacramento, CA 95937
Telephone: (916) 799-4460
mlennihan@lennihan.net

Attorneys for Defendant
FALLBROOK PUBLIC UTILITY DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>  Defendant. | Case No. 51-cv-01247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br><br>FALLBROOK PUBLIC UTILITY DISTRICT JOINDER IN OBJECTION BY DEFENDANT RANCHO CALIFORNIA WATER DISTRICT TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED |

Defendant FALLBROOK PUBLIC UTILITY DISTRICT hereby joins in and incorporates by reference the Objection of Rancho California Water District to the Proposed Watermaster Budget For 2018-19 For The Santa Margarita River Watershed.

Respectfully submitted,

January 11, 2019                    LENNIHAN LAW

                                    _____
                                    MARTHA H LENNIHAN
                                    Attorneys for Defendant FALLBROOK
                                    PUBLIC UTILITY DISTRICT

DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that: I am over the age of eighteen years; am not a party to this action; my business address is Fallbrook Public Utility District, 990 East Mission Street, Fallbrook, California, 92028; and that I served the FALLBROOK PUBLIC UTILITY DISTRICT JOINDER IN OBJECTION BY DEFENDANT RANCHO CALIFORNIA WATER DISTRICT TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED on behalf of the Fallbrook Public Utility District, to the list attached hereto as Attachment A, by U.S. Mail, postage prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11, 2019, at Fallbrook, California.

*Mary Lou West* (signature)

Mary Lou West

ATTACHMENT A

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

Charles Jachens
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way, Rm W-2821
Sacramento, CA 95825

Chris Watson, Esq.
Office of the Solicitor
U. S. Dept. of Interior
1849 C St., N.W. -- M.S. 6513
Washington, D.C. 20240

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Matthew K. Landon
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Cahuilla Band of Indians
P. O. Box 391760
Anza, CA 92539

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Michael T. Wright
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482

Dan Bartu
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Doug Garcia, Esq.
Bureau of Indian Affairs
U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC 20240

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

David DePoy
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

David Glazer, Esq.
US DOJ Env & Nat Res Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105

Greg Seaman
Water Resources Division
Box 555013
Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Zandro Mallari
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA 92028

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA 92596

Eagle Jones
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231
Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Michele Buriss
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Darwin Potter
Metropolitan Water District
Skinner Branch
33740 Borel Road
Winchester, CA 92596

Mark Macarro
Pechanga Tribal Chairman
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Mike Luker
Pechanga Water Systems
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer &
Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Steve Larson
S.S. Papadopulos & Assoc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Charles J. Bachmann
Eastern MWD
P. O. Box 8300
Perris, CA 92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd.
Suite 350
Westlake Village, CA 91362

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA 92088

Keith Nobriga
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA 90054-0153

Marc Luker
Pechanga Tribal Council
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA 92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA 92593

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P. O. Box 391372
Anza, CA 92539

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Dennis A. Sanford
Board of Directors
Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Eva Plajzer
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA 92602-1365

Jason Uhley
Riverside Co. Flood Control
1995 Market Street
Riverside, CA 92501

Pamela Walls, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ 85381

Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla Indians
P. O. Box 391670
Anza, CA 92539

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Jeffrey D. Armstrong
General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Jeff Kirshberg
Rancho California Water District
P. O. Box 9017
Temecula, CA 92589-9017

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. O. Box 220
Claremont, CA 91711

| | | |
|---|---|---|
| Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 | Jill Willis, Esq.<br>Best Best & Krieger<br>300 S. Grand Ave. 25th Floor<br>Los Angeles, CA 90071 | Todd Shibata<br>Riverside County Waste Mgmt<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| Agri-Empire, Inc.<br>P. O. Box 490<br>San Jacinto, CA 92383 | John O'Hagen<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 | Raymond M. Mistica, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 |
| James P. Bryson, P.G.<br>ARCADIS U.S., Inc.<br>320 Commerce, Suite 200<br>Irvine, CA 92602 | Robert A. Davis, Jr., Esq.<br>Davis & Wojcik<br>1001 East Morton Place, Suite A<br>Hemet, CA 92543 | Tim Barr<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Bluebird Ranch<br>c/o Abraham Poladian<br>P.O. Box 1089<br>Fallbrook, CA 92088 | AVMAC<br>Attn: Secretary<br>P. O. Box 391076<br>Anza, CA 92539-0908 | Jason M. Ackerman, Esq.<br>Best, Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Francis & Jean Domenigoni Trust<br>Domenigoni-Barton Properties; and<br>Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Barbara Booth<br>3883 Ridgemoor Drive<br>Studio City, CA 91604 | Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |
| John R. Flocken, Esq.<br>Greenwald & Hoffman, LLP<br>1851 E. First Street, Suite 860<br>Santa Ana, CA 92705-4039 | Chambers Family LLC<br>c/o Thomas Montllor<br>910 N. Pacific Street, Apt. # 38<br>Oceanside, CA 92054 | Bob Rinker<br>CA State Water Res. Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 |
| Victor H. Heimbach<br>VH Design<br>P.O. Box 428<br>Temecula, CA 92593 | Cindy and Andy Domenigoni<br>33011 Holland Road<br>Winchester, CA 92596 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Kathy Unger<br>Hawthorn Water System<br>23866 Chelsea Way<br>Murrieta, CA 92562 | EG High Desert Properties, LLC<br>12881Bradley Avenue<br>Sylmar, CA 91342 | Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 |

Dan Walsh
42551 Highway 79S.
Aguanga, CA 92536

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Hill Springs Farms, LLC
P. O. Box 1946
Duarte, CA 91009

Les Harris
44700 Sage Road – H
Aguanga, CA 92536

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA 92536

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Frank C. Miller
Jane Grabowski-Miller
930 Cornell Court
Madison, WI 53705

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Zen-Kamata, LLC
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Art Kidman
Kidman Law. LLP
2030 Main Street, Suite 1300
Irvine, CA 92614

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park. CA 91755

Richard & Christine McMillan
Gary & Patricia McMillan
c/o McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
P.O. Box 13130
San Bernardino, CA 92423-3130

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Bertha Mendoza
35853 Calle Nopal
Temecula, CA 92592

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Michael Zarro, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

Fallbrook Public Utility District Joinder In Objection by Rancho California Water District to the Proposed Watermaster Budget for 2018-19 for the Santa Margarita Watershed is also being sent electronically on January 11, 2019, to the following:

hdiaz@mwdh2o.com; tribalcouncil@cahuilla.net; james.gilpin@bbklaw.com; office@nrce.com; wstrickland@jw.com; kgaynor@wmwd.com; chappoh2o@gmail.com; jgastelum@evmwd.net; pkalaria@evmwd.net; jdafforn@evmwd.net; margie@evmwd.net; rkd@doverspikeassociates.com; jeanm@stetsonengineers.com; waterrights@waterboards ca.gov; eloise.berryman@waterboards.ca.gov; larry.mckenney@gmail.com; gm@ranchorvr.com; mstaples@jacksontidus.law; Curtis Berkey <cberkey@berkeywilliams.com>; jeaston@riversandlands.org; Jack Bebee <jackb@fpud.com>; maryloub@fpud.com; mpowers@rainbowmwd.com; kelly.lawler@ca.water.ca.gov; enqineering@rainbowmwdcom; emiller@aspectconsulting.com; timothy.ross@water.ca.qov; hannahpheasant@usdoj.gov; marilyn.levin@doj.ca.qov, michael.zarro@doj.ca.qov