STEVEN P. O'NEILL (SBN. 143075)
soneill@omlolaw.com
MANUEL D SERPA (SBN. 174182)
serpa@omlolaw.com
OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: (805) 495-4770
Facsimile: (805) 495-2787
Attorneys for Defendant
EASTERN MUNICIPAL WATER DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et. al.,<br><br>Defendants. | Case No. 51-cv-01247-GPC-RBB<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>Courtroom: 2D<br><br>**NOTICE OF JOINDER AND JOINDER IN DEFENDANT RANCHO CALIFORNIA WATER DISTRICT OBJECTION TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED** |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eastern Municipal Water District hereby joins in Defendant Rancho California Water District's Objection to the proposed Watermaster Budget. This Joinder incorporates the papers filed in support of Rancho's Objection and is based on this Notice of Joinder and Joinder and such argument as may be presented at the hearing on Rancho's Objection.

Dated: January 16, 2019

OLIVAREZ MADRUGA LEMIEUX O'NEILL

By: /s/ Steven P. O'Neill
Steven P. O'Neill
*Attorneys for Real Parties In Interest*
Eastern Municipal Water District,

2

NOTICE OF JOINDER AND JOINDER
CASE NO. 51-CV-01247-GPC-RBB

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is 4165 E. Thousand Oaks Blvd., Westlake Village, CA 91362.

On January 16, 2019, I served a true and correct copy of the foregoing document entitled:

**NOTICE OF JOINDER AND JOINDER IN DEFENDANT RANCHO CALIFORNIA WATER DISTRICT OBJECTION TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED**

☒ Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

☒ **As Indicated on the following Service List, by Electronic Filing and Service Pursuant to General Rule Order 10-07:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

| | |
|---|---|
| Daniel J Goulding | dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com |
| Gerald (Jerry) Blank | gblank@san.rr.com, mary@geraldblank.sdcoxmail.com |
| Robert H James | bob@fallbrooklawoffice.com |
| Robert K Edmunds | robert.edmunds@bipc.com, lisa.largent@bipc.com |

| | | |
|---|---|---|
| 1 | Thomas C Stahl | Thomas.Stahl@usdoj.gov, CaseView.ECF@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov |
| 2 | Robert M Cohen | rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com |
| 3 | Michael Duane Davis | michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
| 4 | John A Karaczynski | jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com |
| 5 | William K. Koska | wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com |
| 6 | Lester John Marston | marston1@pacbell.net, rapportandmarston@gmail.com |
| 7 | Bryan D Sampson | bsampson@sampsonlaw.net, psampson@sampsonlaw.net |
| 8 | B. Tilden Kim | tkim@rwglaw.com, lpomatto@rwglaw.com |
| 9 | Michele A Staples | mstaples@jacksontidus.law, dtankersley@jacksontidus.law, pgosney@jacksontidus.law |
| 10 | James B Gilpin | james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lynn.clark@bbklaw.com |
| 11 | Bill J Kuenzinger | bkuenzinger@bdasports.com, rjones@bhsmck.com |
| 12 | John Christopher Lemmo | jl@procopio.com, laj@procopio.com |
| 13 | Kevin Patrick Sullivan | ksullivan@sanlawyers.com, prussell@sanlawyers.com |
| 14 | Mary L. Fickel | mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com |
| 15 | Timothy P. Johnson | tjohnson@johnson-chambers.com, cww@johnson-chambers.com |

4

**NOTICE OF JOINDER AND JOINDER**
**CASE NO. 51-CV-01247-GPC-RBB**

| | | |
|---|---|---|
| 1 | Matthew L Green | matthew.green@bbklaw.com, lisa.atwood@bbklaw.com |
| 2 | F Patrick Barry | patrick.barry@usdoj.gov |
| 3 | Marilyn H Levin | marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov |
| 4 | | |
| 5 | Curtis G Berkey | cberkey@abwwlaw.com, mmorales@abwwlaw.com |
| 6 | Richard Alvin Lewis | Rlewis@RichardLewis.com |
| 7 | Patricia Grace Rosenberg | prosenberg@hnattorneys.com |
| 8 | Jonathan M Deer | jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
| 9 | | |
| 10 | David Philip Colella | dcolella@flsd.com |
| 11 | Alice E. Walker | awalker@mmwclaw.com, recept@mmwclaw.com |
| 12 | George Chakmakis | george@chakmakislaw.com |
| 13 | Joseph Anthony Vanderhorst | JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com |
| 14 | | |
| 15 | David Leventhal | davelevlaw@yahoo.com |
| 16 | James Michael Powell | jpowellesq@gmail.com, info@mydebtorlaw.com |
| 17 | Grant Alan Reader | garlaw71@gmail.com |
| 18 | Steve Michael Bodmer | sbodmer@pechanga-nsn.gov |
| 19 | Michael | courtdocs@smrwm.org |
| 20 | Donald R Timms | dontimms@san.rr.com |
| 21 | Linda Caldwell | goforthvillage2@yahoo.com |
| 22 | Thomas Caldwell | goforthvillage2@yahoo.com |
| 23 | Herbert W Kuehne | hwkuehne@pacbell.net |
| 24 | Marlene C Kuehne | hwkuehne@pacbell.net |
| 25 | Martha H. Lennihan | mlennihan@lennihan.net |
| 26 | | |
| 27 | | |
| 28 | | |

5

NOTICE OF JOINDER AND JOINDER
CASE NO. 51-CV-01247-GPC-RBB

☒ By Mail, in a sealed envelope, postage fully prepaid, addressed as follows:

**See Attachment A**

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on January 16, 2019, at Westlake Village, CA.

Maureen Tucker                                    /s/ Maureen Tucker
Printed Name                                       Signature

6

**NOTICE OF JOINDER AND JOINDER**
**CASE NO. 51-CV-01247-GPC-RBB**

## ATTACHMENT A
## MAIL SERVICE LIST

Honorable Gonzalo P. Curiel
United States District Court, Southern District
221 West Broadway, Ste. 2190
San Diego, CA 92101

Javin Moore, Superintendent
Bureau of Indian Affairs/U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA 92507-2154

Christina Mokhtarzadeh
U. S. Department of Interior/BIA Branch of Water Res.
1849 C Street, NW-M.S. 4637
Washington, DC 20240

Scott Patterson USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA 92064

Daniel Salgado, Chairperson
Cahuilla Band of Indians
P. 0. Box 391760
Anza, CA 92539

John 0. Simpson, Director
Water Resources Division
Box 555013/Marine Corps Base, Bldg. 220105-T
Camp Pendleton, CA 92055-5013

Larry McKenney
88 Meridian Drive
Aliso Viejo, CA 92656

Stephen B. Reich
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Chris Watson
Office of the Solicitor/U.S. Dept. of Interior
1849 C St., N.W. - M.S. 6513
Washington, D.C. 20240

Area Manager
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA 92590

Michael T. Wright
USGS/San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482

Paul R. Boughman, Esq.
Western Area Counsel Office
Box 555231/Marine Corps Base, Bldg. 1254
Camp Pendleton, CA 92055-5231

Paul D. Jones, II, General Manager
Eastern MWD
P.O. Box 8300
Perris, CA 92572-8300

Patrick Barry, Esq.
U.S. Dept. of Justice/Environ. and Natural Res. Div.
P.O. Box 7611/Ben Franklin Station
Washington, DC 20044-7611

Charles Jachens
Bureau of Indian Affairs/U.S. Dept. of Interior
2800 Cottage Way, Room W-2821
Sacramento, CA 95825

Honorable Ruben B. Brooks
U. S. District Court/Southern District
221 West Broadway, Ste. 2160
San Diego, CA 92101

Doug Garcia
Bureau of Indian Affairs/U.S. Dept. of Interior
2800 Cottage Way
Sacramento, CA 95825

Anthony Madrigal, Sr.
899 Oakland Hills Drive
Banning, CA 92220-5176

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO 80524

Bruce Bernard
US DOJ Env & Nat Res Division
999 18111 Street/South Terrace, Suite 370
Denver, CO 80202

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA 92008

Charles J. Bachmann
Eastern MWD
P. 0. Box 8300
Perris, CA 92572-8300

Nicolette Jonkhoff
EPA Manager/Ramona Band of Cahuilla Indians
P. 0. Box 391372
Anza, CA 92539

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Noel Ludwig, Hydrologist
CA Desert District/Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA 92553

Wesley R. Danskin
USGS/San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

Jack Easton
Riverside Land Conservancy
4075 Mission Inn Avenue
Riverside, CA 92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Brenda Dennstedt
Board of Directors/Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Marilyn Levin, Deputy Atty. Gen.
State of California/Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013

Curtis Berkey, Esq.
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkley, CA 94704

General Manager
Rancho Cal RV Resort OA
P. 0. Box 214
Aguanga, CA 92536

Andy Webster
Rancho California Water District
P. 0. Box 9017
Temecula, CA 92589-9017

Eva Plajzer
Assistant General Manager/Rancho California WD
P.O. Box 9017
Temecula, CA 92589-9017

Rich Ottolini
Rancho California Water District
P. 0. Box 9017
Temecula, CA 92589-9017

Piero C. Dallarda, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA 92590

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA 92602-1365

Jason Uhley
Riverside Co. Flood Control
1995 Market Street
Riverside, CA 92501

Todd Shibata
Riverside County Waste Mgmt
14310 Frederick Street
Moreno Valley, CA 92553

Pamela Walls, Esq.
Deputy Cnty Cnsel/Cnty of Riverside/Off of Cnty Cnsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Raymond M. Mistica, Esq.
Deputy Cnty Cnsel/Cnty of Riverside
3960 Orange Street, Suite 500
Riverside, CA 92501

Karly Gaynor Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Jill Willis, Esq.
Best, Best & Krieger
300 S. Grand Ave. 25th Floor
Los Angeles, CA 90071

Jason M. Ackerman, Esq.
Best, Best & Krieger
P.O. Box 1028
Riverside, CA 92502

Timothy Ross
Chief, Groundwater Section/CA Dept of Water Res
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Bob Pierotti, Chief
Resources Assessment Branch/CA Dept of Water Res
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Erick Miller
Aspect Consulting, LLC
350 Madison Avenue North
Bainbridge Island, WA 98110

Zandro Mallari
Eastern MWD
P. 0. Box 8300
Perris, CA 92572-8300

Jeffrey D. Armstrong, General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Warren Back
Rancho California Water District
P. 0. Box 9017
Temecula, CA 92589-9017

James B. Gilpin, Esq.
Best, Best & Krieger
655 West Broadway, 15th Floor
San Diego, CA 92101-8493

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P. 0. Box220
Claremont, CA 91711

Mike Luker
Pechanga Water Sys Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA 92088-9372

Michele Buriss
Eastern MWD
P. 0. Box 8300
Perris, CA 92572-8300

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA 92028

Amy Dorado
Metropolitan Water District Diamond Valley Lake,
33752 Newport Road
Winchester, CA 92596

Heriberto Diaz, Esq.
Sr Deputy General Counsel Metropolitan Water District
P. 0. Box 54153
Los Angeles, CA 90054-0153

Eagle Jones
Pechanga Water Sys Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, Al. 85044

Steve Larson
S.S. Papadopulos & Associates, Inc.
7944 Wisconsin Avenue
Bethesda, MD 20814-3620

Dennis Sanford
Board of Directors - Rainbow MWD
1493 Via Ladera
Rainbow, CA 92028

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Jack Bebee
Fallbrook Public Utility District
P. 0. Box 2290
Fallbrook, CA 92088

Martha H. Lennihan, Esq.
Lennihan Law
6645 Garden Highway
Sacramento, CA 95837

Darwin Potter
Metropolitan Water District/Skinner Branch
33740 Borel Road
Winchester, CA 92596

Mark Macarro
Pechanga Tribal Chair. Pechanga Band of Luiseno Indians
P. 0. Box 1477
Temecula, CA 92593

Katherine A. Brossy, Esq.
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, A2 85381

Joseph D. Hamilton, Tribal Chm.
Ramona Band of Cahuilla Indians
P. 0. Box 391670
Anza, CA 92539

Dan Walsh
42551 Highway 79S.
Aguanga, CA 92536

Jeff Marchand
Fallbrook Public Utility District
P. 0. Box 2290
Fallbrook, CA 92088

Keith E. Nobriga
Metropolitan Water District
P. 0. Box 54153
Los Angeles, CA 90054-0153

Tim Schaadt
Metropolitan Water District
P. 0. Box 54153
Los Angeles, CA 90054-0153

Marc Luker
Pechanga Tribal Council Pechanga Band of Luiseno Indians
P. 0. Box 1477
Temecula, CA 92593

Steve Bodmer, Esq.
Gen Counsel/Pechanga Band of Luiseno Indians
P. 0. Box 1477
Temecula, CA 92593

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA 92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA 92822-1059

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

Frank C. Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI 53593

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

Cindy L Barker
37060 Bonita Vista Road
Anza, CA 92539

Richard & Christine McMillan
Gary & Patricia McMillan/McMillan Farm Mgmnt
29379 Rancho California Rd, #201
Temecula, CA 92591-5210

Bertha Mendoza
35853 Calle Nopal
Temecula, CA 92592

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Robyn M. Garrison
ERA Excel Realty
56070 Highway 371
Anza, CA 92539

Art Kidman
Kidman Law, LLP
2030 Main Street. Suite 1300
Irvine, CA 92614

Gordon Lanik
P.O. Box 291273
Anza, CA 92539

Bluebird Ranch
c/o Abraham Poladian
P.O. Box 1089
Fallbrook, CA 92088

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA 92596

Roger Doverspike
41919 Moreno Road, Suite F
Temecula, CA 92590

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA 92024

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA 92536

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA 92083

Kelly Lawler
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA 91203-1035

Agri-Empire, Inc.
P. 0. Box490
San Jacinto, CA 92383

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA 92602

Elsa Barton
217 No. Palm
Hemet, CA 92543

Chambers Family LLC
c/o Thomas Montllor
91O N. Pacific Street, Apt. # 38
Oceanside, CA  92054

Francis & Jean Domenigoni Trust
Domenigoni-Barton Prop/Domenigoni Brothers
Ranch 33011 Holland Road
Winchester, CA 92596

John R. Flocken , Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA 92705-4039

Jeffrey A. Hoskinson, Esq.
Bowie, Arneson, Wiles & Giannone
4920 Campus Drive
Newport Beach, CA 92660

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

John O'Hagen
CA State Water Res. Control Board/Div of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA 92543

Victor H. Heimbach
VH Design
P.O. Box428
Temecula, CA 92593

Barbara Bootll
3883 Ridgemoor Drive
Studio City, CA 91604

Ruth E. Cyriacks
27869 S. Lakeview Drive
Parkhill, OK 74451

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA 92614

7

EG High Desert Properties, LLC
12881Bradley Avenue
Sylmar, CA 91342

EMARCD
21535 Palomar St., Suite A
Wildomar, CA 92595

Thomas R. Greenwald
640 S. San Vincente Boulevard, #475
Los Angeles, CA 90048

Les Harris
44700 Sage Road - H
Aguanga, CA 92536

Harris Family
44444 Sage Road
Aguanga, CA 92536

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Hill Springs Farms, LLC
P. 0. Box 1946
Duarte, CA 91009

Zen-Kamata, LLC
Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA 95134

Bob Rinker
CA State Water Res. Control Board/Div of Water Rights
P.O. Box 2000
Sacramento, CA 95812

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

AVMAC
Attn: Secretary
P. 0. Box 391076
Anza, CA 92539-0908

Gregory B. Burnett
P.O. Box 391111
Anza, CA 92539

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
625 Beverly Blvd.
Fullerton, CA 96833

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

Cahuilla Band of Indians
52701 US Hwy. 371
Anza, CA 92539

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

U.S. Dept. of Justice
Environment and Natural Resources Div.
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

Robert Mokhtarzadeh
U.S. Department of Interior – BIA/Water Resources
1849 C Street, N – M.S. 4637
Washington, DC 20240

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave., #202
Temecula, CA 92590

Cahuilla Band of Indians
P.O. Box 391760
Anza, CA 92539

Pamela Walls, Esq.
County of Riverside/Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Joel Heywood
Water Resources Div.
Box 555013, Marine Corps Base
Camp Pendleton, CA 92055-5013

Dan Bartu
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA 92055-5013

David DePoy
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA 92055-5013

Greg Seaman
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA 92055-5013

Counsel Western Bases
P.O. Box 555231
Marine Corps Base, Box 555013
Camp Pendleton, CA 92055-5231

David Glazer, Esquire
US DOJ Env. & Nat Res Dept./Natural Res. Section
301 Howard Street, Ste. 1050
San Francisco, CA 94105

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA 94901

Matthew K. Landon
U.S. Geo. Survey/San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA 92101

Kelley Gage
Eastern Municipal Water District
2270 Trumble Road
Perris, CA 92570

Khos Ghaderi
Eastern Municipal Water District
P.O. Box 8300
Perris, CA 92572-8300

Dr. Brian J. Brady, General Manager
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

MaryLou Boultinghouse
Fallbrook Public Utility District
P.O. Box 2290
Fallbrook, CA 92088

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA 92028

Joseph Vanderhorst, Esq.
Asst. Gen. Counsel/Metropolitan Water District
P.O. Box 54153
Los Angeles, CA 90054-0153

Louise Burke
Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

Sally Triplett
Pechanga Band of Luiseno Indians
P.O. Box 1477
Temecula, CA 92593

Mr. Manuel Hamilton
Ramona Band of Cahuilla
P.O. Box 391372
Anza, CA 92539

Corey Wallace
Rancho California Water District
P.O. Box 9017
Temecula, CA 92589-9017

Jeffrey D. Sims
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Craig Miller
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Jean Perry
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Derek Kawaii
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Carol J. Carson
Murrieta Six Cs, LLC
25471 Hayes Avenue
Murrieta, CA 92562

Randy Greenwald
6010 Wilshire Blvd., #500
Los Angeles, CA 90036

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA 92536

McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA 92591-5210

Pete and Dorothy Prestininzi
Bundy Canyon Super Storage
22460 Bundy Canyon Road
Wildomar, CA 92595

Renee Konstantine
Graduate Prog. San Diego State Univ. Biology Dept.
5500 Campanile Drive, LS-104
San Diego, CA 92182-4614

Norman Vanginkel
21136 Trailside Drive
Yorba Linda, CA 92887

Welburn Family Trust
40787 DeLuz Murrieta Road
Fallbrook, CA 92028

Lisa Lemoine
Western MWD
14205 Meridian Parkway
Riverside, CA 92518

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

Lake Forest, LLC
41257 DeLuz Road
Fallbrook, CA 92028

Lovingier Family Trust
35490 Highway 79
Warner Springs, CA 92086

Moon Valley Nursery
19020 North 7th Street, #240
Phoenix, AZ 85024

Clifford R. Ronnenberg
Sage Ranch Nursery
P.O. Box 574
Stanton, CA 90680

Stehly Family Holdings, LLC
13268 McNally Road
Valley Center, CA 92082

Alfred Varela
41125 DeLuz Road
Fallbrook, CA 92028

Wilson Creek Development
Wilson Creek Land Co.
P.O. Box 347
Aguanga, CA 92536

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San Bernardino, CA 92408-3303

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

Barbara Cole
33175 Temecula Pkwy, Ste. A
Temecula, CA 92592-7300

Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Michael Zarro, Dep. Attorney General
State of Calif. Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA 90013