UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br><br>    Defendants. | Case No. 51-01247-GPC-RBB<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON OBJECTIONS TO WATERMASTER ANNUAL REPORT FOR THE YEAR 2016-2017** |

On December 17, 2018, the Watermaster filed the Annual Watermaster Report for the Water Year 2016-2017. (Dkt. No. 5665.) Pursuant to the 30 day objection period, on January 11, 2019, Rancho California Water District filed an Objection to the Watermaster's anticipated expenses in connection with the Anza Settlement Proceedings. (Dkt. No. 5667.) On the same day, Western Municipal Water District and Fallbrook Public Utility District filed a Notice of Joinder in the Objection. (Dkt. Nos. 5668, 5670.) On January 16, 2019, Eastern Water Municipal District filed a Notice of Joinder. (Dkt. No. 5671.) The 30 day objection period has passed.

/ / / /

/ / / /

/ / / /

Accordingly, the parties to the "Anza Settlement Proceedings" shall file a response to the Objections on or before **February 8, 2019**. The Watermaster shall also address the parties Objections and responses on or before **February 22, 2019**. The Court sets a hearing on **March 1, 2019 at 1:30 p.m**. in Courtroom 2D to address the objections.

    IT IS SO ORDERED.

Dated: January 17, 2019

Hon. Gonzalo P. Curiel
United States District Judge