MARCIA SCULLY, SBN 80648
HERIBERTO F. DIAZ, SBN 132821
CATHERINE M. STITES, SBN 188534
THE METROPOLITAN WATER DISTRICT
  OF SOUTHERN CALIFORNIA
700 N. Alameda Street,
Los Angeles, CA 90012
Telephone: (213) 217-6000
Facsimile: (213) 217-6890
mscully@mwdh2o.com;
hdiaz@mwdh2o.com;
cstites@mwdh2o.com

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

*Exempt from filing fee
pursuant to Gov't Code § 6103*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian Tribes,<br><br>Plaintiffs in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No.: 51-CV-1247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br><br>**DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S JOINDER IN OBJECTION BY DEFENDANT RANCHO CALIFORNIA WATER DISTRICT TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED** |

TO THE COURT AND TO ALL COUNSEL OF RECORD AND PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendant THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, as a member of the Watermaster Steering Committee, hereby joins in and incorporates by reference the Objection of Defendant Rancho California Water District to the Proposed Watermaster Budget for 2018-19 for The Santa Margarita River Watershed and the accompanying Declaration of Eva Plazjer, both of which were filed with the Court on January 11, 2019.

DATED: January 18, 2019
THE METROPOLITAN WATER DISTRICT
  OF SOUTHERN CALIFORNIA
MARCIA SCULLY
HERIBERTO F. DIAZ
CATHERINE M. STITES

By: _____
Heriberto F. Diaz

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

mscully@mwdh2o.com; hdiaz@mwdh2o.com; cstites@mwdh2o.com