MARCIA SCULLY, SBN 80648
HERIBERTO F. DIAZ, SBN 132821
CATHERINE M. STITES, SBN 188534
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
700 N. Alameda Street,
Los Angeles, CA 90012
Telephone: (213) 217-6000
Facsimile: (213) 217-6890
mscully@mwdh2o.com;
hdiaz@mwdh2o.com;
cstites@mwdh2o.com

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

***Exempt from filing fee pursuant to Gov't Code § 6103***

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, federally recognized Indian Tribes,<br><br>Plaintiffs in Intervention,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No.: 51-CV-1247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br><br>**DECLARATION /PROOF OF ELECTRONIC AND MAIL SERVICE RE:**<br><br>**DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S JOINDER IN OBJECTION BY DEFENDANT RANCHO CALIFORNIA WATER DISTRICT TO PROPOSED WATERMASTER BUDGET FOR 2018-19 FOR THE SANTA MARGARITA RIVER WATERSHED** |

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years and not a party to the above-entitled action. My business address is 700 North Alameda Street, Los Angeles, California 90012.

On **January 22, 2019**, I electronically filed on behalf of The Metropolitan Water District of Southern California, the following document in the *United States of America v. Fallbrook Public Utility District, et al.*, Case No. 51-CV-1247-GPC-RBB:

***Defendant The Metropolitan Water District of Southern California's Joinder in Objection by Defendant Rancho California Water District to Proposed Watermaster Budget for 2018-19 for The Santa Margarita River Watershed***

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM/ECF system, per Federal Rule of Civil Procedure 5(b)(2)(E). Any other counsel of record and parties will be served by first class mail on **January 22, 2019**.

| | |
|---|---|
| Alice E. Walker | awalker@mmwclaw.com, dvitale@mmwclaw.com |
| Assad Safadi | office@nrce.com |
| B. Tilden Kim | tkim@rwglaw.com, lpomatto@rwglaw.com |
| Bill J. Kuenzinger | bkuenzinger@bdasports.com, rjones@bhsmck.com |
| Bryan D. Sampson, | bsampson@sampsonlaw.net, b.sampson3@cox.net, psampson@sampsonlaw.net |
| Chairperson | tribalcouncil@cahuilla.net |
| Charles W. Binder | cwbinder@smrwm.org |
| Curtis G. Berkey | cberkey@berkeywilliams.com |
| Daniel J. Goulding | mholt@qualityloan.com, awalker@qualityloan.com. jmolteni@qualityloan.com |
| David Leventhal | davelevlaw@yahoo.com |
| David Philip Colella | dcolella@f1sd.com |
| Donald R. Pongrace | dpongrace@akingump.com |
| Donald R. Timms | dontimms@san.rr.com |

| | |
|---|---|
| Eloise Berryman | Eloise.berryman@waterboards.ca.gov |
| Elsinore Valley Municipal Water District | matthew.green@bbklaw.com |
| Erick Miller | emiller@aspectconsulting.com |
| EVMWD | Margie@evmwd.net |
| F. Patrick Barry | patrick.barry@usdoj.gov |
| George Chakmakis | george@chakmakislaw.com |
| Gerald (Jerry) Blank | gblank@san.rr.com, mary@geraldblank.sdcoxmail.com |
| Grant Alan Reader | garlaw71@gmail.com |
| Hannah Pheasant | Hannah.pheasant@usdoj.job |
| Harry Campbell Carpelan | hcarpelan@redwineandsherrill.com |
| Herbert W. Kuehne, Marlene C. Kuehne | hwkuehne@pacbell.net |
| Hon. Ruben B. Brooks | Efile_brooks@casd.uscourts.gov |
| Jack Bebee | jackb@fpud.com |
| Jack Easton | jeaston@riversandlands.org |
| James B. Gilpin | james.gilpin@bbklaw.com, lilndsay.puckett@bbklaw.com, lynn.clark@bbklaw.com, plajzere@ranchowater.com |
| James Michael Powell | jpowellesq@gmail.com, info@mydebtorlaw.com |
| Jason Dafforn | jdafforn@evmwd.net |
| Jean Moran | jeanm@stetsonengineers.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| John A. Karaczynski | jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com, westdocketing@akingump.com |
| John Christopher Lemmo | jl@procopio.com, barb.young@procopio.com, calendaring@procopio.com |
| Jonathan M. Deer | jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |

| | |
|---|---|
| Karly Gaynor | kgaynor@wmwd.com |
| Kelly Lawler | Kelly.lawler@water.ca.gov |
| Kevin Patrick Sullivan | ksullivan@sanlawyers.com, |
| Larry McKenney | Larry.mckenney@gmail.com |
| Lawrence Carlson | Chappoh2@gmail.com |
| Lester John Marston | Marston1@pacbell.net, delabrissa@gmail.com, rapportandmarston@gmail.com |
| Linda Caldwell | goforthvillage2@yahoo.com |
| Lynn Balliger | lynn_balliger@att.net |
| M. Catherine Condon | ccondon@mmwclaw.com, dvitale@mmwclaw.com |
| Marco Antonio Gonzalez | marco@coastlawgroup.com, sara@coastlawgroup.com |
| Marilyn H. Levin | marilyn.levin@doj.ca.gov |
| Mark L. Brandon | mbrandon@brandon-law.com, dslack@brandon-law.com |
| Marlene C. Kuehne | hwkuehne@pacbell.net |
| Martha Hadden Lennihan | mlennihan@lennihan.net |
| Mary E. Lee | aguangalee@outlook.com |
| Mary L. Fickel | mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com |
| Mary Lou Boultinghouse | maryloub@fpud.com |
| Matthew L. Green | matthew.green@bbklaw.com, Amelia.mendez@bbklaw.com |
| M.E.M. Limited Partnership | prosenberg@hnattorneys.com |
| Michael Duane Davis | michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
| Michael G. Kerbs | njerbs@rhlaw.com, bschenkkan@rhlaw.com, tsosa@rhlaw.com |
| Michael Powers | mpowers@rainbowmwd.com |
| Michael J. Preszler | courtdocs@smrwm.org |

| | |
|---|---|
| Michael Roberts, Michelle Roberts | cvrinc@earthlink.net |
| Michael Zarro | Michael.zarro@doj.ca.gov |
| Michele A. Staples | mstaples@jacksontidus.law |
| Parag Kalaria | pkalaria@evmwd.net |
| Patricia Grace Rosenberg | prosenberg@hnattorneys.com |
| Paul Evan Greenwald | pegreenwald@peglaw.us |
| Peter J. Mort | pmort@btlaw.com, ajohnson@btlaw.com, rshushanyan@btlaw.com |
| Rainbow MWD | engineering@rainbowmwd.com |
| Rancho California Water District | james.gilpin@bblaw.com |
| Richard Alvin Lewis | Rlewis@RichardLewis.com |
| Robert H. James | bob@fallbrooklawoffice.com, Deborah@fallbrooklawoffice.com |
| Robert K. Edmunds | robert.edmunds@bipc.com, lynda.west@bipc.com, robin.robbins@bipc.com, sdtempl@bipc.com |
| Robert M. Cohen | rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com |
| Roger Doverspike | rkd@doverspikeassociates.com |
| Roman Catholic Bishop of San Bernardino | dcolella@flsd.com |
| Scott B. McElroy | smcelroy@mmwclaw.com, dvitale@mmwclaw.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Steve Michael Bodmer | sbodmer@pachanga-nsn.gov |
| Steven P. O'Neill | soneill@omlolaw.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Thomas Caldwell | goforthvillage2@yahoo.com |
| Thomas C. Stahl | Thomas.Stahl@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov |
| Timothy P. Johnson | tjohnson@johnson-chambers.com, cww@johnson-chambers.com |

| | |
|---|---|
| Timothy Ross | Timothy.ross@water.ca.gov |
| Yosef Negose | Yosef.Negose@usdoj.gov |
| Wes Strickland | wstrickland@jw.com |
| William K. Koska | wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com |

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **January 22, 2019**, I deposited a copy in the United States mail at Los Angeles, California, in a sealed envelope with first class postage fully paid, and addressed as follows:

***See attached Service List***

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 22, 2019** at Los Angeles, California.

Zenaida Afable

*United States of America v. Fallbrook Public Utility District, et al.*
**Case No. 51-cv-1247-GPC-RBB**

## Mail Service List

| | |
|---|---|
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 | Briar McTaggart<br>1642 Merion Way 40E<br>Seal Beach, CA 90740 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 |
| James Markman, Esq.<br>Richards, Watson & Gershon<br>P.O. Box 1059<br>Brea, CA 92822-1059 | John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 |
| Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 | Robert Mannschreck<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |

| | |
|---|---|
| Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 | Cahuilla Band of Indians<br>52701 US Hwy 371<br>Anza, California 92539 |
| Patrick Barry, Esq.<br>U.S. Dept. of Justice<br>Env. & Natural Resources Div.<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044-7611 | Javin Moore, Superintendent<br>Bureau of Indian Affairs<br>U.S. Dept. of Interior<br>1451 Research Park Drive, #100<br>Riverside, CA 92507-2154 |
| Doug Garcia<br>Bureau of Indian Affairs - Pacific Region<br>2800 Cottage Way<br>Sacramento, CA 95825 | Charles Jachens, Regional Hydrologist<br>Bureau of Indian Affairs<br>Pacific Region<br>2800 Cottage Way, Room W-2821<br>Sacramento CA 95825 |
| Michael E. McPherson, Esq.<br>344 Plumosa Avenue<br>Vista, CA 92083 | Chris Watson, Solicitor Office<br>U.S. Dept. of Interior<br>Division of Indian Affairs<br>1849 C. Street NW -- M.S. 6513<br>Washington, D.C. 20240 |
| Noel Ludwig, Hydrologist<br>CA Desert District<br>Bureau of Land Management<br>22835 Calle San Juan de Los Lagos<br>Moreno Valley, CA 92553 | Leslie Cleveland<br>US Bureau of Reclamation<br>27708 Jefferson Ave, #202<br>Temecula, CA 92590 |
| Wesley R. Danskin<br>United States Geological Survey<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA 92101 | U.S. Dept. of Justice<br>Environment and Natural Resources Div.<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044-7611 |
| Superintendent<br>U.S. Department of Interior<br>Bureau of Indian Affairs<br>1451 Research Park Drive<br>Riverside, CA 92507-2471 | Robert Mokhtarzadeh<br>U.S. Department of Interior- BIA<br>Branch of Water Resources<br>1849 C Street, NW- M.S. 4637<br>Washington, DC 20240 |

| | |
|---|---|
| Christina Mokhtarzadeh<br>U.S. DepartmE:3nt of Interior- BIA<br>Branch of Water Resources<br>1849 C Street, NW- M.S. 4637<br>Washington, DC 20240 | Bill Steele<br>US Bureau of Reclamation<br>27708 Jefferson Ave, #202<br>Temecula, CA 92590 |
| Anthony Madrigal, Sr.<br>Cahuilla Band of Indians<br>899 Oakland Hills<br>Banning, CA 92220-5176 | Lester J. Marston, Esq.<br>Law Offices of Rapport and Marston<br>405 West Perkins Street<br>Ukiah, CA 95482 |
| Assad Safadi<br>NRCE<br>131 Lincoln Avenue, Suite 300<br>Fort Collins, CO 80524 | John O. Simpson, Director<br>Water Resources Division<br>Box 555013<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5013 |
| Paul D. Jones, II General Manager<br>Eastern MWD<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Ganesh Krishnamurthy<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92530 |
| Robert H. James, Esq.<br>3668 Katie Lendre Drive<br>Fallbrook, CA 92028 | Keith Nobriga<br>Metropolitan Water District<br>P.O. Box 54153<br>Los Angeles, CA 90054-0153 |
| General Manager<br>Rainbow MWD<br>3707 Old Highway 395<br>Fallbrook, CA 92088-9372 | Nicolette Jonkhoff<br>EPA Manager<br>Ramona Band of Cahuilla Indians<br>P.O. Box 391372<br>Anza, CA 92539 |
| Ray Lyons<br>Kennedy Jenks Consultants<br>3210 El Camino Real, Suite 150<br>Irvine, CA 92602-1365 | Director<br>Riverside Co. Planning<br>4080 Lemon Street, 9th Floor<br>Riverside, CA 92501 |

| | |
|---|---|
| Pamela Walls, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 | Jeff Kirshberg<br>Rancho California Water District<br>Temecula, CA 92589-9017 |
| Dr. Dennis Williams<br>GEOSCIENCE Support Services Inc.<br>P.O. Box 220<br>Claremont, CA 91711 | Todd Shibata<br>Riverside County Waste Management<br>14310 Frederick Street<br>Moreno Valley, CA 92553 |
| John O'Hagen<br>CA State Water Resources<br>Control Board<br>Division of Water Rights<br>P.O. Box 2000<br>Sacramento, CA 95812 | Raymond M. Mistica, Esq.<br>County of Riverside<br>Office of County Counsel<br>3960 Orange Street, Suite 500<br>Riverside, CA 92501 |
| James P. Bryson, P.G.<br>ARCADIS U.S., Inc.<br>320 Commerce, Suite 200<br>Irvine, CA 92602 | Robert A. Davis, Jr., Esq.<br>Davis & Wojcik<br>1001 East Morton Place, Suite A<br>Hemet, CA 92543 |
| Barbara Booth<br>3883 Ridgemoor Drive<br>Studio City, CA 91604 | Bob Pierotti, Chief<br>Resources Assessment Branch<br>CA Dept. of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |
| Bob Rinker<br>CA State Water Res. Control Board<br>P.O. Box 2000<br>Sacramento, CA 95812 | Joel Heywood<br>Water Resources Division<br>Marine Corps Base, Box 555013<br>Camp Pendleton, CA 92055-5013 |
| Dan Bartu<br>Water Resources Division<br>Marine Corps Base, Box 555013<br>Camp Pendleton, CA 92055-5013 | David DePoy<br>Water Resources Division<br>Marine Corps Base, Box 555013<br>Camp Pendleton, CA 92055-5013 |

| | |
|---|---|
| Greg Seaman<br>Water Resources Division<br>Marine Corps Base, Box 555013<br>Camp Pendleton, CA 92055-5013 | Counsel Western Bases<br>P. 0. Box 555231<br>Marine Corps Base - Bldg. 1254<br>Camp Pendleton, CA 92055-5231 |
| Paul R. Boughman<br>Western Area Counsel<br>Office Box 55231 Bldg. 1254<br>Marine Corps Base<br>Camp Pendleton, CA 92055-5231 | David Glazer, Esquire<br>US DOJ Env. & Nat Res Dept.<br>Natural Resources Section<br>301 Howard Street, Ste. 1050<br>San Francisco, CA 94105 |
| Stephen B. Reich<br>Stetson Engineers, Inc.<br>785 Grand Avenue, Suite 202<br>Carlsbad, CA 92008 | Jean Moran<br>Stetson Engineers, Inc.<br>785 Grand Avenue, Suite 202<br>Carlsbad, CA 92008 |
| Molly Palmer<br>Stetson Engineers, Inc.<br>2171 E. Francisco Blvd., Suite K<br>San Rafael, CA 94901 | Michael Wright<br>United States Geological Survey<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA 92101 |
| Scott Patterson<br>USGS<br>South Poway Field Office<br>12110 Tech Center Drive<br>Poway, CA 92064 | Matthew K. Landon<br>Unites States Geological Survey<br>San Diego Projects Office<br>4165 Spruance Road, Suite 200<br>San Diego, CA 92101 |
| Charles Bachmann<br>Eastern Municipal Water District<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Michele Buriss<br>Eastern Municipal Water District<br>P. O. Box 8300<br>Perris, CA 92572-8300 |
| Kelley Gage<br>Eastern Municipal Water District 2270 Trumble Road<br>Perris, CA 92570 | Khos Ghaderi<br>Eastern Municipal Water District P. 0. Box 8300<br>Perris, CA 92572-8300 |

| | |
|---|---|
| Zandro Mallari<br>Eastern Municipal Water District<br>P. O. Box 8300<br>Perris, CA 92572-8300 | Steven P. O'Neill, Esq.<br>Lemieux & O'Neill<br>4165 E. Thousand Oaks Blvd., Suite<br>350 Westlake Village, CA 91362 |
| General Manager<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 | Jesus Gastelum<br>Elsinore Valley MWD<br>P.O. Box 3000<br>Lake Elsinore, CA 92330 |
| Dr. Brian J. Brady, General Manager<br>Fallbrook Public Utility District<br>P.O. Box 2290<br>Fallbrook, CA 92088 | Jack Bebee<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 |
| Jeff Marchand<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 | Marylou Boultinghouse<br>Fallbrook Public Utility District<br>P. O. Box 2290<br>Fallbrook, CA 92088 |
| Robert H. James, Esq.<br>Sachse, James, & Lopardo<br>205 W. Alvarado<br>Fallbrook, CA 92028 | Martha Lennihan, Esq.<br>Lennihan Law<br>1661 Garden Highway; #102<br>Sacramento, CA 95833 |
| Amy Dorado<br>Metropolitan Water District<br>Diamond Valley Lake, Field Office<br>33752 Newport Road<br>Winchester, CA 92596 | Darwin Potter<br>Metropolitan Water District<br>Lake Skinner Section<br>33740 Borel Road<br>Winchester, CA 92596 |
| Eagle Jones, Director<br>Pechanga Water Systems<br>P. O. Box 1477<br>Temecula, CA 92593 | Marc Luker<br>Pechanga Tribal Council<br>Pechanga Band of Luiseno Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |

| | |
|---|---|
| Mark Macarro<br>Pechanga Tribal Spokesperson<br>Pechanga Band of Luiseno Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Steve Bodmer, General Counsel<br>Pechanga Band of Luiseno Indians<br>Government Center<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Mike Luker<br>Pechanga Water Systems<br>Pechanga Band of Luiseno Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Louise Burke<br>Pechanga Band of Luiseno Indians<br>P. O. Box 1477<br>Temecula, CA 92593 |
| Sally Triplett<br>Pechanga Band of Luiseno Indians<br>P. O. Box 1477<br>Temecula, CA 92593 | Donald R. Pongrace, Esq.<br>Akin Gump Strauss Hauer & Feld<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 |
| Rodney B. Lewis, Esq.<br>Akin Gump Strauss Hauer &<br>Feld LLP<br>4035 E. Cathedral Rock Drive Phoenix,<br>AZ 85044 | Katherine Brossy, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 |
| Michael-Corey Hinton, Esq.<br>Akin Gump Strauss Hauer &<br>Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564 | Eugene Franzoy<br>Franzoy Consulting, Inc.<br>8141 West Gelding Drive<br>Peoria, AZ 85381 |
| Mr. Joseph D. Hamilton<br>Tribal Chairman<br>Ramona Band of Cahuilla<br>P. O. Box 391670<br>Anza, CA 92539-1670 | Mr. Manual Hamilton<br>Ramona Band of Cahuilla<br>P. O. Box 391372<br>Anza, CA 92539 |
| Curtis Berkey, Esq.<br>Berkey Williams<br>2030 Addison Street, Suite 410<br>Berkley, CA 94704 | Mark Shaffer<br>6837 NE New Brooklyn Road<br>Bainbridge Island, WA 98110 |

| | |
|---|---|
| General Manager<br>Rancho Cal RV Resort OA<br>P. 0. Box 214<br>Aguanga, CA 92536 | Jeffrey D. Armstrong, General Manager<br>Rancho California<br>Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 |
| Eva Plajzer, Assistant General Manager<br>Rancho California Water District<br>P.O. Box 9017<br>Temecula, CA 92589-9017 | Andy Webster<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Mike Calvert<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Warren Back<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Rich Ottolini<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 | Corey Wallace<br>Rancho California Water District<br>P. O. Box 9017<br>Temecula, CA 92589-9017 |
| Craig Elitharp<br>Kennedy Jenks Consultants<br>Three Better World Circle, Suite 200<br>Temecula, CA 92590 | Jason Uhley<br>Riverside Co. Flood Control<br>and Water Conservation District<br>1995 Market Street<br>Riverside, CA 92501 |
| John Rossi, General Manager<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Jeffrey D. Sims<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Tim Barr<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Karly Gaynor<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Fakhri Manghi<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Craig Miller<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |

| | |
|---|---|
| Jean Perry<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Derek Kawaii<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Lisa Lemoine<br>Western MWD<br>14205 Meridian Parkway<br>Riverside, CA 92518 | Brenda Dennstedt<br>Western Municipal Water District<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| Marilyn Levin, Deputy Atty. Gen.<br>State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 | Timothy Ross<br>Chief, Groundwater Section<br>CA Department of Water Resources<br>770 Fairmont Avenue, Suite 102<br>Glendale, CA 91203-1035 |
| Agri-Empire, Inc.<br>P. 0. Box490<br>San Jacinto, CA 92383 | Larry Minor<br>P.O. Box 398<br>San Jacinto, CA 92581 |
| Victor H. Heimbach<br>VH Design<br>P.O. Box428<br>Temecula, CA 92593 | AVMAC<br>Attn: Secretary<br>P. 0. Box 391076<br>Anza, CA 92539 |
| Elsa Barton<br>217 No. Palm<br>Hemet, CA 92543 | Gregory B. Burnett<br>P.O. Box 391111<br>Anza, CA 92539 |
| Carol J. Carson<br>Murrieta Six Cs, LLC<br>25471 Hayes Avenue<br>Murrieta, CA 92562 | James Carter<br>Wild Horse Peak Vineyard Mountain<br>3719 South Plaza Drive<br>Santa Ana, CA 92704 |
| Chambers Family Trust<br>c/o Thomas Montllor<br>910 North Pacific Street, Apt. No. 38<br>Oceanside, CA 92054 | Cindy and Andy Domenigoni<br>31851 Winchester Road<br>Winchester, CA 92596 |

| | |
|---|---|
| Francis and Jean Domenigoni<br>Francis N. & Jean Domenigoni Family Trust<br>Domenigoni-Barton Properties; and Domenigoni Brothers Ranch<br>33011 Holland Road<br>Winchester, CA 92596 | Michelle Staples, Esq.<br>Jackson Tidus<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 |
| EG High Desert Properties, LLC<br>12881Bradley Avenue<br>Sylmar, CA 91342 | Randy Greenwald<br>6010 Wilshire Blvd. #500<br>Los Angeles, CA 90036 |
| John R. Flocken, Esq.<br>Greenwald & Hoffman, LLP<br>1851 E. First Street, Suite 860<br>Santa Ana, CA 92705-4039 | Jeffrey A. Hoskinson, Esq.<br>Bowie, Arneson, Wiles & Giannone<br>4920 Campus Drive<br>Newport Beach, CA 92660 |
| Harris Family<br>44444 Sage Road<br>Aguanga, CA 92536 | Kenna Jones<br>Hawthorn Water System<br>25403 Edna<br>Murrieta, CA 92562 |
| Kathy Unger<br>Hawthorn Water System<br>23866 Chelsea Way<br>Murrieta, CA 92562 | Hill Springs Farms<br>c/o Mr. Rao Anne<br>P.O. Box 1946<br>Duarte, CA 91009 |
| Zen-Kamata, LLC<br>c/o Soliton Tech<br>2635 N. First Street, Suite 213<br>San Jose, CA 95134 | Dan Walsh<br>42551 Highway 79S.<br>Aguanga, CA 92536 |
| Art Kidman<br>Kidman Law, LLP<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614 | Lake Forest, LLC<br>41257 DeLuz Road<br>Fallbrook, CA 92028 |

| | |
|---|---|
| Lake Riverside Estates<br>Community Association<br>41610 Lakeshore Boulevard<br>Aguanga, CA 92536 | Gordon Lanik<br>P.O. Box 391273<br>Anza, CA 92539 |
| Charles and Catherine Lee<br>44952 Vista Del Mar<br>Temecula, CA 92590 | Louidar<br>Mount Palomar Winery<br>33820 Rancho California Road<br>Temecula, CA 92591 |
| Lovingier Family Trust<br>35490 Highway 79<br>Warner Springs, CA 92086 | Richard & Christine McMillan<br>Gary & Patricia McMillan<br>McMillan Farm Management<br>29379 Rancho California Road,<br>Suite 201<br>Temecula, CA 92591-5210 |
| Bertha Mendoza<br>35853 Calle Nopal<br>Temecula, CA 92592 | Frank C. Miller<br>Jane Grabowski-Miller<br>702 Sundance Drive<br>Verona, WI 53593 |
| Moon Valley Nursery<br>19820 North 7th Street, #240<br>Phoenix, AZ 85024 | Abraham Poladian<br>Bluebird Ranch<br>P. 0. Box 1089<br>Fallbrook, CA 92088 |
| Pete and Dorothy Prestininzi<br>Bundy Canyon Super Storage<br>22460 Bundy Canyon Road<br>Wildomar, CA 92595 | Joseph A. Ornelas<br>Quiet Oaks Mobile Home Park<br>26455 Paradise Valley Road, #78<br>Warner Springs, CA 92086 |
| William And Joan Rose<br>39985 Daily Road<br>Fallbrook, CA 92028 | Clifford R. Ronnenberg<br>Sage Ranch Nursery<br>P.O. Box 574<br>Stanton, CA 90680 |

| | |
|---|---|
| Renee Konstantine<br>Graduate Programs &<br>Field Stations Coordinator<br>San Diego State University,<br>Biology Dept.<br>5500 Campanile Drive, LS-104<br>San Diego, CA 92182-4614 | Serafina Holdings, LLC<br>40376 Sandia Creek Road<br>Fallbrook, CA 92028 |
| Stehly Family Holdings, LLC<br>13268 McNally Road<br>Valley Center, CA 92082 | Mr. Brian Strange<br>Val Verde Partners<br>104 Fifth Street<br>Encinitas, CA 92024 |
| Twin Creeks Ranch<br>c/o Chester Mason<br>P.O. Box 892378<br>Temecula, CA 92589 | Twin Legacy, LLC<br>c/o Robert Yanik<br>41750 Highway 79<br>Aguanga, CA 92536 |
| Norman Vanginkel<br>21136 Trailside Drive<br>Yorba Linda, CA 92887 | Alfred Varela<br>41125 Deluz Road<br>Fallbrook, CA 92028 |
| Wilson Creek Development<br>Wilson Creek Land Co.<br>P. O. Box 347<br>Aguanga, CA 92536 | William J. Brunick, Esq.<br>Brunick, McElhaney &<br>Kennedy PLC<br>1839 Commercenter West<br>San Bernardino, CA 92408-3303 |
| Watermaster<br>Santa Margarita River Watershed<br>P.O. Box 631<br>Fallbrook, CA 92088 | Mary E Lee<br>42010 Rolling Hills Drive<br>Aguanga, CA 92536 |
| Flavia Kreig<br>P.O. Box 716<br>Aguanga, CA 92536 | Les Harris<br>44700 Sage Road- H<br>Aguanga, CA 92536 |

| | |
|---|---|
| Robert A. Krieger<br>Krieger & Stewart<br>3602 University Avenue<br>Riverside, CA 92501 | Joe Ornelas<br>Quiet Oaks Mobile Home Park<br>26455 Paradise Valley Road<br>Warner Springs, CA 92086 |
| Mr. and Mrs. Alfred Mori<br>936 Mancha Way<br>Monterey Park, CA 91755 | Michael Zarro, Deputy Attorney General State of California<br>Office of the Attorney General<br>300 South Spring Street, #1702<br>Los Angeles, CA 90013 |
| Jeffry F. Ferre<br>J.G. Andre Monette<br>Best Best & Krieger LLP<br>2000 Pennsylvania Avenue, NW.<br>Suite 5300<br>Washington, D.C. 20006 | James B., Gilpin<br>Best Best & Krieger LLP<br>655 West Broadway, 15th Floor<br>San Diego, CA 92101 |
| Paul Evan Greenwald<br>Law Offices of Paul Evan Greenwald<br>12951 Miriam Place<br>Santa Ana, CA 92705-1334<br>pegreenwald@peglaw.us | Piero C. Dallarda, Esq.<br>Best Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Jill Willis, Esq.<br>Best Best & Krieger<br>300 S. Grand Ave., 25th Floor<br>Los Angeles, CA 90071 | Jason M. Ackerman, Esq.<br>Best Best & Krieger<br>P.O. Box 1028<br>Riverside, CA 92502 |
| Frank C. Miller<br>Jane Grabowski-Miller<br>930 Cornell Court<br>Madison, WI 53705 | |