Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: marston1@pacbell.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Patrick Barry (SBA 006056)
Department of Justice
Environment and Natural Resources Div.
Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044
Tel: 202/305-0269
E-mail: patrick.barry@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>            Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>            Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE TO RESPOND TO OBJECTIONS TO WATERMASTER PROPOSED BUDGET**<br><br>Date:   No Hearing Required<br>Time:   No Hearing Required<br>Dept.:  2D<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

CIVIL NO.: 51-CV-1247-GPC-RBB

Pursuant to Civil Rule 7.2, and the attached Stipulation, the undersigned parties respectfully move to extend the time for the filing of responses to the Objections to Proposed Watermaster Budget for 2018-2019 for the Santa Margarita River Watershed to March 8, 2019, and to extend the time for the Watermaster to address the parties' Objections and responses to March 22, 2019.  A proposed order is attached to this joint motion.  Principal objector Rancho California Water District has stipulated to these extensions of time.  The Watermaster has stipulated to these extensions of time.  Fallbrook Public Utility District, which joined the objection, has agreed to these extensions.  Eastern Municipal Water District, which joined the objection, has agreed to these extensions.  Western Municipal Water District, which joined the objection, did not respond to the request by counsel to agree to the extensions.  Metropolitan Water District of Southern California did not respond to the request by counsel to agree to the extensions.

Date:  January 29, 2019                         Respectfully submitted,

BERKEY WILLIAMS LLP


By: */s/Curtis G. Berkey*
    Curtis G. Berkey
    *Attorneys for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*


RAPPORT AND MARSTON


By: */s/Lester J. Marston*
    Lester J. Marston
    *Attorneys for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

///

///

1

CIVIL NO.: 51-CV-1247-GPC-RBB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  /s/Patrick Barry
    Patrick Barry
    Department of Justice
    Environment and Natural Resources Div.
    Indian Resources Section
    P.O. Box 7611
    Ben Franklin Station
    Washington, D.C.  20044
    Tel: 202/305-0269
    E-mail: patrick.barry@usdoj.gov
    *Attorney for the United States*