Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: marston1@pacbell.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

Patrick Barry (SBA 006056)
Department of Justice
Environment and Natural Resources Div.
Indian Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044
Tel: 202/305-0269
E-mail: patrick.barry@usdoj.gov
*Attorney for the United States*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>　　　　　Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE**<br><br>Date:　No Hearing Required<br>Time:　No Hearing Required<br>Dept.:　2D<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

IT IS HEREBY STIPULATED by the undersigned parties that the time to respond to the Objections filed to the Watermaster's anticipated expenses in connection with the Anza Settlement Proceedings shall be extended to March 8, 2019, that the time for the Watermaster to address the parties' Objections and responses shall be extended to March 22, 2019, and that the hearing date of March 1, 2019 be continued to a date suitable for the Court.

The Ramona Band of Cahuilla, Cahuilla Band of Indians and the United States intend to file responses to the Objections, but the hiatus in congressional appropriations for the U.S. Department of Justice for more than one month, and the furloughing of attorneys for the United States, have precluded efforts to coordinate and prepare the responses in time for submission by the original date of February 8. The further uncertainty of continuing congressional appropriations for the U.S. Department of Justice beyond February 15 requires additional time to coordinate and prepare the responses. Also, the Anza Settlement Parties are scheduled to meet for a negotiation session on February 13, and the question of a coordinated response to the Objections will be discussed at that time. For these reasons, an extension of time to March 8 is necessary to facilitate the preparation of the responses.

Date: January 29, 2019                         Respectfully submitted,

                                                            BERKEY WILLIAMS LLP

                                                             By: */s/Curtis G. Berkey*
                                                                  Curtis G. Berkey
                                                                  *Attorneys for Plaintiff-Intervenor,*
                                                                  *Ramona Band of Cahuilla*

                                                            RAPPORT AND MARSTON

                                                           By: */s/Lester J. Marston*
                                                                  Lester J. Marston
                                                                  *Attorneys for Plaintiff-Intervenor,*
                                                                  *Cahuilla Band of Indians*

| | |
|---|---|
| 1 | By: ___/s/Patrick Barry_____ |
| 2 | Patrick Barry |
|   | Department of Justice |
| 3 | Environment and Natural Resources Div. |
|   | Indian Resources Section |
| 4 | P.O. Box 7611, Ben Franklin Station |
| 5 | Washington, D.C.  20044 |
|   | Tel: 202/305-0269 |
| 6 | E-mail: patrick.barry@usdoj.gov |
|   | *Attorney for the United States* |

BRUNICK, MCELHANEY & KENNEDY PLC

By: ___/s/William J. Brunick_____
William J. Brunick (CA Bar No. 46289)
1839 Commercenter West
San Bernardino, CA  92408-3303
Tel: 909/889-8301
E-mail: bbrunick@bmklawplc.com
*Attorneys for the Santa Margarita
River Watershed Watermaster*

BEST BEST & KRIEGER LLP

By: ___/s/James. B. Gilpin_____
James B. Gilpin (CA Bar No. 151466)
Whitney R. Blackhurst (CA Bar No. 295239)
655 West Broadway, 15th Floor
San Diego, CA  92101
Tel: 619/525-1300
E-mail: james.gilpin@bbklaw.com
E-mail: whitney.blackhurst@bbklaw.com
*Attorneys for Defendant,
Rancho California Water District*