UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE ON OBJECTIONS TO PROPOSED WATERMASTER BUDGET FOR 2018-2019**<br><br>[Dkt. Nos. 5678, 5679.]<br><br>Hon. Gonzalo P. Curiel |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for the Anza Settlement Proceedings parties to file responses to the Objections to the Watermaster's Proposed Budget for 2018-2019 is GRANTED;

2. The Anza Settlement Proceeding parties' responses shall be filed on or before **March 8, 2019**;

1

CIVIL NO.: 51-CV-1247-GPC-RBB

3. The Watermaster shall address the parties' Objections and responses on or before **March 22, 2019**;

4. The Hearing on the Objections and responses is set for **April 5, 2019 at 1:30 p.m**. in Courtroom 2D.

**IT IS SO ORDERED**.

Dated:  January 30, 2019

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge