UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED

FEB. - 4 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY



U.S. POSTAGE >> PITNEY BOWES

ZIP 91950  $ 000.50⁰
02 4W
0000343405 JAN 30 2019

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE        911   7E 1              7202/92/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101380528       *9404-00893-30-45

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br>et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE ON OBJECTIONS TO PROPOSED WATERMASTER BUDGET FOR 2018-2019**<br><br>[Dkt. Nos. 5678, 5679.]<br><br>Hon. Gonzalo P. Curiel |

11

12

13

14

15

16

17

18

19

20

21

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

22

1.      The parties' stipulated request for an extension of time for the Anza Settlement

23

Proceedings parties to file responses to the Objections to the Watermaster's Proposed Budget for

24

2018-2019 is GRANTED;

25

26

2.      The Anza Settlement Proceeding parties' responses shall be filed on or before

27

**March 8, 2019**;

28

1

CIVIL NO.: 51-CV-1247-GPC-RBB

1    3.  The Watermaster shall address the parties' Objections and responses on or before

2 **March 22, 2019**;

3

4    4.  The Hearing on the Objections and responses is set for **April 5, 2019 at 1:30 p.m.**

5 in Courtroom 2D.

6

7   **IT IS SO ORDERED**.

8 Dated:  January 30, 2019

9               Hon. Gonzalo P. Curiel

10              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CIVIL NO.: 51-CV-1247-GPC-RBB