**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
FEB - 4 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

U.S. POSTAGE » PITNEY BOWES
ZIP 91950  $ 000.50⁰
02 4W
0000343405 JAN 30 2019

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE ON OBJECTIONS TO PROPOSED WATERMASTER BUDGET FOR 2018-2019**<br><br>[Dkt. Nos. 5678, 5679.]<br><br>Hon. Gonzalo P. Curiel |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for the Anza Settlement Proceedings parties to file responses to the Objections to the Watermaster's Proposed Budget for 2018-2019 is GRANTED;

2. The Anza Settlement Proceeding parties' responses shall be filed on or before **March 8, 2019**;

1

CIVIL NO.: 51-CV-1247-GPC-RBB

1  3. The Watermaster shall address the parties' Objections and responses on or before **March 22, 2019**;

4. The Hearing on the Objections and responses is set for **April 5, 2019 at 1:30 p.m.** in Courtroom 2D.

**IT IS SO ORDERED**.

Dated: January 30, 2019

Hon. Gonzalo P. Curiel
United States District Judge

2

CIVIL NO.: 51-CV-1247-GPC-RBB