# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 45 min.

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

**Attorneys**

Plaintiffs: Counsel listed below

Defendants: Counsel listed below

PROCEEDINGS:  ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held on February 20, 2019, with the following parties:

1. The Cahuilla Band of Indians (attorney Cooper DeMarse)
2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)
3. The United States of America (attorney Patrick Barry)
4. The Hemet School District (attorney Jeff Hoskinson)
5. The State of California (attorneys Marilyn Levin and Jennifer Henderson)
6. The County of Riverside (attorney Ronak Patel)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Individual landowners (attorneys James Markman, Tilden Kim, and Paul Greenwald)

An in-person attorneys-only settlement conference is set for **March 28, 2019**, at **1:00 p.m.** in Courtroom 15B, Carter/Keep United States Courthouse, 333 West Broadway, San Diego, California.

DATE: February 26, 2019        IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record