BRUCE D. BERNARD (CO 12166)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1361
Email: bruce.bernard@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | CASE NO. 51cv1247-GPC(RBB) |
| Plaintiff, | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES OF AMERICA** |
| vs. | ) ) | |
| FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

On **TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Bruce D. Bernard, has

replaced Michael A. Gheleta (*see* Doc. No. 4895) in this matter, as the United States Department

of Justice, Environmental and Natural Resources Division, **Natural Resources Section** counsel

representing the United States of America, acting on behalf of the Department of the Navy, the

United States Marine Corps, for the benefit of Marine Corps Base, Camp Pendleton, and other

federal agencies, including the U.S.D.A. Forest Service, but excepting the Bureau of Indian

Affairs (represented by Mr. Barry, *see* below). The United States requests that the Court, the

Watermaster, and the parties remove Mr. Gheleta from the service list and add Mr. Bernard to

the service list.

1    Mr. Francis Patrick Barry continues to represent the United States in this matter as the

2    United States Department of Justice, Environmental and Natural Resources Division, **Indian**

3    **Resources Section** counsel representing the United States of America, acting in its capacity as

4    trustee for the Pechanga Band of Luiseño Mission Indians, the Ramona Band of Cahuilla

5    Indians, and the Cahuilla Band of Indians, and Mr. Barry should continue to be served as well.

6

7    Accordingly, all pleadings, discovery, correspondence and other material filed or served

8    in connection with this action should be served upon counsel for the United States at the

9    following addresses:

10

11   F. Patrick Barry
     U.S. Department of Justice
12   Environment and Natural Resources Division
     Indian Resources Section
13   601 D St. NW
     Washington, D.C. 20530
14   Telephone: (202) 305-0254
     Telefax: (202) 305-0271
15   Email:  patrick.barry@usdoj.gov

16

17

18   Bruce D. Bernard
     U.S. Department of Justice
19   Environment and Natural Resources Division
     Natural Resources Section
20   999 18th Street
     South Terrace, Suite 370
21   Denver, CO 80202
     Telephone: (303) 844-1361
22   Telefax: (303) 844-1350
23   Email:  bruce.bernard@usdoj.gov

24

25

26

27

28

1    Respectfully submitted this 5th day of March, 2019.

2

3                                    JEAN E. WILLIAMS
                                     Deputy Assistant Attorney General
4                                    Environment and Natural Resources Division

5                                    */s/ Bruce D. Bernard*
                                     BRUCE D. BERNARD
6                                    UNITED STATES DEPARTMENT OF JUSTICE
7                                    Environment and Natural Resources Division
                                     Natural Resources Section
8                                    999 18th Street, South Terrace – Suite 370
9                                    Denver, Colorado 80202
                                     Telephone: 303 844-1361
10                                   Email: bruce.bernard@usdoj.gov

11                                   Attorneys for Plaintiff the United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America, over the age of eighteen years, and not a party to the above-entitled action.  My business address is 999 18th Street, South Terrace, Suite 370, Denver, Colorado 80202.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E).  I further attest that on March 5, 2019, I caused to be sent by first-class mail, in a sealed envelope, postage paid, to each of the recipients on the Clerk's list of addresses to be served by conventional means, and by electronic mail to those additional persons for whom electronic mail addresses are provided (all as listed in Attachment A), a true and correct copy of the **NOTICE OF SUSBSTITUTION OF COUNSEL FOR UNITED STATES OF AMERICA.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2019, at Denver, Colorado.


*/s/ Seth C. Allison*
Seth C. Allison
Paralegal Specialist

1

## __Attachment A__

2

3

4    Anna Gale James
     40275 Curry Court
     Aguanga, CA 92536

5

6    Archie D. McPhee
     40482 Gavilan Mountain Road
7    Fallbrook, CA  92028

8    Barbara Cole
     40225 Curry Court
9    Aguanga, CA 92536

10

11   Briar McTaggart
     1642 Merion Way 40E
12   Seal Beach, CA 90740

13   Carl Gage
     40685 Tumbleweed Trail
14   Aguanga, CA 92536

15

16   Carol Lueras
     623 Beverly Blvd.
     Fullerton, CA 96833

17

18   Carolyn Ellison
     49975 Indian Rock
19   Aguanga, CA 92536

20

21   Diane Mannschreck
     1600 Kiowa Ave
     Lake Havasu City, AZ 86403

22

23   Donna Gage
     40685 Tumbleweed Trail
24   Aguanga, CA 92536

25   Edward Lueras
     623 Beverly Blvd.
26   Fullerton, CA 96833

27

28   James Markman, Esq.
     Richards, Watson & Gershon

1     P.O. Box 1059
Brea, CA  92822-1059

2

3     John Ellison
49975 Indian Rock

4     Aguanga, CA 92536

5
John S Wilson

6     14205 Minorca Cove
Del Mar, CA 92014-2932

7

8
Khyber Courchesne

9     1264 Page Street
San Francisco, CA 94117

10

11    Michael J Machado
P O Box 391607

12    Anza, CA 92539

13
Pamela M Machado

14    P O Box 391607
Anza, CA 92539

15
Peggy Wilson

16    14205 Minorca Cove
Del Mar, CA 92014-2932

17

18    Robert Mannschreck
1600 Kiowa Ave

19    Lake Havasu City, AZ 86403

20
Thomas C. Perkins

21    7037 Gaskin Place
Riverside, CA  92506

22

23    Cahuilla Band of Indians
52701 US Hwy 371

24    Anza, California  92539

25
Patrick Barry, Esq.

26    U.S. Dept. of Justice
Env. & Natural Resources Div.

27    P.O. Box 7611
Ben Franklin Station

28    Washington, DC  20044-7611

1

2      Javin Moore, Superintendent
       Bureau of Indian Affairs
3      U.S. Dept. of Interior
       1451 Research Park Drive, #100
4      Riverside, CA  92507-2154

5
       Doug Garcia
6      Bureau of Indian Affairs – Pacific Region
       2800 Cottage Way
7      Sacramento, CA  95825

8
       Charles Jachens, Regional Hydrologist
9      Bureau of Indian Affairs
       Pacific Region
10     2800 Cottage Way, Room W-2821
       Sacramento CA  95825
11

12     Michael E. McPherson, Esq.
       344 Plumosa venue
13     Vista, CA  92083

14
       Chris Watson, Solicitor Office
15     U. S. Dept of Interior
       Division of Indian Affairs
16     1849 C. Street NW -- M.S. 6513
       Washington, D.C.  20240
17

18     Noel Ludwig, Hydrologist
       CA Desert District
19     Bureau of Land Management
       22835 Calle San Juan de Los Lagos
20     Moreno Valley, CA  92553

21
       Leslie Cleveland
22     US Bureau of Reclamation
       27708 Jefferson Ave, #202
23     Temecula, CA  92590

24
       Wesley R. Danskin
25     USGS
       San Diego Projects Office
26     4165 Spruance Road, Suite 200
       San Diego, CA  92101
27

28     U.S. Dept. of Justice

Environment and Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611
Michael E. McPherson, Esquire
344 Plumosa Avenue
Vista, CA  92083

Superintendent
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA   92507-2471

Robert Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Anthony Madrigal, Sr.
Cahuilla Band of Indians
899 Oakland Hills
Banning, CA  92220-5176

Cahuilla Band of Indians
P. O. Box 391760
Anza, CA  92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA  95482

Assad Safadi

NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO  80524

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Paul D. Jones, II General Manager
Eastern MWD
P.O. Box 8300
Perris, CA  92572-8300

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92530

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA  92028

Keith Nobriga
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054-0153

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P.O. Box 391372
Anza, CA  92539

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA  92602-1365

Director

Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

Pamela Walls, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA  92501

Jeff Kirshberg
Rancho California Water District
Temecula, CA  92589-9017

Dr. Dennis Williams
GEOSCIENCE Support Services Inc.
P.O. Box 220
Claremont, CA  91711

Todd Shibata
Riverside County Waste Management
14310 Frederick Street
Moreno Valley, CA  92553

John O'Hagen
CA State Water Resources Control Board
Division of Water Rights
P.O. Box 2000
Sacramento, CA  95812

Raymond M. Mistica, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA  92501

James P. Bryson, P.G.
ARCADIS U.S., Inc.
320 Commerce, Suite 200
Irvine, CA  92602

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA  91604

Bob Pierotti, Chief
Resources Assessment Branch
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Bob Rinker
CA State Water Res. Control Board
P.O. Box 2000
Sacramento, CA  95812

Joel Heywood
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Dan Bartu
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

David DePoy
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Greg Seaman
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Counsel Western Bases
P. O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA  92055-5231

Paul R. Boughman
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base
Camp Pendleton, CA  92055-5231

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Jean Moran
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA  94901

Michael Wright
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA  92064

Matthew K. Landon
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Paul D. Jones, General Manager
Eastern Municipal Water District
P.O. Box 8300
Perris, CA  92572-8300

Charles Bachmann
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Michele Buriss
Eastern Municipal Water District

P. O. Box 8300
Perris, CA  92572-8300

Kelley Gage
Eastern Municipal Water District
2270 Trumble Road
Perris, CA 92570

Khos Ghaderi
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Zandro Mallari
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA  91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

MaryLou Boultinghouse
Fallbrook Public Utility District
P. O. Box 2290

Fallbrook, CA  92088

Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA  92028

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA  90054-0153

Heriberto F. Diaz, Esq.
Deputy General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA  90054-0153

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA  92596

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

Eagle Jones, Director
Pechanga Water Systems
P. O. Box 1477
Temecula, CA  92593

Marc Luker
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Mark Macarro
Pechanga Tribal Spokesperson
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

1

2   Steve Bodmer, General Counsel
    Pechanga Band of Luiseño Indians
3   Government Center
    P. O. Box 1477
4   Temecula, CA  92593

5
    Mike Luker
6   Pechanga Water Systems
    P. O. Box 1477
7   Temecula, CA  92593

8
    Louise Burke
9   Pechanga Band of Luiseño Indians
    P. O. Box 1477
10  Temecula, CA  92593

11
    Sally Triplett
12  Pechanga Band of Luiseño Indians
    P. O. Box 1477
13  Temecula, CA  92593

14
    Donald R. Pongrace, Esq.
15  Akin Gump Strauss Hauer & Feld
    1333 New Hampshire Avenue, N.W.
16  Washington, DC  20036-1564

17
    Rodney B. Lewis, Esq.
18  Akin Gump Strauss Hauer & Feld LLP
    4035 E. Cathedral Rock Drive
19  Phoenix, AZ  85044

20
    Katherine Brossy, Esq.
21  Akin Gump Strauss Hauer & Feld LLP
    1333 New Hampshire Avenue, N.W.
22  Washington, DC  20036-1564

23
    Michael-Corey Hinton, Esq.
24  Akin Gump Strauss Hauer & Feld LLP
    1333 New Hampshire Avenue, N.W.
25  Washington, DC  20036-1564

26

27

28

1  Eugene Franzoy
   Franzoy Consulting, Inc.
2  8141 West Gelding Drive
3  Peoria, AZ  85381

4  Steve Larson
   S. S. Papadopulos & Associates
5  7944 Wisconsin Avenue
6  Bethesda, MD  20814-3620

7  General Manager
   Rainbow MWD
8  3707 Old Highway 395
9  Fallbrook, CA  92088-9372

10 Dennis Sanford, Board of
   Directors – Rainbow MWD
11 1493 Via Ladera
12 Rainbow, CA  92028

13 Mr. Joseph D. Hamilton
   Tribal Chairman
14 Ramona Band of Cahuilla
15 P. O. Box 391670
   Anza, CA  92539-1670
16
17 Mr. Manual Hamilton
   Ramona Band of Cahuilla
18 P. O. Box 391372
   Anza, CA  92539
19
20 Curtis Berkey, Esq.
   Berkey Williams
21 2030 Addison Street, Suite 410
   Berkley, CA  94704
22
23 Mark Shaffer
   6837 NE New Brooklyn Road
24 Bainbridge Island, WA  98110

25 General Manager
   Rancho Cal RV Resort OA
26 P. O. Box 214
27 Aguanga, CA  92536

28 Jeffrey D. Armstrong, General Manager

1   Rancho California Water District
    P.O. Box 9017
2   Temecula, CA  92589-9017

3
    Eva Plajzer, Assistant General Manager
4   Rancho California Water District
    P.O. Box 9017
5   Temecula, CA  92589-9017

6
    Andy Webster
7   Rancho California Water District
    P. O. Box 9017
8   Temecula, CA  92589-9017

9
    Mike Calvert
10  Rancho California Water District
    P. O. Box 9017
11  Temecula, CA  92589-9017

12
    Warren Back
13  Rancho California Water District
    P. O. Box 9017
14  Temecula, CA  92589-9017

15
    Rich Ottolini
16  Rancho California Water District
    P. O. Box 9017
17  Temecula, CA  92589-9017

18
    Corey Wallace
19  Rancho California Water District
    P. O. Box 9017
20  Temecula, CA  92589-9017

21
    Craig Elitharp
22  Kennedy Jenks Consultants
    Three Better World Circle, Suite 200
23  Temecula, CA  92590

24
    Director
25  Riverside Co. Planning
    4080 Lemon St., 9th Floor
26  Riverside, CA  92501

27
    Jason Uhley
28  Riverside Co. Flood Control

and Water Conservation District
1995 Market Street
Riverside, CA  92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jeffrey D. Sims
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Karly Gaynor
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Craig Miller
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jean Perry
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Derek Kawaii
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Lisa Lemoine
Western WMD

14205 Meridian Parkway
Riverside, CA  92518

Brenda Dennstedt
Western Municipal Water District
14205 Meridian Parkway
Riverside, CA  92518

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Timothy Ross
Chief, Groundwater Section
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA  92383

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA  92593

AVMAC
Attn:  Secretary
P. O. Box 391076
Anza, CA  92539

Elsa Barton
217 No. Palm
Hemet, CA  92543

1

2   Gregory B. Burnett
    P.O. Box 391111
3   Anza, CA  92539

4   Carol J. Carson
    Murrieta Six Cs, LLC
5   25471 Hayes Avenue
6   Murrieta, CA  92562

7   James Carter
    Wild Horse Peak Vineyard Mountain
8   3719 South Plaza Drive
9   Santa Ana, CA 92704

10  Chambers Family Trust
    c/o Thomas Montllor
11  910 North Pacific Street, Apt. No. 38
12  Oceanside, CA  92054

13  Cindy and Andy Domenigoni
    31851 Winchester Road
14  Winchester, CA  92596

15
    Francis and Jean Domenigoni
16  Francis N. & Jean Domenigoni Family Trust
    Domenigoni-Barton Properties; and
17  Domenigoni Brothers Ranch
18  33011 Holland Road
    Winchester, CA  92596
19

20  Michelle Staples, Esq.
    Jackson Tidus
21  2030 Main Street, Suite 1200
    Irvine, CA  92614
22

23  EG High Desert Properties, LLC
    12881Bradley Avenue
24  Sylmar, CA  91342

25
    Randy Greenwald
26  6010 Wilshire Blvd. #500
    Los Angeles, CA  90036
27

28  John R. Flocken, Esq.
    Greenwald & Hoffman, LLP

1851 E. First Street, Suite 860
Santa Ana, CA  92705-4039

Jeffrey A. Hoskinson, Esq.
Atkinson, Andelson, Loya, Ruud & Romo
20 Pacific, Suite 1100
Irvine, CA 92618

Harris Family
44444 Sage Road
Aguanga, CA  92536

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Hill Springs Farms
c/o Mr. Rao Anne
P.O. Box 1946
Duarte, CA  91009

Zen-Kamata, LLC
c/o Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Dan Walsh
42551 Highway 79S.
Aguanga, CA  92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Lake Forest, LLC
41257 DeLuz Road
Fallbrook, CA  92028

Lake Riverside Estates

Community Association
41610 Lakeshore Boulevard
Aguanga, CA  92536

Gordon Lanik
P.O. Box 391273
Anza, CA  92539

Charles and Catherine Lee
44952 Vista Del Mar
Temecula, CA  92590

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

Lovingier Family Trust
35490 Highway 79
Warner Springs, CA  92086
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA  92591-5210

Bertha Mendoza
35853 Calle Nopal
Temecula, CA  92592

Frank Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI  53593

Moon Valley Nursery
19820 North 7th Street, #240
Phoenix, AZ  85024

Abraham Poladian
Bluebird Ranch
P. O. Box 1089
Fallbrook, CA  92088

Pete and Dorothy Prestininzi
Bundy Canyon Super Storage
22460 Bundy Canyon Road
Wildomar, CA  92595

1

2   Joseph A. Ornelas
    Quiet Oaks Mobile Home Park
3   26455 Paradise Valley Road, #78
    Warner Springs, CA 92086
4

5   William And Joan Rose
    39985 Daily Road
6   Fallbrook, CA 92028

7   Clifford R. Ronnenberg
    Sage Ranch Nursery
8   P.O. Box 574
    Stanton, CA  90680
9

10  Renee Konstantine
    Graduate Programs & Field Stations Coordinator
11  San Diego State University, Biology Dept.
    5500 Campanile Drive, LS-104
12  San Diego, CA  92182-4614

13

14  Serafina Holdings, LLC
    40376 Sandia Creek Road
15  Fallbrook, CA 92028

16  Stehly Family Holdings, LLC
    13268 McNally Road
17  Valley Center, CA  92082

18
    Mr. Brian Strange
19  Val Verde Partners
    104 Fifth Street
20  Encinitas, CA  92024

21
    Twin Creeks Ranch
22  c/o Chester Mason
    P.O. Box 892378
23  Temecula, CA  92589

24
    Twin Legacy, LLC
25  c/o Robert Yanik
    41750 Highway 79
26  Aguanga, CA  92536
    Norman Vanginkel
27  21136 Trailside Drive
    Yorba Linda, CA  92887
28

1

2   Alfred Varela
    41125 DeLuz Road
3   Fallbrook, CA 92028

4   Wagner Family Trust
    41128 DeLuz Road
5   Fallbrook, CA  92028

6
    Welburn Family Trust
7   40787 DeLuz Murrieta Road
    Fallbrook, CA  92028
8

9   Wilson Creek Development
    Wilson Creek Land Co.
10  P. O. Box 347
    Aguanga, CA  92536
11

12  William J. Brunick, Esq.
    Brunick, McElhaney & Kennedy PLC
13  1839 Commercenter West
    San Bernardino, California  92408-3303
14

15  Watermaster
    Santa Margarita River Watershed
16  P.O. Box 631
    Fallbrook, CA 92088
17

18  Archie D. McPhee
    40482 Gavilan Mountain Road
19  Fallbrook, CA 92028

20
    Mary E Lee
21  42010 Rolling Hills Drive
    Aguanga, CA 92536
22

23  Thomas C Perkins
    7037 Gaskin Place
24  Riverside, CA 92506

25
    Flavia Kreig
26  P.O. Box 716
    Aguanga, CA  92536
27

28  Les Harris
    44700 Sage Road – H

Aguanga, CA  92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA  92501

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA  92086

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA  91755

Michael Zarro, Deputy Attorney General
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Electronically mailed to:

| | |
|---|---|
| Heriberto F. Diaz | hdiaz@mwdh2o.com |
| Chairperson | tribalcouncil@cahuilla.net |
| Assad Safadi | office@nrce.com |
| West Strickland | wstrickland@jw.com |
| Karly Gaynor | kgaynor@wmwd.com |
| Lawrence Carlson | chappoh2ogmail.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| Parag Kalaria | pkalaria@evmwd.net |
| Jason Dafforn | jdafforn@evmwd.net |
| EVMWD | Margie@evmwd.net |
| Rogert Doverspike | rkd@doverspikeassociates.com |
| Jean Moran | jeanm@stetsonengineers.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Eloise Berrgman | Eloise.berryman@waterboards.ca.gov |
| Larry McKenney | larry.mckenney@gmail.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Michelle Staples | mstaples@jacksontidus.law |
| Kelly Lawler | Kelly.lawler@water.ca.gov |
| Curtis Berkey | cberkey@berkeywilliams.com |
| Jack Easton | jeaston@riversandlands.org |
| Jack Bebee | jackb@fpud.com |
| Mary Lou Boultinghouse | maryloub@fpud.com |

| | |
|---|---|
| Michael Powers | mpowers@rainbowmwd.com |
| Rainbow MWD | engineering@rainbowmwd.com |
| Erick Miller | emiller@aspectconsulting.com |
| Timothy Ross | timothy.ross@water.ca.gov |
| Martha Lennihan | mlennihan@lennihan.net |
| Hannah Pheasant | Hannah.pheasant@usdoj.gov |
| Marilyn Levin | Marilyn.levin@doj.ca.gov |
| Michael Zarro | michael.zarro@doj.ca.gov |
| William Brunick | bbrunick@bmklawplc.com |