BRUCE D. BERNARD (CO 12166)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1361
Email: bruce.bernard@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

MARTHA H. LENNIHAN (SBN 122478)
LENNIHAN LAW
6645 Garden Highway
Sacramento, California 95837
Telephone: (916) 799-4460
Email: mlennihan@lennihan.net

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 51cv1247-GPC(RBB) |
| Plaintiff, | **NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Date:  April 26, 2019<br>Time:  1:30 p.m.<br>Dept.  Courtroom 2D |
| Defendants. | Judge:  Hon. Gonzalo P. Curiel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 26, 2019, at 1:30 p.m. in Courtroom 2D of the above-entitled Court, located at 221 West Broadway, Suite 2190, San Diego, California 92101, or as soon thereafter as the matter may be considered, Plaintiff the United States of America, acting by and through the Department of the Navy and the United States Marine Corps, for the benefit of the Marine Corps Base, Camp Pendleton, and Defendant Fallbrook Public Utility District will and hereby do jointly move the Court to approve the settlement of this litigation as between these two parties on the terms and conditions set forth in the Settlement Agreement attached hereto as Attachment 1, the execution of which was completed on February 25, 2019 ("Settlement Agreement").

This joint motion requests the Court to enter the [Proposed] Order Approving Settlement Agreement attached hereto as Attachment 2, approving the Settlement Agreement, incorporating the terms of the Settlement Agreement into the Order Approving Settlement Agreement, dismissing all pending claims between these two parties in this action, and retaining indefinite subject matter and personal jurisdiction to enforce the Settlement Agreement and any disputes pertaining to it.

This joint motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of Joint Motion for Approval of Settlement Agreement, the Declaration of Paul R. Boughman attached thereto as Exhibit 1, the Declaration of Jack Bebee attached thereto as Exhibit 2, and such explanations of the Settlement Agreement as may be requested by the Court and provided by movants at the hearing on the joint motion.

1     Respectfully submitted this 5th day of March, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Bruce D. Bernard*
BRUCE D. BERNARD
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace – Suite 370
Denver, Colorado 80202
Telephone: 303 844-1361
Email: bruce.bernard@usdoj.gov

Attorneys for Plaintiff the United States of America


*/s/ Martha H. Lennihan*
MARTHA H. LENNIHAN (SBN 122478)
LENNIHAN LAW
6645 Garden Highway
Sacramento, California 95837
Telephone: (916) 799-4460
Email: mlennihan@lennihan.net

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT