Exhibit 2

BRUCE D. BERNARD (CO 12166)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1361
Email: bruce.bernard@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

MARTHA H. LENNIHAN (SBN 122478)
LENNIHAN LAW
6645 Garden Highway
Sacramento, California 95837
Telephone: (916) 799-4460
Email: mlennihan@lennihan.net

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 51cv1247-GPC(RBB) |
| ) | |
| Plaintiff, ) | **DECLARATION OF JACK BEBEE** |
| ) | |
| vs. ) | |
| ) | |
| FALLBROOK PUBLIC UTILITY ) | |
| DISTRICT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF JACK BEBEE – CASE NO. 51CV1247-GPC(RBB) – PAGE - 1

I, JACK BEBEE, provide this declaration under penalty of perjury. If called to testify, I would testify as follows.

1. I am the General Manager of the Fallbrook Public Utility District ("Fallbrook"). I have been acting General Manager and General Manager since September 2017. I served as Assistant General Manager and Engineering Manager for Fallbrook from July 2009 to September 2017.

2. Prior to taking my initial position with Fallbrook, I worked as a consultant, managing water and wastewater infrastructure projects. I have more than eighteen years of experience in the management of engineering, operations, design and planning of water and wastewater infrastructure. My experience includes work on water treatment, distribution and wastewater collection and reclamation facilities.

3. I have a Bachelor of Science degree in engineering from Washington and Lee University, a Master of Science degree in civil engineering from the University of Illinois, and a Master of Business Administration degree from California State University San Marcos. I hold a Professional Civil Engineering License in California.

4. My responsibilities as General Manager and Assistant General Manager of Fallbrook have included negotiations over the proposed Santa Margarita River Conjunctive Use Project and associated Settlement Agreement to resolve Fallbrook's disputes with the United States and Camp Pendleton over water use in the Santa Margarita River Watershed water rights case of *United States v. Fallbrook Public Utility District, et al.*, Case No. 51cv1247-GPC(RBB), United States District Court, Southern District of California, commonly referred to as the *Fallbrook* case.

5. I have been involved with the *Fallbrook* case since arriving at Fallbrook in 2009.

6.      Based on my review of Fallbrook's records and documents, negotiations over the mechanism to settle the dispute between Camp Pendleton and Fallbrook (the "Parties") intensified during the mid-1990s.  In 1996, Fallbrook retained its water counsel, Martha Lennihan, who undertook a lead role with respect to the settlement negotiations as well as the water rights.  The frequency of meetings intensified, the Parties' representatives became increasingly able to discuss potential points of agreement instead of re-hashing their differences, and the concept of conjunctive use as the backbone of the project became accepted.

7.      When I arrived at Fallbrook in 2009, the basic settlement concepts from a water rights and project operations standpoint were understood, which among other things enabled the filing of the State-required petitions for extension and change of the Parties' post-1914 appropriative water rights to make those rights useable for the Conjunctive Use Project. The Parties continued their intensive debates regarding matters such as the Parties' respective roles, risk allocation, and other matters.  The water banking concept was being further developed during that period.

8.      Since that time, I have attended a significant number of meetings with representatives of Camp Pendleton.

9.      During these meetings, I observed representatives of Camp Pendleton assert their legal and technical positions as to the fair and reasonable manner of resolving the Parties' dispute over use of water rights, which positions were often at great odds with those of Fallbrook.

10.     I witnessed representatives of Camp Pendleton take strong positions against Fallbrook and pursue approaches that led to significant disagreements and disputes as to the terms of the Project and the associated settlement.  I attended a number of meetings in which I did not think that we would be able to resolve our differences and reach a settlement.  I was very concerned that our positions were such that a settlement might not ever be reached.

11. However, the Parties continued to exchange numerous proposals and counter-proposals over settlement terms between 2009 and 2016.

12. After years of negotiations and sharing of numerous settlement drafts, the Parties were able to reach a compromise as to the terms of Santa Margarita River Conjunctive Use Project and the associated Settlement Agreement. The Secretary of the Navy approved the settlement in November 2017. The Fallbrook Board of Directors approved the settlement in December 2017. The approval process through the United States Department of Justice management chain was completed on February 19, 2019. On February 25, 2019 the Parties completed the execution of the Settlement Agreement.

13. After many unsuccessful attempts and decades of conflict, Camp Pendleton and Fallbrook have now reached a good faith, arms-length negotiated agreement on a physical solution, which secures a reliable yield for the benefit of both Parties.

14. Fallbrook's portion of the Conjunctive Use Project includes construction of a new water treatment plant located at the District's boundary with the Naval Weapons Station, which is adjacent to Camp Pendleton. The pipeline from Camp Pendleton will deliver Project water to Fallbrook's new treatment plant. Project water may also be stored in Fallbrook's existing treated water reservoir, Red Mountain Reservoir, to enhance Project yield.

15. Fallbrook has begun securing the necessary funding for construction of Project facilities within its service area, including state and regional funding and support. Fallbrook has obtained over $2.5 million of State Proposition 50 funding[1] in connection with the Project's inclusion in the San Diego Integrated Regional Water Management Plan. Fallbrook is in the

---

[1] Proposition 50 was enacted by the Water Security, Clean Drinking Water, Coastal and Beach Protection Act of 2002, codified at CAL. WATER CODE §§ 79500-79591 (West 2002).

process of obtaining State Revolving Fund financing for the additional costs of construction of its portion of the Project.

16. The effort to conform the Parties' water rights for the Conjunctive Use Project has been significant, and ultimately successful.  In November 2018, the State Water Resources Control Board (SWRCB) issued Order WR 2018-0117, approving extensions of and changes to the Parties' post-1914 appropriative water rights.  In February 2019, the SWRCB issued Order WR 2018-0012 EXEC, which corrected two errors or oversights in the original order.  These approvals enable the Parties to jointly exercise these water rights consistent with Project operations and purposes.  This milestone should also enable Fallbrook to obtain the above-referenced State Revolving Fund financing for its new water treatment plant.  These SWRCB approvals are the last regulatory approvals needed for the Parties to proceed with the Project.

17. Over the years during which the Santa Margarita River Conjunctive Use Project Settlement Agreement and the associated Settlement Agreement were being negotiated and developed, the Parties provided the public ample notice and opportunity to comment on the Project and the Settlement Agreement.  In 2016-2017, the Parties prepared an Environmental Impact Statement/Environmental Impact Report providing the necessary analysis and public disclosure of the Project's potential environmental impacts under the National Environmental Policy Act and the California Environmental Quality Act.  In addition, in 2015-2017, potential impacts on terrestrial and marine species were addressed in Biological Opinions prepared by the United States Fish and Wildlife Service and the National Oceanic and Atmospheric Administration's National Marine Fisheries Service, respectively, in compliance with the Endangered Species Act.  These environmental compliance processes all involved public notice and opportunity for comment.

18. The Parties have also kept participants in the *Fallbrook* litigation apprised of the Parties' development of the Santa Margarita River Conjunctive Use Project and the associated Settlement Agreement. The Parties briefed the Court-appointed Watermaster, provided him with a copy of the then-draft Settlement Agreement, and incorporated his requested changes into the Settlement Agreement. The Conjunctive Use Project and associated Settlement Agreement have been described to attendees at the Watermaster Steering Committee meetings approximately four times over the past two years. Over the past several years, the Steering Committee has been comprised of representatives from Camp Pendleton, the Eastern Municipal Water District, Fallbrook, the Metropolitan Water Department of Southern California, the Pechanga Band of Luiseño Mission Indians, the Western Municipal Water District, and the Rancho California Water District. Annual Watermaster Report Water Year 2015-16, Section 2.1 at 5.

19. In my opinion, the Settlement Agreement represents a fair deal that will allow the Parties to exercise their water rights in a shared manner that provides benefits to both Parties. The Settlement Agreement is the product of abundant negotiations, engineering input and compromises between the Parties to reach a settlement that resolves long-standing disputes in a fair and reasonable manner.

20. The Settlement Agreement will finally resolve the Parties' remaining claims against one another in this litigation and allow the Parties to focus their efforts going forward on cooperative use of water under their shared water rights in a manner that secures a reliable supply for both Fallbrook and Camp Pendleton.

Executed this 26 day of February, 2019, at Fallbrook, California.

_____
Jack Bebee