BRUCE D. BERNARD (CO 12166)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1361
Email: bruce.bernard@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

MARTHA H. LENNIHAN (SBN 122478)
LENNIHAN LAW
6645 Garden Highway
Sacramento, California 95837
Telephone: (916) 799-4460
Email: mlennihan@lennihan.net

Attorneys for FALLBROOK PUBLIC UTILITY DISTRICT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>FALLBROOK PUBLIC UTILITY )<br>DISTRICT, et al., )<br><br>Defendants. )<br> )<br> )<br> )<br> )<br> )<br> ) | CASE NO. 51cv1247-GPC(RBB)<br><br>**PROOF OF SERVICE**<br><br>Judge:     Hon. Gonzalo P. Curiel<br>Dept.      Courtroom 2D |

**PROOF OF SERVICE**

I am a citizen of the United States of America, over the age of eighteen years, and not a party to the above-entitled action.  My business address is 999 18th Street, South Terrace, Suite 370, Denver, Colorado 80202.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of these documents via the Court's CM/ECF system per Federal Rule of Civil Procedure 5(b)(2)(E).  I further attest that on March 5, 2019, I caused to be sent by first-class mail, in a sealed envelope, postage paid, to each of the recipients on the Clerk's list of addresses to be served by conventional means, and by electronic mail to those additional persons for whom electronic mail addresses are provided (all as listed in Attachment A), true and correct copies of the following documents:

1. Notice of Motion and Joint Motion for Approval of Settlement Agreement;

2. Attachment 1 to Joint Motion—Santa Margarita River Conjunctive Use Project Settlement Agreement, including Exhibits 1 through 8 thereto;

3. Attachment 2 to Joint Motion—[Proposed] Order Approving Settlement Agreement;

4. Memorandum of Points and Authorities in Support of Joint Motion for Approval of Settlement Agreement;

5. Exhibit 1 to Memorandum—Declaration of Paul R. Boughman;

6. Exhibit 2 to Memorandum—Declaration of Jack Bebee;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2019, at Denver, Colorado.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Seth C. Allison*
Seth C. Allison

1

## Attachment A

2

3

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

4

5

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA  92028

6

7

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

8

9

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

10

11

12

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

13

14

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

15

16

17

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

18

19

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

20

21

22

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

23

24

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

25

26

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA  92822-1059

27

28

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA  92506

Cahuilla Band of Indians
52701 US Hwy 371
Anza, California  92539

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Javin Moore, Superintendent

Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA  92507-2154

Doug Garcia
Bureau of Indian Affairs – Pacific Region
2800 Cottage Way
Sacramento, CA  95825

Charles Jachens, Regional Hydrologist
Bureau of Indian Affairs
Pacific Region
2800 Cottage Way, Room W-2821
Sacramento CA  95825

Michael E. McPherson, Esq.
344 Plumosa venue
Vista, CA  92083

Chris Watson, Solicitor Office
U. S. Dept of Interior
Division of Indian Affairs
1849 C. Street NW -- M.S. 6513
Washington, D.C.  20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA  92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

U.S. Dept. of Justice
Environment and Natural Resources Div.
P.O. Box 7611

Ben Franklin Station
Washington, DC  20044-7611
Michael E. McPherson, Esquire
344 Plumosa Avenue
Vista, CA  92083

Superintendent
U.S. Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA   92507-2471

Robert Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Christina Mokhtarzadeh
U. S. Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – M.S. 4637
Washington, DC  20240

Bill Steele
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Anthony Madrigal, Sr.
Cahuilla Band of Indians
899 Oakland Hills
Banning, CA  92220-5176

Cahuilla Band of Indians
P. O. Box 391760
Anza, CA  92539

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA  95482

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300

1   Fort Collins, CO  80524

2   John O. Simpson, Director
3   Water Resources Division
    Box 555013
4   Marine Corps Base
    Camp Pendleton, CA  92055-5013
5
6   Paul D. Jones, II General Manager
    Eastern MWD
7   P.O. Box 8300
    Perris, CA  92572-8300
8
9   Ganesh Krishnamurthy
    Elsinore Valley MWD
10  P.O. Box 3000
    Lake Elsinore, CA  92530
11
12  Robert H. James, Esq.
    3668 Katie Lendre Drive
13  Fallbrook, CA  92028
14
    Keith Nobriga
15  Metropolitan Water District
    P.O. Box 54153
16  Los Angeles, CA  90054-0153
17
    General Manager
18  Rainbow MWD
    3707 Old Highway 395
19  Fallbrook, CA  92088-9372
20
    Nicolette Jonkhoff
21  EPA Manager
    Ramona Band of Cahuilla Indians
22  P.O. Box 391372
    Anza, CA  92539
23
24  Ray Lyons
    Kennedy Jenks Consultants
25  3210 El Camino Real, Suite 150
    Irvine, CA  92602-1365
26
27  Director
    Riverside Co. Planning
28  4080 Lemon Street, 9th Floor

1   Riverside, CA 92501

2

3   Pamela Walls, Esq.
  County of Riverside
  Office of County Counsel

4   3960 Orange Street, Suite 500
  Riverside, CA 92501

5

6   Jeff Kirshberg
  Rancho California Water District

7   Temecula, CA 92589-9017

8

9   Dr. Dennis Williams
  GEOSCIENCE Support Services Inc.
  P.O. Box 220

10   Claremont, CA 91711

11

12   Todd Shibata
  Riverside County Waste Management
  14310 Frederick Street

13   Moreno Valley, CA 92553

14

15   John O'Hagen
  CA State Water Resources Control Board
  Division of Water Rights

16   P.O. Box 2000
  Sacramento, CA 95812

17

18   Raymond M. Mistica, Esq.
  County of Riverside

19   Office of County Counsel
  3960 Orange Street, Suite 500

20   Riverside, CA 92501

21

22   James P. Bryson, P.G.
  ARCADIS U.S., Inc.

23   320 Commerce, Suite 200
  Irvine, CA 92602

24

25   Robert A. Davis, Jr., Esq.
  Davis & Wojcik

26   1001 East Morton Place, Suite A
  Hemet, CA 92543

27

28   Barbara Booth
  3883 Ridgemoor Drive

Studio City, CA  91604

Bob Pierotti, Chief
Resources Assessment Branch
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Bob Rinker
CA State Water Res. Control Board
P.O. Box 2000
Sacramento, CA  95812

Joel Heywood
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Dan Bartu
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

David DePoy
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Greg Seaman
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Counsel Western Bases
P. O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA  92055-5231

Paul R. Boughman
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base
Camp Pendleton, CA  92055-5231

Stephen B. Reich

1    Stetson Engineers, Inc.
2    785 Grand Avenue, Suite 202
     Carlsbad, CA 92008
3
4    Jean Moran
     Stetson Engineers, Inc.
5    785 Grand Avenue, Suite 202
     Carlsbad, CA 92008
6
7    Molly Palmer
     Stetson Engineers, Inc.
8    2171 E. Francisco Blvd., Suite K
     San Rafael, CA 94901
9
10   Michael Wright
     United States Geological Survey
11   San Diego Projects Office
     4165 Spruance Road, Suite 200
12   San Diego, CA 92101
13
     Scott Patterson
14   USGS
     South Poway Field Office
15   12110 Tech Center Drive
     Poway, CA 92064
16
17   Matthew K. Landon
     United States Geological Survey
18   San Diego Projects Office
     4165 Spruance Road, Suite 200
19   San Diego, CA 92101
20
     Paul D. Jones, General Manager
21   Eastern Municipal Water District
     P.O. Box 8300
22   Perris, CA 92572-8300
23
     Charles Bachmann
24   Eastern Municipal Water District
     P. O. Box 8300
25   Perris, CA 92572-8300
26
     Michele Buriss
27   Eastern Municipal Water District
     P. O. Box 8300
28   Perris, CA 92572-8300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kelley Gage
Eastern Municipal Water District
2270 Trumble Road
Perris, CA 92570

Khos Ghaderi
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Zandro Mallari
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA  91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

MaryLou Boultinghouse
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

1   Robert H. James, Esq.
2   Sachse, James, & Lopardo
    205 W. Alvarado
3   Fallbrook, CA  92028

4   Joseph Vanderhorst, Esq.
    Assistant General Counsel
5   Metropolitan Water District
6   P. O. Box 54153
    Los Angeles, CA  90054-0153
7
8   Heriberto F. Diaz, Esq.
    Deputy General Counsel
9   Metropolitan Water District
    P. O. Box 54153
10  Los Angeles, CA  90054-0153

11
12  Amy Dorado
    Metropolitan Water District
    Diamond Valley Lake, Field Office
13  33752 Newport Road
14  Winchester, CA  92596

15  Darwin Potter
    Metropolitan Water District
16  Lake Skinner Section
17  33740 Borel Road
    Winchester, CA  92596
18
19  Eagle Jones, Director
    Pechanga Water Systems
20  P. O. Box 1477
    Temecula, CA  92593
21
22  Marc Luker
    Pechanga Band of Luiseño Indians
23  P. O. Box 1477
    Temecula, CA  92593
24
25  Mark Macarro
    Pechanga Tribal Spokesperson
26  Pechanga Band of Luiseño Indians
    P. O. Box 1477
27  Temecula, CA  92593

28

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA  92593

Mike Luker
Pechanga Water Systems
P. O. Box 1477
Temecula, CA  92593

Louise Burke
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Sally Triplett
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ  85044

Katherine Brossy, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ  85381

1   Steve Larson
2   S. S. Papadopulos & Associates
    7944 Wisconsin Avenue
3   Bethesda, MD  20814-3620

4   General Manager
    Rainbow MWD
5   3707 Old Highway 395
6   Fallbrook, CA  92088-9372

7   Dennis Sanford, Board of
    Directors – Rainbow MWD
8   1493 Via Ladera
9   Rainbow, CA  92028

10  Mr. Joseph D. Hamilton
11  Tribal Chairman
    Ramona Band of Cahuilla
12  P. O. Box 391670
    Anza, CA  92539-1670
13
14  Mr. Manual Hamilton
    Ramona Band of Cahuilla
15  P. O. Box 391372
    Anza, CA  92539
16
17  Curtis Berkey, Esq.
    Berkey Williams
18  2030 Addison Street, Suite 410
    Berkley, CA  94704
19
20  Mark Shaffer
    6837 NE New Brooklyn Road
21  Bainbridge Island, WA  98110

22  General Manager
23  Rancho Cal RV Resort OA
    P. O. Box 214
24  Aguanga, CA  92536

25  Jeffrey D. Armstrong, General Manager
26  Rancho California Water District
    P.O. Box 9017
27  Temecula, CA  92589-9017

28  Eva Plajzer, Assistant General Manager

1  Rancho California Water District
P.O. Box 9017
2  Temecula, CA  92589-9017

3
Andy Webster
4  Rancho California Water District
P. O. Box 9017
5  Temecula, CA  92589-9017

6
Mike Calvert
7  Rancho California Water District
P. O. Box 9017
8  Temecula, CA  92589-9017

9
Warren Back
10  Rancho California Water District
P. O. Box 9017
11  Temecula, CA  92589-9017

12
Rich Ottolini
13  Rancho California Water District
P. O. Box 9017
14  Temecula, CA  92589-9017

15
Corey Wallace
16  Rancho California Water District
P. O. Box 9017
17  Temecula, CA  92589-9017

18
Craig Elitharp
19  Kennedy Jenks Consultants
Three Better World Circle, Suite 200
20  Temecula, CA  92590

21
Director
22  Riverside Co. Planning
4080 Lemon St., 9th Floor
23  Riverside, CA  92501

24
Jason Uhley
25  Riverside Co. Flood Control
and Water Conservation District
26  1995 Market Street
Riverside, CA  92501
27

28
John Rossi, General Manager

1

2

Western MWD
14205 Meridian Parkway
Riverside, CA  92518

3

4

Jeffrey D. Sims
Western MWD
14205 Meridian Parkway

5

Riverside, CA  92518

6

7

Tim Barr
Western MWD
14205 Meridian Parkway

8

Riverside, CA  92518

9

10

Karly Gaynor
Western MWD
14205 Meridian Parkway

11

Riverside, CA  92518

12

13

Fakhri Manghi
Western MWD
14205 Meridian Parkway

14

Riverside, CA  92518

15

16

Craig Miller
Western MWD
14205 Meridian Parkway

17

Riverside, CA  92518

18

19

Jean Perry
Western MWD
14205 Meridian Parkway

20

Riverside, CA  92518

21

22

Derek Kawaii
Western MWD
14205 Meridian Parkway

23

Riverside, CA  92518

24

25

Lisa Lemoine
Western WMD
14205 Meridian Parkway

26

Riverside, CA  92518

27

28

Brenda Dennstedt
Western Municipal Water District

14205 Meridian Parkway
Riverside, CA  92518

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Timothy Ross
Chief, Groundwater Section
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA  92383

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA  92593

AVMAC
Attn:  Secretary
P. O. Box 391076
Anza, CA  92539

Elsa Barton
217 No. Palm
Hemet, CA  92543

Gregory B. Burnett
P.O. Box 391111
Anza, CA  92539

Carol J. Carson
Murrieta Six Cs, LLC
25471 Hayes Avenue
Murrieta, CA  92562

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

Chambers Family Trust
c/o Thomas Montllor
910 North Pacific Street, Apt. No. 38
Oceanside, CA  92054

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA  92596

Francis and Jean Domenigoni
Francis N. & Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA  92596

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA  92614

EG High Desert Properties, LLC
12881Bradley Avenue
Sylmar, CA  91342

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA  90036

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA  92705-4039

Jeffrey A. Hoskinson, Esq.
Atkinson, Andelson, Loya, Ruud & Romo

20 Pacific, Suite 1100
Irvine, CA 92618

Harris Family
44444 Sage Road
Aguanga, CA  92536

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Hill Springs Farms
c/o Mr. Rao Anne
P.O. Box 1946
Duarte, CA  91009

Zen-Kamata, LLC
c/o Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Dan Walsh
42551 Highway 79S.
Aguanga, CA  92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Lake Forest, LLC
41257 DeLuz Road
Fallbrook, CA  92028

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA  92536

Gordon Lanik

P.O. Box 391273
Anza, CA  92539

Charles and Catherine Lee
44952 Vista Del Mar
Temecula, CA  92590

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

Lovingier Family Trust
35490 Highway 79
Warner Springs, CA  92086

McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA  92591-5210

Bertha Mendoza
35853 Calle Nopal
Temecula, CA  92592

Frank Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI  53593

Moon Valley Nursery
19820 North 7th Street, #240
Phoenix, AZ  85024

Abraham Poladian
Bluebird Ranch
P. O. Box 1089
Fallbrook, CA  92088

Pete and Dorothy Prestininzi
Bundy Canyon Super Storage
22460 Bundy Canyon Road
Wildomar, CA  92595

Joseph A. Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road, #78

1   Warner Springs, CA 92086

2   William And Joan Rose
3   39985 Daily Road
    Fallbrook, CA 92028
4
    Clifford R. Ronnenberg
5   Sage Ranch Nursery
6   P.O. Box 574
    Stanton, CA  90680
7
8   Renee Konstantine
    Graduate Programs & Field Stations Coordinator
9   San Diego State University, Biology Dept.
    5500 Campanile Drive, LS-104
10  San Diego, CA  92182-4614

11
    Serafina Holdings, LLC
12  40376 Sandia Creek Road
    Fallbrook, CA 92028
13
14  Stehly Family Holdings, LLC
    13268 McNally Road
15  Valley Center, CA  92082

16  Mr. Brian Strange
17  Val Verde Partners
    104 Fifth Street
18  Encinitas, CA  92024

19  Twin Creeks Ranch
20  c/o Chester Mason
    P.O. Box 892378
21  Temecula, CA  92589

22  Twin Legacy, LLC
23  c/o Robert Yanik
    41750 Highway 79
24  Aguanga, CA  92536

25  Norman Vanginkel
26  21136 Trailside Drive
    Yorba Linda, CA  92887
27
    Alfred Varela
28  41125 DeLuz Road

1   Fallbrook, CA 92028

2   Wagner Family Trust
3   41128 DeLuz Road
    Fallbrook, CA  92028
4
    Welburn Family Trust
5   40787 DeLuz Murrieta Road
6   Fallbrook, CA  92028

7   Wilson Creek Development
    Wilson Creek Land Co.
8   P. O. Box 347
9   Aguanga, CA  92536

10  William J. Brunick, Esq.
11  Brunick, McElhaney & Kennedy PLC
    1839 Commercenter West
12  San Bernardino, California  92408-3303

13  Watermaster
14  Santa Margarita River Watershed
    P.O. Box 631
15  Fallbrook, CA 92088

16  Archie D. McPhee
17  40482 Gavilan Mountain Road
    Fallbrook, CA 92028
18
    Mary E Lee
19  42010 Rolling Hills Drive
20  Aguanga, CA 92536

21  Thomas C Perkins
22  7037 Gaskin Place
    Riverside, CA 92506
23
    Flavia Kreig
24  P.O. Box 716
25  Aguanga, CA  92536

26  Les Harris
    44700 Sage Road – H
27  Aguanga, CA  92536

28
    Robert A. Krieger

Krieger & Stewart
3602 University Avenue
Riverside, CA  92501

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA  92086

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA  91755

Michael Zarro, Deputy Attorney General
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Electronically mailed to:

| | |
|---|---|
| Heriberto F. Diaz | hdiaz@mwdh2o.com |
| Chairperson | tribalcouncil@cahuilla.net |
| Assad Safadi | office@nrce.com |
| West Strickland | wstrickland@jw.com |
| Karly Gaynor | kgaynor@wmwd.com |
| Lawrence Carlson | chappoh2ogmail.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| Parag Kalaria | pkalaria@evmwd.net |
| Jason Dafforn | jdafforn@evmwd.net |
| EVMWD | Margie@evmwd.net |
| Rogert Doverspike | rkd@doverspikeassociates.com |
| Jean Moran | jeanm@stetsonengineers.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Eloise Berrgman | Eloise.berryman@waterboards.ca.gov |
| Larry McKenney | larry.mckenney@gmail.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Michelle Staples | mstaples@jacksontidus.law |
| Kelly Lawler | Kelly.lawler@water.ca.gov |
| Curtis Berkey | cberkey@berkeywilliams.com |
| Jack Easton | jeaston@riversandlands.org |
| Jack Bebee | jackb@fpud.com |
| Mary Lou Boultinghouse | maryloub@fpud.com |
| Michael Powers | mpowers@rainbowmwd.com |
| Rainbow MWD | engineering@rainbowmwd.com |
| Erick Miller | emiller@aspectconsulting.com |

| | | |
|---|---|---|
| 1 | Timothy Ross | timothy.ross@water.ca.gov |
| 2 | Martha Lennihan | mlennihan@lennihan.net |
| | Hannah Pheasant | Hannah.pheasant@usdoj.gov |
| 3 | Marilyn Levin | Marilyn.levin@doj.ca.gov |
| | Michael Zarro | michael.zarro@doj.ca.gov |
| 4 | William Brunick | bbrunick@bmklawplc.com |