**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

MAR 0 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

FILED
MAR - 6 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

Case 3:51-cv-01247-JO-SBC   Document 5688   Filed 03/06/19   PageID.68180   Page 2 of 2
Case 3:51-cv-01247-GPC-RBB   Document 5683   Filed 02/20/19   PageID.67975   Page 1 of 1

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 45 min.

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers       ☐ In Court       ☒ Telephonic

A telephonic attorneys-only settlement conference was held on February 20, 2019, with the following parties:

1. The Cahuilla Band of Indians (attorney Cooper DeMarse)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States of America (attorney Patrick Barry)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorneys Marilyn Levin and Jennifer Henderson)

6. The County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners (attorneys James Markman, Tilden Kim, and Paul Greenwald)

An in-person attorneys-only settlement conference is set for **March 28, 2019**, at **1:00 p.m.** in Courtroom 15B, Carter/Keep United States Courthouse, 333 West Broadway, San Diego, California.

DATE: February 26, 2019        IT IS SO ORDERED: _____
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record