UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

MAR 0 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

FILED
MAR - 6 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

U.S. POSTAGE  PITNEY BOWES
ZIP 91950  $ 000.41
02 4W
0000343405 FEB 26 2019

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

Case 3:51-cv-01247-JO-SBC Document 5689 Filed 03/06/19 PageID.68182 Page 2 of 2
Case 3:51-cv-01247-GPC-RBB Document 5683 Filed 02/20/19 PageID.67975 Page 1 of 1

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 45 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

### Attorneys

Plaintiffs
Counsel listed below

Defendants
Counsel listed below

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held on February 20, 2019, with the following parties:

1. The Cahuilla Band of Indians (attorney Cooper DeMarse)

2. The Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. The United States of America (attorney Patrick Barry)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorneys Marilyn Levin and Jennifer Henderson)

6. The County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners (attorneys James Markman, Tilden Kim, and Paul Greenwald)

An in-person attorneys-only settlement conference is set for **March 28, 2019**, at **1:00 p.m.** in Courtroom 15B, Carter/Keep United States Courthouse, 333 West Broadway, San Diego, California.

DATE: February 26, 2019     IT IS SO ORDERED: /s/ Ruben Brooks
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
All Parties of Record