William J. Brunick, Esq. (State Bar No. 46289)
**BRUNICK, McELHANEY & KENNEDY**
1839 Commercenter West
P.O. BOX 13130
San Bernardino, California 92423-3130

Telephone: (909) 889-8301
Facsimile: (909) 388-1889
E-Mail: bbrunick@bmklawplc.com

Attorneys for WATERMASTER SANTA MARGARITA RIVER WATERSHED

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | Case No.: 51-cv-01247-GPC-RBB<br><br>**WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2016-2017; DECLARATION OF MICHAEL J. PRESZLER, WATERMASTER** |

## I.
## INTRODUCTION

On January 25, 1951, the United States of America filed Complaint No. 1247 in the United States District Court for the Southern District of California to seek an adjudication for respective water rights within the Santa Margarita River Watershed. The Final judgment and Decree was entered on May 8, 1963, and appealed to the U.S. Court of Appeals. A Modified Final Judgment and Decree was entered on April 6, 1966 (Docket No. 4768). Among other things, the Decree provides that the Court:

"...retains continuing jurisdiction of this cause as to the use of all surface

waters within the watershed of the Santa Margarita River and all underground or sub-surface waters within the watershed of the Santa Margarita River, which are determined in any of the constituent parts of this Modified Final Judgment to be a part of the sub-surface flow of any specific river or creek, or which are determined in any of the constituent parts of this Modified Final Judgment to add to, contribute to, or support the Santa Margarita River steam system."

## II.

## APPOINTMENT OF WATERMASTER AND STEERING COMMITTEE

In March 1989, the Court issued an Order (Docket No. 4809)appointing the Watermaster to administer and enforce the provisions of the Modified Final judgment and Decree and subsequent orders of the Court. The appointing Order described the Watermaster's powers and duties as well as procedures for funding and operating the Watermaster's service. Also in 1989, the Court appointed a Steering Committee. The Steering Committee is now comprised of representatives from the United States, Eastern Municipal Water District, Fallbrook Public Utility District, Metropolitan Water District of Southern California, Pechanga Band of Luiseño Mission Indians, Western Municipal Water District, and Rancho California Water District. The purposes of the Steering Committee are to assist the Court, to facilitate litigation, and to assist the Watermaster. (Document No. 4808).

## III.

## ANNUAL WATERMASTER REPORT

This Annual Watermaster Report is prepared pursuant to the U.S. District Court Order dated March 13, 1989 (Docket No.4809) with the advice and assistance of the Steering Committee. The Court has retained jurisdiction over all surface flows of the Santa Margarita River Watershed and all underground waters determined by the Court to be subsurface flow of streams or creeks or which are determined by the Court to add to, support, or contribute to the Santa Margarita River stream system. The Watershed is adjudicated, as to all

1  underground waters, basing, surface flow, streams and subsurface flows that add to, support,
2  or contribute to the Santa Margarita River stream system. Local vagrant groundwaters that
3  do not support the Santa Margarita River stream system are outside Court jurisdiction.

## IV.

## THE SANTA MARGARITA RIVER WATERSHED ANNUAL WATERMASTER REPORT OF 2016-2017

The Watermaster Report to the Court provides review and coordination of all activities within the Watershed of the Santa Margarita River Watershed, not simply the Rancho California Water District and other Water Purveyors. See Declaration of Michael J. Preszler.

The Table of Contents of the Annual Watermaster Report indicates the duties of the Watermaster are exercised in accordance with the Judgment, direction of the Court, and with the assistance of the Steering Committee's help in facilitating litigation in the Santa Margarita River Watershed as a whole.

The total Watermaster cost budgeted for the 2018-2019 year is $791,733 (see Declaration of Michael J. Preszler). This cost is about $26,000 less than originally planned for this year (see 2014-2015 Watermaster Report, September 2016, Docket No. 5534). The anticipated Watermaster costs associated with the Anza Settlement process is $60,000, or about 8% of the total budget (see Declaration of Michael J. Preszler). Each Steering Committee Member pays equal shares (1/7th) of the Watermster costs. Therefore, the proposed cost for the Watermaster participation in the Anza Settlement process for each Steering Committee member is anticipated to be $8,571.43 for year 2018-2019. For perspective, RCWD's own proposed budget to operate its district for year 2018-2019 is $152,909,815. RCWD's share of Watermaster costs associated with the Anza Settlement process is about 0.006% of its annual budget. It appears that RCWD's Objection is an attempt to modify the Court's funding structure for the Watermaster and not an Objection to the Watermaster Report.

28 \\\

## V.
## CONCLUSION

The Watermaster and Steering Committee perform services for the Santa Margarita River Watershed as a whole. Rancho California Water District would suggest that the Watermaster Balkanize the Watershed into independent areas. This was not the intent of the Judgment and the motion should be denied.

ate: March 20, 2019

Respectfully submitted,

**BRUNICK, McELHANEY & KENNEDY PLC**

By: _____
William J. Brunick, Attorney for
Attorneys for WATERMASTER SANTA
MARGARITA RIVER WATESHED

William J. Brunick, Esq. (State Bar No. 46289)
BRUNICK, McELHANEY & KENNEDY PLC
1839 Commercenter West
San Bernardino, California 92408-3303

MAILING:
P.O. Box 13130
San Bernardino, California 92423-3130

Telephone: (909) 889-8301
Facsimile: (909) 388-1889
E-Mail: bbrunick@bmblawoffice.com

Attorneys for WATERMASTER SANTA MARGARITA RIVER WATERSHED

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT

| UNITED STATES OF AMERICA, | Civil Action No. 51-cv-01247-GPC-RBB |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL J. PRESZLER IN SUPPORT OF WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2016-17** |
| vs. | |
| FALLBROOK PUBLIC UTLITY DISTRICT, *et al.*, | Date: April 5, 2019<br>Time: 1:30 p.m.<br>Dept.: 2D |
| Defendants. | |
| | Hon. Gonzalo P. Curiel |

I, Michael J. Preszler, declare as follows:

1. I am a licensed Professional Engineer in the State of California and President of California Water Consulting and Zanjero, in Folsom, California.

2. Commencing on November 30, 2016, I was appointed Watermaster of the Santa Margarita River Watershed ("SMRW") to administer and enforce the provisions of the Modified Final Judgment and Decree and subsequent instructions and orders of this Court.

3. On December 11, 2018, I submitted the Annual Watermaster Report for Water Year 2016-17 ("Report") to this Court for posting to the electronic docket, and served a copy of the Report to all individuals listed on the Watermaster Distribution List, as well as interested parties who requested copies.

4. On January 11, 2019, I received a Notice of Electronic filing of a written objection to the Report by Rancho California Water District (RCWD) (Docket No. 5667). On January 11, 2019, I received a Notice of Electronic filing of a Joinder in Defendant RCWD's objection from Western Municipal Water District (WMWD) and Fallbrook Public Utility District (FPUD) (Docket Nos. 5668 and 5670, respectively). On January 16, 2019, I received a Notice of Electronic filing of a Joinder in Defendant RCWD's objection from Eastern Municipal Water District (EMWD) (Docket No. 5671). On January 22, 2019, I received a Notice of Electronic filing of a Joinder in Defendant RCWD's objection from Metropolitan Water District of Southern California (MWD) (Docket No. 5675).

5. The Steering Committee is comprised of representatives from the United States, Pechanga Band of Luiseno Indians, RCWD, WMWD, FPUD, EMWD, and MWD.

6. It is my understanding that the Watermaster participates in the Anza Settlement process as directed by this Court.

7. The United States is a primary participant in the Anza Settlement process representing the Cahuilla Band of Indians and the Ramona Band of

2

DECLARATION OF MICHAEL J. PRESZLER IN SUPPORT OF WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2016-17

Cahuilla Indians as the Tribe's federal trustee. Cahuilla Band of Indians and the Ramona Band of Cahuilla Indians are both parties to the Anza Settlement process.

8. I initiated and participated in a meeting between Steering Committee members and Anza Settlement process members on October 17, 2017 to discuss Steering Committee concerns regarding Watermaster costs associated with the Anza Settlement process. This meeting did not allow for a resolution.

9. I initiated and participated in a meeting between Steering Committee members and Anza Settlement process members on July 17, 2018 to discuss Steering Committee concerns regarding Watermaster costs associated with the Anza Settlement process. Representatives from all seven Steering Committee members participated in the meeting and representatives from six parties to the Anza Settlement negotiations participated. This meeting did not allow for a resolution.

10. RCWD holds the right to water originating in the Anza/Cahuilla Basins under State Water Resources Control Board Amended Permit 7032. This Permit allows RCWD to store up to 40,000 acre-feet of water per year originating in Temecula Creek, Wilson Creek and Cahuilla Creek, all tributaries to the Santa Margarita River. Cahuilla Creek is located in the Anza Basin.

11. The proposed Watermaster office budget for year 2018-2019 is $791,733 (Table 13.2, page 111 in Report). The anticipated Watermaster costs associated with the Anza Settlement process is $60,000, or about 8% of the total Watermaster budget. Each Steering Committee member pays equal shares ($1/7^{th}$) of the Watermaster costs. The proposed cost for Watermaster participation in the Anza Settlement process for each Steering Committee member is anticipated to be $8,571.43 for budget year 2018-2019.

3

DECLARATION OF MICHAEL J. PRESZLER IN SUPPORT OF WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2016-17

12. Participation in the Anza Settlement process is not the largest single expenditure by the Watermaster.

13. In addition to participating in the Anza Settlement process, the Watermaster spends time on other assignments in the Anza/Cahuilla Basins. Current activities include: 1) requesting, receiving, and processing water use data from users in the basin, 2) requesting, receiving and processing water quality data in the basin, and 3) investigation of potential water quantity and quality threats to the basin.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: March 20, 2019

By: _____
Michael J. Preszler, P.E.
WATERMASTER SANTA MARGARITA
RIVER WATERSHED

4

DECLARATION OF MICHAEL J. PRESZLER IN SUPPORT OF WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2016-17

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 1839 Commercenter West, P.O. Box 13130, San Bernardino, California 92423-3130.

On March 20, 2019, I electronically filed on behalf of the Watermaster Santa Margarita River Watershed, the document described as: **WATERMASTER OF THE SANTA MARGARITA RIVER WATERSHED RESPONSE TO OBJECTIONS TO ANNUAL WATERMASTER REPORT FOR WATER YEAR 2016-2017; DECLARTION OF MICHAEL J. PRESZLER** via the CM/ECF filing system which generated and transmitted a notice of electronic filing to the following CM/ECF participants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Bruce Bernard: bruce.bemard@usdoj.gov
Curtis G. Berkey: cberkey@berkeywilliarns.com; mmorales@berkeywilliarns.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com Grant Alan Reader: garlaw71@gmail.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Lester John Marston: marstonl@pacbell.net; rapportandmarston@gmail.com Linda Caldwell;

Thomas Caldwell: goforthvillage2@yahoo.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov;
MichaelW.Hughes@doj.ca.gov Marlene C. Kuehne:
hwkuehne@pacbell.net
Mary L. Fickel: mfickel@fickeldavislaw.com;
rdavis@fickeldavislaw.com Matthew L. Green:
matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@gresharnsavage.com;
terigallagher@greshamsavage.com Michael G. Kerbs:
mkerbs@rhlaw.com; bschenkkan@rhlaw.com; tsosa@rhlaw.com
Michael J. Preszler: courtdocs@smrwm.org
Michele A. Staples: mstaples@jdtplaw.com;
dtankersley@jdtplaw.com: pgosney@jdtplaw.com Paul Evan
Greenwald: pegreenwald@peglaw.us
Patricia Grace Rosenberg:
prosenberg@hnattorneys.com
Richard Alvin Lewis:
Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com;
wwendelstein@cohenburgelaw.com;
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Steven P. O'Neill: soneill@omlolaw.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov;
efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov; Timothy P. Johnson:
tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com;
bill.koska@clmlawfirm.com

I further declare that on March 20, 2019, I caused the above described document to be served by U.S. Mail, with the U.S. Postal Service, with postage thereon fully prepaid at San Bernardino, California, addressed as follows:

| Khyber Courchesne       | Edward Lueras        | Briar McTaggart         |
| 1264 Page Street        | 623 Beverly Blvd.    | 1642 Merion Way, 40E    |
| San Francisco, CA 94117 | Fullerton, CA 96833  | Seal Beach, CA 90640    |
| Carolyn Ellison         | Carol Lueras         | Barbara Cole            |
| 49975 Indian Rock       | 623 Beverly Blvd.    | 40225 Curry Court       |
| Aguanga, CA 92536       | Fullerton, CA 96833  | Aguanga, CA 92536       |
| John Ellison            | Michael J. Machado   | Thomas C. Perkins       |
| 49975 Indian Rock       | P.O. Box 391607      | 7037 Gaskin Place       |
| Aguanga, CA 95236       | Anza, CA 92539       | Riverside, CA 92506     |
| Carl Gage               | Pamela M. Machado    | John S. Wilson          |
| 40685 Tumblewood Trail  | P.O. Box 391607      | 14205 Minorca Cove      |
| Aguanga, CA 92536       | Anza, CA 92539       | Del Mar, CA 92014-2932  |

| | | |
|---|---|---|
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain Rd.<br>Fallbrook, CA 92028 |
| Mary E. Lee<br>42560 Rambling Land<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson &Gershon<br>1 Civic Center Drive<br>P.O. Box1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 20, 2019, at San Bernardino, California.

Jo Anne Quihuis