# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

**Attorneys**

Plaintiffs                                             Defendants

PROCEEDINGS:   ☐ In Chambers    ☐ In Court    ☐ Telephonic

At the request of the parties, the in-person settlement conference set for March 28, 2019, is vacated.

A telephonic attorneys-only settlement conference is set for **April 10, 2019**, at **8:00 a.m.**  Counsel for the Cahuilla Band of Indians shall submit a settlement status report by April 3, 2019.

Counsel for the United States is to initiate the call.

DATE: March 21, 2019            IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record