UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Barbara Cole
40225 Curry Court
Aguanga, CA 92536



FILED
MAR 29 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE          Rptr. _____

Attorneys

Plaintiffs                                              Defendants

PROCEEDINGS:   ☐ In Chambers          ☐ In Court          ☐ Telephonic

At the request of the parties, the in-person settlement conference set for March 28, 2019, is vacated.

A telephonic attorneys-only settlement conference is set for **April 10, 2019**, at **8:00 a.m.** Counsel for the Cahuilla Band of Indians shall submit a settlement status report by April 3, 2019.

Counsel for the United States is to initiate the call.

DATE: March 21, 2019          IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record