# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 15 min.

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr.

**Attorneys**

Plaintiffs: Counsel listed below
Defendants: Counsel listed below

PROCEEDINGS:  ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorneys Patrick Barry and Yosef Negose)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The State of California (attorneys Michael Zarro, Marilyn Levin, and Jennifer Henderson)

6. The County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners (attorney Tilden Kim)

A telephonic attorneys-only settlement conference is set for **May 9, 2019**, at **8:00 a.m.** Counsel for the Cahuilla Band of Indians shall submit a settlement status report by May 6, 2019.

Counsel for the United States is to initiate the call.

DATE: April 10, 2019         IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record