**FILED**

Apr 30 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ AKR       DEPUTY

3:51-cv-01247-GPC-RBB
(AKR, deputy clerk)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD