**FILED**

Apr 30 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AKR    DEPUTY

3:51-cv-01247-GPC-RBB
(AKR, deputy clerk)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





WTF

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE        911  FE 1260       0004/28/1
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 92101380620        *2152-01653-28-