MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 10 min.

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE      Rptr.

Attorneys

Plaintiffs — Counsel listed below

Defendants — Counsel listed below

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)
2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)
3. The United States of America (attorney Patrick Barry)
4. The Hemet School District (attorney Jeff Hoskinson)
5. The State of California (attorney Michael Zarro)
6. The County of Riverside (attorney Ronak Patel)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Individual landowners (attorney Tilden Kim)

An in-person settlement conference is set for **May 22, 2019**, at **1:30 p.m.** in the chambers of Magistrate Judge Ruben B. Brooks, Carter/Keep United States Courthouse, 333 W. Broadway, 10th Floor, San Diego, California.

DATE: May 16, 2019         IT IS SO ORDERED:

*Ruben B. Brooks,*
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record