# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 3 hours, 15 min.

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☒ In Chambers   ☐ In Court   ☐ Telephonic

An in-person attorneys-only settlement conference was held on May 22, 2019 with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster

9. Individual landowners (attorney Tilden Kim)

The Court will convene a further settlement conference on **June 18, 2019**, at **1:30 p.m.** As discussed, counsel shall contact chambers to advise whether the parties would like the conference to be held in person or by telephone.

DATE: May 23, 2019    IT IS SO ORDERED:    *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record