Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Case 3:51-cv-01247-JO-SBC   Document 5708   Filed 05/24/19   PageID.68388   Page 2 of 3
Case 3:51-cv-01247-GPC-RBB   Document 5705   Filed 05/15/19   PageID.68375   Page 1 of 1

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 10 min.

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorney Michael Zarro)

6. The County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners (attorney Tilden Kim)

An in-person settlement conference is set for **May 22, 2019**, at **1:30 p.m.** in the chambers of Magistrate Judge Ruben B. Brooks, Carter/Keep United States Courthouse, 333 W. Broadway, 10th Floor, San Diego, California.

DATE: May 16, 2019        IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 91950
02 4W
0000343405 MAY 17 2019
$ 000.41

PRESORTED
FIRST CLASS

MAY 24 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

NIXIE    911  DE 1260   0005/22/19
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 92101380620    *0852-06447-22-16