Anna Gale James
40275 Curry Court
Aguanga, CA 92536

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 10 min.

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE      Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorney Michael Zarro)

6. The County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Individual landowners (attorney Tilden Kim)

An in-person settlement conference is set for **May 22, 2019**, at **1:30 p.m.** in the chambers of Magistrate Judge Ruben B. Brooks, Carter/Keep United States Courthouse, 333 W. Broadway, 10th Floor, San Diego, California.

DATE: May 16, 2019     IT IS SO ORDERED:     Ruben Brooks
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
All Parties of Record

U.S. POSTAGE — PITNEY BOWES
$ 000.41
ZIP 91950
02 4W
0000343405 MAY 17 2019

PRESORTED
FIRST CLASS

MAY 24 2019
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

NIXIE        911  DE 1  2600      0005/22/19
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 92101380620    *0852-06446-22-16

025  DTBAA4B 52606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS