NIXIE         911 FE 1260         0005/25/19
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 92101380620    *2152-02346-25-15

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

