OFFICIAL BUSINESS

NIXIE  911 FE 1 260  0005/23/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92101380620 *2152-02381-23-15

Anna Gale James
40275 Curry Court
Aguanga, CA 92536