UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

FILED
JUN 4 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

NIXIE       911  FE  1269       0005/30/19
                RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 92101380626        *0852-02372-30-22

Case 3:51-cv-01247-JO-SBC   Document 5712   Filed 06/04/19   PageID.68396   Page 2 of 2
Case 3:51-cv-01247-GPC-RBB   Document 5707   Filed 05/22/19   PageID.68386   Page 1 of 1

Page 1 of 2

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 3 hours, 15 min.

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

Attorneys

Plaintiffs
Counsel listed below

Defendants
Counsel listed below

PROCEEDINGS:   ☒ In Chambers        ☐ In Court        ☐ Telephonic

An in-person attorneys-only settlement conference was held on May 22, 2019 with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster

9. Individual landowners (attorney Tilden Kim)

The Court will convene a further settlement conference on **June 18, 2019**, at **1:30 p.m.** As discussed, counsel shall contact chambers to advise whether the parties would like the conference to be held in person or by telephone.

DATE: May 23, 2019        IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record