# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 10 min.

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held on June 18, 2019 with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners (attorneys Tilden Kim, Paul Greenwald, and James Markman)

The Court will convene an in-person settlement conference on **July 26, 2019**, at **1:30 p.m.** in the chambers of Magistrate Judge Ruben B. Brooks, Carter/Keep United States Courthouse, 333 W. Broadway, 10th Floor, San Diego, California.

DATE: June 18, 2019         IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record