**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JUN 28 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE    910   FE 1260     0005/26/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101380620    *2952-10162-26-15

025  ETBAAAB 92536    92101>3806

Case 3:51-cv-01247-JO-SBC   Document 5715   Filed 06/28/19   PageID.68401   Page 2 of 2
Case 3:51-cv-01247-GPC-RBB   Document 5714   Filed 06/18/19   PageID.68399   Page 1 of 1

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 10 min.

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

**Attorneys**

Plaintiffs
Counsel listed below

Defendants
Counsel listed below

PROCEEDINGS:   ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held on June 18, 2019 with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. The Hemet School District (attorney Jeff Hoskinson)

6. The State of California (attorney Michael Zarro)

7. The County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners (attorneys Tilden Kim, Paul Greenwald, and James Markman)

The Court will convene an in-person settlement conference on **July 26, 2019**, at **1:30 p.m.** in the chambers of Magistrate Judge Ruben B. Brooks, Carter/Keep United States Courthouse, 333 W. Broadway, 10th Floor, San Diego, California.

DATE: June 18, 2019         IT IS SO ORDERED:   */s/ Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record