UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED

JUN 28 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

PRESORTED
FIRST CLASS

U.S. POSTAGE ⟩ PITNEY BOWES

ZIP 91950   $ 000.41²
02 4W
0000343405 JUN 20 2019

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE        910    FE 1260       0006/26/19
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 92101380620      *2952-10161-26-15

025   ETBAAAB 92536
            92101>3806

Case 3:51-cv-01247-JO-SBC   Document 5716   Filed 06/28/19   PageID.68403   Page 2 of 2
Case 3:51-cv-01247-GPC-RBB   Document 5714   Filed 06/18/19   PageID.68399   Page 1 of 1

Page 1 of 1

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent: 10 min.

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE       Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:       ☐ In Chambers       ☐ In Court       ☒ Telephonic

A telephonic attorneys-only settlement conference was held on June 18, 2019 with the following parties:

1.  The Cahuilla Band of Indians (attorney Lester Marston)

2.  The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3.  The United States of America (attorney Patrick Barry)

4.  The United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.  The Hemet School District (attorney Jeff Hoskinson)

6.  The State of California (attorney Michael Zarro)

7.  The County of Riverside (attorney Ronak Patel)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Individual landowners (attorneys Tilden Kim, Paul Greenwald, and James Markman)

The Court will convene an in-person settlement conference on **July 26, 2019**, at **1:30 p.m.** in the chambers of Magistrate Judge Ruben B. Brooks, Carter/Keep United States Courthouse, 333 W. Broadway, 10th Floor, San Diego, California.

DATE: June 18, 2019       IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record