# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

### Attorneys

Plaintiffs                                    Defendants

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☐ Telephonic

At the request of the parties, the in-person settlement conference set for July 26, 2019, is vacated.  Instead, the Court will convene a telephonic attorneys-only settlement conference on **July 26, 2019**, at **9:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 2, 2019         IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record