UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

9400922252190091 UTF
025  ETBAAAB2 98535 806

NIXIE      911    FE  1260         0007/10/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101380620    *0104-07382-05-37

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr. _____

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
|  |  |
|  |  |
|  |  |

PROCEEDINGS:     ☐ In Chambers        ☐ In Court        ☐ Telephonic

At the request of the parties, the in-person settlement conference set for July 26, 2019, is <u>vacated</u>. Instead, the Court will convene a telephonic attorneys-only settlement conference on **July 26, 2019**, at **9:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 2, 2019         IT IS SO ORDERED:    /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record