UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case 3:51-cv-01247-GPC-RBB Document 5717 Filed 07/02/19 PageID.68404 Page 1 of 1
Case 3:51-cv-01247-JO-SBC Document 5720 Filed 07/15/19 PageID.68423 Page 2 of 2

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

Attorneys

Plaintiffs                                        Defendants

PROCEEDINGS:   ☐ In Chambers     ☐ In Court     ☐ Telephonic

At the request of the parties, the in-person settlement conference set for July 26, 2019, is vacated. Instead, the Court will convene a telephonic attorneys-only settlement conference on **July 26, 2019**, at **9:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 2, 2019         IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record