MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent:

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

**Attorneys**

Plaintiffs | Defendants

PROCEEDINGS:   ☐ In Chambers    ☐ In Court    ☐ Telephonic

At the request of the parties, the telephonic attorneys-only settlement conference set for July 26, 2019, is rescheduled for **July 31, 2019**, at **8:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 16, 2019         IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record