**WATERMASTER**
SANTA MARGARITA RIVER WATERSHED
169 Parkshore Drive, Suite 110
Folsom, California 95630
(916) 542-7895

July 23, 2019

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re:   U.S.A. v. Fallbrook Public Utility District, et al., Civil No. 51-cv-1247-GPC-RBB
      Final Annual CWRMA Report for Calendar Year 2018

Dear Judge Curiel:

      In accordance with Section 13 of the Cooperative Annual Water Resource Management Agreement (CWRMA), approved by the Court on August 20, 2002, the Watermaster has prepared the Annual CWRMA Report for Calendar Year 2018.  The report was prepared in consultation with the CWRMA Technical Advisory Committee and has been approved by the signatory parties to the CWRMA.  Accordingly, please find the enclosed hard copy and CD containing the PDF files for the final Annual CWRMA Report for Calendar Year 2018.  Please make arrangements for posting the PDF files on the electronic docket.

      If you have any questions please do not hesitate to call.  Thank you.

Sincerely,

*Michael J. Preszler*

Michael J. Preszler, P.E.
Watermaster

MJP
Enclosures
cc (w/o Encls.):  Honorable Ruben B. Brooks
cc (w/ Electronic Copy of Encl.):  Distribution List