**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JUL 29 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE     910  DE 1260      0007/25/19
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 92101380620     *0104-04460-17-40

Case 3:51-cv-01247-JO-SBC   Document 5724   Filed 07/29/19   PageID.68718   Page 2 of 2
Case 3:51-cv-01247-GPC-RBB   Document 5721   Filed 07/16/19   PageID.68424   Page 1 of 1

Page 1 of 1

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr. _____

**Attorneys**

Plaintiffs                                          Defendants

PROCEEDINGS:    ☐ In Chambers        ☐ In Court        ☐ Telephonic

At the request of the parties, the telephonic attorneys-only settlement conference set for July 26, 2019, is rescheduled for **July 31, 2019**, at **8:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 16, 2019        IT IS SO ORDERED:    /s/ Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record