**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

JUL 29 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY



PRESORTED
FIRST CLASS

U.S POSTAGE >> PITNEY BOWES
ZIP 91950  $ 000.41
02 4W
0000343405 JUL 16 2019

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

92101>3806
025   FTBAAAB 92536

NIXIE      910   DE 1260      0007/25/19
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 92101380620 · *0104-04465-17-40

Case 3:51-cv-01247-GPC-RBB   Document 5725   Filed 07/18/19   PageID.68720   Page 2 of 2
Case 3:51-cv-01247-GPC-RBB   Document 5721   Filed 07/16/19   PageID.68424   Page 1 of 1

Page 1 of 1

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE          Rptr. _____

### Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

PROCEEDINGS:        ☐ In Chambers          ☐ In Court          ☐ Telephonic

At the request of the parties, the telephonic attorneys-only settlement conference set for July 26, 2019, is rescheduled for **July 31, 2019**, at **8:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 16, 2019                IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record