1
2
3
4 Attorney for Pechanga Band of Luiseno Indians
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| United States of America | Case No. 3:51-cv-01247 |
| | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| Fallbrook Public Utility District, et al. | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Donald R. Pongrace has changed ____ names, ____ firms, ✔ addresses, ____ phone numbers, and/or ____ fax numbers as follows.

Current contact information:

Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20009

DATED: 07/31/2019         Signature: s/ Donald R. Pongrace