MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 20 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

Attorneys

Plaintiffs
Counsel listed below

Defendants
Counsel listed below

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference with the following parties:

1. The Cahuilla Band of Indians (attorney Lester Marston)

2. The Ramona Band of Cahuilla (attorneys Curtis G. Berkey and Olivia Glazner)

3. The United States of America (attorney Patrick Barry)

4. The Hemet School District (attorney Jeff Hoskinson)

5. The State of California (attorneys Michael Zarro and Jennifer Henderson)

6. The County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney Leland McElhaney)

8. Individual landowners (attorneys Tilden Kim and Paul Greenwald)

A telephonic attorneys-only settlement conference is set for **September 4, 2019**, at **8:00 a.m.**

Counsel for the United States is to initiate the call.

DATE: July 31, 2019          IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record