**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
AUG 1 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE      911   FE 1         0007/29/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101380620      *0204-03310-24-44

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenor,<br><br>RAMONA BAND OF CAHUILLA,<br><br>Plaintiff-Intervenor.<br><br>v.<br><br>FALLBROOK PUBLIC UTILTIY DISTRICT, et al.,<br><br>Defendants. | Case No. 51-CV-01247-GPC-RBB<br><br>**ORDER GRANTING MOTION TO EXTEND STAY**<br><br>[Dkt. No. 5718] |

A Joint Motion to Extend Stay was filed by Plaintiffs-Intervenors the Cahuilla Band of Indians and the Ramona Band of Cahuilla, (Dkt. No. 5718). No opposition to the motion was filed by any party.[1]

In their motion, Plaintiffs-Intervenors describe the many actions taken by the parties to achieve a settlement since the last stay was granted in this case by the Court.

---

[1] Plaintiffs-Intervenors state the United States, State of California, County of Riverside, Riverside County Flood Control and Water Conservation District, Greenwald Landowners, Hemet Unified School District and Agri-Empire do not oppose their motion.

1

Since the last stay extension was granted on January 17, 2019, the settlement parties have engaged in extensive negotiations to conclude a settlement. The parties have drafted two settlement agreements. The first agreement requires the Cahuilla Band to pay for the costs of the water project from the revenues generated by the Cahuilla Band operating businesses on an economic development parcel that would be taken into trust by the United States, for the Tribe, under the terms of the settlement agreement. That agreement would have to be approved by the Governor. On March 11, 2019, the Cahuilla Band attended one in-person meeting between staff members of the Office of Governor, Gavin Newsom, and City of Norco to present the economic development settlement agreement and projects, and to seek gubernatorial approval of the economic development settlement agreement and projects. After the Cahuilla Band provides the Governor's Office with the information necessary to evaluate the proposal, including letters/resolutions supporting the economic development settlement agreement submitted by Represented Landowners, Riverside County, the Watermaster and Ramona Band, and after the information is reviewed, the Attorney General's Office will consult with and advise the Governor's Office regarding the proposal. Following that process, the Cahuilla Band expects to learn Governor Newsom's position on a settlement that includes a provision authorizing the United States to acquire the economic development parcel in trust for the Tribe.

The second proposed settlement agreement does not involve taking the economic development parcel into trust. Under the terms of the second agreement, the costs of the construction of the water project would be paid from an appropriation by Congress. The current draft of the second agreement includes, but is not limited to, sections covering general provisions, the Cahuilla Band's water rights, the Ramona Band's water rights, the federal agencies' water rights, the state agencies' water rights, the water rights of other represented parties, future use rights of represented parties, water rights of nonparticipating parties (those not participating in the settlement discussions), enforcement of the final decree, administration of the settlement agreement and the final decree in both the Cahuilla Groundwater Basin and Anza Groundwater Basin, waivers

and releases of claims, conditions precedent to enforceability, the federal legislation necessary to approve the agreement, and six miscellaneous provisions.

Since the last stay was approved by the Court, the parties have had numerous telephone calls and face to face meetings to reach consensus on a proposed settlement agreement. Starting on June 18, 2019, the settlement parties convened three times telephonically and met for one in-person negotiation session. During this period, the parties reached agreement on the terms of the Sustainable Groundwater Plan and worked to update the Watermaster Rules and Regulations to make them consistent with the sustainability plan. The parties also continued discussions regarding the transferability of water rights. Additionally, the parties, with the assistance of U.S. Magistrate Judge Brooks, developed a plan to garner support for the draft of the settlement agreement that includes an economic development project designed to pay for the Watermaster's costs.

At the June 28, 2019, telephonic conference, the parties resolved in principle the last remaining issues in dispute. The parties tentatively agreed that the Represented Landowners Group proposal for paying its proportion share of the Watermaster's costs to implement the settlement was a potentially viable proposal. The Ramona Band and Cahuilla Band approved the Represented Landowners Group proposal regarding the severance and transferability of the Landowners water right with one minor exception. The Represented Landowners agreed with the Tribes' proposal for the funding of their costs for the Watermaster's work in implementing the settlement agreement and final decree. The Represented Landowners, Riverside County, the Watermaster and Ramona Band also agreed to provide the Cahuilla Band with appropriate letters/resolutions supporting the economic development settlement agreement that could be presented to the Governor for his consideration.

At the conclusion of the call, the Ramona Band agreed to draft a new provision setting forth how the parties' settlement costs would be paid. The Cahuilla Band agreed to draft a revised economic development settlement agreement. The parties agreed to circulate these drafts among the parties for review and comment, and agreed to meet in

3

person on July 26, 2019, in San Diego. The next meeting with U.S. Magistrate Judge Brooks, is a telephone conference call scheduled for July 26, 2019.

The parties plan to meet in person with Governor Newsom in August 2019. At this meeting, they anticipate that the Governor will render a final decision on his approval of the settlement agreement containing provisions pertaining to the Cahuilla Band acquiring the economic development parcel.

The parties have reached consensus on all of the issues required to finalize a settlement agreement that allocates water to the parties while maintaining the groundwater basins on a sustainable basis, as well as, establishes a methodology for maintaining the basins on a sustainable basis by using monitoring wells and data collected from the wells to annually measure changes, if any, in basin groundwater levels. The parties are in the process of drafting or revising the provisions of the settlement agreement to reflect that consensus. In addition, the parties are revising the Draft Watermaster Rules and Regulations to incorporate the sustainability plan and working on identifying the tools to be provided to Watermaster in order to implement the sustainability plan.

The settlement process is moving forward and concrete actions are continuously being taken, and it appears that the settlement negotiations are being conducted in good faith.

Based upon the forgoing, the Court GRANTS the motion to extend the stay by six months. Accordingly, IT IS HEREBY ORDERED that the motion to extend stay is granted and the stay is extended until **January 6, 2020**.

IT IS SO ORDERED.

Dated: July 24, 2019

Hon. Gonzalo P. Curiel
United States District Judge

4