## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 45 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

### Attorneys

Plaintiffs
Counsel listed below

Defendants
Counsel listed below

PROCEEDINGS:   ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey)

3. United States of America (attorney Patrick Barry)

4. United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. Hemet Unified School District (attorney Jeff Hoskinson)

6. State of California (attorneys Michael Zarro, Jennifer Henderson, Marilyn Levin)

7. County of Riverside (attorney Ray Mistica)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners (attorneys Paul Greenwald and James Markman)

A telephonic attorneys-only settlement conference is set for **October 23, 2019**, at **8:00 a.m.** Counsel for the United States is to set up the call.

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT                                    Case No.:  51cv1247-GPC(RBB)


An in-person attorneys-only settlement conference is set for **November 19, 2019**, at **10:00 a.m.**  Settlement conference briefs shall be submitted by **November 12, 2019**.


DATE: September 4, 2019             IT IS SO ORDERED:     *Ruben Brooks*
                                                          Ruben B. Brooks,
                                                          U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record