UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



Anna Gale James
40275 Curry Court
Aguanga, CA 92536

NIXIE          910    FE  1260        0009/13/19
              RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD

BC: 92101380620        *0952-02574-13-14

Case 3:51-cv-01247-JO-SBC Document 5731 Filed 09/17/19 PageID.68736 Page 2 of 3
Case 3:51-cv-01247-GPC-RBB Document 5730 Filed 09/04/19 PageID.68733 Page 1 of 2

Page 1 of 2

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 45 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

Attorneys

Plaintiffs
Counsel listed below

Defendants
Counsel listed below

PROCEEDINGS:   ☐ In Chambers     ☐ In Court     ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey)

3. United States of America (attorney Patrick Barry)

4. United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. Hemet Unified School District (attorney Jeff Hoskinson)

6. State of California (attorneys Michael Zarro, Jennifer Henderson, Marilyn Levin)

7. County of Riverside (attorney Ray Mistica)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Individual landowners (attorneys Paul Greenwald and James Markman)

A telephonic attorneys-only settlement conference is set for **October 23, 2019**, at **8:00 a.m.** Counsel for the United States is to set up the call.

Case 3:51-cv-01247-GPC-RBB  Document 5730  Filed 09/04/19  PageID.68734  Page 2 of 2
Case 3:51-cv-01247-GPC-SBC  Document 5731  Filed 09/17/19  PageID.68737  Page 3 of 3

Page 2 of 2

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT                     Case No.: 51cv1247-GPC(RBB)

An in-person attorneys-only settlement conference is set for **November 19, 2019**, at **10:00 a.m.** Settlement conference briefs shall be submitted by **November 12, 2019**.

DATE: September 4, 2019            IT IS SO ORDERED:     _Ruben Brooks_
                                                        Ruben B. Brooks,
                                                        U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record