**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





U.S. POSTAGE >> PITNEY BOWES

ZIP 91950  $ 000.41²
02 4W
0000343405 SEP 06 2019

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE        910   FE 1Z60        0009/13/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101380620      *0952-02573-13-14

UTF

025   GTBAAA82 52528 806

Case 3:51-cv-01247-JO-SBC   Document 5732   Filed 09/17/19   PageID.68739   Page 2 of 3
Case 3:51-cv-01247-GPC-RBB   Document 5730   Filed 09/04/19   PageID.68733   Page 1 of 2

Page 1 of 2

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent: 45 min.

HON. RUBEN B. BROOKS          CT. DEPUTY VICKY LEE          Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |
| | |
| | |
| | |

PROCEEDINGS:        ☐ In Chambers        ☐ In Court        ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.   Cahuilla Band of Indians (attorney Lester Marston)

2.   Ramona Band of Cahuilla (attorneys Curtis G. Berkey)

3.   United States of America (attorney Patrick Barry)

4.   United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.   Hemet Unified School District (attorney Jeff Hoskinson)

6.   State of California (attorneys Michael Zarro, Jennifer Henderson, Marilyn Levin)

7.   County of Riverside (attorney Ray Mistica)

8.   Michael J. Preszler, Watermaster (attorney William Brunick)

9.   Individual landowners (attorneys Paul Greenwald and James Markman)

A telephonic attorneys-only settlement conference is set for **October 23, 2019**, at **8:00 a.m.** Counsel for the United States is to set up the call.

Case 3:51-cv-01247-JO-SBC   Document 5732   Filed 09/17/19   PageID.68740   Page 3 of 3
Case 3:51-cv-01247-GPC-RBB   Document 5730   Filed 09/04/19   PageID.68734   Page 2 of 2

Page 2 of 2

UNITED STATES OF AMERICA v. FALLBROOK
PUBLIC UTILITY DISTRICT                          Case No.:  51cv1247-GPC(RBB)

An in-person attorneys-only settlement conference is set for **November 19, 2019**, at **10:00 a.m.**  Settlement conference briefs shall be submitted by **November 12, 2019**.

DATE: September 4, 2019              IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record