# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 45 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS: ☐ In Chambers     ☐ In Court     ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey)
3. United States of America (attorney Patrick Barry)
4. United States Bureau of Indian Affairs (attorney Douglas Garcia)
5. Hemet Unified School District (attorney Jeff Hoskinson)
6. State of California (attorney Marilyn Levin)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Individual landowners (attorneys Paul Greenwald and Tilden Kim)

The November 19, 2019 in-person settlement conference with the Court is vacated and settlement briefs, previously due by November 12, 2019, are no longer required. Instead, the Court will convene a telephonic attorneys-only settlement conference on **November 19, 2019, at 11:00 a.m.** Counsel for the United States is to set up the call.

DATE: October 23, 2019     IT IS SO ORDERED: _/s/ Ruben Brooks_
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record