R. LEE LEININGER (CO 23636)
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1364
Email: lee.leininger@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 51cv1247-GPC(RBB) |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL FOR THE UNITED** |
| vs. | ) | **STATES OF AMERICA** |
| | ) | |
| FALLBROOK PUBLIC UTILITY | ) | |
| DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On **TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, R. Lee Leininger, has replaced Bruce D. Bernard (*see* Doc. No. 5685) in this matter, as the United States Department of Justice, Environmental and Natural Resources Division, **Natural Resources Section** counsel representing the United States of America, acting on behalf of the Department of the Navy, the United States Marine Corps, for the benefit of Marine Corps Base, Camp Pendleton, and other federal agencies, including the U.S.D.A. Forest Service, but excepting the Bureau of Indian Affairs (represented by Mr. Barry, *see* below).  The United States requests that the Court, the Watermaster, and the parties remove Mr. Bernard from the service list and add Mr. Leininger to the service list.

1    Mr. Francis Patrick Barry continues to represent the United States in this matter as the

2    United States Department of Justice, Environmental and Natural Resources Division, **Indian**

3    **Resources Section** counsel representing the United States of America, acting in its capacity as

4    trustee for the Pechanga Band of Luiseño Mission Indians, the Ramona Band of Cahuilla

5    Indians, and the Cahuilla Band of Indians, and Mr. Barry should continue to be served as well.

6

7    Accordingly, all pleadings, discovery, correspondence and other material filed or served

8    in connection with this action should be served upon counsel for the United States at the

9    following addresses:

10

11    F. Patrick Barry
U.S. Department of Justice

12    Environment and Natural Resources Division
Indian Resources Section

13    601 D St. NW
Washington, D.C. 20530

14    Telephone: (202) 305-0254
Telefax: (202) 305-0271

15    Email:  patrick.barry@usdoj.gov

16

17

18    R. Lee Leininger
U.S. Department of Justice

19    Environment and Natural Resources Division
Natural Resources Section

20    999 18th Street
South Terrace, Suite 370

21    Denver, CO 80202
Telephone: (303) 844-1364

22    Telefax: (303) 844-1350

23    Email:  lee.leininger@usdoj.gov

24

25

26

27

28

1    Respectfully submitted this 8th day of November, 2019.

2

3                                         LAWRENCE VANDYKE
                                          Deputy Assistant Attorney General
4                                         Environment and Natural Resources Division

5                                         */s/ R. Lee Leininger*

6                                         R. LEE LEININGER
                                          UNITED STATES DEPARTMENT OF JUSTICE
7                                         Environment and Natural Resources Division
                                          Natural Resources Section
8                                         999 18th Street, South Terrace – Suite 370
9                                         Denver, Colorado 80202
                                          Telephone: 303 844-1361
10                                        Email: lee.leininger@usdoj.gov

11                                        Attorneys for Plaintiff the United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I am a citizen of the United States of America, over the age of eighteen years, and not a party to the above-entitled action.  My business address is 999 18th Street, South Terrace, Suite 370, Denver, Colorado 80202.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E).  I further attest that on November 12, 2019, I caused to be sent by first-class mail, in a sealed envelope, postage paid, to each of the recipients on the Clerk's list of addresses to be served by conventional means (listed in Attachment A), a true and correct copy of the NOTICE OF SUSBSTITUTION OF COUNSEL FOR UNITED STATES OF AMERICA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2019, at Denver, Colorado.

/s/ *Seth C. Allison*
Seth C. Allison
Paralegal Specialist

## **Attachment A**

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA  92028

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James Markman, Esq.
Richards, Watson & Gershon
P.O. Box 1059
Brea, CA  92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA  92506

Cahuilla Band of Indians
52701 US Hwy 371
Anza, California  92539

Patrick Barry, Esq.
U.S. Dept. of Justice
Env. & Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Dept. of Interior
1451 Research Park Drive, #100
Riverside, CA  92507-2154

Doug Garcia
Bureau of Indian Affairs – Pacific Region
2800 Cottage Way
Sacramento, CA  95825

Charles Jachens, Regional Hydrologist
Bureau of Indian Affairs
Pacific Region
2800 Cottage Way, Room W-2821
Sacramento CA  95825

Michael E. McPherson, Esq.
344 Plumosa venue
Vista, CA  92083

Chris Watson, Solicitor Office
U. S. Dept of Interior
Division of Indian Affairs
1849 C. Street NW -- M.S. 6513
Washington, D.C.  20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA  92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Ave, #202
Temecula, CA  92590

Wesley R. Danskin
USGS
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

1   U.S. Dept. of Justice
    Environment and Natural Resources Div.
2   P.O. Box 7611
3   Ben Franklin Station
    Washington, DC  20044-7611
4
    Michael E. McPherson, Esquire
5   344 Plumosa Avenue
6   Vista, CA  92083

7   Superintendent
8   U.S. Department of Interior
    Bureau of Indian Affairs
9   1451 Research Park Drive
    Riverside, CA   92507-2471
10
11  Robert Mokhtarzadeh
    U. S. Department of Interior – BIA
12  Branch of Water Resources
    1849 C Street, NW – M.S. 4637
13  Washington, DC  20240
14
    Christina Mokhtarzadeh
15  U. S. Department of Interior – BIA
    Branch of Water Resources
16  1849 C Street, NW – M.S. 4637
17  Washington, DC  20240

18  Bill Steele
    US Bureau of Reclamation
19  27708 Jefferson Ave, #202
20  Temecula, CA  92590

21  Anthony Madrigal, Sr.
    Cahuilla Band of Indians
22  899 Oakland Hills
23  Banning, CA  92220-5176

24  Cahuilla Band of Indians
    P. O. Box 391760
25  Anza, CA  92539
26
    Lester J. Marston, Esq.
27  Law Offices of Rapport and Marston
    405 West Perkins Street
28  Ukiah, CA  95482

Assad Safadi
NRCE
131 Lincoln Avenue, Suite 300
Fort Collins, CO  80524

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Paul D. Jones, II General Manager
Eastern MWD
P.O. Box 8300
Perris, CA  92572-8300

Ganesh Krishnamurthy
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92530

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA  92028

Keith Nobriga
Metropolitan Water District
P.O. Box 54153
Los Angeles, CA  90054-0153

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
P.O. Box 391372
Anza, CA  92539

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA  92602-1365

1

2   Director
    Riverside Co. Planning
3   4080 Lemon Street, 9th Floor
    Riverside, CA  92501
4

5   Pamela Walls, Esq.
    County of Riverside
6   Office of County Counsel
    3960 Orange Street, Suite 500
7   Riverside, CA  92501

8
    Jeff Kirshberg
9   Rancho California Water District
    Temecula, CA  92589-9017
10

11  Dr. Dennis Williams
    GEOSCIENCE Support Services Inc.
12  P.O. Box 220
    Claremont, CA  91711
13

14  Todd Shibata
    Riverside County Waste Management
15  14310 Frederick Street
    Moreno Valley, CA  92553
16

17  John O'Hagen
    CA State Water Resources Control Board
18  Division of Water Rights
    P.O. Box 2000
19  Sacramento, CA  95812

20
    Raymond M. Mistica, Esq.
21  County of Riverside
    Office of County Counsel
22  3960 Orange Street, Suite 500
    Riverside, CA  92501
23

24  James P. Bryson, P.G.
    ARCADIS U.S., Inc.
25  320 Commerce, Suite 200
    Irvine, CA  92602
26

27  Robert A. Davis, Jr., Esq.
    Davis & Wojcik
28  1001 East Morton Place, Suite A

Hemet, CA  92543

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA  91604

Bob Pierotti, Chief
Resources Assessment Branch
CA Dept. of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Bob Rinker
CA State Water Res. Control Board
P.O. Box 2000
Sacramento, CA  95812

Joel Heywood
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Dan Bartu
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

David DePoy
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Greg Seaman
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Counsel Western Bases
P. O. Box 555231
Marine Corps Base - Bldg. 1254
Camp Pendleton, CA  92055-5231

Paul R. Boughman
Western Area Counsel Office
Box 55231 Bldg. 1254
Marine Corps Base

1   Camp Pendleton, CA  92055-5231
    Stephen B. Reich
2   Stetson Engineers, Inc.
3   785 Grand Avenue, Suite 202
    Carlsbad, CA  92008
4
5   Jean Moran
    Stetson Engineers, Inc.
6   785 Grand Avenue, Suite 202
    Carlsbad, CA  92008
7
8   Molly Palmer
    Stetson Engineers, Inc.
9   2171 E. Francisco Blvd., Suite K
    San Rafael, CA  94901
10
11  Michael Wright
    United States Geological Survey
12  San Diego Projects Office
    4165 Spruance Road, Suite 200
13  San Diego, CA  92101
14
    Scott Patterson
15  USGS
    South Poway Field Office
16  12110 Tech Center Drive
    Poway, CA  92064
17
18  Matthew K. Landon
    United States Geological Survey
19  San Diego Projects Office
    4165 Spruance Road, Suite 200
20  San Diego, CA  92101
21
22  Paul D. Jones, General Manager
    Eastern Municipal Water District
23  P.O. Box 8300
    Perris, CA  92572-8300
24
25  Charles Bachmann
    Eastern Municipal Water District
26  P. O. Box 8300
    Perris, CA  92572-8300
27
28  Michele Buriss
    Eastern Municipal Water District

P. O. Box 8300
Perris, CA  92572-8300

Kelley Gage
Eastern Municipal Water District
2270 Trumble Road
Perris, CA 92570

Khos Ghaderi
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Zandro Mallari
Eastern Municipal Water District
P. O. Box 8300
Perris, CA  92572-8300

Steven P. O'Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA  91362

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jesus Gastelum
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA  92330

Jack Bebee
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

Jeff Marchand
Fallbrook Public Utility District
P. O. Box 2290
Fallbrook, CA  92088

MaryLou Boultinghouse
Fallbrook Public Utility District
P. O. Box 2290

Fallbrook, CA  92088
Robert H. James, Esq.
Sachse, James, & Lopardo
205 W. Alvarado
Fallbrook, CA  92028

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA  90054-0153

Heriberto F. Diaz, Esq.
Deputy General Counsel
Metropolitan Water District
P. O. Box 54153
Los Angeles, CA  90054-0153

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA  92596

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

Eagle Jones, Director
Pechanga Water Systems
P. O. Box 1477
Temecula, CA  92593

Marc Luker
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Mark Macarro
Pechanga Tribal Spokesperson
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
P. O. Box 1477
Temecula, CA  92593

Mike Luker
Pechanga Water Systems
P. O. Box 1477
Temecula, CA  92593

Louise Burke
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Sally Triplett
Pechanga Band of Luiseño Indians
P. O. Box 1477
Temecula, CA  92593

Donald R. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld LLP
4035 E. Cathedral Rock Drive
Phoenix, AZ  85044

Katherine Brossy, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ  85381

Steve Larson
S. S. Papadopulos & Associates
7944 Wisconsin Avenue
Bethesda, MD  20814-3620

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

Dennis Sanford, Board of
Directors – Rainbow MWD
1493 Via Ladera
Rainbow, CA  92028

Mr. Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla
P. O. Box 391670
Anza, CA  92539-1670

Mr. Manual Hamilton
Ramona Band of Cahuilla
P. O. Box 391372
Anza, CA  92539

Curtis Berkey, Esq.
Berkey Williams
2030 Addison Street, Suite 410
Berkley, CA  94704

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA  98110

General Manager
Rancho Cal RV Resort OA
P. O. Box 214
Aguanga, CA  92536

Jeffrey D. Armstrong, General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Eva Plajzer, Assistant General Manager
Rancho California Water District
P.O. Box 9017
Temecula, CA  92589-9017

Andy Webster
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Mike Calvert
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Warren Back
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Rich Ottolini
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Corey Wallace
Rancho California Water District
P. O. Box 9017
Temecula, CA  92589-9017

Craig Elitharp
Kennedy Jenks Consultants
Three Better World Circle, Suite 200
Temecula, CA  92590

Director
Riverside Co. Planning
4080 Lemon St., 9th Floor
Riverside, CA  92501

Jason Uhley
Riverside Co. Flood Control
and Water Conservation District
1995 Market Street
Riverside, CA  92501

John Rossi, General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jeffrey D. Sims
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Karly Gaynor
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Craig Miller
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jean Perry
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Derek Kawaii
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Lisa Lemoine
Western WMD
14205 Meridian Parkway
Riverside, CA  92518

Brenda Dennstedt
Western Municipal Water District
14205 Meridian Parkway
Riverside, CA  92518

Marilyn Levin, Deputy Atty. Gen.
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Timothy Ross
Chief, Groundwater Section
CA Department of Water Resources
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA  92383

Larry Minor
P.O. Box 398
San Jacinto, CA  92581

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Victor H. Heimbach
VH Design
P.O. Box 428
Temecula, CA  92593

AVMAC
Attn:  Secretary
P. O. Box 391076
Anza, CA  92539

Elsa Barton
217 No. Palm
Hemet, CA  92543

1
2

Gregory B. Burnett
P.O. Box 391111
Anza, CA  92539

3
4
5

Carol J. Carson
Murrieta Six Cs, LLC
25471 Hayes Avenue
Murrieta, CA  92562

6
7
8

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA 92704

9
10
11

Chambers Family Trust
c/o Thomas Montllor
910 North Pacific Street, Apt. No. 38
Oceanside, CA  92054

12
13
14

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA  92596

15
16
17
18

Francis and Jean Domenigoni
Francis N. & Jean Domenigoni Family Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA  92596

19
20
21

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA  92614

22
23
24

EG High Desert Properties, LLC
12881Bradley Avenue
Sylmar, CA  91342

25
26

Randy Greenwald
6010 Wilshire Blvd. #500
Los Angeles, CA  90036

27
28

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860

Santa Ana, CA  92705-4039

Jeffrey A. Hoskinson, Esq.
Atkinson, Andelson, Loya, Ruud & Romo
20 Pacific, Suite 1100
Irvine, CA 92618

Harris Family
44444 Sage Road
Aguanga, CA  92536

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Hill Springs Farms
c/o Mr. Rao Anne
P.O. Box 1946
Duarte, CA  91009

Zen-Kamata, LLC
c/o Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Dan Walsh
42551 Highway 79S.
Aguanga, CA  92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Lake Forest, LLC
41257 DeLuz Road
Fallbrook, CA  92028

Lake Riverside Estates
Community Association
41610 Lakeshore Boulevard
Aguanga, CA  92536

Gordon Lanik
P.O. Box 391273
Anza, CA  92539

Charles and Catherine Lee
44952 Vista Del Mar
Temecula, CA  92590

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

Lovingier Family Trust
35490 Highway 79
Warner Springs, CA  92086
McMillan Farm Management
29379 Rancho California Road, Suite 201
Temecula, CA  92591-5210

Bertha Mendoza
35853 Calle Nopal
Temecula, CA  92592

Frank Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI  53593

Moon Valley Nursery
19820 North 7th Street, #240
Phoenix, AZ  85024

Abraham Poladian
Bluebird Ranch
P. O. Box 1089
Fallbrook, CA  92088

Pete and Dorothy Prestininzi
Bundy Canyon Super Storage
22460 Bundy Canyon Road

Wildomar, CA  92595

Joseph A. Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road, #78
Warner Springs, CA 92086

William And Joan Rose
39985 Daily Road
Fallbrook, CA 92028

Clifford R. Ronnenberg
Sage Ranch Nursery
P.O. Box 574
Stanton, CA  90680

Renee Konstantine
Graduate Programs & Field Stations Coordinator
San Diego State University, Biology Dept.
5500 Campanile Drive, LS-104
San Diego, CA  92182-4614

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA 92028

Stehly Family Holdings, LLC
13268 McNally Road
Valley Center, CA  92082

Mr. Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA  92024

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA  92589

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA  92536
Norman Vanginkel
21136 Trailside Drive

Yorba Linda, CA  92887

Alfred Varela
41125 DeLuz Road
Fallbrook, CA 92028

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA  92028

Welburn Family Trust
40787 DeLuz Murrieta Road
Fallbrook, CA  92028

Wilson Creek Development
Wilson Creek Land Co.
P. O. Box 347
Aguanga, CA  92536

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San Bernardino, California  92408-3303

Watermaster
Santa Margarita River Watershed
P.O. Box 631
Fallbrook, CA 92088

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

Flavia Kreig
P.O. Box 716
Aguanga, CA  92536

Les Harris
44700 Sage Road – H
Aguanga, CA  92536

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA  92501

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA  92086

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA  91755

Michael Zarro, Deputy Attorney General
State of California
Office of the Attorney General
300 South Spring Street, #1702
Los Angeles, CA  90013

Electronically mailed to:

| | |
|---|---|
| Heriberto F. Diaz | hdiaz@mwdh2o.com |
| Chairperson | tribalcouncil@cahuilla.net |
| Assad Safadi | office@nrce.com |
| West Strickland | wstrickland@jw.com |
| Karly Gaynor | kgaynor@wmwd.com |
| Lawrence Carlson | chappoh2ogmail.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| Parag Kalaria | pkalaria@evmwd.net |
| Jason Dafforn | jdafforn@evmwd.net |
| EVMWD | Margie@evmwd.net |
| Rogert Doverspike | rkd@doverspikeassociates.com |
| Jean Moran | jeanm@stetsonengineers.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Eloise Berrgman | Eloise.berryman@waterboards.ca.gov |
| Larry McKenney | larry.mckenney@gmail.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Michelle Staples | mstaples@jacksontidus.law |
| Kelly Lawler | Kelly.lawler@water.ca.gov |
| Curtis Berkey | cberkey@berkeywilliams.com |
| Jack Easton | jeaston@riversandlands.org |

| | | |
|---|---|---|
| 1 | Jack Bebee | jackb@fpud.com |
| 2 | Mary Lou Boultinghouse | maryloub@fpud.com |
| | Michael Powers | mpowers@rainbowmwd.com |
| 3 | Rainbow MWD | engineering@rainbowmwd.com |
| | Erick Miller | emiller@aspectconsulting.com |
| 4 | Timothy Ross | timothy.ross@water.ca.gov |
| | Martha Lennihan | mlennihan@lennihan.net |
| 5 | Hannah Pheasant | Hannah.pheasant@usdoj.gov |
| 6 | Marilyn Levin | Marilyn.levin@doj.ca.gov |
| | Michael Zarro | michael.zarro@doj.ca.gov |
| 7 | William Brunick | bbrunick@bmklawplc.com |