## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 15 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

**Attorneys**

Plaintiffs — Counsel listed below

Defendants — Counsel listed below

PROCEEDINGS: ☐ In Chambers     ☐ In Court     ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. Ramona Band of Cahuilla (attorney Curtis G. Berkey)

2. United States Bureau of Indian Affairs (attorney Douglas Garcia)

3. Hemet Unified School District (attorney Jeff Hoskinson)

4. State of California (attorney Marilyn Levin)

5. County of Riverside (attorney Ronak Patel)

6. Michael J. Preszler, Watermaster (attorney William Brunick)

7. Greenwald Estate (attorney Paul Greenwald)

8. Individual landowners (attorney James Markman)

A telephonic attorneys-only settlement conference is set for **January 28, 2020, at 8:00 a.m.** Counsel for the United States is to set up the call.

DATE: November 19, 2019     IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record