```
SPALETTA LAW P.C.
JENNIFER L. SPALETTA – SBN: 200032
Post Office Box 2660
Lodi, CA 95241
Phone: 209-224-5568
Fax: 209-224-5589
Jennifer@spalettalaw.com

Attorneys for Defendant
FALLBROOK PUBLIC UTILITY DISTRICT
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 51-1247-GPC-RBB |
|---|---|
| Plaintiff, | **REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| vs. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, ET AL., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant FALLBROOK PUBLIC UTILITY DISTRICT requests the following substitution of counsel:

<u>Former Counsel of Record:</u>

Martha Hadden Lennihan
Lennihan Law
6645 Garden Highway
Sacramento, CA 95837
Tel: (916) 799-4460
Email: mlennihan@lennihan.net

---

1

REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

1 **New Counsel of Record:**

2 Jennifer L. Spaletta, Esq.
Spaletta Law, PC
3 P.O. Box 2660
Lodi, CA 95241
4 Tel: (209) 224-5568
Fax: (209) 224-5589
5 Email: Jennifer@spalettalaw.com

6 Defendant, FALLBROOK PUBLIC UTILITY DISTRICT, respectfully requests this substitution:

8 Dated: 11/7/2019            FALLBROOK PUBLIC UTILITY DISTRICT

10            By: _____
                    JACK BEBEE, General Manager

12 I consent to this substitution:

13 Dated: _____        LENNIHAN LAW

15                By: _____
                        MARTHA HADDEN LENNIHAN

17 I accept this substitution:

18 Dated: _____        SPALETTA LAW PC

20                By: _____
                        JENNIFER L. SPALETTA
                        Attorneys for Defendant
21                      Fallbrook Public Utility District

22                          O R D E R
23 The Requested Substitution of Counsel is hereby GRANTED.

25 Dated: _____        _____
26                                Hon. Gonzolo P. Curiel
                                  United States District Judge

---

2

REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

**New Counsel of Record:**

Jennifer L. Spaletta, Esq.
Spaletta Law, PC
P.O. Box 2660
Lodi, CA 95241
Tel: (209) 224-5568
Fax: (209) 224-5589
Email: Jennifer@spalettalaw.com

Defendant, FALLBROOK PUBLIC UTILITY DISTRICT, respectfully requests this substitution:

Dated:                     FALLBROOK PUBLIC UTILITY DISTRICT

By: _____
JACK BEBEE, General Manager

I consent to this substitution:

Dated: 11/8/19

*/s/ Martha H. Lennihan*
MARTHA H. LENNIHAN

I accept this substitution:

Dated: 11/9/19

SPALETTA LAW PC

By: */s/ Jennifer Spaletta*
JENNIFER L. SPALETTA
Attorneys for Defendant
Fallbrook Public Utility District

ORDER

The Requested Substitution of Counsel is hereby GRANTED.

Dated: _____

_____
Hon. Gonzolo P. Curiel
United States District Judge

## PROOF OF SERVICE

I am employed in the County of San Joaquin ; my business address is 225 West Oak Street, Lodi, California; I am over the age of 18 years and not a party to the foregoing action.

On November 20, 2019, I served a true and correct copy of:

**REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

[X]  **BY U.S. MAIL.** By enclosing the document(s) in a sealed envelope addressed to the person(s) set forth in the list attached hereto as Attachment A, and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[X]  **BY ELECTRONIC MAIL (EMAIL).** By sending the document(s) to the person(s) at the following email address(es) :

| | | | |
|---|---|---|---|
| Heriberto F. Diaz | hdiaz@mwdh2o.com | Michelle Staples | mstaples@jacksontidus.law |
| Chairperson | tribalcounsil@cahuilla.net | Kelly Lawler | Kelly.lawler@water.ca.gov |
| Assad Safadi | office@nrce.com | Curtis Berkey | cberkey@berkeywilliams.com |
| West Strickland | wstrickland@jw.com | Jack Easton | jeaston@riversandlands.org |
| Karly Gaynor | kgaynor@wmwd.com | Jack Bebee | jackb@fpud.com |
| Lawrence Carlson | Chappoh20@gmail.com | Mary Lou Boultinghouse | marylou@fpud.com |
| Jesus Gastelum | jgastelum@evmwd.net | Michael Powers | mpowers@rainbowmwd.com |
| Parag Kalaria | pkalaria@evmwd.net | Rainbow MWD | engineeringrainbowmwd.com |
| Jason Dafforn | jdafforn@evmwd.net | Erick Miller | emiller@aspectconsulting.com |
| EVMWD | Margie@evmwd.net | Timothy Ross | Timothy.ross@water.ca.gov |
| Rogert Doverspike | rkd@doverspikeassociates.com | Martha Lennihan | mlennihan@lennihan.net |
| Jean Moran | jeanm@stestonengineers.com | Hannah Pheasant | Hannah.pheasant@usdoj.gov |
| SWRCB | waterrights@waterboards.ca.gov | Marilyn Levin | Marilyn.levin@doj.ca.gov |
| Eloise Berryman | eloise.berryman@waterboards.ca.gov | Michael Zarro | Michael.zarro@doj.ca.gov |
| Larry McKenney | Larry.mckenney@gmail.com | William Brunick | bbrunick@bmklawplc.com |
| Stephanie Burnside | gm@ranchorvr.com | | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 20, 2019

_____
DIANA MARTIN

3

REQUEST FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

## Attachment A

Anna Gale James
40275 Curry Court
Aguanga, CA  92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA  92028

Barbara Cole
40225 Curry Court
Aguanga, CA  92536

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA  90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA  92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA  96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA  92536

Diane Mannschreck
1600 Kiowa Avenue
Lake Havasu City, AZ  86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA  92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA  96833

James Markman, Esq.
Richards, Watson  Gershon
P.O. Box 1059
Brea, CA  92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA  92536

John S. Wilson
14205 Minorca Cove
Del Mar, CA  92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA  94117

Michael J. Machado
P.O. Box 391607
Anza, CA  92539

Pamela M. Machado
P.O. Box 391607
Anza, CA  92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA  92014-2932

Robert Mannschreck
1600 Kiowa Avenue
Lake Havasu City, AZ  86403

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA  92506

Cahuilla Band of Indians
52701 US Hwy 371
Anza, CA  92539

Patrick Barry, Esq.
US DOJ: Env. & Nat Resource Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Javin Moore, Superintendent
Bureau of Indian Affairs
U.S. Department of Interior
1451 Research Park Drive, #100
Riverside, CA  92507-2154

Doug Garcia
Bureau of Indian Affairs – Pacific Region
2800 Cottage Way
Sacramento, CA  95825

Charles Jachens, Regional Hydrologist
Bureau of Indian Affairs
Pacific Region
2800 Cottage Way, Room W-2821
Sacramento, CA  95825

Michael E. McPherson, Esq.
344 Plumosa Avenue
Vista, CA  92083

Chris Watson, Solicitor Office
U.S. Department of Interior
Division of Indian Affairs
1849 C Street NW – MS 6513
Washington, DC  20240

Noel Ludwig, Hydrologist
CA Desert District
Bureau of Land Management
22835 Calle San Juan de Los Lagos
Moreno Valley, CA  92553

Leslie Cleveland
US Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA  92590

Wesley R. Danskin
USGS – San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

US Department of Justice
Env. and Natural Resources Div.
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Superintendent
US Department of Interior
Bureau of Indian Affairs
1451 Research Park Drive
Riverside, CA  92507-2471

Bill Steele
US Bureau of Reclamation
27708 Jefferson Avenue, #202
Temecula, CA  92590

Lester J. Marston, Esq.
Law Offices of Rapport and Marston
405 West Perkins Street
Ukiah, CA  95482

Paul D. Jones, II
General Manager, Eastern MWD
PO Box 8300
Perris, CA  92572-8300

Keith Nobriga
Metropolitan Water District
PO Box 54153
Los Angeles, CA  90054-0153

Ray Lyons
Kennedy Jenks Consultants
3210 El Camino Real, Suite 150
Irvine, CA  92602-1365

Jeff Kirshberg
Rancho California Water District
Temecula, CA  92589-9017

John O'Hagen
CA SWRCB
Division of Water Rights
PO Box 2000
Sacramento, CA  95812

Robert A. Davis, Jr., Esq.
Davis & Wojcik
1001 East Morton Place, Suite A
Hemet, CA  92543

Bob Rinker
CA SWRCB
PO Box 2000
Sacramento, CA  95812

Robert Mokhtarzadeh
US Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – MS 4637
Washington, DC  20240

Anthony Madrigal, Sr.
Cahuilla Band of Indians
899 Oakland Hills
Banning, CA  92220-5176

Assad Safadi
NRCE
131 Lilncoln Avenue, Sutie 300
Fort Collins, CO  80524

Ganesh Krishnamurthy
Elsinore Valley MWD
PO Box 3000
Lake Elsinore, CA  92530

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA  92501

Dr. Dennis Williams
GEOSCIENCE Support Services, Inc.
PO Box 220
Claremont, CA  91711

Raymond M. Mistica, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA  92501

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA  91604

Joel Heywood
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Christina Mokhtarzadeh
US Department of Interior – BIA
Branch of Water Resources
1849 C Street, NW – MS 4637
Washington, DC  20240

Cahuilla Band of Indians
PO Box 391760
Anza, CA  92539

John O. Simpson, Director
Water Resources Division
Box 555013
Marine Corps Base
Camp Pendleton, CA  92055-5013

Robert H. James, Esq.
3668 Katie Lendre Drive
Fallbrook, CA  92028

Nicolette Jonkhoff
EPA Manager
Ramona Band of Cahuilla Indians
PO Box 391372
Anza, CA  92539

Pamela Walls, Esq.
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA  92501

Todd Shibata
Riverside County Waste Management
14310 Frederick Street
Moreno Valley, CA  92553

James P. Bryson, P.G.
ARCADIS US, Inc.
320 Commerce, Suite 200
Irvine, CA  92602

Bob Pierotti, Chief
Resources Assessment Branch
CA DWR
770 Fairmont Avenue, Suite 102
Glendale, CA  91203-1035

Dan Bartu
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

David DePoy
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Greg Seaman
Water Resources Division
Marine Corps Base, Box 555013
Camp Pendleton, CA  92055-5013

Counsel Western Bases
PO Box 555231
Marine Corps Base – Bldg. 1254
Camp Pendleton, CA  92055-5231q

Paul R. Boughman
Western Area Counsel Office
Box 55231, Bldg. 1254
Marine Corps Base
Camp Pendleton, CA  92055-5231

Stephen B. Reich
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Jean Moranh
Stetson Engineers, Inc.
785 Grand Avenue, Suite 202
Carlsbad, CA  92008

Molly Palmer
Stetson Engineers, Inc.
2171 E. Francisco Blvd., Suite K
San Rafael, CA  94901

Michael Wright
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Scott Patterson
USGS
South Poway Field Office
12110 Tech Center Drive
Poway, CA  92064

Matthew K. Landon
United States Geological Survey
San Diego Projects Office
4165 Spruance Road, Suite 200
San Diego, CA  92101

Paul D. Jones, General Manager
Eastern Municipal Water District
PO Box 8300
Perris, CA  92572-8300

Charles Bachmann
Eastern Municipal Water District
PO Box 8300
Perris, CA  92572-8300

Michele Buriss
Eastern Municipal Water District
PO Box 8300
Perris, CA  92572-8300

Kelley Gage
Eastern Municipal Water District
2270 Trumble Road
Perris, CA  92570

Khos Ghaderi
Eastern Municipal Water District
PO Box 8300
Perris, CA  92572-8300

Zandro Mallari
Eastern Municipal Water District
PO Box 8300
Perris, CA  92572-8300

Steven P. O-Neill, Esq.
Lemieux & O'Neill
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA  91362

General Manager
Elsinore Valley MWD
PO Box 3000
Lake Elsinore, CA  92330

Jesus Gastelum
Elsinore Valley MWD
PO Box 3000
Lake Elsinore, CA  92330

Jack Bebee
Fallbrook Public Utility District
PO Box 2290
Fallbrook, CA  92088

Jeff Marchand
Fallbrook Public Utility District
PO Box 2290
Fallbrook, CA  92088

MaryLou Boultinghouse
Fallbrook Public Utility District
PO Box 2290
Fallbrook, CA  92088

Robert H. James, Esq.
Sachse, James & Lopardo
205 W. Alvarado
Fallbrook, CA  92028

Joseph Vanderhorst, Esq.
Assistant General Counsel
Metropolitan Water District
PO Box 54153
Los Angeles, CA  90054-0153

Heriberto F. Diaz, Esq.
Deputy General Counsel
Metropolitan Water District
PO Box 54153
Los Angeles, CA  90054-0153

Amy Dorado
Metropolitan Water District
Diamond Valley Lake, Field Office
33752 Newport Road
Winchester, CA  92596

Darwin Potter
Metropolitan Water District
Lake Skinner Section
33740 Borel Road
Winchester, CA  92596

Eagle Jones, Director
Pechanga Water Systems
PO Box 1477
Temecula, CA  92593

Marc Luker
Pechanga Band of Luiseño Indians
PO Box 1477
Temecula, CA  92593

Mark Macarro
Pechanga Tribal Spkesperson
Pechanga Band of Luiseño Indians
PO Box 1477
Temecula, CA  92593

Steve Bodmer, General Counsel
Pechanga Band of Luiseño Indians
Government Center
PO Box 1477
Temecula, CA  92593

Sally Triplett
Pechanga Band of Luiseño Indians
PO Box 1477
Temecula, CA  92593

Katherine Brossy, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Steve Larson
S. S. Papadopulos & Associates
7944 Wisconsin Avenue
Bethesda, MD  20814-3620

Joseph D. Hamilton
Tribal Chairman
Ramona Band of Cahuilla
PO Box 391670
Anza, CA  92539-1670

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA  98110

Eva Plajzer
Assistant General Manager
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Warren Back
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Craig Elitharp
Kennedy Jenks Consultants
Three Bettere World Circle, Suite 200
Temecula, CA  92590

John Rossi
General Manager
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Mike Luker
Pechanga Water Systems
PO Box 1477
Temecula, CA  92593

Donald P. Pongrace, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

Michael-Corey Hinton, Esq.
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564

General Manager
Rainbow MWD
3707 Old Highway 395
Fallbrook, CA  92088-9372

Manual Hamiilton
Ramona Band of Cahuilla
PO Box 391372
Anza, CA  92539

General Manager
Rancho Cal RV Resort OA
PO Box 214
AGuanga, CA  92536

Andy Webster
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Rich Ottolini
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Director
Riverside Co. Planning
4080 Lemon St., 9th Floor
Riverside, CA  92501

Jeffry D. Sims
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Louise Burke
Pechanga Band of Luiseño Indians
PO Box 1477
Temecula, CA  92593

Rodney B. Lewis, Esq.
Akin Gump Strauss Hauer & Feld
4035 E. Cathedral Rock Drive
Phoenix, AZ  85044

Eugene Franzoy
Franzoy Consulting, Inc.
8141 West Gelding Drive
Peoria, AZ  85381

Dennis Sanford, Board of Directors
Rainbow MWD
1493 Via Ladera
Rainbow, CA  92028

Curtis Berkey, Esq.
Berkey Williams
2030 Addison Street, Suite 410
Berkley, CA  94704

Jeffrey D. Armstrong, General Manager
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Mike Calvert
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Corey Wallace
Rancho California Water District
PO Box 9017
Temecula, CA  92589-9017

Jason Uhley
Riverside Co. Flood Control
1995 Market Street
Riverside, CA  92501

Tim Barr
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Karly Gaynor
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Fakhri Manghi
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Craig Miller
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Jean Perry
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Derek Kawaii
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Lisa Lemoine
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Brenda Dennstedt
Western MWD
14205 Meridian Parkway
Riverside, CA  92518

Marilyn Levin, Deputy AG
California Attorney General Office
300 South Spring Street, #1702
Los Angeles, CA  90013

Timothy Ross, Chief
Groundwater Section
CA Department of DWR
770 Fairmont Avenue, Sutie 102
Glendale, CA  91203-1035

Agri-Empire, Inc.
PO Box 490
San Jacinto, CA  92383

Larry Minor
PO Box 398
San Jacinto, CA  92581

Robert A. Davis, Jr., Esq.
Avis & Wojcik
1001 E. Morton Place, Suite A
Hemet, CA  92543

Victor H. Heimbach
VH Design
PO Box 428
Temecula, CA  92593

AVMAC
Attn:  Secretary
PO Box 391076
Anza, CA  92539

Elsa Barton
217 N. Palm
Hemet, CA  92543

Gregory B. Burnett
PO Box 391111
Anza, CA  92539

Carol J. Carson
Murrieta Six Cs, LLC
25471 Hayes Avenue
Murrieta, CA  92562

James Carter
Wild Horse Peak Vineyard Mountain
3719 South Plaza Drive
Santa Ana, CA  92704

Chambers Family Trust
c/o Thomas Montllor
910 N. Pacific Street, No. 38
Oceanside, CA  92054

Cindy and Andy Domenigoni
31851 Winchester Road
Winchester, CA  92596

Francis N. & Jean Domenigoni  F.T.
Domenigoni-Barton Properties
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA  92596

Michelle Staples, Esq.
Jackson Tidus
2030 Main Street, Suite 1200
Irvine, CA  92614

EG High Desert Properties, LLC
12881 Bradley Avenue
Sylmar, CA  91342

Randy Greenwald
6010 Wilshire Blvd., #500
Los Angeles, CA  90036

John R. Flocken, Esq.
Greenwald & Hoffman, LLP
1851 E. First Street, Suite 860
Santa Ana, CA  92705-4039

Jefrey A. Hoskinson, Esq.
Atkinson, Andelson, Loya, Ruud& Romo
20 Pacific, Suite 1100
Irvine, CA  92618

Harris Family
44444 Sage Road
Aguanga, CA  92536

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA  92562

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA  92562

Hill Springs Farms
c/o Mr. Rao Anne
PO Box 1946
Duarte, CA  91009

Zen-Kamata, LLC
c/o Soliton Tech
2635 N. First Street, Suite 213
San Jose, CA  95134

Lake Forest, LLC
41257 DeLuz Road
Fallbrook, CA  92028

Charles and Catherine Lee
44952 Vista Del Mar
Temecula, CA  92590

McMillan Farm Management
29379 Rancho California Rd. , Suite 201
Temecula, CA  92591-5210

Moon Valley Nursery
19820 N. 7th Street, #240
Phoenix, AZ  85024

Joseph A. Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road, #78
Warner Springs, CA  92086

Renee Konstantine
Grad Program & Field Stat. Coordinator
SDSU, Biology Department
5500 Campanile Drive, LS-104
San Diego, CA  92182-4614

Brian Strange
Val Verde Partners
104 Fifth Street
Encinitas, CA  92024

Norman Vanginkel
21136 Trailside Drive
Yorba Linda, CA  92887

Welburn Family Trust
40787 DeLuz Murrieta Road
Fallbrook, CA  92028

Dan Walsh
42551 Highway 79S
Aguanga, CA  92536

Lake Riverside Estates
Community Association
41610 Lakeshore Blvd.
Aguanga, CA  92536

Louidar
Munt Palomar Winery
33820 Rancho California Road
Temecula, CA  92591

Bertha Mendoza
35853 Calle Nopal
Temecula, CA  92592

Abraham Poladian
Bluebird Ranch
PO Box 1089
Fallbrook, CA  92088

William and Joan Rose
39985 Daily Road
Fallbrook, CA  92028

Serafina Holdings, LLC
40376 Sandia Creek Road
Fallbrook, CA  92028

Twin Creeks Ranch
c/o Chester Mason
PO Box 892378
Temecula, CA  92589

Alfred Varela
41125 DeLuz Road
Fallbrook, CA  92028

Wilson Creek Development
Wilson Creek Land Co.
PO Box 347
Aguanga, CA  92536

Art Kidman
Kidman Law, LLP
2030 Main Street, Suite 1300
Irvine, CA  92614

Gordon Lanik
PO Box 391273
Anza, CA  92539

Lovingier Family Trust
35490 Highway 79
Warner Springs, CA  92086

Frank Miller
Jane Grabowski-Miller
702 Sundance Drive
Verona, WI  53593

Pete and Dorothy Prestininzi
Bundy Canyon Super Storage
22460 Bundy Canyon Road
Wildomar, CA  92595

Clifford R. Ronnenberg
Sage Ranch Nursery
PO Box 574
Stanton, CA  90680

Stehly Famiily Holdings, LLC
13268McNally Road
Valley Center, CA  92082

Twin Legacy, LLC
c/o Robert Yanik
41750 Highway 79
Aguanga, CA  92536

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA  92028

William J. Brunick, Esq.
Brunick, McElhaney & Kennedy PLC
1839 Commercenter West
San Bernardino, CA  92408-3303

Watermaster  
Santa Margarita River Watershed  
PO Box 631  
Fallbrook, CA  92088

Archie D. McPhee  
40482 Gavilan Mountain Road  
Fallbrook, CA  92028

Mary E. Lee  
42010 Rolling Hills Drive  
Aguanga, CA  92536

Thomas C. Perkins  
7037 Gaskin Place  
Riverside, CA  92506

Flavia Kreig  
PO Box 716  
Aguanga, CA  92536

Les Harris  
44700 Sage Road – H  
Aguanga, CA  92536

Robert A. Krieger  
Krieger & Stewart  
3602 University Avenue  
Riverside, CA  92501

Joe Ornelas  
Quiet Oaks Mobile home Park  
26455 Paradise Valley Road  
Warner Springs, CA  92086

Mr and Mrs. Alfred Mori  
1936 Mancha Way  
Monterey Park, CA  91755

Michael Zarro, Dept. Atty General  
CA Office of the Attorney General  
300 South Spring Street, #1702  
Los Angeles, CA  90013