IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>Defendants. | Case No.: 51-1247-GPC-RBB<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL: ORDER** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant FALLBROOK PUBLIC UTILITY DISTRICT requests the following substitution of counsel:

Former Counsel of Record:

Martha Hadden Lennihan
Lennihan Law
6645 Garden Highway
Sacramento, CA 95837
Tel: (916) 799-4460
Email: mlennihan@lennihan.net

1

1 | **New Counsel of Record:**

2 | Jennifer L. Spaletta, Esq.
Spaletta Law, PC
3 | P.O. Box 2660
Lodi, CA  95241
4 | Tel: (209) 224-5568
Fax:  (209) 224-5589
5 | Email:  Jennifer@spalettalaw.com

6 | Defendant, FALLBROOK PUBLIC UTILITY DISTRICT, respectfully requests this substitution:

7 |

8 | Dated:   11/7/2019                                   FALLBROOK PUBLIC UTILITY DISTRICT

9 |

10 |                                                                 By:  */s/* Jack Bebee_____
                                                                                JACK BEBEE, General Manager

11 |

12 | I consent to this substitution:

13 | Dated:   11/8/2019                                  \_\_\_\_\_*/s/* Martha H. Lennihan_____
                                                                                MARTHA H. LENNIHAN

14 |

15 | I accept this substitution:

16 | Dated:   11/19/2019                                 SPALETTA LAW PC

17 |
                                                                 By:   \_\_*/s/* Jennifer L. Spaletta_____
18 |                                                                              JENNIFER L. SPALETTA
                                                                                Attorneys for Defendant
19 |                                                                              Fallbrook Public Utility District

20 |

21 |

22 |                                                **O R D E R**

23 |     The Requested Substitution of Counsel is hereby GRANTED.

24 | Dated:  December 2, 2019

25 |                                                                 _____
                                                                                Hon. Gonzalo P. Curiel
26 |                                                                              United States District Judge

27 |

28 |

2