

**FILED**

Dec 02 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ darcig     DEPUTY

WATERMASTER
SANTA MARGARITA RIVER WATERSHED
169 PARKSHORE AVE, SUITE 110
FOLSOM, CA 95630

November 21, 2019

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re:   *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
      Final Annual Watermaster Report for Water Year 2017-18

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2017-18.  Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on August 26, 2019, and comments and suggestions received were incorporated into the final report as appropriate.

Copies of this letter and the Annual Watermaster Report were provided on November 21, 2019, to the parties listed on the Watermaster distribution list provided below.  In addition, five copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA.  Five copies of the report have also been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be provided to any party requesting a copy.

The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service.  Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2017-18
November 21, 2019
Page 2 of 8

As indicated above the PDF file for the report is contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions, please do not hesitate to call.

Sincerely,

Michael J. Preszler

Michael J. Preszler, P.E.
Watermaster

MJP:rah
Enclosures
cc (w/ Hard Copy of Encl.): Honorable Ruben B. Brooks
   (w/ PDF Copy of Encl.): Distribution List – Attached

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2017-18
November 21, 2019
Page 3 of 8

Directions to download and view the Report has been delivered to:

Agri-Empire, Inc.
P. O. Box 490
San Jacinto, CA 92581

Andy and Cindy Domenigoni
33011 Holland Road
Winchester, CA 92596

Archie McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Booth
3883 Ridgemoor Drive
Studio City, CA 91604

Bluebird Ranch, c/o Abraham Poladian
P.O. Box 1089
Fallbrook, CA 92088

Chambers Family LLC
c/o Thomas Montllor
910 N. Pacific Street, Apt. # 38
Oceanside, CA 92054

Dan Walsh
42551 Highway 79S.
Aguanga, CA 92536

Director
Riverside Co. Planning
4080 Lemon Street, 9th Floor
Riverside, CA 92501

Elsa Barton
217 No. Palm
Hemet, CA 92543

Flavia Kreig
P.O. Box 716
Aguanga, CA 92536

Francis & Jean Domenigoni Trust
Domenigoni-Barton Properties; and
Domenigoni Brothers Ranch
33011 Holland Road
Winchester, CA 92596

General Manager
Elsinore Valley MWD
P.O. Box 3000
Lake Elsinore, CA 92530

Gregory P. Priamos
County of Riverside
Office of County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

Hill Springs Farms, LLC
P. O. Box 1946
Duarte, CA 91009

Jason Uhley
Riverside Co. Flood Control
1995 Market Street
Riverside, CA 92501

Joe Ornelas
Quiet Oaks Mobile Home Park
26455 Paradise Valley Road
Warner Springs, CA 92086

Kathy Unger
Hawthorn Water System
23866 Chelsea Way
Murrieta, CA 92562

Kenna Jones
Hawthorn Water System
25403 Edna
Murrieta, CA 92562

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2017-18
November 21, 2019
Page 4 of 8

Larry Minor
P.O. Box 398
San Jacinto, CA 92581

Les Harris
44700 Sage Road – H
Aguanga, CA 92536

Louidar
Mount Palomar Winery
33820 Rancho California Road
Temecula, CA 92591

Mark Shaffer
6837 NE New Brooklyn Road
Bainbridge Island, WA 98110

Mr. and Mrs. Alfred Mori
1936 Mancha Way
Monterey Park, CA 91755

Richard & Christine McMillan
Gary & Patricia McMillan
c/o McMillan Farm Management
29379 Rancho California Rd, # 201
Temecula, CA 92591-5210

Robert A. Krieger
Krieger & Stewart
3602 University Avenue
Riverside, CA 92501

Twin Creeks Ranch
c/o Chester Mason
P.O. Box 892378
Temecula, CA 92589

Wagner Family Trust
41128 DeLuz Road
Fallbrook, CA 92028

Western MWD
14205 Meridian Parkway
Riverside, CA 92518

Report has been electronically mailed to:

| | |
|---|---|
| Amy Dorado | adorado@mwdh2o.com |
| Andy Webster | webstera@ranchowater.com |
| Art Kidman | akidman@kidmanlaw.com |
| Assad Safadi | office@nrce.com |
| AVMAC | anzavalleymac@gmail.com |
| Bertha Mendoza | birdiemendoza@msn.com |
| Bob Pierotti, Chief | pierotti@water.ca.gov |
| Bob Rinker | Bob.Rinker@waterboards.ca.gov |
| Brenda Dennstedt | bag2bad@aol.com |
| Cahuilla Band of Indians, Vice Chairman | Vicechairman@cahuilla.net |
| Cahuilla Chairman | CHAIRMAN@CAHUILLA.NET |
| Chairperson | tribalcouncil@cahuilla.net |
| Charles Bachmann | bachmannc@emwd.org |
| Charles Jachens | charles.jachens@bia.gov |
| Christina Mokhtarzadeh | christina.mokhtarzadeh@bia.gov |
| Christopher Watson | christopher.watson@sol.doi.gov |
| Curtis Berkey | cberkey@berkeywilliams.com |

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2017-18
November 20, 2019
Page 5 of 8

| | |
|---|---|
| Daniel Bartu | daniel.bartu@usmc.mil |
| Darwin Potter | dpotter@mwdh2o.com |
| David DePoy | david.depoy@usmc.mil |
| Donald R. Pongrace Esq. | dpongrace@akingump.com |
| Doug Garcia | Doug.Garcia@bia.gov |
| Dr. Dennis Williams | dwilliams@geoscience-water.com |
| Eagle Jones | ejones@pechanga-nsn.gov |
| EG High Desert, c/o Isela Andrade | IAndrade@vallartasupermarkets.com |
| Eloise Berryman | eloise.berryman@waterboards.ca.gov |
| Erick Miller | emiller@aspectconsulting.com |
| Eugene Franzoy | franzoyconsulting@cox.net |
| Eva Plajzer | plajzere@ranchowater.com |
| EVWMD | margie@evmwd.net |
| Frank C. Miller | frank26954@gmail.com |
| Ganesh Krishnamurthy | gkrishnamurthy@evmwd.net |
| Gordon Lanik | alicialanik@gmail.com |
| Greg Burnett | burnettgv@yahoo.com |
| Gregory Seaman | gregory.g.seaman1@usmc.mil |
| Hannah Pheasant | hannah.pheasant@usdoj.gov |
| Hayden Hamilton | hhamilton@rainbowmwd.com |
| Heriberto F. Diaz | hdiaz@mwdh2o.com |
| Jack Bebee | jackb@fpud.com |
| Jack Easton | jeaston@riversandlands.org |
| James Gilpin | james.gilpin@bbklaw.com |
| James Markman | JMarkman@rwglaw.com |
| James P. Bryson, P.G. | James.bryson@arcadis.com |
| Jason Dafforn | jdafforn@evmwd.net |
| Javin Moore | javin.moore@bia.gov |
| Jean Moran | jeanm@stetsonengineers.com |
| Jeff Hoskinson | Jeff.Hoskinson@aalrr.com |
| Jeff Kishberg | kirshbergj@ranchowater.com |
| Jeff M. Marchand | jeff@fpud.com |
| Jeffrey D. Armstrong | armstrongj@ranchowater.com |
| Jesus Gastelum | jgastelum@evmwd.net |
| Jill N. Willis Esq. | Jill.Willis@bbklaw.com |
| John O. Simpson | john.o.simpson@usmc.mil |
| John O'Hagen | John.O'Hagen@waterboards.ca.gov |
| John Rossi, General Manager | jrossi@wmwd.com |
| Joseph D. Hamilton | jhamilton@ramona-nsn.gov |
| Katherine Brossy | kbrossy@akingump.com |
| Keith Nobriga | KNobriga@mwdh2o.com |
| Kelly Lawler | kelly.lawler@water.ca.gov |
| Lake Riverside Estates, c/o Robin Santillan | lrehoaoffice@gmail.com |
| Lee Leininger | lee.leininger@usdoj.gov |
| Leslie Cleveland | lcleveland@usbr.gov |
| Lester J. Marston, Esq. | marston1@pacbell.net |
| Marc Luker | mluker@pechanga-nsn.gov |
| Marilyn Levin | Marilyn.Levin@doj.ca.gov |

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2017-18
November 20, 2019
Page 6 of 8

| | |
|---|---|
| Mark Macarro c/o Sally Triplett | striplett@pechanga-nsn.gov |
| Mary Lou Boultinghouse | maryloub@fpud.com |
| Matthew Landon | landon@usgs.gov |
| Michael Powers | mpowers@rainbowmwd.com |
| Michael Wright | mtwright@usgs.gov |
| Michael Zarro, Deputy Atty. Gen. | Michael.Zarro@doj.ca.gov |
| Michael-Corey Hinton | mhinton@akingump.com |
| Michele Burris | burrism@emwd.org |
| Michelle Staples | mstaples@jacksontidus.law |
| Mike Luker | miluker@pechanga-nsn.gov |
| Molly Palmer | mollyp@stetsonengineers.com |
| Mr. Brian Strange | bstrange@vigilarellc.com |
| Nicolette Jonkhoff | njonkhoff@ramona-nsn.gov |
| Noel Ludwig | nludwig@blm.gov |
| Parag Kalaria | pkalaria@evmwd.net |
| Patrick Barry | Patrick.Barry@usdoj.gov |
| Paul Boughman | paul.boughman@usmc.mil |
| Paul Jones, General Manager | jonesp@emwd.org |
| Piero C. Dallarda | piero.dallarda@bbklaw.com |
| Rainbow MWD | engineering@rainbowmwd.com |
| Ray Lyons | raylyons@kennedyjenks.com |
| Raymond M. Mistica, Esq. | rmistica@rivco.org |
| Rich Ottolini | OttoliniR@ranchowater.com |
| Robert A. Davis, Jr., Esq. | rob@davisandwojcik.com |
| Robert H. James, Esq. | roberthjameslaw@gmail.com |
| Roger Doverspike | rkd@doverspikeassociates.com |
| Ryan Shaw | RShaw@wmwd.com |
| Scott Patterson | rspatter@usgs.gov |
| Serafina Holdings, LLC c/o Fabien Tremoulet | ftremoulet@me.com |
| Stephanie Burnside | gm@ranchorvr.com |
| Steve Larson | slarson@sspa.com |
| Steve M. Bodmer | sbodmer@pechanga-nsn.gov |
| Steven P. O'Neill | steve@lemieux-oneill.com |
| Steven Reich | stever@stetsonengineers.com |
| SWRCB | waterrights@waterboards.ca.gov |
| Tim Barr | tbarr@wmwd.com |
| Timothy Ross | timothy.ross@water.ca.gov |
| Todd Shibata | tshibata@co.riverside.ca.us |
| Tom Kennedy, General Manager | tkennedy@rainbowmwd.com |
| Twin Legacy | robert.organicdepotllc@yahoo.com |
| Victor Heimbach | vheimbach@verizon.net |
| William J. Brunick, Esq. | bbrunick@bmklawplc.com |
| Zandro Mallari | mallariz@emwd.org |
| Zen Kamata, c/o Minako Nakao | minako@solitonsys.com |