

# Santa Margarita River Watershed Major Water Purveyors

Case 3:51-cv-01247-JO-SBC  Document 5738-2  Filed 12/02/19  PageID.68914  Page 1 of 1

This exhibit is to be used for approximate purposes only. Not to be used for engineering, recording, or litigation purposes. No warranty of accuracy is implied or guaranteed.

**Legend**
- RCWD Service Area
- EMWD Service Area
- MCB-Camp Pendleton
- FPUD Service Area
- WMWD Service Area
- EVMWD Service Area
- Rainbow MWD Service Area
- USGS Station ID
- Santa Margarita River Watershed Boundary
- Indian Reservations

Note: The Western Municipal Water District Service Area also includes the Elsinore Valley Municipal Water District and portions of the Rancho California Water District.
The Eastern Municipal Water District Service Area also includes portions of the Rancho California Water District and Murrieta Division of the Western Municipal Water District.

Prepared by: Robert Heather  Date: 2018-09-14
Document Path: P:\SMRW Watermaster\Maps\Layout_1_Master