Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor,
Ramona Band of Cahuilla*



FILED
JAN 07 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**NOTICE OF TECHNICAL FAILURE**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept.: 2D<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Pursuant to Section 2(m) of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California, Plaintiff-Intervenor the Ramona Band of Cahuilla ("Ramona Band") hereby gives notice that it was unable to file the attached Joint Motion to Extend Stay and Declaration of Service on January 6, 2020, the day the stay of litigation expired because of a technical failure.

On January 6, 2020, Plaintiff-Intervenor the Ramona Band of Cahuilla, through its attorneys Berkey Williams LLP, attempted to file the Joint Motion to Extend Stay and Declaration of Service through the Court's CM/ECF website. Due to a technical failure, the filing could not be accomplished electronically. On January 7, a clerk in the Court's CM/ECF office instructed Plaintiff-Intervenor to file paper copies of the Joint Motion to Extend Stay and Declaration of Service along with a Notice of Technical Failure with the Clerk's office the same day via courier. The CM/ECF Clerk stated that he would advise the Clerk's office to accept the documents for filing. Plaintiff-Intervenor the Ramona Band of Cahuilla respectfully requests that the Joint Motion to Extend Stay be treated as filed on January 6, 2020.

Date: January 7, 2020

Respectfully submitted,

BERKEY WILLIAMS LLP

By: /s/Curtis G. Berkey
Curtis G. Berkey
2030 Addison Street, Suite 410
Berkeley, California 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,
Ramona Band of Cahuilla*

1

CIVIL NO.: 51-CV-1247-GPC-RBB