# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>      Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>      Defendants. | CIVIL NO.: 51-CV-1247-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>Date:  No Hearing Required<br>Time:  No Hearing Required<br>Dept:  2D<br><br>Hon. Gonzalo P. Curiel |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians, it is hereby ordered:

The motion is granted and the stay is extended until July 6, 2020.

**IT IS SO ORDERED**.

Dated: January 9, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge