## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 35 min.

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. United States of America (attorney Patrick Barry)

4. United States Bureau of Indian Affairs (attorney Douglas Garcia)

5. Hemet Unified School District (attorney Jeff Hoskinson)

6. State of California (attorney Michael Zarro)

7. County of Riverside (attorney Ronak Patel)

8. Michael J. Preszler, Watermaster (attorney William Brunick)

9. Greenwald Estate (attorney Paul Greenwald)

10. Individual landowners (attorney Tilden Kim)

An in-person settlement conference is set for **March 13, 2020**, at **9:00 a.m.** in Magistrate Judge Brooks's chambers. All parties and counsel shall be present at the conference. Settlement conference briefs shall be submitted to Magistrate Judge Brooks's chambers on or before **March 9, 2020**.

DATE: January 28, 2020            IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record