UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FEB 0 1 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

US POSTAGE PITNEY BOWES
ZIP 91950 $ 000.41
0000343406 JAN 31 2020

FILED
FEB 0 4 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY

MANNSCHRECK DIANE L
381 LAKE HAVASU AVE S UNIT A100
LK HAVASU CTY AZ 86403-4730

RETURN TO SENDER

92101>3806