UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
FEB 1 1 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY



PRESORTED
FIRST CLASS

$000.41



FORWARD TIME EXP RTN TO SEND
MANNSCHRECK ROBERT W
881 LAKE HAVASU AVE N UNIT A150
LK HAVASU CTY AZ 86403-4780

RETURN TO SENDER