Attorney for ANZA BASIN REPRESENTED LANDOWNER GROUP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 51-CV-01247-GPC-RBB |
| | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| RAMONA BAND OF CAHUILLA, et al. | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT B. TILDEN KIM has changed _____ names, _____ firms, __✓__ addresses, _____ phone numbers, and/or _____ fax numbers as follows.

Current contact information:

B. Tilden Kim (SBN: 143937)
Richards, Watson & Gershon
350 South Grand Avenue, Suite 3700
Los Angeles, CA 90071

DATED: February 13, 2020        Signature: _____

# CERTIFICATE OF SERVICE

I, Marcella Correa, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 1 Civic Center Circle, PO Box 1059, Brea, California 92822. On February 19, 2020, I served the within document(s) by using the CMECF system, which generated and transmitted a notice of electronic filing to the following CMIECF registrants described as

**NOTICE OF CHANGE OF ADDRESS**

Alice E. Walker; awalker@mmwclaw.com; dvitale@mmwclaw.com
Bill J. Kuenzinger: bkuenzinger@bdasports.com; rjones@bhsmck.com
Charles W. Binder; cwbinder@smrwm.org
Curtis G. Berkey; cberkey@abwwlaw.com
Daniel E. Steuer; dsteuer@mmwclaw.com; dvitale@mmwclaw.com
Daniel J. Goulding; jhester@mccarthyholthaus.com
David Leventhal; davelevlaw@yahoo.com
David Philip Colella; dcolella@flsd.com
Donald R. Timms; dontimms@san.it.com
F. Patrick Barry; Patrick.barry@usdoj.gov
Gary D. Leasure; gleasure@garydleasure.com
George Chakmakis; George@chakmakislaw.com
Gerald (Jery) Blank; gblank@san.IT.com; mary@geraldblank.sdcoxmail.com
Harry Campbell Carpelan; hcarpelan@redwineandsherrill.com
Herbert W. Kuehne, Marlene C. Kuehne; hwkuehne@pacbell.net
James B. Gilpin; james.gilpin@bbklaw.com
James Michael Powell; jpowellesq@gmail.com
Johnathan M. Deer; jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
John Christopher Lemmo; jl@procopio.com; laj@procopio.com
Joseph A. Vanderhorst; jvanderhorst@mwdh2o.com
Katie Brossy, kbrossy@akingump.com
Kevin Patrick Sullivan; ksullivan@pshlawyers.com; kstanis@pshlawyers.com
Lester J. Marston; marston1@pacbell.net
Linda Caldwell; goforthvillage2@yahoo.com
Marcia L. Scully; mscully@mwdh2o.com
Marilyn H. Levin; Marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Mary L. Fickel; mfickel@sampsonlaw.net; bsampson@sampsonlaw.net
Matthew L. Green; matthew.green@bbklaw.com; Amelia.mendez@bbklaw.com
Michael Duane Davis; Michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michele A. Staples; mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Patrick Grace Rosenberg; prosenberg@hnattorneys.com
Richard Alvin Lewis; Rlewis@RichardLewis.com
Robert J. James; bob@fallbrooklawoffice.com
Robert K. Jassoy; rjassoy@jayyoylaw.com
Robert K. Edmunds; robert.edmunds@bipc.com; lyndawest@bipc.com; sdtemp2@bic.com
Robert M. Cohen; rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com
Scott W. Williams; swilliams@abwwlaw.com
Steve Bodmer, sbodmer@pechanga-nsn.gov
Thomas C. Caldwell; goforthvillage2@yahoo.com

12663-0002\1488299v1.doc

-2-

Thomas C. Stahl: Thomas.Stahl@usdoj.gov
Timothy P. Johnson; tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Kosh; wkosha@koskalaw.com; alice.ross@cimlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on February 19, 2020, I caused to be served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

by depositing a copy in the United States mail at Brea, California, in an envelope with first class postage fully paid, addressed on the attached Service List:

_____Marcella Correa_____  *Marcella Correa* (Signature)
(Type or print name)

12663-0002\1488299v1.doc

## SERVICE LIST

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Mary E. Lee
42010 Rolling Hills Drive
Aguanga, CA 92536

Thomas Perkins
7037 Gaskin Place
Riverside, CA 92506

Carl Gage
Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
Carol Lueras
623 Beverly Boulevard
Fullerton, CA 96833

Robert Mannschreck
Diane Mannschreck
1600 Kiowa Avenue
Lake Havasu City, AZ 86403

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Michael J. Machado
Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

12663-0002\1488299v1.doc