## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE        Rptr.

Attorneys

Plaintiffs                                                Defendants

PROCEEDINGS:        ☐ In Chambers        ☐ In Court        ☐ Telephonic

At the request of the parties, the in-person settlement conference set for March 13, 2020 is vacated. The conference will be rescheduled once counsel have mutually agreed upon a new date.

DATE: March 12, 2020        IT IS SO ORDERED:        *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record