1  LESTER J. MARSTON
2  California State Bar No. 081030
   RAPPORT AND MARSTON
3  405 West Perkins Street
4  Ukiah, California 95482
   Telephone: 707-462-6846
5  Facsimile: 707-462-4235
6  Email: ljmarston@rmlawoffice.net

7  *Attorney for Plaintiff-Intervenor*
   *Cahuilla Band of Indians*
8

9            **UNITED STATES DISTRICT COURT**

10        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 51-CV-01247-GPC-RBB |
| Plaintiff, | |
| CAHUILLA BAND OF INDIANS, | **NOTICE OF CHANGE OF EMAIL ADDRESS** |
| Plaintiff-Intervenor, | |
| RAMONA BAND OF CAHUILLA, | |
| Plaintiff-Intervenor, | |
| v. | |
| FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

I am the attorney of record for the Plaintiff-Intervenor in the above-entitled case. I hereby notify the Court and all parties to this action that my business email address has changed.

My former business email address was: marston1@pacbell.net

My new business email address is: ljmarston@rmlawoffice.net

---

1
NOTICE OF CHANGE OF EMAIL ADDRESS [Case No. 51-CV-01247-GPC-RBB]

1 DATED: June 9, 2020

Respectfully Submitted,
RAPPORT & MARSTON

By:  /s/ *Lester J. Marston*
LESTER J. MARSTON
Attorney for *Plaintiff-Intervenor*

**CERTIFICATE/PROOF OF SERVICE**

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 405 West Perkins Street, Ukiah, CA 95482.

On June 9, 2020, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB:

**NOTICE OF CHANGE OF EMAIL ADDRESS**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

*B. Tilden Kim*: tkim@rwglaw.com; lpomatto@rwglaw.com

*Bill J. Kuenziger*: bkuenziger@bdasports.com; rjones@bhsmck.com

*Bryan D. Sampson*: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net

*Bruce Bernard*: bruce.bernard@usdoj.gov

*Curtis G. Berkey*: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com

*Daniel J. Goulding*: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com

*David Leventhal*: davelevlaw@yahoo.com

*David Philip Colella*: dcolella@flsd.com

*Donald R. Timms*: dontimms@san.rr.com

*F. Patrick Barry*: patrick.barry@usdoj.gov

*George Chakmakis*: george@chakmakislaw.com

*Gerald (Jerry) Blank*: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com

*Grant Alan Reader*: garlaw71@gmail.com

*Herbert W. Kuehne, Marlene C. Kuehne*: hwkuehne@pacbell.net

*James B. Gilpin*: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com

*James Michael Powell*: jpowellesq@gmail.com; info@mydebtorlaw.com

*John A. Karaczynski*: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com

*John Christopher Lemmo*: jl@procopio.com; laj@procopio.com

*Jonathan M. Deer*: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net

*Joseph Anthony Vanderhorst*: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com

*Kevin Patrick Sullivan*: ksullivan@sanlawyers.com; kstanis@sanlawyers.com

*Linda Caldwell*; *Thomas Caldwell*: goforthvillage2@yahoo.com

*Marilyn H. Levin*: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov

1  *Mary L. Fickel*: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
2  *Matthew L. Green*: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
3  *Michael Duane Davis*: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
4  *Michael G. Kerbs*: mkerbs@rhlaw.com; bschenkkan@rhlaw.com; tsosa@rhlaw.com
5  *Michael J. Preszler*: courtdocs@smrwm.org
   *Michele A. Staples*: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
6
7  *Patricia Grace Rosenberg*: prosenberg@hnattorneys.com
   *Paul Greenwald*: pegreenwald@peglaw.us
8  *Richard Alvin Lewis*: Rlewis@RichardLewis.com
9  *Robert H. James*: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
10 *Robert K. Edmunds*: robert.edmunds@bipc.com; lisa.largent@bipc.com
   *Robert M. Cohen*: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
11
12 *Steve Michael Bodmer*: sbodmer@pechanga-nsn.gov
   *Steven P. O'Neill*: soneill@omlolaw.com
13 *Thomas C. Stahl*: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
14 *Timothy P. Johnson*: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
15 *William K. Koska*: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfinn.com
16

17  I further certify that on June 9, 2020, I caused to be served the following document:
18
19  **NOTICE OF CHANGE OF EMAIL ADDRESS**

20  by depositing a copy in the United States mail at Ukiah, California, in an envelope with first class postage fully paid, addressed as follows:
21

22
23  Khyber Courchesne               Carl Gage                       Mary E. Lee
    1264 Page Street                40685 Tumbleweed Trail          42010 Rolling Hills Drive
    San Francisco, CA 94117         Aguanga, CA 92536               Aguanga, CA 92536
24
25  Carolyn Ellison                 Donna Gage                      Edward Lueras
    49975 Indian Rock               40685 Tumbleweed Trail          623 Beverly Blvd.
    Aguanga, CA 92536               Aguanga, CA 92536               Fullerton CA 96833
26
27  John Ellison                    Anna Gale James                 Carol Lueras
    49975 Indian Rock               40275 Curry Court               623 Beverly Blvd.
    Aguanga, CA 92536               Aguanga, CA 92536               Fullerton, CA 96833
28

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

James L. Markman
Richards, Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Briar McTaggart
1642 Merion Way, 40E
Seal Beach, CA 90740

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Archie D. McPhee
40482 Gavilan Mountain R
Fallbrook, CA 92028

I declare under penalty of perjury that the foregoing is true and correct; executed on June 9, 2020, at Ukiah California.

/s/ *Ericka Duncan*
ERICKA DUNCAN