MARCIA L. SCULLY, SBN 80648
CATHERINE M. STITES, SBN 188534
The Metropolitan Water District of Southern California
700 N. Alameda Street
Los Angeles, CA  90012
Telephone:  (213) 217-6000
Facsimile:  (213) 217-6890
Email: cstites@mwdh2o.com

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

*Exempt from filing fee pursuant to Gov't Code § 6103*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, a public service corporation of the State of California, et al.,<br><br>Defendants. | Case No.:  51-CV-1247-GPC-RBB<br><br>**DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S SUBSTITUTION OF ATTORNEY; ORDER**<br><br>Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

TO THE COURT AND TO ALL COUNSEL OF RECORD AND PARTIES HEREIN:

PLEASE TAKE NOTICE that pursuant to Local Rules 83.3(f)(2) of the Local Rules of Practice for the United States District Court for the Southern District of California, Defendant The Metropolitan Water District of Southern California ("Metropolitan") hereby substitutes Catherine M. Stites as attorney of record in the place of Heriberto F. Diaz and Joseph A. Vanderhorst.  Catherine M. Stites serves as the lead counsel for Metropolitan in the above-entitled matter.

| | |
|---|---|
| Catherine M. Stites<br>Chief Deputy General Counsel<br>The Metropolitan Water District of Southern California<br>700 North Alameda Street<br>Los Angeles, CA 90012 | Telephone: (213) 217-6533<br>Facsimile:  (213) 217-6890<br>E-mail: cstites@mwdh2o.com |

-1-

Metropolitan is represented by its in-house counsel. Heriberto F. Diaz and Joseph A. Vanderhorst have retired from Metropolitan. Please remove their names from the service list.

PLEASE TAKE FURTHER NOTICE THAT Marcia Scully and Catherine M. Stites will also remain as counsel of record for Metropolitan.

All further notices and copies of pleadings, papers, and other materials relevant to this matter should be directed to and served upon all counsel listed above.

DATED: June 18, 2020

THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
MARCIA L. SCULLY
CATHERINE M. STITES

By: /s/ Catherine M. Stites
      Catherine M. Stites

Attorneys for Defendant
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

## ORDER

IT IS SO ORDERED, the Court hereby orders the clerk to substitute Catherine M. Stites as attorney of record.

The clerk is hereby ordered to terminate Notices of Electronic Filing for Heriberto F. Diaz and Joseph A. Vanderhorst in this case.

Dated: _____

                Honorable Gonzalo P. Curiel
                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America, over the age of 18 years and not a party to the above-entitled action. My business address is 700 North Alameda Street, Los Angeles, California 90012.

On June 18, 2020, I electronically filed on behalf of The Metropolitan Water District of Southern California, the following document in the *United States of America v. Fallbrook Public Utility District, et al.*, Case No. 51-CV-1247-GPC-RBB:

**DEFENDANT THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S SUBSTITUTION OF ATTORNEY; ORDER**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

F Patrick Barry
patrick.barry@usdoj.gov

Curtis G Berkey
cberkey@berkeywilliams.com,mmorales@berkeywilliams.com

Bruce D. Bernard
bruce.bernard@usdoj.gov

Gerald (Jerry) Blank
gblank@san.rr.com,mary@geraldblank.sdcoxmail.com

Steve Michael Bodmer
sbodmer@pechanga-nsn.gov

Linda Caldwell
goforthvillage2@yahoo.com

Thomas Caldwell
goforthvillage2@yahoo.com

George Chakmakis
george@chakmakislaw.com

Robert M Cohen
rcohen@cohenburgelaw.com,vzareba@cohenburgelaw.com,wwendelstein@cohenburgelaw.com

David Philip Colella
dcolella@flsd.com

Michael Duane Davis
michael.davis@greshamsavage.com,teri.gallagher@greshamsavage.com

| | |
|---|---|
| 1 | Jonathan M Deer<br>jdeer@taflaw.net,jondeeresq@earthlink.net,gsuchniak@taflaw.net |
| 2 | |
| 3 | Heriberto F Diaz<br>hdiaz@mwdh2o.com |
| 4 | Heriberto Fortino Diaz<br>hdiaz@mwdh2o.com,zafable@mwdh2o.com |
| 5 | |
| 6 | Robert K Edmunds<br>robert.edmunds@bipc.com,lisa.largent@bipc.com |
| 7 | Elsinore Valley Municipal Water District<br>matthew.green@bbklaw.com |
| 8 | |
| 9 | Mary L. Fickel<br>mfickel@fickeldavislaw.com,rdavis@fickeldavislaw.com |
| 10 | James B Gilpin<br>james.gilpin@bbklaw.com,lynn.clark@bbklaw.com,lindsay.puckett@bbklaw.com |
| 11 | ,plajzere@ranchowater.com |
| 12 | Daniel J Goulding<br>dgoulding@qualityloan.com,jmolteni@qualityloan.com,awalker@qualityloan.com |
| 13 | |
| 14 | Matthew L Green<br>matthew.green@bbklaw.com,lisa.atwood@bbklaw.com |
| 15 | |
| 16 | Paul Evan Greenwald<br>pegreenwald@peglaw.us |
| 17 | Robert H James<br>bob@fallbrooklawoffice.com,deborah@fallbrooklawoffice.com |
| 18 | |
| 19 | Robert H. James<br>bob@fallbrooklawoffice.com |
| 20 | Timothy P. Johnson<br>tjohnson@johnson-chambers.com,cww@johnson-chambers.com |
| 21 | |
| 22 | John A Karaczynski<br>jkaraczynski@akingump.com,mhinton@akingump.com,jmeggesto@akingump.com,westdocketing@akingump.com,dpongrace@akingump.com |
| 23 | |
| 24 | Michael G Kerbs<br>mkerbs@rhlaw.com,bschenkkan@rhlaw.com,tsosa@rhlaw.com |
| 25 | B. Tilden Kim<br>tkim@rwglaw.com,lpomatto@rwglaw.com |
| 26 | |
| 27 | William K. Koska<br>wkoska@koskalaw.com,bill.koska@clmlawfirm.com,alice.ross@clmlawfirm.com |
| 28 | |

-4-

| | |
|---|---|
| 1 | Herbert W Kuehne<br>hwkuehne@pacbell.net |
| 2 | |
| 3 | Marlene C Kuehne<br>hwkuehne@pacbell.net |
| 4 | Bill J Kuenzinger<br>bkuenzinger@bdasports.com,rjones@bhsmck.com |
| 5 | |
| 6 | Mary E Lee<br>aguangalee@outlook.com |
| 7 | R. Lee Leininger<br>lee.leininger@usdoj.gov |
| 8 | |
| 9 | John Christopher Lemmo<br>jl@procopio.com,calendaring@procopio.com,barb.young@procopio.com |
| 10 | David Leventhal<br>davelevlaw@yahoo.com |
| 11 | |
| 12 | Marilyn H Levin<br>marilyn.levin@doj.ca.gov,MichaelW.Hughes@doj.ca.gov |
| 13 | Richard Alvin Lewis<br>Rlewis@RichardLewis.com |
| 14 | |
| 15 | M.E.M. Limited Partnership<br>prosenberg@hnattorneys.com |
| 16 | Lester John Marston<br>ljmarston@rmlawoffice.net,rapportandmarston@gmail.com,delabrissa@gmail.com |
| 17 | |
| 18 | Steven P O'Neill<br>soneill@omlolaw.com |
| 19 | |
| 20 | Donald R. Pongrace<br>dpongrace@akingump.com,kbrossy@akingump.com |
| 21 | James Michael Powell<br>jpowellesq@gmail.com,info@mydebtorlaw.com |
| 22 | |
| 23 | Michael J Preszler<br>courtdocs@smrwm.org |
| 24 | Rancho California Water District<br>james.gilpin@bbklaw.com |
| 25 | |
| 26 | Grant Alan Reader<br>garlaw71@gmail.com |
| 27 | Michael Roberts<br>cvrinc@earthlink.net |
| 28 | |

-5-

Case No. 51-CV-1247-GPC-RBB
METROPOLITAN'S SUBSTITUTION OF ATTORNEY; ORDER

| | |
|---|---|
| 1 | Michelle Roberts<br>cvrinc@earthlink.net |
| 2 | |
| 3 | Roman Catholic Bishop of San Bernardino<br>dcolella@flsd.com |
| 4 | Patricia Grace Rosenberg<br>prosenberg@hnattorneys.com |
| 5 | |
| 6 | Bryan D Sampson<br>bsampson@sampsonlaw.net,psampson@sampsonlaw.net |
| 7 | Jennifer Lynn Spaletta<br>jennifer@spalettalaw.com |
| 8 | |
| 9 | Thomas C. Stahl<br>Thomas.Stahl@usdoj.gov,efile.dkt.civ@usdoj.gov,CaseView.ECF@usdoj.gov,sandra.huston@usdoj.gov,Ginger.Stacey@usdoj.gov |
| 10 | |
| 11 | Michele A Staples<br>mstaples@jacksontidus.law,dtankersley@jacksontidus.law |
| 12 | Kevin Patrick Sullivan<br>ksullivan@sanlawyers.com |
| 13 | |
| 14 | The Metropolitan Water District of Southern California<br>hdiaz@mwdh2o.com |
| 15 | The Metropolitan Water District of Southern California<br>hdiaz@mwdh2o.com |
| 16 | |
| 17 | Donald R Timms<br>dontimms@san.rr.com |
| 18 | Joseph Anthony Vanderhorst<br>JVanderhorst@mwdh2o.com,GOsorio@mwdh2o.com |
| 19 | |
| 20 | Western Municipal Water District<br>andre.monette@bbklaw.com |

I further certify that on June 17, 2020 I served the following counsel of record and parties by depositing a copy in the United States mail at Los Angeles, California, in an envelope with first class postage fully paid, addressed as follows:

Cahuilla Band of Indians

Barbara Cole
33175 Temecula Pkwy Ste. A
Temecula, CA 92592-7300

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

-6-

| | |
|---|---|
| 1 | Eastern Municipal Water District |
| 2 | |
| 3 | Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| 4 | |
| 5 | John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 |
| 6 | |
| 7 | Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 |
| 8 | |
| 9 | Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 |
| 10 | |
| 11 | Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 |
| 12 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 |
| 13 | |
| 14 | Edward Lueras<br>623 Beverly Boulevard<br>Fullerton, CA 96833 |
| 15 | |
| 16 | Michael J. Machado<br>P O Box 391607<br>Anza, CA 92539 |
| 17 | |
| 18 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 |
| 19 | |
| 20 | Diane Mannschreck<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |
| 21 | |
| 22 | Robert Mannschreck<br>1600 Kiowa Ave<br>Lake Havasu City, AZ 86403 |
| 23 | |
| 24 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 |
| 25 | |
| 26 | |
| 27 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| 28 | |

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2020 at Los Angeles, California.

/s/ Maureen Boucher
Maureen Boucher