Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept.: 2D<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Band") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until January 6, 2021.  Under this Court's Order of January 9, 2019 (Docket No. 5741), the current stay will expire on July 6, 2020.  Counsel for the Tribes is authorized to state that the United States of America; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; and County of Riverside do not oppose the Tribes' request to extend the stay for 180 days.  The Watermaster supports extension of the stay.  Agri-Empire did not respond to the Tribes' request for its position on extending the stay.

Since the last joint motion to extend the stay, the settlement parties have focused their efforts principally on two remaining issues related to the agreement that does not include the land acquisition and economic development enterprise for the Cahuilla Band of Indians as part of the settlement.  Those issues are: 1) on what terms should the Tribes be authorized by the Settlement Agreement to export water beyond the geographic boundaries of the Anza Groundwater Basin and Cahuilla Groundwater Basin?; and 2) should the parties revise the schedule of water use cutbacks during water supply emergencies under the Groundwater Sustainability Plan in the Watermaster Rules and Regulations to reallocate the sharing of the burden of cutbacks?  The parties have agreed to model the effects of water use

1

CIVIL NO.: 51-CV-1247-GPC-RBB

cutbacks under various scenarios to provide a basis for further discussions about how such cutbacks should be structured.  Further, the Represented Landowners Group has agreed to provide substantive comments on the Cahuilla Band's revised export proposal within the next few weeks.  The parties have agreed to meet again by telephone on July 23 to continue these discussions.

In addition, substantial wordsmithing changes have been made to the Settlement Agreement in order to capture accurately the agreement and understandings that have been reached by the parties and their counsel.  Further, the Watermaster Rules and Regulations that will govern the administration of the Settlement Agreement have been revised to reflect the agreement of the parties.  These discussions are on-going.  Some progress has been achieved in elucidating the nature of the remaining disagreements, although the disruption of travel and stay-at-home orders related to COVID-19 concerns have hampered the parties' progress.  An extension of the stay will enable the settlement parties to continue to move toward final approval and submission of the settlement to the U.S. Department of the Interior and Congress for review and approval.

Since the last joint status report, the settlement parties met to work on the tasks identified above as follows:

January 16:     The parties held a telephonic meeting to discuss revisions to the Watermaster Rules and Regulations.

| | | |
|---|---|---|
| January 28: | | The parties held a telephonic meeting with U.S. Magistrate Judge Brooks. |
| February 18: | | The parties held a telephonic meeting to discuss the draft Watermaster Rules and Regulations. |
| June 26: | | The Tribes and the Federal Negotiation Team held a telephonic meeting to discuss outstanding issues. |
| June 29: | | Counsel for the Ramona Band of Cahuilla and counsel for the State of California discussed outstanding issues by telephone. |
| June 30: | | Counsel for the Ramona Band of Cahuilla and counsel for the Represented Landowners Group discussed outstanding issues by telephone. |
| July 6: | | The parties held a telephonic meeting to discuss export and sustainability cutback issues. |

The Tribes have nearly completed their proposals to the U.S. Department of the Interior for a federal financial contribution to the cost of implementing the settlement agreement. Because of COVID-19 restrictions, the completion of these proposals and the pace of these discussions with the Interior Department about a federal contribution have been delayed.

The settlement parties who have concurred with this request to extend the stay are committed to continuing these discussions and the settlement efforts as set forth in this Joint Motion to Extend the Stay. A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of litigation. A stay will facilitate progress toward a final Settlement Agreement and

entry of a Final Decree.  For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the concurrence of those settlement parties as noted, respectfully request that the stay of litigation be extended to January 6, 2021.

Date: July 6, 2020

Respectfully submitted,

BERKEY WILLIAMS LLP

By: /s/Curtis G. Berkey
Curtis G. Berkey
2030 Addison Street, Suite 410
Berkeley, CA  94704
Tel:  (510) 548-7070
Fax: (510) 548-7080
E-mail: cberkey@berkeywilliams.com

*Attorney for Plaintiff-Intervenor, Ramona Band of Cahuilla*

By: /s/Lester J. Marston
Lester J. Marston
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA  95482
Tel: (707) 462-6846
Fax: (707) 462-4235
E-mail: ljmarston@relawoffice.net

*Attorney for Plaintiff-Intervenor, Cahuilla Band of Indians*

4

CIVIL NO.: 51-CV-1247-GPC-RBB

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 2030 Addison Street, Suite 410, Berkeley, California, 94704.

On July 6, 2020, I electronically filed on behalf of the Ramona Band of Cahuilla the following document in <u>United States of America, et al.  v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1)   **JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim:  tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger:  bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson:  bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Bruce Bernard: bruce.bernard@usdoj.gov
Curtis G. Berkey:  cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal:  davelevlaw@yahoo.com
David Philip Colella:  dcolella@flsd.com
Donald R. Timms:  dontimms@san.rr.com
F. Patrick Barry:  patrick.barry@usdoj.gov
George Chakmakis:  george@chakmakislaw.com
Gerald (Jerry) Blank:  gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Herbert W. Kuehne, Marlene C. Kuehne:  hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski:  jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo:  jl@procopio.com; laj@procopio.com
Jonathan M. Deer:  jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan:  ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Lester John Marston: marston1@pacbell.net; rapportandmarston@gmail.com
Linda Caldwell; Thomas Caldwell:  goforthvillage2@yahoo.com
Marilyn H. Levin:  marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Marlene C. Kuehne: hwkuehne@pacbell.net
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green:  matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis:  michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michael G. Kerbs: mkerbs@rhlaw.com; bschenkkan@rhlaw.com; tsosa@rhlaw.com
Michael J. Preszler: courtdocs@smrwm.org
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Paul Evan Greenwald: pegreenwald@peglaw.us
Patricia Grace Rosenberg:  prosenberg@hnattorneys.com
Richard Alvin Lewis:  Rlewis@RichardLewis.com
Robert H. James:  bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds:  robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen:  rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Steven P. O'Neill:  soneill@omlolaw.com
Thomas C. Stahl:  Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
Timothy P. Johnson:  tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska:  wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on July 6, 2020, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING**

by depositing a copy in the United States mail at Berkeley, California, in an envelope with first class postage fully paid, addressed as follows:

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

John Ellison
49975 Indian Rock
Aguanga, CA 92536

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Mary E. Lee
42560 Rambling Land
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Michael J. Machado
P.O. Box 391607
Anza, CA 92539

Pamela M. Machado
P.O. Box 391607
Anza, CA 92539

Diane Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

Robert Mannschreck
1600 Kiowa Ave.
Lake Havasu City, AZ 86403

James L. Markman
Richards, Watson & Gershon
1 Civic Center Circle
P.O. Box 1059
Brea, CA 92822-1059

Briar McTaggart
1642 Merion Way, 40E
Seal Beach, CA 90740

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

Thomas C. Perkins
7037 Gaskin Place
Riverside, CA 92506

John S. Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 6, 2020, at Fresno, California.

*Gloria Coronado* (signature)
Gloria Coronado