# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

Attorneys

Plaintiffs                                Defendants

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☐ Telephonic

A telephonic attorneys-only settlement conference will be held on **August 4 2020, at 8:30 a.m.** Counsel for the United States is to set up the call.

DATE: July 7, 2020    IT IS SO ORDERED:    *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record