# WATERMASTER
## SANTA MARGARITA RIVER WATERSHED
169 Parkshore Drive, Suite 110
Folsom, California 95630
(916) 542-7895

July 14, 2020

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA  92101

Re:   U.S.A. v. Fallbrook Public Utility District, et al., Civil No. 51-cv-1247-GPC-RBB
      Final Annual CWRMA Report for Calendar Year 2019

Dear Judge Curiel:

        In accordance with Section 13 of the Cooperative Annual Water Resource Management Agreement (CWRMA), approved by the Court on August 20, 2002, the Watermaster has prepared the Annual CWRMA Report for Calendar Year 2019. The report was prepared in consultation with the CWRMA Technical Advisory Committee and has been approved by the signatory parties to the CWRMA.  Accordingly, please find the enclosed hard copy and CD containing the PDF files for the final Annual CWRMA Report for Calendar Year 2019.  Please make arrangements for posting the PDF files on the electronic docket.

        If you have any questions please do not hesitate to call.  Thank you.

Sincerely,

Michael J. Preszler, P.E.
Watermaster

MJP
Enclosures
cc (w/o Encls.):  Honorable Ruben B. Brooks
cc (w/ Electronic Copy of Encl.):  Distribution List

Honorable Gonzalo P. Curiel
Re:  Final Annual CWRMA Report for Calendar Year 2019
July 14, 2020
Page 2 of 2

Distribution List:

Jeffrey D. Armstrong
General Manager
Rancho California Water District
(armstrongj@ranchowater.com)

John O. Simpson, Director
Water Resources Division
Marine Corps Base Camp Pendleton
(john.o.simpson@usmc.mil)

Eva Plajzer, P.E., Assistant General Manager
Engineering and Operations and Maintenance
Rancho California Water District
(plajzere@ranchowater.com)

Daniel P. Bartu
Water Resources Division
Marine Corps Base Camp Pendleton
(daniel.bartu@usmc.mil)

Rich J. Ottolini
Water Operations Manager
Rancho California Water District
(ottolinir@ranchowater.com)

Paul R. Boughman, Esq.
Associate Counsel
Western Area Counsel Office
Marine Corps Base Camp Pendleton
(paul.boughman@usmc.mil)

James B. Gilpin, Esq.
Best, Best & Krieger
(james.gilpin@bbklaw.com)

R. Lee Leininger, Esq.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
(lee.leininger@usdoj.gov)

Dennis E. Williams
GEOSCIENCE Support Services Inc.
(dwilliams@gssiwater.com)

Stephen B. Reich
Stetson Engineers, Inc.
(stever@stetsonengineers.com)

Molly Palmer
Stetson Engineers, Inc.
(mollyp@stetsonengineers.com)

Michael T. Wright
USGS-San Diego Projects Office
(mtwright@usgs.gov)