**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 21 2020

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

$ 000.50

NIXIE        911    FE 1           0007/17/20
            RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD