UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JUL 21 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

JUL 21 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

FORWARD TIME EXP RTN TO SEND
MANNSCHRECK DIANE
581 LAKE HAVASU AVE N UNIT A106
LK HAVASU CTY AZ 86403-4780

RETURN TO SENDER