UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JUL 21 2020

JUL 2 1 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

FORWARD TIME EXP   RTN TO SEND
MANNSCHRECK ROBERT W
581 LAKE HAVASU AVE N UNIT A100
LK HAVASU CTY AZ 86403-4780

RETURN TO SENDER