**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 27 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY



JUL 24 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE        911   DE 1260      0007/22/20
          RETURN TO SENDER
        INSUFFICIENT ADDRESS
          UNABLE TO FORWARD
BC: 92101380620      *0852-02887-22-13