**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 27 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403



$ 000.65⁰

JUL 24 2020
RECEIVED
SOUTHERN DISTRICT OF CALIFORNIA

NIXIE       115 DE 0807/22/20
FORWARD TIME EXP    RTN TO SEND
MANNSCHRECK ROBERT W
581 LAKE HAVASU AVE N UNIT A106
LK HAVASU CTY AZ 86403-4720

RETURN TO SENDER