UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 27 2020
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

$ 000.65

JUL 24 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

FORWARD TIME EXP   RTN TO SEND
MANNSCHRECK DIANE C
561 LAKE HAVASU AVE N UNIT A100
LK HAVASU CTY AZ 86403-4780

RETURN TO SENDER