# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 25 min.

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1. Ramona Band of Cahuilla (attorney Curtis G. Berkey)
2. United States of America (attorney Patrick Barry)
3. United States Bureau of Indian Affairs (attorney Douglas Garcia)
4. Hemet Unified School District (attorney Jeff Hoskinson)
5. State of California (attorney Michael Zarro)
6. Michael J. Preszler, Watermaster (attorney William Brunick)
7. Greenwald Estate (attorney Paul Greenwald)
8. Individual landowners (attorney James Markman)

A telephonic attorneys-only settlement conference is set for **September 24, 2020**, at **8:30 a.m.** Counsel for the United States is to set up the call.

DATE: August 4, 2020   IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record