**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
AUG 03 2020

CLERK US DISTRICT COURT
AUG 03 2020
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

$ 000.65

NIXIE    910    DE 1    0007/27/20
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 92101380620    *0104-00585-21-41

Barbara Cole
40225 Curry Court
Aguanga, CA 92536