## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr.

Attorneys

Plaintiffs                                    Defendants

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☐ Telephonic

At the request of the parties, the telephonic attorneys-only settlement conference set for September 24, 2020, at 8:30 a.m. is vacated and rescheduled for **October 7, 2020, at 9:00 a.m.** Counsel for the United States is to set up the call.

DATE: September 22, 2020          IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record