## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC
UTILITY DISTRICT

Case No.:   51cv1247-GPC(RBB)

Time Spent:   35 min.

HON. RUBEN B. BROOKS            CT. DEPUTY VICKY LEE            Rptr.

### Attorneys

Plaintiffs                                      Defendants
Counsel listed below                            Counsel listed below

PROCEEDINGS:          ☐ In Chambers          ☐ In Court          ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following parties:

1.    Cahuilla Band of Indians (attorney Lester Marston)

2.    Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3.    United States of America (attorney Patrick Barry)

4.    United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.    Hemet Unified School District (attorney Jeff Hoskinson)

6.    State of California (attorneys Marilyn Levin, Michael Zarro)

7.    County of Riverside (attorney Ronak Patel)

8.    Michael J. Preszler, Watermaster (attorney William Brunick)

9.    Greenwald Estate (Paul Greenwald)

10.   Individual landowners (attorneys James Markman, Tilden Kim)

A telephonic attorneys-only settlement conference is set for **November 10, 2020**, at **9:00 a.m.** Counsel for the United States is to set up the call. A status brief shall be submitted to Judge Brooks's chambers at **efile_brooks@casd.uscourts.gov** by November 6, 2020.

DATE: October 7, 2020            IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record