STEVEN P. O'NEILL (SBN. 143075)
soneill@omlolaw.com
OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP
2659 Townsgate Road, Suite 226
Westlake Village, CA  91361
Telephone:  (805) 495-4770
Facsimile:   (805) 495-2787

Attorneys for Defendant
EASTERN MUNICIPAL WATER DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.,<br><br>            Defendants, | CASE NO.:  51-1247-GPC-RBB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE BE ADVISED** that effective immediately, the firm of OLIVAREZ MADRUGA LEMIUEX O'NEILL, LLP, counsel of record for Defendant EASTERN MUNICIPAL WATER DISTRICT, will change its address as follows:

OLIVAREZ MADRUGA LEMIUEX O'NEILL, LLP

2659 Townsgate Road, Suite 226

Westlake Village, CA 91361

The telephone and fax numbers remain the same.

DATED:  October 5, 2020          OLIVAREZ MADRUGA LEMIEUX O'NEILL

                                                    /s/ Steven O'Neill
By_____
STEVEN P. O'NEILL
Attorneys for Defendant
Eastern Municipal Water District

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is 2659 Townsgate Road, Suite 226, Westlake Village, CA 91361.

On October 5, 2020, I served a true and correct copy of the foregoing document entitled:

## NOTICE OF CHANGE OF ADDRESS

☒ Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

☒ **As Indicated on the following Service List, by Electronic Filing and Service Pursuant to General Rule Order 10-07:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

| | |
|---|---|
| Daniel J Goulding | dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com |
| Gerald (Jerry) Blank | gblank@san.rr.com, mary@geraldblank.sdcoxmail.com |
| Robert H James | bob@fallbrooklawoffice.com |
| Robert K Edmunds | robert.edmunds@bipc.com, lisa.largent@bipc.com |
| Thomas C Stahl | Thomas.Stahl@usdoj.gov, CaseView.ECF@usdoj.gov, Ginger.Stacey@usdoj.gov, efile.dkt.civ@usdoj.gov, sandra.huston@usdoj.gov |
| Robert M Cohen | rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com |
| Michael Duane Davis | michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com |
| John A Karaczynski | jkaraczynski@akingump.com, dpongrace@akingump.com, jfukai@akingump.com, jmeggesto@akingump.com, mhinton@akingump.com |

| | |
|---|---|
| William K. Koska | wkoska@koskalaw.com, alice.ross@clmlawfirm.com, bill.koska@clmlawfirm.com |
| Lester John Marston | marston1@pacbell.net, rapportandmarston@gmail.com |
| Bryan D Sampson | bsampson@sampsonlaw.net, psampson@sampsonlaw.net |
| B. Tilden Kim | tkim@rwglaw.com, lpomatto@rwglaw.com |
| Michele A Staples | mstaples@jacksontidus.law, dtankersley@jacksontidus.law, pgosney@jacksontidus.law |
| James B Gilpin | james.gilpin@bbklaw.com, lindsay.puckett@bbklaw.com, lynn.clark@bbklaw.com |
| Bill J Kuenzinger | bkuenzinger@bdasports.com, rjones@bhsmck.com |
| John Christopher Lemmo | jl@procopio.com, laj@procopio.com |
| Kevin Patrick Sullivan | ksullivan@sanlawyers.com, prussell@sanlawyers.com |
| Mary L. Fickel | mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com |
| Timothy P. Johnson | tjohnson@johnson-chambers.com, cww@johnson-chambers.com |
| Matthew L Green | matthew.green@bbklaw.com, lisa.atwood@bbklaw.com |
| F Patrick Barry | patrick.barry@usdoj.gov |
| Marilyn H Levin | marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov |
| Curtis G Berkey | cberkey@abwwlaw.com, mmorales@abwwlaw.com |
| Richard Alvin Lewis | Rlewis@RichardLewis.com |
| Patricia Grace Rosenberg | prosenberg@hnattorneys.com |
| Jonathan M Deer | jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net |
| David Philip Colella | dcolella@flsd.com |
| Alice E. Walker | awalker@mmwclaw.com, recept@mmwclaw.com |
| George Chakmakis | george@chakmakislaw.com |
| Joseph Anthony Vanderhorst | JVanderhorst@mwdh2o.com, GOsorio@mwdh2o.com |
| David Leventhal | davelevlaw@yahoo.com |
| James Michael Powell | jpowellesq@gmail.com, info@mydebtorlaw.com |
| Grant Alan Reader | garlaw71@gmail.com |
| Steve Michael Bodmer | sbodmer@pechanga-nsn.gov |
| Michael | courtdocs@smrwm.org |
| Donald R Timms | dontimms@san.rr.com |
| Linda Caldwell | goforthvillage2@yahoo.com |
| Thomas Caldwell | goforthvillage2@yahoo.com |

- 4 -

**NOTICE OF CHANGE OF ADDRESS**

| | |
|---|---|
| Herbert W Kuehne | hwkuehne@pacbell.net |
| Marlene C Kuehne | hwkuehne@pacbell.net |
| Martha H. Lennihan | mlennihan@lennihan.net |

☐  By Mail, in a sealed envelope, postage fully prepaid, addressed as follows:

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on October 5, 2020 at Westlake Village, CA.

| Maureen Tucker | /s/ Maureen Tucker |
|---|---|
| Printed Name | Signature |