UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
OCT 2 1 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403



NIXIE          910 NFE 1250  2010010/14
      RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD
BC: 92101380620        *4123-00486-14