**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

FORWARD TIME EXP     RTN TO SEND
COURCHESNE KHYBER
5535 BEAUMONT AVE
LA JOLLA CA 92037-7602

RETURN TO SENDER