

9. Greenwald Estate (Paul Greenwald)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
NOV 3 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE    911    DE    1260    0010/29/20
RETURN TO SENDER
VACANT
UNABLE TO FORWARD