WATERMASTER
SANTA MARGARITA RIVER WATERSHED
169 PARKSHORE AVE, SUITE 110
FOLSOM, CA 95630

November 25, 2020

Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
221 West Broadway, Suite 2190
San Diego, CA 92101

Re:   *U.S.A. v. Fallbrook Public Utility District, et al.,* Civil No. 51-cv-1247-GPC-RBB
Final Annual Watermaster Report for Water Year 2018-19

Dear Judge Curiel:

In accordance with Section II of the Order for the Appointment of a Watermaster, Powers and Duties, dated March 13, 1989 ("Order"); enclosed please find a hard copy and a CD containing the PDF files for the final Annual Watermaster Report for the Water Year 2018-19. Draft copies of this report were distributed to the Santa Margarita River Watershed Watermaster Steering Committee on September 3, 2020, and comments and suggestions received were incorporated into the final report as appropriate.

Copies of this letter and the Annual Watermaster Report were provided on November 25, 2020, to the parties listed on the Watermaster distribution list provided below. In addition, two copies of the report have been made available for inspection at the Fallbrook Public Utility District, 990 East Mission Road, Fallbrook, CA and Rancho California Water District, 42135 Winchester Road, Temecula, CA. Additionally, a copies of the report have also been made available at the Anza Station of the State Department of Forestry and Fire Protection, 56560 Highway 371, Anza, CA and the Hamilton School/Library in Anza, CA. The report will be provided to any party requesting a copy.

The Order notes that any party objecting to any portion of the Annual Watermaster Report may file written notice with the Court within 30 days of service. Objections must refer to the portion of the report that is objectionable and state specifically the grounds for the objections.

Honorable Gonzalo P. Curiel
Re: Final Annual Watermaster Report for Water Year 2018-19
November 25, 2020
Page 2 of 6

As indicated above the PDF file for the report is contained on the enclosed CD. Please make arrangements for posting the PDF files on the electronic docket.

If you have any questions, please do not hesitate to call.

Sincerely,

*Michael J. Preszler*

Michael J. Preszler, P.E.
Watermaster

MJP:rah
Enclosures
cc (w/ Hardcopy of Encl.):   Honorable Ruben B. Brooks and
Distribution List – Attached