# SANTA MARGARITA RIVER WATERSHED

# ANNUAL WATERMASTER REPORT

# WATER YEAR 2018-19

### UNITED STATES OF AMERICA
### V.
### FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.

### CIVIL NO. 51-CV-1247-GPC-RBB

MICHAEL J. PRESZLER, P.E.
WATERMASTER
169 PARKSHORE DRIVE, SUITE 110
FOLSOM, CA 95630
(916) 542-7895

**November 2020**

# Table of Contents

Page No.

SECTION 1 – SUMMARY ................................................................................................ 1
SECTION 2 - INTRODUCTION ....................................................................................... 5
   2.1   Background ........................................................................................................ 5
   2.2   Authority ............................................................................................................. 5
   2.3   Scope ................................................................................................................. 5
SECTION 3 - SURFACE WATER AVAILABILITY AND USE ......................................... 7
   3.1   Surface Flow ...................................................................................................... 7
   3.2   Surface Water Diversions................................................................................. 13
   3.3   Water Storage .................................................................................................. 13
SECTION 4 - SUBSURFACE WATER AVAILABILITY ................................................. 19
   4.1   General ............................................................................................................ 19
   4.2   Extractions ....................................................................................................... 19
   4.3   Water Levels .................................................................................................... 21
   4.4   Groundwater Storage ...................................................................................... 28
        4.4.1   Santa Margarita Groundwater Basin ........................................................ 28
        4.4.2   Murrieta-Temecula Groundwater Basin ................................................... 32
        4.4.3   Anza Groundwater Basin .......................................................................... 35
SECTION 5 - IMPORTS/EXPORTS ............................................................................... 37
   5.1   General ............................................................................................................ 37
   5.2   Water Year 2019 .............................................................................................. 41
   5.3   Water Years 1966 through 2019 ...................................................................... 41
   5.4   Lake Skinner ................................................................................................... 46
   5.5   Diamond Valley Lake ...................................................................................... 47
SECTION 6 - WATER RIGHTS...................................................................................... 49
   6.1   General ............................................................................................................ 49
   6.2   Appropriative Surface Water Rights ................................................................ 51
   6.3   FPUD Changes of Point of Diversion and Place of Use for Permit No. 11356.. 55
   6.4   Federal Reserved Water Rights for the Cahuilla and Ramona Indian
         Reservations .................................................................................................. 56
   6.5   Federal Reserved Water Rights for the Pechanga Indian Reservation ............. 57

6.6    California Statewide Groundwater Elevation Monitoring Program ..................... 58

6.7    Sustainable Groundwater Management Act ...................................................... 59

SECTION 7 - WATER PRODUCTION AND USE ........................................................ 61

   7.1    General ................................................................................................................ 61

   7.2    Water Purveyors ................................................................................................. 62

      7.2.1    Anza Mutual Water Company ...................................................................... 62

      7.2.2    Eastern Municipal Water District ................................................................. 65

      7.2.3    Elsinore Valley Municipal Water District ..................................................... 68

      7.2.4    Fallbrook Public Utility District ..................................................................... 68

      7.2.5    Lake Riverside Estates ................................................................................ 68

      7.2.6    Metropolitan Water District of Southern California ..................................... 69

      7.2.7    Rainbow Municipal Water District ............................................................... 69

      7.2.8    Rancho California Water District ................................................................. 69

      7.2.9    Western Municipal Water District ................................................................ 79

      7.2.10    U. S. Marine Corps Base Camp Pendleton ................................................ 80

      7.2.11    U. S. Naval Weapons Station Seal Beach, Detachment Fallbrook ............ 81

   7.3    Indian Reservations ........................................................................................... 81

      7.3.1    Cahuilla Indian Reservation ........................................................................ 82

      7.3.2    Pechanga Indian Reservation ..................................................................... 82

      7.3.3    Ramona Indian Reservation ....................................................................... 83

   7.4    Small Water Systems ........................................................................................ 83

   7.5    Irrigation Water Use .......................................................................................... 83

SECTION 8 - UNAUTHORIZED WATER USE ........................................................... 85

   8.1    General ............................................................................................................... 85

   8.2    Unauthorized Small Storage Ponds ................................................................. 85

   8.3    Rancho California Water District Water Use .................................................... 85

   8.4    Exportation of Treated Wastewater Derived from Native Waters ..................... 85

SECTION 9 - THREATS TO WATER SUPPLY ........................................................... 87

   9.1    General ............................................................................................................... 87

   9.2    High Nitrate Concentrations .............................................................................. 87

   9.3    Potential Overdraft Conditions .......................................................................... 88

   9.4    Salt Balance ....................................................................................................... 89

9.5   High Arsenic Concentrations ................................................................................ 91

9.6   High Fluoride Concentrations ............................................................................... 91

9.7   High Manganese Concentrations ......................................................................... 91

9.8   Quagga Mussel .................................................................................................... 92

9.9   Illegal Cannabis Grow Sites ................................................................................. 93

SECTION 10 - WATER QUALITY ..................................................................................... 95

10.1   Surface Water Quality ......................................................................................... 95

10.2   Groundwater Quality ........................................................................................... 95

SECTION 11 – COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT
.......................................................................................................................................... 101

11.1   General .............................................................................................................. 101

11.2   Required Flows ................................................................................................. 104

11.3   Water Quality .................................................................................................... 105

11.4   Monitoring Programs ......................................................................................... 105

11.5   Groundwater Model ........................................................................................... 107

SECTION 12 - FIVE YEAR PROJECTION OF WATERMASTER OFFICE ACTIVITIES
.......................................................................................................................................... 109

12.1   General .............................................................................................................. 109

12.2   Normal Tasks .................................................................................................... 109

12.3   Additional Tasks ................................................................................................ 109

12.4   Projected Expenditures ..................................................................................... 110

SECTION 13 - WATERMASTER OFFICE BUDGET ...................................................... 111

13.1   Comparison of Budget and Actual Costs for 2018-19 ...................................... 111

13.2   Proposed Budget for 2020-21 ........................................................................... 111

# LIST OF TABLES

Page No.

Table 3.1 Stream Gaging Stations ............................................................................................ 8

Table 3.2 Measured Surface Water Flow 2018-19 .................................................................. 9

Table 3.3 Surface Diversions to Storage for Vail Lake ......................................................... 14

Table 3.4 Surface Water Diversions to Storage for Lake O'Neill ........................................ 15

Table 3.5 Surface Water Diversions to Use ........................................................................... 16

Table 3.6 Surface Water in Storage ........................................................................................ 17

Table 4.1 Water Production by Substantial User .................................................................. 20

Table 4.2 Groundwater Storage at CPEN (Watermaster Office Method) ......................... 30

Table 4.3 Changes in Useable Groundwater Storage for the Lower Santa Margarita
River Basin (Groundwater Level Polygon Method) ............................................ 31

Table 4.4 Changes in Groundwater Storage Murrieta-Temecula Groundwater Basin
(Water Budget Method) .......................................................................................... 33

Table 4.5 Changes in Groundwater Storage Murrieta-Temecula Groundwater Basin
(Groundwater Level Method) ................................................................................ 34

Table 5.1 Storage in State Water Project and Colorado River Reservoirs ....................... 38

Table 5.2 Imports/Exports 2018-19 ......................................................................................... 42

Table 5.3 Total Dissolved Solids Concentration of Imported Water ................................. 43

Table 5.4 Imports/Exports 1966 through 2019 ..................................................................... 44

Table 6.1 Appropriative Water Rights, Permits and Licenses ........................................... 52

Table 6.2 Pre-1914 Appropriative Water Rights ................................................................... 54

Table 7.1 Water Production and Use ..................................................................................... 63

Table 7.2 Definitions of Water Use by Municipal Water Purveyors .................................. 64

Table 7.3 Water Deliveries to Temecula Valley Regional Water Reclamation Facility
Service Area .............................................................................................................. 67

Table 7.4 Rancho California Water District, Permit 7032 Operations ............................... 71

Table 7.5 Rancho California Water District, Rancho Division Return Flow Credits
2018-19 ....................................................................................................................... 73

Table 7.6 Rancho California Water District, Santa Rosa Division Return Flow Credits
2018-19 ....................................................................................................................... 74

Table 7.7 Percent Production From Younger Alluvium In Rancho California Water District Wells ............................................................................................... 77
Table 7.8 Rancho California Water District Well Production From Younger and Older Alluvium ........................................................................................................ 78
Table 10.1 Ranges in Average Daily Concentration of Dissolved Oxygen, pH, Specific Conductance and Temperature at Santa Margarita River Near Temecula ......... 96
Table 11.1 Monthly Summary of Required Flows, Discharges, Credits and Accounts, Cooperative Water Resource Management Agreement 2019 Calendar Year .. 102
Table 11.2 Monthly Summary of Required Flows, Discharges, Credits and Accounts, Cooperative Water Resource Management Agreement 2018 Calendar Year .. 103
Table 13.1 Comparison of Watermaster Budget and Actual Costs for 2018-19 .......... 112
Table 13.2 Proposed Watermaster Budget for 2020-21 .............................................. 113

# LIST OF FIGURES

Page No.

Figure 1.1 Local Production 2010 through 2019 .......................................................... 2
Figure 1.2 Imports 2010 through 2019 ......................................................................... 2
Figure 1.3 Total Production 2010 through 2019 ........................................................... 3
Figure 3.1 Annual Streamflow for Santa Margarita River Near Temecula ................... 11
Figure 3.2 Annual Precipitation for Wildomar Gage .................................................... 12
Figure 4.1 Water Level Elevations Well No. 8S/2W-12H1 ........................................... 21
Figure 4.2 Water Level Elevations Well No. 10S/4W-7J1 ........................................... 22
Figure 4.3 Water Level Elevations Well No. 7S/3W-20C9 .......................................... 23
Figure 4.4 Water Level Elevations Well No. 7S/3E-21G1 ........................................... 24
Figure 4.5 Water Level Elevations Pechanga Indian Reservation Wells ..................... 25
Figure 4.6 Water Level Elevations Well No. 6S/2W-9K .............................................. 26
Figure 4.7 Water Level Elevations Well No. 7S/3E-34E1S ......................................... 27
Figure 5.1 Storage in State Water Project 2010 through 2019 .................................... 39
Figure 5.2 Storage in Colorado River Reservoirs 2010 through 2019 ......................... 39
Figure 10.1 Total Dissolved Solids Concentration RCWD Well 8S/2W-12k ................. 97
Figure 10.2 Total Dissolved Solids Concentration Camp Pendleton Well 10S/4W-7A2 98
Figure 10.3 Nitrate Concentration Camp Pendleton Well 10S/4W-7A2 ....................... 99