Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
2030 Addison Street, Suite 410, Berkeley, CA 94704
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: NO HEARING REQUIRED<br>Time: NO HEARING REQUIRED<br>Dept.: 2D<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

CIVIL NO.: 51-CV-1247-GPC-RBB

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Band") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until July 6, 2021. Under this Court's Order of July 14, 2020 (Document 5752), the current stay will expire on January 6, 2021. Counsel for the Tribes are authorized to state that the United States of America; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; and County of Riverside support the Tribes' request to extend the stay for 180 days. Agri-Empire does not object to this joint motion to extend the stay. The Watermaster supports extension of the stay.

The Tribes are pleased to report that all outstanding substantive issues have been resolved among the representatives of the settlement parties, and that an agreement in principle has been reached on the Tribes' water rights claims. Since the last joint motion and report to the Court, the representatives of the settlement parties focused their efforts on two outstanding issues: 1) exportation of water beyond the geographic boundaries of the Anza Groundwater Basin and Cahuilla Groundwater Basin ("Basins"); and 2) a groundwater management plan that achieves sustainable groundwater production during times of drought or water shortage. The settlement parties have agreed on the terms of water export. That agreement has been reduced to writing, approved by the parties and added to the

1

draft settlement agreement. Further, the settlement parties have agreed in principle on the terms of the sustainable groundwater management plan during times of drought, which includes estimated water savings from a combination of changes in water use during designated stages of water scarcity and/or caps on the amount of water to be produced by the parties at particular stages. The Watermaster assisted the settlement parties in these discussions by providing models of projected water savings and impacts on water production at each stage, based on assumptions about future land and water use.

The next steps are to revise the draft settlement agreement to capture the settlement parties' understandings about the terms of resolution of these issues, and to accurately reflect the consensus on other issues previously resolved. Also, the Watermaster Rules and Regulations are being revised to address the myriad issues related to the implementation and administration of the draft settlement agreement and the Court's final judgment and decree. There are also a number of exhibits to the settlement agreement that need to be prepared by the settlement parties' technical consultants.

The representatives of the settlement parties must also present the final draft settlement agreement to their principals for review and approval. Discussions have regularly occurred regarding terms of settlement, but the principals must approve the final language of the agreement before it can be executed. For the Tribes, the

agreement will need to be approved by their Tribal Councils, and in the case of the Cahuilla Band, its General Council, which is comprised of the voting membership of the Band.  The United States Secretary of the Interior cannot sign the settlement agreement until authorized by Congress in the settlement legislation.

Following approval by the principals, the settlement parties will prepare the federal legislation that is necessary to authorize Department of the Interior approval, to make the changes in federal law necessary to implement the terms of the agreement and to authorize the federal contribution to the costs of implementation.  The settlement parties will also prepare a plan for securing congressional approval.  The Tribes have completed and submitted to the Department of the Interior their proposals for the federal financial contribution to the cost of implementing the settlement agreement.  Following congressional approval and satisfaction of the conditions set out in the agreement for finality of the agreement, the settlement parties will discuss revisions, if any, to the agreement that Congress required, and then request approval by this Court according to the terms of a proceeding to be determined.

Since the last joint status report, the settlement parties met by telephone on July 23, August 3, October 28, November 4, December 1, December 22 and January 5 to resolve the issues as discussed above.  The settlement parties are scheduled to meet again by telephone on January 12, 2021 to review the language

of the final settlement agreement.  The settlement parties also met by telephone with U.S. Magistrate Judge Ruben Brooks to discuss outstanding settlement issues on August 4 and October 7.  The parties are scheduled to meet telephonically with Judge Brooks again on January 13, 2021.  Judge Brooks' assistance has been invaluable in achieving a settlement in principle.  There have also been numerous discussions among smaller groups of settlement parties to advance the settlement process.

The settlement parties who have concurred with this request to extend the stay of litigation are committed to continuing the settlement efforts as set forth in this Joint Motion to Extend the Stay.  A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of protracted litigation.

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the support of those settlement parties as noted, respectfully request that the stay of litigation be extended to July 6, 2021.

Date:  January 6, 2021              Respectfully submitted,

BERKEY WILLIAMS LLP


By:  /s/Curtis G. Berkey
     Curtis G. Berkey
     2030 Addison Street, Suite 410
     Berkeley, CA  94704
     Tel: 510/548-7070

4

Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*


By: /s/Lester J. Marston
Lester J. Marston
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA  95482
Tel: (707) 462-6846
Fax: (707) 462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

## DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 430 D Street, Davis, CA 95616.

On January 6, 2021, I electronically filed on behalf of the Ramona Band of Cahuilla the following document in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1)      **JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Bruce Bernard: bruce.bernard@usdoj.gov
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Lester John Marston: ljmarston@rmlawoffice.net
Linda Caldwell; Thomas Caldwell: goforthvillage2@yahoo.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Marlene C. Kuehne: hwkuehne@pacbell.net
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michael G. Kerbs: mkerbs@rhlaw.com; bschenkkan@rhlaw.com; tsosa@rhlaw.com
Michael J. Preszler: courtdocs@smrwm.org
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Paul Evan Greenwald: pegreenwald@peglaw.us
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Steven P. O'Neill: soneill@omlolaw.com
Thomas C. Stahl: Thomas.Stahl@usdoj.gov; Ginger.Stacey@usdog.gov; efile.dkt.civ@usdoj.gov; sandra.huston@usdoj.gov
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on January 6, 2021, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING**

by depositing a copy in the United States mail at Davis, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Mary E. Lee<br>42560 Rambling Land<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 6, 2021, at Davis, California.

_Martha Morales_ (signature)
Martha Morales