## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

Attorneys

Plaintiffs                                          Defendants

PROCEEDINGS:     ☐ In Chambers     ☐ In Court     ☐ Telephonic

In view of the parties' Confidential Joint Status Report on Settlement Efforts submitted on January 7, 2021, the telephonic attorneys-only settlement conference set for January 13, 2021, at 9:00 a.m. is vacated and rescheduled for **April 6, 2021, at 9:00 a.m.** Counsel for the United States is to set up the call.

A status brief shall be submitted to Judge Brooks's chambers at efile_brooks@casd.uscourts.gov by March 30, 2021.

DATE: January 11, 2021     IT IS SO ORDERED:     _Ruben Brooks_
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record