UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



$000.41

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

FORWARD TIME EXP   RTN TO SEND
COURCHESNE KHYBER
5555 BEAUMONT AVE
LA JOLLA CA 92037-7603

RETURN TO SENDER