UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117



FORWARD TIME EXP   RTN TO SEND
COURCHESNE KHYBER
5555 BEADNOST AVE
LA JOLLA CA 90037-7683

RETURN TO SENDER