**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



Barbara Cole
33175 T[redacted]
Ste. A
Temec[redacted]

025   LTBAAAB

-R-T-S-   925524209-1N   01/25/21

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER
BOX CLOSED