**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Barbara Cole
33175 T
Ste. A
Teme

025    LTBAAAB

PRESORTED
FIRST CLASS

RETURN TO SENDER
BOX CLOSED

-R-T-S-   925 24209-1N          01/25/21

RETURN  TO  SENDER
UNABLE  TO  FORWARD
UNABLE  TO  FORWARD
RETURN  TO  SENDER