ROBERT S. BREWER, JR.
United States Attorney
THOMAS C. STAHL
Assistant United States Attorney
California State Bar No. 78291
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7767
Email: Thomas.stahl@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT,<br><br>            Defendants. | Case No. 51CV1247GPC-RBB<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my withdrawal as co-counsel in the above-captioned case.  Effective this date, <u>I am no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

**<u>Name</u>**

Thomas C. Stahl

Please feel free to call me if you have any questions about this notice.

        DATED: February 18, 2021.

                                        ROBERT S. BREWER, JR.
                                        United States Attorney

                                        s/ Thomas C. Stahl
                                        THOMAS C. STAHL
                                        Assistant United States Attorney