STEVE BODMER
Pechanga Office of General Counsel
P.O. Box 1477
Temecula, California 92593
Telephone: 951-770-6171
E-mail: sbodmer@pechanga-nsn.gov
*Attorney for Plaintiff-*
*Intervenor/Defendant*
*Pechanga Band of Luiseño Indians*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FALLBROOK PUBLIC UTILITY DISTRICT, *et al.*,<br>Defendants. | Case No. 51-01247-GPC-RBB<br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Temecula, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is P.O. Box 1477, Temecula, California 92593.

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of these documents via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(E). Any other counsel of record and parties will be served by first class mail on April 5, 2021.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 5, 2021, I placed with this office at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF PECHANGA BAND OF LUISEÑO MISSION INDIANS WATER SETTLEMENT ACT ENFORCEABILITY**

in a sealed envelope, postage fully paid, addressed as follows:

***See Attachment A***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 5, 2021, at Temecula, California.

Marcy Hernandez

# Attachment A

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506