# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED

JUN 0 9 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

JUN 0 9 2021

RECEIVED

John Ellison
49975 Indian Rock
Aguanga, CA 92536

910 NFE 1320S20C0006/06/21
FORWARD TIME EXP   RTN TO SEND
ELLISON SR
271 CHARLES MO
BILLINGS MO 65610-8246

RETURN TO SENDER

025   DTBAAAB 92536