**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



JUN 1 1 2021

CLERK, U.S. ...
...HERN D...



FILED

JUN 14 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

NIXIE        850  FE 1  260        0006/09/21
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 92101380620        *1879-02598-09-23

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403