# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT</u>

Case No.: 51cv1247-GPC(RBB)
Time Spent: 1 hour

<u>HON. RUBEN B. BROOKS</u>

Rptr.

**Attorneys**

<u>Plaintiffs</u>
Counsel listed below

<u>Defendants</u>
Counsel listed below

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys Patrick Barry, Douglas Garcia)
4. Hemet Unified School District (attorney Jeff Hoskinson)
5. State of California (attorney Marilyn Levin)
6. County of Riverside (attorney Ronak Patel)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Greenwald Estate (attorney Paul Greenwald)
9. Individual landowners (attorney James Markman)

A telephonic attorneys-only settlement conference is set for **<u>August 5, 2021</u>**, at **<u>9:00 a.m.</u>**  Counsel for the United States is to set up the call.

A separate telephonic attorneys-only settlement conference is set for **<u>July 28, 2021</u>**, at **<u>8:30 a.m.</u>** between Agri-Empire, Inc. and the Cahuilla Band of Indians.  Counsel shall participate in the conference by dialing in to the Court's teleconference line (dial in number 877-336-1829, access code 1944316).

DATE: <u>July 1, 2021</u>          IT IS SO ORDERED:

*Ruben B. Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record