Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
3750 Lakeshore Ave., Oakland, CA 94610
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-GPC-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept.: 2D<br><br>Hon. Gonzalo P. Curiel<br><br>**ORAL ARGUMENT NOT REQUIRED** |

CIVIL NO.: 51-CV-1247-GPC-RBB

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Tribe") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until January 6, 2022.  Under this Court's Order of January 7, 2021 (Document 5771), the current stay will expire on July 6, 2021.  The Tribes are authorized to state that the United States of America; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; and the County of Riverside support or do not oppose the Tribes' request to extend the stay for 180 days.  Agri-Empire did not response to the Tribes' request to support this Motion.  The Watermaster supports extension of the stay.  The Tribes are further authorized to state that U.S. Magistrate Judge Brooks, who has been assisting the settlement parties in the negotiations, supports a 180-day extension of the stay.

Since the last joint motion to extend the stay and report to the Court, the parties have focused on capturing in a written settlement agreement the terms and conditions of the agreement that has been reached among the settlement parties.  Since the last extension of the stay, the parties have conducted 23 telephonic/zoom conferences either as a whole group or between smaller subsets of parties.  Following the lifting of pandemic restrictions, the parties conducted one in-person meeting on June 29.  Four teleconferences were held with U.S. Magistrate Judge Brooks.

The final version of the settlement agreement is nearly complete, and the parties anticipate approving the final version, with one exception noted below, at their next telephonic meeting on July 16, 2021.  Some additional wordsmithing may be necessary before the agreement may be submitted to the governments, agencies and landowner defendants that must approve it before it can be signed. (The United States cannot sign the agreement unless and until authorized by Congress).  The parties anticipate that they will submit the agreement for review and approval along with the Watermaster Rules.  The Rules have been drafted, and the parties have reviewed and revised approximately one-third of the provisions. Agreement on the Watermaster's Rules and Regulations is also necessary for the parties to conclude a final settlement agreement.  That effort will also continue at the July 16 telephonic meeting.  The parties anticipate completing the Watermaster Rules by September 2021.

The parties believe that the only issue that may not be finally resolved in the coming weeks concerns the scope of claim waivers and releases in the settlement agreement.  Agreement on the scope of the tribal waivers is likely to require additional discussion and review by the U.S. Department of the Interior.  The Tribes and the United States do not expect this issue will inordinately delay completion of the final version of the settlement agreement.

The Tribes also expect to conduct discussions with officials at the Department on the federal financial contribution to implement the settlement. As previously noted, the Tribes have prepared separate proposals for funding of the projects necessary to implement and enforce the Tribes' federal reserved water rights under the agreement and final decree. Discussions with California State agencies regarding project-related issues have also begun.

As previously reported, the parties' technical consultants have formed a technical committee to work on the technical issues necessary to finalize the agreement and accompanying exhibits. During this last stay period, the committee met with the United States Geological Survey and the California Department of Water Resources to discuss USGS' work on developing a groundwater model that could be used by the Watermaster and the parties in administering the settlement agreement and final decree. Those discussions are on-going.

In addition, the Cahuilla Tribe has been meeting with Eastern Municipal Water District (EMWD), Metropolitan Water District and the Riverside County Local Agency Formation District to determine the process and costs for the Cahuilla Tribe to annex the proposed water project into EMWD's district service area. This quantification of costs is critical for determining the settlement amount the parties will be requesting from Congress. The Cahuilla Tribe has established a schedule for the additional meetings and completion of documentation that will be

necessary to quantify these costs and anticipates that this will be completed by mid-September.

To summarize, the settlement parties' plan for the coming months is to finalize the settlement agreement; resolve the scope of waivers issue; seek the necessary approvals for execution of the agreement; finalize the exhibits to the settlement agreement; and finalize the Watermaster Rules for administration.  At the same time, the Tribes and the U.S. Department of the Interior will undertake discussions regarding the federal financial contribution to the settlement. Following those discussions, the parties will draft federal legislation to authorize the United States to sign the agreement and to approve the settlement items as required by federal law and to authorize appropriations to cover the cost of implementation.

The settlement parties are committed to continuing the settlement efforts as set forth in this Joint Motion to Extend the Stay.  A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of protracted litigation.

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the support of the settlement parties, respectfully request that the stay of litigation be extended to January 6, 2022.

Date: July 6, 2021

Respectfully submitted,

BERKEY WILLIAMS LLP

By: /s/Curtis G. Berkey
    Curtis G. Berkey
    3750 Lakeshore Avenue
    Oakland, CA  94610
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com
    *Attorney for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

By: /s/Lester J. Marston
    Lester J. Marston
    RAPPORT AND MARSTON
    405 West Perkins Street
    Ukiah, CA  95482
    Tel: (707) 462-6846
    Fax: (707) 462-4235
    E-mail: ljmarston@rmlawoffice.net
    *Attorney for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

**DECLARATION OF SERVICE**

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 430 D Street, Davis, CA 95616.

On July 6, 2021, I electronically filed on behalf of the Ramona Band of Cahuilla the following document in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1) **JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Bruce Bernard: bruce.bernard@usdoj.gov
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
F. Patrick Barry: patrick.barry@usdoj.gov
George Chakmakis: george@chakmakislaw.com
Gerald (Jerry) Blank: gblank@san.rr.com; mary@geraldblank.sdcoxmail.com
Grant Alan Reader: garlaw71@gmail.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Lester John Marston: ljmarston@rmlawoffice.net
Linda Caldwell; Thomas Caldwell: goforthvillage2@yahoo.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Marlene C. Kuehne: hwkuehne@pacbell.net
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michael G. Kerbs: mkerbs@rhlaw.com; bschenkkan@rhlaw.com; tsosa@rhlaw.com
Michael J. Preszler: courtdocs@smrwm.org
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Paul Evan Greenwald: pegreenwald@peglaw.us
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Steven P. O'Neill: soneill@omlolaw.com
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on July 6, 2021, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING**

by depositing a copy in the United States mail at Davis, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Barbara Cole<br>40225 Curry Court<br>Aguanga, CA 92536 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Mary E. Lee<br>42560 Rambling Land<br>Aguanga, CA 92536 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 6, 2021, at Davis, California.

*Martha Morales*

_____
Martha Morales