**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JUL 16 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

John Ellison
49975 Indian Rock
Aguanga, CA 92536

92101>3806
025  FTBAAAB 92536

910 NFE 1260520C0007/13/21
FORWARD TIME EXP  RTN TO SEND
ELLISON SR
271 CHARLES RD
BILLINGS MO 65610-8246

RETURN TO SENDER