**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

JUL 1 6 2021

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

John Ellison
49975 Indian Rock
Aguanga, CA 92536



FORWARD TIME EXP RTN TO SEND
ELLISON SR
271 CHARLES RD
BILLINGS MO 65610-8246

RETURN TO SENDER