UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

JUL 16 2021

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

```
                              910 NFE 1260520C0007/13/21
                    FORWARD TIME EXP   RTN TO SEND
                    ELLISON SR
                    271 CHARLES RD
                    BILLINGS MO 65610-8246

                         RETURN TO SENDER
```

92101>3806
025   FTBAAAB 92536