UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

JUL 19 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE    591   DE   1260         0007/15/21
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD