UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





FILED
JUL 1 9 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD