**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 2 8 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE         911   OE  1           0807/22/21

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 92101380620      *0804-02046-13-17

92101>3806
025