**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JUL 28 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE       911  DE  1           0007/22/21

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 92101380620       *0804-02034-13-17

92101>3806
025