# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)

Time Spent:

HON. RUBEN B. BROOKS

Rptr.

Attorneys

Plaintiffs | Defendants

PROCEEDINGS:  ☐ In Chambers     ☐ In Court     ☐ Telephonic

The telephonic attorneys-only settlement conference set for July 28, 2021, at 8:30 a.m. between Agri-Empire, Inc. and the Cahuilla Band of Indians did not go forward as counsel failed to appear. The parties shall lodge either a joint or separate status briefs via email to **efile_brooks@casd.uscourts.gov** on or before August 3, 2021.

DATE: July 28, 2021

IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record