**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
AUG 09 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

John Ellison
49975 Indian Rock
Aguanga, CA 92536

025  FTBAAAB 92536

919 NFE 1260520C0007/31/21
FORWARD TIME EXP   RTN TO SEND
ELLISON SR
271 CHARLES RD
BILLINGS MO 65610-8246

RETURN TO SENDER