# Dr. Mary E. Lee

42560 Rambling Lane, Aguanga, CA 92536 | (951) 763-9644 | aguangalee@outlook.com

**FILED**

AUG 0 2 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

July 30, 2021

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

Re: Case Number 3:51-cv-01247-GPC-RBB

This letter is to update my mailing address. My previous mailing address was

> Mary E Lee
> 42010 Rolling Hills Drive
> Aguanga, CA 92536

My current address is

> Mary E Lee
> 42560 Rambling Ln
> Aguanga, CA 92536

Please send all future mail to my current address.

Thank you.

Sincerely,

Mary E. Lee, Ph.D.

Enc. E-mail from *efile_information@casd.uscourts.gov* dated July 28, 2021 8:37 AM.

**aguangalee@outlook.com**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Wednesday, July 28, 2021 8:37 AM |
| **To:** | efile_information@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:51-cv-01247-GPC-RBB United States of America v. Fallbrook Public Utility District Mail Returned |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of California**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2021 at 8:37 AM PDT and filed on 7/28/2021

**Case Name:**     United States of America v. Fallbrook Public Utility District
**Case Number:**   3:51-cv-01247-GPC-RBB
**Filer:**
**Document Number:** 5801

**Docket Text:**
**Mail Returned as Undeliverable re [5792] Order on Motion to Stay. Mail sent to Mary E. Lee. (bta)**

**3:51-cv-01247-GPC-RBB Notice has been electronically mailed to:**

Daniel J Goulding     dgoulding@qualityloan.com, awalker@qualityloan.com, jmolteni@qualityloan.com

Robert K. Edmunds     redmunds@parksandsolar.com, lisa.largent@bipc.com

Robert M Cohen     rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis     michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

William K. Koska     wkoska@koskalaw.com

Lester John Marston     ljmarston@rmlawoffice.net, delabrissa@gmail.com, rapportandmarston@gmail.com

Paul Evan Greenwald     pegreenwald@peglaw.us

Bryan D Sampson   bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim   tkim@rwglaw.com, lpomatto@rwglaw.com

Michele A Staples   mstaples@jacksontidus.law, dtankersley@jacksontidus.law

Michael G Kerbs   mkerbs@rhlaw.com, bschenkkan@rhlaw.com, tsosa@rhlaw.com

James B Gilpin   james.gilpin@bbklaw.com, dawn.yandel@bbklaw.com, jannine.south@bbklaw.com,
plajzere@ranchowater.com

Bill J Kuenzinger   bkuenzinger@bdasports.com, rjones@bhsmck.com

John Christopher Lemmo   jl@procopio.com, barb.young@procopio.com, calendaring@procopio.com

Kevin Patrick Sullivan   ksullivan@gdandb.com

Catherine M Stites   cstites@mwdh2o.com, mboucher@mwdh2o.com

Mary L. Fickel   mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson   tjohnson@bn-lawyers.com

Matthew L Green   matthew.green@bbklaw.com, lisa.atwood@bbklaw.com

F Patrick Barry   patrick.barry@usdoj.gov

Marilyn H Levin   marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey   cberkey@berkeywilliams.com, mmorales@berkeywilliams.com

Richard Alvin Lewis   Rlewis@RichardLewis.com

Patricia Grace Rosenberg   prosenberg@hnattorneys.com

Jonathan M Deer   jdeer@taflaw.net, gsuchniak@taflaw.net, jondeeresq@earthlink.net

David Philip Colella   dcolella@flsd.com

George Chakmakis   george@chakmakislaw.com

David Leventhal   davelevlaw@yahoo.com

James Michael Powell   jpowellesq@gmail.com, info@mydebtorlaw.com

Grant Alan Reader   garlaw71@gmail.com

Steve Michael Bodmer   sbodmer@pechanga-nsn.gov

Donald R. Pongrace   dpongrace@akingump.com, kbrossy@akingump.com

Steven P O'Neill   soneill@omlolaw.com

R. Lee Leininger    lee.leininger@usdoj.gov

Jennifer Lynn Spaletta    jennifer@spalettalaw.com

Donald R Timms    dontimms@san.rr.com

Mary E Lee    aguangalee@outlook.com

Linda Caldwell    goforthvillage2@yahoo.com

Thomas Caldwell    goforthvillage2@yahoo.com

Herbert W Kuehne    hwkuehne@pacbell.net

Marlene C Kuehne    hwkuehne@pacbell.net

Michael J Preszler    courtdocs@smrwm.org

**3:51-cv-01247-GPC-RBB Notice has been delivered by other means to:**

Cahuilla Band of Indians


Eastern Municipal Water District


Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Bruce D. Bernard
U.S. Department of Justice
999 18th St.
Suite 370
Denver, CO 80202

Carl Gage
40685 Tumbleweed Trail

Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Gerald Blank
Law Office of Gerald Blank
444 West C Street
Suite 200
San Diego, CA 92101-3589

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3012

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado
P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street
Suite 1
Fallbrook, CA 92028

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/28/2021] [FileNumber=15727555-
0] [a9e621838541e5bd6fa6ae08d9a5ffb1d8b316c62b029db4e8a5d54a09fe0e2d03
f6a0f742da58c293ae6e2d9b2198296f2217e233cfdc425367930df6bf74fa]]



NMP

SEC: 92101938863

FILED

JUN 2 8 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

NIXIE

*2832-04428-22-14

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

OFFICIAL BUSINESS

Mary E Lee
42010 Rolling Hills Drive
Aguanga, CA 92536