1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    Case No.:  51cv1247-GPC(RBB)

12                              Plaintiff,
                                                  **ORDER TO SHOW CAUSE**
13   RAMONA BAND OF CAHUILLA,
     CAHUILLA BAND OF INDIANS,
14

15                   Plaintiffs-Intervenors,
     v.
16
     FALLBROOK PUBLIC UTILITY
17   DISTRICT, et al.,

18                              Defendants.

19

20        Counsel for Agri-Empire, Inc., Robert Davis, Esq., has not participated in recent

21   proceedings in this case.  Mr. Davis did not appear for a telephonic attorneys-only

22   settlement conference scheduled for July 1, 2021.  (See Mins. July 1, 2021, ECF No.

23   5790.)  On July 28, 2021, he failed to dial in for a telephonic attorneys-only settlement

24   conference between Agri-Empire, Inc. and the Cahuilla Band of Indians.  (See Mins. July

25   28, 2021, ECF No. 5802.)  He then failed to lodge a status brief by August 3, 2021, as

26   directed by the Court in its July 28, 2021 minute order.  (See id.)  And on August 5, 2021,

27   he did not participate in a telephonic attorneys-only settlement conference set for 9:00

28   a.m.

                                                1

                                                                         51cv1247-GPC(RBB)

1  Counsel for Agri-Empire, Inc., Robert Davis, Esq., is **ORDERED** to appear before

2  the Honorable Ruben B. Brooks in the Edward J. Schwartz United States Courthouse,

3  333 West Broadway, Suite 5195, San Diego, California on **September 16, 2021**, at **9:30**

4  **a.m.** to show cause why sanctions should not be imposed for his failures to appear for the

5  telephone conferences on July 28, 2021, and August 5, 2021, and his failure to submit a

6  status report by August 3, 2021.  Mr. Davis shall file a response to the Order to Show

7  Cause by September 10, 2021.  After reviewing the Mr. Davis's response, the Court will

8  determine whether a personal appearance for the hearing on the Order to Show Cause is

9  still necessary.

10  The Court further **ORDERS** counsel for Agri-Empire and the Cahuilla Band of

11  Indians to confer so that a joint report is lodged with the Court on the status of their

12  clients' settlement in this case via email to efile_brooks@casd.uscourts.gov by

13  September 10, 2021.  If a joint report is not submitted by September 10, 2021, counsel

14  must each email separate status reports by September 10, 2021.

15  **IT IS SO ORDERED**.

16  Dated:  August 5, 2021

17  _____
    Hon. Ruben B. Brooks

18  United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2