# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT</u>

Case No.: 51cv1247-GPC(RBB)
Time Spent: 1 hour

<u>HON. RUBEN B. BROOKS</u>                              Rptr.

### Attorneys

<u>Plaintiffs</u>                                                 <u>Defendants</u>
Counsel listed below                                    Counsel listed below

PROCEEDINGS:   ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorney Curtis G. Berkey)
3. United States of America (attorneys Patrick Barry, Douglas Garcia)
4. Hemet Unified School District (attorney Jeff Hoskinson)
5. State of California (attorney Michael Zarro)
6. County of Riverside (attorney Ronak Patel)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Greenwald Estate (attorney Paul Greenwald)
9. Individual landowners (attorneys James Markman, Tilden Kim)

A telephonic attorneys-only settlement conference is set for **September 16, 2021**, at **10:00 a.m.** Counsel for the United States is to set up the call.

DATE: <u>August 5, 2021</u>        IT IS SO ORDERED:    *Ruben Brooks*
                                                                      Ruben B. Brooks,
                                                                      U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record