UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

AUG 0 9 2021

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE          910   DE  1260          7208/04/21
    RETURN TO SENDER
    UNDELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 92101380620        *2952-05011-04-27