UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

92101>3806
025   FTBAAAB 92592



FILED

DISTRICT COURT
DISTRICT OF CALIFORNIA
BY

NIXIE    911  DC 1            0008/05/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 92101380620    *2052-01997-05-10