OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

NIXIE         356   DE  1  00           0000/00/21
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 92101350620          *2472-01866-08-31

