UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
AUG 13 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**Carolyn Ellison**
49975 Indian Rock
Aguanga, CA 92536

92101>3806



```
                 930 NFE 1     520C0008/10/21
FORWARD TIME EXP     RTN TO SEND
ELLISON SR
271 CHARLES RD
BILLINGS MO 65610-8246
         RETURN TO SENDER
```

RECEIVED
AUG 12 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY