UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
AUG 13 2021

**Carolyn Ellison**
49975 Indian Rock
Aguanga, CA 92536

92101>3806

```
           930 NFE 1     520C0008/10/21
FORWARD TIME EXP     RTN TO SEND
ELLISON SR
271 CHARLES RD
BILLINGS MO 65610-8246
           RETURN TO SENDER
```


RECEIVED AUG 12 2021 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA