UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE    910  DE 1            0008/10/21
            RETURN TO SENDER
          INSUFFICIENT ADDRESS
             UNABLE TO FORWARD

BC: 92101360620    *2852-05370-10-15*

