UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
AUG 12 2021

**Briar McTaggart**
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE        910  DE 1              0008/10/21
           RETURN TO SENDER
         INSUFFICIENT ADDRESS
           UNABLE TO FORWARD

BC: 92101360620        *2852-05370-10-15*

