UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
AUG 13 2021

John Ellison
49975 Indian Rock
Aguanga, CA 92536

92101>3806

910 NFE 1    520C0008/10/21
FORWARD TIME EXP   RTN TO SEND
ELLISON SP
271 CHARLES RD
BILLINGS MO 63610-8246

RETURN TO SENDER

RECEIVED
AUG 12 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY