UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



John Ellison
49975 Indian Rock
Aguanga, CA 92536

92101>3806

910 NFE 1    520C0008/10/71
FORWARD TIME EXP   RTN TO SEND
ELLISON SP
271 CHARLES RD
BILLINGS MO 63610-8246
RETURN TO SENDER

