Case 3:51-cv-01247-JO-SBC   Document 5820   Filed 08/16/21   PageID.69848   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
AUG 1 6 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

NIXIE    910 DE 1    00/11/21
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 921013800526    *2652-03132-11-24



RECEIVED
AUG 1 3 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY