UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
AUG 1 6 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

NIXIE     919 DE 1     00 08/11/21
            RETURN TO SENDER
              UNCLAIMED
           UNABLE TO FORWARD
BC: 92101380026    *2652-03132-11-24

