UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
AUG 17 2021
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

**Diane Mannschreck**
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE            891   FE  1            0038/13/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101388620            *8094-04422-08-04

RECEIVED
AUG 16 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
BY