UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
AUG 17 2021

**Diane Mannschreck**
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE            891      FE  1                0008/13/21
              RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD

BC: 92101388628          *8094-04422-08-04

RECEIVED
AUG 16 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
BY