# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: August 16, 2021 |
|---|---|
| CASE NO. 51-cv-01247-GPC-RBB | DOC FILED BY: Patricia McPhee |
| CASE TITLE: United States of America v. Fallbrook Public Utility District | |
| DOCUMENT ENTITLED: Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

LR 5(1)(h) – Filer is not a party to the case.

Date Forwarded: **August 17, 2021**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: August 17, 2021

Hon. Gonzalo P. Curiel
United States District Judge