**FILED**
Aug 17 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ darcig DEPUTY

**Archie D. McPhee**
40482 Gavilan Mountain Road
Fallbrook, CA 92028

NUNC PRO TUNC
8/16/21

Case No: 51 CV 1247 - GPC (RBB)

Archie D. McPhee died January 20, 2021 from Covid 19. As his wife I have no idea what this case is about.

Patricia McPhee

Patricia J. McPhee
40482 Hamilton MT Rd
Fallbrook, CA 92028

SAN DIEGO CA 920
13 AUG 2021 PM 1 L

RECEIVED
AUG 16 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Office of the Clerk
333 West Broadway Suite 420
San Diego, CA 92101

92101-380520