UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED

AUG 2 0 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

RECEIVED
AUG 19 2021
CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**Khyber Courchesne**
1264 Page Street
San Francisco, CA 94117

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD