UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　　　Plaintiffs-Intervenors,<br>v.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 51cv1247-GPC(RBB)<br><br>**ORDER (1) VACATING ORDER TO SHOW CAUSE AND (2) SCHEDULING TELEPHONIC ATTORNEYS-ONLY CONFERENCE WITH AGRI-EMPIRE, INC. AND CAHUILLA BAND OF INDIANS** |

On August 5, 2021, the Court ordered counsel for Agri-Empire, Inc., Robert Davis, Esq., to appear on September 16, 2021, at 9:30 a.m. to show cause why sanctions should not be imposed for his failures to appear for telephone conferences held on July 28, 2021, and August 5, 2021, and his failure to submit a status report by August 3, 2021.  (See Order Show Cause 1-2, ECF No. 5807.)  The Court directed Mr. Davis to file a response to the Order to Show Cause by September 10, 2021.

The Court has since become aware that Mr. Davis does not appear on the court docket as counsel of record for Agri-Empire, Inc. and thus likely did not receive the Order to Show Cause or prior orders issued by the Court.  Accordingly, the Court

1

1 **VACATES** the Order to Show Cause hearing set for September 16, 2021, at 9:30 a.m.
2 Instead, the Court will convene a telephonic attorneys-only settlement conference
3 between Agri-Empire, Inc. and the Cahuilla Band of Indians on **September 30, 2021, at**
4 **8:30 a.m.**  Counsel for these parties shall meet and confer regarding the status of their
5 clients' settlement and submit a joint status report via email to
6 efile_brooks@casd.uscourt.gov by September 27, 2021.
7       The Clerk of Court is directed to serve this order upon counsel for Agri-Empire,
8 Inc. by email and U.S. mail to the following addresses:

    Robert A. Davis, Jr., Esq.
    Davis and Wojcik
    1 Better World Cir. #300
    Temecula, CA 92590

    Robert A. Davis, Jr., Esq.
    Davis and Wojcik
    1001 E. Morton Pl., Suite A
    Hemet, CA 92543

    rob@dw.law
    rob@davisandwojcik.com

18     **IT IS SO ORDERED**.
19 Dated:  September 14, 2021

         */s/ Ruben Brooks*
         Hon. Ruben B. Brooks
         United States Magistrate Judge