# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 40 min.

HON. RUBEN B. BROOKS

Rptr.

**Attorneys**

Plaintiffs — Counsel listed below

Defendants — Counsel listed below

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys Patrick Barry, Douglas Garcia)
4. Hemet Unified School District (attorney Jeff Hoskinson)
5. State of California (attorney Michael Zarro)
6. County of Riverside (attorney Ronak Patel)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Individual landowners (attorney James Markman)

A telephonic attorneys-only settlement conference is set for **November 2, 2021**, at **9:30 a.m.**  Counsel for the United States is to set up the call.

DATE: September 16, 2021            IT IS SO ORDERED:

*/s/ Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record
    Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)