

Santa Margarita River Watershed — Major Water Purveyors


