UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
OCT 06 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

RECEIVED
OCT 06 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

Barbara Cole
40225 Curry Court
Aguanga, CA 92536

NIXIE    916   FE 1266    0009/30/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD