# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 35 min.

HON. RUBEN B. BROOKS

Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:  ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. United States of America (attorneys Patrick Barry, Chris Watson, Douglas Garcia)

4. Hemet Unified School District (attorney Jeff Hoskinson)

5. State of California (attorney Michael Zarro)

6. County of Riverside (attorney Ronak Patel)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Greenwald Estate (Paul Greenwald)

9. Individual landowners (attorney James Markman)

10. Agri-Empire, Inc. (attorney Robert Davis)

A telephonic attorneys-only settlement conference is set for **December 14, 2021**, at **9:00 a.m.** Counsel for the United States is to set up the call.

DATE: November 2, 2021         IT IS SO ORDERED:

*Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
  All Parties of Record
  Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)