UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

RECEIVED NOV 08 2021 DISTRICT COURT DISTRICT OF CALIFORNIA DEPUTY

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street
Suite 1
Fallbrook, CA 92028

FORWARD TIME EXP   RTN TO SEND
ROBERT H JAMES ESQ
3668 KATIE LENDRE DR
FALLBROOK CA 92028-9045

FWD

RETURN TO SENDER