UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
7-3012

No Longer at this Address

9006783010 C046