**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





Barbara Cole

RETURN T' ... 'ER
BOX C      NIXIE      911   DC 1           0011/07/21
           RETURN TO SENDER
           NO MAIL RECEPTACLE
           UNABLE TO FORWARD

NMR   BC: 92101389620   *0304-03934-03-4D