UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

John Ellison
49975 Indian Rock
Aguanga, CA 92536

910 NFE 1    520C0011/05/21
FORWARD TIME EXP  RTN TO SEND
ELLISON SR
271 CHARLES RD
BILLINGS MO 65610-8246

FWD

RETURN TO SENDER