UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

FORWARD TIME EXP   RTN TO SEND
ELLISON SR
171 CHARLES RD
BILLINGS MO 65610-8246

RETURN TO SENDER