UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED