# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-GPC(RBB)
Time Spent: 40 min.

HON. RUBEN B. BROOKS       Rptr.

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorney Curtis G. Berkey)

3. United States of America (attorneys Patrick Barry, James Cooney, Chris Watson, Douglas Garcia)

4. Hemet Unified School District (attorney Jeff Hoskinson)

5. State of California (attorney Michael Zarro)

6. County of Riverside (attorney Ray Mistica)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Greenwald Estate (attorney Paul Greenwald)

9. Individual landowners (attorney James Markman)

10. Agri-Empire, Inc. (attorney Robert Davis)

The parties' draft settlement documents shall be submitted to Judge Brooks's chambers by **January 31, 2022**. A telephonic attorneys-only settlement conference is set for **March 3, 2022**, at **9:00 a.m.** Counsel for the United States is to set up the call.

DATE: December 14, 2021       IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Curiel
    All Parties of Record
    Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)