JAMES B. COONEY   (NEW MEXICO STATE BAR # 5602)
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044
Telephone: 202-514-5406
E-mail: james.cooney@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS<br><br>           Plaintiff-Intervenors,<br><br>vs.<br><br> FALLBROOK PUBLIC UTILITY DISTRICT,  *et al.*,<br><br>           Defendants. | Case No. 51-1247-GPC-RBB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES OF AMERICA ACTING IN ITS CAPACITY AS TRUSTEE FOR THE RAMONA BAND OF CAHUILLA AND THE CAHUILLA BAND OF INDIANS**<br><br>Hon. Gonzolo P. Curiel |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

Patrick Barry announced to the parties and the Court at the December 14, 2021 Status Conference that he has retired. Pursuant to Local Rule 83.3(f)(2), the undersigned attorney, James B. Cooney, hereby provides notice that he will replace Mr. Barry in this matter as the United States Department of Justice, Environmental and Natural Resources Division, Indian Resources Section counsel representing the United States of America, acting in its capacity as trustee for the Ramona Band of Cahuilla and the Cahuilla Band of Indians.  The United States

requests that the Court, the Watermaster, and the parties remove Mr. Barry from the service list and add Mr. Cooney to the service list.

Mr. Cooney's email address is: james.cooney@usdoj.gov. His mailing address and telephone number are set forth below:

> James B. Cooney
> US Department of Justice
> ENRD, Indian Resources Section
> P.O. Box 7611
> Ben Franklin Station
> Washington, D.C. 20004
> (202) 514-5406

RESPECTFULLY SUBMITTED,

Dated: January 5, 2022     **S/James B. Cooney**
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Indian Resources Section

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2022, I filed the foregoing *Notice of Substitution of Counsel for the United States of America Acting in its Capacity as Trustee for the Ramona Band of Cahuilla and the Cahuilla Band of Indians* with the Clerk of this Court using the CM/ECF system, which will transmit the foregoing filing to all counsel of record who have been deemed to have consented to service by electronic filing. I further certify that on this 5th day of January, 2022: (1) a copy of the foregoing was served by first class mail to all other counsel and parties at the addresses set forth below; and (2) pursuant to Local Rule 83.3(f)(2), a

1 | copy of the foregoing was served by first class mail to Patrick Barry at: 8409 Crowley Pl,
2 | Alexandria, VA 22308.
3 |
4 |     Gerald Blank
5 |     Law Office of Gerald Blank
    444 West C Street
6 |     San Diego, CA 92101-3589
7 |
8 |     Barbara Cole
9 |     33175 Temecula Pkwy, Ste. A
    Temecula, CA 92592-7300
10 |
11 |     Khyber Courchesne
    1264 Page Street
12 |     San Francisco, CA 94117
13 |     Carolyn Ellison
    49975 Indian Rock
14 |     Aguanga, CA 92536
15 |     John Ellison
    49975 Indian Rock
16 |     Aguanga, CA 92536
17 |
18 |     Carl Gage
    40685 Tumbleweed Trail
    Aguanga, CA 92536
19 |
20 |     Donna Gage
    40685 Tumbleweed Trail
21 |     Aguanga, CA 92536
22 |     Anna Gale James
    40275 Curry Court
23 |     Aguanga, CA 92536
24 |     Robert H. James
25 |     Sachse James & Lopoardo
    205 West Alvarado Street
26 |     Suite 1
    Fallbrook, CA 92028
27 |
28 |

```
 1    John A Karaczynski
      Akin Gump Strauss Hauer & Feld LLP
 2    2029 Century Park East
 3    Suite 2400
      Los Angeles, CA 90067-3012
 4
 5    Richard Alvin Lewis
      Law Offices of Richard A. Lewis
 6    20631 Ventura Boulevard
      Suite 304
 7    Woodland Hills, CA 91364
 8    Carol Lueras
      623 Beverly Blvd.
 9    Fullerton, CA 96833
10
      Edward Lueras
11    623 Beverly Blvd.
      Fullerton, CA 96833
12
13    Michael J Machado
      PO Box 391607
14    Anza, CA 92539
15    Pamela M Machado
      PO Box 391607
16    Anza, CA 92539
17
      Diane Mannschreck
18    1600 Kiowa Ave
      Lake Havasu City, AZ 86403
19
20    Robert Mannschreck
      1600 Kiowa Ave
21    Lake Havasu City, AZ 86403
22    James L. Markman
      Richards Watson & Gershon
23    1 Civic Center Circle
      PO Box 1059
24    Brea, CA 92822-1059
25
      Archie D. McPhee
26    40482 Gavilan Mountain Road
      Fallbrook, CA 92028
27
28
```

| | |
|---|---|
| 1 | Briar McTaggart |
|   | 1642 Merion Way, 40E |
| 2 | Seal Beach, CA 90740 |
| 3 | Thomas C Perkins |
|   | 7037 Gaskin Place |
| 4 | Riverside, CA 92506 |
| 5 | |
| 6 | |
|   | James Michael Powell |
| 7 | The Law Offices of James M. Powell |
|   | 1894 Commercenter Drive West |
| 8 | Suite 108 |
|   | San Bernadino, CA 92408 |
| 9 | |
| 10 | John S Wilson |
|   | 14205 Minorca Cove |
| 11 | Del Mar, CA 92014-2932 |
| 12 | Peggy Wilson |
|   | 14205 Minorca Cove |
| 13 | Del Mar, CA 92014-2932 |
| 14 | |
| 15 | Dated:  January 5, 2022       S/James B. Cooney |