Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
3750 Lakeshore Ave., Oakland, CA 94610
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-JO-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept.:<br><br>Hon. Jinsook Ohta<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiff-Intervenors the Cahuilla Band of Indians ("Cahuilla Tribe") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until July 6, 2022. Under this Court's Order of July 8, 2021 (Document 5792), the current stay will expire on January 6, 2022. The Tribes are authorized to state that the United States of America; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; and the County of Riverside (collectively "settlement parties") support the Tribes' request to extend the stay for 180 days. The Watermaster supports extension of the stay. Agri-Empire did not respond to the Tribes' request to concur in this Joint Motion. The Tribes are further authorized to state that U.S. Magistrate Judge Ruben Brooks, who has been assisting the settlement parties in the negotiations, supports a 180-day extension of the stay.

Since the last joint motion to extend the stay and report to the Court, the settlement parties have completed drafting of the Settlement Agreement, save for a few minor wordsmithing tasks, and the Watermaster Rules. During the last stay period, the parties conducted 20 telephonic or virtual conferences either as a whole group or among smaller subsets of parties. Five teleconferences were held with U.S. Magistrate Judge Ruben Brooks. The settlement parties will conduct a telephonic meeting on January 13, 2022, to finalize the settlement agreement and

1

exhibits.  By January 31, 2022, the settlement parties will submit a completed package of the settlement agreement, exhibits to the settlement agreement and the Watermaster Rules to U.S. Magistrate Judge Ruben Brooks for his confidential review and input.  To have a final Settlement Agreement all the parties' respective clients have to approve the settlement.  The attorneys have begun review and discussion of the settlement agreement and Watermaster Rules with their clients, and that process will continue in the coming weeks.

      The Tribes have begun the process of drafting the federal legislation necessary to authorize federal approval of the settlement agreement and to make the changes necessary to federal law in order to implement the agreement and convert it to a final judgment and decree.  Before the drafting can be completed, the Tribes and the U.S. Bureau of Reclamation ("BOR") must complete their evaluation of the feasibility and costs of the infrastructure projects to be included in the settlement and federal legislation.  This process has already begun and the BOR has completed one site visit to the Tribes' respective reservations.  The Tribes and the BOR are scheduled to meet again the week of January 10 for the purpose of gathering the additional information BOR needs to complete its evaluation process.

      The Tribes have met several times with Eastern Municipal Water District ("EMWD"), Metropolitan Water District and the Riverside County Local Agency

Formation District to determine the process and costs for the Cahuilla Tribe to annex the proposed water project into EMWD's district service area. In addition, the Tribes have had several meetings with Caltrans to obtain the rights-of-way documents necessary to determine the best trench location and costs for the construction of the water pipeline and pump stations for the water project. This quantification of costs is critical for determining the settlement amount the parties will be requesting from Congress.

In addition, the Cahuilla Tribe and Agri-Empire have finalized a real estate purchase agreement and escrow instructions for the Cahuilla's purchase of the Agri-Empire property called for in the Settlement Agreement. Agri-Empire has also provided the Tribe with the title documents necessary for the Tribe to prepare the land description exhibit to the Settlement Agreement dealing with the Agri-Empire purchase.

The settlement parties are committed to continuing the settlement efforts as set forth in this Joint Motion to Extend the Stay. A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of protracted litigation.

For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the support of the settlement parties, respectfully request that the stay of litigation be extended to July 6, 2022.

| | |
|---|---|
| Date: January 6, 2022 | Respectfully submitted, |
| | BERKEY WILLIAMS LLP |
| | |
| | By: /s/Curtis G. Berkey |
| | Curtis G. Berkey |
| | 3750 Lakeshore Avenue |
| | Oakland, CA 94610 |
| | Tel: 510/548-7070 |
| | Fax: 510/548-7080 |
| | E-mail: cberkey@berkeywilliams.com |
| | *Attorney for Plaintiff-Intervenor,* |
| | *Ramona Band of Cahuilla* |
| | |
| | By: /s/Lester J. Marston |
| | Lester J. Marston |
| | RAPPORT AND MARSTON |
| | 405 West Perkins Street |
| | Ukiah, CA 95482 |
| | Tel: (707) 462-6846 |
| | Fax: (707) 462-4235 |
| | E-mail: ljmarston@rmlawoffice.net |
| | *Attorney for Plaintiff-Intervenor,* |
| | *Cahuilla Band of Indians* |

# DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is 430 D Street, Davis, CA 95616.

On January 6, 2022, I electronically filed on behalf of the Ramona Band of Cahuilla the following document in <u>United States of America, et al. v. Fallbrook Public Utility District, et al.</u>, Case No. 51-cv-1247-GPC-RBB:

1) **JOINT MOTION TO EXTEND STAY**

by using the CM/ECF system, which generated and transmitted a notice of electronic filing to the following CM/ECF registrants:

B. Tilden Kim: tkim@rwglaw.com; lpomatto@rwglaw.com
Bill J. Kuenziger: bkuenziger@bdasports.com; rjones@bhsmck.com
Bryan D. Sampson: bsampson@sampsonlaw.net; b.sampson3@cox.net; mfickel@sampsonlaw.net; psampson@sampsonlaw.net
Bruce Bernard: bruce.bernard@usdoj.gov
Curtis G. Berkey: cberkey@berkeywilliams.com; mmorales@berkeywilliams.com
Daniel J. Goulding: dgoulding@qualityloan.com; jmolteni@qualityloan.com; srogato@qualityloan.com
David Leventhal: davelevlaw@yahoo.com
David Philip Colella: dcolella@flsd.com
Donald R. Timms: dontimms@san.rr.com
George Chakmakis: george@chakmakislaw.com
Grant Alan Reader: garlaw71@gmail.com
Herbert W. Kuehne, Marlene C. Kuehne: hwkuehne@pacbell.net
James Cooney: james.cooney@usdoj.gov
James B. Gilpin: james.gilpin@bbklaw.com; lisa.grennon@bbklaw.com; marta.stasik@bbklaw.com
James Michael Powell: jpowellesq@gmail.com; info@mydebtorlaw.com
John A. Karaczynski: jkaraczynski@akingump.com; dpongrace@akingump.com; jfukai@akingump.com
John Christopher Lemmo: jl@procopio.com; laj@procopio.com
Jonathan M. Deer: jdeer@taflaw.net; gsuchniak@taflaw.net; jondeeresq@earthlink.net
Joseph Anthony Vanderhorst: jvanderhorst@mwdh2o.com; gosorio@mwdh2o.com
Kevin Patrick Sullivan: ksullivan@sanlawyers.com; kstanis@sanlawyers.com
Lester John Marston: ljmarston@rmlawoffice.net
Linda Caldwell; Thomas Caldwell: goforthvillage2@yahoo.com
Marilyn H. Levin: marilyn.levin@doj.ca.gov; MichaelW.Hughes@doj.ca.gov
Marlene C. Kuehne: hwkuehne@pacbell.net
Mary L. Fickel: mfickel@fickeldavislaw.com; rdavis@fickeldavislaw.com
Mary Lee: aguangalee@outlook.com
Matthew L. Green: matthew.green@bbklaw.com; lisa.atwood@bbklaw.com
Michael Duane Davis: michael.davis@greshamsavage.com; terigallagher@greshamsavage.com
Michael G. Kerbs: mkerbs@rhlaw.com; bschenkkan@rhlaw.com; tsosa@rhlaw.com
Michael J. Preszler: courtdocs@smrwm.org
Michele A. Staples: mstaples@jdtplaw.com; dtankersley@jdtplaw.com; pgosney@jdtplaw.com
Paul Evan Greenwald: pegreenwald@peglaw.us
Patricia Grace Rosenberg: prosenberg@hnattorneys.com
Richard Alvin Lewis: Rlewis@RichardLewis.com
Robert H. James: bob@fallbrooklawoffice.com; deborah@fallbrooklawoffice.com
Robert K. Edmunds: robert.edmunds@bipc.com; lisa.largent@bipc.com
Robert M. Cohen: rcohen@cohenburgelaw.com; vzareba@cohenburgelaw.com; wwendelstein@cohenburgelaw.com
Steve Michael Bodmer: sbodmer@pechanga-nsn.gov
Steven P. O'Neill: soneill@omlolaw.com
Timothy P. Johnson: tjohnson@johnson-chambers.com; cww@johnson-chambers.com
William K. Koska: wkoska@koskalaw.com; alice.ross@clmlawfirm.com; bill.koska@clmlawfirm.com

I further certify that on January 6, 2022, I caused to be served the following document:

1) **NOTICE OF ELECTRONIC FILING**

by depositing a copy in the United States mail at Davis, California, in an envelope with first class postage fully paid, addressed as follows:

| | | |
|---|---|---|
| Khyber Courchesne<br>1264 Page Street<br>San Francisco, CA 94117 | Edward Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Briar McTaggart<br>1642 Merion Way, 40E<br>Seal Beach, CA 90740 |
| Carolyn Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Carol Lueras<br>623 Beverly Blvd.<br>Fullerton, CA 96833 | Barbara Cole<br>33175 Temecula Pkwy, Ste. A<br>Temecula, CA 92592-7300 |
| John Ellison<br>49975 Indian Rock<br>Aguanga, CA 92536 | Michael J. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | Thomas C. Perkins<br>7037 Gaskin Place<br>Riverside, CA 92506 |
| Carl Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Pamela M. Machado<br>P.O. Box 391607<br>Anza, CA 92539 | John S. Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Donna Gage<br>40685 Tumbleweed Trail<br>Aguanga, CA 92536 | Diane Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Peggy Wilson<br>14205 Minorca Cove<br>Del Mar, CA 92014-2932 |
| Anna Gale James<br>40275 Curry Court<br>Aguanga, CA 92536 | Robert Mannschreck<br>1600 Kiowa Ave.<br>Lake Havasu City, AZ 86403 | Archie D. McPhee<br>40482 Gavilan Mountain Road<br>Fallbrook, CA 92028 |
| Bruce D. Bernard<br>U.S. Department of Justice<br>999 18th St.<br>Suite 370<br>Denver, CO 80202 | James L. Markman<br>Richards, Watson & Gershon<br>1 Civic Center Circle<br>P.O. Box 1059<br>Brea, CA 92822-1059 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 6, 2022, at Davis, California.

_____
Martha Morales