1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiff-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-JO (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>Date:  No Hearing Required<br>Time: No Hearing Required<br>Dept: 4c<br><br>Hon. Jinsook Ohta |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiff-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians, the Court ORDERS that the joint motion is **GRANTED**.

//

1

CIVIL NO.: 51-CV-1247-JO (RBB)

1

2

3

The stay is hereby **EXTENDED** until July 6, 2022.

4

**IT IS SO ORDERED**.

5

Dated:  January 14, 2022

6

7

8

_____

Honorable Jinsook Ohta
United States District Judge

9

10

11

12

Cc:    All Counsel and parties without counsel

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL NO.: 51-CV-1247-JO (RBB)