UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JAN 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY



RECEIVED
JAN 18 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE    891   FE 1         0001/13/22
             RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD