**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JAN 1 9 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY



RECEIVED
JAN 1 8 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE     891   FE 1         0001/13/22
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 92101380620      *0394-06338-07-38