UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**Briar McTaggart**
1642 Merion Way 40E
Seal Beach, CA 90740



RECEIVED JAN 24 2022 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

FILED JAN 25 2022 DISTRICT COURT OF CALIFORNIA BY DEPUTY

NIXIE   910   DE 1           0001/21/22
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 9210138062Ø      *0304-02949-18-41