UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





**Robert H James**
Sachse James & Lopoardo
205 West Alvarado Street, Suite 1
Fallbrook, CA 92028



FORWARD TIME EXP   PTN TO SEND
ROBERT H JAMES ESQ
3668 KATIE LENDRE DR
FALLBROOK CA 92028-9045

RETURN TO SENDER