**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED
JAN 2 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

**John Ellison**
49975 Indian Rock
Aguanga, CA 92536

NIXIE            910 NE 1        22C0001/26/22
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 92101380620      *0304-02934-18-41