UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**
JAN 2 6 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

**RECEIVED**
JAN 2 5 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

Cahuilla Band of Indians,
Barbara Cole

RETURN TO SENDER
BOX CLOSED

NIXIE        911    OC  1             RR01/25/22
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 92101358020        *0504-02931-18-41