**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED
JAN 3 1 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FILED
JAN 3 1 2022
CLERK
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

SC: 92101380620   *0304-06336-07-38