## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)

Time Spent:

HON. RUBEN B. BROOKS

Rptr.

**Attorneys**

Plaintiffs | Defendants

PROCEEDINGS:  ☐ In Chambers   ☐ In Court   ☐ Telephonic

Upon the mutual agreement of counsel, the telephonic attorneys-only settlement conference set for March 3, 2022, at 9:00 a.m. is rescheduled for **March 8, 2022**, at **9:00 a.m.**  Counsel for the United States is to set up the call.

DATE: February 1, 2022     IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Ohta
   All Parties of Record
   Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)