UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED
FEB 07 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY



FILED
FEB 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street, Suite 1
Fallbrook, CA 92028

FORWARD TIME EXP RTN TO SEND
ROBERT H JAMES ESQ
3655 KATIE LENDRE DR
FALLBROOK CA 92028-9045

RETURN TO SENDER