## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)

Time Spent:

HON. RUBEN B. BROOKS

Rptr.

**Attorneys**

Plaintiffs — Counsel listed below

Defendants — Counsel listed below

PROCEEDINGS:  ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys James Cooney, Chris Watson)
4. Hemet Unified School District (attorney Jeff Hoskinson)
5. State of California (attorney Michael Zarro)
6. County of Riverside (attorney Ray Mistica)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Greenwald Estate (attorney Paul Greenwald)
9. Individual landowners (attorney James Markman)
10. Agri-Empire, Inc. (attorney Robert Davis)

The parties' revised draft settlement documents shall be submitted to Judge Brooks's chambers by **April 4, 2022**. A telephonic attorneys-only settlement conference is set for **April 19, 2022**, at **9:00 a.m.** Counsel for the United States is to set up the call.

DATE: March 8, 2022            IT IS SO ORDERED: *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Ohta
   All Parties of Record
   Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)