UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



FILED

MAR 1 7 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY



MAR 1 4 2022

SOU... ...S. DISTRICT COURT
...RICT OF CALIFORNIA
BY                        DEPUTY

**Robert H James**
Sachse James & Lopoardo
205 West Alvarado Street, Suite 1
Fallbrook, CA 92028

NIXIE          910 NFE 1        22C0003/11/22
            RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 92101380620     *0204-05721-09-42