UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE #2
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAR 21 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

No This Prisoner
Wrong add



Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD