**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAR 23 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Not At This Address*

SANTA CLARITA CA 913
15 MAR 2022 PM 4 L

Richard Alvin Lewis
Law Offices of Richard A. Lewis
20631 Ventura Boulevard, Suite 304
Woodland Hills, CA 91364

NIXIE          911   FE 1           0003/18/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101380620    *0294-05682-09-42