

ED STATES DISTRICT COURT
THERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
3 WEST BROADWAY, SUITE 420
AN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAR 24 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Francis Patrick
Department of Justice
PO Box 44378
Washington, DC

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101380620    *1052-01512-21-10