# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC
UTILITY DISTRICT

Case No.:   51cv1247-JO(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:        ☐ In Chambers        ☐ In Court        ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1.   Cahuilla Band of Indians (attorney Lester Marston)

2.   Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)

3.   United States of America (attorneys James Cooney, Chris Watson, Doug Garcia)

4.   Hemet Unified School District (attorney Jeff Hoskinson)

5.   State of California (attorney Michael Zarro)

6.   County of Riverside (attorney Ronak Patel)

7.   Michael J. Preszler, Watermaster (attorney William Brunick)

8.   Greenwald Estate (attorney Paul Greenwald)

9.   Individual landowners (attorneys James Markman, Tilden Kim)

10.  Agri-Empire, Inc. (attorney Robert Davis)

A joint status report shall be submitted to Judge Brooks's chambers via email to **efile_brooks@casd.uscourts.gov**
by May 10, 2022.  A telephonic attorneys-only settlement conference is set for **August 2, 2022**, at **9:00 a.m.**
Counsel for the United States is to set up the call.

DATE: April 19, 2022                    IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Ohta
    All Parties of Record
    Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)