

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

FILED
APR 26 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

OFFICIAL BUSINESS

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD