UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**
MAY 0 3 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

-R-T-S-   925922575-1N   04/29/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Cahuilla Band of Indians
Barbara Cole
33175 Temecula Pkwy, Ste
Temecula, CA 92592-7300

RETURN TO SENDER
BOX CLOSED

9259247300 R075