UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAY 0 3 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

RECEIVED
MAY 0 2 2022
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY                   DEPUTY

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD