

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
MAY 04 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED
MAY 03 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Not at this
          Address

**Richard Alvin Lewis**
Law Offices of Richard A. Lewis
20631 Ventura Boulevard, Suite 304
Woodland Hills, CA 91364

NIXIE         911    FE 1           0683/01/22
                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                  UNABLE TO FORWARD