

OFFICIAL BUSINESS

FILED
MAY 06 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
MAY 06 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Francis Patrick Barry
Depart
PO B
Washi