1  Michael J. Machado
   Pamela M. Machado
2  AKA; Pamela M. Bartholomew
   Pro Se Litigants
3  P.O. Box 391607
   Anza, CA  92539
   951-763-5514 hm, 951-551-4875 cell
4  951-763-5588 fax

FILED
MAY 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  GGV   DEPUTY

5

6               UNITED STATES DISTRICT COURT

7           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,       ) CIVIL CASE NO: 1247-SD-C
                                   ) No 51-cv-01247 LAB-RBB
10          Plaintiff,              )
                                   )
11 RAMONA BAND OF CAHUILLA, CAHUILLA) **X PARTE**
   BAND OF INDIANS,                )
12                                 ) **Regarding: Proposed Settlement**
                                   ) **Agreement**
13       Plaintiff Interveners,    )
                                   )
14 v.                              )
                                   )
15 MICHAEL J. MACHADO,             )
   PAMELA M. MACHADO,              )
16 AKA: PAMELA M. BARTHOLOMEW      )
                                   ) The Honorable Ruben B Brooks
17       Defendants                ) U.S. Magistrate Judge
                                   )
18 MICHAEL J. MACHADO,             )
   PAMELA M. MACHADO,              )
19 AKA: PAMELA M. BARTHOLOMEW      )
                                   )
20       Counter-Claimants         )
                                   )
21 v.                              )
                                   )
22 RAMONA BAND OF CAHUILLA, CAHUILLA)
   BAND OF INDIANS,                )
23                                 )
                                   )
24       Counter-Defendants,       )
                                   )
25

X PARTE - 1

Defendants respectfully request that the proposed Settlement Agreement subject to the ordered telephonic, attorneys only settlement conference, set for August 2, 2022, be released to the Defendants by order of this Court. Further, that all attorney client privilege, barring the release of the proposed Settlement Agreement, be set aside and the Settlement document in its entirety, be released to the general public.

Defendants filed an answer to this instant Case on May 21st, 2008, and did thereafter diligently seek to take part in the in-person hearings, and did seek the Court's intervention to be allowed to take part in all proceedings as file X-Parte, the 26th 2012, to which no response was ever received. Moreover, Defendants are acting as Pro Se Litigants and are not allowed to take part in the Settlement conferences restricted for council only and are not allowed to proceed for Summary Judgement or relief from this Action due the continuing Stay Order of the Court.

Defendants are informed and therefore believe that the proposed Settlement Agreement will affect the Defendants even though Defendants are not a party thereto, and therefore should be entitled to review the Document. Equally, as described in the RWC memorandum of James Markman, all correspondence is intended for only his clients' review under attorney client privilege. Currently there is no vehicle for the Defendants to determine the substance of the Settlement Agreement, which does seen to raise questions that the Agreement is in the best interest of the Defendants, Defendants' livelihood, the community, or the total sum of the effected residential and commercial property owners and businesses in the Santa Margarita watershed.

Currently James Markman law firm is representing several individual

1 homeowners that are either stakeholders or were sued by the Plaintiffs in
2 2008. However, that number is very small and not representative of all those
3 effected in this Case.  Equally service in this case is questionable at best,
4 and what was perfected took place 14 years ago.  Few people effected even
5 remember the case.
6 What little is known about the Settlement Agreement, is that it will affect
7 everyone who lives in the Anza territory regardless of their status as
8 stakeholder.  At the very least the people and the Defendants have a right to
9 know what is in the proposed Settlement Agreement and how it might affect
10 their lives and property rights in the future.
11 /
12 Respectfully,

_____           5/12/2022
Michael J. Machado; Pro Se Litigant      Date

_____           5/12/2022
Pamela M. Machado; Pro Se Litigant       Date
AKA: Pamela M. Bartholomew

//
//

