Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
3750 Lakeshore Ave., Oakland, CA 94610
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: jlmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-JO-RBB<br><br>**PLAINTIFF-INTERVENORS RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS' OPPOSITION TO REQUEST FOR DISCLOSURE OF SETTLEMENT AGREEMENT**<br><br>Date: N/A<br>Time: N/A<br>Dept.: N/A |

Plaintiff-Intervenors Ramona Band of Cahuilla and Cahuilla Band of Indians (Tribes) oppose the request by Defendants, Michael J. Machado and Pamela M. Machado (aka Pamela M. Bartholomew) (Machado Defendants)[1], that this Court order the disclosure to them of the draft Settlement Agreement that the Settlement Parties are negotiating. *Ex Parte Regarding: Proposed Settlement Agreement,* filed pro se on May 19, 2022, Document 5898. The Machado Defendants do not agree to maintain the draft Settlement Agreement in confidence, and disclosure to them would constitute disclosure to the public at large. *Id.* at 2 (requesting that the "Settlement Agreement in its entirety, be released to the general public.").

The request should be denied for three reasons: 1) the stay of litigation precludes consideration of even non-dispositive motions; 2) the request is premature; and 3) the request would impede the Settlement Parties' efforts to finalize the Settlement Agreement.

By order of this Court dated January 14, 2022, this Court stayed the litigation of the Tribes' second amended complaints to July 6, 2022 to allow the Settlement Parties (those Parties with counsel participating in the settlement discussions) to continue their efforts to finalize the settlement. Document 5854.

---

[1] The Defendants' caption on their request suggests they filed a counterclaim against the Tribes but no such filing appears on the Court's docket for this case, and the Tribes are not aware of such counterclaims having been filed.

1

Other than motions to lift the stay, this Court's stay order precludes the filing of motions, whether pro se or by counsel, including non-dispositive motions. Thus, the Machado Defendants' request to order the release of the draft settlement agreement is procedurally defective.

Second, the Machado Defendants' request is premature. The Settlement Agreement has been completed except for a single section, where acceptable language is being negotiated between the Tribes on the one hand and the State of California and County of Riverside on the other . *Declaration of Curtis G. Berkey* ¶ 4. Following completion of the Settlement Agreement, attorneys for the Settlement Parties anticipate presenting it to their clients for review and approval. As reported to the Court in the Joint Motion to Extend the Stay filed on January 6, 2022 (Document 5850), that process has already begun. Following that step, the Settlement Parties anticipate making the Settlement Agreement available upon request to Parties who have not retained lawyers to participate in the settlement discussions. *Id.* ¶ 5. At that time, the Machado Defendants will have access to the Settlement Agreement.

The Machado Defendants will not be prejudiced by a short delay in disclosure of the Settlement Agreement to all of the Parties. They were informed by the Tribes by letter dated November 12, 2012, that they were invited to participate in settlement discussions with the assistance of counsel, the same

practice that applied to all Parties. *Declaration of Curtis G. Berkey* ¶ 3. Defendants' assertion that there was no response to their request in October 2012 to be allowed to participate in the discussions is, therefore, incorrect.

The Defendants who have not participated in the settlement discussions due to inability or unwillingness to retain counsel will have many opportunities to express their views about the reasonableness of the settlement. The Tribes have drafted federal legislation to implement and fund the settlement, which will be presented to Congress for consideration and passage in the coming months. All Parties can participate in that legislative process. *Declaration of Curtis G. Berkey* ¶ 6.

Following enactment of the settlement legislation, the Settlement Parties will conform the executed agreement to any changes made by Congress and then present the agreement to this Court for approval and entry of a final decree. *Id.* That process will include a hearing at which any Party may present its views about the reasonableness of the settlement and the final decree. *Id.* The concerns of the Machado Defendants about the alleged effects of the adjudication of the Tribes' water rights claims on the Anza community can be presented and addressed at that hearing.

Third, premature disclosure of the Settlement Agreement will impede the Settlement Parties ability to finalize the Settlement Agreement and secure client

3

approval of its terms. The Settlement Agreement and the substantive discussions which led to it are confidential and must remain so in order to allow the Settlement Parties wide latitude to negotiate in candor without fear of public disclosures.

For these reasons, the Machado Defendants' request that this Court order the public disclosure of the draft Settlement Agreement should be denied.

Date: June 21, 2022   Respectfully submitted,

BERKEY WILLIAMS LLP

By: /s/Curtis G. Berkey
Curtis G. Berkey
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

By: /s/Lester J. Marston
Lester J. Marston
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

4