Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
3750 Lakeshore Ave.
Oakland, CA 94610
Tel: 510/548-7070
Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>       Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>       Defendants. | CIVIL NO.: 51-CV-01247-JO-RBB<br><br>**DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF PLAINTIFF-INTERVENORS RAMONA BAND OF CAHUILLA AND CAHUILLA BAND OF INDIANS' OPPOSITION TO REQUEST FOR DISCLOSURE OF SETTLEMENT AGREEMENT**<br><br>Date: N/A<br>Time: N/A<br>Dept.: N/A |

I, Curtis G. Berkey, declare as follows:

1. I am counsel for Plaintiff-Intervenor, the Ramona Band of Cahuilla (Ramona Band), in the above-captioned case. I am submitting this declaration in support of the Band's opposition to Michael Machado and Pamela Machado's application to the U.S. Magistrate Judge for an order making the Settlement Parties' draft settlement agreement available to the public. The information contained in this Declaration is based on my personal knowledge and if called as a witness in these proceedings I could and would competently testify thereto.

2. Plaintiff-Intervenors the Ramona Band and Cahuilla Band of Indians (Tribes) organized discussions among the Parties aimed at an out-of-court settlement of their claims in 2010. To keep the process manageable and efficient, the Tribes established a rule that only those Parties represented by counsel could participate. The Settlement Parties included the United States, State of California, County of Riverside ("County"), Hemet Unified School District, Paul Greenwald, and landowners organized as the Represented Landowners Group.

3. Michael Machado and Pamela Machado were served with the Tribes' Second Amended Complaints. They were afforded an opportunity to participate in the settlement discussions with counsel, or as part of the Represented Landowners Group. The Tribes informed them of this opportunity by letter dated November 12, 2012, a copy of which is incorporated by this reference and attached as **Exhibit**

1

A. They declined to do so and have not participated in the settlement negotiations to date.

4. With one exception, the Settlement Parties have resolved all the issues related to the Tribes' water rights claims and that agreement has been incorporated into a draft written settlement agreement. That draft is confidential. Only Section 2.9 of the draft settlement agreement, pertaining to the issuance of an encroachment permit to the Cahuilla Band of Indians for the construction of a pipeline and electrical line within Caltrans' Highway 79 and 371 right of way and the County's Anza Road right of way, remains to be finalized as between the Tribes and the State of California and the County.

5. Once negotiations over Section 2.9 have been concluded, the Settlement Parties anticipate they will take the settlement agreement to their principals for review and approval. The Tribes, Caltrans and the County anticipate reaching agreement on Section 2.9 within the next 30 to 60 days. Approval by the United States must await congressional enactment of legislation, which will approve the settlement agreement and authorize the Secretary of the Interior to sign it on behalf of the United States. The Tribes intend to request that the Settlement Parties authorize release of the settlement agreement to the so-called Non-Participating Parties following approval by the Settlement Parties.

2

CIVIL NO.: 51-CV-1247-JO-RBB
DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF
OPP'N TO REQUEST FOR DISCLOSURE OF SETTLEMENT AGMT

6. Following approval and execution by the Parties' principals, the Tribes intend to seek congressional approval of the settlement, and appropriations necessary to implement it. Following congressional approval, the settlement agreement, as revised to address any changes made by Congress, will be presented to the Court for an approval hearing. The Tribes intend to propose a hearing process that will afford all Parties, including those who did not retain counsel to participate in the settlement discussions, an opportunity to be heard on the question of the reasonableness of the settlement.

I declare under penalty of perjury that the forgoing is true and correct.

Date: June 21, 2022

Respectfully submitted,

BERKEY WILLIAMS LLP

By: */s/Curtis G. Berkey*
    Curtis G. Berkey
    *Attorney for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

3

CIVIL NO.: 51-CV-1247-JO-RBB
DECLARATION OF CURTIS G. BERKEY IN SUPPORT OF
OPP'N TO REQUEST FOR DISCLOSURE OF SETTLEMENT AGMT

# EXHIBIT A

| | |
|---|---|
| McELROY, MEYER, WALKER & CONDON<br>M. Catherine Condon<br>1007 Pearl Street, Suite 220<br>Boulder, CO 80302<br>(303) 442-2021 | BERKEY WILLIAMS LLP<br>Curtis G. Berkey<br>2030 Addison Street, Suite 410<br>Berkeley, CA 94704<br>(510) 548-7070 |

November 6, 2012

Mr. Michael Machado
P.O. Box 391607
Anza, CA  92539

      Re:    *United States v. Fallbrook Public Utility District*
                  Case No. 51-1247 GDC (RBB)

Dear Mr. Machado:

      We are in receipt of your letter dated August 21, 2012, asking that you be included in any future settlement meetings with the other attorneys participating in those meetings.  It is our assumption that you wish to attend these meetings on your own behalf without legal representation.   Following the amendment and service of the Tribes' complaints, only attorneys representing various parties have participated in the settlement meetings.

      This is to inform you that the attorneys participating in the settlement meetings previously discussed a similar request from another landowner and concluded that in order for an individual to participate in our discussions, they must be represented by an attorney.  If our assumption is incorrect and you are represented by an attorney, please have him or her contact either of us.

      If you are unrepresented, we want to assure you that once the attorneys participating in the settlement meetings complete a proposed settlement agreement, you will receive notice of the proposed settlement agreement and be given time to review your alternatives for proceeding and, if you wish, obtain legal advice.  In addition, within approximately 45 days after you receive notice of the proposed settlement agreement, an informational meeting is planned to answer any questions you may have regarding the proposed settlement.  You will be given the opportunity to provide input at that time.

Mr. Michael Machado
November 6, 2012
Page 2

As you know, persons who are not represented by an attorney may stay informed of the progress of the settlement discussions through the posting and distribution of periodic status reports the Tribes file with the Court.

Sincerely,

McELROY, MEYER, WALKER & CONDON          BERKEY WILLIAMS LLP

                                         /s/ Curtis Berkey

M. Catherine Condon                       Curtis G. Berkey
1007 Pearl Street, Suite 220              2030 Addison Street, Suite 410
Boulder, CO 80302                         Berkeley, CA 94704
(303) 442-2021                            (510) 548-7070