1  Curtis G. Berkey (CA State Bar No. 195485)
2  BERKEY WILLIAMS LLP
3  3750 Lakeshore Ave., Oakland, CA 94610
   Tel: 510/548-7070; Fax: 510/548-7080
4  E-mail: cberkey@berkeywilliams.com
   *Attorney for Plaintiff-Intervenor,*
5  *Ramona Band of Cahuilla*

6
7  Lester J. Marston (CA State Bar No. 081030)
   RAPPORT AND MARSTON
8  405 West Perkins Street, Ukiah, California 95482
9  Tel: 707/462-6846; Fax: 707/462-4235
   E-mail: ljmarston@rmlawoffice.net
10 *Attorney for Plaintiff-Intervenor,*
11 *Cahuilla Band of Indians*

12

13

14                  UNITED STATES DISTRICT COURT

15           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO.: 51-CV-01247-JO-RBB |
| Plaintiff, | **JOINT MOTION TO EXTEND STAY** |
| RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS, | Date: No Hearing Required |
| Plaintiffs-Intervenors, | Time: No Hearing Required |
| vs. | Dept.: |
| FALLBROOK PUBLIC UTILITY DISTRICT, et al., | Hon. Jinsook Ohta |
| Defendants. | **ORAL ARGUMENT NOT REQUIRED** |

17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs-Intervenors the Cahuilla Band of Indians ("Cahuilla Tribe") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until January 6, 2023.  Under this Court's Order of January 14, 2022 (Document 5854), the current stay will expire on July 6, 2022.  The Tribes are authorized to state that the United States of America; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; Agri-Empire and the County of Riverside (collectively "settlement parties") support the Tribes' request to extend the stay for 180 days.  The Watermaster also supports extension of the stay.  The Tribes are further authorized to state that U.S. Magistrate Judge Ruben Brooks, who has been assisting the settlement parties in the negotiations, supports a 180-day extension of the stay.

The settlement agreement has been completed, except for language to capture the mechanics of the issuance of the Caltrans right-of-way encroachment permits for the water pipeline projects for the Tribes, pursuant to Section 2.9 of the draft. Two exhibits also need to be finalized.  As to the Section 2.9 negotiations, the parties have drafted language and are discussing ways to resolve this one remaining issue.  The Watermaster Rules are in final form as well.  To achieve these goals, during the last stay period, the settlement parties conducted 14 telephonic or virtual conferences either as a whole group or among smaller

1

subgroups of settlement parties, including several telephonic meetings with U.S. Magistrate Judge Brooks. Judge Brooks has helpfully assisted the settlement parties in their final review and revision of the settlement agreement. The settlement parties' attorneys are currently engaged in client review of the settlement agreement and Watermaster Rules. The settlement agreement will soon be presented to the principals for final review, approval and execution, except for the United States, which cannot execute the agreement without authorization from Congress.

The Tribes have drafted the federal legislation necessary to authorize federal approval of the settlement agreement and to make the changes necessary to federal law in order to implement the agreement and convert it to a final judgment and decree. The Federal Negotiation Team is now reviewing that draft. Following that review and appropriate revisions, the draft federal legislation will be shared with the settlement parties for their review, and then introduced as a bill in Congress. The Bureau of Reclamation has completed an initial review of certain aspects of the technical basis for the Tribes' water projects, and has provided the Cahuilla Tribe funding to complete soil and geophysical studies necessary to show that construction of the water storage reservoir on the Cahuilla Reservation is feasible.

The Tribes continue to meet with Caltrans to clarify the process for obtaining encroachment permits to allow use of the Caltrans right of way as the

CIVIL NO.: 51-CV-1247-JO-RBB
JOINT MOTION TO EXTEND STAY

route for the tribal water pipelines.  Those meetings also address the rights-of-way documents necessary to determine the best trench location and costs for the construction of the water pipelines and pump stations for the water projects.  In addition, the Tribes are discussing with Eastern Municipal Water District the best process for implementing the sale of water from the District to the Tribes once the water projects called for in the Settlement Agreement have been constructed and are operational.  This process is ongoing and is assisting the Tribes in better quantifying the costs for annexing the water projects into the District, thereby more precisely quantifying the amount of money the Tribes will be asking Congress to appropriate in the legislation approving the Settlement Agreement.

///

///

///

3

The settlement parties are committed to continuing the settlement efforts as set forth in this Joint Motion to Extend the Stay.  A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of protracted litigation.  For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the support of the settlement parties, respectfully request that the stay of litigation be extended to January 6, 2023.

Date: July 1, 2022                              Respectfully submitted,

BERKEY WILLIAMS LLP

By: /s/Curtis G. Berkey
    Curtis G. Berkey
    3750 Lakeshore Avenue
    Oakland, CA  94610
    Tel: 510/548-7070
    Fax: 510/548-7080
    E-mail: cberkey@berkeywilliams.com
    *Attorney for Plaintiff-Intervenor,*
    *Ramona Band of Cahuilla*

By: /s/Lester J. Marston
    Lester J. Marston
    RAPPORT AND MARSTON
    405 West Perkins Street
    Ukiah, CA  95482
    Tel: (707) 462-6846
    Fax: (707) 462-4235
    E-mail: ljmarston@rmlawoffice.net
    *Attorney for Plaintiff-Intervenor,*
    *Cahuilla Band of Indians*

4