UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED
JUL 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY



FILED
JUL 06 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**Diane Mannschreck**
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE        891   FE 1          0007/01/22
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 92101380620        *0304-02784-27-41