UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

RECEIVED
JUL 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

FILED
JUL 07 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

**Robert H James**
Sachse James & Lopoardo
205 West Alvarado Street, Suite 1
Fallbrook, CA 92028

NIXIE    911   7E 1         206/30/22
    RETURN TO SENDER
   ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 92101380620    *0304-02745-27-41