

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED JUL 0 7 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED JUL 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE       911  FE 1          0007/02/22
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 92101380620    *0304-02780-27-41