Case 3:51-cv-01247-JO-SBC   Document 5911   Filed 07/07/22   PageID.70591   Page 1 of 1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED JUL 07 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

RECEIVED JUL 5 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Cahuilla Band of Indians,
Barbara Cole
31115 Temecula Pkwy, Ste. A
Temecula, CA 92592-7300

RETURN TO SENDER
BOX CLOSED

NIXIE    91199 07/01/2022
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955