

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 0 8 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Francis Patrick Barry
Department of Justice

CAPITAL DISTRICT 208
CAPITAL DISTRICT 208
13 JUN 2022 PM 4 L
30 APR 2022 PM 4 L

BC

PO BOX
44373

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 92101380620    *0817-04028-01-26