UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**
JUL 1 2 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                  DEPUTY

Cahuilla Band of Indians,
Barbara Cole
33175 Temecula Pl~

**RETURN TO SENDER**
**BOX CLOSED**

NIXIE       911   DE 1        0007/09/22
      RETURN TO SENDER
   INSUFFICIENT ADDRESS
      UNABLE TO FORWARD
BC: 92101380620     *0304-05522-05-41