UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

SANTA CLARITA CA 913
9 JUL 2022 PM 3 L

FILED
JUL 15 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

→ Not At This Address

Richard Alvin Lewis
Law Offices of Richard A. Lewis
20631 Ventura Boulevard, Suite 304
Woodland Hills, CA 91364

NIXIE           911   FE 1         0007/12/22
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD