**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE         891   FE 1         0007/20/22
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 92101380620    *0304-05628-05-41