

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-JO (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept: 4c<br><br>Hon. Jinsook Ohta |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiffs-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians, the Court grants the motion and orders the stay extended until January 6, 2023.

IT IS SO ORDERED.

Date: 7/1/2022

HON. JINSOOK OHTA
United States District Judge

Cc: All Counsel and parties without counsel

1

CIVIL NO.: 51-CV-1247-JO (RBB)