

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

FILED
AUG 11 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

NIXIE    891    FE   1           0008/0
      NOT DELIVERABLE
      AS ADDRESSED
      UNABLE TO FORWARD

BC: 92101380620        *0304-00373-

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

**Attorneys**

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS: ☐ In Chambers  ☐ In Court  ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)

3. United States of America (attorneys James Cooney, Chris Watson)

4. Hemet Unified School District (attorney Jeff Hoskinson)

5. State of California (attorney Michael Zarro)

6. County of Riverside (attorneys Ronak Patel, Katie Romo)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Greenwald Estate (attorney Paul Greenwald)

9. Represented landowners (attorney Tilden Kim)

10. Agri-Empire, Inc. (attorney Robert Davis)

A joint status report shall be submitted to Judge Brooks's chambers via email to efile_brooks@casd.uscourts.gov by **August 15, 2022**. A telephonic attorneys-only settlement conference is set for **September 1, 2022**, at **9:00 a.m.** Counsel for the United States is to set up the call.

DATE: August 2, 2022          IT IS SO ORDERED: _Ruben Brooks_

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Ohta
    All Parties of Record
    Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)