

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Francis Patrick Barry
Department of Justice
PO Box 44378
Washington, DC 20026-4378

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD