UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**

AUG 16 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Khyber Courchesne**
1264 Page Street
San Francisco, CA 94117

NIXIE    958    FE 1        0008/10/22
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 92101580620    *0304-00458-04-40

