UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**
AUG 18 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

Not At This Address



**Richard Alvin Lewis**
Law Offices of Richard A. Lewis
20631 Ventura Boulevard, Suite 304
Woodland Hills, CA 91364

NIXIE        311  DE 1            7208/10/22
            RETURN TO SENDER
                 VACANT
            UNABLE TO FORWARD

BC: 92101380620    *0304-00497-04-40