UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
SEP 07 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

US POSTAGE — PITNEY BOWES
ZIP 91950
02 4W
0000343405  AUG 04 2022
$ 000.57⁰

-R-T-S-    200265328-IN        08/30/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



**Francis Patrick Barry**
Department of Justice
PO Box 44378
Washington, DC 20026-4378

Case 3:51-cv-01247-JO-SBC   Document 5936   Filed 09/07/22   PageID.70924   Page 2 of 3

Case 3:51-cv-01247-JO-SBC Document 5936 Filed 09/07/22 PageID.70925 Page 3 of 3
Case 3:51-cv-01247-JO-RBB Document 5923 Filed 08/02/22 PageID.70692 Page 1 of 1

Page 1 of 2

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS: ☐ In Chambers  ☐ In Court  ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys James Cooney, Chris Watson)
4. Hemet Unified School District (attorney Jeff Hoskinson)
5. State of California (attorney Michael Zarro)
6. County of Riverside (attorneys Ronak Patel, Katie Romo)
7. Michael J. Preszler, Watermaster (attorney William Brunick)
8. Greenwald Estate (attorney Paul Greenwald)
9. Represented landowners (attorney Tilden Kim)
10. Agri-Empire, Inc. (attorney Robert Davis)

A joint status report shall be submitted to Judge Brooks's chambers via email to efile_brooks@casd.uscourts.gov by August 15, 2022. A telephonic attorneys-only settlement conference is set for **September 1, 2022**, at **9:00 a.m.** Counsel for the United States is to set up the call.

DATE: August 2, 2022            IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Ohta
    All Parties of Record
    Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)