

OF CALIFORNIA
E CLERK
AY, SUITE 420
ORNIA 92101
SINESS

FedEx. INCORRECT ADDR Pcs: 1 1 of 1
30AUG22 14:21 FID: 441664 Rt#: 429
Recpt Addr: 205 W ALVARADO ST 1
Pkg Trk(s)#:
277226440280
76 ... 239018 Moved

FILED
SEP 09
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

RT 429 FZ

ORIGIN ID:SDMA (619) 556-8981
OFFICIAL MAIL
FLEET & INDUSTRIAL SUPPLY
401 WEST 8TH ST
BLDG 3155B
NATIONAL CITY, CA 91950
UNITED STATES US

SHIP DATE: 26AUG22
ACTWGT: 1.52 LB
CAD: 110645543/WS
BILL SENDER

TO ROBERT H JAMES
SACHSE JAMES & LOPOARDO
205 WEST ALVARADO ST
STE 1
FALLBROOK CA 92028
(619) 556-8981 REF: N00A
INV:
PO: DEPT:

TUE - 30 AU
TRK# 0201 2772 2644 0280 ** 2
9K HMTA CA-U

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street
Suite 1
Fallbrook, CA 92028

# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2021



August 2022

PREPARED BY
SANTA MARGARITA RIVER WATERSHED WATERMASTER

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

CIVIL NO. 51-cv-01247-JO-RBB