

# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2021



August 2022

PREPARED BY
SANTA MARGARITA RIVER WATERSHED WATERMASTER

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

CIVIL NO. 51-cv-01247-JO-RBB