UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
SEP 13 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

ZIP 91950 $ 000.57⁰
02 4W
0000343406 SEP 01 2022

RECEIVED
SEP 12 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

NIXIE    891   DE 1         0009/09/22
      RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 92101380620        *0204-03165-01-38

Case 3:51-cv-01247-JO-SBC   Document 5942   Filed 09/13/22   PageID.70940   Page 2 of 2
Case 3:51-cv-01247-JO-RBB   Document 5935   Filed 09/01/22   PageID.70922   Page 1 of 1

Page 1 of 2

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys James Cooney, Chris Watson)
4. United States Bureau of Indian Affairs (attorney Douglas Garcia)
5. Hemet Unified School District (attorney Jeff Hoskinson)
6. State of California (attorney Michael Zarro)
7. County of Riverside (attorney Ronak Patel)
8. Michael J. Preszler, Watermaster (attorney William Brunick)
9. Greenwald Estate (no appearance)
10. Represented landowners (attorneys James Markman, Tilden Kim)
11. Agri-Empire, Inc. (attorney Robert Davis)

A joint settlement status report shall be submitted to Judge Brooks's chambers via email to efile_brooks@casd.uscourts.gov by September 28, 2022. A settlement conference is set for **October 5, 2022**, at **9:00 a.m.** by Zoom videoconference. The Court will email the Zoom meeting information to counsel for the participating parties prior to the conference date.

DATE: September 1, 2022

IT IS SO ORDERED:

*Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)