UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
SEP 13 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

RECEIVED
SEP 12 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

ZIP 91950  $ 000.57
02 4W
0000343406 SEP 01 2022

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

NIXIE       958    FE 1            0009/08/22
              RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 92101380620       *0204-03098-01-38

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Case 3:51-cv-01247-JO-SBC   Document 5944   Filed 09/13/22   PageID.70945   Page 3 of 3
Case 3:51-cv-01247-JO-RBB   Document 5935   Filed 09/01/22   PageID.70922   Page 1 of 1

Page 1 of 2

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC
UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys James Cooney, Chris Watson)
4. United States Bureau of Indian Affairs (attorney Douglas Garcia)
5. Hemet Unified School District (attorney Jeff Hoskinson)
6. State of California (attorney Michael Zarro)
7. County of Riverside (attorney Ronak Patel)
8. Michael J. Preszler, Watermaster (attorney William Brunick)
9. Greenwald Estate (no appearance)
10. Represented landowners (attorneys James Markman, Tilden Kim)
11. Agri-Empire, Inc. (attorney Robert Davis)

A joint settlement status report shall be submitted to Judge Brooks's chambers via email to **efile_brooks@casd.uscourts.gov** by September 28, 2022. A settlement conference is set for **October 5, 2022**, at **9:00 a.m.** by Zoom videoconference. The Court will email the Zoom meeting information to counsel for the participating parties prior to the conference date.

DATE: September 1, 2022          IT IS SO ORDERED:     /s/ Ruben Brooks
                                                       Ruben B. Brooks,
cc: Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)   U.S. Magistrate Judge