UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**
SEP 13 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**RECEIVED**
SEP 12 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

US POSTAGE — PITNEY BOWES
ZIP 91950    $ 000.57⁰
02 4W
0000343406 SEP 01 2022

No Longer at this Address

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

NIXIE       911    DE 1         0009/09/22
            RETURN TO SENDER
                 VACANT
            UNABLE TO FORWARD
BC: 92101380620        *0204-03171-01-38

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

Page 1 of 2

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

Attorneys

Plaintiffs — Counsel listed below

Defendants — Counsel listed below

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys James Cooney, Chris Watson)
4. United States Bureau of Indian Affairs (attorney Douglas Garcia)
5. Hemet Unified School District (attorney Jeff Hoskinson)
6. State of California (attorney Michael Zarro)
7. County of Riverside (attorney Ronak Patel)
8. Michael J. Preszler, Watermaster (attorney William Brunick)
9. Greenwald Estate (no appearance)
10. Represented landowners (attorneys James Markman, Tilden Kim)
11. Agri-Empire, Inc. (attorney Robert Davis)

A joint settlement status report shall be submitted to Judge Brooks's chambers via email to **efile_brooks@casd.uscourts.gov** by September 28, 2022. A settlement conference is set for **October 5, 2022**, at **9:00 a.m.** by Zoom videoconference. The Court will email the Zoom meeting information to counsel for the participating parties prior to the conference date.

DATE: September 1, 2022         IT IS SO ORDERED:

*Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)