

UNITED STATES DISTRICT COURT
SOUTHERN DISTRI___ ___ CALIFORNIA

OFFICE O___
333 WEST BR___
SAN DIEGO,

OFFI___

**FILED**

SEP 20 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

US POSTAGE PITNEY BOWES
ZIP 91950 $ 000.57⁰
02 4W
0000343406 SEP 01 2022

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 
RETURN TO SENDER

**Briar McTaggart**
1642 Merion Way 40E
Seal Beach, CA 90740

**RECEIVED**

SEP 19 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

9074094949 C008

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC
UTILITY DISTRICT

Case No.:  51cv1247-JO(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS

Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:          ☐ In Chambers          ☐ In Court          ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1.  Cahuilla Band of Indians (attorney Lester Marston)

2.  Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)

3.  United States of America (attorneys James Cooney, Chris Watson)

4.  United States Bureau of Indian Affairs (attorney Douglas Garcia)

5.  Hemet Unified School District (attorney Jeff Hoskinson)

6.  State of California (attorney Michael Zarro)

7.  County of Riverside (attorney Ronak Patel)

8.  Michael J. Preszler, Watermaster (attorney William Brunick)

9.  Greenwald Estate (no appearance)

10.  Represented landowners (attorneys James Markman, Tilden Kim)

11.  Agri-Empire, Inc. (attorney Robert Davis)

A joint settlement status report shall be submitted to Judge Brooks's chambers via email to
**efile_brooks@casd.uscourts.gov** by September 28, 2022. A settlement conference is set for **October 5, 2022**, at
**9:00 a.m.** by Zoom videoconference. The Court will email the Zoom meeting information to counsel for the
participating parties prior to the conference date.

DATE: September 1, 2022                    IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)