UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
SEP 20 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

US POSTAGE — PITNEY BOWES
ZIP 91950
02 4W
0000349406 SEP 01 2022
$ 000.57⁰

Return to

James Michael Powell
The Law Offices of James M. Powell
1894 Commercenter Drive West, Suite 108
San Bernardino, CA 92408

NIXIE        911    FE 1         0009/15/22
        RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 92101380620        *0204-03159-01-38

Page 1 of 2

## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC
UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)

Time Spent: _____

HON. RUBEN B. BROOKS            Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Counsel listed below | Counsel listed below |

PROCEEDINGS:     ☐ In Chambers     ☐ In Court     ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)
2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)
3. United States of America (attorneys James Cooney, Chris Watson)
4. United States Bureau of Indian Affairs (attorney Douglas Garcia)
5. Hemet Unified School District (attorney Jeff Hoskinson)
6. State of California (attorney Michael Zarro)
7. County of Riverside (attorney Ronak Patel)
8. Michael J. Preszler, Watermaster (attorney William Brunick)
9. Greenwald Estate (no appearance)
10. Represented landowners (attorneys James Markman, Tilden Kim)
11. Agri-Empire, Inc. (attorney Robert Davis)

A joint settlement status report shall be submitted to Judge Brooks's chambers via email to efile_brooks@casd.uscourts.gov by September 28, 2022. A settlement conference is set for **October 5, 2022**, at **9:00 a.m.** by Zoom videoconference. The Court will email the Zoom meeting information to counsel for the participating parties prior to the conference date.

DATE: September 1, 2022                IT IS SO ORDERED:   /s/ Ruben Brooks
                                                            Ruben B. Brooks,
cc: Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)   U.S. Magistrate Judge