

# ANNUAL REPORT

# COOPERATIVE WATER RESOURCE MANAGEMENT AGREEMENT

# CALENDAR YEAR 2021



**August 2022**

**PREPARED BY**
**SANTA MARGARITA RIVER WATERSHED WATERMASTER**

*UNITED STATES OF AMERICA*
*v.*
*FALLBROOK PUBLIC UTILITY DISTRICT, ET AL.*

**CIVIL NO. 51-cv-01247-JO-RBB**

## Water Quality Data for Multiple Depth Monitoring Well
### VDC Recharge Basin Well (8S/1W-6R1-6)
### November 2013

| Code | Parameter | MCL | Well R1 | Well R2 | Well R3 | Well R4 | Well R5 | Well R6 |
|---|---|---|---|---|---|---|---|---|
|  | Sampling date |  |  | 11/06/2013 | 11/07/2013 |  | 11/05/2013 |  |
| 3 | Sampling depth, feet |  |  |  |  |  |  |  |
| 10 | Temperature, water, degrees Celsius |  |  | 20.1 | 21.7 |  | 19.7 |  |
| 28 | Agency analyzing sample, code |  |  | 80020 | 80020 |  | 80020 |  |
| 59 | Flow rate, instantaneous, gallons per minute |  |  |  |  |  |  |  |
| 95 | Specific conductance, water, unfiltered, microsiemens per centimeter at 25 degrees Celsius |  |  | 418 | 764 |  | 803 |  |
| 191 | Hydrogen ion, water, unfiltered, calculated, milligrams per liter |  |  | M | M |  | 0.00002 |  |
| 300 | Dissolved oxygen, water, unfiltered, milligrams per liter |  |  | < 0.2 | 0.4 |  | 1.0 |  |
| 400 | pH, water, unfiltered, field, standard units |  |  | 9.8 | 8.9 |  | 7.7 |  |
| 403 | pH, water, unfiltered, laboratory, standard units |  |  | 9.8 | 8.8 |  | 8.0 |  |
| 405 | Carbon dioxide, water, unfiltered, milligrams per liter |  |  | M | 0.2 |  | 4.8 |  |
| 452 | Carbonate, water, filtered, inflection-point titration method, milligrams per liter |  |  |  |  |  |  |  |
| 453 | Bicarbonate, water, filtered, incremental titration, field, milligrams per liter |  |  |  |  |  |  |  |
| 602 | Total nitrogen, water, filtered, milligrams per liter |  |  | < 0.19 | < 0.11 |  | 0.32 |  |
| 607 | Organic nitrogen, water, filtered, milligrams per liter |  |  | 0.12 | < 0.07 |  | < 0.08 |  |
| 608 | Ammonia, water, filtered, milligrams per liter as nitrogen |  |  | 0.02 | < 0.01 |  | < 0.01 |  |
| 613 | Nitrite, water, filtered, milligrams per liter as nitrogen | 1 (a) |  | < 0.001 | < 0.001 |  | < 0.001 |  |
| 618 | Nitrate, water, filtered, milligrams per liter as nitrogen |  |  | < 0.040 | < 0.040 |  | 0.236 |  |
| 623 | Ammonia plus organic nitrogen, water, filtered, milligrams per liter as nitrogen |  |  | 0.15 | < 0.07 |  | 0.08 |  |
| 631 | Nitrate plus nitrite, water, filtered, milligrams per liter as nitrogen |  |  | < 0.040 | < 0.040 |  | 0.236 |  |
| 660 | Orthophosphate, water, filtered, milligrams per liter |  |  | 6.91 | 0.094 |  | 0.46 |  |
| 666 | Phosphorus, water, filtered, milligrams per liter |  |  | 2.45 | 0.03 |  | 0.17 |  |
| 671 | Orthophosphate, water, filtered, milligrams per liter as phosphorus |  |  | 2.25 | 0.031 |  | 0.15 |  |
| 681 | Organic carbon, water, filtered, milligrams per liter |  |  | 0.61 | 0.60 |  | 1.16 |  |
| 900 | Hardness, water, milligrams per liter as calcium carbonate |  |  | 3.85 | 16.9 |  | 211 |  |
| 904 | Noncarb hardness, water filtered field, milligrams per liter as calcium carbonate |  |  |  |  |  | 88 |  |
| 905 | Noncarb hardness, water filtered lab, milligrams per liter as calcium carbonate |  |  |  |  |  | 76 |  |
| 915 | Calcium, water, filtered, milligrams per liter |  |  | 1.13 | 5.99 |  | 52.5 |  |
| 925 | Magnesium, water, filtered, milligrams per liter |  |  | 0.246 | 0.448 |  | 19.4 |  |
| 930 | Sodium, water, filtered, milligrams per liter |  |  | 86.8 | 146 |  | 85.2 |  |
| 931 | Sodium adsorption ratio, water, number |  |  | 19.3 | 15.6 |  | 2.55 |  |
| 932 | Sodium fraction of cations, water, percent in equivalents of major cations |  |  | 98 | 95 |  | 46 |  |
| 935 | Potassium, water, filtered, milligrams per liter |  |  | 0.50 | 1.14 |  | 4.14 |  |
| 940 | Chloride, water, filtered, milligrams per liter | 600 |  | 37.5 | 96.6 |  | 82.1 |  |
| 945 | Sulfate, water, filtered, milligrams per liter | 600 |  | 12.7 | 137 |  | 147 |  |
| 950 | Fluoride, water, filtered, milligrams per liter | 2 (b) |  | 2.26 | 1.57 |  | 0.34 |  |
| 955 | Silica, water, filtered, milligrams per liter |  |  | 21.4 | 9.02 |  | 13.8 |  |
| 1000 | Arsenic, water, filtered, micrograms per liter | 10 (c) |  | 40.8 | 1.9 |  | 1.1 |  |
| 1005 | Barium, water, filtered, micrograms per liter | 1000 (d) |  | 3.5 | 22.4 |  | 14.6 |  |
| 1010 | Beryllium, micrograms per liter | 4 (e) |  |  |  |  |  |  |
| 1020 | Boron, water, filtered, micrograms per liter |  |  | 1050 | 848 |  | 123 |  |
| 1025 | Cadmium, micrograms per liter | 5 (f) |  |  |  |  |  |  |
| 1030 | Chromium, micrograms per liter | 50 (g) |  |  |  |  |  |  |
| 1035 | Cobalt, micrograms per liter |  |  |  |  |  |  |  |
| 1040 | Copper, micrograms per liter | 1000 (h) |  |  |  |  |  |  |
| 1046 | Iron, water, filtered, micrograms per liter | 300 |  | 334 | 38.2 |  | < 4.0 |  |
| 1049 | Lead, micrograms per liter |  |  |  |  |  |  |  |
| 1056 | Manganese, water, filtered, micrograms per liter | 50 |  | 7.25 | 1.73 |  | 3.40 |  |
| 1057 | Thallium, micrograms per liter | 2 (i) |  |  |  |  |  |  |
| 1060 | Molybdenum, micrograms per liter |  |  |  |  |  |  |  |
| 1065 | Nickel, micrograms per liter | 100 (j) |  |  |  |  |  |  |
| 1075 | Silver, micrograms per liter | 100 (k) |  |  |  |  |  |  |
| 1080 | Strontium, water, filtered, micrograms per liter |  |  | 5.7 | 109 |  | 524 |  |
| 1085 | Vanadium, micrograms per liter |  |  |  |  |  |  |  |
| 1090 | Zinc, micrograms per liter | 5000 (l) |  |  |  |  |  |  |

Source: USGS California Water Science Center.

Appendix C-4 Page 9 of 20