

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)
Time Spent: _____

HON. RUBEN B. BROOKS                    Rptr. _____

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| Counsel listed below | Counsel listed below |

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☒ Telephonic

A telephonic attorneys-only settlement conference was held with the following counsel:

1. Cahuilla Band of Indians (attorney Lester Marston)

2. Ramona Band of Cahuilla (attorneys Curtis G. Berkey, Olivia Glazner)

3. United States of America (attorneys James Cooney, Chris Watson)

4. Hemet Unified School District (attorney Jeff Hoskinson)

5. State of California (attorney Michael Zarro)

6. County of Riverside (attorneys Ronak Patel, Katie Romo)

7. Michael J. Preszler, Watermaster (attorney William Brunick)

8. Greenwald Estate (attorney Paul Greenwald)

9. Represented landowners (attorney Tilden Kim)

10. Agri-Empire, Inc. (attorney Robert Davis)

A joint status report shall be submitted to Judge Brooks's chambers via email to efile_brooks@casd.uscourts.gov by August 15, 2022. A telephonic attorneys-only settlement conference is set for **September 1, 2022**, at **9:00 a.m.** Counsel for the United States is to set up the call.

DATE: August 2, 2022            IT IS SO ORDERED:    *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge

cc: Judge Ohta
    All Parties of Record
    Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)