MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. FALLBROOK PUBLIC UTILITY DISTRICT

Case No.: 51cv1247-JO(RBB)

Time Spent:

HON. RUBEN B. BROOKS

Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |

PROCEEDINGS:   ☐ In Chambers   ☐ In Court   ☐ Telephonic

Based on the Joint Status Report dated September 28, 2022, lodged with the Court on today's date, the settlement conference set for October 5, 2022, at 9:00 a.m. is vacated. The parties should contact the Court to schedule a further conference if needed.

DATE: October 3, 2022    IT IS SO ORDERED:    *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Robert A. Davis, Jr., Esq. (rob@dw.law, rob@davisandwojcik.com)