Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
3750 Lakeshore Ave.
Oakland, CA 94610
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-JO-RBB<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept.:<br><br>Hon. Jinsook Ohta<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiffs-Intervenors the Cahuilla Band of Indians ("Cahuilla Tribe") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until July 7, 2023.  Under this Court's Order of July 1, 2022 (Document 5904), the current stay will expire on January 6, 2023.  The Tribes are authorized to state that the United States of America; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; Agri-Empire and the County of Riverside (collectively "settlement parties") support the Tribes' request to extend the stay for 180 days.  The Watermaster also supports extension of the stay.

As previously reported to the Court, one issue remains to be resolved before the settlement agreement can be executed by the Settlement Parties (except the United States, which needs congressional authorization for the Secretary of the Interior to sign the agreement).  The outstanding issue is language in the agreement that addresses issuance of right of way encroachment permits by the State and County, respectively, which are necessary for the construction of the pipeline projects for the Tribes. The issue is complicated by the fact that the pipeline projects require construction of portions within the reservation boundaries of the respective Tribes, and of portions that will be constructed outside the reservation boundaries.  The exercise of Caltrans' and the County's discretion to issue encroachment permits in bifurcated projects must be carefully articulated in the

settlement agreement. To resolve the issue, the Tribes proposed several iterations of "Section 2.9" of the agreement, which sets out the terms and conditions relevant to the proposed project. These proposals have been discussed in virtual meetings and by telephone, and Caltrans developed a counter-proposal late last year. On January 4, 2023, the Tribes proposed modifications to that proposal which counsel for the State has agreed to recommend to Caltrans. This latest draft of Section 2.9 remains subject to review and approval by both Caltrans and the County. The Tribes, State of California, and the County of Riverside—the settlement parties conducting these discussions—are reasonably confident that this latest proposal will lead to resolution of their respective concerns. In addition, the Tribes are discussing with Eastern Municipal Water District the best process for implementing the sale of water from the District to the Tribes once the water projects called for in the Settlement Agreement have been constructed and are operational.

  The Tribes have also made progress on the next phase of the settlement process, which includes drafting proposed federal legislation necessary to authorize the Secretary of the Interior to sign the agreement, to approve the settlement agreement and to authorize and appropriate funds for its implementation. The Tribes have drafted that federal legislation. The Federal Negotiation Team is reviewing that draft to provide technical assistance to the

Tribes. Following completion of that review and appropriate revisions, the draft federal legislation will be shared with the settlement parties for their review, and then introduced as a bill in Congress. Approval of the settlement by the United States involves the upper levels of the Department of the Interior and other federal agencies. The United States will present its position on the settlement and the proposed legislation after the bill is introduced in Congress.

The Department of the Interior is also evaluating the requests for the federal cost contribution to the settlement submitted by the Cahuilla Tribe and the Ramona Band. The Tribes have submitted written responses to questions posed by the Department's consultants regarding certain calculations necessary to arrive at an acceptable federal cost share.

Finally, the Ramona Band has been working with the Watermaster and certain parties to resolve several questions about service of the Tribes' Second Amended Complaints. An accurate and up to date list of parties served will be necessary in order to notify the parties of their opportunity to participate in the Court's hearing on approval of the settlement agreement following enactment of the federal legislation.

The settlement parties are committed to continuing the settlement efforts as set forth in this Joint Motion to Extend the Stay. A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of

3

protracted litigation.  For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the support of the settlement parties, respectfully request that the stay of litigation be extended to July 7, 2023.

Date: January 6, 2023                    Respectfully submitted,

                                         BERKEY WILLIAMS LLP


                                         By: /s/Curtis G. Berkey
                                             Curtis G. Berkey
                                             3750 Lakeshore Avenue
                                             Oakland, CA  94610
                                             Tel: 510/548-7070
                                             Fax: 510/548-7080
                                             E-mail: cberkey@berkeywilliams.com
                                             *Attorney for Plaintiff-Intervenor,*
                                             *Ramona Band of Cahuilla*


                                         RAPPORT AND MARSTON


                                         By: /s/Lester J. Marston
                                             Lester J. Marston
                                             405 West Perkins Street
                                             Ukiah, CA  95482
                                             Tel: (707) 462-6846
                                             Fax: (707) 462-4235
                                             E-mail: ljmarston@rmlawoffice.net
                                             *Attorney for Plaintiff-Intervenor,*
                                             *Cahuilla Band of Indians*