UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE ANDREW G. SCHOPLER | **ORDER OF TRANSFER** |
|---|---|

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge Andrew G. Schopler for all further proceedings. All conferences or hearing dates previously set before Judge Brooks will remain as scheduled before Judge Schopler. Any dates set before the district judge remain unchanged.

| Case No. | Case Name |
|---|---|
| 21cv1321-RBB | Parra v. Kijakazi |
| 19cv1886-WQH | Reeves v. Allison |
| 22cv734-MMA | Luciano v. California Department of Corrections and Rehabilitation |

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | 22cv1325-AJB | United States of America v. 3 Acres of Land, etc., et al. |
| 2 | 22cv1572-AJB | Garcia v. Nursing Corps., Inc. et al. |
| 3 | 51cv1247-JO | United States of America v. Fallbrook Public Utility Dist. |

Dated:  January 6, 2023

_____
Hon. Ruben B. Brooks
United States Magistrate Judge