```
1  Paul Evan Greenwald, Esq. SBN 57162
2  Law Offices of Paul Evan Greenwald
   P.O. Box 25425
3  Los Angeles, CA 90025-0425
4  Tel.: (714) 348-5800
   pegreenwald@peglaw.us
5  Attorney for Greenwald
6
7
                   IN THE UNITED STATES DISTRICT COURT
8
                     SOUTHERN DISTRICT OF CALIFORNIA
9
10
11 UNITED STATES OF AMERICA,          Case No.: 51CV1247-JO-AGS
12
              Plaintiff,
13
14 CAHUILLA BAND OF INDIANS,          NOTICE OF CHANGE OF ADDRESS
                                      FOR PAUL EVAN GREENWALD, ESQ.
15            Plaintiff-Intervenor,
16
        v.
17
18 FALLBROOK PUBLIC UTILITY
   DISTRICT, et al.,
19
20            Defendants.
21
22     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
23     PLEASE TAKE NOTICE that the new mailing address for Paul Evan Greenwald,
24 Esq., is:
25
26
27
28
```

1  Paul Evan Greenwald, Esq.  -  Law Offices of Paul Evan Greenwald
2
3  P.O. Box 25425
4  Los Angeles, CA, 90025-0425
5
6  Date: February 25, 2023
7
8
9                                      **LAW OFFICES OF PAUL EVAN GREENWALD**
10
11
12
13
14  _____
15  Paul Evan Greenwald, Esq.
    Attorney for Greenwald
16

NOTICE OF CHANGE OF ADDRESS FOR PAUL EVAN GREENWALD, ESQ.
-2-

## CERTIFICATE / PROOF OF SERVICE

I am a citizen of the United States of America, over the age of 18 years, and not a party to the above-entitled action. My business address is P.O. Box 25425, Los Angeles, CA 90025-0425.

On February 25, 2023, I electronically filed on behalf of the Cahuilla Band of Indians the following document in *United States of America, et al. v. Fallbrook Public Utility District, et al.*, Case No. 51-cv-1247-GPC-RBB:

by transmitting a notice of electronic filing to the following:

*Honorable Judge Andrew G. Schopler, efile_Schopler@casd.uscourts.gov*
*Honorable Judge Jinsook Ohta, efile_ohta@casd.uscourts.gov*
*Curtis G. Berkey, cberkey@berkeywilliams.com*
*Tilden Kim, TKim@rwglaw.com*
*William Brunick, bbrunick@bmklawplc.com*
*Christopher Watson, Christopher.watson@sol.doi.gov*
*Douglas Garcia, Doug.Garcia@bia.gov*
*James Markman, JMarkman@rwglaw.com*
*Jeff Hoskinson, Jeff.Hoskinson@aalrr.com*
*Steven Leash, Sleash@cahuilla.net*
*Daniel Salgado, CHAIRMAN@CAHUILLA.NET*
*Frank Miller, frank26954@gmail.com*
*Alicia Lanik, alicialanik@gmail.com*
*Jennifer Henderson, Jennifer.Henderson@doj.ca.gov*
*John Gomez, jgomez@ramona-nsn.gov*
*Lester J. Marston, ljmarston@rmlawoffice.net*
*Marilyn Levin, Marilyn.Levin@doj.ca.gov*
*Michael J. Preszler, mpreszler@smrwm.org*
*Michael Zarro, Michael.Zarro@doj.ca.gov*
*Ronak Patel, RPatel@rivco.org*
*Olivia Glazner, oglazner@berkeywilliams.com*
*James Cooney, James.cooney@usdoj.gov*
*Paul Greenwald, pegreenwald@peglaw.us*
*Ray Mistica, rmistica@rivco.org*
*Rob Davis, rob@dw.law*
*Brian Cleary, brian@clearylawgroup.com*
*Susan Rekker, sreckker@ramona-nsn.gov*
*Dianne Herz, dianne@clearylawgroup.com*
*Danae Hamilton Vega, dhamiltonvega@ramona-nsn.gov*
*Robert Heather, rheather@smrwm.org*
*Tim Flynn, tflynn@aspectconsulting.com*

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on February 25, 2023, at Los Angeles, California.

_____
HAYES MAROM NIELSEN