# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>　　　　　　　　　Plaintiffs-Intervenors.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 51-CV-1247-JO (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY**<br><br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept: 4C<br><br>Hon. Jinsook Ohta |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiffs-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians, it is hereby ordered: The motion is granted, and the stay is extended until July 7, 2023.

1 | **IT IS SO ORDERED.**

3 | Dated: March 27, 2023

_____
Hon. Jinsook Ohta
United States District Judge