Curtis G. Berkey (CA State Bar No. 195485)
BERKEY WILLIAMS LLP
3750 Lakeshore Ave., Oakland, CA 94610
Tel: 510/548-7070; Fax: 510/548-7080
E-mail: cberkey@berkeywilliams.com
*Attorney for Plaintiff-Intervenor,*
*Ramona Band of Cahuilla*

Lester J. Marston (CA State Bar No. 081030)
RAPPORT AND MARSTON
405 West Perkins Street, Ukiah, California 95482
Tel: 707/462-6846; Fax: 707/462-4235
E-mail: ljmarston@rmlawoffice.net
*Attorney for Plaintiff-Intervenor,*
*Cahuilla Band of Indians*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA, CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br>vs.<br><br>FALLBROOK PUBLIC UTILITY DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-01247-JO-KSC<br><br>**JOINT MOTION TO EXTEND STAY**<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept.:<br><br>Hon. Jinsook Ohta<br><br>**ORAL ARGUMENT NOT REQUIRED** |

Plaintiffs-Intervenors the Cahuilla Band of Indians ("Cahuilla Tribe") and the Ramona Band of Cahuilla ("Ramona Band") (together, the "Tribes") respectfully move this Court for a 180-day extension of the stay of litigation until December 7, 2023. Under this Court's Order of March 27, 2023 (Document 5958), the current stay will expire on July 7, 2023. The Tribes are authorized to state that the United States; State of California; Represented Landowners Group; Greenwald Estate; Hemet Unified School District; Agri-Empire and the County of Riverside (collectively "settlement parties") do not oppose the Tribes' request to extend the stay for 180 days. The Watermaster also supports extension of the stay.

Since the last extension of the stay, the Tribes have continued their discussions with Caltrans and the County of Riverside regarding terms and conditions for the issuance of encroachment permits on pertinent rights of way that will be necessary for the design and construction of the water pipelines associated with the Tribes' water importation projects. The Tribes, Caltrans and the County have agreed on those terms and conditions, and implementing language has been incorporated into the draft settlement agreement. That language, set forth in sections 2.9 and 3.9 of the Settlement Agreement will soon be circulated to the other settlement parties for their review and comment.

In addition, the Tribes have continued their discussions with Eastern Municipal Water District about the best process for implementing the sale of water

from the District to the Tribes once the water projects authorized in the Settlement Agreement have been funded by Congress, constructed and are operational.  Those parties are near final agreement on a process for negotiating those water supply agreements.  The agreements themselves do not have to be finalized before the settlement parties finalize and execute the Settlement Agreement.

The Tribes and the Federal Negotiation Team are also discussing possible revisions to the waiver of claims provisions in the draft Settlement Agreement in order to clarify and refine the scope of the waivers, particularly the scope of waiver of the Tribes' claims against the United States.  Those revisions are expected to be completed shortly.  Once these issues are finally resolved, the revised draft settlement agreement can be circulated to the settlement parties for review and either revision or final approval.

As noted, the federal legislation is necessary to authorize the Secretary of the Interior to sign the agreement, to approve the settlement agreement and to authorize and appropriate funds for its implementation.  The Federal Negotiation Team is still reviewing Tribes' draft legislation.  Following completion of that review and appropriate revisions, the draft federal legislation will be shared with the settlement parties for their review, and then introduced as a bill in Congress. Approval of the settlement by the United States involves the upper levels of the Department of the Interior and other federal agencies. The United States will

present its position on the settlement and the proposed legislation after the bill is introduced in Congress.

Finally, the Ramona Band, in cooperation with the Watermaster, has resolved discrepancies in the list of parties served with the Tribes' Second Amended Complaints. An accurate list of served parties has been prepared, which can be used by the Tribes and the United States to notify those parties who did not participate in the negotiations of the settlement agreement of their opportunity to participate in the Court's hearing on approval of the settlement agreement following enactment of the federal legislation.

The settlement parties are committed to continuing the settlement efforts as set forth in this Joint Motion to Extend the Stay. A 180-day stay will enable the settlement parties to continue this process without the cost or distraction of protracted litigation. For these reasons, the Ramona Band of Cahuilla and the Cahuilla Band of Indians, with the support of the settlement parties, respectfully request that the stay of litigation be extended to December 7, 2023.

Date: July 7, 2023             Respectfully submitted,

BERKEY WILLIAMS LLP

By: /s/Curtis G. Berkey
    Curtis G. Berkey
    3750 Lakeshore Avenue
    Oakland, CA  94610
    Tel: 510/548-7070

3

```
 1                                    Fax: 510/548-7080
                                      E-mail: cberkey@berkeywilliams.com
 2                                    Attorney for Plaintiff-Intervenor,
 3                                    Ramona Band of Cahuilla

 4
 5
                                By:   /s/Lester J. Marston
 6                                    Lester J. Marston
                                      RAPPORT AND MARSTON
 7                                    405 West Perkins Street
 8                                    Ukiah, CA  95482
                                      Tel: (707) 462-6846
 9                                    Fax: (707) 462-4235
10                                    E-mail: ljmarston@rmlawoffice.net
                                      Attorney for Plaintiff-Intervenor,
11                                    Cahuilla Band of Indians
12
13
...
28
```

4