# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RAMONA BAND OF CAHUILLA,<br>CAHUILLA BAND OF INDIANS,<br><br>Plaintiffs-Intervenors,<br><br>vs.<br><br>FALLBROOK PUBLIC UTILITY<br>DISTRICT, et al.,<br><br>Defendants. | CIVIL NO.: 51-CV-1247-JO (KSC)<br><br>[~~PROPOSED~~] ORDER GRANTING<br>JOINT MOTION TO EXTEND<br>STAY<br><br>Date: No Hearing Required<br>Time: No Hearing Required<br>Dept: 4c<br><br>Hon. Jinsook Ohta |

Upon consideration of the Joint Motion to Extend Stay filed by Plaintiffs-Intervenors the Ramona Band of Cahuilla and the Cahuilla Band of Indians, it is hereby ordered:

The motion is granted and the stay is extended until December 7, 2023.

**IT IS SO ORDERED.**

Date: 7/10/23

HON. JINSOOK OHTA
United States District Judge

Cc: All Counsel and parties without counsel