**Other Orders/Judgments**
<u>3:51-cv-01247-JO-KSC United States of America v. Fallbrook Public Utility District</u> **CASE CLOSED on 03/30/2023**

CLOSED,STAYED

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2023 at 10:45 AM PDT and filed on 7/7/2023
**Case Name:**     United States of America v. Fallbrook Public Utility District
**Case Number:**   <u>3:51-cv-01247-JO-SBC</u>
**Filer:**
**WARNING: CASE CLOSED on 03/30/2023**
**Document Number:** 5960(No document attached)

**Docket Text:**
**MINUTE ORDER OF TRANSFER. Magistrate Judge Karen S. Crawford is no longer assigned. Case reassigned to Magistrate Judge Steve B. Chu for all further proceedings. The new case number is 51cv1247-JO(SBC).(All non-registered users served via U.S. Mail Service)(no document attached) (rmc)**

**3:51-cv-01247-JO-SBC Notice has been electronically mailed to:**

Robert K. Edmunds     redmunds@parksandsolar.com

Robert M Cohen     rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis     michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

William K. Koska     wkoska@tysonmendes.com, jcintron@tysonmendes.com

Lester John Marston     ljmarston@rmlawoffice.net, delabrissa@gmail.com, rapportandmarston@gmail.com

Paul Evan Greenwald     pegreenwald@peglaw.us

Bryan D Sampson     bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim     tkim@rwglaw.com

Michele A Staples     mstaples@jacksontidus.law, dtankersley@jacksontidus.law

Michael G Kerbs     mkerbs@rhlaw.com

James B Gilpin     james.gilpin@bbklaw.com, dawn.yandel@bbklaw.com, jannine.south@bbklaw.com

John Christopher Lemmo     jl@procopio.com, barb.young@procopio.com, calendaring@procopio.com

Kevin Patrick Sullivan     ksullivan@gdandb.com

Catherine M Stites     cstites@mwdh2o.com, mboucher@mwdh2o.com

Mary L. Fickel     mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson     tjohnson@bn-lawyers.com

Matthew L Green     matthew.green@bbklaw.com, lisa.atwood@bbklaw.com

Marilyn H Levin     marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey     cberkey@berkeywilliams.com, mmorales@berkeywilliams.com

Patricia Grace Rosenberg     prosenberg@hnattorneys.com

Jonathan M Deer     jdeer@taflaw.net

David Philip Colella     dcolella@flsd.com

George Chakmakis     george@chakmakislaw.com

David Leventhal     davelevlaw@yahoo.com

Grant Alan Reader     garlaw71@gmail.com

Steve Michael Bodmer     sbodmer@pechanga-nsn.gov

Donald R. Pongrace     dpongrace@akingump.com, kbrossy@akingump.com

Steven P O'Neill     soneill@awattorneys.com

R. Lee Leininger     lee.leininger@usdoj.gov

Jennifer Lynn Spaletta     jennifer@spalettalaw.com

James B. Cooney     james.cooney@usdoj.gov

Donald R Timms     dontimms@san.rr.com

Mary E Lee     aguangalee@outlook.com

Linda Caldwell     goforthvillage2@yahoo.com

Thomas Caldwell     goforthvillage2@yahoo.com

Herbert W Kuehne     hwkuehne@pacbell.net

Marlene C Kuehne     hwkuehne@pacbell.net

Michael J Preszler     courtdocs@smrwm.org

3:51-cv-01247-JO-SBC Notice has been delivered by other means to:

Cahuilla Band of Indians

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

Bill J. Kuenzinger
Brown Hall Shore & McKinley
3031 West March Lane
Suite 230W
Stockton, CA 95219

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Bruce D. Bernard
U.S. Department of Justice
999 18th St.
Suite 370
Denver, CO 80202

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Daniel J Goulding
Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Francis Patrick Barry
Department of Justice
PO Box 44378
Washington, DC 20026-4378

Gerald Blank
Law Office of Gerald Blank
444 West C Street
Suite 200
San Diego, CA 92101-3589

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

James Michael Powell
The Law Offices of James M. Powell
1894 Commercenter Drive West
Suite 108
San Bernardino, CA 92408

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3012

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado

P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Richard Alvin Lewis
Law Offices of Richard A. Lewis
20631 Ventura Boulevard
Suite 304
Woodland Hills, CA 91364

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street
Suite 1
Fallbrook, CA 92028

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

NIXIE  911  FE 1  0007/12/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101380620  *2152-07288-12-16