Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



US POSTAGE ＋＋ PITNEY BOWES

ZIP 91950
02 4W
0000343406 JUL 14 2023

$ 000.87⁰

FILED

JUL 1 8 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

X 910 NEE 1   122C0007/16/23
RETURN TO SENDER

UNABLE TO FORWARD

RETURN TO SENDER
BC: 92101380620    *0304-05292-14-44

Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 7/12/2023 at 1:34 PM PDT and filed on 7/12/2023
**Case Name:**        United States of America v. Fallbrook Public Utility District
**Case Number:**      3:51-cv-01247-JO-SBC
**Filer:**
**WARNING: CASE CLOSED on 03/30/2023**
**Document Number:** 5964(No document attached)

**Docket Text:**
**MINUTE ORDER OF TRANSFER. Magistrate Judge Daniel E. Butcher is no longer assigned. Case reassigned to Magistrate Judge Steve B. Chu for all further proceedings. The new case number is 51cv1247-JO-SBC(All non-registered users served via U.S. Mail Service)(no document attached) (dlg)**

**3:51-cv-01247-JO-SBC Notice has been electronically mailed to:**

Robert K. Edmunds     redmunds@parksandsolar.com

Michael Duane Davis     michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

William K. Koska     wkoska@tysonmendes.com, jcintron@tysonmendes.com

Lester John Marston     ljmarston@rmlawoffice.net, delabrissa@gmail.com, rapportandmarston@gmail.com

Paul Evan Greenwald     pegreenwald@peglaw.us

Bryan D Sampson     bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim     tkim@rwglaw.com

Michele A Staples     mstaples@jacksontidus.law, dtankersley@jacksontidus.law

Michael G Kerbs     mkerbs@rhlaw.com

James B Gilpin     james.gilpin@bbklaw.com, dawn.yandel@bbklaw.com, jannine.south@bbklaw.com

Kevin Patrick Sullivan     ksullivan@gdandb.com

Catherine M Stites     cstites@mwdh2o.com, mboucher@mwdh2o.com

Mary L. Fickel     mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson     tjohnson@bn-lawyers.com

Matthew L Green     matthew.green@bbklaw.com, lisa.atwood@bbklaw.com

Marilyn H Levin     marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov