

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

FILED
JUL 19 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                   DEPUTY

-R-T-S- 9110945601-1N  07/15/
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER
BOX CLOSED

RECEIVED
JUL 19 2023

US POSTAGE
ZIP 91950
0000343406

Other Orders/Judgments
3:51-cv-01247-JO-KSC United States of America v. Fallbrook Public Utility District **CASE CLOSED on 03/30/2023**

CLOSED,STAYED

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2023 at 10:45 AM PDT and filed on 7/7/2023
**Case Name:** United States of America v. Fallbrook Public Utility District
**Case Number:** 3:51-cv-01247-JO-SBC
**Filer:**
**WARNING: CASE CLOSED on 03/30/2023**
**Document Number:** 5960(No document attached)

**Docket Text:**
**MINUTE ORDER OF TRANSFER. Magistrate Judge Karen S. Crawford is no longer assigned. Case reassigned to Magistrate Judge Steve B. Chu for all further proceedings. The new case number is 51cv1247-JO(SBC).(All non-registered users served via U.S. Mail Service)(no document attached) (rmc)**

**3:51-cv-01247-JO-SBC Notice has been electronically mailed to:**

Robert K. Edmunds    redmunds@parksandsolar.com

Robert M Cohen    rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

William K. Koska    wkoska@tysonmendes.com, jcintron@tysonmendes.com

Lester John Marston    ljmarston@rmlawoffice.net, delabrissa@gmail.com, rapportandmarston@gmail.com

Paul Evan Greenwald    pegreenwald@peglaw.us

Bryan D Sampson    bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim    tkim@rwglaw.com

Michele A Staples    mstaples@jacksontidus.law, dtankersley@jacksontidus.law

Michael G Kerbs    mkerbs@rhlaw.com

James B Gilpin    james.gilpin@bbklaw.com, dawn.yandel@bbklaw.com, jannine.south@bbklaw.com

John Christopher Lemmo    jl@procopio.com, barb.young@procopio.com, calendaring@procopio.com