**Other Orders/Judgments**
<u>3:51-cv-01247-JO-KSC United</u>
<u>States of America v. Fallbrook</u>
<u>Public Utility District</u> **CASE**
**CLOSED on 03/30/2023**

CLOSED,STAYED

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2023 at 10:45 AM PDT and filed on 7/7/2023
**Case Name:**      United States of America v. Fallbrook Public Utility District
**Case Number:**      <u>3:51-cv-01247-JO-SBC</u>
**Filer:**
**WARNING: CASE CLOSED on 03/30/2023**
**Document Number:** 5960(No document attached)

**Docket Text:**
**MINUTE ORDER OF TRANSFER. Magistrate Judge Karen S. Crawford is no longer assigned. Case reassigned to Magistrate Judge Steve B. Chu for all further proceedings. The new case number is 51cv1247-JO(SBC).(All non-registered users served via U.S. Mail Service)(no document attached) (rmc)**

**3:51-cv-01247-JO-SBC Notice has been electronically mailed to:**

Robert K. Edmunds      redmunds@parksandsolar.com

Robert M Cohen      rcohen@cohenburgelaw.com, vzareba@cohenburgelaw.com, wwendelstein@cohenburgelaw.com

Michael Duane Davis      michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

William K. Koska      wkoska@tysonmendes.com, jcintron@tysonmendes.com

Lester John Marston      ljmarston@rmlawoffice.net, delabrissa@gmail.com, rapportandmarston@gmail.com

Paul Evan Greenwald      pegreenwald@peglaw.us

Bryan D Sampson      bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim      tkim@rwglaw.com

Michele A Staples      mstaples@jacksontidus.law, dtankersley@jacksontidus.law

Michael G Kerbs      mkerbs@rhlaw.com

James B Gilpin      james.gilpin@bbklaw.com, dawn.yandel@bbklaw.com, jannine.south@bbklaw.com

John Christopher Lemmo      jl@procopio.com, barb.young@procopio.com, calendaring@procopio.com

Kevin Patrick Sullivan   ksullivan@gdandb.com

Catherine M Stites   cstites@mwdh2o.com, mboucher@mwdh2o.com

Mary L. Fickel   mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson   tjohnson@bn-lawyers.com

Matthew L Green   matthew.green@bbklaw.com, lisa.atwood@bbklaw.com

Marilyn H Levin   marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey   cberkey@berkeywilliams.com, mmorales@berkeywilliams.com

Patricia Grace Rosenberg   prosenberg@hnattorneys.com

Jonathan M Deer   jdeer@taflaw.net

David Philip Colella   dcolella@flsd.com

George Chakmakis   george@chakmakislaw.com

David Leventhal   davelevlaw@yahoo.com

Grant Alan Reader   garlaw71@gmail.com

Steve Michael Bodmer   sbodmer@pechanga-nsn.gov

Donald R. Pongrace   dpongrace@akingump.com, kbrossy@akingump.com

Steven P O'Neill   soneill@awattorneys.com

R. Lee Leininger   lee.leininger@usdoj.gov

Jennifer Lynn Spaletta   jennifer@spalettalaw.com

James B. Cooney   james.cooney@usdoj.gov

Donald R Timms   dontimms@san.rr.com

Mary E Lee   aguangalee@outlook.com

Linda Caldwell   goforthvillage2@yahoo.com

Thomas Caldwell   goforthvillage2@yahoo.com

Herbert W Kuehne   hwkuehne@pacbell.net

Marlene C Kuehne   hwkuehne@pacbell.net

Michael J Preszler   courtdocs@smrwm.org

**3:51-cv-01247-JO-SBC Notice has been delivered by other means to:**

Cahuilla Band of Indians

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

Bill J. Kuenzinger
Brown Hall Shore & McKinley
3031 West March Lane
Suite 230W
Stockton, CA 95219

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Bruce D. Bernard
U.S. Department of Justice
999 18th St.
Suite 370
Denver, CO 80202

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Daniel J Goulding
Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Francis Patrick Barry
Department of Justice
PO Box 44378
Washington, DC 20026-4378

Gerald Blank
Law Office of Gerald Blank
444 West C Street
Suite 200
San Diego, CA 92101-3589

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

James Michael Powell
The Law Offices of James M. Powell
1894 Commercenter Drive West
Suite 108
San Bernardino, CA 92408

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3012

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado

P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Richard Alvin Lewis
Law Offices of Richard A. Lewis
20631 Ventura Boulevard
Suite 304
Woodland Hills, CA 91364

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street
Suite 1
Fallbrook, CA 92028

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

NIXIE          958  5E  1          0107/16/23
            RETURN TO SENDER
             REFUSED
          UNABLE TO FORWARD
BC: 92101380620        *2472-04360-16-15

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117



RECEIVED

JUL 20 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

· 9400922472197250

94117330701 COOS          REF



ZIP 91950
02 4W          $ 000.60
0000343406 JUL 07 2023