This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 7/12/2023 at 1:34 PM PDT and filed on 7/12/2023
Case Name: United States of America v. Fallbrook Public Utility District
Case Number: 3:51-cv-01247-JO-SBC
Filer:
WARNING: CASE CLOSED on 03/30/2023
Document Number: 5964(No document attached)

**Docket Text:**
MINUTE ORDER OF TRANSFER. Magistrate Judge Daniel E. Butcher is no longer assigned. Case reassigned to Magistrate Judge Steve B. Chu for all further proceedings. The new case number is 51cv1247-JO-SBC(All non-registered users served via U.S. Mail Service)(no document attached) (dlg)


**3:51-cv-01247-JO-SBC Notice has been electronically mailed to:**

Robert K. Edmunds    redmunds@parksandsolar.com

Michael Duane Davis    michael.davis@greshamsavage.com, teri.gallagher@greshamsavage.com

William K. Koska    wkoska@tysonmendes.com, jcintron@tysonmendes.com

Lester John Marston    ljmarston@rmlawoffice.net, delabrissa@gmail.com, rapportandmarston@gmail.com

Paul Evan Greenwald    pegreenwald@peglaw.us

Bryan D Sampson    bsampson@sampsonlaw.net, psampson@sampsonlaw.net

B. Tilden Kim    tkim@rwglaw.com

Michele A Staples    mstaples@jacksontidus.law, dtankersley@jacksontidus.law

Michael G Kerbs    mkerbs@rhlaw.com

James B Gilpin    james.gilpin@bbklaw.com, dawn.yandel@bbklaw.com, jannine.south@bbklaw.com

Kevin Patrick Sullivan    ksullivan@gdandb.com

Catherine M Stites    cstites@mwdh2o.com, mboucher@mwdh2o.com

Mary L. Fickel    mfickel@fickeldavislaw.com, rdavis@fickeldavislaw.com

Timothy P. Johnson    tjohnson@bn-lawyers.com

Matthew L Green    matthew.green@bbklaw.com, lisa.atwood@bbklaw.com

Marilyn H Levin    marilyn.levin@doj.ca.gov, MichaelW.Hughes@doj.ca.gov

Curtis G Berkey    cberkey@berkeywilliams.com, mmorales@berkeywilliams.com

Patricia Grace Rosenberg    prosenberg@hnattorneys.com

Jonathan M Deer    jdeer@taflaw.net

David Philip Colella    dcolella@flsd.com

George Chakmakis    george@chakmakislaw.com

David Leventhal    davelevlaw@yahoo.com

Grant Alan Reader    garlaw71@gmail.com

Steve Michael Bodmer    sbodmer@pechanga-nsn.gov

Donald R. Pongrace    dpongrace@akingump.com, kbrossy@akingump.com

Steven P O'Neill    soneill@awattorneys.com

R. Lee Leininger    lee.leininger@usdoj.gov

Jennifer Lynn Spaletta    jennifer@spalettalaw.com

James B. Cooney    james.cooney@usdoj.gov

Donald R Timms    dontimms@san.rr.com

Mary E Lee    aguangalee@outlook.com

Linda Caldwell    goforthvillage2@yahoo.com

Thomas Caldwell    goforthvillage2@yahoo.com

Herbert W Kuehne    hwkuehne@pacbell.net

Marlene C Kuehne    hwkuehne@pacbell.net

Michael J Preszler    courtdocs@smrwm.org

**3:51-cv-01247-JO-SBC Notice has been delivered by other means to:**

Anna Gale James
40275 Curry Court
Aguanga, CA 92536

Archie D. McPhee
40482 Gavilan Mountain Road
Fallbrook, CA 92028

Barbara Cole
33175 Temecula Pkwy
Ste. A
Temecula, CA 92592-7300

Bill J. Kuenzinger
Brown Hall Shore & McKinley
3031 West March Lane
Suite 230W
Stockton, CA 95219

Briar McTaggart
1642 Merion Way 40E
Seal Beach, CA 90740

Bruce D. Bernard
U.S. Department of Justice
999 18th St.
Suite 370
Denver, CO 80202

Carl Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Carol Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Carolyn Ellison
49975 Indian Rock
Aguanga, CA 92536

Daniel J Goulding
Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

Diane Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Donna Gage
40685 Tumbleweed Trail
Aguanga, CA 92536

Edward Lueras
623 Beverly Blvd.
Fullerton, CA 96833

Francis Patrick Barry

Department of Justice
PO Box 44378
Washington, DC 20026-4378

Gerald Blank
Law Office of Gerald Blank
444 West C Street
Suite 200
San Diego, CA 92101-3589

James L. Markman
Richards Watson & Gershon
1 Civic Center Circle
PO Box 1059
Brea, CA 92822-1059

James Michael Powell
The Law Offices of James M. Powell
1894 Commercenter Drive West
Suite 108
San Bernardino, CA 92408

John Ellison
49975 Indian Rock
Aguanga, CA 92536

John A Karaczynski
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3012

John Christopher Lemmo
Procopio Cory Hargreaves & Savitch LLP
530 B Street
Suite 2100
San Diego, CA 92101

John S Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

Michael J Machado
P O Box 391607
Anza, CA 92539

Pamela M Machado

P O Box 391607
Anza, CA 92539

Peggy Wilson
14205 Minorca Cove
Del Mar, CA 92014-2932

Richard Alvin Lewis
Law Offices of Richard A. Lewis
20631 Ventura Boulevard
Suite 304
Woodland Hills, CA 91364

Robert Mannschreck
1600 Kiowa Ave
Lake Havasu City, AZ 86403

Robert H James
Sachse James & Lopoardo
205 West Alvarado Street
Suite 1
Fallbrook, CA 92028

Robert M. Cohen
Cohen & Burge, LLP
699 Hampshire Road
Suite 207
Thousand Oaks, CA 91361

Thomas C Perkins
7037 Gaskin Place
Riverside, CA 92506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

Khyber Courchesne
1264 Page Street
San Francisco, CA 94117

FILED
JUL 24 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED
JUL 24 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NIXIE    958    FE 1      0007/21/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101380520    *9304-05302-14-44

US POSTAGE PAID PITNEY BOWES
ZIP 91950
02 4W
0000343406    $000.87°
JUL 14 2023


